# EXHIBIT 8

**CÓDIGO PENAL FEDERAL**

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

*Última Reforma DOF 23-01-2009*

# CÓDIGO PENAL FEDERAL

**Nuevo Código Publicado en el Diario Oficial de la Federación el 14 de agosto de 1931**

**TEXTO VIGENTE**
**Última reforma publicada DOF 23-01-2009**

Al margen un sello que dice: Poder Ejecutivo Federal.- Estados Unidos Mexicanos.-México.- Secretaría de Gobernación.

El C. Presidente Constitucional de los Estados Unidos Mexicanos, se ha servido dirigirme el siguiente Decreto:

**PASCUAL ORTIZ RUBIO**, Presidente Constitucional de los Estados Unidos Mexicanos, a sus habitantes, sabed:

Que en uso de las facultades que le fueron concedidas por Decreto de 2 de enero de 1931, ha tenido a bien expedir el siguiente

## CÓDIGO PENAL FEDERAL

### LIBRO PRIMERO
### TITULO PRELIMINAR

**Artículo 1o.**- Este Código se aplicará en toda la República para los delitos del orden federal.

**Artículo 2o.**- Se aplicará, asimismo:

**I.** Por los delitos que se inicien, preparen o cometan en el extranjero, cuando produzcan o se pretenda que tengan efectos en el territorio de la República; o bien, por los delitos que se inicien, preparen o cometan en el extranjero, siempre que un tratado vinculativo para México prevea la obligación de extraditar o juzgar, se actualicen los requisitos previstos en el artículo 4o. de este Código y no se extradite al probable responsable al Estado que lo haya requerido, y

**II.-** Por los delitos cometidos en los consulados mexicanos o en contra de su personal, cuando no hubieren sido juzgados en el país en que se cometieron.

**Artículo 3o.**- Los delitos continuos cometidos en el extranjero, que se sigan cometiendo en la República, se perseguirán con arreglo a las leyes de ésta, sean mexicanos o extranjeros los delincuentes.

La misma regla se aplicará en el caso de delitos continuados.

**Artículo 4o.**- Los delitos cometidos en territorio extranjero por un mexicano contra mexicanos o contra extranjeros, o por un extranjero contra mexicanos, serán penados en la República, con arreglo a las leyes federales, si concurren los requisitos siguientes:

**I.-** Que el acusado se encuentre en la República;

**II.-** Que el reo no haya sido definitivamente juzgado en el país en que delinquió, y

**Exhibit 8, Page 215**



**CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN**
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

**CÓDIGO PENAL FEDERAL**
*Última Reforma DOF 23-01-2009*

**III.-** Que la infracción de que se le acuse tenga el carácter de delito en el país en que se ejecutó y en la República.

**Artículo 5o.-** Se considerarán como ejecutados en territorio de la República:

**I.-** Los delitos cometidos por mexicanos o por extranjeros en alta mar, a bordo de buques nacionales;

**II.-** Los ejecutados a bordo de un buque de guerra nacional surto en puerto o en aguas territoriales de otra nación. Esto se extiende al caso en que el buque sea mercante, si el delincuente no ha sido juzgado en la nación a que pertenezca el puerto;

**III.-** Los cometidos a bordo de un buque extranjero surto en puerto nacional o en aguas territoriales de la República, si se turbare la tranquilidad pública o si el delincuente o el ofendido no fueren de la tripulación. En caso contrario, se obrará conforme al derecho de reciprocidad;

**IV.-** Los cometidos a bordo de aeronaves nacionales o extranjeras que se encuentren en territorio o en atmósfera o aguas territoriales nacionales o extranjeras, en casos análogos a los que señalan para buques las fracciones anteriores, y

**V.-** Los cometidos en las embajadas y legaciones mexicanas.

**Artículo 6o.-** Cuando se cometa un delito no previsto en este Código, pero sí en una ley especial o en un tratado internacional de observancia obligatoria en México, se aplicarán éstos, tomando en cuenta las disposiciones del Libro Primero del presente Código y, en su caso, las conducentes del Libro Segundo.

Cuando una misma materia aparezca regulada por diversas disposiciones, la especial prevalecerá sobre la general.

## TITULO PRIMERO
## Responsabilidad Penal

## CAPITULO I
## Reglas generales sobre delitos y responsabilidad

**Artículo 7o.-** Delito es el acto u omisión que sancionan las leyes penales.

En los delitos de resultado material también será atribuible el resultado típico producido al que omita impedirlo, si éste tenia el deber jurídico de evitarlo. En estos casos se considerará que el resultado es consecuencia de una conducta omisiva, cuando se determine que el que omite impedirlo tenia el deber de actuar para ello, derivado de una ley, de un contrato o de su propio actuar precedente.

El delito es:

**I.-** Instantáneo, cuando la consumación se agota en el mismo momento en que se han realizado todos sus elementos constitutivos;

**II.-** Permanente o continuo, cuando la consumación se prolonga en el tiempo, y

**III.-** Continuado, cuando con unidad de propósito delictivo, pluralidad de conductas y unidad de sujeto pasivo, se viola el mismo precepto legal.

**Exhibit 8, Page 216**

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

**Artículo 8o**.- Las acciones u omisiones delictivas solamente pueden realizarse dolosa o culposamente.

**Artículo 9o**.- Obra dolosamente el que, conociendo los elementos del tipo penal, o previendo como posible el resultado típico, quiere o acepta la realización del hecho descrito por la ley, y

Obra culposamente el que produce el resultado típico, que no previó siendo previsible o previó confiando en que no se produciría, en virtud de la violación a un deber de cuidado, que debía y podía observar según las circunstancias y condiciones personales.

**Artículo 10**.- La responsabilidad penal no pasa de la persona y bienes de los delincuentes, excepto en los caso especificados por la ley.

**Artículo 11**.- Cuando algún miembro o representante de una persona jurídica, o de una sociedad, corporación o empresa de cualquiera clase, con excepción de las instituciones del Estado, cometa un delito con los medios que para tal objeto las mismas entidades le proporcionen, de modo que resulte cometido a nombre o bajo el amparo de la representación social o en beneficio de ella, el juez podrá, en los casos exclusivamente especificados por la ley, decretar en la sentencia la suspensión de la agrupación o su disolución, cuando lo estime necesario para la seguridad pública.

## CAPITULO II
### Tentativa

**Artículo 12**.- Existe tentativa punible, cuando la resolución de cometer un delito se exterioriza realizando en parte o totalmente los actos ejecutivos que deberían producir el resultado, u omitiendo los que deberían evitarlo, si aquél no se consuma por causas ajenas a la voluntad del agente.

Para imponer la pena de la tentativa el juez tomará en cuenta, además de lo previsto en el artículo 52, el mayor o menor grado de aproximación al momento consumativo del delito.

Si el sujeto desiste espontáneamente de la ejecución o impide la consumación del delito, no se impondrá pena o medida de seguridad alguna por lo que a éste se refiere, sin perjuicio de aplicar la que corresponda a actos ejecutados u omitidos que constituyan por sí mismos delitos.

## CAPITULO III
### Personas responsables de los delitos

**Artículo 13**.- Son autores o partícipes del delito:

**I.-** Los que acuerden o preparen su realización.

**II.-** Los que los realicen por sí;

**III.-** Los que lo realicen conjuntamente;

**IV.-** Los que lo lleven a cabo sirviéndose de otro;

**V.-** Los que determinen dolosamente a otro a cometerlo;

**VI.-** Los que dolosamente presten ayuda o auxilien a otro para su comisión;

**Exhibit 8, Page 217**



CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

**VII.-** Los que con posterioridad a su ejecución auxilien al delincuente, en cumplimiento de una promesa anterior al delito y

**VIII.-** los que sin acuerdo previo, intervengan con otros en su comisión, cuando no se pueda precisar el resultado que cada quien produjo.

Los autores o partícipes a que se refiere el presente artículo responderán cada uno en la medida de su propia culpabilidad.

Para los sujetos a que se refieren las fracciones VI, VII y VIII, se aplicará la punibilidad dispuesta por el artículo 64 bis de este Código.

**Artículo 14**.- Si varios delincuentes toman parte en la realización de un delito determinado y alguno de ellos comete un delito distinto, sin previo acuerdo con los otros, todos serán responsables de la comisión del nuevo delito, salvo que concurran los requisitos siguientes:

**I.-** Que el nuevo delito no sirva de medio adecuado para cometer el principal;

**II.-** Que aquél no sea una consecuencia necesaria o natural de éste, o de los medios concertados;

**III.-** Que no hayan sabido antes que se iba a cometer el nuevo delito, y

**IV.-** Que no hayan estado presentes en la ejecución del nuevo delito, o que habiendo estado, hayan hecho cuanto estaba de su parte para impedirlo.

# CAPITULO IV
## Causas de exclusión del delito

**Artículo 15**.- El delito se excluye cuando:

**I.-** El hecho se realice sin intervención de la voluntad del agente;

**II.-** Se demuestre la inexistencia de alguno de los elementos que integran la descripción típica del delito de que se trate;

**III.-** Se actúe con el consentimiento del titular del bien jurídico afectado, siempre que se llenen los siguientes requisitos:

**a)** Que el bien jurídico sea disponible;

**b)** Que el titular del bien tenga la capacidad jurídica para disponer libremente del mismo; y

**c)** Que el consentimiento sea expreso o tácito y sin que medie algún vicio; o bien, que el hecho se realice en circunstancias tales que permitan fundadamente presumir que, de haberse consultado al titular, éste hubiese otorgado el mismo;

**IV.-** Se repela una agresión real, actual o inminente, y sin derecho, en protección de bienes jurídicos propios o ajenos, siempre que exista necesidad de la defensa y racionalidad de los medios empleados y no medie provocación dolosa suficiente e inmediata por parte del agredido o de la persona a quien se defiende.

Se presumirá como defensa legítima, salvo prueba en contrario, el hecho de causar daño a quien por cualquier medio trate de penetrar, sin derecho, al hogar del agente, al de su familia, a sus dependencias,

**Exhibit 8, Page 218**



**CÓDIGO PENAL FEDERAL**

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

*Última Reforma DOF 23-01-2009*

o a los de cualquier persona que tenga la obligación de defender, al sitio donde se encuentren bienes propios o ajenos respecto de los que exista la misma obligación; o bien, lo encuentre en alguno de aquellos lugares en circunstancias tales que revelen la probabilidad de una agresión;

**V.-** Se obre por la necesidad de salvaguardar un bien jurídico propio o ajeno, de un peligro real, actual o inminente, no ocasionado dolosamente por el agente, lesionando otro bien de menor o igual valor que el salvaguardado, siempre que el peligro no sea evitable por otros medios y el agente no tuviere el deber jurídico de afrontarlo;

**VI.-** La acción o la omisión se realicen en cumplimiento de un deber jurídico o en ejercicio de un derecho, siempre que exista necesidad racional del medio empleado para cumplir el deber o ejercer el derecho, y que este último no se realice con el solo propósito de perjudicar a otro;

**VII.-** Al momento de realizar el hecho típico, el agente no tenga la capacidad de comprender el carácter ilícito de aquél o de conducirse de acuerdo con esa comprensión, en virtud de padecer trastorno mental o desarrollo intelectual retardado, a no ser que el agente hubiere preordenado su trastorno mental dolosa o culposamente, en cuyo caso responderá por el resultado típico siempre y cuando lo haya previsto o le fuere previsible.

Cuando la capacidad a que se refiere el párrafo anterior sólo se encuentre considerablemente disminuida, se estará a lo dispuesto en el artículo 69 bis de este Código.

**VIII.-** Se realice la acción o la omisión bajo un error invencible;

**A)** Sobre alguno de los elementos esenciales que integran el tipo penal; o

**B)** Respecto de la ilicitud de la conducta, ya sea porque el sujeto desconozca la existencia de la ley o el alcance de la misma, o porque crea que está justificada su conducta.

Si los errores a que se refieren los incisos anteriores son vencibles, se estará a lo dispuesto por el artículo 66 de este Código;

**IX.-** Atentas las circunstancias que concurren en la realización de una conducta ilícita, no sea racionalmente exigible al agente una conducta diversa a la que realizó, en virtud de no haberse podido determinar a actuar conforme a derecho; o

**X.-** El resultado típico se produce por caso fortuito.

**Artículo 16.**- Al que se exceda en los casos de defensa legítima, estado de necesidad, cumplimiento de un deber o ejercicio de un derecho a que se refieren las fracciones IV, V, VI del artículo 15, se le impondrá la pena del delito culposo.

**Artículo 17.**- Las causas de exclusión del delito se investigarán y resolverán de oficio o a petición de parte, en cualquier estado del procedimiento.

## CAPITULO V
## Concurso de delitos

**Artículo 18.**- Existe concurso ideal, cuando con una sola conducta se cometen varios delitos. Existe concurso real, cuando con pluralidad de conductas se cometen varios delitos.

**Artículo 19.**- No hay concurso cuando las conductas constituyen un delito continuado.

**Exhibit 8, Page 219**



**CÓDIGO PENAL FEDERAL**

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

*Última Reforma DOF 23-01-2009*

## CAPITULO VI
### Reincidencia

**Artículo 20**.- Hay reincidencia: siempre que el condenado por sentencia ejecutoria dictada por cualquier tribunal de la República o del extranjero, cometa un nuevo delito, si no ha transcurrido, desde el cumplimiento de la condena o desde el indulto de la misma, un término igual al de la prescripción de la pena, salvo las excepciones fijadas en la ley.

La condena sufrida en el extranjero se tendrá en cuenta si proviniere de un delito que tenga este carácter en este Código o leyes especiales.

**Artículo 21**.- Si el reincidente en el mismo género de infracciones comete un nuevo delito procedente de la misma pasión o inclinación viciosa, será considerado como delincuente habitual, siempre que las tres infracciones se hayan cometido en un periodo que no exceda de diez años.

**Artículo 22**.- En las prevenciones de los artículos anteriores se comprenden los casos en que uno solo de los delitos, o todos, queden en cualquier momento de la tentativa, sea cual fuere el carácter con que intervenga el responsable.

**Artículo 23**.- No se aplicarán los artículos anteriores tratándose de delitos políticos y cuando el agente haya sido indultado por ser inocente.

## TITULO SEGUNDO

## CAPITULO I
### Penas y medidas de seguridad

**Artículo 24**.- Las penas y medidas de seguridad son:

**1.-** Prisión.

**2.-** Tratamiento en libertad, semilibertad y trabajo en favor de la comunidad.

**3.-** Internamiento o tratamiento en libertad de inimputables y de quienes tengan el hábito o la necesidad de consumir estupefacientes o psicotrópicos.

**4.-** Confinamiento.

**5.-** Prohibición de ir a lugar determinado.

**6.-** Sanción pecuniaria.

**7.-** (Se deroga).

**8.-** Decomiso de instrumentos, objetos y productos del delito

**9.-** Amonestación.

**10.-** Apercibimiento.

**11.-** Caución de no ofender.

**Exhibit 8, Page 220**



CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

**12.-** Suspensión o privación de derechos.

**13.-** Inhabilitación, destitución o suspensión de funciones o empleos.

**14.-** Publicación especial de sentencia.

**15.-** Vigilancia de la autoridad.

**16.-** Suspensión o disolución de sociedades.

**17.-** Medidas tutelares para menores.

**18.-** Decomiso de bienes correspondientes al enriquecimiento ilícito.

Y las demás que fijen las leyes.

## CAPITULO II
### Prisión

**Artículo 25.-** La prisión consiste en la privación de la libertad corporal. Su duración será de tres días a sesenta años, y sólo podrá imponerse una pena adicional al límite máximo cuando se cometa un nuevo delito en reclusión. Se extinguirá en las colonias penitenciarias, establecimientos o lugares que al efecto señalen las leyes o la autoridad ejecutora de las penas, ajustándose a la resolución judicial respectiva.

La privación de libertad preventiva se computará para el cumplimiento de la pena impuesta así como de las que pudieran imponerse en otras causas, aunque hayan tenido por objeto hechos anteriores al ingreso a prisión. En este caso, las penas se compurgarán en forma simultánea.

**Artículo 26.-** Los procesados sujetos a prisión preventiva y los reos políticos, serán recluidos en establecimientos o departamentos especiales.

## CAPITULO III
### Tratamiento en libertad, semiliberación y trabajo en favor de la comunidad

**Artículo 27**.- El tratamiento en libertad de imputables consiste en la aplicación de las medidas laborales, educativas y curativas, en su caso, autorizadas por la ley y conducentes a la readaptación social del sentenciado, bajo la orientación y cuidado de la autoridad ejecutora. Su duración no podrá exceder de la correspondiente a la pena de prisión sustituida.

La semilibertad implica alternación de períodos de privación de la libertad y de tratamiento en libertad. Se aplicará, según las circunstancias del caso, del siguiente modo: externación durante la semana de trabajo o educativa, con reclusión de fin de semana, salida de fin de semana, con reclusión durante el resto de ésta; o salida diurna, con reclusión nocturna. La duración de la semilibertad no podrá exceder de la correspondiente a la pena de prisión sustituida.

El trabajo en favor de la comunidad consiste en la prestación de servicios no remunerados, en instituciones públicas educativas o de asistencia social o en instituciones privadas asistenciales. Este trabajo se llevará a cabo en jornadas dentro de períodos distintos al horario de las labores que representen la fuente de ingreso para la subsistencia del sujeto y de su familia, sin que pueda exceder de la jornada extraordinaria que determine la ley laboral y bajo la orientación y vigilancia de la autoridad ejecutora.

**Exhibit 8, Page 221**

CÓDIGO PENAL FEDERAL

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

*Última Reforma DOF 23-01-2009*

El trabajo en favor de la comunidad puede ser pena autónoma o sustitutivo de la prisión o de la multa.

Cada día de prisión será sustituido por una jornada de trabajo en favor de la comunidad.

La extensión de la jornada de trabajo será fijada por el juez tomando en cuenta las circunstancias del caso.

Por ningún concepto se desarrollará este trabajo en forma que resulte degradante o humillante para el condenado.

## CAPITULO IV
## Confinamiento

**Artículo 28**.- El confinamiento consiste en la obligación de residir en determinado lugar y no salir de él. El Ejecutivo hará la designación del lugar, conciliando las exigencias de la tranquilidad pública con la salud y las necesidades del condenado. Cuando se trate de delitos políticos, la designación la hará el juez que dicte la sentencia.

## CAPITULO V
## Sanción pecuniaria

**Artículo 29**.- La sanción pecuniaria comprende la multa y la reparación del daño.

La multa consiste en el pago de una cantidad de dinero al Estado, que se fijará por días multa, los cuales no podrán exceder de mil, salvo los casos que la propia ley señale. El día multa equivale a la percepción neta diaria del sentenciado en el momento de consumar el delito, tomando en cuenta todos sus ingresos.

Para los efectos de este Código, el límite inferior del día multa será el equivalente al salario mínimo diario vigente en el lugar donde se consumó el delito. Por lo que toca al delito continuado, se atenderá al salario mínimo vigente en el momento consumativo de la última conducta. Para el permanente, se considerará el salario mínimo en vigor en el momento en que cesó la consumación.

Cuando se acredite que el sentenciado no puede pagar la multa o solamente puede cubrir parte de ella, la autoridad judicial podrá sustituirla, total o parcialmente, por prestación del trabajo en favor de la comunidad.

Cada jornada de trabajo saldará un día multa. Cuando no sea posible o conveniente la sustitución de la multa por la prestación de servicios, la autoridad judicial podrá colocar al sentenciado en libertad bajo vigilancia, que no excederá del número de días multa sustituidos.

Si el sentenciado se negare sin causa justificada a cubrir el importe de la multa, el Estado la exigirá mediante el procedimiento económico coactivo.

En cualquier tiempo podrá cubrirse el importe de la multa, descontándose de ésta la parte proporcional a las jornadas de trabajo prestado en favor de la comunidad, o al tiempo de prisión que el reo hubiere cumplido tratándose de la multa sustitutiva de la pena privativa de libertad, caso en el cual la equivalencia será a razón de un día multa por un día de prisión.

**Artículo 30**.- La reparación del daño comprende:

**I.-** La restitución de la cosa obtenida por el delito y si no fuere posible, el pago del precio de la misma;

**Exhibit 8, Page 222**



CÓDIGO PENAL FEDERAL

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

Última Reforma DOF 23-01-2009

**II.-** La indemnización del daño material y moral causado, incluyendo el pago de los tratamientos curativos que, como consecuencia del delito, sean necesarios para la recuperación de la salud de la víctima. En los casos de delitos contra la libertad y el normal desarrollo psicosexual y de violencia familiar, además se comprenderá el pago de los tratamientos psicoterapéuticos que sean necesarios para la víctima, y

**III.-** El resarcimiento de los perjuicios ocasionados.

**Artículo 30 Bis.**- Tienen derecho a la reparación del daño en el siguiente orden: 1o. El ofendido; 2o. En caso de fallecimiento del ofendido, el cónyuge supérstite o el concubinario o concubina, y los hijos menores de edad; a falta de éstos los demás descendientes, y ascendientes que dependieran económicamente de él al momento del fallecimiento.

**Artículo 31.**- La reparación será fijada por los jueces, según el daño que sea preciso reparar, de acuerdo con las pruebas obtenidas en el proceso.

Para los casos de reparación del daño causado con motivo de delitos por imprudencia, el Ejecutivo de la Unión reglamentará, sin perjuicio de la resolución que se dicte por la autoridad judicial, la forma en que, administrativamente, deba garantizarse mediante seguro especial dicha reparación.

**Artículo 31 Bis.**- En todo proceso penal el Ministerio Público estará obligado a solicitar, en su caso, la condena en lo relativo a la reparación del daño y el juez a resolver lo conducente.

El incumplimiento de esta disposición será sancionado con multa de treinta a cincuenta días de salario mínimo.

**Artículo 32.**- Están obligados a reparar el daño en los términos del artículo 29:

**I.-** Los ascendientes, por los delitos de sus descendientes que se hallaren bajo su patria potestad:

**II.-** Los tutores y los custodios, por los delitos de los incapacitados que se hallen bajo su autoridad;

**III.-** Los directores de internados o talleres, que reciban en su establecimiento discípulos o aprendices menores de 16 años, por los delitos que ejecuten éstos durante el tiempo que se hallen bajo el cuidado de aquéllos;

**IV.-** Los dueños, empresas o encargados de negociaciones o establecimientos mercantiles de cualquier especie, por los delitos que cometan sus obreros, jornaleros, empleados, domésticos y artesanos, con motivo y en el desempeño de su servicio;

**V.-** Las sociedades o agrupaciones, por los delitos de sus socios o gerentes directores, en los mismos términos en que, conforme a las leyes, sean responsables por las demás obligaciones que los segundos contraigan.

Se exceptúa de esta regla a la sociedad conyugal, pues, en todo caso, cada cónyuge responderá con sus bienes propios por la reparación del daño que cause, y

**VI.-** El Estado, solidariamente, por los delitos dolosos de sus servidores públicos realizados con motivo del ejercicio de sus funciones, y subsidiariamente cuando aquéllos fueren culposos.

Exhibit 8, Page 223



**CÓDIGO PENAL FEDERAL**
*Última Reforma DOF 23-01-2009*

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

**Artículo 33**.- La obligación de pagar la sanción pecuniaria es preferente con respecto a cualesquiera otras contraídas con posterioridad al delito, a excepción de las referentes a alimentos y relaciones laborales.

**Artículo 34**.- La reparación del daño proveniente de delito que deba ser hecha por el delincuente tiene el carácter de pena pública y se exigirá de oficio por el Ministerio Público. El ofendido o sus derechohabientes podrán aportar al Ministerio Público o al juez en su caso, los datos y pruebas que tengan para demostrar la procedencia y monto de dicha reparación, en los términos que prevenga el Código de Procedimientos Penales.

El incumplimiento por parte de las autoridades de la obligación a que se refiere el párrafo anterior, será sancionado con multa de treinta a cuarenta días de salario mínimo.

Cuando dicha reparación deba exigirse a tercero, tendrá el carácter de responsabilidad civil y se tramitará en forma de incidente, en los términos que fije el propio Código de Procedimientos Penales.

Quien se considere con derecho a la reparación del daño, que no pueda obtener ante el juez penal, en virtud de no ejercicio de la acción por parte del Ministerio Público, sobreseimiento o sentencia absolutoria, podrá recurrir a la vía civil en los términos de la legislación correspondiente.

**Artículo 35**.- El importe de la sanción pecuniaria se distribuirá: entre el Estado y la parte ofendida; al primero se le aplicará el importe de la multa, y a la segunda el de la reparación.

Si no se logra hacer efectivo todo el importe de la sanción pecuniaria, se cubrirá de preferencia la reparación del daño, y en su caso, a prorrata entre los ofendidos.

Si la parte ofendida renunciare a la reparación, el importe de ésta se aplicará al Estado.

Los depósitos que garanticen la libertad caucional se aplicarán como pago preventivo a la reparación del daño cuando el inculpado se substraiga a la acción de la justicia.

Al mandarse hacer efectivos tales depósitos, se prevendrá a la autoridad ejecutora que conserve su importe a disposición del tribunal, para que llegado el caso se haga su aplicación conforme a lo dispuesto en los párrafos anteriores de este artículo.

**Artículo 36**.- Cuando varias personas cometan el delito, el juez fijará la multa para cada uno de los delincuentes, según su participación en el hecho delictuoso y sus condiciones económicas; y en cuanto a la reparación del daño, la deuda se considerará como mancomunada y solidaria.

**Artículo 37**.- La reparación del daño se mandará hacer efectiva, en la misma forma que la multa. Una vez que la sentencia que imponga tal reparación cauce ejecutoria, el tribunal que la haya pronunciado remitirá de inmediato copia certificada de ella a la autoridad fiscal competente y ésta, dentro de los tres días siguientes a la recepción de dicha copia, iniciará el procedimiento económico-coactivo, notificando de ello a la persona en cuyo favor se haya decretado, o a su representante legal.

**Artículo 38**.- Si no alcanza a cubrirse la responsabilidad pecuniaria con los bienes del responsable o con el producto de su trabajo en la prisión, el reo liberado seguirá sujeto a la obligación de pagar la parte que falte.

**Artículo 39**.- El juzgador, teniendo en cuenta el monto del daño y la situación económica del obligado, podrá fijar plazos para el pago de la reparación de aquél, los que en su conjunto no excederán de un año, pudiendo para ello exigir garantía si lo considera conveniente.

**Exhibit 8, Page 224**



CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

La autoridad a quien corresponda el cobro de la multa podrá fijar plazos para el pago de ésta, tomando en cuenta las circunstancias del caso.

## CAPITULO VI
### Decomiso de Instrumentos, objetos y productos del delito

**Artículo 40**.- Los instrumentos del delito, así como las cosas que sean objeto o producto de él, se decomisarán si son de uso prohibido. Si son de uso lícito, se decomisarán cuando el delito sea intencional. Si pertenecen a un tercero, sólo se decomisarán cuando el tercero que los tenga en su poder o los haya adquirido bajo cualquier título, esté en alguno de los supuestos a los que se refiere el artículo 400 de este Código, independientemente de la naturaleza jurídica de dicho tercero propietario o poseedor y de la relación que aquel tenga con el delincuente, en su caso. Las autoridades competentes procederán al inmediato aseguramiento de los bienes que podrían ser materia del decomiso, durante la averiguación o en el proceso. Se actuará en los términos previstos por este párrafo cualquiera que sea la naturaleza de los instrumentos, objetos o productos del delito.

Si los instrumentos o cosas decomisados son sustancias nocivas o peligrosas, se destruirán a juicio de la autoridad que esté conociendo, en los términos previstos por el Código de Procedimientos Penales, pero aquélla, cuando lo estime conveniente, podrá determinar su conservación para fines de docencia o investigación. Respecto de los instrumentos del delito, o cosas que sean objeto o producto de él, la autoridad competente determinará su destino, según su utilidad, para beneficio de la procuración e impartición de Justicia, o su inutilización si fuere el caso, de conformidad con las disposiciones aplicables.

**Artículo 41**.- Los objetos o valores que se encuentren a disposición de las autoridades investigadoras o de las judiciales, que no hayan sido decomisados y que no sean recogidos por quien tenga derecho a ello, en un lapso de noventa días naturales, contados a partir de la notificación al interesado, se enajenarán en subasta pública y el producto de la venta se aplicará a quien tenga derecho a recibirlo. Si notificado, no se presenta dentro de los seis meses siguientes a la fecha de la notificación, el producto de la venta se destinará al mejoramiento de la administración de justicia, previas las deducciones de los gastos ocasionados.

En el caso de bienes que se encuentren a disposición de la autoridad, que no se deban destruir y que no se puedan conservar o sean de costoso mantenimiento, se procederá a su venta inmediata en subasta pública, y el producto se dejará a disposición de quien tenga derecho al mismo por un lapso de seis meses a partir de la notificación que se le haga, transcurrido el cual, se aplicará al mejoramiento de la administración de justicia.

## CAPITULO VII
### Amonestación

**Artículo 42**.- La amonestación consiste: en la advertencia que el juez dirige al acusado, haciéndole ver las consecuencias del delito que cometió, excitándolo a la enmienda y conminándolo con que se le impondrá una sanción mayor si reincidiere.

Esta amonestación se hará en público o en lo privado, según parezca prudente al juez.

## CAPITULO VIII
### Apercibimiento y caución de no ofender

**Artículo 43**.- El apercibimiento consiste en la conminación que el juez hace a una persona, cuando ha delinquido y se teme con fundamento que está en disposición de cometer un nuevo delito, ya sea por su actitud o por amenazas, de que en caso de cometer éste, será considerado como reincidente.

Exhibit 8, Page 225



CÓDIGO PENAL FEDERAL
*Última Reforma DOF 23-01-2009*

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

**Artículo 44**.- Cuando el juez estime que no es suficiente el apercibimiento exigirá además al acusado una caución de no ofender, u otra garantía adecuada, a juicio del propio juez.

## CAPITULO IX
## Suspensión de derechos

**Artículo 45**.- La suspensión de derechos es de dos clases:

**I.-** La que por ministerio de la ley resulta de una sanción como consecuencia necesaria de ésta, y

**II.-** La que por sentencia formal se impone como sanción.

En el primer caso, la suspensión comienza y concluye con la sanción de que es consecuencia.

En el segundo caso, si la suspensión se impone con otra sanción privativa de libertad, comenzará al terminar ésta y su duración será la señalada en la sentencia.

**Artículo 46**.- La pena de prisión produce la suspensión de los derechos políticos y los de tutela, curatela, ser apoderado, defensor, albacea, perito, depositario o interventor judicial, síndico o interventor en quiebras, árbitro, arbitrador o representante de ausentes. La suspensión comenzará desde que cause ejecutoria la sentencia respectiva y durará todo el tiempo de la condena.

## CAPITULO X
## Publicación especial de sentencia

**Artículo 47**.- La publicación especial de sentencia consiste en la inserción total o parcial de ella, en uno o dos periódicos que circulen en la localidad. El juez escogerá los periódicos y resolverá la forma en que debe hacerse la publicación.

La publicación de la sentencia se hará a costa del delincuente, del ofendido si éste lo solicitare o del Estado si el juez lo estima necesario.

**Artículo 48**.- El juez podrá a petición y a costa del ofendido ordenar la publicación de la sentencia en entidad diferente o en algún otro periódico.

**Artículo 49**.- La publicación de sentencia se ordenará igualmente a título de reparación y a petición del interesado, cuando éste fuere absuelto, el hecho imputado no constituyere delito o él no lo hubiere cometido.

**Artículo 50**.- Si el delito por el que se impuso la publicación de sentencia, fue cometido por medio de la prensa, además de la publicación a que se refieren los artículos anteriores, se hará también en el periódico empleado para cometer el delito, con el mismo tipo de letra, igual color de tinta y en el mismo lugar.

## CAPITULO XI
## Vigilancia de la autoridad

**Artículo 50 Bis**.- Cuando la sentencia determine restricción de libertad o derechos, o suspensión condicional de la ejecución de la sentencia, el juez dispondrá la vigilancia de la autoridad sobre el sentenciado, que tendrá la misma duración que la correspondiente a la sanción impuesta.

**Exhibit 8, Page 226**



CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

La vigilancia consistirá en ejercer sobre el sentenciado observación y orientación de su conducta por personal especializado dependiente de la autoridad ejecutora, para la readaptación social del reo y la protección de la comunidad.

## TITULO TERCERO
## Aplicación de las Sanciones

## CAPITULO I
## Reglas generales

**Artículo 51**.- Dentro de los límites fijados por la ley, los jueces y tribunales aplicarán las sanciones establecidas para cada delito, teniendo en cuenta las circunstancias exteriores de ejecución y las peculiares del delincuente; particularmente cuando se trate de indígenas se considerarán los usos y costumbres de los pueblos y comunidades a los que pertenezcan.

En los casos de los artículos 60, fracción VI, 61, 63, 64, 64-Bis y 65 y en cualesquiera otros en que este Código disponga penas en proporción a las previstas para el delito intencional consumado, la punibilidad aplicable es, para todos los efectos legales, la que resulte de la elevación o disminución, según corresponda, de los términos mínimo y máximo de la pena prevista para aquél. Cuando se trate de prisión, la pena mínima nunca será menor de tres días.

**Artículo 52**.- El juez fijará las penas y medidas de seguridad que estime justas y procedentes dentro de los límites señalados para cada delito, con base en la gravedad del ilícito y el grado de culpabilidad del agente, teniendo en cuenta:

**I.-** La magnitud del daño causado al bien jurídico o del peligro a que hubiere sido expuesto;

**II.-** La naturaleza de la acción u omisión y de los medios empleados para ejecutarla;

**III.-** Las circunstancias de tiempo, lugar, modo u ocasión del hecho realizado;

**IV.-** La forma y grado de intervención del agente en la comisión del delito, así como su calidad y la de la víctima u ofendido;

**V.-** La edad, la educación, la ilustración, las costumbres, las condiciones sociales y económicas del sujeto, así como los motivos que lo impulsaron o determinaron a delinquir. Cuando el procesado perteneciere a algún pueblo o comunidad indígena, se tomarán en cuenta, además, sus usos y costumbres;

**VI.-** El comportamiento posterior del acusado con relación al delito cometido; y

**VII.-** Las demás condiciones especiales y personales en que se encontraba el agente en el momento de la comisión del delito, siempre y cuando sean relevantes para determinar la posibilidad de haber ajustado su conducta a las exigencias de la norma.

**Artículo 53**.- No es imputable al acusado el aumento de gravedad proveniente de circunstancias particulares del ofendido, si las ignoraba inculpablemente al cometer el delito.

**Artículo 54**.- El aumento o la disminución de la pena, fundadas en las calidades, en las relaciones personales o en las circunstancias subjetivas del autor de un delito, no son aplicables a los demás sujetos que intervinieron en aquél.

**Exhibit 8, Page 227**



CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

Son aplicables las que se funden en circunstancias objetivas, si los demás sujetos tienen conocimiento de ellas.

**Artículo 55**.- Cuando la orden de aprehensión se dicte en contra de una persona mayor de 70 años de edad, el juez podrá ordenar que la prisión preventiva se lleve a cabo en el domicilio del indiciado bajo las medidas de seguridad que procedan de acuerdo con la representación social.

No gozarán de esta prerrogativa quienes a criterio del juez puedan sustraerse de la acción de la justicia o manifiesten una conducta que haga presumible su peligrosidad.

En todo caso la valoración por parte del juez se apoyará en dictámenes de peritos.

Una vez dictada la sentencia ejecutoriada, la pena podrá ser sustituida por una medida de seguridad, a juicio del juez o tribunal que la imponga de oficio o a petición de parte, cuando por haber sufrido el sujeto activo consecuencias graves en su persona, o por su senilidad o su precario estado de salud, fuere notoriamente innecesaria o irracional que se compurgue dicha pena.

En los casos de senilidad o precario estado de salud, el juez se apoyará siempre en dictámenes de peritos.

**Artículo 56**.- Cuando entre la comisión de un delito y la extinción de la pena o medida de seguridad entrare en vigor una nueva ley, se estará a lo dispuesto en la más favorable al inculpado o sentenciado. La autoridad que esté conociendo del asunto o ejecutando la sanción aplicará de oficio la ley más favorable. Cuando el reo hubiese sido sentenciado al término mínimo o al término máximo de la pena prevista y la reforma disminuya dicho término, se estará a la ley más favorable. Cuando el sujeto hubiese sido sentenciado a una pena entre el término mínimo y el término máximo, se estará a la reducción que resulte en el término medio aritmético conforme a la nueva norma.

**Artículo 57**.- (Se deroga).

**Artículo 58**.- (Se deroga).

**Artículo 59**.- (Se deroga).

**Artículo 59 Bis**.- (Se deroga).

## CAPITULO II
## Aplicación de sanciones a los delitos culposos

**Artículo 60**.- En los casos de delitos culposos se impondrá hasta la cuarta parte de las penas y medidas de seguridad asignadas por la ley al tipo básico del delito doloso, con excepción de aquéllos para los que la ley señale una pena específica. Además, se impondrá, en su caso, suspensión hasta de diez años, o privación definitiva de derechos para ejercer profesión, oficio, autorización, licencia o permiso.

Las sanciones por delitos culposos sólo se impondrán en relación con los delitos previstos en los siguientes artículos: 150, 167, fracción VI, 169, 199 Bis, 289, parte segunda, 290, 291, 292, 293, 302, 307, 323, 397, 399, 414, primer párrafo y tercero en su hipótesis de resultado, 415, fracciones I y II y último párrafo en su hipótesis de resultado, 416, 420, fracciones I, II, III y V, y 420 Bis, fracciones I, II y IV de este Código.

Cuando a consecuencia de actos u omisiones culposos, calificados como graves, que sean imputables al personal que preste sus servicios en una empresa ferroviaria, aeronáutica, naviera o de

**Exhibit 8, Page 228**



**CÓDIGO PENAL FEDERAL**
*Última Reforma DOF 23-01-2009*

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

cualesquiera otros transportes de servicio público federal o local, se caucen homicidios de dos o más personas, la pena será de cinco a veinte años de prisión, destitución del empleo, cargo o comisión e inhabilitación para obtener otros de la misma naturaleza. Igual pena se impondrá cuando se trate de transporte de servicio escolar.

La calificación de la gravedad de la culpa queda al prudente arbitrio del juez, quien deberá tomar en consideración las circunstancias generales señaladas en el artículo 52, y las especiales siguientes:

**I.-** La mayor o menor facilidad de prever y evitar el daño que resultó;

**II.-** El deber del cuidado del inculpado que le es exigible por las circunstancias y condiciones personales que el oficio o actividad que desempeñe le impongan;

**III.-** Si el inculpado ha delinquido anteriormente en circunstancias semejantes;

**IV.-** Si tuvo tiempo para obrar con la reflexión y cuidado necesarios, y

**V.-** El estado del equipo, vías y demás condiciones de funcionamiento mecánico, tratándose de infracciones cometidas en los servicios de empresas transportadoras, y en general, por conductores de vehículos.

**VI.-** (Se deroga).

**Artículo 61**.- En los casos a que se refiere la primera parte del primer párrafo del artículo anterior se exceptúa la reparación del daño. Siempre que al delito doloso corresponda sanción alternativa que incluya una pena no privativa de libertad aprovechará esa situación al responsable de delito culposo.

**Artículo 62**.- Cuando por culpa se ocasione un daño en propiedad ajena que no sea mayor del equivalente a cien veces el salario mínimo se sancionará con multa hasta por el valor del daño causado, más la reparación de ésta. La misma sanción se aplicará cuando el delito culposo se ocasione con motivo del tránsito de vehículos cualquiera que sea el valor del daño.

Cuando por culpa y por motivo del tránsito de vehículos se causen lesiones, cualquiera que sea su naturaleza, sólo se procederá a petición del ofendido o de su legítimo representante, siempre que el conductor no se hubiese encontrado en estado de ebriedad o bajo el influjo de estupefacientes, psicotrópicos o de cualquiera otra sustancia que produzca efectos similares y no se haya dejado abandonada a la víctima.

## CAPITULO III
### Aplicación de sanciones en caso de tentativa

**Artículo 63**.- Al responsable de tentativa punible se le aplicará a juicio del juez y teniendo en consideración las prevenciones de los artículos 12 y 52, hasta las dos terceras partes de la sanción que se le debiera imponer de haberse consumado el delito que quiso realizar, salvo disposición en contrario.

En los casos de tentativa en que no fuere posible determinar el daño que se pretendió causar, cuando éste fuera determinante para la correcta adecuación típica, se aplicará hasta la mitad de la sanción señalada en el párrafo anterior.

En los casos de tentativa punible de delito grave así calificado por la ley, la autoridad judicial impondrá una pena de prisión que no será menor a la pena mínima y podrá llegar hasta las dos terceras partes de la sanción máxima prevista para el delito consumado.

**Exhibit 8, Page 229**



CÓDIGO PENAL FEDERAL
*Última Reforma DOF 23-01-2009*

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

## CAPITULO IV
## Aplicación de sanciones en caso de concurso, delito continuado, complicidad, reincidencia y error vencible

**Artículo 64.**- En caso de concurso ideal, se aplicará la pena correspondiente al delito que merezca la mayor, que se aumentará hasta una mitad del máximo de su duración, sin que pueda exceder de las máximas señaladas en el Título Segundo del Libro Primero.

En caso de concurso real, se impondrán las penas previstas para cada uno de los delitos cometidos, sin que exceda de las máximas señaladas en el Título Segundo del Libro Primero. Si las penas se impusieran en el mismo proceso o en distintos, pero si los hechos resultan conexos, o similares, o derivado uno del otro, en todo caso las penas deberán contarse desde el momento en que se privó de libertad por el primer delito.

En caso de delito continuado, se aumentará de una mitad hasta las dos terceras partes de la pena que la ley prevea para el delito cometido, sin que exceda del máximo señalado en el Título Segundo del Libro Primero.

**Artículo 64 Bis.**- En los casos previstos por las fracciones VI, VII y VIII del artículo 13, se impondrá como pena hasta las tres cuartas partes de la correspondiente al delito de que se trate y, en su caso, de acuerdo con la modalidad respectiva.

**Artículo 65.**- La reincidencia a que se refiere el artículo 20 será tomada en cuenta para la individualización judicial de la pena, así como para el otorgamiento o no de los beneficios o de los sustitutivos penales que la ley prevé.

En caso de que el inculpado por algún delito doloso calificado por la ley como grave, fuese reincidente por dos ocasiones por delitos de dicha naturaleza, la sanción que corresponda por el nuevo delito cometido se incrementará en dos terceras partes y hasta en un tanto más de la pena máxima prevista para éste, sin que exceda del máximo señalado en el Título Segundo del Libro Primero.

**Artículo 66.**- En caso de que el error a que se refiere el inciso a) de la fracción VIII del artículo 15 sea vencible, se impondrá la punibilidad del delito culposo si el hecho de que se trata admite dicha forma de realización. Si el error vencible es el previsto en el inciso b) de dicha fracción, la pena será de hasta una tercera parte del delito que se trate.

## CAPITULO V
## Tratamiento de inimputables y de quienes tengan el hábito o la necesidad de consumir estupefacientes o psicotrópicos, en internamiento o en libertad

**Artículo 67.**- En el caso de los inimputables, el juzgador dispondrá la medida de tratamiento aplicable en internamiento o en libertad, previo el procedimiento correspondiente.

Si se trata de internamiento, el sujeto inimputable será internado en la institución correspondiente para su tratamiento.

En caso de que el sentenciado tenga el hábito o la necesidad de consumir estupefacientes o psicotrópicos, el juez ordenará también el tratamiento que proceda, por parte de la autoridad sanitaria competente o de otro servicio médico bajo la supervisión de aquélla, independientemente de la ejecución de la pena impuesta por el delito cometido.

Exhibit 8, Page 230



**CÓDIGO PENAL FEDERAL**
*Última Reforma DOF 23-01-2009*

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

**Artículo 68**.- Las personas inimputables podrán ser entregadas por la autoridad judicial o ejecutora, en su caso, a quienes legalmente corresponda hacerse cargo de ellos, siempre que se obliguen a tomar las medidas adecuadas para su tratamiento y vigilancia, garantizando, por cualquier medio y a satisfacción de las mencionadas autoridades, el cumplimiento de las obligaciones contraídas.

La autoridad ejecutora podrá resolver sobre la modificación o conclusión de la medida, en forma provisional o definitiva, considerando las necesidades del tratamiento, las que se acreditarán mediante revisiones periódicas, con la frecuencia y características del caso.

**Artículo 69**.- En ningún caso la medida de tratamiento impuesta por el juez penal, excederá de la duración que corresponda al máximo de la pena aplicable al delito. Si concluido este tiempo, la autoridad ejecutora considera que el sujeto continúa necesitando el tratamiento, lo pondrá a disposición de las autoridades sanitarias para que procedan conforme a las leyes aplicables.

**Artículo 69 Bis**.- Si la capacidad del autor, de comprender el carácter ilícito del hecho o de determinarse de acuerdo con esa comprensión, sólo se encuentra disminuida por las causas señaladas en la fracción VII del artículo 15 de este Código, a juicio del juzgador, según proceda, se le impondrá hasta dos terceras partes de la pena que correspondería al delito cometido, o la medida de seguridad a que se refiere el artículo 67 o bien ambas, en caso de ser necesario, tomando en cuenta el grado de afectación de la imputabilidad del autor.

## CAPITULO VI
### Substitución y conmutación de sanciones

**Artículo 70**.- La prisión podrá ser sustituida, a juicio del juzgador, apreciando lo dispuesto en los artículos 51 y 52 en los términos siguientes:

**I.** Por trabajo en favor de la comunidad o semilibertad, cuando la pena impuesta no exceda de cuatro años;

**II.** Por tratamiento en libertad, si la prisión no excede de tres años, o

**III.** Por multa, si la prisión no excede de dos años.

La sustitución no podrá aplicarse a quien anteriormente hubiere sido condenado en sentencia ejecutoriada por delito doloso que se persiga de oficio. Tampoco se aplicará a quien sea condenado por algún delito de los señalados en la fracción I del artículo 85 de este Código.

**Artículo 71**.- El juez dejará sin efecto la sustitución y ordenará que se ejecute la pena de prisión impuesta, cuando el sentenciado no cumpla con las condiciones que le fueran señaladas para tal efecto, salvo que el juzgador estime conveniente apercibirlo de que si se incurre en nueva falta, se hará efectiva la sanción sustituida o cuando al sentenciado se le condene por otro delito. Si el nuevo delito es culposo, el juez resolverá si se debe aplicar la pena sustituida.

En caso de hacerse efectiva la pena de prisión sustituida, se tomará en cuenta el tiempo durante el cual el reo hubiera cumplido la sanción sustitutiva.

**Artículo 72**.- En caso de haberse nombrado fiador para el cumplimiento de los deberes inherentes a la sustitución de sanciones, la obligación de aquél concluirá al extinguirse la pena impuesta. Cuando el fiador tenga motivos fundados para no continuar en su desempeño, los expondrá al juez, a fin de que éste, si los estima justos, prevenga al sentenciado que presente nuevo fiador dentro del plazo que prudentemente deberá fijarle, apercibido de que se hará efectiva la sanción si no lo hace. En caso de muerte o insolvencia del fiador, el sentenciado deberá poner el hecho en conocimiento del juez, para el

**Exhibit 8, Page 231**

**CÓDIGO PENAL FEDERAL**
*Última Reforma DOF 23-01-2009*

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

efecto y bajo el apercibimiento que se expresan en el párrafo que precede, en los términos de la fracción VI del artículo 90.

**Artículo 73**.- El Ejecutivo, tratándose de delitos políticos, podrá hacer la conmutación de sanciones, después de impuestas en sentencia irrevocable, conforme a las siguientes reglas:

**I.-** Cuando la sanción impuesta sea la de prisión, se conmutará en confinamiento por un término igual al de los dos tercios del que debía durar la prisión, y

**II.-** Si fuere la de confinamiento, se conmutará por multa, a razón de un día de aquél por un día de multa.

**Artículo 74**.- El reo que considere que al dictarse sentencia reunía las condiciones para el disfrute de la sustitución o conmutación de la sanción y que por inadvertencia de su parte o del juzgador no le hubiera sido otorgada, podrá promover ante éste que se le conceda, abriéndose el incidente respectivo en los términos de la fracción X del artículo 90.

En todo caso en que proceda la substitución o la conmutación de la pena, al hacerse el cálculo de la sanción substitutiva se disminuirá además de lo establecido en el último párrafo del artículo 29 de este Código, el tiempo durante el cual el sentenciado sufrió sanción preventiva.

**Artículo 75**.- Cuando el reo acredite plenamente que no puede cumplir alguna de las modalidades de la sanción que le fue impuesta por ser incompatible con su edad, sexo, salud o constitución física, la Dirección General de Servicios Coordinados de Prevención y Readaptación Social podrá modificar aquélla, siempre que la modificación no sea esencial.

**Artículo 76**.- Para la procedencia de la substitución y la conmutación, se exigirá al condenado la reparación del daño o la garantía que señale el juez para asegurar su pago, en el plazo que se le fije.

## TITULO CUARTO

### CAPITULO I
### Ejecución de las sentencias

**Artículo 77**.- Corresponde al Ejecutivo Federal la ejecución de las sanciones con consulta del órgano técnico que señale la ley.

**Artículo 78**.- (Se deroga).

### CAPITULO II
### Trabajo de los presos

**Artículo 79**.- (Se deroga).

**Artículo 80**.- (Se deroga).

**Artículo 81**.- (Se deroga).

**Artículo 82**.- (Se deroga).

**Artículo 83**.- (Se deroga).

**Exhibit 8, Page 232**



CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

## CAPITULO III
## Libertad preparatoria y retención

**Artículo 84**.- Se concederá libertad preparatoria al condenado, previo el informe a que se refiere el Código de Procedimientos Penales, que hubiere cumplido las tres quintas partes de su condena, si se trata de delitos intencionales, o la mitad de la misma en caso de delitos imprudenciales, siempre y cuando cumpla con los siguientes requisitos:

**I.-** Que haya observado buena conducta durante la ejecución de su sentencia;

**II.-** Que del examen de su personalidad se presuma que está socialmente readaptado y en condiciones de no volver a delinquir, y

**III.-** Que haya reparado o se comprometa a reparar el daño causado, sujetándose a la forma, medidas y términos que se le fijen para dicho objeto, si no puede cubrirlo desde luego.

Llenados los requisitos anteriores, la autoridad competente tendrá un plazo no mayor a 30 días hábiles para conceder la libertad preparatoria o en su caso informar al interesado el resultado de su trámite, dicha libertad preparatoria estará sujeta a las siguientes condiciones:

**a).-** Residir o, en su caso, no residir en lugar determinado, e informe a la autoridad de los cambios de su domicilio. La designación del lugar de residencia se hará conciliando la circunstancia de que el reo pueda proporcionarse trabajo en el lugar que se fije, con el hecho de que su permanencia en él no sea un obstáculo para su enmienda;

**b).-** Desempeñar en el plazo que la resolución determine, oficio, arte, industria o profesión lícitos, si no tuviere medios propios de subsistencia;

**c).-** Abstenerse del abuso de bebidas embriagantes y del empleo de estupefacientes, psicotrópicos o sustancias que produzcan efectos similares, salvo por prescripción médica;

**d).-** Sujetarse a las medidas de orientación y supervisión que se le dicten y a la vigilancia de alguna persona honrada y de arraigo, que se obligue a informar sobre su conducta, presentándolo siempre que para ello fuere requerida.

**Artículo 85**.- No se concederá la libertad preparatoria a:

**I.**   Los sentenciados por alguno de los delitos previstos en este Código que a continuación se señalan:

**a)**   Uso ilícito de instalaciones destinadas al tránsito aéreo, previsto en el artículo 172 bis, párrafo tercero;

**b)**   Contra la salud, previsto en el artículo 194, salvo que se trate de individuos en los que concurran evidente atraso cultural, aislamiento social y extrema necesidad económica; y para la modalidad de transportación, si cumplen con los requisitos establecidos en los artículos 84 y 90, fracción I, inciso c), para lo cual deberán ser primodelincuentes, a pesar de no hallarse en los tres supuestos señalados en la excepción general de este inciso;

**c)**   Corrupción de personas menores de dieciocho años de edad o de personas que no tienen capacidad para comprender el significado del hecho o de personas que no tienen capacidad para resistirlo previsto en el artículo 201; Pornografía de personas menores de dieciocho años de edad o de personas que no tienen capacidad para comprender el significado del

**CÓDIGO PENAL FEDERAL**
CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis
*Última Reforma DOF 23-01-2009*

hecho o de personas que no tienen capacidad para resistirlo, previsto en el artículo 202; Turismo sexual en contra de personas menores de dieciocho años de edad o de personas que no tienen capacidad para comprender el significado del hecho o de personas que no tienen capacidad para resistirlo, previsto en el artículo 203 y 203 bis; Lenocinio de personas menores de dieciocho años de edad o de personas que no tienen capacidad para comprender el significado del hecho o de personas que no tienen capacidad para resistirlo, previsto en el artículo 204;

d)  Violación, previsto en los artículos 265, 266 y 266 bis;

e)  Homicidio, previsto en los artículos 315, 315 bis y 320;

f)  Secuestro, previsto en el artículo 366, salvo los dos párrafos últimos, y tráfico de menores, previsto en el artículo 366 ter.

g)  Comercialización de objetos robados, previsto en el artículo 368 ter;

h)  Robo de vehículo, previsto en el artículo 376 bis;

i)  Robo, previsto en los artículos 371, último párrafo; 372; 381, fracciones VII, VIII, IX, X, XI y XV; y 381 Bis;

j)  Operaciones con recursos de procedencia ilícita, previsto en el artículo 400 Bis;

k)  Los previstos y sancionados en los artículos 112 Bis, 112 Ter, 112 Quáter y 112 Quintus de la Ley de Instituciones de Crédito, cuando quien lo cometa forme parte de una asociación, banda o pandilla en los términos del artículo 164, o 164 Bis, o

l)  Los previstos y sancionados en los artículos 432, 433, 434 y 435 de la Ley General de Títulos y Operaciones de Crédito, cuando quien lo cometa forme parte de una asociación, banda o pandilla en los términos del artículo 164 o 164 Bis.

II.  Trata de personas previsto en los artículos 5 y 6 de la Ley para Prevenir y Sancionar la Trata de Personas.

III.  Los que incurran en segunda reincidencia de delito doloso o sean considerados delincuentes habituales.

Tratándose de los delitos comprendidos en el Titulo Décimo de este Código, la libertad preparatoria solo se concederá cuando se satisfaga la reparación del daño a que se refiere la fracción III del artículo 30 o se otorgue caución que la garantice.

**Artículo 86.**- La autoridad competente revocará la libertad preparatoria cuando:

**I.** El liberado incumpla injustificadamente con las condiciones impuestas para otorgarle el beneficio. La autoridad podrá, en caso de un primer incumplimiento, amonestar al sentenciado y apercibirlo de revocar el beneficio en caso de un segundo incumplimiento. Cuando el liberado infrinja medidas que establezcan presentaciones frecuentes para tratamiento, la revocación sólo procederá al tercer incumplimiento, o

**II.** El liberado sea condenado por nuevo delito doloso, mediante sentencia ejecutoriada, en cuyo caso la revocación operará de oficio. Si el nuevo delito fuere culposo, la autoridad podrá, motivadamente y según la gravedad del hecho, revocar o mantener la libertad preparatoria.

**Exhibit 8, Page 234**



**CÓDIGO PENAL FEDERAL**

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN          *Última Reforma DOF 23-01-2009*
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

El condenado cuya libertad preparatoria sea revocada deberá cumplir el resto de la pena en prisión, para lo cual la autoridad considerará el tiempo de cumplimiento en libertad. Los hechos que originen los nuevos procesos a que se refiere la fracción II de este artículo interrumpen los plazos para extinguir la sanción.

**Artículo 87.-** Los sentenciados que disfruten de libertad preparatoria, concedida por la autoridad judicial, quedarán bajo el cuidado y vigilancia del Órgano Administrativo Desconcentrado Prevención y Readaptación Social, de la Secretaría de Seguridad Pública y de aquellas autoridades que participen en la fase de ejecución de sentencias, con el auxilio de la Policía Federal Preventiva.

**Artículo 88**.- (Se deroga).

**Artículo 89**.- (Se deroga).

# CAPITULO IV
## Condena condicional

**Artículo 90**.- El otorgamiento y disfrute de los beneficios de la condena condicional, se sujetarán a las siguientes normas:

**I.-** El juez o Tribunal, en su caso, al dictar sentencia de condena o en la hipótesis que establece la fracción X de este artículo, suspenderán motivadamente la ejecución de las penas, a petición de parte o de oficio, si concurren estas condiciones:

**a).-** Que la condena se refiera a pena de prisión que no exceda de cuatro años;

**b)** Que el sentenciado no sea reincidente por delito doloso, haya evidenciado buena conducta antes y después del hecho punible y que la condena no se refiera a alguno de los delitos señalados en la fracción I del artículo 85 de este Código, y

**c)** Que por sus antecedentes personales o modo honesto de vivir, así como por la naturaleza, modalidades y móviles del delito, se presuma que el sentenciado no volverá a delinquir.

**d)** (Se deroga).

**e)** (Se deroga).

**II.-** Para gozar de este beneficio el sentenciado deberá:

**a).-** Otorgar la garantía o sujetarse a las medidas que se le fijen, para asegurar su presentación ante la autoridad siempre que fuere requerido;

**b).-** Obligarse a residir en determinado lugar del que no podrá ausentarse sin permiso de la autoridad que ejerza sobre él cuidado y vigilancia;

**c).-** Desempeñar en el plazo que se le fije, profesión, arte, oficio u ocupación lícitos;

**d).-** Abstenerse del abuso de bebidas embriagantes y del empleo de estupefacientes, u otras sustancias que produzcan efectos similares, salvo por prescripción médica; y

**e).-** Reparar el daño causado.



CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

Cuando por sus circunstancias personales no pueda reparar desde luego el daño causado, dará caución o se sujetará a las medidas que a juicio del juez o tribunal sean bastantes para asegurar que cumplirá, en el plazo que se le fije esta obligación.

**III.-** La suspensión comprenderá la pena de prisión y la multa, y en cuanto a las demás sanciones impuestas, el juez o tribunal resolverán discrecionalmente según las circunstancias del caso.

**IV.-** A los delincuentes a quienes se haya suspendido la ejecución de la sentencia, se les hará saber lo dispuesto en este artículo, lo que se asentará en diligencia formal, sin que la falta de esta impida, en su caso, la aplicación de lo prevenido en el mismo.

**V.-** Los sentenciados que disfruten de los beneficios de la condena condicional quedarán sujetos al cuidado y vigilancia de la Dirección General de Servicios Coordinados de Prevención y Readaptación Social.

**VI.-** En caso de haberse nombrado fiador para el cumplimiento de las obligaciones contraídas en los términos de este artículo, la obligación de aquél concluirá seis meses después de transcurrido el término a que se refiere la fracción VII, siempre que el delincuente no diere lugar a nuevo proceso o cuando en éste se pronuncie sentencia absolutoria. Cuando el fiador tenga motivos fundados para no continuar desempeñando el cargo, los expondrá al juez a fin de que éste, si los estima justos, prevenga al sentenciado que presente nuevo fiador dentro del plazo que prudentemente deberá fijarle, apercibido de que se hará efectiva la sanción si no lo verifica. En caso de muerte o insolvencia del fiador, estará obligado el sentenciado a poner el hecho en conocimiento del juez para el efecto y bajo el apercibimiento que se expresa en el párrafo que precede.

**VII.-** Si durante el término de duración de la pena, desde la fecha de la sentencia que cause ejecutoria el condenado no diere lugar a nuevo proceso por delito doloso que concluya con sentencia condenatoria, se considerará extinguida la sanción fijada en aquélla. En caso contrario, se hará efectiva la primera sentencia, además de la segunda, en la que el reo será consignado como reincidente sin perjuicio de lo establecido en el artículo 20 de este Código. Tratándose del delito culposo, la autoridad competente resolverá motivadamente si debe aplicarse o no la sanción suspendida;

**VIII.-** Los hechos que originen el nuevo proceso interrumpen el término a que se refiere la fracción VII tanto si se trata del delito doloso como culposo, hasta que se dicte sentencia firme;

**IX.-** En caso de falta de cumplimiento de las obligaciones contraídas por el condenado, el juez podrá hacer efectiva la sanción suspendida o amonestarlo, con el apercibimiento de que, si vuelve a faltar a alguna de las condiciones fijadas, se hará efectiva dicha sanción.

**X.-** El reo que considere que al dictarse sentencia reunía las condiciones fijadas en este precepto y que está en aptitud de cumplir los demás requisitos que se establecen, si es por inadvertencia de su parte o de los tribunales que no obtuvo en la sentencia el otorgamiento de la condena condicional, podrá promover que se le conceda, abriendo el incidente respectivo ante el juez de la causa.

## CAPITULO V
## Transparencia en los beneficios de libertad anticipada o condena condicional

**Artículo 90 Bis.-** El Órgano Administrativo Desconcentrado Prevención y Readaptación Social, de la Secretaría de Seguridad Pública y aquellas autoridades que participen en la fase de ejecución de sentencias remitirán un informe al Sistema Nacional de Seguridad Pública en forma periódica en el que especificará el número de sentenciados del orden federal, las penas impuestas, el número de expedientes beneficiados con libertad anticipada o condena condicional, y el número de acciones de la autoridad para supervisar su debida ejecución.

**Exhibit 8, Page 236**



CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

CÓDIGO PENAL FEDERAL

*Última Reforma DOF 23-01-2009*

## TITULO QUINTO
## Extinción de la Responsabilidad Penal

## CAPITULO I
## Muerte del delincuente

**Artículo 91**.- La muerte del delincuente extingue la acción penal, así como las sanciones que se le hubieren impuesto, a excepción de la reparación del daño, y la de decomiso de los instrumentos con que se cometió el delito y de las cosas que sean efecto u objeto de él.

## CAPITULO II
## Amnistía

**Artículo 92**.- La amnistía extingue la acción penal y las sanciones impuestas, excepto la reparación del daño, en los términos de la ley que se dictare concediéndola, y si no se expresaren, se entenderá que la acción penal y las sanciones impuestas se extinguen con todos sus efectos, con relación a todos los responsables del delito.

## CAPITULO III
## Perdón del ofendido o legitimado para otorgarlo

**Artículo 93**.- El perdón del ofendido o del legitimado para otorgarlo extingue la acción penal respecto de los delitos que se persiguen por querella, siempre que se conceda ante el Ministerio Público si éste no ha ejercitado la misma o ante el órgano jurisdiccional antes de dictarse sentencia de segunda instancia. Una vez otorgado el perdón, éste no podrá revocarse.

Lo dispuesto en el párrafo anterior es igualmente aplicable a los delitos que sólo pueden ser perseguidos por declaratoria de perjuicio o por algún otro acto equivalente a la querella, siendo suficiente para la extinción de la acción penal la manifestación de quien está autorizado para ello de que el interés afectado ha sido satisfecho.

Cuando sean varios los ofendidos y cada uno pueda ejercer separadamente la facultad de perdonar al responsable del delito y al encubridor, el perdón sólo surtirá efectos por lo que hace a quien lo otorga.

El perdón sólo beneficia al inculpado en cuyo favor se otorga, a menos que el ofendido o el legitimado para otorgarlo, hubiese obtenido la satisfacción de sus intereses o derechos, caso en el cual beneficiará a todos los inculpados y al encubridor.

## CAPITULO IV
## Reconocimiento de inocencia e indulto

**Artículo 94**.- El indulto no puede concederse, sino de sanción impuesta en sentencia irrevocable.

**Artículo 95**.- No podrá concederse de la inhabilitación para ejercer una profesión o alguno de los derechos civiles o políticos, o para desempeñar determinado cargo o empleo, pues estas sanciones sólo se extinguirán por la amnistía o la rehabilitación.

**Artículo 96**.- Cuando aparezca que el sentenciado es inocente, se procederá al reconocimiento de su inocencia, en los términos previstos por el Código de Procedimientos Penales aplicable y se estará a lo dispuesto en el artículo 49 de este Código.

**Exhibit 8, Page 237**



CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

**Artículo 97**.- Cuando la conducta observada por el sentenciado refleje un alto grado de readaptación social y su liberación no represente un peligro para la tranquilidad y seguridad publicas, conforme al dictamen del órgano ejecutor de la sanción y no se trate de sentenciado por traición a la Patria, espionaje, terrorismo, sabotaje, genocidio, delitos contra la salud, violación, delito intencional contra la vida y secuestro, ni de reincidente por delito intencional, se le podrá conceder indulto por el Ejecutivo Federal, en uso de facultades discrecionales, expresando sus razones y fundamentos en los casos siguientes:

**I.-** Por los delitos de carácter político a que alude el artículo 144 de este Código;

**II.-** Por otros delitos cuando la conducta de los responsables haya sido determinada por motivaciones de carácter político o social, y

**III.-** Por delitos de orden federal o común en el Distrito Federal, cuando el sentenciado haya prestado importantes servicios a la Nación, y previa solicitud.

**Artículo 98**.- El indulto en ningún caso extinguirá la obligación de reparar el daño causado. El reconocimiento de la inocencia del sentenciado extingue la obligación de reparar el daño.

## CAPITULO V
## Rehabilitación

**Artículo 99**.- La rehabilitación tiene por objeto reintegrar al condenado en los derechos civiles, políticos o de familia que había perdido en virtud de sentencia dictada en un proceso o en cuyo ejercicio estuviere suspenso.

## CAPITULO VI
## Prescripción

**Artículo 100**.- Por la prescripción se extingue la acción penal y las sanciones, conforme a los siguientes artículos.

**Artículo 101**.- La prescripción es personal y para ella bastará el simple transcurso del tiempo señalado por la ley.

Los plazos para la prescripción se duplicarán respecto de quienes se encuentren fuera del territorio nacional, si por esta circunstancia no es posible integrar una averiguación previa, concluir un proceso o ejecutar una sanción.

La prescripción producirá su efecto, aunque no la alegue como excepción el acusado. Los jueces la suplirán de oficio en todo caso, tan luego como tengan conocimiento de ella, sea cual fuere el estado del proceso.

**Artículo 102**.- Los plazos para la prescripción de la acción penal serán continuos; en ellos se considerará el delito con sus modalidades, y se contarán:

**I.-** A partir del momento en que se consumó el delito, si fuere instantáneo;

**II.-** A partir del día en que se realizó el último acto de ejecución o se omitió la conducta debida, si el delito fuere en grado de tentativa;

**III.-** Desde el día en que se realizó la última conducta, tratándose de delito continuado; y

**Exhibit 8, Page 238**



CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

**IV.-** Desde la cesación de la consumación en el delito permanente.

**Artículo 103.-** Los plazos para la prescripción de las sanciones serán igualmente continuos y correrán desde el día siguiente a aquel en que el condenado se sustraiga a la acción de la justicia, si las sanciones son privativas o restrictivas de la libertad, y si no lo son, desde la fecha de la sentencia ejecutoria.

**Artículo 104.-** La acción penal prescribe en un año, si el delito sólo mereciere multa; si el delito mereciere, además de esta sanción, pena privativa de libertad o alternativa, se atenderá a la prescripción de la acción para perseguir la pena privativa de libertad; lo mismo se observará cuando corresponda imponer alguna otra sanción accesoria.

**Artículo 105.-** La acción penal prescribirá en un plazo igual al término medio aritmético de la pena privativa de la libertad que señala la ley para el delito de que se trate, pero en ningún caso será menor de tres años.

**Artículo 106.-** La acción penal prescribirá en dos años, si el delito sólo mereciere destitución, suspensión, privación de derecho o inhabilitación, salvo lo previsto en otras normas.

**Artículo 107.-** Cuando la ley no prevenga otra cosa, la acción penal que nazca de un delito que sólo puede perseguirse por querella del ofendido o algún otro acto equivalente, prescribirá en un año, contado desde el día en que quienes puedan formular la querella o el acto equivalente, tengan conocimiento del delito y del delincuente, y en tres, fuera de esta circunstancia.

Pero una vez llenado el requisito de procedibilidad dentro del plazo antes mencionado, la prescripción seguirá corriendo según las reglas para los delitos perseguibles de oficio.

**Artículo 108.-** En los casos de concurso de delitos, las acciones penales que de ellos resulten, prescribirán cuando prescriba la del delito que merezca pena mayor.

**Artículo 109.-** Cuando para ejercitar o continuar la acción penal sea necesaria una resolución previa de autoridad jurisdiccional, la prescripción comenzará a correr desde que se dicte la sentencia irrevocable.

**Artículo 110.-** La prescripción de las acciones se interrumpirá por las actuaciones que se practiquen en averiguación del delito y de los delincuentes, aunque por ignorarse quiénes sean éstos no se practiquen las diligencias contra persona determinada.

Si se dejare de actuar, la prescripción empezará a correr de nuevo desde el día siguiente al de la última diligencia.

La prescripción de las acciones se interrumpirá también por el requerimiento de auxilio en la investigación del delito o del delincuente, por las diligencias que se practiquen para obtener la extradición internacional, y por el requerimiento de entrega del inculpado que formalmente haga el Ministerio Público de una entidad federativa al de otra donde aquél se refugie, se localice o se encuentre detenido por el mismo u otro delito. En el primer caso también causarán la interrupción las actuaciones que practique la autoridad requerida y en el segundo subsistirá la interrupción hasta en tanto la autoridad requerida niegue la entrega o en tanto desaparezca la situación legal del detenido, que dé motivo al aplazamiento de su entrega.

La interrupción de la prescripción de la acción penal, sólo podrá ampliar hasta una mitad los plazos señalados en los artículos 105, 106 y 107 de este Código.

**Exhibit 8, Page 239**



CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

**Artículo 111.**- Las prevenciones contenidas en los dos primeros párrafos y en el primer caso del tercer párrafo del artículo anterior, no operarán cuando las actuaciones se practiquen después de que haya transcurrido la mitad del lapso necesario para la prescripción.

Se exceptúa de la regla anterior el plazo que el artículo 107 fija para que se satisfaga la querella u otro requisito equivalente.

**Artículo 112.**- Si para deducir una acción penal exigiere la ley previa declaración o resolución de alguna autoridad, las gestiones que con ese fin se practiquen, antes del término señalado en el artículo precedente, interrumpirán la prescripción.

**Artículo 113.**- Salvo que la ley disponga otra cosa, la pena privativa de libertad prescribirá en un tiempo igual al fijado en la condena y una cuarta parte más, pero no podrá ser inferior a tres años; la pena de multa prescribirá en un año; las demás sanciones prescribirán en un plazo igual al que deberían durar y una cuarta parte más, sin que pueda ser inferior a dos años; las que no tengan temporalidad, prescribirán en dos años. Los plazos serán contados a partir de la fecha en que cause ejecutoria la resolución.

**Artículo 114.**- Cuando el reo hubiere extinguido ya una parte de su sanción, se necesitará para la prescripción tanto tiempo como el que falte de la condena y una cuarta parte más, pero no podrá ser menor de un año.

**Artículo 115.**- La prescripción de la sanción privativa de libertad sólo se interrumpe aprehendiendo al reo, aunque la aprehensión se ejecute por otro delito diverso, o por la formal solicitud de entrega que el Ministerio Público de una entidad federativa haga al de otra en que aquél se encuentre detenido, en cuyo caso subsistirá la interrupción hasta en tanto la autoridad requerida niegue dicha entrega o desaparezca la situación legal del detenido que motive aplazar el cumplimiento de lo solicitado.

La prescripción de las demás sanciones se interrumpirá por cualquier acto de autoridad competente para hacerlas efectivas. También se interrumpirá la prescripción de la pena de reparación del daño o de otras de carácter pecuniario, por las promociones que el ofendido o persona a cuyo favor se haya decretado dicha reparación haga ante la autoridad fiscal correspondiente y por las actuaciones que esa autoridad realice para ejecutarlas, así como por el inicio de juicio ejecutivo ante autoridad civil usando como título la sentencia condenatoria correspondiente.

## CAPITULO VII
## Cumplimiento de la pena o medida de seguridad

**Artículo 116.**- La pena y la medida de seguridad se extinguen, con todos sus efectos, por cumplimiento de aquéllas o de las sanciones por las que hubiesen sido sustituidas o conmutadas. Asimismo, la sanción que se hubiese suspendido se extinguirá por el cumplimiento de los requisitos establecidos al otorgarla, en los términos y dentro de los plazos legalmente aplicables.

## CAPITULO VIII
## Vigencia y aplicación de una nueva ley más favorable

**Artículo 117.**- La ley que suprime el tipo penal o lo modifique, extingue en su caso, la acción penal o la sanción correspondiente, conforme a lo dispuesto en el artículo 56.

## CAPITULO IX
## Existencia de una sentencia anterior dictada en proceso seguido por los mismos hechos

**Exhibit 8, Page 240**



**CÓDIGO PENAL FEDERAL**

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

*Última Reforma DOF 23-01-2009*

**Artículo 118**.- Nadie puede ser juzgado dos veces por el mismo delito, ya sea que en el juicio se le absuelva o se le condene. Cuando se hubiese dictado sentencia en un proceso y aparezca que existe otro en relación con la misma persona y por los mismos hechos considerados en aquél, concluirá el segundo proceso mediante resolución que dictará de oficio la autoridad que esté conociendo. Si existen dos sentencias sobre los mismos hechos, se extinguirán los efectos de la dictada en segundo término.

## CAPITULO X
### Extinción de las medidas de tratamiento de inimputables

**Artículo 118-Bis**.- Cuando el inimputable sujeto a una medida de tratamiento se encontrare prófugo y posteriormente fuera detenido, la ejecución de la medida de tratamiento se considerará extinguida si se acredita que las condiciones personales del sujeto no corresponden ya a las que hubieran dado origen a su imposición.

## TITULO SEXTO
### De los menores

(Se deroga)

**Artículo 119**.- (Se deroga).

**Artículo 120**.- (Se deroga).

**Artículo 121**.- (Se deroga).

**Artículo 122**.- (Se deroga).

## LIBRO SEGUNDO

## TITULO PRIMERO
### Delitos Contra la Seguridad de la Nación

## CAPITULO I
### Traición a la Patria

**Artículo 123**.- Se impondrá la pena de prisión de cinco a cuarenta años y multa hasta de cincuenta mil pesos al mexicano que cometa traición a la patria en alguna de las formas siguientes:

**I.-** Realice actos contra la independencia, soberanía o integridad de la Nación Mexicana con la finalidad de someterla a persona, grupo o gobierno extranjero;

**II.-** Tome parte en actos de hostilidad en contra de la Nación, mediante acciones bélicas a las órdenes de un Estado extranjero o coopere con éste en alguna forma que pueda perjudicar a México.

Cuando los nacionales sirvan como tropa, se impondrá pena de prisión de uno a nueve años y multa hasta de diez mil pesos;

Se considerará en el supuesto previsto en el primer párrafo de esta fracción, al que prive ilegalmente de su libertad a una persona en el territorio nacional para entregarla a las autoridades de otro país o trasladarla fuera de México con tal propósito.

**Exhibit 8, Page 241**

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

**III.-** Forme parte de grupos armados dirigidos o asesorados por extranjeros; organizados dentro o fuera del país, cuando tengan por finalidad atentar contra la independencia de la República, su soberanía, su libertad o su integridad territorial o invadir el territorio nacional, aun cuando no exista declaración de guerra;

**IV.-** Destruya o quite dolosamente las señales que marcan los límites del territorio nacional, o haga que se confundan, siempre que ello origine conflicto a la República, o ésta se halle en estado de guerra;

**V.-** Reclute gente para hacer la guerra a México, con la ayuda o bajo la protección de un gobierno extranjero;

**VI.-** Tenga, en tiempos de paz o de guerra, relación o inteligencia con persona, grupo o gobierno extranjeros o le dé instrucciones, información o consejos, con objeto de guiar a una posible invasión del territorio nacional o de alterar la paz interior;

**VII.-** Proporcione dolosamente y sin autorización, en tiempos de paz o de guerra, a persona, grupo o gobierno extranjeros, documentos, instrucciones o datos de establecimientos o de posibles actividades militares;

**VIII.-** Oculte o auxilie a quien cometa actos de espionaje, sabiendo que los realiza;

**IX.-** Proporcione a un Estado extranjero o a grupos armados dirigidos por extranjeros, los elementos humanos o materiales para invadir el territorio nacional, o facilite su entrada a puestos militares o le entregue o haga entregar unidades de combate o almacenes de boca o guerra o impida que las tropas mexicanas reciban estos auxilios;

**X.-** Solicite la intervención o el establecimiento de un protectorado de un Estado extranjero o solicite que aquel haga la guerra a México; si no se realiza lo solicitado, la prisión será de cuatro a ocho años y multa hasta de diez mil pesos;

**XI.-** Invite a individuos de otro Estado para que hagan armas contra México o invadan el territorio nacional, sea cual fuere el motivo que se tome; si no se realiza cualquiera de estos hechos, se aplicará la pena de cuatro a ocho años de prisión y multa hasta de diez mil pesos;

**XII.-** Trate de enajenar o gravar el territorio nacional o contribuya a su desmembración;

**XIII.-** Reciba cualquier beneficio, o acepte promesa de recibirlo, con el fin de realizar alguno de los actos señalados en este artículo;

**XIV.-** Acepte del invasor un empleo, cargo o comisión y dicte, acuerde o vote providencias encaminadas a afirmar al gobierno intruso y debilitar al nacional; y

**XV.-** Cometa, declarada la guerra o rotas las hostilidades, sedición, motín, rebelión, terrorismo, sabotaje o conspiración.

**Artículo 124**.- Se aplicará la pena de prisión de cinco a veinte años y multa hasta de veinticinco mil pesos, al mexicano que:

**I.-** Sin cumplir las disposiciones constitucionales, celebre o ejecute tratados o pactos de alianza ofensiva con algún Estado, que produzcan o puedan producir la guerra de México con otro, o admita tropas o unidades de guerra extranjeras en el país;



**CÓDIGO PENAL FEDERAL**

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN                    *Última Reforma DOF 23-01-2009*
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

**II.-** En caso de una invasión extranjera, contribuya a que en los lugares ocupados por el enemigo se establezca un gobierno de hecho, ya sea dando su voto, concurriendo a juntas, firmando actas o representaciones o por cualquier otro medio;

**III.-** Acepte del invasor un empleo, cargo o comisión, o al que, en el lugar ocupado, habiéndolo obtenido de manera legítima lo desempeñe en favor del invasor; y

**IV.-** Con actos no autorizados ni aprobados por el gobierno, provoque una guerra extranjera con México, o exponga a los mexicanos a sufrir por esto, vejaciones o represalias.

**Artículo 125.-** Se aplicará la pena de dos a doce años de prisión y multa de mil a veinte mil pesos al que incite al pueblo a que reconozca al gobierno impuesto por el invasor o a que acepte una invasión o protectorado extranjero.

**Artículo 126.-** Se aplicarán las mismas penas a los extranjeros que intervengan en la comisión de los delitos a que se refiere este Capítulo, con excepción de los previstos en las fracciones VI y VII del artículo 123.

## CAPITULO II
## Espionaje

**Artículo 127.-** Se aplicará la pena de prisión de cinco a veinte años y multa hasta de cincuenta mil pesos al extranjero que en tiempo de paz, con objeto de guiar a una posible invasión del territorio nacional o de alterar la paz interior, tenga relación o inteligencia con persona, grupo o gobierno extranjeros o le dé instrucciones, información o consejos.

La misma pena se impondrá al extranjero que en tiempo de paz proporcione, sin autorización a persona, grupo o gobierno extranjero, documentos, instrucciones, o cualquier dato de establecimientos o de posibles actividades militares.

Se aplicará la pena de prisión de cinco a cuarenta años y multa hasta de cincuenta mil pesos al extranjero que, declarada la guerra o rotas las hostilidades contra México, tenga relación o inteligencia con el enemigo o le proporcione información, instrucciones o documentos o cualquier ayuda que en alguna forma perjudique o pueda perjudicar a la Nación Mexicana.

**Artículo 128.-** Se aplicará la pena de prisión de cinco a veinte años y multa hasta de cincuenta mil pesos, al mexicano que, teniendo en su poder documentos o informaciones confidenciales de un gobierno extranjero, los revele a otro gobierno, si con ello perjudica a la Nación Mexicana.

**Artículo 129.-** Se impondrá la pena de seis meses a cinco años de prisión y multa hasta de cinco mil pesos al que teniendo conocimiento de las actividades de un espía y de su identidad, no lo haga saber a las autoridades.

## CAPITULO III
## Sedición

**Artículo 130.-** Se aplicará la pena de seis meses a ocho años de prisión y multa hasta de diez mil pesos, a los que en forma tumultuaria sin uso de armas, resistan o ataquen a la autoridad para impedir el libre ejercicio de sus funciones con alguna de las finalidades a que se refiere el artículo 132.

**Exhibit 8, Page 243**



CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

A quienes dirijan, organicen, inciten, compelan o patrocinen económicamente a otros para cometer el delito de sedición, se les aplicará la pena de cinco a quince años de prisión y multa hasta de veinte mil pesos.

## CAPITULO IV
### Motín

**Artículo 131**.- Se aplicará la pena de seis meses a siete años de prisión y multa hasta de cinco mil pesos, a quienes para hacer uso de un derecho o pretextando su ejercicio o para evitar el cumplimiento de una ley, se reúnan tumultuariamente y perturben el orden público con empleo de violencia en las personas o sobre las cosas, o amenacen a la autoridad para intimidarla u obligarla a tomar alguna determinación.

A quienes dirijan, organicen, inciten, compelan o patrocinen económicamente a otros para cometer el delito de motín, se les aplicará la pena de dos a diez años de prisión y multa hasta de quince mil pesos.

## CAPITULO V
### Rebelión

**Artículo 132**.- Se aplicará la pena de dos a veinte años de prisión y multa de cinco mil a cincuenta mil pesos a los que, no siendo militares en ejercicio, con violencia y uso de armas traten de:

**I.-** Abolir o reformar la Constitución Política de los Estados Unidos Mexicanos;

**II.-** Reformar, destruir o impedir la integración de las instituciones constitucionales de la Federación, o su libre ejercicio; y

**III.-** Separar o impedir el desempeño de su cargo a alguno de los altos funcionarios de la Federación mencionados en el artículo 2o. de la Ley de Responsabilidades de los Funcionarios y Empleados de la Federación, del Distrito Federal y de los Altos Funcionarios de los Estados.

**Artículo 133**.- Las penas señaladas en el artículo anterior se aplicarán al que residiendo en territorio ocupado por el Gobierno Federal, y sin mediar coacción física o moral, proporcione a los rebeldes, armas, municiones, dinero, víveres, medios de transporte o de comunicación o impida que las tropas del Gobierno reciban estos auxilios. Si residiere en territorio ocupado por los rebeldes, la prisión será de seis meses a cinco años.

Al funcionario o empleado público de los Gobiernos Federal o Estatales, o de los Municipios, de organismos públicos descentralizados, de empresas de participación estatal, o de servicios públicos, federales o locales, que teniendo por razón de su cargo documentos o informes de interés estratégico, los proporcione a los rebeldes, se le aplicará pena de cinco a cuarenta años de prisión y multa de cinco mil a cincuenta mil pesos.

**Artículo 134**.- Se aplicará la pena de dos a veinte años de prisión y multa de cinco mil a cincuenta mil pesos a los que, no siendo militares en ejercicio, con violencia y uso de armas, atenten contra el Gobierno de alguno de los Estados de la Federación, contra sus instituciones constitucionales o para lograr la separación de su cargo de alguno de los altos funcionarios del Estado, cuando interviniendo los Poderes de la Unión en la forma prescrita por el artículo 122 de la Constitución Política de los Estados Unidos Mexicanos, los rebeldes no depongan las armas.

**Artículo 135**.- Se aplicará la pena de uno a veinte años de prisión y multa hasta de cincuenta mil pesos al que:

**Exhibit 8, Page 244**



CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

**I.-** En cualquier forma o por cualquier medio invite a una rebelión;

**II.-** Residiendo en territorio ocupado por el Gobierno:

**a)** Oculte o auxilie a los espías o exploradores de los rebeldes, sabiendo que lo son;

**b)** Mantenga relaciones con los rebeldes, para proporcionarles noticias concernientes a las operaciones militares u otras que les sean útiles.

**III.-** Voluntariamente sirva un empleo, cargo o comisión en lugar ocupado por los rebeldes, salvo que actué coaccionado o por razones humanitarias.

**Artículo 136**.- A los funcionarios o agentes del Gobierno y a los rebeldes que después del combate causen directamente o por medio de órdenes, la muerte a los prisioneros, se les aplicará pena de prisión de quince a treinta años y multa de diez mil a veinte mil pesos.

**Artículo 137**.- Cuando durante una rebelión se cometan los delitos de homicidio, robo, secuestro, despojo, incendio, saqueo u otros delitos, se aplicarán las reglas del concurso.

Los rebeldes no serán responsables de los homicidios ni de las lesiones inferidas en el acto de un combate, pero de los que se causen fuera del mismo, serán responsables tanto el que los manda como el que los permita y los que inmediatamente los ejecuten.

**Artículo 138**.- No se aplicará pena a los que depongan las armas antes de ser tomados prisioneros, si no hubiesen cometido alguno de los delitos mencionados en el artículo anterior.

## CAPITULO VI
## Terrorismo

**Artículo 139.-** Se impondrá pena de prisión de seis a cuarenta años y hasta mil doscientos días multa, sin perjuicio de las penas que correspondan por los delitos que resulten, al que utilizando sustancias tóxicas, armas químicas, biológicas o similares, material radioactivo o instrumentos que emitan radiaciones, explosivos o armas de fuego, o por incendio, inundación o por cualquier otro medio violento, realice actos en contra de las personas, las cosas o servicios públicos, que produzcan alarma, temor o terror en la población o en un grupo o sector de ella, para atentar contra la seguridad nacional o presionar a la autoridad para que tome una determinación.

La misma sanción se impondrá al que directa o indirectamente financie, aporte o recaude fondos económicos o recursos de cualquier naturaleza, con conocimiento de que serán utilizados, en todo o en parte, en apoyo de personas u organizaciones que operen o cometan actos terroristas en el territorio nacional.

**Artículo 139 Bis.-** Se aplicará pena de uno a nueve años de prisión y de cien a trescientos días multa, a quien encubra a un terrorista, teniendo conocimiento de sus actividades o de su identidad.

**Artículo 139 Ter.-** Se aplicará pena de cinco a quince años de prisión y de doscientos a seiscientos días multa al que amenace con cometer el delito de terrorismo a que se refiere el párrafo primero del artículo 139.

## CAPITULO VII
## Sabotaje

**Exhibit 8, Page 245**



CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

CÓDIGO PENAL FEDERAL
Última Reforma DOF 23-01-2009

**Artículo 140**.- Se impondrá pena de dos a veinte años de prisión y multa de mil a cincuenta mil pesos, al que dañe, destruya o ilícitamente entorpezca vías de comunicación, servicios públicos, funciones de las dependencias del Estado, organismos públicos descentralizados, empresas de participación estatal o sus instalaciones; plantas siderúrgicas, eléctricas o de las industrias básicas; centros de producción o distribución de artículos de consumo necesarios de armas, municiones o implementos bélicos, con el fin de trastornar la vida económica del país o afectar su capacidad de defensa.

Se aplicará pena de seis meses a cinco años de prisión y multa hasta de cinco mil pesos, al que teniendo conocimiento de las actividades de un saboteador y de su identidad, no lo haga saber a las autoridades.

## CAPITULO VIII
## Conspiración

**Artículo 141**.- Se impondrá pena de uno a nueve años de prisión y multa hasta de diez mil pesos a quienes resuelvan de concierto cometer uno o varios de los delitos del presente Título y acuerden los medios de llevar a cabo su determinación.

## CAPITULO IX
## Disposiciones comunes para los capítulos de este Título

**Artículo 142**.- Al que instigue, incite o invite a la ejecución de los delitos previstos en este Título se le aplicará la misma penalidad señalada para el delito de que se trate, a excepción de lo establecido en el segundo párrafo del artículo 130, en el segundo párrafo del artículo 131 y en la fracción I del artículo 135, que conservan su penalidad específica.

Al que instigue, incite o invite a militares en ejercicio, a la ejecución de los delitos a que se refiere este Título, se le aplicará pena de cinco a cuarenta años de prisión, con excepción del delito de terrorismo, cuya pena será de ocho a cuarenta años de prisión y de quinientos a mil ciento cincuenta días multa.

**Artículo 143**.- Cuando de la comisión de los delitos a que se refiere el presente Título resultaren otros delitos, se estará a las reglas del concurso.

Además de las penas señaladas en este Título, se impondrá a los responsables si fueren mexicanos, la suspensión de sus derechos políticos por un plazo hasta de diez años, que se computará a partir del cumplimiento de su condena. En los delitos comprendidos en los capítulos I y II del presente Título, se impondrá la suspensión de tales derechos, hasta por cuarenta años.

**Artículo 144**.- Se consideran delitos de carácter político los de rebelión, sedición, motín y el de conspiración para cometerlos.

**Artículo 145.-** Se aplicará pena de cinco a cuarenta años de prisión y de ciento veinte a mil ciento cincuenta días multa, al funcionario o empleado de los Gobiernos Federal o Estatales, o de los Municipios, de organismos públicos descentralizados, de empresas de participación estatal o de servicios públicos, federales o locales, que incurran en alguno de los delitos previstos por este Título, con excepción del delito de terrorismo, cuya pena será de nueve a cuarenta y cinco años de prisión y de quinientos a mil ciento cincuenta días multa.

**Artículo 145-Bis**.- (Se deroga).

## TITULO SEGUNDO

Exhibit 8, Page 246



CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

# DELITOS CONTRA EL DERECHO INTERNACIONAL

## CAPITULO I
### Piratería

**Artículo 146**.- Serán considerados piratas:

**I.-** Los que, perteneciendo a la tripulación de una nave mercante mexicana, de otra nación, o sin nacionalidad, apresen a mano armada alguna embarcación, o cometan depredaciones en ella, o hagan violencia a las personas que se hallen a bordo;

**II.-** Los que, yendo a bordo de una embarcación, se apoderen de ella y la entreguen voluntariamente a un pirata, y

**III.-** Los corsarios que, en caso de guerra entre dos o más naciones, hagan el curso sin carta de marca o patente de ninguna de ellas, o con patente de dos o más beligerantes, o con patente de uno de ellos, pero practicando actos de depredación contra buques de la República o de otra nación para hostilizar a la cual no estuvieren autorizados. Estas disposiciones deberán igualmente aplicarse en lo conducente a las aeronaves.

**Artículo 147**.- Se impondrán de quince a treinta años de prisión y decomiso de la nave, a los que pertenezcan a una tripulación pirata.

## CAPITULO II
### Violación de inmunidad y de neutralidad

**Artículo 148**.- Se aplicará prisión de tres días a dos años y multa de cien a dos mil pesos, por:

**I.-** La violación de cualquiera inmunidad diplomática, real o personal, de un soberano extranjero, o del representante de otra nación, sea que residan en la República o que estén de paso en ella;

**II.-** La violación de los deberes de neutralidad que corresponden a la nación mexicana, cuando se haga conscientemente;

**III.-** La violación de la inmunidad de un parlamentario, o la que da un salvoconducto, y

**IV.-** Todo ataque o violencia de cualquier género a los escudos, emblemas o pabellones de una potencia amiga.

En el caso de la fracción III, y si las circunstancias lo ameritan, los jueces podrán imponer hasta seis años de prisión.

## CAPITULO III
### TERRORISMO INTERNACIONAL

**Artículo 148 Bis.-** Se impondrá pena de prisión de quince a cuarenta años y de cuatrocientos a mil doscientos días multa, sin perjuicio de las penas que correspondan por los delitos que resulten:

**I)** A quien utilizando sustancias tóxicas, armas químicas, biológicas o similares, material radioactivo o instrumentos que emitan radiaciones, explosivos o armas de fuego, o por incendio, inundación o por cualquier otro medio violento, realice en territorio mexicano, actos en contra de bienes o personas de un Estado extranjero, o de cualquier organismo u organización internacionales, que produzcan alarma, temor

**Exhibit 8, Page 247**



CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

o terror en la población o en un grupo o sector de ella, para tratar de menoscabar la autoridad de ese estado extranjero, u obligar a éste o a un organismo u organización internacionales para que tomen una determinación.

**II)** Al que directa o indirectamente financie, aporte o recaude fondos económicos o recursos de cualquier naturaleza, con conocimiento de que serán utilizados, en todo o en parte, para cometer actos terroristas internacionales, o en apoyo de personas u organizaciones terroristas que operen en el extranjero, y

**III)** Al que acuerde o prepare en territorio mexicano un acto terrorista que se pretenda cometer o se haya cometido en el extranjero.

**Artículo 148 Ter.-** Se impondrá pena de cinco a diez años de prisión y de cien a trescientos días multa, a quien encubra a un terrorista, teniendo conocimiento de su identidad o de que realiza alguna de las actividades previstas en el presente capítulo.

**Artículo 148 Quáter.-** Se aplicará pena de seis a doce años de prisión y de doscientos a seiscientos días multa al que amenace con cometer el delito de terrorismo a que se refiere la fracción primera del artículo 148 Bis.

## TITULO TERCERO
## Delitos Contra la Humanidad

## CAPITULO I
## Violación de los deberes de humanidad

**Artículo 149**.- Al que violare los deberes de humanidad en los prisioneros y rehenes de guerra, en los heridos, o en los hospitales de sangre, se le aplicará por ese sólo hecho: prisión de tres a seis años, salvo lo dispuesto, para los casos especiales, en las leyes militares.

## CAPITULO II
## Genocidio

**Artículo 149-Bis**.- Comete el delito de genocidio el que con el propósito de destruir, total o parcialmente a uno o más grupos nacionales o de carácter étnico, racial o religioso, perpetrase por cualquier medio, delitos contra la vida de miembros de aquellos, o impusiese la esterilización masiva con el fin de impedir la reproducción del grupo.

Por tal delito se impondrán de veinte a cuarenta años de prisión y multa de quince mil a veinte mil pesos.

Si con idéntico propósito se llevaren a cabo ataques a la integridad corporal o a la salud de los miembros de dichas comunidades o se trasladaren de ellas a otros grupos menores de diez y seis años, empleando para ello la violencia física o moral, la sanción será de cinco a veinte años de prisión y multa de dos mil a siete mil pesos.

Se aplicarán las mismas sanciones señaladas en el párrafo anterior, a quien con igual propósito someta intencionalmente al grupo a condiciones de existencia que hayan de acarrear su destrucción física, total o parcial.

En caso de que los responsables de dichos delitos fueran gobernantes, funcionarios o empleados públicos y las cometieren en ejercicio de sus funciones o con motivo de ellas, además de las sanciones

**Exhibit 8, Page 248**



CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

establecidas en este artículo se les aplicarán las penas señaladas en el artículo 15 de la Ley de Responsabilidades de los Funcionarios y Empleados de la Federación.

# TITULO CUARTO
## Delitos Contra la Seguridad Pública

## CAPITULO I
### Evasión de presos

**Artículo 150**.- Se aplicarán de seis meses a nueve años de prisión al que favoreciere la evasión de algún detenido, procesado o condenado. Si el detenido o procesado estuviese inculpado por delito o delitos contra la salud, a la persona que favoreciere su evasión se le impondrán de siete a quince años de prisión, o bien, en tratándose de la evasión de un condenado, se aumentarán hasta veinte años de prisión.

Si quien propicie la evasión fuese servidor público, se le incrementará la pena en una tercera parte de las penas señaladas en este artículo, según corresponda. Además será destituido de su empleo y se le inhabilitará para obtener otro durante un período de ocho a doce años.

**Artículo 151**.- El artículo anterior no comprende a los ascendientes, descendientes, cónyuge o hermanos del prófugo, ni a sus parientes por afinidad hasta el segundo grado, pues están exentos de toda sanción, excepto en el caso de que hayan proporcionado la fuga por medio de la violencia en las personas o fuerza en las cosas.

**Artículo 152**.- Al que favorezca al mismo tiempo, o en un solo acto, la evasión de varias personas privadas de libertad por la autoridad competente, se le impondrá hasta una mitad más de las sanciones privativas de libertad señaladas en el artículo 150, según corresponda.

**Artículo 153**.- Si la reaprehensión del prófugo se lograre por gestiones del responsable de la evasión, se aplicarán a éste de diez a ciento ochenta jornadas de trabajo en favor de la comunidad, según la gravedad del delito imputado al preso o detenido.

**Artículo 154**.- Al preso que se fugue no se le aplicará sanción alguna, sino cuando obre de concierto con otro u otros presos y se fugue alguno de ellos o ejerciere violencia en las personas, en cuyo caso la pena aplicable será de seis meses a tres años de prisión.

## CAPITULO II
### Quebrantamiento de sanción

**Artículo 155**.- Al reo que se fugue estando bajo alguna de las sanciones privativas de libertad, o en detención o prisión preventiva, no se le contará el tiempo que pase fuera del lugar en que deba hacerla efectiva, ni se tendrá en cuenta la buena conducta que haya tenido antes de la fuga.

**Artículo 156**.- Al extranjero expulsado de la República que vuelva a ésta, se le impondrá de uno a dos años de prisión y se le expulsará de nuevo después de hacer efectiva esta sanción.

**Artículo 157**.- Al sentenciado a confinamiento que salga del lugar que se le haya fijado para lugar de su residencia antes de extinguirlo, se le aplicará prisión por el tiempo que le falte para extinguir el confinamiento.

**Artículo 158**.- Se impondrán de quince a noventa jornadas de trabajo a favor de la comunidad:

**Exhibit 8, Page 249**



CÓDIGO PENAL FEDERAL

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

Última Reforma DOF 23-01-2009

**I.-** Al reo sometido a vigilancia de la policía que no ministre a ésta los informes que se le pidan sobre su conducta, y

**II.-** A aquel a quien se hubiere prohibido ir a determinado lugar o a residir en él, si violare la prohibición.

Si el sentenciado lo fuere por delito grave así calificado por la ley, la sanción antes citada será de uno a cuatro años de prisión.

**Artículo 159**.- El reo suspenso en su profesión u oficio, o inhabilitado para ejercerlos, que quebrante su condena, pagará una multa de veinte a mil pesos. En caso de reincidencia, se duplicará la multa y se aplicará prisión de uno a seis años.

## CAPITULO III
## Armas prohibidas

**Artículo 160**.- A quien porte, fabrique, importe o acopie sin un fin lícito instrumentos que sólo puedan ser utilizados para agredir y que no tengan aplicación en actividades laborales o recreativas, se le impondrá prisión de tres meses a tres años o de 180 a 360 días multa y decomiso.

Los servidores públicos podrán portar las armas necesarias para el ejercicio de su cargo, sujetándose a la reglamentación de las leyes respectivas.

Estos delitos, cuyo conocimiento compete al fuero común, se sancionarán sin perjuicio de lo previsto por la Ley Federal de Armas de Fuego y Explosivos, de aplicación federal en lo que conciernen a estos objetos.

**Artículo 161**.- Se necesita licencia especial para portación o venta de las pistolas o revólveres.

**Artículo 162**.- Se aplicará de seis meses a tres años de prisión o de 180 a 360 días multa y decomiso:

**I.-** Al que importe, fabrique o venda las armas enumeradas en el artículo 160; o las regale o trafique con ellas;

**II.-** Al que ponga a la venta pistolas o revólveres, careciendo del permiso necesario;

**III.-** Al que porte una arma de las prohibidas en el artículo 160;

**IV.-** Al que, sin un fin lícito o sin el permiso correspondiente, hiciere acopio de armas, y

**V.-** Al que, sin licencia, porte alguna arma de las señaladas en el artículo 161.

En todos los casos incluidos en este artículo, además de las sanciones señaladas, se decomisarán las armas.

Los funcionarios y agentes de la autoridad pueden llevar las armas necesarias para el ejercicio de su cargo.

**Artículo 163**.- La concesión de licencias a que se refiere el artículo 161, la hará el Ejecutivo de la Unión por conducto del Departamento o Secretaría que designe, sujetándose a las prevenciones de la ley reglamentaria respectiva, y a las siguientes:

Exhibit 8, Page 250



CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

**I.-** La venta de las armas comprendidas en el artículo 161, sólo podrá hacerse por establecimientos mercantiles provistos de licencia y nunca por particulares, y

**II.-** El que solicite la licencia para portar armas deberá cumplir con los requisitos siguientes:

**a).** Otorgar fianza por la cantidad que fije la autoridad, y

**b).** Comprobar la necesidad que tiene para la portación de armas y sus antecedentes de honorabilidad y prudencia, con el testimonio de cinco personas bien conocidas de la autoridad.

## CAPITULO IV
## Asociaciones delictuosas

**Artículo 164**.- Al que forme parte de una asociación o banda de tres o más personas con propósito de delinquir, se le impondrá prisión de cinco a diez años y de cien a trescientos días multa.

Cuando el miembro de la asociación sea o haya sido servidor público de alguna corporación policial, la pena a que se refiere el párrafo anterior se aumentará en una mitad y se impondrá, además, la destitución del empleo, cargo o comisión públicos e inhabilitación de uno a cinco años para desempeñar otro. Si el miembro de la asociación pertenece a las Fuerzas Armadas Mexicanas en situación de retiro, de reserva o en activo, de igual forma la pena se aumentará en una mitad y se le impondrá, además la baja definitiva de la Fuerza Armada a que pertenezca y se le inhabilitará de uno a cinco años para desempeñar cargo o comisión públicos.

**Artículo 164 Bis**.- Cuando se cometa algún delito por pandilla, se aplicará a los que intervengan en su comisión, hasta una mitad más de las penas que les correspondan por el o los delitos cometidos.

Se entiende por pandilla, para los efectos de esta disposición, la reunión habitual, ocasional o transitoria, de tres o más personas que sin estar organizadas con fines delictuosos, cometen en común algún delito.

Cuando el miembro de la pandilla sea o haya sido servidor público de alguna corporación policiaca, la pena se aumentará hasta en dos terceras partes de las penas que le corresponda por el o los delitos cometidos y se le impondrá además, destitución del empleo, cargo o comisión públicos e inhabilitación de uno a cinco años para desempeñar otro.

## TITULO QUINTO
## Delitos en Materia de Vías de Comunicación y Correspondencia

## CAPITULO I
## Ataques a las vías de comunicación y violación de correspondencia

**Artículo 165**.- Se llaman caminos públicos las vías de tránsito habitualmente destinadas al uso público, sea quien fuere el propietario, y cualquiera que sea el medio de locomoción que se permita y las dimensiones que tuviere; excluyendo los tramos que se hallen dentro de los límites de las poblaciones.

**Artículo 166**.- Al que quite, corte o destruya las ataderas que detengan una embarcación u otro vehículo, o quite el obstáculo que impida o modere su movimiento, se le aplicará prisión de quince días a dos años si no resultare daño alguno; si se causare se aplicará además la sanción correspondiente por el delito que resulte.

**Artículo 167**.- Se impondrán de uno a cinco años de prisión y de cien a diez mil días multa:

**Exhibit 8, Page 251**



CÓDIGO PENAL FEDERAL
Última Reforma DOF 23-01-2009

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

**I.-** Por el solo hecho de quitar o modificar sin la debida autorización: uno o más durmientes, rieles, clavos, tornillos, planchas y demás objetos similares que los sujeten, o un cambiavías de ferrocarril de uso público;

**II.-** Al que destruya o separe uno o más postes, aisladores, alambres, máquinas o aparatos, empleados en el servicio de telégrafos; cualquiera de los componentes de la red pública de telecomunicaciones, empleada en el servicio telefónico, de conmutación o de radiocomunicación, o cualquier componente de una instalación de producción de energía magnética o electromagnética o sus medios de transmisión.

**III.-** Al que, para detener los vehículos en un camino público, o impedir el paso de una locomotora, o hacer descarrilar ésta o los vagones, quite o destruya los objetos que menciona la fracción I, ponga algún estorbo, o cualquier obstáculo adecuado;

**IV.-** Por el incendio de un vagón, o de cualquier otro vehículo destinado al transporte de carga y que no forme parte de un tren en que se halle alguna persona;

**V.-** Al que inundare en todo o en parte, un camino público o echare sobre él las aguas de modo que causen daño;

**VI.-** Al que dolosamente o con fines de lucro, interrumpa o interfiera las comunicaciones, alámbricas, inalámbricas o de fibra óptica, sean telegráficas, telefónicas o satelitales, por medio de las cuales se transfieran señales de audio, de video o de datos;

**VII.** Al que destruya en todo o en parte, o paralice por otro medio de los especificados en las fracciones anteriores, una máquina empleada en un camino de hierro, o una embarcación, o destruya o deteriore un puente, un dique, una calzada o camino, o una vía;

**VIII.** Al que con objeto de perjudicar o dificultar las comunicaciones, modifique o altere el mecanismo de un vehículo haciendo que pierda potencia, velocidad o seguridad, y

**IX.** Al que difunda o transmita información falsa que en cualquier forma perjudique o pueda perjudicar la seguridad de una aeronave, de un buque o de otro tipo de vehículo de servicio público federal.

**Artículo 168.-** Al que, para la ejecución de los hechos de que hablan los artículos anteriores, se valga de explosivos, se le aplicará prisión de quince a veinte años.

**Artículo 168 bis.-** Se impondrán de seis meses a dos años de prisión y de trescientos a tres mil días multa, a quien sin derecho:

**I.** Descifre o decodifique señales de telecomunicaciones distintas a las de satélite portadoras de programas, o

**II.** Transmita la propiedad, uso o goce de aparatos, instrumentos o información que permitan descifrar o decodificar señales de telecomunicaciones distintas a las de satélite portadoras de programas.

**Artículo 169.-** Al que ponga en movimiento una locomotora, carro, camión o vehículo similar y lo abandone o, de cualquier otro modo, haga imposible el control de su velocidad y pueda causar daño, se le impondrá de uno a seis años de prisión.

**Artículo 170.-** Al que empleando explosivos o materias incendiarias, o por cualquier otro medio destruya total o parcialmente una nave, aeronave, u otro vehículo de servicio público federal o local, o

Exhibit 8, Page 252

**CÓDIGO PENAL FEDERAL**
CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis
*Última Reforma DOF 23-01-2009*

que proporcione servicios al público, si se encontraren ocupados por una o más personas, se le aplicarán de veinte a treinta años de prisión.

Si en el vehículo de que se trate no se hallare persona alguna se aplicará prisión de cinco a veinte años.

Asimismo se impondrán de tres a veinte años de prisión y de cien a cuatrocientos días multa, sin perjuicio de la pena que corresponda por otros delitos que cometa, al que mediante violencia física, amenazas o engaño, se apodera de una nave, aeronave, máquina o tren ferroviarios, autobuses o cualquier otro medio de transporte público colectivo, interestatal o internacional, o los haga desviar de su ruta o destino.

Cuando se cometiere por servidor público de alguna corporación policial, cualquiera de los delitos que contemplan este artículo y el 168, se le impondrán, además de las penas señaladas en estos artículos, la destitución del empleo y se le inhabilitará de uno a diez años para desempeñar cargo o comisión públicos. Si quien cometiere los delitos mencionados fuere miembro de las Fuerzas Armadas Mexicanas en situación de retiro, de reserva o en activo, se le impondrá además, la baja definitiva de la Fuerza Armada a que pertenezca y se le inhabilitará de uno a diez años para desempeñar cargo o comisión públicos.

**Artículo 171**.- Se impondrán prisión hasta de seis meses, multa hasta de cien pesos y suspensión o pérdida del derecho a usar la licencia de manejador:

**I.-** (Se deroga).

**II.-** Al que en estado de ebriedad o bajo el influjo de drogas enervantes cometa alguna infracción a los reglamentos de tránsito y circulación al manejar vehículos de motor, independientemente de la sanción que le corresponda si causa daño a las personas o las cosas.

**Artículo 172**.- Cuando se cause algún daño por medio de cualquier vehículo, motor o maquinaria, además de aplicar las sanciones por el delito que resulte, se inhabilitará al delincuente para manejar aquellos aparatos, por un tiempo que no baje de un mes ni exceda de un año. En caso de reincidencia, la inhabilitación será definitiva.

## CAPITULO I BIS
### Uso ilícito de instalaciones destinadas al tránsito aéreo

**Artículo 172 Bis**.- Al que para la realización de actividades delictivas utilice o permita el uso de aeródromos, aeropuertos, helipuertos, pistas de aterrizaje o cualquiera otra instalación destinada al tránsito aéreo que sean de su propiedad o estén a su cargo y cuidado, se le impondrá prisión de dos a seis años y de cien a trescientos días multa y decomiso de los instrumentos, objetos o producto del delito, cualquiera que sea su naturaleza. Si dichas instalaciones son clandestinas, la pena se aumentará hasta en una mitad.

Las mismas penas se impondrán a quienes realicen vuelos clandestinos, o proporcionen los medios para facilitar el aterrizaje o despegue de aeronaves o den reabastecimiento o mantenimiento a las aeronaves utilizadas en dichas actividades.

Si las actividades delictivas a que se refiere el primer párrafo se relacionan con delitos contra la salud, las penas de prisión y de multa se duplicarán.

Al que construya, instale, acondicione o ponga en operación los inmuebles e instalaciones a que se refiere el párrafo primero, sin haber observado las normas de concesión, aviso o permiso contenidas en

**Exhibit 8, Page 253**



**CÓDIGO PENAL FEDERAL**

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

*Última Reforma DOF 23-01-2009*

las legislación respectiva, se le pondrá de tres a ocho años de prisión y de ciento cincuenta a cuatrocientos días multa.

Las sanciones previstas en este artículo se impondrán sin perjuicio de las medidas que disponga la Ley de Vías Generales de Comunicación y de las sanciones que correspondan, en su caso, por otros delitos cometidos.

## CAPITULO II
### Violación de correspondencia

**Artículo 173**.- Se aplicarán de tres a ciento ochenta jornadas de trabajo en favor de la comunidad:

**I.-** Al que abra indebidamente una comunicación escrita que no esté dirigida a él, y

**II.-** Al que indebidamente intercepte una comunicación escrita que no esté dirigida a él, aunque la conserve cerrada y no se imponga de su contenido.

Los delitos previstos en este artículo se perseguirán por querella.

**Artículo 174**.- No se considera que obren delictuosamente los padres que abran o intercepten las comunicaciones escritas dirigidas a sus hijos menores de edad, y los tutores respecto de las personas que se hallen bajo su dependencia, y los cónyuges entre sí.

**Artículo 175**.- La disposición del artículo 173 no comprende la correspondencia que circule por la estafeta, respecto de la cual se observará lo dispuesto en la legislación postal.

**Artículo 176**.- Al empleado de un telégrafo, estación telefónica o estación inalámbrica que conscientemente dejare de transmitir un mensaje que se le entregue con ese objeto, o de comunicar al destinatario el que recibiere de otra oficina, si causare daño, se le impondrá de quince días a un año de prisión o de 30 a 180 días multa.

**Artículo 177**.- A quien intervenga comunicaciones privadas sin mandato de autoridad judicial competente, se le aplicarán sanciones de seis a doce años de prisión y de trescientos a seiscientos días multa.

## TITULO SEXTO
### Delitos Contra la Autoridad

## CAPITULO I
### Desobediencia y resistencia de particulares

**Artículo 178**.- Al que, sin causa legítima, rehusare a prestar un servicio de interés público a que la Ley le obligue, o desobedeciere un mandato legítimo de la autoridad, se le aplicarán de quince a doscientas jornadas de trabajo en favor de la comunidad.

Al que desobedeciere el mandato de arraigo domiciliario o la prohibición de abandonar una demarcación geográfica, dictados por autoridad judicial competente, se le impondrán de seis meses a dos años de prisión y de diez a doscientos días multa.

**Artículo 179**.- El que sin excusa legal se negare a comparecer ante la autoridad a dar su declaración, cuando legalmente se le exija, no será considerado como reo del delito previsto en el artículo anterior,

**Exhibit 8, Page 254**



CÓDIGO PENAL FEDERAL

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

Última Reforma DOF 23-01-2009

sino cuando insista en su desobediencia después de haber sido apremiado por la autoridad judicial o apercibido por la administrativa, en su caso, para que comparezca a declarar.

**Artículo 180**.- Se aplicarán de uno a dos años de prisión y multa de diez a mil pesos: al que, empleando la fuerza, el amago o la amenaza, se oponga a que la autoridad pública o sus agentes ejerzan alguna de sus funciones o resista al cumplimiento de un mandato legítimo ejecutado en forma legal.

**Artículo 181**.- Se equiparará a la resistencia y se sancionará con la misma pena que ésta, la coacción hecha a la autoridad pública por medio de la violencia física o de la moral, para obligarla a que ejecute un acto oficial, sin los requisitos legales u otro que no esté en sus atribuciones.

**Artículo 182**.- El que debiendo ser examinado en juicio, sin que le aprovechen las excepciones establecidas por este Código o por el de Procedimientos Penales, y agotados sus medios de apremio, se niegue a otorgar la protesta de ley o a declarar, pagará de 10 a 30 días multa. En caso de reincidencia, se impondrá prisión de uno a seis meses o de 30 a 90 días multa.

**Artículo 183**.- Cuando la ley autorice el empleo del apremio para hacer efectivas las determinaciones de la autoridad, sólo se consumará el delito de desobediencia cuando se hubieren agotado los medios de apremio.

## CAPITULO II
### Oposición a que se ejecute alguna obra o trabajo públicos

**Artículo 184**.- (Se deroga).

**Artículo 185**.- Cuando varias personas de común acuerdo procuren impedir la ejecución de una obra o trabajos públicos, o la de los destinados a la prestación de un servicio público, mandados a hacer con los requisitos legales por autoridad competente, o con su autorización, serán castigadas con tres meses a un año de prisión, si sólo se hiciere una simple oposición material sin violencia. En caso de existir violencia, la pena será hasta de dos años.

**Artículo 186**.- (Se deroga).

## CAPITULO III
### Quebrantamiento de sellos

**Artículo 187**.- Al que quebrante los sellos puestos por orden de la autoridad pública se le aplicarán de treinta a ciento ochenta jornadas de trabajo en favor de la comunidad.

**Artículo 188**.- Cuando de común acuerdo, quebrantaren las partes interesadas en un negocio civil los sellos puestos por la autoridad pública, pagarán una multa de veinte a doscientos pesos.

## CAPITULO IV
### Delitos cometidos contra funcionarios públicos

**Artículo 189**.- Al que cometa un delito en contra de un servidor público o agente de la autoridad en el acto de ejercer lícitamente sus funciones o con motivo de ellas, se le aplicará de uno a seis años de prisión, además de la que le corresponda por el delito cometido.

**Artículo 190**.- (Se deroga).

Exhibit 8, Page 255



CÓDIGO PENAL FEDERAL

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

Última Reforma DOF 23-01-2009

## CAPITULO V
## Ultrajes a las insignias nacionales

**Artículo 191**.- Al que ultraje el escudo de la República o el pabellón nacional, ya sea de palabra o de obra, se le aplicará de seis meses a cuatro años de prisión o multa de cincuenta a tres mil pesos o ambas sanciones, a juicio de juez.

**Artículo 192**.- Al que haga uso indebido del escudo, insignia o himno nacionales, se le aplicará de tres días a un año de prisión y multa de veinticinco a mil pesos.

## TITULO SEPTIMO
## Delitos Contra la Salud

## CAPITULO I
## De la producción, tenencia, tráfico, proselitismo y otros actos en materia de narcóticos

**Artículo 193**.- Se consideran narcóticos a los estupefacientes, psicotrópicos y demás sustancias o vegetales que determinen la Ley General de Salud, los convenios y tratados internacionales de observancia obligatoria en México y los que señalen las demás disposiciones legales aplicables en la materia.

Para los efectos de este capítulo, son punibles las conductas que se relacionan con los estupefacientes, psicotrópicos y demás sustancias previstos en los artículos 237, 245, fracciones I, II, y III y 248 de la Ley General de Salud, que constituyen un problema grave para la salud pública.

El juzgador, al individualizar la pena o la medida de seguridad a imponer por la comisión de algún delito previsto en este capítulo, tomará en cuenta, además de lo establecido en los artículos 51 y 52, la cantidad y la especie de narcótico de que se trate, así como la menor o mayor lesión o puesta en peligro de la salud pública y las condiciones personales del autor o participe del hecho o la reincidencia en su caso.

Los narcóticos empleados en la comisión de los delitos a que se refiere este capítulo, se pondrán a disposición de la autoridad sanitaria federal, la que procederá de acuerdo con las disposiciones o leyes de la materia a su aprovechamiento lícito o a su destrucción.

Tratándose de instrumentos y vehículos utilizados para cometer los delitos considerados en este capítulo, así como de objetos y productos de esos delitos, cualquiera que sea la naturaleza de dichos bienes, se estará a lo dispuesto en los artículos 40 y 41. Para ese fin, el Ministerio Público dispondrá durante la averiguación previa el aseguramiento que corresponda y el destino procedente en apoyo a la procuración de justicia, o lo solicitará en el proceso, y promoverá el decomiso para que los bienes de que se trate o su producto se destinen a la impartición de justicia, o bien, promoverá en su caso, la suspensión y la privación de derechos agrarios o de otra índole, ante las autoridades que resulten competentes conforme a las normas aplicables.

**Artículo 194**.- Se impondrá prisión de diez a veinticinco años y de cien hasta quinientos días multa al que:

**I.-** Produzca, transporte, trafique, comercie, suministre aun gratuitamente o prescriba alguno de los narcóticos señalados en el artículo anterior, sin la autorización correspondiente a que se refiere la Ley General de Salud;

Exhibit 8, Page 256



CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

Para los efectos de esta fracción, por producir se entiende: manufacturar, fabricar, elaborar, preparar o acondicionar algún narcótico, y por comerciar: vender, comprar, adquirir o enajenar algún narcótico.

**II.-** Introduzca o extraiga del país alguno de los narcóticos comprendidos en el artículo anterior, aunque fuere en forma momentánea o en tránsito.

Si la introducción o extracción a que se refiere esta fracción no llegare a consumarse, pero de los actos realizados se desprenda claramente que esa era la finalidad del agente, la pena aplicable será de hasta las dos terceras partes de la prevista en el presente artículo.

**III.-** Aporte recursos económicos o de cualquier especie, o colabore de cualquier manera al financiamiento, supervisión o fomento para posibilitar la ejecución de alguno de los delitos a que se refiere este capítulo; y

**IV.-** Realice actos de publicidad o propaganda, para que se consuma cualesquiera de las instancias comprendidas en el artículo anterior.

Las mismas penas previstas en este artículo y, además, privación del cargo o comisión e inhabilitación para ocupar otro hasta por cinco años, se impondrán al servidor público que, en ejercicio de sus funciones o aprovechando su cargo, permita, autorice o tolere cualesquiera de las conductas señaladas en este artículo.

**Artículo 195**.- Se impondrá de cinco a quince años de prisión y de cien a trescientos cincuenta días multa, al que posea alguno de los narcóticos señalados en el artículo 193, sin la autorización correspondiente a que se refiere la Ley General de Salud, siempre y cuando esa posesión sea con la finalidad de realizar alguna de las conductas previstas en el artículo 194.

No se procederá en contra de quien, no siendo farmacodependiente se le encuentre en posesión de alguno de los narcóticos señalados en el artículo 193, por una sola vez y en cantidad tal que pueda presumirse que está destinada a su consumo personal.

No se procederá por la simple posesión de medicamentos, previstos entre los narcóticos a los que se refiere el artículo 193, cuya venta al público se encuentre supeditada a requisitos especiales de adquisición, cuando por se naturaleza y cantidad dichos medicamentos sean los necesarios para el tratamiento de la persona que los posea o de otras personas sujetas a la custodia o asistencia de quien los tiene en su poder.

**Artículo 195 Bis.**- Cuando la posesión o transporte, por la cantidad como por las demás circunstancias del hecho, no pueda considerarse destinada a realizar alguna de las conductas a que se refiere el artículo 194 de este Código y no se trate de un miembro de una asociación delictuosa, se aplicarán las penas previstas en las tablas contenidas en el apéndice 1 de este ordenamiento, si el narcótico no se encuentra comprendido en las mismas, se aplicará hasta la mitad de las penas señaladas en el artículo anterior.

Nota: Consulte el **Apéndice 1** a que se refiere el presente artículo al término de los artículos transitorios del Código.

**Artículo 196.**- Las penas que en su caso resulten aplicables por los delitos previstos en el artículo 194 serán aumentadas en una mitad, cuando:

**I.-** Se cometa por servidores públicos encargados de prevenir, denunciar, investigar o juzgar la comisión de los delitos contra la salud o por un miembro de las Fuerzas Armadas Mexicanas en situación de retiro, de reserva o en activo. En este caso, se impondrá, a dichos servidores públicos además, suspensión para desempeñar cargo o comisión en el servicio público, hasta por cinco años, o destitución,

**Exhibit 8, Page 257**



e inhabilitación hasta por un tiempo igual al de la pena de prisión impuesta. Si se trata de un miembro de las Fuerzas Armadas Mexicanas en cualquiera de las situaciones mencionadas se le impondrá, además la baja definitiva de la Fuerza Armada a que pertenezca, y se le inhabilitará hasta por un tiempo igual al de la pena de prisión impuesta, para desempeñar cargo o comisión públicos en su caso;

**II.-** La víctima fuere menor de edad o incapacitada para comprender la relevancia de la conducta o para resistir al agente;

**III.-** Se utilice a menores de edad o incapaces para cometer cualesquiera de esos delitos;

**IV.-** Se cometa en centros educativos, asistenciales, policiales o de reclusión, o en sus inmediaciones con quienes a ellos acudan;

**V.-** La conducta sea realizada por profesionistas, técnicos, auxiliares o personal relacionado con las disciplinas de la salud en cualesquiera de sus ramas y se valgan de esa situación para cometerlos. En este caso se impondrá, además, suspensión de derechos o funciones para el ejercicio profesional u oficio hasta por cinco años e inhabilitación hasta por un tiempo equivalente al de la prisión impuesta;

**VI.-** El agente determine a otra persona a cometer algún delito de los previstos en el artículo 194, aprovechando el ascendiente familiar o moral o la autoridad o jerarquía que tenga sobre ella; y

**VII.-** Se trate del propietario poseedor, arrendatario o usufructuario de un establecimiento de cualquier naturaleza y lo empleare o para realizar algunos de los delitos previstos en este capítulo o permitiere su realización por terceros. En este caso además, se clausurará en definitiva el establecimiento.

**Artículo 196 Bis**.- (Se deroga).

**Artículo 196 Ter**.- Se impondrán de cinco a quince años de prisión y de cien a trescientos días multa, así como decomiso de los instrumentos, objetos y productos del delito, al que desvíe o por cualquier medio contribuya a desviar precursores químicos, productos químicos esenciales o máquinas, al cultivo, extracción, producción, preparación o acondicionamiento de narcóticos en cualquier forma prohibida por la ley.

La misma pena de prisión y multa, así como la inhabilitación para ocupar cualquier empleo, cargo o comisión públicos hasta por cinco años, se impondrá al servidor público que, en ejercicio de sus funciones, permita o autorice cualquiera de las conductas comprendidas en este artículo.

Son precursores químicos, productos químicos esenciales y máquinas los definidos en la ley  de la materia.

**Artículo 197**.- Al que, sin mediar prescripción de médico legalmente autorizado, administre a otra persona, sea por inyección, inhalación, ingestión o por cualquier otro medio, algún narcotico a que se refiere el artículo 193, se le impondrá de tres a nueve años de prisión y de sesenta a ciento ochenta días multa, cualquiera que fuera la cantidad administrada. Las penas se aumentarán hasta una mitad más si la víctima fuere menor de edad o incapaz comprender la relevancia de la conducta o para resistir al agente.

Al que indebidamente suministre gratis o prescriba a un tercero, mayor de edad, algún narcótico mencionado en el artículo 193, para su uso personal e inmediato, se le impondrá de dos a seis años de prisión y de cuarenta a ciento veinte días multa. Si quien lo adquiere es menor de edad o incapaz, las penas se aumentarán hasta una mitad.

Las mismas penas del párrafo anterior se impondrán al que induzca o auxilie a otro para que consuma cualesquiera de los narcóticos señalados en el artículo 193.

**Exhibit 8, Page 258**



CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

**Artículo 198**.- Al que dedicándose como actividad principal a las labores propias del campo, siembre, cultivo o coseche plantas de marihuana, amapola, hongos alucinógenos, peyote o cualquier otro vegetal que produzca efectos similares, por cuenta propia, o con financiamiento de terceros, cuando en él concurran escasa instrucción y extrema necesidad económica, se le impondrá prisión de uno a seis años.

Igual pena se impondrá al que en un predio de su propiedad, tenencia o posesión, consienta la siembra, el cultivo o la cosecha de dichas plantas en circunstancias similares a la hipótesis anterior.

Si en las conductas descritas en los dos párrafos anteriores no concurren las circunstancias que en ellos se precisan, la pena será de hasta las dos terceras partes de la prevista en el artículo 194, siempre y cuando la siembra, cultivo o cosecha se hagan con la finalidad de realizar alguna de las conductas previstas en las fracciones I y II de dicho artículo. Si falta esa finalidad, la pena será de dos a ocho años de prisión.

Si el delito fuere cometido por servidor público de alguna corporación policial, se le impondrá, además la destitución del empleo, cargo o comisión públicos y se le inhabilitará de uno a cinco años para desempeñar otro, y si el delito lo cometiere un miembro de las Fuerzas Armadas Mexicanas en situación de retiro, de reserva o en activo, se le impondrá, además de la pena de prisión señalada, la baja definitiva de la Fuerza Armada a que pertenezca y se le inhabilitará de uno a cinco años para desempeñar cargo o comisión públicos.

**Artículo 199**.- Al fármacodependiente que posea para su estricto consumo personal algún narcótico de los señalados en el artículo 193 no se le aplicará pena alguna. El Ministerio Público o la autoridad judicial del conocimiento, tan pronto como se enteren en algún procedimiento de que una persona relacionada con él es fármacodependiente, deberán informar de inmediato a las autoridades sanitarias, para los efectos del tratamiento que corresponda.

Todo procesado o sentenciado que sea fármacodependiente quedará sujeto a tratamiento.

Para la concesión de la condena condicional o del beneficio de la libertad preparatoria, cuando procedan, no se considerará como antecedente de mala conducta el relativo a la fármacodependencia, pero sí se exigirá en todo caso que el sentenciado se someta al tratamiento adecuado para su curación bajo vigilancia de la autoridad ejecutora.

## CAPITULO II
### Del peligro de contagio

**Artículo 199-Bis**.- El que a sabiendas de que está enfermo de un mal venéreo u otra enfermedad grave en período infectante, ponga en peligro de contagio la salud de otro, por relaciones sexuales u otro medio transmisible, será sancionado de tres días a tres años de prisión y hasta cuarenta días de multa.

Si la enfermedad padecida fuera incurable se impondrá la pena de seis meses a cinco años de prisión.

Cuando se trate de cónyuges, concubinas, sólo podrá procederse por querella del ofendido.

## TITULO OCTAVO
## DELITOS CONTRA EL LIBRE DESARROLLO DE LA PERSONALIDAD.

## CAPÍTULO I

**Exhibit 8, Page 259**



CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

### Corrupción de Personas Menores de Dieciocho Años de Edad o de Personas que no tienen Capacidad para comprender el Significado del Hecho o de Personas que no tienen Capacidad para Resistirlo.

**Artículo 200.-** Al que comercie, distribuya, exponga, haga circular u oferte, a menores de dieciocho años de edad, libros, escritos, grabaciones, filmes, fotografías, anuncios impresos, imágenes u objetos, de carácter pornográfico, reales o simulados, sea de manera física, o a través de cualquier medio, se le impondrá de seis meses a cinco años de prisión y de trescientos a quinientos días multa.

No se entenderá como material pornográfico o nocivo, aquel que signifique o tenga como fin la divulgación científica, artística o técnica, o en su caso, la educación sexual, educación sobre la función reproductiva, la prevención de enfermedades de transmisión sexual y el embarazo de adolescentes, siempre que estén aprobados por la autoridad competente.

**Artículo 201.-** Comete el delito de corrupción, quien obligue, induzca, facilite o procure a una o varias personas menores de 18 años de edad o una o varias personas que no tienen capacidad para comprender el significado del hecho o una o varias personas que no tienen capacidad para resistirlo a realizar cualquiera de los siguientes actos:

**a)** Consumo habitual de bebidas alcohólicas;

**b)** Consumo de sustancias tóxicas o al consumo de alguno de los narcóticos a que se refiere el párrafo primero del artículo 193 de este Código o a la fármaco dependencia;

**c)** Mendicidad con fines de explotación;

**d)** Comisión de algún delito;

**e)** Formar parte de una asociación delictuosa; y

**f)** Realizar actos de exhibicionismo corporal o sexuales simulados o no, con fin lascivo o sexual.

A quién cometa este delito se le impondrá: en el caso del inciso a) o b) pena de prisión de cinco a diez años y multa de quinientos a mil días; en el caso del inciso c) pena de prisión de cuatro a nueve años y de cuatrocientos a novecientos días multa; en el caso del inciso d) se estará a lo dispuesto en el artículo 52, del Capítulo I, del Título Tercero, del presente Código; en el caso del inciso e) o f) pena de prisión de siete a doce años y multa de ochocientos a dos mil quinientos días.

Cuando se trate de mendicidad por situación de pobreza o abandono, deberá ser atendida por la asistencia social.

No se entenderá por corrupción, los programas preventivos, educativos o de cualquier índole que diseñen e impartan las instituciones públicas, privadas o sociales que tengan por objeto la educación sexual, educación sobre función reproductiva, la prevención de enfermedades de transmisión sexual y el embarazo de adolescentes, siempre que estén aprobados por la autoridad competente; las fotografías, video grabaciones, audio grabaciones o las imágenes fijas o en movimiento, impresas, plasmadas o que sean contenidas o reproducidas en medios magnéticos, electrónicos o de otro tipo y que constituyan recuerdos familiares.

En caso de duda, el juez solicitará dictámenes de peritos para evaluar la conducta en cuestión.

**Exhibit 8, Page 260**

CÓDIGO PENAL FEDERAL

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

Última Reforma DOF 23-01-2009

Cuando no sea posible determinar con precisión la edad de la persona o personas ofendidas, el juez solicitará los dictámenes periciales que correspondan.

**Artículo 201 BIS.-** Queda prohibido emplear a personas menores de dieciocho años de edad o a personas que no tienen capacidad para comprender el significado del hecho, en cantinas, tabernas, bares, antros, centros de vicio o cualquier otro lugar en donde se afecte de forma negativa su sano desarrollo físico, mental o emocional.

La contravención a esta disposición se castigará con prisión de uno a tres años y de trescientos a setecientos días multa, en caso de reincidencia, se ordenará el cierre definitivo del establecimiento.

Se les impondrá la misma pena a las madres, padres, tutores o curadores que acepten o promuevan que sus hijas o hijos menores de dieciocho años de edad o personas menores de dieciocho años de edad o personas que estén bajo su guarda, custodia o tutela, sean empleados en los referidos establecimientos.

Para los efectos de este precepto se considerará como empleado en la cantina, taberna, bar o centro de vicio, a la persona menor de dieciocho años que por un salario, por la sola comida, por comisión de cualquier índole o por cualquier otro estipendio o emolumento, o gratuitamente, preste sus servicios en tal lugar.

**Artículo 201 bis 1.** Se deroga

**Artículo 201 bis 2.** Se deroga

**Artículo 201 bis 3.** Se deroga

## CAPÍTULO II
**Pornografía de Personas Menores de Dieciocho Años de Edad o de Personas que no tienen Capacidad para comprender el Significado del Hecho o de Personas que no tienen Capacidad para Resistirlo**.

**Artículo 202.-** Comete el delito de pornografía de personas menores de dieciocho años de edad o de personas que no tienen capacidad para comprender el significado del hecho o de personas que no tienen capacidad para resistirlo, quien procure, obligue, facilite o induzca, por cualquier medio, a una o varias de estas personas a realizar actos sexuales o de exhibicionismo corporal con fines lascivos o sexuales, reales o simulados, con el objeto de video grabarlos, fotografiarlos, filmarlos, exhibirlos o describirlos a través de anuncios impresos, transmisión de archivos de datos en red pública o privada de telecomunicaciones, sistemas de cómputo, electrónicos o sucedáneos. Al autor de este delito se le impondrá pena de siete a doce años de prisión y de ochocientos a dos mil días multa.

A quien fije, imprima, video grabe, fotografíe, filme o describa actos de exhibicionismo corporal o lascivos o sexuales, reales o simulados, en que participen una o varias personas menores de dieciocho años de edad o una o varias personas que no tienen capacidad para comprender el significado del hecho o una o varias personas que no tienen capacidad para resistirlo, se le impondrá la pena de siete a doce años de prisión y de ochocientos a dos mil días multa, así como el decomiso de los objetos, instrumentos y productos del delito.

La misma pena se impondrá a quien reproduzca, almacene, distribuya, venda, compre, arriende, exponga, publicite, transmita, importe o exporte el material a que se refieren los párrafos anteriores.

Exhibit 8, Page 261



**CÓDIGO PENAL FEDERAL**

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

*Última Reforma DOF 23-01-2009*

**Artículo 202 BIS.-** Quien almacene, compre, arriende, el material a que se refieren los párrafos anteriores, sin fines de comercialización o distribución se le impondrán de uno a cinco años de prisión y de cien a quinientos días multa. Asimismo, estará sujeto a tratamiento psiquiátrico especializado.

## CAPÍTULO III
### Turismo Sexual en contra de Personas Menores de Dieciocho Años de Edad o de Personas que no tienen Capacidad para comprender el Significado del Hecho o de Personas que no tienen Capacidad para Resistirlo.

**Artículo 203.-** Comete el delito de turismo sexual quien promueva, publicite, invite, facilite o gestione por cualquier medio a que una o más personas viajen al interior o exterior del territorio nacional con la finalidad de que realice cualquier tipo de actos sexuales reales o simulados con una o varias personas menores de dieciocho años de edad, o con una o varias personas que no tienen capacidad para comprender el significado del hecho o con una o varias personas que no tienen capacidad para resistirlo.

Al autor de este delito se le impondrá una pena de siete a doce años de prisión y de ochocientos a dos mil días multa.

**Artículo 203 BIS.-** A quien realice cualquier tipo de actos sexuales reales o simulados con una o varias personas menores de dieciocho años de edad, o con una o varias personas que no tienen capacidad para comprender el significado del hecho o con una o varias personas que no tienen capacidad para resistirlo, en virtud del turismo sexual, se le impondrá una pena de doce a dieciséis años de prisión y de dos mil a tres mil días multa, asimismo, estará sujeto al tratamiento psiquiátrico especializado.

## CAPÍTULO IV
### Lenocinio de Personas Menores de Dieciocho Años de Edad o de Personas que no tienen Capacidad para comprender el Significado del Hecho o de Personas que no tienen Capacidad para Resistirlo.

**Artículo 204.-** Comete el delito de lenocinio de personas menores de dieciocho años de edad o de personas que no tienen capacidad para comprender el significado del hecho o de personas que no tienen capacidad para resistirlo:

**I.-** Toda persona que explote el cuerpo de las personas antes mencionadas, por medio del comercio carnal u obtenga de él un lucro cualquiera;

**II.-** Al que induzca o solicite a cualquiera de las personas antes mencionadas, para que comercie sexualmente con su cuerpo o le facilite los medios para que se entregue a la prostitución, y

**III.-** Al que regentee, administre o sostenga directa o indirectamente, prostíbulos, casas de cita o lugares de concurrencia dedicados a explotar la prostitución de personas menores de dieciocho años de edad o de personas que no tienen capacidad para comprender el significado del hecho o de personas que no tienen capacidad para resistirlo, u obtenga cualquier beneficio con sus productos.

Al responsable de este delito se le impondrá prisión de ocho a quince años y de mil a dos mil quinientos días de multa, así como clausura definitiva de los establecimientos descritos en la fracción III.

## CAPÍTULO V
### Trata de Personas Menores de Dieciocho Años de Edad o de Personas que no tienen Capacidad para comprender el Significado del Hecho o de Personas que no tienen Capacidad para Resistirlo.

**Exhibit 8, Page 262**



CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

**Artículo 205.** Derogado.

**Artículo 205 bis.** Las sanciones señaladas en los artículos 200, 201, 202, 203 y 204 se aumentarán al doble de la que corresponda cuando el autor tuviere para con la víctima, alguna de las siguientes relaciones:

**a)**  Los que ejerzan la patria potestad, guarda o custodia;

**b)**  Ascendientes o descendientes sin límite de grado;

**c)**  Familiares en línea colateral hasta cuarto grado;

**d)**  Tutores o curadores;

**e)**  Aquél que ejerza sobre la víctima en virtud de una relación laboral, docente, doméstica, médica o cualquier otra que implique una subordinación de la víctima;

**f)**  Quien se valga de función pública para cometer el delito;

**g)**  Quien habite en el mismo domicilio de la víctima;

**h)**  Al ministro de un culto religioso;

**i)**  Cuando el autor emplee violencia física, psicológica o moral en contra de la víctima; y

**j)**  Quien esté ligado con la víctima por un lazo afectivo o de amistad, de gratitud, o algún otro que pueda influir en obtener la confianza de ésta.

En los casos de los incisos a), b), c) y d) además de las sanciones señaladas, los autores del delito perderán la patria potestad, tutela o curatela, según sea el caso, respecto de todos sus descendientes, el derecho a alimentos que pudiera corresponderle por su relación con la víctima y el derecho que pudiera tener respecto de los bienes de ésta.

En los casos de los incisos e), f) y h) además de las sanciones señaladas, se castigará con destitución e inhabilitación para desempeñar el cargo o comisión o cualquiera otro de carácter público o similar, hasta por un tiempo igual a la pena impuesta.

En todos los casos el juez acordará las medidas pertinentes para que se le prohíba permanentemente al ofensor tener cualquier tipo de contacto o relación con la víctima.

## CAPITULO VI
## Lenocinio y Trata de Personas.

**Artículo. 206.-** El lenocinio se sancionará con prisión de dos a nueve años y de cincuenta a quinientos días multa.

**Artículo 206 BIS.-** Comete el delito de lenocinio:

**I.-** Toda persona que explote el cuerpo de otra por medio del comercio carnal, se mantenga de este comercio u obtenga de él un lucro cualquiera;

**Exhibit 8, Page 263**

CÓDIGO PENAL FEDERAL
CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis
Última Reforma DOF 23-01-2009

**II.-** Al que induzca o solicite a una persona para que con otra, comercie sexualmente con su cuerpo o le facilite los medios para que se entregue a la prostitución, y

**III.-** Al que regentee, administre o sostenga directa o indirectamente, prostíbulos, casas de cita o lugares de concurrencia expresamente dedicados a explotar la prostitución, u obtenga cualquier beneficio con sus productos.

**Artículo 207.** Derogado.

## CAPÍTULO VII
### Provocación de un Delito y Apología de éste o de algún Vicio y de la Omisión de impedir un Delito que atente contra el Libre Desarrollo de la Personalidad, la Dignidad Humana o la Integridad Física o Mental.

**Artículo 208.-** Al que provoque públicamente a cometer un delito, o haga la apología de éste o de algún vicio, se le aplicarán de diez a ciento ochenta jornadas de trabajo en favor de la comunidad, si el delito no se ejecutare; en caso contrario se aplicará al provocador la sanción que le corresponda por su participación en el delito cometido.

**Artículo 209.-** El que pudiendo hacerlo con su intervención inmediata y sin riesgo propio o ajeno, no impidiere la comisión de uno de los delitos contemplados en el Título VIII, Libro Segundo, de este Código, se le impondrá la pena de seis meses a dos años de prisión y de cincuenta a doscientos días multa.

Las mismas penas se impondrán a quien, pudiendo hacerlo, no acuda a la autoridad o a sus agentes para que impidan un delito de los contemplados en el párrafo anterior y de cuya próxima comisión tenga noticia.

## TITULO NOVENO
### Revelación de secretos y acceso ilícito a sistemas y equipos de informática

## CAPITULO I
### Revelación de secretos

**Artículo 210**.- Se impondrán de treinta a doscientas jornadas de trabajo en favor de la comunidad, al que sin justa causa, con perjuicio de alguien y sin consentimiento del que pueda resultar perjudicado, revele algún secreto o comunicación reservada que conoce o ha recibido con motivo de su empleo, cargo o puesto.

**Artículo 211**.- La sanción será de uno a cinco años, multa de cincuenta a quinientos pesos y suspensión de profesión en su caso, de dos meses a un año, cuando la revelación punible sea hecha por persona que presta servicios profesionales o técnicos o por funcionario o empleado público o cuando el secreto revelado o publicado sea de carácter industrial.

**Artículo 211 Bis.**- A quien revele, divulgue o utilice indebidamente o en perjuicio de otro, información o imágenes obtenidas en una intervención de comunicación privada, se le aplicarán sanciones de seis a doce años de prisión y de trescientos a seiscientos días multa.

## Capitulo II
### Acceso ilícito a sistemas y equipos de informática

**Exhibit 8, Page 264**



CÓDIGO PENAL FEDERAL

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN                    Última Reforma DOF 23-01-2009
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

**Artículo 211 bis 1**.- Al que sin autorización modifique, destruya o provoque pérdida de información contenida en sistemas o equipos de informática protegidos por algún mecanismo de seguridad, se le impondrán de seis meses a dos años de prisión y de cien a trescientos días multa.

Al que sin autorización conozca o copie información contenida en sistemas o equipos de informática protegidos por algún mecanismo de seguridad, se le impondrán de tres meses a un año de prisión y de cincuenta a ciento cincuenta días multa.

**Artículo 211 bis 2**.- Al que sin autorización modifique, destruya o provoque pérdida de información contenida en sistemas o equipos de informática del Estado, protegidos por algún mecanismo de seguridad, se le impondrán de uno a cuatro años de prisión y de doscientos a seiscientos días multa.

Al que sin autorización conozca o copie información contenida en sistemas o equipos de informática del Estado, protegidos por algún mecanismo de seguridad, se le impondrán de seis meses a dos años de prisión y de cien a trescientos días multa.

**Artículo 211 bis 3**.- Al que estando autorizado para acceder a sistemas y equipos de informática del Estado, indebidamente modifique, destruya o provoque pérdida de información que contengan, se le impondrán de dos a ocho años de prisión y de trescientos a novecientos días multa.

Al que estando autorizado para acceder a sistemas y equipos de informática del Estado, indebidamente copie información que contengan, se le impondrán de uno a cuatro años de prisión y de ciento cincuenta a cuatrocientos cincuenta días multa.

**Artículo 211 bis 4**.- Al que sin autorización modifique, destruya o provoque pérdida de información contenida en sistemas o equipos de informática de las instituciones que integran el sistema financiero, protegidos por algún mecanismo de seguridad, se le impondrán de seis meses a cuatro años de prisión y de cien a seiscientos días multa.

Al que sin autorización conozca o copie información contenida en sistemas o equipos de informática de las instituciones que integran el sistema financiero, protegidos por algún mecanismo de seguridad, se le impondrán de tres meses a dos años de prisión y de cincuenta a trescientos días multa.

**Artículo 211 bis 5**.- Al que estando autorizado para acceder a sistemas y equipos de informática de las instituciones que integran el sistema financiero, indebidamente modifique, destruya o provoque pérdida de información que contengan, se le impondrán de seis meses a cuatro años de prisión y de cien a seiscientos días multa.

Al que estando autorizado para acceder a sistemas y equipos de informática de las instituciones que integran el sistema financiero, indebidamente copie información que contengan, se le impondrán de tres meses a dos años de prisión y de cincuenta a trescientos días multa.

Las penas previstas en este artículo se incrementarán en una mitad cuando las conductas sean cometidas por funcionarios o empleados de las instituciones que integran el sistema financiero.

**Artículo 211 bis 6**.- Para los efectos de los artículos 211 Bis 4 y 211 Bis 5 anteriores, se entiende por instituciones que integran el sistema financiero, las señaladas en el artículo 400 Bis de este Código.

**Artículo 211 bis 7**.- Las penas previstas en este capítulo se aumentarán hasta en una mitad cuando la información obtenida se utilice en provecho propio o ajeno.

## TITULO DECIMO
### Delitos Cometidos por Servidores Públicos

Exhibit 8, Page 265

Case 2:04-cv-09049-DOC-RNB   Document 5864-5   Filed 07/01/09   Page 53 of 228   Page ID #:190009



CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

## CAPITULO I

**Artículo 212**.- Para los efectos de este Título y el subsecuente es servidor público toda persona que desempeñe un empleo, cargo o comisión de cualquier naturaleza en la Administración Pública Federal centralizada o en la del Distrito Federal, organismos descentralizados, empresas de participación estatal mayoritaria, organizaciones y sociedades asimiladas a éstas, fideicomisos públicos, en el Congreso de la Unión, o en los poderes Judicial Federal y Judicial del Distrito Federal, o que manejen recursos económicos federales. Las disposiciones contenidas en el presente Título, son aplicables a los Gobernadores de los Estados, a los Diputados a las Legislaturas Locales y a los Magistrados de los Tribunales de Justicia Locales, por la comisión de los delitos previstos en este título, en materia federal.

Se impondrán las mismas sanciones previstas para el delito de que se trate a cualquier persona que participe en la perpetración de alguno de los delitos previstos en este Título o el subsecuente.

**Artículo 213**.- Para la individualización de las sanciones previstas en este Título, el Juez tomará en cuenta, en su caso si el servidor público es trabajador de base o funcionario o empleado de confianza, su antigüedad en el empleo, sus antecedentes de servicio, sus percepciones, su grado de instrucción, la necesidad de reparar los daños y perjuicios causados por la conducta ilícita y las circunstancias especiales de los hechos constitutivos del delito. Sin perjuicio de lo anterior, la categoría de funcionario o empleado de confianza será una circunstancia que podrá dar lugar a una agravación de la pena.

**Artículo 213-Bis**.- Cuando los delitos a que se refieren los artículos 215, 219 y 222 del presente Código, sean cometidos por servidores públicos miembros de alguna corporación policiaca, aduanera o migratoria, las penas previstas serán aumentadas hasta en una mitad y, además, se impondrá destitución e inhabilitación de uno a ocho años para desempeñar otro empleo, cargo o comisión públicos.

## CAPITULO II
## Ejercicio indebido de servicio público

**Artículo 214**.- Comete el delito de ejercicio indebido de servicio público, el servidor público que:

**I.-** Ejerza las funciones de un empleo, cargo o comisión, sin haber tomado posesión legítima, o sin satisfacer todos los requisitos legales.

**II.-** Continúe ejerciendo las funciones de un empleo, cargo o comisión después de saber que se ha revocado su nombramiento o que se le ha suspendido o destituido.

**III.-** Teniendo conocimiento por razón de su empleo, cargo o comisión de que pueden resultar gravemente afectados el patrimonio o los intereses de alguna dependencia o entidad de la administración pública federal centralizada, del Distrito Federal, organismos descentralizados, empresa de participación estatal mayoritaria, asociaciones y sociedades asimiladas a éstas y fideicomisos públicos, del Congreso de la Unión o de los poderes Judicial Federal o Judicial del Distrito Federal, por cualquier acto u omisión y no informe por escrito a su superior jerárquico o lo evite si está dentro de sus facultades.

**IV.-** Por sí o por interpósita persona, sustraiga, destruya, oculte, utilice, o inutilice ilícitamente información o documentación que se encuentre bajo su custodia o a la cual tenga acceso, o de la que tenga conocimiento en virtud de su empleo, cargo o comisión.

**Exhibit 8, Page 266**



CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

**V.-** Por sí o por interpósita persona, cuando legalmente le sean requeridos, rinda informes en los que manifieste hechos o circunstancias falsos o niegue la verdad en todo o en parte sobre los mismos, y

**VI.-** Teniendo obligación por razones de empleo, cargo o comisión, de custodiar, vigilar, proteger o dar seguridad a personas, lugares, instalaciones u objetos, incumpliendo su deber, en cualquier forma propicie daño a las personas, o a los lugares, instalaciones u objetos, o pérdida o sustracción de objetos que se encuentren bajo su cuidado.

Al que cometa alguno de los delitos a que se refieren las fracciones I y II de este artículo, se le impondrán de tres días a un año de prisión, multa de treinta a trescientas veces el salario mínimo diario vigente en el Distrito Federal en el momento de la comisión del delito y destitución en su caso, e inhabilitación de un mes a dos años para desempeñar otro empleo, cargo o comisión públicos.

Al infractor de las fracciones III, IV, V y VI se le impondrán de dos a siete años de prisión, multa de treinta a trescientas veces el salario mínimo diario vigente en el Distrito Federal en el momento de cometerse el delito y destitución e inhabilitación de dos años a siete años para desempeñar otro empleo, cargo o comisión públicos.

## CAPITULO III
## Abuso de autoridad

**Artículo 215**.- Cometen el delito de abuso de autoridad los servidores públicos que incurran en alguna de las conductas siguientes:

**I.-** Cuando para impedir la ejecución de una ley, decreto o reglamento, el cobro de un impuesto o el cumplimiento de una resolución judicial, pida auxilio a la fuerza pública o la emplee con ese objeto;

**II.-** Cuando ejerciendo sus funciones o con motivo de ellas hiciere violencia a una persona sin causa legítima o la vejare o la insultare;

**III.-** Cuando indebidamente retarde o niegue a los particulares la protección o servicio que tenga obligación de otorgarles o impida la presentación o el curso de una solicitud;

**IV.-** Cuando estando encargado de administrar justicia, bajo cualquier pretexto, aunque sea el de obscuridad o silencio de la ley, se niegue injustificadamente a despachar un negocio pendiente ante él, dentro de los términos establecidos por la ley;

**V.** Cuando el encargado o elemento de una fuerza pública, requerido legalmente por una autoridad competente para que le preste auxilio se niegue a dárselo o retrase el mismo injustificadamente. La misma previsión se aplicará tratándose de peritos.

**VI.-** Cuando estando encargado de cualquier establecimiento destinado a la ejecución de las sanciones privativas de libertad, de instituciones de readaptación social o de custodia y rehabilitación de menores y de reclusorios preventivos o administrativos que, sin los requisitos legales, reciba como presa, detenida, arrestada o interna a una persona o la mantenga privada de su libertad, sin dar parte del hecho a la autoridad correspondiente; niegue que está detenida, si lo estuviere; o no cumpla la orden de libertad girada por la autoridad competente;

**VII.-** Cuando teniendo conocimiento de una privación ilegal de la libertad no la denunciase inmediatamente a la autoridad competente o no la haga cesar, también inmediatamente, si esto estuviere en sus atribuciones;

**Exhibit 8, Page 267**



CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

**VIII.-**   Cuando haga que se le entreguen fondos, valores u otra cosa que no se le haya confiado a él y se los apropie o disponga de ellos indebidamente.

**IX.-**   Cuando, con cualquier pretexto, obtenga de un subalterno parte de los sueldos de éste, dádivas u otro servicio;

**X.-**   Cuando en el ejercicio de sus funciones o con motivo de ellas, otorgue empleo, cargo o comisión públicos, o contratos de prestación de servicios profesionales o mercantiles o de cualquier otra naturaleza, que sean remunerados, a sabiendas de que no se prestará el servicio para el que se les nombró, o no se cumplirá el contrato otorgado;

**XI.-**   Cuando autorice o contrate a quien se encuentre inhabilitado por resolución firme de autoridad competente para desempeñar un empleo, cargo o comisión en el servicio público, siempre que lo haga con conocimiento de tal situación;

**XII.-**   Cuando otorgue cualquier identificación en que se acredite como servidor público a cualquier persona que realmente no desempeñe el empleo, cargo o comisión a que se haga referencia en dicha identificación;

**XIII.-**   Obligar al inculpado a declarar, usando la incomunicación, la intimidación o la tortura, y

**XIV.-**   Obligar a declarar a las personas que se mencionan en el artículo 243 Bis, del Código Federal de Procedimientos Penales, acerca de la información obtenida con motivo del desempeño de su actividad.

**XV.**   Omitir el registro de la detención correspondiente o dilatar injustificadamente poner al detenido a disposición de la autoridad correspondiente.

Al que cometa el delito de abuso de autoridad en los términos previstos por las fracciones I a V y X a XII, se le impondrá de uno a ocho años de prisión, de cincuenta hasta trescientos días multa y destitución e inhabilitación de uno a ocho años para desempeñar otro empleo, cargo o comisión públicos. Igual sanción se impondrá a las personas que acepten los nombramientos, contrataciones o identificaciones a que se refieren las fracciones X a XII.

Al que cometa el delito de abuso de autoridad en los términos previstos por las fracciones VI a IX, XIII, XIV y XV, se le impondrá de dos a nueve años de prisión, de setenta hasta cuatrocientos días multa y destitución e inhabilitación de dos a nueve años para desempeñar otro empleo, cargo o comisión públicos.

## CAPITULO III BIS
## Desaparición forzada de personas

**Artículo 215-A**.- Comete el delito de desaparición forzada de personas, el servidor público que, independientemente de que haya participado en la detención legal o ilegal de una o varias personas, propicie o mantenga dolosamente su ocultamiento bajo cualquier forma de detención.

**Artículo 215-B**.- A quien cometa el delito de desaparición forzada de personas se le impondrá una pena de cinco a cuarenta años de prisión.

Si la víctima fuere liberada espontáneamente dentro de los tres días siguientes a su detención la pena será de ocho meses a cuatro años de prisión, sin perjuicio de aplicar la que corresponda a actos ejecutados u omitidos que constituyan por sí mismos delitos.

**Exhibit 8, Page 268**



**CÓDIGO PENAL FEDERAL**
*Última Reforma DOF 23-01-2009*

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

Si la liberación ocurriera dentro de los diez días siguientes a su detención, la pena aplicable será de dos a ocho años de prisión, sin perjuicio de aplicar la que corresponda a actos ejecutados u omitidos que constituyan por sí mismo delitos.

Estas penas podrán ser disminuidas hasta una tercera parte en beneficio de aquel que hubiere participado en la comisión del delito, cuando suministre información que permita esclarecer los hechos, y hasta en una mitad, cuando contribuya a lograr la aparición con vida de la víctima.

**Artículo 215-C**.- Al servidor Público que haya sido condenado por el delito de desaparición forzada de personas, además se le destituirá del cargo y se le inhabilitará de uno a veinte años para desempeñar cualquier cargo, comisión o empleo públicos.

**Artículo 215-D**.- La oposición o negativa a la autoridad competente para tener libre e inmediato acceso al lugar donde haya motivos para creer que se pueda encontrar a una persona desaparecida, por parte del servidor público responsable del mismo, será sancionada con la destitución de su cargo, comisión o empleo, sin perjuicio de la aplicación de las penas de los demás delitos en que pudiera incurrir con motivo de su conducta.

## CAPITULO IV
## Coalición de servidores públicos

**Artículo 216**.- Cometen el delito de coalición de servidores públicos, los que teniendo tal carácter se coaliguen para tomar medidas contrarias a una ley o reglamento, impedir su ejecución o para hacer dimisión de sus puestos con el fin de impedir o suspender la administración pública en cualquiera de sus ramas. No cometen este delito los trabajadores que se coaliguen en ejercicio de sus derechos constitucionales o que hagan uso del derecho de huelga.

Al que cometa el delito de coalición de servidores públicos se le impondrán de dos años a siete años de prisión y multa de treinta a trescientas veces el salario mínimo diario vigente en el Distrito Federal, en el momento de la comisión del delito, y destitución e inhabilitación de dos años a siete años para desempeñar otro empleo, cargo o comisión públicos.

## CAPITULO V
## Uso indebido de atribuciones y facultades

**Artículo 217**.- Comete el delito de uso indebido de atribuciones y facultades:

**I.-** El servidor público que indebidamente:

**A)** Otorgue concesiones de prestación de servicio público o de explotación, aprovechamiento y uso de bienes de dominio de la Federación;

**B)** Otorgue permisos, licencias o autorizaciones de contenido económico;

**C)** Otorgue franquicias, exenciones, deducciones o subsidios sobre impuestos, derechos, productos, aprovechamientos o aportaciones y cuotas de seguridad social, en general sobre los ingresos fiscales, y sobre precios y tarifas de los bienes y servicios producidos o prestados en la Administración Pública Federal, y del Distrito Federal.

**D)** Otorgue, realice o contrate obras públicas, deuda, adquisiciones, arrendamientos, enajenaciones de bienes o servicios, o colocaciones de fondos y valores con recursos económicos públicos.

**Exhibit 8, Page 269**



CÓDIGO PENAL FEDERAL
Última Reforma DOF 23-01-2009

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

**II.-** Toda persona que solicite o promueva la realización, el otorgamiento o la contratación indebidos de las operaciones a que hacen referencia la fracción anterior o sea parte en las mismas, y

**III.-** El servidor público que teniendo a su cargo fondos públicos, les dé a sabiendas, una aplicación pública distinta de aquella a que estuvieren destinados o hiciere un pago ilegal.

Al que cometa el delito de uso indebido de atribuciones y facultades se les impondrán las siguientes sanciones:

Cuando el monto a que asciendan las operaciones a que hace referencia este artículo no exceda del equivalente de quinientas veces el salario mínimo diario vigente en el Distrito Federal en el momento de cometerse el delito, se impondrán de tres meses a dos años de prisión, multa de treinta a trescientas veces el salario mínimo diario vigente en el Distrito Federal en el momento de cometerse el delito y destitución e inhabilitación de tres meses a dos años para desempeñar otro empleo, cargo o comisión públicos.

Cuando el monto a que asciendan las operaciones a que hace referencia este artículo, exceda del equivalente a quinientas veces el salario mínimo diario vigente en el Distrito Federal en el momento de cometerse el delito, se impondrán de dos años a doce años de prisión, multa de treinta a trescientas veces el salario mínimo diario vigente en el Distrito Federal en el momento de cometerse el delito y destitución e inhabilitación de dos años a doce años para desempeñar otro empleo, cargo o comisión públicos.

## CAPITULO VI
## Concusión

**Artículo 218.**- Comete el delito de concusión: el servidor público que con el carácter de tal y a título de impuesto o contribución, recargo, renta, rédito, salario o emolumento, exija, por sí o por medio de otro, dinero, valores, servicios o cualquiera otra cosa que sepa no ser debida, o en mayor cantidad que la señalada por la Ley.

Al que cometa el delito de concusión se le impondrán las siguientes sanciones:

Cuando la cantidad o el valor de lo exigido indebidamente no exceda del equivalente de quinientas veces el salario mínimo diario vigente en el Distrito Federal en el momento de cometerse el delito, o no sea valuable, se impondrán de tres meses a dos años de prisión, multa de treinta veces a trescientas veces el salario mínimo diario vigente en el Distrito Federal en el momento de cometerse el delito, y destitución e inhabilitación de tres meses a dos años para desempeñar otro empleo, cargo o comisión públicos.

Cuando la cantidad o el valor de lo exigido indebidamente exceda de quinientas veces el salario mínimo diario vigente en el Distrito Federal en el momento de cometerse el delito, se impondrán de dos años a doce años de prisión, multa de trescientas a quinientas veces el salario mínimo diario vigente en el Distrito Federal en el momento de cometerse el delito y destitución e inhabilitación de dos años a doce años para desempeñar otro empleo, cargo o comisión públicos.

## CAPITULO VII
## Intimidación

**Artículo 219.**- Comete el delito de intimidación:

Exhibit 8, Page 270



**CÓDIGO PENAL FEDERAL**
*Última Reforma DOF 23-01-2009*

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

**I.-** El servidor público que por sí, o por interpósita persona, utilizando la violencia física o moral, inhiba o intimide a cualquier persona para evitar que ésta o un tercero denuncie, formule querella o aporte información relativa a la presunta comisión de una conducta sancionada por la Legislación Penal o por la Ley Federal de Responsabilidad de los Servidores Públicos, y

**II.-** El servidor público que con motivo de la querella, denuncia o información a que hace referencia la fracción anterior realice una conducta ilícita u omita una lícita debida que lesione los intereses de las personas que las presenten o aporten, o de algún tercero con quien dichas personas guarden algún vínculo familiar, de negocios o afectivo.

Al que cometa el delito de intimidación se le impondrán de dos años a nueve años de prisión, multa por un monto de treinta a trescientas veces el salario mínimo diario vigente en el Distrito Federal en el momento de cometerse el delito, destitución e inhabilitación de dos años a nueve años para desempeñar otro empleo, cargo o comisión públicos.

## CAPITULO VIII
## Ejercicio abusivo de funciones

**Artículo 220.**- Comete el delito de ejercicio abusivo de funciones:

**I.-** El servidor público que en el desempeño, de su empleo, cargo o comisión, indebidamente otorgue por sí o por interpósita persona, contratos, concesiones, permisos, licencias, autorizaciones, franquicias, exenciones, efectúe compras o ventas o realice cualquier acto jurídico que produzca beneficios económicos al propio servidor público, a su cónyuge, descendientes o ascendientes, parientes por consanguinidad o afinidad hasta el cuarto grado, a cualquier tercero con el que tenga vínculos afectivos, económicos o de dependencia administrativa directa, socios o sociedades de las que el servidor público o las personas antes referidas formen parte;

**II.-** El servidor público que valiéndose de la información que posea por razón de su empleo, cargo o comisión, sea o no materia de sus funciones, y que no sea del conocimiento público, haga por sí, o por interpósita persona, inversiones, enajenaciones o adquisiciones, o cualquier otro acto que le produzca algún beneficio económico indebido al servidor público o a alguna de las personas mencionadas en la primera fracción.

Al que cometa el delito de ejercicio abusivo de funciones se le impondrán las siguientes sanciones:

Cuando la cuantía a que asciendan las operaciones a que hace referencia este artículo no exceda del equivalente a quinientas veces el salario mínimo diario vigente en el Distrito Federal en el momento de cometerse el delito, se impondrán de tres meses a dos años de prisión, multa de treinta a trescientas veces el salario mínimo diario vigente en el Distrito Federal en el momento de cometerse el delito y destitución e inhabilitación de tres meses a dos años para desempeñar otro empleo, cargo o comisión públicos.

Cuando la cuantía a que asciendan las operaciones a que hace referencia este artículo exceda de quinientas veces el salario mínimo diario vigente en el Distrito Federal en el momento de cometerse el delito, se impondrán de dos años a doce años de prisión, multa de trescientas veces a quinientas veces el salario mínimo diario vigente en el Distrito Federal en el momento de cometerse el delito y destitución e inhabilitación de dos años a doce años para desempeñar otro empleo, cargo o comisión públicos.

## CAPITULO IX
## Tráfico de Influencia

**Exhibit 8, Page 271**



CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

**Artículo 221**.- Comete el delito de tráfico de influencia:

**I.-** El servidor público que por sí o por interpósita persona promueva o gestione la tramitación o resolución ilícita de negocios públicos ajenos a las responsabilidades inherentes a su empleo, cargo o comisión, y

**II.-** Cualquier persona que promueva la conducta ilícita del servidor público o se preste a la promoción o gestión a que hace referencia la fracción anterior.

**III.-** El servidor público que por sí, o por interpósita persona indebidamente, solicite o promueva cualquier resolución o la realización de cualquier acto materia del empleo, cargo o comisión de otro servidor público, que produzca beneficios económicos para sí o para cualquiera de las personas a que hace referencia la primera fracción del artículo 220 de este Código.

Al que cometa el delito de tráfico de influencia, se le impondrán de dos años a seis años de prisión, multa de treinta a trescientas veces el salario mínimo diario vigente en el Distrito Federal en el momento de cometerse el delito y destitución e inhabilitación de dos años a seis años para desempeñar otro empleo, cargo o comisión públicos.

## CAPITULO X
### Cohecho

**Artículo 222**.- Cometen el delito de cohecho:

**I.-** El servidor público que por sí, o por interpósita persona solicite o reciba indebidamente para sí o para otro, dinero o cualquiera otra dádiva, o acepte una promesa, para hacer o dejar de hacer algo justo o injusto relacionado con sus funciones, y

**II.-** El que de manera espontánea dé u ofrezca dinero o cualquier otra dádiva a alguna de las personas que se mencionan en la fracción anterior, para que cualquier servidor público haga u omita un acto justo o injusto relacionado con sus funciones.

Al que comete el delito de cohecho se le impondrán las siguiente sanciones:

Cuando la cantidad o el valor de la dádiva o promesa no exceda del equivalente de quinientas veces el salario mínimo diario vigente en el Distrito Federal en el momento de cometerse el delito, o no sea valuable, se impondrán de tres meses a dos años de prisión, de treinta a trescientos días multa y destitución e inhabilitación de tres meses a dos años para desempeñar otro empleo, cargo o comisión públicos.

Cuando la cantidad o el valor de la dádiva, promesa o prestación exceda de quinientas veces el salario mínimo diario vigente en el Distrito Federal en el momento de cometerse el delito, se impondrán de dos a catorce años de prisión, de trescientos a mil días multa y destitución e inhabilitación de dos a catorce años para desempeñar otro empleo, cargo o comisión públicos.

En ningún caso se devolverá a los responsables del delito de cohecho, el dinero o dádivas entregadas, las mismas se aplicarán en beneficio del Estado.

## Capítulo XI
### Cohecho a servidores públicos extranjeros

**Exhibit 8, Page 272**

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

**Artículo 222 bis**.- Se impondrán las penas previstas en el artículo anterior al que con el propósito de obtener o retener para sí o para otra persona ventajas indebidas en el desarrollo o conducción de transacciones comerciales internacionales, ofrezca, prometa o dé, por sí o por interpósita persona, dinero o cualquiera otra dádiva, ya sea en bienes o servicios:

**I.-** A un servidor público extranjero o a un tercero que éste determine, para que dicho servidor público gestione o se abstenga de gestionar la tramitación o resolución de asuntos relacionados con las funciones inherentes a su empleo, cargo o comisión;

**II.-** A un servidor público extranjero, o a un tercero que éste determine, para que dicho servidor público lleve a cabo la tramitación o resolución de cualquier asunto que se encuentre fuera del ámbito de las funciones inherentes a su empleo, cargo o comisión, o

**III.** A cualquier persona para que acuda ante un servidor público extranjero y le requiera o le proponga llevar a cabo la tramitación o resolución de cualquier asunto relacionado con las funciones inherentes al empleo, cargo o comisión de este último.

Para los efectos de este artículo se entiende por servidor público extranjero, toda persona que desempeñe un empleo, cargo o comisión en el poder legislativo, ejecutivo o judicial o en un órgano público autónomo en cualquier orden o nivel de gobierno de un Estado extranjero, sea designado o electo; cualquier persona en ejercicio de una función para una autoridad, organismo o empresa pública o de participación estatal de un país extranjero; y cualquier funcionario o agente de un organismo u organización pública internacional.

Cuando alguno de los delitos comprendidos en este artículo se cometa en los supuestos a que se refiere el artículo 11 de este Código, el juez impondrá a la persona moral hasta mil días multa y podrá decretar su suspensión o disolución, tomando en consideración el grado de conocimiento de los órganos de administración respecto del cohecho en la transacción internacional y el daño causado o el beneficio obtenido por la persona moral.

## CAPITULO XII
## Peculado

**Artículo 223**.- Comete el delito de peculado:

**I.-** Todo servidor público que para usos propios o ajenos distraiga de su objeto dinero, valores, fincas o cualquier otra cosa perteneciente al Estado, al organismo descentralizado o a un particular, si por razón de su cargo los hubiere recibido en administración, en depósito o por otra causa.

**II.-** El servidor público que indebidamente utilice fondos públicos u otorgue alguno de los actos a que se refiere el artículo de uso indebido de atribuciones y facultades con el objeto de promover la imagen política o social de su persona, la de su superior jerárquico o la de un tercero, o a fin de denigrar a cualquier persona.

**III.-** Cualquier persona que solicite o acepte realizar las promociones o denigraciones a que se refiere la fracción anterior, a cambio de fondos público o del disfrute de los beneficios derivados de los actos a que se refiere el artículo de uso indebido de atribuciones y facultades, y

**IV.-** Cualquier persona que sin tener el carácter de servidor público federal y estando obligada legalmente a la custodia, administración o aplicación de recursos públicos federales, los distraiga de su objeto para usos propios o ajenos o les dé una aplicación distinta a la que se les destinó.

Al que cometa el delito de peculado se le impondrán las siguientes sanciones:

Exhibit 8, Page 273



CÓDIGO PENAL FEDERAL

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN          Última Reforma DOF 23-01-2009
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

Cuando el monto de lo distraído o de los fondos utilizados indebidamente no exceda del equivalente de quinientas veces el salario mínimo diario vigente en el Distrito Federal en el momento de cometerse el delito, o no sea valuable, se impondrán de tres meses a dos años de prisión, multa de treinta a trescientas veces el salario mínimo diario vigente en el Distrito Federal en el momento de cometerse el delito y destitución e inhabilitación de tres meses a dos años para desempeñar otro empleo, cargo o comisión públicos.

Cuando el monto de los distraído o de los fondos utilizados indebidamente exceda de quinientas veces el salario mínimo diario vigente en el Distrito Federal en el momento de cometerse el delito, se impondrán de dos años a catorce años de prisión, multa de trescientas a quinientas veces el salario mínimo diario vigente en el Distrito Federal en el momento de cometerse el delito y destitución e inhabilitación de dos años a catorce años para desempeñar otro empleo, cargo o comisión públicos.

## CAPITULO XIII
## Enriquecimiento Ilícito

**Artículo 224**.- Se sancionará a quien con motivo de su empleo, cargo o comisión en el servicio público, haya incurrido en enriquecimiento ilícito. Existe enriquecimiento ilícito cuando el servidor público no pudiere acreditar el legítimo aumento de su patrimonio o la legítima procedencia de los bienes a su nombre o de aquellos respecto de los cuales se conduzca como dueño, en los términos de la Ley Federal de Responsabilidades de los Servidores Públicos.

Incurre en responsabilidad penal, asimismo, quien haga figurar como suyos bienes que el servidor público adquiera o haya adquirido en contravención de lo dispuesto en la misma Ley, a sabiendas de esta circunstancia.

Al que cometa el delito de enriquecimiento ilícito se le impondrán las siguientes sanciones:

Decomiso en beneficio del Estado de aquellos bienes cuya procedencia no se logre acreditar de acuerdo con la Ley Federal de Responsabilidades de los Servidores Públicos.

Cuando el monto a que ascienda el enriquecimiento ilícito no exceda del equivalente de cinco mil veces el salario mínimo diario vigente en el Distrito Federal, se impondrán de tres meses a dos años de prisión, multa de treinta a trescientas veces el salario mínimo diario vigente en el Distrito Federal al momento de cometerse el delito y destitución e inhabilitación de tres meses a dos años para desempeñar otro empleo, cargo o comisión públicos.

Cuando el monto a que ascienda el enriquecimiento ilícito exceda del equivalente de cinco mil veces el salario mínimo diario vigente en el Distrito Federal, se impondrán de dos años a catorce años de prisión, multa de trescientas a quinientas veces el salario mínimo diario vigente en el Distrito Federal al momento de cometerse el delito y destitución e inhabilitación de dos años a catorce años para desempeñar otro empleo, cargo o comisión públicos.

## TITULO DECIMOPRIMERO
## Delitos cometidos contra la administración de justicia

## CAPITULO I
## Delitos cometidos por los servidores públicos

**Artículo 225**.- Son delitos contra la administración de justicia, cometidos por servidores públicos los siguientes:

Exhibit 8, Page 274



CÓDIGO PENAL FEDERAL
Última Reforma DOF 23-01-2009

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

**I.-**     Conocer de negocios para los cuales tengan impedimento legal o abstenerse de conocer de los que les corresponda, sin tener impedimento legal para ello;

**II.-**    Desempeñar algún otro empleo oficial o un puesto o cargo particular que la ley les prohíba;

**III.-**   Litigar por sí o por interpósita persona, cuando la ley les prohiba el ejercicio de su profesión;

**IV.-**    Dirigir o aconsejar a las personas que ante ellos litiguen;

**V.-**     No cumplir una disposición que legalmente se les comunique por su superior competente, sin causa fundada para ello;

**VI.-**    Dictar, a sabiendas, una resolución de fondo o una sentencia definitiva que sean ilícitas por violar algún precepto terminante de la ley, o ser contrarias a las actuaciones seguidas en juicio o al veredicto de un jurado; u omitir dictar una resolución de trámite, de fondo o una sentencia definitiva lícita, dentro de los términos dispuestos en la ley.

**VII.-**   Ejecutar actos o incurrir en omisiones que produzcan un daño o concedan a alguien una ventaja indebidos;

**VIII.-**  Retardar o entorpecer maliciosamente o por negligencia la administración de justicia;

**IX.-**    Abstenerse injustificadamente de hacer la consignación que corresponda de una persona que se encuentre detenida a su disposición como probable responsable de algún delito, cuando ésta sea procedente conforme a la Constitución y a las leyes de la materia, en los casos en que la ley les imponga esa obligación; o ejercitar la acción penal cuando no preceda denuncia, acusación o querella;

**X.-**     Detener a un individuo durante la averiguación previa fuera de los casos señalados por la ley, o retenerlo por más tiempo del señalado en la Constitución;

**XI.-**    No otorgar, cuando se solicite, la libertad caucional, si procede legalmente;

**XII.-**   Obligar al inculpado a declarar, usando la incomunicación, intimidación o tortura;

**XIII.-**  No tomar al inculpado su declaración preparatoria dentro de las cuarenta y ocho horas siguientes a su consignación sin causa justificada, u ocultar el nombre del acusador, la naturaleza y causa de la imputación o el delito que se le atribuye;

**XIV.-**   Prolongar la prisión preventiva por más tiempo del que como máximo fije la ley al delito que motive el proceso;

**XV.-**    Imponer gabelas o contribuciones en cualesquiera lugares de detención o internamiento;

**XVI.-**   Demorar injustificadamente el cumplimiento de las providencias judiciales, en las que se ordene poner en libertad a un detenido;

**XVII.-**  No dictar auto de formal prisión o de libertad de un detenido, dentro de las setenta y dos horas siguientes a que lo pongan a su disposición, a no ser que el inculpado haya solicitado ampliación del plazo, caso en el cual se estará al nuevo plazo;

**XVIII.-** Ordenar o practicar cateos o visitas domiciliarias fuera de los casos autorizados por la ley;

Exhibit 8, Page 275



CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

**XIX.-** Abrir un proceso penal contra un servidor público, con fuero, sin habérsele retirado éste previamente, conforme a lo dispuesto por la ley;

**XX.-** Ordenar la aprehensión de un individuo por delito que no amerite pena privativa de libertad, o en casos en que no preceda denuncia, acusación o querella; o realizar la aprehensión sin poner al detenido a disposición del juez en el término señalado por el párrafo tercero del artículo 16 de la Constitución;

**XXI.-** A los encargados o empleados de lugares de reclusión o internamiento que cobren cualquier cantidad a los interinos o a sus familiares, a cambio de proporcionarles bienes o servicios que gratuitamente brinde el Estado para otorgarles condiciones de privilegio en el alojamiento, alimentación o régimen;

**XXII.-** Rematar, en favor de ellos mismos, por sí o por interpósita persona, los bienes objeto de un remate en cuyo juicio hubieren intervenido;

**XXIII.-** Admitir o nombrar un depositario o entregar a éste los bienes secuestrados, sin el cumplimiento de los requisitos legales correspondientes;

**XXIV.-** Hacer conocer al demandado, indebidamente, la providencia de embargo decretada en su contra;

**XXV.-** Nombrar síndico o interventor en un concurso o quiebra, a una persona que sea deudor, pariente o que haya sido abogado del fallido, o a persona que tenga con el funcionario relación de parentesco, estrecha amistad o esté ligada con él por negocios de interés común; y

**XXVI.-** Permitir, fuera de los casos previstos por la ley, la salida temporal de las personas que están recluidas.

**XXVII.-** No ordenar la libertad de un procesado, decretando su sujeción a proceso, cuando sea acusado por delito o modalidad que tenga señalada pena no privativa de libertad o alternativa;

**XXVIII.-** Dar a conocer a quien no tenga derecho, documentos, constancias o información que obren en una averiguación previa o en un proceso penal y que por disposición de la ley o resolución de la autoridad judicial, sean confidenciales, y

**XXIX.** Se deroga.

**XXX.** Retener al detenido sin cumplir con los requisitos que establece la Constitución y las leyes respectivas;

**XXXI.** Alterar, destruir, perder o perturbar ilícitamente el lugar de los hechos; los indicios, huellas o vestigios del hecho delictuoso o los instrumentos, objetos o productos del delito, y

**XXXII.** Desviar u obstaculizar la investigación del hecho delictuoso de que se trate o favorecer que el inculpado se sustraiga a la acción de la justicia.

A quien cometa los delitos previstos en las fracciones I, II, III, VII, VIII, IX, XX, XXIV, XXV y XXVI, se les impondrá pena de prisión de tres a ocho años y de quinientos a mil quinientos días multa.

**Exhibit 8, Page 276**

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

A quien cometa los delitos previstos en las fracciones IV, V, VI, X, XI, XIII, XIV, XV, XVI, XVII, XVIII, XIX, XXI, XXII, XXIII, XXVII, XXVIII, XXX, XXXI y XXXII, se le impondrá pena de prisión de cuatro a diez años y de mil a dos mil días multa.

En todos los delitos previstos en este Capítulo, además de las penas de prisión y multa previstas, el servidor público será destituido e inhabilitado de tres a diez años para desempeñar otro empleo, cargo o comisión públicos.

## CAPITULO II
## Ejercicio indebido del propio derecho

**Artículo 226**.- Al que para hacer efectivo un derecho o pretendido derecho que deba ejercitar, empleare violencia, se le aplicará prisión de tres meses a un año o de 30 a 90 días multa. En estos casos sólo se procederá por querella de la parte ofendida.

**Artículo 227**.- Las disposiciones anteriores se aplicarán a todos los funcionarios o empleados de la administración pública, cuando en el ejercicio de su encargo ejecuten los hechos o incurran en las omisiones expresadas en los propios artículos.

## TITULO DECIMOSEGUNDO
## Responsabilidad Profesional

## CAPITULO I
## Disposiciones generales

**Artículo 228**.- Los profesionistas, artistas o técnicos y sus auxiliares, serán responsables de los delitos que cometan en el ejercicio de su profesión, en los términos siguientes y sin perjuicio de las prevenciones contenidas en la Ley General de Salud o en otras normas sobre ejercicio profesional, en su caso:

**I.-** Además de las sanciones fijadas para los delitos que resulten consumados, según sean dolosos o culposos, se les aplicará suspensión de un mes a dos años en el ejercicio de la profesión o definitiva en caso de reincidencia; y

**II.-** Estarán obligados a la reparación del daño por sus actos propios y por los de sus auxiliares, cuando éstos obren de acuerdo con las instrucciones de aquéllos.

**Artículo 229**.- El artículo anterior se aplicará a los médicos que habiendo otorgado responsiva para hacerse cargo de la atención de un lesionado o enfermo, lo abandonen en su tratamiento sin causa justificada, y sin dar aviso inmediato a la autoridad correspondiente.

**Artículo 230**.- Se impondrá prisión de tres meses a dos años, hasta cien días multas y suspensión de tres meses a un año a juicio del juzgador, a los directores, encargados o administradores de cualquier centro de salud, cuando incurran en alguno de los casos siguientes:

**I.-** Impedir la salida de un paciente, cuando éste o sus familiares lo soliciten, aduciendo adeudos de cualquier índole;

**II.-** Retener sin necesidad a un recién nacido, por los motivos a que se refiere la parte final de la fracción anterior;

**Exhibit 8, Page 277**



**CÓDIGO PENAL FEDERAL**

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

*Última Reforma DOF 23-01-2009*

**III.-** Retardar o negar por cualquier motivo la entrega de un cadáver, excepto cuando se requiera orden de autoridad competente.

La misma sanción se impondrá a los encargados o administradores de agencias funerarias que retarden o nieguen indebidamente la entrega de un cadáver, e igualmente a los encargados, empleados o dependientes de una farmacia, que al surtir una receta sustituyan la medicina, específicamente recetada por otra que cause daño o sea evidentemente inapropiada al padecimiento para el cual se prescribió.

## CAPITULO II
### Delitos de abogados, patronos y litigantes

**Artículo 231**.- Se impondrá de dos a seis años de prisión, de cien a trescientos días multa y suspensión e inhabilitación hasta por un término igual al de la pena señalada anteriormente para ejercer la profesión, a los abogados, a los patronos, o a los litigantes que no sean ostensiblemente patrocinados por abogados, cuando cometan algunos de los delitos siguientes:

**I.-** Alegar a sabiendas hechos falsos, o leyes inexistentes o derogadas; y

**II.-** Pedir términos para probar lo que notoriamente no puede probarse o no ha de aprovechar su parte; promover artículos o incidentes que motiven la suspensión del juicio o recursos manifiestamente improcedentes o de cualquiera otra manera procurar dilaciones que sean notoriamente ilegales.

**III.-** A sabiendas y fundándose en documentos falsos o sin valor o en testigos falsos ejercite acción u oponga excepciones en contra de otro, ante las autoridades judiciales o administrativas; y

**IV.-** Simule un acto jurídico o un acto o escrito judicial, o altere elementos de prueba y los presente en juicio, con el fin de obtener sentencia, resolución o acto administrativo contrario a la ley.

**Artículo 232**.- Además de las penas mencionadas, se podrán imponer de tres meses a tres años de prisión.

**I.-** Por patrocinar o ayudar a diversos contendientes o partes con intereses opuestos, en un mismo negocio o en negocios conexos, o cuando se acepta el patrocinio de alguno y se admite después el de la parte contraria;

**II.-** Por abandonar la defensa de un cliente o negocio sin motivo justificado y causando daño, y

**III.-** Al defensor de un reo, sea particular o de oficio, que sólo se concrete a aceptar el cargo y a solicitar la libertad condicional que menciona la fracción I del artículo 20 de la Constitución, sin promover, más pruebas ni dirigirlo en su defensa.

**Artículo 233**.- Los defensores de oficio que sin fundamento no promuevan las pruebas conducentes en defensa de los reos que los designen, serán destituidos de su empleo. Para este efecto, los jueces comunicarán al Jefe de Defensores las faltas respectivas.

## TITULO DECIMOTERCERO
### Falsedad

## CAPITULO I
### Falsificación, alteración y destrucción de moneda

**Exhibit 8, Page 278**



**Artículo 234**.- Al que cometa el delito de falsificación de moneda, se le impondrá de cinco a doce años de prisión y hasta quinientos días multa.

Se entiende por moneda para los efectos de este Capítulo, los billetes y las piezas metálicas, nacionales o extranjeros, que tengan curso legal en el país emisor.

Comete el delito de falsificación de moneda el que produzca, almacene, distribuya o introduzca al territorio nacional cualquier documento o pieza que contenga imágenes u otros elementos utilizados en las monedas circulantes, y que por ello resulten idóneos para engañar al público, por ser confundibles con monedas emitidas legalmente. A quien cometa este delito en grado de tentativa, se le impondrá de cuatro a ocho años de prisión y hasta trescientos días multa.

La pena señalada en el primer párrafo de este artículo, también se impondrá al que a sabiendas hiciere uso de moneda falsificada.

**Artículo 235**.- Se impondrá de uno a cinco años de prisión y hasta quinientos días multa:

**I.-** Al que, produzca, almacene o distribuya piezas de papel con tamaño similar o igual al de los billetes, cuando dichas piezas presenten algunas de las imágenes o elementos de los contenidos en aquellos, resultando con ello piezas con apariencia de billetes;

**II.-** Al que marque la moneda con leyendas, sellos, troqueles o de cualquier otra forma, que no sean delebles para divulgar mensajes dirigidos al público.

**III.-** Al que permita el uso o realice la enajenación, por cualquier medio y título, de máquinas, instrumentos o útiles que únicamente puedan servir para la fabricación de moneda, a personas no autorizadas legalmente para ello.

**Artículo 236**.- Se impondrá prisión de cinco a doce años y hasta quinientos días multa, al que altere moneda. Igual sanción se impondrá al que a sabiendas circule moneda alterada.

Para los efectos de este artículo se entiende que altera un billete, aquel que forme piezas mediante la unión de dos o más fracciones procedentes de diferentes billetes, y que altera una moneda metálica, aquel que disminuye el contenido de oro, plata, platino o paladio que compongan las piezas monetarias de curso legal, mediante limaduras, recortes, disolución en ácidos o empleando cualquier otro medio.

**Artículo 237**.- Se castigará con prisión de cinco a doce años y hasta quinientos días multa, a quien preste sus servios o desempeñe un cargo o comisión en la casa de moneda o en cualquier empresa que fabrique cospeles, y que por cualquier medio, haga que las monedas de oro, plata, platino o paladio, contengan metal diverso al señalado por la ley, o tengan menor peso que el legal o una ley de aleación inferior.

**Artículo 238**.- Se le impondrá de tres a siete años de prisión y hasta quinientos días multa, al que aproveche ilícitamente el contenido metálico destruyendo las monedas en circulación mediante su fundición o cualquier otro procedimiento.

## CAPITULO II
**Falsificación y utilización indebida de títulos al portador, documentos de crédito público y documentos relativos al crédito**

**Exhibit 8, Page 279**

CÓDIGO PENAL FEDERAL
*Última Reforma DOF 23-01-2009*

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

**Artículo 239**.- Al que cometa el delito de falsificación de títulos al portador y documentos de crédito público, se le impondrán de cuatro a diez años de prisión y multa de doscientos cincuenta a tres mil pesos.

Comete el delito de que habla el párrafo anterior el que falsificare:

**I.-** Obligaciones u otros documentos de crédito público del tesoro, o los cupones de intereses o de dividendos de esos títulos.

**II.-** Las obligaciones de la deuda pública de otra nación, cupones de intereses o de dividendos de estos títulos.

**III.-** Las obligaciones y otros títulos legalmente emitidos por sociedades o empresas o por las administraciones públicas de la Federación, de los Estados o de cualquier Municipio, y los cupones de intereses o de dividendos de los documentos mencionados.

**Artículo 240**.- Al que introduzca en la República o pusiere en circulación en ella los documentos falsificados de que habla el artículo anterior, se le aplicará la sanción ahí señalada.

**Artículo 240 Bis.-** Se deroga.

## CAPITULO III
### Falsificación de sellos, llaves, cuños o troqueles, marcas, pesas y medidas

**Artículo 241**.- Se impondrán de cuatro a nueve años de prisión y multa de cuatrocientos a dos mil pesos:

**I.-** Al que falsifique los sellos o marcas oficiales;

**II.-** Al que falsifique los punzones para marcar la ley del oro o de la plata;

**III.-** Al que falsifique los cuños o troqueles destinados para fabricar moneda o el sello, marca o contraseña que alguna autoridad usare para identificar cualquier objeto o para asegurar el pago de algún impuesto;

**IV.-** Al que falsifique los punzones, matrices, planchas o cualquier otro objeto que sirva para la fabricación de acciones, obligaciones, cupones o billetes de que habla el artículo 239, y

**V.-** Al que falsifique las marcas de inspección de pesas y medidas.

**Artículo 242**.- Se impondrán prisión de tres meses a tres años y multa de veinte a mil pesos:

**I.-** Al que falsifique llaves, el sello de un particular, un sello, marca, estampilla o contraseña de una casa de comercio, de un banco o de un establecimiento industrial; o un boleto o ficha de un espectáculo público;

**II.-** Al que falsifique en la República los sellos punzones o marcas de una nación extranjera;

**III.-** Al que enajene un sello, punzón o marca falsos, ocultando este vicio;

**IV.-** Al que, para defraudar a otro altere las pesas y las medidas legítimas o quite de ellas las marcas verdaderas y las pase a pesas o medidas falsas, o haga uso de éstas.

Exhibit 8, Page 280



CÓDIGO PENAL FEDERAL

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN                    Última Reforma DOF 23-01-2009
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

**V.-** Al que falsifique los sellos nacionales o extranjeros adheribles;

**VI.-** Al que haga desaparecer alguno de los sellos de que habla la fracción anterior o la marca indicadora que ya se utilizó;

**VII.-** Al que procurándose los verdaderos sellos, punzones, marcas, etc., haga uso indebido de ellos; y

**VIII.-** Al que a sabiendas hiciere uso de los sellos o de algún otro de los objetos falsos de que habla el artículo anterior y las fracciones I, II, V y VI de éste.

**Artículo 242 Bis**.- Se impondrá prisión de uno a cinco años y multa de doscientos a dos mil pesos, al que en cualquier forma altere las señales, marcas de sangre o de fuego, que se utilizan para distinguir el ganado, sin autorización de la persona que los tenga legalmente registradas ante la autoridad competente.

## CAPITULO IV
## Falsificación de documentos en general

**Artículo 243**.-  El delito de falsificación se castigará, tratándose de documentos públicos, con prisión de cuatro a ocho años y de doscientos a trescientos sesenta días multa. En el caso de documentos privados, con prisión de seis meses a cinco años y de ciento ochenta a trescientos sesenta días multa.

Si quien realiza la falsificación es un servidor público, la pena de que se trate, se aumentará hasta en una mitad más.

**Artículo 244**.- El delito de falsificación de documentos se comete por alguno de los medios siguientes:

**I.-** Poniendo una firma o rúbrica falsa, aunque sea imaginaria, o alterando una verdadera;

**II.-** Aprovechando indebidamente una firma o rúbrica en blanco ajena, extendiendo una obligación, liberación o cualquier otro documento que pueda comprometer los bienes, la honra, la persona o la reputación de otro, o causar un perjuicio a la sociedad, al Estado o a un tercero;

**III.-** Alterando el contexto de un documento verdadero, después de concluido y firmado, si esto cambiare su sentido sobre alguna circunstancia o punto substancial, ya se haga añadiendo, enmendando o borrando, en todo o en parte, una o más palabras o cláusulas, o ya variando la puntuación;

**IV.-** Variando la fecha o cualquiera otra circunstancia relativa al tiempo de la ejecución del acto que se exprese en el documento;

**V.-** Atribuyéndose el que extiende el documento, o atribuyendo a la persona en cuyo nombre lo hace: un nombre o una investidura, calidad o circunstancia que no tenga y que sea necesaria para la validez del acto;

**VI.-** Redactando un documento en términos que cambien la convención celebrada en otra diversa en que varíen la declaración o disposición del otorgante, las obligaciones que se propuso contraer, o los derechos que debió adquirir;

**VII.-** Añadiendo o alterando cláusulas o declaraciones, o asentando como ciertos hechos falsos, o como confesados los que no lo están, si el documento en que se asientan, se extendiere para hacerlos constar y como prueba de ellos;

Exhibit 8, Page 281



**CÓDIGO PENAL FEDERAL**
*Última Reforma DOF 23-01-2009*

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

**VIII.-** Expidiendo un testimonio supuesto de documentos que no existen; dándolo de otro existente que carece de los requisitos legales, suponiendo falsamente que los tiene; o de otro que no carece de ellos, pero agregando o suprimiendo en la copia algo que importe una variación substancia, y

**IX.-** Alterando un perito traductor o paleógrafo el contenido de un documento, al traducirlo o descifrarlo.

**X.-** Elaborando placas, gafetes, distintivos, documentos o cualquier otra identificación oficial, sin contar con la autorización de la autoridad correspondiente.

**Artículo 245.-** Para que el delito de falsificación de documentos sea sancionable como tal, se necesita que concurran los requisitos siguientes:

**I.-** Que el falsario se proponga sacar algún provecho para sí o para otro, o causar perjuicio a la sociedad, al Estado o a un tercero;

**II.-** Que resulte o pueda resultar perjuicio a la sociedad, al Estado o a un particular, ya sea en los bienes de éste o ya en su persona, en su honra o en su reputación, y

**III.-** Que el falsario haga la falsificación sin consentimiento de la persona a quien resulte o pueda resultar perjuicio o sin el de aquella en cuyo nombre se hizo el documento.

**Artículo 246.-** También incurrirá en la pena señalada en el artículo 243:

**I.-** El funcionario o empleado que, por engaño o sorpresa, hiciere que alguien firme un documento público, que no habría firmado sabiendo su contenido;

**II.-** El Notario y cualquier otro funcionario público que, en ejercicio de sus funciones, expida una certificación de hechos que no sean ciertos, o da fe de lo que no consta en autos, registros, protocolos o documentos;

**III.-** El que, para eximirse de un servicio debido legalmente, o de una obligación impuesta por la ley, suponga una certificación de enfermedad o impedimento que no tiene como expedida por un médico cirujano, sea que exista realmente la persona a quien la atribuya, ya sea ésta imaginaria o ya tome el nombre de una persona real, atribuyéndoles falsamente la calidad de médico o cirujano;

**IV.-** El médico que certifique falsamente que una persona tiene una enfermedad u otro impedimento bastante para dispensarla de prestar un servicio que exige la ley, o de cumplir una obligación que ésta impone, o para adquirir algún derecho;

**V.-** El que haga uso de una certificación verdadera expedida para otro, como si lo hubiere sido en su favor, o altere la que a él se le expidió;

**VI.-** Los encargados del servicio telegráfico, telefónico o de radio que supongan o falsifiquen un despacho de esa clase, y

**VII.-** El que a sabiendas hiciere uso de un documento falso o de copia, transcripción o testimonio del mismo, sea público o privado.

# CAPITULO V
## Falsedad en declaraciones judiciales y en informes dados a una autoridad

**Artículo 247.-** Se impondrán de cuatro a ocho años de prisión y de cien a trescientos días multa:

**Exhibit 8, Page 282**



CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

**I.-** Al que interrogado por alguna autoridad pública distinta de la judicial en ejercicio de sus funciones o con motivo de ellas, faltare a la verdad.

**II.** Se deroga.

**III.-** Al que soborne a un testigo, a un perito o a un intérprete, para que se produzca con falsedad en juicio o los oblige o compromета a ello intimándolos o de otro modo;

**IV.-** Al que, con arreglo a derecho, con cualquier carácter excepto el de testigo, sea examinado y faltare a la verdad en perjuicio de otro, negando ser suya la firma con que hubiere suscrito el documento o afirmando un hecho falso o alternando o negando uno verdadero, o sus circunstancias sustanciales.

Lo prevenido en esta fracción no comprende los casos en que la parte sea examinada sobre la cantidad en que estime una cosa o cuando tenga el carácter de acusado;

**V.-** Al que en juicio de amparo rinda informes como autoridad responsable, en los que afirmare una falsedad o negare la verdad en todo o en parte.

**Artículo 247 Bis.-** Se impondrán de cinco a doce años de prisión y de trescientos a quinientos días multa:

Al que examinado por la autoridad judicial como testigo o perito, faltare a la verdad sobre el hecho que se trata de averiguar, o aspectos, cantidades, calidades u otras circunstancias que sean relevantes para establecer el sentido de una opinión o dictamen, ya sea afirmando, negando u ocultando maliciosamente la existencia de algún dato que pueda servir de prueba de la verdad o falsedad del hecho principal, o que aumente o disminuya su gravedad, o que sirva para establecer la naturaleza o particularidades de orden técnico o científico que importen para que la autoridad pronuncie resolución sobre materia cuestionada en el asunto donde el testimonio o la opinión pericial se viertan.

Cuando al sentenciado se le imponga una pena de más de veinte años de prisión por el testimonio o peritaje falsos, la sanción será de ocho a quince años de prisión y de quinientos a ochocientos días multa.

**Artículo 248.-** El testigo, perito o intérprete que retracte espontáneamente sus falsas declaraciones rendidas ante cualquier autoridad administrativa o ante la judicial antes de que se pronuncie sentencia en la instancia en que las diere, sólo pagará de 30 a 180 días multa, pero si faltare a la verdad al retractar sus declaraciones, se le aplicará la sanción que corresponda con arreglo a lo prevenido en este capítulo, considerándolo como reincidente.

**Artículo 248 Bis.-** Al que con el propósito de inculpar a alguien como responsable de un delito ante la autoridad, simule en su contra la existencia de pruebas materiales que hagan presumir su responsabilidad, se le impondrá prisión de uno a cinco años y de cien a trescientos días multa.

**CAPITULO VI**
**Variación del nombre o del domicilio**

**Artículo 249.-** Se impondrán de diez a ciento ochenta jornadas de trabajo en favor de la comunidad:

**I.-** Al que oculte su nombre o apellido y tome otro imaginario o el de otra persona, al declarar ante la autoridad judicial;

**Exhibit 8, Page 283**



**CÓDIGO PENAL FEDERAL**
CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis
*Última Reforma DOF 23-01-2009*

**II.-** Al que para eludir la práctica de una diligencia judicial o una notificación de cualquiera clase o citación de una autoridad, oculte su domicilio, o designe otro distinto o niegue de cualquier modo el verdadero, y

**III.-** Al funcionario o empleado público que, en los actos propios de su cargo, atribuyere a una persona título o nombre a sabiendas de que no le pertenece.

## CAPITULO VII
## Usurpación de funciones públicas o de profesión y uso indebido de condecoraciones, uniformes, grados jerárquicos, divisas, insignias y siglas

**Artículo 250**.- Se sancionará con prisión de uno a seis años y multa de cien a trescientos días a quien:

**I.-** Al que, sin ser funcionario público, se atribuya ese carácter y ejerza alguna de las funciones de tal;

**II.-** Al que sin tener título profesional o autorización para ejercer alguna profesión reglamentada, expedidas por autoridades u organismos legalmente capacitados para ello, conforme a las disposiciones reglamentarias del artículo 5 constitucional.

**a).-** Se atribuya el carácter del profesionista

**b).-** Realice actos propios de una actividad profesional, con excepción de lo previsto en el 3er. párrafo del artículo 26 de la Ley Reglamentaria de los artículos 4o. y 5o. Constitucionales.

**c).-** Ofrezca públicamente sus servicios como profesionista.

**d).-** Use un título o autorización para ejercer alguna actividad profesional sin tener derecho a ello.

**e).-** Con objeto de lucrar, se una a profesionistas legalmente autorizados con fines de ejercicio profesional o administre alguna asociación profesional.

**III.-** Al extranjero que ejerza una profesión reglamentada sin tener autorización de autoridad competente o después de vencido el plazo que aquella le hubiere concedido.

**IV.-** Al que usare credenciales de servidor público, condecoraciones, uniformes, grados jerárquicos, divisas, insignias o siglas a las que no tenga derecho. Podrá aumentarse la pena hasta la mitad de su duración y cuantía, cuando sean de uso exclusivo de las Fuerzas Armadas Mexicanas o de alguna corporación policial.

## CAPITULO VIII
## Disposiciones comunes a los capítulos precedentes

**Artículo 251**.- Si el falsario hiciere uso de los documentos u objetos falsos que se detallen en este título, se acumularán la falsificación y el delito que por medio de ella hubiere cometido el delincuente.

**Artículo 252**.- Las disposiciones contenidas en este título no se aplicarán sino en lo que no estuviere previsto en las leyes especiales o no se opusiere a lo establecido en ellas.

## TITULO DECIMOCUARTO
## Delitos Contra la Economía Pública

**Exhibit 8, Page 284**



CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

# CAPITULO I
## Delitos contra el consumo y la riqueza nacionales

**Artículo 253**.- Son actos u omisiones que afectan gravemente al consumo nacional y se sancionarán con prisión de tres a diez años y con doscientos a mil días multa, los siguientes:

**I.-** Los relacionados con artículos de consumo necesario o generalizado o con las materias primas necesarias para elaborarlos, así como con las materias primas esenciales para la actividad de la industria nacional, que consistan en:

**a).-** El acaparamiento, ocultación o injustificada negativa para su venta, con el objeto de obtener un alza en los precios o afectar el abasto a los consumidores.

**b).-** Todo acto o procedimiento que evite o dificulte, o se proponga evitar o dificultar la libre concurrencia en la producción o en el comercio.

**c).-** La limitación de la producción o el manejo que se haga de la misma, con el propósito de mantener las mercancías en injusto precio.

**d).-** Todo acuerdo o combinación, de cualquier manera que se haga, de productores, industriales, comerciantes o transportistas, para evitar la competencia entre sí y traiga como consecuencia que los consumidores o usuarios paguen precios exagerados.

**e).-** La suspensión de la producción, procesamiento, distribución, oferta o venta de mercancías o de la prestación de servicios, que efectúen los industriales, comerciantes, productores, empresarios o prestadores de servicios, con el objeto de obtener un alza en los precios o se afecte el abasto de los consumidores.

Si se depone la conducta ilícita dentro de los dos días hábiles siguientes al momento en que la autoridad administrativa competente lo requiera, la sanción aplicable será de seis meses a tres años de prisión, o de cien a quinientos días multa;

**f).-** La exportación, sin permiso de la autoridad competente cuando éste sea necesario de acuerdo con las disposiciones legales aplicables.

**g).-** La venta con inmoderado lucro, por los productores, distribuidores o comerciantes en general. En los casos de que el lucro indebido sea inferior al equivalente a sesenta días del salario mínimo general vigente en la región y en el momento donde se consuma el delito, se sancionará con prisión de dos a seis años y de sesenta a trescientos días multa;

**h).-** Distraer, para usos distintos mercancías que hayan sido surtidas para un fin determinado, por una entidad pública o por sus distribuidores, cuando el precio a que se hubiese entregado la mercancía sea inferior al que tenga si se destina a otros usos.

**i).-** Impedir o tratar de impedir la generación, conducción, transformación, distribución o venta de energía eléctrica de servicio público.

**j).-** Interrumpir o interferir intencionalmente la producción, o el servicio de almacenamiento o distribución de gas natural, artificial o licuado de petróleo.

**II.-** Envasar o empacar las mercancías destinadas para la venta, en cantidad inferior a la indicada como contenido neto y fuera de la respectiva tolerancia o sin indicar en los envases o empaques el precio máximo oficial de venta al público, cuando se tenga la obligación de hacerlo.

**Exhibit 8, Page 285**



CÓDIGO PENAL FEDERAL
Última Reforma DOF 23-01-2009

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

**III.-** Entregar dolosa y repetidamente, cuando la medición se haga en el momento de la transacción, mercancías en cantidades menores a las convenidas.

**IV.-** Alterar o reducir por cualquier medio las propiedades que las mercancías o productos debieran tener.

**V.-** Revender a un organismo público, a precios mínimos de garantía o a los autorizados por la Secretaría de Comercio, productos agropecuarios, marítimos, fluviales y lacustres adquiridos a un precio menor. Se aplicará la misma sanción al empleado o funcionario del organismo público que los compre a sabiendas de esa situación o propicie que el productor se vea obligado a vender a precios más bajos a terceras personas.

En cualquiera de los casos señalados en las fracciones anteriores, el juez podrá ordenar, además, la suspensión hasta por un año o la disolución de la empresa de la que el delincuente sea miembro o representante, si concurren las circunstancias mencionadas en el artículo 11 de este Código.

En los casos de los incisos a), f) y h), de la fracción I y de la IV de este artículo, la autoridad que tenga conocimiento de los hechos procederá de inmediato a depositar los artículos de consumo necesario o generalizado, las materias primas para elaborarlos o las materias primas esenciales para la actividad industrial nacional. El depósito se efectuará en un almacén general de depósito que sea organización nacional auxiliar de crédito y los bienes serán genéricamente designados, en los términos del artículo 281 de la Ley General de Títulos y Operaciones de Crédito; cuando se trate de bienes cuya especial naturaleza no permita el depósito genérico, se constituirá el específico, señalando asimismo, el plazo y condiciones en que habrá de procederse a su venta o destrucción conforme a lo que establece el artículo 282 de la misma Ley. El certificado de depósito que se expida tendrá el carácter de no negociable y será remitido al Ministerio Público o, en su caso, al Juez que conozca del proceso, para los efectos que procedan.

Lo dispuesto en este artículo se aplicará sin perjuicio de las medidas y sanciones administrativas que establezcan las leyes correspondientes.

**Artículo 253 Bis**.- (Se deroga).

**Artículo 254**.- Se aplicarán igualmente las sanciones del artículo 253:

**I.-** Por destrucción indebida de materias primas, productos agrícolas o industriales o medios de producción, que se haga con perjuicio del consumo nacional;

**II.-** Cuando se ocasione la difusión de una enfermedad de las plantas o de los animales con peligro de la economía rural;

**III.-** Cuando se publiquen noticias falsas, exageradas o tendenciosas o por cualquier otro medio indebido se produzcan trastornos en el mercado interior, ya sea tratándose de mercancías, de monedas o títulos y efectos de comercio.

**IV.-** Al que dolosamente, en operaciones mercantiles exporte mercancías nacionales de calidad inferior, o en menor cantidad de lo convenido.

**V.-** Al que dolosamente adquiera, posea o trafique con semillas, fertilizantes, plaguicidas, implementos y otros materiales destinados a la producción agropecuaria que se hayan entregado a los productores por alguna entidad o dependencia pública a precios subsidiado.

Exhibit 8, Page 286



**CÓDIGO PENAL FEDERAL**

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

*Última Reforma DOF 23-01-2009*

En los distritos de riego, el agua de riego será considerada como material a precio subsidiado.

Si el que entregue los insumos referidos, fuere el productor que los recibió de las instituciones oficiales, se le aplicará una pena de 3 días a 3 años de prisión.

**VI.-** A los funcionarios o empleados de cualquiera entidad o dependencia pública que entreguen estos insumos a quienes no tengan derecho a recibirlos; o que indebidamente nieguen o retarden la entrega a quienes tienen derecho a recibirlos, se harán acreedores a las sanciones del artículo 253.

**VII.-** Al que sin derecho realice cualquier sustracción o alteración a equipos o instalaciones de la industria petrolera a que se refiere la Ley Reglamentaria del Artículo 27 Constitucional en el Ramo del Petróleo.

La sanción que corresponda se aumentará en una mitad cuando se realice en los ductos o sus instalaciones afectos a la industria petrolera o cuando el responsable sea o haya sido servidor público de dicha industria, y

**VIII.-** Al que sin derecho realice cualquier sustracción o alteración de equipos o instalaciones del servicio público de energía eléctrica.

**Artículo 254 Bis**.- (Se deroga)

**Artículo 254 Ter**.- Se impondrá de tres meses a un año de prisión o de cien a trescientos días multa a quien, sin derecho, obstruya o impida en forma total o parcial, el acceso o el funcionamiento de cualesquiera de los equipos, instalaciones o inmuebles afectos de la industria petrolera a que se refiere la Ley Reglamentaria del Artículo 27 Constitucional en el Ramo del Petróleo o bien de los equipos, instalaciones o inmuebles afectos del servicio público de energía eléctrica.

Si con los actos a que se refiere el párrafo anterior se causa algún daño, la pena será de dos a nueve años de prisión y de doscientos cincuenta a dos mil días multa.

## CAPITULO II
## Vagos y malvivientes

**Artículo 255**.- (Se deroga).

**Artículo 256**.- (Se deroga).

## CAPITULO III
## Juegos prohibidos

**Artículo 257**.- (Se deroga).

**Artículo 258**.- (Se deroga).

**Artículo 259**.- (Se deroga).

## TITULO DECIMOQUINTO
## Delitos contra la Libertad y el Normal Desarrollo Psicosexual

## CAPITULO I
## Hostigamiento sexual, abuso sexual, estupro y violación

**Exhibit 8, Page 287**



CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

**Artículo 259 Bis**.- Al que con fines lascivos asedie reiteradamente a persona de cualquier sexo, valiéndose de su posición jerárquica derivada de sus relaciones laborales, docentes, domésticas o cualquiera otra que implique subordinación, se le impondrá sanción hasta de cuarenta días multa. Si el hostigador fuese servidor público y utilizare los medios o circunstancias que el encargo le proporcione, se le destituirá de su cargo.

Solamente será punible el hostigamiento sexual, cuando se cause un perjuicio o daño.

Sólo se procederá contra el hostigador, a petición de parte ofendida.

**Artículo 260**.- Al que sin el consentimiento de una persona y sin el propósito de llegar a la cópula, ejecute en ella un acto sexual o la obligue a ejecutarlo, se le impondrá pena de seis meses a cuatro años de prisión.

Si se hiciere uso de la violencia física o moral, el mínimo y el máximo de la pena se aumentarán hasta en una mitad.

**Artículo 261**.- Al que sin el propósito de llegar a la cópula, ejecute un acto sexual en una persona menor de doce años de edad o persona que no tenga la capacidad de comprender el significado del hecho o que por cualquier causa no pueda resistirlo o la obligue a ejecutarlo, se le aplicará una pena de dos a cinco años de prisión.

Si se hiciere uso de la violencia física o moral, el mínimo y el máximo de la pena se aumentarán hasta en una mitad.

**Artículo 262**.- Al que tenga cópula con persona mayor de doce años y menor de dieciocho, obteniendo su consentimiento por medio de engaño, se le aplicará de tres meses a cuatro años de prisión.

**Artículo 263**.- En el caso del artículo anterior, no se procederá contra el sujeto activo, sino por queja del ofendido o de sus representantes.

**Artículo 264**.- (Se deroga).

**Artículo 265**.- Al que por medio de la violencia física o moral realice cópula con persona de cualquier sexo, se le impondrá prisión de ocho a catorce años.

Para los efectos de este artículo, se entiende por cópula, la introducción del miembro viril en el cuerpo de la víctima por vía vaginal, anal u oral, independientemente de su sexo.

Se considerará también como violación y se sancionará con prisión de ocho a catorce años, al que introduzca por vía vaginal o anal cualquier elemento o instrumento distinto al miembro viril, por medio de la violencia física o moral, sea cual fuere el sexo del ofendido.

**Artículo 265 bis**.- Si la víctima de la violación fuera la esposa o concubina, se impondrá la pena prevista en el artículo anterior.

Este delito se perseguirá por querella de parte ofendida.

**Artículo 266**.- Se equipara a la violación y se sancionará con la misma pena:

**I.-** Al que sin violencia realice cópula con persona menor de doce años de edad;

**Exhibit 8, Page 288**



**II.-** Al que sin violencia realice cópula con persona que no tenga la capacidad de comprender el significado del hecho o por cualquier causa no pueda resistirlo; y

**III.-** Al que sin violencia y con fines lascivos introduzca por vía anal o vaginal cualquier elemento o instrumento distinto del miembro viril en una persona menor de doce años de edad o persona que no tenga capacidad de comprender el significado del hecho, o por cualquier causa no pueda resistirlo, sea cual fuere el sexo de la víctima.

Si se ejerciera violencia física o moral, el mínimo y el máximo de la pena se aumentará hasta en una mitad.

**Artículo 266 Bis**.- Las penas previstas para el abuso sexual y la violación se aumentará hasta en una mitad en su mínimo y máximo, cuando:

**I.-** El delito fuere cometido con intervención directa o inmediata de dos o más personas;

**II.-** El delito fuere cometido por un ascendiente contra su descendiente, éste contra aquél, el hermano contra su colateral, el tutor contra su pupilo, o por el padrastro o amasio de la madre del ofendido en contra del hijastro. Además de la pena de prisión, el culpable perderá la patria potestad o la tutela, en los casos en que la ejerciere sobre la víctima;

**III.-** El delito fuere cometido por quien desempeñe un cargo o empleo público o ejerza su profesión, utilizando los medios o circunstancia que ellos le proporcionen. Además de la pena de prisión el condenado será destituido del cargo o empleo o suspendido por el término de cinco años en el ejercicio de dicha profesión;

**IV.-** El delito fuere cometido por la persona que tiene al ofendido bajo su custodia, guarda o educación o aproveche la confianza en él depositada.

## CAPITULO II

(Se deroga).

**Artículo 267**.- (Se deroga).

**Artículo 268**.- (Se deroga).

**Artículo 269**.- (Se deroga).

**Artículo 270**.- (Se deroga).

**Artículo 271**.- (Se deroga).

## CAPITULO III
### Incesto

**Artículo 272**.- Se impondrá la pena de uno a seis años de prisión a los ascendientes que tengan relaciones sexuales con sus descendientes.

La pena aplicable a estos últimos será de seis meses a tres años de prisión.

Se aplicará esta misma sanción en caso de incesto entre hermanos.

**Exhibit 8, Page 289**

**CÓDIGO PENAL FEDERAL**
*Última Reforma DOF 23-01-2009*

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

## CAPITULO IV
### Adulterio

**Artículo 273**.- Se aplicará prisión hasta de dos años y privación de derechos civiles hasta por seis años, a los culpables de adulterio cometido en el domicilio conyugal o con escándalo.

**Artículo 274**.- No se podrá proceder contra los adúlteros sino a petición del cónyuge ofendido, pero cuando éste formule su querella contra uno solo de los culpables, se procederá contra los dos y los que aparezcan como codelincuentes.

Esto se entiende en el caso de que los dos adúlteros vivan, estén presentes y se hallen sujetos a la acción de la justicia del país; pero cuando no sea así, se podrá proceder contra el responsable que se encuentre en esas condiciones.

**Artículo 275**.- Sólo se castigará el adulterio consumado.

**Artículo 276**.- Cuando el ofendido perdone a su cónyuge, cesará todo procedimiento si no se ha dictado sentencia, y si ésta se ha dictado, no producirá efecto alguno. Esta disposición favorecerá a todos los responsables.

## CAPITULO V
### Disposiciones generales

**Artículo 276-Bis**.- Cuando a consecuencia de la comisión de alguno de los delitos previstos en este Título resulten hijos, la reparación del daño comprenderá el pago de alimentos para éstos y para la madre, en los términos que fija la legislación civil para los casos de divorcio.

## TITULO DECIMOSEXTO
### Delitos Contra el Estado Civil y Bigamia

**Artículo 277**.- Se impondrán de uno a seis años de prisión y multa de cien a mil pesos, a los que con el fin de alterar el estado civil incurran en alguna de las infracciones siguientes:

**I.-** Atribuir un niño recién nacido a mujer que no sea realmente su madre;

**II.-** Hacer registrar en las oficinas del estado civil un nacimiento no verificado;

**III.-** A los padres que no presenten a un hijo suyo al Registro con el propósito de hacerle perder su estado civil, o que declaren falsamente su fallecimiento, o lo presenten ocultando sus nombres o suponiendo que los padres son otras personas;

**IV.-** A los que substituyan a un niño por otro, o cometan ocultación de infante, y

**V.-** Al que usurpe el estado civil de otro con el fin de adquirir derechos de familia que no le correspondan.

**Artículo 278**.- El que cometa alguno de los delitos expresados en el artículo anterior, perderá el derecho de heredar que tuviere respecto de las personas a quienes por la comisión del delito perjudique en sus derechos de familia.

**Exhibit 8, Page 290**



CÓDIGO PENAL FEDERAL

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

Última Reforma DOF 23-01-2009

**Artículo 279**.- Se impondrá hasta cinco años de prisión o de 180 a 360 días multa al que, estando unido con una persona en matrimonio no disuelto ni declarado nulo, contraiga otro matrimonio con las formalidades legales.

## TITULO DECIMOSEPTIMO
### Delitos en Materia de Inhumaciones y Exhumaciones

## CAPITULO UNICO
### Violación de las leyes sobre inhumaciones y exhumaciones

**Artículo 280**.- Se impondrá prisión de tres días a dos años o de 30 a 90 días multa:

**I.-** Al que oculte, destruya o sepulte un cadáver o un feto humano, sin la orden de la autoridad que deba darla o sin los requisitos que exijan los Códigos Civil y Sanitario o leyes especiales;

**II.-** Al que oculte, destruya, o sin la licencia correspondiente sepulte el cadáver de una persona, siempre que la muerte haya sido a consecuencia de golpes, heridas u otras lesiones, si el reo sabía esa circunstancia.

En este caso no se aplicará sanción a los ascendientes o descendientes, cónyuge o hermanos del responsable del homicidio, y

**III.-** Al que exhume un cadáver sin los requisitos legales o con violación de derechos.

**Artículo 281**.- Se impondrá de uno a cinco años de prisión:

**I.-** Al que viole un túmulo, un sepulcro, una sepultura o féretro, y

**II.-** Al que profane un cadáver o restos humanos con actos de vilipendio, mutilación, brutalidad o necrofilia. Si los actos de necrofilia consisten en la realización del coito, la pena de prisión será de cuatro a ocho años.

## TITULO DECIMOCTAVO
### Delitos Contra la Paz y Seguridad de las Personas

## CAPITULO I
### Amenazas

**Artículo 282**.- Se aplicará sanción de tres días a un año de prisión o de 180 a 360 días multa:

**I.-**  Al que de cualquier modo amenace a otro con causarle un mal en su persona, en sus bienes, en su honor o en sus derechos, o en la persona, honor, bienes o derechos de alguien con quien esté ligado con algún vínculo, y

**II.-**  Al que por medio de amenazas de cualquier género trate de impedir que otro ejecute lo que tiene derecho a hacer.

Si el ofendido fuere alguno de los parientes o personas a que se refieren los artículos 343 bis y 343 ter, en este último caso siempre y cuando habiten en el mismo domicilio, se aumentará la pena que corresponda hasta en una tercera parte en su mínimo y en su máximo.

Exhibit 8, Page 291



CÓDIGO PENAL FEDERAL

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

Última Reforma DOF 23-01-2009

Si el ofendido por la amenaza fuere víctima u ofendido o testigo en un procedimiento penal, la pena será de cuatro a ocho años de prisión y de cien a trescientos días multa.

Los delitos previstos en este artículo se perseguirán por querella, con excepción del establecido en el párrafo anterior que se perseguirá de oficio.

**Artículo 283**.- Se exigirá caución de no ofender:

**I.-** Si los daños con que se amenaza son leves o evitables;

**II.-** Si las amenazas son por medio de emblemas o señas, jeroglíficos o frases de doble sentido, y

**III.-** Si la amenaza tiene por condición que el amenazado no ejecute un hecho ilícito en sí. En este caso también se exigirá caución al amenazado, si el juez lo estima necesario.

Al que no otorgare la caución de no ofender, se le impondrá prisión de tres días a seis meses.

**Artículo 284**.- Si el amenazador cumple su amenaza se acumularán la sanción de ésta y la del delito que resulte.

Si el amenazador exigió que el amenazado cometiera un delito, a la sanción de la amenaza se acumulará la que le corresponda por su participación en el delito que resulte.

## CAPITULO II
## Allanamiento de morada

**Artículo 285**.- Se impondrán de un mes a dos años de prisión y multa de diez a cien pesos, al que, sin motivo justificado, sin orden de autoridad competente y fuera de los casos en que la ley lo permita, se introduzca, furtivamente o con engaño o violencia, o sin permiso de la persona autorizada para darlo, a un departamento, vivienda, aposento o dependencias de una casa habitada.

**Artículo 286**.- Al que en despoblado o en paraje solitario haga uso de violencia sobre una persona con el propósito de causar un mal, obtener un lucro o de exigir su asentimiento para cualquier fin y cualesquiera que sean los medios y el grado de violencia que se emplee, e independientemente de cualquier hecho delictuoso que resulte cometido, se le castigará con prisión de uno a cinco años.

La pena será de diez a treinta años de prisión para el que en caminos o carreteras haga uso de la violencia en contra de los ocupantes de un vehículo, ya sea de transporte público o particular.

**Artículo 287**.- Si los salteadores atacaren una población, se aplicarán de veinte a treinta años de prisión a los cabecillas o jefes, y de quince a veinte años a los demás.

## TITULO DECIMONOVENO
## Delitos Contra la Vida y la Integridad Corporal

## CAPITULO I
## Lesiones

**Artículo 288**.- Bajo el nombre de lesión, se comprende no solamente las heridas, escoriaciones, contusiones, fracturas, dislocaciones, quemaduras, sino toda alteración en la salud y cualquier otro daño que deja huella material en el cuerpo humano, si esos efectos son producidos por una causa externa.

Exhibit 8, Page 292

CÓDIGO PENAL FEDERAL
*Última Reforma DOF 23-01-2009*

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

**Artículo 289**.- Al que infiera una lesión que no ponga en peligro la vida del ofendido y tarde en sanar menos de quince días, se le impondrán de tres a ocho meses de prisión, o de treinta a cincuenta días multa, o ambas sanciones a juicio del juez. Si tardare en sanar más de quince días, se le impondrán de cuatro meses a dos años de prisión y de sesenta a doscientos setenta días multa.

En estos casos, el delito se perseguirá por querella, salvo en el que contempla el artículo 295, en cuyo caso se perseguirá de oficio.

**Artículo 290**.- Se impondrán de dos a cinco años de prisión y multa de cien a trescientos pesos, al que infiera una lesión que deje al ofendido cicatriz en la cara, perpetuamente notable.

**Artículo 291**.- Se impondrán de tres a cinco años de prisión y multa de trescientos a quinientos pesos, al que infiera una lesión que perturbe para siempre la vista, o disminuya la facultad de oír, entorpezca o debilite permanentemente una mano, un pie, un brazo, una pierna, o cualquier otro órgano, el uso de la palabra o alguna de las facultades mentales.

**Artículo 292**.- Se impondrán de cinco a ocho años de prisión al que infiera una lesión de la que resulte una enfermedad segura o probablemente incurable, la inutilización completa o la pérdida de un ojo, de un brazo, de una mano, de una pierna o de un pié, o de cualquier otro órgano; cuando quede perjudicada para siempre, cualquiera función orgánica o cuando el ofendido quede sordo, impotente o con una deformidad incorregible.

Se impondrán de seis a diez años de prisión, al que infiera una lesión a consecuencia de la cual resulte incapacidad permanente para trabajar, enajenación mental, la pérdida de la vista o del habla o de las funciones sexuales.

**Artículo 293**.- Al que infiera lesiones que pongan en peligro la vida, se le impondrán de tres a seis años de prisión, sin perjuicio de las sanciones que le correspondan conforme a los artículos anteriores.

**Artículo 294**.- (Se deroga).

**Artículo 295**.- Al que ejerciendo la patria potestad o la tutela infiera lesiones a los menores o pupilos bajo su guarda, el juez podrá imponerle, además de la pena correspondiente a las lesiones, suspensión o privación en el ejercicio de aquellos derechos.

**Artículo 296**.- (Se deroga).

**Artículo 297**.- Si las lesiones fueren inferidas en riña o en duelo, las sanciones señaladas en los artículos que anteceden podrán disminuirse hasta la mitad o hasta los cinco sextos, según que se trate del provocado o del provocador, y teniendo en cuenta la mayor o menor importancia de la provocación y lo dispuesto en los artículos 51 y 52.

**Artículo 298**.- Al responsable de una lesión calificada se le aumentará la sanción hasta el doble de la que corresponda por la lesión simple causada.

**Artículo 299**.- (Se deroga).

**Artículo 300**.- Si la víctima fuere alguno de los parientes o personas a que se refieren los artículos 343 bis y 343 ter, en este último caso siempre y cuando habiten en el mismo domicilio, se aumentará la pena que corresponda hasta en una tercera parte en su mínimo y en su máximo, con arreglo a los artículos que preceden, salvo que también se tipifique el delito de violencia familiar.

Exhibit 8, Page 293



CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

**Artículo 301**.- De las lesiones que a una persona cause algún animal bravío, será responsable el que con esa intención lo azuce, o lo suelte o haga esto último por descuido.

## CAPITULO II
### Homicidio

**Artículo 302**.- Comete el delito de homicidio: el que priva de la vida a otro.

**Artículo 303**.- Para la aplicación de las sanciones que correspondan al que infrinja el artículo anterior, no se tendrá como mortal una lesión, sino cuando se verifiquen las tres circunstancias siguientes:

**I.-** Que la muerte se deba a las alteraciones causadas por la lesión en el órgano u órganos interesados, alguna de sus consecuencias inmediatas o alguna complicación determinada inevitablemente por la misma lesión y que no pudo combatirse, ya sea por ser incurable, ya por no tenerse al alcance los recursos necesarios;

**II.-** (Se deroga).

**III.-** Que si se encuentra el cadáver del occiso, declaren dos peritos después de hacer la autopsia, cuando ésta sea necesaria, que la lesión fue mortal, sujetándose para ello a las reglas contenidas en este artículo, en los dos siguientes y en el Código de Procedimientos Penales.

Cuando el cadáver no se encuentre, o por otro motivo no se haga la autopsia, bastará que los peritos, en vista de los datos que obren en la causa, declaren que la muerte fue resultado de las lesiones inferidas.

**Artículo 304**.- Siempre que se verifiquen las tres circunstancias del artículo anterior, se tendrá como mortal una lesión, aunque se pruebe:

**I.-** Que se habría evitado la muerte con auxilios oportunos;

**II.-** Que la lesión no habría sido mortal en otra persona, y

**III.-** Que fue a causa de la constitución física de la víctima, o de las circunstancias en que recibió la lesión.

**Artículo 305**.- No se tendrá como mortal una lesión, aunque muera el que la recibió: cuando la muerte sea resultado de una causa anterior a la lesión y sobre la cual ésta no haya influido, o cuando la lesión se hubiere agravado por causas posteriores, como la aplicación de medicamentos positivamente nocivos, operaciones quirúrgicas desgraciadas, excesos o imprudencias del paciente o de los que lo rodearon.

**Artículo 306**.- (Se deroga).

**Artículo 307**.- Al responsable de cualquier homicidio simple intencional que no tenga prevista una sanción especial en este Código, se le impondrán de doce a veinticuatro años de prisión.

**Artículo 308**.- Si el homicidio se comete en riña, se aplicará a su autor de cuatro a doce años de prisión.

Si el homicidio se comete en duelo, se aplicará a su autor de dos a ocho años de prisión.

**Exhibit 8, Page 294**

**CÓDIGO PENAL FEDERAL**

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

*Última Reforma DOF 23-01-2009*

Además de lo dispuesto en los artículos 51 y 52 para la fijación de las penas dentro de los mínimos y máximos anteriormente señalados, se tomará en cuenta quién fue el provocado y quién el provocador, así como la mayor o menor importancia de la provocación.

**Artículo 309**.- (Se deroga).

## CAPITULO III
## Reglas comunes para lesiones y homicidio

**Artículo 310**.- Se impondrá de dos a siete años de prisión, al que en estado de emoción violenta cause homicidio en circunstancias que atenúen su culpabilidad. Si lo causado fueren lesiones, la pena será de hasta una tercera parte de la que correspondería por su comisión.

**Artículo 311**.- (Se deroga).

**Artículo 312.-** El que prestare auxilio o indujere a otro para que se suicide, será castigado con la pena de uno a cinco años de prisión; si se lo prestare hasta el punto de ejecutar él mismo la muerte, la prisión será de cuatro a doce años.

**Artículo 313**.- Si el occiso o suicida fuere menor de edad o padeciere alguna de las formas de enajenación mental, se aplicarán al homicida o instigador las sanciones señaladas al homicidio calificado o a las lesiones calificadas.

**Artículo 314**.- Por riña se entiende para todos los efectos penales: la contienda de obra y no la de palabra, entre dos o más personas.

**Artículo 315**.- Se entiende que las lesiones y el homicidio, son calificados, cuando se cometen con premeditación, con ventaja, con alevosía o a traición.

Hay premeditación: siempre que el reo cause intencionalmente un lesión, después de haber reflexionado sobre el delito que va a cometer.

Se presumirá que existe premeditación cuando las lesiones o el homicidio se cometan por inundación, incendio, minas, bombas o explosivos; por medio de venenos o cualquiera otra sustancia nociva a la salud, contagio venéreo, asfixia o enervantes o por retribución dada o prometida; por tormento, motivos depravados o brutal ferocidad.

**Artículo 315 Bis**.- Se impondrá la pena del artículo 320 de este Código, cuando el homicidio sea cometido intencionalmente, a propósito de una violación o un robo por el sujeto activo de éstos, contra su víctima o víctimas.

También se aplicará la pena a que se refiere el artículo 320 de este Código, cuando el homicidio se cometiera intencionalmente en casa-habitación, habiéndose penetrado en la misma de manera furtiva, con engaño o violencia, o sin permiso de la persona autorizada para darlo.

**Artículo 316**.- Se entiende que hay ventaja:

**I.-** Cuando el delincuente es superior en fuerza física al ofendido y éste no se halla armado;

**II.-** Cuando es superior por las armas que emplea, por su mayor destreza en el manejo de ellas o por el número de los que lo acompañan;

**III.-** Cuando se vale de algún medio que debilita la defensa del ofendido, y

**Exhibit 8, Page 295**

**CÓDIGO PENAL FEDERAL**
*Última Reforma DOF 23-01-2009*

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

**IV.-** Cuando éste se halla inerme o caído y aquél armado o de pie.

La ventaja no se tomará en consideración en los tres primeros casos, si el que la tiene obrase en defensa legítima, ni en el cuarto, si el que se halla armado o de pie fuera el agredido, y, además, hubiere corrido peligro de su vida por no aprovechar esa circunstancia.

**Artículo 317**.- Sólo será considerada la ventaja como calificativa de los delitos de que hablan los capítulos anteriores de este título: cuando sea tal que el delincuente no corra riesgo alguno de ser muerto ni herido por el ofendido y aquél no obre en legítima defensa.

**Artículo 318**.- La alevosía consiste: en sorprender intencionalmente a alguien de improviso, o empleando asechanza u otro medio que no le dé lugar a defenderse ni evitar el mal que se le quiera hacer.

**Artículo 319**.- Se dice que obra a traición: el que no solamente emplea la alevosía sino también la perfidia, violando la fe o seguridad que expresamente había prometido a su víctima, o la tácita que ésta debía prometerse de aquél por sus relaciones de parentesco, gratitud, amistad o cualquiera otra que inspire confianza.

**Artículo 320**.- Al responsable de un homicidio calificado se le impondrán de treinta a sesenta años de prisión.

**Artículo 321**.- (Se deroga).

**Artículo 321 Bis**.- No se procederá contra quien culposamente ocasione lesiones u homicidio en agravio de un ascendiente o descendiente consanguíneo en línea recta, hermano, cónyuge, concubino, adoptante o adoptado, salvo que el autor se encuentre bajo el efecto de bebidas embriagantes, de estupefacientes o psicotrópicos, sin que medie prescripción médica, o bien que no auxiliare a la víctima.

**Artículo 322**.- Además de las sanciones que señalan los dos capítulos anteriores, los jueces podrán, si lo creyeren conveniente:

**I.-** Declarar a los reos sujetos a la vigilancia de la policía, y

**II.-** Prohibirles ir a determinado lugar, Municipio, Distrito o Estado, o residir en él.

## CAPITULO IV
### Homicidio en razón del parentesco o relación

**Artículo 323**.- Al que prive de la vida a su ascendiente o descendiente consanguíneo en línea recta, hermano, cónyuge, concubina o concubinario, adoptante o adoptado, con conocimiento de esa relación se le impondrá prisión de diez a cuarenta años. Si faltare dicho conocimiento, se estará a la punibilidad prevista en el artículo 307, sin menoscabo de observar alguna circunstancia que agrave o atenúe la sanción a que se refieren los Capítulos II y III anteriores.

**Artículo 324**.- (Se deroga).

## CAPITULO V
### Infanticidio

**Artículo 325**.- (Se deroga).

**Exhibit 8, Page 296**



**CÓDIGO PENAL FEDERAL**

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

*Última Reforma DOF 23-01-2009*

**Artículo 326**.- (Se deroga).

**Artículo 327**.- (Se deroga).

**Artículo 328**.- (Se deroga).

# CAPITULO VI
## Aborto

**Artículo 329**.- Aborto es la muerte del producto de la concepción en cualquier momento de la preñez.

**Artículo 330**.- Al que hiciere abortar a una mujer, se le aplicarán de uno a tres años de prisión, sea cual fuere el medio que empleare, siempre que lo haga con consentimiento de ella. Cuando falte el consentimiento, la prisión será de tres a seis años y si mediare violencia física o moral se impondrán al delincuente de seis a ocho años de prisión.

**Artículo 331**.- Si el aborto lo causare un médico, cirujano, comadrón o partera, además de las sanciones que le correspondan conforme al anterior artículo, se le suspenderá de dos a cinco años en el ejercicio de su profesión.

**Artículo 332**.- Se impondrán de seis meses a un año de prisión, a la madre que voluntariamente procure su aborto o consienta en que otro la haga abortar, si concurren estas tres circunstancias:

**I.-** Que no tenga mala fama;

**II.-** Que haya logrado ocultar su embarazo, y

**III.-** Que éste sea fruto de una unión ilegítima.

Faltando alguna de las circunstancias mencionadas, se le aplicarán de uno a cinco años de prisión.

**Artículo 333**.- No es punible el aborto causado sólo por imprudencia de la mujer embarazada, o cuando el embarazo sea resultado de una violación.

**Artículo 334**.- No se aplicará sanción: cuando de no provocarse el aborto, la mujer embarazada o el producto corran peligro de muerte, a juicio del médico que la asista, oyendo éste el dictamen de otro médico, siempre que esto fuera posible y no sea peligrosa la demora.

# CAPITULO VII
## Abandono de personas

**Artículo 335**.- Al que abandone a un niño incapaz de cuidarse a sí mismo o a una persona enferma, teniendo obligación de cuidarlos, se le aplicarán de un mes a cuatro años de prisión, sí no resultare daño alguno, privándolo, además, de la patria potestad o de la tutela, si el delincuente fuere ascendiente o tutor del ofendido.

**Artículo 336**.- Al que sin motivo justificado abandone a sus hijos o a su cónyuge, sin recursos para atender a sus necesidades de subsistencia, se le aplicarán de un mes a cinco años de prisión, o de 180 a 360 días multa; privación de los derechos de familia, y pago, como reparación del daño, de las cantidades no suministradas oportunamente por el acusado.

**Exhibit 8, Page 297**



CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

**Artículo 336 Bis**.- Al que dolosamente se coloque en estado de insolvencia con el objeto de eludir el cumplimiento de las obligaciones alimentarias que la ley determina, se le impondrá pena de prisión de seis meses a tres años. El juez resolverá la aplicación del producto de trabajo que realice el agente a la satisfacción de las obligaciones alimentarias de éste.

**Artículo 337**.- El delito de abandono de cónyuge se perseguirá a petición de la parte agraviada. El delito de abandono de hijos se perseguirá de oficio y, cuando proceda, el Ministerio Público promoverá la designación de un tutor especial que represente a las víctimas del delito, ante el Juez de la causa, quien tendrá facultades para designarlo. Tratándose del delito de abandono de hijos, se declarará extinguida la acción penal, oyendo previamente la autoridad judicial al representante de los menores, cuando el procesado cubra los alimentos vencidos, y otorgue garantía suficiente a juicio del Juez para la subsistencia de los hijos.

**Artículo 338**.- Para que el perdón concedido por el cónyuge ofendido pueda producir la libertad del acusado, deberá éste pagar todas las cantidades que hubiere dejado de ministrar por concepto de alimentos y dar fianza a otra caución de que en lo sucesivo pagará la cantidad que le corresponda.

**Artículo 339**.- Si del abandono a que se refieren los artículos anteriores resultare alguna lesión o la muerte, se presumirán éstas como premeditadas para los efectos de aplicar las sanciones que a estos delitos correspondan.

**Artículo 340**.- Al que encuentre abandonado en cualquier sitio a un menor incapaz de cuidarse a sí mismo o a una persona herida, inválida o amenazada de un peligro cualquiera, se le impondrán de diez a sesenta jornadas de trabajo en favor de la comunidad si no diere aviso inmediato a la autoridad u omitiera prestarles el auxilio necesario cuando pudiere hacerlo sin riesgo personal.

**Artículo 341**.- Al que habiendo atropellado a una persona, culposa o fortuitamente, no le preste auxilio o no solicite la asistencia que requiere, pudiendo hacerlo se le impondrá de quince a sesenta jornadas de trabajo en favor de la comunidad, independientemente de la pena que proceda por el delito que con el atropellamiento se cometa.

**Artículo 342**.- Al que exponga en una casa de expósitos a un niño menor de siete años que se le hubiere confiado, o lo entregue en otro establecimiento de beneficencia o a cualquiera otra persona, sin anuencia de la que se le confió o de la autoridad en su defecto, se le aplicarán de uno a cuatro meses de prisión y una multa de cinco a veinte pesos.

**Artículo 343**.- Los ascendientes o tutores que entreguen en una casa de expósitos un niño que esté bajo su potestad, perderán por ese sólo hecho los derechos que tengan sobre la persona y bienes del expósito.

## CAPITULO OCTAVO
### Violencia familiar

**Artículo 343 bis**.- Por violencia familiar se considera el uso de la fuerza física o moral así como la omisión grave, que de manera reiterada se ejerce en contra de un miembro de la familia por otro integrante de la misma contra su integridad física, psíquica o ambas, independientemente de que pueda producir o no lesiones.

Comete el delito de violencia familiar el cónyuge, concubina o concubinario; pariente consanguíneo en línea recta ascendente o descendente sin limitación de grado; pariente colateral consanguíneo o afín hasta el cuarto grado, adoptante o adoptado, que habite en la misma casa de la víctima.

**Exhibit 8, Page 298**



CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

A quien comete el delito de violencia familiar se le impondrá de seis meses a cuatro años de prisión y perderá el derecho de pensión alimenticia. Asimismo se le sujetará a tratamiento psicológico especializado.

Este delito se perseguirá por querella de la parte ofendida, salvo que la víctima sea menor de edad o incapaz, en que se perseguirá de oficio.

**Artículo 343 ter**.- Se equipara a la violencia familiar y se sancionará con seis meses a cuatro años de prisión al que realice cualquiera de los actos señalados en el artículo anterior en contra de la persona con la que se encuentre unida fuera del matrimonio; de los parientes por consanguinidad o afinidad hasta el cuarto grado de esa persona, o de cualquier otra persona que esté sujeta a la custodia, guarda, protección, educación, instrucción o cuidado de dicha persona, siempre y cuando el agresor y el agredido habiten en la misma casa.

**Artículo 343 quáter**.- En todos los casos previstos en los dos artículos precedentes, el Ministerio Público exhortará al probable responsable para que se abstenga de cualquier conducta que pudiere resultar ofensiva para la víctima y acordará las medidas preventivas necesarias para salvaguardar la integridad física o psíquica de la misma. La autoridad administrativa vigilará el cumplimiento de estas medidas. En todos los casos el Ministerio Público deberá solicitar las medidas precautorias que considere pertinentes.

# TITULO VIGESIMO
## Delitos Contra el Honor

## CAPITULO I
## Golpes y otras violencias físicas simples

**Artículo 344**.- (Se deroga).

**Artículo 345**.- (Se deroga).

**Artículo 346**.- (Se deroga).

**Artículo 347**.- (Se deroga).

## CAPITULO II
## Injurias y difamación

**Artículo 348**.- (Se deroga).

**Artículo 349**.- (Se deroga).

**Artículo 350.-** (Se deroga).

**Artículo 351.-** (Se deroga).

**Artículo 352.-** (Se deroga).

**Artículo 353.-** (Se deroga).

**Artículo 354.-** (Se deroga).

**Exhibit 8, Page 299**



CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

*Última Reforma DOF 23-01-2009*

**Artículo 355.-** (Se deroga).

## CAPITULO III
### Calumnia

**Artículo 356.-** (Se deroga).

**Artículo 357.-** (Se deroga).

**Artículo 358.-** (Se deroga).

**Artículo 359.-** (Se deroga).

## CAPITULO IV
### Disposiciones comunes para los capítulos precedentes

**Artículo 360.-** (Se deroga).

**Artículo 361.-** (Se deroga).

**Artículo 362.-** (Se deroga).

**Artículo 363.-** (Se deroga).

## TITULO VIGESIMO PRIMERO
### Privación Ilegal de la Libertad y de otras Garantías

## CAPITULO UNICO

**Artículo 364.-** Se impondrá de seis meses a tres años de prisión y de veinticinco a cien días multa:

**I.-** Al particular que prive a otro de su libertad. Si la privación de la libertad excede de veinticuatro horas, la pena de prisión se incrementará de un mes más por cada día.

La pena de prisión se aumentará hasta en una mitad, cuando la privación de la libertad se realice con violencia, cuando la víctima sea menor de dieciséis o mayor de sesenta años de edad, o cuando por cualquier circunstancia, la víctima esté en situación de inferioridad física o mental respecto de quien la ejecuta.

(Tercer párrafo, se deroga)

**II.-** (Se deroga)

**Artículo 365.**- Se impondrán de tres días a un año de prisión y multa de cinco a cien pesos:

**I.-** Al que obligue a otro a prestarle trabajos o servicios personales sin la retribución debida, ya sea empleando violencia física o moral o valiéndose del engaño, de la intimidación o de cualquier otro medio, y

**II.-** Al que celebre con otro un contrato que prive a éste de la libertad o le imponga condiciones que lo constituyan en una especie de servidumbre o que se apodere de alguna persona y la entregue a otro con el objeto de que éste celebre dicho contrato.



CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

**Artículo 365 Bis.**- Al que prive ilegalmente a otro de su libertad con el propósito de realizar un acto sexual, se le impondrá pena de uno a cinco años de prisión.

Si el autor del delito restituye la libertad a la víctima sin haber practicado el acto sexual, dentro de los tres días siguientes, la sanción será de un mes a dos años de prisión.

Este delito sólo se perseguirá por querella de la persona ofendida.

**Artículo 366.-** Al que prive de la libertad a otro se le aplicará:

**I.** De quince a cuarenta años de prisión y de quinientos a dos mil días multa, si la privación de la libertad se efectúa con el propósito de:

**a)** Obtener rescate;

**b)** Detener en calidad de rehén a una persona y amenazar con privarla de la vida o con causarle daño, para que la autoridad o un particular realice o deje de realizar un acto cualquiera, o

**c)** Causar daño o perjuicio a la persona privada de la libertad o a cualquier otra.

**d)** Cometer secuestro exprés, desde el momento mismo de su realización, entendiéndose por éste, el que, para ejecutar los delitos de robo o extorsión, prive de la libertad a otro. Lo anterior, con independencia de las demás sanciones que conforme a este Código le correspondan por otros delitos que de su conducta resulten.

**II.** De veinte a cuarenta años de prisión y de dos mil a cuatro mil días multa, si en la privación de la libertad a que se hace referencia en la fracción anterior concurre alguna o algunas de las circunstancias siguientes:

**a)** Que se realice en camino público o en lugar desprotegido o solitario;

**b)** Que el autor sea o haya sido integrante de alguna institución de seguridad pública, o se ostente como tal sin serlo;

**c)** Que quienes lo lleven a cabo obren en grupo de dos o más personas;

**d)** Que se realice con violencia, o

**e)** Que la víctima sea menor de dieciséis o mayor de sesenta años de edad, o que por cualquier otra circunstancia se encuentre en inferioridad física o mental respecto de quien ejecuta la privación de la libertad.

**III.** Se aplicarán de veinticinco a cincuenta años de prisión y de cuatro mil a ocho mil días multa, cuando la privación de libertad se efectúe con el fin de trasladar a un menor de dieciséis años fuera de territorio nacional, con el propósito de obtener un lucro indebido por la venta o la entrega del menor.

Se impondrá una pena de treinta a cincuenta años de prisión al o a los secuestradores, si a la víctima del secuestro se le causa alguna lesión de las previstas en los artículos 291 a 293 de este Código.

En caso de que el secuestrado sea privado de la vida por su o sus secuestradores, se aplicará pena de hasta setenta años de prisión.

**Exhibit 8, Page 301**

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

Si espontáneamente se libera al secuestrado dentro de los tres días siguientes al de la privación de la libertad, sin lograr alguno de los propósitos a que se refieren las fracciones I y III de este artículo y sin que se haya presentado alguna de las circunstancias previstas en la fracción II, la pena será de dos a seis años y de cincuenta a ciento cincuenta días multa.

En los demás casos en que espontáneamente se libere al secuestrado, sin lograr alguno de los propósitos a que se refieren las fracciones I y III de este artículo, las penas de prisión aplicables serán de cinco a quince años y de doscientos cincuenta hasta quinientos días multa.

**Artículo 366 Bis**.- Se impondrá pena de dos a diez años de prisión y de doscientos a mil días multa, al que en relación con las conductas sancionadas por el artículo anterior y fuera de las causas de exclusión del delito previstas por la ley:

**I.** Actúe como intermediario en las negociaciones del rescate, sin el acuerdo de quienes representen o gestionen en favor de la víctima;

**II.** Colabore en la difusión pública de las pretensiones o mensajes de los secuestradores, fuera del estricto derecho a la información;

**III.** Actúe como asesor con fines lucrativos de quienes representen o gestionen en favor de la víctima, evite informar o colaborar con la autoridad competente en el conocimiento de la comisión del secuestro;

**IV.** Aconseje el no presentar la denuncia del secuestro cometido, o bien el no colaborar o el obstruir la actuación de las autoridades;

**V.** Efectúe el cambio de moneda nacional por divisas, o de éstas por moneda nacional sabiendo que es con el propósito directo de pagar el rescate a que se refiere la fracción I del artículo anterior, y

**VI.** Intimide a la víctima, a sus familiares o a sus representantes o gestores, durante o después del secuestro, para que no colaboren con las autoridades competentes.

**Artículo 366 Ter**.- Comete el delito de tráfico de menores, quien traslade a un menor de dieciséis años de edad o lo entregue a un tercero, de manera ilícita, fuera del territorio nacional, con el propósito de obtener un beneficio económico indebido por el traslado o la entrega del menor.

Cometen el delito a que se refiere el párrafo anterior:

**I.** Quienes ejerzan la patria potestad o custodia sobre el menor, aunque no haya sido declarada, cuando realicen materialmente el traslado o la entrega o por haber otorgado su consentimiento para ello;

**II.** Los ascendientes sin límite de grado, los parientes colaterales y por afinidad hasta el cuarto grado, así como cualquier tercero que no tenga parentesco con el menor.

Se entenderá que las personas a que se refiere el párrafo anterior actúan de manera ilícita cuando tengan conocimiento de que:

**a)** Quienes ejerzan la patria potestad o la custodia del menor no han otorgado su consentimiento expreso para el traslado o la entrega, o

**b)** Quienes ejerzan la patria potestad o la custodia del menor obtendrán un beneficio económico indebido por el traslado o la entrega.

**III.** La persona o personas que reciban al menor.

**Exhibit 8, Page 302**



CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

**CÓDIGO PENAL FEDERAL**
*Última Reforma DOF 23-01-2009*

A quienes cometan el delito a que se refiere el presente artículo se les impondrá una pena de tres a diez años de prisión y de cuatrocientos a mil días multa.

Además de las sanciones señaladas en el párrafo anterior, se privará de los derechos de patria potestad, tutela o custodia a quienes, en su caso, teniendo el ejercicio de éstos cometan el delito a que se refiere el presente artículo.

Se aplicarán hasta las dos terceras partes de las penas a las que se refiere este artículo, cuando el traslado o entrega del menor se realicen en territorio nacional.

**Artículo 366 quáter**.- Las penas a que se refiere el artículo anterior se reducirán en una mitad cuando:

**I.** El traslado o entrega del menor se realice sin el propósito de obtener un beneficio económico indebido, o

**II.** La persona que reciba al menor tenga el propósito de incorporarlo a su núcleo familiar.

Se impondrán las penas a que se refiere este artículo al padre o madre de un menor de dieciséis años que de manera ilícita o sin el consentimiento de quien o quienes ejerzan la patria potestad o la custodia del menor, sin el propósito de obtener un lucro indebido, lo trasladen fuera del territorio nacional con el fin de cambiar su residencia habitual o impedir a la madre o padre, según sea el caso, convivir con el menor o visitarlo.

Además, se privará de los derechos de patria potestad, tutela o custodia a quienes, en su caso, teniendo el ejercicio de éstos cometan el delito a que se refiere el presente artículo.

En los casos a que se refiere este artículo, el delito se perseguirá a petición de parte ofendida.

## TITULO VIGESIMO SEGUNDO
### Delitos en Contra de las Personas en su Patrimonio

## CAPITULO I
### Robo

**Artículo 367**.- Comete el delito de robo: el que se apodera de una cosa ajena mueble, sin derecho y sin consentimiento de la persona que puede disponer de ella con arreglo a la ley.

**Artículo 368**.- Se equiparan al robo y se castigarán como tal:

**I.-** El apoderamiento o destrucción dolosa de una cosa propia mueble, si ésta se halla por cualquier título legítimo en poder de otra persona y no medie consentimiento; y

**II.-** El uso o aprovechamiento de energía eléctrica, magnética, electromagnética, de cualquier fluido, o de cualquier medio de transmisión, sin derecho y sin consentimiento de la persona que legalmente pueda disponer de los mismos.

**Artículo 368 Bis**.- Se sancionará con pena de tres a diez años de prisión y hasta mil días multa, al que después de la ejecución del robo y sin haber participado en éste, posea, enajene o trafique de cualquier manera, adquiera o reciba, los instrumentos, objetos o productos del robo, a sabiendas de esta circunstancia y el valor intrínseco de éstos sea superior a quinientas veces el salario.

**Exhibit 8, Page 303**



**CÓDIGO PENAL FEDERAL**
CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis
*Última Reforma DOF 23-01-2009*

**Artículo 368 Ter**.- Al que comercialice en forma habitual objetos robados, a sabiendas de esta circunstancia y el valor intrínseco de aquéllos sea superior a quinientas veces el salario, se le sancionará con una pena de prisión de seis a trece años y de cien a mil días multa.

**Artículo 368 quáter**.- Al que sustraiga o aproveche hidrocarburos o sus derivados, cualquiera que sea su estado físico, sin derecho y sin consentimiento de la persona que legalmente pueda autorizarlo, de los equipos o instalaciones de la industria petrolera a que se refiere la Ley Reglamentaria del Artículo 27 Constitucional en el Ramo del Petróleo, se le impondrán de tres a diez años de prisión y de quinientos a diez mil días multa.

La sanción que corresponda se aumentará en una mitad cuando se realice en los ductos o sus instalaciones afectos a la industria petrolera o cuando el responsable sea o haya sido servidor público de dicha industria.

**Artículo 369**.- Para la aplicación de la sanción, se dará por consumado el robo desde el momento en que el ladrón tiene en su poder la cosa robada; aún cuando la abandone o la desapoderen de ella. En cuanto a la fijación del valor de lo robado, así como la multa impuesta, se tomará en consideración el salario en el momento de la ejecución del delito.

**Artículo 369 Bis**.- Para establecer la cuantía que corresponda a los delitos previstos en este Título, se tomará en consideración el salario mínimo general vigente en el momento y en el lugar en que se cometió el delito.

**Artículo 370**.- Cuando el valor de lo robado no exceda de cien veces el salario, se impondrá hasta dos años de prisión y multa hasta de cien veces el salario.

Cuando exceda de cien veces el salario, pero no de quinientas, la sanción será de dos a cuatro años de prisión y multa de cien hasta ciento ochenta veces el salario.

Cuando exceda de quinientas veces el salario, la sanción será de cuatro a diez años de prisión y multa de ciento ochenta hasta quinientas veces el salario.

**Artículo 371**.- Para estimar la cuantía del robo se atenderá únicamente el valor intrínseco del objeto del apoderamiento, pero si por alguna circunstancia no fuere estimable en dinero o si por su naturaleza no fuere posible fijar su valor, se aplicará prisión de tres días hasta cinco años.

En los casos de tentativa de robo, cuando no fuere posible determinar su monto, se aplicarán de tres días a dos años de prisión.

Cuando el robo sea cometido por dos o más sujetos, sin importar el monto de lo robado, a través de la violencia, la acechanza o cualquier otra circunstancia que disminuya las posibilidades de defensa de la víctima o la ponga en condiciones de desventaja, la pena aplicable será de cinco a quince años de prisión y hasta mil días multa. También podrá aplicarse la prohibición de ir a lugar determinado o vigilancia de la autoridad, hasta por un término igual al de la sanción privativa de la libertad impuesta.

**Artículo 372**.- Si el robo se ejecutare con violencia, a la pena que corresponda por el robo simple se agregarán de seis meses a cinco años de prisión. Si la violencia constituye otro delito, se aplicarán las reglas de la acumulación.

**Artículo 373**.- La violencia a las personas se distingue en física y moral.

**Exhibit 8, Page 304**

**CÓDIGO PENAL FEDERAL**
*Última Reforma DOF 23-01-2009*

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

Se entiende por violencia física en el robo: la fuerza material que para cometerlo se hace a una persona.

Hay violencia moral: cuando el ladrón amaga o amenaza a una persona, con un mal grave, presente o inmediato, capaz de intimidarlo.

**Artículo 374**.- Para la imposición de la sanción, se tendrá también el robo como hecho con violencia:

**I.-** Cuando ésta se haga a una persona distinta de la robada, que se halle en compañía de ella, y

**II.-** Cuando el ladrón la ejercite después de consumado el robo, para proporcionarse la fuga o defender lo robado.

**Artículo 375**.- Cuando el valor de lo robado no pase de diez veces el salario, sea restituido por el infractor espontáneamente y pague éste todos los daños y perjuicios, antes de que la Autoridad tome conocimiento del delito no se impondrá sanción alguna, si no se ha ejecutado el robo por medio de la violencia.

**Artículo 376**.- En todo caso de robo, si el juez lo creyere justo, podrá suspender al delincuente de un mes a seis años, en los derechos de patria potestad, tutela, curatela, perito, depositario o interventor judicial, síndico o interventor en concursos o quiebras, asesor y representante de ausentes, y en el ejercicio de cualquiera profesión de las que exijan título.

**Artículo 376 bis**.- Cuando el objeto robado sea un vehículo automotor terrestre que sea objeto de registro conforme a la ley de la materia, con excepción de las motocicletas, la pena será de siete a quince años de prisión y de mil quinientos a dos mil días multa.

La pena prevista en el párrafo anterior se aumentará en una mitad, cuando en el robo participe algún servidor público que tenga a su cargo funciones de prevención, persecución o sanción del delito o ejecución de penas y, además se le aplicará destitución e inhabilitación para desempeñar cualquier empleo, cargo o comisión públicos por un tiempo igual al de la pena de prisión impuesta.

**Artículo 377**.- Se sancionará con pena de cinco a quince años de prisión y hasta mil días multa, al que a sabiendas y con independencia de las penas que le correspondan por la comisión de otros delitos:

**I.** Desmantele algún o algunos vehículos robados o comercialice conjunta o separadamente sus partes;

**II.** Enajene o trafique de cualquier manera con vehículo o vehículos robados;

**III.** Detente, posea, custodie, altere o modifique de cualquier manera la documentación que acredite la propiedad o identificación de un vehículo robado;

**IV.** Traslade el o los vehículos robados a otra entidad federativa o al extranjero, y

**V.** Utilice el o los vehículos robados en la comisión de otro u otros delitos.

A quien aporte recursos económicos o de cualquier índole, para la ejecución de las actividades descritas en las fracciones anteriores, se le considerará copartícipe en los términos del artículo 13 de este Código.

Si en los actos mencionados participa algún servidor público que tenga a su cargo funciones de prevención, persecución o sanción del delito o de ejecución de penas, además de las sanciones a que se

**Exhibit 8, Page 305**



CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

refiere este artículo, se le aumentará pena de prisión hasta en una mitad más y se le inhabilitará para desempeñar cualquier empleo, cargo o comisión públicos por un período igual a la pena de prisión impuesta.

**Artículo 378.**- Al que elabore o altere sin permiso de la autoridad competente una placa, el engomado, la tarjeta de circulación o los demás documentos oficiales que se expiden para identificar vehículos automotores o remolques se le impondrán de cuatro a ocho años de prisión y de trescientos a mil días multa.

Las mismas penas se impondrán al que posea, utilice, adquiera o enajene, cualquiera de los objetos a que se refiere el párrafo anterior, a sabiendas de que son robados, falsificados o que fueron obtenidos indebidamente.

Igualmente se impondrán dichas penas a quien, a sabiendas, utilice para un vehículo robado o que se encuentre ilegalmente en el país, las placas, el engomado o los demás documentos oficiales expedidos para identificar otro vehículo.

**Artículo 379.**- No se castigará al que, sin emplear engaño ni medios violentos, se apodera una sola vez de los objetos estrictamente indispensables para satisfacer sus necesidades personales o familiares del momento.

**Artículo 380.**- Al que se le imputare el hecho de haber tomado una cosa ajena sin consentimiento del dueño o legítimo poseedor y acredite haberla tomado con carácter temporal y no para apropiársela o venderla, se le aplicarán de uno a seis meses de prisión o de 30 a 90 días multa, siempre que justifique no haberse negado a devolverla, si se le requirió a ello. Además, pagará al ofendido, como reparación del daño, el doble del alquiler, arrendamiento o intereses de la cosa usada.

**Artículo 381.**- Además de la pena que le corresponda conforme a los artículos 370 y 371, se aplicarán al delincuente las penas previstas en este artículo, en los casos siguientes:

**I.-** Cuando se cometa el delito en un lugar cerrado.

**II.-** Cuando lo cometa un dependiente o un doméstico contra su patrón o alguno de la familia de éste, en cualquier parte que lo cometa.

Por doméstico se entiende; el individuo que por un salario, por la sola comida u otro estipendio o servicio, gajes o emolumentos sirve a otro, aun cuando no viva en la casa de éste;

**III.-** Cuando un huésped o comensal o alguno de su familia o de los criados que lo acompañen, lo cometa en la casa donde reciben hospitalidad, obsequio o agasajo;

**IV.-** Cuando lo cometa el dueño o alguno de su familia en la casa del primero, contra sus dependientes o domésticos o contra cualquiera otra persona;

**V.-** Cuando lo cometan los dueños, dependientes, encargados o criados de empresas o establecimientos comerciales, en los lugares en que presten sus servicios al público, y en los bienes de los huéspedes o clientes, y

**VI.-** Cuando se cometa por los obreros, artesanos, aprendices o discípulos, en la casa, taller o escuela en que habitualmente trabajen o aprendan o en la habitación, oficina, bodega u otro lugar al que tenga libre entrada por el carácter indicado.

**VII.-** Cuando se cometa estando la víctima en un vehículo particular o de transporte público;

**Exhibit 8, Page 306**



**CÓDIGO PENAL FEDERAL**
CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis
Última Reforma DOF 23-01-2009

**VIII.-** Cuando se cometa aprovechando las condiciones de confusión que se produzcan por catástrofe o desorden público;

**IX.-** Cuando se cometa por una o varias personas armadas, o que utilicen o porten otros objetos peligrosos;

**X.-** Cuando se cometa en contra de una oficina bancaria, recaudatoria u otra en que se conserven caudales, contra personas que las custodien o transporten aquéllos.

**XI.-** Cuando se trate de partes de vehículos estacionados en la vía pública o en otro lugar destinado a su guarda o reparación;

**XII.-** Cuando se realicen sobre embarcaciones o cosas que se encuentren en ellas;

**XIII.-** Cuando se cometa sobre equipaje o valores de viajeros en cualquier lugar durante el transcurso del viaje;

**XIV.-** Cuando se trate de expedientes o documentos de protocolo, oficina o archivos públicos, de documentos que contengan obligación, liberación o transmisión de deberes que obren en expediente judicial, con afectación de alguna función pública. Si el delito lo comete el servidor público de la oficina en que se encuentre el expediente o documento, se le impondrá además, destitución e inhabilitación para desempeñar otro empleo, cargo o comisión públicos, de seis meses a tres años;

**XV.-** Cuando el agente se valga de identificaciones falsas o supuestas órdenes de alguna autoridad, y

**XVI.-** Cuando se cometa en caminos o carreteras.

En los supuestos a que se refieren las fracciones I, II, III, IV, V, VI, XI, XII, XIII, XIV y XV, hasta cinco años de prisión.

En los supuestos a que se refieren las fracciones VII, VIII, IX, X y XVI, de dos a siete años de prisión.

**Artículo 381 Bis.-** Sin perjuicio de las sanciones que de acuerdo con los artículos 370, 371 y 372 deben imponerse, se aplicarán de tres días a diez años de prisión al que robe en edificios, viviendas, aposento o cuarto que estén habitados o destinados para habitación, comprendiéndose en esta denominación no sólo los que estén fijos en la tierra, sino también los movibles, sea cual fuere la materia de que estén construidos, así como en aquellos lugares o establecimientos destinados a actividades comerciales. En los mismos términos se sancionará al que robe en campo abierto o paraje solitario una o más cabezas de ganado mayor. Cuando el robo se realice sobre una o más cabezas de ganado menor, además de lo dispuesto en los artículos 370, 371 y 372, se impondrán hasta las dos terceras partes de la pena comprendida en este artículo.

## CAPITULO II
## Abuso de confianza

**Artículo 382.-** Al que, con perjuicio de alguien, disponga para sí o para otro, de cualquier cosa ajena mueble, de la que se le haya transmitido la tenencia y no el dominio, se le sancionará con prisión hasta de 1 año y multa hasta de 100 veces el salario, cuando el monto del abuso no exceda de 200 veces el salario.

Si excede de esta cantidad, pero no de 2000, la prisión será de 1 a 6 años y la multa de 100 hasta 180 veces el salario.

**Exhibit 8, Page 307**



CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

Si el monto es mayor de 2,000 veces el salario la prisión será de 6 a 12 años y la multa de 120 veces el salario.

**Artículo 383**.- Se considera como abuso de confianza para los efectos de la pena:

**I.-** El hecho de disponer o sustraer una cosa, su dueño, si le ha sido embargada y la tiene en su poder con el carácter de depositario judicial, o bien si la hubiere dado en prenda y la conserva en su poder como depositario a virtud de un contrato celebrado con alguna Institución de Crédito, en perjuicio de ésta.

**II.-** El hecho de disponer de la cosa depositada, o sustraerla el depositario judicial o el designado por o ante las autoridades, administrativas o del trabajo.

**III.-** El hecho de que una persona haga aparecer como suyo un depósito que garantice la libertad caucional de un procesado y del cual no le corresponda la propiedad.

**Artículo 384**.- Se reputa como abuso de confianza la ilegítima posesión de la cosa retenida si el tenedor o poseedor de ella no la devuelve a pesar de ser requerido formalmente por quien tenga derecho, o no la entrega a la autoridad, para que ésta disponga de la misma conforme a la ley.

**Artículo 385**.- Se considera como abuso de confianza y se sancionará con seis meses a seis años de prisión y multa hasta de cien veces el salario a quien disponga indebidamente o se niegue sin justificación a entregar un vehículo recibido en depósito de autoridad competente, relacionado con delitos por tránsito de vehículos, habiendo sido requerido por la autoridad que conozca o siga conociendo del caso.

## CAPITULO III
## Fraude

**Artículo 386**.- Comete el delito de fraude el que engañando a uno o aprovechándose del error en que éste se halla se hace ilícitamente de alguna cosa o alcanza un lucro indebido.

El delito de fraude se castigará con las penas siguientes:

**I.-** Con prisión de 3 días a 6 meses o de 30 a 180 días multa, cuando el valor de lo defraudado no exceda de diez veces el salario;

**II.-** Con prisión de 6 meses a 3 años y multa de 10 a 100 veces el salario, cuando el valor de lo defraudado excediera de 10, pero no de 500 veces el salario;

**III.-** Con prisión de tres a doce años y multa hasta de ciento veinte veces el salario, si el valor de lo defraudado fuere mayor de quinientas veces el salario.

**Artículo 387**.- Las mismas penas señaladas en el artículo anterior, se impondrán:

**I.-** Al que obtenga dinero, valores o cualquiera otra cosa ofreciendo encargarse de la defensa de un procesado o de un reo, o de la dirección o patrocinio en un asunto civil o administrativo, si no efectúa aquélla o no realiza ésta, sea porque no se haga cargo legalmente de la misma, o porque renuncie o abandone el negocio o la causa sin motivo justificado;

**II.-** Al que por título oneroso enajene alguna cosa con conocimiento de que no tiene derecho para disponer de ella, o la arriende, hipoteque, empeñe o grave de cualquier otro modo, si ha recibido el precio, el alquiler, la cantidad en que la gravó, parte de ellos o un lucro equivalente;

**Exhibit 8, Page 308**



**CÓDIGO PENAL FEDERAL**

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

*Última Reforma DOF 23-01-2009*

**III.-** Al que obtenga de otro una cantidad de dinero o cualquiera otro lucro, otorgándole o endosándole a nombre propio o de otro, un documento nominativo, a la orden o al portador contra una persona supuesta o que el otorgante sabe que no ha de pagarle;

**IV.-** Al que se haga servir alguna cosa o admita un servicio en cualquier establecimiento comercial y no pague el importe;

**V.-** Al que compre una cosa mueble ofreciendo pagar su precio al contado y rehuse después de recibirla, hacer el pago o devolver la cosa, si el vendedor le exigiere lo primero dentro de quince días de haber recibido la cosa del comprador;

**VI.-** Al que hubiere vendido una cosa mueble y recibido su precio, si no la entrega dentro de los quince días del plazo convenido o no devuelve su importe en el mismo término, en el caso de que se le exija esto último.

**VII.-** Al que vende a dos personas una misma cosa, sea mueble o raíz y recibe el precio de la primera o de la segunda enajenación, de ambas o parte de él, o cualquier otro lucro con perjuicio del primero o del segundo comprador.

**VIII.-** Al que valiéndose de la ignorancia o de las malas condiciones económicas de una persona, obtenga de ésta ventajas usurarias por medio de contratos o convenios en los cuales se estipulen réditos o lucros superiores a los usuales en el mercado.

**IX.-** Al que para obtener un lucro indebido, ponga en circulación fichas, tarjetas, planchuelas u otros objetos de cualquier materia como signos convencionales en substitución de la moneda legal;

**X.-** Al que simule un contrato, un acto o escrito judicial, con perjuicio de otro o para obtener cualquier beneficio indebido.

**XI.-** Al que por sorteos, rifas, loterías, promesas de venta o por cualquiera otro medio, se quede en todo o en parte con las cantidades recibidas, sin entregar la mercancía u objeto ofrecido.

**XII.-** Al fabricante, empresario, contratista, o constructor de una obra cualquiera, que emplee en la construcción de la misma, materiales en cantidad o calidad inferior a la convenida o mano de obra inferior a la estipulada, siempre que haya recibido el precio o parte de él;

**XIII.-** Al vendedor de materiales de construcción o cualquiera especie, que habiendo recibido el precio de los mismos, no los entregare en su totalidad o calidad convenidos;

**XIV.-** Al que venda o traspase una negociación sin autorización de los acreedores de ella, o sin que el nuevo adquirente se comprometa a responder de los créditos, siempre que estos últimos resulten insolutos. Cuando la enajenación sea hecha por una persona moral, serán penalmente responsables los que autoricen aquella y los dirigentes, administradores o mandatarios que la efectúen;

**XV.-** Al que explote las preocupaciones, la superstición o la ignorancia del pueblo, por medio de supuesta evocación de espíritus, adivinaciones o curaciones.

**XVI.-** (Se deroga).

**XVII.-** Al que valiéndose de la ignorancia o de las malas condiciones económicas de un trabajador a su servicio, le pague cantidades inferiores a las que legalmente le corresponden por las labores que ejecuta o le haga otorgar recibos o comprobantes de pago de cualquier clase que amparen sumas de dinero superiores a las que efectivamente entrega.

**Exhibit 8, Page 309**



CÓDIGO PENAL FEDERAL
Última Reforma DOF 23-01-2009

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

**XVIII.-** Al que habiendo recibido mercancías con subsidio o franquicia para darles un destino determinado, las distrajere de este destino o en cualquier forma desvirtúe los fines perseguidos con el subsidio o la franquicia.

**XIX.-** A los intermediarios en operaciones de traslación de dominio de bienes inmuebles o ha de gravámenes reales sobre éstos, que obtengan dinero, títulos o valores por el importe de su precio, a cuenta de él o para constituir ese gravamen, si no los destinaren, en todo o en parte, al objeto de la operación concertada, por su disposición en provecho propio o de otro.

Para los efectos de este delito se entenderá que un intermediario no ha dado su destino, o a dispuesto, en todo o en parte, del dinero, títulos o valores obtenidos por el importe del precio o a cuenta del inmueble objeto de la traslación de dominio o del gravamen real, si no realiza un depósito en Nacional Financiera, S. A. o en cualquier Institución de Depósito, dentro de los treinta días siguientes a su recepción a favor de su propietario o poseedor, a menos que lo hubiese entregado, dentro de ese término, al vendedor o al deudor del gravamen real, o devuelto al comprador o al acreedor del mismo gravamen.

Las mismas sanciones se impondrán a los gerentes, directivos, mandatarios con facultades de dominio o de administración, administradores de las personas morales que no cumplan o hagan cumplir la obligación a que se refiere el párrafo anterior.

El depósito se entregará por Nacional Financiera, S. A. o la Institución de Depósito de que se trate, a su propietario o al comprador.

Cuando el sujeto activo del delito devuelva a los interesados las cantidades de dinero obtenidas con su actuación, antes de que se formulen conclusiones en el proceso respectivo, la pena que se le aplicará será la de tres días a seis meses de prisión.

**XX.-** A los constructores o vendedores de edificios en condominio que obtengan dinero, títulos o valores por el importe de su precio o a cuenta de él, si no los destinaren, en todo o en parte, al objeto de la operación concertada por su disposición en provecho propio o de otro.

Es aplicable a lo dispuesto en esta fracción, lo determinado en los párrafos segundo a quinto en la fracción anterior.

**XXI.-** Al que libre un cheque contra una cuenta bancaria, que sea rechazado por la institución o sociedad nacional de crédito correspondiente, en los términos de la legislación aplicable, por no tener el librador cuenta en la institución o sociedad respectiva o por carecer éste de fondos suficientes para el pago. La certificación relativa a la inexistencia de la cuenta o a la falta de fondos suficientes para el pago, deberá realizarse exclusivamente por personal específicamente autorizado para tal efecto por la institución o sociedad nacional de crédito de que se trate.

No se procederá contra el agente cuando el libramiento no hubiese tenido como fin el procurarse ilícitamente una cosa u obtener un lucro indebido.

Las Instituciones, sociedades nacionales y Organizaciones Auxiliares de Crédito, las de Fianzas y las de Seguros, así como los organismos Oficiales y Descentralizados, autorizados legalmente para operar con inmuebles, quedan exceptuados de la obligación de constituir el depósito a que se refiere la fracción XIX.

**Artículo 388**.- Al que por cualquier motivo teniendo a su cargo la administración o el cuidado de bienes ajenos, con ánimo de lucro perjudique al titular de éstos, alterando las cuentas o condiciones de

Exhibit 8, Page 310



**CÓDIGO PENAL FEDERAL**

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

*Última Reforma DOF 23-01-2009*

los contratos, haciendo aparecer operaciones o gastos inexistentes o exagerando los reales, ocultando o reteniendo valores o empleándolos indebidamente, o a sabiendas realice operaciones perjudiciales al patrimonio del titular en beneficio propio o de un tercero, se le impondrán las penas previstas para el delito de fraude.

**Artículo 388 Bis.**- Al que se coloque en estado de insolvencia, con el objeto de eludir las obligaciones a su cargo con respecto a sus acreedores, se le impondrá pena de seis meses a cuatro años de prisión y de cincuenta a trescientos días multa.

En caso de quiebra se atenderá a lo previsto por la ley especial.

**Artículo 389.**- Se equipara al delito de fraude y se sancionará con prisión de seis meses a diez años y multa de cuatrocientos a cuatro mil pesos, el valerse del cargo que se ocupe en el gobierno, en una empresa descentralizada o de participación estatal, o en cualquiera agrupación de carácter sindical, o de sus relaciones con los funcionarios o dirigentes de dichos organismos, para obtener dinero, valores, dádivas, obsequios o cualquier otro beneficio, a cambio de prometer o proporcionar un trabajo, un ascenso o aumento de salario en tales organismos.

**Artículo 389 Bis.**- Comete delito de fraude el que por sí o por interpósita persona, cause perjuicio público o privado al fraccionar y transferir o prometer transferir la propiedad, la posesión o cualquier otro derecho sobre un terreno urbano o rústico, propio o ajeno, con o sin construcciones sin el previo permiso de las autoridades administrativas competentes, o cuando existiendo éste no se hayan satisfecho los requisitos en él señalados. Este delito se sancionará aún en el caso de falta de pago total o parcial.

Para los efectos penales se entiende por fraccionar la división de terrenos en lotes.

Este delito se sancionará con las penas previstas en el artículo 386 de este Código, con la salvedad de la multa mencionada en la fracción tercera de dicho precepto, que se elevará hasta cincuenta mil pesos.

# CAPITULO III BIS
## Extorsión

**Artículo 390.**- Al que sin derecho obligue a otro a dar, hacer, dejar de hacer o tolerar algo, obteniendo un lucro para sí o para otro o causando a alguien un perjuicio patrimonial, se le aplicarán de dos a ocho años de prisión y de cuarenta a ciento sesenta días multa.

Las penas se aumentarán hasta un tanto más si el constreñimiento se realiza por una asociación delictuoso, o por servidor público o ex-servidor público, o por miembro o ex-miembro de alguna corporación policial o de las Fuerzas Armadas Mexicanas. En este caso, se impondrá además al servidor o ex-servidor público y al miembro o ex-miembro de alguna corporación policial, la destitución del empleo, cargo o comisión y la inhabilitación de uno a cinco años para desempeñar cargo o comisión público, y si se tratare de un miembro de las Fuerzas Armadas Mexicanas en situación de retiro, de reserva o en activo, la baja definitiva de la Fuerza Armada a que pertenezca y se le inhabilitará de uno a cinco años para desempeñar cargos o comisión públicos.

# CAPITULO IV
## De los delitos cometidos por los comerciantes sujetos a concurso

**Artículo 391.**- (Se deroga).

**Artículo 392.**- (Se deroga).

**Exhibit 8, Page 311**



**CÓDIGO PENAL FEDERAL**

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

*Última Reforma DOF 23-01-2009*

**Artículo 393**.- (Se deroga).

**Artículo 394**.- (Se deroga).

## CAPITULO V
## Despojo de cosas inmuebles o de aguas

**Artículo 395**.- Se aplicará la pena de tres meses a cinco años de prisión y multa de cincuenta a quinientos pesos:

**I.-** Al que de propia autoridad y haciendo violencia o furtivamente, o empleando amenaza o engaño, ocupe un inmueble ajeno o haga uso de él, o de un derecho real que no le pertenezca;

**II.-** Al que de propia autoridad y haciendo uso de los medios indicados en la fracción anterior, ocupe un inmueble de su propiedad, en los casos en que la ley no lo permite por hallarse en poder de otra persona o ejerza actos de dominio que lesionen derechos legítimos del ocupante, y

**III.-** Al que en los términos de las fracciones anteriores, cometa despojo de aguas.

La pena será aplicable, aun cuando el derecho a la posesión de la cosa usurpada sea dudosa o esté en disputa. Cuando el despojo se realice por grupo o grupos, que en conjunto sean mayores de cinco personas, además de la pena señalada en este artículo, se aplicará a los autores intelectuales y a quienes dirijan la invasión, de uno a seis años de prisión.

A quienes se dediquen en forma reiterada a promover el despojo de inmuebles urbanos en el Distrito Federal, se les aplicará una sanción de dos a nueve años de prisión. Se considera que se dedican a promover el despojo de inmuebles urbanos en forma reiterada, quienes hayan sido anteriormente condenados por esta forma de participación en el despojo, o bien, se les hubiere decretado en más de dos ocasiones auto de formal prisión por este mismo delito, salvo cuando en el proceso correspondiente se hubiese resuelto el desvanecimiento de datos, el sobreseimiento ó la absolución del inculpado.

**Artículo 396**.- A las penas que señala el artículo anterior, se acumulará la que corresponda por la violencia o la amenaza.

## CAPITULO VI
## Daño en propiedad ajena

**Artículo 397**.- Se impondrán de cinco a diez años de prisión y multa de cien a cinco mil pesos, a los que causen incendio, inundación o explosión con daño o peligro de:

**I.-** Un edificio, vivienda o cuarto donde se encuentre alguna persona;

**II.-** Ropas, muebles u objetos en tal forma que puedan causar graves daños personales;

**III.-** Archivos públicos o notariales;

**IV.-** Bibliotecas, museos, templos, escuelas o edificios y monumentos públicos, y

**V.-** Montes, bosques, selvas, pastos, mieses o cultivos de cualquier género.

**Exhibit 8, Page 312**



CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

**Artículo 398**.- Si además de los daños directos resulta consumado algún otro delito, se aplicarán las reglas de acumulación.

**Artículo 399**.- Cuando por cualquier medio se causen daño, destrucción o deterioro de cosa ajena, o de cosa propia en perjuicio de tercero, se aplicarán las sanciones del robo simple.

**Artículo 399 Bis**.- Los delitos previstos en este título se perseguirán por querella de la parte ofendida cuando sean cometidos por un ascendiente, descendiente, cónyuge, parientes por consanguinidad hasta el segundo grado, concubina o concubinario, adoptante o adoptado y parientes por afinidad asimismo hasta el segundo grado. Igualmente se requerirá querella para la persecución de terceros que hubiesen incurrido en la ejecución del delito con los sujetos a que se refiere el párrafo anterior. Si se cometiere algún otro hecho que por sí solo constituya un delito, se aplicará la sanción que para éste señala la ley.

Se perseguirán por querella los delitos previstos en los artículos 380 y 382 a 399, salvo el artículo 390 y los casos a que se refieren los dos últimos párrafos del artículo 395.

## TITULO VIGESIMO TERCERO
### Encubrimiento y Operaciones con Recursos de Procedencia Ilícita

## CAPITULO I
### Encubrimiento

**Artículo 400**.- Se aplicará prisión de tres meses a tres años y de quince a sesenta días multa, al que:

**I.-** Con ánimo de lucro, después de la ejecución del delito y sin haber participado en éste, adquiera, reciba u oculte el producto de aquél a sabiendas de esta circunstancia.

Si el que recibió la cosa en venta, prenda o bajo cualquier concepto, no tuvo conocimiento de la procedencia ilícita de aquélla, por no haber tomado las precauciones indispensables para asegurarse de que la persona de quien la recibió tenía derecho para disponer de ella, la pena se disminuirá hasta en una mitad;

(Se deroga el tercer párrafo).

**II.-** Preste auxilio o cooperación de cualquier especie al autor de un delito, con conocimiento de esta circunstancia, por acuerdo posterior a la ejecución del citado delito;

**III.-** Oculte o favorezca el ocultamiento del responsable de un delito, los efectos, objetos o instrumentos del mismo o impida que se averigüe;

**IV.** Requerido por las autoridades, no dé auxilio para la investigación de los delitos o para la persecución de los delincuentes;

**V.** No procure, por los medios lícitos que tenga a su alcance y sin riesgo para su persona, impedir la consumación de los delitos que sabe van a cometerse o se están cometiendo, salvo que tenga obligación de afrontar el riesgo, en cuyo caso se estará a lo previsto en este artículo o en otras normas aplicables;

**VI.** Altere, modifique o perturbe ilícitamente el lugar, huellas o vestigios del hecho delictivo, y

**VII.** Desvíe u obstaculice la investigación del hecho delictivo de que se trate o favorezca que el inculpado se sustraiga a la acción de la justicia.

**Exhibit 8, Page 313**



CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

No se aplicará la pena prevista en este artículo en los casos de las fracciones III, en lo referente al ocultamiento del infractor, y IV, cuando se trate de:

**a)**   Los ascendientes y descendientes consanguíneos o afines;

**b)**   El cónyuge, la concubina, el concubinario y parientes colaterales por consanguinidad hasta el cuarto grado, y por afinidad hasta el segundo; y

**c)**   Los que estén ligados con el delincuente por amor, respeto, gratitud o estrecha amistad derivados de motivos nobles.

El juez, teniendo en cuenta la naturaleza de la acción, las circunstancias personales del acusado y las demás que señala el artículo 52, podrá imponer en los casos de encubrimiento a que se refieren las fracciones I, párrafo primero y II a IV de este artículo, en lugar de las sanciones señaladas, hasta las dos terceras partes de las que correspondería al autor del delito; debiendo hacer constar en la sentencia las razones en que se funda para aplicar la sanción que autoriza este párrafo.

## CAPITULO II
## Operaciones con recursos de procedencia ilícita

**Artículo 400 Bis**.- Se impondrá de cinco a quince años de prisión y de mil a cinco mil días multa al que por sí o por interpósita persona realice cualquiera de las siguientes conductas: adquiera, enajene, administre, custodie, cambie, deposite, dé en garantía, invierta, transporte o transfiera, dentro del territorio nacional, de éste hacia el extranjero o a la inversa, recursos, derechos o bienes de cualquier naturaleza, con conocimiento de que proceden o representan el producto de una actividad ilícita, con alguno de los siguientes propósitos: ocultar o pretender ocultar, encubrir o impedir conocer el origen, localización, destino o propiedad de dichos recursos, derechos o bienes, o alentar alguna actividad ilícita.

La misma pena se aplicará a los empleados y funcionarios de las instituciones que integran el sistema financiero, que dolosamente presten ayuda o auxilien a otro para la comisión de las conductas previstas en el párrafo anterior, sin perjuicio de los procedimientos y sanciones que correspondan conforme a la legislación financiera vigente.

La pena prevista en el primer párrafo será aumentada en una mitad, cuando la conducta ilícita se cometa por servidores públicos encargados de prevenir, denunciar, investigar o juzgar la comisión de delitos. En este caso, se impondrá a dichos servidores públicos, además, inhabilitación para desempeñar empleo, cargo o comisión públicos hasta por un tiempo igual al de la pena de prisión impuesta.

En caso de conductas previstas en este artículo, en las que se utilicen servicios de instituciones que integran el sistema financiero, para proceder penalmente se requerirá la denuncia previa de la Secretaría de Hacienda y Crédito Público.

Cuando dicha Secretaría, en ejercicio de sus facultades de fiscalización, encuentre elementos que permitan presumir la comisión de los delitos referidos en el párrafo anterior, deberá ejercer respecto de los mismos las facultades de comprobación que le confieren las leyes y, en su caso, denunciar hechos que probablemente puedan constituir dicho ilícito.

Para efectos de este artículo se entiende que son producto de una actividad ilícita, los recursos, derechos o bienes de cualquier naturaleza, cuando existan indicios fundados o certeza de que provienen directa o indirectamente, o representan las ganancias derivadas de la comisión de algún delito y no pueda acreditarse su legítima procedencia.

**Exhibit 8, Page 314**



**CÓDIGO PENAL FEDERAL**
*Última Reforma DOF 23-01-2009*

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

Para los mismos efectos, el sistema financiero se encuentra integrado por las instituciones de crédito, de seguros y de fianzas, almacenes generales de depósito, arrendadoras financieras, sociedades de ahorro y préstamo, sociedades financieras de objeto limitado, uniones de crédito, empresas de factoraje financiero, casas de bolsa y otros intermediarios bursátiles, casas de cambio, administradoras de fondos de retiro y cualquier otro intermediario financiero o cambiario.

## TITULO VIGESIMOCUARTO
### Delitos Electorales y en Materia de Registro Nacional de Ciudadanos

### CAPITULO UNICO

**Artículo 401**.- Para los efectos de este Capítulo, se entiende por:

**I.** Servidores Públicos, las personas que se encuentren dentro de los supuestos establecidos por el artículo 212 de este Código.

Se entenderá también como Servidores Públicos a los funcionarios y empleados de la Administración Pública Estatal y Municipal;

**II.** Funcionarios electorales, quienes en los términos de la legislación federal electoral integren los órganos que cumplen funciones electorales;

**III.** Funcionarios partidistas, los dirigentes de los partidos políticos nacionales y de las agrupaciones políticas, y sus representantes ante los órganos electorales, en los términos de la legislación federal electoral;

**IV.** Candidatos, los ciudadanos registrados formalmente como tales por la autoridad competente;

**V.** Documentos públicos electorales, las actas de la jornada electoral, las relativas al escrutinio y cómputo de cada una de las elecciones, paquetes electorales y expedientes de casilla, las actas circunstanciadas de las sesiones de cómputo de los consejos locales y distritales, y las de los cómputos de circunscripción plurinominal y, en general todos los documentos y actas expedidos en el ejercicio de sus funciones por los órganos del Instituto Federal Electoral; y

**VI.** Materiales electorales, los elementos físicos, tales como urnas, canceles o elementos modulares para la emisión del voto, marcadoras de credencial, líquido indeleble, útiles de escritorio y demás equipamiento autorizado para su utilización en las casillas electorales durante la jornada electoral.

**Artículo 402**.- Por la comisión de cualquiera de los delitos comprendidos en el presente Capítulo se podrá imponer además de la pena señalada, la inhabilitación de uno a cinco años, y en su caso, la destitución del cargo.

**Artículo 403**.- Se impondrán de diez a cien días multa y prisión de seis meses a tres años, a quien:

**I.** Vote a sabiendas de que no cumple con los requisitos de la ley;

**II.** Vote más de una vez en una misma elección;

**III.** Haga proselitismo o presione objetivamente a los electores el día de la jornada electoral en el interior de las casillas o en el lugar en que se encuentren formados los votantes, con el fin de orientar el sentido de su voto;

**Exhibit 8, Page 315**



**CÓDIGO PENAL FEDERAL**

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

*Última Reforma DOF 23-01-2009*

**IV.** Obstaculice o interfiera dolosamente el desarrollo normal de las votaciones, el escrutinio y cómputo, el traslado y entrega de los paquetes y documentación electoral, o el adecuado ejercicio de las tareas de los funcionarios electorales;

**V.** Recoja en cualquier tiempo, sin causa prevista por la ley, credenciales para votar de los ciudadanos;

**VI.** Solicite votos por paga, dádiva, promesa de dinero u otra recompensa durante las campañas electorales o la jornada electoral;

**VII.** El día de la jornada electoral viole, de cualquier manera, el derecho del ciudadano a emitir su voto en secreto;

**VIII.** Vote o pretenda votar con una credencial para votar de la que no sea titular;

**IX.** El día de la jornada electoral lleve a cabo el transporte de votantes, coartando o pretendiendo coartar su libertad para la emisión del voto;

**X.** Introduzca en o sustraiga de las urnas ilícitamente una o más boletas electorales, o se apodere, destruya o altere boletas, documentos o materiales electorales, o impida de cualquier forma su traslado o entrega a los órganos competentes;

**XI.** Obtenga o solicite declaración firmada del elector acerca de su intención o el sentido de su voto, o bien que, mediante amenaza o promesa de paga o dádiva, comprometa su voto en favor de un determinado partido político o candidato;

**XII.** Impida en forma violenta la instalación de una casilla, o asuma dolosamente cualquier conducta que tenga como finalidad impedir la instalación normal de la casilla; o

**XIII.** Durante los ocho días previos a la elección y hasta la hora oficial del cierre de las casillas que se encuentren en las zonas de husos horarios más occidentales del territorio nacional, publique o difunda por cualquier medio los resultados de encuestas o sondeos de opinión que den a conocer las preferencias de los ciudadanos.

**Artículo 404.-** Se impondrán hasta 500 días multa a los ministros de cultos religiosos que, en el desarrollo de actos públicos propios de su ministerio, induzcan expresamente al electorado a votar en favor o en contra de un candidato o partido político, o a la abstención del ejercicio del derecho al voto.

**Artículo 405.-** Se impondrá de cincuenta a doscientos días multa y prisión de dos a seis años, al funcionario electoral que:

**I.-** Altere en cualquier forma, sustituya, destruya o haga un uso indebido de documentos relativos al Registro Federal de Electores;

**II.** Se abstenga de cumplir, sin causa justificada, con las obligaciones propias de su cargo, en perjuicio del proceso electoral;

**III.-** Obstruya el desarrollo normal de la votación sin mediar causa justificada;

**IV.** Altere los resultados electorales, sustraiga o destruya boletas, documentos o materiales electorales;

**Exhibit 8, Page 316**

**CÓDIGO PENAL FEDERAL**
*Última Reforma DOF 23-01-2009*

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

**V.** No entregue o impida la entrega oportuna de documentos o materiales electorales, sin mediar causa justificada;

**VI.** En ejercicio de sus funciones ejerza presión sobre los electores y los induzca objetivamente a votar por un candidato o partido determinado, en el interior de la casilla o en el lugar donde los propios electores se encuentren formados;

**VII.-** Al que instale, abra o cierre dolosamente una casilla fuera de los tiempos y formas previstos por la ley de la materia, la instale en lugar distinto al legalmente señalado, o impida su instalación;

**VIII.** Sin causa prevista por la ley expulse u ordene el retiro de la casilla electoral de representantes de un partido político o coarte los derechos que la ley les concede;

**IX.-** (Se deroga).

**X.** Permita o tolere que un ciudadano emita su voto a sabiendas de que no cumple con los requisitos de ley o que se introduzcan en las urnas ilícitamente una o más boletas electorales; o

**XI.** Propale, de manera pública y dolosa, noticias falsas en torno al desarrollo de la jornada electoral o respecto de sus resultados.

**Artículo 406**.- Se impondrán de cien a doscientos días multa y prisión de uno a seis años, al funcionario partidista o al candidato que:

**I.** Ejerza presión sobre los electores y los induzca a la abstención o a votar por un candidato o partido determinado en el interior de la casilla o en el lugar donde los propios electores se encuentren formados;

**II.-** Realice propaganda electoral mientras cumple sus funciones durante la jornada electoral;

**III.** Sustraiga, destruya, altere o haga uso indebido de documentos o materiales electorales;

**IV.** Obstaculice el desarrollo normal de la votación o de los actos posteriores a la misma sin mediar causa justificada, o con ese fin amenace o ejerza violencia física sobre los funcionarios electorales;

**V.** Propale, de manera pública y dolosa, noticias falsas en torno al desarrollo de la jornada electoral o respecto de sus resultados;

**VI.** Impida con violencia la instalación, apertura o cierre de una casilla; o

**VII.** Obtenga y utilice a sabiendas y en su calidad de candidato, fondos provenientes de actividades ilícitas para su campaña electoral.

**Artículo 407**.- Se impondrán de doscientos a cuatrocientos días multa y prisión de uno a nueve años, al servidor público que:

**I.** Obligue a sus subordinados, de manera expresa y haciendo uso de su autoridad o jerarquía, a emitir sus votos en favor de un partido político o candidato;

**II.** Condicione la prestación de un servicio público, el cumplimiento de programas o la realización de obras públicas, en el ámbito de su competencia, a la emisión del sufragio en favor de un partido político o candidato;

**Exhibit 8, Page 317**

**CÓDIGO PENAL FEDERAL**
*Última Reforma DOF 23-01-2009*

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

**III.** Destine, de manera ilegal, fondos, bienes o servicios que tenga a su disposición en virtud de su cargo tales como vehículos, inmuebles y equipos, al apoyo de un partido político o de un candidato, sin perjuicio de las penas que pueda corresponder por el delito de peculado; o

**IV.** Proporcione apoyo o preste algún servicio a los partidos políticos o a sus candidatos, a través de sus subordinados, usando el tiempo correspondiente a sus labores, de manera ilegal.

**Artículo 408.-** Se impondrá sanción de suspensión de sus derechos políticos hasta por seis años a quienes, habiendo sido electos diputados o senadores no se presenten, sin causa justificada a juicio de la Cámara respectiva, a desempeñar el cargo dentro del plazo señalado en el primer párrafo del artículo 63 de la Constitución.

**Artículo 409.-** Se impondrán de veinte a cien días multa y prisión de tres meses a cinco años, a quien:

**I.-** Proporcione documentos o información falsa al Registro Nacional de Ciudadanos para obtener el documento que acredite la ciudadanía; y

**II.-** Altere en cualquier forma, sustituya, destruya o haga un uso indebido del documento que acredita la ciudadanía, que en los términos de la ley de la materia, expida el Registro Nacional de Ciudadanos.

**Artículo 410.-** La pena a que se refiere el artículo anterior se podrá incrementar en una cuarta parte si las conductas son cometidas por personal del órgano que tenga a su cargo el servicio del Registro Nacional de Ciudadanos conforme a la ley de la materia, o si fuere de nacionalidad extranjera.

**Artículo 411.-** Se impondrá de setenta a doscientos días multa y prisión de tres a siete años, a quien por cualquier medio altere o participe en la alteración del Registro Federal de Electores, de los listados nominales o en la expedición ilícita de credenciales para Votar.

**Artículo 412.-** Se impondrá prisión de dos a nueve años, al funcionario partidista o a los organizadores de actos de campaña que, a sabiendas aproveche ilícitamente fondos, bienes o servicios en los términos de la fracción III del artículo 407 de este Código. En la comisión de este delito no habrá el beneficio de la libertad provisional.

**Artículo 413.-** Los responsables de los delitos contenidos en el presente capítulo por haber acordado o preparado su realización en los términos de la fracción I del artículo 13 de este Código no podrán gozar del beneficio de la libertad provisional.

## TITULO VIGESIMO QUINTO
### Delitos Contra el Ambiente y la Gestión Ambiental

## CAPITULO PRIMERO
### De las actividades tecnológicas y peligrosas

**Artículo 414.-** Se impondrá pena de uno a nueve años de prisión y de trescientos a tres mil días multa al que ilícitamente, o sin aplicar las medidas de prevención o seguridad, realice actividades de producción, almacenamiento, tráfico, importación o exportación, transporte, abandono, desecho, descarga, o realice cualquier otra actividad con sustancias consideradas peligrosas por sus características corrosivas, reactivas, explosivas, tóxicas, inflamables, radioactivas u otras análogas, lo ordene o autorice, que cause un daño a los recursos naturales, a la flora, a la fauna, a los ecosistemas, a la calidad del agua, al suelo, al subsuelo o al ambiente.

**Exhibit 8, Page 318**



La misma pena se aplicará a quien ilícitamente realice las conductas con las sustancias enunciadas en el párrafo anterior, o con sustancias agotadoras de la capa de ozono y cause un riesgo de daño a los recursos naturales, a la flora, a la fauna, a los ecosistemas, a la calidad del agua o al ambiente.

En el caso de que las actividades a que se refieren los párrafos anteriores, se lleven a cabo en un área natural protegida, la pena de prisión se incrementará hasta en tres años y la pena económica hasta en mil días multa, a excepción de las actividades realizadas con sustancias agotadoras de la capa de ozono.

Cuando las conductas a las que se hace referencia en los párrafos primero y segundo de este artículo, se lleven a cabo en zonas urbanas con aceites gastados o sustancias agotadoras de la capa de ozono en cantidades que no excedan 200 litros, o con residuos considerados peligrosos por sus características biológico-infecciosas, se aplicará hasta la mitad de la pena prevista en este artículo, salvo que se trate de conductas repetidas con cantidades menores a las señaladas cuando superen dicha cantidad.

**Artículo 415**.- Se impondrá pena de uno a nueve años de prisión y de trescientos a tres mil días multa, a quien sin aplicar las medidas de prevención o seguridad:

**I.** Emita, despida, descargue en la atmósfera, lo autorice u ordene, gases, humos, polvos o contaminantes que ocasionen daños a los recursos naturales, a la fauna, a la flora, a los ecosistemas o al ambiente, siempre que dichas emisiones provengan de fuentes fijas de competencia federal, conforme a lo previsto en la Ley General del Equilibrio Ecológico y la Protección al Ambiente, o

**II.** Genere emisiones de ruido, vibraciones, energía térmica o lumínica, provenientes de fuentes emisoras de competencia federal, conforme al ordenamiento señalado en la fracción anterior, que ocasionen daños a los recursos naturales, a la flora, a la fauna, a los ecosistemas o al ambiente.

Las mismas penas se aplicarán a quien ilícitamente lleve a cabo las actividades descritas en las fracciones anteriores, que ocasionen un riesgo a los recursos naturales, a la flora, a la fauna, a los ecosistemas o al ambiente.

En el caso de que las actividades a que se refiere el presente artículo se lleven a cabo en un área natural protegida, la pena de prisión se incrementará hasta en tres años y la pena económica hasta en mil días multa.

**Artículo 416**.- Se impondrá pena de uno a nueve años de prisión y de trescientos a tres mil días multa, al que ilícitamente descargue, deposite, o infiltre, lo autorice u ordene, aguas residuales, líquidos químicos o bioquímicos, desechos o contaminantes en los suelos, subsuelos, aguas marinas, ríos, cuencas, vasos o demás depósitos o corrientes de agua de competencia federal, que cause un riesgo de daño o dañe a los recursos naturales, a la flora, a la fauna, a la calidad del agua, a los ecosistemas o al ambiente.

Cuando se trate de aguas que se encuentren depositadas, fluyan en o hacia una área natural protegida, la prisión se elevará hasta tres años más y la pena económica hasta mil días multa.

## CAPÍTULO SEGUNDO
### De la biodiversidad

**Artículo 417**.- Se impondrá pena de uno a nueve años de prisión y de trescientos a tres mil días multa, al que introduzca al territorio nacional, o trafique con recursos forestales, flora o fauna silvestre viva o muerta, sus productos o derivados, que porten, padezcan o hayan padecido, según corresponda alguna enfermedad contagiosa, que ocasione o pueda ocasionar su diseminación o propagación o el contagio a la flora, a la fauna, a los recursos forestales o a los ecosistemas.

**Exhibit 8, Page 319**



**CÓDIGO PENAL FEDERAL**

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

*Última Reforma DOF 23-01-2009*

**Artículo 418**.- Se impondrá pena de seis meses a nueve años de prisión y por equivalente de cien a tres mil días multa, siempre que dichas actividades no se realicen en zonas urbanas, al que ilícitamente:

**I.** Desmonte o destruya la vegetación natural;

**II.** Corte, arranque, derribe o tale algún o algunos árboles, o

**III.** Cambie el uso del suelo forestal.

La pena de prisión deberá aumentarse hasta en tres años más y la pena económica hasta en mil días multa, para el caso en el que las conductas referidas en las fracciones del primer párrafo del presente artículo afecten un área natural protegida.

**Artículo 419**.- A quien ilícitamente transporte, comercie, acopie, almacene o transforme madera en rollo, astillas, carbón vegetal, así como cualquier otro recurso forestal maderable, o tierra procedente de suelos forestales en cantidades superiores a cuatro metros cúbicos o, en su caso, a su equivalente en madera aserrada, se impondrá pena de uno a nueve años de prisión y de trescientos a tres mil días multa. La misma pena se aplicará aun cuando la cantidad sea inferior a cuatro metros cúbicos, si se trata de conductas reiteradas que alcancen en su conjunto esta cantidad.

La pena privativa de la libertad a la que se hace referencia en el párrafo anterior se incrementará hasta en tres años más de prisión y la pena económica hasta en mil días multa, cuando los recursos forestales maderables provengan de un área natural protegida.

**Artículo 420**.- Se impondrá pena de uno a nueve años de prisión y por el equivalente de trescientos a tres mil días multa, a quien ilícitamente:

**I.** Capture, dañe o prive de la vida a algún ejemplar de tortuga o mamífero marino, o recolecte o almacene de cualquier forma sus productos o subproductos;

**II.** Capture, transforme, acopie, transporte o dañe ejemplares de especies acuáticas declaradas en veda;

**II Bis.-** De manera dolosa capture, transforme, acopie, transporte, destruya o comercie con las especies acuáticas denominadas abulón y langosta, dentro o fuera de los periodos de veda, sin contar con la autorización que corresponda, en cantidad que exceda 10 kilogramos de peso y cuando las conductas a que se refiere la presente fracción se cometan por una asociación delictuosa, en los términos del artículo 164 de este Código, se estará a lo dispuesto en el artículo 194 del Código Federal de Procedimientos Penales.

**III.** Realice actividades de caza, pesca o captura con un medio no permitido, de algún ejemplar de una especie de fauna silvestre, o ponga en riesgo la viabilidad biológica de una población o especie silvestres;

**IV.** Realice cualquier actividad con fines de tráfico, o capture, posea, transporte, acopie, introduzca al país o extraiga del mismo, algún ejemplar, sus productos o subproductos y demás recursos genéticos, de una especie de flora o fauna silvestres, terrestres o acuáticas en veda, considerada endémica, amenazada, en peligro de extinción, sujeta a protección especial, o regulada por algún tratado internacional del que México sea parte, o

**V.** Dañe algún ejemplar de las especies de flora o fauna silvestres, terrestres o acuáticas señaladas en la fracción anterior.

**Exhibit 8, Page 320**

**CÓDIGO PENAL FEDERAL**
*Última Reforma DOF 23-01-2009*

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

Se aplicará una pena adicional hasta de tres años más de prisión y hasta mil días multa adicionales, cuando las conductas descritas en el presente artículo se realicen en o afecten un área natural protegida, o cuando se realicen con fines comerciales.

**Artículo 420 Bis**.- Se impondrá pena de dos a diez años de prisión y por el equivalente de trescientos a tres mil días multa, a quien ilícitamente:

**I.** Dañe, deseque o rellene humedales, manglares, lagunas, esteros o pantanos;

**II.** Dañe arrecifes;

**III.** Introduzca o libere en el medio natural, algún ejemplar de flora o fauna exótica que perjudique a un ecosistema, o que dificulte, altere o afecte las especies nativas o migratorias en los ciclos naturales de su reproducción o migración, o

**IV.** Provoque un incendio en un bosque, selva, vegetación natural o terrenos forestales, que dañe elementos naturales, flora, fauna, los ecosistemas o al ambiente.

Se aplicará una pena adicional hasta de dos años de prisión y hasta mil días multa adicionales, cuando las conductas descritas en el presente artículo se realicen en o afecten un área natural protegida, o el autor o partícipe del delito previsto en la fracción IV, realice la conducta para obtener un lucro o beneficio económico.

## CAPÍTULO TERCERO
### De la bioseguridad

**Artículo 420 Ter**.- Se impondrá pena de uno a nueve años de prisión y de trescientos a tres mil días multa, a quien en contravención a lo establecido en la normatividad aplicable, introduzca al país, o extraiga del mismo, comercie, transporte, almacene o libere al ambiente, algún organismo genéticamente modificado que altere o pueda alterar negativamente los componentes, la estructura o el funcionamiento de los ecosistemas naturales.

Para efectos de este artículo, se entenderá como organismo genéticamente modificado, cualquier organismo que posea una combinación nueva de material genético que se haya obtenido mediante la aplicación de la biotecnología, incluyendo los derivados de técnicas de ingeniería genética.

## CAPÍTULO CUARTO
### Delitos contra la gestión ambiental

**Artículo 420 Quater**.- Se impondrá pena de uno a cuatro años de prisión y de trescientos a tres mil días multa, a quien:

**I.** Transporte o consienta, autorice u ordene que se transporte, cualquier residuo considerado como peligroso por sus características corrosivas, reactivas, explosivas, tóxicas, inflamables, biológico infecciosas o radioactivas, a un destino para el que no se tenga autorización para recibirlo, almacenarlo, desecharlo o abandonarlo;

**II.** Asiente datos falsos en los registros, bitácoras o cualquier otro documento utilizado con el propósito de simular el cumplimiento de las obligaciones derivadas de la normatividad ambiental federal;

**Exhibit 8, Page 321**



**CÓDIGO PENAL FEDERAL**

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

*Última Reforma DOF 23-01-2009*

**III.** Destruya, altere u oculte información, registros, reportes o cualquier otro documento que se requiera mantener o archivar de conformidad a la normatividad ambiental federal;

**IV.** Prestando sus servicios como auditor técnico, especialista o perito o especialista en materia de impacto ambiental, forestal, en vida silvestre, pesca u otra materia ambiental, faltare a la verdad provocando que se cause un daño a los recursos naturales, a la flora, a la fauna, a los ecosistemas, a la calidad del agua o al ambiente, o

**V.** No realice o cumpla las medidas técnicas, correctivas o de seguridad necesarias para evitar un daño o riesgo ambiental que la autoridad administrativa o judicial le ordene o imponga.

Los delitos previstos en el presente Capítulo se perseguirán por querella de la Procuraduría Federal de Protección al Ambiente.

## CAPÍTULO QUINTO
### Disposiciones comunes a los delitos contra el ambiente

**Artículo 421.-** Además de lo establecido en los anteriores capítulos del Título Vigésimo Quinto, se impondrá alguna o algunas de las siguientes penas o medidas de seguridad:

**I.** La realización de las acciones necesarias para restablecer las condiciones de los elementos naturales que constituyen los ecosistemas afectados, al estado en que se encontraban antes de realizarse el delito;

**II.** La suspensión, modificación o demolición de las construcciones, obras o actividades, según corresponda, que hubieren dado lugar al delito ambiental respectivo;

**III.** La reincorporación de los elementos naturales, ejemplares o especies de flora y fauna silvestre, a los hábitat de que fueron sustraídos, siempre y cuando su reincorporación no constituya un peligro al equilibrio ecológico o dificulte la reproducción o migración de especies de flora o fauna silvestre;

**IV.** El retorno de los materiales o residuos peligrosos o ejemplares de flora y fauna silvestre amenazados o en peligro de extinción, al país de origen, considerando lo dispuesto en los tratados y convenciones internacionales de que México sea parte, o

**V.** Inhabilitación, cuando el autor o partícipe del delito tenga la calidad de servidor público, hasta por un tiempo igual al que se le hubiera fijado como pena privativa de libertad, la cual deberá correr al momento en que el sentenciado haya cumplido con la prisión o ésta se hubiera tenido por cumplida.

Los trabajos a favor de la comunidad a que se refiere el artículo 24 de este ordenamiento, consistirán en actividades relacionadas con la protección al ambiente o la restauración de los recursos naturales.

Para los efectos a los que se refiere este artículo, el juez deberá solicitar a la dependencia federal competente o a las instituciones de educación superior o de investigación científica, la expedición del dictamen técnico correspondiente.

Las dependencias de la administración pública competentes, deberán proporcionar al ministerio público o al juez, los dictámenes técnicos o periciales que se requieran con motivo de las denuncias presentadas por la comisión de los delitos a que se refiere el presente Título.

Siempre que el procesado repare el daño voluntariamente sin que se haya resuelto dicha obligación por resolución administrativa, las punibilidades correspondientes a los delitos cometidos, serán las resultantes de disminuir en una mitad los parámetros mínimos y máximos contemplados en este Título.

**Exhibit 8, Page 322**



CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

**Artículo 422**.- En el caso de los delitos contra el ambiente, cuando el autor o partícipe tenga la calidad de garante respecto de los bienes tutelados, la pena de prisión se aumentará hasta en tres años.

**Artículo 423**.- No se aplicará pena alguna respecto a lo dispuesto por el párrafo primero del artículo 418, así como para la transportación de leña o madera muerta a que se refiere el artículo 419, cuando el sujeto activo sea campesino y realice la actividad con fines de uso o consumo doméstico dentro de su comunidad.

## TITULO VIGESIMO SEXTO
### De los Delitos en Materia de Derechos de Autor

**Artículo 424**.- Se impondrá prisión de seis meses a seis años y de trescientos a tres mil días multa:

**I.** Al que especule en cualquier forma con los libros de texto gratuitos que distribuye la Secretaría de Educación Pública;

**II.** Al editor, productor o grabador que a sabiendas produzca más números de ejemplares de una obra protegida por la Ley Federal del Derecho de Autor, que los autorizados por el titular de los derechos;

**III.** A quien use en forma dolosa, con fin de lucro y sin la autorización correspondiente obras protegidas por la Ley Federal del Derecho de Autor.

**Artículo 424 bis**.- Se impondrá prisión de tres a diez años y de dos mil a veinte mil días multa:

**I.** A quien produzca, reproduzca, introduzca al país, almacene, transporte, distribuya, venda o arriende copias de obras, fonogramas, videogramas o libros, protegidos por la Ley Federal del Derecho de Autor, en forma dolosa, con fin de especulación comercial y sin la autorización que en los términos de la citada Ley deba otorgar el titular de los derechos de autor o de los derechos conexos.

Igual pena se impondrá a quienes, a sabiendas, aporten o provean de cualquier forma, materias primas o insumos destinados a la producción o reproducción de obras, fonogramas, videogramas o libros a que se refiere el párrafo anterior, o

**II.** A quien fabrique con fin de lucro un dispositivo o sistema cuya finalidad sea desactivar los dispositivos electrónicos de protección de un programa de computación.

**Artículo 424 ter**.- Se impondrá prisión de seis meses a seis años y de cinco mil a treinta mil días multa, a quien venda a cualquier consumidor final en vías o en lugares públicos, en forma dolosa, con fines de especulación comercial, copias de obras, fonogramas, videogramas o libros, a que se refiere la fracción I del artículo anterior.

Si la venta se realiza en establecimientos comerciales, o de manera organizada o permanente, se estará a lo dispuesto en el artículo 424 Bis de este Código.

**Artículo 425**.- Se impondrá prisión de seis meses a dos años o de trescientos a tres mil días multa, al que a sabiendas y sin derecho explote con fines de lucro una interpretación o una ejecución.

**Artículo 426**.- Se impondrá prisión de seis meses a cuatro años y de trescientos a tres mil días multa, en los casos siguientes:

**I.** A quien fabrique, importe, venda o arriende un dispositivo o sistema para descifrar una señal de satélite cifrada, portadora de programas, sin autorización del distribuidor legítimo de dicha señal, y

**Exhibit 8, Page 323**



**CÓDIGO PENAL FEDERAL**

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

*Última Reforma DOF 23-01-2009*

**II.** A quien realice con fines de lucro cualquier acto con la finalidad de descifrar una señal de satélite cifrada, portadora de programas, sin autorización del distribuidor legítimo de dicha señal.

**Artículo 427.-** Se impondrá prisión de seis meses a seis años y de trescientos a tres mil días multa, a quien publique a sabiendas una obra substituyendo el nombre del autor por otro nombre.

**Artículo 428**.- Las sanciones pecuniarias previstas en el presente título se aplicarán sin perjuicio de la reparación del daño, cuyo monto no podrá ser menor al cuarenta por ciento del precio de venta al público de cada producto o de la prestación de servicios que impliquen violación a alguno o algunos de los derechos tutelados por la Ley Federal del Derecho de Autor.

**Artículo 429**.- Los delitos previstos en este título se perseguirán por querella de parte ofendida, salvo el caso previsto en el artículo 424, fracción l, que será perseguido de oficio. En el caso de que los derechos de autor hayan entrado al dominio público, la querella la formulará la Secretaría de Educación Pública, considerándose como parte ofendida.

## ARTICULOS TRANSITORIOS:

**1º**.- Este Código comenzará a regir el día 17 de septiembre de 1931.

**2º**.- Desde esa misma fecha queda abrogado el Código Penal de 15 de diciembre de 1929, así como todas las demás leyes que se opongan a la presente; pero tanto ese Código como el de 7 de diciembre de 1871, deberán continuar aplicándose por los hechos ejecutados, respectivamente, durante su vigencia, a menos que los acusados manifiesten su voluntad de acogerse al ordenamiento que estimen más favorable, entre el presente Código y el que regía en la época de la perpetración del delito.

**3º**.- Quedan vigentes las disposiciones de carácter penal contenidas en leyes especiales en todo lo que no esté previsto en este Código.

Por tanto, mando se imprima, publique, circule y se le dé el debido cumplimiento.

Dado en el Palacio del Poder Ejecutivo Federal, en México, a los trece días del mes de agosto de mil novecientos treinta y uno.- **P. Ortiz Rubio**.- Rúbrica.- El Subsecretario de Gobernación, Encargado del Despacho, **Octavio Mendoza González**.- Rúbrica.

Lo que comunico a usted para su publicación y demás fines.

Sufragio Efectivo. No Reelección.

México, D.F., a 14 de agosto de 1931.- El Subsecretario de Gobernación. Encargado del Despacho, **Octavio Mendoza González**.- Rúbrica.

**Exhibit 8, Page 324**

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

CÓDIGO PENAL FEDERAL
Última Reforma DOF 23-01-2009

## APENDICE 1

### TABLA 1

| MARIHUANA | RESINA DE CANNABIS (HASCHICH) | MORFINA | BUPRENORFINA (NUVAINE) | CLORHIDRATO DE COCAINA | SULFATO DE COCAINA | HEROINA (DIACETIL-MORFINA) | FENTANIL (ALFA-METIL)(CHINA-WHITE) | MEPERIDINA (DEMEROL) | PRIMODELINCUENCIA | 1ª REINCIDENCIA | 2ª REINCIDENCIA | MULTIREINCIDENTE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | PENA DE PRISION | | | |
| máx 250 grs | máx 5 grs | máx 150 mgs | máx 200 mgs | máx 25 grs | máx 250 grs | máx 1 gr | máx 2 grs | máx 2 grs | 10 meses a 1 año 4 meses | 1 año a 1 año 6 meses | 1 año 3 meses a 1 año 9 meses | 1 año 9 meses a 2 años 3 meses |
| 250 grs a 1 kg | 5-20 grs | 150-300 mgs | 200-400 mgs | 25-50 grs | 250-500 grs | 1-2 grs | 2-4 grs | 2-4 grs | 1 año 4 meses a 1 año 9 meses | 1 año 6 meses a 2 años | 1 año 9 meses a 2 años 3 meses | 2 años 3 meses a 2 años 9 meses |
| 1 a 2.5 kg | 20-50 grs | 300-500 mgs | 400-800 mgs | 50-100 grs | 500 mgs-1gr | 2-4 grs | 4-8 grs | 4-8 grs | 1 año 9 meses a 2 años 9 meses | 2 años a 3 años 1 mes | 2 años 3 meses a 3 años 5 meses | 2 años 9 meses a 4 años 3 meses |
| 2.5 a 5 kg | 50-100 grs | 500-1 gr | 800-1 gr | 100-200 grs | 1-2 grs | 4-6 grs | 8-16 grs | 8-16 grs | 2 años 9 meses a 4 años 3 meses | 3 años 1 mes a 4 años 9 meses | 3 años 5 meses a 5 años 3 meses | 4 años 3 meses a 6 años 6 meses |

### TABLA 2

| FENCICLIDINA (PCP) | MEZCALINA | ACIDO LISERGICO (LSD) | PSILOCIBINA | CLORHIDRATO DE METANFETAMINA (ICE) | METANFETAMINA | PRIMODELINCUENCIA | 1ª REINCIDENCIA | 2ª REINCIDENCIA | MULTIREINCIDENTE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | PENA DE PRISION | | | |
| máx 2 grs | máx 2.5 grs | máx 50 mgs | máx 2.5 grs | máx 1.5 gr | máx 1.5 gr | 10 meses a 1 año 4 meses | 1 años a 1 año 6 meses | 1 año 3 meses a 1 año 9 meses | 1 año 9 meses a 2 años 3 meses |
| 2-4 grs | 2.5-5 grs | 50-100 mgs | 2.5-5 grs | 1.5-3 grs | 1.5-3 grs | 1 año 4 meses a 1 año 9 meses | 1 año 6 meses a 2 años | 1 año 9 meses a 2 años 3 meses | 2 años 3 meses a 2 años 9 meses |
| 4-8 grs | 5-10 grs | 100-200 mgs | 5-10 grs | 3-5 grs | 3-5 grs | 1 año 9 meses a 2 años 9 meses | 2 años a 3 años 1 mes | 2 años 3 meses a 3 años 5 meses | 2 años 9 meses a 4 años 3 meses |
| 8-16 grs | 10-20 grs | 200-400 mgs | 10-20 grs | 5-10 grs | 5-10 grs | 2 años 9 meses a 4 años 3 meses | 3 años 1 mes a 4 años 9 meses | 3 años 5 meses a 5 años 3 meses | 4 años 3 meses a 6 años 6 meses |

### TABLA 3

| DIAZEPAM | FLUNITRAZEPAM | FENPROPOREX | TRIHEXIFENIDILO | CLORODIAZEPOXIDO | PRIMODELINCUENCIA | 1ª REINCIDENCIA | 2ª REINCIDENCIA | MULTIREINCIDENTE |
|---|---|---|---|---|---|---|---|---|
| | | | | | PENA DE PRISION | | | |
| máx 150 mgs | máx 100mgs | máx 200 mgs | máx 100 mgs | máx 240 mgs | 10 meses a 1 año 4 meses | 1 año a 1 año 6 meses | 1 año 3 meses a 1 año 9 meses | 1 año 9 meses a 2 años 3 meses |
| 150-300 mgs | 100-200 mgs | 200-300 mgs | 100-200 mgs | 240-600 mgs | 1 año 4 meses a 1 año 9 meses | 1 año 6 meses a 2 años | 1 año 9 meses a 2 años 3 meses | 2 años 3 meses a 2 años 9 meses |
| 300-600 mgs | 200-300 mgs | 300-400 mgs | 200-300 mgs | 600 mgs-1 gr | 1 año 9 meses a 2 años 9 meses | 2 años a 3 años 1 mes | 2 años 3 meses a 3 años 5 meses | 2 años 9 meses a 4 años 3 meses |
| 600 mgs-1 gr | 300-400 mgs | 400-600 mgs | 300-400 mgs | 1-2 grs | 2 años 9 meses a 4 años 3 meses | 3 años 1 mes a 4 años 9 meses | 3 años 5 meses a 5 años 3 meses | 4 años 3 meses a 6 años 6 meses |

Exhibit 8, Page 325



CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

**CÓDIGO PENAL FEDERAL**
*Última Reforma DOF 23-01-2009*

**TABLA 4**

| SECOBARBITAL | MECUALONA | PENTOBARBITAL | RAFETAMINA | DEXTROANFETAMINA | PRIMODELINCUENCIA | 1ª REINCIDENCIA | 2ª REINCIDENCIA | MULTIREINCIDENTE |
|---|---|---|---|---|---|---|---|---|
| | | | | | PENA DE PRISION | | | |
| máx 2 grs | máx 2.5 grs | máx 5 grs | máx 150 mgs | máx 150 mgs | 10 meses a 1 año 4 meses | 1 año a 1 años 6 meses | 1 año 3 meses a 1 año 9 meses | 1 año 9 meses a 2 años 3 meses |
| 2-4 grs | 2.5-5 grs | 5-20 grs | 150-300 mgs | 150-300 mgs | 1 año 4 meses a 1 año 9 meses | 1 año 6 meses a 2 años | 1 año 9 meses a 2 años 3 meses | 2 años 3 meses a 2 años 9 meses |
| 4-8 grs | 5-10 grs | 20-50 grs | 300-500 mgs | 300-500 mgs | 1 año 9 meses a 2 años 9 meses | 2 años a 3 años 1 mes | 2 años 3 meses a 3 años 5 meses | 2 años 9 meses a 4 años 3 meses |
| 8- 16 grs | 10-20 grs | 50-100 grs | 500 mgs-1 gr | 500 mgs-1 gr | 2 años 9 meses a 4 años 3 meses | 3 años 1 meses a 4 años 9 meses | 3 años 5 meses a 5 años 3 meses | 4 años 3 meses a 6 años 6 meses |

Exhibit 8, Page 326



**CÓDIGO PENAL FEDERAL**

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

*Última Reforma DOF 23-01-2009*

## ARTÍCULOS TRANSITORIOS DE DECRETOS DE REFORMA

**DECRETO por el que se reforman, adicionan y derogan diversos artículos del Código Penal para el Distrito Federal en Materia de Fuero Común y para toda la República en Materia de Fuero Federal, del Código Fiscal de la Federación, del Código de Procedimientos Penales para el Distrito Federal y del Código Federal de Procedimientos Penales.**

Publicado en el Diario Oficial de la Federación el 13 de mayo de 1996

**ARTÍCULO PRIMERO.-** Se reforman los artículos 7o., fracción III, 64, segundo y tercer párrafo, 65, 70, fracciones I, II y III, 185, 189, 243, 253 párrafo primero y la fracción I, en sus incisos e) segundo párrafo y g), 289, 364 párrafo primero y fracción I, 366 párrafos primero con sus fracciones, segundo y tercero, y 400 bis; se adicionan un tercer párrafo al artículo 63, un segundo y tercer párrafo al artículo 65, un párrafo final al artículo 70 y otro al artículo 158, el artículo 196 ter, un segundo párrafo al artículo 243, el inciso i) a la fracción I del artículo 253, las fracciones VII y VIII al artículo 254, el artículo 254 ter, un segundo y tercer párrafo a la fracción I del artículo 364, un nuevo artículo 366 bis, hecho lo cual se recorre en su orden el actual artículo 366 bis, para ser el artículo 366 ter, la fracción III al artículo 368, los artículos 368 bis y 368 ter, un tercer párrafo al artículo 371, el artículo 377 y un último párrafo al artículo 400; se modifica la denominación del Título Vigésimo Tercero del Libro Segundo y se le divide en dos capítulos; y se deroga el artículo 321 del Código Penal para el Distrito Federal en Materia de Fuero Común, y para toda la República en Materia de Fuero Federal, para quedar como sigue:

..........

## TRANSITORIOS

**PRIMERO.-** El presente decreto entrará en vigor al día siguiente de su publicación en el **Diario Oficial de la Federación**.

**SEGUNDO.-** El artículo 115 bis del Código Fiscal de la Federación, vigente hasta la entrada en vigor del presente decreto, seguirá aplicándose por los hechos realizados durante su vigencia. Asimismo, dicho precepto seguirá aplicándose a las personas procesadas o sentenciadas por los delitos previstos y sancionados por el mencionado artículo.

Para proceder penalmente en los casos a que se refiere el artículo 115 bis del Código Fiscal de la Federación, en los términos del párrafo anterior, se seguirá requiriendo la querella de la Secretaría de Hacienda y Crédito Público.

Para efectos de la aplicación de las penas respectivas, regirá lo dispuesto en el artículo 56 del Código Penal citado, sin que ello implique la extinción de los tipos penales.

**TERCERO.-** Para los supuestos, sujetos y efectos del artículo anterior, los delitos previstos en el artículo 115 bis del Código Fiscal de la Federación, se seguirán calificando como graves, en los términos del artículo 194 del Código Federal de Procedimientos Penales, para todos los efectos legales procedentes.

México, D.F., a 29 de abril de 1996.- Sen. **Miguel Alemán Velasco**, Presidente.- Dip. **María Claudia Esqueda Llanes**, Presidente.- Sen. **Raúl Juárez Valencia**, Secretario.- Dip. **Sergio Vázquez Olivas**, Secretario.- Rúbricas".

Exhibit 8, Page 327

**CÓDIGO PENAL FEDERAL**

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

*Última Reforma DOF 23-01-2009*

En cumplimiento de lo dispuesto por la fracción I del Artículo 89 de la Constitución Política de los Estados Unidos Mexicanos, y para su debida publicación y observancia, expido el presente Decreto en la residencia del Poder Ejecutivo Federal, en la Ciudad de México, Distrito Federal, a los nueve días del mes de mayo del año de mil novecientos noventa y seis.- **Ernesto Zedillo Ponce de León**.- Rúbrica.- El Secretario de Gobernación, **Emilio Chuayffet Chemor**.- Rúbrica.

**Exhibit 8, Page 328**



CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

## DECRETO por el que se reforman, adicionan y derogan diversas disposiciones del Código Penal para el Distrito Federal en Materia de Fuero Común y para toda la República en Materia de Fuero Federal; del Código Federal de Procedimientos Penales; de la Ley de Vías Generales de Comunicación; de la Ley Orgánica del Poder Judicial de la Federación y de la Ley Orgánica de la Procuraduría General de la República.

Publicado en el Diario Oficial de la Federación el 7 de noviembre de 1996

**ARTÍCULO PRIMERO.-** Se adicionan los artículos 177 y 211 bis y se derogan la fracción IX del artículo 167 y el artículo 196 bis del Código Penal para el Distrito Federal en materia de Fuero Común y para toda la República en materia de Fuero Federal, para quedar como sigue:

..........

## TRANSITORIOS

**PRIMERO.-** Este Decreto entrará en vigor al día siguiente de su publicación en el **Diario Oficial de la Federación**.

**SEGUNDO.-** Los artículos 167, fracción IX, y 196 bis del Código Penal para el Distrito Federal en materia de Fuero Común y para toda la República en materia de Fuero Federal, vigentes hasta la entrada en vigor del presente Decreto, seguirán aplicándose por los hechos realizados durante su vigencia. Asimismo, dichos preceptos seguirán aplicándose a las personas procesadas o sentenciadas por los delitos previstos y sancionados por los mismos artículos. Lo anterior sin perjuicio de aplicar, cuando proceda, lo previsto en el artículo 56 del citado Código Penal.

México, D.F., a 29 de octubre de 1996.- Sen. **Melchor de los Santos Ordóñez**, Presidente.- Dip. **Carlos Humberto Aceves del Olmo**, Presidente.- Sen. **Eduardo Andrade Sánchez**, Secretario.- Dip. **Fernando Jesús Rivadeneyra Rivas**, Secretario.- Rúbricas".

En cumplimiento de lo dispuesto por la fracción I del Artículo 89 de la Constitución Política de los Estados Unidos Mexicanos, y para su debida publicación y observancia, expido el presente Decreto en la residencia del Poder Ejecutivo Federal, en la Ciudad de México, Distrito Federal, a los seis días del mes de noviembre de mil novecientos noventa y seis.- **Ernesto Zedillo Ponce de León**.- Rúbrica.- El Secretario de Gobernación, **Emilio Chuayffet Chemor**.- Rúbrica.

**Exhibit 8, Page 329**



**CÓDIGO PENAL FEDERAL**

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

*Última Reforma DOF 23-01-2009*

**DECRETO por el que se reforman, adicionan y derogan diversas disposiciones del Código Federal de Instituciones y Procedimientos Electorales; de la Ley Reglamentaria de las Fracciones I y II del Artículo 105 de la Constitución Política de los Estados Unidos Mexicanos; de la Ley Orgánica del Poder Judicial de la Federación; del Código Penal para el Distrito Federal en Materia de Fuero Común y para toda la República en Materia de Fuero Federal; del Estatuto de Gobierno del Distrito Federal; y se expide la Ley General del Sistema de Medios de Impugnación en Materia Electoral.**

Publicado en el Diario Oficial de la Federación el 22 de noviembre de 1996

**ARTICULO QUINTO.-** SE REFORMAN los artículos 401; 403 y 404; las fracciones II, IV a VI, VIII, X y XI del artículo 405; el primer párrafo y las fracciones I, III a VI del artículo 406; las fracciones I a III del artículo 407; y el artículo 411. SE ADICIONAN la fracción XIII al artículo 403; la fracción VII al artículo 406; y una fracción IV al artículo 407. SE DEROGA la fracción IX del artículo 405; todos del Código Penal para el Distrito Federal en Materia de Fuero Común, y para toda la República en Materia de Fuero Federal, para quedar en los siguientes términos:

..........

## TRANSITORIO

**Unico.-** Las reformas al Código Penal para el Distrito Federal en Materia de Fuero Común y para toda la República en Materia de Fuero Federal a que se refiere el artículo QUINTO del presente Decreto, entrarán en vigor el día de su publicación en el **Diario Oficial de la Federación**.

**ARTICULOS TRANSITORIOS DEL DECRETO POR EL QUE SE REFORMAN, ADICIONAN Y DEROGAN DIVERSAS DISPOSICIONES DEL CODIGO FEDERAL DE INSTITUCIONES Y PROCEDIMIENTOS ELECTORALES; DE LA LEY REGLAMENTARIA DE LAS FRACCIONES I Y II DEL ARTICULO 105 DE LA CONSTITUCION POLITICA DE LOS ESTADOS UNIDOS MEXICANOS; DE LA LEY ORGANICA DEL PODER JUDICIAL DE LA FEDERACION; DEL CODIGO PENAL PARA EL DISTRITO FEDERAL EN MATERIA DE FUERO COMUN Y PARA TODA LA REPUBLICA EN MATERIA DE FUERO FEDERAL; DEL ESTATUTO DE GOBIERNO DEL DISTRITO FEDERAL; Y SE EXPIDE LA LEY GENERAL DEL SISTEMA DE MEDIOS DE IMPUGNACION EN MATERIA ELECTORAL**

**PRIMERO.-** Las reformas a que se refiere el presente Decreto entrarán en vigor el día de su publicación en el **Diario Oficial de la Federación**, con las particularidades que se establecen en las disposiciones transitorias de cada uno de los artículos de este Decreto.

**SEGUNDO.-** Se derogan todas las disposiciones que se opongan al presente Decreto.

**TERCERO.-** El seis de julio de 1997 se elegirán, para el Distrito Federal, exclusivamente el Jefe de Gobierno y los Diputados a la Asamblea Legislativa del Distrito Federal.

Se derogan todos los artículos del Estatuto de Gobierno del Distrito Federal referidos a la elección de los Consejeros Ciudadanos.

Las normas que regulan las funciones sustantivas de los actuales Consejeros Ciudadanos establecidas en los ordenamientos vigentes, seguirán aplicándose hasta la terminación del periodo para el que fueron electos.

**Exhibit 8, Page 330**



**CÓDIGO PENAL FEDERAL**

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

*Última Reforma DOF 23-01-2009*

Con base en el nuevo Estatuto de Gobierno del Distrito Federal, la Asamblea Legislativa expedirá las disposiciones relativas a la participación ciudadana en el Distrito Federal.

**CUARTO.-** Se autoriza al titular del Poder Ejecutivo Federal para que por conducto de la Secretaría de Hacienda y Crédito Público, se realicen las transferencias presupuestales necesarias, a efecto de que las autoridades correspondientes puedan cumplir con las obligaciones y llevar a cabo las nuevas actividades que las presentes reformas y adiciones les imponen.

**QUINTO.-** Los criterios de jurisprudencia sostenidos por la Sala Central y la Sala de Segunda Instancia del Tribunal Federal Electoral, según corresponda, continuarán siendo aplicables en tanto no se opongan a las reformas establecidas en los artículos SEGUNDO, TERCERO y CUARTO del presente Decreto.

Para que los criterios de jurisprudencia a que se refiere el párrafo anterior resulten obligatorios, se requerirá de la declaración formal de la Sala Superior del Tribunal Electoral. Hecha la declaración, la jurisprudencia se notificará de inmediato a las Salas Regionales, al Instituto Federal Electoral y, en su caso, a las autoridades electorales locales.

México, D.F., a 19 de noviembre de 1996.- Dip. **Heriberto M. Galindo Quiñones**, Presidente.- Sen. **Angel Sergio Guerrero Mier**, Presidente.- Dip. **Josué Valdés Mondragón**, Secretario.- Sen. **Jorge Gpe. López Tijerina**, Secretario.- Rúbricas".

En cumplimiento de lo dispuesto por la fracción I del Artículo 89 de la Constitución Política de los Estados Unidos Mexicanos, y para su debida publicación y observancia, expido el presente Decreto en la residencia del Poder Ejecutivo Federal, en la Ciudad de México, Distrito Federal, a los diecinueve días del mes de noviembre de mil novecientos noventa y seis.- **Ernesto Zedillo Ponce de León**.- Rúbrica.- El Secretario de Gobernación, **Emilio Chuayffet Chemor**.- Rúbrica.

**Exhibit 8, Page 331**



**CÓDIGO PENAL FEDERAL**

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

*Última Reforma DOF 23-01-2009*

## DECRETO por el que se reforma, adiciona y deroga diversos artículos del Código Penal para el Distrito Federal en materia de Fuero Común, y para toda la República en materia de Fuero Federal.

Publicado en el Diario Oficial de la Federación el 13 de diciembre de 1996

**Artículo Unico.-** Se reforma el artículo 254, se deroga el artículo 254 bis y se adiciona el título vigésimo quinto del Código Penal para el Distrito Federal en materia de Fuero Común y para toda la República en materia de Fuero Federal, para quedar como sigue:

..........

# ARTICULOS TRANSITORIOS

**ARTICULO PRIMERO.-** El presente Decreto entrará en vigor al día siguiente de su publicación en el **Diario Oficial de la Federación**.

**ARTICULO SEGUNDO.-** Se derogan los artículos del 183 al 187 de la Ley General del Equilibrio Ecológico y la Protección al Ambiente; el artículo 58 de la Ley Forestal; y los artículos 30 y 31 de la Ley Federal de Caza.

México, D.F., a 30 de octubre de 1996.- Dip. **Carlos Humberto Aceves del Olmo**, Presidente.- Sen. **Melchor de los Santos Ordóñez**, Presidente.- Dip. **Severiano Pérez Vázquez**, Secretario.- Sen. **Rosendo Villarreal Dávila**, Secretario.- Rúbricas".

En cumplimiento de lo dispuesto por la fracción I del Artículo 89 de la Constitución Política de los Estados Unidos Mexicanos, y para su debida publicación y observancia, expido el presente Decreto en la residencia del Poder Ejecutivo Federal, en la Ciudad de México, Distrito Federal, a los diez días del mes de diciembre de mil novecientos noventa y seis.- **Ernesto Zedillo Ponce de León**.- Rúbrica.- El Secretario de Gobernación, **Emilio Chuayffet Chemor**.- Rúbrica.

**Exhibit 8, Page 332**



CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

**CÓDIGO PENAL FEDERAL**
*Última Reforma DOF 23-01-2009*

## DECRETO por el que se deroga la fracción XVI del artículo 387, se reforma el artículo 419, y se adiciona un Título Vigésimo Sexto al Libro Segundo, todos ellos del Código Penal para el Distrito Federal en materia de Fuero Común y para toda la República en materia de Fuero Federal.

Publicado en el Diario Oficial de la Federación el 24 de diciembre de 1996

**ARTICULO PRIMERO.-** Se deroga la fracción XVI del artículo 387 del Código Penal para el Distrito Federal en Materia de Fuero Común y para toda la República en Materia de Fuero Federal, para quedar como sigue:

..........

**ARTICULO SEGUNDO.-** Se reforma el artículo 419 del Código Penal para el Distrito Federal en Materia de Fuero Común y para toda la República en Materia de Fuero Federal, para quedar como sigue:

..........

**ARTICULO TERCERO.-** Se adiciona un Título Vigésimo Sexto al Libro Segundo del Código Penal para el Distrito Federal en Materia de Fuero Común y para toda la República en Materia de Fuero Federal, para quedar como sigue:

..........

## TRANSITORIOS

**PRIMERO.-** El artículo Segundo del presente Decreto entrará en vigor al día siguiente de su publicación en el **Diario Oficial de la Federación**. Los artículos Primero y Tercero entrarán en vigor noventa días después de su publicación en el **Diario Oficial de la Federación**.

**SEGUNDO.-** A las personas que hubieren cometido delitos contemplados en la Ley Federal de Derechos de Autor publicada en el **Diario Oficial de la Federación** el 29 de diciembre de 1956, con anterioridad a la entrada en vigor del presente Decreto, les serán aplicables las sanciones vigentes al momento en que se hubieren realizado dichas conductas. Al efecto, los artículos 135 a 144 de dicha ley, seguirán vigentes y se aplicarán a la persecución, sanción y ejecución de sentencias por hechos ejecutados hasta antes de la entrada en vigor del Título Vigésimo Sexto que se adiciona al Código Penal para el Distrito Federal en materia de Fuero Común y para toda la República en materia de Fuero Federal por este Decreto.

México, D.F., a 5 de diciembre de 1996.- Dip. **Sara Esther Muza Simón**, Presidente.- Sen. **Laura Pavón Jaramillo**, Presidenta.- Dip. **José Luis Martínez Alvarez**, Secretario.- Sen. **Angel Ventura Valle**, Secretario.- Rúbricas".

En cumplimiento de lo dispuesto por la fracción I del Artículo 89 de la Constitución Política de los Estados Unidos Mexicanos, y para su debida publicación y observancia, expido el presente Decreto en la residencia del Poder Ejecutivo Federal, en la Ciudad de México, Distrito Federal, a los dieciocho días del mes de diciembre de mil novecientos noventa y seis.- **Ernesto Zedillo Ponce de León**.- Rúbrica.- El Secretario de Gobernación, **Emilio Chuayffet Chemor**.- Rúbrica.

**Exhibit 8, Page 333**



**CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN**
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

**CÓDIGO PENAL FEDERAL**
*Última Reforma DOF 23-01-2009*

## DECRETO por el que se reforman la fracción III del artículo 231 de la Ley Federal del Derecho de Autor, así como la fracción III del artículo 424 del Código Penal para el Distrito Federal en Materia de Fuero Común y para toda la República en Materia de Fuero Federal.

Publicado en el Diario Oficial de la Federación el 19 de mayo de 1997

**ARTICULO SEGUNDO.-** Se reforma la fracción III del artículo 424 del Código Penal para el Distrito Federal en Materia de Fuero Común y para toda la República en Materia de Fuero Federal, para quedar como sigue:

..........

## TRANSITORIO

**UNICO.-** El presente Decreto entrará en vigor al día siguiente de su publicación en el **Diario Oficial de la Federación**.

México, D.F., a 28 de abril de 1997.- Dip. **Netzahualcóyotl de la Vega García**, Presidente.- Sen. **Judith Murguía Corral**, Presidenta.- Dip. **Gladys Merlín Castro**, Secretario.- Sen. **José Luis Medina Aguiar**, Secretario.- Rúbricas**".**

En cumplimiento de lo dispuesto por la fracción I del Artículo 89 de la Constitución Política de los Estados Unidos Mexicanos, y para su debida publicación y observancia, expido el presente Decreto en la residencia del Poder Ejecutivo Federal, en la Ciudad de México, Distrito Federal, a los quince días del mes de mayo de mil novecientos noventa y siete.- **Ernesto Zedillo Ponce de León**.- Rúbrica.- El Secretario de Gobernación, **Emilio Chuayffet Chemor**.- Rúbrica.

**Exhibit 8, Page 334**



**CÓDIGO PENAL FEDERAL**

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

*Última Reforma DOF 23-01-2009*

**DECRETO por el que se reforma, adiciona y deroga diversas disposiciones del Código Civil para el Distrito Federal en Materia Común y para toda la República en Materia Federal; del Código de Procedimientos Civiles para el Distrito Federal; del Código Penal para el Distrito Federal en Materia de Fuero Común y para toda la República en Materia de Fuero Federal, y del Código de Procedimientos Penales para el Distrito Federal.**

Publicado en el Diario Oficial de la Federación el 30 de diciembre de 1997

**ARTÍCULO TERCERO.-** Se reforman los artículos 30, fracciones I y II; 203; 260, primer párrafo; 261; 265; 266, y 300; se adiciona el artículo 265 bis; un párrafo segundo al artículo 282, pasando el actual segundo a ser tercero; un Capítulo VIII al Título Decimonoveno; los artículos 343 bis; 343 ter; 343 quáter; un último párrafo al artículo 350, y el artículo 366 quáter, del Código Penal para el Distrito Federal en materia de fuero común y para toda la República en materia de fuero federal, para quedar como sigue:

..........

**TRANSITORIOS**

**PRIMERO.-** Este Decreto entrará en vigor a los treinta días de su publicación en el **Diario Oficial de la Federación**.

**SEGUNDO.-** Los procedimientos de carácter civil que se encuentren pendientes de resolución a la entrada en vigor del presente Decreto, se substanciarán y resolverán conforme a las disposiciones vigentes al momento de su inicio.

México, D.F., a 13 de diciembre de 1997.- Dip. **Juan Cruz Martínez**, Presidente.- Sen. **Heladio Ramírez López**, Presidente.- Dip. **José Antonio Álvarez Hernández**, Secretario.- Sen. **Gilberto Gutiérrez Quiroz**, Secretario.- Rúbricas**".**

En cumplimiento de lo dispuesto por la fracción I del Artículo 89 de la Constitución Política de los Estados Unidos Mexicanos, y para su debida publicación y observancia, expido el presente Decreto en la residencia del Poder Ejecutivo Federal, en la Ciudad de México, Distrito Federal, a los veintiséis días del mes de diciembre de mil novecientos noventa y siete.- **Ernesto Zedillo Ponce de León**.- Rúbrica.- El Secretario de Gobernación, **Emilio Chuayffet Chemor**.- Rúbrica.

**Exhibit 8, Page 335**



CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

*Última Reforma DOF 23-01-2009*

## DECRETO por el que se modifican diversas leyes fiscales y otros ordenamientos federales.

Publicado en el Diario Oficial de la Federación el 31 de diciembre de 1998

**Código Penal para el Distrito Federal en materia de Fuero Común y para toda la República en materia de Fuero Federal**

**Artículo Décimo Quinto.** Se **REFORMA** el artículo 70, último párrafo del Código Penal para el Distrito Federal en materia de Fuero Común y para toda la República en materia de Fuero Federal, para quedar como sigue:

..........

### Transitorios

**PRIMERO.** El presente Decreto entrará en vigor el 1o. de enero de 1999.

**SEGUNDO.** El Artículo Cuarto de este Decreto entrará en vigor el 1o. de enero del año 2000.

México, D.F., a 30 de diciembre de 1998.- Dip. **Juan Marcos Gutiérrez González**, Presidente.- Sen. **Mario Vargas Aguiar**, Presidente.- Dip. **José Ernesto Manrique Villarreal**, Secretario.- Sen. **Fernando Palomino Topete**, Secretario.- Rúbricas**"**.

En cumplimiento de lo dispuesto por la fracción I del Artículo 89 de la Constitución Política de los Estados Unidos Mexicanos, y para su debida publicación y observancia, expido el presente Decreto en la residencia del Poder Ejecutivo Federal, en la Ciudad de México, Distrito Federal, a los treinta y un días del mes de diciembre de mil novecientos noventa y ocho.- **Ernesto Zedillo Ponce de León**.- Rúbrica.- El Secretario de Gobernación, **Francisco Labastida Ochoa**.- Rúbrica.

**Exhibit 8, Page 336**



**CÓDIGO PENAL FEDERAL**

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

*Última Reforma DOF 23-01-2009*

**DECRETO por el que se reforman diversas disposiciones del Código Penal para el Distrito Federal en Materia de Fuero Común y para toda la República en Materia de Fuero Federal; del Código Federal de Procedimientos Penales, y de la Ley de Amparo, Reglamentaria de los Artículos 103 y 107 de la Constitución Política de los Estados Unidos Mexicanos.**

Publicado en el Diario Oficial de la Federación el 8 de febrero de 1999

**ARTICULO PRIMERO.-** Se reforman los artículos 40, párrafo segundo; 164, párrafo primero; 196 Ter; la denominación del Capítulo II del Título Decimotercero del Libro Segundo, y las fracciones XIV y XV del artículo 381; se adicionan un segundo párrafo al artículo 178; los artículos 240 Bis y la fracción XVI al artículo 381, todos del Código Penal para el Distrito Federal en Materia de Fuero Común y para toda la República en Materia de Fuero Federal, para quedar como sigue:

.........

## TRANSITORIOS

**PRIMERO.-** El presente Decreto entrará en vigor al día siguiente de su publicación en el **Diario Oficial de la Federación**.

**SEGUNDO.-** A las personas que a la fecha de entrada en vigor del presente Decreto se encuentren sujetas a proceso penal por alguno de los delitos contenidos en las disposiciones del Código Penal para el Distrito Federal en Materia de Fuero Común y para toda la República en Materia de Fuero Federal, mencionadas en el Artículo Primero de este Decreto, le serán aplicables las disposiciones de dichos artículos vigentes al momento de la comisión del delito.

Los procedimientos penales y de amparo no concluidos en la fecha señalada en el transitorio anterior, seguirán tramitándose conforme a las disposiciones del Código Federal de Procedimientos Penales y de la Ley de Amparo vigentes con anterioridad a la fecha de entrada en vigor del presente Decreto.

**TERCERO.-** La resoluciones de la autoridad judicial en las que se hubiere prorrogado el arraigo domiciliario decretado originalmente seguirán subsistiendo por todo el término que se hubiere señalado en la prórroga.

México, D.F., a 2 de diciembre de 1998.- Sen. **José Ramírez Gamero**, Presidente.- Dip. **Salvador Sánchez Vázquez**, Presidente.- Sen. **Gabriel Covarrubias Ibarra**, Secretario.- Dip. **Horacio Veloz Muñoz**, Secretario.- Rúbricas.**"**

En cumplimiento de lo dispuesto por la fracción I del Artículo 89 de la Constitución Política de los Estados Unidos Mexicanos, y para su debida publicación y observancia, expido el presente Decreto en la residencia del Poder Ejecutivo Federal, en la Ciudad de México, Distrito Federal, a los veintinueve días del mes de enero de mil novecientos noventa y nueve.- **Ernesto Zedillo Ponce de León**.- Rúbrica.- El Secretario de Gobernación, **Francisco Labastida Ochoa**.- Rúbrica.

**Exhibit 8, Page 337**

**CÓDIGO PENAL FEDERAL**
CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

*Última Reforma DOF 23-01-2009*

## DECRETO por el que se reforman diversas disposiciones en materia penal.

Publicado en el Diario Oficial de la Federación el 17 de mayo de 1999

**ARTICULO PRIMERO.-** Se reforman, adicionan y derogan los artículos 25; 40; 64, párrafos primero y segundo; 65, párrafo tercero; 70, párrafo último; 85; 86; 90, fracción I incisos b), c) y d); 167, párrafo primero y fracciones II y VI; 168 Bis; la denominación del Título Noveno del Libro Segundo; la denominación del Capítulo Unico del Título Noveno del Libro Segundo; el Capítulo II del Título Noveno del Libro Segundo; 211 Bis 1; 211 Bis 2; 211 Bis 3; 211 Bis 4; 211 Bis 5; 211 Bis 6; 211 Bis 7; el Capítulo XI al Título Décimo del Libro Segundo; 222 Bis; 225, fracciones XXVII, XXVIII y los tres párrafos últimos; 253, fracción I inciso j); 254, fracción VII; 298; 307; 320; 366, fracciones I, II y párrafo último; 368, fracciones II y III; 368 Quáter; 376 Bis; 378; 381, primero y dos últimos párrafos; 381 Bis; 424, fracciones III y IV; 424 Bis, y 424 Ter, todos del Código Penal para el Distrito Federal en Materia de Fuero Común y para toda la República en Materia de Fuero Federal, para quedar como sigue:

..........

## TRANSITORIOS

**PRIMERO.-** El presente Decreto entrará en vigor al día siguiente de su publicación en el **Diario Oficial de la Federación**.

**SEGUNDO.-** A las personas que hayan cometido un delito de los contemplados en el presente Decreto con anterioridad a su entrada en vigor, incluidas las procesadas o sentenciadas, les serán aplicadas las disposiciones del Código Penal para el Distrito Federal en Materia de Fuero Común y para toda la República en Materia de Fuero Federal y de la Ley de la Propiedad Industrial vigentes en el momento en que se haya cometido.

**TERCERO.-** Las referencias que otras disposiciones hagan al artículo 194 del Código Federal de Procedimientos Penales respecto de la detención de personas en casos urgentes, se entenderán hechas al artículo 193 bis del mismo ordenamiento.

**CUARTO.-** Las referencias que en el presente Decreto se hagan al Código Penal para el Distrito Federal en Materia de Fuero Común y para toda la República en Materia de Fuero Federal, se entenderán hechas al Código Penal Federal, si es llegado el caso de aprobarse, y en su momento, publicarse la iniciativa por el que se reforman diversas disposiciones en materia penal que el ciudadano Presidente de los Estados Unidos Mexicanos envió a la consideración del Congreso de la Unión por conducto del Senado de la República como Cámara de Origen, el 23 de marzo de 1999.

México, D.F., a 29 de abril de 1999.- Sen. **Héctor Ximénez González**, Presidente.- Dip. **María Mercedes Maciel Ortiz**, Presidente.- Sen. **Ma. del Carmen Bolado del Real**, Secretario.- Dip. **Mario Guillermo Haro Rodríguez**, Secretario.- Rúbricas**"**.

En cumplimiento de lo dispuesto por la fracción I del Artículo 89 de la Constitución Política de los Estados Unidos Mexicanos, y para su debida publicación y observancia, expido el presente Decreto en la residencia del Poder Ejecutivo Federal, en la Ciudad de México, Distrito Federal, a los trece días del mes de mayo de mil novecientos noventa y nueve.- **Ernesto Zedillo Ponce de León**.- Rúbrica.- El Secretario de Gobernación, **Francisco Labastida Ochoa**.- Rúbrica.

**Exhibit 8, Page 338**



**CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN**
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

**CÓDIGO PENAL FEDERAL**
*Última Reforma DOF 23-01-2009*

## DECRETO por el que se reforman diversas disposiciones en materia penal.

Publicado en el Diario Oficial de la Federación el 18 de mayo de 1999

**ARTICULO PRIMERO.-** Se modifica la denominación y se reforma el artículo 1; la fracción II del artículo 15; la fracción II del artículo 356, y el artículo 357, todos del Código Penal para el Distrito Federal en Materia de Fuero Común y para toda la República en Materia de Fuero Federal, para quedar como sigue:

..........

## TRANSITORIOS

**PRIMERO.-** El presente Decreto entrará en vigor el día siguiente de su publicación en el **Diario Oficial de la Federación**.

**SEGUNDO.-** Las menciones que en otras disposiciones de carácter federal se hagan al Código Penal para el Distrito Federal en Materia de Fuero Común y para toda la República en Materia de Fuero Federal, se entenderán referidas al Código Penal Federal.

México, D.F., a 29 de abril de 1999.- Sen. **Héctor Ximénez González**, Presidente.- Dip. **María Mercedes Maciel Ortiz**, Presidente.- Sen. **Sonia Alcántara Magos**, Secretario.- Dip. **Leticia Villegas Nava**, Secretario.- Rúbricas**"**.

En cumplimiento de lo dispuesto por la fracción I del Artículo 89 de la Constitución Política de los Estados Unidos Mexicanos, y para su debida publicación y observancia, expido el presente Decreto en la residencia del Poder Ejecutivo Federal, en la Ciudad de México, Distrito Federal, a los trece días del mes de mayo de mil novecientos noventa y nueve.- **Ernesto Zedillo Ponce de León**.- Rúbrica.- El Secretario de Gobernación, **Francisco Labastida Ochoa**.- Rúbrica.

**Exhibit 8, Page 339**



**CÓDIGO PENAL FEDERAL**

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

*Última Reforma DOF 23-01-2009*

**DECRETO por el que se reforman y adicionan diversas disposiciones del Código Penal Federal y del Código Federal de Procedimientos Penales.**

Publicado en el Diario Oficial de la Federación el 4 de enero de 2000

**ARTÍCULO PRIMERO.-** Se modifica la denominación del Capítulo II, Título Octavo, Libro Segundo, del Código Penal Federal; se reforman los artículos 201, 205 y 208, y; se adicionan los artículos 201 bis, 201 bis 1, 201 bis 2, 201 bis 3, y un párrafo segundo al artículo 203; todos estos artículos, también, del Código Penal Federal, para quedar como sigue:

..........

## TRANSITORIO

**ÚNICO.-** El presente Decreto entrará en vigor al día siguiente de su publicación en el **Diario Oficial de la Federación**.

México, D.F., a 9 de diciembre de 1999.- Sen. **Luis Mejía Guzmán**, Vicepresidente en funciones.- Dip. **Francisco José Paoli Bolio**, Presidente.- Sen. **Raúl Juárez Valencia**, Secretario.- Dip. **Guadalupe Sánchez Martínez**, Secretario.- Rúbricas**"**.

En cumplimiento de lo dispuesto por la fracción I del Artículo 89 de la Constitución Política de los Estados Unidos Mexicanos, y para su debida publicación y observancia, expido el presente Decreto en la residencia del Poder Ejecutivo Federal, en la Ciudad de México, Distrito Federal, a los veintinueve días del mes de diciembre de mil novecientos noventa y nueve.- **Ernesto Zedillo Ponce de León**.- Rúbrica.- El Secretario de Gobernación, **Diódoro Carrasco Altamirano**.- Rúbrica.

**Exhibit 8, Page 340**



**CÓDIGO PENAL FEDERAL**

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

*Última Reforma DOF 23-01-2009*

## DECRETO por el que se reforma y adiciona diversas disposiciones del Código Penal Federal, del Código Federal de Procedimientos Penales y de la Ley Orgánica del Poder Judicial de la Federación.

Publicado en el Diario Oficial de la Federación el 12 de junio de 2000

**ARTICULO PRIMERO.-** Se reforman los artículos 85, fracción I, inciso f), 366, los tres párrafos últimos, 366 bis, párrafo primero, 366 ter y 366 quáter, y se adiciona el artículo 366, con una fracción III y un párrafo segundo, recorriéndose los demás en su orden, del Código Penal Federal, para quedar como sigue:

..........

## TRANSITORIOS

**PRIMERO.-** El presente Decreto entrará en vigor al día siguiente de su publicación en el **Diario Oficial de la Federación**.

**SEGUNDO.-** En un plazo no mayor de seis meses, el Ejecutivo Federal deberá crear la estructura administrativa necesaria en la Procuraduría General de la República para la atención de los delitos previstos en los artículos 366, fracción III; 366 ter y 366 quáter previstos en este Decreto.

Para los efectos del párrafo anterior, se autoriza al Ejecutivo Federal para hacer las adecuaciones presupuestarias que resulten necesarias.

**"TERCERO.-** Los delitos previstos en los artículos 366 ter y 366 quáter del Código Penal Federal vigentes con anterioridad a la fecha de entrada en vigor de este Decreto, seguirán aplicándose respecto de hechos cometidos durante su vigencia.**"**

**CUARTO.-** Se derogan las disposiciones que se opongan al presente Decreto.

México, D.F., a 29 de abril de 2000.- Sen. **Dionisio Pérez Jácome**, Vicepresidente en funciones.- Dip. **Francisco José Paoli Bolio**, Presidente.- Sen. **Raúl Juárez Valencia**, Secretario.- Dip. **Guadalupe Sánchez Martínez**, Secretario.- Rúbricas**"**.

En cumplimiento de lo dispuesto por la fracción I del Artículo 89 de la Constitución Política de los Estados Unidos Mexicanos, y para su debida publicación y observancia, expido el presente Decreto en la residencia del Poder Ejecutivo Federal, en la Ciudad de México, Distrito Federal, a los seis días del mes de junio de dos mil.- **Ernesto Zedillo Ponce de León**.- Rúbrica.- El Secretario de Gobernación, **Diódoro Carrasco Altamirano**.- Rúbrica.

**Exhibit 8, Page 341**





**CÓDIGO PENAL FEDERAL**

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

*Última Reforma DOF 23-01-2009*

## DECRETO por el que se reforman y adicionan diversas disposiciones del Código Penal Federal y del Código Federal de Procedimientos Penales.

Publicado en el Diario Oficial de la Federación el 1º de junio de 2001

**ARTÍCULO PRIMERO.-** Se adiciona al Título Décimo del Código Penal Federal, un Capítulo III Bis denominado "Desaparición Forzada de Personas", con los artículos 215-A, 215-B, 215-C y 215-D, para quedar como sigue:

..........

## TRANSITORIO

**ÚNICO.-** El presente Decreto entrará en vigor al día siguiente de su publicación en el **Diario Oficial de la Federación**.

México, D.F., a 25 de abril de 2001.- Dip.- **Ricardo García Cervantes**, Presidente.- Sen. **Enrique Jackson Ramírez**, Presidente.- Dip. **Manuel Medellín Milán**, Secretario.- Sen. **Yolanda González Hernández**, Secretaria.- Rúbricas**"**.

En cumplimiento de lo dispuesto por la fracción I del Artículo 89 de la Constitución Política de los Estados Unidos Mexicanos, y para su debida publicación y observancia, expido el presente Decreto en la residencia del Poder Ejecutivo Federal, en la Ciudad de México, Distrito Federal, a los treinta días del mes de mayo de dos mil uno.- **Vicente Fox Quesada**.- Rúbrica.- El Secretario de Gobernación, **Santiago Creel Miranda**.- Rúbrica.

**Exhibit 8, Page 342**



**CÓDIGO PENAL FEDERAL**

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

*Última Reforma DOF 23-01-2009*

## DECRETO por el que se reforman y adicionan diversas disposiciones de los códigos Penal Federal y Federal de Procedimientos Penales.

Publicado en el Diario Oficial de la Federación el 6 de febrero de 2002

**ARTÍCULO PRIMERO.- Se reforman** los artículos 60, segundo párrafo, 414, 415, 416, 417, 418, 419, 420, 421, 422 y 423, así como la denominación del Título Vigésimo Quinto, y **se adicionan** un último párrafo al artículo 421 y los Capítulos Primero al Quinto, y artículos 420 Bis, 420 Ter y 420 Quater del Código Penal Federal, para quedar como sigue:

..........

## TRANSITORIOS

**PRIMERO.-** Este decreto entrará en vigor al día siguiente de su publicación en el **Diario Oficial de la Federación**.

**SEGUNDO.-** Los artículos del Título Vigésimo Quinto del Código Penal Federal, vigentes hasta la entrada en vigor del presente decreto, seguirán aplicándose por los hechos realizados durante su vigencia. Asimismo, dichos preceptos seguirán aplicándose a las personas procesadas o sentenciadas por los delitos previstos y sancionados por los mismos artículos. Lo anterior sin perjuicio de aplicar, cuando proceda, lo previsto en el artículo 56 del citado Código Penal Federal.

México, D.F., a 27 de diciembre de 2001.- Dip. **Beatriz Elena Paredes Rangel**, Presidenta.- Sen. **Diego Fernández de Cevallos Ramos**, Presidente.- Dip. **Martha Silvia Sánchez González**, Secretario.- Sen. **Yolanda E. González Hernández**, Secretaria.- Rúbricas**"**.

En cumplimiento de lo dispuesto por la fracción I del Artículo 89 de la Constitución Política de los Estados Unidos Mexicanos, y para su debida publicación y observancia, expido el presente Decreto en la Residencia del Poder Ejecutivo Federal, en la Ciudad de México, Distrito Federal, a primero de febrero de dos mil dos.- **Vicente Fox Quesada**.- Rúbrica.- El Secretario de Gobernación, **Santiago Creel Miranda**.- Rúbrica.

**Exhibit 8, Page 343**



**CÓDIGO PENAL FEDERAL**

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

*Última Reforma DOF 23-01-2009*

## DECRETO por el que se deroga el párrafo quinto del artículo 93, del Código Penal Federal.

Publicado en el Diario Oficial de la Federación el 4 de diciembre de 2002

**Artículo Unico.-** Se deroga el párrafo quinto del artículo 93 del Código Penal Federal para quedar como sigue:

..........

### TRANSITORIO

**Unico.-** El presente Decreto entrará en vigor al día siguiente de su publicación en el **Diario Oficial de la Federación**.

México, D.F., a 18 de septiembre de 2002.- Dip. **Beatriz Elena Paredes Rangel**, Presidenta.- Sen. **Enrique Jackson Ramírez**, Presidente.- Dip. **Adela Cerezo Bautista**, Secretario.- Sen. **Sara I. Castellanos Cortés**, Secretaria.- Rúbricas**".**

En cumplimiento de lo dispuesto por la fracción I del Artículo 89 de la Constitución Política de los Estados Unidos Mexicanos, y para su debida publicación y observancia, expido el presente Decreto en la Residencia del Poder Ejecutivo Federal, en la Ciudad de México, Distrito Federal, a los veintiocho días del mes de noviembre de dos mil dos.- **Vicente Fox Quesada**.- Rúbrica.- El Secretario de Gobernación, **Santiago Creel Miranda**.- Rúbrica.

**Exhibit 8, Page 344**



**CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN**
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

**CÓDIGO PENAL FEDERAL**
*Última Reforma DOF 23-01-2009*

## DECRETO por el que se reforman y adicionan diversas disposiciones del Código Penal Federal y del Código Federal de Procedimientos Penales.

Publicado en el Diario Oficial de la Federación el 18 de diciembre de 2002

**ARTÍCULO PRIMERO:** Se reforman, el párrafo primero del artículo 51; y, la fracción V del artículo 52, todas estas disposiciones del Código Penal Federal, para quedar como sigue:

..........

## TRANSITORIO

**ÚNICO.-** El presente Decreto entrará en vigor al siguiente día de su publicación en el **Diario Oficial de la Federación**.

México, D.F., a 12 de noviembre de 2002.- Sen. **Enrique Jackson Ramírez**, Presidente.- Dip. **Beatriz Elena Paredes Rangel**, Presidenta.- Sen. **Lydia Madero García**, Secretario.- Dip. **Rodolfo Dorador Pérez Gavilán**, Secretario.- Rúbricas**".**

En cumplimiento de lo dispuesto por la fracción I del Artículo 89 de la Constitución Política de los Estados Unidos Mexicanos, y para su debida publicación y observancia, expido el presente Decreto en la Residencia del Poder Ejecutivo Federal, en la Ciudad de México, Distrito Federal, a los once días del mes de diciembre de dos mil dos.- **Vicente Fox Quesada**.- Rúbrica.- El Secretario de Gobernación, **Santiago Creel Miranda**.- Rúbrica.

**Exhibit 8, Page 345**

**CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN**
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

**CÓDIGO PENAL FEDERAL**
*Última Reforma DOF 23-01-2009*

## DECRETO por el que se reforma el inciso b), fracción I, del artículo 85 del Código Penal Federal.

Publicado en el Diario Oficial de la Federación el 12 de junio de 2003

**Artículo Único.-** Se reforma el inciso b), fracción I, del artículo 85 del Código Penal Federal, para quedar como sigue:

..........

## TRANSITORIO

**Único.-** El presente Decreto entrará en vigor al día siguiente de su publicación en el **Diario Oficial de la Federación**.

México, D.F., a 29 de abril de 2003.- Dip. **Armando Salinas Torre**, Presidente.- Sen. **Enrique Jackson Ramírez**, Presidente.- Dip. **Rodolfo Dorador Pérez Gavilán**, Secretario.- Sen. **Yolanda E. González Hernández**, Secretaria.- Rúbricas**".**

En cumplimiento de lo dispuesto por la fracción I del Artículo 89 de la Constitución Política de los Estados Unidos Mexicanos, y para su debida publicación y observancia, expido el presente Decreto en la Residencia del Poder Ejecutivo Federal, en la Ciudad de México, Distrito Federal, a los diez días del mes de junio de dos mil tres.- **Vicente Fox Quesada**.- Rúbrica.- El Secretario de Gobernación, **Santiago Creel Miranda**.- Rúbrica.

**Exhibit 8, Page 346**

**CÓDIGO PENAL FEDERAL**

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

*Última Reforma DOF 23-01-2009*

## DECRETO por el que se reforman los artículos 25, segundo párrafo, 55 y 64, segundo párrafo del Código Penal Federal.

Publicado en el Diario Oficial de la Federación el 26 de mayo de 2004

**ARTÍCULO ÚNICO.** Se **reforman** los artículos 25, Segundo Párrafo, 55 y 64, Segundo Párrafo del Código Penal Federal, para quedar como sigue:

..........

## TRANSITORIO

**ÚNICO.** El presente decreto entrará en vigor el día siguiente de su publicación en el **Diario Oficial de la Federación**.

México, D.F., a 28 de abril de 2004.- Dip. **Juan de Dios Castro Lozano**, Presidente.- Sen. **Enrique Jackson Ramírez**, Presidente.- Dip. **Marcos Morales Torres**, Secretario.- Sen. **Lydia Madero García**, Secretaria.- Rúbricas.**"**

En cumplimiento de lo dispuesto por la fracción I del Artículo 89 de la Constitución Política de los Estados Unidos Mexicanos, y para su debida publicación y observancia, expido el presente Decreto en la Residencia del Poder Ejecutivo Federal, en la Ciudad de México, Distrito Federal, a los veinticuatro días del mes de mayo de dos mil cuatro.- **Vicente Fox Quesada**.- Rúbrica.- El Secretario de Gobernación, **Santiago Creel Miranda**.- Rúbrica.

**Exhibit 8, Page 347**



**CÓDIGO PENAL FEDERAL**

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

*Última Reforma DOF 23-01-2009*

**DECRETO por el que se adiciona el inciso d) a la fracción I del artículo 366 del Código Penal Federal.**

Publicado en el Diario Oficial de la Federación el 16 de junio de 2005

**Artículo Único.-** Se adiciona el inciso d) a la fracción I del Artículo 366 del Código Penal Federal, para quedar como sigue:

..........

## TRANSITORIO

**Único.-** El presente Decreto entrará en vigor al día siguiente de su publicación en el **Diario Oficial de la Federación**.

México, D.F., a 27 de abril de 2005.- Dip. **Manlio Fabio Beltrones Rivera**, Presidente.- Sen. **Diego Fernández de Cevallos Ramos**, Presidente.- Dip. **Marcos Morales Torres**, Secretario.- Sen. **Yolanda E. González Hernández**, Secretaria.- Rúbricas.**"**

En cumplimiento de lo dispuesto por la fracción I del Artículo 89 de la Constitución Política de los Estados Unidos Mexicanos, y para su debida publicación y observancia, expido el presente Decreto en la Residencia del Poder Ejecutivo Federal, en la Ciudad de México, Distrito Federal, a los treinta y un días del mes de mayo de dos mil cinco.- **Vicente Fox Quesada**.- Rúbrica.- El Secretario de Gobernación, **Santiago Creel Miranda**.- Rúbrica.

**Exhibit 8, Page 348**



**CÓDIGO PENAL FEDERAL**

*Última Reforma DOF 23-01-2009*

## DECRETO por el que se reforman diversas disposiciones del Código Penal.

Publicado en el Diario Oficial de la Federación el 23 de agosto de 2005

**Artículo Único.**

Se reforman los artículos 29, párrafo segundo; 222, párrafos tercero y cuarto, y 222 bis, del Código Penal Federal, para quedar como sigue:

..........

## TRANSITORIOS

**Primero.** Este Decreto entrará en vigor al día siguiente de su publicación en el Diario Oficial de la Federación.

**Segundo.** A las personas que hayan cometido algún delito de los contemplados en el presente Decreto con anterioridad a su entrada en vigor, les serán aplicables las disposiciones vigentes al momento de su comisión.

México, D.F., a 20 de julio de 2005.- Dip. **Manlio Fabio Beltrones Rivera**, Presidente.- Sen. **Diego Fernández de Cevallos Ramos**, Presidente.- Dip. **Marcos Morales Torres**, Secretario.- Sen. **Sara I. Castellanos Cortés**, Secretaria.- Rúbricas."

En cumplimiento de lo dispuesto por la fracción I del Artículo 89 de la Constitución Política de los Estados Unidos Mexicanos, y para su debida publicación y observancia, expido el presente Decreto en la Residencia del Poder Ejecutivo Federal, en la Ciudad de México, Distrito Federal, a los diecinueve días del mes de agosto de dos mil cinco.- **Vicente Fox Quesada**.- Rúbrica.- El Secretario de Gobernación, **Carlos María Abascal Carranza**.- Rúbrica.

**Exhibit 8, Page 349**



**CÓDIGO PENAL FEDERAL**

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

*Última Reforma DOF 23-01-2009*

**DECRETO por el que se adiciona el Código Federal de Procedimientos Penales y el Código Penal Federal.**

Publicado en el Diario Oficial de la Federación el 8 de febrero de 2006

**ARTÍCULO SEGUNDO.-** Se adiciona la fracción II Bis al artículo 420 del Código Penal Federal, para quedar como sigue:

..........

## TRANSITORIOS

**PRIMERO.-** El presente Decreto entrará en vigor al día siguiente de su publicación en el Diario Oficial de la Federación.

**SEGUNDO.-** Se derogan todas las disposiciones que se opongan a las contenidas en el presente Decreto.

México, D.F., a 14 de diciembre de 2005.- Sen. **Enrique Jackson Ramírez**, Presidente.- Dip. **Heliodoro Díaz Escárraga**, Presidente.- Sen. **Sara Isabel Castellanos Cortés**, Secretaria.- Dip. **Ma. Sara Rocha Medina**, Secretaria.- Rúbricas.**"**

En cumplimiento de lo dispuesto por la fracción I del Artículo 89 de la Constitución Política de los Estados Unidos Mexicanos, y para su debida publicación y observancia, expido el presente Decreto en la Residencia del Poder Ejecutivo Federal, en la Ciudad de México, Distrito Federal, a los tres días del mes de febrero de dos mil seis.- **Vicente Fox Quesada**.- Rúbrica.- El Secretario de Gobernación, **Carlos María Abascal Carranza**.- Rúbrica.

**Exhibit 8, Page 350**



**CÓDIGO PENAL FEDERAL**

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

*Última Reforma DOF 23-01-2009*

## DECRETO por el que se reforma el artículo 364 del Código Penal Federal.

Publicado en el Diario Oficial de la Federación el 19 de mayo de 2006

**ARTÍCULO ÚNICO.-** Se reforma el artículo 364 del Código Penal Federal, para quedar como sigue:

..........

## TRANSITORIO

**ÚNICO.-** El presente Decreto entrará en vigor al día siguiente de su publicación en el Diario Oficial de la Federación.

México, D.F., a 6 de abril de 2006.- Dip. **Marcela González Salas P.**, Presidenta.- Sen. **Carlos Chaurand Arzate**, Vicepresidente.- Dip. **Ma. Sara Rocha Medina**, Secretaria.- Sen. **Sara I. Castellanos Cortés**, Secretaria.- Rúbricas.**"**

En cumplimiento de lo dispuesto por la fracción I del Artículo 89 de la Constitución Política de los Estados Unidos Mexicanos, y para su debida publicación y observancia, expido el presente Decreto en la Residencia del Poder Ejecutivo Federal, en la Ciudad de México, Distrito Federal, a los dieciséis días del mes de mayo de dos mil seis.- **Vicente Fox Quesada**.- Rúbrica.- El Secretario de Gobernación, **Carlos María Abascal Carranza**.- Rúbrica.

**Exhibit 8, Page 351**



**CÓDIGO PENAL FEDERAL**

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

*Última Reforma DOF 23-01-2009*

## DECRETO por el que se reforman y adicionan diversas disposiciones del Código Federal de Procedimientos Penales y del Código Penal Federal.

Publicado en el Diario Oficial de la Federación el 6 de junio de 2006

**ARTÍCULO SEGUNDO.-** Se adicionan las fracciones XIII y XIV al artículo 215; se reforman las fracciones XI y XII, así como el párrafo tercero del artículo 215; se adiciona una fracción XXIX al artículo 225; se reforman las fracciones XXVII y XXVIII, así como el párrafo tercero del artículo 225 todos del Código Penal Federal, para quedar como sigue:

..........

## TRANSITORIO

**ÚNICO.-** El presente Decreto entrará en vigor al día siguiente de su publicación en el Diario Oficial de la Federación.

México, D.F., a 18 de abril de 2006.- Sen. **Enrique Jackson Ramírez**, Presidente.- Dip. **Marcela González Salas P.**, Presidenta.- Sen. **Sara Isabel Castellanos Cortés**, Secretaria.- Dip. **Ma. Sara Rocha Medina**, Secretaria.- Rúbricas."

En cumplimiento de lo dispuesto por la fracción I del Artículo 89 de la Constitución Política de los Estados Unidos Mexicanos, y para su debida publicación y observancia, expido el presente Decreto en la Residencia del Poder Ejecutivo Federal, en la Ciudad de México, Distrito Federal, a los treinta días del mes de mayo de dos mil seis.- **Vicente Fox Quesada**.- Rúbrica.- El Secretario de Gobernación, **Carlos María Abascal Carranza**.- Rúbrica.

**Exhibit 8, Page 352**



**CÓDIGO PENAL FEDERAL**

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

*Última Reforma DOF 23-01-2009*

## DECRETO por el que se reforma la fracción III del artículo 84 del Código Penal Federal.

Publicado en el Diario Oficial de la Federación el 30 de junio de 2006

**ARTÍCULO ÚNICO.-** Se reforma el segundo párrafo de la fracción III del artículo 84 del Código Penal Federal, para quedar como sigue:

..........

## TRANSITORIO

**ÚNICO.-** El presente Decreto entrará en vigor al día siguiente de su publicación en el Diario Oficial de la Federación.

México, D.F., a 26 de abril de 2006.- Dip. **Marcela González Salas P.**, Presidenta.- Sen. **Enrique Jackson Ramírez**, Presidente.- Dip. **Marcos Morales Torres**, Secretario.- Sen. **Micaela Aguilar González**, Secretaria.- Rúbricas.**"**

En cumplimiento de lo dispuesto por la fracción I del Artículo 89 de la Constitución Política de los Estados Unidos Mexicanos, y para su debida publicación y observancia, expido el presente Decreto en la Residencia del Poder Ejecutivo Federal, en la Ciudad de México, Distrito Federal, a los veintiséis días del mes de junio de dos mil seis.- **Vicente Fox Quesada**.- Rúbrica.- El Secretario de Gobernación, **Carlos María Abascal Carranza**.- Rúbrica.

**Exhibit 8, Page 353**



**CÓDIGO PENAL FEDERAL**

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

*Última Reforma DOF 23-01-2009*

## DECRETO por el que se reforman y adicionan los artículos 15, 52, 72 y 73 de la Ley de la Comisión Nacional de los Derechos Humanos; 8 de la Ley Federal de Responsabilidades Administrativas de los Servidores Públicos; y 214 fracción V del Código Penal Federal.

Publicado en el Diario Oficial de la Federación el 30 de junio de 2006

**ARTÍCULO TERCERO.-** Se adiciona una fracción V, recorriéndose en su orden la vigente y se reforma el párrafo final del artículo 214 del Código Penal Federal, para quedar como sigue:

..........

## TRANSITORIO

**ÚNICO.-** El presente Decreto entrará en vigor al día siguiente de su publicación en el Diario Oficial de la Federación.

México, D.F., a 26 de abril de 2006.- Dip. **Marcela González Salas P.**, Presidenta.- Sen. **Enrique Jackson Ramírez**, Presidente.- Dip. **Marcos Morales Torres**, Secretario.- Sen. **Micaela Aguilar González**, Secretaria.- Rúbricas.**"**

En cumplimiento de lo dispuesto por la fracción I del Artículo 89 de la Constitución Política de los Estados Unidos Mexicanos, y para su debida publicación y observancia, expido el presente Decreto en la Residencia del Poder Ejecutivo Federal, en la Ciudad de México, Distrito Federal, a los veintiséis días del mes de junio de dos mil seis.- **Vicente Fox Quesada**.- Rúbrica.- El Secretario de Gobernación, **Carlos María Abascal Carranza**.- Rúbrica.

**Exhibit 8, Page 354**



**CÓDIGO PENAL FEDERAL**

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

*Última Reforma DOF 23-01-2009*

**DECRETO por el que se reforman, adicionan y derogan diversas disposiciones del Código Penal Federal, del Código Federal de Procedimientos Penales y de la Ley Federal contra la Delincuencia Organizada, en materia de explotación sexual infantil.**

Publicado en el Diario Oficial de la Federación el 27 de marzo de 2007

**ARTÍCULO PRIMERO:** Se reforma el inciso c) del artículo 85; las denominaciones del Título Octavo y de sus correspondientes Capítulos Primero, Segundo, Tercero y Cuarto del Libro Segundo; los artículos 200; 201 bis; 202; 203; 204; 205; 206, 207, 208 y 209. Se adicionan los artículos 202 bis 203 bis, 204 bis, 205 bis y 206 bis; tres nuevos Capítulos Quinto, Sexto y Séptimo al Título Octavo, un Capítulo Tercero al Título Décimo Octavo ambos del Libro Segundo. Se derogan los artículos 201 BIS 1, 201 BIS 2 y 201 BIS 3, todos del Código Penal Federal, para quedar como sigue:

.........

## TRANSITORIOS

**ÚNICO.-** El presente Decreto entrará en vigor al día siguiente de su publicación en el Diario Oficial de la Federación.

México, D.F., a 20 de febrero de 2007.- Dip. **Jorge Zermeño Infante**, Presidente.- Sen. **Manlio Fabio Beltrones Rivera**, Presidente.- Dip. **Ma. Mercedes Maciel Ortiz**, Secretaria.- Sen. **Ludivina Menchaca Castellanos**, Secretaria.- Rúbricas."

En cumplimiento de lo dispuesto por la fracción I del Artículo 89 de la Constitución Política de los Estados Unidos Mexicanos, y para su debida publicación y observancia, expido el presente Decreto en la Residencia del Poder Ejecutivo Federal, en la Ciudad de México, Distrito Federal, a los veintiséis días del mes de marzo de dos mil siete.- **Felipe de Jesús Calderón Hinojosa**.- Rúbrica.- El Secretario de Gobernación, **Francisco Javier Ramírez Acuña**.- Rúbrica.

**Exhibit 8, Page 355**



**CÓDIGO PENAL FEDERAL**

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

*Última Reforma DOF 23-01-2009*

## DECRETO por el que se derogan diversas disposiciones del Código Penal Federal y se adicionan diversas disposiciones al Código Civil Federal.

Publicado en el Diario Oficial de la Federación el 13 de abril de 2007

**ARTÍCULO PRIMERO.-** Se derogan los artículos 350, 351, 352, 353, 354, 355, 356, 357, 358, 359, 360, 361, 362 y 363 del Código Penal Federal, para quedar como sigue:

..........

### TRANSITORIO

**ÚNICO.-** El presente Decreto entrará en vigor al día siguiente de su publicación en el Diario Oficial de la Federación.

México, D.F., a 6 de marzo de 2007.- Dip. **Jorge Zermeño Infante**, Presidente.- Sen. **Manlio Fabio Beltrones Rivera**, Presidente.- Dip. **Ma. Mercedes Maciel Ortiz**, Secretaria.- Sen. **Ludivina Menchaca Castellanos**, Secretaria.- Rúbricas.**"**

En cumplimiento de lo dispuesto por la fracción I del Artículo 89 de la Constitución Política de los Estados Unidos Mexicanos, y para su debida publicación y observancia, expido el presente Decreto en la Residencia del Poder Ejecutivo Federal, en la Ciudad de México, Distrito Federal, a los doce días del mes de abril de dos mil siete.- **Felipe de Jesús Calderón Hinojosa**.- Rúbrica.- El Secretario de Gobernación, **Francisco Javier Ramírez Acuña**.- Rúbrica.

**Exhibit 8, Page 356**



Case 2:04-cv-09049-DOC-RNB   Document 5864-5   Filed 07/01/09   Page 144 of 228   Page ID #:190100



**CÓDIGO PENAL FEDERAL**
*Última Reforma DOF 23-01-2009*

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

**DECRETO por el que se reforman diversas disposiciones del Código Penal Federal; del Código Federal de Procedimientos Penales; de la Ley Federal contra la Delincuencia Organizada; de la Ley de Instituciones de Crédito; de la Ley de Ahorro y Crédito Popular; de la Ley de los Sistemas de Ahorro para el Retiro; de la Ley de Sociedades de Inversión; de la Ley del Mercado de Valores; de la Ley Federal de Instituciones de Fianzas; de la Ley General de Instituciones y Sociedades Mutualistas de Seguros; y de la Ley General de Organizaciones y Actividades Auxiliares del Crédito.**

Publicado en el Diario Oficial de la Federación el 28 de junio de 2007

**ARTICULO PRIMERO.** Se reforman los artículos 2o., fracción I, 139, el segundo párrafo del 142, 145 Y 167, fracciones VII, VIII y IX; y se adicionan los artículos 139 Bis y 139 Ter, un Capítulo III al Título Segundo del Libro Segundo denominándose "Terrorismo Internacional", que incluye los artículos 148 Bis, 148 Ter y 148 Quáter, todos del Código Penal Federal, para quedar como sigue:

...........

### TRANSITORIOS

**PRIMERO.-** El presente Decreto entrará en vigor al día siguiente de su publicación en el Diario Oficial de la Federación.

**SEGUNDO.-** A las personas que hayan cometido un delito de los contemplados en el presente Decreto con anterioridad a su entrada en vigor, les serán aplicables las disposiciones del Código Penal Federal vigentes en el momento de su comisión.

México, D.F., a 26 de abril de 2007.- Dip. **Jorge Zermeño Infante**, Presidente.- Sen. **Manlio Fabio Beltrones Rivera**, Presidente.- Dip. **Antonio Xavier Lopez Adame**, Secretario.- Sen. **Renán Cleominio Zoreda Novelo**, Secretario.- Rúbricas.**"**

En cumplimiento de lo dispuesto por la fracción I del Artículo 89 de la Constitución Política de los Estados Unidos Mexicanos, y para su debida publicación y observancia, expido el presente Decreto en la Residencia del Poder Ejecutivo Federal, en la Ciudad de México, Distrito Federal, a veintiséis de junio de dos mil siete.- **Felipe de Jesús Calderón Hinojosa**.- Rúbrica.- El Secretario de Gobernación, **Francisco Javier Ramírez Acuña**.- Rúbrica.

143 de 147

**Exhibit 8, Page 357**



**CÓDIGO PENAL FEDERAL**

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

*Última Reforma DOF 23-01-2009*

**DECRETO por el que se expide la Ley para Prevenir y Sancionar la Trata de Personas, y se reforman, adicionan y derogan diversas disposiciones de la Ley Federal contra la Delincuencia Organizada; el Código Federal de Procedimientos Penales y el Código Penal Federal.**

Publicado en el Diario Oficial de la Federación el 27 de noviembre de 2007

**ARTÍCULO CUARTO.** Se reforma el artículo 85, fracción I, inciso c), se adiciona una fracción II recorriéndose en consecuencia la actual fracción II para quedar como fracción III, se reforma el artículo 205 bis y se derogan los artículos 205 y 207 todos del Código Penal Federal.

## TRANSITORIOS

**Primero.-** El presente Decreto entrará en vigor al día siguiente de su publicación en el Diario Oficial de la Federación.

**Segundo.-** El Ejecutivo expedirá el Reglamento de la Ley en un término de 120 días hábiles.

México, D.F., a 2 de octubre de 2007.- Dip. **Ruth Zavaleta Salgado**, Presidenta.- Sen. **Santiago Creel Miranda**, Presidente.- Dip. **Antonio Xavier Lopez Adame**, Secretario.- Sen. **Adrián Rivera Pérez**, Secretario.- Rúbricas.**"**

En cumplimiento de lo dispuesto por la fracción I del Artículo 89 de la Constitución Política de los Estados Unidos Mexicanos, y para su debida publicación y observancia, expido el presente Decreto en la Residencia del Poder Ejecutivo Federal, en la Ciudad de México, Distrito Federal, a los veintiséis días del mes de noviembre de dos mil siete.- **Felipe de Jesús Calderón Hinojosa**.- Rúbrica.- El Secretario de Gobernación, **Francisco Javier Ramírez Acuña**.- Rúbrica.

**Exhibit 8, Page 358**

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

## DECRETO por el que se reforma el primer párrafo del artículo 247 del Código Penal Federal.

Publicado en el Diario Oficial de la Federación el 20 de junio de 2008

**Artículo Único**.- Se reforma el primer párrafo del artículo 247 del Código Penal Federal, para quedar como sigue:

..........

### TRANSITORIO

**Único**.- El presente Decreto entrará en vigor al día siguiente de su publicación en el Diario Oficial de la Federación.

México, D.F., a 30 de abril de 2008.- Sen. **Santiago Creel Miranda**, Presidente.- Dip. **Ruth Zavaleta Salgado**, Presidenta.- Sen. **Gabino Cué Monteagudo**, Secretario.- Dip. **Ma. Mercedes Maciel Ortiz**, Secretaria.- Rúbricas.**"**

En cumplimiento de lo dispuesto por la fracción I del Artículo 89 de la Constitución Política de los Estados Unidos Mexicanos, y para su debida publicación y observancia, expido el presente Decreto en la Residencia del Poder Ejecutivo Federal, en la Ciudad de México, Distrito Federal, a nueve de junio de dos mil ocho.- **Felipe de Jesús Calderón Hinojosa**.- Rúbrica.- El Secretario de Gobernación, **Juan Camilo Mouriño Terrazo**.- Rúbrica.

**Exhibit 8, Page 359**



**CÓDIGO PENAL FEDERAL**

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

*Última Reforma DOF 23-01-2009*

**DECRETO por el que se reforman, adicionan y derogan diversas disposiciones de la Ley de Instituciones de Crédito, de la Ley General de Títulos y Operaciones de Crédito, del Código Federal de Procedimientos Penales y del Código Penal Federal.**

Publicado en el Diario Oficial de la Federación el 26 de junio de 2008

**Artículo Cuarto.-** Se reforman los incisos i) y j) de la fracción I, del artículo 85; se adicionan los incisos k) y l) a la fracción I del artículo 85, y se deroga el artículo 240 Bis, del Código Penal Federal, para quedar como sigue:

……….

## Transitorios

**Primero.** El presente Decreto entrará en vigor al día siguiente al de su publicación en el Diario Oficial de la Federación.

**Segundo.** Los delitos previstos en los artículos 112 Bis de la Ley de Instituciones de Crédito y 240 Bis del Código Penal Federal vigentes hasta la entrada en vigor del presente decreto, seguirán aplicándose por los hechos realizados durante su vigencia. Asimismo, dichos preceptos seguirán aplicándose a las personas procesadas o sentenciadas por los delitos previstos y sancionados por los mismos artículos. Lo anterior sin perjuicio de aplicar, cuando proceda, lo previsto en el artículo 56 del citado Código Penal Federal.

**Tercero.** Para los supuestos, sujetos y efectos del artículo anterior, los delitos previstos en el artículo 240 Bis del Código Penal Federal, se seguirán calificando como graves en los términos del artículo 194 del Código Federal de Procedimientos Penales, para todos los efectos legales procedentes.

México, D.F., a 22 de abril de 2008.- Dip. **Ruth Zavaleta Salgado**, Presidenta.- Sen. **Santiago Creel Miranda**, Presidente.- Dip. **Esmeralda Cardenas Sanchez**, Secretaria.- Sen. **Adrián Rivera Pérez**, Secretario.- Rúbricas."

En cumplimiento de lo dispuesto por la fracción I del Artículo 89 de la Constitución Política de los Estados Unidos Mexicanos, y para su debida publicación y observancia, expido el presente Decreto en la Residencia del Poder Ejecutivo Federal, en la Ciudad de México, Distrito Federal, a nueve de junio de dos mil ocho.- **Felipe de Jesús Calderón Hinojosa**.- Rúbrica.- El Secretario de Gobernación, **Juan Camilo Mouriño Terrazo**.- Rúbrica.

**Exhibit 8, Page 360**



**CÓDIGO PENAL FEDERAL**

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

*Última Reforma DOF 23-01-2009*

**DECRETO por el que se reforman, adicionan y derogan diversas disposiciones del Código Federal de Procedimientos Penales, de la Ley Federal contra la Delincuencia Organizada, de la Ley que Establece las Normas Mínimas sobre Readaptación Social de Sentenciados, del Código Penal Federal, de la Ley de la Policía Federal Preventiva, de la Ley Orgánica de la Procuraduría General de la República, de la Ley Federal de Responsabilidades Administrativas de los Servidores Públicos, y de la Ley Federal de Procedimiento Contencioso Administrativo.**

Publicado en el Diario Oficial de la Federación el 23 de enero de 2009

**ARTÍCULO CUARTO.-** Se REFORMAN los artículos 87; 215, fracción V, así como el párrafo último; 225, fracción X y el párrafo tercero; 247, párrafo primero; 282, actual párrafo tercero; 400, fracciones IV y V; se ADICIONAN, al Título Cuarto un Capítulo V, con la denominación "Transparencia en los Beneficios de Libertad Anticipada o Condena Condicional", con un artículo 90 Bis; la fracción XV al artículo 215; las fracciones XXX, XXXI y XXXII al artículo 225; el artículo 247 Bis; el párrafo tercero, recorriéndose el actual en su orden, al artículo 282; las fracciones VI y VII al artículo 400; se DEROGA la fracción XXIX del artículo 225; la fracción II del artículo 247; todos del Código Penal Federal, para quedar como sigue:

……….

**TRANSITORIOS**

**PRIMERO.** El presente Decreto entrará en vigor al día siguiente de su publicación en el Diario Oficial de la Federación.

**SEGUNDO.** Lo dispuesto en el artículo 133 Bis, del Código Federal de Procedimientos Penales estará vigente hasta en tanto entre en vigor el sistema procesal acusatorio a que se refiere el Decreto por el que se reforman los artículos 16, 17, 18, 19, 20, 21 y 22, las fracciones XXI y XXIII del artículo 73, la fracción VII del artículo 115 y la fracción XIII del apartado B, del artículo 123 de la Constitución Política de los Estados Unidos Mexicanos, publicado en el Diario Oficial de la Federación el 18 de junio de 2008.

**TERCERO.** Dentro de los seis meses siguientes a la entrada en vigor del presente Decreto, las autoridades competentes deberán expedir las disposiciones administrativas necesarias para regular recepción, transmisión y conservación de la información derivada de las detenciones a que se refieren los artículos 193, 193 bis, 193 ter, 193 quáter, 193 quintus y 193 octavus del Código Federal de Procedimientos Penales.

México, D.F., a 9 de diciembre de 2008.- Sen. **Gustavo Enrique Madero Muñoz**, Presidente.- Dip. **Cesar Horacio Duarte Jaquez**, Presidente.- Sen. **Renan Cleominio Zoreda Novelo**, Secretario.- Dip. **Rosa Elia Romero Guzman**, Secretaria.- Rúbricas."

En cumplimiento de lo dispuesto por la fracción I del Artículo 89 de la Constitución Política de los Estados Unidos Mexicanos, y para su debida publicación y observancia, expido el presente Decreto en la Residencia del Poder Ejecutivo Federal, en la Ciudad de México, Distrito Federal, a veintidós de enero de dos mil nueve.- **Felipe de Jesús Calderón Hinojosa**.- Rúbrica.- El Secretario de Gobernación, Lic. **Fernando Francisco Gómez Mont Urueta**.- Rúbrica.

**Exhibit 8, Page 361**

# EXHIBIT 9

**Article 225** – The following are crimes against the administration of justice committed by public servants:

**Exhibit 9, Page 362**

**I. -** Performing transactions for which they have a legal impediment or refraining from performing those they must perform, without legal impediment to do so;

**II .-** Filling any other official job or private position or task from which they are prohibited by law;

**III .-** Litigating by themselves or through an intermediary, when the law prohibits them from practicing their profession;

**IV .-** Managing or advising those who litigate before them;

**V. -** Not complying with a provision legally communicated to them by their competent superior without good cause to do so;

**VI .-** Issuing, knowingly, a resolution on the merits or a final decision that is illegal because it violates a strict provision of the law, or is contrary to the proceedings of the case or a verdict of a jury, or omitting to render a procedural decision, a decision on the merits or a final legal ruling within the terms set forth by law.

**VII .-** Performing acts or omissions that cause damage or give an undue advantage to a person;

**VIII .-** Maliciously or negligently delaying or obstructing the administration of justice;

**IX .-** Unreasonably refraining from making a request for trial for a person who is being detained at their disposal as probable perpetrator of a crime, when such request is appropriate under the Constitution and the laws in the matter, in cases where the law imposes that obligation; or conduct criminal proceedings where no prior claim, allegation or complaint has been filed;

**X. -** Arresting an individual during the preliminary investigation except in the cases indicated by law, or retain such person for a longer time than indicated in the Constitution;

**XI .-** Not granting release on bail when requested, if legally appropriate;

**XII .-** Obligating the defendant to testify using solitary confinement, intimidation or torture;

**XIII .-** Not taking the preparatory statement of the defendant within forty-eight hours after his request for trial without cause, or hiding the name of the accuser, the nature and cause of the charge or the crime attributed to him;

**XIV .-** Prolonging pretrial imprisonment for longer than the maximum set by law for the crime that motivates the proceeding;

**XV .-** Imposing taxes or contributions in places of detention or internment;

**XVI .-** Unreasonably delaying compliance with court decisions ordering the release of a detainee;

**XVII .-** Not rendering detention or release order of a detainee within seventy-two hours after he is placed at their disposal, unless the defendant has requested the extension of the term, in which case, the new term will be applied;

**XVIII .-** Ordering or carrying out home searches or visits other than in cases authorized by law;

XIX .- Opening criminal proceedings against a public servant who has immunity without first withdrawing it, as provided by law;

XX .- Ordering the arrest of an individual for a crime that does not warrant a prison sentence, or in cases where no prior claim, allegation or complaint has been filed; or making an arrest without placing the detainee at the disposal of a judge within the term indicated in paragraph three, Article 16 of the Constitution;

XXI .- The managers or employees of places of detention or confinement who collect any amount from the prisoners or their families in exchange for providing goods or services provided free by the state in order to grant them preferential treatment in terms of accommodation, food or status;

XXII .- Auctioning off to themselves, whether by themselves or through an intermediary, the property sold at auction in whose trial they took part;

XXIII .- Admitting or appointing a custodian or surrendering the seized property to him without complying with the legal requirements involved;

XXIV .- Unduly communicating to the defendant an order of attachment rendered against him;

XXV .- Appointing as liquidator or auditor in a tender or  bankruptcy, a person who is a debtor, relative or was a lawyer of the bankrupt, or a person who is a relative, close friend, or has common business with the official; and

XXVI. - Allowing outside the cases provided by law, the temporary leave of persons who are incarcerated.

XXVII. - Not ordering the release of a defendant, ordering his trial when he is charged for a crime or action for which the indicated penalty is not the deprivation of freedom or alternative;

XXVIII. – Communicating to a person not entitled to receive, documents, records or information contained in a preliminary investigation or in a criminal proceeding and which are confidential by law or by decision of the court; and

XXIX. - Repealed

XXX. – Retaining the detainee without complying with the requisites set forth in the Constitution and the respective laws

XXXI. – Altering, destroying, losing or illegally interfering with the site of the facts; evidence, traces or signs of the crime or the instruments, objects or proceeds of the crime; and

XXXII .- Diverting or preventing the investigation of the crime in question or helping the defendant to evade justice.

Anyone committing offenses under sections I, II, III, VII, VIII, IX, XX, XXIV, XXV and XXVI will be punished with imprisonment for three to eight years and five hundred to fifteen hundred days' fine.

**Exhibit 9, Page 364**

Anyone committing offenses under sections IV, V, VI, X, XI, XIII, XIV, XV, XVI, XVII, XVIII, XIX, XXI, XXII, XXIII, XXVII, XXVIII, XXX, XXXI, and XXXII will be punished with imprisonment for four to ten years and from one thousand to two thousand days' fine.

In all offenses under this chapter, in addition to the penalties of imprisonment and fines provided for, the public servant will be dismissed and disqualified for three to ten years from filling any other public position, office or commission.



**TRANSPERFECT**

ALBANY
AMSTERDAM
ATLANTA
AUSTIN
BARCELONA
BERLIN
BOSTON
BRUSSELS
CHARLOTTE
CHICAGO
DALLAS
DENVER
DUBAI
DUBLIN
FRANKFURT
GENEVA
HONG KONG
HOUSTON
IRVINE
LONDON
LOS ANGELES
MIAMI
MINNEAPOLIS
MONTREAL
MUNICH
NEW YORK
PARIS
PHILADELPHIA
PHOENIX
PORTLAND
RESEARCH
TRIANGLE PARK
SAN DIEGO
SAN FRANCISCO
SAN JOSE
SEATTLE
SINGAPORE
STOCKHOLM
SYDNEY
TOKYO
TORONTO
VANCOUVER
WASHINGTON, DC

City of New York, State of New York, County of New York

I, Marina Yoffe, hereby certified that the document, "Article 225 of the Federal Criminal Code" to the best of my knowledge and belief, is a true and accurate translation from Spanish into English.

Marina Yoffe

Sworn before me this

26th Day of May, 2008

Signature, Notary Public

...ela Boyle
...blic, State of New York
...o. 01BO6181278
...alified in NEW YORK County
...mmission Expires Jan 28.

Stamp, Notary Public

# EXHIBIT 10

Cámara de Diputados del H. Congreso de la Unión
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

*Última Reforma DOF 25-01-2006*

# LEY DE LA PROPIEDAD INDUSTRIAL

**Nueva Ley publicada en el Diario Oficial de la Federación el 27 de junio de 1991**

**TEXTO VIGENTE**
**Última reforma publicada DOF 25-01-2006**

Al margen un sello con el Escudo Nacional, que dice: Estados Unidos Mexicanos.- Presidencia de la República.

**CARLOS SALINAS DE GORTARI**, Presidente Constitucional de los Estados Unidos Mexicanos, a sus habitantes, sabed:

Que el H. Congreso de la Unión, se ha servido dirigirme el siguiente

DECRETO

"EL CONGRESO DE LOS ESTADOS UNIDOS MEXICANOS, DECRETA:

## LEY DE LA PROPIEDAD INDUSTRIAL
*Título de la Ley reformado DOF 02-08-1994*

## TITULO PRIMERO
## Disposiciones Generales

### Capítulo Unico

**Artículo 1o.-** Las disposiciones de esta Ley son de orden público y de observancia general en toda la República, sin perjuicio de lo establecido en los Tratados Internacionales de los que México sea parte. Su aplicación administrativa corresponde al Ejecutivo Federal por conducto del Instituto Mexicano de la Propiedad Industrial.
*Artículo reformado DOF 02-08-1994*

**Artículo 2o.-** Esta ley tiene por objeto:

**I.-** Establecer las bases para que, en las actividades industriales y comerciales del país, tenga lugar un sistema permanente de perfeccionamiento de sus procesos y productos;

**II.-** Promover y fomentar la actividad inventiva de aplicación industrial, las mejoras técnicas y la difusión de conocimientos tecnológicos dentro de los sectores productivos;

**III.-** Propiciar e impulsar el mejoramiento de la calidad de los bienes y servicios en la industria y en el comercio, conforme a los intereses de los consumidores;

**IV.-** Favorecer la creatividad para el diseño y la presentación de productos nuevos y útiles;

**V.** Proteger la propiedad industrial mediante la regulación y otorgamiento de patentes de invención; registros de modelos de utilidad, diseños industriales, marcas, y avisos comerciales; publicación de nombres comerciales; declaración de protección de denominaciones de origen, y regulación de secretos industriales;
*Fracción reformada DOF 02-08-1994, 25-01-2006*

**Exhibit 10, Page 367**



**LEY DE LA PROPIEDAD INDUSTRIAL**

Cámara de Diputados del H. Congreso de la Unión
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

*Última Reforma DOF 25-01-2006*

**VI.** Prevenir los actos que atenten contra la propiedad industrial o que constituyan competencia desleal relacionada con la misma y establecer las sanciones y penas respecto de ellos, y

*Fracción reformada DOF 25-01-2006*

**VII.** Establecer condiciones de seguridad jurídica entre las partes en la operación de franquicias, así como garantizar un trato no discriminatorio para todos los franquiciatarios del mismo franquiciante.

*Fracción adicionada DOF 25-01-2006*

**Artículo 3o.-** Para los efectos de esta ley se entiende por:

**I.-** Ley, a la presente ley;

**II.-** Tratados Internacionales, a los celebrados por México de conformidad con la Ley Sobre la Celebración de Tratados;

*Fracción reformada DOF 02-08-1994*

**III.-** (Se deroga).

*Fracción derogada DOF 02-08-1994*

**IV.-** Instituto, al Instituto Mexicano de la Propiedad Industrial;

**V.-** Diario Oficial, al Diario Oficial de la Federación;

**VI.-** Gaceta, a la Gaceta a que se refiere al artículo 8o. de esta Ley.

**Artículo 4o.-** No se otorgará patente, registro o autorización, ni se dará publicidad en la Gaceta, a ninguna de las figuras o instituciones jurídicas que regula esta Ley, cuando sus contenidos o forma sean contrarios al orden público, a la moral y a las buenas costumbres o contravengan cualquier disposición legal.

**Artículo 5o.-** (Se deroga).

*Artículo derogado DOF 02-08-1994*

**Artículo 6o.-** El Instituto Mexicano de la Propiedad Industrial, autoridad administrativa en materia de propiedad industrial, es un organismo descentralizado, con personalidad jurídica y patrimonio propio, el cual tendrá las siguientes facultades:

**I.-** Coordinarse con las unidades administrativas de la Secretaría de Comercio y Fomento Industrial, así como con las diversas instituciones públicas y privadas, nacionales, extranjeras e internacionales, que tengan por objeto el fomento y protección de los derechos de propiedad industrial, la transferencia de tecnología, el estudio y promoción del desarrollo tecnológico, la innovación, la diferenciación de productos, así como proporcionar la información y la cooperación técnica que le sea requerida por las autoridades competentes, conforme a las normas y políticas establecidas al efecto;

**II.-** Propiciar la participación del sector industrial en el desarrollo y aplicación de tecnologías que incrementen la calidad, competitividad y productividad del mismo, así como realizar investigaciones sobre el avance y aplicación de la tecnología industrial nacional e internacional y su incidencia en el cumplimiento de tales objetivos, y proponer políticas para fomentar su desarrollo;

**III.** Tramitar y, en su caso, otorgar patentes de invención, y registros de modelos de utilidad, diseños industriales, marcas, y avisos comerciales, emitir declaratorias de notoriedad o fama de marcas, emitir declaratorias de protección a denominaciones de origen, autorizar el uso de las mismas; la publicación de nombres comerciales, así como la inscripción de sus renovaciones, transmisiones o licencias de uso y

**Exhibit 10, Page 368**



**LEY DE LA PROPIEDAD INDUSTRIAL**

Cámara de Diputados del H. Congreso de la Unión
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

*Última Reforma DOF 25-01-2006*

explotación, y las demás que le otorga esta Ley y su reglamento, para el reconocimiento y conservación de los derechos de propiedad industrial;

*Fracción reformada DOF 16-06-2005*

**IV.-** Sustanciar los procedimientos de nulidad, caducidad y cancelación de los derechos de propiedad industrial, formular las resoluciones y emitir las declaraciones administrativas correspondientes, conforme lo dispone esta Ley y su reglamento y, en general, resolver las solicitudes que se susciten con motivo de la aplicación de la misma;

**V.-** Realizar las investigaciones de presuntas infracciones administrativas; ordenar y practicar visitas de inspección; requerir información y datos; ordenar y ejecutar las medidas provisionales para prevenir o hacer cesar la violación a los derechos de propiedad industrial; oír en su defensa a los presuntos infractores, e imponer las sanciones administrativas correspondientes en materia de propiedad industrial;

**VI.-** Designar peritos cuando se le solicite conforme a la ley; emitir los dictámenes técnicos que le sean requeridos por los particulares o por el Ministerio Público Federal; efectuar las diligencias y recabar las pruebas que sean necesarias para la emisión de dichos dictámenes;

**VII.-** Actuar como depositario cuando se le designe conforme a la ley y poner a disposición de la autoridad competente los bienes que se hubieren asegurado;

**VIII.-** Sustanciar y resolver los recursos administrativos previstos en esta Ley, que se interpongan contra las resoluciones que emita, relativas a los actos de aplicación de la misma, de su reglamento y demás disposiciones en la materia;

**IX.-** Fungir como árbitro en la resolución de controversias relacionadas con el pago de los daños y perjuicios derivados de la violación a los derechos de propiedad industrial que tutela esta Ley, cuando los involucrados lo designen expresamente como tal; de conformidad con las disposiciones contenidas en el Título Cuarto del Libro Quinto del Código de Comercio;

**X.** Efectuar la publicación legal, a través de la Gaceta, así como difundir la información derivada de las patentes, registros, declaratorias de notoriedad o fama de marcas, autorizaciones y publicaciones concedidos y de cualesquiera otras referentes a los derechos de propiedad industrial que le confiere esta Ley;

*Fracción reformada DOF 16-06-2005*

**XI.-** Difundir, asesorar y dar servicio al público en materia de propiedad industrial;

**XII.-** Promover la creación de invenciones de aplicación industrial, apoyar su desarrollo y explotación en la industria y el comercio, e impulsar la transferencia de tecnología mediante:

**a)** La divulgación de acervos documentales sobre invenciones publicadas en el país o en el extranjero y la asesoría sobre su consulta y aprovechamiento;

**b)** La elaboración, actualización y difusión de directorios de personas físicas y morales dedicadas a la generación de invenciones y actividades de investigación tecnológica;

**c)** La realización de concursos, certámenes o exposiciones y el otorgamiento de premios y reconocimientos que estimulen la actividad inventiva y la creatividad en el diseño y la presentación de productos;

**d)** La asesoría a empresas o a intermediarios financieros para emprender o financiar la construcción de prototipos y para el desarrollo industrial o comercial de determinadas invenciones;

**Exhibit 10, Page 369**



**LEY DE LA PROPIEDAD INDUSTRIAL**

Cámara de Diputados del H. Congreso de la Unión
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

*Última Reforma DOF 25-01-2006*

**e)** La difusión entre las personas, grupos, asociaciones o instituciones de investigación, enseñanza superior o de asistencia técnica, del conocimiento y alcance de las disposiciones de esta Ley, que faciliten sus actividades en la generación de invenciones y en su desarrollo industrial y comercial subsecuente, y

**f)** La celebración de convenios de cooperación, coordinación y concertación, con los gobiernos de las entidades federativas, así como con instituciones públicas o privadas, nacionales o extranjeras, para promover y fomentar las invenciones y creaciones de aplicación industrial y comercial;

**XIII.-** Participar en los programas de otorgamiento de estímulos y apoyos para la protección de la propiedad industrial, tendientes a la generación, desarrollo y aplicación de tecnología mexicana en la actividad económica, así como para mejorar sus niveles de productividad y competitividad;

**XIV.-** Formar y mantener actualizados los acervos sobre invenciones publicadas en el país y en el extranjero.

**XV.-** Efectuar investigaciones sobre el estado de la técnica en los distintos sectores de la industria y la tecnología;

**XVI.-** Promover la cooperación internacional mediante el intercambio de experiencias administrativas y jurídicas con instituciones encargadas del registro y protección legal de la propiedad industrial en otros países, incluyendo entre otras: la capacitación y el entrenamiento profesional de personal, la transferencia de metodologías de trabajo y organización, el intercambio de publicaciones y la actualización de acervos documentales y bases de datos en materia de propiedad industrial;

**XVII.-** Realizar estudios sobre la situación de la propiedad industrial en el ámbito internacional y participar en las reuniones o foros internacionales relacionados con esta materia;

**XVIII.-** Actuar como órgano de consulta en materia de propiedad industrial de las distintas dependencias y entidades de la administración pública federal, así como asesorar a instituciones sociales y privadas;

**XIX.-** Participar en la formación de recursos humanos especializados en las diversas disciplinas de la propiedad industrial, a través de la formulación y ejecución de programas y cursos de capacitación, enseñanza y especialización de personal profesional, técnico y auxiliar;

**XX.-** Formular y ejecutar su programa institucional de operación;

**XXI.-** Participar, en coordinación con las unidades competentes de la Secretaría de Comercio y Fomento Industrial, en las negociaciones que correspondan al ámbito de sus atribuciones, y

**XXII.-** Prestar los demás servicios y realizar las actividades necesarias para el debido cumplimiento de sus facultades conforme a esta Ley y a las demás disposiciones legales aplicables.

*Artículo reformado DOF 02-08-1994*

**Artículo 7.-** Los órganos de administración del Instituto serán la Junta de Gobierno y un Director General, quienes tendrán las facultades previstas en la Ley Federal de las Entidades Paraestatales y en el ordenamiento legal de su creación, sin perjuicio de lo previsto en los artículos 6 y 7 BIS 2 de esta Ley.

*Artículo reformado DOF 02-08-1994*

**Artículo 7 BIS.-** La Junta de Gobierno se integrará por diez representantes:

**Exhibit 10, Page 370**



**LEY DE LA PROPIEDAD INDUSTRIAL**

Cámara de Diputados del H. Congreso de la Unión
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

*Última Reforma DOF 25-01-2006*

**I.-** El Secretario de Comercio y Fomento Industrial, quien la preside;

**II.-** Un representante designado por la Secretaría de Comercio y Fomento Industrial;

**III.-** Dos representantes designados por la Secretaría de Hacienda y Crédito Público, y

**IV.-** Sendos representantes de las Secretarías de Relaciones Exteriores, Agricultura y Recursos Hidráulicos, Educación Pública y Salud; así como del Consejo Nacional de Ciencia y Tecnología y del Centro Nacional de Metrología.

Por cada representante propietario, será designado un suplente, quien asistirá a las sesiones de la Junta de Gobierno en ausencia del primero, con todas las facultades y derechos que a éste correspondan.

*Artículo adicionado DOF 02-08-1994*

**Artículo 7 BIS 1.-** El Director General, o su equivalente, es el representante legal del Instituto y es designado a indicación del Ejecutivo Federal, a través del Secretario de Comercio y Fomento Industrial por la Junta de Gobierno.

*Artículo adicionado DOF 02-08-1994*

**Artículo 7 BIS 2.-** Corresponde al Director General del Instituto el ejercicio de las facultades a que se refiere el artículo 6 de esta Ley, quien, sin perjuicio de su ejercicio directo, únicamente podrá delegarlas en los términos que se establezcan en los acuerdos respectivos, que deberán ser aprobados por la Junta de Gobierno y publicados en el Diario Oficial.

*Artículo adicionado DOF 02-08-1994*

**Artículo 8o.-** El Instituto editará mensualmente la Gaceta, en la que se harán las publicaciones a que esta Ley se refiere y donde se dará a conocer cualquier información de interés sobre la propiedad industrial y las demás materias que se determinen. Los actos que consten en dicho órgano de información surtirán efectos ante terceros a partir del día siguiente de la fecha en que se ponga en circulación, misma que deberá hacerse constar en cada ejemplar.

*Artículo reformado DOF 02-08-1994*

## TITULO SEGUNDO
### De las Invenciones, Modelos de Utilidad y Diseños Industriales

### Capítulo I
### Disposiciones Preliminares

**Artículo 9o.-** La persona física que realice una invención, modelo de utilidad o diseño industrial, o su causahabiente, tendrán el derecho exclusivo de su explotación en su provecho, por sí o por otros con su consentimiento, de acuerdo con las disposiciones contenidas en esta Ley y su reglamento.

**Artículo 10.-** El derecho a que se refiere el artículo anterior se otorgará a través de patente en el caso de las invenciones y de registros por lo que hace a los modelos de utilidad y diseños industriales.

**Artículo 10 BIS.-** El derecho a obtener una patente o un registro pertenecerá al inventor o diseñador, según el caso, sin perjuicio de lo dispuesto en el artículo 14 de esta Ley. Si la invención, modelo de utilidad o diseño industrial hubiese sido realizado por dos o más personas conjuntamente, el derecho a obtener la patente o el registro les pertenecerá a todos en común.

Si varias personas hicieran la misma invención o modelo de utilidad independientemente unas de otras, tendrá mejor derecho a obtener la patente o el registro aquella que primero presente la solicitud

**Exhibit 10, Page 371**



**LEY DE LA PROPIEDAD INDUSTRIAL**

Cámara de Diputados del H. Congreso de la Unión
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

*Última Reforma DOF 25-01-2006*

respectiva o que reivindique la prioridad de fecha más antigua, siempre que la solicitud no sea abandonada ni denegada.

El derecho a obtener una patente o un registro podrá ser transferido por actos entre vivos o por vía sucesoria.

*Artículo adicionado DOF 02-08-1994*

**Artículo 11.-** Los titulares de patentes o de registros podrán ser personas físicas o morales.

**Artículo 12.-** Para los efectos de este título se considerará como:

**I.-** Nuevo, a todo aquello que no se encuentre en el estado de la técnica;

**II.-** Estado de la técnica, al conjunto de conocimientos técnicos que se han hecho públicos mediante una descripción oral o escrita, por la explotación o por cualquier otro medio de difusión o información, en el país o en el extranjero;

*Fracción reformada DOF 02-08-1994*

**III.-** Actividad inventiva, al proceso creativo cuyos resultados no se deduzcan del estado de la técnica en forma evidente para un técnico en la materia;

**IV.-** Aplicación industrial, a la posibilidad de que una invención pueda ser producida o utilizada en cualquier rama de la actividad económica;

*Fracción reformada DOF 02-08-1994*

**V.-** Reivindicación, a la característica esencial de un producto o proceso cuya protección se reclama de manera precisa y específica en la solicitud de patente o de registro y se otorga, en su caso, en el título correspondiente, y

**VI.-** Fecha de presentación, a la fecha en que se presente la solicitud en el Instituto, o en las delegaciones de la Secretaría de Comercio y Fomento Industrial en el interior del país, siempre y cuando cumpla con los requisitos que señala esta Ley y su reglamento.

*Fracción reformada DOF 02-08-1994*

**Artículo 13.-** Se presume inventor a la persona o personas físicas que se ostenten como tales en la solicitud de patente o de registro. El inventor o inventores tienen derecho a ser mencionados en el título correspondiente o a oponerse a esta mención.

**Artículo 14.-** A las invenciones, modelos de utilidad y diseños industriales realizados por personas que estén sujetas a una relación de trabajo, les será aplicable lo dispuesto en el artículo 163 de la Ley Federal del Trabajo.

## CAPITULO II
### De las Patentes

*Denominación del Capítulo reformada DOF 02-08-1994*

**Artículo 15.-** Se considera invención toda creación humana que permita transformar la materia o la energía que existe en la naturaleza, para su aprovechamiento por el hombre y satisfacer sus necesidades concretas.

*Artículo reformado DOF 02-08-1994*

**Artículo 16.-** Serán patentables las invenciones que sean nuevas, resultado de una actividad inventiva y susceptibles de aplicación industrial, en los términos de esta Ley, excepto:

**Exhibit 10, Page 372**



**LEY DE LA PROPIEDAD INDUSTRIAL**

Cámara de Diputados del H. Congreso de la Unión                                    *Última Reforma DOF 25-01-2006*
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

**I.-** Los procesos esencialmente biológicos para la producción, reproducción y propagación de plantas y animales;

**II.-** El material biológico y genético tal como se encuentran en la naturaleza;

**III.-** Las razas animales;

**IV.-** El cuerpo humano y las partes vivas que lo componen, y

**V.-** Las variedades vegetales.

*Artículo reformado DOF 02-08-1994*

**Artículo 17.-** Para determinar que una invención es nueva y resultado de una actividad inventiva se considerará el estado de la técnica en la fecha de presentación de la solicitud de patente o, en su caso, de la prioridad reconocida. Además, para determinar si la invención es nueva, estarán incluidas en el estado de la técnica todas las solicitudes de patente presentadas en México con anterioridad a esa fecha, que se encuentren en trámite, aunque la publicación a que se refiere el artículo 52 de esta Ley se realice con posterioridad.

**Artículo 18.-** La divulgación de una invención no afectará que siga considerándose nueva, cuando dentro de los doce meses previos a la fecha de presentación de la solicitud de patente o, en su caso, de la prioridad reconocida, el inventor o su causahabiente hayan dado a conocer la invención, por cualquier medio de comunicación, por la puesta en práctica de la invención o porque la hayan exhibido en una exposición nacional o internacional. Al presentarse la solicitud correspondiente deberá incluirse la documentación comprobatoria en las condiciones que establezca el reglamento de esta Ley.

La publicación de una invención contenida en una solicitud de patente o en una patente concedida por una oficina extranjera, no se considerará incluida dentro de los supuestos a que se refiere este artículo.

*Artículo reformado DOF 02-08-1994*

**Artículo 19.-** No se considerarán invenciones para los efectos de esta Ley:

**I.-** Los principios teóricos o científicos;

**II.-** Los descubrimientos que consistan en dar a conocer o revelar algo que ya existía en la naturaleza, aún cuando anteriormente fuese desconocido para el hombre;

**III.-** Los esquemas, planes, reglas y métodos para realizar actos mentales, juegos o negocios y los métodos matemáticos;

*Fracción reformada DOF 02-08-1994*

**IV.-** Los programas de computación;

**V.-** Las formas de presentación de información;

**VI.-** Las creaciones estéticas y las obras artísticas o literarias;

**VII.-** Los métodos de tratamiento quirúrgico, terapéutico o de diagnóstico aplicables al cuerpo humano y los relativos a animales, y

**VIII.-** La yuxtaposición de invenciones conocidas o mezclas de productos conocidos, su variación de uso, de forma, de dimensiones o de materiales, salvo que en realidad se trate de su combinación o fusión de tal manera que no puedan funcionar separadamente o que las cualidades o funciones características

**Exhibit 10, Page 373**



**LEY DE LA PROPIEDAD INDUSTRIAL**

Cámara de Diputados del H. Congreso de la Unión
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

*Última Reforma DOF 25-01-2006*

de las mismas sean modificadas para obtener un resultado industrial o un uso no obvio para un técnico en la materia.

*Fracción reformada DOF 02-08-1994*

**Artículo 20.-** (Se deroga).

*Artículo derogado DOF 02-08-1994*

**Artículo 21.-** El derecho conferido por la patente estará determinado por las reivindicaciones aprobadas. La descripción y los dibujos o, en su caso, el depósito de material biológico a que se refiere el artículo 47 fracción I de esta Ley, servirán para interpretarlas.

*Artículo reformado DOF 02-08-1994*

**Artículo 22.-** El derecho que confiere una patente no producirá efecto alguno contra:

**I.-** Un tercero que, en el ámbito privado o académico y con fines no comerciales, realice actividades de investigación científica o tecnológica puramente experimentales, de ensayo o de enseñanza, y para ello fabrique o utilice un producto o use un proceso igual al patentado;

**II.-** Cualquier persona que comercialice, adquiera o use el producto patentado u obtenido por el proceso patentado, luego de que dicho producto hubiera sido introducido lícitamente en el comercio;

**III.-** Cualquier persona que, con anterioridad a la fecha de presentación de la solicitud de patente o, en su caso, de prioridad reconocida, utilice el proceso patentado, fabrique el producto patentado o hubiere iniciado los preparativos necesarios para llevar a cabo tal utilización o fabricación;

**IV.-** El empleo de la invención de que se trate en los vehículos de transporte de otros países que formen parte de ellos, cuando éstos se encuentren en tránsito en territorio nacional;

**V.-** Un tercero que, en el caso de patentes relacionadas con materia viva, utilice el producto patentado como fuente inicial de variación o propagación para obtener otros productos, salvo que dicha utilización se realice en forma reiterada, y

**VI.-** Un tercero que, en el caso de patentes relacionadas con productos que consistan en materia viva, utilice, ponga en circulación o comercialice los productos patentados, para fines que no sean de multiplicación o propagación, después de que éstos hayan sido introducidos lícitamente en el comercio por el titular de la patente, o la persona que tenga concedida una licencia.

La realización de cualquier actividad contemplada en el presente artículo no constituirá infracción administrativa o delito en los términos de ésta Ley.

**Artículo 23.-** La patente tendrá una vigencia de 20 años improrrogables, contada a partir de la fecha de presentación de la solicitud y estará sujeta al pago de la tarifa correspondiente.

*Artículo reformado DOF 02-08-1994*

**Artículo 24.-** El titular de la patente después de otorgada ésta, podrá demandar daños y perjuicios a terceros que antes del otorgamiento hubieren explotado sin su consentimiento el proceso o producto patentado, cuando dicha explotación se haya realizado después de la fecha en que surta efectos la publicación de la solicitud en la Gaceta.

**Artículo 25.-** El derecho exclusivo de explotación de la invención patentada confiere a su titular las siguientes prerrogativas:

**Exhibit 10, Page 374**



**LEY DE LA PROPIEDAD INDUSTRIAL**

Cámara de Diputados del H. Congreso de la Unión
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

*Última Reforma DOF 25-01-2006*

**I.-** Si la materia objeto de la patente es un producto, el derecho de impedir a otras personas que fabriquen, usen, vendan, ofrezcan en venta o importen el producto patentado, sin su consentimiento, y

**II.-** Si la materia objeto de la patente es un proceso, el derecho de impedir a otras personas que utilicen ese proceso y que usen, vendan, ofrezcan en venta o importen el producto obtenido directamente de ese proceso, sin su consentimiento.

La explotación realizada por la persona a que se refiere el artículo 69 de esta Ley, se considerará efectuada por el titular de la patente.

*Artículo reformado DOF 02-08-1994*

**Artículo 26.-** La mención de que existe una patente en trámite u otorgada, sólo podrá realizarse en el caso de los productos o procesos que se encuentren en cualquiera de dichos supuestos.

## Capítulo III
## De los Modelos de Utilidad

**Artículo 27.-** Serán registrables los modelos de utilidad que sean nuevos y susceptibles de aplicación industrial.

**Artículo 28.-** Se consideran modelos de utilidad los objetos, utensilios, aparatos o herramientas que, como resultado de una modificación en su disposición, configuración, estructura o forma, presenten una función diferente respecto de las partes que lo integran o ventajas en cuanto a su utilidad.

**Artículo 29.-** El registro de los modelos de utilidad tendrá una vigencia de diez años improrrogables, contada a partir de la fecha de presentación de la solicitud y estará sujeto al pago de la tarifa correspondiente.

*Párrafo reformado DOF 02-08-1994*

La explotación del modelo de utilidad y las limitaciones del derecho que confiere su registro al titular se regirán, en lo conducente, por lo dispuesto en los artículos 22 y 25 de esta Ley.

**Artículo 30.-** Para la tramitación del registro de un modelo de utilidad se aplicarán, en lo conducente, las reglas contenidas en el Capítulo V del presente Título, a excepción de los artículos 45 y 52.

*Artículo reformado DOF 02-08-1994*

## Capítulo IV
## De los Diseños Industriales

**Artículo 31.-** Serán registrables los diseños industriales que sean nuevos y susceptibles de aplicación industrial.

Se consideran nuevos los diseños que sean de creación independiente y difieran en grado significativo, de diseños conocidos o de combinaciones de características conocidas de diseños.

La protección conferida a un diseño industrial no comprenderá los elementos o características que estuviesen dictados únicamente por consideraciones de orden técnico o por la realización de una función técnica, y que no incorporan ningún aporte arbitrario del diseñador; ni aquellos elementos o características cuya reproducción exacta fuese necesaria para permitir que el producto que incorpora el diseño sea montado mecánicamente o conectado con otro producto del cual constituya una parte o pieza integrante, esta limitación no se aplicará tratándose de productos en los cuales el diseño radica en una forma destinada a permitir el montaje o la conexión múltiple de  los productos o su conexión dentro de un sistema modular.

**Exhibit 10, Page 375**



**LEY DE LA PROPIEDAD INDUSTRIAL**

Cámara de Diputados del H. Congreso de la Unión
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

*Última Reforma DOF 25-01-2006*

No se protegerá un diseño industrial cuando su aspecto comprenda únicamente los elementos o características a que se refiere el párrafo anterior.

*Artículo reformado DOF 02-08-1994*

**Artículo 32.-** Los diseños industriales comprenden a:

**I.-** Los dibujos industriales, que son toda combinación de figuras, líneas o colores que se incorporen a un producto industrial con fines de ornamentación y que le den un aspecto peculiar y propio, y

**II.-** Los modelos industriales, constituidos por toda forma tridimensional que sirva de tipo o patrón para la fabricación de un producto industrial, que le dé apariencia especial en cuanto no implique efectos técnicos.

**Artículo 33.-** A las solicitudes de registro de diseños industriales se anexarán:

**I.-** Una reproducción gráfica o fotográfica del diseño correspondiente, y

**II.-** La indicación del género del producto para el cual se utilizará el diseño.

**Artículo 34.-** La descripción que se realice en la solicitud deberá referirse brevemente a la reproducción gráfica o fotográfica del diseño, en la que se indicará, en forma clara, la perspectiva desde la cual se ilustra.

**Artículo 35.-** En la solicitud deberá expresarse como reivindicación la denominación del diseño industrial seguido de las palabras "Tal como se ha referido e ilustrado".

**Artículo 36.-** El registro de los diseños industriales tendrá una vigencia de quince años improrrogables a partir de la fecha de presentación de la solicitud y estará sujeto al pago de la tarifa correspondiente.

*Párrafo reformado DOF 02-08-1994*

La explotación de los diseños industriales y la limitación de los derechos que confiere su registro al titular se regirán, en lo conducente, por lo dispuesto en los artículos 22 y 25 de esta Ley.

**Artículo 37.-** La tramitación del registro de los diseños industriales se llevará a cabo, en lo conducente, conforme a las reglas contenidas en el Capítulo V del presente Título, a excepción de los artículos 45 y 52.

*Artículo reformado DOF 02-08-1994*

## Capítulo V
## De la Tramitación de Patentes

**Artículo 38.-** Para obtener una patente deberá presentarse solicitud escrita ante el Instituto, en la que se indicará el nombre y domicilio del inventor y del solicitante, la nacionalidad de este último, la denominación de la invención, y demás datos que prevengan esta Ley y su reglamento, y deberá exhibirse el comprobante del pago de las tarifas correspondientes, incluidas las relativas a los exámenes de forma y fondo.

*Párrafo reformado DOF 02-08-1994*

La solicitud de patente en trámite y sus anexos serán confidenciales hasta el momento de su publicación.

**Exhibit 10, Page 376**



**LEY DE LA PROPIEDAD INDUSTRIAL**

Cámara de Diputados del H. Congreso de la Unión
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

*Última Reforma DOF 25-01-2006*

**Artículo 38 BIS.-** El Instituto reconocerá como fecha de presentación de una solicitud de patente a la fecha y hora en que la solicitud sea presentada, siempre que la misma cumpla con los requisitos previstos en los artículos 38, 47 fracciones I y II, 179 y 180 de esta Ley.

En el caso de que a la fecha en la que se presente la solicitud, ésta no cumpla con los requisitos señalados en el párrafo anterior, se tendrá como fecha de presentación aquella en la que se dé el cumplimiento correspondiente.

La fecha de presentación determinará la prelación entre las solicitudes.

El reglamento de esta Ley podrá determinar otros medios por los cuales se puedan presentar las solicitudes y promociones al Instituto.

*Artículo adicionado DOF 02-08-1994*

**Artículo 39.-** La patente podrá ser solicitada directamente por el inventor o por su causahabiente o a través de sus representantes.

**Artículo 40.-** Cuando se solicite una patente después de hacerlo en otros países se podrá reconocer como fecha de prioridad la de presentación en aquel en que lo fue primero, siempre que se presente en México dentro de los plazos que determinen los Tratados Internacionales o, en su defecto, dentro de los doce meses siguientes a la solicitud de patente en el país de origen.

**Artículo 41.-** Para reconocer la prioridad a que se refiere el artículo anterior se deberán satisfacer los requisitos siguientes:

**I.-** Que al solicitar la patente se reclame la prioridad y se haga constar el país de origen y la fecha de presentación de la solicitud en ese país;

**II.-** Que la solicitud presentada en México no pretenda el otorgamiento de derechos adicionales a los que se deriven de la solicitud presentada en el extranjero.

Si se pretendieren derechos adicionales a los que se deriven de la solicitud presentada en el extranjero considerada en su conjunto, la prioridad deberá ser sólo parcial y referida a esta solicitud. Respecto de las reivindicaciones que pretendieren derechos adicionales, se podrá solicitar un nuevo reconocimiento de prioridad, y

*Fracción reformada DOF 02-08-1994*

**III.-** Que dentro de los tres meses siguientes a la presentación de la solicitud, se cumplan los requisitos que señalen los Tratados Internacionales, esta Ley y su reglamento, y

**IV.-** (Se deroga).

*Fracción derogada DOF 02-08-1994*

**Artículo 42.-** Cuando varios inventores hayan realizado la misma invención independientemente los unos de los otros, el derecho a la patente pertenecerá al que tenga la solicitud con fecha de presentación o de prioridad reconocida, en su caso, más antigua, siempre y cuando dicha solicitud no sea negada o abandonada.

**Artículo 43.-** La solicitud de patente deberá referirse a una sola invención, o a un grupo de invenciones relacionadas de tal manera entre sí que conformen un único concepto inventivo.

**Artículo 44.-** Si la solicitud no cumple con lo establecido en el artículo anterior, el Instituto lo comunicará por escrito al solicitante para que, dentro del plazo de dos meses, la divida en varias

**Exhibit 10, Page 377**



**LEY DE LA PROPIEDAD INDUSTRIAL**

Cámara de Diputados del H. Congreso de la Unión                          *Última Reforma DOF 25-01-2006*
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

solicitudes, conservando como fecha de cada una la de la solicitud inicial y, en su caso, la de prioridad reconocida. Si vencido el plazo el solicitante no ha realizado la división, se tendrá por abandonada la solicitud.

Si el solicitante cumple con lo previsto en el párrafo anterior, las solicitudes divisionales no serán objeto de la publicación a que se refiere el artículo 52 de esta Ley.

*Artículo reformado DOF 02-08-1994*

**Artículo 45.-** Una misma solicitud de patente podrá contener:

**I.-** Las reivindicaciones de un producto determinado y las relativas a procesos especialmente concebidos para su fabricación o utilización;

**II.-** Las reivindicaciones de un proceso determinado y las relativas a un aparato o a un medio especialmente concebido para su aplicación, y

**III.-** Las reivindicaciones de un producto determinado y las de un proceso especialmente concebido para su fabricación y de un aparato o un medio especialmente concebido para su aplicación.

**Artículo 46.-** El proceso y maquinaria o aparatos para obtener un modelo de utilidad o un diseño industrial serán objeto de solicitudes de patente independientes a la solicitud de registros de estos últimos.

**Artículo 47.-** A la solicitud de patente se deberá acompañar:

**I.-** La descripción de la invención, que deberá ser lo suficientemente clara y completa para permitir una comprensión cabal de la misma y, en su caso, para guiar su realización por una persona que posea pericia y conocimientos medios en la materia. Asimismo, deberá incluir el mejor método conocido por el solicitante para llevar a la práctica la invención, cuando ello no resulte claro de la descripción de la invención.

En caso de material biológico en el que la descripción de la invención no pueda detallarse en sí misma, se deberá complementar la solicitud con la constancia de depósito de dicho material en una institución reconocida por el Instituto, conforme a lo establecido en el reglamento de esta Ley;

*Párrafo reformado DOF 02-08-1994*

**II.-** Los dibujos que se requieran para la comprensión de la descripción;

*Fracción reformada DOF 02-08-1994*

**III.-** Una o más reivindicaciones, las cuales deberán ser claras y concisas y no podrán exceder del contenido de la descripción, y

**IV.-** Un resumen de la descripción de la invención, que servirá únicamente para su publicación y como elemento de información técnica.

**Artículo 48.-** Cuando una solicitud de patente deba dividirse, el solicitante deberá presentar las descripciones, reivindicaciones y dibujos necesarios para cada solicitud, excepto la documentación relativa a la prioridad reclamada y su traducción que ya se encuentren en la solicitud inicial y, en su caso, la cesión de derechos y el poder. Los dibujos y descripciones que se exhiban, no sufrirán alteraciones que modifiquen la invención contemplada en la solicitud original.

*Artículo reformado DOF 02-08-1994*

**Exhibit 10, Page 378**



**LEY DE LA PROPIEDAD INDUSTRIAL**

Cámara de Diputados del H. Congreso de la Unión
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

*Última Reforma DOF 25-01-2006*

**Artículo 49.-** El solicitante podrá transformar la solicitud de patente en una de registro de modelo de utilidad o de diseño industrial y viceversa, cuando del contenido de la solicitud se infiera que éste no concuerda con lo solicitado.

El solicitante sólo podrá efectuar la transformación de la solicitud dentro de los tres meses siguientes a la fecha de su presentación o dentro de los tres meses siguientes a la fecha en que el Instituto le requiera para que la transforme, siempre y cuando la solicitud no se haya abandonado. En caso de que el solicitante no transforme la solicitud dentro del plazo concedido por el Instituto se tendrá por abandonada la solicitud.

*Párrafo reformado DOF 02-08-1994*

**Artículo 50.-** Presentada la solicitud, el Instituto realizará un examen de forma de la documentación y podrá requerir que se precise o aclare en lo que considere necesario, o se subsanen sus omisiones. De no cumplir el solicitante con dicho requerimiento en un plazo de dos meses, se considerará abandonada la solicitud.

*Artículo reformado DOF 02-08-1994*

**Artículo 51.-** (Se deroga).

*Artículo derogado DOF 02-08-1994*

**Artículo 52.-** La publicación de la solicitud de patente en trámite tendrá lugar lo más pronto posible después del vencimiento del plazo de 18 meses, contado a partir de la fecha de la presentación, en su caso, de prioridad reconocida. A petición del solicitante, la solicitud será publicada antes del vencimiento del plazo señalado.

**Artículo 53.-** Una vez publicada la solicitud de patente y efectuado el pago de la tarifa que corresponda, el Instituto hará un examen de fondo de la invención para determinar si se satisfacen los requisitos señalados por el artículo 16 de esta Ley, o se encuentra en alguno de los supuestos previstos en los artículos 16 y 19 de esta Ley.

Para la realización de los exámenes de fondo, el Instituto, en su caso, podrá solicitar el apoyo técnico de organismos e instituciones nacionales especializados.

*Artículo reformado DOF 02-08-1994*

**Artículo 54.-** El Instituto podrá aceptar o requerir el resultado del examen de fondo o su equivalente realizado por oficinas extranjeras de patentes, o en su caso, una copia simple de la patente otorgada por alguna de dichas oficinas extranjeras.

*Artículo reformado DOF 02-08-1994*

**Artículo 55.-** El Instituto podrá requerir por escrito al solicitante para que, dentro del plazo de dos meses, presente la información o documentación adicional o complementaria que sea necesaria, incluida aquella relativa a la búsqueda o examen practicado por oficinas extranjeras; modifique las reivindicaciones, descripción, dibujos, o haga las aclaraciones que considere pertinentes cuando:

**I.-** A juicio del Instituto sea necesario para la realización del examen de fondo, y

**II.-** Durante o como resultado del examen de fondo se encontrase que la invención tal como fue solicitada, no cumple con los requisitos de patentabilidad, o se encuentra en alguno de los supuestos previstos en los artículos 16 y 19 de esta Ley.

Si dentro del plazo a que se refiere este artículo el solicitante no cumple con el requerimiento, su solicitud se considerará abandonada.

*Artículo reformado DOF 02-08-1994*

**Exhibit 10, Page 379**



**LEY DE LA PROPIEDAD INDUSTRIAL**

Cámara de Diputados del H. Congreso de la Unión
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

*Última Reforma DOF 25-01-2006*

**Artículo 55 BIS.-** Los documentos que se presenten en cumplimiento de alguno de los requerimientos a que se refieren los artículos 50 y 55 de esta Ley, o en el caso de enmiendas voluntarias, no podrán contener materias adicionales ni reivindicaciones que den mayor alcance al que esté contenido en la solicitud original considerada en su conjunto.

Sólo se aceptarán enmiendas voluntarias hasta antes de la expedición de la resolución sobre la procedencia o negativa de otorgamiento de la patente a que se refieren los artículos 56 y 57 de esta Ley.

*Artículo adicionado DOF 02-08-1994*

**Artículo 56.-** En caso que el Instituto niegue la patente, lo comunicará por escrito al solicitante, expresando los motivos y fundamentos legales de su resolución.

*Artículo reformado DOF 02-08-1994*

**Artículo 57.-** Cuando proceda el otorgamiento de la patente, se comunicará por escrito al solicitante para que, dentro del plazo de dos meses, cumpla con los requisitos necesarios para su publicación y presente ante el Instituto el comprobante del pago de la tarifa correspondiente a la expedición del título. Si vencido el plazo fijado el solicitante no cumple con lo establecido en el presente artículo, se le tendrá por abandonada su solicitud.

*Artículo reformado DOF 02-08-1994*

**Artículo 58.-** El interesado tendrá un plazo adicional de dos meses para cumplir los requisitos a que se refieren los artículos 44, 50, 55 y 57 de esta Ley, sin que medie solicitud y comprobando el pago de la tarifa que corresponda al mes en que se dé cumplimiento.

El plazo a que se refiere el párrafo anterior, se contará a partir del día siguiente al del vencimiento del plazo de dos meses previsto en los artículos antes referidos.

La solicitud se tendrá por abandonada si el solicitante no da cumplimiento a los requerimientos formulados, dentro del plazo inicial o en el adicional previsto en este artículo; o no presenta el comprobante de pago de las tarifas correspondientes.

*Artículo reformado DOF 02-08-1994*

**Artículo 59.-** El Instituto expedirá un título para cada patente como constancia y reconocimiento oficial al titular. El título comprenderá un ejemplar de la descripción, reivindicaciones y dibujos, si los hubiere, y en el mismo se hará constar:

*Párrafo reformado DOF 02-08-1994*

**I.-** Número y clasificación de la patente;

**II.-** Nombre y domicilio de la persona o personas a quienes se expide;

**III.-** Nombre del inventor o inventores;

**IV.-** Fechas de presentación de la solicitud y de prioridad reconocida en su caso, y de expedición;

**V.-** Denominación de la invención, y

**VI.-** Su vigencia.

**Artículo 60.-** Otorgada la patente, el Instituto procederá a hacer su publicación en la Gaceta, que contendrá la información a que se refieren los artículos 47 fracción IV y 59 de esta Ley.

*Artículo reformado DOF 02-08-1994*

**Exhibit 10, Page 380**

**LEY DE LA PROPIEDAD INDUSTRIAL**

Cámara de Diputados del H. Congreso de la Unión
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

*Última Reforma DOF 25-01-2006*

**Artículo 61.-** Sólo podrán permitirse cambios en el texto o dibujos del título de una patente en los siguientes supuestos:

**I.-** Para corregir errores evidentes o de forma, y

**II.-** Para limitar la extensión de las reivindicaciones.

Los cambios autorizados deberán ser publicados en la Gaceta.

## Capítulo VI
## De las Licencias y la Transmisión de Derechos

**Artículo 62.-** Los derechos que confiere una patente o registro, o aquéllos que deriven de una solicitud en trámite, podrán gravarse y transmitirse total o parcialmente en los términos y con las formalidades que establece la legislación común. Para que la transmisión de derechos o gravamen puedan producir efectos en perjuicio de terceros, deberá inscribirse en el Instituto.

Podrá solicitarse mediante una sola promoción la inscripción de transferencias de la titularidad de dos o más solicitudes en trámite o de dos o más patentes o registros cuando quien transfiere y quien adquiere sean las mismas personas en todos ellos. El solicitante deberá identificar cada una de las solicitudes, patentes o registros en los que se hará la inscripción. Las tarifas correspondientes se pagarán en función del número de solicitudes, patentes o registros involucrados.

*Artículo reformado DOF 02-08-1994*

**Artículo 63.-** El titular de la patente o registro podrá conceder, mediante convenio, licencia para su explotación. La licencia deberá ser inscrita en el Instituto para que pueda producir efectos en perjuicio de terceros.

*Párrafo reformado DOF 02-08-1994*

Podrá solicitarse mediante una sola promoción la inscripción de licencias de derechos relativos a dos o más solicitudes en trámite o a dos o más patentes o registros cuando el licenciante y el licenciatario sean los mismos en todos ellos. El solicitante deberá identificar cada una de las solicitudes, patentes o registros en los que se hará la inscripción. Las tarifas correspondientes se pagarán en función del número de solicitudes, patentes o registros involucrados.

*Párrafo adicionado DOF 02-08-1994*

**Artículo 64.-** Para inscribir una transmisión de patente, registro, licencia o gravamen en el Instituto, bastará formular la solicitud correspondiente en los términos que fije el reglamento de esta Ley.

*Artículo reformado DOF 02-08-1994*

**Artículo 65.-** La cancelación de la inscripción de una licencia procederá en cualquiera de los siguientes casos:

**I.-** Cuando la soliciten conjuntamente el titular de la patente o registro y la persona a la que se le haya concedido la licencia;

**II.-** Por nulidad o caducidad de la patente o registro;

**III.-** (Se deroga).

*Fracción derogada DOF 02-08-1994*

**IV.-** Por orden judicial.

**Exhibit 10, Page 381**



**LEY DE LA PROPIEDAD INDUSTRIAL**

Cámara de Diputados del H. Congreso de la Unión
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

*Última Reforma DOF 25-01-2006*

**Artículo 66.-** No se inscribirá la licencia cuando la patente o registro hubiesen caducado o la duración de aquélla sea mayor que su vigencia.

*Artículo reformado DOF 02-08-1994*

**Artículo 67.-** Salvo estipulación en contrario, la concesión de una licencia no excluirá la posibilidad, por parte del titular de la patente o registro, de conceder otras licencias ni realizar su explotación simultánea por sí mismo.

**Artículo 68.-** La persona que tenga concedida una licencia inscrita en el Instituto, salvo estipulación en contrario, tendrá la facultad de ejercitar las acciones legales de protección a los derechos de patente como si fuere el propio titular.

*Artículo reformado DOF 02-08-1994*

**Artículo 69.-** La explotación de la patente realizada por la persona que tenga concedida una licencia inscrita en el Instituto, se considerará como realizada por su titular, salvo el caso de licencias obligatorias.

*Artículo reformado DOF 02-08-1994*

**Artículo 70.-** Tratándose de invenciones, después de tres años contados a partir de la fecha del otorgamiento de la patente, o de cuatro años de la presentación de la solicitud, según lo que ocurra más tarde, cualquier persona podrá solicitar al Instituto la concesión de una licencia obligatoria para explotarla, cuando la explotación no se haya realizado, salvo que existan causas debidamente justificadas.

*Párrafo reformado DOF 02-08-1994*

No procederá el otorgamiento de una licencia obligatoria, cuando el titular de la patente o quien tenga concedida licencia contractual, hayan estado realizando la importación del producto patentado u obtenido por el proceso patentado.

**Artículo 71.-** Quien solicite una licencia obligatoria deberá tener capacidad técnica y económica para realizar una explotación eficiente de la invención patentada.

**Artículo 72.-** Antes de conceder la primera licencia obligatoria, el Instituto dará oportunidad al titular de la patente para que dentro de un plazo de un año, contado a partir de la notificación personal que se haga a éste, proceda a su explotación.

*Párrafo reformado DOF 02-08-1994*

Previa audiencia de las partes, el Instituto decidirá sobre la concesión de la licencia obligatoria y, en caso de que resuelva concederla, fijará su duración, condiciones, campo de aplicación y monto de las regalías que correspondan al titular de la patente.

*Párrafo reformado DOF 02-08-1994*

En caso de que se solicite una licencia obligatoria existiendo otra, la persona que tenga la licencia previa deberá ser notificada y oída.

**Artículo 73.-** Transcurrido el término de dos años contado a partir de la fecha de concesión de la primera licencia obligatoria, el Instituto podrá declarar administrativamente la caducidad de la patente, si la concesión de la licencia obligatoria no hubiese corregido la falta de explotación de la misma, o si el titular de la patente no comprueba su explotación o la existencia de una causa justificada a juicio del Instituto.

El pago de las regalías derivado de una licencia obligatoria concluirá cuando caduque o se anule la patente, o por cualquier otra causa prevista en esta ley.

*Artículo reformado DOF 02-08-1994*

**Exhibit 10, Page 382**



**LEY DE LA PROPIEDAD INDUSTRIAL**

Cámara de Diputados del H. Congreso de la Unión
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

*Última Reforma DOF 25-01-2006*

**Artículo 74.-** A petición del titular de la patente o de la persona que goce de la licencia obligatoria, las condiciones de ésta podrán ser modificadas por el Instituto cuando lo justifiquen causas supervenientes y, en particular, cuando el titular de la patente haya concedido licencias contractuales más favorables que la licencia obligatoria. El Instituto resolverá sobre la modificación de las condiciones de la licencia obligatoria, previa audiencia de las partes.

*Artículo reformado DOF 02-08-1994*

**Artículo 75.-** Quien goce de una licencia obligatoria deberá iniciar la explotación de la patente dentro del plazo de dos años, contados a partir de la fecha en que se le hubiere concedido. De no cumplirse esto, salvo que existan causas justificadas a juicio del Instituto, procederá la revocación de la licencia de oficio o a petición del titular de la patente.

*Artículo reformado DOF 02-08-1994*

**Artículo 76.-** La licencia obligatoria no será exclusiva. La persona a quien se le conceda sólo podrá cederla con autorización del Instituto y siempre que la transfiera junto con la parte de la unidad de producción donde se explota la patente objeto de la licencia.

*Artículo reformado DOF 02-08-1994*

**Artículo 77.-** Por causas de emergencia o seguridad nacional y mientras duren éstas, incluyendo enfermedades graves declaradas de atención prioritaria por el Consejo de Salubridad General, el Instituto, por declaración que se publicará en el **Diario Oficial de la Federación**, determinará que la explotación de ciertas patentes se haga mediante la concesión de licencias de utilidad pública, en los casos en que, de no hacerlo así, se impida, entorpezca o encarezca la producción, prestación o distribución de satisfactores básicos o medicamentos para la población.

En los casos de enfermedades graves que sean causa de emergencia o atenten contra la seguridad nacional, el Consejo de Salubridad General hará la declaratoria de atención prioritaria, por iniciativa propia o a solicitud por escrito de instituciones nacionales especializadas en la enfermedad, que sean acreditadas por el Consejo, en la que se justifique la necesidad de atención prioritaria. Publicada la declaratoria del Consejo en el **Diario Oficial de la Federación**, las empresas farmacéuticas podrán solicitar la concesión de una licencia de utilidad pública al Instituto y éste la otorgará, previa audiencia de las partes, a la brevedad que el caso lo amerite de acuerdo con la opinión del Consejo de Salubridad General en un plazo no mayor a 90 días, a partir de la fecha de presentación de la solicitud ante el Instituto.

La Secretaría de Salud fijará las condiciones de producción y de calidad, duración y campo de aplicación de la citada licencia, así como la calificación de la capacidad técnica del solicitante. El Instituto establecerá, escuchando a ambas partes, un monto razonable de las regalías que correspondan al titular de la patente.

La concesión podrá abarcar una o todas de las prerrogativas a que se refieren las fracciones I o II del artículo 25 de esta Ley.

Salvo la concesión de licencias de utilidad pública a que se refieren los párrafos segundo y tercero de éste artículo, para la concesión de las demás licencias, se procederá en los términos del párrafo segundo del artículo 72. Ninguna de las licencias consideradas en este artículo podrán tener carácter de exclusivas o transmisibles.

*Artículo reformado DOF 02-08-1994, 26-01-2004*

## Capítulo VII
## De la Nulidad y Caducidad de Patentes y Registros.

**Artículo 78.-** La patente o registro serán nulos en los siguientes casos:

**Exhibit 10, Page 383**



Cámara de Diputados del H. Congreso de la Unión
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

*Última Reforma DOF 25-01-2006*

**I.-** Cuando se hayan otorgado en contravención a las disposiciones sobre requisitos y condiciones para el otorgamiento de patentes o registros de modelos de utilidad y diseños industriales. Para efectos de lo dispuesto en esta fracción, se consideran requisitos y condiciones para el otorgamiento de patentes y registros los establecidos en los artículos 16, 19, 27, 31 y 47;

*Fracción reformada DOF 02-08-1994*

**II.-** Cuando se haya otorgado en contravención a las disposiciones de la ley vigente en el momento en que se otorgó la patente o el registro.

La acción de nulidad basada en esta fracción no podrá fundarse en la impugnación a la representación legal del solicitante de la patente o del registro.

*Fracción reformada DOF 02-08-1994*

**III.-** Cuando durante el trámite se hubiere incurrido en abandono de la solicitud, y

**IV.-** Cuando el otorgamiento se encontrare viciado por error o inadvertencia graves, o se hubiese concedido a quien no tenía derecho para obtenerla.

*Fracción reformada DOF 02-08-1994*

La acción de nulidad prevista en las fracciones I y II anteriores, podrá ejercitarse en cualquier tiempo; la que deriva de los supuestos previstos en las fracciones III y IV anteriores, podrá ejercitarse dentro del plazo de cinco años contado a partir de la fecha en que surta efectos la publicación de la patente o del registro en la Gaceta.

*Párrafo reformado DOF 02-08-1994*

Cuando la nulidad sólo afecte a una o a algunas reivindicaciones, o a una parte de una reivindicación, la nulidad se declarará solamente respecto de la reivindicación o reivindicaciones afectadas, o la parte de las reivindicaciones afectadas. La nulidad podrá declararse en la forma de una limitación o precisión de la reivindicación correspondiente.

*Párrafo adicionado DOF 02-08-1994*

**Artículo 79.-** La declaración de nulidad se hará administrativamente por el Instituto, de oficio, a petición de parte o del Ministerio Público Federal cuando tenga algún interés la Federación, en los términos de esta Ley. La declaración de nulidad destruirá retroactivamente a la fecha de presentación de la solicitud, los efectos de la patente o registro respectivos.

*Artículo reformado DOF 02-08-1994*

**Artículo 80.-** Las patentes o registros caducan y los derechos que amparan caen en el dominio público en los siguientes supuestos:

**I.-** Al vencimiento de su vigencia;

**II.-** Por no cubrir el pago de la tarifa previsto para mantener vigentes sus derechos, o dentro del plazo de gracia de seis meses siguientes a éste;

*Fracción reformada DOF 02-08-1994*

**III.-** En el caso del artículo 73 de esta Ley.

La caducidad que opere por el solo transcurso del tiempo, no requerirá de declaración administrativa por parte del Instituto.

*Párrafo reformado DOF 02-08-1994*

**Exhibit 10, Page 384**



**LEY DE LA PROPIEDAD INDUSTRIAL**

Cámara de Diputados del H. Congreso de la Unión          Última Reforma DOF 25-01-2006
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

**Artículo 81.-** Se podrá solicitar la rehabilitación de la patente o registro caducos por falta de pago oportuno de la tarifa, siempre que la solicitud correspondiente se presente dentro de los seis meses siguientes al plazo de gracia a que se refiere la fracción II del artículo anterior y se cubra el pago omitido de la tarifa, más sus recargos.

*Artículo reformado DOF 02-08-1994*

# TITULO TERCERO
## De los Secretos Industriales

### Capítulo Unico

**Artículo 82.-** Se considera secreto industrial a toda información de aplicación industrial o comercial que guarde una persona física o moral con carácter confidencial, que le signifique obtener o mantener una ventaja competitiva o económica frente a terceros en la realización de actividades económicas y respecto de la cual haya adoptado los medios o sistemas suficientes para preservar su confidencialidad y el acceso restringido a la misma.

La información de un secreto industrial necesariamente deberá estar referida a la naturaleza, características o finalidades de los productos; a los métodos o procesos de producción; o a los medios o formas de distribución o comercialización de productos o prestación de servicios.

No se considerará secreto industrial aquella información que sea del dominio público, la que resulte evidente para un técnico en la materia, con base en información previamente disponible o la que deba ser divulgada por disposición legal o por orden judicial. No se considerará que entra al dominio público o que es divulgada por disposición legal aquella información que sea proporcionada a cualquier autoridad por una persona que la posea como secreto industrial, cuando la proporcione para el efecto de obtener licencias, permisos, autorizaciones, registros, o cualesquiera otros actos de autoridad.

*Artículo reformado DOF 02-08-1994*

**Artículo 83.-** La información a que se refiere el artículo anterior, deberá constar en documentos, medios electrónicos o magnéticos, discos ópticos, microfilmes, películas u otros instrumentos similares.

**Artículo 84.-** La persona que guarde un secreto industrial podrá transmitirlo o autorizar su uso a un tercero. El usuario autorizado tendrá la obligación de no divulgar el secreto industrial por ningún medio.

En los convenios por los que se transmitan conocimientos técnicos, asistencia técnica, provisión de ingeniería básica o de detalle, se podrán establecer cláusulas de confidencialidad para proteger los secretos industriales que contemplen, las cuales deberán precisar los aspectos que comprenden como confidenciales.

**Artículo 85.-** Toda aquella persona que, con motivo de su trabajo, empleo, cargo, puesto, desempeño de su profesión o relación de negocios, tenga acceso a un secreto industrial del cual se le haya prevenido sobre su confidencialidad, deberá abstenerse de revelarlo sin causa justificada y sin consentimiento de la persona que guarde dicho secreto, o de su usuario autorizado.

**Artículo 86.-** La persona física o moral que contrate a un trabajador que esté laborando o haya laborado o a un profesionista, asesor o consultor que preste o haya prestado sus servicios para otra persona, con el fin de obtener secretos industriales de ésta, será responsable del pago de daños y perjuicios que le ocasione a dicha persona.

También será responsable del pago de daños y perjuicios la persona física o moral que por cualquier medio ilícito obtenga información que contemple un secreto industrial.

**Exhibit 10, Page 385**



**LEY DE LA PROPIEDAD INDUSTRIAL**

Cámara de Diputados del H. Congreso de la Unión
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

*Última Reforma DOF 25-01-2006*

**Artículo 86 BIS.-** La información requerida por las leyes especiales para determinar la seguridad y eficacia de productos farmoquímicos y agroquímicos que utilicen nuevos componentes químicos quedará protegida en los términos de los tratados internacionales de los que México sea parte.

*Artículo adicionado DOF 02-08-1994*

**Artículo 86 BIS 1.-** En cualquier procedimiento judicial o administrativo en que se requiera que alguno de los interesados revele un secreto industrial, la autoridad que conozca deberá adoptar las medidas necesarias para impedir su divulgación a terceros ajenos a la controversia.

Ningún interesado, en ningún caso, podrá revelar o usar el secreto industrial a que se refiere el párrafo anterior.

*Artículo adicionado DOF 02-08-1994*

## TITULO CUARTO
## De las Marcas y de los Avisos y Nombres Comerciales

### Capítulo I
### De las Marcas

**Artículo 87.-** Los industriales, comerciantes o prestadores de servicios podrán hacer uso de marcas en la industria, en el comercio o en los servicios que presten. Sin embargo, el derecho a su uso exclusivo se obtiene mediante su registro en el Instituto.

*Artículo reformado DOF 02-08-1994*

**Artículo 88.-** Se entiende por marca a todo signo visible que distinga productos o servicios de otros de su misma especie o clase en el mercado.

**Artículo 89.-** Pueden constituir una marca los siguientes signos:

**I.-** Las denominaciones y figuras visibles, suficientemente distintivas, susceptibles de identificar los productos o servicios a que se apliquen o traten de aplicarse, frente a los de su misma especie o clase;

**II.-** Las formas tridimensionales;

**III.-** Los nombres comerciales y denominaciones o razones sociales, siempre que no queden comprendidos en el artículo siguiente, y

**IV.-** El nombre propio de una persona física, siempre que no se confunda con una marca registrada o un nombre comercial publicado.

*Fracción reformada DOF 02-08-1994*

**Artículo 90.-** No serán registrables como marca:

*Párrafo reformado DOF 02-08-1994*

**I.-** Las denominaciones, figuras o formas tridimensionales animadas o cambiantes, que se expresan de manera dinámica, aún cuando sean visibles;

**II.-** Los nombres técnicos o de uso común de los productos o servicios que pretenden ampararse con la marca, así como aquellas palabras que, en el lenguaje corriente o en las prácticas comerciales, se hayan convertido en la designación usual o genérica de los mismos;

**Exhibit 10, Page 386**



**LEY DE LA PROPIEDAD INDUSTRIAL**

Cámara de Diputados del H. Congreso de la Unión
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

*Última Reforma DOF 25-01-2006*

**III.-** Las formas tridimensionales que sean del dominio público o que se hayan hecho de uso común y aquellas que carezcan de originalidad que las distinga fácilmente, así como la forma usual y corriente de los productos o la impuesta por su naturaleza o función industrial;

**IV.-** Las denominaciones, figuras o formas tridimensionales que, considerando el conjunto de sus características, sean descriptivas de los productos o servicios que traten de protegerse como marca. Quedan incluidas en el supuesto anterior las palabras descriptivas o indicativas que en el comercio sirvan para designar la especie, calidad, cantidad, composición, destino, valor, lugar de origen de los productos o la época de producción;

*Fracción reformada DOF 02-08-1994*

**V.-** Las letras, los dígitos o los colores aislados, a menos que estén combinados o acompañados de elementos tales como signos, diseños o denominaciones, que les den un carácter distintivo.

*Fracción reformada DOF 02-08-1994*

**VI.-** La traducción a otros idiomas, la variación ortográfica caprichosa o la construcción artificial de palabras no registrables;

**VII.-** Las que reproduzcan o imiten, sin autorización, escudos, banderas o emblemas de cualquier país, Estado, municipio o divisiones políticas equivalentes, así como las denominaciones, siglas, símbolos o emblemas de organizaciones internacionales, gubernamentales, no gubernamentales o de cualquier otra organización reconocida oficialmente, así como la designación verbal de los mismos;

*Fracción reformada DOF 02-08-1994*

**VIII.-** Las que reproduzcan o imiten signos o sellos oficiales de control y garantía adoptados por un estado, sin autorización de la autoridad competente, o monedas, billetes de banco, monedas conmemorativas o cualquier medio oficial de pago nacional o extranjero;

**IX.-** Las que reproduzcan o imiten los nombres o la representación gráfica de condecoraciones, medallas u otros premios obtenidos en exposiciones, ferias, congresos, eventos culturales o deportivos, reconocidos oficialmente;

**X.-** Las denominaciones geográficas, propias o comunes, y los mapas, así como los gentilicios, nombres y adjetivos, cuando indiquen la procedencia de los productos o servicios y puedan originar confusión o error en cuanto a su procedencia;

**XI.-** Las denominaciones de poblaciones o lugares que se caractericen por la fabricación de ciertos productos, para amparar éstos, excepto los nombres de lugares de propiedad particular, cuando sean especiales e inconfundibles y se tenga el consentimiento del propietario;

**XII.-** Los nombres, seudónimos, firmas y retratos de personas, sin consentimiento de los interesados o, si han fallecido, en su orden, del cónyuge, parientes consanguíneos en línea recta y por adopción, y colaterales, ambos hasta el cuarto grado;

*Fracción reformada DOF 02-08-1994*

**XIII.-** Los títulos de obras intelectuales o artísticas, así como los títulos de publicaciones y difusiones periódicas, los personajes ficticios o simbólicos, los personajes humanos de caracterización, los nombres artísticos y las denominaciones de grupos artísticos; a menos que el titular del derecho correspondiente lo autorice expresamente;

*Fracción reformada DOF 02-08-1994*

**XIV.-** Las denominaciones, figuras o formas tridimensionales, susceptibles de engañar al público o inducir a error, entendiéndose por tales las que constituyan falsas indicaciones sobre la naturaleza, componentes o cualidades de los productos o servicios que pretenda amparar;

**Exhibit 10, Page 387**



**LEY DE LA PROPIEDAD INDUSTRIAL**

Cámara de Diputados del H. Congreso de la Unión
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

*Última Reforma DOF 25-01-2006*

**XV.** Las denominaciones, figuras o formas tridimensionales, iguales o semejantes a una marca que el Instituto estime o haya declarado notoriamente conocida en México, para ser aplicadas a cualquier producto o servicio.

Este impedimento procederá en cualquier caso en que el uso de la marca cuyo registro se solicita:

**a)** Pudiese crear confusión o un riesgo de asociación con el titular de la marca notoriamente conocida; o

**b)** Pudiese constituir un aprovechamiento no autorizado por el titular de la marca notoriamente conocida; o

**c)** Pudiese causar el desprestigio de la marca notoriamente conocida; o

**d)** Pudiese diluir el carácter distintivo de la marca notoriamente conocida.

Este impedimento no será aplicable cuando el solicitante del registro sea titular de la marca notoriamente conocida, y

*Fracción reformada DOF 02-08-1994, 16-06-2005*

**XV bis.** Las denominaciones, figuras o formas tridimensionales, iguales o semejantes en grado de confusión a una marca que el Instituto estime o haya declarado famosa en términos del capítulo II BIS, para ser aplicadas a cualquier producto o servicio.

Este impedimento no será aplicable cuando el solicitante del registro sea titular de la marca famosa.

*Fracción adicionada DOF 16-06-2005*

**XVI.-** Una marca que sea idéntica o semejante en grado de confusión a otra en trámite de registro presentada con anterioridad o a una registrada y vigente, aplicada a los mismos o similares productos o servicios. Sin embargo, sí podrá registrarse una marca que sea idéntica a otra ya registrada, si la solicitud es planteada por el mismo titular, para aplicarla a productos o servicios similares, y

*Fracción reformada DOF 02-08-1994*

**XVII.-** Una marca que sea idéntica o semejante en grado de confusión, a un nombre comercial aplicado a una empresa o a un establecimiento industrial, comercial o de servicios, cuyo giro preponderante sea la elaboración o venta de los productos o la prestación de los servicios que se pretendan amparar con la marca, y siempre que el nombre comercial haya sido usado con anterioridad a la fecha de presentación de la solicitud de registro de la marca o la de uso declarado de la misma. Lo anterior no será aplicable, cuando la solicitud de marca la presente el titular del nombre comercial, si no existe otro nombre comercial idéntico que haya sido publicado.

*Fracción reformada DOF 02-08-1994*

**Artículo 91.-** No podrá usarse ni formar parte del nombre comercial, denominación o razón social de ningún establecimiento o persona moral, una marca registrada o una semejante en grado de confusión a otra marca previamente registrada, cuando:

**I.-** Se trate de establecimientos o personas morales cuya actividad sea la producción, importación o comercialización de bienes o servicios iguales o similares a los que se aplica la marca registrada, y

**II.-** No exista consentimiento manifestado por escrito del titular del registro de la marca o de quien tenga facultades para hacerlo.

**Exhibit 10, Page 388**



**LEY DE LA PROPIEDAD INDUSTRIAL**

Cámara de Diputados del H. Congreso de la Unión
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

*Última Reforma DOF 25-01-2006*

La violación a este precepto dará lugar a la aplicación de las sanciones a que se refiere esta Ley, independientemente que se pueda demandar judicialmente la supresión de la marca registrada o aquella semejante en grado de confusión a la previamente registrada, del nombre comercial, la denominación o razón social correspondiente y el pago de daños y perjuicios.

Lo dispuesto en este precepto no será aplicable cuando el nombre comercial, denominación o razón social hubiesen incluido la marca con anterioridad a la fecha de presentación o de primer uso declarado de la marca registrada.

*Artículo reformado DOF 02-08-1994*

**Artículo 92.-** El registro de una marca no producirá efecto alguno contra:

**I.-** Un tercero que de buena fe explotaba en territorio nacional la misma marca u otra semejante en grado de confusión, para los mismos o similares productos o servicios, siempre y cuando el tercero hubiese empezado a usar la marca, de manera ininterrumpida, antes de la fecha de presentación de la solicitud de registro o del primer uso declarado en ésta. El tercero tendrá derecho a solicitar el registro de la marca, dentro de los tres años siguientes al día en que fue publicado el registro, en cuyo caso deberá tramitar y obtener previamente la declaración de nulidad de éste, y

*Fracción reformada DOF 02-08-1994*

**II.-** Cualquier persona que comercialice, distribuya, adquiera o use el producto al que se aplica la marca registrada, luego que dicho producto hubiera sido introducido lícitamente en el comercio por el titular de la marca registrada o por la persona a quien le haya concedido licencia.

Queda comprendida en este supuesto la importación de los productos legítimos a los que se aplica la marca, que realice cualquier persona para su uso, distribución o comercialización en México, en los términos y condiciones que señale el reglamento de esta ley, y

*Párrafo reformado DOF 02-08-1994*

**III.-** Una persona física o moral que aplique su nombre, denominación o razón social a los productos que elabore o distribuya, a los servicios que presente, o a sus establecimientos, o lo use como parte de su nombre comercial, siempre que lo aplique en la forma en que esté acostumbrado a usarlo y que tenga caracteres que lo distingan claramente de un homónimo ya registrado como marca o publicado como nombre comercial.

*Fracción adicionada DOF 02-08-1994*

La realización de cualquier actividad contemplada en el presente artículo no constituirá infracción administrativa o delito en los términos de esta Ley.

**Artículo 93.-** Las marcas se registrarán en relación con productos o servicios determinados según la clasificación que establezca el reglamento de esta Ley.

Cualquier duda respecto de la clase a que corresponda un producto o servicio, será resuelta en definitiva por el Instituto.

*Artículo reformado DOF 02-08-1994*

**Artículo 94.-** Una vez efectuado el registro de una marca, no podrá aumentarse el número de productos o servicios que proteja, aún cuando pertenezcan a la misma clase, pero si podrá limitarse a determinados productos o servicios cuantas veces se solicite.

Para proteger posteriormente un producto o servicio diverso con una marca ya registrada, será necesario obtener un nuevo registro.

**Exhibit 10, Page 389**



**LEY DE LA PROPIEDAD INDUSTRIAL**

Cámara de Diputados del H. Congreso de la Unión
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

*Última Reforma DOF 25-01-2006*

**Artículo 95.-** El registro de marca tendrá una vigencia de diez años contados a partir de la fecha de presentación de la solicitud y podrá renovarse por períodos de la misma duración.

## Capítulo II
## De las Marcas Colectivas

**Artículo 96.-** Las asociaciones o sociedades de productores, fabricantes, comerciantes o prestadores de servicios, legalmente constituidas, podrán solicitar el registro de marca colectiva para distinguir, en el mercado, los productos o servicios de sus miembros respecto de los productos o servicios de terceros.

*Artículo reformado DOF 02-08-1994*

**Artículo 97.-** Con la solicitud de marca colectiva se deberán presentar las reglas para su uso.

*Artículo reformado DOF 02-08-1994*

**Artículo 98.-** La marca colectiva no podrá ser transmitida a terceras personas y su uso quedará reservado a los miembros de la asociación.

Las marcas colectivas se regirán, en lo que no haya disposición especial, por lo establecido en esta Ley para las marcas.

## CAPÍTULO II BIS.
## De las Marcas Notoriamente Conocidas y Famosas.

*Capítulo adicionado DOF 16-06-2005*

**Artículo 98 bis.** Para efectos de su estimación o declaración por el Instituto, se entenderá que una marca es notoriamente conocida en México, cuando un sector determinado del público o de los círculos comerciales del país, conoce la marca como consecuencia de las actividades comerciales desarrolladas en México o en el extranjero por una persona que emplea esa marca en relación con sus productos o servicios o bien, como consecuencia de la promoción o publicidad de la misma.

Para efectos de su estimación o declaración por el Instituto, se entenderá que una marca es famosa en México, cuando sea conocida por la mayoría del público consumidor.

A efecto de demostrar la notoriedad o fama de la marca, podrán emplearse todos los medios probatorios permitidos por esta Ley.

*Artículo adicionado DOF 16-06-2005*

**Artículo 98 bis-1.** La declaratoria o cualquiera de sus actualizaciones constituyen un acto administrativo por medio del cual el Instituto declara, con base en los elementos de prueba aportados, que las condiciones por virtud de las cuales una marca es notoriamente conocida o famosa, subsisten al tiempo en que el acto se emite.

Los impedimentos previstos en el artículo 90 fracciones XV y XV bis, para la protección de marcas notoriamente conocidas o famosas, se aplicarán con independencia de que éstas se encuentren registradas o declaradas.

Sin embargo, para que el titular de una marca pueda obtener declaratoria, la misma debe estar registrada en México y amparar los productos o servicios en los que la marca originó su notoriedad o fama.

*Artículo adicionado DOF 16-06-2005*

**Artículo 98 bis-2.** Para efectos de obtener la declaratoria de notoriedad o fama, el solicitante deberá aportar, entre otros, los siguientes datos:

**Exhibit 10, Page 390**

Case 2:04-cv-09049-DOC-RNB   Document 5864-5   Filed 07/01/09   Page 180 of 228   Page ID #:190136


**Cámara de Diputados del H. Congreso de la Unión**
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

**LEY DE LA PROPIEDAD INDUSTRIAL**

*Última Reforma DOF 25-01-2006*

**I.** El sector del público integrado por los consumidores reales o potenciales que identifiquen la marca con los productos o servicios que ésta ampara, basados en una encuesta o estudio de mercado o cualquier otro medio permitido por la ley.

**II.** Otros sectores del público diversos a los consumidores reales o potenciales que identifiquen la marca con los productos o servicios que ésta ampara, basados en una encuesta o estudio de mercado o cualquier otro medio permitido por la ley.

**III.** Los círculos comerciales integrados por los comerciantes, industriales o prestadores de servicios relacionados con el género de productos o servicios, que identifiquen la marca con los productos o servicios que ésta ampara, basados en una encuesta o estudio de mercado o cualquier otro medio permitido por la ley.

**IV.** La fecha de primer uso de la marca en México y en su caso en el extranjero.

**V.** El tiempo de uso continuo de la marca en México y en su caso en el extranjero.

**VI.** Los canales de comercialización en México y en su caso en el extranjero.

**VII.** Los medios de difusión de la marca en México y en su caso en el extranjero.

**VIII.** El tiempo de publicidad efectiva de la marca en México y en su caso en el extranjero.

**IX.** La inversión realizada durante los 3 últimos años en publicidad o promoción de la marca en México y en su caso en el extranjero.

**X.** El área geográfica de influencia efectiva de la marca.

**XI.** El volumen de ventas de los productos o los ingresos percibidos por la prestación de los servicios amparados bajo la marca, durante los últimos 3 años.

**XII.** El valor económico que representa la marca, en el capital contable de la compañía titular de ésta o conforme a avalúo que de la misma se realice.

**XIII.** Los registros de la marca en México y en su caso en el extranjero.

**XIV.** Las franquicias y licencias que respecto a la marca hayan sido otorgadas.

**XV.** El porcentaje de la participación de la marca en el sector o segmento correspondiente del mercado.

*Artículo adicionado DOF 16-06-2005*

**Artículo 98 bis-3.** El Instituto presumirá, salvo prueba en contrario, que las condiciones que originaron la declaratoria o sus actualizaciones, subsisten por un período de cinco años a partir de la fecha de su expedición; en consecuencia, durante dicho período deberá aplicar según corresponda, el impedimento previsto en artículo 90 fracción XV o el previsto en la fracción XV bis, de manera expedita.

La declaratoria podrá actualizarse en cualquier tiempo, a petición de quien tenga interés jurídico, siempre que acredite que las condiciones que le dieron origen subsisten a la fecha de la solicitud respectiva.

*Artículo adicionado DOF 16-06-2005*

**Exhibit 10, Page 391**



**LEY DE LA PROPIEDAD INDUSTRIAL**

Cámara de Diputados del H. Congreso de la Unión
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

*Última Reforma DOF 25-01-2006*

**Artículo 98 bis-4.** La solicitud de declaración de notoriedad o fama se hará por escrito con las formalidades que para las solicitudes y promociones están señaladas en esta Ley y su Reglamento, a la que se acompañarán los elementos probatorios que funden la petición y en la que se expresará cuando menos lo siguiente:

**I.** Nombre, nacionalidad, domicilio, teléfono, fax y correo electrónico del solicitante y en su caso de su apoderado;

**II.** La marca y el número de registro que le corresponde, y

**III.** Los documentos y elementos probatorios que se acompañan a la solicitud.

*Artículo adicionado DOF 16-06-2005*

**Artículo 98 bis-5.** Recibida la solicitud por el Instituto y enterado el pago de las tarifas correspondientes, se efectuará el examen de los elementos, datos y documentos aportados.

Si a juicio del Instituto, éstos no satisfacen los requisitos legales o resultan insuficientes para la comprensión y análisis de cualquiera de los elementos de la solicitud, se prevendrá al solicitante para que haga las aclaraciones o adiciones necesarias, otorgándole al efecto un plazo de cuatro meses.

Si el solicitante no cumple con el requerimiento dentro del plazo otorgado, la solicitud será desechada.

*Artículo adicionado DOF 16-06-2005*

**Artículo 98 bis-6.** Concluido el trámite de la solicitud y satisfechos los requisitos legales y reglamentarios, se expedirá la declaratoria correspondiente.

En caso de que el Instituto niegue el otorgamiento de la declaratoria, lo notificará por escrito al solicitante, expresando los motivos y fundamentos legales de su resolución y valorando todos los elementos probatorios recibidos.

*Artículo adicionado DOF 16-06-2005*

**Artículo 98 bis-7.** Las resoluciones sobre declaratorias de notoriedad o fama deberán ser publicadas en la Gaceta.

*Artículo adicionado DOF 16-06-2005*

**Artículo 98 bis-8.** Procederá la nulidad de la declaratoria:

Cuando se haya otorgado en contravención a las disposiciones de este Capítulo.

Cuando las pruebas en las que se sustente la declaratoria sean falsas.

Cuando se haya otorgado con base en una incorrecta valoración de las pruebas.

Cuando se hubiese concedido a quien no tuviera derecho de obtenerla.

Las declaraciones administrativas de nulidad se harán por el Instituto, a petición de quien tenga interés jurídico y acredite los supuestos en los que funda su solicitud.

Cuando el o los registros marcarios que sirvieron de base para emitir la declaratoria, se nulifiquen, caduquen o cancelen, la declaratoria perderá su valor probatorio.

*Artículo adicionado DOF 16-06-2005*

**Artículo 98 bis-9.** Para efectos de su transmisión, la declaratoria se considerará ligada al o los registros marcarios que le dieron origen.

**Exhibit 10, Page 392**



**LEY DE LA PROPIEDAD INDUSTRIAL**

Cámara de Diputados del H. Congreso de la Unión
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

*Última Reforma DOF 25-01-2006*

*Artículo adicionado DOF 16-06-2005*

## Capítulo III
## De los Avisos Comerciales

**Artículo 99.-** El derecho exclusivo para usar un aviso comercial se obtendrá mediante su registro ante el Instituto.

*Artículo reformado DOF 02-08-1994*

**Artículo 100.-** Se considera aviso comercial a las frases u oraciones que tengan por objeto anunciar al público establecimientos o negociaciones comerciales, industriales o de servicios, productos o servicios, para distinguirlos de los de su especie.

*Artículo reformado DOF 02-08-1994*

**Artículo 101.-** Si el aviso comercial tiene por objeto anunciar productos o servicios, éstos deberán especificarse en la solicitud de registro.

*Artículo reformado DOF 02-08-1994*

**Artículo 102.-** Si el aviso comercial tiene por objeto anunciar algún establecimiento o negociación, sean éstos de la naturaleza que fueren, se considerará comprendido en una clase especial, complementaria de la clasificación que establezca el reglamento de esta Ley. El registro no amparará en estos casos productos o servicios, aún cuando estén relacionados con el establecimiento o negociación.

**Artículo 103.-** El registro de un aviso comercial tendrá una vigencia de diez años a partir de la fecha de presentación de la solicitud y podrá renovarse por periodos de la misma duración.

**Artículo 104.-** Los avisos comerciales se regirán, en lo que no haya disposición especial, por lo establecido en esta Ley para las marcas.

## Capítulo IV
## De los Nombres Comerciales

**Artículo 105.-** El nombre comercial de una empresa o establecimiento industrial, comercial o de servicios y el derecho a su uso exclusivo estarán protegidos, sin necesidad de registro. La protección abarcará la zona geográfica de la clientela efectiva de la empresa o establecimiento al que se aplique el nombre comercial y se extenderá a toda la República si existe difusión masiva y constante a nivel nacional del mismo.

**Artículo 106.-** Quien esté usando un nombre comercial podrá solicitar al Instituto, la publicación del mismo en la Gaceta. Dicha publicación producirá el efecto de establecer la presunción de la buena fe en la adopción y uso del nombre comercial.

*Artículo reformado DOF 02-08-1994*

**Artículo 107.-** La solicitud de publicación de un nombre comercial se presentara por escrito al Instituto acompañada de los documentos que acrediten el uso efectivo del nombre comercial aplicado a un giro determinado.

*Artículo reformado DOF 02-08-1994*

**Artículo 108.-** Recibida la solicitud y satisfechos los requisitos legales, se efectuará el examen de fondo a fin de determinar si existe algún nombre comercial idéntico o semejante en grado de confusión aplicado al mismo giro, en trámite o publicado con anterioridad, o a una marca en trámite de registro o a una ya registrada idéntica o semejante en grado de confusión que ampare productos o servicios iguales o

**Exhibit 10, Page 393**



**LEY DE LA PROPIEDAD INDUSTRIAL**

Cámara de Diputados del H. Congreso de la Unión
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

*Última Reforma DOF 25-01-2006*

similares relacionados con el giro preponderante de la empresa o establecimiento de que se trate. De no encontrarse anterioridad procederá la publicación.

*Artículo reformado DOF 02-08-1994*

**Artículo 109.-** No se publicarán los nombres comerciales que carezcan de elementos que hagan distinguir a la empresa o establecimiento de que se trate de otros de su género, ni aquéllos que contravengan en lo aplicable, las disposiciones contenidas en el artículo 90 de esta Ley.

**Artículo 110.-** Los efectos de la publicación de un nombre comercial durarán diez años, a partir de la fecha de presentación de la solicitud y podrán renovarse por periodos de la misma duración. De no renovarse, cesarán sus efectos.

**Artículo 111.-** En la transmisión de una empresa o establecimiento se comprenderá el derecho de uso exclusivo del nombre comercial, salvo estipulación en contrario.

**Artículo 112.-** El nombre comercial se regirá en lo que sea aplicable y no haya disposición especial, por lo establecido en esta Ley para las marcas.

## Capítulo V
## Del Registro de Marcas

**Artículo 113.-** Para obtener el registro de una marca deberá presentarse solicitud por escrito ante el Instituto con los siguientes datos:

*Párrafo reformado DOF 02-08-1994*

**I.-** Nombre, nacionalidad y domicilio del solicitante;

**II.-** El signo distintivo de la marca, mencionando si es nominativo, innominado, tridimensional o mixto;

*Fracción reformada DOF 02-08-1994*

**III.-** La fecha de primer uso de la marca, la que no podrá ser modificada ulteriormente, o la mención de que no se ha usado. A falta de indicación se presumirá que no se ha usado la marca;

*Fracción reformada DOF 02-08-1994*

**IV.-** Los productos o servicios a los que se aplicará la marca, y

**V.-** Los demás que prevenga el reglamento de esta Ley.

**Artículo 114.-** A la solicitud de registro de marca deberá acompañarse el comprobante del pago de las tarifas correspondientes al estudio de la solicitud, registro y expedición del título, así como los ejemplares de la marca cuando sea innominada, tridimensional o mixta.

*Artículo reformado DOF 02-08-1994*

**Artículo 115.-** En los ejemplares de la marca que se presenten con la solicitud no deberán aparecer palabras o leyendas que puedan engañar o inducir a error al público. Cuando la solicitud se presente para proteger una marca innominada o tridimensional, los ejemplares de la misma no deberán contener palabras que constituyan o puedan constituir una marca, a menos de que se incluya expresamente reserva sobre la misma.

*Artículo reformado DOF 02-08-1994*

**Artículo 116.-** En caso de que la marca sea solicitada a nombre de dos o más personas se deberán presentar con la solicitud, las reglas sobre el uso, licencia y transmisión de derechos de la marca convenidos por los solicitantes.

*Artículo reformado DOF 02-08-1994*

**Exhibit 10, Page 394**



**LEY DE LA PROPIEDAD INDUSTRIAL**

Cámara de Diputados del H. Congreso de la Unión                    *Última Reforma DOF 25-01-2006*
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

**Artículo 117.-** Cuando se solicite un registro de marca en México, dentro de los plazos que determinen los Tratados Internacionales o, en su defecto, dentro de los seis meses siguientes de haberlo hecho en otros países, podrá reconocerse como fecha de prioridad la de presentación de la solicitud en que lo fue primero.

**Artículo 118.-** Para reconocer la prioridad a que se refiere el artículo anterior se deberán satisfacer los siguientes requisitos:

**I.-** Que al solicitar el registro se reclame la prioridad y se haga constar el país de origen y la fecha de presentación de la solicitud en ese país;

**II.-** Que la solicitud presentada en México no pretenda aplicarse a productos o servicios adicionales de los contemplados en la presentada en el extranjero, en cuyo caso la prioridad será reconocida sólo a los presentados en el país de origen;

**III.-** Que dentro de los tres meses siguientes a la presentación de la solicitud se cumplan los requisitos que señalan los Tratados Internacionales, esta Ley y su reglamento, y

**IV.-** (Se deroga).

*Fracción derogada DOF 02-08-1994*

**Artículo 119.-** Recibida la solicitud, se procederá a efectuar un examen de forma de ésta y de la documentación exhibida, para comprobar si se cumplen los requisitos que previene esta Ley y su reglamento.

**Artículo 120.-** (Se deroga).

*Artículo derogado DOF 02-08-1994*

**Artículo 121.-** Si en el momento de presentarse la solicitud satisface lo requerido por los artículos 113 fracciones I, II y IV, 114, 179 y 180 de esta Ley, esa será su fecha de presentación; de lo contrario, se tendrá como tal el día en que se cumpla, dentro del plazo legal, con dichos requisitos.

La fecha de presentación determinará la prelación entre las solicitudes.

El reglamento de esta Ley podrá determinar otros medios por los cuales se puedan presentar las solicitudes y promociones al Instituto.

*Artículo reformado DOF 02-08-1994*

**Artículo 122.-** Concluido el examen de forma, se procederá a realizar el examen de fondo, a fin de verificar si la marca es registrable en los términos de esta Ley.

Si la solicitud o la documentación exhibida no cumple con los requisitos legales o reglamentarios; si existe algún impedimento para el registro de la marca o si existen anterioridades, el Instituto lo comunicará por escrito al solicitante otorgándole un plazo de dos meses para que subsane los errores u omisiones en los que hubiese incurrido y manifieste lo que a su derecho convenga en relación con los impedimentos y las anterioridades citadas. Si el interesado no contesta dentro del plazo concedido, se considerará abandonada su solicitud.

*Artículo reformado DOF 02-08-1994*

**Artículo 122 BIS.-** El interesado tendrá un plazo adicional de dos meses para cumplir los requisitos a que se refiere el artículo anterior, sin que medie solicitud y comprobando el pago de la tarifa que corresponda al mes en que se dé cumplimiento.

**Exhibit 10, Page 395**



**LEY DE LA PROPIEDAD INDUSTRIAL**

Cámara de Diputados del H. Congreso de la Unión
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

*Última Reforma DOF 25-01-2006*

El plazo adicional, se contará a partir del día siguiente al del vencimiento del plazo de dos meses previsto en el artículo 122 anterior.

La solicitud se tendrá por abandonada si el solicitante no da cumplimiento a los requerimientos formulados dentro del plazo inicial o en el adicional a que se refiere este artículo, o no presenta el comprobante de pago de las tarifas correspondientes.

*Artículo adicionado DOF 02-08-1994*

**Artículo 123.-** Si al contestar el solicitante, dentro del plazo concedido, a efecto de subsanar el impedimento legal de registro, modifica o sustituye la marca, ésta se sujetará a un nuevo trámite, debiendo efectuar el pago de la tarifa correspondiente a una nueva solicitud y satisfacer los requisitos de los artículos 113 y 114 de esta Ley y los aplicables de su reglamento. En este supuesto se considerará como fecha de presentación aquella en la que se solicite el nuevo trámite.

*Artículo reformado DOF 02-08-1994*

**Artículo 124.-** Si el impedimento se refiere a la existencia de uno o varios registros de marcas idénticas o similares en grado de confusión sobre los cuales exista o se presente procedimiento de nulidad, caducidad o cancelación, a petición de parte o de oficio, el Instituto suspenderá el trámite de la solicitud hasta que se resuelva el procedimiento respectivo.

*Artículo reformado DOF 02-08-1994*

**Artículo 125.-** Concluido el trámite de la solicitud y satisfechos los requisitos legales y reglamentarios, se expedirá el título.

En caso de que el Instituto niegue el registro de la marca, lo comunicará por escrito al solicitante, expresando los motivos y fundamentos legales de su resolución.

*Artículo reformado DOF 02-08-1994*

**Artículo 126.-** El Instituto expedirá un título por cada marca, como constancia de su registro. El título un ejemplar de la marca y en el mismo se hará constar:

*Párrafo reformado DOF 02-08-1994*

**I.-** Número de registro de la marca;

**II.-** Signo distintivo de la marca, mencionando si es nominativa, innominada, tridimensional o mixta;

*Fracción reformada DOF 02-08-1994*

**III.-** Productos o servicios a que se aplicará la marca;

**IV.-** Nombre y domicilio del titular;

**V.-** Ubicación del establecimiento, en su caso;

**VI.-** Fechas de presentación de la solicitud; de prioridad reconocida y de primer uso, en su caso; y de expedición, y

**VII.-** Su vigencia.

**Artículo 127.-** Las resoluciones sobre registros de marcas y sus renovaciones deberán ser publicadas en la Gaceta.

**Artículo 128.-** La marca deberá usarse en territorio nacional, tal como fue registrada o con modificaciones que no alteren su carácter distintivo.

**Exhibit 10, Page 396**



**LEY DE LA PROPIEDAD INDUSTRIAL**

Cámara de Diputados del H. Congreso de la Unión                                    *Última Reforma DOF 25-01-2006*
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

*Artículo reformado DOF 02-08-1994*

**Artículo 129.-** El Instituto podrá declarar el registro y uso obligatorio de marcas en cualquier producto o servicio o prohibir o regular el uso de marcas, registradas o no, de oficio o a petición de los organismos representativos, cuando:

*Párrafo reformado DOF 02-08-1994*

**I.-** El uso de la marca sea un elemento asociado a prácticas monopólicas, oligopólicas o de competencia desleal, que causen distorsiones graves en la producción, distribución o comercialización de determinados productos o servicios;

**II.-** El uso de la marca impida la distribución, producción o comercialización eficaces de bienes y servicios, y

**III.-** El uso de marcas impida, entorpezca o encarezca en casos de emergencia nacional y mientras dure ésta, la producción, prestación o distribución de bienes o servicios básicos para la población.

La declaratoria correspondiente se publicará en el Diario Oficial.

**Artículo 130.-** Si una marca no es usada durante tres años consecutivos en los productos o servicios para los que fue registrada, procederá la caducidad de su registro, salvo que su titular o el usuario que tenga concedida licencia inscrita la hubiese usado durante los tres años consecutivos inmediatos anteriores a la presentación de la solicitud de declaración administrativa de caducidad, o que existan circunstancias surgidas independientemente de la voluntad del titular de la marca que constituyan un obstáculo para el uso de la misma, tales como restricciones a la importación u otros requisitos gubernamentales aplicables a los bienes o servicios a los que se aplique la marca.

*Artículo reformado DOF 02-08-1994*

**Artículo 131.-** La ostentación de la leyenda "marca registrada", las siglas "M.R." o el símbolo ®, sólo podrá realizarse en el caso de los productos o servicios para los cuales dicha marca se encuentre registrada.

*Artículo reformado DOF 02-08-1994*

**Artículo 132.-** (Se deroga).

*Artículo derogado DOF 02-08-1994*

**Artículo 133.-** La renovación del registro de una marca deberá solicitarse por el titular dentro de los seis meses anteriores al vencimiento de su vigencia. Sin embargo, el Instituto dará trámite a aquellas solicitudes que se presenten dentro de un plazo de seis meses posteriores a la terminación de la vigencia del registro. Vencido este plazo sin que se presente la solicitud de renovación, el registro caducará.

*Artículo reformado DOF 02-08-1994*

**Artículo 134.-** La renovación del registro de una marca sólo procederá si el interesado presenta el comprobante del pago de la tarifa correspondiente y manifiesta, por escrito y bajo protesta de decir verdad, usar la marca en por lo menos uno de los productos o servicios a los que se aplique y no haber interrumpido dicho uso por un plazo igual o mayor al contemplado en el artículo 130 de esta Ley, sin causa justificada.

*Artículo reformado DOF 02-08-1994*

**Artículo 135.-** Si una misma marca se encuentra registrada para proteger determinados productos o servicios, bastará que proceda la renovación en alguno de dichos registros para que su uso surta efectos y beneficie a todos los registros, previa presentación del comprobante de pago de las tarifas correspondientes.

*Artículo reformado DOF 02-08-1994*

**Exhibit 10, Page 397**



**LEY DE LA PROPIEDAD INDUSTRIAL**

Cámara de Diputados del H. Congreso de la Unión
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

*Última Reforma DOF 25-01-2006*

## Capítulo VI
## De las Licencias y la Transmisión de Derechos

**Artículo 136.-** El titular de una marca registrada o en trámite podrá conceder, mediante convenio, licencia de uso a una o más personas, con relación a todos o algunos de los productos o servicios a los que se aplique dicha marca. La licencia deberá ser inscrita en el Instituto para que pueda producir efectos en perjuicio de terceros.

*Artículo reformado DOF 02-08-1994*

**Artículo 137.-** Para inscribir una licencia en el Instituto bastará formular la solicitud correspondiente en los términos que fije el reglamento de esta Ley.

*Párrafo reformado DOF 02-08-1994*

Podrá solicitarse mediante una sola promoción la inscripción de licencias de derechos relativos a dos o más solicitudes en trámite o a dos o más marcas registradas cuando el licenciante y el licenciatario sean los mismos en todos ellos. El solicitante deberá identificar cada una de las solicitudes, o registros en los que se hará la inscripción. Las tarifas correspondientes se pagarán en función del número de solicitudes, o registros involucrados.

*Párrafo adicionado DOF 02-08-1994*

**Artículo 138.-** La cancelación de la inscripción de una licencia procederá en los siguientes casos:

**I.-** Cuando la soliciten conjuntamente el titular de la marca y el usuario a quien se la haya concedido la licencia;

**II.-** Por nulidad, caducidad o cancelación del registro de marca, o cuando se trate de marcas en trámite y no se obtenga el registro de las mismas, y

*Fracción reformada DOF 02-08-1994*

**III.-** Por orden judicial.

**Artículo 139.-** Los productos que se vendan o los servicios que se presten por el usuario deberán ser de la misma calidad que los fabricados o prestados por el titular de la marca. Además, esos productos o el establecimiento en donde se presten o contraten los servicios, deberán indicar el nombre del usuario y demás datos que prevenga el reglamento de esta Ley.

**Artículo 140.-** La persona que tenga concedida una licencia inscrita en el Instituto, salvo estipulación en contrario, tendrá la facultad de ejercitar las acciones legales de protección de los derechos sobre la marca, como si fuera el propio titular.

*Artículo reformado DOF 02-08-1994*

**Artículo 141.-** El uso de la marca por el usuario que tenga concedida licencia inscrita en el Instituto, se considerará como realizado por el titular de la marca.

*Artículo reformado DOF 02-08-1994*

**Artículo 142.-** Existirá franquicia, cuando con la licencia de uso de una marca, otorgada por escrito, se transmitan conocimientos técnicos o se proporcione asistencia técnica, para que la persona a quien se le concede pueda producir o vender bienes o prestar servicios de manera uniforme y con los métodos operativos, comerciales y administrativos establecidos por el titular de la marca, tendientes a mantener la calidad, prestigio e imagen de los productos o servicios a los que ésta distingue.

**Exhibit 10, Page 398**



**LEY DE LA PROPIEDAD INDUSTRIAL**

Cámara de Diputados del H. Congreso de la Unión                                    *Última Reforma DOF 25-01-2006*
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

Quien conceda una franquicia deberá proporcionar a quien se la pretenda conceder, por lo menos con treinta días previos a la celebración del contrato respectivo, la información relativa sobre el estado que guarda su empresa, en los términos que establezca el reglamento de esta Ley.

La falta de veracidad en la información a que se refiere el párrafo anterior dará derecho al franquiciatario, además de exigir la nulidad del contrato, a demandar el pago de los daños y perjuicios que se le hayan ocasionado por el incumplimiento. Este derecho podrá ejercerlo el franquiciatario durante un año a partir de la celebración del contrato. Después de transcurrido este plazo solo tendrá derecho a demandar la nulidad del contrato.

Para la inscripción de la franquicia serán aplicables las disposiciones de este capítulo.

*Artículo reformado DOF 25-01-2006*

**Artículo 142 Bis.-** El contrato de franquicia deberá constar por escrito y deberá contener, cuando menos, los siguientes requisitos:

**I.** La zona geográfica en la que el franquiciatario ejercerá las actividades objeto del contrato;

**II.** La ubicación, dimensión mínima y características de las inversiones en infraestructura, respecto del establecimiento en el cual el franquiciatario ejercerá las actividades derivadas de la materia del contrato;

**III.** Las políticas de inventarios, mercadotecnia y publicidad, así como las disposiciones relativas al suministro de mercancías y contratación con proveedores, en el caso de que sean aplicables;

**IV.** Las políticas, procedimientos y plazos relativos a los reembolsos, financiamientos y demás contraprestaciones a cargo de las partes en los términos convenidos en el contrato;

**V.** Los criterios y métodos aplicables a la determinación de los márgenes de utilidad y/o comisiones de los franquiciatarios;

**VI.** Las características de la capacitación técnica y operativa del personal del franquiciatario, así como el método o la forma en que el franquiciante otorgará asistencia técnica;

**VII.** Los criterios, métodos y procedimientos de supervisión, información, evaluación y calificación del desempeño, así como la calidad de los servicios a cargo del franquiciante y del franquiciatario;

**VIII.** Establecer los términos y condiciones para subfranquiciar, en caso de que las partes así lo convengan;

**IX.** Las causales para la terminación del contrato de franquicia;

**X.** Los supuestos bajo los cuales podrán revisarse y, en su caso, modificarse de común acuerdo los términos o condiciones relativos al contrato de franquicia;

**XI.** No existirá obligación del franquiciatario de enajenar sus activos al franquiciante o a quien éste designe al término del contrato, salvo pacto en contrario, y

**XII.** No existirá obligación del franquiciatario de enajenar o transmitir al franquiciante en ningún momento, las acciones de su sociedad o hacerlo socio de la misma, salvo pacto en contrario.

Este artículo se sujetará, en lo conducente, a lo dispuesto en el Reglamento de la presente Ley.

*Artículo adicionado DOF 25-01-2006*

**Exhibit 10, Page 399**



**LEY DE LA PROPIEDAD INDUSTRIAL**

Cámara de Diputados del H. Congreso de la Unión
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

*Última Reforma DOF 25-01-2006*

**Artículo 142 Bis 1.-** El franquiciante podrá tener injerencia en la organización y funcionamiento del franquiciatario, únicamente para garantizar la observancia de los estándares de administración y de imagen de la franquicia conforme a lo establecido en el contrato.

No se considerará que el franquiciante tenga injerencia en casos de fusión, escisión, transformación, modificación de estatutos, transmisión o gravamen de partes sociales o acciones del franquiciatario, cuando con ello se modifiquen las características personales del franquiciatario que hayan sido previstas en el contrato respectivo como determinante de la voluntad del franquiciante para la celebración del contrato con dicho franquiciatario.

*Artículo adicionado DOF 25-01-2006*

**Artículo 142 Bis 2.-** El franquiciatario deberá guardar durante la vigencia del contrato y, una vez terminado éste, la confidencialidad sobre la información que tenga dicho carácter o de la que haya tenido conocimiento y que sean propiedad del franquiciante, así como de las operaciones y actividades celebradas al amparo del contrato.

*Artículo adicionado DOF 25-01-2006*

**Artículo 142 Bis 3.-** El franquiciante y el franquiciatario no podrán dar por terminado o rescindido unilateralmente el contrato, salvo que el mismo se haya pactado por tiempo indefinido, o bien, exista una causa justa para ello. Para que el franquiciatario o el franquiciante puedan dar por terminado anticipadamente el contrato, ya sea que esto suceda por mutuo acuerdo o por rescisión, deberán ajustarse a las causas y procedimientos convenidos en el contrato.

En caso de las violaciones a lo dispuesto en el párrafo precedente, la terminación anticipada que hagan el franquiciante o franquiciatario dará lugar al pago de las penas convencionales que hubieran pactado en el contrato, o en su lugar a las indemnizaciones por los daños y perjuicios causados.
*Artículo adicionado DOF 25-01-2006*

**Artículo 143.-** Los derechos que deriven de una solicitud de registro de marca o los que confiere una marca registrada, podrán gravarse o transmitirse en los términos y con las formalidades que establece la legislación común. Dicho gravamen o transmisión de derechos deberá inscribirse en el Instituto, de acuerdo a lo establecido en el reglamento de esta Ley, para que pueda producir efectos en perjuicio de terceros.

Podrá solicitarse mediante una sola promoción la inscripción de transferencias de la titularidad de dos o más solicitudes en trámite o de dos o más marcas registradas cuando quien transfiera y quien adquiera sean las mismas personas en todos ellos. El solicitante deberá identificar cada una de las solicitudes o registros en los que se hará la inscripción. Las tarifas correspondientes se pagarán en función del número de solicitudes, o registros involucrados.

*Artículo reformado DOF 02-08-1994*

**Artículo 144.-** Cuando se dé la fusión de personas morales se entenderá que existe una transmisión de los derechos sobre marcas registradas, salvo estipulación en contrario.

**Artículo 145.-** Para efectos de su transmisión, se considerarán ligados los registros de las marcas de un mismo titular, cuando dichas marcas sean idénticas y amparen similares productos o servicios, o bien sean semejantes en grado de confusión y se apliquen a los mismos o similares productos o servicios.

**Artículo 146.-** Cuando el titular de registros de dos o más marcas ligadas, considere que no existirá confusión en caso de que alguna de ellas fuera utilizada por otra persona, para los productos o servicios a que se aplica dicha marca, podrá solicitar que sea disuelta la liga impuesta. El Instituto resolverá en definitiva lo que proceda.

*Artículo reformado DOF 02-08-1994*

**Exhibit 10, Page 400**



**LEY DE LA PROPIEDAD INDUSTRIAL**

Cámara de Diputados del H. Congreso de la Unión                    *Última Reforma DOF 25-01-2006*
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

**Artículo 147.-** Sólo se registrará la transmisión de alguna de las marcas ligadas, cuando se transfieran todas ellas a la misma persona.

**Artículo 148.-** Cuando se solicite la inscripción de alguna transmisión de marca registrada o en trámite sobre la que haya habido transmisiones anteriores no inscritas, también deberán inscribirse éstas ante el Instituto.

*Artículo reformado DOF 02-08-1994*

**Artículo 149.-** (Se deroga).

*Artículo derogado DOF 02-08-1994*

**Artículo 150.-** El Instituto negará la inscripción de una licencia o transmisión de derechos cuando el registro de la marca no se encuentre vigente.

*Artículo reformado DOF 02-08-1994*

## Capítulo VII
## De la Nulidad, Caducidad y cancelación de Registro

**Artículo 151.-** El registro de una marca será nulo cuando:

**I.-** Se haya otorgado en contravención de las disposiciones de esta Ley o la que hubiese estado vigente en la época de su registro.

No obstante lo dispuesto en esta fracción, la acción de nulidad no podrá fundarse en la impugnación de la representación legal del solicitante del registro de la marca;

**II.-** La marca sea idéntica o semejante en grado de confusión, a otra que haya sido usada en el país o en el extranjero con anterioridad a la fecha de presentación de la solicitud de la marca registrada y se aplique a los mismos o similares productos o servicios, siempre que, quien haga valer el mejor derecho por uso anterior, compruebe haber usado una marca ininterrumpidamente en el país o en el extranjero, antes de la fecha de presentación o, en su caso, de la fecha de primer uso declarado por el que la registró;

**III.-** El registro se hubiera otorgado con base en datos falsos contenidos en su solicitud;

**IV.-** Se haya otorgado por error, inadvertencia, o diferencia de apreciación, existiendo en vigor otro que se considere invalido, por tratarse de una marca que sea igual o semejante en grado de confusión y que se aplique a servicios o productos iguales o similares; y

**V.-** El agente, el representante, el usuario o el distribuidor del titular de una marca registrada en el extranjero, solicite y obtenga el registro a su nombre de ésta u otra similar en grado de confusión, sin el consentimiento expreso del titular de la marca extranjera. En este caso el registro se reputará como obtenido de mala fe.

Las acciones de nulidad que se deriven del presente artículo podrán ejercitarse dentro de un plazo de cinco años, contado a partir de la fecha en que surta sus efectos la publicación del registro en la Gaceta, excepto las relativas a las fracciones I y V que podrán ejercitarse en cualquier tiempo y a la fracción II que podrá ejercitarse dentro del plazo de tres años.

*Artículo reformado DOF 02-08-1994*

**Artículo 152.-** El registro caducará en los siguientes casos:

**I.-** Cuando no se renueve en los términos de esta Ley, y

**Exhibit 10, Page 401**



**LEY DE LA PROPIEDAD INDUSTRIAL**

Cámara de Diputados del H. Congreso de la Unión
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

*Última Reforma DOF 25-01-2006*

**II.-** Cuando la marca haya dejado de usarse durante los tres años consecutivos inmediatos anteriores a la solicitud de declaración administrativa de caducidad, salvo que exista causa justificada a juicio del Instituto.

*Fracción reformada DOF 02-08-1994*

**Artículo 153.-** Procederá la cancelación del registro de una marca, sí su titular ha provocado o tolerado que se transforme en una denominación genérica que corresponda a uno o varios de los productos o servicios para los cuales se registró, de tal modo que, en los medios comerciales y en el uso generalizado por el público, la marca haya perdido su carácter distintivo, como medio de distinguir el producto o servicio a que se aplique.

**Artículo 154.-** El titular de una marca registrada podrá solicitar por escrito, en cualquier tiempo, la cancelación de su registro. El Instituto podrá requerir la ratificación de la firma de la solicitud, en los casos que establezca el reglamento de esta Ley.

*Artículo reformado DOF 02-08-1994*

**Artículo 155.-** La declaración de nulidad, caducidad o cancelación del registro de una marca, se hará administrativamente por el Instituto de oficio, a petición de parte o del Ministerio Público Federal, cuando tenga algún interés la Federación. La caducidad a la que se refiere la fracción I del artículo 152 de esta Ley, no requerirá de declaración administrativa por parte del Instituto.

*Artículo reformado DOF 02-08-1994*

**TITULO QUINTO**
**De la Denominación de Origen**

**Capítulo I**
**De la Protección a la Denominación de Origen**

**Artículo 156.-** Se entiende por denominación de origen, el nombre de una región geográfica del país que sirva para designar un producto originario de la misma, y cuya calidad o característica se deban exclusivamente al medio geográfico, comprendido en éste los factores naturales y los humanos.

**Artículo 157.-** La protección que esta Ley concede a las denominaciones de origen se inicia con la declaración que al efecto emita el Instituto. El uso ilegal de la misma será sancionado, incluyendo los casos en que venga acompañada de indicaciones tales como "género", "tipo", "manera", "imitación", u otras similares que creen confusión en el consumidor o impliquen competencia desleal.

*Artículo reformado DOF 02-08-1994*

**Artículo 158.-** La declaración de protección de una denominación de origen, se hará de oficio o a petición de quien demuestre tener interés jurídico. Para los efectos de este artículo se considera que tienen interés jurídico:

**I.-** Las personas físicas o morales que directamente se dediquen a la extracción, producción o elaboración del producto o los productos que se pretendan amparar con la denominación de origen;

**II.-** Las cámaras o asociaciones de fabricantes o productores, y

**III.-** Las dependencias o entidades del gobierno federal y de los gobiernos de las entidades de la Federación.

**Exhibit 10, Page 402**



**LEY DE LA PROPIEDAD INDUSTRIAL**

Cámara de Diputados del H. Congreso de la Unión
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

*Última Reforma DOF 25-01-2006*

**Artículo 159.-** La solicitud de declaración de protección a una denominación de origen se hará por escrito, a la que se acompañarán los comprobantes que funden la petición y en la que se expresará lo siguiente:

**I.-** Nombre, domicilio y nacionalidad del solicitante. Si es persona moral deberá señalar, además, su naturaleza y las actividades a que se dedica;

**II.-** Interés jurídico del solicitante;

**III.-** Señalamiento de la denominación de origen;

**IV.-** Descripción detallada del producto o los productos terminados que abarcará la denominación, incluyendo sus características, componentes, forma de extracción y procesos de producción o elaboración. Cuando sea determinante para establecer la relación entre la denominación y el producto, se señalarán las normas oficiales establecidas por la Secretaría de Comercio y Fomento Industrial a que deberán sujetarse el producto, su forma de extracción, sus procesos de elaboración o producción y sus modos de empaque, embalaje o envasamiento;

*Fracción reformada DOF 02-08-1994*

**V.-** Lugar o lugares de extracción, producción o elaboración del producto que se trate de proteger con la denominación de origen y la delimitación del territorio de origen, atendiendo a los caracteres geográficos y a las divisiones políticas;

**VI.-** Señalamiento detallado de los vínculos entre denominación, producto y territorio, y

**VII.-** Los demás que considere necesarios o pertinentes el solicitante.

**Artículo 160.-** Recibida la solicitud por el Instituto y enterado el pago de las tarifas correspondientes, se efectuará el examen de los datos y documentos aportados.

Si a juicio del Instituto, los documentos presentados no satisfacen los requisitos legales o resultan insuficientes para la comprensión y análisis de cualquiera de los elementos de la solicitud, se requerirá al solicitante para que haga las aclaraciones o adiciones necesarias, otorgándole al efecto un plazo de dos meses.

Si el solicitante no cumple con el requerimiento dentro del plazo otorgado, la solicitud se considerará abandonada, pero el Instituto podrá continuar de oficio su tramitación en los términos del presente capítulo si lo considera pertinente.

*Artículo reformado DOF 02-08-1994*

**Artículo 161.-** Cuando los documentos presentados satisfagan los requisitos legales, el Instituto publicará en el Diario Oficial un extracto de la solicitud.

Si el procedimiento se inicia de oficio, el Instituto publicará en el Diario Oficial un extracto de las menciones y requisitos establecidos en las fracciones III a la VII del artículo 159 de esta Ley.

En ambos casos el Instituto otorgará un plazo de dos meses, contados a partir de la fecha de publicación para que cualquier tercero que justifique su interés jurídico, formule observaciones u objeciones y aporte las pruebas que estime pertinentes.

*Artículo reformado DOF 02-08-1994*

**Artículo 162.-** Para los efectos de este capítulo se admitirá toda clase de pruebas con excepción de la confesional y testimonial. La pericial corresponderá al Instituto o a quien ésta designe. El Instituto podrá

**Exhibit 10, Page 403**



**LEY DE LA PROPIEDAD INDUSTRIAL**

Cámara de Diputados del H. Congreso de la Unión
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

*Última Reforma DOF 25-01-2006*

realizar en cualquier tiempo, antes de la declaración, las investigaciones que estime pertinentes y allegarse los elementos que considere necesarios.

*Artículo reformado DOF 02-08-1994*

**Artículo 163.-** Transcurrido el plazo a que se refiere el artículo 161 de esta Ley, efectuados los estudios y desahogadas las pruebas, el Instituto dictará la resolución que corresponda.

*Artículo reformado DOF 02-08-1994*

**Artículo 164.-** Si la resolución a que se refiere el artículo anterior otorga la protección de la denominación de origen, el Instituto hará la declaratoria y procederá a su publicación en el Diario Oficial. La declaración del Instituto que otorgue la protección a una denominación de origen, determinará en definitiva los elementos y requisitos previstos en el artículo 159 de esta Ley.

*Artículo reformado DOF 02-08-1994*

**Artículo 165.-** La vigencia de la declaración de protección de una denominación de origen estará determinada por la subsistencia de las condiciones que la motivaron y sólo dejará de surtir efectos por otra declaración del Instituto.

*Artículo reformado DOF 02-08-1994*

**Artículo 166.-** Los términos de la declaración de protección a una denominación de origen podrán ser modificados en cualquier tiempo, de oficio o a petición de parte interesada, siguiendo el procedimiento establecido en este capítulo. La solicitud relativa, deberá expresar lo exigido por las fracciones I a III del artículo 159 de esta Ley, y un señalamiento detallado de las modificaciones que se piden y las causas que las motivan.

**Artículo 167.-** El Estado Mexicano será el titular de la denominación de origen. Esta sólo podrá usarse mediante autorización que expida el Instituto.

*Artículo reformado DOF 02-08-1994*

**Artículo 168.-** El Instituto, por conducto de la de Relaciones Exteriores, tramitará el registro de las denominaciones de origen que hayan sido materia de una declaración de protección en los términos de esta Ley, para obtener su reconocimiento en el extranjero conforme a los Tratados Internacionales.

*Artículo reformado DOF 02-08-1994*

## Capítulo II
## De la autorización para su Uso

**Artículo 169.-** La autorización para usar una denominación de origen deberá ser solicitada ante el Instituto y se otorgará a toda persona física o moral que cumpla los siguientes requisitos:

*Párrafo reformado DOF 02-08-1994*

**I.-** Que directamente se dedique a la extracción, producción o elaboración, de los productos protegidos por la denominación de origen;

**II.-** Que realice tal actividad dentro del territorio determinado en la declaración;

**III.-** Que cumpla con las normas oficiales establecidas por la Secretaría de Comercio y Fomento Industrial conforme a las leyes aplicables, respecto de los productos de que se trate, y

*Fracción reformada DOF 02-08-1994*

**IV.-** Los demás que señale la declaración.

**Artículo 170.-** La solicitud para obtener una autorización de uso de denominación de origen deberá contener los datos y estar acompañada de los documentos que se señalen en el reglamento de esta Ley.

**Exhibit 10, Page 404**



Cámara de Diputados del H. Congreso de la Unión
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

*Última Reforma DOF 25-01-2006*

**Artículo 171.-** Al recibir la solicitud de autorización de uso de una denominación de origen, el Instituto procederá en los términos previstos por el artículo 160 de esta Ley y en caso de que se satisfagan los requisitos legales procederá a su otorgamiento.

*Artículo reformado DOF 02-08-1994*

**Artículo 172.-** Los efectos de la autorización para usar una denominación de origen durarán diez años, contados a partir de la fecha de presentación de la solicitud en el Instituto, y podrán renovarse por períodos iguales.

*Artículo reformado DOF 02-08-1994*

**Artículo 173.-** El usuario de una denominación de origen esta obligado a usarla tal y como aparezca protegida en la declaración. De no usarla en la forma establecida, procederá la cancelación de la autorización.

**Artículo 174.-** El derecho a usar una denominación de origen podrá ser transmitido por el usuario autorizado en los términos de la legislación común. Dicha transmisión sólo surtirá efectos a partir de su inscripción en el Instituto, previa comprobación de que el nuevo usuario cumple con las condiciones y requisitos establecidos en esta Ley para obtener el derecho a usar la denominación de origen.

*Artículo reformado DOF 02-08-1994*

**Artículo 175.-** El usuario autorizado de una denominación de origen podrá a su vez, mediante convenio, permitir el uso de ésta, únicamente a quienes distribuyan o vendan los productos de sus marcas. El convenio deberá ser sancionado por el Instituto y surtirá efectos a partir de su inscripción de esta.

*Párrafo reformado DOF 02-08-1994*

El convenio deberá contener una cláusula en la que se establezca la obligación del distribuidor o comercializador de cumplir con los requisitos establecidos en las fracciones III y IV del artículo 169 y los previstos en el reglamento. En caso de que el distribuidor o comercializador no cumpliere con esta obligación, procederá la cancelación de la inscripción.

**Artículo 176.-** La autorización de usuario de una denominación de origen dejará de surtir efectos por:

**I.-** Nulidad, en cualquiera de los siguientes casos:

**a)** Cuando se otorgue en contravención a las disposiciones de esta Ley;

**b)** Cuando se otorgue atendiendo a datos y documentos falsos;

**II.-** Cancelación, cuando el usuario autorizado use la denominación de origen en forma diferente a la establecida en la declaración de protección;

**III.-** Por terminación de su vigencia.

**Artículo 177.-** Las declaraciones administrativas de nulidad y cancelación se harán por el Instituto, de oficio, a petición de parte o del Ministerio Público Federal.

*Artículo reformado DOF 02-08-1994*

**Artículo 178.-** Además de las publicaciones previstas en este capítulo, se publicarán en la Gaceta las declaraciones que emita y autorizaciones que otorgue el Instituto, así como cualquier acto que dé por terminados los efectos de los derechos otorgados en materia de denominación de origen.

*Artículo reformado DOF 02-08-1994*

**Exhibit 10, Page 405**

**LEY DE LA PROPIEDAD INDUSTRIAL**

Cámara de Diputados del H. Congreso de la Unión
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

*Última Reforma DOF 25-01-2006*

## TÍTULO QUINTO BIS
## De los Esquemas de Trazado de Circuitos Integrados

*Título adicionado DOF 26-12-1997*

**Artículo 178 bis.-** Los esquemas de trazado de circuitos integrados serán registrados y estarán protegidos en términos del presente Título.  Al efecto, el Instituto tendrá las facultades siguientes:

**I.-** Tramitar y, en su caso, otorgar el registro a los esquemas de trazado de circuitos integrados, así como la inscripción de sus transmisiones y licencias de uso y explotación, en los términos de esta Ley y su reglamento;

**II.-** Sustanciar los procedimientos de declaración administrativa de infracción, nulidad o caducidad, relacionados con el registro de los esquemas de trazado de circuitos integrados, emitir las resoluciones que correspondan a dichos procedimientos e imponer las sanciones que procedan, y

**III.-** Cuando no lo hayan convenido las partes, fijar el monto de las regalías a que se refiere el artículo 178 bis 5, fracción V, segundo párrafo, de este Título.

*Artículo adicionado DOF 26-12-1997*

**Artículo 178 bis 1.-** Para los efectos de este Título, se considerará como:

**I.-** Circuito integrado: un producto, en su forma final o en una forma intermedia, en el que los elementos, de los cuales uno por lo menos sea un elemento activo, y alguna o todas las interconexiones, formen parte integrante del cuerpo o de la superficie de una pieza de material semiconductor, y que esté destinado a realizar una función electrónica;

**II.-** Esquema de trazado o topografía: la disposición tridimensional, expresada en cualquier forma, de los elementos, de los cuales uno por lo menos sea un elemento activo, y de alguna o todas las interconexiones de un circuito integrado, o dicha disposición tridimensional preparada para un circuito integrado destinado a ser fabricado;

**III.-** Esquema de trazado protegido: un esquema de trazado de circuitos integrados respecto del cual se hayan cumplido las condiciones de protección previstas en el presente Título, y

**IV.-** Esquema de trazado original: el esquema de trazado de circuitos integrados que sea el resultado del esfuerzo intelectual de su creador y no sea habitual o común entre los creadores de esquemas de trazado o los fabricantes de circuitos integrados en el momento de su creación.

*Artículo adicionado DOF 26-12-1997*

**Artículo 178 bis 2.-** Será registrable el esquema de trazado original, incorporado o no a un circuito integrado, que no haya sido comercialmente explotado en cualquier parte del mundo. También será registrable aun cuando haya sido comercialmente explotado de manera ordinaria, en México o en el extranjero, siempre que la solicitud de registro se presente ante el Instituto, dentro de los dos años siguientes a la fecha en que el solicitante lo explote comercialmente en forma ordinaria por primera vez en cualquier parte del mundo.

Un esquema de trazado que consista en una combinación de elementos o interconexiones que sean habituales o comunes entre los creadores de esquemas de trazado o los fabricantes de circuitos integrados al momento de su creación, sólo será registrable si la combinación en su conjunto se considera original en los términos de la fracción IV del artículo 178 bis 1 de este Título, y cumpla con las demás condiciones señaladas en el párrafo anterior.

*Artículo adicionado DOF 26-12-1997*

**Exhibit 10, Page 406**



**LEY DE LA PROPIEDAD INDUSTRIAL**

Cámara de Diputados del H. Congreso de la Unión
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

*Última Reforma DOF 25-01-2006*

**Artículo 178 bis 3.-** El registro de un esquema de trazado tendrá una vigencia de diez años improrrogables contados a partir de la fecha de presentación de la solicitud de registro y estará sujeta al pago de la tarifa correspondiente.

*Artículo adicionado DOF 26-12-1997*

**Artículo 178 bis 4.-** El registro de un esquema de trazado confiere a su titular el derecho de impedir a otras personas que, sin su autorización:

**I.-** Reproduzcan en su totalidad el esquema de trazado protegido, o cualquiera de sus partes que se considere original por sí sola en los términos de la fracción IV del artículo 178 bis 1 de esta Ley, por incorporación en un circuito integrado o en otra forma, y

**II.-** Importen, vendan o distribuyan en cualquier forma para fines comerciales:

**a)** El esquema de trazado protegido;

**b)** Un circuito integrado en el que se incorpore un esquema de trazado protegido, o

**c)** Un bien que incorpore un circuito integrado que a su vez incorpore un esquema de trazado protegido reproducido ilícitamente.

*Artículo adicionado DOF 26-12-1997*

**Artículo 178 bis 5.-** El derecho que confiere el registro de un esquema de trazado no producirá efecto alguno en contra de cualquier tercero que:

**I.-** Sin autorización del titular, con propósitos privados o con el único objetivo de evaluación, análisis, investigación o enseñanza, reproduzca un esquema de trazado protegido;

**II.-** Cree un esquema de trazado que cumpla con la exigencia de originalidad, sobre la base de la evaluación o el análisis de un esquema de trazado protegido en los términos de la fracción I de este artículo.

El creador del segundo esquema de trazado podrá llevar a cabo cualquiera de los actos a que se refiere el artículo anterior respecto del esquema de trazado por él creado, sin la autorización del titular del primer esquema de trazado protegido;

**III.-** En forma independiente y con anterioridad a la publicación del registro en la Gaceta, haya creado un esquema de trazado original idéntico al esquema de trazado protegido.

Quien trate de prevalerse de esta excepción, en un procedimiento de declaración administrativa, tendrá la carga de la prueba;

**IV.-** Realice cualquiera de los actos a que se refiere la fracción II del artículo anterior sin la autorización del titular, después de que hayan sido introducidos lícitamente en el comercio en México o en cualquier parte del mundo por el titular o con su consentimiento, respecto de:

**a)** Un esquema de trazado protegido;

**b)** Un circuito integrado que incorpore un esquema de trazado protegido, o

**c)** Un bien que incorpore un circuito integrado que a su vez incorpore un esquema de trazado protegido;

**Exhibit 10, Page 407**



**LEY DE LA PROPIEDAD INDUSTRIAL**

Cámara de Diputados del H. Congreso de la Unión
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

*Última Reforma DOF 25-01-2006*

**V.-** Sin autorización del titular, venda o distribuya en cualquier forma un circuito integrado que incorpore un esquema de trazado protegido reproducido ilícitamente, siempre y cuando la persona que realice u ordene tales actos no sepa y no tuviere motivos razonables para saber, al adquirir tal circuito integrado, que éste incorpora un esquema de trazado protegido reproducido ilícitamente.

A partir del momento en que el tercero de buena fe reciba aviso suficiente de que el esquema de trazado protegido se ha reproducido ilícitamente, estará obligado al pago de una regalía razonable que correspondería bajo una licencia libremente negociada, de tal esquema de trazado, para agotar el inventario en existencia o los pedidos hechos con anterioridad a la notificación.

La realización de cualquier actividad contemplada en el presente artículo no constituirá infracción administrativa o delito en los términos de esta Ley.

*Artículo adicionado DOF 26-12-1997*

**ARTICULO 178 bis 6.-** Además de los datos señalados en el artículo 38 de esta Ley, la solicitud de registro deberá ir acompañada de:

**I.-** La manifestación, bajo protesta de decir verdad, de la fecha y lugar de primera explotación comercial ordinaria en alguna parte del mundo, o de que no ha sido explotado;

**II.-** Una reproducción gráfica o fotográfica del esquema de trazado, y

**III.-** La indicación de la función electrónica que realice el circuito integrado, al que se incorpora el esquema de trazado.

El solicitante podrá excluir las partes de la reproducción gráfica o fotográfica relativas a la forma de fabricación del circuito integrado, a condición de que las partes presentadas sean suficientes para permitir la identificación del esquema de trazado.

*Artículo adicionado DOF 26-12-1997*

**Artículo 178 bis 7.-** El registro de un esquema de trazado se llevará a cabo, en lo conducente, conforme a lo dispuesto en los artículos 34, 35, 38, 38 bis, 39, 50 y 55 bis al 60 de esta Ley.

Para la transmisión o licencia de los derechos que confiere un registro de esquema de trazado protegido serán aplicables las disposiciones contenidas en los artículos 62 al 69 de esta Ley. No procederá el otorgamiento de licencias obligatorias.

*Artículo adicionado DOF 26-12-1997*

**Artículo 178 bis 8.-** El registro de un esquema de trazado protegido será nulo cuando se haya otorgado en contravención a lo dispuesto en el artículo 178 bis 2 de este Título, siendo aplicable, en lo conducente, lo dispuesto en los artículos 78 al 81 de esta Ley.

*Artículo adicionado DOF 26-12-1997*

**Artículo 178 bis 9.-** Para los efectos del artículo 229 de esta Ley, los esquemas de trazado protegidos o los circuitos integrados a los que éstos se incorporen deberán ostentar las letras: "M" o "T", dentro de un círculo o enmarcados en alguna otra forma; acompañados del nombre del titular, sea en forma completa o en forma abreviada por medio del cual sea generalmente conocido.

El titular del registro de un esquema de trazado podrá demandar daños y perjuicios a terceros que antes del otorgamiento de dicho registro hayan explotado sin su consentimiento el esquema de trazado, siempre y cuando dicha explotación se haya realizado después de la fecha de presentación de la solicitud de registro y el esquema de trazado de que se trate cumpla con lo dispuesto en el párrafo anterior.

*Artículo adicionado DOF 26-12-1997*

**Exhibit 10, Page 408**



**LEY DE LA PROPIEDAD INDUSTRIAL**

Cámara de Diputados del H. Congreso de la Unión
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

Última Reforma DOF 25-01-2006

# TITULO SEXTO
## De los Procedimientos Administrativos

## Capítulo I
## Reglas Generales de los Procedimientos

**Artículo 179.-** Toda solicitud o promoción dirigida al Instituto, con motivo de lo dispuesto en esta Ley y demás disposiciones derivadas de ella, deberá presentarse por escrito y redactada en idioma español.

Los documentos que se presenten en idioma diferente deberán acompañarse de su traducción al español.

*Artículo reformado DOF 02-08-1994*

**Artículo 180.-** Las solicitudes y promociones deberán ser firmadas por el interesado o su representante y estar acompañadas del comprobante de pago de la tarifa correspondiente, en su caso. Si falta cualquiera de estos elementos, el Instituto desechará de plano la solicitud o promoción.

*Artículo reformado DOF 02-08-1994*

**Artículo 181.-** Cuando las solicitudes y promociones se presenten por conducto de mandatario, éste deberá acreditar su personalidad:

**I.-** Mediante carta poder simple suscrita ante dos testigos si el mandante es persona física;

**II.-** Mediante carta poder simple suscrita ante dos testigos, cuando en el caso de personas morales, se trate de solicitudes de patentes, registros, o la inscripción de licencias o sus transmisiones.

En este caso, en la carta poder deberá manifestarse que quien la otorga cuenta con facultades para ello y citarse el instrumento en el que consten dichas facultades.

**III.-** En los casos no comprendidos en la fracción anterior, mediante instrumento público o carta poder con ratificación de firmas ante notario o corredor cuando se trate de persona moral mexicana, debiendo acreditarse la legal existencia de ésta y las facultades del otorgante, y

**IV.-** En los casos no comprendidos en la fracción II, mediante poder otorgado conforme a la legislación aplicable del lugar donde se otorgue o de acuerdo a los tratados internacionales, en caso de que el mandante sea persona moral extranjera. Cuando en el poder se dé fe de la existencia legal de la persona moral en cuyo nombre se otorgue el poder, así como del derecho del otorgante para conferirlo, se presumirá la validez del poder, salvo prueba en contrario.

En cada expediente que se tramite deberá acreditarse la personalidad del solicitante o promovente; sin embargo, bastará con una copia simple de la constancia de registro, si el poder se encuentra inscrito en el registro general de poderes establecido por el Instituto.

*Artículo reformado DOF 02-08-1994*

**Artículo 182.-** Cuando una solicitud o promoción sea presentada por varias personas, se deberá designar en el escrito quién de ellos será el representante común. De no hacerse esto, se entenderá que el representante común es la primera persona de las nombradas.

**Artículo 183.-** En toda solicitud, el promovente deberá señalar domicilio para oír y recibir notificaciones dentro del territorio nacional y deberá comunicar al Instituto cualquier cambio del mismo. En caso de que no se dé el aviso de cambio de domicilio, las notificaciones se tendrán por legalmente realizadas en el domicilio que aparezca en el expediente.

*Artículo reformado DOF 02-08-1994*

**Exhibit 10, Page 409**



**LEY DE LA PROPIEDAD INDUSTRIAL**

Cámara de Diputados del H. Congreso de la Unión
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

*Última Reforma DOF 25-01-2006*

**Artículo 184.-** En los plazos fijados por esta Ley en días, se computarán únicamente los hábiles; tratándose de términos referidos a meses o años, el cómputo se hará de fecha a fecha, considerando incluso los días inhábiles.

*Párrafo reformado DOF 02-08-1994*

Los plazos empezarán a correr al día siguiente de la notificación respectiva. Las publicaciones en Gaceta surtirán efectos de notificación en la fecha que en la propia Gaceta se indique o, en su defecto, al día siguiente de aquél en que se ponga en circulación.

**Artículo 185.-** Los expedientes de patentes y registros en vigor, así como los relativos a nombres comerciales y denominaciones de origen publicados, estarán siempre abiertos para todo tipo de consultas y promociones.

**Artículo 186.-** Los expediente de patentes, modelos de utilidad y diseños industriales en trámite sólo podrán ser consultados por el solicitante o su representante, o personas autorizadas por el mismo, excepto cuando dichos expedientes sean citados como anterioridad a otro solicitante o cuando se ofrezcan como prueba en un procedimiento de declaración administrativa, debiendo observarse las medidas necesarias para preservar la confidencialidad.

*Párrafo reformado DOF 02-08-1994*

El personal del Instituto que intervenga en los diversos trámites que procedan conforme a esta Ley y su reglamento, estará obligado a guardar absoluta reserva respecto del contenido de los expedientes en trámite, de lo contrario se le sancionará conforme a la Ley Federal de Responsabilidades de los Servidores Públicos, independientemente de las penas que correspondan en su caso. Igual obligación tendrá el personal de organismos públicos o privados que pudieran conocer dicho contenido en apoyo al Instituto en el ejercicio de sus funciones.

*Párrafo reformado DOF 02-08-1994*

Se exceptúa de lo anterior a la información que sea de carácter oficial o la requerida por la autoridad judicial.

## CAPITULO II
## Del Procedimiento de Declaración Administrativa
*Denominación del Capítulo reformada DOF 02-08-1994*

**Artículo 187.-** Las solicitudes de declaración administrativa de nulidad, caducidad, cancelación e infracción administrativa que establece esta Ley, se sustanciarán y resolverán con arreglo al procedimiento que señala este capítulo y las formalidades que esta Ley prevé, siendo aplicable supletoriamente, en lo que no se oponga, el Código Federal de Procedimientos Civiles.

*Artículo reformado DOF 02-08-1994*

**Artículo 188.-** El Instituto podrá iniciar el procedimiento de declaración administrativa de oficio o a petición de quien tenga interés jurídico y funde su pretensión.

*Artículo reformado DOF 02-08-1994*

**Artículo 189.-** La solicitud de declaración administrativa que se interponga deberá contener los siguientes requisitos:

**I.-** Nombre del solicitante y, en su caso, de su representante;

**II.-** Domicilio para oír y recibir notificaciones;

**III.-** Nombre y domicilio de la contraparte o de su representante;

**Exhibit 10, Page 410**



**LEY DE LA PROPIEDAD INDUSTRIAL**

Cámara de Diputados del H. Congreso de la Unión
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

*Última Reforma DOF 25-01-2006*

**IV.-** El objeto de la solicitud, detallándolo en términos claros y precisos;

**V.-** La descripción de los hechos, y

**VI.-** Los fundamentos de derecho.

**Artículo 190.-** Con la solicitud de declaración administrativa deberán presentarse, en originales o copias debidamente certificadas, los documentos y constancias en que se funde la acción y ofrecerse las pruebas correspondientes. Las pruebas que se presenten posteriormente, no serán admitidas salvo que fueren supervenientes. Asimismo, deberá exhibir el solicitante el número de copias simples de la solicitud y de los documentos que a ella se acompaña, necesarios para correr traslado a la contraparte.

Cuando se ofrezca como prueba algún documento que obre en los archivos del Instituto, bastará que el solicitante precise el expediente en el cual se encuentra y solicite la expedición de la copia certificada correspondiente o, en su caso, el cotejo de la copia simple que se exhiba y solicitará al Instituto que con la copia simple de dichas pruebas, se emplace al titular afectado.

*Artículo reformado DOF 02-08-1994, 25-01-2006*

**Artículo 191.-** Si el solicitante no cumpliere con los requisitos a que se refiere el artículo 189 de esta Ley o no exhibiera las copias de la solicitud y los documentos que a ella se acompañan, a que se refiere el artículo 190 de esta Ley, el Instituto le requerirá, por una sola vez, subsane la omisión en que incurrió o haga las aclaraciones que correspondan; para tal efecto se le concederá un plazo de ocho días, y de no cumplirse el requerimiento en el plazo otorgado se desechará la solicitud.

También se desechará la solicitud por la falta de documento que acredite la personalidad o cuando el registro, patente, autorización o publicación que sea base de la acción, no se encuentre vigente.

*Artículo reformado DOF 02-08-1994, 25-01-2006*

**Artículo 192.-** En los procedimientos de declaración administrativa se admitirán toda clase de pruebas, excepto la testimonial y confesional, salvo que el testimonio o la confesión estén contenidas en documental, así como las que sean contrarias a la moral y al derecho.

Sin perjuicio de lo dispuesto en el párrafo anterior, para los efectos de esta Ley, se otorgará valor probatorio a las facturas expedidas y a los inventarios elaborados por el titular o su licenciatario.

*Párrafo adicionado DOF 02-08-1994*

**Artículo 192 BIS.-** Para la comprobación de hechos que puedan constituir violación de alguno o algunos de los derechos que protege esta Ley, o en los procedimientos de declaración administrativa, el Instituto podrá valerse de los medios de prueba que estime necesarios.

Cuando el titular afectado o el presunto infractor hayan presentado las pruebas suficientes a las que razonablemente tengan acceso como base de sus pretensiones y hayan indicado alguna prueba pertinente para la sustentación de dichas pretensiones que esté bajo el control de la contraria, el Instituto podrá ordenar a ésta la presentación de dicha prueba, con apego, en su caso, a las condiciones que garanticen la protección de información confidencial.

Cuando el titular afectado o el presunto infractor nieguen el acceso a pruebas o no proporcionen pruebas pertinentes bajo su control en un plazo razonable, u obstaculicen de manera significativa el procedimiento, el Instituto podrá dictar resoluciones preliminares y definitivas, de naturaleza positiva o negativa, con base en las pruebas presentadas, incluyendo los argumentos presentados por quien resulte afectado desfavorablemente con la denegación de acceso a las pruebas, a condición de que se conceda a los interesados la oportunidad de ser oídos respecto de los argumentos y las pruebas presentadas.

**Exhibit 10, Page 411**



**LEY DE LA PROPIEDAD INDUSTRIAL**

Cámara de Diputados del H. Congreso de la Unión
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

*Última Reforma DOF 25-01-2006*

*Artículo adicionado DOF 02-08-1994*

**Artículo 192 BIS 1.-** Cuando la materia objeto de la patente sea un proceso para la obtención de un producto, en el procedimiento de declaración administrativa de infracción, el presunto infractor deberá probar que dicho producto se fabricó bajo un proceso diferente al patentado cuando:

**I.-** El producto obtenido por el proceso patentado sea nuevo, y

**II.-** Exista una probabilidad significativa de que el producto haya sido fabricado mediante el proceso patentado y el titular de la patente no haya logrado, no obstante haberlo intentado, establecer el proceso efectivamente utilizado.

*Artículo adicionado DOF 02-08-1994*

**Artículo 193.-** Admitida la solicitud de declaración administrativa de nulidad, caducidad y cancelación, el Instituto, con la copia simple de la solicitud y los documentos que se le acompañaron, la notificará al titular afectado, concediéndole un plazo de un mes para que manifieste por escrito lo que a su derecho convenga. En los procedimientos de declaración administrativa de infracción se estará a lo dispuesto en los artículos 209 fracción IX y 216 de esta Ley. La notificación se hará en el domicilio señalado por el solicitante de la declaración administrativa.

*Artículo reformado DOF 02-08-1994, 25-01-2006*

**Artículo 194.-** Cuando no haya sido posible la notificación a que se refiere el artículo anterior por cambio de domicilio, tanto en el señalado por el solicitante como en el que obre en el expediente que corresponda, y se desconozca el nuevo, la notificación se hará a costa de quien intente la acción por medio de publicación en el Diario Oficial y en un periódico de los de mayor circulación de la República, por una sola vez. En la publicación se dará a conocer un extracto de la solicitud de declaración administrativa y se señalará un plazo de un mes para que el titular afectado manifieste lo que a su derecho convenga.

*Artículo reformado DOF 02-08-1994*

**Artículo 195.-** En el procedimiento de declaración administrativa no se sustanciarán incidentes de previo y especial pronunciamiento sino que se resolverán al emitirse la resolución que proceda.

**Artículo 196.-** Cuando el Instituto inicie de oficio el procedimiento de declaración administrativa, la notificación al titular afectado o, en su caso, al presunto infractor se hará en el domicilio señalado en el expediente que corresponda y de haberlo variado sin dar aviso al Instituto, por publicación en los términos del artículo 194 de esta Ley.

*Artículo reformado DOF 02-08-1994*

**Artículo 197.-** El escrito en que el titular afectado o, en su caso, el presunto infractor formule sus manifestaciones deberá contener:

*Párrafo reformado DOF 02-08-1994*

**I.-** Nombre del titular afectado o del presunto infractor y, en su caso, de su representante;

*Fracción reformada DOF 02-08-1994*

**II.-** Domicilio para oír y recibir notificaciones;

**III.-** Excepciones y defensas;

**IV.-** Las manifestaciones u objeciones a cada uno de los puntos de la solicitud de declaración administrativa, y

**V.-** Fundamentos de derecho.

**Exhibit 10, Page 412**



**LEY DE LA PROPIEDAD INDUSTRIAL**

Cámara de Diputados del H. Congreso de la Unión
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

*Última Reforma DOF 25-01-2006*

Para la presentación del escrito y el ofrecimiento de pruebas será aplicable lo dispuesto en el artículo 190 de esta Ley.

**Artículo 198.-** Cuando el titular afectado o, en su caso, el presunto infractor no pueda exhibir dentro del plazo concedido la totalidad o parte de las pruebas por encontrarse éstas en el extranjero, se le podrá otorgar un plazo adicional de quince días para su presentación, siempre y cuando las ofrezca en su escrito y haga el señalamiento respectivo.

*Artículo reformado DOF 02-08-1994*

**Artículo 199.-** Transcurrido el plazo para que el titular afectado o el presunto infractor, presente sus manifestaciones y, en su caso, la prórroga a que se refiere el artículo anterior, previo estudio de los antecedentes relativos y desahogadas las pruebas que lo requieran, se dictará la resolución administrativa que proceda, la que se notificará a los interesados en el domicilio señalado en el expediente o, en su caso, mediante publicación en los términos del artículo 194 de esta Ley.

Tratándose de procedimientos de declaración administrativa de infracción, en la misma resolución se impondrá la sanción, cuando ésta sea procedente.

*Artículo reformado DOF 02-08-1994*

**Artículo 199 BIS.-** En los procedimientos de declaración administrativa relativos a la violación de alguno de los derechos que protege esta Ley, el Instituto podrá adoptar las siguientes medidas:

**I.-** Ordenar el retiro de la circulación o impedir ésta, respecto de las mercancías que infrinjan derechos de los tutelados por esta Ley;

**II.-** Ordenar se retiren de la circulación:

**a)** Los objetos fabricados o usados ilegalmente;

**b)** Los objetos, empaques, envases, embalajes, papelería, material publicitario y similares que infrinjan alguno de los derechos tutelados por esta Ley;

**c)** Los anuncios, letreros, rótulos, papelería y similares que infrinjan alguno de los derechos tutelados por esta Ley; y

**d)** Los utensilios o instrumento destinados o utilizados en la fabricación, elaboración u obtención de cualquiera de los señalados en los incisos a), b) y c), anteriores;

**III.-** Prohibir, de inmediato, la comercialización o uso de los productos con los que se viole un derecho de los protegidos por esta ley;

**IV.-** Ordenar el aseguramiento de bienes, mismo que se practicará conforme a lo dispuesto en los artículos 211 a 212 BIS 2;

**V.-** Ordenar al presunto infractor o a terceros la suspensión o el cese de los actos que constituyan una violación a las disposiciones de esta Ley, y

**VI.-** Ordenar se suspenda la prestación del servicio o se clausure el establecimiento cuando las medidas que se prevén en las fracciones anteriores, no sean suficiente para prevenir o evitar la violación a los derechos protegidos por esta Ley.

**Exhibit 10, Page 413**



**LEY DE LA PROPIEDAD INDUSTRIAL**

Cámara de Diputados del H. Congreso de la Unión
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

*Última Reforma DOF 25-01-2006*

Si el producto o servicio se encuentra en el comercio, los comerciantes o prestadores tendrán la obligación de abstenerse de su enajenación o prestación a partir de la fecha en que se les notifique la resolución.

Igual obligación tendrán los productores, fabricantes, importadores y sus distribuidores, quienes serán responsables de recuperar de inmediato los productos que ya se encuentren en el comercio.

*Artículo adicionado DOF 02-08-1994*

**Artículo 199 BIS 1.-** Para determinar la práctica de las medidas a que se refiere el artículo anterior, el Instituto requerirá al solicitante que:

**I.** Acredite ser el titular del derecho y cualquiera de los siguientes supuestos:

**a)** La existencia de una violación a su derecho;

**b)** Que la violación a su derecho sea inminente;

**c)** La existencia de la posibilidad de sufrir un daño irreparable, y

**d)** La existencia de temor fundado de que las pruebas se destruyan, oculten, pierdan o alteren.

**II.** Otorgue fianza suficiente para responder de los daños y perjuicios que se pudieran causar a la persona en contra de quien se haya solicitado la medida, y

**III.** Proporcione la información necesaria para la identificación de los bienes, servicios o establecimientos con los cuales o en donde se comete la violación a los derechos de propiedad industrial.

La persona contra la que se haya adoptado la medida podrá exhibir contrafianza para responder de los daños y perjuicios que se causen al solicitante de la misma, a efecto de obtener su levantamiento.

El Instituto deberá tomar en consideración la gravedad de la infracción y la naturaleza de la medida solicitada para adoptar la práctica de ésta y determinar el importe de la fianza y la contrafianza.

*Artículo adicionado DOF 02-08-1994*

**Artículo 199 BIS 2.-** La persona en contra de quien se haya ordenado alguna de las medidas a que se refiere el artículo 199 BIS de esta Ley, tendrá un plazo de diez días para presentar ante el Instituto las observaciones que tuviere respecto de dicha medida.

El Instituto podrá modificar los términos de la medida que se haya adoptado tomando en consideración las observaciones que se le presenten.

*Artículo adicionado DOF 02-08-1994*

**Artículo 199 BIS 3.-** El solicitante de las medidas provisionales a que se refiere el artículo 199 BIS será responsable del pago de los daños y perjuicios causados a la persona en contra de quien se hubiesen ejecutado cuando:

**I.** La resolución definitiva que hubiese quedado firme sobre el fondo de la controversia declare que no existió violación ni amenaza de violación a los derechos del solicitante de la medida, y

**II.** Se haya solicitado una medida provisional y no se hubiese presentado la demanda o solicitud de declaración administrativa de infracción ante la autoridad competente o ante el Instituto respecto del fondo de la controversia, dentro de un plazo de veinte días contado a partir de la ejecución de la medida.

*Artículo adicionado DOF 02-08-1994*

**Exhibit 10, Page 414**



**LEY DE LA PROPIEDAD INDUSTRIAL**

Cámara de Diputados del H. Congreso de la Unión
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

*Última Reforma DOF 25-01-2006*

**Artículo 199 BIS 4.-** El Instituto pondrá a disposición del afectado la fianza o contrafianza que se hubiesen exhibido cuando se resuelva el procedimiento de declaración administrativa de infracción.

*Artículo adicionado DOF 02-08-1994*

**Artículo 199 BIS 5.-** El Instituto decidirá en la resolución definitiva del procedimiento de declaración administrativa de infracción, sobre el levantamiento o definitividad de las medidas adoptadas.

*Artículo adicionado DOF 02-08-1994*

**Artículo 199 BIS 6.-** En cualquier medida provisional que se practique, deberá cuidarse que ésta no sirva como medio para violar secretos industriales o para realizar actos que constituyan competencia desleal.

*Artículo adicionado DOF 02-08-1994*

**Artículo 199 BIS 7.-** El solicitante sólo podrá utilizar la documentación relativa a la práctica de una medida provisional para iniciar el juicio correspondiente o para exhibirla en los autos de los procesos en trámite, con prohibición de usarla, divulgarla o comunicarla a terceros.

*Artículo adicionado DOF 02-08-1994*

**Artículo 199 BIS 8.-** En los procedimientos de declaración administrativa de infracción, el Instituto buscará en todo momento conciliar los intereses de los involucrados.

*Artículo adicionado DOF 02-08-1994*

## Capítulo III
## Del Recurso de Reconsideración

**Artículo 200.-** Procede el recurso de reconsideración contra la resolución que niegue una patente, registro de modelo de utilidad y diseño industrial, el cual se presentará por escrito ante el propio Instituto en un plazo de treinta días, contado a partir de la fecha de notificación de la resolución respectiva. Al recurso se acompañará la documentación que acredite su procedencia.

*Artículo reformado DOF 02-08-1994*

**Artículo 201.-** Analizados los argumentos que se exponen en el recurso y los documentos aportados, el Instituto emitirá la resolución que corresponda, la cual deberá comunicarse por escrito al recurrente.

*Artículo reformado DOF 02-08-1994*

**Artículo 202.-** Sí la resolución que emita el Instituto niega la procedencia del recurso se comunicará por escrito al recurrente y se publicará en la Gaceta. Cuando la resolución sea favorable al recurrente se procederá en los términos del artículo 57 de esta Ley.

*Artículo reformado DOF 02-08-1994*

## TITULO SEPTIMO
## De la Inspección, de las Infracciones y Sanciones Administrativas y de los Delitos

## Capítulo I
## De la Inspección

**Artículo 203.-** Para comprobar el cumplimiento de lo dispuesto en esta Ley y demás disposiciones derivadas de ella, el Instituto realizará la inspección y vigilancia, conforme a los siguientes procedimientos:

*Párrafo reformado DOF 02-08-1994*

**I.-** Requerimiento de informes y datos, y

**Exhibit 10, Page 415**



**LEY DE LA PROPIEDAD INDUSTRIAL**

Cámara de Diputados del H. Congreso de la Unión
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

*Última Reforma DOF 25-01-2006*

**II.-** Visitas de inspección.

**Artículo 204.-** Toda persona tendrá obligación de proporcionar al Instituto, dentro del plazo de quince días, los informes y datos que se le requieran por escrito, relacionados con el cumplimiento de lo dispuesto en la presente Ley y demás disposiciones derivadas de ella.

*Artículo reformado DOF 02-08-1994*

**Artículo 205.-** Las visitas de inspección se practicarán en días y horas hábiles y únicamente por personal autorizado por el Instituto, previa identificación y exhibición del oficio de comisión respectivo.

El Instituto podrá autorizar se practiquen también en días y horas inhábiles a fin de evitar la comisión de infracciones, caso en el cual en el oficio de comisión se expresará tal autorización.

*Artículo reformado DOF 02-08-1994*

**Artículo 206.-** Los propietarios o encargados de establecimientos en que se fabriquen, almacenen, distribuyan, vendan o se ofrezcan en venta los productos o se presten servicios, tendrán la obligación de permitir el acceso al personal comisionado para practicar visitas de inspección, siempre que se cumplan los requisitos establecidos en el artículo anterior.

*Artículo reformado DOF 02-08-1994*

**Artículo 207.-** Se entiende por visitas de inspección las que se practiquen en los lugares en que se fabriquen, almacenen, transporten, expendan o comercialicen productos o en que se presten servicios, con objeto de examinar los productos, las condiciones de prestación de los servicios y los documentos relacionados con la actividad de que se trate.

**Artículo 208.-** De toda visita de inspección se levantará acta circunstanciada en presencia de dos testigos propuestos por la persona con la que se hubiese entendido la diligencia o por el inspector que la practicó, si aquélla se hubiese negado a proponerlos.

**Artículo 209.-** En las actas se hará constar:

**I.-** Hora, día, mes y año en que se practique la diligencia;

**II.-** Calle, número, población y entidad federativa en que se encuentre ubicado el lugar donde se practique la visita;

**III.-** Número y fecha del oficio de comisión que la motivó, incluyendo la identificación del inspector;

*Fracción reformada DOF 02-08-1994*

**IV.-** Nombre y carácter de la persona con quien se entendió la diligencia;

**V.-** Nombre y domicilio de las personas que fungieron como testigos, sea que hubieran sido designadas por el visitado o, en su defecto, por el inspector;

**VI.-** Mención de la oportunidad que se dio al visitado de ejercer su derecho de hacer observaciones al inspector durante la práctica de la diligencia;

**VII.-** Datos relativos a la actuación;

**VIII.-** Declaración del visitado, si quisiera hacerla;

**Exhibit 10, Page 416**



**LEY DE LA PROPIEDAD INDUSTRIAL**

Cámara de Diputados del H. Congreso de la Unión
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

*Última Reforma DOF 25-01-2006*

**IX.-** Mención de la oportunidad que se dio al visitado de ejercer su derecho de confirmar por escrito las observaciones que hubiera hecho en el momento de la visita y hacer otras nuevas al acta levantada, dentro del término de diez días, y

*Fracción reformada DOF 02-08-1994*

**X.-** Nombre y firma de quienes intervinieron en la diligencia, incluyendo al inspector, y en su caso, la indicación de que el visitado se negó a firmar el acta.

*Fracción reformada DOF 02-08-1994*

**Artículo 210.-** Al hacer observaciones durante la diligencia o por escrito, los visitados podrán ofrecer pruebas en relación con los hechos contenidos en el acta.

**Artículo 211.-** Si durante la diligencia se comprobara fehacientemente la comisión de cualquiera de los actos o hechos previstos en los artículos 213 y 223, el inspector asegurará, en forma cautelar, los productos con los cuales presumiblemente se cometan dichas infracciones o delitos, levantando un inventario de los bienes asegurados, lo cual se hará constar en el acta de inspección y se designará como depositario al encargado o propietario del establecimiento en que se encuentren, si éste es fijo; si no lo fuere, se concentrarán los productos en el Instituto.

Si se trata de hechos posiblemente constitutivos de delitos, el Instituto lo hará constar en la resolución que emita al efecto.

*Artículo reformado DOF 02-08-1994*

**Artículo 212.-** Del acta levantada se dejará copia a la persona con quien se entendió la diligencia, aún cuando se hubiese negado a firmarla, lo que no afectará su validez.

**Artículo 212 BIS.-** El aseguramiento a que se refiere el artículo 211 de esta Ley podrá recaer en:

**I.-** Equipo, instrumentos, maquinaria, dispositivos, diseños, especificaciones, planos, manuales, moldes, clisés, placas, y en general de cualquier otro medio empleado en la realización de los actos o hechos considerados en esta Ley como infracciones o delitos;

**II.-** Libros, registros, documentos, modelos, muestras, etiquetas, papelería, material publicitario, facturas y en general de cualquiera otro del que se puedan inferir elementos de prueba, y

**III.-** Mercancías, productos y cualesquiera otros bienes en los que se materialice la infracción a los derechos protegidos por esta Ley.

*Artículo adicionado DOF 02-08-1994*

**Artículo 212 BIS 1.-** En el aseguramiento de bienes a que se refiere el artículo anterior, se preferirá como depositario a la persona o Institución que, bajo su responsabilidad, designe el solicitante de la medida.

*Artículo adicionado DOF 02-08-1994*

**Artículo 212 BIS 2.-** En el caso de que la resolución definitiva sobre el fondo de la controversia, declare que se ha cometido una infracción administrativa, el Instituto decidirá, con audiencia de las partes, sobre el destino de los bienes asegurados, sujetándose a las siguientes reglas:

**I.-** Pondrá a disposición de la autoridad judicial competente los bienes que se hubiesen asegurado, tan pronto sea notificado de que se ha iniciado el proceso tendiente a la reparación del daño material o al pago de los daños y perjuicios;

**II.-** Pondrá a disposición de quien determine el laudo, en el caso de que se opte por el procedimiento arbitral;

**Exhibit 10, Page 417**



**LEY DE LA PROPIEDAD INDUSTRIAL**

Cámara de Diputados del H. Congreso de la Unión                    *Última Reforma DOF 25-01-2006*
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

**III.-** Procederá, en su caso, en los términos previstos en el convenio que, sobre el destino de los bienes, hubiesen celebrado el titular afectado y el presunto infractor;

**IV.-** En los casos no comprendidos en las fracciones anteriores, cada uno de los interesados presentará por escrito, dentro de los cinco días siguientes al en que se les dé vista, su propuesta sobre el destino de los bienes asegurados, que hubieran sido retirados de la circulación, o cuya comercialización se hubiera prohibido;

**V.-** Deberá dar vista a las partes de las propuestas presentadas, a efecto de que, de común acuerdo, decidan respecto del destino de dichos bienes y lo comuniquen por escrito al Instituto dentro de los cinco días siguientes a aquel en que se les haya dado vista, y

**VI.-** Si las partes no manifiestan por escrito su acuerdo sobre el destino de los bienes en el plazo concedido, o no se ha presentado ninguno de los supuestos a que se refieren las fracciones I a III anteriores, dentro del plazo de 90 días de haberse dictado la resolución definitiva, la Junta de Gobierno del Instituto podrá decidir:

**a)** La donación de los bienes a dependencias y entidades de la Administración Pública Federal, entidades federativas, municipios, instituciones públicas, de beneficencia o de seguridad social, cuando no se afecte el interés público; o

**b)** La destrucción de los mismos.

*Artículo adicionado DOF 02-08-1994*

## Capítulo II
## De las Infracciones y Sanciones Administrativas

**Artículo 213.-** Son infracciones administrativas:

**I.-** Realizar actos contrarios a los buenos usos y costumbres en la industria, comercio y servicios que impliquen competencia desleal y que se relacionen con la materia que esta Ley regula;

**II.-** Hacer aparecer como productos patentados aquéllos que no lo estén. Si la patente ha caducado o fue declarada nula, se incurrirá en la infracción después de un año de la fecha de caducidad o, en su caso, de la fecha en que haya quedado firme la declaración de nulidad;

**III.-** Poner a la venta o en circulación productos u ofrecer servicios, indicando que están protegidos por una marca registrada sin que lo estén. Si el registro de marca ha caducado o ha sido declarado nulo o cancelado, se incurrirá en infracción después de un año de la fecha de caducidad o en su caso, de la fecha en que haya quedado firme la declaración correspondiente;

**IV.-** Usar una marca parecida en grado de confusión a otra registrada, para amparar los mismos o similares productos o servicios que los protegidos por la registrada;

**V.-** Usar, sin consentimiento de su titular, una marca registrada o semejante en grado de confusión como elemento de un nombre comercial o de una denominación o razón social, o viceversa, siempre que dichos nombres, denominaciones o razones sociales estén relacionados con establecimientos que operen con los productos o servicios protegidos por la marca;

*Fracción reformada DOF 02-08-1994*

**VI.-** Usar, dentro de la zona geográfica de la clientela efectiva o en cualquier parte de la República, en el caso previsto por el artículo 105 de esta Ley, un nombre comercial idéntico o semejante en grado de

**Exhibit 10, Page 418**



**LEY DE LA PROPIEDAD INDUSTRIAL**

Cámara de Diputados del H. Congreso de la Unión
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

*Última Reforma DOF 25-01-2006*

confusión, con otro que ya esté siendo usado por un tercero, para amparar un establecimiento industrial, comercial o de servicios del mismo o similar giro;

**VII.-** Usar como marcas las denominaciones, signos, símbolos, siglas o emblemas a que se refiere el artículo 4o. y las fracciones VII, VIII, IX, XII, XIII, XIV y XV del artículo 90 de esta Ley;

*Fracción reformada DOF 02-08-1994*

**VIII.-** Usar una marca previamente registrada o semejante en grado de confusión como nombre comercial, denominación o razón social o como partes de éstos, de una persona física o moral cuya actividad sea la producción, importación o comercialización de bienes o servicios iguales o similares a los que se aplica la marca registrada, sin el consentimiento, manifestado por escrito, del titular del registro de marca o de la persona que tenga facultades para ello;

*Fracción reformada DOF 02-08-1994*

**IX.-** Efectuar, en el ejercicio de actividades industriales o mercantiles, actos que causen o induzcan al público a confusión, error o engaño, por hacer creer o suponer infundadamente:

**a).-** La existencia de una relación o asociación entre un establecimiento y el de un tercero;

**b).-** Que se fabriquen productos bajo especificaciones, licencias o autorización de un tercero;

**c).-** Que se prestan servicios o se venden productos bajo autorización, licencias o especificaciones de un tercero;

**d)** Que el producto de que se trate proviene de un territorio, región o localidad distinta al verdadero lugar de origen, de modo que induzca al público a error en cuanto al origen geográfico del producto;

*Inciso adicionado DOF 02-08-1994*

**X.-** Intentar o lograr el propósito de desprestigiar los productos, los servicios, la actividad industrial o comercial o el establecimiento de otro. No estará comprendida en esta disposición, la comparación de productos o servicios que ampare la marca con el propósito de informar al público, siempre que dicha comparación no sea tendenciosa, falsa o exagerada en los términos de la Ley Federal de Protección al Consumidor;

*Fracción reformada DOF 02-08-1994*

**XI.-** Fabricar o elaborar productos amparados por una patente o por un registro de modelo de utilidad o diseño industrial, sin consentimiento de su titular o sin la licencia respectiva;

*Fracción reformada DOF 02-08-1994*

**XII.-** Ofrecer en venta o poner en circulación productos amparados por una patente o por un registro de modelo de utilidad o diseño industrial, a sabiendas de que fueron fabricados o elaborados sin consentimiento del titular de la patente o registro o sin la licencia respectiva;

*Fracción adicionada DOF 02-08-1994*

**XIII.-** Utilizar procesos patentados, sin consentimiento del titular de la patente o sin la licencia respectiva;

*Fracción adicionada DOF 02-08-1994*

**XIV.-** Ofrecer en venta o poner en circulación productos que sean resultado de la utilización de procesos patentados, a sabiendas que fueron utilizados sin el consentimiento del titular de la patente o de quien tuviera una licencia de explotación;

*Fracción adicionada DOF 02-08-1994*

**Exhibit 10, Page 419**



**LEY DE LA PROPIEDAD INDUSTRIAL**

Cámara de Diputados del H. Congreso de la Unión
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

*Última Reforma DOF 25-01-2006*

**XV.-** Reproducir o imitar diseños industriales protegidos por un registro, sin el consentimiento de su titular o sin la licencia respectiva;

*Fracción adicionada DOF 02-08-1994*

**XVI.-** Usar un aviso comercial registrado o uno semejante en grado de confusión, sin el consentimiento de su titular o sin la licencia respectiva para anunciar bienes, servicios o establecimientos iguales o similares a los que se aplique el aviso;

*Fracción adicionada DOF 02-08-1994*

**XVII.-** Usar un nombre comercial o uno semejante en grado de confusión, sin el consentimiento de su titular o sin la licencia respectiva, para amparar un establecimiento industrial, comercial o de servicios del mismo o similar giro;

*Fracción adicionada DOF 02-08-1994*

**XVIII.-** Usar una marca registrada, sin el consentimiento de su titular o sin la licencia respectiva, en productos o servicios iguales o similares a los que la marca se aplique;

*Fracción adicionada DOF 02-08-1994*

**XIX.-** Ofrecer en venta o poner en circulación productos iguales o similares a los que se aplica una marca registrada, a sabiendas de que se usó ésta en los mismos sin consentimiento de su titular;

*Fracción adicionada DOF 02-08-1994*

**XX.-** Ofrecer en venta o poner en circulación productos a los que se aplica una marca registrada que hayan sido alterados;

*Fracción adicionada DOF 02-08-1994*

**XXI.-** Ofrecer en venta o poner en circulación productos a los que se aplica una marca registrada, después de haber alterado, sustituido o suprimido parcial o totalmente ésta;

*Fracción adicionada DOF 02-08-1994*

**XXII.-** Usar sin autorización o licencia correspondiente una denominación de origen;

*Fracción adicionada DOF 02-08-1994. Reformada DOF 26-12-1997*

**XXIII.-** Reproducir un esquema de trazado protegido, sin la autorización del titular del registro, en su totalidad o cualquier parte que se considere original por sí sola, por incorporación en un circuito integrado o en otra forma;

*Fracción adicionada DOF 02-08-1994. Reformada DOF 26-12-1997*

**XXIV.** Importar, vender o distribuir en contravención a lo previsto en esta Ley, sin la autorización del titular del registro, en cualquier forma para fines comerciales:

**a)** Un esquema de trazado protegido;

**b)** Un circuito integrado en el que esté incorporado un esquema de trazado protegido, o

**c)** Un bien que incorpore un circuito integrado que a su vez incorpore un esquema de trazado protegido reproducido ilícitamente;

*Inciso reformado DOF 25-01-2006*
*Fracción adicionada DOF 26-12-1997*

**XXV.** No proporcionar al franquiciatario la información, a que se refiere el artículo 142 de esta Ley, siempre y cuando haya transcurrido el plazo para ello y haya sido requerida;

*Fracción adicionada DOF 25-01-2006*

**Exhibit 10, Page 420**



**LEY DE LA PROPIEDAD INDUSTRIAL**

Cámara de Diputados del H. Congreso de la Unión
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

*Última Reforma DOF 25-01-2006*

**XXVI.** Usar la combinación de signos distintivos, elementos operativos y de imagen, que permitan identificar productos o servicios iguales o similares en grado de confusión a otros protegidos por esta Ley y que por su uso causen o induzcan al público a confusión, error o engaño, por hacer creer o suponer la existencia de una relación entre el titular de los derechos protegidos y el usuario no autorizado. El uso de tales elementos operativos y de imagen en la forma indicada constituye competencia desleal en los términos de la fracción I de este mismo artículo, y

*Fracción adicionada DOF 25-01-2006*

**XXVII.** Las demás violaciones a las disposiciones de esta Ley que no constituyan delitos.

*Fracción adicionada DOF 26-12-1997. Reformada DOF 25-01-2006 (se recorre)*

**Artículo 214.-** Las infracciones administrativas a esta Ley o demás disposiciones derivadas de ella, serán sancionadas con:

**I.-** Multa hasta por el importe de veinte mil días de salario mínimo general vigente en el Distrito Federal;

*Fracción reformada DOF 02-08-1994*

**II.-** Multa adicional hasta por el importe de quinientos días de salario mínimo general vigente en el Distrito Federal, por cada día que persista la infracción;

**III.-** Clausura temporal hasta por noventa días;

**IV.-** Clausura definitiva;

**V.-** Arresto administrativo hasta por 36 horas.

**Artículo 215.-** La investigación de las infracciones administrativas se realizará por el Instituto de oficio o a petición de parte interesada.

*Artículo reformado DOF 02-08-1994*

**Artículo 216.-** En caso de que la naturaleza de la infracción administrativa no amerite visita de inspección, el Instituto deberá correr traslado al presunto infractor, con los elementos y pruebas que sustenten la presunta infracción, concediéndole un plazo de diez días para que manifieste lo que a su derecho convenga y presente las pruebas correspondientes.

*Artículo reformado DOF 02-08-1994*

**Artículo 217.-** Una vez concluido el plazo a que se refieren los artículos 209, fracción IX y 216 de esta Ley, el Instituto con base en el acta de inspección levantada, y en caso de no haberse requerido por la naturaleza de la infracción, con los elementos que obren en el expediente, y tomando en cuenta las manifestaciones y pruebas del interesado, dictará la resolución que corresponda.

*Artículo reformado DOF 02-08-1994*

**Artículo 218.-** En los casos de reincidencia se duplicarán las multas impuestas anteriormente, sin que su monto exceda del triple del máximo fijado en el artículo 214 de esta Ley, según el caso.

Se entiende por reincidencia, para los efectos de esta Ley y demás disposiciones derivadas de ella, cada una de las subsecuentes infracciones a un mismo precepto, cometidas dentro de los dos años siguientes a la fecha en que se emitió la resolución relativa a la infracción.

**Artículo 219.-** Las clausuras podrán imponerse en la resolución que resuelva la infracción además de la multa o sin que ésta se haya impuesto. Será procedente la clausura definitiva cuando el establecimiento haya sido clausurado temporalmente por dos veces y dentro del lapso de dos años, si dentro del mismo se reincide en la infracción, independientemente de que hubiere variado su domicilio.

**Exhibit 10, Page 421**



**LEY DE LA PROPIEDAD INDUSTRIAL**

Cámara de Diputados del H. Congreso de la Unión
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

*Última Reforma DOF 25-01-2006*

*Artículo reformado DOF 02-08-1994*

**Artículo 220.-** Para la determinación de las sanciones deberá tomarse en cuenta:

**I.-** El carácter intencional de la acción u omisión constitutiva de la infracción;

**II.-** Las condiciones económicas del infractor, y

**III.-** La gravedad que la infracción implique en relación con el comercio de productos o la prestación de servicios, así como el perjuicio ocasionado a los directamente afectados.

**Artículo 221.-** Las sanciones establecidas en esta Ley y demás disposiciones derivadas de ella, se impondrán además de la indemnización que corresponda por daños y perjuicios a los afectados, en los términos de la legislación común y sin perjuicio de lo dispuesto en el artículo siguiente.

*Artículo reformado DOF 02-08-1994*

**Artículo 221 BIS.-** La reparación del daño material o la indemnización de daños y perjuicios por la violación de los derechos que confiere esta Ley, en ningún caso será inferior al cuarenta por ciento del precio de venta al público de cada producto o la prestación de servicios que impliquen una violación de alguno o algunos de los derechos de propiedad industrial regulados en esta Ley.

*Artículo adicionado DOF 02-08-1994*

**Artículo 222.-** Si del análisis del expediente formado con motivo de la investigación por infracción administrativa el Instituto advierte la realización de hechos que pudieran constituir alguno de los delitos previstos en esta Ley, así lo hará constar en la resolución que emita.

*Artículo reformado DOF 02-08-1994*

## Capítulo III
## De los Delitos

**Artículo 223.-** Son delitos:

**I.** Reincidir en las conductas previstas en las fracciones II a XXII del artículo 213 de esta Ley, una vez que la primera sanción administrativa impuesta por esta razón haya quedado firme;

**II.** Falsificar, en forma dolosa y con fin de especulación comercial, marcas protegidas por esta Ley;

*Fracción reformada DOF 17-05-1999*

**III.** Producir, almacenar, transportar, introducir al país, distribuir o vender, en forma dolosa y con fin de especulación comercial, objetos que ostenten falsificaciones de marcas protegidas por esta Ley, así como aportar o proveer de cualquier forma, a sabiendas, materias primas o insumos destinados a la producción de objetos que ostenten falsificaciones de marcas protegidas por esta Ley;

*Fracción adicionada DOF 17-05-1999*

**IV.** Revelar a un tercero un secreto industrial, que se conozca con motivo de su trabajo, puesto, cargo, desempeño de su profesión, relación de negocios o en virtud del otorgamiento de una licencia para su uso, sin consentimiento de la persona que guarde el secreto industrial, habiendo sido prevenido de su confidencialidad, con el propósito de obtener un beneficio económico para sí o para el tercero o con el fin de causar un perjuicio a la persona que guarde el secreto;

*Fracción reformada DOF 17-05-1999 (se recorre)*

**V.** Apoderarse de un secreto industrial sin derecho y sin consentimiento de la persona que lo guarde o de su usuario autorizado, para usarlo o revelarlo a un tercero, con el propósito de obtener un

**Exhibit 10, Page 422**



**LEY DE LA PROPIEDAD INDUSTRIAL**

Cámara de Diputados del H. Congreso de la Unión
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

*Última Reforma DOF 25-01-2006*

beneficio económico para sí o para el tercero o con el fin de causar un perjuicio a la persona que guarde el secreto industrial o a su usuario autorizado, y

*Fracción reformada DOF 17-05-1999 (se recorre)*

**VI.** Usar la información contenida en un secreto industrial, que conozca por virtud de su trabajo, cargo o puesto, ejercicio de su profesión o relación de negocios, sin consentimiento de quien lo guarde o de su usuario autorizado, o que le haya sido revelado por un tercero, a sabiendas que éste no contaba para ello con el consentimiento de la persona que guarde el secreto industrial o su usuario autorizado, con el propósito de obtener un beneficio económico o con el fin de causar un perjuicio a la persona que guarde el secreto industrial o su usuario autorizado.

*Fracción reformada DOF 17-05-1999 (se recorre)*

Los delitos previstos en este artículo se perseguirán por querella de parte ofendida.

*Artículo reformado DOF 02-08-1994*

**Artículo 223 bis.-** Se impondrá de dos a seis años de prisión y multa de cien a diez mil días de salario mínimo general vigente en el Distrito Federal, al que venda a cualquier consumidor final en vías o en lugares públicos, en forma dolosa y con fin de especulación comercial, objetos que ostenten falsificaciones de marcas protegidas por esta Ley. Si la venta se realiza en establecimientos comerciales, o de manera organizada o permanente, se estará a lo dispuesto en los artículos 223 y 224 de esta Ley.

*Artículo adicionado DOF 17-05-1999*

**Artículo 224.-** Se impondrán de dos a seis años de prisión y multa por el importe de cien a diez mil días de salario mínimo general vigente en el Distrito Federal, a quien cometa alguno de los delitos que se señalan en las fracciones I, IV, V o VI del artículo 223 de esta Ley. En el caso de los delitos previstos en las fracciones II o III del mismo artículo 223, se impondrán de tres a diez años de prisión y multa de dos mil a veinte mil días de salario mínimo general vigente en el Distrito Federal.

*Artículo reformado DOF 02-08-1994, 17-05-1999*

**Artículo 225.-** Para el ejercicio de la acción penal, en los supuestos previstos en las fracciones I y II del artículo 223, se requerirá que el Instituto emita un dictamen técnico en el que no se prejuzgará sobre las acciones civiles o penales que procedan.

*Artículo reformado DOF 02-08-1994*

**Artículo 226.-** Independientemente del ejercicio de la acción penal, el perjudicado por cualquiera de los delitos a que esta Ley se refiere podrá demandar del o de los autores de los mismos, la reparación y el pago de los daños y perjuicios sufridos con motivo de dichos delitos, en los términos previstos en el artículo 221 BIS de esta Ley.

*Artículo reformado DOF 02-08-1994*

**Artículo 227.-** Son competentes los tribunales de la Federación para conocer de los delitos a que se refiere este capítulo, así como de las controversias mercantiles y civiles y de las medidas precautorias que se susciten con motivo de la aplicación de esta Ley.

Cuando dichas controversias afecten sólo intereses particulares, podrán conocer de ellas a elección del actor, los tribunales del orden común, sin perjuicio de la facultad de los particulares de someterse al procedimiento de arbitraje.

*Artículo reformado DOF 02-08-1994*

**Artículo 228.-** En los procedimientos judiciales a que se refiere el artículo anterior, la autoridad judicial podrá adoptar las medidas previstas en esta Ley y en los tratados internacionales de los que México sea parte.

*Artículo adicionado DOF 02-08-1994*

**Exhibit 10, Page 423**



Cámara de Diputados del H. Congreso de la Unión
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

*Última Reforma DOF 25-01-2006*

**Artículo 229.-** Para el ejercicio de las acciones civiles y penales derivadas de la violación de un derecho de propiedad industrial así como para la adopción de las medidas previstas en el artículo 199 Bis de esta Ley, será necesario que el titular del derecho haya aplicado a los productos, envases o embalajes de productos amparados por un derecho de propiedad industrial las indicaciones y leyendas a que se refieren los artículos 26 y 131 de esta Ley, o por algún otro medio haber manifestado o hecho del conocimiento público que los productos o servicios se encuentran protegidos por un derecho de propiedad industrial.

Este requisito no será exigible en los casos de infracciones administrativas que no impliquen una violación a un derecho de propiedad industrial.

*Artículo adicionado DOF 02-08-1994*

## TRANSITORIOS

**ARTICULO PRIMERO.-** La presente Ley entrará en vigor al día siguiente de su publicación en el Diario Oficial de la Federación.

**ARTICULO SEGUNDO.-** Se abrogan:

**I.-** La Ley de Invenciones y Marcas, publicada en el Diario Oficial de la Federación el 10 de febrero de 1976, así como sus reformas y adiciones, pero se seguirá aplicando por lo que se refiere a los delitos cometidos durante su vigencia, sin perjuicio de lo dispuesto por el artículo 56 del Código Penal para el Distrito Federal en Materia de Fuero Común y para toda la República en Materia del Fuero Federal, y

**II.-** La Ley sobre el Control y Registro de la Transferencia de Tecnología y el Uso de Explotación de Patentes y Marcas y su Reglamento, publicados en el Diario Oficial de la Federación los días 11 de enero de 1982 y 9 de enero de 1990, respectivamente.

**ARTICULO TERCERO.-** Para los efectos del artículo 24, fracción XI, de la Ley del Impuesto sobre la Renta, no se requerirá comprobar la inscripción en el Registro Nacional de Transferencia de Tecnología de los actos, contratos o convenios relativos a asistencia técnica, transferencia de tecnología o regalías.

**ARTICULO CUARTO.-** En tanto el Ejecutivo Federal expide el reglamento de la presente Ley, continuará en vigor, en lo que no se oponga a ésta, el Reglamento de la Ley de Invenciones y Marcas, publicado en el Diario Oficial de la Federación el 30 de agosto de 1988.

**ARTICULO QUINTO.-** El Ejecutivo Federal expedirá el Decreto de creación del Instituto a que se refiere el artículo 7o. de este ordenamiento legal.

**ARTICULO SEXTO.-** Las patentes y registros de dibujos y modelos industriales otorgados con fundamento en la ley que se abroga, conservarán su vigencia concedida hasta su vencimiento pero quedarán sujetos a las disposiciones de esta Ley y su reglamento.

**ARTICULO SEPTIMO.-** Los registros de marca y las autorizaciones de uso de una denominación de origen otorgados con base en la Ley de Invenciones y Marcas que se abroga, conservarán su vigencia. En todo lo demás quedarán sujetos a esta Ley y su reglamento.

**ARTICULO OCTAVO.-** Los efectos de publicación de los nombres comerciales realizada antes de la fecha en que entre en vigor esta Ley, conservarán la vigencia determinada por la Ley de Invenciones y Marcas que se abroga, siendo aplicable en todo lo demás la presente Ley.

**Exhibit 10, Page 424**



Cámara de Diputados del H. Congreso de la Unión
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

**ARTICULO NOVENO.-** A los certificados de invención otorgados al amparo de la Ley de Invenciones y Marcas que se abroga les serán aplicables las disposiciones de dicha ley hasta el vencimiento de la vigencia que se les había concedido en el título correspondiente.

**ARTICULO DECIMO.-** A las solicitudes de patente y las solicitudes de certificados de invención que se encuentren en trámite en la fecha en que esta Ley entre en vigor no les será aplicable lo relativo a la publicación de la solicitud prevista en el artículo 52 de esta Ley y sólo deberá publicarse la patente en los términos del artículo 60.

Las solicitudes de certificados de invención que se encuentren en trámite se convertirán en solicitudes de patente.

Los solicitantes de las patentes y certificados de invención que se encuentren en trámite en la fecha en que inicie su vigencia esta Ley, deberán pedir por escrito a la Secretaría, dentro de los seis meses siguientes a esa fecha, que continúe el trámite, con base en dichas solicitudes, tendiente a obtener la patente correspondiente en los términos de esta Ley. Si los solicitantes no pidieran a la Secretaría dentro del plazo establecido la continuación del trámite, se considerarán abandonadas sus respectivas solicitudes y se tendrán por concluidos los trámites correspondientes.

**ARTICULO DECIMO PRIMERO.-** Las solicitudes en trámite de certificado de invención y las de patente relativas a procesos de los que se obtenga directamente un producto que no fuera patentable conforme a la Ley de Invenciones y Marcas que se abroga, pero si conforme a esta Ley, podrán convertirse en solicitudes de patente para dicho producto, conservando su fecha de presentación o de prioridad reconocida, sólo que cumplan con lo siguiente:

**I.-** Que la conversión sea promovida por escrito ante la Secretaría por el solicitante del certificado de invención o de la patente o por sus causahabientes, dentro de los 12 meses siguientes a la fecha en que entre en vigor esta Ley;

**II.-** Que el solicitante tenga patentado el producto o hubiese presentado una solicitud de patente para el mismo en algún país miembro del Tratado de Cooperación en Materia de Patentes;

**III.-** La publicación de estas solicitudes de patente en la Gaceta se hará en la fecha más próxima posterior a los 18 meses siguientes a aquella en que se promueva la conversión, y

**IV.-** Las patentes que se otorguen en base a lo dispuesto en este precepto tendrán una vigencia de 20 años a partir de la fecha de presentación de la solicitud de certificado de invención o patente de proceso.

**ARTICULO DECIMO SEGUNDO.-** Las solicitudes de patente presentadas antes de la fecha en que esta Ley entre en vigor, en cualquiera de los países miembros del Tratado de Cooperación en Materia de Patentes, para invenciones comprendidas en las fracciones VIII a XI del artículo 10 de la Ley de Invenciones y Marcas que se abroga, mantendrán en México la fecha de prioridad de la primera solicitud presentada en cualquiera de dichos países, siempre que:

**I.-** Se presente ante la Secretaría la solicitud para obtener una patente sobre las invenciones señaladas, por el primer solicitante de la patente en cualquiera de los países mencionados en el párrafo anterior o por su causahabiente, dentro de los doce meses siguientes a la entrada en vigor de esta Ley;

**II.-** El solicitante de la patente compruebe ante la Secretaría, en los términos y condiciones que prevenga el reglamento de esta Ley, haber presentado la solicitud de patente en cualquiera de los países miembros del Tratado de Cooperación en Materia de Patentes o, en su caso, haber obtenido la patente respectiva, y

**Exhibit 10, Page 425**



**LEY DE LA PROPIEDAD INDUSTRIAL**

Cámara de Diputados del H. Congreso de la Unión
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

*Última Reforma DOF 25-01-2006*

**III.-** La explotación de la invención o la importación a escala comercial del producto patentado u obtenido por el proceso patentado no se hubieran iniciado por cualquier persona en México con anterioridad a la presentación de la solicitud en este país.

La vigencia de las patentes que fueren otorgadas al amparo de este artículo terminará en la misma fecha en que lo haga en el país donde se hubiere presentado la primera solicitud, pero en ningún caso la vigencia excederá de 20 años, contados a partir de la fecha de presentación de la solicitud de patente en México.

**ARTICULO DECIMO TERCERO.-** Las declaraciones administrativas que se encuentren en trámite al entrar en vigor esta Ley continuarán substanciándose y se decidirán de acuerdo con las disposiciones contenidas en la Ley de Invenciones y Marcas que se abroga.

**ARTICULO DECIMO CUARTO.-** Para el cumplimiento de lo establecido en el artículo 175 de esta Ley, en el caso de la denominación de origen, se concederá un plazo de tres años, contados a partir de la fecha en que esta Ley entre en vigor. La Secretaría publicará, dentro del término de tres meses a partir de esta misma fecha, las disposiciones y normas para garantizar la calidad del producto y las formas para su envase o embalaje, que con fundamento en esta Ley deberán cumplir de manera gradual y razonable, a lo largo del trienio de ajuste concedido en este artículo, los usuarios autorizados de la denominación de origen y las personas que distribuyan o vendan sus productos.

México, D. F., a 25 de junio de 1991.- Sen. **Fernando Silva Nieto**, Presidente.- Dip. **Samy David David**, Presidente.- Sen. **Eliseo Rangel Gaspar**, Secretario.- Dip. **Juan Manuel Verdugo Rosas**, Secretario.- Rúbricas."

En cumplimiento de lo dispuesto por la fracción I del Artículo 89 de la Constitución Política de los Estados Unidos Mexicanos y para su debida publicación y observancia, expido el presente Decreto en la residencia del Poder Ejecutivo Federal, en la Ciudad de México, Distrito Federal, a los veintiséis días del mes de junio de mil novecientos noventa y uno.- **Carlos Salinas de Gortari**.- Rúbrica.- El Secretario de Gobernación, **Fernando Gutiérrez Barrios**.- Rúbrica.

**Exhibit 10, Page 426**

**LEY DE LA PROPIEDAD INDUSTRIAL**

Cámara de Diputados del H. Congreso de la Unión
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

*Última Reforma DOF 25-01-2006*

## ARTÍCULOS TRANSITORIOS DE DECRETOS DE REFORMA

**DECRETO por el que se reforman, adicionan y derogan diversas disposiciones de la Ley de Fomento y Protección de la Propiedad Industrial.**

Publicado en el Diario Oficial de la Federación el 2 de agosto de 1994

**ARTICULO PRIMERO.-** Se **reforman** el título de la Ley y los artículos 1o., 2o. fracción V, 3o. fracción II, 6o., 7o., 8o., 12 fracciones II, IV y VI, 15, 16, 18, 19 fracciones III y VIII, 21, 23, 25, 29, párrafo primero, 30, 31, 36, párrafo primero, 37, 38 párrafo primero, 41 fracción II, 44, 47 fracciones I, segundo párrafo y II, 48, 50, 53, 54, 55, 57, 58, 62, 64, 66, 70 párrafo primero, 73, 78 fracciones I, II, IV y último párrafo, 80 fracción II y último párrafo, 81, 82, 87, 89 fracción IV, 90 párrafo primero y las fracciones IV, V, VII, XII, XIII, XV, XVI y XVII, 91, 92 fracciones I y II segundo párrafo, 93, 96, 97, 99, 100, 101, 108, 113 párrafo primero, y las fracciones II y III, 114, 115, 116, 121, 122, 123, 125, 126 párrafo primero y fracción II, 128, 130, 131, 134, 135, 136, 138 fracción II, 140, 143, 148, 150, 151, 152 fracción II, 159 fracción IV, 160, 164, 169 párrafo primero y la fracción III, 179, 180, 181, 184 párrafo primero,186 párrafos primero y segundo, 187, 188, 193, 194, 196, 197 párrafo primero y la fracción I, 198, 199 párrafo primero, 200, 206, 209 fracciones IX y X, 211, 213 fracciones V, VII, VIII, X y XI, 214 fracción I, 215, 216, 219, 221, 222, 223, 224, 225, 226, y 227; la denominación del Capítulo del Título Primero y del Capítulo II del Título Sexto; se **adicionan** los artículos 7o. BIS, 7o.BIS 1, 7o.BIS 2, 10 BIS, 31 con dos párrafos, 38 BIS, 44 con un último párrafo, 55 BIS, 62 con un último párrafo, 63 con un último párrafo, 86 BIS, 86 BIS 1, 92 fracción III, 122 BIS, 137 con un último párrafo, 143 con un último párrafo, 190 con un último párrafo, 192 con un último párrafo, 192 BIS, 192 BIS 1, 199 con un último párrafo, 199 BIS, 199 BIS 1, a 199 BIS 8, 212 BIS, 212 BIS 1, 212 BIS 2, 213, fracciones IX con un inciso d), y XII a XXIII, 221 BIS, 228; y 229, se **derogan** los artículos 3o. fracción III, 5o., 20, 41 fracción IV, 51, 65 fracción III, 118 fracción IV, 120, 132 y 149 de la Ley de Fomento y Protección de la Propiedad Industrial, para quedar como sigue:

..........

**ARTICULO SEGUNDO.-** Se **sustituye** en los artículos 49, 56, 59, 60, 63, 68, 69, 72, 74, 75, 76, 77, 79, 106, 107, 124, 129, 133, 137, 141, 146, 154, 155, 157, 161, 162, 163, 165, 167, 168, 171, 172, 174, 175, 177, 178, 183, 191, 201, 202, 203, 204, 205, y 217, la referencia a la Secretaría por el Instituto.

## TRANSITORIOS

**PRIMERO.-** El presente Decreto entrará en vigor el 1o. de octubre de 1994, con excepción de la fracción V del artículo 16 reformando, que entrará en vigor el 17 de diciembre de 1994.

**SEGUNDO.-** Respecto de las solicitudes en trámite, los interesados que opten por la aplicación de las disposiciones contenidas en el presente Decreto, deberán hacerlo saber, por escrito, al Instituto dentro de los sesenta días siguientes a su entrada en vigor.

**TERCERO.-** Las declaraciones administrativas que se encuentren en trámite al momento de la entrada en vigor del presente Decreto, continuarán sustanciándose y se resolverán conforme a las disposiciones vigentes al momento de su presentación.

**CUARTO.-** Tratándose de marcas registradas con anterioridad a la entrada en vigor de este Decreto, en cuyas solicitudes iniciales se hubiese reclamado toda una clase, al momento de solicitar su renovación deberán especificarse los productos o servicios determinados según la clasificación que establezca el reglamento de la Ley.

**QUINTO.-** (Se deroga).

*Artículo derogado DOF 25-10-1996*

**Exhibit 10, Page 427**



**LEY DE LA PROPIEDAD INDUSTRIAL**

Cámara de Diputados del H. Congreso de la Unión
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

*Última Reforma DOF 25-01-2006*

**SEXTO.-** A partir de la entrada en vigor del presente Decreto, y hasta que la Junta de Gobierno del Instituto expida las tarifas que deban cubrirse por los servicios que presta el Instituto se pagarán, por concepto de aprovechamientos, por los servicios que preste el Instituto, las mismas cantidades bajo los mismos conceptos establecidos en los artículos 63 a 70-C de la Ley Federal de Derechos vigentes al primero de julio de mil novecientos noventa y cuatro. La Junta de Gobierno del Instituto expedirá las tarifas por los servicios que preste el propio Instituto a más tardar el primero de enero de mil novecientos noventa y cinco.

**SEPTIMO.-** Se derogan los artículos 63 a 70-C de la Ley Federal de Derechos.

**OCTAVO.-** En relación con las solicitudes de patente que se encuentren en trámite y respecto de las cuales no se haya presentado el comprobante de pago de la obligación fiscal correspondiente al examen de fondo, los interesados deberán exhibirlo ante el Instituto dentro de los cinco meses siguientes a la entrada en vigor de este Decreto. De no presentarse dicho comprobante en el plazo señalado, se considerarán abandonadas las respectivas solicitudes y se tendrán por concluidos los trámites correspondientes.

**NOVENO.-** A las personas que hayan cometido un delito de los previstos en la ley que se reforma, incluidas las procesadas o sentenciadas, con anterioridad a la entrada en vigor del presente Decreto, les serán aplicables las disposiciones de la Ley de Fomento y Protección de la Propiedad Industrial vigentes en el momento en que se haya cometido, sin perjuicio de las disposiciones aplicables en materia penal.

México, D.F., 13 de julio de 1994.- Dip. **Miguel González Avelar**, Presidente.- Sen. **Ricardo Monreal Avila**, Presidente.- Dip. **Magali Achach Solís**, Secretaria.- Sen. **Oscar Ramírez Mijares**, Secretario.- Rúbricas".

En cumplimiento de lo dispuesto por la fracción I del Artículo 89 de la Constitución Política de los Estados Unidos Mexicanos, y para su debida publicación y observancia, expido el presente Decreto en la residencia del Poder Ejecutivo Federal, en la Ciudad de México, Distrito Federal, a los veintinueve días del mes de julio de mil novecientos noventa y cuatro.- **Carlos Salinas de Gortari**.- Rúbrica.- El Secretario de Gobernación, **Jorge Carpizo**.- Rúbrica.

**Exhibit 10, Page 428**



**LEY DE LA PROPIEDAD INDUSTRIAL**

Cámara de Diputados del H. Congreso de la Unión                                    Última Reforma DOF 25-01-2006
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

## LEY Federal de Variedades Vegetales.

Publicada en el Diario Oficial de la Federación el 25 de octubre de 1996

## TRANSITORIOS

**ARTÍCULO PRIMERO.-** La presente ley entrará en vigor el día siguiente de su publicación en el **Diario Oficial de la Federación**.

**ARTÍCULO SEGUNDO.-** En tanto el Ejecutivo Federal expida el reglamento de la presente ley, se aplicarán, de manera supletoria y en lo que no la contravenga, las disposiciones administrativas y reglamentarias relativas de la Ley de la Propiedad Industrial.

**ARTÍCULO TERCERO.-** Se derogan los artículos 12 de la Ley Sobre Producción, Certificación y Comercio de Semillas, y Quinto Transitorio del Decreto por el que se Reforman, Adicionan y Derogan Diversas Disposiciones de la Ley de Fomento y Protección de la Propiedad Industrial, publicado en el **Diario Oficial de la Federación** el 2 de agosto de 1994, así como todas las demás disposiciones administrativas que se opongan a la presente ley.

**ARTÍCULO CUARTO.-** Las variedades vegetales que hayan sido inscritas en el Registro Nacional de Variedades de Plantas al que se refiere la Ley Sobre Producción, Certificación y Comercio de Semillas, serán susceptibles de otorgamiento de título de obtentor, previo cumplimiento de las condiciones previstas en esta ley. La duración de la protección de los derechos será conforme a lo establecido en el artículo 4o. de esta ley, tomando en cuenta la fecha en que fue asignado el número de registro en el Registro Nacional de Variedades de Plantas. Los derechos adquiridos por dicha asignación serán respetados íntegramente.

**ARTÍCULO QUINTO.-** El Instituto Mexicano de la Propiedad Industrial remitirá a la Secretaría, dentro de los seis meses de la entrada en vigor de la presente ley, las solicitudes de los obtentores de variedades vegetales en todos los géneros y especies, que le hayan sido presentadas con anterioridad a la entrada en vigor de este ordenamiento, de conformidad con lo establecido en el artículo Quinto Transitorio del Decreto por el que se Reforman, Adicionan y Derogan Diversas Disposiciones de la Ley de Fomento y Protección de la Propiedad Industrial publicado en el **Diario Oficial de la Federación** el 2 de agosto de 1994.

Respecto de las solicitudes de patentes para proteger variedades vegetales que se encuentren en trámite al amparo de la Ley de Fomento y Protección de la Propiedad Industrial, los solicitantes podrán acogerse a los beneficios que otorga este ordenamiento dentro de los seis meses siguientes a su entrada en vigor, mediante petición por escrito presentada ante la Secretaría de Agricultura, Ganadería y Desarrollo Rural. Los derechos adquiridos por las patentes que se hubieren otorgado serán respetados íntegramente.

**ARTÍCULO SEXTO.-** La Secretaría reconocerá el derecho de prioridad a que se refiere el artículo 10 de esta ley, respecto de las solicitudes de protección de los derechos de obtentor de variedades vegetales presentadas en otros países a partir de la entrada en vigor de la presente ley.

México, D.F., a 3 de octubre de 1996.- Dip. **Carlos Humberto Aceves del Olmo**, Presidente.- Sen. **Melchor de los Santos Ordóñez**, Presidente.- Dip. **Sabino González Alba**, Secretario.- Sen. **Eduardo Andrade Sánchez**, Secretario.- Rúbricas."

En cumplimiento de lo dispuesto por la fracción I del Artículo 89 de la Constitución Política de los Estados Unidos Mexicanos, y para su debida publicación y observancia, expido el presente Decreto en la residencia del Poder Ejecutivo Federal, en la Ciudad de México, Distrito Federal, a los veintiún días del

**Exhibit 10, Page 429**

**LEY DE LA PROPIEDAD INDUSTRIAL**

Cámara de Diputados del H. Congreso de la Unión
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

*Última Reforma DOF 25-01-2006*

mes de octubre de mil novecientos noventa y seis.- **Ernesto Zedillo Ponce de León**.- Rúbrica.- El Secretario de Gobernación, **Emilio Chuayffet Chemor**.- Rúbrica.

**Exhibit 10, Page 430**

**LEY DE LA PROPIEDAD INDUSTRIAL**

Cámara de Diputados del H. Congreso de la Unión
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

*Última Reforma DOF 25-01-2006*

## DECRETO por el que se reforma y adiciona la Ley de la Propiedad Industrial.

Publicado en el Diario Oficial de la Federación el 26 de diciembre de 1997

**ARTÍCULO ÚNICO.-** Se **reforman** las fracciones XXII y XXIII del artículo 213 y se **adiciona** el Título Quinto Bis con los artículos 178 bis al 178 bis 9, así como las fracciones XXIV y XXV al artículo 213 de la Ley de la Propiedad Industrial, para quedar como sigue:

..........

## TRANSITORIOS

**PRIMERO.-** El presente Decreto entrará en vigor el 1 de enero de 1998.

**SEGUNDO.-** Lo dispuesto en este Decreto se aplicará a todos los esquemas de trazado de circuitos integrados cuya primera explotación comercial ordinaria, en forma separada o incorporados en un circuito integrado, en cualquier parte del mundo, se realice a partir de la entrada en vigor del presente Decreto.

México, D.F., a 12 de diciembre de 1997.- Dip. **Juan Cruz Martínez**, Presidente.- Sen. **Heladio Ramírez López**, Presidente.- Dip. **Gerardo Ramírez Vidal**, Secretario.- Sen. **Samuel Aguilar Solís**, Secretario.- Rúbricas.

En cumplimiento de lo dispuesto por la fracción I del Artículo 89 de la Constitución Política de los Estados Unidos Mexicanos, y para su debida publicación y observancia, expido el presente Decreto en la residencia del Poder Ejecutivo Federal, en la Ciudad de México, Distrito Federal, a los veinticuatro días del mes de diciembre de mil novecientos noventa y siete.- **Ernesto Zedillo Ponce de León**.- Rúbrica.- El Secretario de Gobernación, **Emilio Chuayffet Chemor**.- Rúbrica.

**Exhibit 10, Page 431**



**Cámara de Diputados del H. Congreso de la Unión**
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

**LEY DE LA PROPIEDAD INDUSTRIAL**

*Última Reforma DOF 25-01-2006*

## DECRETO por el que se reforman diversas disposiciones en materia penal.

Publicado en el Diario Oficial de la Federación el 17 de mayo de 1999

**ARTICULO TERCERO.-** Se **reforman** los artículos 223, fracción II y 224; y se **adicionan** la fracción III, recorriéndose las demás en su orden, del artículo 223, y el artículo 223 Bis, de la Ley de la Propiedad Industrial, para quedar como sigue:

..........

## TRANSITORIOS

**PRIMERO.-** El presente Decreto entrará en vigor al día siguiente de su publicación en el **Diario Oficial de la Federación**.

**SEGUNDO.-** A las personas que hayan cometido un delito de los contemplados en el presente Decreto con anterioridad a su entrada en vigor, incluidas las procesadas o sentenciadas, les serán aplicadas las disposiciones del Código Penal para el Distrito Federal en Materia de Fuero Común y para toda la República en Materia de Fuero Federal y de la Ley de la Propiedad Industrial vigentes en el momento en que se haya cometido.

**TERCERO.-** Las referencias que otras disposiciones hagan al artículo 194 del Código Federal de Procedimientos Penales respecto de la detención de personas en casos urgentes, se entenderán hechas al artículo 193 bis del mismo ordenamiento.

**CUARTO.-** Las referencias que en el presente Decreto se hagan al Código Penal para el Distrito Federal en Materia de Fuero Común y para toda la República en Materia de Fuero Federal, se entenderán hechas al Código Penal Federal, si es llegado el caso de aprobarse, y en su momento, publicarse la iniciativa por el que se reforman diversas disposiciones en materia penal que el ciudadano Presidente de los Estados Unidos Mexicanos envió a la consideración del Congreso de la Unión por conducto del Senado de la República como Cámara de Origen, el 23 de marzo de 1999.

México, D.F., a 29 de abril de 1999.- Sen. **Héctor Ximénez González**, Presidente.- Dip. **María Mercedes Maciel Ortiz**, Presidente.- Sen. **Ma. del Carmen Bolado del Real**, Secretario.- Dip. **Mario Guillermo Haro Rodríguez**, Secretario.- Rúbricas".

En cumplimiento de lo dispuesto por la fracción I del Artículo 89 de la Constitución Política de los Estados Unidos Mexicanos, y para su debida publicación y observancia, expido el presente Decreto en la residencia del Poder Ejecutivo Federal, en la Ciudad de México, Distrito Federal, a los trece días del mes de mayo de mil novecientos noventa y nueve.- **Ernesto Zedillo Ponce de León**.- Rúbrica.- El Secretario de Gobernación, **Francisco Labastida Ochoa**.- Rúbrica.

**Exhibit 10, Page 432**



**LEY DE LA PROPIEDAD INDUSTRIAL**

Cámara de Diputados del H. Congreso de la Unión
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

*Última Reforma DOF 25-01-2006*

## DECRETO por el que se reforma el artículo 77 de la Ley de la Propiedad Industrial.

Publicado en el Diario Oficial de la Federación el 26 de enero de 2004

**ARTICULO UNICO:** Se **reforma** el artículo 77 de la Ley de la Propiedad Industrial para quedar como sigue:

..........

## Transitorio

**Unico.** El presente Decreto entrará en vigor al día siguiente de su publicación en el **Diario Oficial de la Federación**.

México, D.F., a 7 de octubre de 2003.- Dip. **Juan de Dios Castro Lozano**, Presidente.- Sen. **Enrique Jackson Ramírez**, Presidente.- Dip. **Marcos Morales Flores**, Secretario.- Sen. **Lydia Madero García**, Secretaria.- Rúbricas."

En cumplimiento de lo dispuesto por la fracción I del Artículo 89 de la Constitución Política de los Estados Unidos Mexicanos, y para su debida publicación y observancia, expido el presente Decreto en la Residencia del Poder Ejecutivo Federal, en la Ciudad de México, Distrito Federal, a los dieciséis días del mes de enero de dos mil cuatro.- **Vicente Fox Quesada**.- Rúbrica.- El Secretario de Gobernación, **Santiago Creel Miranda**.- Rúbrica.

**Exhibit 10, Page 433**

**LEY DE LA PROPIEDAD INDUSTRIAL**

Cámara de Diputados del H. Congreso de la Unión
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

*Última Reforma DOF 25-01-2006*

## DECRETO por el que se reforman y adicionan diversas disposiciones de la Ley de la Propiedad Industrial.

Publicado en el Diario Oficial de la Federación el 16 de junio de 2005

**Artículo Único.-** Se **reforman** los artículos 6, fracción III y X; 90, fracción XV; y se **adicionan** la fracción XV bis al artículo 90, y un Capítulo II BIS denominado: De las Marcas Notoriamente Conocidas y Famosas, a la Ley de la Propiedad Industrial, para quedar como sigue:

..........

## Transitorio

**Único.-** El presente Decreto entrará en vigor un día después de su publicación en el **Diario Oficial de la Federación**.

México, D.F., a 19 de abril de 2005.- Dip. **Manlio Fabio Beltrones Rivera**, Presidente.- Sen. **Diego Fernández de Cevallos Ramos**, Presidente.- Dip. **Marcos Morales Torres**, Secretario.- Sen. **Sara I. Castellanos Cortés**, Secretaria.- Rúbricas."

En cumplimiento de lo dispuesto por la fracción I del Artículo 89 de la Constitución Política de los Estados Unidos Mexicanos, y para su debida publicación y observancia, expido el presente Decreto en la Residencia del Poder Ejecutivo Federal, en la Ciudad de México, Distrito Federal, a los treinta y un días del mes de mayo de dos mil cinco.- **Vicente Fox Quesada**.- Rúbrica.- El Secretario de Gobernación, **Santiago Creel Miranda**.- Rúbrica.

**Exhibit 10, Page 434**

**LEY DE LA PROPIEDAD INDUSTRIAL**

Cámara de Diputados del H. Congreso de la Unión
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

*Última Reforma DOF 25-01-2006*

## DECRETO por el que se reforman y adicionan diversas disposiciones de la Ley de la Propiedad Industrial.

Publicado en el Diario Oficial de la Federación el 25 de enero de 2006

**ARTÍCULO ÚNICO.-** Se reforman los artículos 142; 190; 191 y 193, y se adiciona una fracción VII al artículo 2o.; los artículos 142 Bis; 142 Bis 1; 142 Bis 2; 142 Bis 3; y las fracciones XXV y XXVI al artículo 213, corriéndose la actual XXV a ser XXVII, de la Ley de la Propiedad Industrial, para quedar como sigue:

..........

## TRANSITORIO

**Artículo Único.-** El presente Decreto entrará en vigor al día siguiente de su publicación en el Diario Oficial de la Federación.

México, D.F., a 6 de diciembre de 2005.- Dip. **Heliodoro Díaz Escárraga**, Presidente.- Sen. **Enrique Jackson Ramírez**, Presidente.- Dip. **Patricia Garduño Morales**, Secretaria.- Sen. **Sara I. Castellanos Cortés**, Secretaria.- Rúbricas."

En cumplimiento de lo dispuesto por la fracción I del Artículo 89 de la Constitución Política de los Estados Unidos Mexicanos, y para su debida publicación y observancia, expido el presente Decreto en la Residencia del Poder Ejecutivo Federal, en la Ciudad de México, Distrito Federal, a los veintitrés días del mes de enero de dos mil seis.- **Vicente Fox Quesada**.- Rúbrica.- El Secretario de Gobernación, **Carlos María Abascal Carranza**.- Rúbrica.

**Exhibit 10, Page 435**

# EXHIBIT 11

**Article 82 -** Any industrially or commercially applicable information which a natural or legal person keeps and which is confidential in nature and associated with securing or retaining a competitive or economic advantage over third parties in the conduct of economic activities, and regarding which sufficient means or systems have been adopted to preserve its confidentiality and restrict access thereto, shall be considered a trade secret.

The information constituting a trade secret shall necessarily relate to the nature, characteristics or purposes of products, to production methods or processes, or to ways or means of distributing or marketing products or rendering services.

Information that is in the public domain, is obvious to a person skilled in the art on the basis of previously available information, or that must be disclosed by virtue of a legal provision or court order shall not be considered a trade secret. Information that is supplied to any authority by a person possessing it as a trade secret shall not be considered as entering the public domain or being disclosed by virtue of a legal provision, when it is supplied for the purpose of obtaining licenses, permits, authorizations, registrations or any other official documents.

*Article amended DOF* [Diario Oficial de la Federación] *08/02/94*

**Article 86 bis.1.-** Where one of the parties involved in any judicial or administrative proceeding is required to reveal a trade secret, the authority hearing the proceeding shall take the necessary measures to prevent its disclosure to third parties having no connection with the dispute.

No interested party may, in any event, reveal or make use of the trade secret referred to in the previous paragraph.



**TRANSPERFECT**

ALBANY
AMSTERDAM
ATLANTA
AUSTIN
BARCELONA
BERLIN
BOSTON
BRUSSELS
CHARLOTTE
CHICAGO
DALLAS
DENVER
DUBAI
DUBLIN
FRANKFURT
GENEVA
HONG KONG
HOUSTON
IRVINE
LONDON
LOS ANGELES
MIAMI
MINNEAPOLIS
MONTREAL
MUNICH
NEW YORK
PARIS
PHILADELPHIA
PHOENIX
PORTLAND
RESEARCH
TRIANGLE PARK
SAN DIEGO
SAN FRANCISCO
SAN JOSE
SEATTLE
SINGAPORE
STOCKHOLM
SYDNEY
TOKYO
TORONTO
VANCOUVER
WASHINGTON, DC

City of New York, State of New York, County of New York

I, Marina Yoffe, hereby certified that the document, "Articles 82 and 86-Bis-1 of the Industrial Property Law." to the best of my knowledge and belief, is a true and accurate translation from Spanish into English.

_____
Marina Yoffe

Sworn before me this

26th Day of May, 2008

_____
Signature, Notary Public

Pamela Boyle
Notary Public, State of New York
No. 01BO6181278
Qualified in NEW YORK County
Commission Expires  Jan 28, 2012

_____
Stamp, Notary Public

THREE PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016   T 212.689.5555   F 212.689.1059   WWW.TRANSPERFECT.COM

**Exhibit 11, Page 438**