QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>            Plaintiff,<br><br>      vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>            Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-9059 & CV 05-2727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Robert O'Brien]**<br><br>[PROPOSED] ORDER MODIFYING PROTECTIVE ORDER<br><br>Hearing Date:   TBD<br>Time:           TBD<br>Place:          TBD<br><br>Phase 2:<br>Disc. Cut-off:    December 11, 2009<br>Pre-trial Conf.:  March 1, 2010<br>Trial Date:       March 23, 2010 |

# [PROPOSED] ORDER

The Court, having considered Mattel, Inc.'s Motion to Amend Protective Order, and good cause appearing, IT IS HEREBY ORDERED THAT Paragraph 2 of the Protective Order is modified as follows:

| **Former Portion of Paragraph 2** | **New Portion of Paragraph 2** |
|---|---|
| The designation of information as "CONFIDENTIAL – ATTORNEYS' EYES ONLY" shall be limited to trade secrets or other confidential commercial information, including without limitation non-public designs and drawings, which the disclosing Party or nonparty in good faith believes will result in competitive disadvantage or harm if disclosed to another Party to this Action without restriction upon use or further disclosure. | The designation of information as "CONFIDENTIAL – ATTORNEYS' EYES ONLY" shall be limited to (1) trade secrets or other confidential commercial information, including without limitation non-public designs and drawings, which the disclosing Party or nonparty in good faith believes will result in competitive disadvantage or harm if disclosed to another Party to this Action without restriction upon use or further disclosure; (2) non-public documents that comprise official Mexican criminal investigative files or the official records of a Mexican court proceeding, and non-public documents that discuss the contents of such official files and records; or (3) non-public documents that comprise communications with the United States Attorney's Office and the Federal Bureau of Investigation, and non-public documents that discuss the contents of such communications. |

DATED: July      , 2009

_____
Robert O'Brien
Discovery Master