QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09039<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>**DECLARATION OF SCOTT L. WATSON IN SUPPORT OF MATTEL'S *EX PARTE* APPLICATION FOR AN ORDER THAT MATTEL NEED NOT RESPOND TO MGA'S IMPROPER REQUEST TO SHIFT THE COSTS OF THE TEMPORARY RECEIVER**<br><br>Hearing Date:   TBD<br>Time:                 TBD<br>Place:                Courtroom 1<br><br>Discovery Cut-off:  December 11, 2009<br>Pre-trial Conference:  March 1, 2010<br>Trial Date:  March 23, 2010 |
|---|---|

07209/2992306.2

WATSON DECLARATION ISO MATTEL'S *EX PARTE* RE COST-SHIFTING

**Declaration of Scott L. Watson**

I, Scott L. Watson, declare as follows:

1. I am a member of the bar of the State of California and a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Attached as Exhibit 1 is a true and correct copy of an email I sent to MGA's counsel on July 1, 2009 informing them of Mattel's intention to file this *ex parte* application. MGA's counsel indicated that it would oppose Mattel's application. I requested that MGA agree that Mattel's obligation to substantively respond to the arguments regarding cost shifting in MGA's Opposition should be delayed until after the Court had considered Mattel's *Ex Parte* Application and determined whether or not this issue was premature. MGA did not respond to that request before this application was filed.

3. Attached as Exhibit 2 is a true and correct copy of relevant transcript excerpts from the May 18, 2009 hearing.

4. Attached as Exhibit 3 is a true and correct copy of the Court's January 7, 2009 Order Appointing Forensic Auditor.

5. The total costs of the forensic audit to date are more than the costs of the temporary receivership.

6. Attached as Exhibit 4 is a true and correct copy of the Court's Standing Order in Case No. CV 04-9049 SGL (RNBx), dated April 14, 2006.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 1, 2009, at Los Angeles, California.

/s/ Scott L. Watson
Scott L. Watson