QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>**[PROPOSED] ORDER GRANTING MATTEL'S *EX PARTE* APPLICATION FOR AN ORDER THAT MATTEL NEED NOT RESPOND TO MGA'S IMPROPER REQUEST TO SHIFT THE COSTS OF THE TEMPORARY RECEIVER**<br><br>Discovery Cut-off:  December 11, 2009<br>Pre-trial Conference:  March 1, 2010<br>Trial Date:  March 23, 2010 |

07209/2993100.1

[PROPOSED] ORDER

## [PROPOSED] ORDER

Based on the *Ex Parte* Application of Mattel for Order That Mattel Need Not Respond to MGA's Improper Request to Shift the Costs of the Temporary Receiver, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

1. Mattel need not respond to MGA's argument regarding the appropriate allocation of costs arising from the Temporary Receiver advanced in MGA's June 26, 2009 Opposition to the Temporary Receiver's *Ex Parte* Motion.

2. Matters of cost allocation will be later set for briefing at an appropriate time to be determined by the Court.


DATED:                        , 2009   _____
                                        Hon. Stephen G. Larson
                                        United States District Judge

07209/2993100.1

-2-

[PROPOSED] ORDER