QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-9059 & CV 05-2727<br><br>**PROOF OF SERVICE**<br><br>Phase 2:<br>Disc. Cut-off:      December 11, 2009<br>Pre-trial Conf.:    March 1, 2010<br>Trial Date:         March 23, 2010 |

07975/2995260.1

-1-

PROOF OF SERVICE

# PROOF OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 50 California Street, 22nd Floor, San Francisco, California 94111.

On July 1, 2009, I served true copies of the following document(s) described as **SEE ATTACHED DOCUMENT LIST** on the parties in this action as follows:

Skadden, Arps, Slate, Meagher & Flom, LLP
   Thomas J. Nolan, Esq.
   Jason Russell, Esq.
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
   tnolan@skadden.com
   jrussell@skadden.com

Glaser, Weil, Fink, Jacobs, & Shapiro, LLP
   Patricia L. Glaser, Esq.
   Amman A. Khan, Esq.
10250 Constellation Blvd., 19th Floor
Los Angeles, California 90067
   pglaser@glaserweil.com

Mitchell, Silberberg, & Knupp, LLP
   Russell J. Frackman, Esq.
11377 W. Olympic Blvd.
Los Angeles, California 90064
   rjf@msk.com

Overland Borenstein Scheper & Kim LLP
   Mark E. Overland, Esq.
   Alexander H. Cote, Esq.
601 West Fifth Street, 12th Floor
Los Angeles, California 90017
   moverland@obsklaw.com

Bingham McCutcheon LLP
   Todd E. Gordiner, Esq.
   Peter N. Villar, Esq.
   Craig A. Taggart, Esq.
600 Anton Blvd., 18th Floor
Costa Mesa, California 92626
   todd.gordiner@bingham.com
   peter.villar@bingham.com
   craig.taggart@bingham.com

Discovery Master:
Robert O'Brien
Arent Fox LLP
555 West Fifth Street, 48th Floor
Los Angeles, California 90117

**BY ELECTRONIC MAIL TRANSMISSION:** By electronic mail transmission from jamesjudah@quinnemanuel.com on July 1, 2009, by transmitting a PDF format copy of such document(s) to each such person at the e-mail address listed below their address(es). The document(s) was/were transmitted by electronic transmission and such transmission was reported as complete and without error.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 1, 2009, at San Francisco, California.

_____
James D. Judah

-2-

PROOF OF SERVICE

## DOCUMENTS SERVED

DECLARATION OF FRANCISCO J. TUBURCIO IN SUPPORT OF MATTEL, INC.'S MOTION TO AMEND PROTECTIVE ORDER

MATTEL, INC.'S NOTICE OF MOTION AND MOTION TO AMEND PROTECTIVE ORDER; AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF

DECLARATION OF RORY S. MILLER IN SUPPORT OF MATTEL, INC.'S NOTICE OF MOTION AND MOTION TO AMEND PROTECTIVE ORDER

[PROPOSED] ORDER MODIFYING PROTECTIVE ORDER.

MATTEL, INC.;S OPPOSITION TO MGA ENTERTAINMENT INC.'S MOTION TO DE-DESIGNATE DOCUMENTS PRODUCED BY MATTEL, INC.'S AS " ATTORNEYS' EYES ONLY" IN RESPONSE TO DOCUMENT REQUEST NOS. 526 AND 528 AND REQUEST FOR SANCTIONS

DECLARATION OF LAURA OWENS IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA ENTERTAINMENT INC.'S MOTION TO DE-DESIGNATE DOCUMENTS PRODUCED BY MATTEL, INC. AS "ATTORNEYS' EYES ONLY" IN RESPONSE TO DOCUMENT REQUEST NOS. 526 AND 528 AND REQUEST FOR SANCTIONS

DECLARATION OF RICHARD DE ANDA IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA ENTERTAINMENT INC.'S MOTION TO DE-DESIGNATE DOCUMENTS PRODUCED BY MATTEL, INC. AS "ATTORNEYS' EYES ONLY" IN RESPONSE TO DOCUMENT REQUEST NOS. 526 AND 528 AND REQUEST FOR SANCTIONS

DECLARATION OF YEIRA FIERRO IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA ENTERTAINMENT INC.'S MOTION TO DE-DESIGNATE DOCUMENTS PRODUCED BY MATTEL, INC. AS "ATTORNEYS' EYES ONLY" IN RESPONSE TO DOCUMENT REQUEST NOS. 526 AND 528 AND REQUEST FOR SANCTIONS

DECLARATION OF JAMES D. JUDAH IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA ENTERTAINMENT INC.'S MOTION TO DE-DESIGNATE DOCUMENTS PRODUCED BY MATTEL, INC. AS "ATTORNEYS' EYES ONLY" IN RESPONSE TO DOCUMENT REQUEST NOS. 526 AND 528 AND REQUEST FOR SANCTIONS

DECLARATION OF JON D. COREY IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA ENTERTAINMENT INC.'S MOTION TO DE-DESIGNATE DOCUMENTS PRODUCED BY MATTEL, INC. AS "ATTORNEYS EYES ONLY" IN RESPONSE TO DOCUMENT REQUEST NOS. 526 AND 528 AND REQUEST FOR SANCTIONS

DECLARATION OF ROBERTO ISAIAS IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA ENTERTAINMENT INC.'S MOTION TO DE-DESIGNATE DOCUMENTS PRODUCED BY MATTEL, INC. AS "ATTORNEYS' EYES ONLY" IN RESPONSE TO DOCUMENT REQUEST NOS. 526 AND 528 AND REQUEST FOR SANCTIONS

1 | [PROPOSED] ORDER RE APPLICATION TO FILE UNDER SEAL:
2 | (1) THE DECLARATION OF RICHARD DE ANDA (VOLUMES 1-2)
  | (2) THE DECLARATION OF LAURA OWENS (VOLUMES 1-3)
3 | (3) THE DECLARATION OF ROBERTO IASAIAS (VOLUMES 1-7)
  | (4) THE DECLARATION OF YEIRO FIERRO
4 | (5) THE DECLARATION OF JAMES JUDAH (VOLUMES 1 AND 2)
  | (6) THE DECLARATION OF RORY S. MILLER (VOLUMES 1 AND 2)

5 | APPLICATION TO FILE UNDER SEAL:
  | (1) THE DECLARATION OF RICHARD DE ANDA (VOLUMES 1-2)
6 | (2) THE DECLARATION OF LAURA OWENS (VOLUMES 1-3)
  | (3) THE DECLARATION OF ROBERTO IASAIAS (VOLUMES 1-7)
7 | (4) THE DECLARATION OF YEIRO FIERRO
  | (5) THE DECLARATION OF JAMES JUDAH (VOLUMES 1 AND 2)
8 | (6) THE DECLARATION OF RORY S. MILLER (VOLUMES 1 AND 2)

PROOF OF SERVICE