ORIGINAL

1 QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   John B. Quinn (Bar No. 090378)
2  (johnquinn@quinnemanuel.com)
   Michael T. Zeller (Bar No. 196417)
3  (michaelzeller@quinnemanuel.com)
   Jon D. Corey (Bar No. 185066)
4  (joncorey@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
6  Facsimile: (213) 443-3100

7 Attorneys for Mattel, Inc.

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                     EASTERN DIVISION

11 | CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx)
12 | Plaintiff, | Consolidated with Case Nos. CV 04-09059 & CV 05-2727
13 | vs. | Hon. Stephen G. Larson
14 | MATTEL, INC., a Delaware corporation, | MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S OPPOSITION TO DEFENDANTS' *EX PARTE* APPLICATION & MOTION FOR PARTIAL RELEASE OF *IN CAMERA* JUROR INTERVIEW TRANSCRIPTS AND EXHIBITS TO THE DECLARATION OF B. DYLAN PROCTOR IN SUPPORT THEREOF
15 | Defendant. |
16 | |
17 | AND CONSOLIDATED ACTIONS |
18 | |

[[Proposed] Order filed concurrently]

Date:  TBD
Time:  TBD
Place: Courtroom 1

07209/2992860.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1   Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2   entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully
3   requests that the Court order filed under seal Mattel, Inc.'s Opposition to
4   Defendants' *Ex Parte* Application and Motion for Partial Release of *In Camera*
5   Juror Interview Transcripts ("Opposition") and Exhibits 1, 3, 6, and 10 to the
6   Declaration of B. Dylan Proctor In Support Thereof ("Exhibits").
7   The Opposition and Exhibits reference materials that the MGA Parties
8   and/or Mattel have designated "Confidential" or "Confidential -- Attorney's Eyes
9   Only" pursuant to the Protective Order. Accordingly, Mattel requests that the Court
10  order that the Opposition and the Exhibits be filed under seal.

13  DATED: July 1, 2009         QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

15                              By _____
16                              B. Dylan Proctor
                                Attorneys for Mattel, Inc.