QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>   Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>   Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>[~~PROPOSED~~] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S OPPOSITION TO DEFENDANTS' *EX PARTE* APPLICATION & MOTION FOR PARTIAL RELEASE OF *IN CAMERA* JUROR INTERVIEW TRANSCRIPTS AND EXHIBITS TO THE DECLARATION OF B. DYLAN PROCTOR IN SUPPORT THEREOF<br><br>Date: TBD<br>Time: TBD<br>Place: Courtroom 1 |

1
2  [~~PROPOS~~ED] ORDER
3
4      Based on the concurrently filed Application to File Under Seal Mattel,
5  Inc.'s Opposition to Defendants' *Ex Parte* Application and Motion for Partial
6  Release of *In Camera* Juror Interview Transcripts and Exhibits 1, 3, 6, 10 and 12 to
7  the Declaration of B. Dylan Proctor In Support Thereof, and good cause appearing
8  for the entry thereof, IT IS HEREBY ORDERED:
9      Mattel, Inc.'s Opposition to Defendants' *Ex Parte* Application and
10 Motion for Partial Release of *In Camera* Juror Interview Transcripts and Exhibits 1,
11 3, 6, and 10 to the Declaration of B. Dylan Proctor In Support Thereof are
12 ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: July 1, 2009

_____
Hon. Stephen G. Larson
United States District Judge