ORIGINAL

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
johnquinn@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
Duane R. Lyons (Bar No. 125091)
(duanelyons@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff and Counter-Defendant Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated With Case No. 04-9059 and Case No. 05-2727<br><br>Hon. Stephen G. Larson<br><br>PROOF OF SERVICE |

07209/2088014.1

PROOF OF SERVICE

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On July 1, 2009, I served true copies of the following document(s) described as  on the parties in this action as follows:

### SEE ATTACHED LIST

[X]   **BY PERSONAL SERVICE:**  I delivered such envelope(s) by hand to the office of the person(s) being served.

| | |
|---|---|
| Thomas J. Nolan, Esq.<br>Jason D. Russell, Esq.<br>Skadden Arps Slate Meagher & Flom LLP<br>300 S. Grand Avenue, Suite 3400<br>Los Angeles, CA 90071-3144<br>T: (213) 687-5000<br>F: (213) 687-5600<br>E: tnolan@skadden.com; jrussell@skadden.com | Counsel for Defendant/Counter-Defendants/appellants, MGA Entertainment, Inc., MGA Entertainment (HK) Limited, and Isaac Larian |

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 1, 2009, at Los Angeles, California.

/s/ Dave Quintana
Dave Quintana

07975/2959552.1

1

**PROOF OF SERVICE**

2   I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

3

4   On July 1, 2009, I served true copies of the following document(s) described as on the parties in this action as follows:

5

**SEE ATTACHED LIST**

6

[ X ]   **BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid

7

8

**SEE ATTACHED SERVICE LIST**

9

10

11

12   I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

13   Executed on July 1, 2009, at Los Angeles, California.

14

15   _____
Christian Vogl

16

17

18

19

20

21

22

23

24

25

26

27

28

07975/2959552.1

# SERVICE LIST

| | |
|---|---|
| Todd E. Gordinier, Esq.<br>Peter N. Villar, Esq.<br>Craig A. Taggart, Esq.<br>**Bingham McCutchen LLP**<br>600 Anton Blvd., 18th Floor<br>Costa Mesa, CA 92626<br>  todd.gordinier@bingham.com<br>  peter.villar@bingham.com<br>  craig.taggart@bingham.com | Counsel For Omni 808 Investors, LLC, Leon Neman, Fred Mashian & Neil Kadisha |
| Patricia L. Glaser, Esq.<br>Glaser Weil Fink Jacobs & Shapiro<br>10250 Constellation Blvd., 19th Floor<br>Los Angeles, CA 90067<br>T: (310) 553-3000<br>F: (310) 556-2920<br>E: pglaser@glaserweil.com | Counsel for Counter-Defendant, MGAE De Mexico SRL De Cv |
| Russell J. Frackman, Esq.<br>Mitchell Silberberg & Knupp<br>11377 W. Olympic Blvd.<br>Los Angeles, CA 90064-1683<br>T: (310) 312-3132<br>F: (310) 312-3788<br>E: rjf@msk.com | Counsel for Counter-Defendant, MGAE De Mexico SRL De Cv |
| Alexander H. Cote, Esq.<br>Mark E. Overland, Esq.<br>David C. Scheper, Esq.<br>Overland Borenstein Scheper & Kim<br>601 West Fifth Street, 12th Floor<br>Los Angeles, CA 90071-2025<br>T: (213) 613-4655<br>F: (213) 613-4656<br>E: acote@obsklaw.com; moverland@obsklaw.com; dscheper@obsklaw.com | Counsel for Counter-Defendant, Carlos Gustavo Machado Gomez |

## DOCUMENT LIST

1. DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO DEFENDANTS' *EX PARTE* APPLICATION & MOTION FOR PARTIAL RELEASE OF *IN CAMERA* JUROR INTERVIEW TRANSCRIPTS

2. MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S OPPOSITION TO DEFENDANTS' *EX PARTE* APPLICATION & MOTION FOR PARTIAL RELEASE OF *IN CAMERA* JUROR INTERVIEW TRANSCRIPTS AND EXHIBITS TO THE DECLARATION OF B. DYLAN PROCTOR IN SUPPORT THEREOF

3. [PROPOSED] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S OPPOSITION TO DEFENDANTS' *EX PARTE* APPLICATION & MOTION FOR PARTIAL RELEASE OF *IN CAMERA* JUROR INTERVIEW TRANSCRIPTS AND EXHIBITS TO THE DECLARATION OF B. DYLAN PROCTOR IN SUPPORT THEREOF