Name & Address:
QUINN EMANUEL URQUHART OLIVER & HEDGES
John B. Quinn (Bar No. 090378)
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
johnquinn@quinnemanuel.com
Tel: (213) 443-3000 Fax: (213) 443-3100

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| CARTER BRYANT, an individual, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CV 04-9049 SGL (RNBx) |
| v. | |
| MATTEL, INC., a Delaware corporation | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**
(1) Application to File Under Seal; (2) Proposed Order

**Document Description:**
☐ Administrative Record
☐ Exhibits
☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]
☑ Other  Application and Proposed Order

**Reason:**
☐ Under Seal
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☐ Per Court order dated _____
☑ Manual Filing required (*reason*):
   Applications to File Under Seal Not Subject to E-Filing

July 2, 2009                                    Rory S. Miller
Date                                            Attorney Name

                                                Mattel, Inc.
                                                Party Represented

Note:   File one Notice in each case, each time you manually file document(s).

G-92 (03/09)                    NOTICE OF MANUAL FILING