Patricia L. Glaser, State Bar No. 055668
   pglaser@glaserweil.com
Joel N. Klevens, State Bar No. 045446
   jklevens@glaserweil.com
GLASER, WEIL, FINK, JACOBS,
   HOWARD & SHAPIRO, LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone:  310-553-3000
Facsimile:  310-556-2920

Attorneys for the MGA Parties for Phase 2

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 SGL (RNBx)<br><br>Consolidated with: Case No. CV 04-9059 and Case No. CV 05-2727<br><br>**Hon. Stephen J. Larson**<br><br>**DECLARATION OF CAROLINE H. MANKEY IN SUPPORT OF MGA PARTIES' OPPOSITION TO MATTEL'S *EX PARTE* APPLICATION FOR AN ORDER THAT MATTEL NEED NOT RESPOND TO MGA PARTIES' OPPOSITION TO TEMPORARY RECEIVER'S MOTION FOR APPROVAL OF HIS FINAL ACCOUNT**<br><br>**Phase 2**<br>Discovery Cut-off:  December 11, 2009<br>Pre-Trial Conference:  March 1, 2010<br>Trial Date:  March 23, 2010 |

681161

## DECLARATION OF CAROLINE H. MANKEY

I, Caroline H. Mankey, hereby declare that:

1. I am an attorney at law, duly licensed to practice before all Courts of the State of California, and am a partner of the law firm of Glaser, Weil, Fink, Jacobs, Howard & Shapiro, LLP, Phase 2 attorneys of record herein for MGA Entertainment, Inc., Isaac Larian, MGA Entertainment (HK) Limited, and MGAE de Mexico S.R.L. de C.V. I have personal knowledge of the facts set forth below and, if called as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit A is a true and correct copy of email correspondence between Scott Watson, counsel for Mattel, and me that was exchanged on July 1, 2009, in which I proposed an alternative to the ex parte relief sought by Mattel.

I declare under the penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on this 2nd day of July 2009, in Los Angeles, California.

                     /s/ Caroline H. Mankey
                        Caroline H. Mankey