Byron Z. Moldo (SBN 109652)
bmoldo@ecjlaw.com
David Seror (SBN 67488)
dseror@ecjlaw.com
Peter A. Davidson (SBN 76194)
pdavidson@ecjlaw.com
**ERVIN COHEN & JESSUP LLP**
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974
Telephone  (310) 273-6333
Facsimile  (310) 859-2325

Attorneys for Patrick A. Fraioli, Jr., Monitor

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION (RIVERSIDE)

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with Case No. 04-9059 and Case No. 05-2727 |
| v. | [Judge Stephen G. Larson] |
| MATTEL, INC., a Delaware corporation, | |
| Defendant. | **ORDER AUTHORIZING THE COURT'S FORENSIC AUDITOR TO SHARE INFORMATION AND DOCUMENTATION WITH THE MONITOR** |
| | DATE: |
| | TIME: |
| | CTRM:  1 |

The Court has reviewed the Ex Parte Application of the Monitor seeking an order from the Court authorizing the Court's Forensic Auditor, Ronald L. Durkin, to share information and documentation with the Monitor and his professionals, and the Declaration of Patrick A. Fraioli, Jr. in support thereof.  No timely opposition to the current Ex Parte Application has been filed.  Accordingly, and for good cause shown

the Court **GRANTS t**he Monitor's Ex Parte application and **AUTHORIZES** Ronald L. Durkin, the Court's Forensic Auditor, to share information and documentation with the Monitor and his professionals.

**IT IS SO ORDERED.**

DATED: July 2, 2009

STEPHEN G. LARSON
UNITED STATES DISTRICT COURT JUDGE