Byron Z. Moldo (SBN 109652)
   bmoldo@ecjlaw.com
David Seror (SBN 67488)
   dseror@ecjlaw.com
Peter A. Davidson (SBN 76194)
   pdavidson@ecjlaw.com
**ERVIN COHEN & JESSUP LLP**
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974
Telephone  (310) 273-6333
Facsimile  (310) 859-2325

Attorneys for Patrick A. Fraioli, Jr., Monitor

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION (RIVERSIDE)**

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with Case No. 04-9059 and Case No. 05-2727 |
| v. | [Judge Stephen G. Larson] |
| MATTEL, INC., a Delaware corporation, | |
| Defendant. | **ORDER APPROVING  MONITOR'S EMPLOYMENT OF SPECIAL COUNSEL** |
| | **DATE:** **TIME:** **CTRM: 1** |

The Court has reviewed the Ex Parte Application of the Monitor to approve the Monitor's employment of John I. Gordon, as special counsel, and the Declaration of Patrick A. Fraioli, Jr. in support thereof.  No timely opposition to the application has been filed.  Accordingly, and for good cause shown, the Court **GRANTS** the Ex Parte Application and **APPROVES** the Monitor's employment as special counsel of John I. Gordon.  The Monitor shall pay Gordon pursuant to the same procedure other counsel

ERVIN COHEN & JESSUP LLP

for the Monitor, with Mattel initially funding payment.

**IT IS SO ORDERED.**

DATED:  July 2, 2009

STEPHEN G. LARSON
UNITED STATES DISTRICT COURT JUDGE