QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case Nos. CV 04-09059 and CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>**SUPPLEMENTAL DECLARATION OF MICHAEL T. ZELLER IN SUPPORT OF MATTEL, INC.'S MOTION OBJECTING TO PORTIONS OF DISCOVERY MASTER ORDER NO. 27 RE MATTEL'S MOTION TO COMPEL DOCUMENTS FROM BINGHAM MCCUTCHEN**<br><br>Date:  July 6, 2009<br>Time:  1:30 p.m.<br>Place:  Ctrm. 1<br><br>Discovery:  December 11: 2009<br>Pre-trial Conference:  March 1, 2010<br>Trial Date:  March 23, 2010 |

# DECLARATION OF MICHAEL T. ZELLER

1. I am a member of the bars of the States of California, New York and Illinois and a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. I am making this supplemental declaration to update the Court on the status of document production in this litigation. In particular, Bingham has argued that it should not have to produce documents in response to Mattel's subpoena because Mattel allegedly has already received relevant documents and that the subpoena to Bingham is "at least partially" duplicative of the subpoenas to Omni 808 Investors, LLC ("Omni 808"), OmniNet Investors, LLC ("OmniNet") and Vision Capital, LLC ("Vision Capital") (Opp. at 15.)

3. As shown by Mattel previously, however, Mattel has not received key information from any of these entities pursuant to subpoena or from any other source. This still remains true as of the date of this Declaration. Thus, for example, Mattel has not received information regarding even the identities of the principals, members or officers of Lexington Financial Limited ("Lexington"), let alone its source of funding.

4. Vision Capital, an alleged investor in Omni 808 whose principal is Isaac Larian's brother-in-law, claims to have been funded by Lexington. Vision Capital's production as of this writing consists of only 149 pages of documents, the majority of which consist of previously produced Omni 808 corporate documents and Omni 808 promissory notes. Although it was compelled by prior Order to do so, Vision Capital has produced no documents showing the source or the transfer of the $10 million allegedly provided by Vision Capital to Omni 808 to fund the acquisition of the Wachovia debt. Vision Capital has not even produced any loan agreement between Vision Capital and Lexington, much less any communications,

other loan documents, checks, wire transfers or any other information relating to Lexington's alleged loan or other funding to Vision Capital.

5. Although it also was compelled by prior Order to do so, Omni 808 has not produced any documents purporting to document any wire transfers or other fund transfers to Omni 808 from most of Omni 808's alleged investors, including such alleged funding from Vision Capital, Leon Neman, Neil Kadisha, Benjamin Nazarian, David Nazarian or Joseph Moinian. <u>See</u> Omni 808's Statement of Position Re Order To Show Cause Re Appointment of Permanent Receiver, dated May 14, 2009 at 8:12-18 (identifying Omni 808's alleged investors).

6. For its part, OmniNet has represented that it had no responsive documents to produce beyond those produced by Omni 808. <u>See</u> Letter from Peter N. Villar to John Quinn, dated June 22, 2009, a true and correct copy of which is attached hereto as Exhibit 1.

Executed on July 3, 2009, at Los Angeles, California.

<u>/s/ Michael T. Zeller</u>
Michael T. Zeller