Richard M. Pachulski (CA Bar No. 90073)
rpachulski@pszjlaw.com
James I. Stang (CA Bar No. 94435)
jstang@pszjlaw.com
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd.
11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760

Attorneys for MGA Entertainment, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>   Plaintiff,<br><br>   v.<br><br>MATTEL, INC., a Delaware Corporation,<br><br>   Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No.: CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>**PROOF OF SERVICE OF DOCUMENTS FILED UNDER SEAL** |

| | |
|---|---|
| 1 | STATE OF CALIFORNIA ) |
| | ) |
| 2 | COUNTY OF LOS ANGELES ) |

    I, Diane H. Hinojosa, am employed in the city and county of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 10100 Santa Monica Blvd., 11th Floor, Los Angeles, California  90067-4100.

    On July 6, 2009, I caused to be served **(1) <u>MGA Entertainment, Inc.'s Response to Final *In Camera* Report of Forensic Auditor Ronald L. Durkin</u>**; **(2) <u>Application to File Documents Under Seal</u>; (3) <u>Order Granting Application to File Documents Under Seal</u>; and (4) <u>Notice of Manual Filing</u>** in this action by placing a true and correct copy of said document(s) in sealed envelopes addressed as follows:

*Please see attached Service List*

☐ (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☑ (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address.

☐ (BY PERSONAL SERVICE) By causing to be delivered by hand to the offices of the addressee(s).

☐ (BY OVERNIGHT DELIVERY) By sending by Federal Express to the addressee as indicated on the attached list.

    I declare that I am employed in the office of a member of the bar of this Court at whose direction was made.

    Executed on July 6, 2009, at Los Angeles, California.

                                                _____*/s/ Diane H. Hinojosa*_____
                                                         Diane H. Hinojosa

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

56998-001\DOCS_LA:204571.1

**SERVICE LIST**

Counsel for Defendant!Appellee, Mattel, Inc.
John Quinn, Esq.
(johnquinn@quinnemanuel.com)
Michael T. Zeller, Esq.
michaelzeller@quinnemanuel.com;
Jon D. Corey, Esq.
(joncorey@quinnemanuel.com)
Brett D. Proctor
(dylanproctor@quinnemanuel.com)
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543

Counsel for Counter-Defendant, MGAE De Mexico SRL De Cv
Russell J. Frackman, Esq.
(rjf@msk.com)
Patricia H. Benson, Esq.
(phb@msk.com)
Mitchell, Silberberg & Knupp, LLP
11377 W. Olympic Blvd.
Los Angeles, CA 90067
(310) 312-2000

Thomas J. Nolan, Esq.
(tnolan@skadden.com)
Raoul D. Kennedy, Esq.
(rkennedy@skadden.com)
Jason D. Russell, Esq.
(Jason.russell@skadden.com)
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071-3144

Counsel for Counter-Defendant, Carlos Gustavo Machado Gomez
Mark E. Overland, Esq.
moverland@obsklaw.com
Alexander H. Cote, Esq.
acote@obsklaw.com
Overland Borenstein Scheper & Kim LLP
601 W. 5th Street, 12th Floor
Los Angeles, CA 90017

