1  Richard M. Pachulski (CA Bar No. 90073)
   rpachulski@pszjlaw.com
2  James I. Stang (CA Bar No. 94435)
   jstang@pszjlaw.com
3  PACHULSKI STANG ZIEHL & JONES LLP
4  10100 Santa Monica Blvd.
   11th Floor
5  Los Angeles, California 90067-4100
   Telephone: 310/277-6910
6  Facsimile: 310/201-0760

7  Attorneys for MGA Entertainment, Inc.

8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA
10                    EASTERN DIVISION

11 | CARTER BRYANT, an individual, | Case No.: CV 04-9049 SGL (RNBx)
12 |                               | Consolidated with Case No. 04-9059
13 |         Plaintiff,            | and Case No. 05-2727
   | v.                            |
14 | MATTEL, INC., a Delaware Corporation, | **APPLICATION TO FILE DOCUMENT UNDER SEAL:**
15 |                               |
   |         Defendant.            | **MGA ENTERTAINMENT, INC.'S RESPONSE TO FINAL *IN CAMERA* REPORT OF FORENSIC AUDITOR RONALD L. DURKIN**

21 | AND CONSOLIDATED ACTIONS

23    Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by
24 the Court in this action on January 4, 2005, MGA Entertainment, Inc. ("MGA")
25 respectfully requests that the Court permit the following document to be filed under
26 seal:
27    1. MGA Entertainment, Inc.'s Response to Final *In Camera* Report of Forensic
28 Auditor Ronald L. Durkin.

56998-001\DOCS_LA:204569.1

Good cause exists for filing this document under seal because:

1. MGA's response contains confidential commercial information and nonpublic financial information relating to MGA and Isaac Larian.

Dated: July 6, 2009              PACHULSKI STANG ZIEHL & JONES LLP

By  /s/ James I. Stang
Richard M. Pachulski
James I. Stang

Attorneys for MGA Entertainment Inc.