QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>        Plaintiff,<br><br>    vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>        Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09039<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>APPLICATION TO FILE UNDER SEAL:<br><br>(1) THE DECLARATION OF RICHARD DE ANDA<br><br>(2) THE DECLARATION OF LAURA OWENS (VOLUMES 1-3)<br><br>(3) THE DECLARATION OF ROBERTO IASAIAS (VOLUMES 1-7)<br><br>(4) THE DECLARATION OF YEIRO FIERRO<br><br>(5) THE DECLARATION OF JAMES D. JUDAH (VOLUMES 1 AND 2)<br><br>(6) THE DECLARATION OF RORY S. MILLER (VOLUMES 1 AND 2)<br><br>[Proposed Order filed concurrently herewith] |

00505.07975/2992971.1

APPLICATION TO FILE UNDER SEAL

**Application to File Under Seal**

Pursuant to <u>Local Rule</u> 79-5.1 and the Stipulated Protective Order entered by the Court in this action, plaintiff Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal the following documents filed on July 1, 2009:

(1) The Declaration of Richard De Anda in Support of Mattel's Opposition to MGA Entertainment Inc.'s Motion to De-Designate Documents Produced by Mattel, Inc. as "Attorneys' Eyes Only" and Request for Sanctions;

(2) the Declaration of Laura Owens in Support of Mattel's Opposition to MGA Entertainment Inc.'s Motion to De-Designate Documents Produced by Mattel, Inc. as "Attorneys' Eyes Only" and Request for Sanctions (Volumes 1-3);

(3) the Declaration of Roberto Isaias in Support of Mattel's Opposition to MGA Entertainment Inc.'s Motion to De-Designate Documents Produced by Mattel, Inc. as "Attorneys' Eyes Only" and Request for Sanctions (Volumes 1-7);

(4) the Declaration of Yeiro Fierro in Support of Mattel's Opposition to MGA Entertainment Inc.'s Motion to De-Designate Documents Produced by Mattel, Inc. as "Attorneys' Eyes Only" and Request for Sanctions;

(5) the Declaration of James D. Judah in Support of Mattel's Opposition to MGA Entertainment Inc.'s Motion to De-Designate Documents Produced by Mattel, Inc. as "Attorneys' Eyes Only" and Request for Sanctions (Volumes 1 and 2); and

(6) the Declaration of Rory Miller in Support of Mattel's Notice of Motion and Motion to Amend Protective Order (Volumes 1 and 2).

These declarations discuss, quote or attach as exhibits certain documents that the parties have designated as "Confidential" and/or "Confidential-Attorneys' Eyes Only" pursuant to the Protective Order. As these materials have been designated by the parties as "Confidential" and/or "Confidential-Attorneys'

1  Eyes Only," Mattel requests that the Court order that the these materials be filed

2  under seal.

3  DATED:  July 2, 2009                QUINN EMANUEL URQUHART OLIVER &
                                        HEDGES, LLP
4

5                                       By _____ /FOR

6                                       James Webster
                                        Attorneys for Mattel, Inc.
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                    APPLICATION TO FILE UNDER SEAL