QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
johnquinn@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware Corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with:<br>Case No. CV 04-09039<br>Case No. CV 05-02727<br><br><u>Hon. Stephen G. Larson</u><br><br>[~~PROPOSED~~] ORDER RE APPLICATION TO FILE UNDER SEAL:<br><br>MATTEL, INC.'S OPPOSITION TO MGA ENTERTAINMENT INC'S MOTION TO DE-DESIGNATE DOCUMENTS PRODUCED BY MATTEL, INC. AS "ATTORNEYS' EYES ONLY" IN RESPONSE TO DOCUMENT REQUEST NOS. 526 AND 528 AND REQUEST FOR SANCTIONS |

LODGED ORIGINAL

2009 JUL -2 PM 12:07

00505.07975/2993101.1

[PROPOSED] ORDER RE APPLICATION TO FILE UNDER SEAL

# [PROPOSED] ORDER

Based on the concurrently filed Application to File Under Seal Mattel, Inc.'s Opposition to MGA Entertainment, Inc.'s Motion to De-Designate Documents Produced by Mattel, Inc. as "Attorneys' Eyes Only" In Response to Document Request Nos. 526 and 528 and Request for Sanctions, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Mattel, Inc.'s Opposition to MGA Entertainment, Inc.'s Motion to De-Designate Documents Produced by Mattel, Inc. as "Attorneys' Eyes Only" In Response to Document Request Nos. 526 and 528 and Request for Sanctions, are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: July 2, 2009

_____
Hon. Stephen G. Larson
United States District Judge