```
 1  MELINDA HAAG (State Bar No. 132612)
    mhaag@orrick.com
 2  ANNETTE L. HURST (State Bar No. 148738)
    ahurst@orrick.com
 3  WARRINGTON S. PARKER III (State Bar No. 148003)
    wparker@orrick.com
 4  ORRICK, HERRINGTON & SUTCLIFFE LLP
    The Orrick Building
 5  405 Howard Street
    San Francisco, CA 94105
 6  Telephone:  +1-415-773-5700
    Facsimile:  +1-415-773-5759
 7
    WILLIAM A. MOLINSKI (State Bar No. 145186)
 8  wmolinski@orrick.com
    ORRICK, HERRINGTON & SUTCLIFFE LLP
 9  777 South Figueroa Street, Suite 3200
    Los Angeles, CA  90017
10  Telephone:  +1-213-629-2020
    Facsimile:  +1-213-612-2499
11
    Attorneys for MGA ENTERTAINMENT, INC., MGA
12  ENTERTAINMENT HK, LTD.,
    MGAE de MEXICO, S.R.L. de C.V., and ISAAC
13  LARIAN
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation<br><br>Defendant. | Case No. CV 04-9049 SGL (RNBx)<br><br>Consolidated with: Case No. CV 04-9059 and Case No. CV 05-2727<br><br>The Honorable Stephen J. Larson<br><br>**REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEYS AND [PROPOSED] ORDER** |
| AND CONSOLIDATED ACTIONS | |

## REQUEST FOR APPROVAL OF SUBSTITUTION

Plaintiff and Counter-Defendant MGA Entertainment, Inc., and Counter-Defendants MGA Entertainment HK, Ltd., MGAE de Mexico S.R.L. de C.V., and Isaac Larian ("MGA Parties") hereby request the Court approve the substitution of Melinda Haag (State Bar No. 132612), Annette L. Hurst (State Bar No. 148738) and Warrington S. Parker III (State Bar No. 148003) of Orrick, Herrington & Sutcliffe LLP, The Orrick Building, 405 Howard Street, San Francisco, CA 94104, and William A. Molinski (State Bar No. 145186) of Orrick, Herrington & Sutcliffe LLP, 777 South Figueroa Street, Suite 3200, Los Angeles, CA 90017, retained counsel, as attorneys of record in the place and instead of Mitchell Silberberg & Knupp LLP, 11377 West Olympic Boulevard, Los Angeles, CA 90064-1683, and Glaser, Weil, Fink, Jacobs, Howard & Shapiro, LLP, 10250 Constellation Boulevard, 19th Floor, Los Angeles, CA 90067.

The MGA Parties hereby direct the above substitution.

Dated: July 6, 2009

MGA ENTERTAINMENT, INC., MGA ENTERTAINMENT HK, LTD., MGA de MEXICO, S.R.L. de C.V., and ISAAC LARIAN

By: _____
ISAAC LARIAN
Individually and on behalf of MGA Entities

Mitchell Silberberg hereby consents to the above substitution and certifies that no notice of the type contemplated by Local Rule 83-2.9.2.3 is required under the present circumstances.

Dated: July 6, 2009                   MITCHELL SILBERBERG & KNUPP LLP

                                      By: _Russell J. Frackman_ (PHS)
                                          RUSSELL J. FRACKMAN

Glaser, Weil, Fink, Jacobs, Howard & Shapiro hereby consents to the above substitution and certifies that no notice of the type contemplated by Local Rule 83-2.9.2.3 is required under the present circumstances.

Dated: July ____, 2009                GLASER, WEIL, FINK, JACOBS, HOWARD & SHAPIRO LLP

                                      By: _____
                                          PATRICIA GLASER

I hereby certify, pursuant to Local Rule 83-2, that I and the other attorneys listed on the caption hereof are duly admitted to practice before this Court, and pursuant to Local Rule 83-2.9.2.4, that this substitution shall result in no delay in the prosecution of this case to completion.

Dated: July 6, 2009                   ORRICK, HERRINGTON & SUTCLIFFE LLP

                                      By: _Annette L. Hurst_
                                          ANNETTE L. HURST
                                          California State Bar No. 148738

Mitchell Silberberg hereby consents to the above substitution and certifies that no notice of the type contemplated by Local Rule 83-2.9.2.3 is required under the present circumstances.

Dated:   July _____, 2009          MITCHELL SILBERBERG & KNUPP LLP

By: _____
    RUSSELL J. FRACKMAN

Glaser, Weil, Fink, Jacobs, Howard & Shapiro hereby consents to the above substitution and certifies that no notice of the type contemplated by Local Rule 83-2.9.2.3 is required under the present circumstances.

Dated:   July 6, 2009              GLASER, WEIL, FINK, JACOBS, HOWARD & SHAPIRO LLP

By: _____
    PATRICIA GLASER

I hereby certify, pursuant to Local Rule 83-2, that I and the other attorneys listed on the caption hereof are duly admitted to practice before this Court, and pursuant to Local Rule 83-2.9.2.4, that this substitution shall result in no delay in the prosecution of this case to completion.

Dated:   July _____, 2009          ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____
    ANNETTE L. HURST
    California State Bar No. 148738

-3-

REQUEST TO APPROVE
SUBSTITUTION OF COUNSEL
CV-04-0049 SGL (RNBx)

## [PROPOSED] ORDER

The Court hereby orders that the request of the MGA Parties to substitute Melinda Haag (State Bar No. 132612), Annette L. Hurst (State Bar No. 148738) and Warrington S. Parker III (State Bar No. 148003) of Orrick, Herrington & Sutcliffe LLP, The Orrick Building, 405 Howard Street, San Francisco, CA 94104, and William A. Molinski (State Bar No. 145186) of Orrick, Herrington & Sutcliffe LLP, 777 South Figueroa Street, Suite 3200, Los Angeles, CA 90017, retained counsel, as attorneys of record in the place and stead of Mitchell Silberberg & Knupp LLP, and Glaser, Weil, Fink, Jacobs, Howard & Shapiro, LLP, is hereby **GRANTED**.

DATED: _____, 2009

_____
UNITED STATES DISTRICT JUDGE