MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone: +1-415-773-5700
Facsimile: +1-415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: +1-213-629-2020
Facsimile: +1-213-612-2499

Attorneys for MGA ENTERTAINMENT, INC., MGA ENTERTAINMENT HK, LTD., MGAE de MEXICO, S.R.L. de C.V., and ISAAC LARIAN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 SGL (RNBx)<br><br>Consolidated with: Case No. CV 04-9059 and Case No. CV 05-2727<br><br>The Honorable Stephen J. Larson<br><br>**[PROPOSED] ORDER FOR SUBSTITUTION OF ATTORNEYS** |

| | |
|---|---|
| 1 | [PROPOSED] ORDER |
| 2 | The Court hereby orders that the request of the MGA Parties to |
| 3 | substitute Melinda Haag (State Bar No. 132612), Annette L. Hurst (State Bar No. |
| 4 | 148738) and Warrington S. Parker III (State Bar No. 148003) of Orrick, Herrington |
| 5 | & Sutcliffe LLP, The Orrick Building, 405 Howard Street, San Francisco, CA |
| 6 | 94104, and William A. Molinski (State Bar No. 145186) of Orrick, Herrington & |
| 7 | Sutcliffe LLP, 777 South Figueroa Street, Suite 3200, Los Angeles, CA 90017, |
| 8 | retained counsel, as attorneys of record in the place and stead of Mitchell Silberberg |
| 9 | & Knupp LLP, and Glaser, Weil, Fink Jacobs, Howard & Shapiro, LLP, is hereby |
| 10 | **GRANTED**. |
| 11 | |
| 12 | DATED: _____, 2009 |
| 13 | |
| 14 | |
| 15 | _____ |
| | UNITED STATES DISTRICT JUDGE |