1  MELINDA HAAG (State Bar No. 132612)
   mhaag@orrick.com
2  ANNETTE L. HURST (State Bar No. 148738)
   ahurst@orrick.com
3  WARRINGTON S. PARKER III (State Bar No. 148003)
   wparker@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
5  405 Howard Street
   San Francisco, CA 94105
6  Telephone:  +1-415-773-5700
   Facsimile:   +1-415-773-5759
7
   WILLIAM A. MOLINSKI (State Bar No. 145186)
8  wmolinski@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
9  777 South Figueroa Street, Suite 3200
   Los Angeles, CA  90017
10 Telephone:  +1-213-629-2020
   Facsimile:   +1-213-612-2499
11
   Attorneys for MGA ENTERTAINMENT, INC., MGA
12 ENTERTAINMENT HK, LTD.,
   MGAE de MEXICO, S.R.L. de C.V., and ISAAC
13 LARIAN

14

15              UNITED STATES DISTRICT COURT

16              CENTRAL DISTRICT OF CALIFORNIA

17                     EASTERN DIVISION

18 | CARTER BRYANT, an individual | Case No. CV 04-9049 SGL (RNBx) |

19 |         Plaintiff, | Consolidated with: Case No. CV 04-9059 and Case No. CV 05-2727 |

20 | v. | |
                                   The Honorable Stephen J. Larson
21 | MATTEL, INC., a Delaware | **CERTIFICATE OF SERVICE ON** |
22 | Corporation | **REQUEST FOR APPROVAL OF** |
                                   **SUBSTITUTION OF ATTORNEYS**
23 |         Defendant. | **AND [PROPOSED] ORDER** |

24 | AND CONSOLIDATED ACTIONS |

25

26

27

28

# CERTIFICATE OF SERVICE

I, Maria Mercado-Navarro, declare:

I am more than eighteen years old and not a party to this action.  My business address is Orrick, Herrington & Sutcliffe LLP, 777 South Figueroa Street, Suite 3200, Los Angeles, California 90017-5855.

I hereby certify that on July 6, 2009, I electronically filed the following documents with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties listed below:

1.   **REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEYS AND [PROPOSED] ORDER; and**

2.   **[PROPOSED] ORDER FOR SUBSTITUTION OF ATTORNEYS**

**SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury that the foregoing is true and correct and that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 6, 2009, at Los Angeles, California.

_____
                    /s/
            Maria Mercado-Navarro

- 1 -

# SERVICE LIST

Counsel for Defendant-Appellee, Mattel. Inc.
John B. Quinn, Esq.
johnquinn@quinnemanuel.com
Michael T. Zeller, Esq.
michaelzeller@quinnemanuel.com
Jon D. Corey, Esq.
Joncorey@quinnemanuel.com
Brett D. Proctor
dylanproctor@quinnemanuel.com
QUINN EMANUÉL URQUHART OLIVER & HEDGES, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA  90017-2543

Counsel for Counter-Defendant, MGAE De
Mexico SRL De Cv
Russell J. Frackman, Esq.
rjf@msk.com
Patricia H. Benson, Esq.
phb@msk.com
MITCHELL, SILBERBERG & KNUPP, LLP
11377 W. Olympic Boulevard
Los Angeles, CA  90067
(310) 312-2000

Counsel for Counter-Defendant, Carlos Gustavo
Machado Gomez
Mark E. Overland, Esq.
moverland@obsklaw.com
Alexander H. Cote, Esq.
acote@obsklaw.com
OVERLAND BORENSTEIN SCHEPER & KIM LLP
601 W. 5th Street, 12th Floor
Los Angeles, CA  90017

Attorneys for Patrick A. Fraioli, Jr., Monitor
Byron Z. Moldo, Eq.
bmoldo@ecjlaw.com
David Seror, Esq.
dseror@ecjlaw.com

Peter A. Davidson, Esq.
pdavidson@ecjlaw.com
ERVIN COHEN & JESSUP LLP
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974

Joseph A. Eisenberg, Esq.
JEisenber@JMBM.com
JEFFER MANGELS BUTLER & MARMARO LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067

Counsel for Counter-Defendant, Carlos Gustavo Machado Gomez
Leah Chava Gershon, Esq.
leah@spertuslaw.com
JAMES W. SPERTUS LAW OFFICES
12100 Wilshire Blvd., Suite 620
Los Angeles, CA 90025

Counsel for Third Party Defendant. Anne Wang
Linda M. Burrow, Esq.
burrow@caldwell-leslie.com
CALDWELL LESLIE AND PROCTOR PC
1000 Wilshire Blvd., Suite 600
Los Angeles, CA 90017

Counsel for Limited Intervenor, Omni 808 Investors LLC
Todd E. Gordinier, Esq.
todd.gordinier@bingham.com
BINGHAM MCCUTCHEN LLP
600 Anton Blvd., 18th Floor
Costa Mesa, CA 92626

GLASER, WEIL, FINK, JACOBS & SHAPIRO, LLP
Patricia L. Glaser
Amman a. Khan
10250 Constellation Boulevard, 19th Floor
Los Angeles, CA 90067

- 3 -

# DECLARATION OF SERVICE

I, Maria Mercado-Navarro, declare I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is, 777 South Figueroa Street, Suite 3200, Los Angeles, California 90017.  On July 6, 2009, I served the following documents:

1. **REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEYS AND [PROPOSED] ORDER; and**

2. **[PROPOSED] ORDER FOR SUBSTITUTION OF ATTORNEYS**

☒ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below:

Robert C. O'Brien, Esq.
Discovery Master
Arent Fox LLP
555 West 5th Street, Suite 4800
Los Angeles, CA  90013

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2009, at Los Angeles, California.

**Jeffrey Lopez**
USA Network, Inc.

_____/s/_____
Signature

- 1 -