QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with:<br>Case No. CV 04-09039<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>[~~PROPOSED~~] ORDER RE APPLICATION TO FILE UNDER SEAL:<br><br>(1) THE DECLARATION OF RICHARD DE ANDA<br><br>(2) THE DECLARATION OF LAURA OWENS (VOLUMES 1-3)<br><br>(3) THE DECLARATION OF ROBERTO IASAIAS (VOLUMES 1-7)<br><br>(4) THE DECLARATION OF YEIRO FIERRO<br><br>(5) THE DECLARATION OF JAMES D. JUDAH (VOLUMES 1 AND 2)<br><br>(6) THE DECLARATION OF RORY S. MILLER (VOLUMES 1 AND 2) |

## [~~PROPOSED~~] ORDER

Based on the concurrently filed Application to File Under Seal (1) The Declaration of Richard De Anda in Support of Mattel's Opposition to MGA Entertainment Inc.'s Motion to De-Designate Documents Produced by Mattel, Inc. as "Attorneys' Eyes Only" and Request for Sanctions; (2) the Declaration of Laura Owens in Support of Mattel's Opposition to MGA Entertainment Inc.'s Motion to De-Designate Documents Produced by Mattel, Inc. as "Attorneys' Eyes Only" and Request for Sanctions (Volumes 1-3); (3) the Declaration of Roberto Isaias in Support of Mattel's Opposition to MGA Entertainment Inc.'s Motion to De-Designate Documents Produced by Mattel, Inc. as "Attorneys' Eyes Only" and Request for Sanctions (Volumes 1-7); (4) the Declaration of Yeiro Fierro in Support of Mattel's Opposition to MGA Entertainment Inc.'s Motion to De-Designate Documents Produced by Mattel, Inc. as "Attorneys' Eyes Only" and Request for Sanctions; (5) the Declaration of James D. Judah in Support of Mattel's Opposition to MGA Entertainment Inc.'s Motion to De-Designate Documents Produced by Mattel, Inc. as "Attorneys' Eyes Only" and Request for Sanctions (Volumes 1 and 2); and (6) the Declaration of Rory Miller in Support of Mattel's Notice of Motion and Motion to Amend Protective Order (Volumes 1 and 2), and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

(1) The Declaration of Richard De Anda in Support of Mattel's Opposition to MGA Entertainment Inc.'s Motion to De-Designate Documents Produced by Mattel, Inc. as "Attorneys' Eyes Only" and Request for Sanctions (Volumes 1 and 2); (2) the Declaration of Laura Owens in Support of Mattel's Opposition to MGA Entertainment Inc.'s Motion to De-Designate Documents Produced by Mattel, Inc. as "Attorneys' Eyes Only" and Request for Sanctions (Volumes 1-3); (3) the Declaration of Roberto Isaias in Support of Mattel's Opposition to MGA Entertainment Inc.'s Motion to De-Designate Documents Produced by Mattel, Inc. as "Attorneys' Eyes Only" and Request for Sanctions

1  (Volumes 1-7); (4) the Declaration of Yeiro Fierro in Support of Mattel's Opposition
2  to MGA Entertainment Inc.'s Motion to De-Designate Documents Produced by
3  Mattel, Inc. as "Attorneys' Eyes Only" and Request for Sanctions; (5) the
4  Declaration of James D. Judah in Support of Mattel's Opposition to MGA
5  Entertainment Inc.'s Motion to De-Designate Documents Produced by Mattel, Inc.
6  as "Attorneys' Eyes Only" and Request for Sanctions (Volumes 1 and 2); and (6) the
7  Declaration of Rory Miller in Support of Mattel's Notice of Motion and Motion to
8  Amend Protective Order (Volumes 1 and 2) are ORDERED filed under seal
9  pursuant to Local Rule 79-5.1.

DATED: July 2, 2009

*S.G. Larson*
Hon. Stephen G. Larson
United States District Judge