| | |
|---|---|
| 1 | MELINDA HAAG (State Bar No. 132612) |
| | mhaag@orrick.com |
| 2 | ANNETTE L. HURST (State Bar No. 148738) |
| | ahurst@orrick.com |
| 3 | WARRINGTON S. PARKER III (State Bar No. 148003) |
| | wparker@orrick.com |
| 4 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | The Orrick Building |
| 5 | 405 Howard Street |
| | San Francisco, CA 94105 |
| 6 | Telephone: +1-415-773-5700 |
| | Facsimile: +1-415-773-5759 |
| 7 | |
| | WILLIAM A. MOLINSKI (State Bar No. 145186) |
| 8 | wmolinski@orrick.com |
| | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 9 | 777 South Figueroa Street, Suite 3200 |
| | Los Angeles, CA 90017 |
| 10 | Telephone: +1-213-629-2020 |
| | Facsimile: +1-213-612-2499 |
| 11 | |
| | Attorneys for MGA ENTERTAINMENT, INC., MGA |
| 12 | ENTERTAINMENT HK, LTD., |
| | MGAE de MEXICO, S.R.L. de C.V., and ISAAC |
| 13 | LARIAN |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual | Case No. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with: Case No. CV 04-9059 and Case No. CV 05-2727 |
| v. | The Honorable Stephen J. Larson |
| MATTEL, INC., a Delaware Corporation | **ORDER FOR SUBSTITUTION OF ATTORNEYS** |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | |

[PROPOSED ORDER FOR SUBSTITUTION OF
ATTORNEYS
CV-04-0049 SGL (RNBx)

| | |
|---|---|
| 1 | ORDER |
| 2 | The Court hereby orders that the request of the MGA Parties to |
| 3 | substitute Melinda Haag (State Bar No. 132612), Annette L. Hurst (State Bar No. |
| 4 | 148738) and Warrington S. Parker III (State Bar No. 148003) of Orrick, Herrington |
| 5 | & Sutcliffe LLP, The Orrick Building, 405 Howard Street, San Francisco, CA |
| 6 | 94104, and William A. Molinski (State Bar No. 145186) of Orrick, Herrington & |
| 7 | Sutcliffe LLP, 777 South Figueroa Street, Suite 3200, Los Angeles, CA 90017, |
| 8 | retained counsel, as attorneys of record in the place and stead of Mitchell Silberberg |
| 9 | & Knupp LLP, and Glaser, Weil, Fink Jacobs, Howard & Shapiro, LLP, is hereby |
| 10 | **GRANTED**. |
| 12 | DATED: July 7, 2009 |
| 15 | _____<br>UNITED STATES DISTRICT JUDGE |