1  PATRICIA L. GLASER (Bar No. 055668)
   pglaser@glaserweil.com
2  GLASER WEIL FINK JACOBS & SHAPIRO
   10250 Constellation Blvd., 19th Floor
3  Los Angeles, California 90067
   Telephone: (310) 553-3000
4  Facsimile: (310) 557-9815

5  RUSSELL J. FRACKMAN (Bar No. 49087)
   rjf@msk.com
6  PATRICIA H. BENSON (Bar No. 60565)
   phb@msk.com
7  MITCHELL SILBERBERG & KNUPP LLP
   11377 West Olympic Boulevard
8  Los Angeles, California 90064-1683
   Telephone: (310) 312-2000
9  Facsimile: (310) 312-3100

10 Attorneys for The MGA Parties For Phase Two

11

12                UNITED STATES DISTRICT COURT
13                CENTRAL DISTRICT OF CALIFORNIA
                         EASTERN DIVISION

| | |
|---|---|
| 14  CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| 15      Plaintiff, | Consolidated with |
| 16   v. | Case No. CV 04-09059<br>Case No. CV 05-02727 |
| 17  MATTEL, INC., a Delaware corporation, | **DISCOVERY MATTER**<br>**[To Be Heard By Discovery Master Robert O'Brien Pursuant To Order Of January 6, 2009]** |
| 18 | |
| 19      Defendant. | **DECLARATION OF ROBERT J. HERRINGTON IN SUPPORT OF MGA ENTERTAINMENT, INC.'S OPPOSITION TO MATTEL, INC.'S MOTION FOR PROTECTIVE ORDER RE: MGA'S FIRST SET OF PHASE 2 INTERROGATORIES** |
| 20  AND CONSOLIDATED CASES | |
| 21 | |
| 22 | |
| 23 | [Opposition and Declarations of Jean P. Nogues and Caroline Mankey Filed Concurrently] |
| 24 | |
| 25 | Date: TBD<br>Time: TBD<br>Place: TBD |
| 26 | |
| 27 | **Phase 2**<br>Discovery Cutoff: December 11, 2009<br>Pretrial Conference: March 1, 2010<br>Trial Date: March 23, 2010 |
| 28 | |

DECLARATION OF ROBERT J. HERRINGTON IN SUPPORT OF MGA'S OPPOSITION TO MATTEL'S MOTION FOR PROTECTIVE ORDER REGARDING MGA'S FIRST SET OF PHASE 2 INTERROGATORIES

Mitchell Silberberg & Knupp LLP
2292716.1

I, ROBERT J. HERRINGTON, declare:

1. I am an attorney at law duly licensed to practice law in the State of California and before this Court. I am a counsel with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP & Affiliates, former attorneys of record for the MGA Parties. I have personal knowledge of the following facts and, if called and sworn as a witness, could and would competently testify thereto.

2. I was the attorney for MGA who was primarily responsible for meeting and conferring with Mattel's counsel regarding Mattel's responses to MGA's Second Set of Interrogatories, which MGA served on December 4, 2007.

3. It is my memory that we received Mattel's responses to MGA's Second Set of Interrogatories on or about January 3, 2008. After meet and confer discussions between counsel, Mattel provided supplemental responses to seven of the interrogatories on or about March 5, 2008.

4. In the meet and confer process, I primarily worked with Dylan Proctor of Quinn Emanuel, who represented Mattel.

5. During the meet and confer, we negotiated that Mattel would answer certain of the interrogatories at issue, while others would be discussed at a later time. The idea was simply to get responses to the interrogatories most critical to the Phase 1 trial and deal with the others at a later date. MGA never agreed with Mattel's objection that any of the interrogatories at issue were compound or that MGA had served more than 50 interrogatories.

//
//
//
//
//
//

1

DECLARATION OF ROBERT J. HERRINGTON IN SUPPORT OF MGA'S OPPOSITION TO MATTEL'S MOTION FOR PROTECTIVE ORDER REGARDING MGA'S FIRST SET OF PHASE 2 INTERROGATORIES

1    6.   At no time during the meet and confer process did the Parties reach an
2    agreement regarding counting any subsequent supplemental responses to these
3    interrogatories against MGA's right to serve interrogatories in Phase 2 of this
4    action.
5
6    I declare under penalty of perjury under the laws of the United States of
7    America that the foregoing is true and correct.
8    Executed this 7th day of July, 2009, at New Orleans, Louisiana.
9
10                                        *Robert J. Herrington* (signature)
                                          Robert J. Herrington
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Mitchell Silberberg & Knupp LLP
2292716.1

2

DECLARATION OF ROBERT J. HERRINGTON IN SUPPORT OF MGA'S OPPOSITION TO MATTEL'S MOTION FOR PROTECTIVE ORDER REGARDING MGA'S FIRST SET OF PHASE 2 INTERROGATORIES