MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone: +1-415-773-5700
Facsimile: +1-415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: +1-213-629-2020
Facsimile: +1-213-612-2499

Attorneys for MGA ENTERTAINMENT, INC., MGA ENTERTAINMENT HK, LTD., MGAE de MEXICO, S.R.L. de C.V., and ISAAC LARIAN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 SGL (RNBx)<br><br>Consolidated with: Case No. CV 04-9059 and Case No. CV 05-2727<br><br>**CERTIFICATE OF SERVICE RE MGA ENTERTAINMENT, INC.'s OPPOSITION TO MATTEL, INC.'S MOTION FOR PROTECTIVE ORDER REGARDING MGA'S FIRST SET OF PHASE 2 INTERROGATORIES AND DECLARATIONS FILED CONCURRENTLY** |

# CERTIFICATE OF SERVICE

I, Rebecca B. Mance, declare:

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, The Orrick Building 405 Howard Street, San Francisco, CA 94105 .

I hereby certify that on July 7, 2009, I electronically filed the following documents with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties listed below:

1. MGA ENTERTAINMENT, INC.'s OPPOSITION TO MATTEL, INC.'S MOTION FOR PROTECTIVE ORDER REGARDING MGA'S FIRST SET OF PHASE 2 INTERROGATORIES;

2. DECLARATION OF ROBERT J. HERRINGTON IN SUPPORT OF MGA ENTERTAINMENT, INC.'s OPPOSITION TO MATTEL, INC.'S MOTION FOR PROTECTIVE ORDER REGARDING MGA'S FIRST SET OF PHASE 2 INTERROGATORIES;

3. DECLARATION OF CAROLINE H. MANKEY IN SUPPORT OF MGA ENTERTAINMENT, INC.'s OPPOSITION TO MATTEL, INC.'S MOTION FOR PROTECTIVE ORDER REGARDING MGA'S FIRST SET OF PHASE 2 INTERROGATORIES;

4. DECLARATION OF JEAN P. NOGUES IN SUPPORT OF MGA ENTERTAINMENT, INC.'s OPPOSITION TO MATTEL, INC.'S MOTION FOR PROTECTIVE ORDER REGARDING MGA'S FIRST SET OF PHASE 2 INTERROGATORIES.

**SEE ATTACHED SERVICE LIST**

## SERVICE LIST

<u>Counsel for Defendant-Appellee, Mattel. Inc.</u>
John B. Quinn, Esq.
johnquinn@quinnemanuel.com
Michael T. Zeller, Esq.
michaelzeller@quinnemanuel.com
Jon D. Corey, Esq.
Joncorey@quinnemanuel.com
Brett D. Proctor
dylanproctor@quinnemanuel.com
QUINN EMANUÉL URQUHART OLIVER & HEDGES, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543

<u>Counsel for Counter-Defendant, MGAE De Mexico SRL De Cv</u>
Russell J. Frackman, Esq.
rjf@msk.com
Patricia H. Benson, Esq.
phb@msk.com
MITCHELL, SILBERBERG & KNUPP, LLP
11377 W. Olympic Boulevard
Los Angeles, CA 90067
(310) 312-2000

<u>Counsel for Counter-Defendant, Carlos Gustavo Machado Gomez</u>
Mark E. Overland, Esq.
moverland@obsklaw.com
Alexander H. Cote, Esq.
acote@obsklaw.com
OVERLAND BORENSTEIN SCHEPER & KIM LLP
601 W. 5th Street, 12th Floor
Los Angeles, CA 90017

<u>Attorneys for Patrick A. Fraioli, Jr., Monitor</u>
Byron Z. Moldo, Eq.
bmoldo@ecjlaw.com
David Seror, Esq.
dseror@ecjlaw.com

1  Peter A. Davidson, Esq.
2  pdavidson@ecjlaw.com
   ERVIN COHEN & JESSUP LLP
3  9401 Wilshire Boulevard, Ninth Floor
4  Beverly Hills, California 90212-2974

5  Joseph A. Eisenberg, Esq.
6  JEisenber@JMBM.com
   JEFFER MANGELS BUTLER & MARMARO LLP
7  1900 Avenue of the Stars, 7th Floor
8  Los Angeles, California 90067

9  <u>Counsel for Counter-Defendant, Carlos Gustavo
10 Machado Gomez</u>
   Leah Chava Gershon, Esq.
11 leah@spertuslaw.com
12 JAMES W. SPERTUS LAW OFFICES
   12100 Wilshire Blvd., Suite 620
13 Los Angeles, CA 90025

