1   Richard M. Pachulski (CA Bar No. 90073)
    rpachulski@pszjlaw.com
2   James I. Stang (CA Bar No. 94435)
    jstang@pszjlaw.com
3   PACHULSKI STANG ZIEHL & JONES LLP
4   10100 Santa Monica Blvd.
    11th Floor
5   Los Angeles, California  90067-4100
    Telephone: 310/277-6910
6   Facsimile:  310/201-0760

7   Attorneys for MGA Entertainment, Inc.

8                   UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10                          EASTERN DIVISION

11  CARTER BRYANT, an individual,          Case No.: CV 04-9049 SGL (RNBx)

12                          Plaintiff,     Consolidated with Case No. 04-9059
                                           and Case No. 05-2727
13
        v.                                 [PROPOSED] ORDER
14                                         GRANTING APPLICATION TO
    MATTEL, INC., a Delaware Corporation,  FILE DOCUMENTS UNDER
15                                         SEAL
                            Defendant.
16

17

18

19

20  AND CONSOLIDATED ACTIONS

21

22          Based on the Application to File documents Under Seal filed by MGA

23  Entertainment, Inc. ("MGA"), it is hereby ordered that the following document may

24  be filed under seal pursuant to Local Rule 79-5.1 and the Stipulated Protective Order

25  entered by the Court in this action on January 4, 2005:

26

27

28

56998-001\DOCS_LA:204570.1

1       1.    MGA Entertainment, Inc.'s Response to Final *In Camera* Responsive

2  Report of Forensic Auditor Ronald L. Durkin

4  Dated: 7/6/09

6                              STEPHEN G. LARSON

7                        UNITED STATES DISTRICT JUDGE

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA