QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:    (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with:<br>Case No. CV 04-09039<br>Case No. CV 05-02727 |
| vs. | |
| MATTEL, INC., a Delaware corporation, | **PROOF OF SERVICE** |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | |

## **PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On July 2, 2009, I served true copies of the following document(s) described as

**SEE ATTACHED DOCUMENT LIST**

on the parties in this action as follows:

| | |
|---|---|
| Thomas J. Nolan, Esq.<br>Skadden Arps Slate Meagher & Flom<br>thomas.nolan@skadden.com | Jason D. Russell, Esq.<br>Skadden Arps Slate Meagher & Flom<br>jason.russell@skadden.com |
| Patricia Glaser, Esq.<br>Glaser Weil Fink Jacobs & Shapiro, LLP<br>pglaser@glaserweil.com | Amman A. Khan, Esq.<br>Glaser Weil Fink Jacobs & Shapiro, LLP<br>akhan@glaserweil.com |
| Mark E. Overland, Esq.<br>Scheper, Kim & Overland, LLP<br>moverland@scheperkim.com | Alexand H. Cote, Esq.<br>Scheper, Kim & Overland, LLP<br>acote@scheperkim.com |
| Russell J. Frackman<br>Mitchell Silberberg<br>rjf@msk.com | |

**BY ELECTRONIC MAIL TRANSMISSION:** By electronic mail transmission from geoffreygrundy@quinnemanuel.com on July 2, 2009, by transmitting a PDF format copy of such document(s) to each such person at the e-mail address listed below their address(es). The document(s) was/were transmitted by electronic transmission and such transmission was reported as complete and without error.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 7, 2009, at Los Angeles, California.

                                                /s/ Geoffrey Grundy
                                                Geoffrey Grundy

**DOCUMENT LIST**

1. NOTICE OF MANUAL FILING RE APPLICATION AND PROPOSED ORDER

2. PROPOSED ORDER RE APPLICATION TO FILE UNDER SEAL: MATTEL, INC.'S OPPOSITION TO MGA ENTERTAINMENT INC'S MOTION TO DE-DESIGNATE DOCUMENTS PRODUCE BY MATTEL, INC. AS "ATTORNEYS' EYES ONLY" IN RESPONSE TO DOCUMENT REQUEST NOS. 526 AND 528 AND REQUEST FOR SANCTIONS

3. PROPOSED ORDER RE APPLICATION TO FILE UNDER SEAL: (1) DECLARATION OF RICHARD DE ANDA; (2) DECLARATION OF LAURA OWENS (VOLUMES 1-3); (3) DECLARATION OF ROBERT ISAIAS (VOLUMES 1-7); DECLARATION OF YEIRO FIERRO; (5) DECLARATION OF JAMES D. JUDAH (VOLUMES 1 AND 2); DECLARATION OF RORY S. MILLER (VOLUMES 1 AND 2)

4. APPLICATION TO FILE UNDER SEAL: MATTEL, INC.'S OPPOSITION TO MGA ENTERTAINMENT INC'S MOTION TO DE-DESIGNATE DOCUMENTS PRODUCE BY MATTEL, INC. AS "ATTORNEYS' EYES ONLY" IN RESPONSE TO DOCUMENT REQUEST NOS. 526 AND 528 AND REQUEST FOR SANCTIONS

5. APPLICATION TO FILE UNDER SEAL: DECLARATION OF RICHARD DE ANDA; (2) DECLARATION OF LAURA OWENS (VOLUMES 1-3); (3) DECLARATION OF ROBERT ISAIAS (VOLUMES 1-7); DECLARATION OF YEIRO FIERRO; (5) DECLARATION OF JAMES D. JUDAH (VOLUMES 1 AND 2); DECLARATION OF RORY S. MILLER (VOLUMES 1 AND 2)

07975/2998487.1

Case No. CV 04-9049 SGL (RNBx)
PROOF OF SERVICE

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

07975/2998487.1

Case No. CV 04-9049 SGL (RNBx)

PROOF OF SERVICE