Patricia L. Glaser, SBN 55668
Glaser, Weil, Fink, Jacobs, Howard & Shapiro
10250 Constellation Blvd.
19th Floor
Los Angeles, CA 90067
(310) 553-3000

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual | CASE NUMBER |
| | CV 04-09049 SGL (RNBx) |
| PLAINTIFF(S) | |
| v. | |
| MATTEL, INC., a Delaware Corporation | **NOTICE OF CHANGE OF ATTORNEY INFORMATION** |
| DEFENDANT(S). | |

**The following information must be provided:**

I, Lisa M. Zepeda_____, 231125_____, lzepeda@glaserweil.com_____
      *Name*                                      *CA Bar ID Number*                      *E-mail Address*

[x] am counsel of record or  [ ] out-of-state attorney in the above-entitled cause of action for the following party(s)

MGA Entertainment, Inc., Isaac Larian, MGA Entertainment (HK) Limited, and MGAE de Mexico S.R.L. de C.V.

and am requesting the following change(s):

> THIS SECTION MUST BE COMPLETED IF YOUR E-MAIL ADDRESS IS TO BE ADDED.
>
> I [ ] consent [ ] do not consent to receive service of documents by electronic means in accordance with Fed. R. Civ. P. 5(b)(2)(E) and 77 (d), and Fed. R. Crim. P. 49(b)-(d).

***SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:***

[ ] **TO UPDATE NAME OR FIRM INFORMATION:**

    [ ] I am providing the following new information pursuant to Local Rule 83-2.7 to be updated on the above-entitled cause of action.

                    PROVIDE ONLY THE INFORMATION THAT HAS CHANGED

    Attorney Name changed to _____
    New Firm/Government Agency Name _____
    New Address _____
    New Telephone Number _____ New Facsimile Number _____
    New E-mail address _____

[ ] **TO BE ADDED AS COUNSEL OF RECORD:** CHECK ONE BOX

    [ ] I am counsel of record in the above-entitled action and should have been added to the docket in this case. I made my first appearance in this case on _____

    [ ] This constitutes my Notice of Appearance to appear as counsel of record for the party(s) listed above in the above-entitled action.

IF YOUR FIRM IS **NOT** ALREADY PART OF THIS ACTION AND ARE ASSOCIATING IN AS COUNSEL OF RECORD A NOTICE OF

ASSOCIATION SHOULD BE FILED. IF YOU ARE GOING TO APPEAR PRO HAC VICE, A SEPARATE APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE, G-64 MUST BE FILED.

Attorney Name _____ CA State Bar Number _____

Firm/Government Agency Name _____

Address: _____

Telephone Number _____ Facsimile Number _____

New E-mail address _____

[x] **TO BE REMOVED FROM THE CASE: \*\***

    [x] I am [ ] the aforementioned attorney from my firm is no longer counsel of record in the above-entitled cause of action.

CHECK ONE BOX

    [x] The order relieving me/the aforementioned attorney from my firm was filed on: <u>July 7, 2009</u>.

    [ ] There is/are other attorney(s) from the undersigned attorney's law firm/government agency who are counsel of record in this case.

    [ ] I am [ ] the aforementioned attorney is no longer with the firm/government agency representing the above-named party in this action. There is/are attorney(s) from my former firm/government agency who are currently counsel of record in this case.

**\*\* This form *cannot* be used as a substitution of attorney form. For substitution of attorney procedures please refer to Local Rule 83-2.9 and form G-01, *Request for Substitution of Attorney* and G-01 ORDER, *Order on Request for Substitution of Attorney*. At least one member of the firm/government agency MUST continue to represent and receive service for the parties indicated above in this action.**

Date: <u>July 9, 2009</u>     /s/ Lisa M. Zepeda
                                           *Signature of Attorney of Record / Attorney for the Firm*
                                           Lisa M. Zepeda

**PLEASE NOTE: CM/ECF users must update their account information in the system pursuant to General Order 08-02, in addition to filing this Notice of Change of Attorney Information. A separate Notice must be filed in every pending case pursuant to Local Rule 83–2.7.**