Patricia L. Glaser, SBN 55668
Glaser, Weil, Fink, Jacobs, Howard & Shapiro LLP
10250 Constellation Blvd.
19th Floor
Los Angeles, CA  90067
(310) 553-3000

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| CARTER BRYANT, an individual | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV 04-09049 SGL (RNBx) |
| v. | |
| MATTEL, INC., a Delaware Corporation | **NOTICE OF CHANGE OF ATTORNEY INFORMATION** |
| DEFENDANT(S). | |

**The following information must be provided:**

I, <u>Sophia S. Lau</u>                     , State Bar No. <u>222333</u>     , <u>slau@glaserweil.com</u>
            *Name*                                         *CA Bar ID Number*                *E-mail Address*

[x] am counsel of record or [ ] out-of-state attorney in the above-entitled cause of action for the following party(s)

<u>MGA Entertainment, Inc., Isaac Larian, MGA Entertainment (HK) Limited, and MGAE de Mexico S.R.L. de C.V.</u>

and am requesting the following change(s):

> THIS SECTION MUST BE COMPLETED IF YOUR E-MAIL ADDRESS IS TO BE ADDED.
>
> I [ ] consent [ ] do not consent to receive service of documents by electronic means in accordance with Fed. R. Civ. P. 5(b)(2)(E) and 77 (d), and Fed. R. Crim. P. 49(b)-(d).

### *SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:*

[ ] **TO UPDATE NAME OR FIRM INFORMATION:**

   [ ] I am providing the following new information pursuant to Local Rule 83-2.7 to be updated on the above-entitled cause of action.

   PROVIDE ONLY THE INFORMATION THAT HAS CHANGED

   Attorney Name changed to _____
   New Firm/Government Agency Name _____
   New Address _____
   New Telephone Number _____ New Facsimile Number _____
   New E-mail address _____

[ ] **TO BE ADDED AS COUNSEL OF RECORD:** CHECK ONE BOX

   [ ] I am counsel of record in the above-entitled action and should have been added to the docket in this case. I made my first appearance in this case on _____

   [ ] This constitutes my Notice of Appearance to appear as counsel of record for the party(s) listed above in the above-entitled action.

IF YOUR FIRM IS **NOT** ALREADY PART OF THIS ACTION AND ARE ASSOCIATING IN AS COUNSEL OF RECORD A NOTICE OF

ASSOCIATION SHOULD BE FILED. IF YOU ARE GOING TO APPEAR PRO HAC VICE, A SEPARATE APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE, G-64 MUST BE FILED.

Attorney Name _____ CA State Bar Number _____

Firm/Government Agency Name _____

Address: _____

Telephone Number _____ Facsimile Number _____

New E-mail address _____

---

[x] **TO BE REMOVED FROM THE CASE:** **

  [x] I am   [ ] the aforementioned attorney from my firm is no longer counsel of record in the above-entitled cause of action.

CHECK ONE BOX

  [x] The order relieving me/the aforementioned attorney from my firm was filed on: <u>July 7, 2009</u>.

  [ ] There is/are other attorney(s) from the undersigned attorney's law firm/government agency who are counsel of record in this case.

  [ ] I am  [ ] the aforementioned attorney is no longer with the firm/government agency representing the above-named party in this action. There is/are attorney(s) from my former firm/government agency who are currently counsel of record in this case.

** This form *cannot* be used as a substitution of attorney form. For substitution of attorney procedures please refer to Local Rule 83-2.9 and form G-01, *Request for Substitution of Attorney* and G-01 ORDER, *Order on Request for Substitution of Attorney*. At least one member of the firm/government agency MUST continue to represent and receive service for the parties indicated above in this action.

---

Date: <u>July 9, 2009</u>                          <u>/s/Sophia S. Lau</u>
                                                  *Signature of Attorney of Record / Attorney for the Firm*
                                                  Sophia S. Lau

**PLEASE NOTE:** CM/ECF users must update their account information in the system pursuant to General Order 08-02, in addition to filing this Notice of Change of Attorney Information. A separate Notice must be filed in every pending case pursuant to Local Rule 83–2.7.