Byron Z. Moldo (SBN 109652)
 bmoldo@ecjlaw.com
David Seror (SBN 67488)
 dseror@ecjlaw.com
Peter A. Davidson (SBN 76194)
 pdavidson@ecjlaw.com
**ERVIN COHEN & JESSUP LLP**
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974
Telephone  (310) 273-6333
Facsimile  (310) 859-2325

Attorneys for Patrick A. Fraioli, Jr., Temporary Receiver

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION (RIVERSIDE)

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with Case No. 04-9059 and Case No. 05-2727 |
| v. | [Judge Stephen G. Larson] |
| MATTEL, INC., a Delaware corporation, | |
| Defendant. | **ORDER APPROVING TEMPORARY RECEIVER'S FINAL REPORT AND ACCOUNT, RATIFYING INTERIM COMPENSATION AND APPROVING FINAL COMPENSATION TO TEMPORARY RECEIVER AND PROFESSIONALS; DISCHARGING TEMPORARY RECEIVER** |

IDOCS:13569.1:893008.1

1

ORDER APPROVING TEMPORARY RECEIVER'S FINAL REPORT AND ACCOUNT, RATIFYING INTERIM COMPENSATION AND APPROVING FINAL COMPENSATION TO TEMPORARY RECEIVER AND PROFESSIONALS; DISCHARGING TEMPORARY RECEIVER

The Court has reviewed the Temporary Receiver's Ex Parte Application, which seeks approval of the Temporary Receiver's final accounting, including final payment of the Temporary Receiver and other professionals, and which seeks discharge of the Temporary Receiver. The Court has also reviewed the timely opposition filed by the MGA parties thereto.

For good cause shown, the Court **GRANTS** the Ex Parte Application, and **ORDERS** that:

1. The Temporary Receiver's final account and report is approved, confirmed, settled and allowed.

2. The interim compensation and reimbursement of costs for the period April 27, 2009 through May 14, 2009 paid to the Temporary Receiver and his professionals is approved and ratified as follows: to the Temporary Receiver: $111,868.76; to Reinventures LLC: $151,333.75; to Crowe Horwath LLP: $77,215.97; to Ervin Cohen & Jessup LLP: $414,541.71; to Interco Management Corp.: $33,336.00; to Kibel Green, Inc.: $164,316.84.

3. Additional final compensation is awarded to the Temporary Receiver and his professionals as follows: to Patrick A. Fraioli, Jr. for services as Temporary Receiver: $16,877.76; to Reinventures LLC: $18,700.00; to Crowe Horwath LLP: $9,785.50; to Ervin Cohen & Jessup LLP: $46,099.82; to Interco Management Corp.: $1,640.00; to Kibel Green, Inc. $6,884.68.

4. MGA Entertainment, Inc. ("MGAE") is ordered to immediately transfer $2,600.76 to the former Temporary Receiver and the former Temporary Receiver is

IDOCS:13569.1:893008.1

2

ORDER APPROVING TEMPORARY RECEIVER'S FINAL REPORT AND ACCOUNT, RATIFYING INTERIM COMPENSATION AND APPROVING FINAL COMPENSATION TO TEMPORARY RECEIVER AND PROFESSIONALS; DISCHARGING TEMPORARY RECEIVER

1  authorized and directed to pay the final fees approved above by using the funds

2  ordered transferred by MGAE and the balance of the funds he has on hand.

3

4      5.    Patrick A. Fraioli, Jr. is discharged from all further duties, liabilities and

5  responsibilities as Temporary Receiver in this case and all of his actions as Temporary

6  Receiver are approved and ratified as having been in the best interest of the

7  receivership estate.

8

9

10  Dated: July 10, 2009

11                          STEPHEN G. LARSON
                            UNITED STATES DISTRICT JUDGE

IDOCS:13569.1:893008.1

3

ORDER APPROVING TEMPORARY RECEIVER'S FINAL REPORT AND ACCOUNT, RATIFYING INTERIM COMPENSATION AND APPROVING FINAL COMPENSATION TO TEMPORARY RECEIVER AND PROFESSIONALS; DISCHARGING TEMPORARY RECEIVER