QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Robert O'Brien Pursuant to Order of January 6, 2009]**<br><br>[PUBLIC REDACTED] SUPPLEMENTAL DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL INC.'S NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS FOR WHICH ANY CLAIMS OF PRIVILEGE HAVE BEEN WAIVED<br><br>Date:    TBD<br>Time:    TBD<br>Place:   Arent Fox LLP<br><br>**Phase 2:**<br>Discovery Cut-off:  December 11, 2009<br>Pre-trial Conference:  March 1, 2010<br>Trial Date:  March 23, 2010 |

07975/3004533.1

SUPPLEMENTAL PROCTOR DECLARATION ISO MATTEL'S MOTION TO COMPEL RE WAIVER

## DECLARATION OF B. DYLAN PROCTOR

I, B. Dylan Proctor, declare as follows:

1. I am a member of the bar of the State of California, and partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of excerpts of the July 6, 2009 hearing transcript.

3. Attached hereto as Exhibit 2 is a true and correct copy of excerpts of Non-Party Omni 808 Investors, LLC's Opposition to Mattel, Inc.'s Ex Parte Application for an Order to Show Cause Re Omni 808's Failure to Comply With Court Order, or in the Alternative, for An Order Shortening Time to Hear Motion for Such Relief, dated April 23, 2009.

4. Attached hereto as Exhibit 3 is a true and correct copy of the Privilege Log for Omni 808 Investors, LLC, dated June 29, 2009.

5. Attached hereto as Exhibit 4 is a true and correct copy of the Court's order dated July 9, 2009.

6. Attached hereto as Exhibit 5 is a true and correct copy of excerpts from the public redacted version of Mattel, Inc.'s Reply in Support of Motion Objecting to Portions of Discovery Master Order No. 27 Regarding Motion of Mattel, Inc. to Compel Documents From Bingham McCutchen, dated June 29, 2009.

//
//
//
//
//

1
2   I declare under penalty of perjury under the laws of the United States
3   that the foregoing is true and correct.
4        Executed on July 10, 2009 at Los Angeles, California.
5
6                                    /s/ B. Dylan Proctor
                                     B. Dylan Proctor
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

07975/3004533.1

-3-
SUPPLEMENTAL PROCTOR DECLARATION ISO MATTEL'S MOTION TO COMPEL RE WAIVER