1  Bingham McCutchen LLP
   TODD E. GORDINIER (SBN 82200)
2  todd.gordinier@bingham.com
   PETER N. VILLAR (SBN 204038)
3  peter.villar@bingham.com
   CRAIG A. TAGGART (SBN 239168)
4  craig.taggart@bingham.com
   600 Anton Boulevard
5  18th Floor
   Costa Mesa, CA 92626-1924
6  Telephone: 714.830.0600
   Facsimile: 714.830.0700
7

8  Attorneys for Non-party
   Fred Mashian

9
           FILED
           CLERK, U.S. DISTRICT COURT
           JUL 10 2009
           CENTRAL DISTRICT OF CALIFORNIA
           EASTERN DIVISION    BY DEPUTY

10                    UNITED STATES DISTRICT COURT

11                   CENTRAL DISTRICT OF CALIFORNIA

12 | CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx)
13 | Plaintiff, | C/W Case No. CV 04-09059
   |           | Case No. CV 05-2727
14 | v. | **DISCOVERY MATTER**
15 | MATTEL, INC., a Delaware Corporation, | **To be heard by Discovery Master Robert C. O'Brien**
16 | Defendant. | **APPLICATION TO FILE UNDER SEAL:**
17 |            |
18 |            | **NON-PARTY FRED MASHIAN'S MEMORANDUM IN OPPOSITION TO MATTEL, INC.'S MOTION FOR LIMITED RECONSIDERATION OF PHASE 2 DISCOVERY MATTER ORDER NO. 33**
19 |            |
20 |            |
21 |            | Date: TBD
22 |            | Time: TBD
   |            | Place: Arent Fox LLP
23 |            | 555 West Fifth Street
   |            | 48th Floor
24 |            | Los Angeles, CA 90013
25 | AND CONSOLIDATED ACTIONS. | **Phase 2**:
   |            | Discovery Cut-off: Dec. 11, 2009
26 |            | Pre-trial Conference: March 1, 2010
   |            | Trial Date: March 23, 2010
27
28

A/73086667.1

Pursuant to Central District Local Rule 79-5.1, the Stipulated Protective Order entered by the Court in this action on January 4, 2005, and the Court's Orders dated April 27, 2009 and May 21, 2009, Omni 808 Investors, LLC hereby respectfully requests that the Court permit the following document to be filed under seal:

**NON-PARTY FRED MASHIAN'S MEMORANDUM IN OPPOSITION TO MATTEL, INC.'S MOTION FOR LIMITED RECONSIDERATION OF PHASE 2 DISCOVERY MATTER ORDER NO. 33**

DATED: July 8, 2009            Bingham McCutchen LLP


By:   /s/ Todd E. Gordinier
      Todd E. Gordinier
      Attorneys for Nonparty Fred Mashian

A/73086667.1                              1

## PROOF OF SERVICE

I, Paul A. McConnell, am over eighteen years of age, not a party in this action, and employed in Orange County, California at 600 Anton Boulevard, Costa Mesa, California 92626-1924. I am readily familiar with the practice of this office for collection and processing of correspondence for mail/fax/hand delivery/next business day delivery, and they are deposited that same day in the ordinary course of business. On **July 8, 2009**, I served the attached:

### APPLICATION TO FILE UNDER SEAL

☐ (BY FAX) on _____, at _____ _____ m, by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date. The facsimile machine I used complied with California Rules of Court, Rule 2003(3) and the transmission was reported as complete and without error by the machine. Pursuant to California Rules of Court, Rule 2008(e)(4), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

☒ (BY MAIL) by causing a true and correct copy of the above to be placed in the United States Mail at Costa Mesa, California in sealed envelope(s) with postage prepaid, addressed as set forth below. I am readily familiar with this law firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence is deposited with the United States Postal Service the same day it is left for collection and processing in the ordinary course of business.

☐ (EXPRESS MAIL/OVERNIGHT DELIVERY) by causing a true and correct copy of the document(s) listed above to be delivered by FEDERAL EXPRESS in sealed envelope(s) with all fees prepaid at the address(es) set forth below.

☐ (PERSONAL DELIVERY) by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

PLEASE SEE ATTACHED SERVICE LIST

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made and that this declaration was executed on **July 8, 2009**.

