Bingham McCutchen LLP
TODD E. GORDINIER (SBN 82200)
todd.gordinier@bingham.com
PETER N. VILLAR (SBN 204038)
peter.villar@bingham.com
CRAIG A. TAGGART (SBN 239168)
craig.taggart@bingham.com
600 Anton Boulevard
18th Floor
Costa Mesa, CA 92626-1924
Telephone: 714.830.0600
Facsimile: 714.830.0700

Attorneys for Non-party
Fred Mashian

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>C/W Case No. CV 04-09059<br>Case No. CV 05-2727<br><br>**DISCOVERY MATTER**<br>**To be heard by Discovery Master Robert C. O'Brien**<br><br>[PROPOSED] ORDER TO FILE UNDER SEAL<br><br>Date:   TBD<br>Time:   TBD<br>Place:  Arent Fox LLP<br>        555 West Fifth Street<br>        48th Floor<br>        Los Angeles, CA 90013<br><br>**Phase 2**:<br>Discovery Cut-off:    Dec. 11, 2009<br>Pre-trial Conference: March 1, 2010<br>Trial Date:           March 23, 2010 |

A/73086694.1

1  Pursuant to Central District Local Rule 79-5.1, the Stipulated Protective
2  Order entered by the Court in this action on January 4, 2005, and the Court's
3  Orders dated April 27, 2009 and May 21, 2009, Omni 808 Investors, LLC hereby
4  respectfully requests that the Court permit the following document to be filed
5  under seal:

**NON-PARTY FRED MASHIAN'S MEMORANDUM IN OPPOSITION TO MATTEL, INC.'S MOTION FOR LIMITED RECONSIDERATION OF PHASE 2 DISCOVERY MATTER ORDER NO. 33**

DATED: 7/10, 2009

*/s/ S. J. Larson*

Hon. Stephen J. Larson
United States District Judge

A/73086694.1                                     1