QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
Michael T. Zeller (Bar No. 196417)
Jon D. Corey (Bar No. 185066)
Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>PLAINTIFF(S)<br>v.<br>MATTEL, INC., a Delaware corporation<br><br>DEFENDANT(S) | CASE NUMBER:<br>CASE NO. CV 04-9049 SGL (RNBx)<br><br>NOTICE OF MANUAL FILING |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**

Supplemental Declaration of B. Dylan Proctor in Support of Mattel Inc.'s Notice of Motion and Motion to Compel Production of Documents for Which Any Claims of Privilege Have Been Waived; Application to File Under Seal and Proposed Order

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)

☑ Other

**Reason:**

☑ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☑ Per Court order dated January 4, 2005

☐ Manual Filing required (*reason*):

July 10, 2009
Date

Cyrus S. Naim
Attorney Name

Mattel, Inc.
Party Represented

Note:  File one Notice in each case, each time you manually file document(s).

G-92 (02/07)                                          **NOTICE OF MANUAL FILING**