Name & Address:
QUINN EMANUEL URQUHART OLIVER & HEDGES
John B. Quinn (Bar No. 090378)
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
johnquinn@quinnemanuel.com
Tel: (213) 443-3000 Fax: (213) 443-3100

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| CARTER BRYANT, an individual | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CV 04-9049 SGL (RNBx) |
| v. | |
| MATTEL, INC., a Delaware corporation | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**

Reply ISO Mattel, Inc.'s Motion for Limited Reconsideration of Phase 2 Discovery Master Order No. 33; Exhibit J to the Decl. of B. Dylan Proctor ISO Reply ISO Mattel, Inc.'s Motion for Limited Reconsideration of Phase 2 Discovery Master Order No. 33; Application to File Under Seal; Proposed Order

**Document Description:**

☐ Administrative Record

☑ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☑ Other  Reply in Support of Mattel, Inc.'s Motion for Limited Reconsideration of Phase 2 Discovery Master Order No. 33; Application to File Under Seal; Proposed Order

**Reason:**

☑ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☑ Manual Filing required (*reason*):
  Application to File Under Seal Not Subject to E-Filing

| July 13, 2009 | B. Dylan Proctor |
|---|---|
| Date | Attorney Name |
| | Mattel, Inc. |
| | Party Represented |

Note:  File one Notice in each case, each time you manually file document(s).