QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel. Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with<br>Case No. CV 04-09039<br>Case No. CV 05-02727 |
| vs. | |
| MATTEL, INC., a Delaware corporation, | **DISCOVERY MATTER** |
| Defendant. | **[To Be Heard By Discovery Master Robert O'Brien]** |
| AND CONSOLIDATED ACTIONS | SUPPLEMENTAL DECLARATION OF MARSHALL M. SEARCY III IN SUPPORT OF MATTEL, INC.'S MOTION FOR PROTECTIVE ORDER RE MGA'S FIRST SET OF PHASE 2 INTERROGATORIES |
| | Date:    TBD<br>Time:    TBD<br>Place:   Arent Fox LLP<br>             555 West Fifth St.<br>             48th Floor<br>             Los Angeles, CA 90013 |
| | **Phase 2:**<br>Discovery Cut-off:      Dec. 11, 2009<br>Pre-trial Conf.:          Mar. 1, 2010<br>Trial Date:                Mar. 23, 2010 |

00505.07975/2987925.2

1    I, Marshall M. Searcy, III, declare as follows:

2    1.    I am a member of the bar of the State of California and a partner

3    at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc.

4    ("Mattel").  I make this declaration of personal, firsthand knowledge and, if called

5    and sworn as a witness, I could and would testify competently thereto.

6    2.    Attached hereto as Exhibit 1 is a true and correct copy of an

7    email that Bridget Hauler sent to Annette Hurst, dated July 9, 2009.

8    3.    Attached hereto as Exhibit 2 is a true and correct copy of a letter

9    from me to Annette Hurst, dated July 9, 2009, which was attached to Exhibit 1

10   above.

11   4.    Attached hereto as Exhibit 3 is a true and correct copy of

12   Mattel's Supplemental Responses to MGA's First Set of Phase 2 Request for

13   Admissions, dated July 9, 2009, which was attached to Exhibit 1 above.

14   5.    Attached hereto as Exhibit 4 is a true and correct copy of Mattel,

15   Inc.'s Supplemental Responses to Request Nos. 88, 89, 99-104 and 111 of MGA

16   Entertainment, Inc.'s Second Set of Phase 2 Requests for Production and Tangible

17   Things, dated July 9, 2009, which was attached to Exhibit 1 above.

18   6.    Attached hereto as Exhibit 5 is a true and correct copy of

19   excerpts from Scheduling Conference, dated February 12, 2007.

20   7.    To date, the MGA Parties have not filed a motion to compel

21   responses to any of the discovery at issue in Mattel's motion.

22   8.    Attached hereto as Exhibit 6 is a true and correct copy of

23   Mattel's Amended Answer and Counterclaims, dated January 12, 2007.

24

25

26

27

28

00505.07975/2987925.2

2

SUPPLEMENTAL DECLARATION OF MARSHALL M. SEARCY

1    9.    Attached hereto as Exhibit 7 is a true and correct copy of Mattel,

2  Inc.'s Public Redacted Third Amended Answer and Counterclaims, dated May 22,

3  2009, without exhibits.

4

5    I declare under penalty of perjury under the laws of the United States of

6  America that the foregoing is true and correct.

7    Executed this 13th day of July 2009, at Los Angeles, California.

8

9    /s/ Marshall M. Searcy III
    Marshall M. Searcy III
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

00505.07975/2987925.2

SUPPLEMENTAL DECLARATION OF MARSHALL M. SEARCY