QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case Nos. CV 04-09059 and CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Robert O'Brien]**<br><br>[PUBLIC REDACTED] SUPPLEMENTAL DECLARATION OF BRIDGET A. HAULER IN SUPPORT OF MATTEL, INC.'S MOTION FOR PROTECTIVE ORDER RE MGA'S FIRST SET OF PHASE 2 INTERROGATORIES<br><br>Hearing Date: TBD<br>Time: TBD<br>Place: Arent Fox, LLP<br>555 West Fifth St.<br>48th Floor<br>Los Angeles, CA 90013<br><br>**Phase 2**<br>Discovery Cut-off: December 11, 2009<br>Pre-trial Conference: March 1, 2010<br>Trial Date: March 23, 2010 |

07975/3004360.1

SUPPLEMENTAL DECLARATION OF BRIDGET A. HAULER

## SUPPLEMENTAL DECLARATION OF BRIDGET A. HAULER

I, Bridget A. Hauler, declare as follows:

1. I am a member of the bar of the State of California. I am an associate at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of excerpts of Hearing Transcript, dated July 8, 2009.

3. Attached hereto as Exhibit 2 is a true and correct copy of email correspondence between B. Dylan Proctor and Annette Hurst, dated July 9 and 13, 2009.

4. Attached hereto as Exhibit 3 is a true and correct copy of MGA's Third Supplemental Responses to Mattel's Amended Fourth Set of Interrogatories, dated January 28, 2008.

5. Attached hereto as Exhibit 4 is a true and correct copy of MGA Entertainment HK Ltd.'s Third Supplemental Responses to Mattel's Amended Fourth Set of Interrogatories, dated January 28, 2008.

6. Attached hereto as Exhibit 5 is a true and correct copy of Larian's Third Supplemental Responses to Mattel's Amended Fourth Set of Interrogatories, dated January 28, 2008.

7. Attached hereto as Exhibit 6 is a true and correct copy of excerpts of the Deposition Transcript of Carlos Gustavo Machado Gomez, dated October 14, 2008.

1         8.    To date, Mattel has produced approximately one million pages of
2  documents in this action.

4       I declare under penalty of perjury under the laws of the United States
5  that the foregoing is true and correct.
6       Executed on July 13, 2009 at Los Angeles, California.

                                                  Bridget A. Hauler

07975/3004360.1

-3-

SUPPLEMENTAL DECLARATION OF BRIDGET A. HAULER