QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
|---|---|
| Plaintiff, | Consolidated with: |
| vs. | Case No. CV 04-09039<br>Case No. CV 05-02727 |
| MATTEL, INC., a Delaware corporation, | **PROOF OF SERVICE** |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | |

07975/2804047.2

-1-

Case No. CV 04-9049 SGL (RNBx)
PROOF OF SERVICE

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017.

On July 13, 2009, I served true copies of the following documents described as:

SUPPLEMENTAL DECLARATION OF BRIDGET A. HAULER IN SUPPORT OF MATTEL, INC.'S MOTION FOR PROTECTIVE ORDER RE MGA'S FIRST SET OF PHASE 2 INTERROGATORIES

on the parties in this action as follows:

| | |
|---|---|
| Orrick, Herrington & Sutcliffe LLP<br>Annette L. Hurst<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94104<br>ahurst@orrick.com | ***Attorneys for the MGA Parties*** |
| Skadden, Arps, Slate, Meagher & Flom LLP<br>   Thomas J. Nolan, Esq.<br>   Jason Russell, Esq.<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA  90071<br>   tnolan@skadden.com<br>   jrussell@skadden.com | **Attorneys for *the MGA Parties***<br><br><br><br>Telephone:  213.687.5000<br>Facsimile:  213.687.5600 |
| Overland Borenstein Scheper & Kim LLP<br>   Mark E. Overland, Esq.<br>   Alexander H. Cote, Esq.<br>601 W. 5th Street, 12th Floor<br>Los Angeles, CA 90017<br>   moverland@obsklaw.com<br>   acote@obsklaw.com | **Attorneys for *Carlos Gustavo Machado Gomez***<br><br><br>Telephone:  213.613.4655<br>Facsimile:  213.613.4656 |
| Bingham McCutchen LLP<br>Todd Gordinier, Esq.<br>Peter Villar, Esq.<br>600 Anton Boulevard, 18th Floor<br>Costa Mesa, CA 92626<br>todd.gordinier@bingham.com | **Attorneys for *Omni 808 Investors, LLC*** |

**BY ELECTRONIC MAIL TRANSMISSION:** By electronic mail transmission from bridgethauler@quinnemanuel.com on July 13, 2009, by transmitting a PDF format copy of such document(s) to each such person at the e-mail address listed

07975/2804047.2

Case No. CV 04-9049 SGL (RNBx)
PROOF OF SERVICE

1 below their address(es).  The document(s) was/were transmitted by electronic
2 transmission and such transmission was reported as complete and without error.
3      I declare that I am employed in the office of a member of the bar of this
4 court at whose direction the service was made.

6     Executed on July 13, 2009, at Los Angeles, California.

8     /s/ Bridget Hauler
9     Bridget Hauler