QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>  Plaintiff,<br><br>  vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>  Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-2727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Robert C. O'Brien]**<br><br>NOTICE OF LODGING WITH THE DISCOVERY MASTER IN SUPPORT OF MATTEL, INC.'S MOTION FOR PROTECTIVE ORDER REGARDING MGA'S FIRST SET OF PHASE 2 INTERROGATORIES<br><br>Hearing Date:  TBD<br>Time:          TBD<br>Place:         Arent Fox, LLP<br>               555 West Fifth Street<br>               48th Floor<br>               Los Angeles, CA 90013<br><br>**Phase 2:**<br>Disc. Cut-off:    December 11, 2009<br>Pre-trial Conf.:  March 1, 2010<br>Trial Date:       March 23, 2010 |

07975/2821390.1

NOTICE OF LODGING

1    TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF
2 RECORD, PLEASE TAKE NOTICE that plaintiff Mattel, Inc. hereby lodges the
3 following documents with Discovery Master O'Brien in support of its Motion for
4 Protective Order Regarding MGA's First Set of Phase 2 Interrogatories:
5    1.    Declaration of B. Dylan Proctor in Support of Mattel's
6 Opposition to MGA's Motion to Compel Production of Documents and Things from
7 MGA's Second and Fifth Sets of Requests for Production and Responses to MGA's
8 Second Set of Interrogatories.

10  DATED: July 13, 2009          QUINN EMANUEL URQUHART OLIVER &
                                  HEDGES, LLP

12                                By /s/ B. Dylan Proctor
13                                   B. Dylan Proctor
                                     Attorneys for Mattel, Inc.

07975/2821390.1

NOTICE OF LODGING