QUINN EMANUEL URQUHART OLIVER & HEDGES
John B. Quinn (Bar No. 090378)
Michael T. Zeller (Bar No. 196417)
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT <br><br> PLAINTIFF(S) <br> v. <br> MATTEL, INC. <br><br> DEFENDANT(S). | CASE NUMBER: <br><br> CV 04-9049 SGL (RNBx) <br><br> **NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**

Supplemental Declaration of Bridget A. Hauler ISO Mattel's Motion for Protective Order re MGA's First Set of Phase 2 Interrogatories; Application to File Under Seal; [Proposed] Order re: Application to File Under Seal

**Document Description:**
- ☐ Administrative Record
- ☑ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]
- ☑ Other  App to File Under Seal; Proposed Order

**Reason:**
- ☑ Under Seal
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☑ Per Court order dated  January 4, 2005
- ☐ Manual Filing required (*reason*):

| | |
|---|---|
| July 14, 2009 <br> Date | B. Dylan Proctor <br> Attorney Name <br><br> Mattel, Inc. <br> Party Represented |

Note: File one Notice in each case, each time you manually file document(s).

G-92 (03/09)                              NOTICE OF MANUAL FILING