ORIGINAL

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>**APPLICATION TO FILE UNDER SEAL EXHIBIT 3 TO SUPPLEMENTAL DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL INC.'S NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS FOR WHICH ANY CLAIMS OF PRIVILEGE HAVE BEEN WAIVED**<br><br>[[Proposed] Order Filed Concurrently Herewith]<br><br>**Phase 2**<br>Discovery Cut-off: December 11, 2009<br>Pre-trial Conference: March 1, 2010<br>Trial Date: March 23, 2010 |

07975/3005847.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2  entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully
3  requests that the Court order filed under seal Exhibit 3 to the Supplemental
4  Declaration of B. Dylan Proctor in Support of Mattel Inc.'s Notice of Motion and
5  Motion to Compel Production of Documents for Which Any Claims of Privilege
6  Have Been Waived (the "Declaration").
7  The Declaration includes materials that Omni has designated as
8  "Confidential" pursuant to the Protective Order. Omni has designated Exhibit 3 to
9  the Declaration as "Confidential." Accordingly, Mattel requests that the Court order
10 that Exhibit 3 to the Declaration be filed under seal.
11 In the alternative, Mattel requests that the Court declare that the
12 Declaration is outside the definition of "Confidential" as contained in the Stipulated
13 Protective Order and order it to be filed as part of the public record.

DATED: July 13, 2009

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By_____
Cyrus S. Naim
Attorneys for Mattel, Inc.

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On July 13, 2009, I served true copies of the following document(s) described as **APPLICATION TO FILE UNDER SEAL EXHIBIT 3 TO SUPPLEMENTAL DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL INC.'S NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS FOR WHICH ANY CLAIMS OF PRIVILEGE HAVE BEEN WAIVED** on the parties in this action as follows:

| | |
|---|---|
| Thomas J. Nolan, Esq.<br>Jason D. Russell, Esq.<br>Skadden Arps Slate Meagher & Flom<br>300 S. Grand Avenue, Suite 3400<br>Los Angeles, CA 90071<br>thomas.nolan@skadden.com<br>jason.russell@skadden.com | Melinda Haag<br>Annette L. Hurst<br>Warrington S. Parker III<br>Orrick, Herrington & Sutcliffe, LLP<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105<br>mhaag@orrick.com<br>ahurst@orrick.com<br>wparker@orrick.com |
| William A. Molinski<br>Orrick, Herrington & Sutcliffe, LLP<br>777 South Figueroa Street<br>Suite 3200<br>Los Angeles, CA 90017<br>wmolinski@orrick.com | Mark E. Overland, Esq.<br>Alexand H. Cote, Esq.<br>Overland Borenstein Scheper & Kim LLP<br>601 West Fifth Street, 125th Floor<br>Los Angeles, CA 90071<br>moverland@scheperkim.com<br>acote@scheperkim.com |
| Todd E. Gordinier<br>Bingham McCutchen LLP<br>600 Anton Boulevard, 18th Floor<br>Costa Mesa, CA 92626<br>todd.gordinier@bingham.com | |

**BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 13, 2009, at Los Angeles, California.

Yalonda J. Dekle

07975/3006965.1