1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   John B. Quinn (Bar No. 090378)
2   johnquinn@quinnemanuel.com
   Michael T. Zeller (Bar No. 196417)
3   (michaelzeller@quinnemanuel.com)
   Jon D. Corey (Bar No. 185066)
4   (joncorey@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
6  Facsimile: (213) 443-3100

7  Attorneys for Mattel, Inc.

8

               UNITED STATES DISTRICT COURT
9
               CENTRAL DISTRICT OF CALIFORNIA
10
                       EASTERN DIVISION
11

| | |
|---|---|
| 12  CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| 13           Plaintiff, | Consolidated with<br>Case No. CV 04-09039<br>Case No. CV 05-02727 |
| 14     vs. | |
| 15  MATTEL, INC., a Delaware corporation, | Hon. Stephen G. Larson |
| 16           Defendant. | APPLICATION TO FILE UNDER SEAL: |
| 17  AND CONSOLIDATED ACTIONS | SUPPLEMENTAL DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL, INC.'S REQUEST FOR CLARIFICATION OF JUNE 18, 2009 ORDER REGARDING THE ESCROW OF BRATZ PROFITS |
| | [Proposed Order filed concurrently herewith] |

ORIGINAL

00505.07975/3006358.1

APPLICATION TO FILE UNDER SEAL

### Application to File Under Seal

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, plaintiff Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal Supplemental Declaration of B. Dylan Proctor in Support of Mattel, Inc.'s Request for Clarification of June 18, 2009 Order Regarding the Escrow of Bratz Profits.

This declaration quotes and attaches as an exhibit a hearing transcript that MGA has designated as "Confidential-Attorneys' Eyes Only" pursuant to the Protective Order. As these materials have been designated by MGA as "Confidential-Attorneys' Eyes Only," Mattel requests that the Court order that these materials be filed under seal.

DATED: July 13, 2009

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ B. Dylan Proctor
Dylan Proctor
Attorneys for Mattel, Inc.