QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
|---|---|
| Plaintiff, | Consolidated with:<br>Case No. CV 04-09039<br>Case No. CV 05-02727 |
| vs. | |
| MATTEL, INC., a Delaware corporation, | Hon. Stephen G. Larson |
| Defendant. | [PROPOSED] ORDER RE APPLICATION TO FILE UNDER SEAL: |
| AND CONSOLIDATED ACTIONS | SUPPLEMENTAL DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL, INC.'S REQUEST FOR CLARIFICATION OF JUNE 18, 2009 ORDER REGARDING THE ESCROW OF BRATZ PROFITS |

00505.07975/3006351.1

[PROPOSED] ORDER RE APPLICATION TO FILE UNDER SEAL

# [~~PROPOSED~~] ORDER

Based on the concurrently filed Application to File Under Seal the Supplemental Declaration of B. Dylan Proctor in Support of Mattel, Inc.'s Request for Clarification of June 18, 2009 Order Regarding the Escrow of Bratz Profits, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

The Supplemental Declaration of B. Dylan Proctor in Support of Mattel, Inc.'s Request for Clarification of June 18, 2009 Order Regarding the Escrow of Bratz Profits is ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: July 13, 2009

_/s/ S.G. Larson_
Hon. Stephen G. Larson
United States District Judge