ORIGINAL

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with:<br>Case No. CV 04-09039<br>Case No. CV 05-02727<br><br>**PROOF OF SERVICE** |

07975/3007382.1

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Apex Attorney Services 1055 West Seventh Street, Suite 250, Los Angeles, CA 90017.

On July 13, 2009, I served true copies of the following documents described as:

**SEE ATTACHED DOCUMENT LIST** on the parties in this action as follows:

| | |
|---|---|
| Skadden, Arps, Slate, Meagher & Flom LLP<br>Thomas J. Nolan, Esq.<br>Jason Russell, Esq.<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA  90071<br>tnolan@skadden.com<br>jrussell@skadden.com | Overland Borenstein Scheper & Kim LLP<br>Mark E. Overland, Esq.<br>Alexander H. Cote, Esq.<br>601 W. 5th Street, 12th Floor<br>Los Angeles, California 90017<br>moverland@obsklaw.com |
| William A. Molinski<br>Orrick, Herrington & Sutcliffe LLP<br>777 South Figueroa Street, Suite 3200<br>Los Angeles, CA 90017<br>wmolinski@orrick.com | Bingham McCutchen LLP<br>Todd E. Gordiner LLP<br>Peter N. Villar, Esq.<br>Craig A. Taggart, Esq.<br>600 Anton Blvd., 18th Floor<br>Costa Mesa, CA 92626<br>todd.gordiner@bingham.com<br>peter.villar@bingham.com<br>craig.taggart@bingham.com |

[X]   **BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 13, 2009, at Los Angees, California

*Luis Rodriguez*

07975/3007382.1

Case No. CV 04-9049 SGL (RNBx)

PROOF OF SERVICE

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On July 13, 2009, I served true copies of the following document(s) described as

**SEE ATTACHED DOCUMENT LIST**

on the parties in this action as follows:

Orrick, Herrington
& Sutcliffe LLP
Annette L. Hurst
The Orrick Building
405 Howard Street
San Francisco, CA 94104
ahurst@orrick.com

**BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 13, 2009, at Los Angeles, California.

Jaklin Ahadi

07975/3007392.1

| | |
|---|---|
| 1 | **DOCUMENT LIST** |
| 2 | |
| 3 | SUPPLEMENTAL DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL, INC.'S REQUEST FOR CLARIFICATION OF JUNE 18, 2009 ORDER REGARDING THE ESCROW OF BRATZ PROFITS |
| 4 | |
| 5 | APPLICATION TO FILE UNDER SEAL THE SUPPLEMENTAL DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL, INC.'S REQUEST FOR CLARIFICATION OF JUNE 18, 2009 ORDER REGARDING THE ESCROW OF BRATZ PROFITS |
| 6 | |
| 7 | |
| 8 | [PROPOSED] ORDER TO FILE UNDER SEAL THE SUPPLEMENTAL DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL, INC.'S REQUEST FOR CLARIFICATION OF JUNE 18, 2009 ORDER REGARDING THE ESCROW OF BRATZ PROFIT |
| 9 | |

07975/3007382.1

Case No. CV 04-9049 SGL (RNBx)

PROOF OF SERVICE