UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  - Eastern Division
<u>CIVIL MINUTES - GENERAL</u>

Case No.   CV 04-09049-SGL(RNBx)                                  Date: July 6, 2009

Title:   CARTER BRYANT -v- MATTEL, INC.
==================================================================
PRESIDING:   HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| C. Sasse | Theresa Lanza |
| Courtroom Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:   ATTORNEYS PRESENT FOR DEFENDANTS:

| | |
|---|---|
| John Quinn | Todd Gordinier |
| Michael Zeller | Jason Russell |
| | James Stang |

PROCEEDINGS:   MOTION HEARING RE:
1) MATTEL, INC.'S MOTION FOR ORDER FOR OVERRULING PORTIONS OF THE DISCOVERY MASTER ORDER NO. 27 RE MOTION OF MATTEL, INC. TO COMPEL DOCUMENTS FROM BINGHAM MCCUTCHEON, NO. 5586
2) OMNI 909 INVESTORS, LLC'S MOTION TO STRIKE THE SUMMARY AND RESPONSE REPORTS OF THE COURT-APPOINTED FORENSIC AUDITOR, NO. 5705
3) POTENTIAL UNSEALING OF THE FORENSIC AUDITOR'S REPORTS
4) EX PARTE APPLICATION FOR RELEASE OF JUROR TRANSCRIPTS, NO. 5805
5) SUBSTITUTION OF CARLOS MACHADO GOMEZ

   Court hears oral argument and takes the following matters under submission:  1) Mattel, Inc.'S Motion for Order for Overruling Portions of the Discovery Master Order No. 27 re Motion of Mattel, Inc. to Compel Documents from Bingham  McCutcheon, No. 5586; 2) Omni 909 Investors, Llc's Motion to Strike the Summary and Response Reports of the Court-appointed Forensic Auditor, No. 5705; 3) Potential Unsealing of the Forensic Auditor's Reports; 4) Ex Parte Application for Release of Juror Transcripts, No. 5805.

| | |
|---|---|
| MINUTES FORM 90 | Initials of Deputy Clerk<u>: cls</u> |
| CIVIL -- GEN                    Page 1 | Time: 01/57 |

The Court **DIRECTS** the firm of Scheper Kim & Overland LLP to file a motion to be relieved as counsel of record for Carlos Gustavo Machado Gomez.

**IT IS SO ORDERED.**