ORIGINAL

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
|---|---|
| Plaintiff, | Consolidated with<br>Case No. CV 04-09039<br>Case No. CV 05-02727 |
| vs. | Hon. Stephen G. Larson |
| MATTEL, INC., a Delaware corporation, | APPLICATION TO FILE UNDER SEAL EXHIBITS 1 & 3-6 TO THE SUPPLEMENTAL DECLARATION OF BRIDGET A. HAULER IN SUPPORT OF MATTEL, INC.'S MOTION FOR PROTECTIVE ORDER RE MGA'S FIRST SET OF PHASE 2 INTERROGATORIES |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | |
| | [Proposed Order filed concurrently herewith] |

07975/2988983.1

APPLICATION TO FILE UNDER SEAL

**Application to File Under Seal**

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, plaintiff Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal Exhibits 1 & 3-6 ("the Exhibits") to the Supplemental Declaration of Bridget A. Hauler in Support of Mattel, Inc.'s Motion for Protective Order re MGA's First Set of Phase 2 Interrogatories ("the Declaration").

The exhibits discuss or quote certain documents that the parties or the Discovery Master have designated as "Confidential" and/or "Confidential-Attorneys' Eyes Only" pursuant to the Protective Order. As these materials have been designated by the parties as "Confidential" and/or "Confidential-Attorneys' Eyes Only," Mattel requests that the Court order that the these materials be filed under seal.

DATED: July 13, 2009            QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP


                                By /s/ Bridget A. Hauler
                                    Bridget A. Hauler
                                    Attorneys for Mattel, Inc.