ORIGINAL

Lodged P/O

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>　　　　Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S REPLY IN SUPPORT OF MOTION FOR LIMITED RECONSIDERATION OF PHASE 2 DISCOVERY MASTER ORDER NO. 33 AND EXHIBIT J TO THE SUPPORTING DECLARATION OF B. DYLAN PROCTOR<br><br>[[Proposed] Order Filed Concurrently Herewith]<br><br>**Phase 2**<br>Discovery Cut-off: December 11, 2009<br>Pre-trial Conference: March 1, 2010<br>Trial Date: March 23, 2010 |

00505.07975/3007853.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1     Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal Mattel, Inc.'s Reply in Support of Motion for Limited Reconsideration of Phase 2 Discovery Master Order No. 33 (the "Reply") and Exhibit J to the Supporting Declaration of B. Dylan Proctor ("Exhibit J").

    The Reply and Exhibit J reference materials that the MGA Parties and/or Mattel have designated "Confidential" or "Confidential -- Attorney's Eyes Only" pursuant to the Protective Order. Accordingly, Mattel requests that the Court order that the Reply and Exhibit J be filed under seal.

    In the alternative, Mattel requests that the Court declare that the Reply and Exhibit J are outside the definitions of "Confidential" and "Confidential -- Attorney's Eyes Only" as contained in the Stipulated Protective Order and order them to be filed as part of the public record.

DATED: July 13, 2009      QUINN EMANUEL URQUHART OLIVER & HEDGES. LLP

By /s/ B. Dylan Proctor
    B. Dylan Proctor
    Attorneys for Mattel, Inc.