ORIGINAL

1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     John B. Quinn (Bar No. 090378)
2    (johnquinn@quinnemanuel.com)
     Michael T. Zeller (Bar No. 196417)
3    (michaelzeller@quinnemanuel.com)
     Jon D. Corey (Bar No. 185066)
4    (joncorey@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
6  Facsimile: (213) 443-3100

7  Attorneys for Mattel, Inc.

8               UNITED STATES DISTRICT COURT

9               CENTRAL DISTRICT OF CALIFORNIA

10                    EASTERN DIVISION

11 | CARTER BRYANT, an individual,    | CASE NO. CV 04-9049 SGL (RNBx)
12 |      Plaintiff,                   | Consolidated with
                                        Case No. CV 04-09059
13 | vs.                               | Case No. CV 05-02727
14 | MATTEL, INC., a Delaware          | **PROOF OF SERVICE**
     corporation,
15 |
        Defendant.
16 |
17 | AND CONSOLIDATED ACTIONS

FILED 2009 JUL 14 AM 11:37

00505.07209/3007575.1

PROOF OF SERVICE

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017.

On July 14, 2009, I served true copies of the following documents described as:

# SEE DOCUMENT LIST

on the parties in this action as follows:

| | |
|---|---|
| Skadden, Arps, Slate, Meagher & Flom LLP<br>    Thomas J. Nolan, Esq.<br>    Jason Russell, Esq.<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90071<br>    tnolan@skadden.com<br>    jrussell@skadden.com | **Attorneys for *the MGA Parties*** |
| Orrick, Herrington & Sutcliffe LLP<br>Melinda Haag<br>Annette L. Hurst<br>Warrington S. Parker III<br>The Orrick Building<br>405 Howard St.<br>San Francisco, CA 94105<br>Tel: 415-773-5700<br>Fax: 415-773-5759<br><br>Orrick, Herrington & Sutcliffe LLP<br>William A. Milinski<br>777 S. Figueroa St., STE 3200<br>Los Angeles, CA 90017<br>Tel: 213-629-2020<br>Fax: 213-612-2499<br><br>Melinda Haag<br>mhaag@orrick.com<br><br>Annette L. Hurst<br>ahurst@orrick.com<br><br>Warrington S. Parker III<br>wparker@orrick.com<br><br>William Molinski<br>wmolinski@orrick.com | **Attorneys for *the MGA Parties*** |

| | |
|---|---|
| Scheper Kim&Overland LLP<br>Mark E. Overland, Esq.<br>Alexander H. Cote, Esq.<br>601 West Fifth Street, 12th Floor<br>Los Angeles, CA 90071<br>moverland@obsklaw.com<br>acote@obsklaw.com | **Attorneys for *Carlos Gustavo Machado Gomez*** |
| McCutchen LLP<br>Todd E. Gordinier, Esq.<br>Peter N. Villar, Esq.<br>Craig A. Taggart, Esq.<br>600 Anton Blvd., 18th Fl.<br>Costa Mesa, CA 92626<br>todd.gordinier@bingham.com<br>peter.villar@bingham.com<br>craig.Taggart@bingham.com | **Attorneys for *Omni 808 Investors, LLC, Leon Neman, Fred Mashian & Neil Kadisha*** |

**BY MAIL:** I am "readily familiar" with the practices of Quinn Emanuel Urquhart Oliver & Hedges for collecting and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. I enclosed the foregoing in sealed envelope(s) addressed as shown above, and such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Los Angeles, California, on that same day following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 14, 2009, at Los Angeles, California.

*[signature]*
Dina Comaduran

## DOCUMENT LIST

1. REPLY IN SUPPORT OF MATTEL, INC.'S MOTION FOR LIMITED RECONSIDERATION OF PHASE 2 DISCOVERY MATTER ORDER NO. 33

2. DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL INC.'S REPLY IN SUPPORT OF MOTION FOR LIMITED RECONSIDERATION OF PHASE 2 DISCOVERY MASTER ORDER NO. 33

3. APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S REPLY IN SUPPORT OF MOTION FOR LIMITED RECONSIDERATION OF PHASE 2 DISCOVERY MASTER ORDER NO. 33 AND EXHIBIT J TO THE SUPPORTING DECLARATION OF B. DYLAN PROCTOR

4. [PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S REPLY IN SUPPORT OF MOTION FOR LIMITED RECONSIDERATION OF PHASE 2 DISCOVERY MASTER ORDER NO. 33 AND EXHIBIT J TO THE SUPPORTING DECLARATION OF B. DYLAN PROCTOR