ORIGINAL

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
johnquinn@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with:<br>Case No. CV 04-09039<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>[PROPOSED] ORDER RE APPLICATION TO FILE UNDER SEAL EXHIBITS 1 & 3-6 TO THE SUPPLEMENTAL DECLARATION OF BRIDGET A. HAULER IN SUPPORT OF MATTEL, INC.'S MOTION FOR PROTECTIVE ORDER RE MGA'S FIRST SET OF PHASE 2 INTERROGATORIES |
|---|---|

LODGED

07975/2988990.1

[PROPOSED] ORDER RE APPLICATION TO FILE UNDER SEAL

# [~~PROPOSED~~] ORDER

Based on the concurrently filed Application to File Under Seal Exhibits 1 & 3-6 to the Supplemental Declaration of Bridget A. Hauler in Support of Mattel, Inc.'s Motion for Protective Order re MGA's First Set of Phase 2 Interrogatories, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Exhibits 1 & 3-6 to the Supplemental Declaration of Bridget A. Hauler are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: July 14, 2009

_____
Hon. Stephen G. Larson
United States District Judge