QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>       Plaintiff,<br><br>   vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>       Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case Nos. CV 04-9059 and CV 05-02727<br><br>**DISCOVERY MATTER**<br>**[To Be Heard By Discovery Master Robert O'Brien]**<br><br>DECLARATION OF MARSHALL M. SEARCY III IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL MGA MEXICO TO PRODUCE DOCUMENTS AND THINGS IN RESPONSE TO MATTEL'S FIRST, SECOND AND THIRD SETS OF REQUESTS FOR PRODUCTION TO MGA MEXICO<br><br>Date: TBA<br>Time: TBA<br>Place: TBA<br><br>**Phase 2**<br>Discovery Cut-off: Dec. 11, 2009<br>Pre-trial Conference: Mar. 1, 2010<br>Trial Date: Mar. 23, 2010 |

07975/3008866.1

SEARCY DECLARATION ISO MOTION TO COMPEL MGA MEXICO PRODUCTION

I, Marshall M. Searcy, III, declare as follows:

1. I am a member of the bar of the State of California and a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of Mattel, Inc.'s First Set of Requests for Documents and Things to MGAE de Mexico, S.R.L. de C.V.

3. Attached hereto as Exhibit 2 is a true and correct copy of MGAE de Mexico S.R.L. de C.V.'s Objections and Responses to Mattel, Inc.'s First Set of Requests for Documents and Things.

4. Attached hereto as Exhibit 3 is a true and correct copy of Mattel, Inc.'s Second Set of Requests for Documents and Things to MGAE de Mexico, S.R.L. de C.V.

5. Attached hereto as Exhibit 4 is a true and correct copy of the Response to Mattel, Inc.'s Second Set of Requests for Documents and Things to MGAE de Mexico, S.R.L. de C.V.

6. Attached hereto as Exhibit 5 is a true and correct copy of Mattel, Inc.'s Third Set of Requests for Documents and Things to MGAE de Mexico, S.R.L. de C.V.

7. Attached hereto as Exhibit 6 is a true and correct copy of the Response to Mattel, Inc.'s Third Set of Requests for Documents and Things to MGAE de Mexico, S.R.L. de C.V.

8. Attached hereto as Exhibit 7 is a true and correct copy of the Letter from Marshall Searcy to Amman Khan, dated April 2, 2009.

9. Attached hereto as Exhibit 8 is a true and correct copy of a the Letter from Amman Khan to Marshall Searcy, dated April 9, 2009.

10. Attached hereto as Exhibit 9 is a true and correct copy of the Letter from Marshall Searcy to Amman Khan, dated April 10, 2009.

11. Attached hereto as Exhibit 10 is a true and correct copy of the Letter from Amman Khan to Marshall Searcy, dated April 14, 2009.

12. Attached hereto as Exhibit 11 is a true and correct copy of the Letter from Marshall Searcy to Amman Khan, dated April 23, 2009.

13. Counsel for MGA Mexico did not respond to my letter of April 23, 2009, attached hereto as Exhibit 14.

14. Attached hereto as Exhibit 12 is a true and correct copy of the May 15, 2007 Order Modifying Protective Order.

15. Attached hereto as Exhibit 13 is a true and correct copy of the Court's July 2, 2007 Order.

16. Attached hereto as Exhibit 14 is a true and correct copy of the Phase 2 Discovery Matter Order No. 6.

17. Attached hereto as Exhibit 15 is a true and correct copy of the Phase Two Discovery Matter Order No. 17.

18. Attached hereto as Exhibit 16 is a true and correct copy of Mattel's Third Amended Complaint and Counterclaims.

19. Attached hereto as Exhibit 17 is a true and correct copy of MGA's April 13, 2005 Complaint for False Designation of Origin.

20. Attached hereto as Exhibit 18 is a true and correct copy of the MGA Parties' Answer and Affirmative Defenses to Mattel, Inc.'s Third Amended Answer and Counterclaims.

21. Attached hereto as Exhibit 19 is a true and correct copy of Phase 2 Discovery Matter Amended Order No. 11.

22. Mattel has not received any documents in this litigation which have a Bates number or other identifier which would indicate that they were produced by MGA Mexico.

23. Attached hereto as Exhibit 20 is a true and correct copy of the Order Granting Mattel's Motion to Compel Production of Documents, dated January 26, 2007.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 15th day of July 2009, at Los Angeles, California.

Marshall M. Searcy III