# EXHIBIT 2

1 | THOMAS J. NOLAN (Bar No. 66992)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
2 | 300 South Grand Avenue
Los Angeles, California  90071-3144
3 | Telephone:   (213) 687-5000
Facsimile:   (213) 687-5600
4 | E-mail:      tnolan@skadden.com

5 | RAOUL D. KENNEDY (Bar No. 40892)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
6 | Four Embarcadero Center, Suite 3800
San Francisco, California  94111-5974
7 | Telephone:   (415) 984-6400
Facsimile:   (415) 984-2698
8 | Email:       rkennedy@skadden.com

9 | Attorneys for MGA
ENTERTAINMENT, INC., ISAAC
10 | LARIAN, MGA ENTERTAINMENT
(HK) LIMITED, and MGAE de
11 | MEXICO S.R.L. de C.V.

12 | UNITED STATES DISTRICT COURT

13 | CENTRAL DISTRICT OF CALIFORNIA

14 | EASTERN DIVISION

| | |
|---|---|
| 15  CARTER BRYANT, an individual | CASE NO. CV 04-9049 SGL (RNBx) |
| 16       Plaintiff, | Consolidated with Case No. 04-9059 and Case No. 05-2727 |
| 17       v. | |
| 18  MATTEL, INC., a Delaware corporation | **MGAE de MEXICO S.R.L de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL INC.'S FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS** |
| 19  | |
| 20       Defendant. | |
| 21  Consolidated with MATTEL, INC. v. BRYANT and MGA | Honorable Stephen G. Larson Courtroom 1 |
| 22  ENTERTAINMENT, INC. v. MATTEL, INC. | |
| 23  | |
| 24  | |
| 25  PROPOUNDING PARTY: | MATTEL, INC. |
| 26  RESPONDING PARTY: | MGAE de MEXICO, S.R.L. de C.V. |
| 27  SET NUMBER: | ONE         EXHIBIT ___2___ |
| 28  | PAGE ___46___ |

RECEIVED
DEC 2 1 2007

1    Pursuant to Rule 34 of the Federal Rules of Civil Procedure, MGAE de

2  Mexico, S.R.L. de C.V. ("MGA Mexico") hereby submits these responses and

3  objections (the "Response") to Mattel, Inc.'s ("Mattel's") First Set of Requests for

4  Production of Documents to MGA (the "Requests").

5                                    **GENERAL RESPONSE**

6    The General Response and General and Specific Objections set forth herein

7  apply to all documents that MGA Mexico may in the future produce in response to

8  the Requests.  The Response is made without waiving, or intending to waive but, on

9  the contrary, expressly reserving:  (a) the right to object, on the grounds of

10  competency, privilege, relevancy or materiality, or any other proper grounds, to the

11  use of the documents, for any purpose in whole or in part, in any subsequent step or

12  proceeding in this action or any other action; (b) the right to object on any and all

13  grounds, at any time, to other requests for production or other discovery procedures

14  involving or relating to the subject matter of the Requests; and (c) the right at any

15  time to revise, correct, add to, or clarify any of the responses propounded herein.

16    The Response reflects only the present state of MGA Mexico's discovery

17  regarding the documents sought by Mattel.  Except as otherwise stated below, an

18  objection to a specific document request does not imply that documents responsive

19  to the request exist or have ever existed.  In addition, an agreement to produce

20  documents responsive to any specific document request does not imply that

21  documents responsive to the request exist or have existed; rather, it is an agreement

22  to produce non-privileged documents responsive to that particular document request

23  as limited by or interpreted in any applicable General or Specific objections, if any

24  exist.  Production of any document is not intended as, and, to the extent permitted by

25  law, shall not be deemed to be, a waiver of any objection set forth herein.  Discovery

26  and other investigation or research concerning this litigation are continuing.  MGA

27  Mexico, therefore, reserves the right to amend or supplement this Response at any

28  time in light of future investigation, research or analysis, and also expressly reserves

EXHIBIT **2**

PAGE **41**

1  the right to rely on, at any time, including trial, subsequently discovered information

2  or information omitted from this Response as a result of mistake, error, oversight or

3  inadvertence.  MGA Mexico does not hereby admit, adopt or acquiesce in any

4  factual or legal contention, assertion or characterization contained in the Requests or

5  any particular request therein, even where MGA Mexico has not otherwise objected

6  to a particular request, or has agreed to produce documents responsive to a particular

7  request.

8       MGA Mexico invites Mattel to meet and confer regarding these Reponses, the

9  scope of the Requests, and arriving at protocol for production of documents in this

10  litigation.

11  **<u>GENERAL OBJECTIONS</u>**

12       MGA Mexico incorporates the following General Objections, as well as the

13  General Response, into its Specific Responses and Objections to each and every

14  request for documents contained in the Requests:

15       1.    MGA Mexico objects to the date and place of production on the

16  grounds that they impose an undue burden on MGA Mexico.  The time set for

17  compliance is unduly burdensome, especially in light of the number of document

18  requests, and the scope and volume of the material being sought.  To the extent

19  MGA Mexico later agrees to produce responsive documents, MGA Mexico intends

20  to proceed expeditiously to collect the documents for production, if any, and will

21  produce them at a date and time, and in such a manner, as may be mutually agreed

22  by counsel for the parties.

23       2.    MGA Mexico objects to the Requests to the extent that they seek

24  documents not relevant to the claims or defenses in this action and are not reasonably

25  calculated to lead to the discovery of admissible evidence.

26       3.    MGA Mexico objects to the Requests on the grounds that they are

27  overly broad and unduly burdensome.

EXHIBIT __2__
PAGE __48__

28

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A    MSW - Draft December 19, 2007 - 1:25 PM

1    4.    MGA Mexico objects to the Requests insofar as they seek

2  documents that are protected from disclosure under any applicable privilege, doctrine

3  or immunity, including without limitation the attorney-client privilege, the attorney

4  work product doctrine, the right of privacy, and all other privileges recognized under

5  the constitutional, statutory or decisional law of the United States of America, the

6  State of California or any other applicable jurisdiction, including, but not limited to,

7  such laws existing in the United Mexican States.  MGA Mexico shall not produce

8  such documents in response to Mattel's Request.  Any production of such protected

9  or privileged materials is inadvertent and shall not be construed as a waiver of those

10  privileges or protections.

11    5.    MGA Mexico objects to the Requests insofar as they seek

12  documents that by reason of public filing, public distribution or otherwise are already

13  in Mattel's possession or are readily accessible to Mattel from public sources or third

14  parties.

15    6.    MGA Mexico objects to the Requests insofar as they seek

16  production of documents (1) not within its possession, custody or control; (2) that

17  MGA Mexico cannot locate after a reasonably diligent search; or (3) that refer to

18  persons, entities, or events not known to MGA Mexico.  Such instructions,

19  definitions, or requests are objectionable where they subject MGA Mexico to

20  unreasonable and undue annoyance, oppression, burden, and expense; and/or seek to

21  impose upon MGA Mexico an obligation to produce documents from sources

22  equally accessible to Mattel.  To the extent MGA Mexico agrees to produce

23  documents in response to the Requests, MGA Mexico will make a reasonably

24  diligent search for responsive documents within its possession, custody or control

25  and located at MGA Mexico's offices.

26    7.    In responding to Mattel's Requests, MGA Mexico has not and

27  will not comply with any instructions or definitions that seek to impose requirements

28  in addition to those imposed by Federal law.

EXHIBIT __2__
PAGE __49__

-3-

1    8.    MGA Mexico objects to each and every request to the extent it

2 purports to require MGA Mexico to search all documents and things within its

3 possession, custody or control or within the possession, custody or control of any of

4 MGA Mexico's current or former employees, officers, directors, agents,

5 representatives, attorneys, parents, subsidiaries, divisions, affiliates, predecessors-in-

6 interest and successors-in-interest, and any other person acting on its behalf, pursuant

7 to its authority or subject to its control, on the grounds that such request is

8 unreasonable, overbroad, unduly burdensome and oppressive, violates the right to

9 privacy, and purports to require MGA Mexico to search for documents not within its

10 possession, custody or control.  To the extent MGA Mexico agrees to produce

11 documents in response to the Requests, MGA Mexico will make a reasonably

12 diligent search for responsive documents within its possession, custody or control.

13    9.    MGA Mexico objects to each and every request to the extent it

14 seeks "all documents" responsive to a certain category on the grounds that such

15 request is overbroad and unduly burdensome and oppressive.  MGA Mexico will not

16 respond to duplicative or cumulative requests and will not re-produce documents it

17 has already produced or produce documents that it has received from Mattel or

18 others in the course of discovery in this matter.

19    10.    MGA Mexico objects to the Requests insofar as they seek

20 production of confidential, proprietary, or trade-secret information, the disclosure of

21 which would be inimical to the business interests of MGA Mexico.

22    11.    MGA Mexico objects to each request to the extent it seeks

23 information relating to the activities or conduct of other entities or non-parties.

24    12.    MGA Mexico objects to each request to the extent it seeks

25 information relating to activities or conduct in foreign countries.

26    13.    MGA Mexico objects to the Definitions and Instructions to the

27 extent such Definitions and Instructions purport to enlarge, expand, or alter in any

28 way the plain meaning and scope of any specific term or specific request on the

EXHIBIT __2__

PAGE __50__

-4-

1  ground that such enlargement, expansion, or alteration renders such a term or request

2  vague, ambiguous, unintelligible, overbroad, unduly burdensome, and/or uncertain.

3       14.   MGA Mexico objects to the Instructions to the extent that they

4  purport to deprive MGA Mexico of the right to redact information from any

5  documents "for any reason." MGA Mexico retains and reserves the right to redact

6  documents on any appropriate grounds, including in particular for privilege.

7       15.   MGA Mexico specifically objects to the following definitions in

8  the Requests:

9       (a)   MGA Mexico objects to the terms "YOU," "YOUR" and

10  "MGA" (Definitions ¶ A) as vague, ambiguous, overbroad, and unduly burdensome.

11  The definition broadly includes, without limitation, "current or former directors,

12  officers, employees, agents, contractors, attorneys, accountants, or representatives of

13  MGAE de Mexico, S.R.L. de C.V. and any corporation, partnership, association,

14  trust, parent, subsidiary, division, affiliate, predecessor-in- interest and successor-in-

15  interest, and any other PERSON acting on its behalf." It is impossible for MGA

16  Mexico to know whether a particular person comes within this definition unless that

17  person or entity at some point in time held himself or herself out as being directly

18  affiliated with MGA Mexico. MGA Mexico additionally objects to these terms

19  because they call for legal conclusions. Thus, "YOU," "YOUR," and "MGA" will

20  be interpreted to mean all persons or entities who hold themselves out to MGA

21  Mexico as officers, employees, agents, subsidiaries or divisions of MGA Mexico.

22       (b)   MGA Mexico objects to the defined term "MATTEL"

23  (Definitions ¶ B) on the grounds that the term, as defined, is overbroad, vague and

24  ambiguous, and calls for legal conclusions.

25       (c)   MGA Mexico objects to the definition of the term

26  "BRATZ" (Definitions ¶ C) as vague, ambiguous, overly broad and unduly

27  burdensome, and designed to mislead and confuse the trier of fact. The definition

28  includes "any project, product, doll or DESIGN ever known by [the Bratz] name

**EXHIBIT 2**

**PAGE 51**

-5-

1 (whether in whole or in part and regardless of what such project, product or doll is or

2 has been also, previously or subsequently called) and any product, doll or DESIGN

3 or any portion thereof that is now or has ever been known as, or sold or marketed

4 under, the name or term 'Bratz' (whether in whole or in part and regardless of what

5 such product, doll or DESIGN or portion thereof is or has been also, previously or

6 subsequently called) or that is now or has ever been marketed as part of the 'Bratz'

7 line, and each version or iteration of such product, doll or DESIGN or any portion

8 thereof," and it goes on. By incorporating the definition of "DESIGN," the overly

9 broad definition of "BRATZ" includes two-dimensional and three-dimensional

10 representations, including "works, designs, artwork, sketches, drawings, illustrations,

11 representations, depictions, blueprints, schematics, diagrams, images, sculptures,

12 prototypes, models, samples, rotocasts, reductions to practice, developments,

13 inventions and/or improvements . . . ." (Definitions ¶ D.) These convoluted and

14 multi-part definitions combine to render the document requests that refer to the term

15 vague, ambiguous and overly broad, and to include within the term "BRATZ" things

16 that do not fairly represent the Bratz line of dolls, accessories and related products

17 that are the subject of this case.

18     For the same reasons, MGA Mexico objects to the definitions of the phrases

19 "BRATZ DOLL," "BRATZ PRODUCT," "BRATZ LICENSE," "BRATZ MOVIE"

20 and "BRATZ TELEVISION SHOW" (Definitions ¶¶ E-I), all of which incorporate

21 the defined term "BRATZ."

22     Accordingly, in responding to the Requests, MGA Mexico will interpret the

23 term "BRATZ" to mean the line of dolls introduced to the market for sale in May or

24 June of 2001 and subsequent dolls, accessories and other products known as Bratz or

25 associated by MGA Mexico with the Bratz line of dolls.

26        (d)    MGA Mexico objects to the terms "MACHADO,"

27 "TRUEBA" and "VARGAS" (Definitions ¶¶ L-N) on the grounds that they are

28 overbroad, vague and ambiguous and call for legal conclusions. The definition of

**EXHIBIT 2**

**PAGE 52**

-6-

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A        MSW - Draft December 19, 2007 - 1:25 PM

1  these terms include "all of [his/her] current and former employees, agents,

2  representatives, attorneys, accountants, vendors, consultants, independent contractors,

3  predecessors-in-interest and successors-in-interest, and any other PERSON acting on

4  his or her behalf, pursuant to his authority or subject to his control."  MGA Mexico

5  will interpret the terms "MACHADO," "TRUEBA" and "VARGAS" to mean

6  respectively, the individuals Carlos Gustavo Machado Gomez, Mariana Trueba

7  Almada, and Pablo Vargas San Jose.

8           (e)     MGA Mexico objects to the definition of the phrase

9  "FORMER MATTEL EMPLOYEE" (Definitions ¶ O) as overbroad, and vague and

10  ambiguous in its use of the terms "join," "YOU," "MACHADO," "TRUEBA" and

11  "VARGAS." MGA Mexico will interpret the term "join" to mean "work as a full

12  time, salaried employee for."  MGA further objects to the definition of the phrase

13  "FORMER MATTEL EMPLOYEE" because of its reliance on the phrase

14  "MATTEL employee" which call for a legal conclusion.

15           (f)     MGA Mexico objects to the term "MATTEL

16  DOCUMENTS" (Definitions ¶ P) on the grounds that it is overbroad, unduly

17  burdensome, vague and ambiguous and designed to mislead and confuse the trier of

18  fact.  The definition includes "all DOCUMENTS authored by MATTEL or taken

19  from MATTEL and in the possession of MGA or any FORMER MATTEL

20  EMPLOYEE . . ." and lists a string of documents by Bates Numbers.  By including

21  "DOCUMENTS taken from MATTEL" without specifying authorship, the definition

22  includes within the term "MATTEL DOCUMENTS" documents in which Mattel has

23  no proprietary interest.  By example, news magazines or other publicly available

24  information taken from out of Mattel offices would thus be included in the definition.

25  In responding to these requests, MGA Mexico will interpret the term "MATTEL

26  DOCUMENTS" to mean the specific documents Mattel has identified by Bates

27  Numbers, while specifically denying that MGA Mexico has improperly "taken," or is

28  in improper possession of, any of those documents.

EXHIBIT ___2___

PAGE ___53___

-7-

1          (g)    MGA Mexico also objects to the phrase "REFER OR

2 RELATE TO" (Definitions ¶ U) on the grounds and to the extent it is overbroad,

3 unduly burdensome, and/or is vague and ambiguous in the context of the Requests as

4 written and as those requests would be plainly understood absent Mattel's vague and

5 confusing definitions.

6          (h)    MGA Mexico also objects to the term "SYSTEM" or

7 "SYSTEMS" (Definitions ¶ J) on the grounds and to the extent it is overbroad,

8 unduly burdensome, and/or is vague and ambiguous in the context of the Requests as

9 written.  Mattel purports to define these terms confusingly as "any computer or

10 network of computers or other network devices that allow two or more computers to

11 share information and equipment, including but not limited to local area networks,

12 wide area networks, storage area networks, client-server networks or peer-to-peer

13 networks," including the "brand, model number, technical specifications, and

14 capacities of the computers who are part of each such SYSTEM."  MGA Mexico

15 interprets "SYSTEM" as local area networks, wide area networks, storage area

16 networks, client-server networks or peer-to-peer networks, including such

17 SYSTEM's brand and model number.

18        16.    MGA Mexico objects to the Requests to the extent they seek the

19 production of documents in their native format where the burden of such production

20 outweighs the likelihood of discovering information that is relevant to the subject

21 matter of the claims or defenses in this action or calculated to lead to the discovery

22 of admissible evidence.

23        17.    MGA Mexico objects to the Requests on the grounds that they are

24 harassing, oppressive and unduly burdensome.  Mattel has already propounded over

25 700 requests for documents and things to MGA Mexico, MGA Entertainment (HK)

26 Limited and Isaac Larian ("the MGA Parties"), in response to which the MGA

27 Parties have already produced approximately 3.4 million pages of responsive

28

EXHIBIT __2__

PAGE __54__

-8-

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A                    MSW - Draft December 19, 2007 - 1:25 PM

1   documents.  MGA Mexico is, however, willing to meet and confer regarding the

2   Requests herein, in light of the responses and objections provided herein.

3   **SPECIFIC RESPONSES AND OBJECTIONS**

4         Without waiving or departing from its General Response and General

5   Objections and specifically incorporating its General Response and General

6   Objections into each of the Specific Responses and Objections below, MGA Mexico

7   makes the following specific responses and objections to the Requests:

8   REQUEST FOR PRODUCTION NO. 1:

9         A sample of each BRATZ PRODUCT including, without limitation, each

10  BRATZ DOLL, sold by YOU or YOUR licensees.

11  RESPONSE TO REQUEST FOR PRODUCTION NO. 1:

12        MGA Mexico incorporates by reference its General Response and General

13  Objections above, as though fully set forth herein and specifically incorporates

14  General Objection No. 15 (regarding Definitions), including without limitation MGA

15  Mexico's objection to the definition of the terms BRATZ, BRATZ PRODUCT, and

16  BRATZ DOLL.  MGA Mexico further objects to the request to the extent it seeks the

17  production of documents that are protected from disclosure under any applicable

18  privilege, doctrine or immunity, including without limitation the attorney-client

19  privilege, the work product doctrine, the right of privacy, and all other privileges

20  recognized under the constitutional, statutory or decisional law of the United States

21  of America, the State of California or any other applicable jurisdiction, including, but

22  not limited to, such laws existing in the United Mexican States.  MGA Mexico

23  further objects to this request on the grounds that it is overly broad and unduly

24  burdensome in that it seeks documents not relevant to the claims or defenses in this

25  action and not reasonably calculated to lead to the discovery of admissible evidence.

26  Mattel has not demonstrated how samples of *each and every* BRATZ PRODUCT

27  sold by YOU and YOUR licensees could be relevant to the claims and defenses in

28  this action.  The request is not limited to the subject matter of this action and is thus

**EXHIBIT** __2__

**PAGE** __55__

1  impermissibly overbroad.  <u>See</u> Magistrate Judge Infante's August 13, 2007 Order

2  ("Aug. 13 Order") at 9:17-20; <u>see also</u> Magistrate Judge Infante's May 22, 2007

3  Order ("May 22 Order") at 21:5-7 (requests that require production of documents

4  "merely mention[ing] MGA and Bratz but that otherwise have no relevance to the

5  claims and defenses in the suit" are impermissibly overbroad).  MGA Mexico further

6  objects to this request as being overly broad and unduly burdensome on the grounds

7  that it is not limited in time or geographic scope.  MGA Mexico further objects to

8  this request on the grounds that the terms BRATZ, BRATZ PRODUCT, and BRATZ

9  DOLL render the request vague, ambiguous, overly broad and unduly burdensome.

10  MGA Mexico further objects to the term "sample" as vague and ambiguous.  MGA

11  Mexico further objects to the request to the extent that it seeks items that by reason

12  of public distribution or otherwise are already in Mattel's possession or are readily

13  accessible to Mattel.  MGA Mexico further objects to the request to the extent that it

14  seeks items not in MGA Mexico's possession, custody or control.  MGA Mexico

15  further objects to the request to the extent it seeks confidential, proprietary or

16  commercially sensitive information, the disclosure of which would be inimical to the

17  business interests of MGA Mexico.

18      MGA Mexico further objects to this request as cumulative, duplicative, and

19  unduly burdensome to the extent that it seeks items previously requested by Mattel

20  and/or produced in response to Mattel's document requests.

21  REQUEST FOR PRODUCTION NO. 2:

22      All DOCUMENTS or tangible things that any of the FORMER MATTEL

23  EMPLOYEES removed, sent or transferred from MATTEL or removed, deleted,

24  copied, reproduced or transferred from any MATTEL computer or electronic storage

25  device.

