1  request to the extent that it seeks documents that by reason of public filing, public

2  distribution or otherwise are already in Mattel's possession or are readily accessible

3  to Mattel.  MGA Mexico further objects to the request to the extent that it seeks

4  documents not in MGA Mexico's possession, custody or control.

5  MGA Mexico further objects to this request as cumulative, duplicative, and

6  unduly burdensome to the extent that it seeks documents previously requested by

7  Mattel and/or produced in response to Mattel's document requests.

8  REQUEST FOR PRODUCTION NO. 54:

9  The original of any MATTEL DOCUMENT provided, delivered, disclosed or

10  shared with YOU.

11  RESPONSE TO REQUEST FOR PRODUCTION NO. 54:

12  MGA Mexico incorporates by reference its General Response and General

13  Objections above, as though fully set forth herein and specifically incorporates

14  General Objection No. 15 (regarding Definitions), including without limitation MGA

15  Mexico's objection to the definition of the term MATTEL DOCUMENT.  MGA

16  Mexico further objects to the request to the extent it seeks the production of

17  documents that are protected from disclosure under any applicable privilege, doctrine

18  or immunity, including without limitation the attorney-client privilege, the work

19  product doctrine, the right of privacy, and all other privileges recognized under the

20  constitutional, statutory or decisional law of the United States of America, the State

21  of California or any other applicable jurisdiction, including, but not limited to, such

22  laws existing in the United Mexican States.  MGA Mexico further objects to this

23  request on the grounds that it is overly broad and unduly burdensome in that it seeks

24  documents not relevant to the claims or defenses in this action and not reasonably

25  calculated to lead to the discovery of admissible evidence.  Mattel has not

26  demonstrated how each and every original of any MATTEL DOCUMENT provided,

27  delivered, disclosed or shared with YOU, could be relevant to the claims and

28  defenses in this action.  The request is not limited to the subject matter of this action

EXHIBIT __2__

PAGE __134__

-88-

1  and is thus impermissibly overbroad. <u>See</u> Aug. 13 Order at 9:17-20; May 22 Order

2  at 21:5-7. MGA Mexico further objects to this request as being overly broad and

3  unduly burdensome on the grounds that it is not limited in time or geographic scope.

4  MGA Mexico further objects to this request on the grounds that the term MATTEL

5  DOCUMENT renders the request vague, ambiguous, overly broad and unduly

6  burdensome. MGA Mexico further objects to the request to the extent that it seeks

7  documents that by reason of public filing, public distribution or otherwise are already

8  in Mattel's possession or are readily accessible to Mattel. MGA Mexico further

9  objects to the request to the extent that it seeks documents not in MGA Mexico's

10  possession, custody or control.

11      MGA Mexico further objects to this request as cumulative, duplicative, and

12  unduly burdensome to the extent that it seeks documents previously requested by

13  Mattel and/or produced in response to Mattel's document requests.

14  REQUEST FOR PRODUCTION NO. 55:

15      All DOCUMENTS that YOU contend prove or that YOU will rely on in this

16  ACTION to prove that YOU did not use or disclose any MATTEL DOCUMENT or

17  any information contained in any MATTEL DOCUMENT.

18  RESPONSE TO REQUEST FOR PRODUCTION NO. 55:

19      MGA Mexico incorporates by reference its General Response and General

20  Objections above, as though fully set forth herein and specifically incorporates

21  General Objection No. 15 (regarding Definitions), including without limitation MGA

22  Mexico's objection to the definition of the term MATTEL DOCUMENT. MGA

23  Mexico further objects to the request to the extent it seeks the production of

24  documents that are protected from disclosure under any applicable privilege, doctrine

25  or immunity, including without limitation the attorney-client privilege, the work

26  product doctrine, the right of privacy, and all other privileges recognized under the

27  constitutional, statutory or decisional law of the United States of America, the State

28  of California or any other applicable jurisdiction, including, but not limited to, such

**EXHIBIT** 2

**PAGE** 135

-89-

1   laws existing in the United Mexican States.  MGA Mexico further objects to this

2   request on the grounds that it is overly broad and unduly burdensome in that it seeks

3   documents not relevant to the claims or defenses in this action and not reasonably

4   calculated to lead to the discovery of admissible evidence.  The request is not limited

5   to the subject matter of this action and is thus impermissibly overbroad.  See Aug. 13

6   Order at 9:17-20; May 22 Order at 21:5-7.  MGA Mexico further objects to this

7   request as being overly broad and unduly burdensome on the grounds that it is not

8   limited in time or geographic scope.  MGA Mexico further objects to this request on

9   the grounds that the term MATTEL DOCUMENT renders the request vague,

10   ambiguous, overly broad and unduly burdensome.  MGA Mexico further objects to

11   the term "use" as vague and ambiguous.  MGA Mexico further objects to the request

12   to the extent that it seeks documents that by reason of public filing, public

13   distribution or otherwise are already in Mattel's possession or are readily accessible

14   to Mattel.  MGA Mexico further objects to the request to the extent that it seeks

15   documents not in MGA Mexico's possession, custody or control.  MGA Mexico

16   further objects to the request to the extent it seeks confidential, proprietary or

17   commercially sensitive information, the disclosure of which would be inimical to the

18   business interests of MGA Mexico.  Such information may also be subject to

19   protective orders governing other litigations thereby precluding disclosure in

20   response to this request.  MGA Mexico further objects to the request to the extent it

21   violates the privacy rights of third parties to their private, confidential, proprietary or

22   trade secret information.

23       MGA Mexico further objects to this request as cumulative, duplicative, and

24   unduly burdensome to the extent that it seeks documents previously requested by

25   Mattel and/or produced in response to Mattel's document requests.

26

27   EXHIBIT __2__

28   PAGE __136__

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A            MSW - Draft December 19, 2007 - 1:25 PM

1  REQUEST FOR PRODUCTION NO. 56:

2      All DOCUMENTS that YOU contend prove or that YOU will rely on in this

3  ACTION to prove that MATTEL agreed or consented to or acquiesced in YOUR

4  taking, use or possession of any MATTEL DOCUMENT.

5  RESPONSE TO REQUEST FOR PRODUCTION NO. 56:

6      MGA Mexico incorporates by reference its General Response and General

7  Objections above, as though fully set forth herein and specifically incorporates

8  General Objection No. 15 (regarding Definitions), including without limitation MGA

9  Mexico's objection to the definition of the terms YOUR, MATTEL and MATTEL

10  DOCUMENT. MGA Mexico further objects to the request to the extent it seeks the

11  production of documents that are protected from disclosure under any applicable

12  privilege, doctrine or immunity, including without limitation the attorney-client

13  privilege, the work product doctrine, the right of privacy, and all other privileges

14  recognized under the constitutional, statutory or decisional law of the United States

15  of America, the State of California or any other applicable jurisdiction, including, but

16  not limited to, such laws existing in the United Mexican States. MGA Mexico

17  further objects to this request on the grounds that it is overly broad and unduly

18  burdensome in that it seeks documents not relevant to the claims or defenses in this

19  action and not reasonably calculated to lead to the discovery of admissible evidence.

20  The request is not limited to the subject matter of this action and is thus

21  impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.

22  MGA Mexico further objects to this request as being overly broad and unduly

23  burdensome on the grounds that it is not limited in time or geographic scope. MGA

24  Mexico further objects to this request on the grounds that the terms MATTEL,

25  YOUR and MATTEL DOCUMENT render the request vague, ambiguous, overly

26  broad and unduly burdensome. MGA Mexico further objects to the terms "taking"

27  and "use" as vague and ambiguous. MGA Mexico further objects to the request to

28  the extent that it seeks documents that by reason of public filing, public distribution

EXHIBIT __2__

PAGE __137__

-91-

1   or otherwise are already in Mattel's possession or are readily accessible to Mattel.

2   MGA Mexico further objects to the request to the extent that it seeks documents not

3   in MGA Mexico's possession, custody or control.  MGA Mexico further objects to

4   the request to the extent it seeks confidential, proprietary or commercially sensitive

5   information, the disclosure of which would be inimical to the business interests of

6   MGA Mexico.  Such information may also be subject to protective orders governing

7   other litigations thereby precluding disclosure in response to this request.  MGA

8   Mexico further objects to the request to the extent it violates the privacy rights of

9   third parties to their private, confidential, proprietary or trade secret information.

10      MGA Mexico further objects to this request as cumulative, duplicative, and

11  unduly burdensome to the extent that it seeks documents previously requested by

12  Mattel and/or produced in response to Mattel's document requests.

13  REQUEST FOR PRODUCTION NO. 57:

14      All DOCUMENTS that YOU contend prove or that YOU will rely on in this

15  ACTION to prove that YOU did not acquire any MATTEL DOCUMENT through

16  improper means.

17  RESPONSE TO REQUEST FOR PRODUCTION NO. 57:

18      MGA Mexico incorporates by reference its General Response and General

19  Objections above, as though fully set forth herein and specifically incorporates

20  General Objection No. 15 (regarding Definitions), including without limitation MGA

21  Mexico's objection to the definition of the terms MATTEL DOCUMENT and YOU.

22  MGA Mexico further objects to the request to the extent it seeks the production of

23  documents that are protected from disclosure under any applicable privilege, doctrine

24  or immunity, including without limitation the attorney-client privilege, the work

25  product doctrine, the right of privacy, and all other privileges recognized under the

26  constitutional, statutory or decisional law of the United States of America, the State

27  of California or any other applicable jurisdiction, including, but not limited to, such

28  laws existing in the United Mexican States.  MGA Mexico further objects to this

**EXHIBIT __2__**

**PAGE __138__**

-92-

1  request on the grounds that it is overly broad and unduly burdensome in that it seeks
2  documents not relevant to the claims or defenses in this action and not reasonably
3  calculated to lead to the discovery of admissible evidence. The request is not limited
4  to the subject matter of this action and is thus impermissibly overbroad. <u>See</u> Aug. 13
5  Order at 9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this
6  request as being overly broad and unduly burdensome on the grounds that it is not
7  limited in time or geographic scope. MGA Mexico further objects to this request on
8  the grounds that the terms MATTEL DOCUMENT and YOU render the request
9  vague, ambiguous, overly broad and unduly burdensome. MGA Mexico further
10  objects to the phrase "improper means" as vague and ambiguous, and calling for a
11  legal conclusion. MGA Mexico further objects to the request to the extent that it
12  seeks documents that by reason of public filing, public distribution or otherwise are
13  already in Mattel's possession or are readily accessible to Mattel. MGA Mexico
14  further objects to the request to the extent that it seeks documents not in MGA
15  Mexico's possession, custody or control. MGA Mexico further objects to the request
16  to the extent it seeks confidential, proprietary or commercially sensitive information,
17  the disclosure of which would be inimical to the business interests of MGA Mexico.
18  Such information may also be subject to protective orders governing other litigations
19  thereby precluding disclosure in response to this request. MGA Mexico further
20  objects to the request to the extent it violates the privacy rights of third parties to
21  their private, confidential, proprietary or trade secret information.

22      MGA Mexico further objects to this request as cumulative, duplicative, and
23  unduly burdensome to the extent that it seeks documents previously requested by
24  Mattel and/or produced in response to Mattel's document requests.

25  REQUEST FOR PRODUCTION NO. 58:

26      All DOCUMENTS that YOU contend prove or that YOU will rely on in this
27  ACTION to prove that the information in the MATTEL DOCUMENTS does not

28

EXHIBIT **2**

PAGE **139**

-93-

1  derive independent economic value from not being generally known to the public or

2  other persons who can obtain economic value from its use.

3  RESPONSE TO REQUEST FOR PRODUCTION NO. 58:

4      MGA Mexico incorporates by reference its General Response and General

5  Objections above, as though fully set forth herein and specifically incorporates

6  General Objection No. 15 (regarding Definitions), including without limitation MGA

7  Mexico's objection to the definition of the term MATTEL DOCUMENT. MGA

8  Mexico further objects to the request to the extent it seeks the production of

9  documents that are protected from disclosure under any applicable privilege, doctrine

10  or immunity, including without limitation the attorney-client privilege, the work

11  product doctrine, the right of privacy, and all other privileges recognized under the

12  constitutional, statutory or decisional law of the United States of America, the State

13  of California or any other applicable jurisdiction, including, but not limited to, such

14  laws existing in the United Mexican States. MGA Mexico further objects to this

15  request on the grounds that it is overly broad and unduly burdensome in that it seeks

16  documents not relevant to the claims or defenses in this action and not reasonably

17  calculated to lead to the discovery of admissible evidence. The request is not limited

18  to the subject matter of this action and is thus impermissibly overbroad. See Aug. 13

19  Order at 9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this

20  request as being overly broad and unduly burdensome on the grounds that it is not

21  limited in time or geographic scope. MGA Mexico further objects to this request on

22  the grounds that the term MATTEL DOCUMENT renders the request vague,

23  ambiguous, overly broad and unduly burdensome. MGA Mexico further objects to

24  the phrase "independent economic value," "generally known to the public," "use" and

25  "other persons" as vague and ambiguous. MGA Mexico further objects to the

26  request to the extent that it seeks documents that by reason of public filing, public

27  distribution or otherwise are already in Mattel's possession or are readily accessible

28  to Mattel. MGA Mexico further objects to the request to the extent that it seeks

EXHIBIT __2__

PAGE __140__

-94-

1 documents not in MGA Mexico's possession, custody or control. MGA Mexico

2 further objects to the request to the extent it seeks confidential, proprietary or

3 commercially sensitive information, the disclosure of which would be inimical to the

4 business interests of MGA Mexico. Such information may also be subject to

5 protective orders governing other litigations thereby precluding disclosure in

6 response to this request. MGA Mexico further objects to the request to the extent it

7 violates the privacy rights of third parties to their private, confidential, proprietary or

8 trade secret information.

9      MGA Mexico further objects to this request as cumulative, duplicative, and

10 unduly burdensome to the extent that it seeks documents previously requested by

11 Mattel and/or produced in response to Mattel's document requests.

12 REQUEST FOR PRODUCTION NO. 59:

13      DOCUMENTS sufficient to IDENTIFY any MATTEL DOCUMENT in

14 YOUR possession, custody or control that YOU contend contains information

15 generally known to the public.

16 RESPONSE TO REQUEST FOR PRODUCTION NO. 59:

17      MGA Mexico incorporates by reference its General Response and General

18 Objections above, as though fully set forth herein and specifically incorporates

19 General Objection No. 15 (regarding Definitions), including without limitation MGA

20 Mexico's objection to the definition of the terms MATTEL DOCUMENT and

21 YOUR. MGA Mexico further objects to the request to the extent it seeks the

22 production of documents that are protected from disclosure under any applicable

23 privilege, doctrine or immunity, including without limitation the attorney-client

24 privilege, the work product doctrine, the right of privacy, and all other privileges

25 recognized under the constitutional, statutory or decisional law of the United States

26 of America, the State of California or any other applicable jurisdiction, including, but

27 not limited to, such laws existing in the United Mexican States. MGA Mexico

28 further objects to this request on the grounds that it is overly broad and unduly

**EXHIBIT 2**

**PAGE 141**

-95-

1 burdensome in that it seeks documents not relevant to the claims or defenses in this

2 action and not reasonably calculated to lead to the discovery of admissible evidence.

3 The request is not limited to the subject matter of this action and is thus

4 impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.

5 MGA Mexico further objects to this request as being overly broad and unduly

6 burdensome on the grounds that it is not limited in time or geographic scope.  MGA

7 Mexico further objects to this request on the grounds that the term MATTEL

8 DOCUMENT renders the request vague, ambiguous, overly broad and unduly

9 burdensome.  MGA Mexico further objects to the phrase "generally known to the

10 public" as vague and ambiguous.  MGA Mexico further objects to the request to the

11 extent that it seeks documents that by reason of public filing, public distribution or

12 otherwise are already in Mattel's possession or are readily accessible to Mattel.

13 MGA Mexico further objects to the request to the extent that it seeks documents not

14 in MGA Mexico's possession, custody or control.  MGA Mexico further objects to

15 the request to the extent it seeks confidential, proprietary or commercially sensitive

16 information, the disclosure of which would be inimical to the business interests of

17 MGA Mexico.

18       MGA Mexico further objects to this request as cumulative, duplicative, and

19 unduly burdensome to the extent that it seeks documents previously requested by

20 Mattel and/or produced in response to Mattel's document requests.

21 REQUEST FOR PRODUCTION NO. 60:

22       DOCUMENTS sufficient to IDENTIFY any MATTEL DOCUMENT in

23 YOUR possession, custody or control that YOU contend does not contain

24 information from which PERSONS can obtain economic value from its disclosure

25 and use.

26 RESPONSE TO REQUEST FOR PRODUCTION NO. 60:

27       MGA Mexico incorporates by reference its General Response and General

28 Objections above, as though fully set forth herein and specifically incorporates

**EXHIBIT** 2

**PAGE** 142

-96-

1 General Objection No. 15 (regarding Definitions), including without limitation MGA

2 Mexico's objection to the definition of the term MATTEL DOCUMENT and YOUR.

3 MGA Mexico further objects to the request to the extent it seeks the production of

4 documents that are protected from disclosure under any applicable privilege, doctrine

5 or immunity, including without limitation the attorney-client privilege, the work

6 product doctrine, the right of privacy, and all other privileges recognized under the

7 constitutional, statutory or decisional law of the United States of America, the State

8 of California or any other applicable jurisdiction, including, but not limited to, such

9 laws existing in the United Mexican States. MGA Mexico further objects to this

10 request on the grounds that it is overly broad and unduly burdensome in that it seeks

11 documents not relevant to the claims or defenses in this action and not reasonably

12 calculated to lead to the discovery of admissible evidence. The request is not limited

13 to the subject matter of this action and is thus impermissibly overbroad. See Aug. 13

14 Order at 9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this

15 request as being overly broad and unduly burdensome on the grounds that it is not

16 limited in time or geographic scope. MGA Mexico further objects to this request on

17 the grounds that the term MATTEL DOCUMENT renders the request vague,

18 ambiguous, overly broad and unduly burdensome. MGA Mexico further objects to

19 the phrases "can obtain economic value" and "use," as vague and ambiguous. MGA

20 Mexico further objects to the request to the extent that it seeks documents that by

21 reason of public filing, public distribution or otherwise are already in Mattel's

22 possession or are readily accessible to Mattel. MGA Mexico further objects to the

23 request to the extent that it seeks documents not in MGA Mexico's possession,

24 custody or control. MGA Mexico further objects to the request to the extent it seeks

25 confidential, proprietary or commercially sensitive information, the disclosure of

26 which would be inimical to the business interests of MGA Mexico.

27

28

EXHIBIT __2__
PAGE __143__

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A
MSW - Draft December 19, 2007 - 1:25 PM

1    MGA Mexico further objects to this request as cumulative, duplicative, and

2  unduly burdensome to the extent that it seeks documents previously requested by

3  Mattel and/or produced in response to Mattel's document requests.

4  REQUEST FOR PRODUCTION NO. 61:

5    All DOCUMENTS that YOU contend prove or that YOU will rely on in this

6  ACTION to prove that MATTEL did not take reasonable efforts under the

7  circumstances to maintain the secrecy of the information in the MATTEL

8  DOCUMENTS.

9  RESPONSE TO REQUEST FOR PRODUCTION NO. 61:

10    MGA Mexico incorporates by reference its General Response and General

11  Objections above, as though fully set forth herein and specifically incorporates

12  General Objection No. 15 (regarding Definitions), including without limitation MGA

13  Mexico's objection to the definition of the terms MATTEL and MATTEL

14  DOCUMENTS.  MGA Mexico further objects to the request to the extent it seeks the

15  production of documents that are protected from disclosure under any applicable

16  privilege, doctrine or immunity, including without limitation the attorney-client

17  privilege, the work product doctrine, the right of privacy, and all other privileges

18  recognized under the constitutional, statutory or decisional law of the United States

19  of America, the State of California or any other applicable jurisdiction, including, but

20  not limited to, such laws existing in the United Mexican States.  MGA Mexico

21  further objects to this request on the grounds that it is overly broad and unduly

22  burdensome in that it seeks documents not relevant to the claims or defenses in this

23  action and not reasonably calculated to lead to the discovery of admissible evidence.

24  The request is not limited to the subject matter of this action and is thus

25  impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.

26  MGA Mexico further objects to this request as being overly broad and unduly

27  burdensome on the grounds that it is not limited in time or geographic scope.  MGA

28  Mexico further objects to this request on the grounds that the terms MATTEL and

EXHIBIT __3__

PAGE __144__

-98-

1  MATTEL DOCUMENTS render the request vague, ambiguous, overly broad and

2  unduly burdensome.  MGA Mexico further objects to the term "secrecy" as vague

3  and ambiguous.  MGA Mexico further objects to the request to the extent that it

4  seeks documents that by reason of public filing, public distribution or otherwise are

5  already in Mattel's possession or are readily accessible to Mattel.  MGA Mexico

6  further objects to the request to the extent that it seeks documents not in MGA

7  Mexico's possession, custody or control.  MGA Mexico further objects to the request

8  to the extent it seeks confidential, proprietary or commercially sensitive information,

9  the disclosure of which would be inimical to the business interests of MGA Mexico.

