1  request on the grounds that it is overly broad and unduly burdensome in that it seeks

2  documents not relevant to the claims or defenses in this action and not reasonably

3  calculated to lead to the discovery of admissible evidence.  The request is not limited

4  to the subject matter of this action and is thus impermissibly overbroad.  See Aug. 13

5  Order at 9:17-20; May 22 Order at 21:5-7.  MGA Mexico further objects to this

6  request as being overly broad and unduly burdensome on the grounds that it is not

7  limited in time or geographic scope.  MGA Mexico further objects to this request on

8  the grounds that the term BRATZ TELEVISION SHOWS renders the request vague,

9  ambiguous, overly broad and unduly burdensome.  MGA Mexico further objects to

10  the request to the extent that it seeks documents that by reason of public filing,

11  public distribution or otherwise are already in Mattel's possession or are readily

12  accessible to Mattel.  MGA Mexico further objects to the request to the extent that it

13  seeks documents not in MGA Mexico's possession, custody or control.  MGA

14  Mexico further objects to the request to the extent it seeks confidential, proprietary

15  or commercially sensitive information, the disclosure of which would be inimical to

16  the business interests of MGA Mexico.

17       MGA Mexico further objects to this request as cumulative, duplicative, and

18  unduly burdensome to the extent that it seeks documents previously requested by

19  Mattel and/or produced in response to Mattel's document requests.

20  REQUEST FOR PRODUCTION NO. 117:

21       All DOCUMENTS that describe YOUR cost allocation procedures.

22  RESPONSE TO REQUEST FOR PRODUCTION NO. 117:

23       MGA Mexico incorporates by reference its General Response and General

24  Objections above, as though fully set forth herein and specifically incorporates

25  General Objection No. 15 (regarding Definitions).  MGA Mexico further objects to

26  the request to the extent it seeks the production of documents that are protected from

27  disclosure under any applicable privilege, doctrine or immunity, including without

28  limitation the attorney-client privilege, the work product doctrine, the right of

EXHIBIT __2__

PAGE __221__

-175-

1  privacy, and all other privileges recognized under the constitutional, statutory or

2  decisional law of the United States of America, the State of California or any other

3  applicable jurisdiction, including, but not limited to, such laws existing in the United

4  Mexican States.  MGA Mexico further objects to this request on the grounds that it is

5  overly broad and unduly burdensome in that it seeks documents not relevant to the

6  claims or defenses in this action and not reasonably calculated to lead to the

7  discovery of admissible evidence.  Mattel has not demonstrated how *all*

8  DOCUMENTS that describe YOUR cost allocation procedures could be relevant to

9  the claims and defenses in this action.  The request is not limited to the subject

10  matter of this action and is thus impermissibly overbroad.  <u>See</u> Aug. 13 Order at

11  9:17-20; May 22 Order at 21:5-7.  MGA Mexico further objects to this request as

12  being overly broad and unduly burdensome on the grounds that it is not limited in

13  time or geographic scope.  MGA Mexico further objects to the phrases "describe"

14  and "cost allocation procedures" as vague and ambiguous.  MGA Mexico further

15  objects to the request to the extent that it seeks documents that by reason of public

16  filing, public distribution or otherwise are already in Mattel's possession or are

17  readily accessible to Mattel.  MGA Mexico further objects to the request to the

18  extent that it seeks documents not in MGA Mexico's possession, custody or control.

19  MGA Mexico further objects to the request to the extent it seeks confidential,

20  proprietary or commercially sensitive information, the disclosure of which would be

21  inimical to the business interests of MGA Mexico.  Such information may also be

22  subject to protective orders governing other litigations thereby precluding disclosure

23  in response to this request.

24       MGA Mexico further objects to this request as cumulative, duplicative, and

25  unduly burdensome to the extent that it seeks documents previously requested by

26  Mattel and/or produced in response to Mattel's document requests.

27  <u>REQUEST FOR PRODUCTION NO. 118</u>:

28       YOUR general ledgers from January 1, 2002 through the present.

-176-

EXHIBIT __2__

PAGE __222__

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
MSW - Draft December 19, 2007 - 1:25 PM

1   RESPONSE TO REQUEST FOR PRODUCTION NO. 118:

2       MGA Mexico incorporates by reference its General Response and General

3   Objections above, as though fully set forth herein and specifically incorporates

4   General Objection No. 15 (regarding Definitions).   MGA Mexico further objects to

5   the request to the extent it seeks the production of documents that are protected from

6   disclosure under any applicable privilege, doctrine or immunity, including without

7   limitation the attorney-client privilege, the work product doctrine, the right of

8   privacy, and all other privileges recognized under the constitutional, statutory or

9   decisional law of the United States of America, the State of California or any other

10  applicable jurisdiction, including, but not limited to, such laws existing in the United

11  Mexican States.  MGA Mexico further objects to this request on the grounds that it is

12  overly broad and unduly burdensome in that it seeks documents not relevant to the

13  claims or defenses in this action and not reasonably calculated to lead to the

14  discovery of admissible evidence.  Mattel has not demonstrated how *all* general

15  ledgers from January 1, 2002 through the present, could be relevant to the claims and

16  defenses in this action.  The request is not limited to the subject matter of this action

17  and is thus impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May 22 Order

18  at 21:5-7.  MGA Mexico further objects to this request as being overly broad and

19  unduly burdensome on the grounds that it is not sufficiently limited in time or

20  geographic scope.  MGA Mexico further objects to the request to the extent that it

21  seeks documents that by reason of public filing, public distribution or otherwise are

22  already in Mattel's possession or are readily accessible to Mattel.  MGA Mexico

23  further objects to the request to the extent that it seeks documents not in MGA

24  Mexico's possession, custody or control.  MGA Mexico further objects to the request

25  to the extent it seeks confidential, proprietary or commercially sensitive information,

26  the disclosure of which would be inimical to the business interests of MGA Mexico.

27  Such information may also be subject to protective orders governing other litigations

28  thereby precluding disclosure in response to this request.

EXHIBIT _**2**_

PAGE _**223**_

-177-

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A                            MSW - Draft December 19, 2007 - 1:25 PM

1  MGA Mexico further objects to this request as cumulative, duplicative, and

2  unduly burdensome to the extent that it seeks documents previously requested by

3  Mattel and/or produced in response to Mattel's document requests.

4  REQUEST FOR PRODUCTION NO. 119:

5  All quarterly and annual profit and loss statements for BRATZ.

6  RESPONSE TO REQUEST FOR PRODUCTION NO. 119:

7  MGA Mexico incorporates by reference its General Response and General

8  Objections above, as though fully set forth herein and specifically incorporates

9  General Objection No. 15 (regarding Definitions), including without limitation MGA

10 Mexico's objection to the definition of the term BRATZ. MGA Mexico further

11 objects to the request to the extent it seeks the production of documents that are

12 protected from disclosure under any applicable privilege, doctrine or immunity,

13 including without limitation the attorney-client privilege, the work product doctrine,

14 the right of privacy, and all other privileges recognized under the constitutional,

15 statutory or decisional law of the United States of America, the State of California or

16 any other applicable jurisdiction, including, but not limited to, such laws existing in

17 the United Mexican States. MGA Mexico further objects to this request on the

18 grounds that it is overly broad and unduly burdensome in that it seeks documents not

19 relevant to the claims or defenses in this action and not reasonably calculated to lead

20 to the discovery of admissible evidence. Mattel has not demonstrated how *all*

21 quarterly and annual profit and loss statements for BRATZ could be relevant to the

22 claims and defenses in this action. The request is not limited to the subject matter of

23 this action and is thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May

24 22 Order at 21:5-7. MGA Mexico further objects to this request as being overly

25 broad and unduly burdensome on the grounds that it is not sufficiently limited in

26 time or geographic scope. MGA Mexico further objects to this request on the

27 grounds that the terms BRATZ renders the request vague, ambiguous, overly broad

28 and unduly burdensome. MGA Mexico further objects to the request to the extent

EXHIBIT 2
PAGE 224

-178-

1  that it seeks documents that by reason of public filing, public distribution or

2  otherwise are already in Mattel's possession or are readily accessible to Mattel.

3  MGA Mexico further objects to the request to the extent that it seeks documents not

4  in MGA Mexico's possession, custody or control.  MGA Mexico further objects to

5  the request to the extent it seeks confidential, proprietary or commercially sensitive

6  information, the disclosure of which would be inimical to the business interests of

7  MGA Mexico.  Such information may also be subject to protective orders governing

8  other litigations thereby precluding disclosure in response to this request.

9       MGA Mexico further objects to this request as cumulative, duplicative, and

10  unduly burdensome to the extent that it seeks documents previously requested by

11  Mattel and/or produced in response to Mattel's document requests.

12  REQUEST FOR PRODUCTION NO. 120:

13       All sales, profit and cash flow projections or forecasts for BRATZ DOLLS,

14  BRATZ PRODUCTS, BRATZ MOVIES and BRATZ TELEVISION SHOWS.

15  RESPONSE TO REQUEST FOR PRODUCTION NO. 120:

16       MGA Mexico incorporates by reference its General Response and General

17  Objections above, as though fully set forth herein and specifically incorporates

18  General Objection No. 15 (regarding Definitions), including without limitation MGA

19  Mexico's objection to the definition of the terms BRATZ DOLLS, BRATZ

20  PRODUCTS, BRATZ MOVIES and BRATZ TELEVISION SHOWS.  MGA

21  Mexico further objects to the request to the extent it seeks the production of

22  documents that are protected from disclosure under any applicable privilege, doctrine

23  or immunity, including without limitation the attorney-client privilege, the work

24  product doctrine, the right of privacy, and all other privileges recognized under the

25  constitutional, statutory or decisional law of the United States of America, the State

26  of California or any other applicable jurisdiction, including, but not limited to, such

27  laws existing in the United Mexican States.  MGA Mexico further objects to this

28  request on the grounds that it is overly broad and unduly burdensome in that it seeks

-179-

EXHIBIT __2__

PAGE __225__

1  documents not relevant to the claims or defenses in this action and not reasonably

2  calculated to lead to the discovery of admissible evidence.  Mattel has not

3  demonstrated how *all* sales, profit and cash flow projections or forecasts for BRATZ

4  DOLLS, BRATZ PRODUCTS, BRATZ MOVIES and BRATZ TELEVISION

5  SHOWS could be relevant to the claims and defenses in this action.  The request is

6  not limited to the subject matter of this action and is thus impermissibly overbroad.

7  See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.  MGA Mexico further

8  objects to this request as being overly broad and unduly burdensome on the grounds

9  that it is not limited in time or geographic scope.  MGA Mexico further objects to

10  this request on the grounds that the terms BRATZ DOLLS, BRATZ PRODUCTS,

11  BRATZ MOVIES and BRATZ TELEVISION SHOWS render the request vague,

12  ambiguous, overly broad and unduly burdensome.  MGA Mexico further objects to

13  the request to the extent that it seeks documents that by reason of public filing,

14  public distribution or otherwise are already in Mattel's possession or are readily

15  accessible to Mattel.  MGA Mexico further objects to the request to the extent that it

16  seeks documents not in MGA Mexico's possession, custody or control.  MGA

17  Mexico further objects to the request to the extent it seeks confidential, proprietary

18  or commercially sensitive information, the disclosure of which would be inimical to

19  the business interests of MGA Mexico.  Such information may also be subject to

20  protective orders governing other litigations thereby precluding disclosure in

21  response to this request.