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

| | |
|---|---|
| 1 | |
| 2 | Attorneys for Patrick A. Fraioli, Jr., Temporary Receiver<br>Byron Z. Moldo<br>Email: bmoldo@ecjlaw.com |
| 3 | David Seror<br>Email: dseror@ecjlaw.com |
| 4 | Peter A. Davidson<br>Email: pdavidson@ecjlaw.com |
| 5 | Ervin Cohen & Jessup LLP<br>9401 Wilshire Boulevard, Ninth Floor |
| 6 | Beverly Hills, California 90212-2974 |
| 7 | Joseph A. Eisenberg<br>Email: JEisenberg@JMBM.com |
| 8 | Jeffer Mangels Butler & Marmaro LLP<br>1900 Avenue of the Stars, 7th Floor |
| 9 | Los Angeles, California 90067 |
| 10 | Counsel for Defendants/CounterDefendants/<br>Appellants, MGA Entertainment, |
| 11 | Inc., MGA Entertainment (HK) Limited, and<br>Isaac Larian |
| 12 | Thomas J. Nolan, Esq.<br>Email: tnolan@skadden.com |
| 13 | Jason D. Russell, Esq.<br>Email: jrussell@skadden.com |
| 14 | Skadden Arps Slate Meagher & Flom LLP<br>300 S. Grand Avenue, Suite 3400 |
| 15 | Los Angeles, CA 90071-3144 |
| 16 | Counsel for Defendants/CounterDefendants/<br>Appellants, MGA Entertainment, |
| 17 | Inc., MGA Entertainment (HK) Limited, and<br>Isaac Larian |
| 18 | Mark E. Haddad, Esq.<br>Email: mhaddad@sidley.com; |
| 19 | Robert A. Holland, Esq.<br>Email: rholland@sidley.com |
| 20 | Alycia A. Degen, Esq.<br>Email: adegen@sidley.com |
| 21 | Sidley Austin LLP<br>555 West Fifth Street, Suite 4000 |
| 22 | Los Angeles, CA 90013-1010 |
| 23 | Counsel for Defendant!Appellee, Mattel, Inc.<br>Sanford 1. Weisburst, Esq. |
| 24 | Email: sandyweisburst@quinnemanue1.com<br>Quinn Emanuel Urquhart Oliver & Hedges LLP |
| 25 | 51 Madison Avenue, 22nd Floor.<br>New York, NY 10010 |
| 26 | |
| 27 | |
| 28 | |

56998-001\DOCS_LA:204571.1

| | |
|---|---|
| 1 | <u>Counsel for Counter-Defendant, MGAE De Mexico SRL De Cv</u> |
| 2 | Patricia L. Glaser, Esq.<br>Email: pglaser@glaserweil.com |
| 3 | Glaser Weil Fink Jacobs and Shapiro<br>10250 Constellation Blvd., 19th Floor |
| 4 | Los Angeles, CA 90067 |
| 5 | <u>Counsel for Plaintiff, Carter Bryant</u><br>Peter H. Bonis, Esq. |
| 6 | Peter H. Bonis Law Offices<br>1990 N. California Blvd., 8th Floor |
| 7 | Walnut Creek, CA 94596 |
| 8 | Alexander H. Cote, Esq.<br>Email: acote@obsklaw.com; |
| 9 | Mark E. Overland, Esq.<br>Email: Moverland@obsklaw.com; |
| 10 | David C. Scheper, Esq.<br>Email: dscheper@obsklaw.com |
| 11 | Overland Borenstein Scheper & Kim<br>601 West Fifth Street, 12'h Floor |
| 12 | Los Angeles, CA 90071-2025 |
| 13 | <u>Counsel for Counter-Defendant, Carlos Gustavo Machado Gomez</u> |
| 14 | Leah Chava Gershon, Esq.<br>Email: leah@spertuslaw.com |
| 15 | James W. Spertus Law Offices<br>12100 Wilshire Blvd., Suite 620 |
| 16 | Los Angeles, CA 90025 |
| 17 | <u>Counsel for Third Party Defendant, Anne Wang</u><br>Linda M. Burrow, Esq. |
| 18 | Email: burrow@caldwell-leslie.com<br>Caldwell Leslie and Proctor PC |
| 19 | 1000 Wilshire Blvd., Suite 600<br>Los Angeles, CA 90017 |
| 20 | |
| 21 | <u>Counsel for Limited Intervenor, Omni 808 Investors LLC</u><br>Todd E. Gordinier, Esq. |
| 22 | Email: todd.gordinier@bingham.com<br>Bingham McCutchen |
| 23 | 600 Anton Blvd., 18th Floor<br>Costa Mesa, CA 92626 |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

56998-001\DOCS_LA:204571.1