14
   <u>Counsel for Third Party Defendant. Anne Wang</u>
15 Linda M. Burrow, Esq.
16 burrow@caldwell-leslie.com
   CALDWELL LESLIE AND PROCTOR PC
17 1000 Wilshire Blvd., Suite 600
18 Los Angeles, CA 90017

19
   <u>Counsel for Limited Intervenor, Omni 808 Investors LLC</u>
20 Todd E. Gordinier, Esq.
21 todd.gordinier@bingham.com
   BINGHAM MCCUTCHEN LLP
22 600 Anton Blvd., 18th Floor
   Costa Mesa, CA 92626
23

24 GLASER, WEIL, FINK, JACOBS & SHAPIRO, LLP
   Patricia L. Glaser
25 Amman a. Khan
26 10250 Constellation Boulevard, 19th Floor
   Los Angeles, CA 90067
27

28

# DECLARATION OF SERVICE BY MAIL

On the date indicated below, I placed the sealed envelopes for collection and mailing in this firm's office business address indicated above. I am readily familiar with this firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service.

On July 7, 2009, I served the following documents:

1. MGA ENTERTAINMENT, INC.'s OPPOSITION TO MATTEL, INC.'S MOTION FOR PROTECTIVE ORDER REGARDING MGA'S FIRST SET OF PHASE 2 INTERROGATORIES;

2. DECLARATION OF ROBERT J. HERRINGTON IN SUPPORT OF MGA ENTERTAINMENT, INC.'s OPPOSITION TO MATTEL, INC.'S MOTION FOR PROTECTIVE ORDER REGARDING MGA'S FIRST SET OF PHASE 2 INTERROGATORIES;

3. DECLARATION OF CAROLINE H. MANKEY IN SUPPORT OF MGA ENTERTAINMENT, INC.'s OPPOSITION TO MATTEL, INC.'S MOTION FOR PROTECTIVE ORDER REGARDING MGA'S FIRST SET OF PHASE 2 INTERROGATORIES;

4. DECLARATION OF JEAN P. NOGUES IN SUPPORT OF MGA ENTERTAINMENT, INC.'s OPPOSITION TO MATTEL, INC.'S MOTION FOR PROTECTIVE ORDER REGARDING MGA'S FIRST SET OF PHASE 2 INTERROGATORIES.

On the interested parties in this action as follows:

Cheryl Plambeck
Davis & Gilbert LLP
1740 Broadway
New York, NY  10019

Kien C. Tiet
Stern and Goldberg
6345 Balboa Boulevard, Suite 200
Encino, CA  91316

Peter H. Bonis
Peter H. Bonis Law Offices
1990 N. California Boulevard, 8th Floor
Walnut Creek, CA  94596

I declare under penalty of perjury that the foregoing is true and correct and that I am employed in the office of a member of the bar of this court at whose

1 | direction the service was made.

2 |     Executed on July 7, 2009, at San Francisco, California.

*[signature]*

Rebecca B. Mance

## DECLARATION OF SERVICE BY HAND

I am a citizen of the United States, more than eighteen years old and not a party to this action. My business address and place of employment is

_____.

On July 8, 2009, I served upon:

[x]   by personally delivering the document(s) listed below to the person(s) at the address(es) set forth below:

Robert C. O'Brien, Esq.
Discovery Master
Arent Fox LLP
555 West 5th Street, Suite 4800
Los Angeles, CA 90013

the following documents:

5. **MGA ENTERTAINMENT, INC.'s OPPOSITION TO MATTEL, INC.'S MOTION FOR PROTECTIVE ORDER REGARDING MGA'S FIRST SET OF PHASE 2 INTERROGATORIES;**

6. **DECLARATION OF ROBERT J. HERRINGTON IN SUPPORT OF MGA ENTERTAINMENT, INC.'s OPPOSITION TO MATTEL, INC.'S MOTION FOR PROTECTIVE ORDER REGARDING MGA'S FIRST SET OF PHASE 2 INTERROGATORIES;**

7. **DECLARATION OF CAROLINE H. MANKEY IN SUPPORT OF MGA ENTERTAINMENT, INC.'s OPPOSITION TO MATTEL, INC.'S MOTION FOR PROTECTIVE ORDER REGARDING MGA'S FIRST SET OF PHASE 2 INTERROGATORIES;**

8. **DECLARATION OF JEAN P. NOGUES IN SUPPORT OF MGA ENTERTAINMENT, INC.'s OPPOSITION TO MATTEL, INC.'S MOTION FOR PROTECTIVE ORDER REGARDING MGA'S FIRST SET OF PHASE 2 INTERROGATORIES.**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 8, 2009, at _____, California.

_____
Signature