*/s/ Paul A. McConnell*
Paul A. McConnell

A/73086667.1

- 1 -

# SERVICE LIST

**Counsel for Defendant/Appellee, Mattel, Inc**
John Quinn, Esq.
(johnquinn@quinnemanuel.com)
Michael T. Zeller, Esq.
(michaelzeller@quinnemanuel.com)
Jon D. Corey, Esq.
(joncorey@quinnemanuel.com)
Brett D. Proctor
(dylanproctor@quinnemanuel.com)
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA  90017-2543

**Counsel for Counter-Defendant, MGAE De Mexico SRL De Cv**
Russel J. Frackman, Esq.
(rjf@msk.com)
Patricia H. Benson, Esq.
(phb@msk.com)
Mitchell, Silberberg & Knupp, LLP
11377 W. Olympic Blvd.
Los Angeles, CA  90067

Thomas J. Nolan, Esq.
(tnolan@skadden.com)
Raoul D. Kennedy, Esq.
(rkennedy@skadden.com)
Jason D. Russell, Esq.
(jason.russell@skadden.com)
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA  90071-3144

**Counsel for Counter-Defendant, Carlos Gustavo, Machado Gomez**
Mark E. Overland, Esq.
(moverland@obsklaw.com)
Alexander H. Cote, Esq.
(acote@obsklaw.com
Overland Borenstein Scheper & Kim LLP
601 W. 5th Street, 12 Floor
Los Angeles, CA  90017

**Attorneys for Patrick A. Fraioli, Jr., Temporary Receiver**
Byron Z. Moldo
(bmoldo@ecjlaw.com)
David Seror
(dseror@ecjlaw.com)
Peter A. Davidson
(pdavidson@ecjlaw.com)
Ervin Cohen & Jessup LLP
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, CA  90212-2974

A/73086667.1

- 2 -

| | |
|---|---|
| 1 | Joseph A. Eisenberg |
| | (jeisenberg@JMBM.com) |
| 2 | Jeffer Mangels Butler & Marmaro LLP |
| | 1900 Avenue of the Stars, 7th Floor |
| 3 | Los Angeles, CA 90067 |
| 4 | Counsel for Defendants/Counter Defendants/Appellants, MGA Entertainment, Inc., MGA Entertainment (HK) Limited, and Issac Larian |
| 5 | Thomas J. Nolan, Esq. |
| | (tnolan@skadden.com) |
| 6 | Jason D. Russell, Esq. |
| | (jrussell@skadden.com) |
| 7 | Skadden Arps Slate Meagher & Flom LLP |
| | 300 S. Grand Avenue, Suite 3400 |
| 8 | Los Angeles, CA 90071-3144 |
| 9 | Counsel for Defendants/Counter Defendants/Appellants, MGA Entertainment, Inc., MGA Entertainment (HK) Limited, and Issac Larian |
| 10 | Mark E. Haddad, Esq. |
| | (mhaddad@sidley.com) |
| 11 | Robert A. Holland, Esq. |
| | rholland@sidley.com) |
| 12 | Alycia A. Degen, Esq. |
| | (adegen@sidley.com) |
| 13 | Sidley Austin LLP |
| | 555 West Fifth Street, Suite 4000 |
| 14 | Los Angeles, CA 90013-1010 |
| 15 | Counsel for Defendant/Appellee, Mattel, Inc. |
| | Sanford I. Weisburst, Esq. |
| 16 | (sandyweisburst@quinnemaneul.com) |
| | Quin Emanuel Urquhart Oliver & Hedges LLP |
| 17 | 51 Madison Avenue, 22nd Floor |
| | New York, NY 10010 |
| 18 | |
| | Counsel for Counter-Defendant, MGAE De Mexico SRL De Cv |
| 19 | Patricia L. Glaser, Esq. |
| | (pglaser@glaserweil.com) |
| 20 | Glaser Weil Fink Jacobs and Shapiro |
| | 10250 Constellation Blvd., 19th Floor |
| 21 | Los Angeles, CA 90067 |
| 22 | Counsel for Plaintiff, Carter Bryant |
| | Peter H. Bonis, Esq. |
| 23 | Peter H. Bonis Law Offices |
| | 1990 N. California Blvd., 8th Floor |
| 24 | Walnut Creek, CA 94596 |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

A/73086667.1 - 3 -

1 | Alexander H. Cote, Esq.
(acote@obsklaw.com)
2 | Mark E. Overland, Esq.
(moverland@obsklaw.com)
3 | David C. Scheper, Esq.
(dscheper@obsklaw.com)
4 | Overland Borenstein Scheper & Kim
601 West Fifth Street, 12th Floor
5 | Los Angeles, CA 90071-2025

6 | Counsel for Counter-Defendant, Carlos Gustavo, Machado Gomez
Leah Chava Gershon, Esq.
7 | (leah@spertuslaw.com)
James W. Spertus Law Offices
8 | 12100 Wilshire Blvd., Suite 620
Los Angeles, CA 90025
9
Counsel for Third Party Defendant, Anne Wang
10 | Linda M. Burrow, Esq.
(burrow@caldwell-leslie.com)
11 | Caldwell Leslie and Proctor PC
1000 Wilshire Blvd., Suite 600
12 | Los Angeles, CA 90017

A/73086667.1

- 4 -