26  RESPONSE TO REQUEST FOR PRODUCTION NO. 2:

27      MGA Mexico incorporates by reference its General Response and General

28  Objections above, as though fully set forth herein and specifically incorporates

**EXHIBIT  2**

**PAGE  56**

-10-

1  General Objection No. 15 (regarding Definitions), including without limitation MGA

2  Mexico's objection to the definition of the terms FORMER MATTEL EMPLOYEES

3  and MATTEL. MGA Mexico further objects to the request to the extent it seeks the

4  production of documents that are protected from disclosure under any applicable

5  privilege, doctrine or immunity, including without limitation the attorney-client

6  privilege, the work product doctrine, the right of privacy, and all other privileges

7  recognized under the constitutional, statutory or decisional law of the United States

8  of America, the State of California or any other applicable jurisdiction, including, but

9  not limited to, such laws existing in the United Mexican States. MGA Mexico

10 further objects to this request on the grounds that it is overly broad and unduly

11 burdensome in that it seeks documents not relevant to the claims or defenses in this

12 action and not reasonably calculated to lead to the discovery of admissible evidence.

13 Mattel has not demonstrated how *all* DOCUMENTS or tangible things that any of

14 the FORMER MATTEL EMPLOYEES removed, sent or transferred from MATTEL

15 or removed, deleted, copied, reproduced or transferred from any MATTEL computer

16 or electronic storage device, could be relevant to the claims and defenses in this

17 action. The request is not limited to the subject matter of this action and is thus

18 impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.

19 MGA Mexico further objects to this request as being overly broad and unduly

20 burdensome on the grounds that it is not limited in time or geographic scope. MGA

21 Mexico further objects to this request on the grounds that the terms FORMER

22 MATTEL EMPLOYEES and MATTEL render the request vague, ambiguous, overly

23 broad and unduly burdensome. MGA Mexico further objects to the terms

24 "removed," "transferred" and "reproduced" as vague and ambiguous in the context of

25 this request. MGA Mexico further objects to the request to the extent that it seeks

26 documents that by reason of public filing, public distribution or otherwise are already

27 in Mattel's possession or are readily accessible to Mattel. MGA Mexico further

28

EXHIBIT __2__

PAGE __57__

-11-

1  objects to the request to the extent that it seeks documents not in MGA Mexico's

2  possession, custody or control.

3       MGA Mexico further objects to this request as cumulative, duplicative, and

4  unduly burdensome to the extent that it seeks documents previously requested by

5  Mattel and/or produced in response to Mattel's document requests.

6  REQUEST FOR PRODUCTION NO. 3:

7       All DOCUMENTS which YOU contend were prepared by any FORMER

8  MATTEL EMPLOYEE for the benefit of YOU at any time prior to April 20, 2004.

9  RESPONSE TO REQUEST FOR PRODUCTION NO. 3:

10       MGA Mexico incorporates by reference its General Response and General

11  Objections above, as though fully set forth herein and specifically incorporates

12  General Objection No. 15 (regarding Definitions), including without limitation MGA

13  Mexico's objection to the definition of the term FORMER MATTEL EMPLOYEE.

14  MGA Mexico further objects to the request to the extent it seeks the production of

15  documents that are protected from disclosure under any applicable privilege, doctrine

16  or immunity, including without limitation the attorney-client privilege, the work

17  product doctrine, the right of privacy, and all other privileges recognized under the

18  constitutional, statutory or decisional law of the United States of America, the State

19  of California or any other applicable jurisdiction, including, but not limited to, such

20  laws existing in the United Mexican States. MGA Mexico further objects to this

21  request on the grounds that it is overly broad and unduly burdensome in that it seeks

22  documents not relevant to the claims or defenses in this action and not reasonably

23  calculated to lead to the discovery of admissible evidence. Mattel has not

24  demonstrated how *all* DOCUMENTS prepared by any FORMER MATTEL

25  EMPLOYEE for the benefit of MGA Mexico at any time prior to April 20, 2004

26  could be relevant to the claims and defenses in this action. The request is not limited

27  to the subject matter of this action and is thus impermissibly overbroad. See Aug. 13

28  Order at 9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this

EXHIBIT __2__

PAGE __58__

-12-

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A           MSW - Draft December 19, 2007 - 1:25 PM

1 request as being overly broad and unduly burdensome on the grounds that it is not

2 sufficiently limited in geographic scope. MGA Mexico further objects to this request

3 on the grounds that the term FORMER MATTEL EMPLOYEE renders the request

4 vague, ambiguous, overly broad and unduly burdensome. MGA Mexico further

5 objects to the phrases "prepared by" and "for the benefit of" as vague and ambiguous.

6 MGA Mexico further objects to the request to the extent that it seeks documents that

7 by reason of public filing, public distribution or otherwise are already in Mattel's

8 possession or are readily accessible to Mattel. MGA Mexico further objects to the

9 request to the extent that it seeks documents not in MGA Mexico's possession,

10 custody or control. MGA Mexico further objects to the request to the extent it seeks

11 confidential, proprietary or commercially sensitive information, the disclosure of

12 which would be inimical to the business interests of MGA Mexico. MGA Mexico

13 further objects to the request to the extent it violates the privacy rights of third parties

14 to their private, confidential, proprietary or trade secret information.

15     MGA Mexico further objects to this request as cumulative, duplicative, and

16 unduly burdensome to the extent that it seeks documents previously requested by

17 Mattel and/or produced in response to Mattel's document requests.

18 REQUEST FOR PRODUCTION NO. 4:

19     All DOCUMENTS authored by a MATTEL employee or for MATTEL'S

20 benefit.

21 RESPONSE TO REQUEST FOR PRODUCTION NO. 4:

22     MGA Mexico incorporates by reference its General Response and General

23 Objections above, as though fully set forth herein and specifically incorporates

24 General Objection No. 15 (regarding Definitions), including without limitation MGA

25 Mexico's objection to the definition of the term MATTEL. MGA Mexico further

26 objects to the request to the extent it seeks the production of documents that are

27 protected from disclosure under any applicable privilege, doctrine or immunity,

28 including without limitation the attorney-client privilege, the work product doctrine,

EXHIBIT __2__

PAGE __59__

-13-

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A            MSW - Draft December 19, 2007 - 1:25 PM

1   the right of privacy, and all other privileges recognized under the constitutional,

2   statutory or decisional law of the United States of America, the State of California or

3   any other applicable jurisdiction, including, but not limited to, such laws existing in

4   the United Mexican States.  MGA Mexico further objects to this request on the

5   grounds that it is overly broad and unduly burdensome in that it seeks documents not

6   relevant to the claims or defenses in this action and not reasonably calculated to lead

7   to the discovery of admissible evidence.  Mattel has not demonstrated how *all*

8   DOCUMENTS authored by a MATTEL employee or for MATTEL'S benefit could

9   be relevant to the claims and defenses in this action.  The request is not limited to the

10  subject matter of this action and is thus impermissibly overbroad.  See Aug. 13 Order

11  at 9:17-20; May 22 Order at 21:5-7.  MGA Mexico further objects to this request as

12  being overly broad and unduly burdensome on the grounds that it is not limited in

13  time or geographic scope.  MGA Mexico further objects to this request on the

14  grounds that the term MATTEL renders the request vague, ambiguous, overly broad

15  and unduly burdensome.  MGA Mexico further objects to the phrases "authored by"

16  and "for MATTEL'S benefit" as vague and ambiguous, and to the term "employee"

17  as calling for a legal conclusion.  MGA Mexico further objects to the request to the

18  extent that it seeks documents that by reason of public filing, public distribution or

19  otherwise are already in Mattel's possession or are readily accessible to Mattel.

20  MGA Mexico further objects to the request to the extent that it seeks documents not

21  in MGA Mexico's possession, custody or control.

22          MGA Mexico further objects to this request as cumulative, duplicative, and

23  unduly burdensome to the extent that it seeks documents previously requested by

24  Mattel and/or produced in response to Mattel's document requests.

25  REQUEST FOR PRODUCTION NO. 5:

26          ALL DOCUMENTS that REFER or RELATE to ANY MATTEL product,

27  plan or business information.

28

EXHIBIT __2__
PAGE __60__

-14-

RESPONSE TO REQUEST FOR PRODUCTION NO. 5:

MGA Mexico incorporates by reference its General Response and General Objections above, as though fully set forth herein and specifically incorporates General Objection No. 15 (regarding Definitions), including without limitation MGA Mexico's objection to the definition of the terms REFER OR RELATE TO and MATTEL. MGA Mexico further objects to the request to the extent it seeks the production of documents that are protected from disclosure under any applicable privilege, doctrine or immunity, including without limitation the attorney-client privilege, the work product doctrine, the right of privacy, and all other privileges recognized under the constitutional, statutory or decisional law of the United States of America, the State of California or any other applicable jurisdiction, including, but not limited to, such laws existing in the United Mexican States. MGA Mexico further objects to this request on the grounds that it is overly broad and unduly burdensome in that it seeks documents not relevant to the claims or defenses in this action and not reasonably calculated to lead to the discovery of admissible evidence. Mattel has not demonstrated how *all* DOCUMENTS that REFER or RELATE to ANY MATTEL product, plan or business information could be relevant to the claims and defenses in this action. The request is not limited to the subject matter of this action and is thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this request as being overly broad and unduly burdensome on the grounds that it is not limited in time or geographic scope. MGA Mexico further objects to this request on the grounds that the terms REFER OR RELATE TO and MATTEL render the request vague, ambiguous, overly broad and unduly burdensome. MGA Mexico further objects to the phrase "plan or business information" as vague and ambiguous. MGA Mexico further objects to the request to the extent that it seeks documents that by reason of public filing, public distribution or otherwise are already in Mattel's possession or are readily accessible to Mattel. MGA Mexico further objects to the request to the

EXHIBIT __2__

PAGE __61__

-15-

1  extent that it seeks documents not in MGA Mexico's possession, custody or control.

2  MGA Mexico further objects to the request to the extent it seeks confidential,

3  proprietary or commercially sensitive information, the disclosure of which would be

4  inimical to the business interests of MGA Mexico.  MGA Mexico further objects to

5  the request to the extent it violates the privacy rights of third parties to their private,

6  confidential, proprietary or trade secret information.

7  MGA Mexico further objects to this request as cumulative, duplicative, and

8  unduly burdensome to the extent that it seeks documents previously requested by

9  Mattel and/or produced in response to Mattel's document requests.

10  REQUEST FOR PRODUCTION NO. 6:

11  Copies of all DOCUMENTS that were seized by Mexican authorities from

12  YOUR office or any facility of YOURS.

13  RESPONSE TO REQUEST FOR PRODUCTION NO. 6:

14  MGA Mexico incorporates by reference its General Response and General

15  Objections above, as though fully set forth herein.  MGA Mexico further objects to

16  the request to the extent it seeks the production of documents that are protected from

17  disclosure under any applicable privilege, doctrine or immunity, including without

18  limitation the attorney-client privilege, the work product doctrine, the right of

19  privacy, and all other privileges recognized under the constitutional, statutory or

20  decisional law of the United States of America, the State of California or any other

21  applicable jurisdiction, including, but not limited to, such laws existing in the United

22  Mexican States.  MGA Mexico further objects to this request on the grounds that it is

23  overly broad and unduly burdensome in that it seeks documents not relevant to the

24  claims or defenses in this action and not reasonably calculated to lead to the

25  discovery of admissible evidence.  Mattel has not demonstrated how *all* purported

26  DOCUMENTS that were seized by Mexican authorities from YOUR office or

27  facilities could be relevant to the claims and defenses in this action.  The request is

28  not limited to the subject matter of this action and is thus impermissibly overbroad.

EXHIBIT __2__

PAGE __62__

-16-

1  See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7. MGA Mexico further
2  objects to this request as being overly broad and unduly burdensome on the grounds
3  that it is not limited in time or geographic scope. MGA Mexico further objects to the
4  phrases "seized by," "Mexican authorities" and "YOUR office or any facility of
5  YOURS" as vague and ambiguous. MGA Mexico further objects to the request to
6  the extent that it seeks documents that by reason of public filing, public distribution
7  or otherwise are already in Mattel's possession or are readily accessible to Mattel.
8  MGA Mexico further objects to the request to the extent that it seeks documents not
9  in MGA Mexico's possession, custody or control. MGA Mexico further objects to
10 the request to the extent it seeks confidential, proprietary or commercially sensitive
11 information, the disclosure of which would be inimical to the business interests of
12 MGA Mexico. MGA Mexico further objects to the request to the extent it violates
13 the privacy rights of third parties to their private, confidential, proprietary or trade
14 secret information.
15       MGA Mexico further objects to this request as cumulative, duplicative, and
16 unduly burdensome to the extent that it seeks documents previously requested by
17 Mattel and/or produced in response to Mattel's document requests.
18 REQUEST FOR PRODUCTION NO. 7:
19       All DOCUMENTS that REFER OR RELATE TO the DOCUMENTS, data
20 and/or information that were seized by Mexican authorities from YOUR office or
21 any facility of YOURS.
22 RESPONSE TO REQUEST FOR PRODUCTION NO. 7:
23       MGA Mexico incorporates by reference its General Response and General
24 Objections above, as though fully set forth herein and specifically incorporates
25 General Objection No. 15 (regarding Definitions), including without limitation MGA
26 Mexico's objection to the definition of the term REFER OR RELATE TO. MGA
27 Mexico further objects to the request to the extent it seeks the production of
28 documents that are protected from disclosure under any applicable privilege, doctrine

EXHIBIT __2__

PAGE __63__

-17-

1  or immunity, including without limitation the attorney-client privilege, the work

2  product doctrine, the right of privacy, and all other privileges recognized under the

3  constitutional, statutory or decisional law of the United States of America, the State

4  of California or any other applicable jurisdiction, including, but not limited to, such

5  laws existing in the United Mexican States.  MGA Mexico further objects to this

6  request on the grounds that it is overly broad and unduly burdensome in that it seeks

7  documents not relevant to the claims or defenses in this action and not reasonably

8  calculated to lead to the discovery of admissible evidence.  Mattel has not

9  demonstrated how *all* DOCUMENTS that REFER OR RELATE TO the

10  DOCUMENTS, data and/or information that were seized by Mexican authorities

11  from YOUR offices or facilities could be relevant to the claims and defenses in this

12  action.  The request is not limited to the subject matter of this action and is thus

13  impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.

14  MGA Mexico further objects to this request as being overly broad and unduly

15  burdensome on the grounds that it is not limited in time or geographic scope.  MGA

16  Mexico further objects to this request on the grounds that the term REFER OR

17  RELATE TO renders the request vague, ambiguous, overly broad and unduly

18  burdensome.  MGA Mexico further objects to the phrases "data and/or information,"

19  "seized by," "Mexican authorities" and "YOUR office or any facility of YOURS" as

20  vague and ambiguous.  MGA Mexico further objects to the request to the extent that

21  it seeks documents that by reason of public filing, public distribution or otherwise

22  are already in Mattel's possession or are readily accessible to Mattel.  MGA Mexico

23  further objects to the request to the extent that it seeks documents not in MGA

24  Mexico's possession, custody or control.  MGA Mexico further objects to the request

25  to the extent it seeks confidential, proprietary or commercially sensitive information,

26  the disclosure of which would be inimical to the business interests of MGA Mexico.

27  MGA Mexico further objects to the request to the extent it violates the privacy rights

28  of third parties to their private, confidential, proprietary or trade secret information.

EXHIBIT __2__

PAGE __64__

-18-

1    MGA Mexico further objects to this request as cumulative, duplicative, and

2  unduly burdensome to the extent that it seeks documents previously requested by

3  Mattel and/or produced in response to Mattel's document requests.

4  REQUEST FOR PRODUCTION NO. 8:

5    All DOCUMENTS, including all COMMUNICATIONS, that REFER OR

6  RELATE TO the search of YOUR office or any facility of YOURS that was

7  conducted by Mexican authorities.

8  RESPONSE TO REQUEST FOR PRODUCTION NO. 8:

9    MGA Mexico incorporates by reference its General Response and General

10  Objections above, as though fully set forth herein and specifically incorporates

11  General Objection No. 15 (regarding Definitions), including without limitation MGA

12  Mexico's objection to the definition of the term REFER OR RELATE TO.  MGA

13  Mexico further objects to the request to the extent it seeks the production of

14  documents that are protected from disclosure under any applicable privilege, doctrine

15  or immunity, including without limitation the attorney-client privilege, the work

16  product doctrine, the right of privacy, and all other privileges recognized under the

17  constitutional, statutory or decisional law of the United States of America, the State

18  of California or any other applicable jurisdiction, including, but not limited to, such

19  laws existing in the United Mexican States.  MGA Mexico further objects to this

20  request on the grounds that it is overly broad and unduly burdensome in that it seeks

21  documents not relevant to the claims or defenses in this action and not reasonably

22  calculated to lead to the discovery of admissible evidence.  Mattel has not

23  demonstrated how *all* DOCUMENTS that REFER OR RELATE TO the search of

24  YOUR offices or facilities that was conducted by Mexican authorities, could be

25  relevant to the claims and defenses in this action.  The request is not limited to the

26  subject matter of this action and is thus impermissibly overbroad.  See Aug. 13 Order

27  at 9:17-20; May 22 Order at 21:5-7.  MGA Mexico further objects to this request as

28  being overly broad and unduly burdensome on the grounds that it is not limited in

EXHIBIT 2

PAGE 65

-19-

1 | time or geographic scope. MGA Mexico further objects to this request on the
2 | grounds that the term REFER OR RELATE TO renders the request vague,
3 | ambiguous, overly broad and unduly burdensome. MGA Mexico further objects to
4 | the phrases "YOUR office or any facility of YOURS" and "Mexican authorities" as
5 | vague and ambiguous. MGA Mexico further objects to the request to the extent that
6 | it seeks documents that by reason of public filing, public distribution or otherwise
7 | are already in Mattel's possession or are readily accessible to Mattel. MGA Mexico
8 | further objects to the request to the extent that it seeks documents not in MGA
9 | Mexico's possession, custody or control. MGA Mexico further objects to the request
10 | to the extent it seeks confidential, proprietary or commercially sensitive information,
11 | the disclosure of which would be inimical to the business interests of MGA Mexico.
12 | MGA Mexico further objects to the request to the extent it violates the privacy rights
13 | of third parties to their private, confidential, proprietary or trade secret information.
14 |      MGA Mexico further objects to this request as cumulative, duplicative, and
15 | unduly burdensome to the extent that it seeks documents previously requested by
16 | Mattel and/or produced in response to Mattel's document requests.
17 | REQUEST FOR PRODUCTION NO. 9:
18 |      All DOCUMENTS that REFER OR RELATE TO the email account
19 | <plot04@aol.com>, including but not limited to all emails and attachments sent from,
20 | sent to, received by, transmitted by way of or through and/or stored in such account
21 | in any manner.
22 | RESPONSE TO REQUEST FOR PRODUCTION NO. 9:
23 |      MGA Mexico incorporates by reference its General Response and General
24 | Objections above, as though fully set forth herein and specifically incorporates
25 | General Objection No. 15 (regarding Definitions), including without limitation MGA
26 | Mexico's objection to the definition of the term REFER OR RELATE TO. MGA
27 | Mexico further objects to the request to the extent it seeks the production of
28 | documents that are protected from disclosure under any applicable privilege, doctrine

**EXHIBIT 2**
**PAGE 66**

-20-

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A     MSW - Draft December 19, 2007 - 1:25 PM

1  or immunity, including without limitation the attorney-client privilege, the work

2  product doctrine, the right of privacy, and all other privileges recognized under the

3  constitutional, statutory or decisional law of the United States of America, the State

4  of California or any other applicable jurisdiction, including, but not limited to, such

5  laws existing in the United Mexican States. MGA Mexico further objects to this

6  request on the grounds that it is overly broad and unduly burdensome in that it seeks

7  documents not relevant to the claims or defenses in this action and not reasonably

8  calculated to lead to the discovery of admissible evidence. Mattel has not

9  demonstrated how *all* DOCUMENTS that REFER OR RELATE TO the email

10 account plot04@aol.com could be relevant to the claims and defenses in this action.

11 The request is not limited to the subject matter of this action and is thus

12 impermissibly overbroad. <u>See</u> Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.

13 MGA Mexico further objects to this request as being overly broad and unduly

14 burdensome on the grounds that it is not limited in time or geographic scope. MGA

15 Mexico further objects to this request on the grounds that the term REFER OR

16 RELATE TO renders the request vague, ambiguous, overly broad and unduly

17 burdensome. MGA Mexico further objects to the phrases "transmitted by way of or

18 through," and "stored in" as vague and ambiguous. MGA Mexico further objects to

19 the request to the extent that it seeks documents that by reason of public filing,

20 public distribution or otherwise are already in Mattel's possession or are readily

21 accessible to Mattel. MGA Mexico further objects to the request to the extent that it

22 seeks documents not in MGA Mexico's possession, custody or control. MGA

23 Mexico further objects to the request to the extent it violates the privacy rights of

24 third parties to their private, confidential, proprietary or trade secret information.

25     MGA Mexico further objects to this request as cumulative, duplicative, and

26 unduly burdensome to the extent that it seeks documents previously requested by

27 Mattel and/or produced in response to Mattel's document requests.

28

EXHIBIT __2__

PAGE __67__

-21-

REQUEST FOR PRODUCTION NO. 10:

All DOCUMENTS that REFER OR RELATE TO when the email account <plot04@aol.com> was first registered, set up or established.