10  Such information may also be subject to protective orders governing other litigations

11  thereby precluding disclosure in response to this request.  MGA Mexico further

12  objects to the request to the extent it violates the privacy rights of third parties to

13  their private, confidential, proprietary or trade secret information.

14      MGA Mexico further objects to this request as cumulative, duplicative, and

15  unduly burdensome to the extent that it seeks documents previously requested by

16  Mattel and/or produced in response to Mattel's document requests.

17  REQUEST FOR PRODUCTION NO. 62:

18      All DOCUMENTS that REFER OR RELATE TO YOUR access to any

19  information in the MATTEL DOCUMENTS.

20  RESPONSE TO REQUEST FOR PRODUCTION NO. 62:

21      MGA Mexico incorporates by reference its General Response and General

22  Objections above, as though fully set forth herein and specifically incorporates

23  General Objection No. 15 (regarding Definitions), including without limitation MGA

24  Mexico's objection to the definition of the terms REFER OR RELATE TO, YOUR

25  and MATTEL DOCUMENTS.  MGA Mexico further objects to the request to the

26  extent it seeks the production of documents that are protected from disclosure under

27  any applicable privilege, doctrine or immunity, including without limitation the

28  attorney-client privilege, the work product doctrine, the right of privacy, and all other

EXHIBIT __2__

PAGE __145__

-99-

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
MSW - Draft December 19, 2007 - 1:25 PM
256415.05-Palo Alto Server 1A

1 privileges recognized under the constitutional, statutory or decisional law of the

2 United States of America, the State of California or any other applicable jurisdiction,

3 including, but not limited to, such laws existing in the United Mexican States. MGA

4 Mexico further objects to this request on the grounds that it is overly broad and

5 unduly burdensome in that it seeks documents not relevant to the claims or defenses

6 in this action and not reasonably calculated to lead to the discovery of admissible

7 evidence. Mattel has not demonstrated how *all* DOCUMENTS that REFER OR

8 RELATE TO YOUR access to any information in the MATTEL DOCUMENTS

9 could be relevant to the claims and defenses in this action. The request is not limited

10 to the subject matter of this action and is thus impermissibly overbroad. See Aug. 13

11 Order at 9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this

12 request as being overly broad and unduly burdensome on the grounds that it is not

13 limited in time or geographic scope. MGA Mexico further objects to this request on

14 the grounds that the terms REFER OR RELATE TO, YOUR and MATTEL

15 DOCUMENTS render the request vague, ambiguous, overly broad and unduly

16 burdensome. MGA Mexico further objects to the request to the extent that it seeks

17 documents that by reason of public filing, public distribution or otherwise are already

18 in Mattel's possession or are readily accessible to Mattel. MGA Mexico further

19 objects to the request to the extent that it seeks documents not in MGA Mexico's

20 possession, custody or control. MGA Mexico further objects to the request to the

21 extent it seeks confidential, proprietary or commercially sensitive information, the

22 disclosure of which would be inimical to the business interests of MGA Mexico.

23 Such information may also be subject to protective orders governing other litigations

24 thereby precluding disclosure in response to this request. MGA Mexico further

25 objects to the request to the extent it violates the privacy rights of third parties to

26 their private, confidential, proprietary or trade secret information.

27

28

EXHIBIT __2__
PAGE __146__

-100-

1   MGA Mexico further objects to this request as cumulative, duplicative, and

2   unduly burdensome to the extent that it seeks documents previously requested by

3   Mattel and/or produced in response to Mattel's document requests.

4   REQUEST FOR PRODUCTION NO. 63:

5   All DOCUMENTS that REFER OR RELATE TO YOUR use or disclosure of

6   any information in the MATTEL DOCUMENTS.

7   RESPONSE TO REQUEST FOR PRODUCTION NO. 63:

8   MGA Mexico incorporates by reference its General Response and General

9   Objections above, as though fully set forth herein and specifically incorporates

10   General Objection No. 15 (regarding Definitions), including without limitation MGA

11   Mexico's objection to the definition of the terms REFER OR RELATE TO, YOUR

12   and MATTEL DOCUMENTS.  MGA Mexico further objects to the request to the

13   extent it seeks the production of documents that are protected from disclosure under

14   any applicable privilege, doctrine or immunity, including without limitation the

15   attorney-client privilege, the work product doctrine, the right of privacy, and all other

16   privileges recognized under the constitutional, statutory or decisional law of the

17   United States of America, the State of California or any other applicable jurisdiction,

18   including, but not limited to, such laws existing in the United Mexican States.  MGA

19   Mexico further objects to this request on the grounds that it is overly broad and

20   unduly burdensome in that it seeks documents not relevant to the claims or defenses

21   in this action and not reasonably calculated to lead to the discovery of admissible

22   evidence.  Mattel has not demonstrated how *all* DOCUMENTS that REFER OR

23   RELATE TO YOUR use or disclosure of any information in the MATTEL

24   DOCUMENTS could be relevant to the claims and defenses in this action.  The

25   request is not limited to the subject matter of this action and is thus impermissibly

26   overbroad.  See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.  MGA Mexico

27   further objects to this request as being overly broad and unduly burdensome on the

28   grounds that it is not limited in time or geographic scope.  MGA Mexico further

EXHIBIT __2__

PAGE __141__

-101-

1  objects to this request on the grounds that the terms REFER OR RELATE TO,

2  YOUR and MATTEL DOCUMENTS render the request vague, ambiguous, overly

3  broad and unduly burdensome. MGA Mexico further objects to the terms "use" and

4  "disclosure" as vague and ambiguous. MGA Mexico further objects to the request to

5  the extent that it seeks documents that by reason of public filing, public distribution

6  or otherwise are already in Mattel's possession or are readily accessible to Mattel.

7  MGA Mexico further objects to the request to the extent that it seeks documents not

8  in MGA Mexico's possession, custody or control. MGA Mexico further objects to

9  the request to the extent it seeks confidential, proprietary or commercially sensitive

10  information, the disclosure of which would be inimical to the business interests of

11  MGA Mexico. Such information may also be subject to protective orders governing

12  other litigations thereby precluding disclosure in response to this request. MGA

13  Mexico further objects to the request to the extent it violates the privacy rights of

14  third parties to their private, confidential, proprietary or trade secret information.

15       MGA Mexico further objects to this request as cumulative, duplicative, and

16  unduly burdensome to the extent that it seeks documents previously requested by

17  Mattel and/or produced in response to Mattel's document requests.

18  REQUEST FOR PRODUCTION NO. 64:

19       All DOCUMENTS that REFER OR RELATE TO YOUR non-use or non-

20  disclosure of any information in the MATTEL DOCUMENTS.

21  RESPONSE TO REQUEST FOR PRODUCTION NO. 64:

22       MGA Mexico incorporates by reference its General Response and General

23  Objections above, as though fully set forth herein and specifically incorporates

24  General Objection No. 15 (regarding Definitions), including without limitation MGA

25  Mexico's objection to the definition of the terms REFER OR RELATE TO, YOUR

26  and MATTEL DOCUMENTS. MGA Mexico further objects to the request to the

27  extent it seeks the production of documents that are protected from disclosure under

28  any applicable privilege, doctrine or immunity, including without limitation the

EXHIBIT __2__

PAGE __148__

-102-

1   attorney-client privilege, the work product doctrine, the right of privacy, and all other

2   privileges recognized under the constitutional, statutory or decisional law of the

3   United States of America, the State of California or any other applicable jurisdiction,

4   including, but not limited to, such laws existing in the United Mexican States.  MGA

5   Mexico further objects to this request on the grounds that it is overly broad and

6   unduly burdensome in that it seeks documents not relevant to the claims or defenses

7   in this action and not reasonably calculated to lead to the discovery of admissible

8   evidence.  Mattel has not demonstrated how *all* DOCUMENTS that REFER OR

9   RELATE TO YOUR non-use or non-disclosure of any information in the MATTEL

10   DOCUMENTS could be relevant to the claims and defenses in this action.  The

11   request is not limited to the subject matter of this action and is thus impermissibly

12   overbroad.  See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.  MGA Mexico

13   further objects to this request as being overly broad and unduly burdensome on the

14   grounds that it is not limited in time or geographic scope.  MGA Mexico further

15   objects to this request on the grounds that the terms REFER OR RELATE TO,

16   YOUR and MATTEL DOCUMENTS render the request vague, ambiguous, overly

17   broad and unduly burdensome.  MGA Mexico further objects to the phrase "non-use

18   or non-disclosure" as vague and ambiguous.  MGA Mexico further objects to the

19   request to the extent that it seeks documents that by reason of public filing, public

20   distribution or otherwise are already in Mattel's possession or are readily accessible

21   to Mattel.  MGA Mexico further objects to the request to the extent that it seeks

22   documents not in MGA Mexico's possession, custody or control.  MGA Mexico

23   further objects to the request to the extent it seeks confidential, proprietary or

24   commercially sensitive information, the disclosure of which would be inimical to the

25   business interests of MGA Mexico.  Such information may also be subject to

26   protective orders governing other litigations thereby precluding disclosure in

27   response to this request.  MGA Mexico further objects to the request to the extent it

28

EXHIBIT __2__

PAGE __149__

-103-

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A      MSW - Draft December 19, 2007 - 1:25 PM

1  violates the privacy rights of third parties to their private, confidential, proprietary or

2  trade secret information.

3      MGA Mexico further objects to this request as cumulative, duplicative, and

4  unduly burdensome to the extent that it seeks documents previously requested by

5  Mattel and/or produced in response to Mattel's document requests.

6  REQUEST FOR PRODUCTION NO. 65:

7      All DOCUMENTS created, authored, modified or copied by YOU or for

8  YOUR benefit that contain any portion of information contained in any MATTEL

9  DOCUMENT.

10 RESPONSE TO REQUEST FOR PRODUCTION NO. 65:

11     MGA Mexico incorporates by reference its General Response and General

12 Objections above, as though fully set forth herein and specifically incorporates

13 General Objection No. 15 (regarding Definitions), including without limitation MGA

14 Mexico's objection to the definition of the term MATTEL DOCUMENT.  MGA

15 Mexico further objects to the request to the extent it seeks the production of

16 documents that are protected from disclosure under any applicable privilege, doctrine

17 or immunity, including without limitation the attorney-client privilege, the work

18 product doctrine, the right of privacy, and all other privileges recognized under the

19 constitutional, statutory or decisional law of the United States of America, the State

20 of California or any other applicable jurisdiction, including, but not limited to, such

21 laws existing in the United Mexican States.  MGA Mexico further objects to this

22 request on the grounds that it is overly broad and unduly burdensome in that it seeks

23 documents not relevant to the claims or defenses in this action and not reasonably

24 calculated to lead to the discovery of admissible evidence.  Mattel has not

25 demonstrated how *all* DOCUMENTS created, authored, modified or copied by YOU

26 or for YOUR benefit that contain any portion of information contained in any

27 MATTEL DOCUMENT, could be relevant to the claims and defenses in this action.

28 The request is not limited to the subject matter of this action and is thus

EXHIBIT __2__

PAGE __150__

-104-

1  impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.

2  MGA Mexico further objects to this request as being overly broad and unduly

3  burdensome on the grounds that it is not limited in time or geographic scope.  MGA

4  Mexico further objects to this request on the grounds that the term MATTEL

5  DOCUMENT renders the request vague, ambiguous, overly broad and unduly

6  burdensome.  MGA Mexico further objects to the request to the extent that it seeks

7  documents that by reason of public filing, public distribution or otherwise are already

8  in Mattel's possession or are readily accessible to Mattel.  MGA Mexico further

9  objects to the request to the extent that it seeks documents not in MGA Mexico's

10  possession, custody or control.  MGA Mexico further objects to the request to the

11  extent it seeks confidential, proprietary or commercially sensitive information, the

12  disclosure of which would be inimical to the business interests of MGA Mexico.

13  Such information may also be subject to protective orders governing other litigations

14  thereby precluding disclosure in response to this request.  MGA Mexico further

15  objects to the request to the extent it violates the privacy rights of third parties to

16  their private, confidential, proprietary or trade secret information.

17        MGA Mexico further objects to this request as cumulative, duplicative, and

18  unduly burdensome to the extent that it seeks documents previously requested by

19  Mattel and/or produced in response to Mattel's document requests.

20  REQUEST FOR PRODUCTION NO. 66:

21        DOCUMENTS sufficient to IDENTIFY the date of creation, modification,

22  access or transmission of any DOCUMENT created, authored, modified or copied by

23  YOU or for YOUR benefit that contains any portion of information contained in any

24  MATTEL DOCUMENT.

25  RESPONSE TO REQUEST FOR PRODUCTION NO. 66:

26        MGA Mexico incorporates by reference its General Response and General

27  Objections above, as though fully set forth herein and specifically incorporates

28  General Objection No. 15 (regarding Definitions), including without limitation MGA

EXHIBIT __2__

PAGE __151__

-105-

1 | Mexico's objection to the definition of the terms MATTEL DOCUMENT, YOU,

2 | YOUR, and IDENTIFY. MGA Mexico further objects to the request to the extent it

3 | seeks the production of documents that are protected from disclosure under any

4 | applicable privilege, doctrine or immunity, including without limitation the attorney-

5 | client privilege, the work product doctrine, the right of privacy, and all other

6 | privileges recognized under the constitutional, statutory or decisional law of the

7 | United States of America, the State of California or any other applicable jurisdiction,

8 | including, but not limited to, such laws existing in the United Mexican States. MGA

9 | Mexico further objects to this request on the grounds that it is overly broad and

10 | unduly burdensome in that it seeks documents not relevant to the claims or defenses

11 | in this action and not reasonably calculated to lead to the discovery of admissible

12 | evidence. The request is not limited to the subject matter of this action and is thus

13 | impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.

14 | MGA Mexico further objects to this request as being overly broad and unduly

15 | burdensome on the grounds that it is not limited in time or geographic scope. MGA

16 | Mexico further objects to this request on the grounds that the terms MATTEL

17 | DOCUMENTS, YOU, YOUR and IDENTIFY render the request vague, ambiguous,

18 | overly broad and unduly burdensome. MGA Mexico further objects to the request to

19 | the extent that it seeks documents that by reason of public filing, public distribution

20 | or otherwise are already in Mattel's possession or are readily accessible to Mattel.

21 | MGA Mexico further objects to the request to the extent that it seeks documents not

22 | in MGA Mexico's possession, custody or control. MGA Mexico further objects to

23 | the request to the extent it seeks confidential, proprietary or commercially sensitive

24 | information, the disclosure of which would be inimical to the business interests of

25 | MGA Mexico. Such information may also be subject to protective orders governing

26 | other litigations thereby precluding disclosure in response to this request. MGA

27 | Mexico further objects to the request to the extent it violates the privacy rights of

28 | third parties to their private, confidential, proprietary or trade secret information.

-106-

EXHIBIT 2

PAGE 152

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
MSW - Draft December 19, 2007 - 1:25 PM
256415.05-Palo Alto Server 1A

1  MGA Mexico further objects to this request as cumulative, duplicative, and

2  unduly burdensome to the extent that it seeks documents previously requested by

3  Mattel and/or produced in response to Mattel's document requests.

4  REQUEST FOR PRODUCTION NO. 67:

5  DOCUMENTS sufficient to IDENTIFY each PERSON who created, accessed,

6  modified, used, copied or transmitted any DOCUMENT created, authored, modified

7  or copied by YOU or for YOUR benefit that contains any portion of information

8  contained in any MATTEL DOCUMENT.

9  RESPONSE TO REQUEST FOR PRODUCTION NO. 67:

10  MGA Mexico incorporates by reference its General Response and General

11  Objections above, as though fully set forth herein and specifically incorporates

12  General Objection No. 15 (regarding Definitions), including without limitation MGA

13  Mexico's objection to the definition of the terms MATTEL DOCUMENTS, YOU

14  and YOUR. MGA Mexico further objects to the request to the extent it seeks the

15  production of documents that are protected from disclosure under any applicable

16  privilege, doctrine or immunity, including without limitation the attorney-client

17  privilege, the work product doctrine, the right of privacy, and all other privileges

18  recognized under the constitutional, statutory or decisional law of the United States

19  of America, the State of California or any other applicable jurisdiction, including, but

20  not limited to, such laws existing in the United Mexican States. MGA Mexico

21  further objects to this request on the grounds that it is overly broad and unduly

22  burdensome in that it seeks documents not relevant to the claims or defenses in this

23  action and not reasonably calculated to lead to the discovery of admissible evidence.

24  The request is not limited to the subject matter of this action and is thus

25  impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.

26  MGA Mexico further objects to this request as being overly broad and unduly

27  burdensome on the grounds that it is not limited in time or geographic scope. MGA

28  Mexico further objects to this request on the grounds that the terms MATTEL

EXHIBIT 2

PAGE 153

1  DOCUMENT, YOU and YOUR render the request vague, ambiguous, overly broad

2  and unduly burdensome.  MGA Mexico further objects to the term "use" as vague

3  and ambiguous.  MGA Mexico further objects to the request to the extent that it

4  seeks documents that by reason of public filing, public distribution or otherwise are

5  already in Mattel's possession or are readily accessible to Mattel.  MGA Mexico

6  further objects to the request to the extent that it seeks documents not in MGA

7  Mexico's possession, custody or control.  MGA Mexico further objects to the request

8  to the extent it seeks confidential, proprietary or commercially sensitive information,

9  the disclosure of which would be inimical to the business interests of MGA Mexico.

10  Such information may also be subject to protective orders governing other litigations

11  thereby precluding disclosure in response to this request.  MGA Mexico further

12  objects to the request to the extent it violates the privacy rights of third parties to

13  their private, confidential, proprietary or trade secret information.

14      MGA Mexico further objects to this request as cumulative, duplicative, and

15  unduly burdensome to the extent that it seeks documents previously requested by

16  Mattel and/or produced in response to Mattel's document requests.

17  REQUEST FOR PRODUCTION NO. 68:

18      DOCUMENTS sufficient to IDENTIFY the date of creation, modification,

19  access or transmission of any DOCUMENTS that REFER OR RELATE TO YOUR

20  access to any information in the MATTEL DOCUMENTS.

21  RESPONSE TO REQUEST FOR PRODUCTION NO. 68:

22      MGA Mexico incorporates by reference its General Response and General

23  Objections above, as though fully set forth herein and specifically incorporates

24  General Objection No. 15 (regarding Definitions), including without limitation MGA

25  Mexico's objection to the definition of the terms REFER OR RELATE TO, YOUR

26  and IDENTIFY and MATTEL DOCUMENTS. MGA Mexico further objects to the

27  request to the extent it seeks the production of documents that are protected from

28  disclosure under any applicable privilege, doctrine or immunity, including without

EXHIBIT __2__
PAGE __154__                                                           -108-

1 │ limitation the attorney-client privilege, the work product doctrine, the right of

2 │ privacy, and all other privileges recognized under the constitutional, statutory or

3 │ decisional law of the United States of America, the State of California or any other

4 │ applicable jurisdiction, including, but not limited to, such laws existing in the United

5 │ Mexican States.  MGA Mexico further objects to this request on the grounds that it is

6 │ overly broad and unduly burdensome in that it seeks documents not relevant to the

7 │ claims or defenses in this action and not reasonably calculated to lead to the

8 │ discovery of admissible evidence.  The request is not limited to the subject matter of

9 │ this action and is thus impermissibly overbroad.  <u>See</u> Aug. 13 Order at 9:17-20; May

10 │ 22 Order at 21:5-7.  MGA Mexico further objects to this request as being overly

11 │ broad and unduly burdensome on the grounds that it is not limited in time or

12 │ geographic scope.  MGA Mexico further objects to this request on the grounds that

13 │ the terms REFER OR RELATE TO, YOUR, IDENTIFY and MATTEL

14 │ DOCUMENTS render the request vague, ambiguous, overly broad and unduly

15 │ burdensome.  MGA Mexico further objects to the request to the extent that it seeks

16 │ documents that by reason of public filing, public distribution or otherwise are already

17 │ in Mattel's possession or are readily accessible to Mattel.  MGA Mexico further

18 │ objects to the request to the extent that it seeks documents not in MGA Mexico's

19 │ possession, custody or control.  MGA Mexico further objects to the request to the

20 │ extent it seeks confidential, proprietary or commercially sensitive information, the

21 │ disclosure of which would be inimical to the business interests of MGA Mexico.

22 │ Such information may also be subject to protective orders governing other litigations

23 │ thereby precluding disclosure in response to this request.  MGA Mexico further

24 │ objects to the request to the extent it violates the privacy rights of third parties to

25 │ their private, confidential, proprietary or trade secret information.