22      MGA Mexico further objects to this request as cumulative, duplicative, and

23  unduly burdensome to the extent that it seeks documents previously requested by

24  Mattel and/or produced in response to Mattel's document requests.

25  REQUEST FOR PRODUCTION NO. 121:

26      All tax returns filed by YOU, including all schedules and work papers that

27  REFER OR RELATE TO the preparation and filing of YOUR tax returns.

28

EXHIBIT **2**

PAGE **226**

-180-

RESPONSE TO REQUEST FOR PRODUCTION NO. 121:

    MGA Mexico incorporates by reference its General Response and General Objections above, as though fully set forth herein and specifically incorporates General Objection No. 15 (regarding Definitions), including without limitation MGA Mexico's objection to the definition of the terms REFER OR RELATE TO, YOU and YOUR. MGA Mexico further objects to the request to the extent it seeks the production of documents that are protected from disclosure under any applicable privilege, doctrine or immunity, including without limitation the attorney-client privilege, the work product doctrine, the right of privacy, and all other privileges recognized under the constitutional, statutory or decisional law of the United States of America, the State of California or any other applicable jurisdiction, including, but not limited to, such laws existing in the United Mexican States. MGA Mexico further objects to this request on the grounds that it is overly broad and unduly burdensome in that it seeks documents not relevant to the claims or defenses in this action and not reasonably calculated to lead to the discovery of admissible evidence. Mattel has not demonstrated how *all* tax returns filed by YOU, including all schedules and work papers that REFER OR RELATE TO the preparation and filing of YOUR tax returns, could be relevant to the claims and defenses in this action. The request is not limited to the subject matter of this action and is thus impermissibly overbroad. *See* Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this request as being overly broad and unduly burdensome on the grounds that it is not limited in time or geographic scope. MGA Mexico further objects to this request on the grounds that the terms REFER OR RELATE TO, YOU and YOUR render the request vague, ambiguous, overly broad and unduly burdensome. MGA Mexico also objects to the phrase "work papers" as vague and ambiguous. MGA Mexico further objects to the request to the extent that it seeks documents that by reason of public filing, public distribution or otherwise are already in Mattel's possession or are readily accessible to Mattel. MGA Mexico

-181-

EXHIBIT __2__

PAGE __227__

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
MSW - Draft December 19, 2007 - 1:25 PM

1  further objects to the request to the extent that it seeks documents not in MGA

2  Mexico's possession, custody or control. MGA Mexico further objects to the request

3  to the extent it seeks confidential, proprietary or commercially sensitive information,

4  the disclosure of which would be inimical to the business interests of MGA Mexico.

5      MGA further objects to the request on the grounds that it seeks documents

6  protected from disclosure by applicable federal and state tax return privileges. See

7  Premium Service Corp. v. Sperry & Hutchinson Co., 511 F.2d 225, 229 (9th Cir.

8  1975); Southern California Housing Rights Center. v. Krug, et al., 2006 U.S. Dist.

9  LEXIS 65330 (C.D. Cal. 2006); Aliotti v. Senora, 217 F.R.D. 496 (N.D. Cal. 2003);

10  San Francisco Bay Area Rapid Transit District v. Spencer, 2006 U.S. LEXIS 81681

11  (N.D. Cal. 2006). See also Webb v. Standard Oil Co., 49 Cal. 2d. 509, 513-514

12  (1957); Sav-On Drugs, Inc. v. Superior Ct., 15 Cal. 3d 1, 6-8 (1975); Sammut v.

13  Sammut, 103 Cal. App. 3d 557, 562 (1982); Magistrate Judge Infante's January 25,

14  2007 Order, at 14:29-15:2.

15      MGA Mexico further objects to this request as cumulative, duplicative, and

16  unduly burdensome to the extent that it seeks documents previously requested by

17  Mattel and/or produced in response to Mattel's document requests.

18  REQUEST FOR PRODUCTION NO. 122:

19      All DOCUMENTS that REFER OR RELATE TO the value of the BRATZ

20  brand.

21  RESPONSE TO REQUEST FOR PRODUCTION NO. 122:

22      MGA Mexico incorporates by reference its General Response and General

23  Objections above, as though fully set forth herein and specifically incorporates

24  General Objection No. 15 (regarding Definitions), including without limitation MGA

25  Mexico's objection to the definition of the terms REFER OR RELATE TO and

26  BRATZ. MGA Mexico further objects to the request to the extent it seeks the

27  production of documents that are protected from disclosure under any applicable

28  privilege, doctrine or immunity, including without limitation the attorney-client

EXHIBIT __2__

PAGE __228__

-182-

1  privilege, the work product doctrine, the right of privacy, and all other privileges

2  recognized under the constitutional, statutory or decisional law of the United States

3  of America, the State of California or any other applicable jurisdiction, including, but

4  not limited to, such laws existing in the United Mexican States. MGA Mexico

5  further objects to this request on the grounds that it is overly broad and unduly

6  burdensome in that it seeks documents not relevant to the claims or defenses in this

7  action and not reasonably calculated to lead to the discovery of admissible evidence.

8  Mattel has not demonstrated how *all* All DOCUMENTS that REFER OR RELATE

9  TO the value of the BRATZ brand could be relevant to the claims and defenses in

10  this action. The request is not limited to the subject matter of this action and is thus

11  impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.

12  MGA Mexico further objects to this request as being overly broad and unduly

13  burdensome on the grounds that it is not limited in time or geographic scope. MGA

14  Mexico further objects to this request on the grounds that the terms REFER OR

15  RELATE TO and BRATZ render the request vague, ambiguous, overly broad and

16  unduly burdensome. MGA Mexico further objects to the phrase "value of the

17  BRATZ brand" as vague and ambiguous. MGA Mexico further objects to the

18  request to the extent that it seeks documents that by reason of public filing, public

19  distribution or otherwise are already in Mattel's possession or are readily accessible

20  to Mattel. MGA Mexico further objects to the request to the extent that it seeks

21  documents not in MGA Mexico's possession, custody or control. MGA Mexico

22  further objects to the request to the extent it seeks confidential, proprietary or

23  commercially sensitive information, the disclosure of which would be inimical to the

24  business interests of MGA Mexico. Such information may also be subject to

25  protective orders governing other litigations thereby precluding disclosure in

26  response to this request. MGA Mexico further objects to the request to the extent it

27  violates the privacy rights of third parties to their private, confidential, proprietary or

28  trade secret information.

EXHIBIT __2__

PAGE __229__

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A                MSW - Draft December 19, 2007 - 1:25 PM

1    MGA Mexico further objects to this request as cumulative, duplicative, and

2    unduly burdensome to the extent that it seeks documents previously requested by

3    Mattel and/or produced in response to Mattel's document requests.

4    <u>REQUEST FOR PRODUCTION NO. 123</u>:

5    DOCUMENTS sufficient to calculate YOUR net worth on a yearly basis for

6    each year from 2002 to the present.

7    <u>RESPONSE TO REQUEST FOR PRODUCTION NO. 123</u>:

8    MGA Mexico incorporates by reference its General Response and General

9    Objections above, as though fully set forth herein and specifically incorporates

10    General Objection No. 15 (regarding Definitions).  MGA Mexico further objects to

11    the request to the extent it seeks the production of documents that are protected from

12    disclosure under any applicable privilege, doctrine or immunity, including without

13    limitation the attorney-client privilege, the work product doctrine, the right of

14    privacy, and all other privileges recognized under the constitutional, statutory or

15    decisional law of the United States of America, the State of California or any other

16    applicable jurisdiction, including, but not limited to, such laws existing in the United

17    Mexican States.  MGA Mexico further objects to this request on the grounds that it is

18    overly broad and unduly burdensome in that it seeks documents not relevant to the

19    claims or defenses in this action and not reasonably calculated to lead to the

20    discovery of admissible evidence.  The request is not limited to the subject matter of

21    this action and is thus impermissibly overbroad.  <u>See</u> Aug. 13 Order at 9:17-20; May

22    22 Order at 21:5-7.  MGA Mexico further objects to this request as being overly

23    broad and unduly burdensome on the grounds that it is not sufficiently limited in

24    time or geographic scope.  MGA Mexico further objects to the request to the extent

25    that it seeks documents that by reason of public filing, public distribution or

26    otherwise are already in Mattel's possession or are readily accessible to Mattel.

27    MGA Mexico further objects to the request to the extent that it seeks documents not

28    in MGA Mexico's possession, custody or control.  MGA Mexico further objects to

**EXHIBIT** _2_

**PAGE** _230_

-184-

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A    MSW - Draft December 19, 2007 - 1:25 PM

1 | the request to the extent it seeks confidential, proprietary or commercially sensitive
2 | information, the disclosure of which would be inimical to the business interests of
3 | MGA Mexico.
4 |     MGA Mexico further objects to this request as cumulative, duplicative, and
5 | unduly burdensome to the extent that it seeks documents previously requested by
6 | Mattel and/or produced in response to Mattel's document requests.
7 | REQUEST FOR PRODUCTION NO. 124:
8 |     All monthly, quarterly and annual financial reports, including financial
9 | statements (both audited and unaudited) for the years 2002 to the present.
10 | RESPONSE TO REQUEST FOR PRODUCTION NO. 124:
11 |     MGA Mexico objects that this request does not call for a response by MGA
12 | Mexico because it does not in any way request such a response.  Notwithstanding the
13 | foregoing, even if this request is addressed to MGA Mexico, MGA Mexico
14 | incorporates by reference its General Response and General Objections above, as
15 | though fully set forth herein and specifically incorporates General Objection No. 15
16 | (regarding Definitions).  MGA Mexico further objects to the request to the extent it
17 | seeks the production of documents that are protected from disclosure under any
18 | applicable privilege, doctrine or immunity, including without limitation the attorney-
19 | client privilege, the work product doctrine, the right of privacy, and all other
20 | privileges recognized under the constitutional, statutory or decisional law of the
21 | United States of America, the State of California or any other applicable jurisdiction,
22 | including, but not limited to, such laws existing in the United Mexican States.  MGA
23 | Mexico further objects to this request on the grounds that it is overly broad and
24 | unduly burdensome in that it seeks documents not relevant to the claims or defenses
25 | in this action and not reasonably calculated to lead to the discovery of admissible
26 | evidence.  Mattel has not demonstrated how *all* monthly, quarterly and annual
27 | financial reports, including financial statements (both audited and unaudited) for the
28 | years 2002 to the present, could be relevant to the claims and defenses in this action.

-185-

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A     MSW - Draft December 19, 2007 - 1:25 PM

EXHIBIT 2
PAGE 231

1  The request is not limited to the subject matter of this action and is thus

2  impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.

3  MGA Mexico further objects to this request as being overly broad and unduly

4  burdensome on the grounds that it is not sufficiently limited in time or geographic

5  scope. MGA Mexico further objects to the request to the extent that it seeks

6  documents that by reason of public filing, public distribution or otherwise are already

7  in Mattel's possession or are readily accessible to Mattel. MGA Mexico further

8  objects to the request to the extent that it seeks documents not in MGA Mexico's

9  possession, custody or control. MGA Mexico further objects to the request to the

10 extent it seeks confidential, proprietary or commercially sensitive information, the

11 disclosure of which would be inimical to the business interests of MGA Mexico.

12 Such information may also be subject to protective orders governing other litigations

13 thereby precluding disclosure in response to this request.

14         MGA Mexico further objects to this request as cumulative, duplicative, and

15 unduly burdensome to the extent that it seeks documents previously requested by

16 Mattel and/or produced in response to Mattel's document requests.

17 REQUEST FOR PRODUCTION NO. 125:

18         All DOCUMENTS that evidence, reflect or REFER OR RELATE TO the

19 BRATZ DOLL's share of the fashion doll market in Mexico including, without

20 limitation, the extent to which BRATZ has been or is gaining or losing market share

21 in the Mexico fashion doll market.

22 RESPONSE TO REQUEST FOR PRODUCTION NO. 125:

23         MGA Mexico incorporates by reference its General Response and General

24 Objections above, as though fully set forth herein and specifically incorporates

25 General Objection No. 15 (regarding Definitions), including without limitation MGA

26 Mexico's objection to the definition of the terms REFER OR RELATE TO, BRATZ

27 and BRATZ DOLL. MGA Mexico further objects to the request to the extent it

28 seeks the production of documents that are protected from disclosure under any

-186-

EXHIBIT 2

PAGE 232

1  applicable privilege, doctrine or immunity, including without limitation the attorney-

2  client privilege, the work product doctrine, the right of privacy, and all other

3  privileges recognized under the constitutional, statutory or decisional law of the

4  United States of America, the State of California or any other applicable jurisdiction,

5  including, but not limited to, such laws existing in the United Mexican States. MGA

6  Mexico further objects to this request on the grounds that it is overly broad and

7  unduly burdensome in that it seeks documents not relevant to the claims or defenses

8  in this action and not reasonably calculated to lead to the discovery of admissible

9  evidence. Mattel has not demonstrated how *all* DOCUMENTS that evidence, reflect

10 or REFER OR RELATE TO the BRATZ DOLL's share of the fashion doll market in

11 Mexico could be relevant to the claims and defenses in this action. The request is

12 not limited to the subject matter of this action and is thus impermissibly overbroad.