RESPONSE TO REQUEST FOR PRODUCTION NO. 10:

MGA Mexico incorporates by reference its General Response and General Objections above, as though fully set forth herein and specifically incorporates General Objection No. 15 (regarding Definitions), including without limitation MGA Mexico's objection to the definition of the term REFER OR RELATE TO. MGA Mexico further objects to the request to the extent it seeks the production of documents that are protected from disclosure under any applicable privilege, doctrine or immunity, including without limitation the attorney-client privilege, the work product doctrine, the right of privacy, and all other privileges recognized under the constitutional, statutory or decisional law of the United States of America, the State of California or any other applicable jurisdiction, including, but not limited to, such laws existing in the United Mexican States. MGA Mexico further objects to this request on the grounds that it is overly broad and unduly burdensome in that it seeks documents not relevant to the claims or defenses in this action and not reasonably calculated to lead to the discovery of admissible evidence. Mattel has not demonstrated how *all* DOCUMENTS that REFER OR RELATE TO when the email account <plot04@aol.com> was first registered, set up or established could be relevant to the claims and defenses in this action. The request is not limited to the subject matter of this action and is thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this request as being overly broad and unduly burdensome on the grounds that it is not limited in time or geographic scope. MGA Mexico further objects to this request on the grounds that the term "REFER OR RELATE TO" renders the request vague, ambiguous, overly broad and unduly burdensome. MGA Mexico further objects to the term "established" as vague and ambiguous. MGA Mexico further objects to the

EXHIBIT __2__

PAGE __68__

-22-

1   request to the extent that it seeks documents that by reason of public filing, public

2   distribution or otherwise are already in Mattel's possession or are readily accessible

3   to Mattel.  MGA Mexico further objects to the request to the extent that it seeks

4   documents not in MGA Mexico's possession, custody or control.  MGA Mexico

5   further objects to the request to the extent it violates the privacy rights of third parties

6   to their private, confidential, proprietary or trade secret information.

7          MGA Mexico further objects to this request as cumulative, duplicative, and

8   unduly burdensome to the extent that it seeks documents previously requested by

9   Mattel and/or produced in response to Mattel's document requests.

10   REQUEST FOR PRODUCTION NO. 11:

11          All DOCUMENTS that IDENTIFY each PERSON who registered, set up,

12   established or used the email account <plot04@aol.com>.

13   RESPONSE TO REQUEST FOR PRODUCTION NO. 11:

14          MGA Mexico incorporates by reference its General Response and General

15   Objections above, as though fully set forth herein and specifically incorporates

16   General Objection No. 15 (regarding Definitions).  MGA Mexico further objects to

17   the request to the extent it seeks the production of documents that are protected from

18   disclosure under any applicable privilege, doctrine or immunity, including without

19   limitation the attorney-client privilege, the work product doctrine, the right of

20   privacy, and all other privileges recognized under the constitutional, statutory or

21   decisional law of the United States of America, the State of California or any other

22   applicable jurisdiction, including, but not limited to, such laws existing in the United

23   Mexican States.  MGA Mexico further objects to this request on the grounds that it is

24   overly broad and unduly burdensome in that it seeks documents not relevant to the

25   claims or defenses in this action and not reasonably calculated to lead to the

26   discovery of admissible evidence.  Mattel has not demonstrated how *all*

27   DOCUMENTS that IDENTIFY each PERSON who registered, set up, established or

28   used the email account plot04@aol.com could be relevant to the claims and defenses

EXHIBIT __2__

PAGE __69__

-23-

1  in this action.  The request is not limited to the subject matter of this action and is

2  thus impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-

3  7.  MGA Mexico further objects to this request as being overly broad and unduly

4  burdensome on the grounds that it is not limited in time or geographic scope.  MGA

5  Mexico further objects to the terms "used" and "established" as vague and

6  ambiguous.  MGA Mexico further objects to the request to the extent that it seeks

7  documents that by reason of public filing, public distribution or otherwise are already

8  in Mattel's possession or are readily accessible to Mattel.  MGA Mexico further

9  objects to the request to the extent that it seeks documents not in MGA Mexico's

10  possession, custody or control.  MGA Mexico further objects to the request to the

11  extent it violates the privacy rights of third parties to their private, confidential,

12  proprietary or trade secret information.

13      MGA Mexico further objects to this request as cumulative, duplicative, and

14  unduly burdensome to the extent that it seeks documents previously requested by

15  Mattel and/or produced in response to Mattel's document requests.

16  REQUEST FOR PRODUCTION NO. 12:

17      All DOCUMENTS that REFER OR RELATE TO the email account

18  <argentrade@aol.com>, including but not limited to all emails and attachments sent

19  from, sent to, received by, transmitted by way of or through and/or stored in such

20  account in any manner.

21  RESPONSE TO REQUEST FOR PRODUCTION NO. 12:

22      MGA Mexico incorporates by reference its General Response and General

23  Objections above, as though fully set forth herein and specifically incorporates

24  General Objection No. 15 (regarding Definitions), including without limitation MGA

25  Mexico's objection to the definition of the term REFER OR RELATE TO.  MGA

26  Mexico further objects to the request to the extent it seeks the production of

27  documents that are protected from disclosure under any applicable privilege, doctrine

28  or immunity, including without limitation the attorney-client privilege, the work

EXHIBIT __2__

PAGE ___70___

-24-

1 | product doctrine, the right of privacy, and all other privileges recognized under the
2 | constitutional, statutory or decisional law of the United States of America, the State
3 | of California or any other applicable jurisdiction, including, but not limited to, such
4 | laws existing in the United Mexican States. MGA Mexico further objects to this
5 | request on the grounds that it is overly broad and unduly burdensome in that it seeks
6 | documents not relevant to the claims or defenses in this action and not reasonably
7 | calculated to lead to the discovery of admissible evidence. Mattel has not
8 | demonstrated how *all* DOCUMENTS that REFER OR RELATE TO the email
9 | account argentrade@aol.com could be relevant to the claims and defenses in this
10 | action. The request is not limited to the subject matter of this action and is thus
11 | impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.
12 | MGA Mexico further objects to this request as being overly broad and unduly
13 | burdensome on the grounds that it is not limited in time or geographic scope. MGA
14 | Mexico further objects to this request on the grounds that the term REFER OR
15 | RELATE TO renders the request vague, ambiguous, overly broad and unduly
16 | burdensome. MGA Mexico further objects to the phrases "transmitted by way of or
17 | through" and "stored" as vague and ambiguous. MGA Mexico further objects to the
18 | request to the extent that it seeks documents that by reason of public filing, public
19 | distribution or otherwise are already in Mattel's possession or are readily accessible
20 | to Mattel. MGA Mexico further objects to the request to the extent that it seeks
21 | documents not in MGA Mexico's possession, custody or control. MGA Mexico
22 | further objects to the request to the extent it violates the privacy rights of third parties
23 | to their private, confidential, proprietary or trade secret information.

24 |      MGA Mexico further objects to this request as cumulative, duplicative, and
25 | unduly burdensome to the extent that it seeks documents previously requested by
26 | Mattel and/or produced in response to Mattel's document requests.

27 |
28 |

EXHIBIT __2__
PAGE __71__

-25-

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A              MSW - Draft December 19, 2007 - 1:25 PM

1  REQUEST FOR PRODUCTION NO. 13:

2      All DOCUMENTS given, sent or transmitted from or shared by YOU to any

3  FORMER MATTEL EMPLOYEE prior to April 20, 2004.

4  RESPONSE TO REQUEST FOR PRODUCTION NO. 13:

5      MGA Mexico incorporates by reference its General Response and General

6  Objections above, as though fully set forth herein and specifically incorporates

7  General Objection No. 15 (regarding Definitions), including without limitation MGA

8  Mexico's objection to the definition of the terms FORMER MATTEL EMPLOYEE.

9  MGA Mexico further objects to the request to the extent it seeks the production of

10  documents that are protected from disclosure under any applicable privilege, doctrine

11  or immunity, including without limitation the attorney-client privilege, the work

12  product doctrine, the right of privacy, and all other privileges recognized under the

13  constitutional, statutory or decisional law of the United States of America, the State

14  of California or any other applicable jurisdiction, including, but not limited to, such

15  laws existing in the United Mexican States.  MGA Mexico further objects to this

16  request on the grounds that it is overly broad and unduly burdensome in that it seeks

17  documents not relevant to the claims or defenses in this action and not reasonably

18  calculated to lead to the discovery of admissible evidence.  Mattel has not

19  demonstrated how *all* DOCUMENTS given, sent or transmitted from or shared by

20  YOU to any FORMER MATTEL EMPLOYEE prior to April 20, 2004 could be

21  relevant to the claims and defenses in this action.  The request is not limited to the

22  subject matter of this action and is thus impermissibly overbroad.  See Aug. 13 Order

23  at 9:17-20; May 22 Order at 21:5-7.  MGA Mexico further objects to this request as

24  being overly broad and unduly burdensome on the grounds that it is not sufficiently

25  limited in time or geographic scope.  MGA Mexico further objects to this request on

26  the grounds that the term FORMER MATTEL EMPLOYEE renders the request

27  vague, ambiguous, overly broad and unduly burdensome.  MGA Mexico further

28  objects to the request to the extent that it seeks documents that by reason of public

EXHIBIT __2__

PAGE __72__

-26-

1   filing, public distribution or otherwise are already in Mattel's possession or are

2   readily accessible to Mattel. MGA Mexico further objects to the request to the

3   extent that it seeks documents not in MGA Mexico's possession, custody or control.

4   MGA Mexico further objects to the request to the extent it seeks confidential,

5   proprietary or commercially sensitive information, the disclosure of which would be

6   inimical to the business interests of MGA Mexico. MGA Mexico further objects to

7   the request to the extent it violates the privacy rights of third parties to their private,

8   confidential, proprietary or trade secret information.

9       MGA Mexico further objects to this request as cumulative, duplicative, and

10   unduly burdensome to the extent that it seeks documents previously requested by

11   Mattel and/or produced in response to Mattel's document requests.

12   REQUEST FOR PRODUCTION NO. 14:

13       All DOCUMENTS given, sent or transmitted to or shared with YOU from or

14   by, whether directly or indirectly, any of the FORMER MATTEL EMPLOYEES

15   prior to April 20, 2004.

16   RESPONSE TO REQUEST FOR PRODUCTION NO. 14:

17       MGA Mexico incorporates by reference its General Response and General

18   Objections above, as though fully set forth herein and specifically incorporates

19   General Objection No. 15 (regarding Definitions), including without limitation MGA

20   Mexico's objection to the definition of the term FORMER MATTEL EMPLOYEES.

21   MGA Mexico further objects to the request to the extent it seeks the production of

22   documents that are protected from disclosure under any applicable privilege, doctrine

23   or immunity, including without limitation the attorney-client privilege, the work

24   product doctrine, the right of privacy, and all other privileges recognized under the

25   constitutional, statutory or decisional law of the United States of America, the State

26   of California or any other applicable jurisdiction, including, but not limited to, such

27   laws existing in the United Mexican States. MGA Mexico further objects to this

28   request on the grounds that it is overly broad and unduly burdensome in that it seeks

EXHIBIT __2__

PAGE __73__

-27-

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A      MSW - Draft December 19, 2007 - 1:25 PM

1  documents not relevant to the claims or defenses in this action and not reasonably

2  calculated to lead to the discovery of admissible evidence. Mattel has not

3  demonstrated how *all* DOCUMENTS given, sent or transmitted to or shared with

4  YOU from or by any of the FORMER MATTEL EMPLOYEES prior to April 20,

5  2004 could be relevant to the claims and defenses in this action. The request is not

6  limited to the subject matter of this action and is thus impermissibly overbroad. See

7  Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to

8  this request as being overly broad and unduly burdensome on the grounds that it is

9  not sufficiently limited in geographic scope. MGA Mexico further objects to this

10  request on the grounds that the term FORMER MATTEL EMPLOYEES renders the

11  request vague, ambiguous, overly broad and unduly burdensome. MGA Mexico

12  further objects to the term "indirectly" as vague and ambiguous. MGA Mexico

13  further objects to the request to the extent that it seeks documents that by reason of

14  public filing, public distribution or otherwise are already in Mattel's possession or

15  are readily accessible to Mattel. MGA Mexico further objects to the request to the

16  extent that it seeks documents not in MGA Mexico's possession, custody or control.

17  MGA Mexico further objects to the request to the extent it seeks confidential,

18  proprietary or commercially sensitive information, the disclosure of which would be

19  inimical to the business interests of MGA Mexico. MGA Mexico further objects to

20  the request to the extent it violates the privacy rights of third parties to their private,

21  confidential, proprietary or trade secret information.

22        MGA Mexico further objects to this request as cumulative, duplicative, and

23  unduly burdensome to the extent that it seeks documents previously requested by

24  Mattel and/or produced in response to Mattel's document requests.

25  REQUEST FOR PRODUCTION NO. 15:

26        All COMMUNICATIONS between YOU and any of the FORMER MATTEL

27  EMPLOYEES prior to April 20, 2004.

28

EXHIBIT __2__
PAGE __74__

-28-

RESPONSE TO REQUEST FOR PRODUCTION NO. 15:

MGA Mexico incorporates by reference its General Response and General Objections above, as though fully set forth herein and specifically incorporates General Objection No. 15 (regarding Definitions), including without limitation MGA Mexico's objection to the definition of the term FORMER MATTEL EMPLOYEES. MGA Mexico further objects to the request to the extent it seeks the production of documents that are protected from disclosure under any applicable privilege, doctrine or immunity, including without limitation the attorney-client privilege, the work product doctrine, the right of privacy, and all other privileges recognized under the constitutional, statutory or decisional law of the United States of America, the State of California or any other applicable jurisdiction, including, but not limited to, such laws existing in the United Mexican States. MGA Mexico further objects to this request on the grounds that it is overly broad and unduly burdensome in that it seeks documents not relevant to the claims or defenses in this action and not reasonably calculated to lead to the discovery of admissible evidence. Mattel has not demonstrated how *all* COMMUNICATIONS between YOU and any of the FORMER MATTEL EMPLOYEES prior to April 20, 2004 could be relevant to the claims and defenses in this action. The request is not limited to the subject matter of this action and is thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this request as being overly broad and unduly burdensome on the grounds that it is not sufficiently limited in geographic scope. MGA Mexico further objects to this request on the grounds that the term FORMER MATTEL EMPLOYEES renders the request vague, ambiguous, overly broad and unduly burdensome. MGA Mexico further objects to the request to the extent that it seeks documents that by reason of public filing, public distribution or otherwise are already in Mattel's possession or are readily accessible to Mattel. MGA Mexico further objects to the request to the extent that it seeks documents not in MGA Mexico's possession, custody or control. MGA Mexico further objects to

EXHIBIT 2

PAGE 75

-29-

1  the request to the extent it seeks confidential, proprietary or commercially sensitive

2  information, the disclosure of which would be inimical to the business interests of

3  MGA Mexico.  MGA Mexico further objects to the request to the extent it violates

4  the privacy rights of third parties to their private, confidential, proprietary or trade

5  secret information.

6       MGA Mexico further objects to this request as cumulative, duplicative, and

7  unduly burdensome to the extent that it seeks documents previously requested by

8  Mattel and/or produced in response to Mattel's document requests.

9  REQUEST FOR PRODUCTION NO. 16:

10      All COMMUNICATIONS between YOU and any of the FORMER MATTEL

11 EMPLOYEES that REFER OR RELATE TO their employment or potential

12 employment with YOU.

13 RESPONSE TO REQUEST FOR PRODUCTION NO. 16:

14      MGA Mexico incorporates by reference its General Response and General

15 Objections above, as though fully set forth herein and specifically incorporates

16 General Objection No. 15 (regarding Definitions), including without limitation MGA

17 Mexico's objection to the definition of the terms REFER OR RELATE TO and

18 FORMER MATTEL EMPLOYEES.  MGA Mexico further objects to the request to

19 the extent it seeks the production of documents that are protected from disclosure

20 under any applicable privilege, doctrine or immunity, including without limitation

21 the attorney-client privilege, the work product doctrine, the right of privacy, and all

22 other privileges recognized under the constitutional, statutory or decisional law of

23 the United States of America, the State of California or any other applicable

24 jurisdiction, including, but not limited to, such laws existing in the United Mexican

25 States.  MGA Mexico further objects to this request on the grounds that it is overly

26 broad and unduly burdensome in that it seeks documents not relevant to the claims or

27 defenses in this action and not reasonably calculated to lead to the discovery of

28 admissible evidence.  Mattel has not demonstrated how *all* COMMUNICATIONS

EXHIBIT __2__

PAGE __76__

-30-

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A      MSW - Draft December 19, 2007 - 1:25 PM

1 between YOU and any of the FORMER MATTEL EMPLOYEES that REFER OR

2 RELATE TO their employment or potential employment with YOU, could be

3 relevant to the claims and defenses in this action.  The request is not limited to the

4 subject matter of this action and is thus impermissibly overbroad.  See Aug. 13 Order

5 at 9:17-20; May 22 Order at 21:5-7.  MGA Mexico further objects to this request as

6 being overly broad and unduly burdensome on the grounds that it is not limited in

7 time or geographic scope.  MGA Mexico further objects to this request on the

8 grounds that the term FORMER MATTEL EMPLOYEES renders the request vague,

9 ambiguous, overly broad and unduly burdensome.  MGA Mexico further objects to

10 the phrase "potential employment" as vague and ambiguous.  MGA Mexico further

11 objects to the request to the extent that it seeks documents that by reason of public

12 filing, public distribution or otherwise are already in Mattel's possession or are

13 readily accessible to Mattel.  MGA Mexico further objects to the request to the

14 extent it seeks documents not in MGA Mexico's possession, custody or control.

15 MGA Mexico further objects to the request to the extent it seeks confidential,

16 proprietary or commercially sensitive information, the disclosure of which would be

17 inimical to the business interests of MGA Mexico.  MGA Mexico further objects to

18 the request to the extent it violates the privacy rights of third parties to their private,

19 confidential, proprietary or trade secret information.

20       MGA Mexico further objects to this request as cumulative, duplicative, and

21 unduly burdensome to the extent that it seeks documents previously requested by

22 Mattel and/or produced in response to Mattel's document requests.

23 REQUEST FOR PRODUCTION NO. 17:

24       All DOCUMENTS, including but not limited to COMMUNICATIONS that

25 REFER OR RELATE TO agreements between YOU and any of the FORMER

26 MATTEL EMPLOYEES that REFER OR RELATE TO their employment or

27 potential employment with YOU, including all drafts of such agreements.

28

EXHIBIT __2__

PAGE __77__

-31-

RESPONSE TO REQUEST FOR PRODUCTION NO. 17:

MGA Mexico incorporates by reference its General Response and General Objections above, as though fully set forth herein and specifically incorporates General Objection No. 15 (regarding Definitions), including without limitation MGA Mexico's objection to the definition of the terms REFER OR RELATE TO and FORMER MATTEL EMPLOYEES. MGA Mexico further objects to the request to the extent it seeks the production of documents that are protected from disclosure under any applicable privilege, doctrine or immunity, including without limitation the attorney-client privilege, the work product doctrine, the right of privacy, and all other privileges recognized under the constitutional, statutory or decisional law of the United States of America, the State of California or any other applicable jurisdiction, including, but not limited to, such laws existing in the United Mexican States. MGA Mexico further objects to this request on the grounds that it is overly broad and unduly burdensome in that it seeks documents not relevant to the claims or defenses in this action and not reasonably calculated to lead to the discovery of admissible evidence. Mattel has not demonstrated how *all* DOCUMENTS that REFER OR RELATE TO agreements between YOU and any of the FORMER MATTEL EMPLOYEES that REFER OR RELATE TO their employment or potential employment with YOU, could be relevant to the claims and defenses in this action. The request is not limited to the subject matter of this action and is thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this request as being overly broad and unduly burdensome on the grounds that it is not limited in time or geographic scope. MGA Mexico further objects to this request on the grounds that the terms REFER OR RELATE TO and FORMER MATTEL EMPLOYEES render the request vague, ambiguous, overly broad and unduly burdensome. MGA Mexico further objects to the phrase "potential employment" as vague and ambiguous. MGA Mexico further objects to the request to the extent that it seeks documents that by reason of public

EXHIBIT __2__

PAGE __78__

-32-

1 filing, public distribution or otherwise are already in Mattel's possession or are

2 readily accessible to Mattel. MGA Mexico further objects to the request to the

3 extent that it seeks documents not in MGA Mexico's possession, custody or control.

4 MGA Mexico further objects to the request to the extent it seeks confidential,

5 proprietary or commercially sensitive information, the disclosure of which would be

6 inimical to the business interests of MGA Mexico. MGA Mexico further objects to

7 the request to the extent it violates the privacy rights of third parties to their private,

8 confidential, proprietary or trade secret information.