26 │      MGA Mexico further objects to this request as cumulative, duplicative, and

27 │ unduly burdensome to the extent that it seeks documents previously requested by

28 │ Mattel and/or produced in response to Mattel's document requests.

EXHIBIT __2__

PAGE ___155___

-109-

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A
MSW - Draft December 19, 2007 - 1:25 PM

1  REQUEST FOR PRODUCTION NO. 69:

2      DOCUMENTS sufficient to IDENTIFY each PERSON who created, accessed,

3  modified, used, copied or transmitted any DOCUMENTS that REFER OR RELATE

4  TO YOUR access to any information in the MATTEL DOCUMENTS.

5  RESPONSE TO REQUEST FOR PRODUCTION NO. 69:

6      MGA Mexico incorporates by reference its General Response and General

7  Objections above, as though fully set forth herein and specifically incorporates

8  General Objection No. 15 (regarding Definitions), including without limitation MGA

9  Mexico's objection to the definition of the terms REFER OR RELATE TO, YOUR

10  and MATTEL DOCUMENTS. MGA Mexico further objects to the request to the

11  extent it seeks the production of documents that are protected from disclosure under

12  any applicable privilege, doctrine or immunity, including without limitation the

13  attorney-client privilege, the work product doctrine, the right of privacy, and all other

14  privileges recognized under the constitutional, statutory or decisional law of the

15  United States of America, the State of California or any other applicable jurisdiction,

16  including, but not limited to, such laws existing in the United Mexican States. MGA

17  Mexico further objects to this request on the grounds that it is overly broad and

18  unduly burdensome in that it seeks documents not relevant to the claims or defenses

19  in this action and not reasonably calculated to lead to the discovery of admissible

20  evidence. The request is not limited to the subject matter of this action and is thus

21  impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.

22  MGA Mexico further objects to this request as being overly broad and unduly

23  burdensome on the grounds that it is not limited in time or geographic scope. MGA

24  Mexico further objects to this request on the grounds that the terms REFER OR

25  RELATE TO, YOUR and MATTEL DOCUMENTS render the request vague,

26  ambiguous, overly broad and unduly burdensome. MGA Mexico further objects to

27  the phrase "used" as vague and ambiguous. MGA Mexico further objects to the

28  request to the extent that it seeks documents that by reason of public filing, public

EXHIBIT __2__
PAGE __156__

1  distribution or otherwise are already in Mattel's possession or are readily accessible

2  to Mattel.  MGA Mexico further objects to the request to the extent that it seeks

3  documents not in MGA Mexico's possession, custody or control.  MGA Mexico

4  further objects to the request to the extent it seeks confidential, proprietary or

5  commercially sensitive information, the disclosure of which would be inimical to the

6  business interests of MGA Mexico.  Such information may also be subject to

7  protective orders governing other litigations thereby precluding disclosure in

8  response to this request.  MGA Mexico further objects to the request to the extent it

9  violates the privacy rights of third parties to their private, confidential, proprietary or

10  trade secret information.

11       MGA Mexico further objects to this request as cumulative, duplicative, and

12  unduly burdensome to the extent that it seeks documents previously requested by

13  Mattel and/or produced in response to Mattel's document requests.

14  REQUEST FOR PRODUCTION NO. 70:

15       All DOCUMENTS that YOU contend prove or that YOU will rely on in this

16  ACTION to prove that MATTEL suffered no harm caused by YOUR use and/or

17  disclosure of any information in the MATTEL DOCUMENTS.

18  RESPONSE TO REQUEST FOR PRODUCTION NO. 70:

19       MGA Mexico incorporates by reference its General Response and General

20  Objections above, as though fully set forth herein and specifically incorporates

21  General Objection No. 15 (regarding Definitions), including without limitation MGA

22  Mexico's objection to the definition of the terms MATTEL, YOUR and MATTEL

23  DOCUMENTS.  MGA Mexico further objects to the request to the extent it seeks the

24  production of documents that are protected from disclosure under any applicable

25  privilege, doctrine or immunity, including without limitation the attorney-client

26  privilege, the work product doctrine, the right of privacy, and all other privileges

27  recognized under the constitutional, statutory or decisional law of the United States

28  of America, the State of California or any other applicable jurisdiction, including, but

EXHIBIT __2__

PAGE __157__

-111-

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A            MSW - Draft December 19, 2007 - 1:25 PM

1  not limited to, such laws existing in the United Mexican States. MGA Mexico

2  further objects to this request on the grounds that it is overly broad and unduly

3  burdensome in that it seeks documents not relevant to the claims or defenses in this

4  action and not reasonably calculated to lead to the discovery of admissible evidence.

5  The request is not limited to the subject matter of this action and is thus

6  impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.

7  MGA Mexico further objects to this request as being overly broad and unduly

8  burdensome on the grounds that it is not limited in time or geographic scope.  MGA

9  Mexico further objects to this request on the grounds that the terms MATTEL,

10  YOUR and MATTEL DOCUMENTS render the request vague, ambiguous, overly

11  broad and unduly burdensome.  MGA Mexico further objects to the terms "harm,"

12  "use" and "disclosure" as vague and ambiguous.  MGA Mexico further objects to the

13  request to the extent that it seeks documents that by reason of public filing, public

14  distribution or otherwise are already in Mattel's possession or are readily accessible

15  to Mattel.  MGA Mexico further objects to the request to the extent that it seeks

16  documents not in MGA Mexico's possession, custody or control.  MGA Mexico

17  further objects to the request to the extent it seeks confidential, proprietary or

18  commercially sensitive information, the disclosure of which would be inimical to the

19  business interests of MGA Mexico.  Such information may also be subject to

20  protective orders governing other litigations thereby precluding disclosure in

21  response to this request.  MGA Mexico further objects to the request to the extent it

22  violates the privacy rights of third parties to their private, confidential, proprietary or

23  trade secret information.

24       MGA Mexico further objects to this request as cumulative, duplicative, and

25  unduly burdensome to the extent that it seeks documents previously requested by

26  Mattel and/or produced in response to Mattel's document requests.

27

28

EXHIBIT __2__
PAGE __158__

-112-

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A           MSW - Draft December 19, 2007 - 1:25 PM

1  REQUEST FOR PRODUCTION NO. 71:

2       All DOCUMENTS that YOU contend prove or that YOU will rely on in this

3  ACTION to prove that YOU obtained no benefit from YOUR use and/or disclosure

4  of any information in the MATTEL DOCUMENTS.

5  RESPONSE TO REQUEST FOR PRODUCTION NO. 71:

6       MGA Mexico incorporates by reference its General Response and General

7  Objections above, as though fully set forth herein and specifically incorporates

8  General Objection No. 15 (regarding Definitions), including without limitation MGA

9  Mexico's objection to the definition of the terms MATTEL DOCUMENTS, and

10 YOU.  MGA Mexico further objects to the request to the extent it seeks the

11 production of documents that are protected from disclosure under any applicable

12 privilege, doctrine or immunity, including without limitation the attorney-client

13 privilege, the work product doctrine, the right of privacy, and all other privileges

14 recognized under the constitutional, statutory or decisional law of the United States

15 of America, the State of California or any other applicable jurisdiction, including, but

16 not limited to, such laws existing in the United Mexican States.  MGA Mexico

17 further objects to this request on the grounds that it is overly broad and unduly

18 burdensome in that it seeks documents not relevant to the claims or defenses in this

19 action and not reasonably calculated to lead to the discovery of admissible evidence.

20 The request is not limited to the subject matter of this action and is thus

21 impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.

22 MGA Mexico further objects to this request as being overly broad and unduly

23 burdensome on the grounds that it is not limited in time or geographic scope.  MGA

24 Mexico further objects to this request on the grounds that the term MATTEL

25 DOCUMENTS and YOU render the request vague, ambiguous, overly broad and

26 unduly burdensome.  MGA Mexico further objects to the terms "use" and

27 "disclosure" as vague and ambiguous.   MGA Mexico further objects to the request

28 to the extent that it seeks documents that by reason of public filing, public

XHIBIT __2__
AGE __159__

-113-

1 distribution or otherwise are already in Mattel's possession or are readily accessible

2 to Mattel.  MGA Mexico further objects to the request to the extent that it seeks

3 documents not in MGA Mexico's possession, custody or control.  MGA Mexico

4 further objects to the request to the extent it seeks confidential, proprietary or

5 commercially sensitive information, the disclosure of which would be inimical to the

6 business interests of MGA Mexico.  Such information may also be subject to

7 protective orders governing other litigations thereby precluding disclosure in

8 response to this request.  MGA Mexico further objects to the request to the extent it

9 violates the privacy rights of third parties to their private, confidential, proprietary or

10 trade secret information.

11 　　　　MGA Mexico further objects to this request as cumulative, duplicative, and

12 unduly burdensome to the extent that it seeks documents previously requested by

13 Mattel and/or produced in response to Mattel's document requests.

14 REQUEST FOR PRODUCTION NO. 72:

15 　　　　All DOCUMENTS that REFER OR RELATE TO YOUR product or product

16 line offerings, or contemplated or proposed product or product line offerings, for

17 calendar year 2004, including without limitation YOUR product line lists for such

18 time period and all DOCUMENTS that REFER OR RELATE TO changes or

19 amendments or contemplated or proposed changes or amendments thereto.

20 RESPONSE TO REQUEST FOR PRODUCTION NO. 72:

21 　　　　MGA Mexico incorporates by reference its General Response and General

22 Objections above, as though fully set forth herein and specifically incorporates

23 General Objection No. 15 (regarding Definitions), including without limitation MGA

24 Mexico's objection to the definition of the term REFER OR RELATE TO.  MGA

25 Mexico further objects to the request to the extent it seeks the production of

26 documents that are protected from disclosure under any applicable privilege, doctrine

27 or immunity, including without limitation the attorney-client privilege, the work

28 product doctrine, the right of privacy, and all other privileges recognized under the

EXHIBIT **2**

PAGE **160**

-114-

1  constitutional, statutory or decisional law of the United States of America, the State

2  of California or any other applicable jurisdiction, including, but not limited to, such

3  laws existing in the United Mexican States.  MGA Mexico further objects to this

4  request on the grounds that it is overly broad and unduly burdensome in that it seeks

5  documents not relevant to the claims or defenses in this action and not reasonably

6  calculated to lead to the discovery of admissible evidence.  Mattel has not

7  demonstrated how *all* DOCUMENTS that REFER OR RELATE TO YOUR product

8  or product line offerings, or contemplated or proposed product or product line

9  offerings, for calendar year 2004, could be relevant to the claims and defenses in this

10 action.  The request is not limited to the subject matter of this action and is thus

11 impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.

12 MGA Mexico further objects to this request as being overly broad and unduly

13 burdensome on the grounds that it is not sufficiently limited in time or geographic

14 scope.  MGA Mexico further objects to this request on the grounds that the term

15 REFER OR RELATE TO renders the request vague, ambiguous, overly broad and

16 unduly burdensome.  MGA Mexico further objects to the request to the extent that it

17 seeks documents that by reason of public filing, public distribution or otherwise are

18 already in Mattel's possession or are readily accessible to Mattel.  MGA Mexico

19 further objects to the request to the extent that it seeks documents not in MGA

20 Mexico's possession, custody or control.  MGA Mexico further objects to the request

21 to the extent it seeks confidential, proprietary or commercially sensitive information,

22 the disclosure of which would be inimical to the business interests of MGA Mexico.

23 Such information may also be subject to protective orders governing other litigations

24 thereby precluding disclosure in response to this request.  MGA Mexico further

25 objects to the request to the extent it violates the privacy rights of third parties to

26 their private, confidential, proprietary or trade secret information.

27

28

EXHIBIT ___2___

PAGE ___161___

1       MGA Mexico further objects to this request as cumulative, duplicative, and

2 unduly burdensome to the extent that it seeks documents previously requested by

3 Mattel and/or produced in response to Mattel's document requests.

4 REQUEST FOR PRODUCTION NO. 73:

5       All DOCUMENTS that REFER OR RELATE TO YOUR product or product

6 line offerings, or contemplated or proposed product or product line offerings, for

7 calendar year 2005, including without limitation YOUR product line lists for such

8 time period and all DOCUMENTS that REFER OR RELATE TO changes or

9 amendments or contemplated or proposed changes or amendments thereto.

10 RESPONSE TO REQUEST FOR PRODUCTION NO. 73:

11       MGA Mexico incorporates by reference its General Response and General

12 Objections above, as though fully set forth herein and specifically incorporates

13 General Objection No. 15 (regarding Definitions), including without limitation MGA

14 Mexico's objection to the definition of the term REFER OR RELATE TO.  MGA

15 Mexico further objects to the request to the extent it seeks the production of

16 documents that are protected from disclosure under any applicable privilege, doctrine

17 or immunity, including without limitation the attorney-client privilege, the work

18 product doctrine, the right of privacy, and all other privileges recognized under the

19 constitutional, statutory or decisional law of the United States of America, the State

20 of California or any other applicable jurisdiction, including, but not limited to, such

21 laws existing in the United Mexican States.  MGA Mexico further objects to this

22 request on the grounds that it is overly broad and unduly burdensome in that it seeks

23 documents not relevant to the claims or defenses in this action and not reasonably

24 calculated to lead to the discovery of admissible evidence.  Mattel has not

25 demonstrated how *all* DOCUMENTS that REFER OR RELATE TO YOUR product

26 or product line offerings, or contemplated or proposed product or product line

27 offerings, for calendar year 2005 could be relevant to the claims and defenses in this

28 action.  The request is not limited to the subject matter of this action and is thus

EXHIBIT __2__

PAGE __162__

-116-

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A                           MSW - Draft December 19, 2007 - 1:25 PM

1   impermissibly overbroad. <u>See</u> Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.

2   MGA Mexico further objects to this request as being overly broad and unduly

3   burdensome on the grounds that it is not sufficiently limited in time or geographic

4   scope. MGA Mexico further objects to this request on the grounds that the term

5   REFER OR RELATE TO renders the request vague, ambiguous, overly broad and

6   unduly burdensome. MGA Mexico further objects to the request to the extent that it

7   seeks documents that by reason of public filing, public distribution or otherwise are

8   already in Mattel's possession or are readily accessible to Mattel. MGA Mexico

9   further objects to the request to the extent that it seeks documents not in MGA

10   Mexico's possession, custody or control. MGA Mexico further objects to the request

11   to the extent it seeks confidential, proprietary or commercially sensitive information,

12   the disclosure of which would be inimical to the business interests of MGA Mexico.

13   Such information may also be subject to protective orders governing other litigations

14   thereby precluding disclosure in response to this request. MGA Mexico further

15   objects to the request to the extent it violates the privacy rights of third parties to

16   their private, confidential, proprietary or trade secret information.

17         MGA Mexico further objects to this request as cumulative, duplicative, and

18   unduly burdensome to the extent that it seeks documents previously requested by

19   Mattel and/or produced in response to Mattel's document requests.

20   <u>REQUEST FOR PRODUCTION NO. 74</u>:

21         All DOCUMENTS that REFER OR RELATE TO YOUR product or product

22   line offerings, or contemplated or proposed product or product line offerings, for

23   calendar year 2006, including without limitation YOUR product line lists for such

24   time period and all DOCUMENTS that REFER OR RELATE TO changes or

25   amendments or contemplated or proposed changes or amendments thereto.

26   <u>RESPONSE TO REQUEST FOR PRODUCTION NO. 74</u>:

27         MGA Mexico incorporates by reference its General Response and General

28   Objections above, as though fully set forth herein and specifically incorporates

EXHIBIT __2__

PAGE __163__

-117-

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
MSW - Draft December 19, 2007 - 1:25 PM
256415.05-Palo Alto Server 1A

1  General Objection No. 15 (regarding Definitions), including without limitation MGA

2  Mexico's objection to the definition of the term REFER OR RELATE TO.  MGA

3  Mexico further objects to the request to the extent it seeks the production of

4  documents that are protected from disclosure under any applicable privilege, doctrine

5  or immunity, including without limitation the attorney-client privilege, the work

6  product doctrine, the right of privacy, and all other privileges recognized under the

7  constitutional, statutory or decisional law of the United States of America, the State

8  of California or any other applicable jurisdiction, including, but not limited to, such

9  laws existing in the United Mexican States.  MGA Mexico further objects to this

10  request on the grounds that it is overly broad and unduly burdensome in that it seeks

11  documents not relevant to the claims or defenses in this action and not reasonably

12  calculated to lead to the discovery of admissible evidence.  Mattel has not

13  demonstrated how *all* DOCUMENTS that REFER OR RELATE TO YOUR product

14  or product line offerings, or contemplated or proposed product or product line

15  offerings, for calendar year 2006, could be relevant to the claims and defenses in this

16  action.  The request is not limited to the subject matter of this action and is thus

17  impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.

18  MGA Mexico further objects to this request as being overly broad and unduly

19  burdensome on the grounds that it is not sufficiently limited in time or geographic

20  scope.  MGA Mexico further objects to this request on the grounds that the term

21  REFER OR RELATE TO renders the request vague, ambiguous, overly broad and

22  unduly burdensome.  MGA Mexico further objects to the request to the extent that it

23  seeks documents that by reason of public filing, public distribution or otherwise are

24  already in Mattel's possession or are readily accessible to Mattel.  MGA Mexico

25  further objects to the request to the extent that it seeks documents not in MGA

26  Mexico's possession, custody or control.  MGA Mexico further objects to the request

27  to the extent it seeks confidential, proprietary or commercially sensitive information,

28  the disclosure of which would be inimical to the business interests of MGA Mexico.

EXHIBIT ___2___

PAGE ___164___

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A               MSW - Draft December 19, 2007 - 1:25 PM

1 | Such information may also be subject to protective orders governing other litigations
2 | thereby precluding disclosure in response to this request. MGA Mexico further
3 | objects to the request to the extent it violates the privacy rights of third parties to
4 | their private, confidential, proprietary or trade secret information.

5 |     MGA Mexico further objects to this request as cumulative, duplicative, and
6 | unduly burdensome to the extent that it seeks documents previously requested by
7 | Mattel and/or produced in response to Mattel's document requests.

8 | REQUEST FOR PRODUCTION NO. 75:

9 |     All DOCUMENTS that REFER OR RELATE TO YOUR product or product
10 | line offerings, or contemplated or proposed product or product line offerings, for
11 | calendar year 2007, including without limitation YOUR product line lists for such
12 | time period and all DOCUMENTS that REFER OR RELATE TO changes or
13 | amendments or contemplated or proposed changes or amendments thereto.

14 | RESPONSE TO REQUEST FOR PRODUCTION NO. 75:

15 |     MGA Mexico incorporates by reference its General Response and General
16 | Objections above, as though fully set forth herein and specifically incorporates
17 | General Objection No. 15 (regarding Definitions), including without limitation MGA
18 | Mexico's objection to the definition of the term REFER OR RELATE TO. MGA
19 | Mexico further objects to the request to the extent it seeks the production of
20 | documents that are protected from disclosure under any applicable privilege, doctrine
21 | or immunity, including without limitation the attorney-client privilege, the work
22 | product doctrine, the right of privacy, and all other privileges recognized under the
23 | constitutional, statutory or decisional law of the United States of America, the State
24 | of California or any other applicable jurisdiction, including, but not limited to, such
25 | laws existing in the United Mexican States. MGA Mexico further objects to this
26 | request on the grounds that it is overly broad and unduly burdensome in that it seeks
27 | documents not relevant to the claims or defenses in this action and not reasonably
28 | calculated to lead to the discovery of admissible evidence. Mattel has not

EXHIBIT __2__

PAGE __165__

-119-

1  demonstrated how *all* DOCUMENTS that REFER OR RELATE TO YOUR product
2  or product line offerings, or contemplated or proposed product or product line
3  offerings, for calendar year 2007 could be relevant to the claims and defenses in this
4  action.  The request is not limited to the subject matter of this action and is thus
5  impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.
6  MGA Mexico further objects to this request as being overly broad and unduly
7  burdensome on the grounds that it is not sufficiently limited in time or geographic
8  scope.  MGA Mexico further objects to this request on the grounds that the term
9  REFER OR RELATE TO renders the request vague, ambiguous, overly broad and
10  unduly burdensome.  MGA Mexico further objects to the request to the extent that it
11  seeks documents that by reason of public filing, public distribution or otherwise are
12  already in Mattel's possession or are readily accessible to Mattel.  MGA Mexico
13  further objects to the request to the extent that it seeks documents not in MGA
14  Mexico's possession, custody or control.  MGA Mexico further objects to the request
15  to the extent it seeks confidential, proprietary or commercially sensitive information,
16  the disclosure of which would be inimical to the business interests of MGA Mexico.
17  Such information may also be subject to protective orders governing other litigations
18  thereby precluding disclosure in response to this request.  MGA Mexico further
19  objects to the request to the extent it violates the privacy rights of third parties to
20  their private, confidential, proprietary or trade secret information.
21  MGA Mexico further objects to this request as cumulative, duplicative, and
22  unduly burdensome to the extent that it seeks documents previously requested by
23  Mattel and/or produced in response to Mattel's document requests.
24  REQUEST FOR PRODUCTION NO. 76:
25  All DOCUMENTS that REFER OR RELATE TO YOUR corporate structure
26  since January 1, 1999, including without limitation YOUR relationship with MGA
27  Entertainment, Inc. and the IDENTITY of YOUR officers, directors, shareholders
28  and employees since January 1, 1999.