13 See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7. MGA Mexico further

14 objects to this request as being overly broad and unduly burdensome on the grounds

15 that it is not limited in time or geographic scope. MGA Mexico further objects to

16 this request on the grounds that the terms REFER OR RELATE TO and BRATZ

17 DOLL render the request vague, ambiguous, overly broad and unduly burdensome.

18 MGA Mexico further objects to the phrases "evidence" and "reflect" as vague and

19 ambiguous. MGA Mexico further objects to the request to the extent that it seeks

20 documents that by reason of public filing, public distribution or otherwise are already

21 in Mattel's possession or are readily accessible to Mattel. MGA Mexico further

22 objects to the request to the extent that it seeks documents not in MGA Mexico's

23 possession, custody or control. MGA Mexico further objects to the request to the

24 extent it seeks confidential, proprietary or commercially sensitive information, the

25 disclosure of which would be inimical to the business interests of MGA Mexico.

26 Such information may also be subject to protective orders governing other litigations

27 thereby precluding disclosure in response to this request. MGA Mexico further

28

EXHIBIT __2__

PAGE __233__

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A                    MSW - Draft December 19, 2007 - 1:25 PM

1   objects to the request to the extent it violates the privacy rights of third parties to

2   their private, confidential, proprietary or trade secret information.

3        MGA Mexico further objects to this request as cumulative, duplicative, and

4   unduly burdensome to the extent that it seeks documents previously requested by

5   Mattel and/or produced in response to Mattel's document requests.

6   REQUEST FOR PRODUCTION NO. 126:

7        All DOCUMENTS or tangible things any of the FORMER MATTEL

8   EMPLOYEES removed, sent or transferred from any office of MATTEL or removed,

9   deleted, copied, reproduced or transferred from any MATTEL computer or

10   electronic storage device.

11   RESPONSE TO REQUEST FOR PRODUCTION NO. 126:

12        MGA Mexico incorporates by reference its General Response and General

13   Objections above, as though fully set forth herein and specifically incorporates

14   General Objection No. 15 (regarding Definitions), including without limitation MGA

15   Mexico's objection to the definition of the terms FORMER MATTEL EMPLOYEES

16   and MATTEL.  MGA Mexico further objects to the request to the extent it seeks the

17   production of documents that are protected from disclosure under any applicable

18   privilege, doctrine or immunity, including without limitation the attorney-client

19   privilege, the work product doctrine, the right of privacy, and all other privileges

20   recognized under the constitutional, statutory or decisional law of the United States

21   of America, the State of California or any other applicable jurisdiction, including, but

22   not limited to, such laws existing in the United Mexican States.  MGA Mexico

23   further objects to this request on the grounds that it is overly broad and unduly

24   burdensome in that it seeks documents not relevant to the claims or defenses in this

25   action and not reasonably calculated to lead to the discovery of admissible evidence.

26   Mattel has not demonstrated how *all* DOCUMENTS or tangible things any of the

27   FORMER MATTEL EMPLOYEES removed, sent or transferred from any office of

28   MATTEL or removed, deleted, copied, reproduced or transferred from any

-188-

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
MSW - Draft December 19, 2007 - 1:25 PM
5.05-Palo Alto Server 1A

EXHIBIT __2__

PAGE __234__

1  MATTEL computer or electronic storage device, could be relevant to the claims and

2  defenses in this action.  MGA further objects to the phrase "MATTEL computer or

3  electronic storage device" as vague and ambiguous.  The request is not limited to the

4  subject matter of this action and is thus impermissibly overbroad.  See Aug. 13 Order

5  at 9:17-20; May 22 Order at 21:5-7.  MGA Mexico further objects to this request as

6  being overly broad and unduly burdensome on the grounds that it is not limited in

7  time or geographic scope.  MGA Mexico further objects to this request on the

8  grounds that the terms FORMER MATTEL EMPLOYEES and MATTEL render the

9  request vague, ambiguous, overly broad and unduly burdensome.  MGA Mexico

10  further objects to the request to the extent that it seeks documents that by reason of

11  public filing, public distribution or otherwise are already in Mattel's possession or

12  are readily accessible to Mattel.  MGA Mexico further objects to the request to the

13  extent that it seeks documents not in MGA Mexico's possession, custody or control.

14  MGA Mexico further objects to the request to the extent it seeks confidential,

15  proprietary or commercially sensitive information, the disclosure of which would be

16  inimical to the business interests of MGA Mexico.  Such information may also be

17  subject to protective orders governing other litigations thereby precluding disclosure

18  in response to this request.  MGA Mexico further objects to the request to the extent

19  it violates the privacy rights of third parties to their private, confidential, proprietary

20  or trade secret information.

21       MGA Mexico further objects to this request as cumulative, duplicative, and

22  unduly burdensome to the extent that it seeks documents previously requested by

23  Mattel and/or produced in response to Mattel's document requests.

24  REQUEST FOR PRODUCTION NO. 127:

25       All DOCUMENTS that REFER OR RELATE TO the hiring, engagement, or

26  retention by YOU of any current or former MATTEL employee or contractor since

27  January 1,1999, including but not limited to all employment agreements and

28

EXHIBIT __2__

PAGE __235__

-189-

1 | agreements that REFER OR RELATE TO confidentiality or the invention,

2 | authorship, or ownership of any concept or product.

3 | RESPONSE TO REQUEST FOR PRODUCTION NO. 127:

4 | MGA Mexico incorporates by reference its General Response and General

5 | Objections above, as though fully set forth herein and specifically incorporates

6 | General Objection No. 15 (regarding Definitions), including without limitation MGA

7 | Mexico's objection to the definition of the terms REFER OR RELATE TO and

8 | MATTEL. MGA Mexico further objects to the request to the extent it seeks the

9 | production of documents that are protected from disclosure under any applicable

10 | privilege, doctrine or immunity, including without limitation the attorney-client

11 | privilege, the work product doctrine, the right of privacy, and all other privileges

12 | recognized under the constitutional, statutory or decisional law of the United States

13 | of America, the State of California or any other applicable jurisdiction, including, but

14 | not limited to, such laws existing in the United Mexican States. MGA Mexico

15 | further objects to this request on the grounds that it is overly broad and unduly

16 | burdensome in that it seeks documents not relevant to the claims or defenses in this

17 | action and not reasonably calculated to lead to the discovery of admissible evidence.

18 | Mattel has not demonstrated how *all* DOCUMENTS that REFER OR RELATE TO

19 | the hiring, engagement, or retention by YOU of any current or former MATTEL

20 | employee or contractor since January 1, 1999, could be relevant to the claims and

21 | defenses in this action. The request is not limited to the subject matter of this action

22 | and is thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22 Order

23 | at 21:5-7. MGA Mexico further objects to this request as being overly broad and

24 | unduly burdensome on the grounds that it is not sufficiently limited in time or

25 | geographic scope. MGA Mexico further objects to this request on the grounds that

26 | the terms REFER OR RELATE TO and MATTEL render the request vague,

27 | ambiguous, overly broad and unduly burdensome. MGA Mexico further objects to

28 | the term "confidentiality" as vague and ambiguous, and to the terms "employee" and

EXHIBIT __2__

PAGE __236__

-190-

1 "contractor" as ambiguous and calling for legal conclusions. MGA Mexico further

2 objects to the request to the extent that it seeks documents that by reason of public

3 filing, public distribution or otherwise are already in Mattel's possession or are

4 readily accessible to Mattel. MGA Mexico further objects to the request to the

5 extent that it seeks documents not in MGA Mexico's possession, custody or control.

6 MGA Mexico further objects to the request to the extent it seeks confidential,

7 proprietary or commercially sensitive information, the disclosure of which would be

8 inimical to the business interests of MGA Mexico. Such information may also be

9 subject to protective orders governing other litigations thereby precluding disclosure

10 in response to this request. MGA Mexico further objects to the request to the extent

11 it violates the privacy rights of third parties to their private, confidential, proprietary

12 or trade secret information.

13      MGA Mexico further objects to this request as cumulative, duplicative, and

14 unduly burdensome to the extent that it seeks documents previously requested by

15 Mattel and/or produced in response to Mattel's document requests.

16 <u>REQUEST FOR PRODUCTION NO. 128</u>:

17      All DOCUMENTS, since January 1, 1999, that REFER OR RELATE TO

18 YOUR receipt, reproduction, copying, storage, transmission, transfer, retention,

19 destruction, deletion or use of any DOCUMENTS or DIGITAL INFORMATION,

20 including but not limited to any compilation of information, that was prepared, made,

21 created, generated, assembled or compiled by or for MATTEL and that was not

22 publicly available at the time of YOUR receipt of such DOCUMENT or DIGITAL

23 INFORMATION.

24 <u>RESPONSE TO REQUEST FOR PRODUCTION NO. 128</u>:

25      MGA Mexico incorporates by reference its General Response and General

26 Objections above, as though fully set forth herein and specifically incorporates

27 General Objection No. 15 (regarding Definitions), including without limitation MGA

28 Mexico's objection to the definition of the terms REFER OR RELATE TO and

EXHIBIT __2__

PAGE __237__

-191-

1 MATTEL. MGA Mexico further objects to the request to the extent it seeks the

2 production of documents that are protected from disclosure under any applicable

3 privilege, doctrine or immunity, including without limitation the attorney-client

4 privilege, the work product doctrine, the right of privacy, and all other privileges

5 recognized under the constitutional, statutory or decisional law of the United States

6 of America, the State of California or any other applicable jurisdiction, including, but

7 not limited to, such laws existing in the United Mexican States. MGA Mexico

8 further objects to this request on the grounds that it is overly broad and unduly

9 burdensome in that it seeks documents not relevant to the claims or defenses in this

10 action and not reasonably calculated to lead to the discovery of admissible evidence.

11 Mattel has not demonstrated how *all* DOCUMENTS, since January 1, 1999, that

12 REFER OR RELATE TO YOUR receipt, reproduction, copying, storage,

13 transmission, transfer, retention, destruction, deletion or use of any DOCUMENTS

14 or DIGITAL INFORMATION, that was prepared, made, created, generated,

15 assembled or compiled by or for MATTEL and that was not publicly available at the

16 time of YOUR receipt of such DOCUMENT or DIGITAL INFORMATION, could

17 be relevant to the claims and defenses in this action. The request is not limited to the

18 subject matter of this action and is thus impermissibly overbroad. See Aug. 13 Order

19 at 9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this request as

20 being overly broad and unduly burdensome on the grounds that it is not sufficiently

21 limited in time or geographic scope. MGA Mexico further objects to this request on

22 the grounds that the terms REFER OR RELATE TO and MATTEL render the

23 request vague, ambiguous, overly broad and unduly burdensome. MGA Mexico

24 further objects to the term "use" and the phrase "publicly available" as vague and

25 ambiguous. MGA Mexico further objects to the request to the extent that it seeks

26 documents that by reason of public filing, public distribution or otherwise are already

27 in Mattel's possession or are readily accessible to Mattel. MGA Mexico further

28 objects to the request to the extent that it seeks documents not in MGA Mexico's

EXHIBIT __2__

PAGE __238__

1  possession, custody or control. MGA Mexico further objects to the request to the

2  extent it seeks confidential, proprietary or commercially sensitive information, the

3  disclosure of which would be inimical to the business interests of MGA Mexico.

4  Such information may also be subject to protective orders governing other litigations

5  thereby precluding disclosure in response to this request. MGA Mexico further

6  objects to the request to the extent it violates the privacy rights of third parties to

7  their private, confidential, proprietary or trade secret information.

8      MGA Mexico further objects to this request as cumulative, duplicative, and

9  unduly burdensome to the extent that it seeks documents previously requested by

10  Mattel and/or produced in response to Mattel's document requests.

11  REQUEST FOR PRODUCTION NO. 129:

12      All DOCUMENTS, since January 1, 1999, that REFER OR RELATE TO

13  YOUR knowledge of any DESIGN created by, on behalf of, or at the behest of

14  MATTEL, or created by any PERSON employed by or under contract with

15  MATTEL at the time of the DESIGN'S creation, that was not manufactured for sale

16  or placed into the retail market.