9     MGA Mexico further objects to this request as cumulative, duplicative, and

10 unduly burdensome to the extent that it seeks documents previously requested by

11 Mattel and/or produced by in response to Mattel's document requests.

12 REQUEST FOR PRODUCTION NO. 18:

13     All DOCUMENTS that REFER OR RELATE TO the "analysis" prepared by

14 MACHADO, TRUEBA and/or VARGAS and provided to MGA and or MGAE DE

15 MEXICO, including but not limited to the "analysis" itself.

16 RESPONSE TO REQUEST FOR PRODUCTION NO. 18:

17     MGA Mexico incorporates by reference its General Response and General

18 Objections above, as though fully set forth herein and specifically incorporates

19 General Objection No. 15 (regarding Definitions), including without limitation MGA

20 Mexico's objection to the definition of the terms REFER OR RELATE TO,

21 MACHADO, TRUEBA, VARGAS and MGA. MGA Mexico further objects to the

22 request to the extent it seeks the production of documents that are protected from

23 disclosure under any applicable privilege, doctrine or immunity, including without

24 limitation the attorney-client privilege, the work product doctrine, the right of

25 privacy, and all other privileges recognized under the constitutional, statutory or

26 decisional law of the United States of America, the State of California or any other

27 applicable jurisdiction, including, but not limited to, such laws existing in the United

28 Mexican States. MGA Mexico further objects to this request on the grounds that it is

EXHIBIT _2_

PAGE _77_

-33-

1    overly broad and unduly burdensome in that it seeks documents not relevant to the

2    claims or defenses in this action and not reasonably calculated to lead to the

3    discovery of admissible evidence.  Mattel has not demonstrated how *all*

4    DOCUMENTS that REFER OR RELATE TO the "analysis" prepared by

5    MACHADO, TRUEBA and/or VARGAS and provided to MGA and or MGAE DE

6    MEXICO, could be relevant to the claims and defenses in this action.  The request is

7    not limited to the subject matter of this action and is thus impermissibly overbroad.

8    See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.  MGA Mexico further

9    objects to this request as being overly broad and unduly burdensome on the grounds

10   that it is not limited in time or geographic scope.  MGA Mexico further objects to

11   this request on the grounds that the terms REFER OR RELATE TO, MACHADO,

12   TRUEBA, VARGAS and MGA render the request vague, ambiguous, overly broad

13   and unduly burdensome.  MGA Mexico further objects to the phrase "analysis,"

14   which is not defined thereby rendering the request hopelessly vague and ambiguous.

15   MGA Mexico further objects to the request to the extent that it seeks documents that

16   by reason of public filing, public distribution or otherwise are already in Mattel's

17   possession or are readily accessible to Mattel.  MGA Mexico further objects to the

18   request to the extent that it seeks documents not in MGA Mexico's possession,

19   custody or control.  MGA Mexico further objects to the request to the extent it seeks

20   confidential, proprietary or commercially sensitive information, the disclosure of

21   which would be inimical to the business interests of MGA Mexico.  MGA Mexico

22   further objects to the request to the extent it violates the privacy rights of third parties

23   to their private, confidential, proprietary or trade secret information.

24         MGA Mexico further objects to this request as cumulative, duplicative, and

25   unduly burdensome to the extent that it seeks documents previously requested by

26   Mattel and/or produced in response to Mattel's document requests.

27

28

EXHIBIT __2__
PAGE __80__

-34-

1 REQUEST FOR PRODUCTION NO. 19:

2    All DOCUMENTS that REFER OR RELATE TO MACHADO's transfer to

3 the MGA office in Van Nuys, California.

4 RESPONSE TO REQUEST FOR PRODUCTION NO. 19:

5    MGA Mexico incorporates by reference its General Response and General

6 Objections above, as though fully set forth herein and specifically incorporates

7 General Objection No. 15 (regarding Definitions), including without limitation MGA

8 Mexico's objection to the definition of the terms MGA, REFER OR RELATE TO

9 and MACHADO. MGA Mexico further objects to the request to the extent it seeks

10 the production of documents that are protected from disclosure under any applicable

11 privilege, doctrine or immunity, including without limitation the attorney-client

12 privilege, the work product doctrine, the right of privacy, and all other privileges

13 recognized under the constitutional, statutory or decisional law of the United States

14 of America, the State of California or any other applicable jurisdiction, including, but

15 not limited to, such laws existing in the United Mexican States. MGA Mexico

16 further objects to this request on the grounds that it is overly broad and unduly

17 burdensome in that it seeks documents not relevant to the claims or defenses in this

18 action and not reasonably calculated to lead to the discovery of admissible evidence.

19 Mattel has not demonstrated how *all* DOCUMENTS that REFER OR RELATE TO

20 MACHADO's transfer to the MGA office in Van Nuys, California could be relevant

21 to the claims and defenses in this action. The request is not limited to the subject

22 matter of this action and is thus impermissibly overbroad. See Aug. 13 Order at

23 9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this request as

24 being overly broad and unduly burdensome on the grounds that it is not limited in

25 time or geographic scope. MGA Mexico further objects to this request on the

26 grounds that the terms MGA, REFER OR RELATE TO, and MACHADO render the

27 request vague, ambiguous, overly broad and unduly burdensome. MGA Mexico

28 further objects to the request to the extent that it seeks documents that by reason of

EXHIBIT __2__

PAGE __81__

-35-

1  public filing, public distribution or otherwise are already in Mattel's possession or

2  are readily accessible to Mattel. MGA Mexico further objects to the request to the

3  extent that it seeks documents not in MGA Mexico's possession, custody or control.

4  MGA Mexico further objects to the request to the extent it seeks confidential,

5  proprietary or commercially sensitive information, the disclosure of which would be

6  inimical to the business interests of MGA Mexico. MGA Mexico further objects to

7  the request to the extent it violates the privacy rights of third parties to their private,

8  confidential, proprietary or trade secret information.

9       MGA Mexico further objects to this request as cumulative, duplicative, and

10  unduly burdensome to the extent that it seeks documents previously requested by

11  Mattel and/or produced in response to Mattel's document requests.

12  REQUEST FOR PRODUCTION NO. 20:

13       All DOCUMENTS that REFER OR RELATE TO travel to Los Angeles,

14  California by any of the FORMER MATTEL EMPLOYEES between January 1,

15  2004 and April 20, 2004.

16  RESPONSE TO REQUEST FOR PRODUCTION NO. 20:

17       MGA Mexico incorporates by reference its General Response and General

18  Objections above, as though fully set forth herein and specifically incorporates

19  General Objection No. 15 (regarding Definitions), including without limitation MGA

20  Mexico's objection to the definition of the terms REFER OR RELATE TO and

21  FORMER MATTEL EMPLOYEES. MGA Mexico further objects to the request to

22  the extent it seeks the production of documents that are protected from disclosure

23  under any applicable privilege, doctrine or immunity, including without limitation

24  the attorney-client privilege, the work product doctrine, the right of privacy, and all

25  other privileges recognized under the constitutional, statutory or decisional law of

26  the United States of America, the State of California or any other applicable

27  jurisdiction, including, but not limited to, such laws existing in the United Mexican

28  States. MGA Mexico further objects to this request on the grounds that it is overly

EXHIBIT __2__

PAGE __82__

-36-

1   broad and unduly burdensome in that it seeks documents not relevant to the claims or

2   defenses in this action and not reasonably calculated to lead to the discovery of

3   admissible evidence.  Mattel has not demonstrated how *all* DOCUMENTS that

4   REFER OR RELATE TO travel to Los Angeles, California by any of the FORMER

5   MATTEL EMPLOYEES between January 1, 2004 and April 20, 2004 could be

6   relevant to the claims and defenses in this action.  The request is not limited to the

7   subject matter of this action and is thus impermissibly overbroad.  See Aug. 13 Order

8   at 9:17-20; May 22 Order at 21:5-7.  MGA Mexico further objects to this request on

9   the grounds that the terms REFER OR RELATE TO and FORMER MATTEL

10  EMPLOYEES render the request vague, ambiguous, overly broad and unduly

11  burdensome.  MGA Mexico further objects to the request to the extent that it seeks

12  documents that by reason of public filing, public distribution or otherwise are already

13  in Mattel's possession or are readily accessible to Mattel.  MGA Mexico further

14  objects to the request to the extent that it seeks documents not in MGA Mexico's

15  possession, custody or control.  MGA Mexico further objects to the request to the

16  extent it seeks confidential, proprietary or commercially sensitive information, the

17  disclosure of which would be inimical to the business interests of MGA Mexico.

18  MGA Mexico further objects to the request to the extent it violates the privacy rights

19  of third parties to their private, confidential, proprietary or trade secret information.

20       MGA Mexico further objects to this request as cumulative, duplicative, and

21  unduly burdensome to the extent that it seeks documents previously requested by

22  Mattel and/or produced in response to Mattel's document requests.

23  REQUEST FOR PRODUCTION NO. 21:

24       All DOCUMENTS that REFER OR RELATE to any COMMUNICATIONS

25  between YOU and any of the FORMER MATTEL EMPLOYEES prior to April 20,

26  2004, including without limitation all telephone records, logs, notes, calendars,

27  planners, diaries, letters and other DOCUMENTS relating thereto.

28

EXHIBIT __2__

PAGE __83__

-37-

1  <u>RESPONSE TO REQUEST FOR PRODUCTION NO. 21</u>:

2      MGA Mexico incorporates by reference its General Response and General

3  Objections above, as though fully set forth herein and specifically incorporates

4  General Objection No. 15 (regarding Definitions), including without limitation MGA

5  Mexico's objection to the definition of the terms REFER OR RELATE and

6  FORMER MATTEL EMPLOYEES.  MGA Mexico further objects to the request to

7  the extent it seeks the production of documents that are protected from disclosure

8  under any applicable privilege, doctrine or immunity, including without limitation

9  the attorney-client privilege, the work product doctrine, the right of privacy, and all

10  other privileges recognized under the constitutional, statutory or decisional law of

11  the United States of America, the State of California or any other applicable

12  jurisdiction, including, but not limited to, such laws existing in the United Mexican

13  States.  MGA Mexico further objects to this request on the grounds that it is overly

14  broad and unduly burdensome in that it seeks documents not relevant to the claims or

15  defenses in this action and not reasonably calculated to lead to the discovery of

16  admissible evidence.  Mattel has not demonstrated how *all* DOCUMENTS that

17  REFER OR RELATE to any COMMUNICATIONS between YOU and any of the

18  FORMER MATTEL EMPLOYEES prior to April 20, 2004, could be relevant to the

19  claims and defenses in this action.  The request is not limited to the subject matter of

20  this action and is thus impermissibly overbroad.  <u>See</u> Aug. 13 Order at 9:17-20; May

21  22 Order at 21:5-7.  MGA Mexico further objects to this request as being overly

22  broad and unduly burdensome on the grounds that it is not sufficiently limited in

23  geographic scope.  MGA Mexico further objects to this request on the grounds that

24  the terms REFER OR RELATE and FORMER MATTEL EMPLOYEES render the

25  request vague, ambiguous, overly broad and unduly burdensome.  MGA Mexico

26  further objects to the phrase "other DOCUMENTS relating thereto" as vague and

27  ambiguous.  MGA Mexico further objects to the request to the extent that it seeks

28  documents that by reason of public filing, public distribution or otherwise are already

EXHIBIT __2__

PAGE __84__

-38-

1 in Mattel's possession or are readily accessible to Mattel. MGA Mexico further

2 objects to the request to the extent that it seeks documents not in MGA Mexico's

3 possession, custody or control. MGA Mexico further objects to the request to the

4 extent it seeks confidential, proprietary or commercially sensitive information, the

5 disclosure of which would be inimical to the business interests of MGA Mexico.

6 MGA Mexico further objects to the request to the extent it violates the privacy rights

7 of third parties to their private, confidential, proprietary or trade secret information.

8 MGA Mexico further objects to this request as cumulative, duplicative, and

9 unduly burdensome to the extent that it seeks documents previously requested by

10 Mattel and/or produced in response to Mattel's document requests.

11 REQUEST FOR PRODUCTION NO. 22:

12 All DOCUMENTS that REFER OR RELATE to any COMMUNICATIONS

13 between YOU and any of the FORMER MATTEL EMPLOYEES that REFER OR

14 RELATE TO MATTEL.

15 RESPONSE TO REQUEST FOR PRODUCTION NO. 22:

16 MGA Mexico incorporates by reference its General Response and General

17 Objections above, as though fully set forth herein and specifically incorporates

18 General Objection No. 15 (regarding Definitions), including without limitation MGA

19 Mexico's objection to the definition of the terms REFER OR RELATE, FORMER

20 MATTEL EMPLOYEES, and MATTEL. MGA Mexico further objects to the

21 request to the extent it seeks the production of documents that are protected from

22 disclosure under any applicable privilege, doctrine or immunity, including without

23 limitation the attorney-client privilege, the work product doctrine, the right of

24 privacy, and all other privileges recognized under the constitutional, statutory or

25 decisional law of the United States of America, the State of California or any other

26 applicable jurisdiction, including, but not limited to, such laws existing in the United

27 Mexican States. MGA Mexico further objects to this request on the grounds that it is

28 overly broad and unduly burdensome in that it seeks documents not relevant to the

EXHIBIT __2__

PAGE __85__

-39-

1  claims or defenses in this action and not reasonably calculated to lead to the

2  discovery of admissible evidence. Mattel has not demonstrated how *all*

3  DOCUMENTS that REFER OR RELATE to any COMMUNICATIONS between

4  YOU and any of the FORMER MATTEL EMPLOYEES that REFER OR RELATE

5  TO MATTEL, could be relevant to the claims and defenses in this action. The

6  request is not limited to the subject matter of this action and is thus impermissibly

7  overbroad. See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7. MGA Mexico

8  further objects to this request as being overly broad and unduly burdensome on the

9  grounds that it is not limited in time or geographic scope. MGA Mexico further

10  objects to this request on the grounds that the terms REFER OR RELATE,

11  FORMER MATTEL EMPLOYEES, and MATTEL render the request vague,

12  ambiguous, overly broad and unduly burdensome. MGA Mexico further objects to

13  the request to the extent that it seeks documents that by reason of public filing,

14  public distribution or otherwise are already in Mattel's possession or are readily

15  accessible to Mattel. MGA Mexico further objects to the request to the extent that it

16  seeks documents not in MGA Mexico's possession, custody or control. MGA

17  Mexico further objects to the request to the extent it seeks confidential, proprietary

18  or commercially sensitive information, the disclosure of which would be inimical to

19  the business interests of MGA Mexico. MGA Mexico further objects to the request

20  to the extent it violates the privacy rights of third parties to their private, confidential,

21  proprietary or trade secret information.

22      MGA Mexico further objects to this request as cumulative, duplicative, and

23  unduly burdensome to the extent that it seeks documents previously requested by

24  Mattel and/or produced in response to Mattel's document requests.

25  REQUEST FOR PRODUCTION NO. 23:

26      ALL DOCUMENTS that REFER or RELATE to any of the FORMER

27  MATTEL EMPLOYEES' employment with MATTEL including, without limitation,

28  any agreement between YOU and MATTEL.

EXHIBIT __2__

-40-

PAGE __8-6__

RESPONSE TO REQUEST FOR PRODUCTION NO. 23:

MGA Mexico incorporates by reference its General Response and General Objections above, as though fully set forth herein and specifically incorporates General Objection No. 15 (regarding Definitions), including without limitation MGA Mexico's objection to the definition of the terms REFER OR RELATE, FORMER MATTEL EMPLOYEES, and MATTEL. MGA Mexico further objects to the request to the extent it seeks the production of documents that are protected from disclosure under any applicable privilege, doctrine or immunity, including without limitation the attorney-client privilege, the work product doctrine, the right of privacy, and all other privileges recognized under the constitutional, statutory or decisional law of the United States of America, the State of California or any other applicable jurisdiction, including, but not limited to, such laws existing in the United Mexican States. MGA Mexico further objects to this request on the grounds that it is overly broad and unduly burdensome in that it seeks documents not relevant to the claims or defenses in this action and not reasonably calculated to lead to the discovery of admissible evidence. Mattel has not demonstrated how *all* ALL DOCUMENTS that REFER or RELATE to any of the FORMER MATTEL EMPLOYEES' employment with MATTEL could be relevant to the claims and defenses in this action. The request is not limited to the subject matter of this action and is thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this request as being overly broad and unduly burdensome on the grounds that it is not limited in time or geographic scope. MGA Mexico further objects to this request on the grounds that the terms REFER OR RELATE, FORMER MATTEL EMPLOYEES, and MATTEL render the request vague, ambiguous, overly broad and unduly burdensome. MGA Mexico further objects to the request to the extent that it seeks documents that by reason of public filing, public distribution or otherwise are already in Mattel's possession or are readily accessible to Mattel. MGA Mexico further objects to the request to the

EXHIBIT __2__

PAGE __87__

-41-

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A                                    MSW - Draft December 19, 2007 - 1:25 PM

1 | extent that it seeks documents not in MGA Mexico's possession, custody or control.

2 | MGA Mexico further objects to the request to the extent it seeks confidential,

3 | proprietary or commercially sensitive information, the disclosure of which would be

4 | inimical to the business interests of MGA Mexico.  MGA Mexico further objects to

5 | the request to the extent it violates the privacy rights of third parties to their private,

6 | confidential, proprietary or trade secret information.

7 | MGA Mexico further objects to this request as cumulative, duplicative, and

8 | unduly burdensome to the extent that it seeks documents previously requested by

9 | Mattel and/or produced in response to Mattel's document requests.

10 | REQUEST FOR PRODUCTION NO. 24:

11 | All DOCUMENTS, including but not limited to all COMMUNICATIONS

12 | with any PERSON, that REFER OR RELATE TO any of the FORMER MATTEL

13 | EMPLOYEES prior to April 20, 2004.

14 | RESPONSE TO REQUEST FOR PRODUCTION NO. 24:

15 | MGA Mexico incorporates by reference its General Response and General

16 | Objections above, as though fully set forth herein and specifically incorporates

17 | General Objection No. 15 (regarding Definitions), including without limitation MGA

18 | Mexico's objection to the definition of the terms REFER OR RELATE and

19 | FORMER MATTEL EMPLOYEES.  MGA Mexico further objects to the request to

20 | the extent it seeks the production of documents that are protected from disclosure

21 | under any applicable privilege, doctrine or immunity, including without limitation

22 | the attorney-client privilege, the work product doctrine, the right of privacy, and all

23 | other privileges recognized under the constitutional, statutory or decisional law of

24 | the United States of America, the State of California or any other applicable

25 | jurisdiction, including, but not limited to, such laws existing in the United Mexican

26 | States.  MGA Mexico further objects to this request on the grounds that it is overly

27 | broad and unduly burdensome in that it seeks documents not relevant to the claims or

28 | defenses in this action and not reasonably calculated to lead to the discovery of

EXHIBIT __2__

PAGE __88__

-42-

1  admissible evidence.  Mattel has not demonstrated how *all* DOCUMENTS that
2  REFER OR RELATE TO any of the FORMER MATTEL EMPLOYEES prior to
3  April 20, 2004, could be relevant to the claims and defenses in this action.  The
4  request is not limited to the subject matter of this action and is thus impermissibly
5  overbroad.  See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.  MGA Mexico
6  further objects to this request as being overly broad and unduly burdensome on the
7  grounds that it is not sufficiently limited in time or geographic scope.  MGA Mexico
8  further objects to this request on the grounds that the terms REFER OR RELATE
9  and FORMER MATTEL EMPLOYEES render the request vague, ambiguous,
10 overly broad and unduly burdensome.  MGA Mexico further objects to the request to
11 the extent that it seeks documents that by reason of public filing, public distribution
12 or otherwise are already in Mattel's possession or are readily accessible to Mattel.
13 MGA Mexico further objects to the request to the extent that it seeks documents not
14 in MGA Mexico's possession, custody or control.  MGA Mexico further objects to
15 the request to the extent it seeks confidential, proprietary or commercially sensitive
16 information, the disclosure of which would be inimical to the business interests of
17 MGA Mexico.  Such information may also be subject to protective orders governing
18 other litigations thereby precluding disclosure in response to this request.  MGA
19 Mexico further objects to the request to the extent it violates the privacy rights of
20 third parties to their private, confidential, proprietary or trade secret information.
21      MGA Mexico further objects to this request as cumulative, duplicative, and
22 unduly burdensome to the extent that it seeks documents previously requested by
23 Mattel and/or produced in response to Mattel's document requests.
24 REQUEST FOR PRODUCTION NO. 25:
25      COMMUNICATIONS between YOU and any individual while that individual
26 was still employed by MATTEL and all DOCUMENTS that REFER OR RELATE
27 thereto.
28

EXHIBIT __2__
PAGE __89__

-43-

RESPONSE TO REQUEST FOR PRODUCTION NO. 25:

      MGA Mexico incorporates by reference its General Response and General Objections above, as though fully set forth herein and specifically incorporates General Objection No. 15 (regarding Definitions), including without limitation MGA Mexico's objection to the definition of the terms MATTEL and REFER OR RELATE. MGA Mexico further objects to the request to the extent it seeks the production of documents that are protected from disclosure under any applicable privilege, doctrine or immunity, including without limitation the attorney-client privilege, the work product doctrine, the right of privacy, and all other privileges recognized under the constitutional, statutory or decisional law of the United States of America, the State of California or any other applicable jurisdiction, including, but not limited to, such laws existing in the United Mexican States. MGA Mexico further objects to this request on the grounds that it is overly broad and unduly burdensome in that it seeks documents not relevant to the claims or defenses in this action and not reasonably calculated to lead to the discovery of admissible evidence. Mattel has not demonstrated how *all* COMMUNICATIONS between YOU and any individual while that individual was still employed by MATTEL and all DOCUMENTS that REFER OR RELATE thereto, could be relevant to the claims and defenses in this action. The request is not limited to the subject matter of this action and is thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this request as being overly broad and unduly burdensome on the grounds that it is not limited in time or geographic scope. MGA Mexico further objects to this request on the grounds that the terms MATTEL and REFER OR RELATE render the request vague, ambiguous, overly broad and unduly burdensome. MGA Mexico further objects to the phrase "employed by" as calling for a legal conclusion. MGA Mexico further objects to the request to the extent that it seeks documents that by reason of public filing, public distribution or otherwise are already in Mattel's possession or are readily accessible

EXHIBIT 2

PAGE 90

-44-

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)

256415.05-Palo Alto Server 1A

MSW - Draft December 19, 2007 - 1:25 PM

1  to Mattel. MGA Mexico further objects to the request to the extent that it seeks

2  documents not in MGA Mexico's possession, custody or control. MGA Mexico

3  further objects to the request to the extent it seeks confidential, proprietary or

4  commercially sensitive information, the disclosure of which would be inimical to the

5  business interests of MGA Mexico. MGA Mexico further objects to the request to

6  the extent it violates the privacy rights of third parties to their private, confidential,

7  proprietary or trade secret information.