EXHIBIT __2__
PAGE __166__

-120-

RESPONSE TO REQUEST FOR PRODUCTION NO. 76:

MGA Mexico incorporates by reference its General Response and General Objections above, as though fully set forth herein and specifically incorporates General Objection No. 15 (regarding Definitions), including without limitation MGA Mexico's objection to the definition of the term REFER OR RELATE TO. MGA Mexico further objects to the request to the extent it seeks the production of documents that are protected from disclosure under any applicable privilege, doctrine or immunity, including without limitation the attorney-client privilege, the work product doctrine, the right of privacy, and all other privileges recognized under the constitutional, statutory or decisional law of the United States of America, the State of California or any other applicable jurisdiction, including, but not limited to, such laws existing in the United Mexican States. MGA Mexico further objects to this request on the grounds that it is overly broad and unduly burdensome in that it seeks documents not relevant to the claims or defenses in this action and not reasonably calculated to lead to the discovery of admissible evidence. Mattel has not demonstrated how *all* DOCUMENTS that REFER OR RELATE TO YOUR corporate structure since January 1, 1999, could be relevant to the claims and defenses in this action. The request is not limited to the subject matter of this action and is thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this request as being overly broad and unduly burdensome on the grounds that it is not sufficiently limited in time or geographic scope. MGA Mexico further objects to this request on the grounds that the term REFER OR RELATE TO renders the request vague, ambiguous, overly broad and unduly burdensome. MGA Mexico further objects to the undefined term "IDENTITY" as vague and ambiguous. MGA Mexico further objects to the request to the extent that it seeks documents that by reason of public filing, public distribution or otherwise are already in Mattel's possession or are readily accessible to Mattel. MGA Mexico further objects to the request to the extent that it seeks

EXHIBIT ____

PAGE ____ 167

-121-

1  documents not in MGA Mexico's possession, custody or control.  MGA Mexico

2  further objects to the request to the extent it seeks confidential, proprietary or

3  commercially sensitive information, the disclosure of which would be inimical to the

4  business interests of MGA Mexico.

5       MGA Mexico further objects to this request as cumulative, duplicative, and

6  unduly burdensome to the extent that it seeks documents previously requested by

7  Mattel and/or produced in response to Mattel's document requests.

8  REQUEST FOR PRODUCTION NO. 77:

9       To the extent not covered by other Requests, all DOCUMENTS, including

10  without limitation all COMMUNICATIONS between YOU and any PERSON, that

11  REFER OR RELATE TO any agreement or contract between MATTEL, on the one

12  hand, and any former employee of MATTEL who has been hired, considered,

13  solicited or interviewed for any position or potential position or employment by

14  YOU.

15  RESPONSE TO REQUEST FOR PRODUCTION NO. 77:

16       MGA Mexico incorporates by reference its General Response and General

17  Objections above, as though fully set forth herein and specifically incorporates

18  General Objection No. 15 (regarding Definitions), including without limitation MGA

19  Mexico's objection to the definition of the terms REFER OR RELATE TO and

20  MATTEL.  MGA Mexico further objects to the request to the extent it seeks the

21  production of documents that are protected from disclosure under any applicable

22  privilege, doctrine or immunity, including without limitation the attorney-client

23  privilege, the work product doctrine, the right of privacy, and all other privileges

24  recognized under the constitutional, statutory or decisional law of the United States

25  of America, the State of California or any other applicable jurisdiction, including, but

26  not limited to, such laws existing in the United Mexican States.  MGA Mexico

27  further objects to this request on the grounds that it is overly broad and unduly

28  burdensome in that it seeks documents not relevant to the claims or defenses in this

EXHIBIT __2__

PAGE __168__

-122-

1  action and not reasonably calculated to lead to the discovery of admissible evidence.

2  Mattel has not demonstrated how *all* DOCUMENTS, including without limitation all

3  COMMUNICATIONS between YOU and any PERSON, that REFER OR RELATE

4  TO any agreement or contract between MATTEL, on the one hand, and any former

5  employee of MATTEL who has been hired, considered, solicited or interviewed for

6  any position or potential position or employment by YOU could be relevant to the

7  claims and defenses in this action. The request is not limited to the subject matter of

8  this action and is thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May

9  22 Order at 21:5-7. MGA Mexico further objects to this request as being overly

10  broad and unduly burdensome on the grounds that it is not limited in time or

11  geographic scope. MGA Mexico further objects to this request on the grounds that

12  the terms REFER OR RELATE TO and MATTEL render the request vague,

13  ambiguous, overly broad and unduly burdensome. MGA Mexico further objects to

14  the phrase "potential position" as vague and ambiguous and to "employee" as calling

15  for a legal conclusion. MGA Mexico further objects to the request to the extent that

16  it seeks documents that by reason of public filing, public distribution or otherwise

17  are already in Mattel's possession or are readily accessible to Mattel. MGA Mexico

18  further objects to the request to the extent that it seeks documents not in MGA

19  Mexico's possession, custody or control. MGA Mexico further objects to the request

20  to the extent it seeks confidential, proprietary or commercially sensitive information,

21  the disclosure of which would be inimical to the business interests of MGA Mexico.

22  Such information may also be subject to protective orders governing other litigations

23  thereby precluding disclosure in response to this request. MGA Mexico further

24  objects to the request to the extent it violates the privacy rights of third parties to

25  their private, confidential, proprietary or trade secret information.

26      MGA Mexico further objects to this request as cumulative, duplicative, and

27  unduly burdensome to the extent that it seeks documents previously requested by

28  Mattel and/or produced in response to Mattel's document requests.

-123-

EXHIBIT **2**

PAGE **169**

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
MSW - Draft December 19, 2007 - 1:25 PM
256413.05-Palo Alto Server 1A

1  REQUEST FOR PRODUCTION NO. 78:

2   All DOCUMENTS that REFER OR RELATE TO any effort by YOU to

3  recruit employees or contractors who have been or are employed by or who have

4  worked for MATTEL since January 1, 1999, including but not limited to advertising,

5  media releases, brochures, articles, catalogs, handbooks, and public relations

6  material.

7  RESPONSE TO REQUEST FOR PRODUCTION NO. 78:

8   MGA Mexico incorporates by reference its General Response and General

9  Objections above, as though fully set forth herein and specifically incorporates

10  General Objection No. 15 (regarding Definitions), including without limitation MGA

11  Mexico's objection to the definition of the term REFER OR RELATE TO.  MGA

12  Mexico further objects to the request to the extent it seeks the production of

13  documents that are protected from disclosure under any applicable privilege, doctrine

14  or immunity, including without limitation the attorney-client privilege, the work

15  product doctrine, the right of privacy, and all other privileges recognized under the

16  constitutional, statutory or decisional law of the United States of America, the State

17  of California or any other applicable jurisdiction, including, but not limited to, such

18  laws existing in the United Mexican States.  MGA Mexico further objects to this

19  request on the grounds that it is overly broad and unduly burdensome in that it seeks

20  documents not relevant to the claims or defenses in this action and not reasonably

21  calculated to lead to the discovery of admissible evidence.  Mattel has not

22  demonstrated how *all* DOCUMENTS that REFER OR RELATE TO any effort by

23  YOU to recruit employees or contractors who have been or are employed by or who

24  have worked for MATTEL since January 1, 1999, could be relevant to the claims

25  and defenses in this action.  The request is not limited to the subject matter of this

26  action and is thus impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May 22

27  Order at 21:5-7.  MGA Mexico further objects to this request as being overly broad

28  and unduly burdensome on the grounds that it is not sufficiently limited in time or

EXHIBIT 2

PAGE 170

-124-

1 geographic scope. MGA Mexico further objects to this request on the grounds that

2 the term REFER OR RELATE TO renders the request vague, ambiguous, overly

3 broad and unduly burdensome. MGA Mexico further objects to the phrase "worked

4 for" as vague and ambiguous, and to the terms "employees" and "employed" as

5 calling for legal conclusions. MGA Mexico further objects to the request to the

6 extent that it seeks documents that by reason of public filing, public distribution or

7 otherwise are already in Mattel's possession or are readily accessible to Mattel.

8 MGA Mexico further objects to the request to the extent that it seeks documents not

9 in MGA Mexico's possession, custody or control. MGA Mexico further objects to

10 the request to the extent it seeks confidential, proprietary or commercially sensitive

11 information, the disclosure of which would be inimical to the business interests of

12 MGA Mexico. Such information may also be subject to protective orders governing

13 other litigations thereby precluding disclosure in response to this request. MGA

14 Mexico further objects to the request to the extent it violates the privacy rights of

15 third parties to their private, confidential, proprietary or trade secret information.

16     MGA Mexico further objects to this request as cumulative, duplicative, and

17 unduly burdensome to the extent that it seeks documents previously requested by

18 Mattel and/or produced in response to Mattel's document requests.

19 REQUEST FOR PRODUCTION NO. 79:

20     DOCUMENTS sufficient to IDENTIFY every PERSON who has entered into

21 a BRATZ LICENSE with YOU or anyone acting on YOUR behalf.

22 RESPONSE TO REQUEST FOR PRODUCTION NO. 79:

23     MGA Mexico incorporates by reference its General Response and General

24 Objections above, as though fully set forth herein and specifically incorporates

25 General Objection No. 15 (regarding Definitions), including without limitation MGA

26 Mexico's objection to the definition of the term BRATZ LICENSE. MGA Mexico

27 further objects to the request to the extent it seeks the production of documents that

28 are protected from disclosure under any applicable privilege, doctrine or immunity,

EXHIBIT 2

PAGE 171

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A                 MSW - Draft December 19, 2007 - 1:25 PM

1 | including without limitation the attorney-client privilege, the work product doctrine,

2 | the right of privacy, and all other privileges recognized under the constitutional,

3 | statutory or decisional law of the United States of America, the State of California or

4 | any other applicable jurisdiction, including, but not limited to, such laws existing in

5 | the United Mexican States.  MGA Mexico further objects to this request on the

6 | grounds that it is overly broad and unduly burdensome in that it seeks documents not

7 | relevant to the claims or defenses in this action and not reasonably calculated to lead

8 | to the discovery of admissible evidence.  The request is not limited to the subject

9 | matter of this action and is thus impermissibly overbroad.  See Aug. 13 Order at

10 | 9:17-20; May 22 Order at 21:5-7.  MGA Mexico further objects to this request as

11 | being overly broad and unduly burdensome on the grounds that it is not limited in

12 | time or geographic scope.  MGA Mexico further objects to this request on the

13 | grounds that the term BRATZ LICENSE renders the request vague, ambiguous,

14 | overly broad and unduly burdensome.  MGA Mexico further objects to the request to

15 | the extent that it seeks documents that by reason of public filing, public distribution

16 | or otherwise are already in Mattel's possession or are readily accessible to Mattel.

17 | MGA Mexico further objects to the request to the extent that it seeks documents not

18 | in MGA Mexico's possession, custody or control.  MGA Mexico further objects to

19 | the request to the extent it seeks confidential, proprietary or commercially sensitive

20 | information, the disclosure of which would be inimical to the business interests of

21 | MGA Mexico.

22 |       MGA Mexico further objects to this request as cumulative, duplicative, and

23 | unduly burdensome to the extent that it seeks documents previously requested by

24 | Mattel and/or produced in response to Mattel's document requests.

25 | REQUEST FOR PRODUCTION NO. 80:

26 |       DOCUMENTS sufficient to IDENTIFY by product name, product number

27 | and SKU each BRATZ PRODUCT including, without limitation, each BRATZ

28 | DOLL, sold by YOU or YOUR licensees.

EXHIBIT __2__
PAGE __172__

-126-

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A              MSW - Draft December 19, 2007 - 1:25 PM

1  RESPONSE TO REQUEST FOR PRODUCTION NO. 80:

2         MGA Mexico incorporates by reference its General Response and General

3  Objections above, as though fully set forth herein and specifically incorporates

4  General Objection No. 15 (regarding Definitions), including without limitation MGA

5  Mexico's objection to the definition of the terms BRATZ PRODUCT and BRATZ

6  DOLL.  MGA Mexico further objects to the request to the extent it seeks the

7  production of documents that are protected from disclosure under any applicable

8  privilege, doctrine or immunity, including without limitation the attorney-client

9  privilege, the work product doctrine, the right of privacy, and all other privileges

10  recognized under the constitutional, statutory or decisional law of the United States

11  of America, the State of California or any other applicable jurisdiction, including, but

12  not limited to, such laws existing in the United Mexican States.  MGA Mexico

13  further objects to this request on the grounds that it is overly broad and unduly

14  burdensome in that it seeks documents not relevant to the claims or defenses in this

15  action and not reasonably calculated to lead to the discovery of admissible evidence.

16  The request is not limited to the subject matter of this action and is thus

17  impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.

18  MGA Mexico further objects to this request as being overly broad and unduly

19  burdensome on the grounds that it is not limited in time or geographic scope.  MGA

20  Mexico further objects to this request on the grounds that the terms BRATZ

21  PRODUCT and BRATZ DOLL render the request vague, ambiguous, overly broad

22  and unduly burdensome.  MGA Mexico further objects to the request to the extent

23  that it seeks documents that by reason of public filing, public distribution or

24  otherwise are already in Mattel's possession or are readily accessible to Mattel.

25  MGA Mexico further objects to the request to the extent that it seeks documents not

26  in MGA Mexico's possession, custody or control.  MGA Mexico further objects to

27  the request to the extent it seeks confidential, proprietary or commercially sensitive

28

EXHIBIT ___2___

PAGE ___173___

-127-

1 | information, the disclosure of which would be inimical to the business interests of
2 | MGA Mexico.
3 |      MGA Mexico further objects to this request as cumulative, duplicative, and
4 | unduly burdensome to the extent that it seeks documents previously requested by
5 | Mattel and/or produced in response to Mattel's document requests.
6 | REQUEST FOR PRODUCTION NO. 81:
7 |      DOCUMENTS sufficient to show the number of units of each BRATZ DOLL
8 | sold by YOU or YOUR licensees.
9 | RESPONSE TO REQUEST FOR PRODUCTION NO. 81:
10 |      MGA Mexico incorporates by reference its General Response and General
11 | Objections above, as though fully set forth herein and specifically incorporates
12 | General Objection No. 15 (regarding Definitions), including without limitation MGA
13 | Mexico's objection to the definition of the term BRATZ DOLL. MGA Mexico
14 | further objects to the request to the extent it seeks the production of documents that
15 | are protected from disclosure under any applicable privilege, doctrine or immunity,
16 | including without limitation the attorney-client privilege, the work product doctrine,
17 | the right of privacy, and all other privileges recognized under the constitutional,
18 | statutory or decisional law of the United States of America, the State of California or
19 | any other applicable jurisdiction, including, but not limited to, such laws existing in
20 | the United Mexican States. MGA Mexico further objects to this request on the
21 | grounds that it is overly broad and unduly burdensome in that it seeks documents not
22 | relevant to the claims or defenses in this action and not reasonably calculated to lead
23 | to the discovery of admissible evidence. The request is not limited to the subject
24 | matter of this action and is thus impermissibly overbroad. See Aug. 13 Order at
25 | 9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this request as
26 | being overly broad and unduly burdensome on the grounds that it is not limited in
27 | time or geographic scope. MGA Mexico further objects to this request on the
28 | grounds that the term BRATZ DOLL renders the request vague, ambiguous, overly

EXHIBIT 2

PAGE 174

-128-

1 broad and unduly burdensome. MGA Mexico further objects to the request to the

2 extent that it seeks documents that by reason of public filing, public distribution or

3 otherwise are already in Mattel's possession or are readily accessible to Mattel.

4 MGA Mexico further objects to the request to the extent that it seeks documents not

5 in MGA Mexico's possession, custody or control. MGA Mexico further objects to

6 the request to the extent it seeks confidential, proprietary or commercially sensitive

7 information, the disclosure of which would be inimical to the business interests of

8 MGA Mexico.

9     MGA Mexico further objects to this request as cumulative, duplicative, and

10 unduly burdensome to the extent that it seeks documents previously requested by

11 Mattel and/or produced in response to Mattel's document requests.

12 REQUEST FOR PRODUCTION NO. 82:

13     DOCUMENTS sufficient to show the revenue received by YOU from the sale

14 of each BRATZ DOLL sold by YOU or YOUR licensees.

15 RESPONSE TO REQUEST FOR PRODUCTION NO. 82:

16     MGA Mexico incorporates by reference its General Response and General

17 Objections above, as though fully set forth herein and specifically incorporates

18 General Objection No. 15 (regarding Definitions), including without limitation MGA

19 Mexico's objection to the definition of the term BRATZ DOLL. MGA Mexico

20 further objects to the request to the extent it seeks the production of documents that

21 are protected from disclosure under any applicable privilege, doctrine or immunity,

22 including without limitation the attorney-client privilege, the work product doctrine,

23 the right of privacy, and all other privileges recognized under the constitutional,

24 statutory or decisional law of the United States of America, the State of California or

25 any other applicable jurisdiction, including, but not limited to, such laws existing in

26 the United Mexican States. MGA Mexico further objects to this request on the

27 grounds that it is overly broad and unduly burdensome in that it seeks documents not

28 relevant to the claims or defenses in this action and not reasonably calculated to lead

EXHIBIT __2__

PAGE __175__

-129-

1  to the discovery of admissible evidence.  The request is not limited to the subject

2  matter of this action and is thus impermissibly overbroad.  See Aug. 13 Order at

3  9:17-20; May 22 Order at 21:5-7.  MGA Mexico further objects to this request as

4  being overly broad and unduly burdensome on the grounds that it is not limited in

5  time or geographic scope.  MGA Mexico further objects to this request on the

6  grounds that the term BRATZ DOLL renders the request vague, ambiguous, overly

7  broad and unduly burdensome.  MGA Mexico further objects to the request to the

8  extent that it seeks documents that by reason of public filing, public distribution or

9  otherwise are already in Mattel's possession or are readily accessible to Mattel.

10  MGA Mexico further objects to the request to the extent that it seeks documents not

11  in MGA Mexico's possession, custody or control.  MGA Mexico further objects to

12  the request to the extent it seeks confidential, proprietary or commercially sensitive

13  information, the disclosure of which would be inimical to the business interests of

14  MGA Mexico.

15  MGA Mexico further objects to this request as cumulative, duplicative, and

16  unduly burdensome to the extent that it seeks documents previously requested by

17  Mattel and/or produced in response to Mattel's document requests.

18  REQUEST FOR PRODUCTION NO. 83:

19  DOCUMENTS sufficient to show the revenue received by YOU from the sale

20  of each BRATZ DOLL sold by YOU or YOUR licensees.

21  RESPONSE TO REQUEST FOR PRODUCTION NO. 83:

22  MGA Mexico incorporates by reference its General Response and General

23  Objections above, as though fully set forth herein and specifically incorporates

24  General Objection No. 15 (regarding Definitions), including without limitation MGA

25  Mexico's objection to the definition of the term BRATZ DOLL.  MGA Mexico

26  further objects to the request to the extent it seeks the production of documents that

27  are protected from disclosure under any applicable privilege, doctrine or immunity,

28  including without limitation the attorney-client privilege, the work product doctrine,

EXHIBIT  2

PAGE  176

1  the right of privacy, and all other privileges recognized under the constitutional,

2  statutory or decisional law of the United States of America, the State of California or

3  any other applicable jurisdiction, including, but not limited to, such laws existing in

4  the United Mexican States.  MGA Mexico further objects to this request on the

5  grounds that it is overly broad and unduly burdensome in that it seeks documents not

6  relevant to the claims or defenses in this action and not reasonably calculated to lead

7  to the discovery of admissible evidence.  The request is not limited to the subject

8  matter of this action and is thus impermissibly overbroad.  See Aug. 13 Order at

9  9:17-20; May 22 Order at 21:5-7.  MGA Mexico further objects to this request as

10  being overly broad and unduly burdensome on the grounds that it is not limited in

11  time or geographic scope.  MGA Mexico further objects to this request on the

12  grounds that the term BRATZ DOLL renders the request vague, ambiguous, overly

13  broad and unduly burdensome.  MGA Mexico further objects to the request to the

14  extent that it seeks documents that by reason of public filing, public distribution or

15  otherwise are already in Mattel's possession or are readily accessible to Mattel.