17  RESPONSE TO REQUEST FOR PRODUCTION NO. 129:

18      MGA Mexico incorporates by reference its General Response and General

19  Objections above, as though fully set forth herein and specifically incorporates

20  General Objection No. 15 (regarding Definitions), including without limitation MGA

21  Mexico's objection to the definition of the term REFER OR RELATE TO. MGA

22  Mexico further objects to the request to the extent it seeks the production of

23  documents that are protected from disclosure under any applicable privilege, doctrine

24  or immunity, including without limitation the attorney-client privilege, the work

25  product doctrine, the right of privacy, and all other privileges recognized under the

26  constitutional, statutory or decisional law of the United States of America, the State

27  of California or any other applicable jurisdiction, including, but not limited to, such

28  laws existing in the United Mexican States. MGA Mexico further objects to this

EXHIBIT __2__

PAGE __239__

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
MSW - Draft December 19, 2007 - 1:25 PM
256415.05-Palo Alto Server 1A

1  request on the grounds that it is overly broad and unduly burdensome in that it seeks

2  documents not relevant to the claims or defenses in this action and not reasonably

3  calculated to lead to the discovery of admissible evidence.  Mattel has not

4  demonstrated how *all* DOCUMENTS, since January 1, 1999, that REFER OR

5  RELATE TO YOUR knowledge of any DESIGN created by, on behalf of, or at the

6  behest of MATTEL, or created by any PERSON employed by or under contract with

7  MATTEL at the time of the DESIGN'S creation, that was not manufactured for sale

8  or placed into the retail market, could be relevant to the claims and defenses in this

9  action.  The request is not limited to the subject matter of this action and is thus

10  impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.

11  MGA Mexico further objects to this request as being overly broad and unduly

12  burdensome on the grounds that it is not sufficiently limited in time or geographic

13  scope.  MGA Mexico further objects to this request on the grounds that the term

14  REFER OR RELATE TO renders the request vague, ambiguous, overly broad and

15  unduly burdensome.  MGA Mexico further objects to the phrase "on behalf of, or at

16  the behest of" as vague and ambiguous, and to the phrases "employed by" and "under

17  contract" a calling for legal conclusions.  MGA Mexico further objects to the request

18  to the extent that it seeks documents that by reason of public filing, public

19  distribution or otherwise are already in Mattel's possession or are readily accessible

20  to Mattel.  MGA Mexico further objects to the request to the extent that it seeks

21  documents not in MGA Mexico's possession, custody or control.  MGA Mexico

22  further objects to the request to the extent it seeks confidential, proprietary or

23  commercially sensitive information, the disclosure of which would be inimical to the

24  business interests of MGA Mexico.  Such information may also be subject to

25  protective orders governing other litigations thereby precluding disclosure in

26  response to this request.  MGA Mexico further objects to the request to the extent it

27  violates the privacy rights of third parties to their private, confidential, proprietary or

28  trade secret information.

EXHIBIT __2__

PAGE __240__

-194-

1      MGA Mexico further objects to this request as cumulative, duplicative, and

2  unduly burdensome to the extent that it seeks documents previously requested by

3  Mattel and/or produced in response to Mattel's document requests.

4  <u>REQUEST FOR PRODUCTION NO. 130</u>:

5      All DOCUMENTS, since January 1,1999, that REFER OR RELATE TO

6  YOUR receipt, reproduction, copying, storage, transmission, transfer, retention,

7  destruction, deletion or use of any MATTEL line list or other DOCUMENT prepared

8  by MATTEL identifying MATTEL products in the planning, design or development

9  phase.

10  <u>RESPONSE TO REQUEST FOR PRODUCTION NO. 130</u>:

11      MGA Mexico incorporates by reference its General Response and General

12  Objections above, as though fully set forth herein and specifically incorporates

13  General Objection No. 15 (regarding Definitions), including without limitation MGA

14  Mexico's objection to the definition of the terms REFER OR RELATE TO and

15  MATTEL.  MGA Mexico further objects to the request to the extent it seeks the

16  production of documents that are protected from disclosure under any applicable

17  privilege, doctrine or immunity, including without limitation the attorney-client

18  privilege, the work product doctrine, the right of privacy, and all other privileges

19  recognized under the constitutional, statutory or decisional law of the United States

20  of America, the State of California or any other applicable jurisdiction, including, but

21  not limited to, such laws existing in the United Mexican States.  MGA Mexico

22  further objects to this request on the grounds that it is overly broad and unduly

23  burdensome in that it seeks documents not relevant to the claims or defenses in this

24  action and not reasonably calculated to lead to the discovery of admissible evidence.

25  Mattel has not demonstrated how *all* DOCUMENTS, since January 1,1999, that

26  REFER OR RELATE TO YOUR receipt, reproduction, copying, storage,

27  transmission, transfer, retention, destruction, deletion or use of any MATTEL line

28  list or other DOCUMENT prepared by MATTEL identifying MATTEL products in

EXHIBIT __2__

PAGE __241__

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A      MSW - Draft December 19, 2007 - 1:25 PM

1  the planning, design or development phase, could be relevant to the claims and

2  defenses in this action.  The request is not limited to the subject matter of this action

3  and is thus impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May 22 Order

4  at 21:5-7.  MGA Mexico further objects to this request as being overly broad and

5  unduly burdensome on the grounds that it is not sufficiently limited in time or

6  geographic scope.  MGA Mexico further objects to this request on the grounds that

7  the terms REFER OR RELATE TO and MATTEL render the request vague,

8  ambiguous, overly broad and unduly burdensome.  MGA Mexico further objects to

9  the terms "identifying" and "use," and to the phrase "planning, design, or

10  development phase," as vague and ambiguous.  MGA Mexico further objects to the

11  request to the extent that it seeks documents that by reason of public filing, public

12  distribution or otherwise are already in Mattel's possession or are readily accessible

13  to Mattel.  MGA Mexico further objects to the request to the extent that it seeks

14  documents not in MGA Mexico's possession, custody or control.  MGA Mexico

15  further objects to the request to the extent it seeks confidential, proprietary or

16  commercially sensitive information, the disclosure of which would be inimical to the

17  business interests of MGA Mexico.  Such information may also be subject to

18  protective orders governing other litigations thereby precluding disclosure in

19  response to this request.

20       MGA Mexico further objects to this request as cumulative, duplicative, and

21  unduly burdensome to the extent that it seeks documents previously requested by

22  Mattel and/or produced in response to Mattel's document requests.

23  REQUEST FOR PRODUCTION NO. 131:

24       All DOCUMENTS that YOU knew or were informed that, or ever had any

25  reason to believe, had been or were created by or originated from MATTEL, other

26  than MATTEL products that YOU purchased at retail.

27

28

EXHIBIT ___2___
PAGE ___242___

-196-

RESPONSE TO REQUEST FOR PRODUCTION NO. 131:

MGA Mexico incorporates by reference its General Response and General Objections above, as though fully set forth herein and specifically incorporates General Objection No. 15 (regarding Definitions), including without limitation MGA Mexico's objection to the definition of the term MATTEL. MGA Mexico further objects to the request to the extent it seeks the production of documents that are protected from disclosure under any applicable privilege, doctrine or immunity, including without limitation the attorney-client privilege, the work product doctrine, the right of privacy, and all other privileges recognized under the constitutional, statutory or decisional law of the United States of America, the State of California or any other applicable jurisdiction, including, but not limited to, such laws existing in the United Mexican States. MGA Mexico further objects to this request on the grounds that it is overly broad and unduly burdensome in that it seeks documents not relevant to the claims or defenses in this action and not reasonably calculated to lead to the discovery of admissible evidence. Mattel has not demonstrated how *all* DOCUMENTS that YOU knew or were informed that, or ever had any reason to believe, had been or were created by or originated from MATTEL, other than MATTEL products that YOU purchased at retail, could be relevant to the claims and defenses in this action. The request is not limited to the subject matter of this action and is thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this request as being overly broad and unduly burdensome on the grounds that it is not limited in time or geographic scope. MGA Mexico further objects to this request on the grounds that the term MATTEL renders the request vague, ambiguous, overly broad and unduly burdensome. MGA Mexico further objects to the phrase "originated from" as vague and ambiguous. MGA Mexico further objects to the request to the extent that it seeks documents that by reason of public filing, public distribution or otherwise are already in Mattel's possession or are readily accessible to Mattel. MGA Mexico further objects to the

-197-

EXHIBIT __2__

PAGE __243__

MGAE de MEXICO S.R.L. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
MSW - Draft December 19, 2007 - 1:25 PM

1  request to the extent that it seeks documents not in MGA Mexico's possession,

2  custody or control.  MGA Mexico further objects to the request to the extent it seeks

3  confidential, proprietary or commercially sensitive information, the disclosure of

4  which would be inimical to the business interests of MGA Mexico.  Such

5  information may also be subject to protective orders governing other litigations

6  thereby precluding disclosure in response to this request.  MGA Mexico further

7  objects to the request to the extent it violates the privacy rights of third parties to

8  their private, confidential, proprietary or trade secret information.

9        MGA Mexico further objects to this request as cumulative, duplicative, and

10  unduly burdensome to the extent that it seeks documents previously requested by

11  Mattel and/or produced in response to Mattel's document requests.

12  REQUEST FOR PRODUCTION NO. 132:

13        All COMMUNICATIONS between YOU and any PERSON that REFER OR

14  RELATE TO the retention or destruction of DOCUMENTS or DIGITAL

15  INFORMATION between January 1, 1999 and the present.

16  RESPONSE TO REQUEST FOR PRODUCTION NO. 132:

17        MGA Mexico incorporates by reference its General Response and General

18  Objections above, as though fully set forth herein and specifically incorporates

19  General Objection No. 15 (regarding Definitions), including without limitation MGA

20  Mexico's objection to the definition of the term REFER OR RELATE TO.  MGA

21  Mexico further objects to the request to the extent it seeks the production of

22  documents that are protected from disclosure under any applicable privilege, doctrine

23  or immunity, including without limitation the attorney-client privilege, the work

24  product doctrine, the right of privacy, and all other privileges recognized under the

25  constitutional, statutory or decisional law of the United States of America, the State

26  of California or any other applicable jurisdiction, including, but not limited to, such

27  laws existing in the United Mexican States.  MGA Mexico further objects to this

28  request on the grounds that it is overly broad and unduly burdensome in that it seeks

EXHIBIT __2__

PAGE __244__

-198-

1   documents not relevant to the claims or defenses in this action and not reasonably

2   calculated to lead to the discovery of admissible evidence. Mattel has not

3   demonstrated how *all* COMMUNICATIONS between YOU and any PERSON that

4   REFER OR RELATE TO the retention or destruction of DOCUMENTS or

5   DIGITAL INFORMATION between January 1, 1999 and the present, could be

6   relevant to the claims and defenses in this action. The request is not limited to the

7   subject matter of this action and is thus impermissibly overbroad. See Aug. 13 Order

8   at 9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this request as

9   being overly broad and unduly burdensome on the grounds that it is not sufficiently

10  limited in time or geographic scope. MGA Mexico further objects to this request on

11  the grounds that the term REFER OR RELATE TO renders the request vague,

12  ambiguous, overly broad and unduly burdensome. MGA Mexico further objects to

13  the request to the extent that it seeks documents that by reason of public filing,

14  public distribution or otherwise are already in Mattel's possession or are readily

15  accessible to Mattel. MGA Mexico further objects to the request to the extent that it

16  seeks documents not in MGA Mexico's possession, custody or control. MGA

17  Mexico further objects to the request to the extent it seeks confidential, proprietary

18  or commercially sensitive information, the disclosure of which would be inimical to

19  the business interests of MGA Mexico.

20      MGA Mexico further objects to this request as cumulative, duplicative, and

21  unduly burdensome to the extent that it seeks documents previously requested by

22  Mattel and/or produced in response to Mattel's document requests.

23  REQUEST FOR PRODUCTION NO. 133:

24      All DOCUMENTS that REFER OR RELATE TO the retention or destruction

25  policies, procedures and practices for YOUR DOCUMENTS and DIGITAL

26  INFORMATION that REFER OR RELATE TO BRATZ since January 1, 2003,

27  including without limitation the retention or destruction of DOCUMENTS and

28

EXHIBIT **2**
PAGE **246**

-199-

1 | DIGITAL INFORMATION when (a) hardware is replaced, modified or upgraded

2 | and (b) when PERSONS leave YOUR employ.