8      MGA Mexico further objects to this request as cumulative, duplicative, and

9  unduly burdensome to the extent that it seeks documents previously requested by

10  Mattel and/or produced in response to Mattel's document requests.

11  REQUEST FOR PRODUCTION NO. 26:

12      All DOCUMENTS that REFER OR RELATE to any COMMUNICATIONS

13  between Susana Kuemmerle and any of the FORMER MATTEL EMPLOYEES

14  prior to April 20, 2004, including without limitation all telephone records, logs, notes,

15  calendars, planners, diaries, letters and other DOCUMENTS relating thereto.

16  RESPONSE TO REQUEST FOR PRODUCTION NO. 26:

17      MGA Mexico incorporates by reference its General Response and General

18  Objections above, as though fully set forth herein and specifically incorporates

19  General Objection No. 15 (regarding Definitions), including without limitation MGA

20  Mexico's objection to the definition of the terms REFER OR RELATE and

21  FORMER MATTEL EMPLOYEES. MGA Mexico further objects to the request to

22  the extent it seeks the production of documents that are protected from disclosure

23  under any applicable privilege, doctrine or immunity, including without limitation

24  the attorney-client privilege, the work product doctrine, the right of privacy, and all

25  other privileges recognized under the constitutional, statutory or decisional law of

26  the United States of America, the State of California or any other applicable

27  jurisdiction, including, but not limited to, such laws existing in the United Mexican

28  States. MGA Mexico further objects to this request on the grounds that it is overly

EXHIBIT __2__

PAGE __91__

-45-

1  broad and unduly burdensome in that it seeks documents not relevant to the claims or

2  defenses in this action and not reasonably calculated to lead to the discovery of

3  admissible evidence.  Mattel has not demonstrated how *all* DOCUMENTS that

4  REFER OR RELATE to any COMMUNICATIONS between Susana Kuemmerle

5  and any of the FORMER MATTEL EMPLOYEES prior to April 20, 2004 could be

6  relevant to the claims and defenses in this action.  The request is not limited to the

7  subject matter of this action and is thus impermissibly overbroad.  See Aug. 13 Order

8  at 9:17-20; May 22 Order at 21:5-7.  MGA Mexico further objects to this request as

9  being overly broad and unduly burdensome on the grounds that it is not sufficiently

10 limited in geographic scope.  MGA Mexico further objects to this request on the

11 grounds that the terms REFER OR RELATE and FORMER MATTEL

12 EMPLOYEES render the request vague, ambiguous, overly broad and unduly

13 burdensome.  MGA Mexico further objects to the phrase "other DOCUMENTS

14 relating thereto" as vague and ambiguous.  MGA Mexico further objects to the

15 request to the extent that it seeks documents that by reason of public filing, public

16 distribution or otherwise are already in Mattel's possession or are readily accessible

17 to Mattel.  MGA Mexico further objects to the request to the extent that it seeks

18 documents not in MGA Mexico's possession, custody or control.  MGA Mexico

19 further objects to the request to the extent it seeks confidential, proprietary or

20 commercially sensitive information, the disclosure of which would be inimical to the

21 business interests of MGA Mexico.  MGA Mexico further objects to the request to

22 the extent it violates the privacy rights of third parties to their private, confidential,

23 proprietary or trade secret information.

24      MGA Mexico further objects to this request as cumulative, duplicative, and

25 unduly burdensome to the extent that it seeks documents previously requested by

26 Mattel and/or produced in response to Mattel's document requests.

27

28

EXHIBIT __2__
PAGE __92__

-46-

1 REQUEST FOR PRODUCTION NO. 27:

2     All DOCUMENTS that REFER OR RELATE to any COMMUNICATION

3 between any of the FORMER MATTEL EMPLOYEES and any of YOUR

4 representatives or employees including, without limitation, Isaac Larian, prior to

5 April 20, 2004, including without limitation all telephone records, logs, notes,

6 calendars, planners, diaries, letters and other DOCUMENTS relating thereto.

7 RESPONSE TO REQUEST FOR PRODUCTION NO. 27:

8     MGA Mexico incorporates by reference its General Response and General

9 Objections above, as though fully set forth herein and specifically incorporates

10 General Objection No. 15 (regarding Definitions), including without limitation MGA

11 Mexico's objection to the definition of the terms REFER OR RELATE and

12 FORMER MATTEL EMPLOYEES. MGA Mexico further objects to the request to

13 the extent it seeks the production of documents that are protected from disclosure

14 under any applicable privilege, doctrine or immunity, including without limitation

15 the attorney-client privilege, the work product doctrine, the right of privacy, and all

16 other privileges recognized under the constitutional, statutory or decisional law of

17 the United States of America, the State of California or any other applicable

18 jurisdiction, including, but not limited to, such laws existing in the United Mexican

19 States. MGA Mexico further objects to this request on the grounds that it is overly

20 broad and unduly burdensome in that it seeks documents not relevant to the claims or

21 defenses in this action and not reasonably calculated to lead to the discovery of

22 admissible evidence. Mattel has not demonstrated how *all* DOCUMENTS that

23 REFER OR RELATE to any COMMUNICATION between any of the FORMER

24 MATTEL EMPLOYEES and any of YOUR representatives or employees, could be

25 relevant to the claims and defenses in this action. The request is not limited to the

26 subject matter of this action and is thus impermissibly overbroad. See Aug. 13 Order

27 at 9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this request as

28 being overly broad and unduly burdensome on the grounds that it is not sufficiently

EXHIBIT __2__

PAGE __43__

-47-

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A     MSW - Draft December 19, 2007 - 1:25 PM

1   limited in time or geographic scope. MGA Mexico further objects to this request on

2   the grounds that the terms REFER OR RELATE and FORMER MATTEL

3   EMPLOYEES render the request vague, ambiguous, overly broad and unduly

4   burdensome. MGA Mexico further objects to the phrases "other DOCUMENTS

5   relating thereto" and "representatives" as vague and ambiguous, and to the term

6   "employees" as calling for a legal conclusion. MGA Mexico further objects to the

7   request to the extent that it seeks documents that by reason of public filing, public

8   distribution or otherwise are already in Mattel's possession or are readily accessible

9   to Mattel. MGA Mexico further objects to the request to the extent that it seeks

10  documents not in MGA Mexico's possession, custody or control. MGA Mexico

11  further objects to the request to the extent it seeks confidential, proprietary or

12  commercially sensitive information, the disclosure of which would be inimical to the

13  business interests of MGA Mexico. MGA Mexico further objects to the request to

14  the extent it violates the privacy rights of third parties to their private, confidential,

15  proprietary or trade secret information.

16      MGA Mexico further objects to this request as cumulative, duplicative, and

17  unduly burdensome to the extent that it seeks documents previously requested by

18  Mattel and/or produced in response to Mattel's document requests.

19  REQUEST FOR PRODUCTION NO. 28:

20      All DOCUMENTS that REFER OR RELATE to meetings between YOU and

21  any of the FORMER MATTEL EMPLOYEES prior to April 20, 2004, including

22  without limitation notes or records that REFER OR RELATE to any such meetings.

23  RESPONSE TO REQUEST FOR PRODUCTION NO. 28:

24      MGA Mexico incorporates by reference its General Response and General

25  Objections above, as though fully set forth herein and specifically incorporates

26  General Objection No. 15 (regarding Definitions), including without limitation MGA

27  Mexico's objection to the definition of the terms REFER OR RELATE and

28  FORMER MATTEL EMPLOYEES. MGA Mexico further objects to the request to

EXHIBIT ___2___

PAGE ___94___

-48-

1  the extent it seeks the production of documents that are protected from disclosure

2  under any applicable privilege, doctrine or immunity, including without limitation

3  the attorney-client privilege, the work product doctrine, the right of privacy, and all

4  other privileges recognized under the constitutional, statutory or decisional law of

5  the United States of America, the State of California or any other applicable

6  jurisdiction, including, but not limited to, such laws existing in the United Mexican

7  States. MGA Mexico further objects to this request on the grounds that it is overly

8  broad and unduly burdensome in that it seeks documents not relevant to the claims or

9  defenses in this action and not reasonably calculated to lead to the discovery of

10  admissible evidence. Mattel has not demonstrated how *all* DOCUMENTS that

11  REFER OR RELATE to meetings between YOU and any of the FORMER

12  MATTEL EMPLOYEES prior to April 20, 2004, could be relevant to the claims and

13  defenses in this action. The request is not limited to the subject matter of this action

14  and is thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22 Order

15  at 21:5-7. MGA Mexico further objects to this request as being overly broad and

16  unduly burdensome on the grounds that it is not sufficiently limited in time or

17  geographic scope. MGA Mexico further objects to this request on the grounds that

18  the terms REFER OR RELATE and FORMER MATTEL EMPLOYEES render the

19  request vague, ambiguous, overly broad and unduly burdensome. MGA Mexico

20  further objects to the term "meetings" as vague and ambiguous. MGA Mexico

21  further objects to the request to the extent that it seeks documents that by reason of

22  public filing, public distribution or otherwise are already in Mattel's possession or

23  are readily accessible to Mattel. MGA Mexico further objects to the request to the

24  extent that it seeks documents not in MGA Mexico's possession, custody or control.

25  MGA Mexico further objects to the request to the extent it seeks confidential,

26  proprietary or commercially sensitive information, the disclosure of which would be

27  inimical to the business interests of MGA Mexico. MGA Mexico further objects to

28

EXHIBIT __2__

PAGE __95__

-49-

1 the request to the extent it violates the privacy rights of third parties to their private,

2 confidential, proprietary or trade secret information.

3      MGA Mexico further objects to this request as cumulative, duplicative, and

4 unduly burdensome to the extent that it seeks documents previously requested by

5 Mattel and/or produced in response to Mattel's document requests.

6 REQUEST FOR PRODUCTION NO. 29:

7      All DOCUMENTS that REFER OR RELATE to meetings between Susana

8 Kuemmerle and any of the FORMER MATTEL EMPLOYEES prior to April 20,

9 2004, including without limitation notes or records that REFER OR RELATE to any

10 such meetings.

11 RESPONSE TO REQUEST FOR PRODUCTION NO. 29:

12      MGA Mexico incorporates by reference its General Response and General

13 Objections above, as though fully set forth herein and specifically incorporates

14 General Objection No. 15 (regarding Definitions), including without limitation MGA

15 Mexico's objection to the definition of the terms REFER OR RELATE and

16 FORMER MATTEL EMPLOYEES. MGA Mexico further objects to the request to

17 the extent it seeks the production of documents that are protected from disclosure

18 under any applicable privilege, doctrine or immunity, including without limitation

19 the attorney-client privilege, the work product doctrine, the right of privacy, and all

20 other privileges recognized under the constitutional, statutory or decisional law of

21 the United States of America, the State of California or any other applicable

22 jurisdiction, including, but not limited to, such laws existing in the United Mexican

23 States. MGA Mexico further objects to this request on the grounds that it is overly

24 broad and unduly burdensome in that it seeks documents not relevant to the claims or

25 defenses in this action and not reasonably calculated to lead to the discovery of

26 admissible evidence. Mattel has not demonstrated how *all* DOCUMENTS that

27 REFER OR RELATE to meetings between Susana Kuemmerle and any of the

28 FORMER MATTEL EMPLOYEES prior to April 20, 2004 could be relevant to the

EXHIBIT 2
PAGE 96
-50-

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A            MSW - Draft December 19, 2007 - 1:25 PM

1 claims and defenses in this action.  The request is not limited to the subject matter of

2 this action and is thus impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May

3 22 Order at 21:5-7.  MGA Mexico further objects to this request as being overly

4 broad and unduly burdensome on the grounds that it is not sufficiently limited in

5 geographic scope.  MGA Mexico further objects to this request on the grounds that

6 the terms REFER OR RELATE and FORMER MATTEL EMPLOYEES render the

7 request vague, ambiguous, overly broad and unduly burdensome.  MGA Mexico

8 further objects to the term "meetings" as vague and ambiguous.  MGA Mexico

9 further objects to the request to the extent that it seeks documents that by reason of

10 public filing, public distribution or otherwise are already in Mattel's possession or

11 are readily accessible to Mattel.  MGA Mexico further objects to the request to the

12 extent that it seeks documents not in MGA Mexico's possession, custody or control.

13 MGA Mexico further objects to the request to the extent it seeks confidential,

14 proprietary or commercially sensitive information, the disclosure of which would be

15 inimical to the business interests of MGA Mexico.  MGA Mexico further objects to

16 the request to the extent it violates the privacy rights of third parties to their private,

17 confidential, proprietary or trade secret information.

18      MGA Mexico further objects to this request as cumulative, duplicative, and

19 unduly burdensome to the extent that it seeks documents previously requested by

20 Mattel and/or produced in response to Mattel's document requests.

21 REQUEST FOR PRODUCTION NO. 30:

22      All DOCUMENTS that REFER OR RELATE to meetings between Isaac

23 Larian and any of the FORMER MATTEL EMPLOYEES prior to April 20, 2004,

24 including without limitation notes or records that REFER OR RELATE to any such

25 meetings.

26 RESPONSE TO REQUEST FOR PRODUCTION NO. 30:

27      MGA Mexico incorporates by reference its General Response and General

28 Objections above, as though fully set forth herein and specifically incorporates

EXHIBIT PAGE ___91___

-51-

1  General Objection No. 15 (regarding Definitions), including without limitation MGA

2  Mexico's objection to the definition of the terms REFER OR RELATE and

3  FORMER MATTEL EMPLOYEES. MGA Mexico further objects to the request to

4  the extent it seeks the production of documents that are protected from disclosure

5  under any applicable privilege, doctrine or immunity, including without limitation

6  the attorney-client privilege, the work product doctrine, the right of privacy, and all

7  other privileges recognized under the constitutional, statutory or decisional law of

8  the United States of America, the State of California or any other applicable

9  jurisdiction, including, but not limited to, such laws existing in the United Mexican

10 States. MGA Mexico further objects to this request on the grounds that it is overly

11 broad and unduly burdensome in that it seeks documents not relevant to the claims or

12 defenses in this action and not reasonably calculated to lead to the discovery of

13 admissible evidence. Mattel has not demonstrated how *all* DOCUMENTS that

14 REFER OR RELATE to meetings between Isaac Larian and any of the FORMER

15 MATTEL EMPLOYEES prior to April 20, 2004 could be relevant to the claims and

16 defenses in this action. The request is not limited to the subject matter of this action

17 and is thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22 Order

18 at 21:5-7. MGA Mexico further objects to this request as being overly broad and

19 unduly burdensome on the grounds that it is not sufficiently limited in geographic

20 scope. MGA Mexico further objects to this request on the grounds that the terms

21 REFER OR RELATE and FORMER MATTEL EMPLOYEES render the request

22 vague, ambiguous, overly broad and unduly burdensome. MGA Mexico further

23 objects to the phrase "meetings" as vague and ambiguous. MGA Mexico further

24 objects to the request to the extent that it seeks documents that by reason of public

25 filing, public distribution or otherwise are already in Mattel's possession or are

26 readily accessible to Mattel. MGA Mexico further objects to the request to the

27 extent that it seeks documents not in MGA Mexico's possession, custody or control.

28 MGA Mexico further objects to the request to the extent it seeks confidential,

EXHIBIT __2__

PAGE __98__

-52-

1  proprietary or commercially sensitive information, the disclosure of which would be

2  inimical to the business interests of MGA Mexico.  MGA Mexico further objects to

3  the request to the extent it violates the privacy rights of third parties to their private,

4  confidential, proprietary or trade secret information.

5  MGA Mexico further objects to this request as cumulative, duplicative, and

6  unduly burdensome to the extent that it seeks documents previously requested by

7  Mattel and/or produced in response to Mattel's document requests.

8  REQUEST FOR PRODUCTION NO. 31:

9  All DOCUMENTS, including but not limited to all COMMUNICATIONS

10  with any PERSON, that REFER OR RELATE TO any of the FORMER MATTEL

11  EMPLOYEES' resignations or departures from MATTEL.

12  RESPONSE TO REQUEST FOR PRODUCTION NO. 31:

13  MGA Mexico incorporates by reference its General Response and General

14  Objections above, as though fully set forth herein and specifically incorporates

15  General Objection No. 15 (regarding Definitions), including without limitation MGA

16  Mexico's objection to the definition of the terms REFER OR RELATE, FORMER

17  MATTEL EMPLOYEES, and MATTEL.  MGA Mexico further objects to the

18  request to the extent it seeks the production of documents that are protected from

19  disclosure under any applicable privilege, doctrine or immunity, including without

20  limitation the attorney-client privilege, the work product doctrine, the right of

21  privacy, and all other privileges recognized under the constitutional, statutory or

22  decisional law of the United States of America, the State of California or any other

23  applicable jurisdiction, including, but not limited to, such laws existing in the United

24  Mexican States.  MGA Mexico further objects to this request on the grounds that it is

25  overly broad and unduly burdensome in that it seeks documents not relevant to the

26  claims or defenses in this action and not reasonably calculated to lead to the

27  discovery of admissible evidence.  Mattel has not demonstrated how *all*

28  DOCUMENTS that REFER OR RELATE TO any of the FORMER MATTEL

EXHIBIT 2

PAGE 99

-53-

1    EMPLOYEES' resignations or departures from MATTEL could be relevant to the

2    claims and defenses in this action. The request is not limited to the subject matter of

3    this action and is thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May

4    22 Order at 21:5-7. MGA Mexico further objects to this request as being overly

5    broad and unduly burdensome on the grounds that it is not limited in time or

6    geographic scope. MGA Mexico further objects to this request on the grounds that

7    the terms REFER OR RELATE, FORMER MATTEL EMPLOYEES, and MATTEL

8    render the request vague, ambiguous, overly broad and unduly burdensome. MGA

9    Mexico further objects to the term "departures" as vague and ambiguous. MGA

10    Mexico further objects to the request to the extent that it seeks documents that by

11    reason of public filing, public distribution or otherwise are already in Mattel's

12    possession or are readily accessible to Mattel. MGA Mexico further objects to the

13    request to the extent that it seeks documents not in MGA Mexico's possession,

14    custody or control. MGA Mexico further objects to the request to the extent it seeks

15    confidential, proprietary or commercially sensitive information, the disclosure of

16    which would be inimical to the business interests of MGA Mexico. MGA Mexico

17    further objects to the request to the extent it violates the privacy rights of third parties

18    to their private, confidential, proprietary or trade secret information.

19       MGA Mexico further objects to this request as cumulative, duplicative, and

20    unduly burdensome to the extent that it seeks documents previously requested by

21    Mattel and/or produced in response to Mattel's document requests.

22    REQUEST FOR PRODUCTION NO. 32:

23       All DOCUMENTS, including but not limited to all COMMUNICATIONS

24    with any PERSON, that REFER OR RELATE TO compensation, money or any

25    other item of value paid to any of the FORMER MATTEL EMPLOYEES, promised

26    to any FORMER MATTEL EMPLOYEE on anyone acting on their behalf, whether

27    directly or indirectly, by YOU.