16  MGA Mexico further objects to the request to the extent that it seeks documents not

17  in MGA Mexico's possession, custody or control.  MGA Mexico further objects to

18  the request to the extent it seeks confidential, proprietary or commercially sensitive

19  information, the disclosure of which would be inimical to the business interests of

20  MGA Mexico.

21      MGA Mexico further objects to this request as cumulative, duplicative, and

22  unduly burdensome to the extent that it seeks documents previously requested by

23  Mattel and/or produced in response to Mattel's document requests.

24  REQUEST FOR PRODUCTION NO. 84:

25      All DOCUMENTS that evidence, reflect or REFER OR RELATE TO YOUR

26  profits from the sale of each BRATZ DOLL sold by YOU or YOUR licensees.

27

28

EXHIBIT ___2___
PAGE ___177___

-131-

1   RESPONSE TO REQUEST FOR PRODUCTION NO. 84:

2        MGA Mexico incorporates by reference its General Response and General

3   Objections above, as though fully set forth herein and specifically incorporates

4   General Objection No. 15 (regarding Definitions), including without limitation MGA

5   Mexico's objection to the definition of the terms REFER OR RELATE TO and

6   BRATZ DOLL.  MGA Mexico further objects to the request to the extent it seeks the

7   production of documents that are protected from disclosure under any applicable

8   privilege, doctrine or immunity, including without limitation the attorney-client

9   privilege, the work product doctrine, the right of privacy, and all other privileges

10  recognized under the constitutional, statutory or decisional law of the United States

11  of America, the State of California or any other applicable jurisdiction, including, but

12  not limited to, such laws existing in the United Mexican States.  MGA Mexico

13  further objects to this request on the grounds that it is overly broad and unduly

14  burdensome in that it seeks documents not relevant to the claims or defenses in this

15  action and not reasonably calculated to lead to the discovery of admissible evidence.

16  Mattel has not demonstrated how *all* DOCUMENTS that evidence, reflect or REFER

17  OR RELATE TO YOUR profits from the sale of each BRATZ DOLL sold by YOU

18  or YOUR licensees, could be relevant to the claims and defenses in this action.  The

19  request is not limited to the subject matter of this action and is thus impermissibly

20  overbroad.  See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.  MGA Mexico

21  further objects to this request as being overly broad and unduly burdensome on the

22  grounds that it is not limited in time or geographic scope.  MGA Mexico further

23  objects to this request on the grounds that the terms REFER OR RELATE TO and

24  BRATZ DOLL render the request vague, ambiguous, overly broad and unduly

25  burdensome.  MGA Mexico further objects to the request to the extent that it seeks

26  documents that by reason of public filing, public distribution or otherwise are already

27  in Mattel's possession or are readily accessible to Mattel.  MGA Mexico further

28  objects to the request to the extent that it seeks documents not in MGA Mexico's

EXHIBIT 2

PAGE 178

-132-

1  possession, custody or control. MGA Mexico further objects to the request to the

2  extent it seeks confidential, proprietary or commercially sensitive information, the

3  disclosure of which would be inimical to the business interests of MGA Mexico.

4  Such information may also be subject to protective orders governing other litigations

5  thereby precluding disclosure in response to this request. MGA Mexico further

6  objects to the request to the extent it violates the privacy rights of third parties to

7  their private, confidential, proprietary or trade secret information.

8  　　　　MGA Mexico further objects to this request as cumulative, duplicative, and

9  unduly burdensome to the extent that it seeks documents previously requested by

10  Mattel and/or produced in response to Mattel's document requests.

11  REQUEST FOR PRODUCTION NO. 85:

12  　　　　For each customer to whom YOU or YOUR licensees have ever sold any

13  BRATZ DOLL, DOCUMENTS sufficient to show the number of units of each such

14  BRATZ DOLL sold by YOU or YOUR licensees to that customer.

15  RESPONSE TO REQUEST FOR PRODUCTION NO. 85:

16  　　　　MGA Mexico incorporates by reference its General Response and General

17  Objections above, as though fully set forth herein and specifically incorporates

18  General Objection No. 15 (regarding Definitions), including without limitation MGA

19  Mexico's objection to the definition of the terms BRATZ DOLL. MGA Mexico

20  further objects to the request to the extent it seeks the production of documents that

21  are protected from disclosure under any applicable privilege, doctrine or immunity,

22  including without limitation the attorney-client privilege, the work product doctrine,

23  the right of privacy, and all other privileges recognized under the constitutional,

24  statutory or decisional law of the United States of America, the State of California or

25  any other applicable jurisdiction, including, but not limited to, such laws existing in

26  the United Mexican States. MGA Mexico further objects to this request on the

27  grounds that it is overly broad and unduly burdensome in that it seeks documents not

28  relevant to the claims or defenses in this action and not reasonably calculated to lead

EXHIBIT __2__

PAGE __179__

-133-

1   to the discovery of admissible evidence. The request is not limited to the subject

2   matter of this action and is thus impermissibly overbroad. <u>See</u> Aug. 13 Order at

3   9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this request as

4   being overly broad and unduly burdensome on the grounds that it is not limited in

5   time or geographic scope. MGA Mexico further objects to this request on the

6   grounds that the terms BRATZ DOLL renders the request vague, ambiguous, overly

7   broad and unduly burdensome. MGA Mexico further objects to the request to the

8   extent that it seeks documents that by reason of public filing, public distribution or

9   otherwise are already in Mattel's possession or are readily accessible to Mattel.

10  MGA Mexico further objects to the request to the extent that it seeks documents not

11  in MGA Mexico's possession, custody or control. MGA Mexico further objects to

12  the request to the extent it seeks confidential, proprietary or commercially sensitive

13  information, the disclosure of which would be inimical to the business interests of

14  MGA Mexico. MGA Mexico further objects to the request to the extent it violates

15  the privacy rights of third parties to their private, confidential, proprietary or trade

16  secret information.

17      MGA Mexico further objects to this request as cumulative, duplicative, and

18  unduly burdensome to the extent that it seeks documents previously requested by

19  Mattel and/or produced in response to Mattel's document requests.

20  <u>REQUEST FOR PRODUCTION NO. 86:</u>

21      For each customer to whom YOU or YOUR licensees have ever sold any

22  BRATZ DOLL, DOCUMENTS sufficient to show the revenue received by YOU

23  from each such BRATZ DOLL sold by YOU or YOUR licensees to that customer.

24  <u>RESPONSE TO REQUEST FOR PRODUCTION NO. 86:</u>

25      MGA Mexico incorporates by reference its General Response and General

26  Objections above, as though fully set forth herein and specifically incorporates

27  General Objection No. 15 (regarding Definitions), including without limitation MGA

28  Mexico's objection to the definition of the terms BRATZ DOLL. MGA Mexico

**EXHIBIT 2**

**PAGE 180**

1  further objects to the request to the extent it seeks the production of documents that

2  are protected from disclosure under any applicable privilege, doctrine or immunity,

3  including without limitation the attorney-client privilege, the work product doctrine,

4  the right of privacy, and all other privileges recognized under the constitutional,

5  statutory or decisional law of the United States of America, the State of California or

6  any other applicable jurisdiction, including, but not limited to, such laws existing in

7  the United Mexican States.  MGA Mexico further objects to this request on the

8  grounds that it is overly broad and unduly burdensome in that it seeks documents not

9  relevant to the claims or defenses in this action and not reasonably calculated to lead

10  to the discovery of admissible evidence.  The request is not limited to the subject

11  matter of this action and is thus impermissibly overbroad.  See Aug. 13 Order at

12  9:17-20; May 22 Order at 21:5-7.  MGA Mexico further objects to this request as

13  being overly broad and unduly burdensome on the grounds that it is not limited in

14  time or geographic scope.  MGA Mexico further objects to this request on the

15  grounds that the term BRATZ DOLL renders the request vague, ambiguous, overly

16  broad and unduly burdensome.  MGA Mexico further objects to the request to the

17  extent that it seeks documents that by reason of public filing, public distribution or

18  otherwise are already in Mattel's possession or are readily accessible to Mattel.

19  MGA Mexico further objects to the request to the extent that it seeks documents not

20  in MGA Mexico's possession, custody or control.  MGA Mexico further objects to

21  the request to the extent it seeks confidential, proprietary or commercially sensitive

22  information, the disclosure of which would be inimical to the business interests of

23  MGA Mexico.  MGA Mexico further objects to the request to the extent it violates

24  the privacy rights of third parties to their private, confidential, proprietary or trade

25  secret information.

26      MGA Mexico further objects to this request as cumulative, duplicative, and

27  unduly burdensome to the extent that it seeks documents previously requested by

28  Mattel and/or produced in response to Mattel's document requests.

EXHIBIT __2__

PAGE __181__

-135-

1 <u>REQUEST FOR PRODUCTION NO. 87</u>:

2       For each customer to whom YOU or YOUR licensees have ever sold any

3 BRATZ DOLL, DOCUMENTS sufficient to show YOUR profits from each such

4 BRATZ DOLL sold by YOU or YOUR licensees to that customer.

5 <u>RESPONSE TO REQUEST FOR PRODUCTION NO. 87</u>:

6       MGA Mexico incorporates by reference its General Response and General

7 Objections above, as though fully set forth herein and specifically incorporates

8 General Objection No. 15 (regarding Definitions), including without limitation MGA

9 Mexico's objection to the definition of the term BRATZ DOLL.  MGA Mexico

10 further objects to the request to the extent it seeks the production of documents that

11 are protected from disclosure under any applicable privilege, doctrine or immunity,

12 including without limitation the attorney-client privilege, the work product doctrine,

13 the right of privacy, and all other privileges recognized under the constitutional,

14 statutory or decisional law of the United States of America, the State of California or

15 any other applicable jurisdiction, including, but not limited to, such laws existing in

16 the United Mexican States.  MGA Mexico further objects to this request on the

17 grounds that it is overly broad and unduly burdensome in that it seeks documents not

18 relevant to the claims or defenses in this action and not reasonably calculated to lead

19 to the discovery of admissible evidence.  The request is not limited to the subject

20 matter of this action and is thus impermissibly overbroad.  <u>See</u> Aug. 13 Order at

21 9:17-20; May 22 Order at 21:5-7.  MGA Mexico further objects to this request as

22 being overly broad and unduly burdensome on the grounds that it is not limited in

23 time or geographic scope.  MGA Mexico further objects to this request on the

24 grounds that the term BRATZ DOLL renders the request vague, ambiguous, overly

25 broad and unduly burdensome.  MGA Mexico further objects to the phrase "YOUR

26 profits" as vague and ambiguous.  MGA Mexico further objects to the request to the

27 extent that it seeks documents that by reason of public filing, public distribution or

28 otherwise are already in Mattel's possession or are readily accessible to Mattel.

EXHIBIT ___2___

PAGE ___182___

-136-

1 MGA Mexico further objects to the request to the extent that it seeks documents not

2 in MGA Mexico's possession, custody or control.  MGA Mexico further objects to

3 the request to the extent it seeks confidential, proprietary or commercially sensitive

4 information, the disclosure of which would be inimical to the business interests of

5 MGA Mexico.  MGA Mexico further objects to the request to the extent it violates

6 the privacy rights of third parties to their private, confidential, proprietary or trade

7 secret information.

8      MGA Mexico further objects to this request as cumulative, duplicative, and

9 unduly burdensome to the extent that it seeks documents previously requested by

10 Mattel and/or produced in response to Mattel's document requests.

11 REQUEST FOR PRODUCTION NO. 88:

12      DOCUMENTS sufficient to show customer returns to YOU of BRATZ

13 DOLLS sold or distributed by YOU or YOUR licensees.

14 RESPONSE TO REQUEST FOR PRODUCTION NO. 88:

15      MGA Mexico incorporates by reference its General Response and General

16 Objections above, as though fully set forth herein and specifically incorporates

17 General Objection No. 15 (regarding Definitions), including without limitation MGA

18 Mexico's objection to the definition of the term BRATZ DOLLS.  MGA Mexico

19 further objects to the request to the extent it seeks the production of documents that

20 are protected from disclosure under any applicable privilege, doctrine or immunity,

21 including without limitation the attorney-client privilege, the work product doctrine,

22 the right of privacy, and all other privileges recognized under the constitutional,

23 statutory or decisional law of the United States of America, the State of California or

24 any other applicable jurisdiction, including, but not limited to, such laws existing in

25 the United Mexican States.  MGA Mexico further objects to this request on the

26 grounds that it is overly broad and unduly burdensome in that it seeks documents not

27 relevant to the claims or defenses in this action and not reasonably calculated to lead

28 to the discovery of admissible evidence.  The request is not limited to the subject

EXHIBIT __2__

PAGE __183__

-137-

1  matter of this action and is thus impermissibly overbroad. See Aug. 13 Order at

2  9:17-20; May 22 Order at 21:5-7.  MGA Mexico further objects to this request as

3  being overly broad and unduly burdensome on the grounds that it is not limited in

4  time or geographic scope.  MGA Mexico further objects to this request on the

5  grounds that the term BRATZ DOLLS renders the request vague, ambiguous, overly

6  broad and unduly burdensome.  MGA Mexico further objects to the request to the

7  extent that it seeks documents that by reason of public filing, public distribution or

8  otherwise are already in Mattel's possession or are readily accessible to Mattel.

9  MGA Mexico further objects to the request to the extent that it seeks documents not

10  in MGA Mexico's possession, custody or control.  MGA Mexico further objects to

11  the request to the extent it seeks confidential, proprietary or commercially sensitive

12  information, the disclosure of which would be inimical to the business interests of

13  MGA Mexico.

14       MGA Mexico further objects to this request as cumulative, duplicative, and

15  unduly burdensome to the extent that it seeks documents previously requested by

16  Mattel and/or produced in response to Mattel's document requests.

17  REQUEST FOR PRODUCTION NO. 89:

18       DOCUMENTS sufficient to show customer rebates or credits given by YOU

19  or YOUR licensees to customers in connection with BRATZ DOLLS.

20  RESPONSE TO REQUEST FOR PRODUCTION NO. 89:

21       MGA Mexico incorporates by reference its General Response and General

22  Objections above, as though fully set forth herein and specifically incorporates

23  General Objection No. 15 (regarding Definitions), including without limitation MGA

24  Mexico's objection to the definition of the term BRATZ DOLL.  MGA Mexico

25  further objects to the request to the extent it seeks the production of documents that

26  are protected from disclosure under any applicable privilege, doctrine or immunity,

27  including without limitation the attorney-client privilege, the work product doctrine,

28  the right of privacy, and all other privileges recognized under the constitutional,

EXHIBIT __2__

PAGE __184__

-138-

1  statutory or decisional law of the United States of America, the State of California or

2  any other applicable jurisdiction, including, but not limited to, such laws existing in

3  the United Mexican States. MGA Mexico further objects to this request on the

4  grounds that it is overly broad and unduly burdensome in that it seeks documents not

5  relevant to the claims or defenses in this action and not reasonably calculated to lead

6  to the discovery of admissible evidence. The request is not limited to the subject

7  matter of this action and is thus impermissibly overbroad. See Aug. 13 Order at

8  9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this request as

9  being overly broad and unduly burdensome on the grounds that it is not limited in

10  time or geographic scope. MGA Mexico further objects to this request on the

11  grounds that the term BRATZ DOLLS renders the request vague, ambiguous, overly

12  broad and unduly burdensome. MGA Mexico further objects to the phrase "in

13  connection with" as vague and ambiguous. MGA Mexico further objects to the

14  request to the extent that it seeks documents that by reason of public filing, public

15  distribution or otherwise are already in Mattel's possession or are readily accessible

16  to Mattel. MGA Mexico further objects to the request to the extent that it seeks

17  documents not in MGA Mexico's possession, custody or control. MGA Mexico

18  further objects to the request to the extent it seeks confidential, proprietary or

19  commercially sensitive information, the disclosure of which would be inimical to the

20  business interests of MGA Mexico.

21        MGA Mexico further objects to this request as cumulative, duplicative, and

22  unduly burdensome to the extent that it seeks documents previously requested by

23  Mattel and/or produced in response to Mattel's document requests.

24  REQUEST FOR PRODUCTION NO. 90:

25        DOCUMENTS sufficient to show, by product number or SKU, the number of

26  units of each BRATZ DOLL sold by YOU or YOUR licensees.

27

28

EXHIBIT __2__
PAGE __185__

-139-

1 | RESPONSE TO REQUEST FOR PRODUCTION NO. 90:

2 |       MGA Mexico incorporates by reference its General Response and General

3 | Objections above, as though fully set forth herein and specifically incorporates

4 | General Objection No. 15 (regarding Definitions), including without limitation MGA

5 | Mexico's objection to the definition of the term BRATZ DOLL.  MGA Mexico

6 | further objects to the request to the extent it seeks the production of documents that

7 | are protected from disclosure under any applicable privilege, doctrine or immunity,

8 | including without limitation the attorney-client privilege, the work product doctrine,

9 | the right of privacy, and all other privileges recognized under the constitutional,

10 | statutory or decisional law of the United States of America, the State of California or

11 | any other applicable jurisdiction, including, but not limited to, such laws existing in

12 | the United Mexican States.  MGA Mexico further objects to this request on the

13 | grounds that it is overly broad and unduly burdensome in that it seeks documents not

14 | relevant to the claims or defenses in this action and not reasonably calculated to lead

15 | to the discovery of admissible evidence.  The request is not limited to the subject

16 | matter of this action and is thus impermissibly overbroad.  See Aug. 13 Order at

17 | 9:17-20; May 22 Order at 21:5-7.  MGA Mexico further objects to this request as

18 | being overly broad and unduly burdensome on the grounds that it is not limited in

19 | time or geographic scope.  MGA Mexico further objects to this request on the

20 | grounds that the term BRATZ DOLL renders the request vague, ambiguous, overly

21 | broad and unduly burdensome.  MGA Mexico further objects to the request to the

22 | extent that it seeks documents that by reason of public filing, public distribution or

23 | otherwise are already in Mattel's possession or are readily accessible to Mattel.

24 | MGA Mexico further objects to the request to the extent that it seeks documents not

25 | in MGA Mexico's possession, custody or control.  MGA Mexico further objects to

26 | the request to the extent it seeks confidential, proprietary or commercially sensitive

27 | information, the disclosure of which would be inimical to the business interests of

28 | MGA Mexico.

EXHIBIT __2__

PAGE __186__

-140-

1    MGA Mexico further objects to this request as cumulative, duplicative, and

2  unduly burdensome to the extent that it seeks documents previously requested by

3  Mattel and/or produced in response to Mattel's document requests.

4  REQUEST FOR PRODUCTION NO. 91:

5    DOCUMENTS sufficient to show, by product number or SKU, the revenue

6  received by YOU from the sale of each BRATZ DOLL sold by YOU or YOUR

7  licensees.

8  RESPONSE TO REQUEST FOR PRODUCTION NO. 91:

9    MGA Mexico incorporates by reference its General Response and General

10  Objections above, as though fully set forth herein and specifically incorporates

11  General Objection No. 15 (regarding Definitions), including without limitation MGA

12  Mexico's objection to the definition of the term BRATZ DOLL.  MGA Mexico

13  further objects to the request to the extent it seeks the production of documents that

14  are protected from disclosure under any applicable privilege, doctrine or immunity,

15  including without limitation the attorney-client privilege, the work product doctrine,

16  the right of privacy, and all other privileges recognized under the constitutional,

17  statutory or decisional law of the United States of America, the State of California or

18  any other applicable jurisdiction, including, but not limited to, such laws existing in

19  the United Mexican States.  MGA Mexico further objects to this request on the

20  grounds that it is overly broad and unduly burdensome in that it seeks documents not

21  relevant to the claims or defenses in this action and not reasonably calculated to lead

22  to the discovery of admissible evidence.  The request is not limited to the subject

23  matter of this action and is thus impermissibly overbroad.  See Aug. 13 Order at

24  9:17-20; May 22 Order at 21:5-7.  MGA Mexico further objects to this request as

25  being overly broad and unduly burdensome on the grounds that it is not limited in

26  time or geographic scope.  MGA Mexico further objects to this request on the

27  grounds that the term BRATZ DOLL renders the request vague, ambiguous, overly

28  broad and unduly burdensome.  MGA Mexico further objects to the request to the

EXHIBIT   2

PAGE   187

-141-

1   extent that it seeks documents that by reason of public filing, public distribution or

2   otherwise are already in Mattel's possession or are readily accessible to Mattel.

3   MGA Mexico further objects to the request to the extent that it seeks documents not

4   in MGA Mexico's possession, custody or control. MGA Mexico further objects to

5   the request to the extent it seeks confidential, proprietary or commercially sensitive

6   information, the disclosure of which would be inimical to the business interests of

7   MGA Mexico.

8        MGA Mexico further objects to this request as cumulative, duplicative, and

9   unduly burdensome to the extent that it seeks documents previously requested by

10   Mattel and/or produced in response to Mattel's document requests.

11   REQUEST FOR PRODUCTION NO. 92:

12       DOCUMENTS sufficient to show, by product number or SKU, YOUR cost of

13   goods sold, unit cost and other costs for each BRATZ DOLL sold by YOU or YOUR

14   licensees.