3 | RESPONSE TO REQUEST FOR PRODUCTION NO. 133:

4 |     MGA Mexico incorporates by reference its General Response and General

5 | Objections above, as though fully set forth herein and specifically incorporates

6 | General Objection No. 15 (regarding Definitions), including without limitation MGA

7 | Mexico's objection to the definition of the terms REFER OR RELATE TO and

8 | BRATZ. MGA Mexico further objects to the request to the extent it seeks the

9 | production of documents that are protected from disclosure under any applicable

10 | privilege, doctrine or immunity, including without limitation the attorney-client

11 | privilege, the work product doctrine, the right of privacy, and all other privileges

12 | recognized under the constitutional, statutory or decisional law of the United States

13 | of America, the State of California or any other applicable jurisdiction, including, but

14 | not limited to, such laws existing in the United Mexican States. MGA Mexico

15 | further objects to this request on the grounds that it is overly broad and unduly

16 | burdensome in that it seeks documents not relevant to the claims or defenses in this

17 | action and not reasonably calculated to lead to the discovery of admissible evidence.

18 | Mattel has not demonstrated how *all* DOCUMENTS that REFER OR RELATE TO

19 | the retention or destruction policies, procedures and practices for YOUR

20 | DOCUMENTS and DIGITAL INFORMATION that REFER OR RELATE TO

21 | BRATZ since January 1, 2003, could be relevant to the claims and defenses in this

22 | action. MGA Mexico further objects to the term "employ" as vague and calling for a

23 | legal conclusion. The request is not limited to the subject matter of this action and is

24 | thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-

25 | 7. MGA Mexico further objects to this request as being overly broad and unduly

26 | burdensome on the grounds that it is not sufficiently limited in time or geographic

27 | scope. MGA Mexico further objects to this request on the grounds that the terms

28 | REFER OR RELATE TO and BRATZ render the request vague, ambiguous, overly

-200-

EXHIBIT 2
PAGE 246

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
MSW - Draft December 19, 2007 - 1:25 PM
23641S.05-Palo Alto Server 1A

1 | broad and unduly burdensome.  MGA Mexico further objects to the request to the

2 | extent that it seeks documents that by reason of public filing, public distribution or

3 | otherwise are already in Mattel's possession or are readily accessible to Mattel.

4 | MGA Mexico further objects to the request to the extent that it seeks documents not

5 | in MGA Mexico's possession, custody or control.  MGA Mexico further objects to

6 | the request to the extent it seeks confidential, proprietary or commercially sensitive

7 | information, the disclosure of which would be inimical to the business interests of

8 | MGA Mexico.

9 | MGA Mexico further objects to this request as cumulative, duplicative, and

10 | unduly burdensome to the extent that it seeks documents previously requested by

11 | Mattel and/or produced in response to Mattel's document requests.

12 | REQUEST FOR PRODUCTION NO. 134:

13 | All DOCUMENTS that REFER OR RELATE TO the preservation, collection,

14 | destruction, removal, transfer, loss or impairment of YOUR DOCUMENTS and

15 | DIGITAL INFORMATION in connection with the ACTION and/or any

16 | DOCUMENTS requested by MATTEL in the ACTION.

17 | RESPONSE TO REQUEST FOR PRODUCTION NO. 134:

18 | MGA Mexico incorporates by reference its General Response and General

19 | Objections above, as though fully set forth herein and specifically incorporates

20 | General Objection No. 15 (regarding Definitions), including without limitation MGA

21 | Mexico's objection to the definition of the terms REFER OR RELATE TO and

22 | MATTEL.  MGA Mexico further objects to the request to the extent it seeks the

23 | production of documents that are protected from disclosure under any applicable

24 | privilege, doctrine or immunity, including without limitation the attorney-client

25 | privilege, the work product doctrine, the right of privacy, and all other privileges

26 | recognized under the constitutional, statutory or decisional law of the United States

27 | of America, the State of California or any other applicable jurisdiction, including, but

28 | not limited to, such laws existing in the United Mexican States.  MGA Mexico

EXHIBIT __2__

PAGE __247__

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256413.05-Palo Alto Server 1A                    MSW - Draft December 19, 2007 - 1:25 PM

1  further objects to this request on the grounds that it is overly broad and unduly

2  burdensome in that it seeks documents not relevant to the claims or defenses in this

3  action and not reasonably calculated to lead to the discovery of admissible evidence.

4  Mattel has not demonstrated how *all* DOCUMENTS that REFER OR RELATE TO

5  the preservation, collection, destruction, removal, transfer, loss or impairment of

6  YOUR DOCUMENTS and DIGITAL INFORMATION in connection with the

7  ACTION and/or any DOCUMENTS requested by MATTEL in the ACTION, could

8  be relevant to the claims and defenses in this action.  The request is not limited to the

9  subject matter of this action and is thus impermissibly overbroad.  See Aug. 13 Order

10  at 9:17-20; May 22 Order at 21:5-7.  MGA Mexico further objects to this request as

11  being overly broad and unduly burdensome on the grounds that it is not limited in

12  time or geographic scope.  MGA Mexico further objects to this request on the

13  grounds that the terms REFER OR RELATE TO and MATTEL render the request

14  vague, ambiguous, overly broad and unduly burdensome.  MGA Mexico further

15  objects to the phrases "impairment" and "in connection with" as vague and

16  ambiguous.  MGA Mexico further objects to the request to the extent that it seeks

17  documents that by reason of public filing, public distribution or otherwise are already

18  in Mattel's possession or are readily accessible to Mattel.  MGA Mexico further

19  objects to the request to the extent that it seeks documents not in MGA Mexico's

20  possession, custody or control.  MGA Mexico further objects to the request to the

21  extent it seeks confidential, proprietary or commercially sensitive information, the

22  disclosure of which would be inimical to the business interests of MGA Mexico.

23  MGA Mexico further objects to this request as cumulative, duplicative, and

24  unduly burdensome to the extent that it seeks documents previously requested by

25  Mattel and/or produced in response to Mattel's document requests.

26  REQUEST FOR PRODUCTION NO. 135:

27  All DOCUMENTS that REFER OR RELATE TO the preservation, collection,

28  destruction, removal, transfer, loss or impairment of YOUR DOCUMENTS and

EXHIBIT 2

PAGE 248

-202-

1  DIGITAL INFORMATION since January 1, 2003 that REFER OR RELATE TO

2  MATTEL (including without limitation to any MATTEL product, plan or

3  information) that YOU received in any manner from any PERSON who was at the

4  time an employee of MATTEL or who had previously been an employee of

5  MATTEL.

6  RESPONSE TO REQUEST FOR PRODUCTION NO. 135:

7       MGA Mexico incorporates by reference its General Response and General

8  Objections above, as though fully set forth herein and specifically incorporates

9  General Objection No. 15 (regarding Definitions), including without limitation MGA

10  Mexico's objection to the definition of the terms REFER OR RELATE TO and

11  MATTEL.  MGA Mexico further objects to the request to the extent it seeks the

12  production of documents that are protected from disclosure under any applicable

13  privilege, doctrine or immunity, including without limitation the attorney-client

14  privilege, the work product doctrine, the right of privacy, and all other privileges

15  recognized under the constitutional, statutory or decisional law of the United States

16  of America, the State of California or any other applicable jurisdiction, including, but

17  not limited to, such laws existing in the United Mexican States.  MGA Mexico

18  further objects to this request on the grounds that it is overly broad and unduly

19  burdensome in that it seeks documents not relevant to the claims or defenses in this

20  action and not reasonably calculated to lead to the discovery of admissible evidence.

21  Mattel has not demonstrated how *all* DOCUMENTS that REFER OR RELATE TO

22  the preservation, collection, destruction, removal, transfer, loss or impairment of

23  YOUR DOCUMENTS and DIGITAL INFORMATION since January 1, 2003 that

24  REFER OR RELATE TO MATTEL that YOU received in any manner from any

25  PERSON who was at the time an employee of MATTEL or who had previously been

26  an employee of MATTEL, could be relevant to the claims and defenses in this action.

27  The request is not limited to the subject matter of this action and is thus

28  impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.

EXHIBIT 2

PAGE 249

-203-

1  MGA Mexico further objects to this request as being overly broad and unduly

2  burdensome on the grounds that it is not sufficiently limited in time or geographic

3  scope.  MGA Mexico further objects to this request on the grounds that the terms

4  REFER OR RELATE TO and MATTEL render the request vague, ambiguous,

5  overly broad and unduly burdensome.  MGA Mexico further objects to the phrase

6  "impairment" as vague and ambiguous, and to the term "employee" as calling for a

7  legal conclusion.  MGA Mexico further objects to the request to the extent that it

8  seeks documents that by reason of public filing, public distribution or otherwise are

9  already in Mattel's possession or are readily accessible to Mattel.  MGA Mexico

10  further objects to the request to the extent that it seeks documents not in MGA

11  Mexico's possession, custody or control.  MGA Mexico further objects to the request

12  to the extent it seeks confidential, proprietary or commercially sensitive information,

13  the disclosure of which would be inimical to the business interests of MGA Mexico.

14    MGA Mexico further objects to this request as cumulative, duplicative, and

15  unduly burdensome to the extent that it seeks documents previously requested by

16  Mattel and/or produced in response to Mattel's document requests.

17  <u>REQUEST FOR PRODUCTION NO. 136:</u>

18    YOUR DIGITAL INFORMATION data backup policies, practices and

19  procedures from January 1, 2003 to the present, including without limitation the

20  location and specifications of any media used to preserve YOUR DIGITAL

21  INFORMATION and the software, if any, used to preserve YOUR DIGITAL

22  INFORMATION.

23  <u>RESPONSE TO REQUEST FOR PRODUCTION NO. 136:</u>

24    MGA Mexico incorporates by reference its General Response and General

25  Objections above, as though fully set forth herein and specifically incorporates

26  General Objection No. 15 (regarding Definitions).  MGA Mexico further objects to

27  the request to the extent it seeks the production of documents that are protected from

28  disclosure under any applicable privilege, doctrine or immunity, including without

EXHIBIT 2
PAGE 250

2.04.05-Palo Alto Server 1A

1  limitation the attorney-client privilege, the work product doctrine, the right of

2  privacy, and all other privileges recognized under the constitutional, statutory or

3  decisional law of the United States of America, the State of California or any other

4  applicable jurisdiction, including, but not limited to, such laws existing in the United

5  Mexican States. MGA Mexico further objects to this request on the grounds that it is

6  overly broad and unduly burdensome in that it seeks documents not relevant to the

7  claims or defenses in this action and not reasonably calculated to lead to the

8  discovery of admissible evidence. Mattel has not demonstrated how *all* DIGITAL

9  INFORMATION data backup policies, practices and procedures from January 1,

10  2003 to the present, could be relevant to the claims and defenses in this action. The

11  request is not limited to the subject matter of this action and is thus impermissibly

12  overbroad. See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7. MGA Mexico

13  further objects to this request as being overly broad and unduly burdensome on the

14  grounds that it is not sufficiently limited in time or geographic scope. MGA Mexico

15  further objects to the term "specification" as vague and ambiguous. MGA Mexico

16  further objects to the request to the extent that it seeks documents that by reason of

17  public filing, public distribution or otherwise are already in Mattel's possession or

18  are readily accessible to Mattel. MGA Mexico further objects to the request to the

19  extent that it seeks documents not in MGA Mexico's possession, custody or control.

20  MGA Mexico further objects to the request to the extent it seeks confidential,

21  proprietary or commercially sensitive information, the disclosure of which would be

22  inimical to the business interests of MGA Mexico.

23       MGA Mexico further objects to this request as cumulative, duplicative, and

24  unduly burdensome to the extent that it seeks documents previously requested by

25  Mattel and/or produced in response to Mattel's document requests.

26  REQUEST FOR PRODUCTION NO. 137:

27       The DIGITAL INFORMATION SYSTEMS and the application software that

28  YOU have used since January 1, 2003 that REFER OR RELATE TO design,

EXHIBIT 2

PAGE 257

-205-

1  development, planning, inventory, manufacturing, sales, shipping and accounting,

2  including without limitation the common or shared storage for such DIGITAL

3  INFORMATION SYSTEMS, remote access of such DIGITAL INFORMATION

4  SYSTEMS, and any changes, modifications or upgrades to such DIGITAL

5  INFORMATION SYSTEMS or application software.

6  RESPONSE TO REQUEST FOR PRODUCTION NO. 137:

7          MGA Mexico incorporates by reference its General Response and General

8  Objections above, as though fully set forth herein and specifically incorporates

9  General Objection No. 15 (regarding Definitions), including without limitation MGA

10  Mexico's objection to the definition of the terms SYSTEMS and REFER OR

11  RELATE TO.  MGA Mexico further objects to the request to the extent it seeks the

12  production of documents that are protected from disclosure under any applicable

13  privilege, doctrine or immunity, including without limitation the attorney-client

14  privilege, the work product doctrine, the right of privacy, and all other privileges

15  recognized under the constitutional, statutory or decisional law of the United States

16  of America, the State of California or any other applicable jurisdiction, including, but

17  not limited to, such laws existing in the United Mexican States.  MGA Mexico

18  further objects to this request on the grounds that it is overly broad and unduly

19  burdensome in that it seeks documents not relevant to the claims or defenses in this

20  action and not reasonably calculated to lead to the discovery of admissible evidence.