28

EXHIBIT **2**

PAGE **100**

-54-

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A      MSW - Draft December 19, 2007 - 1:25 PM

RESPONSE TO REQUEST FOR PRODUCTION NO. 32:

1    MGA Mexico incorporates by reference its General Response and General
2    Objections above, as though fully set forth herein and specifically incorporates
3    General Objection No. 15 (regarding Definitions), including without limitation MGA
4    Mexico's objection to the definition of the terms REFER OR RELATE TO and
5    FORMER MATTEL EMPLOYEES. MGA Mexico further objects to the request to
6    the extent it seeks the production of documents that are protected from disclosure
7    under any applicable privilege, doctrine or immunity, including without limitation
8    the attorney-client privilege, the work product doctrine, the right of privacy, and all
9    other privileges recognized under the constitutional, statutory or decisional law of
10   the United States of America, the State of California or any other applicable
11   jurisdiction, including, but not limited to, such laws existing in the United Mexican
12   States. MGA Mexico further objects to this request on the grounds that it is overly
13   broad and unduly burdensome in that it seeks documents not relevant to the claims or
14   defenses in this action and not reasonably calculated to lead to the discovery of
15   admissible evidence. Mattel has not demonstrated how *all* DOCUMENTS that
16   REFER OR RELATE TO compensation, money or any other item of value paid to
17   any of the FORMER MATTEL EMPLOYEES, promised to any FORMER
18   MATTEL EMPLOYEE on anyone acting on their behalf by YOU, could be relevant
19   to the claims and defenses in this action. The request is not limited to the subject
20   matter of this action and is thus impermissibly overbroad. See Aug. 13 Order at
21   9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this request as
22   being overly broad and unduly burdensome on the grounds that it is not limited in
23   time or geographic scope. MGA Mexico further objects to this request on the
24   grounds that the terms REFER OR RELATE TO and FORMER MATTEL
25   EMPLOYEES render the request vague, ambiguous, overly broad and unduly
26   burdensome. MGA Mexico further objects to the phrases "other item of value paid"
27   and "indirectly" as vague and ambiguous. MGA Mexico further objects to the

EXHIBIT 2
PAGE 101

-55-

1  request to the extent that it seeks documents that by reason of public filing, public

2  distribution or otherwise are already in Mattel's possession or are readily accessible

3  to Mattel.  MGA Mexico further objects to the request to the extent that it seeks

4  documents not in MGA Mexico's possession, custody or control.  MGA Mexico

5  further objects to the request to the extent it seeks confidential, proprietary or

6  commercially sensitive information, the disclosure of which would be inimical to the

7  business interests of MGA Mexico.  MGA Mexico further objects to the request to

8  the extent it violates the privacy rights of third parties to their private, confidential,

9  proprietary or trade secret information.

10  　　　MGA Mexico further objects to this request as cumulative, duplicative, and

11  unduly burdensome to the extent that it seeks documents previously requested by

12  Mattel and/or produced in response to Mattel's document requests.

13  REQUEST FOR PRODUCTION NO. 33:

14  　　　All DOCUMENTS, including but not limited to all COMMUNICATIONS

15  with any PERSON, that REFER OR RELATE TO compensation, money or any

16  other item of value paid to any of the FORMER MATTEL EMPLOYEES, promised

17  to any FORMER MATTEL EMPLOYEE on anyone acting on their behalf, whether

18  directly or indirectly, by LARIAN.

19  RESPONSE TO REQUEST FOR PRODUCTION NO. 33:

20  　　　MGA Mexico incorporates by reference its General Response and General

21  Objections above, as though fully set forth herein and specifically incorporates

22  General Objection No. 15 (regarding Definitions), including without limitation MGA

23  Mexico's objection to the definition of the terms REFER OR RELATE TO and

24  FORMER MATTEL EMPLOYEES.  MGA Mexico further objects to the request to

25  the extent it seeks the production of documents that are protected from disclosure

26  under any applicable privilege, doctrine or immunity, including without limitation

27  the attorney-client privilege, the work product doctrine, the right of privacy, and all

28  other privileges recognized under the constitutional, statutory or decisional law of

EXHIBIT __2__
PAGE __102__

-56-

1  the United States of America, the State of California or any other applicable

2  jurisdiction, including, but not limited to, such laws existing in the United Mexican

3  States.  MGA Mexico further objects to this request on the grounds that it is overly

4  broad and unduly burdensome in that it seeks documents not relevant to the claims or

5  defenses in this action and not reasonably calculated to lead to the discovery of

6  admissible evidence.  Mattel has not demonstrated how *all* DOCUMENTS that

7  REFER OR RELATE TO compensation, money or any other item of value paid to

8  any of the FORMER MATTEL EMPLOYEES, promised to any FORMER

9  MATTEL EMPLOYEE on anyone acting on their behalf, by LARIAN, could be

10  relevant to the claims and defenses in this action.  The request is not limited to the

11  subject matter of this action and is thus impermissibly overbroad.  See Aug. 13 Order

12  at 9:17-20; May 22 Order at 21:5-7.  MGA Mexico further objects to this request as

13  being overly broad and unduly burdensome on the grounds that it is not limited in

14  time or geographic scope.  MGA Mexico further objects to this request on the

15  grounds that the terms REFER OR RELATE TO and FORMER MATTEL

16  EMPLOYEES render the request vague, ambiguous, overly broad and unduly

17  burdensome.  MGA Mexico further objects to the phrases "other item of value paid"

18  and "indirectly" as vague and ambiguous.  MGA Mexico further objects to the

19  request to the extent that it seeks documents that by reason of public filing, public

20  distribution or otherwise are already in Mattel's possession or are readily accessible

21  to Mattel.  MGA Mexico further objects to the request to the extent that it seeks

22  documents not in MGA Mexico's possession, custody or control.  MGA Mexico

23  further objects to the request to the extent it seeks confidential, proprietary or

24  commercially sensitive information, the disclosure of which would be inimical to the

25  business interests of MGA Mexico.  MGA Mexico further objects to the request to

26  the extent it violates the privacy rights of third parties to their private, confidential,

27  proprietary or trade secret information.

28

EXHIBIT __2__

PAGE __103__

-57-

1    MGA Mexico further objects to this request as cumulative, duplicative, and

2 unduly burdensome to the extent that it seeks documents previously requested by

3 Mattel and/or produced in response to Mattel's document requests.

4 REQUEST FOR PRODUCTION NO. 34:

5    All DOCUMENTS, including but not limited to all COMMUNICATIONS

6 with any PERSON, that REFER OR RELATE TO compensation, money or any

7 other item of value paid to any of the FORMER MATTEL EMPLOYEES, promised

8 to any FORMER MATTEL EMPLOYEE on anyone acting on their behalf, whether

9 directly or indirectly, by Thomas Park.

10 RESPONSE TO REQUEST FOR PRODUCTION NO. 34:

11    MGA Mexico incorporates by reference its General Response and General

12 Objections above, as though fully set forth herein and specifically incorporates

13 General Objection No. 15 (regarding Definitions), including without limitation MGA

14 Mexico's objection to the definition of the terms REFER OR RELATE TO and

15 FORMER MATTEL EMPLOYEES. MGA Mexico further objects to the request to

16 the extent it seeks the production of documents that are protected from disclosure

17 under any applicable privilege, doctrine or immunity, including without limitation

18 the attorney-client privilege, the work product doctrine, the right of privacy, and all

19 other privileges recognized under the constitutional, statutory or decisional law of

20 the United States of America, the State of California or any other applicable

21 jurisdiction, including, but not limited to, such laws existing in the United Mexican

22 States. MGA Mexico further objects to this request on the grounds that it is overly

23 broad and unduly burdensome in that it seeks documents not relevant to the claims or

24 defenses in this action and not reasonably calculated to lead to the discovery of

25 admissible evidence. Mattel has not demonstrated how *all* DOCUMENTS that

26 REFER OR RELATE TO compensation, money or any other item of value paid to

27 any of the FORMER MATTEL EMPLOYEES, promised to any FORMER

28 MATTEL EMPLOYEE on anyone acting on their behalf by Thomas Park, could be

EXHIBIT ___

PAGE ___ 104

-58-

1  relevant to the claims and defenses in this action. The request is not limited to the

2  subject matter of this action and is thus impermissibly overbroad. See Aug. 13 Order

3  at 9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this request as

4  being overly broad and unduly burdensome on the grounds that it is not limited in

5  time or geographic scope. MGA Mexico further objects to this request on the

6  grounds that the terms REFER OR RELATE TO and FORMER MATTEL

7  EMPLOYEES render the request vague, ambiguous, overly broad and unduly

8  burdensome. MGA Mexico further objects to the phrases "item of value paid" and

9  "indirectly" as vague and ambiguous. MGA Mexico further objects to the request to

10  the extent that it seeks documents that by reason of public filing, public distribution

11  or otherwise are already in Mattel's possession or are readily accessible to Mattel.

12  MGA Mexico further objects to the request to the extent that it seeks documents not

13  in MGA Mexico's possession, custody or control. MGA Mexico further objects to

14  the request to the extent it seeks confidential, proprietary or commercially sensitive

15  information, the disclosure of which would be inimical to the business interests of

16  MGA Mexico. MGA Mexico further objects to the request to the extent it violates

17  the privacy rights of third parties to their private, confidential, proprietary or trade

18  secret information.

19      MGA Mexico further objects to this request as cumulative, duplicative, and

20  unduly burdensome to the extent that it seeks documents previously requested by

21  Mattel and/or produced in response to Mattel's document requests.

22  REQUEST FOR PRODUCTION NO. 35:

23      YOUR phone records from January 1, 2002 through the present.

24  RESPONSE TO REQUEST FOR PRODUCTION NO. 35:

25      MGA Mexico incorporates by reference its General Response and General

26  Objections above, as though fully set forth herein and specifically incorporates

27  General Objection No. 15 (regarding Definitions), including without limitation MGA

28  Mexico's objection to the definition of the term YOUR. MGA Mexico further

-59-

EXHIBIT __2__

PAGE __105__

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
MSW - Draft December 19, 2007 - 1:25 PM
256415.05:Palo Alto Server 1A

1 objects to the request to the extent it seeks the production of documents that are

2 protected from disclosure under any applicable privilege, doctrine or immunity,

3 including without limitation the attorney-client privilege, the work product doctrine,

4 the right of privacy, and all other privileges recognized under the constitutional,

5 statutory or decisional law of the United States of America, the State of California or

6 any other applicable jurisdiction, including, but not limited to, such laws existing in

7 the United Mexican States. MGA Mexico further objects to this request on the

8 grounds that it is overly broad and unduly burdensome in that it seeks documents not

9 relevant to the claims or defenses in this action and not reasonably calculated to lead

10 to the discovery of admissible evidence. Mattel has not demonstrated how *all*

11 YOUR phone records from January 1, 2002 through the present could be relevant to

12 the claims and defenses in this action. The request is not limited to the subject

13 matter of this action and is thus impermissibly overbroad. See Aug. 13 Order at

14 9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this request as

15 being overly broad and unduly burdensome on the grounds that it is not sufficiently

16 limited in time or geographic scope. MGA Mexico further objects to this request on

17 the grounds that the term YOUR renders the request vague, ambiguous, overly broad

18 and unduly burdensome. MGA Mexico further objects to the phrase "phone records"

19 as vague and ambiguous. MGA Mexico further objects to the request to the extent

20 that it seeks documents that by reason of public filing, public distribution or

21 otherwise are already in Mattel's possession or are readily accessible to Mattel.

22 MGA Mexico further objects to the request to the extent that it seeks documents not

23 in MGA Mexico's possession, custody or control. MGA Mexico further objects to

24 the request to the extent it seeks confidential, proprietary or commercially sensitive

25 information, the disclosure of which would be inimical to the business interests of

26 MGA Mexico. MGA Mexico further objects to the request to the extent it violates

27 the privacy rights of third parties to their private, confidential, proprietary or trade

28 secret information.

EXHIBIT __2__

PAGE __106__

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A                                    MSW - Draft December 19, 2007 - 1:25 PM

1  MGA Mexico further objects to this request as cumulative, duplicative, and

2  unduly burdensome to the extent that it seeks documents previously requested by

3  Mattel and/or produced in response to Mattel's document requests.

4  REQUEST FOR PRODUCTION NO. 36:

5  All DOCUMENTS received by, shared with or disclosed to YOU, directly or

6  indirectly, from any FORMER MATTEL EMPLOYEE authored by or for the

7  benefit of MATTEL, or that REFER OR RELATE TO MATTEL, or any MATTEL

8  product, plan, client, customer, current or former MATTEL employee, sales,

9  advertising, marketing, analysis, tool or procedure.

10  RESPONSE TO REQUEST FOR PRODUCTION NO. 36:

11  MGA Mexico incorporates by reference its General Response and General

12  Objections above, as though fully set forth herein and specifically incorporates

13  General Objection No. 15 (regarding Definitions), including without limitation MGA

14  Mexico's objection to the definition of the terms FORMER MATTEL EMPLOYEES,

15  MATTEL and REFER OR RELATE TO.  MGA Mexico further objects to the

16  request to the extent it seeks the production of documents that are protected from

17  disclosure under any applicable privilege, doctrine or immunity, including without

18  limitation the attorney-client privilege, the work product doctrine, the right of

19  privacy, and all other privileges recognized under the constitutional, statutory or

20  decisional law of the United States of America, the State of California or any other

21  applicable jurisdiction, including, but not limited to, such laws existing in the United

22  Mexican States.  MGA Mexico further objects to this request on the grounds that it is

23  overly broad and unduly burdensome in that it seeks documents not relevant to the

24  claims or defenses in this action and not reasonably calculated to lead to the

25  discovery of admissible evidence.  Mattel has not demonstrated how *all*

26  DOCUMENTS received by, shared with or disclosed to YOU from any FORMER

27  MATTEL EMPLOYEE authored by or for the benefit of MATTEL, or that REFER

28  OR RELATE TO MATTEL, or any MATTEL product, plan, client, customer,

-61-

XHIBIT __2__
AGE __10__

1 current or former MATTEL EMPLOYEE, sales, advertising, marketing, analysis,

2 tool or procedure, could be relevant to the claims and defenses in this action. The

3 request is not limited to the subject matter of this action and is thus impermissibly

4 overbroad. See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7. MGA Mexico

5 further objects to this request as being overly broad and unduly burdensome on the

6 grounds that it is not limited in time or geographic scope. MGA Mexico further

7 objects to this request on the grounds that the terms FORMER MATTEL

8 EMPLOYEES, MATTEL, and REFER OR RELATE TO render the request vague,

9 ambiguous, overly broad and unduly burdensome. MGA Mexico further objects to

10 the phrases "indirectly," "authored by," "analysis," "tool," "procedure" and "for the

11 benefit of" as vague and ambiguous, and to the term "employee" as calling for a legal

12 conclusion. MGA Mexico further objects to the request to the extent that it seeks

13 documents that by reason of public filing, public distribution or otherwise are already

14 in Mattel's possession or are readily accessible to Mattel. MGA Mexico further

15 objects to the request to the extent that it seeks documents not in MGA Mexico's

16 possession, custody or control. MGA Mexico further objects to the request to the

17 extent it seeks confidential, proprietary or commercially sensitive information, the

18 disclosure of which would be inimical to the business interests of MGA Mexico.

19     MGA Mexico further objects to this request as cumulative, duplicative, and

20 unduly burdensome to the extent that it seeks documents previously requested by

21 Mattel and/or produced in response to Mattel's document requests.

22 <u>REQUEST FOR PRODUCTION NO. 37</u>:

23     To the extent not produced in response to any other Request for Production, all

24 DOCUMENTS received by, shared with or disclosed to YOU, directly or indirectly,

25 at any time after January 1, 1998 from any current or former MATTEL employee or

26 MATTEL contractor that was authored by or for the benefit of MATTEL, or that

27 REFER OR RELATE TO MATTEL, or any MATTEL product, plan, client,

28

EXHIBIT __2__

PAGE __108__

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A      MSW - Draft December 19, 2007 - 1:25 PM

1 | customer, current or former MATTEL employee, sales, advertising, marketing,

2 | analysis, tool or procedure.

3 | RESPONSE TO REQUEST FOR PRODUCTION NO. 37:

4 |      MGA Mexico incorporates by reference its General Response and General

5 | Objections above, as though fully set forth herein and specifically incorporates

6 | General Objection No. 15 (regarding Definitions), including without limitation MGA

7 | Mexico's objection to the definition of the terms MATTEL and REFER OR

8 | RELATE TO. MGA Mexico further objects to the request to the extent it seeks the

9 | production of documents that are protected from disclosure under any applicable

10 | privilege, doctrine or immunity, including without limitation the attorney-client

11 | privilege, the work product doctrine, the right of privacy, and all other privileges

12 | recognized under the constitutional, statutory or decisional law of the United States

13 | of America, the State of California or any other applicable jurisdiction, including, but

14 | not limited to, such laws existing in the United Mexican States. MGA Mexico

15 | further objects to this request on the grounds that it is overly broad and unduly

16 | burdensome in that it seeks documents not relevant to the claims or defenses in this

17 | action and not reasonably calculated to lead to the discovery of admissible evidence.

18 | Mattel has not demonstrated how *all* DOCUMENTS received by, shared with or

19 | disclosed to YOU, directly or indirectly, at any time after January 1, 1998 from any

20 | current or former MATTEL employee or MATTEL contractor that was authored by

21 | or for the benefit of MATTEL, or that REFER OR RELATE TO MATTEL, or any

22 | MATTEL product, plan, client, customer, current or former MATTEL employee,

23 | sales, advertising, marketing, analysis, tool or procedure, could be relevant to the

24 | claims and defenses in this action. The request is not limited to the subject matter of

25 | this action and is thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May

26 | 22 Order at 21:5-7. MGA Mexico further objects to this request as being overly

27 | broad and unduly burdensome on the grounds that it is not sufficiently limited in

28 | time or geographic scope. MGA Mexico further objects to this request on the

EXHIBIT __2__

PAGE __169__

-63-

1  grounds that the terms MATTEL and REFER OR RELATE TO render the request

2  vague, ambiguous, overly broad and unduly burdensome.  MGA Mexico further

3  objects to the phrase "indirectly," "authored by," "for the benefit of," "analysis,"

4  "tool," and "procedure" as vague and ambiguous, and to the term "employee" as

5  calling for a legal conclusion.  MGA Mexico further objects to the request to the

6  extent that it seeks documents that by reason of public filing, public distribution or

7  otherwise are already in Mattel's possession or are readily accessible to Mattel.

8  MGA Mexico further objects to the request to the extent that it seeks documents not

9  in MGA Mexico's possession, custody or control.  MGA Mexico further objects to

10  the request to the extent it seeks confidential, proprietary or commercially sensitive

11  information, the disclosure of which would be inimical to the business interests of

12  MGA Mexico.

13       MGA Mexico further objects to this request as cumulative, duplicative, and

14  unduly burdensome to the extent that it seeks documents previously requested by

15  Mattel and/or produced in response to Mattel's document requests.

16  REQUEST FOR PRODUCTION NO. 38:

17       All DOCUMENTS, including but not limited to all COMMUNICATIONS

18  with any PERSON, that REFER OR RELATE TO YOUR receipt, reproduction,

19  copying, storage, transmission, transfer, retention, destruction, deletion or use of any

20  DOCUMENTS, data and/or information, including but not limited to any

21  compilation of information, that was prepared, made, created, generated, assembled

22  or compiled by or for MATTEL and that YOU received, directly or indirectly, from

23  any FORMER MATTEL EMPLOYEE.

24  RESPONSE TO REQUEST FOR PRODUCTION NO. 38:

25       MGA Mexico incorporates by reference its General Response and General

26  Objections above, as though fully set forth herein and specifically incorporates

27  General Objection No. 15 (regarding Definitions), including without limitation MGA

28  Mexico's objection to the definition of the terms REFER OR RELATE, MATTEL

EXHIBIT  2

PAGE  110

-64-

1  and FORMER MATTEL EMPLOYEES.  MGA Mexico further objects to the

2  request to the extent it seeks the production of documents that are protected from

3  disclosure under any applicable privilege, doctrine or immunity, including without

4  limitation the attorney-client privilege, the work product doctrine, the right of

5  privacy, and all other privileges recognized under the constitutional, statutory or

6  decisional law of the United States of America, the State of California or any other

7  applicable jurisdiction, including, but not limited to, such laws existing in the United

8  Mexican States.  MGA Mexico further objects to this request on the grounds that it is

9  overly broad and unduly burdensome in that it seeks documents not relevant to the

10 claims or defenses in this action and not reasonably calculated to lead to the

11 discovery of admissible evidence.  Mattel has not demonstrated how *all*

12 DOCUMENTS that REFER OR RELATE TO YOUR receipt, reproduction, copying,

13 storage, transmission, transfer, retention, destruction, deletion or use of any

14 DOCUMENTS, data and/or information that was prepared, made, created, generated,

15 assembled or compiled by or for MATTEL and that YOU received from any

16 FORMER MATTEL EMPLOYEE, could be relevant to the claims and defenses in

17 this action.  The request is not limited to the subject matter of this action and is thus

18 impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.

19 MGA Mexico further objects to this request as being overly broad and unduly

20 burdensome on the grounds that it is not limited in time or geographic scope.  MGA

21 Mexico further objects to this request on the grounds that the terms REFER OR

22 RELATE, MATTEL and FORMER MATTEL EMPLOYEES render the request

23 vague, ambiguous, overly broad and unduly burdensome.  MGA Mexico further

24 objects to the phrase, "by or for MATTEL" and "indirectly" as vague and ambiguous.

25 MGA Mexico further objects to the request to the extent that it seeks documents that

26 by reason of public filing, public distribution or otherwise are already in Mattel's

27 possession or are readily accessible to Mattel.  MGA Mexico further objects to the

28 request to the extent that it seeks documents not in MGA Mexico's possession,

-65-

EXHIBIT __2__
PAGE __11__

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A                    MSW - Draft December 19, 2007 - 1:25 PM

1 custody or control.  MGA Mexico further objects to the request to the extent it seeks

2 confidential, proprietary or commercially sensitive information, the disclosure of

3 which would be inimical to the business interests of MGA Mexico.  MGA Mexico

4 further objects to the request to the extent it violates the privacy rights of third parties

5 to their private, confidential, proprietary or trade secret information.