15   RESPONSE TO REQUEST FOR PRODUCTION NO. 92:

16       MGA Mexico incorporates by reference its General Response and General

17   Objections above, as though fully set forth herein and specifically incorporates

18   General Objection No. 15 (regarding Definitions), including without limitation MGA

19   Mexico's objection to the definition of the term BRATZ DOLL. MGA Mexico

20   further objects to the request to the extent it seeks the production of documents that

21   are protected from disclosure under any applicable privilege, doctrine or immunity,

22   including without limitation the attorney-client privilege, the work product doctrine,

23   the right of privacy, and all other privileges recognized under the constitutional,

24   statutory or decisional law of the United States of America, the State of California or

25   any other applicable jurisdiction, including, but not limited to, such laws existing in

26   the United Mexican States. MGA Mexico further objects to this request on the

27   grounds that it is overly broad and unduly burdensome in that it seeks documents not

28   relevant to the claims or defenses in this action and not reasonably calculated to lead

EXHIBIT __2__

PAGE __188__

-142-

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A                   MSW - Draft December 19, 2007 - 1:25 PM

1 | to the discovery of admissible evidence.  The request is not limited to the subject

2 | matter of this action and is thus impermissibly overbroad.  See Aug. 13 Order at

3 | 9:17-20; May 22 Order at 21:5-7.  MGA Mexico further objects to this request as

4 | being overly broad and unduly burdensome on the grounds that it is not limited in

5 | time or geographic scope.  MGA Mexico further objects to this request on the

6 | grounds that the term BRATZ DOLL renders the request vague, ambiguous, overly

7 | broad and unduly burdensome.  MGA Mexico further objects to the phrase "unit cost

8 | and other costs" as vague and ambiguous.  MGA Mexico further objects to the

9 | request to the extent that it seeks documents that by reason of public filing, public

10 | distribution or otherwise are already in Mattel's possession or are readily accessible

11 | to Mattel.  MGA Mexico further objects to the request to the extent that it seeks

12 | documents not in MGA Mexico's possession, custody or control.  MGA Mexico

13 | further objects to the request to the extent it seeks confidential, proprietary or

14 | commercially sensitive information, the disclosure of which would be inimical to the

15 | business interests of MGA Mexico.

16 | MGA Mexico further objects to this request as cumulative, duplicative, and

17 | unduly burdensome to the extent that it seeks documents previously requested by

18 | Mattel and/or produced in response to Mattel's document requests.

19 | REQUEST FOR PRODUCTION NO. 93:

20 | All DOCUMENTS that evidence, reflect or REFER OR RELATE TO YOUR

21 | profits, by product number or SKU, from the sale of each BRATZ DOLL sold by

22 | YOU or YOUR licensees.

23 | RESPONSE TO REQUEST FOR PRODUCTION NO. 93:

24 | MGA Mexico incorporates by reference its General Response and General

25 | Objections above, as though fully set forth herein and specifically incorporates

26 | General Objection No. 15 (regarding Definitions), including without limitation MGA

27 | Mexico's objection to the definition of the terms BRATZ DOLL and REFER OR

28 | RELATE TO.  MGA Mexico further objects to the request to the extent it seeks the

**EXHIBIT 2**

**PAGE 189**

-143-

1  production of documents that are protected from disclosure under any applicable

2  privilege, doctrine or immunity, including without limitation the attorney-client

3  privilege, the work product doctrine, the right of privacy, and all other privileges

4  recognized under the constitutional, statutory or decisional law of the United States

5  of America, the State of California or any other applicable jurisdiction, including, but

6  not limited to, such laws existing in the United Mexican States. MGA Mexico

7  further objects to this request on the grounds that it is overly broad and unduly

8  burdensome in that it seeks documents not relevant to the claims or defenses in this

9  action and not reasonably calculated to lead to the discovery of admissible evidence.

10  Mattel has not demonstrated how *all* DOCUMENTS that evidence, reflect or REFER

11  OR RELATE TO YOUR profits, by product number or SKU, from the sale of each

12  BRATZ DOLL sold by YOU or YOUR licensees, could be relevant to the claims

13  and defenses in this action. The request is not limited to the subject matter of this

14  action and is thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22

15  Order at 21:5-7. MGA Mexico further objects to this request as being overly broad

16  and unduly burdensome on the grounds that it is not limited in time or geographic

17  scope. MGA Mexico further objects to this request on the grounds that the terms

18  REFER OR RELATE TO and BRATZ DOLL render the request vague, ambiguous,

19  overly broad and unduly burdensome. MGA Mexico further objects to the term

20  "reflect" as vague and ambiguous. MGA Mexico further objects to the request to the

21  extent that it seeks documents that by reason of public filing, public distribution or

22  otherwise are already in Mattel's possession or are readily accessible to Mattel.

23  MGA Mexico further objects to the request to the extent that it seeks documents not

24  in MGA Mexico's possession, custody or control. MGA Mexico further objects to

25  the request to the extent it seeks confidential, proprietary or commercially sensitive

26  information, the disclosure of which would be inimical to the business interests of

27  MGA Mexico. Such information may also be subject to protective orders governing

28  other litigations thereby precluding disclosure in response to this request. MGA

EXHIBIT **2**

PAGE **190**

-144-

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A                    MSW - Draft December 19, 2007 - 1:25 PM

1  Mexico further objects to the request to the extent it violates the privacy rights of

2  third parties to their private, confidential, proprietary or trade secret information.

3      MGA Mexico further objects to this request as cumulative, duplicative, and

4  unduly burdensome to the extent that it seeks documents previously requested by

5  Mattel and/or produced in response to Mattel's document requests.

6  REQUEST FOR PRODUCTION NO. 94:

7      For each customer to whom YOU or YOUR licensees have ever sold any

8  BRATZ DOLL, DOCUMENTS sufficient to show, by product number or SKU, the

9  number of units of each such BRATZ DOLL sold by YOU or YOUR licensees to

10  that customer.

11  RESPONSE TO REQUEST FOR PRODUCTION NO. 94:

12      MGA Mexico incorporates by reference its General Response and General

13  Objections above, as though fully set forth herein and specifically incorporates

14  General Objection No. 15 (regarding Definitions), including without limitation MGA

15  Mexico's objection to the definition of the term BRATZ DOLL.  MGA Mexico

16  further objects to the request to the extent it seeks the production of documents that

17  are protected from disclosure under any applicable privilege, doctrine or immunity,

18  including without limitation the attorney-client privilege, the work product doctrine,

19  the right of privacy, and all other privileges recognized under the constitutional,

20  statutory or decisional law of the United States of America, the State of California or

21  any other applicable jurisdiction, including, but not limited to, such laws existing in

22  the United Mexican States.  MGA Mexico further objects to this request on the

23  grounds that it is overly broad and unduly burdensome in that it seeks documents not

24  relevant to the claims or defenses in this action and not reasonably calculated to lead

25  to the discovery of admissible evidence.  The request is not limited to the subject

26  matter of this action and is thus impermissibly overbroad.  See Aug. 13 Order at

27  9:17-20; May 22 Order at 21:5-7.  MGA Mexico further objects to this request as

28  being overly broad and unduly burdensome on the grounds that it is not limited in

EXHIBIT __2__

PAGE __191__

-145-

1 │ time or geographic scope.  MGA Mexico further objects to this request on the

2 │ grounds that the term BRATZ DOLL renders the request vague, ambiguous, overly

3 │ broad and unduly burdensome.  MGA Mexico further objects to the request to the

4 │ extent that it seeks documents that by reason of public filing, public distribution or

5 │ otherwise are already in Mattel's possession or are readily accessible to Mattel.

6 │ MGA Mexico further objects to the request to the extent that it seeks documents not

7 │ in MGA Mexico's possession, custody or control.  MGA Mexico further objects to

8 │ the request to the extent it seeks confidential, proprietary or commercially sensitive

9 │ information, the disclosure of which would be inimical to the business interests of

10 │ MGA Mexico.  MGA Mexico further objects to the request to the extent it violates

11 │ the privacy rights of third parties to their private, confidential, proprietary or trade

12 │ secret information.

13 │      MGA Mexico further objects to this request as cumulative, duplicative, and

14 │ unduly burdensome to the extent that it seeks documents previously requested by

15 │ Mattel and/or produced in response to Mattel's document requests.

16 │ REQUEST FOR PRODUCTION NO. 95:

17 │      For each customer to whom YOU or YOUR licensees have ever sold any

18 │ BRATZ DOLL, DOCUMENTS sufficient to show, by product number or SKU, the

19 │ revenue received by YOU from each such BRATZ DOLL sold by YOU or YOUR

20 │ licensees to that customer.

21 │ RESPONSE TO REQUEST FOR PRODUCTION NO. 95:

22 │      MGA Mexico incorporates by reference its General Response and General

23 │ Objections above, as though fully set forth herein and specifically incorporates

24 │ General Objection No. 15 (regarding Definitions), including without limitation MGA

25 │ Mexico's objection to the definition of the term BRATZ DOLL.  MGA Mexico

26 │ further objects to the request to the extent it seeks the production of documents that

27 │ are protected from disclosure under any applicable privilege, doctrine or immunity,

28 │ including without limitation the attorney-client privilege, the work product doctrine,

**EXHIBIT** __2__

**PAGE** __192__

1   the right of privacy, and all other privileges recognized under the constitutional,

2   statutory or decisional law of the United States of America, the State of California or

3   any other applicable jurisdiction, including, but not limited to, such laws existing in

4   the United Mexican States. MGA Mexico further objects to this request on the

5   grounds that it is overly broad and unduly burdensome in that it seeks documents not

6   relevant to the claims or defenses in this action and not reasonably calculated to lead

7   to the discovery of admissible evidence. The request is not limited to the subject

8   matter of this action and is thus impermissibly overbroad. See Aug. 13 Order at

9   9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this request as

10  being overly broad and unduly burdensome on the grounds that it is not limited in

11  time or geographic scope. MGA Mexico further objects to this request on the

12  grounds that the term BRATZ DOLL renders the request vague, ambiguous, overly

13  broad and unduly burdensome. MGA Mexico further objects to the request to the

14  extent that it seeks documents that by reason of public filing, public distribution or

15  otherwise are already in Mattel's possession or are readily accessible to Mattel.

16  MGA Mexico further objects to the request to the extent that it seeks documents not

17  in MGA Mexico's possession, custody or control. MGA Mexico further objects to

18  the request to the extent it seeks confidential, proprietary or commercially sensitive

19  information, the disclosure of which would be inimical to the business interests of

20  MGA Mexico. MGA Mexico further objects to the request to the extent it violates

21  the privacy rights of third parties to their private, confidential, proprietary or trade

22  secret information.

23      MGA Mexico further objects to this request as cumulative, duplicative, and

24  unduly burdensome to the extent that it seeks documents previously requested by

25  Mattel and/or produced in response to Mattel's document requests.

26  REQUEST FOR PRODUCTION NO. 96:

27      For each customer to whom YOU or YOUR licensees have ever sold any

28  BRATZ DOLL, DOCUMENTS sufficient to show, by product number or SKU,

EXHIBIT    2

PAGE    193

-147-

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A                    MSW - Draft December 19, 2007 - 1:25 PM

1  YOUR profits from each such BRATZ DOLL sold by YOU or YOUR licensees to

2  that customer.

3  RESPONSE TO REQUEST FOR PRODUCTION NO. 96:

4        MGA Mexico incorporates by reference its General Response and General

5  Objections above, as though fully set forth herein and specifically incorporates

6  General Objection No. 15 (regarding Definitions), including without limitation MGA

7  Mexico's objection to the definition of the term BRATZ DOLL. MGA Mexico

8  further objects to the request to the extent it seeks the production of documents that

9  are protected from disclosure under any applicable privilege, doctrine or immunity,

10  including without limitation the attorney-client privilege, the work product doctrine,

11  the right of privacy, and all other privileges recognized under the constitutional,

12  statutory or decisional law of the United States of America, the State of California or

13  any other applicable jurisdiction, including, but not limited to, such laws existing in

14  the United Mexican States. MGA Mexico further objects to this request on the

15  grounds that it is overly broad and unduly burdensome in that it seeks documents not

16  relevant to the claims or defenses in this action and not reasonably calculated to lead

17  to the discovery of admissible evidence. The request is not limited to the subject

18  matter of this action and is thus impermissibly overbroad. See Aug. 13 Order at

19  9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this request as

20  being overly broad and unduly burdensome on the grounds that it is not limited in

21  time or geographic scope. MGA Mexico further objects to this request on the

22  grounds that the term BRATZ DOLL renders the request vague, ambiguous, overly

23  broad and unduly burdensome. MGA Mexico further objects to the request to the

24  extent that it seeks documents that by reason of public filing, public distribution or

25  otherwise are already in Mattel's possession or are readily accessible to Mattel.

26  MGA Mexico further objects to the request to the extent that it seeks documents not

27  in MGA Mexico's possession, custody or control. MGA Mexico further objects to

28  the request to the extent it seeks confidential, proprietary or commercially sensitive

EXHIBIT __2__

PAGE __194__

-148-

1  information, the disclosure of which would be inimical to the business interests of

2  MGA Mexico.  MGA Mexico further objects to the request to the extent it violates

3  the privacy rights of third parties to their private, confidential, proprietary or trade

4  secret information.

5       MGA Mexico further objects to this request as cumulative, duplicative, and

6  unduly burdensome to the extent that it seeks documents previously requested by

7  Mattel and/or produced in response to Mattel's document requests.

8  REQUEST FOR PRODUCTION NO. 97:

9       DOCUMENTS sufficient to show the revenue and profits derived by YOU

10  from the sale by YOU or YOUR licensees of BRATZ DOLLS including, without

11  limitation, DOCUMENTS sufficient to show sales revenue, costs of goods sold,

12  variable costs, gross margins, royalties paid and received, gross profits and net

13  profits.

14  RESPONSE TO REQUEST FOR PRODUCTION NO. 97:

15       MGA Mexico incorporates by reference its General Response and General

16  Objections above, as though fully set forth herein and specifically incorporates

17  General Objection No. 15 (regarding Definitions), including without limitation MGA

18  Mexico's objection to the definition of the term BRATZ DOLL.  MGA Mexico

19  further objects to the request to the extent it seeks the production of documents that

20  are protected from disclosure under any applicable privilege, doctrine or immunity,

21  including without limitation the attorney-client privilege, the work product doctrine,

22  the right of privacy, and all other privileges recognized under the constitutional,

23  statutory or decisional law of the United States of America, the State of California or

24  any other applicable jurisdiction, including, but not limited to, such laws existing in

25  the United Mexican States.  MGA Mexico further objects to this request on the

26  grounds that it is overly broad and unduly burdensome in that it seeks documents not

27  relevant to the claims or defenses in this action and not reasonably calculated to lead

28  to the discovery of admissible evidence.  The request is not limited to the subject

EXHIBIT 2

PAGE 195

-149-

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
MSW - Draft December 19, 2007 - 1:25 PM
2384130.03-Palo Alto Server 1A

1  matter of this action and is thus impermissibly overbroad. <u>See</u> Aug. 13 Order at

2  9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this request as

3  being overly broad and unduly burdensome on the grounds that it is not limited in

4  time or geographic scope. MGA Mexico further objects to this request on the

5  grounds that the term BRATZ DOLLS renders the request vague, ambiguous, overly

6  broad and unduly burdensome. MGA Mexico further objects to the phrase as vague

7  and ambiguous. MGA Mexico further objects to the request to the extent that it

8  seeks documents that by reason of public filing, public distribution or otherwise are

9  already in Mattel's possession or are readily accessible to Mattel. MGA Mexico

10  further objects to the request to the extent that it seeks documents not in MGA

11  Mexico's possession, custody or control. MGA Mexico further objects to the request

12  to the extent it seeks confidential, proprietary or commercially sensitive information,

13  the disclosure of which would be inimical to the business interests of MGA Mexico.

14      MGA Mexico further objects to this request as cumulative, duplicative, and

15  unduly burdensome to the extent that it seeks documents previously requested by

16  Mattel and/or produced in response to Mattel's document requests.

17  <u>REQUEST FOR PRODUCTION NO. 98:</u>

18      DOCUMENTS sufficient to show the number of units of each BRATZ

19  PRODUCT sold by YOU or YOUR licensees.

20  <u>RESPONSE TO REQUEST FOR PRODUCTION NO. 98:</u>

21      MGA Mexico incorporates by reference its General Response and General

22  Objections above, as though fully set forth herein and specifically incorporates

23  General Objection No. 15 (regarding Definitions), including without limitation MGA

24  Mexico's objection to the definition of the term BRATZ PRODUCT. MGA Mexico

25  further objects to the request to the extent it seeks the production of documents that

26  are protected from disclosure under any applicable privilege, doctrine or immunity,

27  including without limitation the attorney-client privilege, the work product doctrine,

28  the right of privacy, and all other privileges recognized under the constitutional,

EXHIBIT __2__

PAGE __196__

1  statutory or decisional law of the United States of America, the State of California or

2  any other applicable jurisdiction, including, but not limited to, such laws existing in

3  the United Mexican States.  MGA Mexico further objects to this request on the

4  grounds that it is overly broad and unduly burdensome in that it seeks documents not

5  relevant to the claims or defenses in this action and not reasonably calculated to lead

6  to the discovery of admissible evidence.  The request is not limited to the subject

7  matter of this action and is thus impermissibly overbroad.  <u>See</u> Aug. 13 Order at

8  9:17-20; May 22 Order at 21:5-7.  MGA Mexico further objects to this request as

9  being overly broad and unduly burdensome on the grounds that it is not limited in

10  time or geographic scope.  MGA Mexico further objects to this request on the

11  grounds that the term BRATZ PRODUCT renders the request vague, ambiguous,

12  overly broad and unduly burdensome.  MGA Mexico further objects to the request to

13  the extent that it seeks documents that by reason of public filing, public distribution

14  or otherwise are already in Mattel's possession or are readily accessible to Mattel.

15  MGA Mexico further objects to the request to the extent that it seeks documents not

16  in MGA Mexico's possession, custody or control.  MGA Mexico further objects to

17  the request to the extent it seeks confidential, proprietary or commercially sensitive

18  information, the disclosure of which would be inimical to the business interests of

19  MGA Mexico.

20      MGA Mexico further objects to this request as cumulative, duplicative, and

21  unduly burdensome to the extent that it seeks documents previously requested by

22  Mattel and/or produced in response to Mattel's document requests.

23  <u>REQUEST FOR PRODUCTION NO. 99:</u>

24      DOCUMENTS sufficient to show the revenue received by YOU from the sale

25  of each BRATZ PRODUCT sold by YOU or YOUR licensees.

26  <u>RESPONSE TO REQUEST FOR PRODUCTION NO. 99:</u>

27      MGA Mexico incorporates by reference its General Response and General

28  Objections above, as though fully set forth herein and specifically incorporates

EXHIBIT __2__

PAGE __197__

-151-

1  General Objection No. 15 (regarding Definitions), including without limitation MGA

2  Mexico's objection to the definition of the term BRATZ PRODUCT.  MGA Mexico

3  further objects to the request to the extent it seeks the production of documents that

4  are protected from disclosure under any applicable privilege, doctrine or immunity,

5  including without limitation the attorney-client privilege, the work product doctrine,

6  the right of privacy, and all other privileges recognized under the constitutional,

7  statutory or decisional law of the United States of America, the State of California or

8  any other applicable jurisdiction, including, but not limited to, such laws existing in

9  the United Mexican States.  MGA Mexico further objects to this request on the

10  grounds that it is overly broad and unduly burdensome in that it seeks documents not

11  relevant to the claims or defenses in this action and not reasonably calculated to lead

12  to the discovery of admissible evidence.  The request is not limited to the subject

13  matter of this action and is thus impermissibly overbroad.  See Aug. 13 Order at

14  9:17-20; May 22 Order at 21:5-7.  MGA Mexico further objects to this request as

15  being overly broad and unduly burdensome on the grounds that it is not limited in

16  time or geographic scope.  MGA Mexico further objects to this request on the

17  grounds that the term BRATZ PRODUCT renders the request vague, ambiguous,

18  overly broad and unduly burdensome.  MGA Mexico further objects to the request to

19  the extent that it seeks documents that by reason of public filing, public distribution

20  or otherwise are already in Mattel's possession or are readily accessible to Mattel.

21  MGA Mexico further objects to the request to the extent that it seeks documents not

22  in MGA Mexico's possession, custody or control.  MGA Mexico further objects to

23  the request to the extent it seeks confidential, proprietary or commercially sensitive

24  information, the disclosure of which would be inimical to the business interests of

25  MGA Mexico.

26      MGA Mexico further objects to this request as cumulative, duplicative, and

27  unduly burdensome to the extent that it seeks documents previously requested by

28  Mattel and/or produced in response to Mattel's document requests.

EXHIBIT __2__

PAGE __198__

-152-

REQUEST FOR PRODUCTION NO. 100:

DOCUMENTS sufficient to show YOUR cost of goods sold, unit cost and other costs for each BRATZ PRODUCT sold by YOU or YOUR licensees.