21  Mattel has not demonstrated how *all* the documents and things purportedly sought by

22  the request, could be relevant to the claims and defenses in this action.   The request

23  is not limited to the subject matter of this action and is thus impermissibly overbroad.

24  See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.  MGA Mexico further

25  objects to this request as being overly broad and unduly burdensome on the grounds

26  that it is not sufficiently limited in time or geographic scope.  MGA Mexico further

27  objects to this request on the grounds that the terms REFER OR RELATE TO and

28  SYSTEMS render the request vague, ambiguous, overly broad and unduly

EXHIBIT 2

PAGE 252

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
MSW - Draft December 19, 2007 - 1:25 PM
256415.05-Palo Alto Server 1A

1  burdensome.  MGA Mexico further objects to the phrase "application software" as

2  vague and ambiguous.  MGA Mexico further objects to the request to the extent that

3  it seeks documents that by reason of public filing, public distribution or otherwise

4  are already in Mattel's possession or are readily accessible to Mattel.  MGA Mexico

5  further objects to the request to the extent that it seeks documents not in MGA

6  Mexico's possession, custody or control.  MGA Mexico further objects to the request

7  to the extent it seeks confidential, proprietary or commercially sensitive information,

8  the disclosure of which would be inimical to the business interests of MGA Mexico.

9      MGA Mexico further objects to this request as cumulative, duplicative, and

10  unduly burdensome to the extent that it seeks documents previously requested by

11  Mattel and/or produced in response to Mattel's document requests.

12  REQUEST FOR PRODUCTION NO. 138:

13      All DOCUMENTS that REFER OR RELATE TO the IDENTITY of

14  PERSONS, including without limitation vendors, who since January 1, 1999 have

15  been responsible for or supported YOUR DIGITAL INFORMATION SYSTEMS,

16  including without limitation the IDENTITY of such PERSON who serviced or

17  provided hardware for YOUR DIGITAL INFORMATION SYSTEMS, hosted,

18  stored, archived or maintained YOUR DIGITAL INFORMATION, including but not

19  limited to internet service providers, and provided analytical, training or

20  implementation services with respect to YOUR DIGITAL INFORMATION

21  SYSTEMS.

22  RESPONSE TO REQUEST FOR PRODUCTION NO. 138:

23      MGA Mexico incorporates by reference its General Response and General

24  Objections above, as though fully set forth herein and specifically incorporates

25  General Objection No. 15 (regarding Definitions), including without limitation MGA

26  Mexico's objection to the definition of the terms SYSTEMS and REFER OR

27  RELATE TO.  MGA Mexico further objects to the request to the extent it seeks the

28  production of documents that are protected from disclosure under any applicable

-207-

EXHIBIT __2__
PAGE __253__
256415.05-Palo Alto Server 1A

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
MSW - Draft December 19, 2007 - 1:25 PM

1    privilege, doctrine or immunity, including without limitation the attorney-client

2    privilege, the work product doctrine, the right of privacy, and all other privileges

3    recognized under the constitutional, statutory or decisional law of the United States

4    of America, the State of California or any other applicable jurisdiction, including, but

5    not limited to, such laws existing in the United Mexican States.  MGA Mexico

6    further objects to this request on the grounds that it is overly broad and unduly

7    burdensome in that it seeks documents not relevant to the claims or defenses in this

8    action and not reasonably calculated to lead to the discovery of admissible evidence.

9    Mattel has not demonstrated how *all* the documents and things purportedly sought by

10    the request, could be relevant to the claims and defenses in this action.   The request

11    is not limited to the subject matter of this action and is thus impermissibly overbroad.

12    See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.  MGA Mexico further

13    objects to this request as being overly broad and unduly burdensome on the grounds

14    that it is not sufficiently limited in time or geographic scope.  MGA Mexico further

15    objects to this request on the grounds that the terms REFER OR RELATE TO and

16    SYSTEMS render the request vague, ambiguous, overly broad and unduly

17    burdensome.  MGA Mexico further objects to the phrase "analytical" as vague and

18    ambiguous.  MGA Mexico further objects to the request to the extent that it seeks

19    documents that by reason of public filing, public distribution or otherwise are already

20    in Mattel's possession or are readily accessible to Mattel.  MGA Mexico further

21    objects to the request to the extent that it seeks documents not in MGA Mexico's

22    possession, custody or control.  MGA Mexico further objects to the request to the

23    extent it seeks confidential, proprietary or commercially sensitive information, the

24    disclosure of which would be inimical to the business interests of MGA Mexico.

25    Such information may also be subject to protective orders governing other litigations

26    thereby precluding disclosure in response to this request.  MGA Mexico further

27    objects to the request to the extent it violates the privacy rights of third parties to

28    their private, confidential, proprietary or trade secret information.

**EXHIBIT** ___2___

**PAGE** ___254___

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
2584415.05-Palo Alto Server 1A      MSW - Draft December 19, 2007 - 1:25 PM

1    MGA Mexico further objects to this request as cumulative, duplicative, and

2   unduly burdensome to the extent that it seeks documents previously requested by

3   Mattel and/or produced in response to Mattel's document requests.

4   REQUEST FOR PRODUCTION NO. 139:

5    All DOCUMENTS that REFER OR RELATE TO the electronic messaging

6   SYSTEMS used by YOUR employees within the scope of their employment

7   between January 1, 1999 and the present, including but not limited to electronic mail,

8   instant messenger, telephone or voice-mail, and the routing of such electronic

9   messages to, from or within MGA.

10   RESPONSE TO REQUEST FOR PRODUCTION NO. 139:

11    MGA Mexico incorporates by reference its General Response and General

12   Objections above, as though fully set forth herein and specifically incorporates

13   General Objection No. 15 (regarding Definitions), including without limitation MGA

14   Mexico's objection to the definition of the terms REFER OR RELATE TO and

15   SYSTEMS.  MGA Mexico further objects to the request to the extent it seeks the

16   production of documents that are protected from disclosure under any applicable

17   privilege, doctrine or immunity, including without limitation the attorney-client

18   privilege, the work product doctrine, the right of privacy, and all other privileges

19   recognized under the constitutional, statutory or decisional law of the United States

20   of America, the State of California or any other applicable jurisdiction, including, but

21   not limited to, such laws existing in the United Mexican States.  MGA Mexico

22   further objects to this request on the grounds that it is overly broad and unduly

23   burdensome in that it seeks documents not relevant to the claims or defenses in this

24   action and not reasonably calculated to lead to the discovery of admissible evidence.

25   Mattel has not demonstrated how *all* DOCUMENTS that REFER OR RELATE TO

26   the electronic messaging SYSTEMS used by YOUR employees within the scope of

27   their employment between January 1, 1999 and the present, could be relevant to the

28   claims and defenses in this action.  The request is not limited to the subject matter of

-209-

EXHIBIT _____2_____

PAGE _____255_____

6415.05-Palo Alto Server 1A

1  this action and is thus impermissibly overbroad. <u>See</u> Aug. 13 Order at 9:17-20; May

2  22 Order at 21:5-7.  MGA Mexico further objects to this request as being overly

3  broad and unduly burdensome on the grounds that it is not sufficiently limited in

4  time or geographic scope.  MGA Mexico further objects to this request on the

5  grounds that the term SYSTEMS renders the request vague, ambiguous, overly broad

6  and unduly burdensome.  MGA Mexico further objects to the term "employees" as

7  vague and calling for a legal conclusion.  MGA Mexico further objects to the request

8  to the extent that it seeks documents that by reason of public filing, public

9  distribution or otherwise are already in Mattel's possession or are readily accessible

10 to Mattel.  MGA Mexico further objects to the request to the extent that it seeks

11 documents not in MGA Mexico's possession, custody or control.  MGA Mexico

12 further objects to the request to the extent it seeks confidential, proprietary or

13 commercially sensitive information, the disclosure of which would be inimical to the

14 business interests of MGA Mexico.  Such information may also be subject to

15 protective orders governing other litigations thereby precluding disclosure in

16 response to this request.  MGA Mexico further objects to the request to the extent it

17 violates the privacy rights of third parties to their private, confidential, proprietary or

18 trade secret information.

19      MGA Mexico further objects to this request as cumulative, duplicative, and

20 unduly burdensome to the extent that it seeks documents previously requested by

21 Mattel and/or produced in response to Mattel's document requests.

22 <u>REQUEST FOR PRODUCTION NO. 140</u>:

23      All DOCUMENTS and tangible things REFERRING OR RELATING TO

24 YOUR defenses in this ACTION.

25 <u>RESPONSE TO REQUEST FOR PRODUCTION NO. 140</u>:

26      MGA Mexico incorporates by reference its General Response and General

27 Objections above, as though fully set forth herein and specifically incorporates

28 General Objection No. 15 (regarding Definitions), including without limitation MGA

EXHIBIT __2__

PAGE __256__

-210-

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
MSW - Draft December 19, 2007 - 1:25 PM

2584135.05-Palo Alto Server 1A

1  Mexico's objection to the definition of the term REFERING OR RELATING. MGA

2  Mexico further objects to the request to the extent it seeks the production of

3  documents that are protected from disclosure under any applicable privilege, doctrine

4  or immunity, including without limitation the attorney-client privilege, the work

5  product doctrine, the right of privacy, and all other privileges recognized under the

6  constitutional, statutory or decisional law of the United States of America, the State

7  of California or any other applicable jurisdiction, including, but not limited to, such

8  laws existing in the United Mexican States. MGA Mexico further objects to this

9  request on the grounds that it is overly broad and unduly burdensome in that it seeks

10 documents not relevant to the claims or defenses in this action and not reasonably

11 calculated to lead to the discovery of admissible evidence. Mattel has not

12 demonstrated how *all* DOCUMENTS and tangible things REFERRING OR

13 RELATING TO YOUR defenses in this ACTION, could be relevant to the claims

14 and defenses in this action. The request is not limited to the subject matter of this

15 action and is thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22

16 Order at 21:5-7. MGA Mexico further objects to this request as being overly broad

17 and unduly burdensome on the grounds that it is not limited in time or geographic

18 scope. MGA Mexico further objects to this request on the grounds that the term

19 REFERRING OR RELATING TO renders the request vague, ambiguous, overly

20 broad and unduly burdensome. MGA Mexico further objects to the request to the

21 extent that it seeks documents that by reason of public filing, public distribution or

22 otherwise are already in Mattel's possession or are readily accessible to Mattel.

23 MGA Mexico further objects to the request to the extent that it seeks documents not

24 in MGA Mexico's possession, custody or control. MGA Mexico further objects to

25 the request to the extent it seeks confidential, proprietary or commercially sensitive

26 information, the disclosure of which would be inimical to the business interests of

27 MGA Mexico. Such information may also be subject to protective orders governing

28 other litigations thereby precluding disclosure in response to this request. MGA

EXHIBIT __2__

PAGE __257__

-211-

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A                                      MSW - Draft December 19, 2007 - 1:25 PM

1  Mexico further objects to the request to the extent it violates the privacy rights of

2  third parties to their private, confidential, proprietary or trade secret information.

3       MGA Mexico further objects to this request as cumulative, duplicative, and

4  unduly burdensome to the extent that it seeks documents previously requested by

5  Mattel and/or produced in response to Mattel's document requests.

6  REQUEST FOR PRODUCTION NO. 141:

7       YOUR policies, practices and procedures regarding the use of transportable

8  media that contain or are capable of containing DIGITAL INFORMATION,

9  including but not limited to floppy discs, compact discs, DVDs, USB drives, portable

10  hard drives, digital cameras and personal digital assistants.