6       MGA Mexico further objects to this request as cumulative, duplicative, and

7 unduly burdensome to the extent that it seeks documents previously requested by

8 Mattel and/or produced in response to Mattel's document requests.

9 REQUEST FOR PRODUCTION NO. 39:

10       To the extent not produced in response to any other Request for Production, all

11 DOCUMENTS, including but not limited to all COMMUNICATIONS with any

12 PERSON, that REFER OR RELATE TO YOUR receipt, reproduction, copying,

13 storage, transmission, transfer, retention, destruction, deletion or use of any

14 DOCUMENTS, data and/or information, including but not limited to any

15 compilation of information, that was prepared, made, created, generated, assembled

16 or compiled by or for MATTEL and that YOU received, directly or indirectly, at any

17 time after January 1, 1998 from any current or former MATTEL employee or

18 MATTEL contractor.

19 RESPONSE TO REQUEST FOR PRODUCTION NO. 39:

20       MGA Mexico incorporates by reference its General Response and General

21 Objections above, as though fully set forth herein and specifically incorporates

22 General Objection No. 15 (regarding Definitions), including without limitation MGA

23 Mexico's objection to the definition of the terms MATTEL and REFER OR

24 RELATE TO.  MGA Mexico further objects to the request to the extent it seeks the

25 production of documents that are protected from disclosure under any applicable

26 privilege, doctrine or immunity, including without limitation the attorney-client

27 privilege, the work product doctrine, the right of privacy, and all other privileges

28 recognized under the constitutional, statutory or decisional law of the United States

EXHIBIT __2__

PAGE __112__

-66-

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A      MSW - Draft December 19, 2007 - 1:25 PM

1  of America, the State of California or any other applicable jurisdiction, including, but

2  not limited to, such laws existing in the United Mexican States.  MGA Mexico

3  further objects to this request on the grounds that it is overly broad and unduly

4  burdensome in that it seeks documents not relevant to the claims or defenses in this

5  action and not reasonably calculated to lead to the discovery of admissible evidence.

6  Mattel has not demonstrated how *all* DOCUMENTS that REFER OR RELATE TO

7  YOUR receipt, reproduction, copying, storage, transmission, transfer, retention,

8  destruction, deletion or use of any DOCUMENTS, data and/or information that was

9  prepared, made, created, generated, assembled or compiled by or for MATTEL and

10  that YOU received, directly or indirectly, at any time after January 1, 1998 from any

11  current or former MATTEL EMPLOYEE or MATTEL contractor, could be relevant

12  to the claims and defenses in this action.  The request is not limited to the subject

13  matter of this action and is thus impermissibly overbroad.  See Aug. 13 Order at

14  9:17-20; May 22 Order at 21:5-7.  MGA Mexico further objects to this request as

15  being overly broad and unduly burdensome on the grounds that it is not sufficiently

16  limited in time or geographic scope.  MGA Mexico further objects to this request on

17  the grounds that the term REFER OR RELATE TO render the request vague,

18  ambiguous, overly broad and unduly burdensome.  MGA Mexico further objects to

19  the phrases "compilation of information" and "indirectly" as vague and ambiguous,

20  and to the terms "contractor" and "employee" as calling for a legal conclusion.

21  MGA Mexico further objects to the request to the extent that it seeks documents that

22  by reason of public filing, public distribution or otherwise are already in Mattel's

23  possession or are readily accessible to Mattel.  MGA Mexico further objects to the

24  request to the extent that it seeks documents not in MGA Mexico's possession,

25  custody or control.  MGA Mexico further objects to the request to the extent it seeks

26  confidential, proprietary or commercially sensitive information, the disclosure of

27  which would be inimical to the business interests of MGA Mexico.  MGA Mexico

28

EXHIBIT ___2___

PAGE ___113___

-67-

1   further objects to the request to the extent it violates the privacy rights of third parties

2   to their private, confidential, proprietary or trade secret information.

3        MGA Mexico further objects to this request as cumulative, duplicative, and

4   unduly burdensome to the extent that it seeks documents previously requested by

5   Mattel and/or produced in response to Mattel's document requests.

6   REQUEST FOR PRODUCTION NO. 40:

7        ALL DOCUMENTS that REFER or RELATE to efforts to destroy, disable or

8   otherwise interfere with the ability to access any MATTEL computer or electronic

9   storage device.

10   RESPONSE TO REQUEST FOR PRODUCTION NO. 40:

11        MGA Mexico incorporates by reference its General Response and General

12   Objections above, as though fully set forth herein and specifically incorporates

13   General Objection No. 15 (regarding Definitions), including without limitation MGA

14   Mexico's objection to the definition of the terms REFER OR RELATE and

15   MATTEL.  MGA Mexico further objects to the request to the extent it seeks the

16   production of documents that are protected from disclosure under any applicable

17   privilege, doctrine or immunity, including without limitation the attorney-client

18   privilege, the work product doctrine, the right of privacy, and all other privileges

19   recognized under the constitutional, statutory or decisional law of the United States

20   of America, the State of California or any other applicable jurisdiction, including, but

21   not limited to, such laws existing in the United Mexican States.  MGA Mexico

22   further objects to this request on the grounds that it is overly broad and unduly

23   burdensome in that it seeks documents not relevant to the claims or defenses in this

24   action and not reasonably calculated to lead to the discovery of admissible evidence.

25   Mattel has not demonstrated how *all* DOCUMENTS that REFER or RELATE to

26   efforts to destroy, disable or otherwise interfere with the ability to access any

27   MATTEL computer or electronic storage device, could be relevant to the claims and

28   defenses in this action.  The request is not limited to the subject matter of this action

EXHIBIT __2__

PAGE __1/4__

-68-

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A     MSW - Draft December 19, 2007 - 1:25 PM

1  and is thus impermissibly overbroad.  <u>See</u> Aug. 13 Order at 9:17-20; May 22 Order

2  at 21:5-7.  MGA Mexico further objects to this request as being overly broad and

3  unduly burdensome on the grounds that it is not limited in time or geographic scope.

4  MGA Mexico further objects to this request on the grounds that the terms REFER

5  OR RELATE and MATTEL render the request vague, ambiguous, overly broad and

6  unduly burdensome.  MGA Mexico further objects to the phrases "interfere with,"

7  "ability to access," and "MATTEL computer or electronic storage device" as vague

8  and ambiguous.  MGA Mexico further objects to the request to the extent that it

9  seeks documents that by reason of public filing, public distribution or otherwise are

10  already in Mattel's possession or are readily accessible to Mattel.  MGA Mexico

11  further objects to the request to the extent that it seeks documents not in MGA

12  Mexico's possession, custody or control.  MGA Mexico further objects to the request

13  to the extent it seeks confidential, proprietary or commercially sensitive information,

14  the disclosure of which would be inimical to the business interests of MGA Mexico.

15  MGA Mexico further objects to the request to the extent it violates the privacy rights

16  of third parties to their private, confidential, proprietary or trade secret information.

17      MGA Mexico further objects to this request as cumulative, duplicative, and

18  unduly burdensome to the extent that it seeks documents previously requested by

19  Mattel and/or produced in response to Mattel's document requests.

20  <u>REQUEST FOR PRODUCTION NO. 41</u>:

21      A copy of each personnel file that REFERS OR RELATES TO any of the

22  FORMER MATTEL EMPLOYEES.

23  <u>RESPONSE TO REQUEST FOR PRODUCTION NO. 41</u>:

24      MGA Mexico incorporates by reference its General Response and General

25  Objections above, as though fully set forth herein and specifically incorporates

26  General Objection No. 15 (regarding Definitions), including without limitation MGA

27  Mexico's objection to the definition of the terms REFERS OR RELATES TO and

28  FORMER MATTEL EMPLOYEES.  MGA Mexico further objects to the request to

EXHIBIT __2__

PAGE __115__

-69-

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A                    MSW - Draft December 19, 2007 - 1:25 PM

1 | the extent it seeks the production of documents that are protected from disclosure
2 | under any applicable privilege, doctrine or immunity, including without limitation
3 | the attorney-client privilege, the work product doctrine, the right of privacy, and all
4 | other privileges recognized under the constitutional, statutory or decisional law of
5 | the United States of America, the State of California or any other applicable
6 | jurisdiction, including, but not limited to, such laws existing in the United Mexican
7 | States. MGA Mexico further objects to this request on the grounds that it is overly
8 | broad and unduly burdensome in that it seeks documents not relevant to the claims or
9 | defenses in this action and not reasonably calculated to lead to the discovery of
10 | admissible evidence. Mattel has not demonstrated how each and every personnel file
11 | that REFERS OR RELATES TO any of the FORMER MATTEL EMPLOYEES
12 | could be relevant to the claims and defenses in this action. The request is not limited
13 | to the subject matter of this action and is thus impermissibly overbroad. See Aug. 13
14 | Order at 9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this
15 | request on the grounds that the terms REFERS OR RELATES TO and FORMER
16 | MATTEL EMPLOYEES render the request vague, ambiguous, overly broad and
17 | unduly burdensome. MGA Mexico further objects to the request to the extent that it
18 | seeks documents not in MGA Mexico's possession, custody or control. MGA
19 | Mexico further objects to the request to the extent it seeks confidential, proprietary
20 | or commercially sensitive information, the disclosure of which would be inimical to
21 | the business interests of MGA Mexico. MGA Mexico further objects to the request
22 | to the extent it violates the privacy rights of third parties to their private, confidential,
23 | proprietary or trade secret information.

24 |      MGA Mexico further objects to this request as cumulative, duplicative, and
25 | unduly burdensome to the extent that it seeks documents previously requested by
26 | Mattel and/or produced in response to Mattel's document requests.

27
28

EXHIBIT __2__

PAGE __116__

-70-

1  REQUEST FOR PRODUCTION NO. 42:

2       All DOCUMENTS that REFER OR RELATE TO any of the FORMER

3  MATTEL EMPLOYEES' job titles and job duties in each position the FORMER

4  MATTEL EMPLOYEES held while employed by YOU.

5  RESPONSE TO REQUEST FOR PRODUCTION NO. 42:

6       MGA Mexico incorporates by reference its General Response and General

7  Objections above, as though fully set forth herein and specifically incorporates

8  General Objection No. 15 (regarding Definitions), including without limitation MGA

9  Mexico's objection to the definition of the terms REFER OR RELATE TO and

10  FORMER MATTEL EMPLOYEES.  MGA Mexico further objects to the request to

11  the extent it seeks the production of documents that are protected from disclosure

12  under any applicable privilege, doctrine or immunity, including without limitation

13  the attorney-client privilege, the work product doctrine, the right of privacy, and all

14  other privileges recognized under the constitutional, statutory or decisional law of

15  the United States of America, the State of California or any other applicable

16  jurisdiction, including, but not limited to, such laws existing in the United Mexican

17  States.  MGA Mexico further objects to this request on the grounds that it is overly

18  broad and unduly burdensome in that it seeks documents not relevant to the claims or

19  defenses in this action and not reasonably calculated to lead to the discovery of

20  admissible evidence.  Mattel has not demonstrated how *all* DOCUMENTS that

21  REFER OR RELATE TO any of the FORMER MATTEL EMPLOYEES' job titles

22  and job duties in each position the FORMER MATTEL EMPLOYEES held while

23  employed by YOU, could be relevant to the claims and defenses in this action.  The

24  request is not limited to the subject matter of this action and is thus impermissibly

25  overbroad.  See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.  MGA Mexico

26  further objects to this request as being overly broad and unduly burdensome on the

27  grounds that it is not limited in time or geographic scope.  MGA Mexico further

28  objects to this request on the grounds that the terms REFER OR RELATE TO and

EXHIBIT __2__

PAGE __117__

-71-

1  FORMER MATTEL EMPLOYEES render the request vague, ambiguous, overly

2  broad and unduly burdensome. MGA Mexico further objects to the phrase "job

3  duties" as vague and ambiguous, and to the phrase "employed by" as calling for a

4  legal conclusion. MGA Mexico further objects to the request to the extent that it

5  seeks documents that by reason of public filing, public distribution or otherwise are

6  already in Mattel's possession or are readily accessible to Mattel. MGA Mexico

7  further objects to the request to the extent that it seeks documents not in MGA

8  Mexico's possession, custody or control. MGA Mexico further objects to the request

9  to the extent it seeks confidential, proprietary or commercially sensitive information,

10  the disclosure of which would be inimical to the business interests of MGA Mexico.

11  MGA Mexico further objects to the request to the extent it violates the privacy rights

12  of third parties to their private, confidential, proprietary or trade secret information.

13  MGA Mexico further objects to this request as cumulative, duplicative, and

14  unduly burdensome to the extent that it seeks documents previously requested by

15  Mattel and/or produced in response to Mattel's document requests.

16  REQUEST FOR PRODUCTION NO. 43:

17  All DOCUMENTS, including but not limited to all COMMUNICATIONS,

18  that REFER OR RELATE TO YOUR market planning or product development

19  prepared, created, sent or transmitted, whether in whole or in part, by MACHADO at

20  any time prior to April 30, 2005.

21  RESPONSE TO REQUEST FOR PRODUCTION NO. 43:

22  MGA Mexico incorporates by reference its General Response and General

23  Objections above, as though fully set forth herein and specifically incorporates

24  General Objection No. 15 (regarding Definitions), including without limitation MGA

25  Mexico's objection to the definition of the terms REFER OR RELATE TO and

26  MACHADO. MGA Mexico further objects to the request to the extent it seeks the

27  production of documents that are protected from disclosure under any applicable

28  privilege, doctrine or immunity, including without limitation the attorney-client

EXHIBIT __2__

PAGE __118__

-72-

1  privilege, the work product doctrine, the right of privacy, and all other privileges

2  recognized under the constitutional, statutory or decisional law of the United States

3  of America, the State of California or any other applicable jurisdiction, including, but

4  not limited to, such laws existing in the United Mexican States.  MGA Mexico

5  further objects to this request on the grounds that it is overly broad and unduly

6  burdensome in that it seeks documents not relevant to the claims or defenses in this

7  action and not reasonably calculated to lead to the discovery of admissible evidence.

8  Mattel has not demonstrated how *all* DOCUMENTS prepared, created, sent or

9  transmitted, whether in whole or in part, by MACHADO at any time prior to April

10  30, 2005, could be relevant to the claims and defenses in this action.  The request is

11  not limited to the subject matter of this action and is thus impermissibly overbroad.

12  See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.  MGA Mexico further

13  objects to this request as being overly broad and unduly burdensome on the grounds

14  that it is not sufficiently limited in time or geographic scope.  MGA Mexico further

15  objects to this request on the grounds that the terms REFER OR RELATE TO and

16  MACHADO render the request vague, ambiguous, overly broad and unduly

17  burdensome.  MGA Mexico further objects to the phrases "market planning,"

18  "product development" and "in part" as vague and ambiguous.  MGA Mexico further

19  objects to the request to the extent that it seeks documents that by reason of public

20  filing, public distribution or otherwise are already in Mattel's possession or are

21  readily accessible to Mattel.  MGA Mexico further objects to the request to the

22  extent that it seeks documents not in MGA Mexico's possession, custody or control.

23  MGA Mexico further objects to the request to the extent it seeks confidential,

24  proprietary or commercially sensitive information, the disclosure of which would be

25  inimical to the business interests of MGA Mexico.  MGA Mexico further objects to

26  the request to the extent it violates the privacy rights of third parties to their private,

27  confidential, proprietary or trade secret information.

EXHIBIT __2__

28

PAGE __119__

-73-

1   MGA Mexico further objects to this request as cumulative, duplicative, and

2   unduly burdensome to the extent that it seeks documents previously requested by

3   Mattel and/or produced in response to Mattel's document requests.

4   REQUEST FOR PRODUCTION NO. 44:

5   All DOCUMENTS, including but not limited to all COMMUNICATIONS,

6   that REFER OR RELATE TO YOUR market planning or product development

7   prepared, created, sent or transmitted, whether in whole or in part, by TRUEBA at

8   any time prior to April 30, 2005.

9   RESPONSE TO REQUEST FOR PRODUCTION NO. 44:

10   MGA Mexico incorporates by reference its General Response and General

11   Objections above, as though fully set forth herein and specifically incorporates

12   General Objection No. 15 (regarding Definitions), including without limitation MGA

13   Mexico's objection to the definition of the terms REFER OR RELATE TO and

14   TRUEBA.  MGA Mexico further objects to the request to the extent it seeks the

15   production of documents that are protected from disclosure under any applicable

16   privilege, doctrine or immunity, including without limitation the attorney-client

17   privilege, the work product doctrine, the right of privacy, and all other privileges

18   recognized under the constitutional, statutory or decisional law of the United States

19   of America, the State of California or any other applicable jurisdiction, including, but

20   not limited to, such laws existing in the United Mexican States.  MGA Mexico

21   further objects to this request on the grounds that it is overly broad and unduly

22   burdensome in that it seeks documents not relevant to the claims or defenses in this

23   action and not reasonably calculated to lead to the discovery of admissible evidence.

24   Mattel has not demonstrated how *all* DOCUMENTS that REFER OR RELATE TO

25   market planning or product development prepared, created, sent or transmitted,

26   whether in whole or in part, by TRUEBA at any time prior to April 30, 2005, could

27   be relevant to the claims and defenses in this action.  The request is not limited to the

28   subject matter of this action and is thus impermissibly overbroad.  See Aug. 13 Order

EXHIBIT __2__

PAGE __120__

-74-

1  at 9:17-20; May 22 Order at 21:5-7.  MGA Mexico further objects to this request as

2  being overly broad and unduly burdensome on the grounds that it is not sufficiently

3  limited in time or geographic scope.  MGA Mexico further objects to this request on

4  the grounds that the terms REFER OR RELATE TO and TRUEBA render the

5  request vague, ambiguous, overly broad and unduly burdensome.  MGA Mexico

6  further objects to the phrases "market planning," "product development" and "in

7  part" as vague and ambiguous.  MGA Mexico further objects to the request to the

8  extent that it seeks documents that by reason of public filing, public distribution or

9  otherwise are already in Mattel's possession or are readily accessible to Mattel.

10  MGA Mexico further objects to the request to the extent that it seeks documents not

11  in MGA Mexico's possession, custody or control.  MGA Mexico further objects to

12  the request to the extent it seeks confidential, proprietary or commercially sensitive

13  information, the disclosure of which would be inimical to the business interests of

14  MGA Mexico.  MGA Mexico further objects to the request to the extent it violates

15  the privacy rights of third parties to their private, confidential, proprietary or trade

16  secret information.

17         MGA Mexico further objects to this request as cumulative, duplicative, and

18  unduly burdensome to the extent that it seeks documents previously requested by

19  Mattel and/or produced in response to Mattel's document requests.

20  REQUEST FOR PRODUCTION NO. 45:

21         All DOCUMENTS, including but not limited to all COMMUNICATIONS,

22  that REFER OR RELATE TO YOUR promotional spending and activities prepared,

23  created, sent or transmitted, whether in whole or in part, by VARGAS at any time

24  prior to April 30, 2005.

25  RESPONSE TO REQUEST FOR PRODUCTION NO. 45:

26         MGA Mexico incorporates by reference its General Response and General

27  Objections above, as though fully set forth herein and specifically incorporates

28  General Objection No. 15 (regarding Definitions), including without limitation MGA

EXHIBIT __2__

PAGE __121__

-75-

1  Mexico's objection to the definition of the terms REFER OR RELATE TO and

2  VARGAS.  MGA Mexico further objects to the request to the extent it seeks the

3  production of documents that are protected from disclosure under any applicable

4  privilege, doctrine or immunity, including without limitation the attorney-client

5  privilege, the work product doctrine, the right of privacy, and all other privileges

6  recognized under the constitutional, statutory or decisional law of the United States

7  of America, the State of California or any other applicable jurisdiction, including, but

8  not limited to, such laws existing in the United Mexican States.  MGA Mexico

9  further objects to this request on the grounds that it is overly broad and unduly

10  burdensome in that it seeks documents not relevant to the claims or defenses in this

11  action and not reasonably calculated to lead to the discovery of admissible evidence.

12  Mattel has not demonstrated how *all* DOCUMENTS that REFER OR RELATE TO

13  MGA Mexico's promotional spending and activities prepared, created, sent or

14  transmitted, whether in whole or in part, by VARGAS at any time prior to April 30,

15  2005, could be relevant to the claims and defenses in this action.  The request is not

16  limited to the subject matter of this action and is thus impermissibly overbroad.  See

17  Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.  MGA Mexico further objects to

18  this request as being overly broad and unduly burdensome on the grounds that it is

19  not sufficiently limited in time or geographic scope.  MGA Mexico further objects to

20  this request on the grounds that the terms REFER OR RELATE TO and VARGAS

21  render the request vague, ambiguous, overly broad and unduly burdensome.  MGA

22  Mexico further objects to the terms "activities" and "in part" as vague and ambiguous.

23  MGA Mexico further objects to the request to the extent that it seeks documents that

24  by reason of public filing, public distribution or otherwise are already in Mattel's

25  possession or are readily accessible to Mattel.  MGA Mexico further objects to the

26  request to the extent that it seeks documents not in MGA Mexico's possession,

27  custody or control.  MGA Mexico further objects to the request to the extent it seeks

28  confidential, proprietary or commercially sensitive information, the disclosure of

EXHIBIT __2__

PAGE __22__

-76-

1  which would be inimical to the business interests of MGA Mexico.  MGA Mexico

2  further objects to the request to the extent it violates the privacy rights of third parties

3  to their private, confidential, proprietary or trade secret information.