RESPONSE TO REQUEST FOR PRODUCTION NO. 100:

MGA Mexico incorporates by reference its General Response and General Objections above, as though fully set forth herein and specifically incorporates General Objection No. 15 (regarding Definitions), including without limitation MGA Mexico's objection to the definition of the term BRATZ PRODUCT. MGA Mexico further objects to the request to the extent it seeks the production of documents that are protected from disclosure under any applicable privilege, doctrine or immunity, including without limitation the attorney-client privilege, the work product doctrine, the right of privacy, and all other privileges recognized under the constitutional, statutory or decisional law of the United States of America, the State of California or any other applicable jurisdiction, including, but not limited to, such laws existing in the United Mexican States. MGA Mexico further objects to this request on the grounds that it is overly broad and unduly burdensome in that it seeks documents not relevant to the claims or defenses in this action and not reasonably calculated to lead to the discovery of admissible evidence. The request is not limited to the subject matter of this action and is thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this request as being overly broad and unduly burdensome on the grounds that it is not limited in time or geographic scope. MGA Mexico further objects to this request on the grounds that the term BRATZ PRODUCT renders the request vague, ambiguous, overly broad and unduly burdensome. MGA Mexico further objects to the terms "unit cost" and "other costs" as vague and ambiguous. MGA Mexico further objects to the request to the extent that it seeks documents that by reason of public filing, public distribution or otherwise are already in Mattel's possession or are readily accessible to Mattel. MGA Mexico further objects to the request to the extent that it

-153-

EXHIBIT __2__

PAGE ___199___

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx) MSW - Draft December 19, 2007 - 1:25 PM

1 seeks documents not in MGA Mexico's possession, custody or control. MGA

2 Mexico further objects to the request to the extent it seeks confidential, proprietary

3 or commercially sensitive information, the disclosure of which would be inimical to

4 the business interests of MGA Mexico.

5      MGA Mexico further objects to this request as cumulative, duplicative, and

6 unduly burdensome to the extent that it seeks documents previously requested by

7 Mattel and/or produced in response to Mattel's document requests.

8 <u>REQUEST FOR PRODUCTION NO. 101:</u>

9      All DOCUMENTS that evidence, reflect or REFER OR RELATE TO YOUR

10 profits from the sale of each BRATZ PRODUCT sold by YOU or YOUR licensees.

11 <u>RESPONSE TO REQUEST FOR PRODUCTION NO. 101:</u>

12      MGA Mexico incorporates by reference its General Response and General

13 Objections above, as though fully set forth herein and specifically incorporates

14 General Objection No. 15 (regarding Definitions), including without limitation MGA

15 Mexico's objection to the definition of the terms REFER OR RELATE TO and

16 BRATZ PRODUCT. MGA Mexico further objects to the request to the extent it

17 seeks the production of documents that are protected from disclosure under any

18 applicable privilege, doctrine or immunity, including without limitation the attorney-

19 client privilege, the work product doctrine, the right of privacy, and all other

20 privileges recognized under the constitutional, statutory or decisional law of the

21 United States of America, the State of California or any other applicable jurisdiction,

22 including, but not limited to, such laws existing in the United Mexican States. MGA

23 Mexico further objects to this request on the grounds that it is overly broad and

24 unduly burdensome in that it seeks documents not relevant to the claims or defenses

25 in this action and not reasonably calculated to lead to the discovery of admissible

26 evidence. Mattel has not demonstrated how *all* DOCUMENTS that evidence, reflect

27 or REFER OR RELATE TO YOUR profits from the sale of each BRATZ

28 PRODUCT sold by YOU or YOUR licensees, could be relevant to the claims and

1  defenses in this action.  The request is not limited to the subject matter of this action

2  and is thus impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May 22 Order

3  at 21:5-7.  MGA Mexico further objects to this request as being overly broad and

4  unduly burdensome on the grounds that it is not limited in time or geographic scope.

5  MGA Mexico further objects to this request on the grounds that the terms REFER

6  OR RELATE TO and BRATZ PRODUCT render the request vague, ambiguous,

7  overly broad and unduly burdensome.  MGA Mexico further objects to the request to

8  the extent that it seeks documents that by reason of public filing, public distribution

9  or otherwise are already in Mattel's possession or are readily accessible to Mattel.

10  MGA Mexico further objects to the request to the extent that it seeks documents not

11  in MGA Mexico's possession, custody or control.  MGA Mexico further objects to

12  the request to the extent it seeks confidential, proprietary or commercially sensitive

13  information, the disclosure of which would be inimical to the business interests of

14  MGA Mexico.  Such information may also be subject to protective orders governing

15  other litigations thereby precluding disclosure in response to this request.  MGA

16  Mexico further objects to the request to the extent it violates the privacy rights of

17  third parties to their private, confidential, proprietary or trade secret information.

18      MGA Mexico further objects to this request as cumulative, duplicative, and

19  unduly burdensome to the extent that it seeks documents previously requested by

20  Mattel and/or produced in response to Mattel's document requests.

21  REQUEST FOR PRODUCTION NO. 102:

22      DOCUMENTS sufficient to IDENTIFY all customers to whom YOU or

23  YOUR licensees have ever sold any BRATZ PRODUCT.

24  RESPONSE TO REQUEST FOR PRODUCTION NO. 102:

25      MGA Mexico incorporates by reference its General Response and General

26  Objections above, as though fully set forth herein and specifically incorporates

27  General Objection No. 15 (regarding Definitions), including without limitation MGA

28  Mexico's objection to the definition of the term BRATZ PRODUCT.  MGA Mexico

-155-

EXHIBIT __2__

PAGE __20__

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A                            MSW - Draft December 19, 2007 - 1:25 PM

1  further objects to the request to the extent it seeks the production of documents that

2  are protected from disclosure under any applicable privilege, doctrine or immunity,

3  including without limitation the attorney-client privilege, the work product doctrine,

4  the right of privacy, and all other privileges recognized under the constitutional,

5  statutory or decisional law of the United States of America, the State of California or

6  any other applicable jurisdiction, including, but not limited to, such laws existing in

7  the United Mexican States.  MGA Mexico further objects to this request on the

8  grounds that it is overly broad and unduly burdensome in that it seeks documents not

9  relevant to the claims or defenses in this action and not reasonably calculated to lead

10  to the discovery of admissible evidence.  The request is not limited to the subject

11  matter of this action and is thus impermissibly overbroad.  See Aug. 13 Order at

12  9:17-20; May 22 Order at 21:5-7.  MGA Mexico further objects to this request as

13  being overly broad and unduly burdensome on the grounds that it is not limited in

14  time or geographic scope.  MGA Mexico further objects to this request on the

15  grounds that the term BRATZ PRODUCT renders the request vague, ambiguous,

16  overly broad and unduly burdensome.  MGA Mexico further objects to the request to

17  the extent that it seeks documents that by reason of public filing, public distribution

18  or otherwise are already in Mattel's possession or are readily accessible to Mattel.

19  MGA Mexico further objects to the request to the extent that it seeks documents not

20  in MGA Mexico's possession, custody or control.  MGA Mexico further objects to

21  the request to the extent it seeks confidential, proprietary or commercially sensitive

22  information, the disclosure of which would be inimical to the business interests of

23  MGA Mexico.  Such information may also be subject to protective orders governing

24  other litigations thereby precluding disclosure in response to this request.  MGA

25  Mexico further objects to the request to the extent it violates the privacy rights of

26  third parties to their private, confidential, proprietary or trade secret information.

27

28

EXHIBIT __2 .__

PAGE __202__

1    MGA Mexico further objects to this request as cumulative, duplicative, and

2  unduly burdensome to the extent that it seeks documents previously requested by

3  Mattel and/or produced in response to Mattel's document requests.

4  REQUEST FOR PRODUCTION NO. 103:

5    For each customer to whom YOU or YOUR licensees have ever sold any

6  BRATZ PRODUCT, DOCUMENTS sufficient to show the number of units of each

7  such BRATZ PRODUCT sold by YOU or YOUR licensees to that customer.

8  RESPONSE TO REQUEST FOR PRODUCTION NO. 103:

9    MGA Mexico incorporates by reference its General Response and General

10  Objections above, as though fully set forth herein and specifically incorporates

11  General Objection No. 15 (regarding Definitions), including without limitation MGA

12  Mexico's objection to the definition of the term BRATZ PRODUCT. MGA Mexico

13  further objects to the request to the extent it seeks the production of documents that

14  are protected from disclosure under any applicable privilege, doctrine or immunity,

15  including without limitation the attorney-client privilege, the work product doctrine,

16  the right of privacy, and all other privileges recognized under the constitutional,

17  statutory or decisional law of the United States of America, the State of California or

18  any other applicable jurisdiction, including, but not limited to, such laws existing in

19  the United Mexican States. MGA Mexico further objects to this request on the

20  grounds that it is overly broad and unduly burdensome in that it seeks documents not

21  relevant to the claims or defenses in this action and not reasonably calculated to lead

22  to the discovery of admissible evidence. The request is not limited to the subject

23  matter of this action and is thus impermissibly overbroad. See Aug. 13 Order at

24  9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this request as

25  being overly broad and unduly burdensome on the grounds that it is not limited in

26  time or geographic scope. MGA Mexico further objects to this request on the

27  grounds that the term BRATZ PRODUCT renders the request vague, ambiguous,

28  overly broad and unduly burdensome. MGA Mexico further objects to the request to

-157-

EXHIBIT 2

PAGE 203

1 the extent that it seeks documents that by reason of public filing, public distribution

2 or otherwise are already in Mattel's possession or are readily accessible to Mattel.

3 MGA Mexico further objects to the request to the extent that it seeks documents not

4 in MGA Mexico's possession, custody or control.  MGA Mexico further objects to

5 the request to the extent it seeks confidential, proprietary or commercially sensitive

6 information, the disclosure of which would be inimical to the business interests of

7 MGA Mexico.  MGA Mexico further objects to the request to the extent it violates

8 the privacy rights of third parties to their private, confidential, proprietary or trade

9 secret information.

10      MGA Mexico further objects to this request as cumulative, duplicative, and

11 unduly burdensome to the extent that it seeks documents previously requested by

12 Mattel and/or produced in response to Mattel's document requests.

13 REQUEST FOR PRODUCTION NO. 104:

14      For each customer to whom YOU or YOUR licensees have ever sold any

15 BRATZ PRODUCT, DOCUMENTS sufficient to show the revenue received by

16 YOU from each such BRATZ PRODUCT sold by YOU or YOUR licensees to that

17 customer.

18 RESPONSE TO REQUEST FOR PRODUCTION NO. 104:

19      MGA Mexico incorporates by reference its General Response and General

20 Objections above, as though fully set forth herein and specifically incorporates

21 General Objection No. 15 (regarding Definitions), including without limitation MGA

22 Mexico's objection to the definition of the term BRATZ PRODUCT.  MGA Mexico

23 further objects to the request to the extent it seeks the production of documents that

24 are protected from disclosure under any applicable privilege, doctrine or immunity,

25 including without limitation the attorney-client privilege, the work product doctrine,

26 the right of privacy, and all other privileges recognized under the constitutional,

27 statutory or decisional law of the United States of America, the State of California or

28 any other applicable jurisdiction, including, but not limited to, such laws existing in

-158-

EXHIBIT __2__
PAGE __204__

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
...415.05-Palo Alto Server 1A                    MSW - Draft December 19, 2007 - 1:25 PM

1  the United Mexican States. MGA Mexico further objects to this request on the

2  grounds that it is overly broad and unduly burdensome in that it seeks documents not

3  relevant to the claims or defenses in this action and not reasonably calculated to lead

4  to the discovery of admissible evidence. The request is not limited to the subject

5  matter of this action and is thus impermissibly overbroad. See Aug. 13 Order at

6  9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this request as

7  being overly broad and unduly burdensome on the grounds that it is not limited in

8  time or geographic scope. MGA Mexico further objects to this request on the

9  grounds that the term BRATZ PRODUCT renders the request vague, ambiguous,

10 overly broad and unduly burdensome. MGA Mexico further objects to the request to

11 the extent that it seeks documents that by reason of public filing, public distribution

12 or otherwise are already in Mattel's possession or are readily accessible to Mattel.

13 MGA Mexico further objects to the request to the extent that it seeks documents not

14 in MGA Mexico's possession, custody or control. MGA Mexico further objects to

15 the request to the extent it seeks confidential, proprietary or commercially sensitive

16 information, the disclosure of which would be inimical to the business interests of

17 MGA Mexico. MGA Mexico further objects to the request to the extent it violates

18 the privacy rights of third parties to their private, confidential, proprietary or trade

19 secret information.

20     MGA Mexico further objects to this request as cumulative, duplicative, and

21 unduly burdensome to the extent that it seeks documents previously requested by

22 Mattel and/or produced in response to Mattel's document requests.

23 REQUEST FOR PRODUCTION NO. 105:

24     For each customer to whom YOU or YOUR licensees have ever sold any

25 BRATZ PRODUCT, DOCUMENTS sufficient to show YOUR profits from each

26 such BRATZ PRODUCT sold by YOU or YOUR licensees to that customer.

27

28

EXHIBIT _2_

PAGE _205_

RESPONSE TO REQUEST FOR PRODUCTION NO. 105:

    MGA Mexico incorporates by reference its General Response and General Objections above, as though fully set forth herein and specifically incorporates General Objection No. 15 (regarding Definitions), including without limitation MGA Mexico's objection to the definition of the term BRATZ PRODUCT. MGA Mexico further objects to the request to the extent it seeks the production of documents that are protected from disclosure under any applicable privilege, doctrine or immunity, including without limitation the attorney-client privilege, the work product doctrine, the right of privacy, and all other privileges recognized under the constitutional, statutory or decisional law of the United States of America, the State of California or any other applicable jurisdiction, including, but not limited to, such laws existing in the United Mexican States. MGA Mexico further objects to this request on the grounds that it is overly broad and unduly burdensome in that it seeks documents not relevant to the claims or defenses in this action and not reasonably calculated to lead to the discovery of admissible evidence. The request is not limited to the subject matter of this action and is thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this request as being overly broad and unduly burdensome on the grounds that it is not limited in time or geographic scope. MGA Mexico further objects to this request on the grounds that the term BRATZ PRODUCT renders the request vague, ambiguous, overly broad and unduly burdensome. MGA Mexico further objects to the request to the extent that it seeks documents that by reason of public filing, public distribution or otherwise are already in Mattel's possession or are readily accessible to Mattel. MGA Mexico further objects to the request to the extent that it seeks documents not in MGA Mexico's possession, custody or control. MGA Mexico further objects to the request to the extent it seeks confidential, proprietary or commercially sensitive information, the disclosure of which would be inimical to the business interests of MGA Mexico. MGA Mexico further objects to the request to the extent it violates

EXHIBIT 2

PAGE 206

-160-

1 the privacy rights of third parties to their private, confidential, proprietary or trade

2 secret information.

3      MGA Mexico further objects to this request as cumulative, duplicative, and

4 unduly burdensome to the extent that it seeks documents previously requested by

5 Mattel and/or produced in response to Mattel's document requests.

6 REQUEST FOR PRODUCTION NO. 106:

7      DOCUMENTS sufficient to show customer returns to YOU of BRATZ

8 PRODUCTS sold or distributed by YOU or YOUR licensees.

9 RESPONSE TO REQUEST FOR PRODUCTION NO. 106:

10      MGA Mexico incorporates by reference its General Response and General

11 Objections above, as though fully set forth herein and specifically incorporates

12 General Objection No. 15 (regarding Definitions), including without limitation MGA

13 Mexico's objection to the definition of the term BRATZ PRODUCTS.  MGA

14 Mexico further objects to the request to the extent it seeks the production of

15 documents that are protected from disclosure under any applicable privilege, doctrine

16 or immunity, including without limitation the attorney-client privilege, the work

17 product doctrine, the right of privacy, and all other privileges recognized under the

18 constitutional, statutory or decisional law of the United States of America, the State

19 of California or any other applicable jurisdiction, including, but not limited to, such

20 laws existing in the United Mexican States.  MGA Mexico further objects to this

21 request on the grounds that it is overly broad and unduly burdensome in that it seeks

22 documents not relevant to the claims or defenses in this action and not reasonably

23 calculated to lead to the discovery of admissible evidence.  The request is not limited

24 to the subject matter of this action and is thus impermissibly overbroad.  See Aug. 13

25 Order at 9:17-20; May 22 Order at 21:5-7.  MGA Mexico further objects to this

26 request as being overly broad and unduly burdensome on the grounds that it is not

27 limited in time or geographic scope.  MGA Mexico further objects to this request on

28 the grounds that the term BRATZ PRODUCTS renders the request vague,

-161-

EXHIBIT 2

PAGE 207

0564 5.05-Palo Alto Server 1A

1  ambiguous, overly broad and unduly burdensome.  MGA Mexico further objects to

2  the request to the extent that it seeks documents that by reason of public filing,

3  public distribution or otherwise are already in Mattel's possession or are readily

4  accessible to Mattel.  MGA Mexico further objects to the request to the extent that it

5  seeks documents not in MGA Mexico's possession, custody or control.  MGA

6  Mexico further objects to the request to the extent it seeks confidential, proprietary

7  or commercially sensitive information, the disclosure of which would be inimical to

8  the business interests of MGA Mexico.

9         MGA Mexico further objects to this request as cumulative, duplicative, and

10  unduly burdensome to the extent that it seeks documents previously requested by

11  Mattel and/or produced in response to Mattel's document requests.

12  REQUEST FOR PRODUCTION NO. 107:

13         DOCUMENTS sufficient to show customer rebates and credits given by YOU

14  or YOUR licensees to customers in connection with BRATZ PRODUCTS.

15  RESPONSE TO REQUEST FOR PRODUCTION NO. 107:

16         MGA Mexico incorporates by reference its General Response and General

17  Objections above, as though fully set forth herein and specifically incorporates

18  General Objection No. 15 (regarding Definitions), including without limitation MGA

19  Mexico's objection to the definition of the term BRATZ PRODUCTS.  MGA

20  Mexico further objects to the request to the extent it seeks the production of

21  documents that are protected from disclosure under any applicable privilege, doctrine

22  or immunity, including without limitation the attorney-client privilege, the work

23  product doctrine, the right of privacy, and all other privileges recognized under the

24  constitutional, statutory or decisional law of the United States of America, the State

25  of California or any other applicable jurisdiction, including, but not limited to, such

26  laws existing in the United Mexican States.  MGA Mexico further objects to this

27  request on the grounds that it is overly broad and unduly burdensome in that it seeks

28  documents not relevant to the claims or defenses in this action and not reasonably

-162-

EXHIBIT 2

PAGE 298

1  calculated to lead to the discovery of admissible evidence. The request is not limited

2  to the subject matter of this action and is thus impermissibly overbroad. See Aug. 13

3  Order at 9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this

4  request as being overly broad and unduly burdensome on the grounds that it is not

5  limited in time or geographic scope. MGA Mexico further objects to this request on

6  the grounds that the term BRATZ PRODUCTS renders the request vague,

7  ambiguous, overly broad and unduly burdensome. MGA Mexico further objects to

8  the phrase "in connection with" as vague and ambiguous. MGA Mexico further

9  objects to the request to the extent that it seeks documents that by reason of public

10  filing, public distribution or otherwise are already in Mattel's possession or are

11  readily accessible to Mattel. MGA Mexico further objects to the request to the

12  extent that it seeks documents not in MGA Mexico's possession, custody or control.

13  MGA Mexico further objects to the request to the extent it seeks confidential,

14  proprietary or commercially sensitive information, the disclosure of which would be

15  inimical to the business interests of MGA Mexico.

16      MGA Mexico further objects to this request as cumulative, duplicative, and

17  unduly burdensome to the extent that it seeks documents previously requested by

18  Mattel and/or produced in response to Mattel's document requests.

19  REQUEST FOR PRODUCTION NO. 108:

20      DOCUMENTS sufficient to show, by product number or SKU, the number of

21  units of each BRATZ PRODUCT sold by YOU or YOUR licensees.