11  RESPONSE TO REQUEST FOR PRODUCTION NO. 141:

12       MGA Mexico incorporates by reference its General Response and General

13  Objections above, as though fully set forth herein and specifically incorporates

14  General Objection No. 15 (regarding Definitions).  MGA Mexico further objects to

15  the request to the extent it seeks the production of documents that are protected from

16  disclosure under any applicable privilege, doctrine or immunity, including without

17  limitation the attorney-client privilege, the work product doctrine, the right of

18  privacy, and all other privileges recognized under the constitutional, statutory or

19  decisional law of the United States of America, the State of California or any other

20  applicable jurisdiction, including, but not limited to, such laws existing in the United

21  Mexican States.  MGA Mexico further objects to this request on the grounds that it is

22  overly broad and unduly burdensome in that it seeks documents not relevant to the

23  claims or defenses in this action and not reasonably calculated to lead to the

24  discovery of admissible evidence.  Mattel has not demonstrated how *all* policies,

25  practices and procedures regarding the use of transportable media that contain or are

26  capable of containing DIGITAL INFORMATION, could be relevant to the claims

27  and defenses in this action.  The request is not limited to the subject matter of this

28  action and is thus impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May 22

-212-

EXHIBIT 2
PAGE 268

1   Order at 21:5-7. MGA Mexico further objects to this request as being overly broad

2   and unduly burdensome on the grounds that it is not limited in time or geographic

3   scope. MGA Mexico further objects to the phrase "use of transportable media" as

4   vague and ambiguous. MGA Mexico further objects to the request to the extent that

5   it seeks documents that by reason of public filing, public distribution or otherwise

6   are already in Mattel's possession or are readily accessible to Mattel. MGA Mexico

7   further objects to the request to the extent that it seeks documents not in MGA

8   Mexico's possession, custody or control. MGA Mexico further objects to the request

9   to the extent it seeks confidential, proprietary or commercially sensitive information,

10  the disclosure of which would be inimical to the business interests of MGA Mexico.

11      MGA Mexico further objects to this request as cumulative, duplicative, and

12  unduly burdensome to the extent that it seeks documents previously requested by

13  Mattel and/or produced in response to Mattel's document requests.

14  REQUEST FOR PRODUCTION NO. 142:

15      To the extent not produced in response to any other Request for Production, all

16  DOCUMENTS and tangible things that upon which YOU intend to rely to support

17  YOUR defenses in this ACTION.

18  RESPONSE TO REQUEST FOR PRODUCTION NO. 142:

19      MGA Mexico incorporates by reference its General Response and General

20  Objections above, as though fully set forth herein and specifically incorporates

21  General Objection No. 15 (regarding Definitions). MGA Mexico further objects to

22  the request to the extent it seeks the production of documents that are protected from

23  disclosure under any applicable privilege, doctrine or immunity, including without

24  limitation the attorney-client privilege, the work product doctrine, the right of

25  privacy, and all other privileges recognized under the constitutional, statutory or

26  decisional law of the United States of America, the State of California or any other

27  applicable jurisdiction, including, but not limited to, such laws existing in the United

28  Mexican States. MGA Mexico further objects to this request on the grounds that it is

EXHIBIT 2

PAGE 159

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
236413.05-Palo-Alto Server 1A                                          MSW - Draft December 19, 2007 - 1:25 PM

1 overly broad and unduly burdensome in that it seeks documents not relevant to the

2 claims or defenses in this action and not reasonably calculated to lead to the

3 discovery of admissible evidence.  The request is not limited to the subject matter of

4 this action and is thus impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May

5 22 Order at 21:5-7.  MGA Mexico further objects to this request as being overly

6 broad and unduly burdensome on the grounds that it is not limited in time or

7 geographic scope.  MGA Mexico further objects to the request to the extent that it

8 seeks documents that by reason of public filing, public distribution or otherwise are

9 already in Mattel's possession or are readily accessible to Mattel.  MGA Mexico

10 further objects to the request to the extent that it seeks documents not in MGA

11 Mexico's possession, custody or control.  MGA Mexico further objects to the request

12 to the extent it seeks confidential, proprietary or commercially sensitive information,

13 the disclosure of which would be inimical to the business interests of MGA Mexico.

14 　　　　MGA Mexico further objects to this request as cumulative, duplicative, and

15 unduly burdensome to the extent that it seeks documents previously requested by

16 Mattel and/or produced in response to Mattel's document requests.

17 REQUEST FOR PRODUCTION NO. 143:

18 　　　　To the extent not produced in response to any other Request for Production, all

19 DOCUMENTS and tangible things upon which YOU intend to rely in this ACTION.

20 RESPONSE TO REQUEST FOR PRODUCTION NO. 143:

21 　　　　MGA Mexico incorporates by reference its General Response and General

22 Objections above, as though fully set forth herein and specifically incorporates

23 General Objection No. 15 (regarding Definitions).  MGA Mexico further objects to

24 the request to the extent it seeks the production of documents that are protected from

25 disclosure under any applicable privilege, doctrine or immunity, including without

26 limitation the attorney-client privilege, the work product doctrine, the right of

27 privacy, and all other privileges recognized under the constitutional, statutory or

28 decisional law of the United States of America, the State of California or any other

-214-

EXHIBIT __2__

PAGE __260__

1  applicable jurisdiction, including, but not limited to, such laws existing in the United

2  Mexican States. MGA Mexico further objects to this request on the grounds that it is

3  overly broad and unduly burdensome in that it seeks documents not relevant to the

4  claims or defenses in this action and not reasonably calculated to lead to the

5  discovery of admissible evidence. The request is not limited to the subject matter of

6  this action and is thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May

7  22 Order at 21:5-7. MGA Mexico further objects to this request as being overly

8  broad and unduly burdensome on the grounds that it is not limited in time or

9  geographic scope. MGA Mexico further objects to the request to the extent that it

10  seeks documents that by reason of public filing, public distribution or otherwise are

11  already in Mattel's possession or are readily accessible to Mattel. MGA Mexico

12  further objects to the request to the extent that it seeks documents not in MGA

13  Mexico's possession, custody or control. MGA Mexico further objects to the request

14  to the extent it seeks confidential, proprietary or commercially sensitive information,

15  the disclosure of which would be inimical to the business interests of MGA Mexico.

16  Such information may also be subject to protective orders governing other litigations

17  thereby precluding disclosure in response to this request.

18      MGA Mexico further objects to this request as cumulative, duplicative, and

19  unduly burdensome to the extent that it seeks documents previously requested by

20  Mattel and/or produced in response to Mattel's document requests.

21  REQUEST FOR PRODUCTION NO. 144:

22      All DOCUMENTS that REFER OR RELATE TO Machado's citizenship or

23  residency status in the United States after January 1, 2004.

24  RESPONSE TO REQUEST FOR PRODUCTION NO. 144:

25      MGA Mexico incorporates by reference its General Response and General

26  Objections above, as though fully set forth herein and specifically incorporates

27  General Objection No. 15 (regarding Definitions), including without limitation MGA

28  Mexico's objection to the definition of the term REFER OR RELATE TO. MGA

EXHIBIT ___2___

PAGE ___261___

-215-

1   Mexico further objects to the request to the extent it seeks the production of

2   documents that are protected from disclosure under any applicable privilege, doctrine

3   or immunity, including without limitation the attorney-client privilege, the work

4   product doctrine, the right of privacy, and all other privileges recognized under the

5   constitutional, statutory or decisional law of the United States of America, the State

6   of California or any other applicable jurisdiction, including, but not limited to, such

7   laws existing in the United Mexican States.  MGA Mexico further objects to this

8   request on the grounds that it is overly broad and unduly burdensome in that it seeks

9   documents not relevant to the claims or defenses in this action and not reasonably

10  calculated to lead to the discovery of admissible evidence.  Mattel has not

11  demonstrated how *all* DOCUMENTS that REFER OR RELATE TO Machado's

12  citizenship or residency status in the United States after January 1, 2004 could be

13  relevant to the claims and defenses in this action.  The request is not limited to the

14  subject matter of this action and is thus impermissibly overbroad.  See Aug. 13 Order

15  at 9:17-20; May 22 Order at 21:5-7.  MGA Mexico further objects to this request as

16  being overly broad and unduly burdensome on the grounds that it is not sufficiently

17  limited in time or geographic scope.  MGA Mexico further objects to this request on

18  the grounds that the term REFER OR RELATE TO renders the request vague,

19  ambiguous, overly broad and unduly burdensome.  MGA Mexico further objects to

20  the request to the extent that it seeks documents that by reason of public filing,

21  public distribution or otherwise are already in Mattel's possession or are readily

22  accessible to Mattel.  MGA Mexico further objects to the request to the extent that it

23  seeks documents not in MGA Mexico's possession, custody or control.  MGA

24  Mexico further objects to the request to the extent it seeks confidential, proprietary

25  or commercially sensitive information, the disclosure of which would be inimical to

26  the business interests of MGA Mexico.  Such information may also be subject to

27  protective orders governing other litigations thereby precluding disclosure in

28  response to this request.  MGA Mexico further objects to the request to the extent it

-216-

EXHIBIT ___2___
PAGE __262__

1 violates the privacy rights of third parties to their private, confidential, proprietary or
2 trade secret information.

3    MGA Mexico further objects to this request as cumulative, duplicative, and
4 unduly burdensome to the extent that it seeks documents previously requested by
5 Mattel and/or produced in response to Mattel's document requests.

6 REQUEST FOR PRODUCTION NO. 145:

7    All DOCUMENTS that REFER OR RELATE TO Machado's citizenship or
8 residency status in Mexico after January 1, 2004.

9 RESPONSE TO REQUEST FOR PRODUCTION NO. 145:

10    MGA Mexico incorporates by reference its General Response and General
11 Objections above, as though fully set forth herein and specifically incorporates
12 General Objection No. 15 (regarding Definitions), including without limitation MGA
13 Mexico's objection to the definition of the term REFER OR RELATE TO. MGA
14 Mexico further objects to the request to the extent it seeks the production of
15 documents that are protected from disclosure under any applicable privilege, doctrine
16 or immunity, including without limitation the attorney-client privilege, the work
17 product doctrine, the right of privacy, and all other privileges recognized under the
18 constitutional, statutory or decisional law of the United States of America, the State
19 of California or any other applicable jurisdiction, including, but not limited to, such
20 laws existing in the United Mexican States. MGA Mexico further objects to this
21 request on the grounds that it is overly broad and unduly burdensome in that it seeks
22 documents not relevant to the claims or defenses in this action and not reasonably
23 calculated to lead to the discovery of admissible evidence. Mattel has not
24 demonstrated how *all* DOCUMENTS that REFER OR RELATE TO Machado's
25 citizenship or residency status hi Mexico after January 1, 2004could be relevant to
26 the claims and defenses in this action. The request is not limited to the subject
27 matter of this action and is thus impermissibly overbroad. See Aug. 13 Order at
28 9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this request as

-217-

EXHIBIT  2
PAGE  243

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
00526415.05-Palo Alto Server 1A                MSW - Draft December 19, 2007 - 1:25 PM

1  being overly broad and unduly burdensome on the grounds that it is not sufficiently

2  limited in time.  MGA Mexico further objects to this request on the grounds that the

3  term REFER OR RELATE TO renders the request vague, ambiguous, overly broad

4  and unduly burdensome.  MGA Mexico further objects to the request to the extent

5  that it seeks documents that by reason of public filing, public distribution or

6  otherwise are already in Mattel's possession or are readily accessible to Mattel.

7  MGA Mexico further objects to the request to the extent that it seeks documents not

8  in MGA Mexico's possession, custody or control.  MGA Mexico further objects to

9  the request to the extent it seeks confidential, proprietary or commercially sensitive

10 information, the disclosure of which would be inimical to the business interests of

11 MGA Mexico.  Such information may also be subject to protective orders governing

12 other litigations thereby precluding disclosure in response to this request.  MGA

13 Mexico further objects to the request to the extent it violates the privacy rights of

14 third parties to their private, confidential, proprietary or trade secret information.

15       MGA Mexico further objects to this request as cumulative, duplicative, and

16 unduly burdensome to the extent that it seeks documents previously requested by

17 Mattel and/or produced in response to Mattel's document requests.

18 REQUEST FOR PRODUCTION NO. 146:

19       All COMMUNICATIONS between any FORMER MATTEL EMPLOYEE

20 and YOUR customers, distributors, advertisers, advertising agencies, marketing

21 consultants, or public relations firms before January 1, 2006.