4      MGA Mexico further objects to this request as cumulative, duplicative, and

5  unduly burdensome to the extent that it seeks documents previously requested by

6  Mattel and/or produced in response to Mattel's document requests.

7  REQUEST FOR PRODUCTION NO. 46:

8      All DOCUMENTS that REFER OR RELATE TO any promotions, bonuses,

9  monetary incentives, payments, increases in benefits or pay, awards, transfers,

10  warnings, admonishments, discipline, reprimands, demotions or terminations of or

11  received by any of the FORMER MATTEL EMPLOYEES while employed by YOU,

12  including without limitation all DOCUMENTS that REFER OR RELATE TO the

13  reasons therefor.

14  RESPONSE TO REQUEST FOR PRODUCTION NO. 46:

15      MGA Mexico incorporates by reference its General Response and General

16  Objections above, as though fully set forth herein and specifically incorporates

17  General Objection No. 15 (regarding Definitions), including without limitation MGA

18  Mexico's objection to the definition of the terms REFER OR RELATE TO and

19  FORMER MATTEL EMPLOYEES.  MGA Mexico further objects to the request to

20  the extent it seeks the production of documents that are protected from disclosure

21  under any applicable privilege, doctrine or immunity, including without limitation

22  the attorney-client privilege, the work product doctrine, the right of privacy, and all

23  other privileges recognized under the constitutional, statutory or decisional law of

24  the United States of America, the State of California or any other applicable

25  jurisdiction, including, but not limited to, such laws existing in the United Mexican

26  States.  MGA Mexico further objects to this request on the grounds that it is overly

27  broad and unduly burdensome in that it seeks documents not relevant to the claims or

28  defenses in this action and not reasonably calculated to lead to the discovery of

EXHIBIT  2

PAGE  123

-77-

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
MSW - Draft December 19, 2007 - 1:25 PM

256415.05-Palo Alto Server 1A

1  admissible evidence. Mattel has not demonstrated how *all* DOCUMENTS that

2  REFER OR RELATE TO any promotions, bonuses, monetary incentives, payments,

3  increases in benefits or pay, awards, transfers, warnings, admonishments, discipline,

4  reprimands, demotions or terminations of or received by any of the FORMER

5  MATTEL EMPLOYEES while employed by YOU, could be relevant to the claims

6  and defenses in this action. The request is not limited to the subject matter of this

7  action and is thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22

8  Order at 21:5-7. MGA Mexico further objects to this request as being overly broad

9  and unduly burdensome on the grounds that it is not limited in time or geographic

10 scope. MGA Mexico further objects to this request on the grounds that the terms

11 REFER OR RELATE TO and FORMER MATTEL EMPLOYEES render the

12 request vague, ambiguous, overly broad and unduly burdensome. MGA Mexico

13 further objects to the phrases "monetary incentives," "awards," and "transfers" as

14 vague and ambiguous, and to "employed by" as calling for a legal conclusion. MGA

15 Mexico further objects to the request to the extent that it seeks documents that by

16 reason of public filing, public distribution or otherwise are already in Mattel's

17 possession or are readily accessible to Mattel. MGA Mexico further objects to the

18 request to the extent that it seeks documents not in MGA Mexico's possession,

19 custody or control. MGA Mexico further objects to the request to the extent it seeks

20 confidential, proprietary or commercially sensitive information, the disclosure of

21 which would be inimical to the business interests of MGA Mexico. MGA Mexico

22 further objects to the request to the extent it violates the privacy rights of third parties

23 to their private, confidential, proprietary or trade secret information.

24      MGA Mexico further objects to this request as cumulative, duplicative, and

25 unduly burdensome to the extent that it seeks documents previously requested by

26 Mattel and/or produced in response to Mattel's document requests.

27

28

EXHIBIT __2__
PAGE __124__

-78-

1 | REQUEST FOR PRODUCTION NO. 47:

2 |     DOCUMENTS sufficient to show all efforts that YOU take to maintain the

3 | secrecy of YOUR trade secrets, and the date YOU started such efforts, including but

4 | not limited to all policies and procedures related thereto.

5 | RESPONSE TO REQUEST FOR PRODUCTION NO. 47:

6 |     MGA Mexico incorporates by reference its General Response and General

7 | Objections above, as though fully set forth herein and specifically incorporates

8 | General Objection No. 15 (regarding Definitions), including without limitation MGA

9 | Mexico's objection to the definition of the terms YOU and YOUR.  MGA Mexico

10 | further objects to the request to the extent it seeks the production of documents that

11 | are protected from disclosure under any applicable privilege, doctrine or immunity,

12 | including without limitation the attorney-client privilege, the work product doctrine,

13 | the right of privacy, and all other privileges recognized under the constitutional,

14 | statutory or decisional law of the United States of America, the State of California or

15 | any other applicable jurisdiction, including, but not limited to, such laws existing in

16 | the United Mexican States.  MGA Mexico further objects to this request on the

17 | grounds that it is overly broad and unduly burdensome in that it seeks documents not

18 | relevant to the claims or defenses in this action and not reasonably calculated to lead

19 | to the discovery of admissible evidence.  The request is not limited to the subject

20 | matter of this action and is thus impermissibly overbroad.  See Aug. 13 Order at

21 | 9:17-20; May 22 Order at 21:5-7.  MGA Mexico further objects to this request as

22 | being overly broad and unduly burdensome on the grounds that it is not limited in

23 | time or geographic scope.  MGA Mexico further objects to this request on the

24 | grounds that the terms YOU and YOUR render the request vague, ambiguous, overly

25 | broad and unduly burdensome.  MGA Mexico further objects to the phrase "policies

26 | and procedures related thereto," and to the term "secrecy," as vague and ambiguous.

27 | MGA Mexico further objects to the request to the extent that it seeks documents not

28 | in MGA Mexico's possession, custody or control.  MGA Mexico further objects to

EXHIBIT __2__

PAGE __125__

-79-

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A      MSW - Draft December 19, 2007 - 1:25 PM

1  the request to the extent it seeks confidential, proprietary or commercially sensitive

2  information, the disclosure of which would be inimical to the business interests of

3  MGA Mexico.

4       MGA Mexico further objects to this request as cumulative, duplicative, and

5  unduly burdensome to the extent that it seeks documents previously requested by

6  Mattel and/or produced in response to Mattel's document requests.

7  REQUEST FOR PRODUCTION NO. 48:

8       All DOCUMENTS that REFER OR RELATE TO any failures to comply with

9  YOUR efforts or violation of YOUR policies or procedure to maintain the secrecy of

10  YOUR trade secrets.

11  RESPONSE TO REQUEST FOR PRODUCTION NO. 48:

12       MGA Mexico incorporates by reference its General Response and General

13  Objections above, as though fully set forth herein and specifically incorporates

14  General Objection No. 15 (regarding Definitions), including without limitation MGA

15  Mexico's objection to the definition of the terms REFER OR RELATE TO, YOU

16  and YOUR. MGA Mexico further objects to the request to the extent it seeks the

17  production of documents that are protected from disclosure under any applicable

18  privilege, doctrine or immunity, including without limitation the attorney-client

19  privilege, the work product doctrine, the right of privacy, and all other privileges

20  recognized under the constitutional, statutory or decisional law of the United States

21  of America, the State of California or any other applicable jurisdiction, including, but

22  not limited to, such laws existing in the United Mexican States. MGA Mexico

23  further objects to this request on the grounds that it is overly broad and unduly

24  burdensome in that it seeks documents not relevant to the claims or defenses in this

25  action and not reasonably calculated to lead to the discovery of admissible evidence.

26  Mattel has not demonstrated how *all* DOCUMENTS that REFER OR RELATE TO

27  any failures to comply with YOUR efforts or violation of MGA Mexico's policies or

28  procedure to maintain the secrecy of YOUR trade secrets, could be relevant to the

EXHIBIT 2

PAGE 126

-80-

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A         MSW - Draft December 19, 2007 - 1:25 PM

1 claims and defenses in this action. The request is not limited to the subject matter of

2 this action and is thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May

3 22 Order at 21:5-7. MGA Mexico further objects to this request as being overly

4 broad and unduly burdensome on the grounds that it is not limited in time or

5 geographic scope. MGA Mexico further objects to this request on the grounds that

6 the terms REFER OR RELATE TO, YOU and YOUR render the request vague,

7 ambiguous, overly broad and unduly burdensome. MGA Mexico further objects to

8 the phrase "failures to comply with YOUR efforts," and the term "secrecy" as vague

9 and ambiguous. MGA Mexico further objects to the request to the extent it seeks

10 confidential, proprietary or commercially sensitive information, the disclosure of

11 which would be inimical to the business interests of MGA Mexico.

12 MGA Mexico further objects to this request as cumulative, duplicative, and

13 unduly burdensome to the extent that it seeks documents previously requested by

14 Mattel and/or produced in response to Mattel's document requests.

15 REQUEST FOR PRODUCTION NO. 49:

16 DOCUMENTS sufficient to IDENTIFY who failed to comply with YOUR

17 efforts or violated YOUR policies and procedures to maintain the secrecy of YOUR

18 trade secrets.

19 RESPONSE TO REQUEST FOR PRODUCTION NO. 49:

20 MGA Mexico incorporates by reference its General Response and General

21 Objections above, as though fully set forth herein and specifically incorporates

22 General Objection No. 15 (regarding Definitions), including without limitation MGA

23 Mexico's objection to the definition of the term YOUR. MGA Mexico further

24 objects to the request to the extent it seeks the production of documents that are

25 protected from disclosure under any applicable privilege, doctrine or immunity,

26 including without limitation the attorney-client privilege, the work product doctrine,

27 the right of privacy, and all other privileges recognized under the constitutional,

28 statutory or decisional law of the United States of America, the State of California or

EXHIBIT __2__

PAGE __121__

-81-

1   any other applicable jurisdiction, including, but not limited to, such laws existing in

2   the United Mexican States. MGA Mexico further objects to this request on the

3   grounds that it is overly broad and unduly burdensome in that it seeks documents not

4   relevant to the claims or defenses in this action and not reasonably calculated to lead

5   to the discovery of admissible evidence. The request is not limited to the subject

6   matter of this action and is thus impermissibly overbroad. See Aug. 13 Order at

7   9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this request as

8   being overly broad and unduly burdensome on the grounds that it is not limited in

9   time or geographic scope. MGA Mexico further objects to this request on the

10  grounds that the term YOUR renders the request vague, ambiguous, overly broad

11  and unduly burdensome. MGA Mexico further objects to the phrase "failed to

12  comply with YOUR efforts," and to the term "secrecy," as vague and ambiguous.

13  MGA Mexico further objects to the request to the extent it seeks confidential,

14  proprietary or commercially sensitive information, the disclosure of which would be

15  inimical to the business interests of MGA Mexico.

16      MGA Mexico further objects to this request as cumulative, duplicative, and

17  unduly burdensome to the extent that it seeks documents previously requested by

18  Mattel and/or produced in response to Mattel's document requests.

19  REQUEST FOR PRODUCTION NO. 50:

20      All DOCUMENTS that REFER OR RELATE TO any warning, admonition,

21  discipline or any other adverse employment action that YOU have taken toward any

22  of YOUR current or former employees for using a competitor's confidential or

23  proprietary information, trade secrets or intellectual property.

24  RESPONSE TO REQUEST FOR PRODUCTION NO. 50:

25      MGA Mexico incorporates by reference its General Response and General

26  Objections above, as though fully set forth herein and specifically incorporates

27  General Objection No. 15 (regarding Definitions), including without limitation MGA

28  Mexico's objection to the definition of the term REFER OR RELATE TO. MGA

EXHIBIT __2__                                    -82-

PAGE __128__

1 | Mexico further objects to the request to the extent it seeks the production of
2 | documents that are protected from disclosure under any applicable privilege, doctrine
3 | or immunity, including without limitation the attorney-client privilege, the work
4 | product doctrine, the right of privacy, and all other privileges recognized under the
5 | constitutional, statutory or decisional law of the United States of America, the State
6 | of California or any other applicable jurisdiction, including, but not limited to, such
7 | laws existing in the United Mexican States. MGA Mexico further objects to this
8 | request on the grounds that it is overly broad and unduly burdensome in that it seeks
9 | documents not relevant to the claims or defenses in this action and not reasonably
10 | calculated to lead to the discovery of admissible evidence. Mattel has not
11 | demonstrated how *all* DOCUMENTS that REFER OR RELATE TO any warning,
12 | admonition, discipline or any other adverse employment action that YOU have taken
13 | toward any of YOUR current or former employees for using a competitor's
14 | confidential or proprietary information, trade secrets or intellectual property, could
15 | be relevant to the claims and defenses in this action. The request is not limited to the
16 | subject matter of this action and is thus impermissibly overbroad. See Aug. 13 Order
17 | at 9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this request as
18 | being overly broad and unduly burdensome on the grounds that it is not limited in
19 | time or geographic scope. MGA Mexico further objects to this request on the
20 | grounds that the term REFER OR RELATE TO render the request vague, ambiguous,
21 | overly broad and unduly burdensome. MGA Mexico object to the phrases
22 | "confidential or proprietary information," "trade secrets," "intellectual property," and
23 | "employees," as vague and ambiguous and calling for legal conclusions, and to the
24 | term "using" as vague and ambiguous. MGA Mexico further objects to the request
25 | to the extent it seeks confidential, proprietary or commercially sensitive information,
26 | the disclosure of which would be inimical to the business interests of MGA Mexico.
27
28

EXHIBIT __2__
PAGE __129__

-83-

1    MGA Mexico further objects to this request as cumulative, duplicative, and

2  unduly burdensome to the extent that it seeks documents previously requested by

3  Mattel and/or produced in response to Mattel's document requests.

4  REQUEST FOR PRODUCTION NO. 51:

5    All DOCUMENTS that REFER OR RELATE TO the destruction, loss, failure

6  to preserve, or otherwise render unavailable or inaccessible any MATTEL

7  DOCUMENTS.

8  RESPONSE TO REQUEST FOR PRODUCTION NO. 51:

9    MGA Mexico incorporates by reference its General Response and General

10  Objections above, as though fully set forth herein and specifically incorporates

11  General Objection No. 15 (regarding Definitions), including without limitation MGA

12  Mexico's objection to the definition of the terms REFER OR RELATE TO and

13  MATTEL DOCUMENTS. MGA Mexico further objects to the request to the extent

14  it seeks the production of documents that are protected from disclosure under any

15  applicable privilege, doctrine or immunity, including without limitation the attorney-

16  client privilege, the work product doctrine, the right of privacy, and all other

17  privileges recognized under the constitutional, statutory or decisional law of the

18  United States of America, the State of California or any other applicable jurisdiction,

19  including, but not limited to, such laws existing in the United Mexican States. MGA

20  Mexico further objects to this request on the grounds that it is overly broad and

21  unduly burdensome in that it seeks documents not relevant to the claims or defenses

22  in this action and not reasonably calculated to lead to the discovery of admissible

23  evidence. Mattel has not demonstrated how *all* DOCUMENTS that REFER OR

24  RELATE TO the destruction, loss, failure to preserve, or otherwise render

25  unavailable or inaccessible any MATTEL DOCUMENTS, could be relevant to the

26  claims and defenses in this action. The request is not limited to the subject matter of

27  this action and is thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May

28  22 Order at 21:5-7. MGA Mexico further objects to this request as being overly

EXHIBIT __2__

PAGE __130__

-84-

1  broad and unduly burdensome on the grounds that it is not limited in time or

2  geographic scope.  MGA Mexico further objects to this request on the grounds that

3  the terms REFER OR RELATE TO and MATTEL DOCUMENTS render the

4  request vague, ambiguous, overly broad and unduly burdensome.  MGA Mexico

5  further objects to the phrase "render unavailable or inaccessible" as vague and

6  ambiguous.  MGA Mexico further objects to the request to the extent that it seeks

7  documents that by reason of public filing, public distribution or otherwise are already

8  in Mattel's possession or are readily accessible to Mattel.  MGA Mexico further

9  objects to the request to the extent that it seeks documents not in MGA Mexico's

10  possession, custody or control.  MGA Mexico further objects to the request to the

11  extent it seeks confidential, proprietary or commercially sensitive information, the

12  disclosure of which would be inimical to the business interests of MGA Mexico.

13  MGA Mexico further objects to the request to the extent it violates the privacy rights

14  of third parties to their private, confidential, proprietary or trade secret information.

15      MGA Mexico further objects to this request as cumulative, duplicative, and

16  unduly burdensome to the extent that it seeks documents previously requested by

17  Mattel and/or produced in response to Mattel's document requests.

18  REQUEST FOR PRODUCTION NO. 52:

19      All DOCUMENTS that REFER OR RELATE TO the destruction, loss, failure

20  to preserve, or otherwise render unavailable or inaccessible any MATTEL computer

21  or electronic storage device.

22  RESPONSE TO REQUEST FOR PRODUCTION NO. 52:

23      MGA Mexico incorporates by reference its General Response and General

24  Objections above, as though fully set forth herein and specifically incorporates

25  General Objection No. 15 (regarding Definitions), including without limitation MGA

26  Mexico's objection to the definition of the terms REFER OR RELATE TO and

27  MATTEL.  MGA Mexico further objects to the request to the extent it seeks the

28  production of documents that are protected from disclosure under any applicable

EXHIBIT __2__

PAGE __151__

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A                                    MSW - Draft December 19, 2007 - 1:25 PM

1  privilege, doctrine or immunity, including without limitation the attorney-client

2  privilege, the work product doctrine, the right of privacy, and all other privileges

3  recognized under the constitutional, statutory or decisional law of the United States

4  of America, the State of California or any other applicable jurisdiction, including, but

5  not limited to, such laws existing in the United Mexican States.  MGA Mexico

6  further objects to this request on the grounds that it is overly broad and unduly

7  burdensome in that it seeks documents not relevant to the claims or defenses in this

8  action and not reasonably calculated to lead to the discovery of admissible evidence.

9  Mattel has not demonstrated how *all* DOCUMENTS that REFER OR RELATE TO

10 the destruction, loss, failure to preserve, or otherwise render unavailable or

11 inaccessible any MATTEL computer or electronic storage device, could be relevant

12 to the claims and defenses in this action.  The request is not limited to the subject

13 matter of this action and is thus impermissibly overbroad.  See Aug. 13 Order at

14 9:17-20; May 22 Order at 21:5-7.  MGA Mexico further objects to this request as

15 being overly broad and unduly burdensome on the grounds that it is not limited in

16 time or geographic scope.  MGA Mexico further objects to this request on the

17 grounds that the terms REFER OR RELATE TO and MATTEL render the request

18 vague, ambiguous, overly broad and unduly burdensome.  MGA Mexico further

19 objects to the phrases "otherwise render unavailable or inaccessible," and "MATTEL

20 computer or electronic storage device," as vague and ambiguous.  MGA Mexico

21 further objects to the request to the extent that it seeks documents that by reason of

22 public filing, public distribution or otherwise are already in Mattel's possession or

23 are readily accessible to Mattel.  MGA Mexico further objects to the request to the

24 extent that it seeks documents not in MGA Mexico's possession, custody or control.

25    MGA Mexico further objects to this request as cumulative, duplicative, and

26 unduly burdensome to the extent that it seeks documents previously requested by

27 Mattel and/or produced in response to Mattel's document requests.

28

EXHIBIT __2__

PAGE __132__

1  REQUEST FOR PRODUCTION NO. 53:

2      The original of any media or device on which any MATTEL DOCUMENT

3  was provided, delivered, disclosed or shared with YOU.

4  RESPONSE TO REQUEST FOR PRODUCTION NO. 53:

5      MGA Mexico incorporates by reference its General Response and General

6  Objections above, as though fully set forth herein and specifically incorporates

7  General Objection No. 15 (regarding Definitions), including without limitation MGA

8  Mexico's objection to the definition of the term MATTEL DOCUMENT. MGA

9  Mexico further objects to the request to the extent it seeks the production of

10  documents that are protected from disclosure under any applicable privilege, doctrine

11  or immunity, including without limitation the attorney-client privilege, the work

12  product doctrine, the right of privacy, and all other privileges recognized under the

13  constitutional, statutory or decisional law of the United States of America, the State

14  of California or any other applicable jurisdiction, including, but not limited to, such

15  laws existing in the United Mexican States. MGA Mexico further objects to this

16  request on the grounds that it is overly broad and unduly burdensome in that it seeks

17  documents not relevant to the claims or defenses in this action and not reasonably

18  calculated to lead to the discovery of admissible evidence. Mattel has not

19  demonstrated how the original of any media or device on which any MATTEL

20  DOCUMENT was provided, delivered, disclosed or shared with YOU could be

21  relevant to the claims and defenses in this action. The request is not limited to the

22  subject matter of this action and is thus impermissibly overbroad. See Aug. 13 Order

23  at 9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this request as

24  being overly broad and unduly burdensome on the grounds that it is not limited in

25  time or geographic scope. MGA Mexico further objects to this request on the

26  grounds that the term MATTEL DOCUMENT renders the request vague, ambiguous,

27  overly broad and unduly burdensome. MGA Mexico further objects to the phrase

28  "media or device" as vague and ambiguous. MGA Mexico further objects to the

EXHIBIT __2__

PAGE __133__

-87-