22  RESPONSE TO REQUEST FOR PRODUCTION NO. 108:

23      MGA Mexico incorporates by reference its General Response and General

24  Objections above, as though fully set forth herein and specifically incorporates

25  General Objection No. 15 (regarding Definitions), including without limitation MGA

26  Mexico's objection to the definition of the term BRATZ PRODUCT. MGA Mexico

27  further objects to the request to the extent it seeks the production of documents that

28  are protected from disclosure under any applicable privilege, doctrine or immunity,

EXHIBIT 2

PAGE 209

-163-

1  including without limitation the attorney-client privilege, the work product doctrine,

2  the right of privacy, and all other privileges recognized under the constitutional,

3  statutory or decisional law of the United States of America, the State of California or

4  any other applicable jurisdiction, including, but not limited to, such laws existing in

5  the United Mexican States. MGA Mexico further objects to this request on the

6  grounds that it is overly broad and unduly burdensome in that it seeks documents not

7  relevant to the claims or defenses in this action and not reasonably calculated to lead

8  to the discovery of admissible evidence. The request is not limited to the subject

9  matter of this action and is thus impermissibly overbroad. See Aug. 13 Order at

10  9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this request as

11  being overly broad and unduly burdensome on the grounds that it is not limited in

12  time or geographic scope. MGA Mexico further objects to this request on the

13  grounds that the term BRATZ PRODUCT renders the request vague, ambiguous,

14  overly broad and unduly burdensome. MGA Mexico further objects to the request to

15  the extent that it seeks documents that by reason of public filing, public distribution

16  or otherwise are already in Mattel's possession or are readily accessible to Mattel.

17  MGA Mexico further objects to the request to the extent that it seeks documents not

18  in MGA Mexico's possession, custody or control. MGA Mexico further objects to

19  the request to the extent it seeks confidential, proprietary or commercially sensitive

20  information, the disclosure of which would be inimical to the business interests of

21  MGA Mexico.

22      MGA Mexico further objects to this request as cumulative, duplicative, and

23  unduly burdensome to the extent that it seeks documents previously requested by

24  Mattel and/or produced in response to Mattel's document requests.

25  REQUEST FOR PRODUCTION NO. 109:

26      DOCUMENTS sufficient to show, by product number or SKU, the revenue

27  received by YOU from the sale of each BRATZ PRODUCT sold by YOU or YOUR

28  licensees.

EXHIBIT __2__

PAGE __210__

-164-

RESPONSE TO REQUEST FOR PRODUCTION NO. 109:

MGA Mexico incorporates by reference its General Response and General Objections above, as though fully set forth herein and specifically incorporates General Objection No. 15 (regarding Definitions), including without limitation MGA Mexico's objection to the definition of the term BRATZ PRODUCT. MGA Mexico further objects to the request to the extent it seeks the production of documents that are protected from disclosure under any applicable privilege, doctrine or immunity, including without limitation the attorney-client privilege, the work product doctrine, the right of privacy, and all other privileges recognized under the constitutional, statutory or decisional law of the United States of America, the State of California or any other applicable jurisdiction, including, but not limited to, such laws existing in the United Mexican States. MGA Mexico further objects to this request on the grounds that it is overly broad and unduly burdensome in that it seeks documents not relevant to the claims or defenses in this action and not reasonably calculated to lead to the discovery of admissible evidence. The request is not limited to the subject matter of this action and is thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this request as being overly broad and unduly burdensome on the grounds that it is not limited in time or geographic scope. MGA Mexico further objects to this request on the grounds that the term BRATZ PRODUCT renders the request vague, ambiguous, overly broad and unduly burdensome. MGA Mexico further objects to the request to the extent that it seeks documents that by reason of public filing, public distribution or otherwise are already in Mattel's possession or are readily accessible to Mattel. MGA Mexico further objects to the request to the extent that it seeks documents not in MGA Mexico's possession, custody or control. MGA Mexico further objects to the request to the extent it seeks confidential, proprietary or commercially sensitive information, the disclosure of which would be inimical to the business interests of MGA Mexico.

EXHIBIT  _2_

PAGE _211_

1     MGA Mexico further objects to this request as cumulative, duplicative, and

2 unduly burdensome to the extent that it seeks documents previously requested by

3 Mattel and/or produced in response to Mattel's document requests.

4 REQUEST FOR PRODUCTION NO. 110:

5     DOCUMENTS sufficient to show, by product number or SKU, YOUR cost of

6 goods sold, unit cost and other costs for each BRATZ PRODUCT sold by YOU or

7 YOUR licensees.

8 RESPONSE TO REQUEST FOR PRODUCTION NO. 110:

9     MGA Mexico incorporates by reference its General Response and General

10 Objections above, as though fully set forth herein and specifically incorporates

11 General Objection No. 15 (regarding Definitions), including without limitation MGA

12 Mexico's objection to the definition of the term BRATZ PRODUCT.  MGA Mexico

13 further objects to the request to the extent it seeks the production of documents that

14 are protected from disclosure under any applicable privilege, doctrine or immunity,

15 including without limitation the attorney-client privilege, the work product doctrine,

16 the right of privacy, and all other privileges recognized under the constitutional,

17 statutory or decisional law of the United States of America, the State of California or

18 any other applicable jurisdiction, including, but not limited to, such laws existing in

19 the United Mexican States.  MGA Mexico further objects to this request on the

20 grounds that it is overly broad and unduly burdensome in that it seeks documents not

21 relevant to the claims or defenses in this action and not reasonably calculated to lead

22 to the discovery of admissible evidence.  The request is not limited to the subject

23 matter of this action and is thus impermissibly overbroad.  See Aug. 13 Order at

24 9:17-20; May 22 Order at 21:5-7.  MGA Mexico further objects to this request as

25 being overly broad and unduly burdensome on the grounds that it is not limited in

26 time or geographic scope.  MGA Mexico further objects to this request on the

27 grounds that the term BRATZ PRODUCT renders the request vague, ambiguous,

28 overly broad and unduly burdensome.  MGA Mexico further objects to the request to

-166-

EXHIBIT __2__

PAGE __2__/__2__

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A                          MSW - Draft December 19, 2007 - 1:25 PM

1    the extent that it seeks documents that by reason of public filing, public distribution

2    or otherwise are already in Mattel's possession or are readily accessible to Mattel.

3    MGA Mexico further objects to the request to the extent that it seeks documents not

4    in MGA Mexico's possession, custody or control.  MGA Mexico further objects to

5    the request to the extent it seeks confidential, proprietary or commercially sensitive

6    information, the disclosure of which would be inimical to the business interests of

7    MGA Mexico.

8       MGA Mexico further objects to this request as cumulative, duplicative, and

9    unduly burdensome to the extent that it seeks documents previously requested by

10    Mattel and/or produced in response to Mattel's document requests.

11    REQUEST FOR PRODUCTION NO. 111:

12       All DOCUMENTS that evidence, reflect or REFER OR RELATE TO YOUR

13    profits, by product number or SKU, from the sale of each BRATZ PRODUCT sold

14    by YOU or YOUR licensees.

15    RESPONSE TO REQUEST FOR PRODUCTION NO. 111:

16       MGA Mexico incorporates by reference its General Response and General

17    Objections above, as though fully set forth herein and specifically incorporates

18    General Objection No. 15 (regarding Definitions), including without limitation MGA

19    Mexico's objection to the definition of the terms REFER OR RELATE TO and

20    BRATZ PRODUCT.  MGA Mexico further objects to the request to the extent it

21    seeks the production of documents that are protected from disclosure under any

22    applicable privilege, doctrine or immunity, including without limitation the attorney-

23    client privilege, the work product doctrine, the right of privacy, and all other

24    privileges recognized under the constitutional, statutory or decisional law of the

25    United States of America, the State of California or any other applicable jurisdiction,

26    including, but not limited to, such laws existing in the United Mexican States.  MGA

27    Mexico further objects to this request on the grounds that it is overly broad and

28    unduly burdensome in that it seeks documents not relevant to the claims or defenses

EXHIBIT ___2___

PAGE ___213___

1  in this action and not reasonably calculated to lead to the discovery of admissible

2  evidence. Mattel has not demonstrated how *all* DOCUMENTS that evidence, reflect

3  or REFER OR RELATE TO YOUR profits, by product number or SKU, from the

4  sale of each BRATZ PRODUCT sold by YOU or YOUR licensees, could be relevant

5  to the claims and defenses in this action. The request is not limited to the subject

6  matter of this action and is thus impermissibly overbroad. See Aug. 13 Order at

7  9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this request as

8  being overly broad and unduly burdensome on the grounds that it is not limited in

9  time or geographic scope. MGA Mexico further objects to this request on the

10  grounds that the terms REFER OR RELATE TO and BRATZ PRODUCT render the

11  request vague, ambiguous, overly broad and unduly burdensome. MGA Mexico

12  further objects to the phrase as vague and ambiguous. MGA Mexico further objects

13  to the request to the extent that it seeks documents that by reason of public filing,

14  public distribution or otherwise are already in Mattel's possession or are readily

15  accessible to Mattel. MGA Mexico further objects to the request to the extent that it

16  seeks documents not in MGA Mexico's possession, custody or control. MGA

17  Mexico further objects to the request to the extent it seeks confidential, proprietary

18  or commercially sensitive information, the disclosure of which would be inimical to

19  the business interests of MGA Mexico. Such information may also be subject to

20  protective orders governing other litigations thereby precluding disclosure in

21  response to this request. MGA Mexico further objects to the request to the extent it

22  violates the privacy rights of third parties to their private, confidential, proprietary or

23  trade secret information.

24      MGA Mexico further objects to this request as cumulative, duplicative, and

25  unduly burdensome to the extent that it seeks documents previously requested by

26  Mattel and/or produced in response to Mattel's document requests.

27

28

EXHIBIT _2_
PAGE _214_

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A                    MSW - Draft December 19, 2007 - 1:25 PM

1 REQUEST FOR PRODUCTION NO. 112:

2      For each customer to whom YOU or YOUR licensees have ever sold any

3 BRATZ PRODUCT, DOCUMENTS sufficient to show, by product number or SKU,

4 the number of units of each such BRATZ PRODUCT sold by YOU or YOUR

5 licensees to that customer.

6 RESPONSE TO REQUEST FOR PRODUCTION NO. 112:

7      MGA Mexico incorporates by reference its General Response and General

8 Objections above, as though fully set forth herein and specifically incorporates

9 General Objection No. 15 (regarding Definitions), including without limitation MGA

10 Mexico's objection to the definition of the term BRATZ PRODUCT. MGA Mexico

11 further objects to the request to the extent it seeks the production of documents that

12 are protected from disclosure under any applicable privilege, doctrine or immunity,

13 including without limitation the attorney-client privilege, the work product doctrine,

14 the right of privacy, and all other privileges recognized under the constitutional,

15 statutory or decisional law of the United States of America, the State of California or

16 any other applicable jurisdiction, including, but not limited to, such laws existing in

17 the United Mexican States. MGA Mexico further objects to this request on the

18 grounds that it is overly broad and unduly burdensome in that it seeks documents not

19 relevant to the claims or defenses in this action and not reasonably calculated to lead

20 to the discovery of admissible evidence. The request is not limited to the subject

21 matter of this action and is thus impermissibly overbroad. See Aug. 13 Order at

22 9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this request as

23 being overly broad and unduly burdensome on the grounds that it is not limited in

24 time or geographic scope. MGA Mexico further objects to this request on the

25 grounds that the term BRATZ PRODUCT renders the request vague, ambiguous,

26 overly broad and unduly burdensome. MGA Mexico further objects to the request to

27 the extent that it seeks documents that by reason of public filing, public distribution

28 or otherwise are already in Mattel's possession or are readily accessible to Mattel.

EXHIBIT 2
PAGE 215
-169-
MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A
MSW - Draft December 19, 2007 - 1:25 PM

1  MGA Mexico further objects to the request to the extent that it seeks documents not

2  in MGA Mexico's possession, custody or control.  MGA Mexico further objects to

3  the request to the extent it seeks confidential, proprietary or commercially sensitive

4  information, the disclosure of which would be inimical to the business interests of

5  MGA Mexico.  MGA Mexico further objects to the request to the extent it violates

6  the privacy rights of third parties to their private, confidential, proprietary or trade

7  secret information.

8      MGA Mexico further objects to this request as cumulative, duplicative, and

9  unduly burdensome to the extent that it seeks documents previously requested by

10  Mattel and/or produced in response to Mattel's document requests.

11  <u>REQUEST FOR PRODUCTION NO. 113:</u>

12      For each customer to whom YOU or YOUR licensees have ever sold any

13  BRATZ PRODUCT, DOCUMENTS sufficient to show, by product number or SKU,

14  the revenue received by YOU from each such BRATZ PRODUCT sold by YOU or

15  YOUR licensees to that customer.

16  <u>RESPONSE TO REQUEST FOR PRODUCTION NO. 113:</u>

17      MGA Mexico incorporates by reference its General Response and General

18  Objections above, as though fully set forth herein and specifically incorporates

19  General Objection No. 15 (regarding Definitions), including without limitation MGA

20  Mexico's objection to the definition of the term BRATZ PRODUCT.  MGA Mexico

21  further objects to the request to the extent it seeks the production of documents that

22  are protected from disclosure under any applicable privilege, doctrine or immunity,

23  including without limitation the attorney-client privilege, the work product doctrine,

24  the right of privacy, and all other privileges recognized under the constitutional,

25  statutory or decisional law of the United States of America, the State of California or

26  any other applicable jurisdiction, including, but not limited to, such laws existing in

27  the United Mexican States. MGA Mexico further objects to this request on the

28  grounds that it is overly broad and unduly burdensome in that it seeks documents not

-170-

1 relevant to the claims or defenses in this action and not reasonably calculated to lead

2 to the discovery of admissible evidence. The request is not limited to the subject

3 matter of this action and is thus impermissibly overbroad. See Aug. 13 Order at

4 9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this request as

5 being overly broad and unduly burdensome on the grounds that it is not limited in

6 time or geographic scope. MGA Mexico further objects to this request on the

7 grounds that the term BRATZ PRODUCT renders the request vague, ambiguous,

8 overly broad and unduly burdensome. MGA Mexico further objects to the request to

9 the extent that it seeks documents that by reason of public filing, public distribution

10 or otherwise are already in Mattel's possession or are readily accessible to Mattel.

11 MGA Mexico further objects to the request to the extent that it seeks documents not

12 in MGA Mexico's possession, custody or control. MGA Mexico further objects to

13 the request to the extent it seeks confidential, proprietary or commercially sensitive

14 information, the disclosure of which would be inimical to the business interests of

15 MGA Mexico. MGA Mexico further objects to the request to the extent it violates

16 the privacy rights of third parties to their private, confidential, proprietary or trade

17 secret information.

18      MGA Mexico further objects to this request as cumulative, duplicative, and

19 unduly burdensome to the extent that it seeks documents previously requested by

20 Mattel and/or produced in response to Mattel's document requests.

21 REQUEST FOR PRODUCTION NO. 114:

22      DOCUMENTS sufficient to show the revenue and profits derived by YOU

23 from the sale by YOU or YOUR licensees of BRATZ PRODUCTS including,

24 without limitation, DOCUMENTS sufficient to show sales revenue, costs of goods

25 sold, variable costs, gross margins, royalties paid and received, gross profits and net

26 profits.

27

28

EXHIBIT __2__
PAGE __217__

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A                                    MSW - Draft December 19, 2007 - 1:25 PM

1   RESPONSE TO REQUEST FOR PRODUCTION NO. 114:

2       MGA Mexico incorporates by reference its General Response and General

3   Objections above, as though fully set forth herein and specifically incorporates

4   General Objection No. 15 (regarding Definitions), including without limitation MGA

5   Mexico's objection to the definition of the term BRATZ PRODUCTS.  MGA

6   Mexico further objects to the request to the extent it seeks the production of

7   documents that are protected from disclosure under any applicable privilege, doctrine

8   or immunity, including without limitation the attorney-client privilege, the work

9   product doctrine, the right of privacy, and all other privileges recognized under the

10  constitutional, statutory or decisional law of the United States of America, the State

11  of California or any other applicable jurisdiction, including, but not limited to, such

12  laws existing in the United Mexican States.  MGA Mexico further objects to this

13  request on the grounds that it is overly broad and unduly burdensome in that it seeks

14  documents not relevant to the claims or defenses in this action and not reasonably

15  calculated to lead to the discovery of admissible evidence.  The request is not limited

16  to the subject matter of this action and is thus impermissibly overbroad.  See Aug. 13

17  Order at 9:17-20; May 22 Order at 21:5-7.  MGA Mexico further objects to this

18  request as being overly broad and unduly burdensome on the grounds that it is not

19  limited in time or geographic scope.  MGA Mexico further objects to this request on

20  the grounds that the term BRATZ PRODUCTS renders the request vague,

21  ambiguous, overly broad and unduly burdensome.  MGA Mexico further objects to

22  the request to the extent that it seeks documents that by reason of public filing,

23  public distribution or otherwise are already in Mattel's possession or are readily

24  accessible to Mattel.  MGA Mexico further objects to the request to the extent that it

25  seeks documents not in MGA Mexico's possession, custody or control.  MGA

26  Mexico further objects to the request to the extent it seeks confidential, proprietary

27  or commercially sensitive information, the disclosure of which would be inimical to

28  the business interests of MGA Mexico.

EXHIBIT  2

PAGE  218

-172-

1  MGA Mexico further objects to this request as cumulative, duplicative, and

2  unduly burdensome to the extent that it seeks documents previously requested by

3  Mattel and/or produced in response to Mattel's document requests.

4  REQUEST FOR PRODUCTION NO. 115:

5  DOCUMENTS sufficient to show the revenue and profits derived by YOU

6  from BRATZ MOVIES including, without limitation, DOCUMENTS sufficient to

7  show sales revenue, costs of goods sold, variable costs, gross margins, royalties paid

8  and received, gross profits and net profits.

9  RESPONSE TO REQUEST FOR PRODUCTION NO. 115:

10  MGA Mexico incorporates by reference its General Response and General

11  Objections above, as though fully set forth herein and specifically incorporates

12  General Objection No. 15 (regarding Definitions), including without limitation MGA

13  Mexico's objection to the definition of the term BRATZ MOVIES.  MGA Mexico

14  further objects to the request to the extent it seeks the production of documents that

15  are protected from disclosure under any applicable privilege, doctrine or immunity,

16  including without limitation the attorney-client privilege, the work product doctrine,

17  the right of privacy, and all other privileges recognized under the constitutional,

18  statutory or decisional law of the United States of America, the State of California or

19  any other applicable jurisdiction, including, but not limited to, such laws existing in

20  the United Mexican States.  MGA Mexico further objects to this request on the

21  grounds that it is overly broad and unduly burdensome in that it seeks documents not

22  relevant to the claims or defenses in this action and not reasonably calculated to lead

23  to the discovery of admissible evidence.  The request is not limited to the subject

24  matter of this action and is thus impermissibly overbroad.  See Aug. 13 Order at

25  9:17-20; May 22 Order at 21:5-7.  MGA Mexico further objects to this request as

26  being overly broad and unduly burdensome on the grounds that it is not limited in

27  time or geographic scope.  MGA Mexico further objects to this request on the

28  grounds that the term BRATZ MOVIES renders the request vague, ambiguous,

-173-

EXHIBIT 2
PAGE 219

MGAE de MEXICO S.R.l. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
2/6415.05-Palo Alto Server 1A                    MSW - Draft December 19, 2007 - 1:25 PM

1 | overly broad and unduly burdensome.  MGA Mexico further objects to the request to
2 | the extent that it seeks documents that by reason of public filing, public distribution
3 | or otherwise are already in Mattel's possession or are readily accessible to Mattel.
4 | MGA Mexico further objects to the request to the extent that it seeks documents not
5 | in MGA Mexico's possession, custody or control.  MGA Mexico further objects to
6 | the request to the extent it seeks confidential, proprietary or commercially sensitive
7 | information, the disclosure of which would be inimical to the business interests of
8 | MGA Mexico.

9 | MGA Mexico further objects to this request as cumulative, duplicative, and
10 | unduly burdensome to the extent that it seeks documents previously requested by
11 | Mattel and/or produced in response to Mattel's document requests.

12 | REQUEST FOR PRODUCTION NO. 116:

13 | DOCUMENTS sufficient to show the revenue and profits derived by YOU
14 | from BRATZ TELEVISION SHOWS including, without limitation, DOCUMENTS
15 | sufficient to show sales revenue, costs of goods sold, variable costs, gross margins,
16 | royalties paid and received, gross profits and net profits.

17 | RESPONSE TO REQUEST FOR PRODUCTION NO. 116:

18 | MGA Mexico incorporates by reference its General Response and General
19 | Objections above, as though fully set forth herein and specifically incorporates
20 | General Objection No. 15 (regarding Definitions), including without limitation MGA
21 | Mexico's objection to the definition of the term BRATZ TELEVISION SHOWS.
22 | MGA Mexico further objects to the request to the extent it seeks the production of
23 | documents that are protected from disclosure under any applicable privilege, doctrine
24 | or immunity, including without limitation the attorney-client privilege, the work
25 | product doctrine, the right of privacy, and all other privileges recognized under the
26 | constitutional, statutory or decisional law of the United States of America, the State
27 | of California or any other applicable jurisdiction, including, but not limited to, such
28 | laws existing in the United Mexican States.  MGA Mexico further objects to this

-174-

EXHIBIT __2__

PAGE __226__