22 RESPONSE TO REQUEST FOR PRODUCTION NO. 146:

23       MGA Mexico incorporates by reference its General Response and General

24 Objections above, as though fully set forth herein and specifically incorporates

25 General Objection No. 15 (regarding Definitions), including without limitation MGA

26 Mexico's objection to the definition of the term FORMER MATTEL EMPLOYEE.

27 MGA Mexico further objects to the request to the extent it seeks the production of

28 documents that are protected from disclosure under any applicable privilege, doctrine

EXHIBIT __2__

PAGE __264__

-218-

1  or immunity, including without limitation the attorney-client privilege, the work

2  product doctrine, the right of privacy, and all other privileges recognized under the

3  constitutional, statutory or decisional law of the United States of America, the State

4  of California or any other applicable jurisdiction, including, but not limited to, such

5  laws existing in the United Mexican States.  MGA Mexico further objects to this

6  request on the grounds that it is overly broad and unduly burdensome in that it seeks

7  documents not relevant to the claims or defenses in this action and not reasonably

8  calculated to lead to the discovery of admissible evidence.  Mattel has not

9  demonstrated how *all* COMMUNICATIONS between any FORMER MATTEL

10 EMPLOYEE and YOUR customers, distributors, advertisers, advertising agencies,

11 marketing consultants, or public relations firms before January 1, 2006 could be

12 relevant to the claims and defenses in this action.  The request is not limited to the

13 subject matter of this action and is thus impermissibly overbroad.  See Aug. 13 Order

14 at 9:17-20; May 22 Order at 21:5-7.  MGA Mexico further objects to this request as

15 being overly broad and unduly burdensome on the grounds that it is not sufficiently

16 limited in time or geographic scope.  MGA Mexico further objects to this request on

17 the grounds that the term FORMER MATTEL EMPLOYEE renders the request

18 vague, ambiguous, overly broad and unduly burdensome.  MGA Mexico further

19 objects to the request to the extent that it seeks documents that by reason of public

20 filing, public distribution or otherwise are already in Mattel's possession or are

21 readily accessible to Mattel.  MGA Mexico further objects to the request to the

22 extent that it seeks documents not in MGA Mexico's possession, custody or control.

23 MGA Mexico further objects to the request to the extent it seeks confidential,

24 proprietary or commercially sensitive information, the disclosure of which would be

25 inimical to the business interests of MGA Mexico.  Such information may also be

26 subject to protective orders governing other litigations thereby precluding disclosure

27 in response to this request.  MGA Mexico further objects to the request to the extent

28

EXHIBIT __2__

PAGE __265__

-219-

1  it violates the privacy rights of third parties to their private, confidential, proprietary

2  or trade secret information.

3      MGA Mexico further objects to this request as cumulative, duplicative, and

4  unduly burdensome to the extent that it seeks documents previously requested by

5  Mattel and/or produced in response to Mattel's document requests.

6  REQUEST FOR PRODUCTION NO. 147:

7      All DOCUMENTS that REFER OR RELATE TO COMMUNICATIONS

8  between any FORMER MATTEL EMPLOYEE and YOUR customers, distributors,

9  advertisers, advertising agencies, marketing consultants, or public relations firms

10  before January 1, 2006.

11  RESPONSE TO REQUEST FOR PRODUCTION NO. 147:

12      MGA Mexico incorporates by reference its General Response and General

13  Objections above, as though fully set forth herein and specifically incorporates

14  General Objection No. 15 (regarding Definitions), including without limitation MGA

15  Mexico's objection to the definition of the terms REFER OR RELATE TO and

16  FORMER MATTEL EMPLOYEE.  MGA Mexico further objects to the request to

17  the extent it seeks the production of documents that are protected from disclosure

18  under any applicable privilege, doctrine or immunity, including without limitation

19  the attorney-client privilege, the work product doctrine, the right of privacy, and all

20  other privileges recognized under the constitutional, statutory or decisional law of

21  the United States of America, the State of California or any other applicable

22  jurisdiction, including, but not limited to, such laws existing in the United Mexican

23  States.  MGA Mexico further objects to this request on the grounds that it is overly

24  broad and unduly burdensome in that it seeks documents not relevant to the claims or

25  defenses in this action and not reasonably calculated to lead to the discovery of

26  admissible evidence.  Mattel has not demonstrated how *all* DOCUMENTS that

27  REFER OR RELATE TO COMMUNICATIONS between any FORMER MATTEL

28  EMPLOYEE and YOUR customers, distributors, advertisers, advertising agencies,

-220-

EXHIBIT __2__

PAGE __266__

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
LA 15.05-Palo Alto Server 1A                    MSW - Draft December 19, 2007 - 1:25 PM

1  marketing consultants, or public relations firms before January 1, 2006 could be

2  relevant to the claims and defenses in this action. The request is not limited to the

3  subject matter of this action and is thus impermissibly overbroad. See Aug. 13 Order

4  at 9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this request as

5  being overly broad and unduly burdensome on the grounds that it is not sufficiently

6  limited in time or geographic scope. MGA Mexico further objects to this request on

7  the grounds that the terms REFER OR RELATE TO and FORMER MATTEL

8  EMPLOYEE render the request vague, ambiguous, overly broad and unduly

9  burdensome. MGA Mexico further objects to the request to the extent that it seeks

10  documents that by reason of public filing, public distribution or otherwise are already

11  in Mattel's possession or are readily accessible to Mattel. MGA Mexico further

12  objects to the request to the extent that it seeks documents not in MGA Mexico's

13  possession, custody or control. MGA Mexico further objects to the request to the

14  extent it seeks confidential, proprietary or commercially sensitive information, the

15  disclosure of which would be inimical to the business interests of MGA Mexico.

16  Such information may also be subject to protective orders governing other litigations

17  thereby precluding disclosure in response to this request. MGA Mexico further

18  objects to the request to the extent it violates the privacy rights of third parties to

19  their private, confidential, proprietary or trade secret information.

20      MGA Mexico further objects to this request as cumulative, duplicative, and

21  unduly burdensome to the extent that it seeks documents previously requested by

22  Mattel and/or produced in response to Mattel's document requests.

23  REQUEST FOR PRODUCTION NO. 148:

24      All COMMUNICATIONS between YOU and YOUR customers, distributors,

25  advertisers, advertising agencies, marketing consultants, or public relations firms that

26  REFER OR RELATE TO MATTEL.

27

28

EXHIBIT __2__

PAGE __267__

-221-

1 | RESPONSE TO REQUEST FOR PRODUCTION NO. 148:

2 |   MGA Mexico incorporates by reference its General Response and General

3 | Objections above, as though fully set forth herein and specifically incorporates

4 | General Objection No. 15 (regarding Definitions), including without limitation MGA

5 | Mexico's objection to the definition of the term REFER OR RELATE TO and

6 | MATTEL. MGA Mexico further objects to the request to the extent it seeks the

7 | production of documents that are protected from disclosure under any applicable

8 | privilege, doctrine or immunity, including without limitation the attorney-client

9 | privilege, the work product doctrine, the right of privacy, and all other privileges

10 | recognized under the constitutional, statutory or decisional law of the United States

11 | of America, the State of California or any other applicable jurisdiction, including, but

12 | not limited to, such laws existing in the United Mexican States. MGA Mexico

13 | further objects to this request on the grounds that it is overly broad and unduly

14 | burdensome in that it seeks documents not relevant to the claims or defenses in this

15 | action and not reasonably calculated to lead to the discovery of admissible evidence.

16 | Mattel has not demonstrated how *all* COMMUNICATIONS between YOU and

17 | YOUR customers, distributors, advertisers, advertising agencies, marketing

18 | consultants, or public relations firms that REFER OR RELATE TO MATTEL could

19 | be relevant to the claims and defenses in this action. The request is not limited to the

20 | subject matter of this action and is thus impermissibly overbroad. See Aug. 13 Order

21 | at 9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this request as

22 | being overly broad and unduly burdensome on the grounds that it is not limited in

23 | time or geographic scope. MGA Mexico further objects to this request on the

24 | grounds that the term REFER OR RELATE TO MATTEL renders the request vague,

25 | ambiguous, overly broad and unduly burdensome. MGA Mexico further objects to

26 | the request to the extent that it seeks documents that by reason of public filing,

27 | public distribution or otherwise are already in Mattel's possession or are readily

28 | accessible to Mattel. MGA Mexico further objects to the request to the extent that it

EXHIBIT __2__

PAGE __268__

-222-

1  seeks documents not in MGA Mexico's possession, custody or control. MGA

2  Mexico further objects to the request to the extent it seeks confidential, proprietary

3  or commercially sensitive information, the disclosure of which would be inimical to

4  the business interests of MGA Mexico. Such information may also be subject to

5  protective orders governing other litigations thereby precluding disclosure in

6  response to this request. MGA Mexico further objects to the request to the extent it

7  violates the privacy rights of third parties to their private, confidential, proprietary or

8  trade secret information.

9      MGA Mexico further objects to this request as cumulative, duplicative, and

10  unduly burdensome to the extent that it seeks documents previously requested by

11  Mattel and/or produced in response to Mattel's document requests.

12

13  DATED:  December 21, 2007        SKADDEN, ARPS, SLATE, MEAGHER &
                                      FLOM, LLP
14

15                                  By: _____
16                                       THOMAS J. NOLAN

17                                  Attorneys for Counter-Defendants,
                                    MGA ENTERTAINMENT, INC.,
18                                  ISAAC LARIAN, MGA ENTERTAINMENT
                                    (HK) LIMITED, AND MGAE de MEXICO
19                                  S.R.L. de C.V.

20

21

22

23

24

25

26

27                                  EXHIBIT   2
28                                  PAGE   269

-223-

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 300 South Grand Avenue, 34th Floor, Los Angeles, CA 90071.

On **December 21, 2007**, I served the foregoing document described as:

**MGAE DE Mexico S.R.L DE C.V.'s OBJECTIONS AND RESPONSES TO MATTEL INC.'S FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS**

on the interested parties in this action addressed as follows:

**SEE ATTACHED SERVICE LIST**

[X]   **(BY PERSONAL SERVICE)** ☐   By personally delivering copies to the person served. (FEDERAL) (As Noted.)

[X]   I caused such documents to be hand delivered to the office of the addressee. (FEDERAL) (As Noted.)

[X]   **(BY FEDERAL EXPRESS)** I am readily familiar with the firm's practice for the collection and processing of correspondence for mailing with Federal Express and the fact that the correspondence would be deposited with Federal Express that same day in the ordinary course of business; on this date, the above-referenced correspondence was placed for deposit at Los Angeles, California and placed for collection and mailing following ordinary business practices. (As Noted.)

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

Executed on **December 21, 2007** at Los Angeles, California.

Cecilia Reyes
PRINT NAME                         SIGNATURE

EXHIBIT  2
PAGE  270

1

PROOF OF SERVICE                         NO. CV 04-9049 SGL (RNBx)

1  <u>SERVICE LIST</u>

2

3  John B. Quinn, Esq.                     John W. Keker, Esq.
   Michael T. Zeller, Esq.                 Michael H. Page, Esq.
4  Jon D. Corey, Esq.                      Keker & Van Nest, LLP
   Timothy L. Alger, Esq.                  710 Sansome Street
5  Quinn Emanuel Urquhart Oliver &         San Francisco, CA  94111
   Hedges, LLP                             (415)  391-5400
6  865 South Figueroa Street, 10th Floor   (415)  397-7188 (Fax)
   Los Angeles, CA  90017-2543
7  (213)  443-3000                         Attorneys for Carter Bryant
   (213)  443-3100 (Fax)                   [Federal Express]
8
   Attorneys for Mattel, Inc.
9  [Personal Service]

10

11

12 Mark E. Overland, Esq.
   Alexander H. Cote, Esq.
   David C. Scheper, Esq.
13 Overland Borenstein Scheper & Kim
   300 South Grand Avenue, Suite 2750
14 Los Angeles, CA  90071
   (213)  613-4655
15 (213)  613-4656 (Fax)

16 Attorneys for Carlos Gustavo Machado
   Gomez
17 [Federal Express]

18

19

20

21

22

23

24

25

26                                         EXHIBIT  2
27                                         PAGE  271
28

                          2