# EXHIBIT 3

1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
      John B. Quinn (Bar No. 090378)
2      johnquinn@quinnemanuel.com
      Michael T. Zeller (Bar No. 196417)
3      (michaelzeller@quinnemanuel.com)
      Jon D. Corey (Bar No. 185066)
4      (joncorey@quinnemanuel.com)
      Timothy L. Alger (Bar No. 160303)
5      (timalger@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
6  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
7  Facsimile: (213) 443-3100

8  Attorneys for Mattel, Inc.

9

10                 UNITED STATES DISTRICT COURT

11                CENTRAL DISTRICT OF CALIFORNIA

12                      EASTERN DIVISION

13  CARTER BRYANT, an individual,        CASE NO. CV 04-9049 SGL (RNBx)

14              Plaintiff,               Consolidated with
                                         Case No. CV 04-09059
15        vs.                            Case No. CV 05-02727

16  MATTEL, INC., a Delaware             MATTEL, INC.'S SECOND SET OF
    corporation,                         REQUESTS FOR DOCUMENTS AND
17                                       THINGS TO MGAE DE MEXICO,
              Defendant.                 S.R.L. DE C.V.
18
19  AND CONSOLIDATED CASES
20
21
22
23
24
25
26
27                                       EXHIBIT ___3___
28                                       PAGE ___272___

07209/2324007.1

MATTEL'S SECOND SET OF DOCUMENT REQUESTS TO MGAE DE MEXICO, S.R.L. DE C.V.

1     Pursuant to <u>Rule</u> 34 of the <u>Federal Rules of Civil Procedure</u>,

2  Mattel, Inc. hereby requests that MGAE de Mexico, S.R.L. de C.V. ("MGA

3  Mexico") respond to these document requests ("Requests") and make available for

4  inspection and copying originals of the following documents within 30 days of

5  service at the offices of Quinn Emanuel Urquhart Oliver & Hedges, LLP, 865 South

6  Figueroa Street, 10th floor, Los Angeles, CA 90017.  MGA Mexico shall be

7  obligated to supplement responses to these requests at such times and to the extent

8  required by <u>Rule</u> 26(e) of the <u>Federal Rules of Civil Procedure</u>.

9

10  **I.**     **DEFINITIONS**

11          A.     ""YOU" and "YOUR" mean MGAE de Mexico, S.R.L. de C.V.,

12  and any PERSON acting directly or indirectly by, through, under or on behalf of

13  MGAE de Mexico, S.R.L. de C.V., including but not limited to current or former

14  directors, officers, employees, agents, contractors, attorneys, accountants, or

15  representatives of MGAE de Mexico, S.R.L. de C.V. and any corporation,

16  partnership, association, trust, parent, subsidiary, division, affiliate, predecessor-in-

17  interest and successor-in-interest, and any other PERSON acting on its behalf.

18          B.     "MGA" means MGA Entertainment, Inc. and any PERSON

19  acting directly or indirectly by, through, under or on behalf of MGA Entertainment,

20  Inc., including but not limited to, current or former directors, officers, employees,

21  agents, contractors, attorneys, accountants, or representatives of MGA

22  Entertainment, Inc., and any current or former corporation, partnership, association,

23  trust, parent, subsidiary, division, AFFILIATE, predecessor-in-interest and

24  successor-in-interest of MGA Entertainment, Inc., and any other PERSON acting on

25  its behalf.

26          C.     "MATTEL" means Mattel, Inc. and all current or former

27  directors, officers, employees, agents, contractors, attorneys, accountants,

representatives, subsidiaries, divisions, AFFILIATES, predecessors-in-interest and

EXHIBIT 3
PAGE 273
07205/2044074

1 successors-in-interest, and any other PERSON acting on its behalf, pursuant to its

2 authority or subject to its control.

3      D.    "NICKELODEON" means Nickelodeon, Inc., the cable

4 television network carried on cable and satellite television systems, and any

5 PERSON acting directly or indirectly by, through, under or on behalf of

6 Nickelodeon, Inc., including but not limited to, current or former directors, officers,

7 employees, agents, contractors, attorneys, accountants, or representatives of

8 Nickelodeon, Inc., and any current or former corporation, partnership, association,

9 trust, parent, subsidiary, division, AFFILIATE, predecessor-in-interest and

10 successor-in-interest of Nickelodeon, Inc., and any other PERSON acting on its

11 behalf.

12      E.    "ZAPF" means Zapf Creation AG and any PERSON acting

13 directly or indirectly by, through, under or on behalf of Zapf Creation AG, including

14 but not limited to, current or former directors, officers, employees, agents,

15 contractors, attorneys, accountants, or representatives of Zapf Creation AG, and any

16 current or former corporation, partnership, association, trust, parent, subsidiary,

17 division, AFFILIATE, predecessor-in-interest and successor-in-interest of Zapf

18 Creation AG, and any other PERSON acting on its behalf.

19      F.    "SMOBY" means Smoby Group and any PERSON acting

20 directly or indirectly by, through, under or on behalf of Smoby Group, including but

21 not limited to, current or former directors, officers, employees, agents, contractors,

22 attorneys, accountants, or representatives of Smoby Group, and any current or

23 former corporation, partnership, association, trust, parent, subsidiary, division,

24 AFFILIATE, predecessor-in-interest and successor-in-interest of Smoby Group, and

25 any other PERSON acting on its behalf.

26      G.    "CARU" means The Children's Advertising Review Unit and any

27 PERSON acting directly or indirectly by, through, under or on behalf of The

28 Children's Advertising Review Unit, including but not limited to, current or former

EXHIBIT
PAGE
07909254007.1

MATTEL'S SECOND SET OF DOCUMENT REQUESTS TO MGAE DE MEXICO, S.R.L. DE C.V.

1  directors, officers, employees, agents, contractors, attorneys, accountants, or

2  representatives of The Children's Advertising Review Unit, and any current or

3  former corporation, partnership, association, trust, parent, subsidiary, division,

4  AFFILIATE, predecessor-in-interest and successor-in-interest of The Children's

5  Advertising Review Unit, and any other PERSON acting on its behalf.

6      H.    "BRATZ" means any project, product, doll or DESIGN ever

7  known by that name (whether in whole or in part and regardless of what such

8  project, product or doll is or has been also, previously or subsequently called) and

9  any product, doll or DESIGN or any portion thereof that is now or has ever been

10  known as, or sold or marketed under, the name or term "Bratz" (whether in whole or

11  in part and regardless of what such product, doll or DESIGN or portion thereof is or

12  has been also, previously or subsequently called) or that is now or has ever been

13  sold or marketed as part of the "Bratz" line, and each version or iteration of such

14  product, doll or DESIGN or any portion thereof.  As used herein, "product, doll or

15  DESIGNS or any portion thereof" also includes without limitation any names,

16  fashions, accessories, artwork, packaging or any other works, materials, matters or

17  items included or associated therewith.  Without limiting the generality of the

18  foregoing, the term "BRATZ" does not and shall not require that there be a doll,

19  product or three-dimensional embodiment existing at the time of the event, incident

20  or occurrence that is the subject of, or otherwise relevant or responsive to, the

21  Requests herein.

22      I.    "DESIGN" or "DESIGNS" means any and all representations,

23  whether two-dimensional or three-dimensional, and whether in tangible, digital,

24  electronic or other form, including but not limited to all works, designs, artwork,

25  sketches, drawings, illustrations, representations, depictions, blueprints, schematics,

26  diagrams, images, sculptures, prototypes, models, samples, rotocasts, reductions to

27  practice, developments, inventions and/or improvements, as well as all other items,

28  things and DOCUMENTS in which any of the foregoing are or have been

EXHIBIT

3

07100747424007.1

PAGE 275

-4-

1  expressed, embodied, contained, fixed or reflected in any manner, whether in whole
2  or in part.
3              J.      "DOCUMENT" or "DOCUMENTS" means all "writings" and
4  "recordings" as those terms are defined in Rule 1001 of the Federal Rules of
5  Evidence and Rule 34 of the Federal Rules of Civil Procedure and shall include all
6  writings, including but not limited to, handwriting, typewriting, printing, image,
7  photograph, photocopy, digital file of any kind, transmittal by (or as an attachment
8  to) electronic mail (including instant messages and text messages) or facsimile,
9  video and audio recordings, and every other means of recording upon any tangible
10  thing, any form of communication or representation, and any record thereby created,
11  regardless of the manner in which the record has been stored, and all non-identical
12  copies of such DOCUMENTS, in the possession, custody, or control of YOU,
13  YOUR counsel, or any other PERSON acting on YOUR behalf.
14              K.      "AFFILIATES" means any and all corporations, proprietorships,
15  d/b/a's, partnerships, joint ventures and business entities of any kind that, directly or
16  indirectly, in whole or in part, own or control, are under common ownership or
17  control with, or are owned or controlled by a PERSON, party or entity, including
18  without limitation, each parent, subsidiary and joint venture of such PERSON, party
19  or entity.
20              L.      "IDENTIFY" or "IDENTITY" means the following:
21              (a)      With reference to an individual, means such individual's name,
22  current or last known business title, current or last known business affiliation,
23  current or last known relationship to YOU, current or last known residential and
24  business address, and current or last known telephone number.
25              (b)      With reference to an entity or entities, such entity's full name,
26  state (or country) of incorporation or organization, present or last known address,
27  and present or last known telephone number.

EXHIBIT ___3___
PAGE ___276___

MATTEL'S SECOND SET OF DOCUMENT REQUESTS TO MGAE DE MEXICO, S.R.L. DE C.V.

07209/2324007.1

1      (c)    With reference to any other DOCUMENT or DOCUMENTS,

2 means the date, identity of the author, addressee(s), signatories, parties, or other

3 PERSONS identified therein, its present location or custodian and a description of

4 its contents.

5      (d)    With reference to an account with a bank or financial institution,

6 means the name and address of the bank or financial institution, the account

7 number(s) for or otherwise associated with such account and the name of each

8 holder, including without limitation, each beneficial holder, of each such account.

9      M.    "RELATING," "RELATING TO," "REFERRING OR

10 RELATING TO," or "REFER OR RELATE TO" means any and all of the following

11 terms and their synonyms:  refer to, discuss, constitute, evidence, pertain to,

12 mention, support, undermine, disprove, refute, contradict, negate, bear on, touch on,

13 contain, embody, reflect, identify, state, deal with, concern, comment on,

14 summarize, respond to, relate to, or describe.

15      N.    "PERSON," in the plural as well as the singular, means any

16 natural person, association, partnership, corporation, joint venture, government

17 entity, organization, trust, institution, proprietorship, or any other entity recognized

18 as having an existence under the laws in the United States or any other nation.

19      O.    "COMMUNICATION," in the plural as well as the singular,

20 means any transmittal and/or receipt of information, whether such was oral or

21 written, and whether such was by chance, prearranged, formal or informal, and

22 specifically includes, but is not limited to, conversations in person, telephone

23 conversations, electronic mail (including instant messages and text messages),

24 voicemail, letters, memoranda, statements, media releases, magazine and newspaper

25 articles, and video and audio transmissions.

26      P.    The singular form of a noun or pronoun includes within its

27 meaning the plural form of the noun or pronoun so used, and vice versa; the use of

28 the masculine form of a pronoun also includes within its meaning the feminine form

EXHIBIT
PAGE 217

-6-

1   of the pronoun so used, and vice versa; the use of any tense of any verb includes

2   also within its meaning all other tenses of the verb so used, whenever such

3   construction results in a broader request for information; and "and" includes "or"

4   and vice versa, whenever such construction results in a broader disclosure of

5   documents or information.

6

7   **II.   INSTRUCTIONS**

8           A.   YOU are to produce all requested DOCUMENTS in YOUR

9   possession, custody or control.

10           B.   If YOU contend that YOU are not required to produce certain

11   DOCUMENTS called for by these Requests on the grounds of a privilege or

12   protection that YOU are not prepared to waive, IDENTIFY each such DOCUMENT

13   and provide the following information:

14              1.   the date and type of the DOCUMENT, the author(s) and all

15                 recipients;

16              2.   the privilege or protection that YOU claim permits YOU to

17                 withhold the DOCUMENT;

18              3.   the title and subject matter of the DOCUMENT;

19              4.   any additional facts on which YOU base YOUR claim of

20                 privilege or protection; and

21              5.   the IDENTITY of the current custodian of the original of the

22                 DOCUMENT.

23           C.   DOCUMENTS shall be produced in their original file folders, or

24   in lieu thereof, any writing on the file folder from which each such DOCUMENT is

25   taken shall be copied and appended to such DOCUMENT and the PERSON for

26   whom or department, division or office for which the DOCUMENT or the file

27   folder is maintained shall be identified.

28

EXHIBIT _3_
PAGE _278_

MATTEL'S SECOND SET OF DOCUMENT REQUESTS TO MGAE DE MEXICO, S.R.L. DE C.V.

1        D.    The DOCUMENTS should be produced in their complete and

2    unaltered form.  Attachments to DOCUMENTS should not be removed.  The

3    DOCUMENTS should not be cut-up, pasted over, redacted or altered in any way for

4    any reason, including alleged nonrelevance.  If emails are produced that had

5    attachments, the attachments shall be attached when produced.

6        E.    DOCUMENTS in electronic form shall be produced in that form.

7        F.    In the event that any DOCUMENT called for by these requests

8    has been destroyed or discarded, that DOCUMENT is to be identified by stating:

9        1.    the date and type of the DOCUMENT, the author(s) and all

10          recipients;

11       2.    the DOCUMENT's date, subject matter, number of pages, and

12          attachments or appendices;

13       3.    the date of destruction or discard, manner of destruction or

14          discard, and reason for destruction or discard;

15       4.    the PERSONS who were authorized to carry out such destruction

16          or discard;

17       5.    the PERSONS who have knowledge of the content, origins,

18          distribution and destruction of the DOCUMENT; and

19       6.    whether any copies of the DOCUMENT exist and, if so, the

20          name of the custodian of each copy.

21

22

23

24

25

26

27

28

EXHIBIT __3__

PAGE __279__

-8-

1  **III.   REQUESTS FOR DOCUMENTS AND THINGS**

2

3  REQUEST FOR PRODUCTION NO. 1:

4         All DOCUMENTS, including but not limited to all

5  COMMUNICATIONS with any PERSON, that REFER OR RELATE TO YOUR

6  allegation that MATTEL engaged in "efforts to undermine MGA's business and to

7  'kill' Bratz at any cost."

8

9  REQUEST FOR PRODUCTION NO. 2:

10         All DOCUMENTS, including but not limited to all

11  COMMUNICATIONS with any PERSON, that YOU contend prove or that YOU

12  will rely on at trial to prove that MATTEL engaged in "efforts to undermine MGA's

13  business and to 'kill' Bratz at any cost."

14

15  REQUEST FOR PRODUCTION NO. 3:

16         All DOCUMENTS, including but not limited to all

17  COMMUNICATIONS with any PERSON, that REFER OR RELATE TO

18  MATTEL'S success or failure in its alleged "efforts to undermine MGA's business

19  and to 'kill' Bratz at any cost."

20

21  REQUEST FOR PRODUCTION NO. 4:

22         DOCUMENTS sufficient to IDENTIFY all PERSONS with knowledge

23  of YOUR allegation that MATTEL engaged in "efforts to undermine MGA's

24  business."

25

26

27  EXHIBIT __3__

28  PAGE __280__

-9-

1  REQUEST FOR PRODUCTION NO. 5:

2        DOCUMENTS sufficient to IDENTIFY all PERSONS with knowledge

3  of YOUR allegation that MATTEL engaged in "efforts to . . . 'kill' Bratz at any

4  cost."

5

6  REQUEST FOR PRODUCTION NO. 6:

7        DOCUMENTS describing all time periods during which MATTEL

8  allegedly engaged in "efforts to undermine MGA's business and to 'kill' Bratz at any

9  cost." `

10

11  REQUEST FOR PRODUCTION NO. 7:

12        All DOCUMENTS, including but not limited to all

13  COMMUNICATIONS with any PERSON, RELATING to YOUR actions in

14  response to or efforts to stop, thwart, prevent or interfere with MATTEL'S alleged

15  "efforts to undermine MGA's business and to 'kill' Bratz at any cost."

16

17  REQUEST FOR PRODUCTION NO. 8:

18        All DOCUMENTS, including but not limited to all

19  COMMUNICATIONS with any PERSON, RELATING to any loss, harm, injury,

20  increased expense, lost revenue or profits, or any other damage caused to YOU by

21  MATTEL'S alleged "efforts to undermine MGA's business and to 'kill' Bratz at any

22  cost."

23

24  REQUEST FOR PRODUCTION NO. 9:

25        All DOCUMENTS, including but not limited to all

26  COMMUNICATIONS with any PERSON, that REFER OR RELATE TO YOUR

27  efforts to tarnish, soil, debase, degrade or undermine MATTEL's reputation or

28  business.

EXHIBIT __3__

PAGE __281__

MATTEL'S SECOND SET OF DOCUMENT REQUESTS TO MGAE DE MEXICO, S.R.L. DE C.V.

1  REQUEST FOR PRODUCTION NO. 10:

2           All DOCUMENTS, including but not limited to all

3  COMMUNICATIONS with any PERSON, that REFER OR RELATE TO YOUR

4  efforts to tarnish, soil, debase, degrade or undermine MATTEL's products.

5

6  REQUEST FOR PRODUCTION NO. 11:

7           All DOCUMENTS, including but not limited to all

8  COMMUNICATIONS with any PERSON, that REFER OR RELATE TO YOU

9  successfully tarnishing, soiling, debasing, degrading or undermining MATTEL's

10  reputation or business.

11

12  REQUEST FOR PRODUCTION NO. 12:

13          All DOCUMENTS, including but not limited to all

14  COMMUNICATIONS with any PERSON, that REFER OR RELATE TO YOU

15  successfully tarnishing, soiling, debasing, degrading or undermining MATTEL's

16  products.

17

18  REQUEST FOR PRODUCTION NO. 13:

19          All DOCUMENTS, including but not limited to all

20  COMMUNICATIONS with any PERSON, that REFER OR RELATE TO YOUR

21  allegation that MATTEL engaged in "efforts to create negative publicity or press

22  about MGA, MGA products, Bryant, Larian, or MGA employees."

23

24  REQUEST FOR PRODUCTION NO. 14:

25          All DOCUMENTS, including but not limited to all

26  COMMUNICATIONS with any PERSON, that YOU contend prove or that YOU

27  will rely on at trial to prove that MATTEL engaged in "efforts to create negative

28

EXHIBIT __3__

PAGE __282__

1  publicity or press about MGA, MGA products, Bryant, Larian, or MGA

2  employees."

3

4  REQUEST FOR PRODUCTION NO. 15:

5         DOCUMENTS sufficient to IDENTIFY all PERSONS with knowledge

6  of YOUR allegation that MATTEL engaged in "efforts to create negative publicity

7  or press about MGA, MGA products, Bryant, Larian, or MGA employees."

8

9  REQUEST FOR PRODUCTION NO. 16:

10         DOCUMENTS describing all time periods during which MATTEL

11  allegedly engaged in "efforts to create negative publicity or press about MGA, MGA

12  products, Bryant, Larian, or MGA employees."

13

14  REQUEST FOR PRODUCTION NO. 17:

15         All DOCUMENTS that are, contain, reference, embody or otherwise

16  reflect each instance of alleged "negative publicity or press about MGA, MGA

17  products, Bryant, Larian or MGA employees," that YOU contend MATTEL created

18  or engaged in efforts to create.

19

20  REQUEST FOR PRODUCTION NO. 18:

21         All DOCUMENTS that YOU contend prove or tend to prove that any

22  alleged "negative publicity or press about MGA, MGA products, Bryant, Larian or

23  MGA employees" was false.

24

25  REQUEST FOR PRODUCTION NO. 19:

26         All DOCUMENTS that YOU contend prove or tend to prove, for each

27  instance of allegedly "negative publicity or press about MGA, MGA products,

28

EXHIBIT __3__

PAGE __283__

-12-

MATTEL'S SECOND SET OF DOCUMENT REQUESTS TO MGAE DE MEXICO, S.R.L. DE C.V.

07209/2324007.1

1  Bryant, Larian or MGA employees," that MATTEL knew or should have known

2  that such negative publicity or press was false.

3

4  REQUEST FOR PRODUCTION NO. 20:

5          All DOCUMENTS, including but not limited to all

6  COMMUNICATIONS with any PERSON, RELATING to YOUR actions in

7  response to, or efforts to stop, thwart, prevent, interfere with or counter, MATTEL'S

8  alleged "efforts to create negative publicity or press about MGA, MGA products,

9  Bryant, Larian, or MGA employees."

10

11 REQUEST FOR PRODUCTION NO. 21:

12         All DOCUMENTS, including but not limited to all

13 COMMUNICATIONS with any PERSON, RELATING to any loss, harm, injury,

14 increased expense, lost revenue or profits, or any other damage caused to YOU by

15 MATTEL'S alleged "efforts to create negative publicity or press about MGA, MGA

16 products, Bryant, Larian, or MGA employees."

17

18 REQUEST FOR PRODUCTION NO. 22:

19         All DOCUMENTS, including but not limited to all

20 COMMUNICATIONS with any PERSON, that REFER OR RELATE TO

21 MATTEL'S success or failure in its alleged "efforts to create negative publicity or

22 press about MGA, MGA products, Bryant, Larian, or MGA employees."

23

24 REQUEST FOR PRODUCTION NO. 23:

25         All DOCUMENTS, including but not limited to all

26 COMMUNICATIONS with any PERSON, that REFER OR RELATE TO YOUR

27 efforts to create negative publicity or press about MATTEL, any MATTEL product

28 or any MATTEL employee.

EXHIBIT __3__

PAGE __284__

MATTEL'S SECOND SET OF DOCUMENT REQUESTS TO MGAE DE MEXICO, S.R.L. DE C.V.

1  REQUEST FOR PRODUCTION NO. 24:

2        All DOCUMENTS, including but not limited to all

3  COMMUNICATIONS with any PERSON, that REFER OR RELATE TO YOU

4  successfully portraying MATTEL negatively or unfavorably by creating negative

5  publicity or press about MATTEL, any MATTEL product or any MATTEL

6  employee.

7

8  REQUEST FOR PRODUCTION NO. 25:

9        All DOCUMENTS, including but not limited to all

10  COMMUNICATIONS with any PERSON, that REFER OR RELATE TO YOUR

11  allegation that MATTEL engaged in "efforts to fund or commission market research

12  or studies that portray Bratz or MGA products negatively."

13

14  REQUEST FOR PRODUCTION NO. 26:

15        All DOCUMENTS, including but not limited to all

16  COMMUNICATIONS with any PERSON, that YOU contend prove or that YOU

17  will rely on at trial to prove that MATTEL engaged in "efforts to fund or

18  commission market research or studies that portray Bratz or MGA products

19  negatively."

20

21  REQUEST FOR PRODUCTION NO. 27:

22        DOCUMENTS sufficient to IDENTIFY all PERSONS with knowledge

23  of YOUR allegation that MATTEL engaged in "efforts to fund or commission

24  market research or studies that portray Bratz or MGA products negatively."

25

26

27

28

EXHIBIT __3__
PAGE __285__

07209/2324007.1

-14-

MATTEL'S SECOND SET OF DOCUMENT REQUESTS TO MGAE DE MEXICO, S.R.L. DE C.V.

1   REQUEST FOR PRODUCTION NO. 28:

2         DOCUMENTS describing all time periods during which MATTEL

3 allegedly engaged in "efforts to fund or commission market research or studies that

4 portray Bratz or MGA products negatively."

5

6   REQUEST FOR PRODUCTION NO. 29:

7         All DOCUMENTS, including but not limited to all

8 COMMUNICATIONS with any PERSON, RELATING to YOUR actions in

9 response to, or efforts to stop, thwart, prevent, counter or mitigate, MATTEL'S

10 alleged "efforts to fund or commission market research or studies that portray Bratz

11 or MGA products negatively."

12

13   REQUEST FOR PRODUCTION NO. 30:

14         All DOCUMENTS, including but not limited to all

15 COMMUNICATIONS with any PERSON, RELATING to any loss, harm, injury,

16 increased expense, lost revenue or profits, or any other damages that MATTEL'S

17 alleged "efforts to fund or commission market research or studies that portray Bratz

18 or MGA products negatively" caused to YOU.

19

20   REQUEST FOR PRODUCTION NO. 31:

21         All DOCUMENTS, including but not limited to all

22 COMMUNICATIONS with any PERSON, that REFER OR RELATE TO

23 MATTEL'S success or failure in its alleged "efforts to fund or commission market

24 research or studies that portray Bratz or MGA products negatively.

25

26   REQUEST FOR PRODUCTION NO. 32:

27         All DOCUMENTS that are, contain, reference, embody or otherwise

28 reflect each instance of "market research or studies that portray Bratz or MGA

EXHIBIT 3
PAGE 286
.07200/2324007.1

-15-

MATTEL'S SECOND SET OF DOCUMENT REQUESTS TO MGAE DE MEXICO, S.R.L. DE C.V.

1  products negatively," that YOU contend MATTEL funded or commissioned or

2  engaged in efforts to fund or commission.

3

4  REQUEST FOR PRODUCTION NO. 33:

5       All DOCUMENTS that YOU contend prove or tend to prove that any

6  alleged "market research or stud[y] [funded or commissioned by MATTEL] that

7  portray[ed] Bratz or MGA products negatively" was false.

8

9  REQUEST FOR PRODUCTION NO. 34:

10      All DOCUMENTS that YOU contend prove or tend to prove, for each

11  instance of alleged "market research or stud[y] that portray[ed] Bratz or MGA

12  products negatively," that MATTEL knew or should have known that such negative

13  market research or study was false.

14

15  REQUEST FOR PRODUCTION NO. 35:

16      All DOCUMENTS, including but not limited to all

17  COMMUNICATIONS with any PERSON, that REFER OR RELATE TO any

18  alleged market research or study by any PERSON other than MATTEL that

19  portrayed BRATZ or MGA products negatively or unfavorably.

20

21  REQUEST FOR PRODUCTION NO. 36:

22      All DOCUMENTS that REFER OR RELATE TO any negative

23  commentary, market research or study that REFERS OR RELATES TO BRATZ or

24  any MGA product by any PERSON other than MATTEL.

25

26  REQUEST FOR PRODUCTION NO. 37:

27      All DOCUMENTS that REFER OR RELATE TO the cause or source

28  of any negative commentary, market research or study that REFERS OR RELATES

EXHIBIT __3__

PAGE __281__

07209/2324007.1

MATTEL'S SECOND SET OF DOCUMENT REQUESTS TO MGAE DE MEXICO, S.R.L. DE C.V.

1   TO BRATZ or any MGA product by any person other than MATTEL, including

2   without limitation, all such DOCUMENTS that REFER OR RELATE TO the loss,

3   harm, injury, increased expense, lost revenue or profits or any other damage that

4   such negative commentary, market research or study caused to YOU.

5

6   REQUEST FOR PRODUCTION NO. 38:

7           All DOCUMENTS, including but not limited to all

8   COMMUNICATIONS with any PERSON, that REFER OR RELATE TO YOUR

9   efforts to fund or commission market research or studies that portray MATTEL

10   negatively or unfavorably.

11

12   REQUEST FOR PRODUCTION NO. 39:

13           All DOCUMENTS, including but not limited to all

14   COMMUNICATIONS with any PERSON, that REFER OR RELATE TO YOUR

15   portraying MATTEL negatively or unfavorably by funding or commissioning

16   market research or studies.

17

18   REQUEST FOR PRODUCTION NO. 40:

19           All DOCUMENTS, including but not limited to all

20   COMMUNICATIONS with any PERSON, that REFER OR RELATE TO YOUR

21   efforts to fund or commission market research or studies that portray MATTEL

22   products negatively or unfavorably.

23

24   REQUEST FOR PRODUCTION NO. 41:

25           All DOCUMENTS, including but not limited to all

26   COMMUNICATIONS with any PERSON, that REFER OR RELATE TO YOU

27   successfully portraying MATTEL products negatively or unfavorably by funding or

28   commissioning market research or studies.

EXHIBIT ___3___

PAGE ___288___

MATTEL'S SECOND SET OF DOCUMENT REQUESTS TO MGAE DE MEXICO, S.R.L. DE C.V.

1   REQUEST FOR PRODUCTION NO. 42:

2         All DOCUMENTS, including but not limited to all

3 COMMUNICATIONS with any PERSON, that REFER OR RELATE TO YOUR

4 allegation that MATTEL engaged in "efforts to interfere with MGA's acquisition of

5 or investment in [ZAPF]."

6

7   REQUEST FOR PRODUCTION NO. 43:

8         All DOCUMENTS, including but not limited to all

9 COMMUNICATIONS with any PERSON, that YOU contend prove or that YOU

10 will rely on at trial to prove that MATTEL engaged in "efforts to interfere with

11 MGA's acquisition of or investment in [ZAPF]."

12

13   REQUEST FOR PRODUCTION NO. 44:

14         DOCUMENTS sufficient to IDENTIFY all PERSONS with knowledge

15 of YOUR allegation that MATTEL engaged in "efforts to interfere with MGA's

16 acquisition of or investment in [ZAPF]."

17

18   REQUEST FOR PRODUCTION NO. 45:

19         DOCUMENTS describing all time periods during which MATTEL

20 allegedly engaged in "efforts to interfere with MGA's acquisition of or investment in

21 [ZAPF]."

22

23   REQUEST FOR PRODUCTION NO. 46:

24         All DOCUMENTS that REFER OR RELATE TO the acquisition of or

25 investment in ZAPF.

26

27                                                 EXHIBIT __3__

28                                                 PAGE __289__

-18-

MATTEL'S SECOND SET OF DOCUMENT REQUESTS TO MGAE DE MEXICO, S.R.L. DE C.V.

REQUEST FOR PRODUCTION NO. 47:

All DOCUMENTS sufficient to show the IDENTITY of the PERSONS who advised, financed, brokered, opined, negotiated or consulted on YOUR behalf of, or on behalf of any of YOUR AFFILIATES, in connection with the acquisition of or investment in ZAPF, including but not limited to, investment bankers, lenders, financial institutions, lawyers, accountants, auditors, actuaries, syndicates, brokers, securities advisors and their agents.

REQUEST FOR PRODUCTION NO. 48:

All COMMUNICATIONS between YOU and the PERSONS who advised, financed, brokered, opined, negotiated or consulted on YOUR behalf of, or on behalf of any of YOUR AFFILIATES, in connection with the acquisition of or investment in ZAPF, including but not limited to, investment bankers, lenders, financial institutions, lawyers, accountants, auditors, actuaries, syndicates, brokers, securities advisors and their agents.

REQUEST FOR PRODUCTION NO. 49:

All contracts, agreements, undertakings, notices, representations, opinions, loan agreements and notes that REFER OR RELATE TO the acquisition of or investment in ZAPF and all COMMUNICATIONS that REFER OR RELATE thereto, including but not limited to, drafts thereof.

REQUEST FOR PRODUCTION NO. 50:

All DOCUMENTS that REFER OR RELATE TO the closing transaction of the acquisition of or investment in ZAPF, including but not limited to, drafts thereof.

EXHIBIT __3__
PAGE __290__

07209/2324007.1

MATTEL'S SECOND SET OF DOCUMENT REQUESTS TO MGAE DE MEXICO, S.R.L. DE C.V.

1   REQUEST FOR PRODUCTION NO. 51:

2           DOCUMENTS sufficient to IDENTIFY the PERSON or PERSONS

3   who acquired or invested in ZAPF at any time since April 28, 2004.

4

5   REQUEST FOR PRODUCTION NO. 52:

6           All COMMUNICATIONS between YOU or YOUR AFFILIATES and

7   any regulatory body or agency, including but not limited to, government regulators,

8   with responsibility or oversight authority for the acquisition of or investment in

9   ZAPF.

10

11  REQUEST FOR PRODUCTION NO. 53:

12          DOCUMENTS sufficient to IDENTIFY the PERSON or PERSONS

13  who possess or have possessed an interest in ZAPF at any time since April 28, 2004.

14

15  REQUEST FOR PRODUCTION NO. 54:

16          DOCUMENTS that YOU contend show or tend to show how

17  MATTEL allegedly engaged in "efforts to interfere with MGA's acquisition of or

18  investment in [ZAPF]."

19

20  REQUEST FOR PRODUCTION NO. 55:

21          All DOCUMENTS, including but not limited to all

22  COMMUNICATIONS with any PERSON, RELATING to YOUR actions in

23  response to, or efforts to stop, thwart, prevent, counter or mitigate, MATTEL'S

24  alleged "efforts to interfere with MGA's acquisition of or investment in [ZAPF]."

25

26  REQUEST FOR PRODUCTION NO. 56:

27          All DOCUMENTS, including but not limited to all

28  COMMUNICATIONS with any PERSON, RELATING to any loss, harm, injury,

EXHIBIT __3__
PAGE __291__

07209/2324007.1

-20-
MATTEL'S SECOND SET OF DOCUMENT REQUESTS TO MGAE DE MEXICO, S.R.L. DE C.V.

1   increased expense, lost revenue or profits, or any other damage that MATTEL'S

2   alleged "efforts to interfere with MGA's acquisition of or investment in [ZAPF]"

3   caused to YOU, including but not limited to, increase in price or costs from delay.

4

5   REQUEST FOR PRODUCTION NO. 57:

6           All DOCUMENTS, including but not limited to all

7   COMMUNICATIONS with any PERSON, that REFER OR RELATE TO

8   MATTEL'S success or failure in its alleged "efforts to interfere with MGA's

9   acquisition of or investment in [ZAPF]."

10

11  REQUEST FOR PRODUCTION NO. 58:

12          All DOCUMENTS, including but not limited to all

13  COMMUNICATIONS with any PERSON, RELATING to efforts to acquire or

14  invest in ZAPF.

15

16  REQUEST FOR PRODUCTION NO. 59:

17          DOCUMENTS sufficient to show the amount paid to acquire or invest

18  in ZAPF.

19

20  REQUEST FOR PRODUCTION NO. 60:

21          DOCUMENTS sufficient to IDENTIFY the source of funds used to

22  acquire or invest in ZAPF.

23

24  REQUEST FOR PRODUCTION NO. 61:

25          DOCUMENTS sufficient to IDENTIFY the PERSONS at MATTEL

26  who allegedly engaged in "efforts to interfere with MGA's acquisition of or

27  investment in [ZAPF]."

28

EXHIBIT __3__
PAGE __292__

MATTEL'S SECOND SET OF DOCUMENT REQUESTS TO MGAE DE MEXICO, S.R.L. DE C.V.

1  REQUEST FOR PRODUCTION NO. 62:

2            All DOCUMENTS that REFER OR RELATE TO the actual sales,

3  gross profits, gross margins and net profits of ZAPF since January 1, 1999.

4

5  REQUEST FOR PRODUCTION NO. 63:

6            All DOCUMENTS that REFER OR RELATE TO projected or

7  anticipated sales, gross profits, gross margins and net profits of ZAPF since January

8  1, 1999.

9

10  REQUEST FOR PRODUCTION NO. 64:

11            All DOCUMENTS that REFER OR RELATE TO the actual sales,

12  gross profits, gross margins and net profits of MGA since January 1, 1998.

13

14  REQUEST FOR PRODUCTION NO. 65:

15            All DOCUMENTS that REFER OR RELATE TO projected or

16  anticipated sales, gross profits, gross margins and net profits of MGA since January

17  1, 1998.

18

19  REQUEST FOR PRODUCTION NO. 66:

20            All DOCUMENTS, including but not limited to all

21  COMMUNICATIONS with any PERSON, that REFER OR RELATE TO YOUR

22  efforts to interfere with MATTEL's acquisition or potential acquisition of any

23  corporation or entity.

24

25  REQUEST FOR PRODUCTION NO. 67:

26            All DOCUMENTS, including but not limited to all

27  COMMUNICATIONS with any PERSON, that REFER OR RELATE TO YOUR

28

EXHIBIT __3__

PAGE __293__

-22-

MATTEL'S SECOND SET OF DOCUMENT REQUESTS TO MGAE DE MEXICO, S.R.L. DE C.V.

1  efforts to interfere with MATTEL's investment or potential investment in any
2  corporation or entity.

3

4  REQUEST FOR PRODUCTION NO. 68:

5      All DOCUMENTS, including but not limited to all
6  COMMUNICATIONS with any PERSON, that REFER OR RELATE TO YOU
7  successfully interfering with MATTEL's acquisition or potential acquisition of any
8  corporation or entity.

9

10  REQUEST FOR PRODUCTION NO. 69:

11      All DOCUMENTS, including but not limited to, all
12  COMMUNICATIONS with any PERSON, that REFER OR RELATE TO YOU
13  successfully interfering with MATTEL's investment or potential investment in any
14  corporation or entity.

15

16  REQUEST FOR PRODUCTION NO. 70:

17      All DOCUMENTS, including but not limited to, all
18  COMMUNICATIONS with any PERSON, that REFER OR RELATE to any
19  acquisition or potential acquisition or investment or potential investment by
20  MATTEL of or in any corporation or entity, before such acquisition, potential
21  acquisition or investment or potential investment was publicly known, revealed or
22  disclosed.

23

24  REQUEST FOR PRODUCTION NO. 71:

25      All DOCUMENTS, including but not limited to all
26  COMMUNICATIONS with any PERSON, that REFER OR RELATE TO YOUR
27  allegation that MATTEL engaged in "efforts to include negative references to MGA
28  or Bratz on Mattel's 'We Believe in Girls' website."

EXHIBIT ___3___
PAGE ___294___

-23-

07209/2324007.1

MATTEL'S SECOND SET OF DOCUMENT REQUESTS TO MGAE DE MEXICO, S.R.L. DE C.V.

1  REQUEST FOR PRODUCTION NO. 72:

2           All DOCUMENTS, including but not limited to all

3  COMMUNICATIONS with any PERSON, that YOU contend prove or that YOU

4  will rely on at trial to prove that MATTEL engaged in "efforts to include negative

5  references to MGA or Bratz on Mattel's 'We Believe in Girls' website."

6

7  REQUEST FOR PRODUCTION NO. 73:

8           All DOCUMENTS that are, contain, reference, embody or otherwise

9  reflect each instance of "[a] negative reference[] to MGA or Bratz on Mattel's 'We

10  Believe in Girls' website" that YOU contend MATTEL engaged in "efforts to

11  include."

12

13  REQUEST FOR PRODUCTION NO. 74:

14           DOCUMENTS sufficient to IDENTIFY all PERSONS at MATTEL

15  who allegedly engaged in "efforts to include negative references to MGA or Bratz

16  on Mattel's 'We Believe in Girls' website."

17

18  REQUEST FOR PRODUCTION NO. 75:

19           All DOCUMENTS that YOU contend prove or tend to prove that any

20  alleged "negative reference[] to MGA or Bratz on Mattel's 'We Believe in Girls'

21  website" was false.

22

23  REQUEST FOR PRODUCTION NO. 76:

24           All DOCUMENTS that YOU contend prove or tend to prove, for each

25  allegedly "negative reference[] to MGA or Bratz on Mattel's 'We Believe in Girls'

26  website," that MATTEL knew or should have known that such negative reference

27  was false.

28

EXHIBIT ___3___
PAGE ___295___

07209/2324007.1

-24-

MATTEL'S SECOND SET OF DOCUMENT REQUESTS TO MGAE DE MEXICO, S.R.L. DE C.V.

1  REQUEST FOR PRODUCTION NO. 77:

2        DOCUMENTS sufficient to IDENTIFY all PERSONS with knowledge

3  of YOUR allegation that MATTEL engaged in "efforts to include negative

4  references to MGA or Bratz on Mattel's 'We Believe in Girls' website."

5

6  REQUEST FOR PRODUCTION NO. 78:

7        DOCUMENTS describing all time periods during which MATTEL

8  allegedly engaged in "efforts to include negative references to MGA or Bratz on

9  Mattel's 'We Believe in Girls' website."

10

11  REQUEST FOR PRODUCTION NO. 79:

12        DOCUMENTS sufficient to IDENTIFY all PERSONS who have

13  monitored, reviewed, examined, analyzed, or looked at MATTEL'S 'We Believe in

14  Girls' website, on YOUR behalf or at YOUR request.

15

16  REQUEST FOR PRODUCTION NO. 80:

17        DOCUMENTS sufficient to describe how YOU learned that MATTEL

18  allegedly engaged in "efforts to include negative references to MGA or Bratz on

19  Mattel's 'We Believe in Girls' website."

20

21  REQUEST FOR PRODUCTION NO. 81:

22        DOCUMENTS sufficient to IDENTIFY all PERSONS who subscribe

23  to, or are members of, MATTEL's 'We Believe in Girls' website, on YOUR behalf

24  or at YOUR request.

25

26  REQUEST FOR PRODUCTION NO. 82:

27        All DOCUMENTS, including but not limited to all

28  COMMUNICATIONS with any PERSON, RELATING to YOUR actions in

EXHIBIT __3__
PAGE __296__

-25-

MATTEL'S SECOND SET OF DOCUMENT REQUESTS TO MGAE DE MEXICO, S.R.L. DE C.V.

1  response to, or efforts to stop, thwart, prevent, counter or refute, MATTEL'S alleged

2  "efforts to include negative references to MGA or Bratz on Mattel's 'We Believe in

3  Girls' website."

4

5  REQUEST FOR PRODUCTION NO. 83:

6          DOCUMENTS sufficient to IDENTIFY all PERSONS who

7  complained to MATTEL on YOUR behalf, or at YOUR request, about MATTEL'S

8  alleged "efforts to include negative references to MGA or Bratz on Mattel's 'We

9  Believe in Girls' website."

10

11 REQUEST FOR PRODUCTION NO. 84:

12         All DOCUMENTS, including but not limited to all

13 COMMUNICATIONS with any PERSON, RELATING to any loss, harm, injury,

14 increased expense, lost revenue or profits, or any other damage that MATTEL'S

15 alleged "efforts to include negative references to MGA or Bratz on Mattel's 'We

16 Believe in Girls' website" caused to YOU.

17

18 REQUEST FOR PRODUCTION NO. 85:

19         All DOCUMENTS, if any, that YOU contend prove or tend to prove

20 that alleged "negative references to MGA or Bratz on Mattel's 'We Believe in Girls'

21 website" were posted by MATTEL and not by third parties.

22

23 REQUEST FOR PRODUCTION NO. 86:

24         All DOCUMENTS, including but not limited to all

25 COMMUNICATIONS with any PERSON, that REFER OR RELATE TO YOUR

26 engaging in efforts to include negative or unfavorable references to MATTEL on

27 any website.

28

EXHIBIT __3__

PAGE __297__

-26-

MATTEL'S SECOND SET OF DOCUMENT REQUESTS TO MGAE DE MEXICO, S.R.L. DE C.V.

1  REQUEST FOR PRODUCTION NO. 87:

2        All DOCUMENTS, including but not limited to all

3  COMMUNICATIONS with any PERSON, that REFER OR RELATE TO YOUR

4  engaging in efforts to include negative or unfavorable references to MATTEL

5  products on any website.

6

7  REQUEST FOR PRODUCTION NO. 88:

8        All DOCUMENTS, including but not limited to all

9  COMMUNICATIONS with any PERSON, that REFER OR RELATE TO YOUR

10  engaging in efforts to include negative or unfavorable references to MATTEL

11  employees on any website.

12

13  REQUEST FOR PRODUCTION NO. 89:

14        All DOCUMENTS that support any contention by YOU that

15  MATTEL'S acts that are the subject of any alleged defense of YOURS, including

16  without limitation, YOUR alleged "unclean hands" defense, is not barred, in whole

17  or in part, by the Communications Decency Act.

18

19  REQUEST FOR PRODUCTION NO. 90:

20        All DOCUMENTS that support any contention by YOU that

21  MATTEL'S acts that are the subject of any alleged defense of YOURS, including

22  without limitation, YOUR alleged "unclean hands" defense, is not barred, in whole

23  or in part, by the First Amendment to the United States Constitution.

24

25  REQUEST FOR PRODUCTION NO. 91:

26        All DOCUMENTS, including but not limited to all

27  COMMUNICATIONS with any PERSON, that REFER OR RELATE TO YOUR

28

EXHIBIT ___3___

PAGE ___298___

07209/2324007.1

-27-

MATTEL'S SECOND SET OF DOCUMENT REQUESTS TO MGAE DE MEXICO, S.R.L. DE C.V.

1  allegation that MATTEL engaged in "efforts or inten[ded] to interfere with business

2  dealings or contractual relations between MGA and [SMOBY]."

3

4  REQUEST FOR PRODUCTION NO. 92:

5         All DOCUMENTS, including but not limited to all

6  COMMUNICATIONS with any PERSON, that YOU contend prove or that YOU

7  will rely on at trial to prove that MATTEL engaged in "efforts or inten[ded] to

8  interfere with business dealings or contractual relations between MGA and

9  [SMOBY]."

10

11  REQUEST FOR PRODUCTION NO. 93:

12         DOCUMENTS sufficient to IDENTIFY all PERSONS with knowledge

13  of YOUR allegation that MATTEL engaged in "efforts or inten[ded] to interfere

14  with business dealings or contractual relations between MGA and [SMOBY]."

15

16  REQUEST FOR PRODUCTION NO. 94:

17         DOCUMENTS describing the time periods during which MATTEL

18  allegedly engaged in "efforts . . . to interfere with business dealings or contractual

19  relations between MGA and [SMOBY]."

20

21  REQUEST FOR PRODUCTION NO. 95:

22         DOCUMENTS sufficient to IDENTIFY the PERSONS at MATTEL

23  who allegedly engaged in "efforts . . . to interfere with business dealings or

24  contractual relations between MGA and [SMOBY]."

25

26  REQUEST FOR PRODUCTION NO. 96:

27         All DOCUMENTS that REFER OR RELATE TO the "business

28  dealings or contractual relations between MGA and [SMOBY]."

EXHIBIT __3__
PAGE __299__

MATTEL'S SECOND SET OF DOCUMENT REQUESTS TO MGAE DE MEXICO, S.R.L. DE C.V.

07209/2324007.1

REQUEST FOR PRODUCTION NO. 97:

All DOCUMENTS sufficient to show the IDENTITY of the PERSONS who advised, financed, brokered, opined, negotiated or consulted on YOUR behalf of, or on behalf of any of YOUR AFFILIATES, in connection with the "business dealings or contractual relations between MGA and [SMOBY]," including but not limited to, investment bankers, lenders, financial institutions, lawyers, accountants, auditors, actuaries, syndicates, brokers, securities advisors and their agents.

REQUEST FOR PRODUCTION NO. 98:

All COMMUNICATIONS between YOU and the PERSONS who advised, financed, brokered, opined, negotiated or consulted on YOUR behalf of, or on behalf of any of YOUR AFFILIATES, in connection with the "business dealings or contractual relations between MGA and [SMOBY]," including but not limited to, investment bankers, lenders, financial institutions, lawyers, accountants, auditors, actuaries, syndicates, brokers, securities advisors and their agents.

REQUEST FOR PRODUCTION NO. 99:

All contracts, agreements, undertakings, notices, representations, opinions and notes that REFER OR RELATE TO "business dealings or contractual relations between MGA and [SMOBY]" and all COMMUNICATIONS that REFER OR RELATE thereto, including but not limited to, drafts thereof.

REQUEST FOR PRODUCTION NO. 100:

All COMMUNICATIONS between YOU or YOUR AFFILIATES and any regulatory body or agency, including, but not limited to government regulators, with responsibility or oversight authority over SMOBY or the "business dealings or contractual relations between MGA and [SMOBY]."

EXHIBIT __3__
PAGE __300__

07209/2324007.1

MATTEL'S SECOND SET OF DOCUMENT REQUESTS TO MGAE DE MEXICO, S.R.L. DE C.V.

1 | REQUEST FOR PRODUCTION NO. 101:

2 |     DOCUMENTS that YOU contend show or tend to show how

3 | MATTEL allegedly engaged in "efforts or inten[ded] to interfere with business

4 | dealings or contractual relations between MGA and [SMOBY]."

5 |

6 | REQUEST FOR PRODUCTION NO. 102:

7 |     All DOCUMENTS, including but not limited to all

8 | COMMUNICATIONS with any PERSON, RELATING to YOUR actions in

9 | response to, or efforts to stop, thwart, prevent, counter or mitigate, MATTEL'S

10 | alleged "efforts or intent to interfere with business dealings or contractual relations

11 | between MGA and [SMOBY]."

12 |

13 | REQUEST FOR PRODUCTION NO. 103:

14 |     All DOCUMENTS, including but not limited to all

15 | COMMUNICATIONS with any PERSON, RELATING to any loss, harm, injury,

16 | increased expense, lost revenue or profits, or any other damage that MATTEL'S

17 | alleged "efforts or intent to interfere with business dealings or contractual relations

18 | between MGA and [SMOBY]" caused to YOU.

19 |

20 | REQUEST FOR PRODUCTION NO. 104:

21 |     All DOCUMENTS, including but not limited to all

22 | COMMUNICATIONS with any PERSON, that REFER OR RELATE TO

23 | MATTEL'S success or failure in its alleged "efforts or intent to interfere with

24 | business dealings or contractual relations between MGA and [SMOBY]."

25 |

26 |

27 | EXHIBIT __3__

28 | PAGE __301__

07209/2324007.1

-30-
MATTEL'S SECOND SET OF DOCUMENT REQUESTS TO MGAE DE MEXICO, S.R.L. DE C.V.

1    REQUEST FOR PRODUCTION NO. 105:

2         All DOCUMENTS, including but not limited to all

3 COMMUNICATIONS with any PERSON, RELATING to YOUR business dealings

4 or contractual relations with SMOBY.

5

6    REQUEST FOR PRODUCTION NO. 106:

7         All DOCUMENTS, including but not limited to all

8 COMMUNICATIONS with any PERSON, RELATING to YOUR contracts or

9 agreements with SMOBY.

10

11    REQUEST FOR PRODUCTION NO. 107:

12         DOCUMENTS sufficient to show the dates and amounts of all moneys

13 YOU paid to SMOBY.

14

15    REQUEST FOR PRODUCTION NO. 108:

16         All DOCUMENTS that REFER OR RELATE TO the actual sales,

17 gross profits, gross margins and net profits of SMOBY since January 1, 1999.

18

19    REQUEST FOR PRODUCTION NO. 109:

20         All DOCUMENTS that REFER OR RELATE TO projected or

21 anticipated sales, gross profits, gross margins and net profits of SMOBY since

22 January 1, 1999.

23

24    REQUEST FOR PRODUCTION NO. 110:

25         All DOCUMENTS, including without limitation all

26 COMMUNICATIONS, that REFER OR RELATE TO YOUR funding of, or YOUR

27 payment or promised or scheduled payment of money to or on behalf of, SMOBY,

28

EXHIBIT __3__

PAGE __302__

1  including without limitation, any failure on YOUR part to make any payments to

2  any administrator or trustee for SMOBY when such payment was due.

3

4  REQUEST FOR PRODUCTION NO. 111:

5      All DOCUMENTS, including but not limited to all

6  COMMUNICATIONS with any PERSON, that REFER OR RELATE TO YOUR

7  efforts to interfere with MATTEL's business dealings with any corporation or entity.

8

9  REQUEST FOR PRODUCTION NO. 112:

10     All DOCUMENTS, including but not limited to all

11  COMMUNICATIONS with any PERSON, that REFER OR RELATE TO YOUR

12  efforts to interfere with MATTEL's contractual relations with any corporation or

13  entity.

14

15  REQUEST FOR PRODUCTION NO. 113:

16     All DOCUMENTS, including but not limited to all

17  COMMUNICATIONS with any PERSON, that REFER OR RELATE TO YOU

18  successfully interfering with MATTEL's business dealings with any corporation or

19  entity.

20

21  REQUEST FOR PRODUCTION NO. 114:

22     All DOCUMENTS, including but not limited to all

23  COMMUNICATIONS with any PERSON, that REFER OR RELATE TO YOU

24  successfully interfering with MATTEL's contractual relations with any corporation

25  or entity.

26

27

28

EXHIBIT ___3___
PAGE ___303___

07209/2324007.1

-32-

MATTEL'S SECOND SET OF DOCUMENT REQUESTS TO MGAE DE MEXICO, S.R.L. DE C.V.

1 | REQUEST FOR PRODUCTION NO. 115:

2 |      All DOCUMENTS, including but not limited to all

3 | COMMUNICATIONS with any PERSON, that REFER OR RELATE TO any loss,

4 | decrease in revenues or profits, damage or injury YOU have incurred or suffered

5 | from any cause or source in connection with YOUR business dealings or contractual

6 | relations with SMOBY.

7 |

8 | REQUEST FOR PRODUCTION NO. 116:

9 |      All DOCUMENTS, including but not limited to all

10 | COMMUNICATIONS with any PERSON, that REFER OR RELATE TO any

11 | profit, increase in revenues or gain YOU have received from any cause or source in

12 | connection with YOUR business dealings or contractual relations with SMOBY.

13 |

14 | REQUEST FOR PRODUCTION NO. 117:

15 |      All DOCUMENTS, including but not limited to all

16 | COMMUNICATIONS with any PERSON, that REFER OR RELATE TO YOUR

17 | allegation that MATTEL "influenc[ed] Nickelodeon to reject MGA advertisements

18 | or to limit time slots for advertisements."

19 |

20 | REQUEST FOR PRODUCTION NO. 118:

21 |      All DOCUMENTS, including but not limited to all

22 | COMMUNICATIONS with any PERSON, that YOU contend prove or that YOU

23 | will rely on at trial to prove that MATTEL "influenc[ed] Nickelodeon to reject

24 | MGA advertisements or to limit time slots for advertisements."

25 |

26 |

27 | EXHIBIT __3__

28 | PAGE __304__

1    REQUEST FOR PRODUCTION NO. 119:

2          DOCUMENTS sufficient to IDENTIFY all PERSONS with knowledge

3 of YOUR allegation that MATTEL "influenc[ed] Nickelodeon to reject MGA

4 advertisements."

5

6    REQUEST FOR PRODUCTION NO. 120:

7          DOCUMENTS sufficient to IDENTIFY all PERSONS with knowledge

8 of YOUR allegation that MATTEL "influenc[ed] Nickelodeon to . . . to limit time

9 slots for [MGA] advertisements."

10

11    REQUEST FOR PRODUCTION NO. 121:

12          DOCUMENTS describing all time periods during which MATTEL

13 allegedly "influenc[ed] Nickelodeon to reject MGA advertisements or to limit time

14 slots for advertisements."

15

16    REQUEST FOR PRODUCTION NO. 122:

17          DOCUMENTS sufficient to IDENTIFY each "MGA advertisement[]"

18 that NICKELODEON allegedly "rejected[ed]" based on influence from MATTEL.

19

20    REQUEST FOR PRODUCTION NO. 123:

21          Copies of all "MGA advertisements" that NICKELODEON allegedly

22 "rejected[ed]" based on influence from MATTEL.

23

24    REQUEST FOR PRODUCTION NO. 124:

25          DOCUMENTS sufficient to IDENTIFY the product or products

26 depicted in each "MGA advertisement[]" that NICKELODEON allegedly

27 "rejected[ed]" based on influence from MATTEL.

28

EXHIBIT __3__
PAGE __305__

1  REQUEST FOR PRODUCTION NO. 125:

2         DOCUMENTS sufficient to IDENTIFY each "MGA advertisement[]"

3  for which NICKELODEON allegedly "limit[ed] time slots" based on influence from

4  MATTEL.

5

6  REQUEST FOR PRODUCTION NO. 126:

7         Copies of all "MGA advertisements" for which NICKELODEON

8  allegedly "limit[ed] time slots" based on influence from MATTEL.

9

10  REQUEST FOR PRODUCTION NO. 127:

11        DOCUMENTS sufficient to IDENTIFY the product or products

12  depicted in each "MGA advertisement[]" for which NICKELODEON allegedly

13  "limit[ed] time slots" based on influence from MATTEL.

14

15  REQUEST FOR PRODUCTION NO. 128:

16        All advertisements aired or shown on NICKELODEON for each

17  product depicted in each "MGA advertisement[]" allegedly "rejected[ed]"by

18  NICKELODEON based on influence from MATTEL.

19

20  REQUEST FOR PRODUCTION NO. 129:

21        All advertisements aired or shown on NICKELODEON for each

22  product depicted in each "MGA advertisement[]" for which NICKELODEON

23  allegedly "limit[ed] time slots" based on influence from MATTEL.

24

25  REQUEST FOR PRODUCTION NO. 130:

26        All advertisements aired or shown on any network or any other

27  television outlet, other than NICKELODEON, for each product depicted in each

28

EXHIBIT ___3___

PAGE ___306___

MATTEL'S SECOND SET OF DOCUMENT REQUESTS TO MGAE DE MEXICO, S.R.L. DE C.V.

1  "MGA advertisement[]" allegedly "rejected[ed]" by NICKELODEON based on

2  influence from MATTEL.

3

4  REQUEST FOR PRODUCTION NO. 131:

5          All advertisements aired or shown on any network or any other

6  television outlet, other than NICKELODEON, for each product depicted in each

7  "MGA advertisement[]" for which NICKELODEON allegedly "limit[ed] time slots"

8  based on influence from MATTEL.

9

10  REQUEST FOR PRODUCTION NO. 132:

11         All print advertisements for each product depicted in each "MGA

12  advertisement[]" allegedly "rejected[ed]" by NICKELODEON based on influence

13  from MATTEL.

14

15  REQUEST FOR PRODUCTION NO. 133:

16         All print advertisements for each product depicted in each "MGA

17  advertisement[]" for which NICKELODEON allegedly "limit[ed] time slots" based

18  on influence from MATTEL.

19

20  REQUEST FOR PRODUCTION NO. 134:

21         DOCUMENTS describing all time periods during which YOU

22  advertised each product depicted in each "MGA advertisement[]" allegedly

23  "rejected[ed]" by NICKELODEON based on influence from MATTEL, including

24  but not limited to, the dates of the first and last advertisements.

25

26  REQUEST FOR PRODUCTION NO. 135:

27         DOCUMENTS describing all time periods during which YOU

28  advertised each product depicted in each "MGA advertisement[]" for which

EXHIBIT __3__
PAGE __307__

07209/2324007.1

-36-

MATTEL'S SECOND SET OF DOCUMENT REQUESTS TO MGAE DE MEXICO, S.R.L. DE C.V.

1    NICKELODEON allegedly "limit[ed] time slots" based on influence from

2    MATTEL, including but not limited to, the dates of the first and last advertisements.

3

4    REQUEST FOR PRODUCTION NO. 136:

5            All DOCUMENTS, including but not limited to all

6    COMMUNICATIONS with any PERSON, that REFER OR RELATE TO any

7    network's or other television outlet's acceptance or rejection of any "MGA

8    advertisement[]" that NICKELODEON allegedly "rejected[ed]" based on influence

9    from MATTEL.

10

11   REQUEST FOR PRODUCTION NO. 137:

12           All DOCUMENTS, including but not limited to all

13   COMMUNICATIONS with any PERSON, that REFER OR RELATE TO any

14   network's or other television outlet's limitation of time slots for any "MGA

15   advertisement[]" for which NICKELODEON allegedly "limit[ed] time slots" based

16   on influence from MATTEL.

17

18   REQUEST FOR PRODUCTION NO. 138:

19           ALL DOCUMENTS that REFER OR RELATE TO the costs,

20   including without limitation, the production costs, for any "MGA advertisement[]"

21   that NICKELODEON allegedly "reject[ed]" based on influence from MATTEL.

22

23   REQUEST FOR PRODUCTION NO. 139:

24           ALL DOCUMENTS that REFER OR RELATE TO the costs,

25   including without limitation, the production costs, for any "MGA advertisement[]"

26   for which NICKELODEON allegedly "limit[ed] time slots" based on influence from

27   MATTEL.

28

EXHIBIT __3__

PAGE __308__

MATTEL'S SECOND SET OF DOCUMENT REQUESTS TO MGAE DE MEXICO, S.R.L. DE C.V.

07209/2324007.1

1  REQUEST FOR PRODUCTION NO. 140:

2          ALL DOCUMENTS that REFER OR RELATE TO the airing on any

3  network or other television outlet of any "MGA advertisement[]" that

4  NICKELODEON allegedly "reject[ed]" based on influence from MATTEL.

5

6  REQUEST FOR PRODUCTION NO. 141:

7          ALL DOCUMENTS that REFER OR RELATE TO the airing on any

8  network or other television outlet of any "MGA advertisement[]" for which

9  NICKELODEON allegedly "limit[ed] time slots" based on influence from

10  MATTEL.

11

12  REQUEST FOR PRODUCTION NO. 142:

13          ALL DOCUMENTS that REFER OR RELATE TO any focus group,

14  market research or study of any "MGA advertisement[]" that NICKELODEON

15  allegedly "reject[ed]" based on influence from MATTEL.

16

17  REQUEST FOR PRODUCTION NO. 143:

18          ALL DOCUMENTS that REFER OR RELATE TO any focus group,

19  market research or study of any "MGA advertisement[]" for which

20  NICKELODEON allegedly "limit[ed] time slots" based on influence from

21  MATTEL.

22

23  REQUEST FOR PRODUCTION NO. 144:

24          ALL DOCUMENTS that REFER OR RELATE TO any comments by

25  any PERSON on any "MGA advertisement[]" that NICKELODEON allegedly

26  "reject[ed]" based on influence from MATTEL, including without limitation, on the

27  quality, suitability, appropriateness, production values, aesthetics, appearance,

28  persuasiveness or attractiveness of the advertisement.

EXHIBIT __3__

PAGE __309__

MATTEL'S SECOND SET OF DOCUMENT REQUESTS TO MGAE DE MEXICO, S.R.L. DE C.V.

1  REQUEST FOR PRODUCTION NO. 145:

2          ALL DOCUMENTS that REFER OR RELATE TO any comments by

3  any PERSON on any "MGA advertisement[]" for which NICKELODEON allegedly

4  "limit[ed] time slots" based on influence from MATTEL, including without

5  limitation, on the quality, suitability, appropriateness, production values, aesthetics,

6  appearance, persuasiveness or attractiveness of the advertisement.

7

8  REQUEST FOR PRODUCTION NO. 146:

9          ALL DOCUMENTS that REFER OR RELATE TO the reasons that

10  any PERSON carried or refused to carry any "MGA advertisement[]" that

11  NICKELODEON allegedly "reject[ed]" based on influence from MATTEL.

12

13  REQUEST FOR PRODUCTION NO. 147:

14          ALL DOCUMENTS that REFER OR RELATE TO the reasons that

15  any PERSON limited the time slots for any "MGA advertisement[]" for which

16  NICKELODEON allegedly "limit[ed] time slots" based on influence from

17  MATTEL.

18

19  REQUEST FOR PRODUCTION NO. 148:

20          ALL DOCUMENTS, including but not limited to all

21  COMMUNICATIONS, that REFER OR RELATE TO any effort or attempt by

22  YOU, directly or indirectly, to influence any network or other television outlet to

23  reject or limit the time slot for any MATTEL advertisement.

24

25  REQUEST FOR PRODUCTION NO. 149:

26          ALL DOCUMENTS that REFER OR RELATE TO the number of

27  viewers who have seen on any network or other television outlet any "MGA

28

EXHIBIT __3__

PAGE __310__

1  advertisement[]" that NICKELODEON allegedly "reject[ed]" based on influence

2  from MATTEL.

3

4  REQUEST FOR PRODUCTION NO. 150:

5        ALL DOCUMENTS that REFER OR RELATE TO the number of

6  viewers who have seen on any network or other television outlet any "MGA

7  advertisement[]" for which NICKELODEON allegedly "limit[ed] time slots" based

8  on influence from MATTEL.

9

10  REQUEST FOR PRODUCTION NO. 151:

11        ALL DOCUMENTS that REFER OR RELATE TO any MGA

12  advertisement that any network or other television outlet has rejected, including

13  without limitation, the cause(s) therefor.

14

15  REQUEST FOR PRODUCTION NO. 152:

16        ALL DOCUMENTS that REFER OR RELATE TO any MGA

17  advertisement that any network or other television outlet has limited the time slot

18  for, including without limitation, the cause(s) therefor.

19

20  REQUEST FOR PRODUCTION NO. 153:

21        All DOCUMENTS that REFER OR RELATE TO CARU'S review,

22  approval or disapproval of, all advertisements aired or shown on NICKELODEON

23  for each product depicted in each "MGA advertisement[]" allegedly "rejected[ed]"

24  by NICKELODEON based on influence from MATTEL, including but not limited

25  to, COMMUNICATIONS between YOU and CARU.

26

27

28

EXHIBIT ___3___

PAGE ___3 ll___

1  REQUEST FOR PRODUCTION NO. 154:

2          All DOCUMENTS that REFER OR RELATE TO CARU'S review,

3  approval or disapproval of, all advertisements aired or shown on NICKELODEON

4  for each product depicted in each "MGA advertisement[]" for which

5  NICKELODEON allegedly "limit[ed] time slots" based on influence from

6  MATTEL, including but not limited to, COMMUNICATIONS between YOU and

7  CARU.

8

9  REQUEST FOR PRODUCTION NO. 155:

10          All DOCUMENTS that REFER OR RELATE TO actual sales, gross

11  profits, gross margins and net profits for each product depicted in each "MGA

12  advertisement[]" allegedly "rejected[ed]" by NICKELODEON based on influence

13  from MATTEL.

14

15  REQUEST FOR PRODUCTION NO. 156:

16          All DOCUMENTS that REFER OR RELATE TO actual sales, gross

17  profits, gross margins and net profits for each product depicted in each "MGA

18  advertisement[]" for which NICKELODEON allegedly "limit[ed] time slots" based

19  on influence from MATTEL.

20

21  REQUEST FOR PRODUCTION NO. 157:

22          All DOCUMENTS that REFER OR RELATE TO projected or

23  budgeted sales, gross profits, gross margins and net profits for each product depicted

24  in each "MGA advertisement[]" allegedly "rejected[ed]" by NICKELODEON based

25  on influence from MATTEL.

26

27

28

EXHIBIT  __3__

PAGE  __312__

07209/2324007.1

-41-

MATTEL'S SECOND SET OF DOCUMENT REQUESTS TO MGAE DE MEXICO, S.R.L. DE C.V.

1   REQUEST FOR PRODUCTION NO. 158:

2           All DOCUMENTS that REFER OR RELATE TO projected or

3   budgeted sales, gross profits, gross margins and net profits for each product depicted

4   in each "MGA advertisement[]" for which NICKELODEON allegedly "limit[ed]

5   time slots" based on influenc from MATTEL.

6

7   REQUEST FOR PRODUCTION NO. 159:

8           ALL DOCUMENTS that REFER OR RELATE TO the scheduling of

9   advertisements depicting the products in each "MGA advertisement[]" that

10   MATTEL allegedly "influenc[ed] Nickelodeon to reject," including but not limited

11   to, the times when such advertisements actually aired on NICKELODEON.

12

13   REQUEST FOR PRODUCTION NO. 160:

14           ALL DOCUMENTS that REFER OR RELATE TO the scheduling of

15   advertisements depicting the products in each "MGA advertisement[]" for which

16   NICKELODEON allegedly "limit[ed] time slots" based on influence from

17   MATTEL, including but not limited to, the times when such advertisements actually

18   aired on NICKELODEON.

19

20   REQUEST FOR PRODUCTION NO. 161:

21           DOCUMENTS sufficient to IDENTIFY the PERSONS who created

22   and produced, including but not limited to the name of the production company,

23   director and producer, for every advertisement depicting the products in each "MGA

24   advertisement[]" that MATTEL allegedly "influenc[ed] Nickelodeon to reject."

25

26   REQUEST FOR PRODUCTION NO. 162:

27           DOCUMENTS sufficient to IDENTIFY the PERSONS who created

28   and produced, including but not limited to the name of the production company,

EXHIBIT 3
PAGE 313

MATTEL'S SECOND SET OF DOCUMENT REQUESTS TO MGAE DE MEXICO, S.R.L. DE C.V.

1 | director and producer, for every advertisement depicting the products in each "MGA
2 | advertisement[]" for which NICKELODEON allegedly "limit[ed] time slots" based
3 | on influence from MATTEL.

4

5 | REQUEST FOR PRODUCTION NO. 163:

6 |        DOCUMENTS sufficient to IDENTIFY all PERSONS who worked on,
7 | or were involved with, in any way, each advertisement depicting the products in
8 | each "MGA advertisement[]" that MATTEL allegedly "influenc[ed] Nickelodeon to
9 | reject."

10

11 | REQUEST FOR PRODUCTION NO. 164:

12 |        DOCUMENTS sufficient to IDENTIFY all PERSONS who worked on,
13 | or were involved with, in any way, each advertisement depicting the products in
14 | each "MGA advertisement[]" for which NICKELODEON allegedly "limit[ed] time
15 | slots" based on influence from MATTEL.

16

17 | REQUEST FOR PRODUCTION NO. 165:

18 |        All DOCUMENTS that REFER OR RELATE TO every advertisement
19 | depicting the products in each "MGA advertisement[]" that MATTEL allegedly
20 | "influenc[ed] Nickelodeon to reject."

21

22 | REQUEST FOR PRODUCTION NO. 166:

23 |        All DOCUMENTS that REFER OR RELATE TO every advertisement
24 | depicting the products in each "MGA advertisement[]" for which NICKELODEON
25 | allegedly "limit[ed] time slots" based on influence from MATTEL.

26

27 | EXHIBIT ___3___
28 | PAGE ___3/4___

07209/2324007.1

-43-

1 | REQUEST FOR PRODUCTION NO. 167:

2 |      ALL COMMUNICATIONS between NICKELODEON and YOU that

3 | REFER OR RELATE TO advertisements, including but not limited to, compliance

4 | with CARU rules and regulations.

5

6 | REQUEST FOR PRODUCTION NO. 168:

7 |      ALL COMMUNICATIONS between NICKELODEON and YOU that

8 | REFER OR RELATE TO scheduling any MGA advertisement.

9

10 | REQUEST FOR PRODUCTION NO. 169:

11 |      ALL contracts, agreements, arrangements and understandings between

12 | YOU and NICKELODEON that REFER OR RELATE TO advertisements.

13

14 | REQUEST FOR PRODUCTION NO. 170:

15 |      DOCUMENTS sufficient to show the dates and amounts of all moneys

16 | YOU paid to NICKELODEON for each advertisement.

17

18 | REQUEST FOR PRODUCTION NO. 171:

19 |      DOCUMENTS sufficient to show negotiations between YOU and

20 | NICKELODEON for the price of each advertisement.

21

22 | REQUEST FOR PRODUCTION NO. 172:

23 |      ALL DOCUMENTS, including but not limited to all

24 | COMMUNICATIONS with any PERSON, that REFER OR RELATE TO any

25 | conflict, dispute or disagreement between YOU and NICKELODEON, including

26 | but not limited to, based on any non-payment or short payment by YOU to

27 | NICKELODEON, or based on the content of any advertisement.

28

EXHIBIT __3__

PAGE __3/5__

07209/2324007.1

MATTEL'S SECOND SET OF DOCUMENT REQUESTS TO MGAE DE MEXICO, S.R.L. DE C.V.

REQUEST FOR PRODUCTION NO. 173:

ALL DOCUMENTS, including but not limited to all COMMUNICATIONS with any PERSON, that REFER OR RELATE TO any claim or threatened claim by YOU against NICKELODEON, or by NICKELODEON against YOU, including but not limited to, based on any non-payment or short payment by YOU to NICKELODEON, or based on the content of any advertisement.

REQUEST FOR PRODUCTION NO. 174:

DOCUMENTS sufficient to IDENTIFY the PERSON or PERSONS at NICKELODEON who allegedly "reject[ed] advertisements" or "limit[ed] time slots" based on influence from MATTEL.

REQUEST FOR PRODUCTION NO. 175:

ALL DOCUMENTS, including but not limited to all COMMUNICATIONS with any PERSON, that REFER OR RELATE TO why NICKELODEON allegedly "reject[ed] advertisements" or "limit[ed] time slots" based on influence from MATTEL.

REQUEST FOR PRODUCTION NO. 176:

DOCUMENTS sufficient to show when all of YOUR advertisements aired on NICKELODEON.

REQUEST FOR PRODUCTION NO. 177:

All DOCUMENTS, including but not limited to all COMMUNICATIONS with any PERSON, RELATING to YOUR actions in response to, or efforts to stop, thwart, prevent, counter or mitigate, MATTEL from

EXHIBIT __3__
PAGE __3/6__

07209/2324007.1

MATTEL'S SECOND SET OF DOCUMENT REQUESTS TO MGAE DE MEXICO, S.R.L. DE C.V.

1 | allegedly "influencing Nickelodeon to reject MGA advertisements or to limit time
2 | slots for advertisements."

3

4 | REQUEST FOR PRODUCTION NO. 178:

5 |      All DOCUMENTS, including but not limited to all
6 | COMMUNICATIONS with any PERSON, RELATING to any loss, harm, injury,
7 | increased expense, lost revenue or profits, or any other damage caused to YOU by
8 | MATTEL allegedly "influencing Nickelodeon to reject MGA advertisements or to
9 | limit time slots for advertisements," including but not limited to, the loss of sales
10 | due to alleged lack of advertisement or time-limited advertising on
11 | NICKELODEON.

12

13 | REQUEST FOR PRODUCTION NO. 179:

14 |      All DOCUMENTS, including but not limited to all
15 | COMMUNICATIONS with any PERSON, that REFER OR RELATE TO
16 | MATTEL'S success or failure in allegedly "influencing Nickelodeon to reject MGA
17 | advertisements or to limit time slots for advertisements."

18

19 | REQUEST FOR PRODUCTION NO. 180:

20 |      All DOCUMENTS, including but not limited to all
21 | COMMUNICATIONS with any PERSON, RELATING to YOUR efforts to
22 | influence NICKELODEON, or any other media company or outlet, to reject
23 | MATTEL advertisements or to limit time slots for MATTEL advertisements.

24

25 | REQUEST FOR PRODUCTION NO. 181:

26 |      All DOCUMENTS, including but not limited to all
27 | COMMUNICATIONS with any PERSON, that REFER OR RELATE TO YOUR
28 | allegation that MATTEL "assist[ed] parties in lawsuits against MGA."

EXHIBIT
PAGE  317

07/20/07 2324007.1

MATTEL'S SECOND SET OF DOCUMENT REQUESTS TO MGAE DE MEXICO, S.R.L. DE C.V.

1    REQUEST FOR PRODUCTION NO. 182:

2           All DOCUMENTS, including but not limited to all

3    COMMUNICATIONS with any PERSON, that YOU contend prove or that YOU

4    will rely on at trial to prove that MATTEL "assist[ed] parties in lawsuits against

5    MGA."

6

7    REQUEST FOR PRODUCTION NO. 183:

8           DOCUMENTS sufficient to IDENTIFY all PERSONS with knowledge

9    of YOUR allegation that MATTEL "assist[ed] parties in lawsuits against MGA."

10

11   REQUEST FOR PRODUCTION NO. 184:

12          DOCUMENTS describing all time periods during which MATTEL

13   allegedly "assist[ed] parties in lawsuits against MGA."

14

15   REQUEST FOR PRODUCTION NO. 185:

16          DOCUMENTS sufficient to IDENTIFY each lawsuit in which

17   MATTEL allegedly "assist[ed] parties . . . against MGA."

18

19   REQUEST FOR PRODUCTION NO. 186:

20          All DOCUMENTS to IDENTIFY, for each lawsuit, how and in what

21   manner MATTEL allegedly "assist[ed] parties . . . against MGA."

22

23   REQUEST FOR PRODUCTION NO. 187:

24          DOCUMENTS sufficient to show the claims and defenses asserted in

25   each lawsuit in which MATTEL allegedly "assist[ed] parties . . . against MGA."

26

27

28

EXHIBIT ___3___
PAGE ___318___

07209/2324007.1

-47-

MATTEL'S SECOND SET OF DOCUMENT REQUESTS TO MGAE DE MEXICO, S.R.L. DE C.V.

1   REQUEST FOR PRODUCTION NO. 188:

2         DOCUMENTS sufficient to show the outcome of each lawsuit in

3   which MATTEL allegedly "assist[ed] parties . . . against MGA," including but not

4   limited to, settlement agreements, judgments, orders of dismissal, awards, decrees or

5   opinions.

6

7   REQUEST FOR PRODUCTION NO. 189:

8         All DOCUMENTS that YOU contend show or tend to show that

9   MATTEL'S alleged "assist[ance to] parties in lawsuits against MGA" was improper

10   in any way.

11

12   REQUEST FOR PRODUCTION NO. 190:

13         All DOCUMENTS, including but not limited to all

14   COMMUNICATIONS with any PERSON, RELATING to YOUR actions in

15   response to, or efforts to stop, thwart, prevent, counter or mitigate, MATTEL from

16   allegedly "assisting parties in lawsuits against MGA."

17

18   REQUEST FOR PRODUCTION NO. 191:

19         All DOCUMENTS, including but not limited to all

20   COMMUNICATIONS with any PERSON, RELATING to any loss, harm, injury,

21   increased expense, lost revenue or profits, or any other damage caused to YOU by

22   MATTEL allegedly "assisting parties in lawsuits against MGA."

23

24   REQUEST FOR PRODUCTION NO. 192:

25         All DOCUMENTS that REFER OR RELATE TO when and under

26   what circumstances YOU first became aware that MATTEL allegedly assisted any

27   party in any lawsuit against MGA.

28

EXHIBIT ___3___
PAGE ___319___

1   REQUEST FOR PRODUCTION NO. 193:

2           All DOCUMENTS that REFER OR RELATE TO whether or not YOU

3   were or should have been held liable in any lawsuit that MATTEL allegedly assisted

4   any party in against MGA, including without limitation, any and all opinion letters

5   RELATING thereto.

6

7   REQUEST FOR PRODUCTION NO. 194:

8           All pleadings served, transmitted, received or filed in each lawsuit that

9   MATTEL allegedly assisted any party in against MGA.

10

11  REQUEST FOR PRODUCTION NO. 195:

12          All deposition transcripts and sworn statements made by or on behalf of

13  MGA from each lawsuit that MATTEL allegedly assisted any party in against

14  MGA.

15

16  REQUEST FOR PRODUCTION NO. 196:

17          All trial or arbitration transcripts made by or on behalf of MGA from

18  each lawsuit that MATTEL allegedly assisted any party in against MGA.

19

20  REQUEST FOR PRODUCTION NO. 197:

21          All DOCUMENTS served, transmitted, received or filed in any lawsuit

22  that MATTEL allegedly assisted any party in against MGA that REFER OR

23  RELATE TO MATTEL.

24

25  REQUEST FOR PRODUCTION NO. 198:

26          All DOCUMENTS served, transmitted, received or filed in any lawsuit

27  that MATTEL allegedly assisted any party in against MGA that REFER OR

28  RELATE TO any MATTEL product.

EXHIBIT __3__

PAGE __320__

MATTEL'S SECOND SET OF DOCUMENT REQUESTS TO MGAE DE MEXICO, S.R.L. DE C.V.

1  REQUEST FOR PRODUCTION NO. 199:

2          All DOCUMENTS served, transmitted, received or filed in any lawsuit

3  that MATTEL allegedly assisted any party in against MGA that REFER OR

4  RELATE TO BRATZ or any MGA product referenced in any MGA Interrogatory

5  Response in this action.

6

7  REQUEST FOR PRODUCTION NO. 200:

8          All DOCUMENTS, including but not limited to all

9  COMMUNICATIONS with any PERSON, RELATING to YOU assisting,

10 supporting, or funding any PERSON in connection with any lawsuit, arbitration or

11 proceeding in which MATTEL was or is a party.

12

13 REQUEST FOR PRODUCTION NO. 201:

14         All DOCUMENTS, including but not limited to all

15 COMMUNICATIONS with any PERSON, that REFER OR RELATE TO YOUR

16 allegation that MATTEL "monitor[ed], 'sp[ied] on' or gain[ed] knowledge of MGA's

17 trade secrets, non-public information, non-public activities, unreleased products, and

18 product development."

19

20 REQUEST FOR PRODUCTION NO. 202:

21         All DOCUMENTS, including but not limited to all

22 COMMUNICATIONS with any PERSON, that YOU contend prove or that YOU

23 will rely on at trial to prove that MATTEL "monitor[ed], 'sp[ied] on' or gain[ed]

24 knowledge of MGA's trade secrets, non-public information, non-public activities,

25 unreleased products, and product development."

26

27                                             EXHIBIT ___3___

28                                             PAGE ___321___

07209/2324007.1

-50-

MATTEL'S SECOND SET OF DOCUMENT REQUESTS TO MGAE DE MEXICO, S.R.L. DE C.V.

1  REQUEST FOR PRODUCTION NO. 203:

2          DOCUMENTS sufficient to IDENTIFY all PERSONS with knowledge

3  of YOUR allegation that MATTEL "monitor[ed] . . . MGA's trade secrets, non-

4  public information, non-public activities, unreleased products, and product

5  development."

6

7  REQUEST FOR PRODUCTION NO. 204:

8          DOCUMENTS sufficient to IDENTIFY all PERSONS with knowledge

9  of YOUR allegation that MATTEL "'sp[ied] on' . . . MGA's trade secrets, non-public

10  information, non-public activities, unreleased products, and product development."

11

12  REQUEST FOR PRODUCTION NO. 205:

13          DOCUMENTS sufficient to IDENTIFY all PERSONS with knowledge

14  of YOUR allegation that MATTEL "gain[ed] knowledge of . . . MGA's trade

15  secrets, non-public information, non-public activities, unreleased products, and

16  product development."

17

18  REQUEST FOR PRODUCTION NO. 206:

19          DOCUMENTS describing all time periods during which MATTEL

20  allegedly "monitor[ed], 'sp[ied] on' or gain[ed] knowledge of MGA's trade secrets,

21  non-public information, non-public activities, unreleased products, and product

22  development."

23

24  REQUEST FOR PRODUCTION NO. 207:

25          DOCUMENTS sufficient to IDENTIFY the "trade secrets, non-public

26  information, non-public activities, unreleased products and product development"

27  information that MATTEL allegedly "monitor[ed], 'sp[ied] on' or gain[ed]

28  knowledge of."

EXHIBIT ___3___

PAGE ___322___

MATTEL'S SECOND SET OF DOCUMENT REQUESTS TO MGAE DE MEXICO, S.R.L. DE C.V.

1  REQUEST FOR PRODUCTION NO. 208:

2      All DOCUMENTS that REFER OR RELATE TO the "trade secrets,

3  non-public information, non-public activities, unreleased products and product

4  development" information that MATTEL allegedly "monitor[ed], 'sp[ied] on' or

5  gain[ed] knowledge of."

6

7  REQUEST FOR PRODUCTION NO. 209:

8      All DOCUMENTS showing what steps, if any, YOU took to preserve,

9  protect and safeguard the confidentiality of the "trade secrets, non-public

10  information, non-public activities, unreleased products, and product development"

11  information that MATTEL allegedly "monitor[ed], 'sp[ied] on' or gain[ed]

12  knowledge of."

13

14  REQUEST FOR PRODUCTION NO. 210:

15      All DOCUMENTS that show or tend to show that the "trade secrets,

16  non-public information, non-public activities, unreleased products, and product

17  development" information that MATTEL allegedly "monitor[ed], 'sp[ied] on' or

18  gain[ed] knowledge of" derive independent economic value from not being

19  generally known to the public or other PERSONS who can obtain economic value

20  from its disclosure or use.

21

22  REQUEST FOR PRODUCTION NO. 211:

23      All DOCUMENTS that show or tend to show that the "trade secrets,

24  non-public information, non-public activities, unreleased products, and product

25  development" information that MATTEL allegedly "monitor[ed], 'sp[ied] on' or

26  gain[ed] knowledge of" contain information that is not known to the public or to

27  PERSONS who can obtain economic value from its disclosure or use.

28

EXHIBIT ___3___

PAGE ___323___

07209/2324007.1

MATTEL'S SECOND SET OF DOCUMENT REQUESTS TO MGAE DE MEXICO, S.R.L. DE C.V.

**REQUEST FOR PRODUCTION NO. 212:**

All DOCUMENTS that show or tend to show that the "trade secrets, non-public information, non-public activities, unreleased products, and product development" information that MATTEL allegedly "monitor[ed], 'sp[ied] on' or gain[ed] knowledge of" were either used by or disclosed by MATTEL.

**REQUEST FOR PRODUCTION NO. 213:**

DOCUMENTS sufficient to IDENTIFY all PERSONS to whom MATTEL showed, disclosed or revealed the "trade secrets, non-public information, non-public activities, unreleased products, and product development" information that MATTEL allegedly "monitor[ed], 'sp[ied] on' or gain[ed] knowledge of," and the dates on which it allegedly made such disclosures.

**REQUEST FOR PRODUCTION NO. 214:**

All DOCUMENTS that show or tend to show that MATTEL did not show, disclose or reveal to any PERSON the "trade secrets, non-public information, non-public activities, unreleased products, and product development" information that MATTEL allegedly "monitor[ed], 'sp[ied] on' or gain[ed] knowledge of," or that MATTEL made such disclosures under a binding pre-existing confidentiality agreement.

**REQUEST FOR PRODUCTION NO. 215:**

DOCUMENTS sufficient to IDENTIFY all PERSONS who YOU believe "monitor[ed], 'sp[ied] on' or gain[ed] knowledge of MGA's "trade secrets, non-public information, non-public activities, unreleased products, and product development."

EXHIBIT __3__
PAGE __324__

07209/2324007.1

MATTEL'S SECOND SET OF DOCUMENT REQUESTS TO MGAE DE MEXICO, S.R.L. DE C.V.

1 | REQUEST FOR PRODUCTION NO. 216:

2 | DOCUMENTS sufficient to IDENTIFY all PERSONS who YOU

3 | believe provided MATTEL with MGA's "trade secrets, non-public information, non-

4 | public activities, unreleased products, and product development" information.

5 |

6 | REQUEST FOR PRODUCTION NO. 217:

7 | All DOCUMENTS, including but not limited to all

8 | COMMUNICATIONS with any PERSON, RELATING to YOUR actions in

9 | response to or efforts to stop, thwart or prevent MATTEL from allegedly

10 | "monitoring, 'spying on' or gaining knowledge of MGA's trade secrets, non-public

11 | information, non-public activities, unreleased products, and product development."

12 |

13 | REQUEST FOR PRODUCTION NO. 218:

14 | All DOCUMENTS that REFER OR RELATE TO the value of MGA's

15 | "trade secrets, non-public information, non-public activities, unreleased products,

16 | and product development" information that MATTEL allegedly "monitor[ed],

17 | 'sp[ied] on' or gain[ed] knowledge of."

18 |

19 | REQUEST FOR PRODUCTION NO. 219:

20 | All DOCUMENTS, including but not limited to all

21 | COMMUNICATIONS with any PERSON, RELATING to any loss, harm, injury,

22 | increased expense, lost revenue or profits, or any other damage caused to YOU by

23 | MATTEL allegedly "monitoring, 'spying on' or gaining knowledge of MGA's trade

24 | secrets, non-public information, non-public activities, unreleased products, and

25 | product development."

26 |

27 |

28 |

EXHIBIT __3__
PAGE __325__

-54-

MATTEL'S SECOND SET OF DOCUMENT REQUESTS TO MGAE DE MEXICO, S.R.L. DE C.V.

**REQUEST FOR PRODUCTION NO. 220:**

All DOCUMENTS, including but not limited to all COMMUNICATIONS with any PERSON, that REFER OR RELATE TO YOUR monitoring, spying on or gaining knowledge of MATTEL'S trade secrets, non-public information, non-public activities, unreleased products, and product development, including but not limited to, how and when you monitored, spied on or gained knowledge of MATTEL'S trade secrets, non-public information, non-public activities, unreleased products, and product development.

**REQUEST FOR PRODUCTION NO. 221:**

All DOCUMENTS that REFER OR RELATE TO when and under what circumstances MGA created, developed or conceived of the "trade secrets, non-public information, non-public activities, unreleased products, and product development" information that MATTEL allegedly "monitor[ed], 'sp[ied] on' or gain[ed] knowledge of."

**REQUEST FOR PRODUCTION NO. 222:**

All DOCUMENTS that REFER OR RELATE TO any contract or agreement that REFERS OR RELATES TO any of the "trade secrets, non-public information, non-public activities, unreleased products, and product development" information that MATTEL allegedly "monitor[ed], 'sp[ied] on' or gain[ed] knowledge of," including without limitation, all amendments and modifications thereto.

**REQUEST FOR PRODUCTION NO. 223:**

DOCUMENTS sufficient to IDENTIFY all PERSONS who acquired knowledge of MATTEL'S trade secrets, non-public information, non-public activities, unreleased products, and product development, as a result of YOUR

EXHIBIT 8
PAGE 326
07209C224007.1

1 monitoring, spying on or gaining knowledge of MATTEL'S trade secrets, non-

2 public information, non-public activities, unreleased products, and product

3 development.

4

5 REQUEST FOR PRODUCTION NO. 224:

6         All DOCUMENTS, including but not limited to all

7 COMMUNICATIONS with any PERSON, that REFER OR RELATE TO YOUR

8 use of, or disclosure to third parties of, MATTEL'S trade secrets, non-public

9 information, non-public activities, unreleased products, and product development.

10

11 REQUEST FOR PRODUCTION NO. 225:

12         All DOCUMENTS that REFER OR RELATE TO the access or use by,

13 or knowledge of, any PERSON, other than MGA, of the "trade secrets, non-public

14 information, non-public activities, unreleased products, and product development"

15 information that MATTEL allegedly "monitor[ed], 'sp[ied] on' or gain[ed]

16 knowledge of."

17

18 REQUEST FOR PRODUCTION NO. 226:

19         All DOCUMENTS that REFER OR RELATE TO YOUR access, use

20 or knowledge of the trade secrets, non-public information, non-public activities,

21 unreleased products, and product development information belonging to or owned

22 by any PERSON other than MATTEL.

23

24 REQUEST FOR PRODUCTION NO. 227:

25         All DOCUMENTS, including but not limited to all

26 COMMUNICATIONS with any PERSON, that REFER OR RELATE TO YOUR

27 allegation that MATTEL "gain[ed] access, or attemp[ed] to gain access, to MGA

28

EXHIBIT __3__

PAGE __327__

MATTEL'S SECOND SET OF DOCUMENT REQUESTS TO MGAE DE MEXICO, S.R.L. DE C.V.

1   showrooms, Plan-o-Grams, merchandising displays [and] Toy Fair displays on false

2   pretenses."

3

4   REQUEST FOR PRODUCTION NO. 228:

5         All DOCUMENTS, including but not limited to all

6   COMMUNICATIONS with any PERSON, that YOU contend prove or that YOU

7   will rely on at trial to prove that MATTEL "gain[ed] access, or attemp[ed] to gain

8   access, to MGA showrooms, Plan-o-Grams, merchandising displays [and] Toy Fair

9   displays on false pretenses."

10

11  REQUEST FOR PRODUCTION NO. 229:

12        DOCUMENTS sufficient to IDENTIFY all PERSONS with knowledge

13  of YOUR allegation that MATTEL "gain[ed] access, or attemp[ed] to gain access,

14  to MGA showrooms, Plan-o-Grams, merchandising displays [and] Toy Fair displays

15  on false pretenses."

16

17  REQUEST FOR PRODUCTION NO. 230:

18        DOCUMENTS describing all time periods during which MATTEL

19  allegedly "gain[ed] access, or attemp[ed] to gain access, to MGA showrooms, Plan-

20  o-Grams, merchandising displays [and] Toy Fair displays on false pretenses."

21

22  REQUEST FOR PRODUCTION NO. 231:

23        DOCUMENTS describing the "false pretenses" that MATTEL

24  allegedly employed or used to "gain[] access, or [to] attemp[] to gain access, to

25  MGA showrooms, Plan-o-Grams, merchandising displays [and] Toy Fair displays."

26

27

28

EXHIBIT __3__
PAGE __328__

MATTEL'S SECOND SET OF DOCUMENT REQUESTS TO MGAE DE MEXICO, S.R.L. DE C.V.

1 REQUEST FOR PRODUCTION NO. 232:

2      DOCUMENTS sufficient to IDENTIFY the "MGA showrooms, Plan-

3 o-Grams, merchandising displays [and] Toy Fair displays " to which MATTEL

4 allegedly "gain[ed] access, or attemp[ed] to gain access."

5

6 REQUEST FOR PRODUCTION NO. 233:

7      All DOCUMENTS that REFER OR RELATE TO the "MGA

8 showrooms, Plan-o-Grams, merchandising displays [and] Toy Fair displays " to

9 which MATTEL allegedly "gain[ed] access, or attemp[ed] to gain access."

10

11 REQUEST FOR PRODUCTION NO. 234:

12      All DOCUMENTS that show what steps, if any, YOU took to preserve,

13 protect and safeguard the confidentiality of the "MGA showrooms, Plan-o-Grams,

14 merchandising displays [and] Toy Fair displays," to which MATTEL allegedly

15 "gain[ed] access, or attemp[ed] to gain access."

16

17 REQUEST FOR PRODUCTION NO. 235:

18      All DOCUMENTS that show or tend to show that the "MGA

19 showrooms, Plan-o-Grams, merchandising displays [and] Toy Fair displays" to

20 which MATTEL allegedly "gain[ed] access, or attemp[ed] to gain access" derive

21 independent economic value from not being generally known to the public or other

22 PERSONS who can obtain economic value from its disclosure or use.

23

24 REQUEST FOR PRODUCTION NO. 236:

25      All DOCUMENTS that show or tend to show that the "MGA

26 showrooms, Plan-o-Grams, merchandising displays [and] Toy Fair displays" to

27 which MATTEL allegedly "gain[ed] access, or attemp[ed] to gain access" contain

28

EXHIBIT ___3___
PAGE ___329___

MATTEL'S SECOND SET OF DOCUMENT REQUESTS TO MGAE DE MEXICO, S.R.L. DE C.V.

1  information that is not known to the public or to PERSONS who can obtain

2  economic value from its disclosure or use.

3

4  REQUEST FOR PRODUCTION NO. 237:

5          All DOCUMENTS that show or tend to show that the "MGA

6  showrooms, Plan-o-Grams, merchandising displays [and] Toy Fair displays" to

7  which MATTEL allegedly "gain[ed] access, or attemp[ed] to gain access" were

8  either used by or disclosed by MATTEL.

9

10 REQUEST FOR PRODUCTION NO. 238:

11         DOCUMENTS sufficient to IDENTIFY all PERSONS to whom

12 MATTEL allegedly showed, disclosed or revealed the contents of "MGA

13 showrooms, Plan-o-Grams, merchandising displays [and] Toy Fair displays," and

14 the dates on which it allegedly made such disclosures.

15

16 REQUEST FOR PRODUCTION NO. 239:

17         All DOCUMENTS that show or tend to show that MATTEL did not

18 show, disclose or reveal to any PERSON the contents of "MGA showrooms, Plan-o-

19 Grams, merchandising displays [and] Toy Fair displays," or that MATTEL made

20 such disclosures under a binding pre-existing confidentiality agreement.

21

22 REQUEST FOR PRODUCTION NO. 240:

23         DOCUMENTS sufficient to IDENTIFY all PERSONS who contend

24 that MATTEL "gain[ed] access, or attemp[ed] to gain access, to MGA showrooms,

25 Plan-o-Grams, merchandising displays [and] Toy Fair displays on false pretenses."

26

27

28

07209/2324007.1

EXHIBIT __3__

PAGE __330__

MATTEL'S SECOND SET OF DOCUMENT REQUESTS TO MGAE DE MEXICO, S.R.L. DE C.V.

1  REQUEST FOR PRODUCTION NO. 241:

2  DOCUMENTS sufficient to IDENTIFY all PERSONS who YOU

3  believe assisted or provided MATTEL with access to "MGA showrooms, Plan-o-

4  Grams, merchandising displays [and] Toy Fair displays."

5

6  REQUEST FOR PRODUCTION NO. 242:

7  All DOCUMENTS, including but not limited to all

8  COMMUNICATIONS with any PERSON, RELATING to YOUR actions in

9  response to, or efforts to stop, thwart, prevent, counter or mitigate, MATTEL from

10  allegedly "gaining access, or attempt[ing] to gain access, to MGA showrooms, Plan-

11  o-Grams, merchandising displays [and] Toy Fair displays on false pretenses."

12

13  REQUEST FOR PRODUCTION NO. 243:

14  All DOCUMENTS that REFER OR RELATE TO the value of MGA's

15  "showrooms, Plan-o-Grams, merchandising displays [and] Toy Fair displays" to

16  which MATTEL allegedly "gain[ed] access, or attempt[ed] to gain access."

17

18  REQUEST FOR PRODUCTION NO. 244:

19  All DOCUMENTS, including but not limited to all

20  COMMUNICATIONS with any PERSON, RELATING to any loss, harm, injury,

21  increased expense, lost revenue or profits, or any other damage caused to YOU by

22  MATTEL allegedly "gaining access, or attempt[ing] to gain access, to MGA

23  showrooms, Plan-o-Grams, merchandising displays [and] Toy Fair displays on false

24  pretenses."

25

26  REQUEST FOR PRODUCTION NO. 245:

27  All DOCUMENTS that REFER OR RELATE TO any contracts or

28  agreements that REFER OR RELATE TO any MGA Plan-o-Grams and

**EXHIBIT** 3

**PAGE** 33

MATTEL'S SECOND SET OF DOCUMENT REQUESTS TO MGAE DE MEXICO, S.R.L. DE C.V.

1 | merchandising displays to which MATTEL allegedly gained access or attempted to
2 | gain access.
3 |
4 | REQUEST FOR PRODUCTION NO. 246:
5 |       All DOCUMENTS that depict any MGA Plan-o-Grams, merchandising
6 | displays or Toy Fair displays to which MATTEL allegedly gained access or
7 | attempted to gain access.
8 |
9 | REQUEST FOR PRODUCTION NO. 247:
10 |       All COMMUNICATIONS between YOU and any retailer, distributor,
11 | exhibitor or any other PERSON, and all DOCUMENTS RELATING thereto, that
12 | REFER OR RELATE TO any MGA Plan-o-Grams, merchandising displays or Toy
13 | Fair displays to which MATTEL allegedly gained access or attempted to gain
14 | access.
15 |
16 | REQUEST FOR PRODUCTION NO. 248:
17 |       All COMMUNICATIONS between YOU and any retailer, distributor,
18 | exhibitor or any other PERSON, and all DOCUMENTS RELATING thereto, that
19 | REFER OR RELATE TO any access gained or attempted access sought by
20 | MATTEL to Plan-o-Grams and merchandising displays.
21 |
22 | REQUEST FOR PRODUCTION NO. 249:
23 |       All DOCUMENTS, including but not limited to all
24 | COMMUNICATIONS with any PERSON, RELATING to YOU gaining access, or
25 | attempting to gain access, to MATTEL showrooms, Plan-o-Grams, merchandising
26 | displays or Toy Fair displays, by using false pretenses.
27 |
28 |

EXHIBIT __3__
PAGE __332__

1   REQUEST FOR PRODUCTION NO. 250:

2          All DOCUMENTS, including but not limited to all

3   COMMUNICATIONS with any PERSON, that REFER OR RELATE TO YOUR

4   gaining access, or attempting to gain access, to MATTEL showrooms, Plan-o-

5   Grams, merchandising displays or Toy Fair displays by using any covert, improper

6   or wrongful means or methods, other than false pretenses, including but not limited

7   to, how and when you gained access, or attempted to gain access, to MATTEL

8   showrooms, Plan-o-Grams, merchandising displays or Toy Fair displays.

9

10  REQUEST FOR PRODUCTION NO. 251:

11          DOCUMENTS sufficient to IDENTIFY all PERSONS who acquired

12  knowledge of the contents of MATTEL'S showrooms, Plan-o-Grams,

13  merchandising displays or Toy Fairs, as a result of any action taken by YOU, on

14  YOUR behalf or at YOUR request.

15

16  REQUEST FOR PRODUCTION NO. 252:

17          All DOCUMENTS, including but not limited to all

18  COMMUNICATIONS with any PERSON, that REFER OR RELATE TO YOUR

19  use of, or disclosure to third parties of, the contents of MATTEL'S showrooms,

20  Plan-o-Grams, merchandising displays or Toy Fairs.

21

22  REQUEST FOR PRODUCTION NO. 253:

23          All DOCUMENTS, including but not limited to all

24  COMMUNICATIONS with any PERSON, that REFER OR RELATE TO YOUR

25  allegation that MATTEL "wrongfully obtain[ed] MGA's costs and sales information

26  through Mattel-employed category managers at retailers."

27

28

EXHIBIT __5__
PAGE __333__

07209/2324007.1

-62-

MATTEL'S SECOND SET OF DOCUMENT REQUESTS TO MGAE DE MEXICO, S.R.L. DE C.V.

1  REQUEST FOR PRODUCTION NO. 254:

2          All DOCUMENTS, including but not limited to all

3  COMMUNICATIONS with any PERSON, that YOU contend prove or that YOU

4  will rely on at trial to prove that MATTEL "wrongfully obtain[ed] MGA's costs and

5  sales information through Mattel-employed category managers at retailers."

6

7  REQUEST FOR PRODUCTION NO. 255:

8          DOCUMENTS sufficient to IDENTIFY all PERSONS with knowledge

9  of YOUR allegation that MATTEL "wrongfully obtain[ed] MGA's costs and sales

10 information through Mattel-employed category managers at retailers."

11

12 REQUEST FOR PRODUCTION NO. 256:

13         DOCUMENTS describing all time periods during which MATTEL

14 allegedly "wrongfully obtain[ed] MGA's costs and sales information through Mattel-

15 employed category managers at retailers."

16

17 REQUEST FOR PRODUCTION NO. 257:

18         DOCUMENTS sufficient to IDENTIFY the MGA "costs and sales

19 information" that MATTEL allegedly "wrongfully obtain[ed] . . . through Mattel-

20 employed category managers at retailers."

21

22 REQUEST FOR PRODUCTION NO. 258:

23         DOCUMENTS sufficient to IDENTIFY the "category managers" and

24 "retailers" from whom MATTEL allegedly "wrongfully obtain[ed] MGA's costs and

25 sales information."

26

27

28

EXHIBIT __3__
PAGE __334__

1 | REQUEST FOR PRODUCTION NO. 259:

2          DOCUMENTS describing how MATTEL allegedly used the

3 | "wrongfully obtain[ed] MGA[] costs and sales information."

4

5 | REQUEST FOR PRODUCTION NO. 260:

6          All DOCUMENTS that REFER OR RELATE TO the MGA "costs and

7 | sales information " that MATTEL allegedly "wrongfully obtain[ed] . . . through

8 | Mattel-employed category managers at retailers."

9

10 | REQUEST FOR PRODUCTION NO. 261:

11          All DOCUMENTS showing what steps, if any, YOU took to preserve,

12 | protect and safeguard the confidentiality of the MGA "costs and sales information"

13 | that MATTEL allegedly "wrongfully obtain[ed] . . . through Mattel-employed

14 | category managers at retailers."

15

16 | REQUEST FOR PRODUCTION NO. 262:

17          All DOCUMENTS that show or tend to show that the MGA "costs and

18 | sales information" that MATTEL allegedly "wrongfully obtain[ed] . . . through

19 | Mattel-employed category managers at retailers" derives independent economic

20 | value from not being generally known to the public or other PERSONS who can

21 | obtain economic value from its disclosure or use.

22

23 | REQUEST FOR PRODUCTION NO. 263:

24          All DOCUMENTS that show or tend to show that the MGA "costs and

25 | sales information" that MATTEL allegedly "wrongfully obtain[ed] . . . through

26 | Mattel-employed category managers at retailers" contains information that is not

27 | known to the public or to PERSONS who can obtain economic value from its

28 | disclosure or use.

EXHIBIT __3__

PAGE __335__

-64-

1  REQUEST FOR PRODUCTION NO. 264:

2        All DOCUMENTS that show or tend to show the "costs and sales

3  information" that MATTEL allegedly "wrongfully obtain[ed] . . . through Mattel-

4  employed category managers at retailers" was either used or disclosed by MATTEL.

5

6  REQUEST FOR PRODUCTION NO. 265:

7        DOCUMENTS sufficient to IDENTIFY all PERSONS who contend

8  that MATTEL "wrongfully obtain[ed] MGA's costs and sales information through

9  Mattel-employed category managers at retailers."

10

11  REQUEST FOR PRODUCTION NO. 266:

12        All DOCUMENTS, including but not limited to all

13  COMMUNICATIONS with any PERSON, RELATING to YOUR actions in

14  response to, or efforts to stop, thwart, or prevent, MATTEL from allegedly

15  "wrongfully obtaining MGA's costs and sales information through Mattel-employed

16  category managers at retailers."

17

18  REQUEST FOR PRODUCTION NO. 267:

19        All DOCUMENTS, including but not limited to all

20  COMMUNICATIONS with any PERSON, RELATING to any loss, harm, injury,

21  increased expense, lost revenue or profits, or any other damage caused to YOU by

22  MATTEL'S alleged "wrongful[] obtaining [of] MGA's costs and sales information

23  through Mattel-employed category managers at retailers."

24

25  REQUEST FOR PRODUCTION NO. 268:

26        DOCUMENTS sufficient to IDENTIFY each MGA-employed category

27  manager at retail at any time after January 1, 1998.

28

EXHIBIT __3__
PAGE __336__

07209/2324007.1

-65-

MATTEL'S SECOND SET OF DOCUMENT REQUESTS TO MGAE DE MEXICO, S.R.L. DE C.V.

1  REQUEST FOR PRODUCTION NO. 269:

2      All DOCUMENTS that REFER OR RELATE TO MGA's attempts or

3  efforts, including without limitation, solicitations, proposals and requests, that MGA

4  be appointed category manager at retail.

5

6  REQUEST FOR PRODUCTION NO. 270:

7      All DOCUMENTS that REFER OR RELATE TO MGA's attempts or

8  efforts, including without limitation, solicitations, proposals and requests, that MGA

9  be appointed category manager at retail instead of a MATTEL-employed category

10  manager.

11

12  REQUEST FOR PRODUCTION NO. 271:

13      All COMMUNICATIONS, and all DOCUMENTS RELATING

14  thereto, between MGA and any PERSON, including without limitation, any retailer,

15  distributor or wholesaler, that REFER OR RELATE to any MATTEL-employed

16  category manager at retail or any acts or omissions of such MATTEL-employed

17  category manager at retail.

18

19  REQUEST FOR PRODUCTION NO. 272:

20      All COMMUNICATIONS, and all DOCUMENTS RELATING

21  thereto, between MGA and any PERSON, including without limitation, any retailer,

22  distributor or wholesaler, that REFER OR RELATE TO any MGA-employed

23  category manager at retail or any acts or omissions of such MGA-employed

24  category manager at retail.

25

26  REQUEST FOR PRODUCTION NO. 273:

27      All COMMUNICATIONS, and all DOCUMENTS RELATING

28  thereto, between MGA and any PERSON, including without limitation, any retailer,

EXHIBIT 5
07209/2324007.1
PAGE 337

1 | distributor or wholesaler, that REFER OR RELATE TO any proposed, requested or

2 | contemplated MGA-employed category manager at retail or any acts or omissions of

3 | such proposed, requested or contemplated MGA-employed category manager at

4 | retail.

5 |

6 | REQUEST FOR PRODUCTION NO. 274:

7 | All DOCUMENTS that REFER OR RELATE TO the quality or

8 | performance of any MATTEL-employed category manager at retail or any acts or

9 | omissions of such MATTEL-employed category manager at retail, including

10 | without limitation, any COMMUNICATIONS to or from retailers RELATING

11 | thereto.

12 |

13 | REQUEST FOR PRODUCTION NO. 275:

14 | All DOCUMENTS that REFER OR RELATE TO any actual, alleged

15 | or claimed errors, malfeasance, misfeasance, poor performance, breaches or

16 | improper, illegal, unfair or unethical conduct by any MGA-employed category

17 | manager at retail or any acts or omissions of such MGA-employed category

18 | manager at retail, including without limitation, any COMMUNICATIONS to or

19 | from retailers RELATING thereto.

20 |

21 | REQUEST FOR PRODUCTION NO. 276:

22 | All DOCUMENTS, including but not limited to all

23 | COMMUNICATIONS with any PERSON, RELATING to YOU obtaining, through

24 | any means or methods, MATTEL'S costs and sales information through YOUR

25 | category managers at retailers.

26 |

27 |

28 |

EXHIBIT __3__
PAGE __338__

-67-

MATTEL'S SECOND SET OF DOCUMENT REQUESTS TO MGAE DE MEXICO, S.R.L. DE C.V.

**REQUEST FOR PRODUCTION NO. 277:**

All DOCUMENTS, including but not limited to all COMMUNICATIONS with any PERSON, that REFER OR RELATE TO YOUR allegation that MATTEL "induc[ed] non-party customers to breach confidentiality agreements with MGA and divulge non-public information about MGA's unreleased products."

**REQUEST FOR PRODUCTION NO. 278:**

All DOCUMENTS, including but not limited to all COMMUNICATIONS with any PERSON, that YOU contend prove or that YOU will rely on at trial to prove that MATTEL "induc[ed] non-party customers to breach confidentiality agreements with MGA and divulge non-public information about MGA's unreleased products."

**REQUEST FOR PRODUCTION NO. 279:**

DOCUMENTS sufficient to IDENTIFY all PERSONS with knowledge of YOUR allegation that MATTEL "induc[ed] non-party customers to breach confidentiality agreements with MGA."

**REQUEST FOR PRODUCTION NO. 280:**

DOCUMENTS sufficient to IDENTIFY all PERSONS with knowledge of YOUR allegation that MATTEL "induc[ed] non-party customers to . . . divulge non-public information about MGA's unreleased products."

**REQUEST FOR PRODUCTION NO. 281:**

DOCUMENTS describing all time periods during which MATTEL allegedly "induc[ed] non-party customers to breach confidentiality agreements with MGA and divulge non-public information about MGA's unreleased products."

EXHIBIT
07209/2924007.1
PAGE 339

MATTEL'S SECOND SET OF DOCUMENT REQUESTS TO MGAE DE MEXICO, S.R.L. DE C.V.

1  REQUEST FOR PRODUCTION NO. 282:

2         DOCUMENTS sufficient to IDENTIFY the "non-party customers" and

3  PERSONS employed by "non-party customers" who MATTEL allegedly "induc[ed]

4  . . . to breach confidentiality agreements with MGA and divulge non-public

5  information about MGA's unreleased products."

6

7  REQUEST FOR PRODUCTION NO. 283:

8         DOCUMENTS sufficient to IDENTIFY the "unreleased products" for

9  which MATTEL allegedly "induc[ed] non-party customers to breach confidentiality

10  agreements with MGA and divulge non-public information."

11

12  REQUEST FOR PRODUCTION NO. 284:

13         The "non-public information about MGA's unreleased products" that

14  MATTEL allegedly "induc[ed] non-party customers to breach confidentiality

15  agreements with MGA and divulge" to MATTEL.

16

17  REQUEST FOR PRODUCTION NO. 285:

18         All DOCUMENTS that REFER OR RELATE TO any contract or

19  agreement with the "non-party customers" who MATTEL allegedly "induc[ed] . . .

20  to breach confidentiality agreements with MGA and divulge non-public information

21  about MGA's unreleased products," including without limitation, all such contracts

22  or agreements that were allegedly breached.

23

24  REQUEST FOR PRODUCTION NO. 286:

25         All DOCUMENTS that REFER OR RELATE TO the "unreleased

26  products" for which MATTEL allegedly "induc[ed] non-party customers to breach

27  confidentiality agreements with MGA and divulge non-public information."

28

EXHIBIT __3__

PAGE __340__

1  REQUEST FOR PRODUCTION NO. 287:

2          All DOCUMENTS that REFER OR RELATE TO the "non-public

3  information about MGA's unreleased products" that MATTEL allegedly "induc[ed]

4  non-party customers to breach confidentiality agreements with MGA and divulge"

5  to MATTEL.

6

7  REQUEST FOR PRODUCTION NO. 288:

8          All DOCUMENTS showing what steps, if any, YOU took to preserve,

9  protect and safeguard the confidentiality of MGA's "unreleased products" for which

10 MATTEL allegedly "induc[ed] non-party customers to breach confidentiality

11 agreements with MGA and divulge non-public information."

12

13 REQUEST FOR PRODUCTION NO. 289:

14         All DOCUMENTS that show or tend to show that the MGA

15 "unreleased products," for which MATTEL allegedly "induc[ed] non-party

16 customers to breach confidentiality agreements with MGA and divulge non-public

17 information," derives independent economic value from not being generally known

18 to the public or other PERSONS who can obtain economic value from their

19 disclosure or use.

20

21 REQUEST FOR PRODUCTION NO. 290:

22         All DOCUMENTS that show or tend to show that the MGA

23 "unreleased products," for which MATTEL allegedly "induc[ed] non-party

24 customers to breach confidentiality agreements with MGA and divulge non-public

25 information," contains information that is not known to the public or to PERSONS

26 who can obtain economic value from its disclosure or use.

27

28

EXHIBIT __3__
PAGE __341__

MATTEL'S SECOND SET OF DOCUMENT REQUESTS TO MGAE DE MEXICO, S.R.L. DE C.V.

REQUEST FOR PRODUCTION NO. 291:

All DOCUMENTS that show or tend to show that the MGA "unreleased products," for which MATTEL allegedly "induc[ed] non-party customers to breach confidentiality agreements with MGA and divulge non-public information," were either used by or disclosed by MATTEL.

REQUEST FOR PRODUCTION NO. 292:

DOCUMENTS sufficient to IDENTIFY all PERSONS to whom MATTEL allegedly showed, disclosed or revealed the MGA "unreleased products," and the dates on which it allegedly made such disclosures.

REQUEST FOR PRODUCTION NO. 293:

All DOCUMENTS that show or tend to show that MATTEL did not show, disclose or reveal to any PERSON the MGA "unreleased products," or that MATTEL made such disclosures under a binding pre-existing confidentiality agreement.

REQUEST FOR PRODUCTION NO. 294:

DOCUMENTS sufficient to IDENTIFY all PERSONS who YOU believe provided MATTEL with the MGA "unreleased products."

REQUEST FOR PRODUCTION NO. 295:

DOCUMENTS sufficient to IDENTIFY all PERSONS who contend that MATTEL "induc[ed] non-party customers to breach confidentiality agreements with MGA and divulge non-public information about MGA's unreleased products."

EXHIBIT 3
PAGE 342

MATTEL'S SECOND SET OF DOCUMENT REQUESTS TO MGAE DE MEXICO, S.R.L. DE C.V.

07209/2324007.1

1  REQUEST FOR PRODUCTION NO. 296:

2          All DOCUMENTS, including but not limited to all

3  COMMUNICATIONS with any PERSON, RELATING to YOUR actions in

4  response to, or efforts to stop, thwart, prevent, counter or mitigate, MATTEL from

5  allegedly "inducing non-party customers to breach confidentiality agreements with

6  MGA and divulge non-public information about MGA's unreleased products."

7

8  REQUEST FOR PRODUCTION NO. 297:

9          All DOCUMENTS, including but not limited to all

10  COMMUNICATIONS with any PERSON, RELATING to any loss, harm, injury,

11  increased expense, lost revenue or profits, or any other damage caused to YOU by

12  MATTEL allegedly "inducing non-party customers to breach confidentiality

13  agreements with MGA and divulge non-public information about MGA's unreleased

14  products."

15

16  REQUEST FOR PRODUCTION NO. 298:

17          All DOCUMENTS that REFER OR RELATE TO any lawsuit, legal

18  action or arbitration, or threatened lawsuit, legal action or arbitration, against any

19  PERSON other than MATTEL for any breach of confidentiality agreement allegedly

20  induced by MATTEL and/or for any disclosure of non-public information about

21  MGA's unreleased products.

22

23  REQUEST FOR PRODUCTION NO. 299:

24          All DOCUMENTS that REFER OR RELATE TO any reimbursement

25  or payment obtained, sought, requested or demanded from any PERSON other than

26  MATTEL, including without limitation, any insurer or customer, for any breach of

27  confidentiality agreement allegedly induced by MATTEL and/or for any disclosure

28  of non-public information about MGA's unreleased products.

EXHIBIT ___3___

PAGE __343__

07209/2324007.1

MATTEL'S SECOND SET OF DOCUMENT REQUESTS TO MGAE DE MEXICO, S.R.L. DE C.V.

1  REQUEST FOR PRODUCTION NO. 300:

2         All DOCUMENTS, including but not limited to all

3  COMMUNICATIONS with any PERSON, RELATING to YOU inducing non-party

4  customers to breach confidentiality agreements with MATTEL and divulge non-

5  public information about MATTEL'S unreleased products.

6

7  REQUEST FOR PRODUCTION NO. 301:

8         All DOCUMENTS, including but not limited to all

9  COMMUNICATIONS with any PERSON, RELATING to YOU inducing any

10  PERSON to breach confidentiality agreements with MATTEL and divulge

11  information about MATTEL'S unreleased products.

12

13  REQUEST FOR PRODUCTION NO. 302:

14         All DOCUMENTS, including but not limited to all

15  COMMUNICATIONS with any PERSON, that REFER OR RELATE TO YOUR

16  allegation that MATTEL "covertly investigat[ed] MGA, its officers and employees,

17  and their family members."

18

19  REQUEST FOR PRODUCTION NO. 303:

20         All DOCUMENTS, including but not limited to all

21  COMMUNICATIONS with any PERSON, that YOU contend prove or that YOU

22  will rely on at trial to prove that MATTEL "covertly investigat[ed] MGA, its

23  officers and employees, and their family members."

24

25  REQUEST FOR PRODUCTION NO. 304:

26         DOCUMENTS sufficient to IDENTIFY all PERSONS with knowledge

27  of YOUR allegation that MATTEL "covertly investigat[ed] MGA, its officers and

28  employees, and their family members."

EXHIBIT __3__

PAGE __344__

07209/2324007.1

REQUEST FOR PRODUCTION NO. 305:

DOCUMENTS describing all time periods during which MATTEL allegedly "covertly investigat[ed] MGA, its officers and employees, and their family members."

REQUEST FOR PRODUCTION NO. 306:

DOCUMENTS sufficient to IDENTIFY every PERSON who YOU contend MATTEL "covertly investigat[ed]."

REQUEST FOR PRODUCTION NO. 307:

DOCUMENTS sufficient to IDENTIFY all times when you allege that MATTEL "covertly investigat[ed] MGA, its officers and employees, and their family members."

REQUEST FOR PRODUCTION NO. 308:

DOCUMENTS sufficient to IDENTIFY each alleged instance of MATTEL "covertly investigating MGA, its officers and employees, and their family members."

REQUEST FOR PRODUCTION NO. 309:

All DOCUMENTS, including but not limited to all COMMUNICATIONS with any PERSON, that REFER OR RELATE TO any COMMUNICATIONS between any investigator and MGA, MGA's officers, MGA's employees, or their "family members," who were allegedly "covertly investigat[ed]" by MATTEL.

EXHIBIT __3__
PAGE __345__

MATTEL'S SECOND SET OF DOCUMENT REQUESTS TO MGAE DE MEXICO, S.R.L. DE C.V.

07209/2324007.1

1    REQUEST FOR PRODUCTION NO. 310:

2           All DOCUMENTS that YOU contend show or tend to show that any

3 alleged investigation of "MGA, its officers and employees, and their family

4 members" by MATTEL was illegal or improper.

5

6    REQUEST FOR PRODUCTION NO. 311:

7           All DOCUMENTS that YOU contend show or tend to show that any

8 alleged investigation of "MGA, its officers and employees, and their

9 members" by MATTEL was not privileged.

10

11    REQUEST FOR PRODUCTION NO. 312:

12           All DOCUMENTS that YOU contend show or tend to show that

13 MATTEL had no reason or basis to conduct any alleged investigation of "MGA, its

14 officers and employees, and their family members."

15

16    REQUEST FOR PRODUCTION NO. 313:

17           DOCUMENTS sufficient to IDENTIFY all PERSONS who contend

18 that MATTEL "covertly investigat[ed] MGA, its officers and employees, and their

19 family members."

20

21    REQUEST FOR PRODUCTION NO. 314:

22           All DOCUMENTS, including but not limited to all

23 COMMUNICATIONS with any PERSON, RELATING to YOUR actions in

24 response to, or efforts to stop, thwart, prevent, counter or mitigate, MATTEL'S

25 alleged "covert[] investigat[ion of] MGA, its officers and employees, and their

26 family members."

27

28

EXHIBIT 3
PAGE 346

07209/2324007.1

-75-

MATTEL'S SECOND SET OF DOCUMENT REQUESTS TO MGAE DE MEXICO, S.R.L. DE C.V.

1  REQUEST FOR PRODUCTION NO. 315:

2        All DOCUMENTS, including but not limited to all

3  COMMUNICATIONS with any PERSON, RELATING to any loss, harm, injury,

4  increased expense, lost revenue or profits, or any other damage caused to YOU by

5  MATTEL'S alleged "covert[] investigat[ion of] MGA, its officers and employees,

6  and their family members."

7

8  REQUEST FOR PRODUCTION NO. 316:

9        All DOCUMENTS, including but not limited to all

10  COMMUNICATIONS with any PERSON, RELATING to YOU covertly

11  investigating MATTEL, its officers and employees, and their family members, by or

12  through the use of any means or methods, including but not limited to, by using a

13  wire-tap.

14

15  REQUEST FOR PRODUCTION NO. 317:

16        All DOCUMENTS that REFER OR RELATE TO any investigation of

17  any PERSON by Anthony Pellicano performed for, on behalf of, with the

18  knowledge of or at the request of YOU, directly or indirectly, including without

19  limitation, through the Christensen Miller or Christensen Glaser law firm.

20

21  REQUEST FOR PRODUCTION NO. 318:

22        All DOCUMENTS that REFER OR RELATE TO any charges or

23  monies paid directly or indirectly for, on behalf of or with the knowledge of YOU in

24  connection with any services, work or activities by Anthony Pellicano, including

25  without limitation, through the Christensen Miller or Christensen Glaser law firm.

26

27

28

EXHIBIT __3__
PAGE __347__

07209/2324007.1

1  REQUEST FOR PRODUCTION NO. 319:

2         All COMMUNICATIONS, and all DOCUMENTS that REFER OR

3  RELATE thereto, between YOU, including without limitation, through the

4  Christensen Miller or Christensen Glaser law firm, and Anthony Pellicano.

5

6  REQUEST FOR PRODUCTION NO. 320:

7         All DOCUMENTS, including but not limited to all

8  COMMUNICATIONS with any PERSON, that REFER OR RELATE TO the

9  covert investigation of any PERSON who is or has ever been adverse to YOU in any

10 litigation, arbitration or legal proceeding or any threatened or potential litigation,

11 arbitration or legal proceeding.

12

13 REQUEST FOR PRODUCTION NO. 321:

14        All DOCUMENTS, including but not limited to all

15 COMMUNICATIONS with any PERSON, that REFER OR RELATE TO the

16 covert investigation of any PERSON who is or ever has been a competitor of

17 YOURS.

18

19 REQUEST FOR PRODUCTION NO. 322:

20        All DOCUMENTS, including but not limited to all

21 COMMUNICATIONS with any PERSON, that REFER OR RELATE TO the

22 attempted, requested, solicited or contemplated covert investigation of any PERSON

23 who is or has ever been adverse to YOU in any litigation, arbitration or legal

24 proceeding or any threatened or potential litigation, arbitration or legal proceeding.

25

26 REQUEST FOR PRODUCTION NO. 323:

27        All DOCUMENTS, including but not limited to all

28 COMMUNICATIONS with any PERSON, that REFER OR RELATE TO the

EXHIBIT
07209/2324007.1
PAGE 348

-77-

1  attempted, requested, solicited or contemplated covert investigation of any PERSON

2  who is or has ever been a competitor of YOURS.

3

4  REQUEST FOR PRODUCTION NO. 324:

5        All DOCUMENTS, including but not limited to all

6  COMMUNICATIONS with any PERSON, that REFER OR RELATE TO the

7  wiretapping, bugging or surreptitious recording of any PERSON who is or has ever

8  been adverse to YOU in any litigation, arbitration or legal proceeding or any

9  threatened or potential litigation, arbitration or legal proceeding.

10

11  REQUEST FOR PRODUCTION NO. 325:

12        All DOCUMENTS, including but not limited to all

13  COMMUNICATIONS with any PERSON, that REFER OR RELATE TO the

14  wiretapping, bugging or surreptitious recording of any PERSON who is or ever has

15  been a competitor of YOURS.

16

17  REQUEST FOR PRODUCTION NO. 326:

18        All DOCUMENTS, including but not limited to all

19  COMMUNICATIONS with any PERSON, that REFER OR RELATE TO the

20  attempted, requested, solicited or contemplated wiretapping, bugging or

21  surreptitious recording of any PERSON who is or has ever been adverse to YOU in

22  any litigation, arbitration or legal proceeding or any threatened or potential

23  litigation, arbitration or legal proceeding.

24

25  REQUEST FOR PRODUCTION NO. 327:

26        All DOCUMENTS, including but not limited to all

27  COMMUNICATIONS with any PERSON, that REFER OR RELATE TO the

28  attempted, requested, solicited or contemplated wiretapping, bugging or

EXHIBIT 5
PAGE 349
07209/2924007.1
-78-

MATTEL'S SECOND SET OF DOCUMENT REQUESTS TO MGAE DE MEXICO, S.R.L. DE C.V.

1  surreptitious recording of any PERSON who is or has ever been a competitor of

2  YOURS.

3

4  REQUEST FOR PRODUCTION NO. 328:

5          All DOCUMENTS, including but not limited to all

6  COMMUNICATIONS with any PERSON, that REFER OR RELATE TO the

7  destruction or non-retention, attempted, requested, solicited or contemplated

8  destruction or non-retention or any alleged, claimed or accused destruction or non-

9  retention of any DOCUMENT by YOU in any litigation, arbitration or legal

10  proceeding or any threatened or potential litigation, arbitration or legal proceeding.

11

12  REQUEST FOR PRODUCTION NO. 329:

13          All DOCUMENTS, including but not limited to all

14  COMMUNICATIONS with any PERSON, that REFER OR RELATE TO YOUR

15  allegation that MATTEL "contact[ed] persons under false pretense in order to

16  interrogate them about Bratz and this litigation."

17

18  REQUEST FOR PRODUCTION NO. 330:

19          All DOCUMENTS, including but not limited to all

20  COMMUNICATIONS with any PERSON, that YOU allege prove or that YOU will

21  rely on at trial to prove that MATTEL "contact[ed] persons under false pretense in

22  order to interrogate them about Bratz and this litigation."

23

24  REQUEST FOR PRODUCTION NO. 331:

25          DOCUMENTS sufficient to IDENTIFY all PERSONS with knowledge

26  of YOUR allegation that MATTEL "contact[ed] persons under false pretense in

27  order to interrogate them about Bratz and this litigation."

EXHIBIT __3__

PAGE __350__

28

MATTEL'S SECOND SET OF DOCUMENT REQUESTS TO MGAE DE MEXICO, S.R.L. DE C.V.

1  REQUEST FOR PRODUCTION NO. 332:

2          DOCUMENTS describing all time periods during which MATTEL

3  allegedly "contact[ed] persons under false pretense in order to interrogate them

4  about Bratz and this litigation."

5

6  REQUEST FOR PRODUCTION NO. 333:

7          DOCUMENTS sufficient to IDENTIFY every PERSON who YOU

8  contend MATTEL "contact[ed] . . . under false pretense in order to interrogate them

9  about Bratz and this litigation."

10

11  REQUEST FOR PRODUCTION NO. 334:

12          DOCUMENTS sufficient to IDENTIFY the date of each alleged

13  instance of MATTEL "contacting persons under false pretense in order to

14  interrogate them about Bratz and this litigation."

15

16  REQUEST FOR PRODUCTION NO. 335:

17          DOCUMENTS sufficient to IDENTIFY the purpose or reason of each

18  alleged instance of MATTEL "contacting persons under false pretense in order to

19  interrogate them about Bratz and this litigation."

20

21  REQUEST FOR PRODUCTION NO. 336:

22          DOCUMENTS sufficient to explain why MATTEL allegedly

23  "contact[ed] persons under false pretense in order to interrogate them about Bratz

24  and this litigation," if YOU know.

25                                                      EXHIBIT __3__

26  REQUEST FOR PRODUCTION NO. 337:          PAGE __351__

27          All DOCUMENTS, including but not limited to all

28  COMMUNICATIONS with any PERSON, that REFER OR RELATE TO any

1   COMMUNICATION between MATTEL and any PERSON who MATTEL

2   allegedly "contact[ed] . . . under false pretense in order to interrogate them about

3   Bratz and this litigation."

4

5   <u>REQUEST FOR PRODUCTION NO. 338:</u>

6         All DOCUMENTS that YOU contend show or tend to show that any

7   alleged "[contact by MATTEL with] persons under false pretense in order to

8   interrogate them about Bratz and this litigation" was illegal or improper.

9

10   <u>REQUEST FOR PRODUCTION NO. 339:</u>

11         All DOCUMENTS that YOU contend show or tend to show that any

12   alleged "[contact by MATTEL with] persons under false pretense in order to

13   interrogate them about Bratz and this litigation" was not privileged.

14

15   <u>REQUEST FOR PRODUCTION NO. 340:</u>

16         All DOCUMENTS that describe the allegedly "false pretenses" that

17   MATTEL used or employed to "contact[] persons . . . in order to interrogate them

18   about Bratz and this litigation."

19

20   <u>REQUEST FOR PRODUCTION NO. 341:</u>

21         All DOCUMENTS, including but not limited to all

22   COMMUNICATIONS with any PERSON, RELATING to YOUR actions in

23   response to, or efforts to stop, thwart, prevent, counter or mitigate, MATTEL from

24   allegedly "contacting persons under false pretense in order to interrogate them about

25   Bratz and this litigation."

26

27   EXHIBIT __3__

28   PAGE __352__

1 | REQUEST FOR PRODUCTION NO. 342:

2 |    All DOCUMENTS, including but not limited to all

3 | COMMUNICATIONS with any PERSON, RELATING to any loss, harm, injury,

4 | increased expense, lost revenue or profits, or any other damage caused to YOU by

5 | MATTEL'S alleged "[contact with] persons under false pretense in order to

6 | interrogate them about Bratz and this litigation."

7 |

8 | REQUEST FOR PRODUCTION NO. 343:

9 |    All DOCUMENTS, including but not limited to all

10 | COMMUNICATIONS with any PERSON, RELATING to YOU contacting any

11 | PERSON under false pretense in order to question, interview or interrogate them

12 | about MATTEL and this litigation.

13 |

14 | REQUEST FOR PRODUCTION NO. 344:

15 |    All DOCUMENTS that REFER OR RELATE TO any interview or

16 | conversation that YOU have had, or attempted, proposed or requested to have, with

17 | Anna Rhee.

18 |

19 | REQUEST FOR PRODUCTION NO. 345:

20 |    All DOCUMENTS, including but not limited to all

21 | COMMUNICATIONS with any PERSON, that REFER OR RELATE TO YOUR

22 | allegation that MATTEL "coerc[ed] its employees to accept restrictive covenants

23 | (right before a massive layoff) and non-compete clauses and other efforts to prevent

24 | prospective MGA employees from accepting offers of employment."

25 |

EXHIBIT _3_
PAGE _353_

26 | REQUEST FOR PRODUCTION NO. 346:

27 |    All DOCUMENTS, including but not limited to all

28 | COMMUNICATIONS with any PERSON, that YOU contend prove or that YOU

07209/2324007.1

1   will rely on at trial to prove that MATTEL "coerc[ed] its employees to accept

2   restrictive covenants (right before a massive layoff) and non-compete clauses and

3   other efforts to prevent prospective MGA employees from accepting offers of

4   employment."

5

6   REQUEST FOR PRODUCTION NO. 347:

7           DOCUMENTS sufficient to IDENTIFY all PERSONS with knowledge

8   of YOUR allegation that MATTEL "coerc[ed] its employees to accept restrictive

9   covenants . . . and non-compete clauses."

10

11  REQUEST FOR PRODUCTION NO. 348:

12          DOCUMENTS sufficient to IDENTIFY all PERSONS with knowledge

13  of YOUR allegation that MATTEL engaged in "efforts to prevent prospective MGA

14  employees from accepting offers of employment."

15

16  REQUEST FOR PRODUCTION NO. 349:

17          DOCUMENTS describing all time periods during which MATTEL

18  allegedly "coerc[ed] its employees to accept restrictive covenants . . . and non-

19  compete clauses and other efforts to prevent prospective MGA employees from

20  accepting offers of employment."

21

22  REQUEST FOR PRODUCTION NO. 350:

23          DOCUMENTS sufficient to IDENTIFY every PERSON who YOU

24  contend MATTEL "coerc[ed] . . . to accept restrictive covenants . . . and non-

25  compete clauses" in order to "prevent [the person] from accepting [an] offer[] of

26  employment [from MGA]."

27                                          EXHIBIT __3__

28                                          PAGE __354__

07209/2324007.1

MATTEL'S SECOND SET OF DOCUMENT REQUESTS TO MGAE DE MEXICO, S.R.L. DE C.V.

REQUEST FOR PRODUCTION NO. 351:

DOCUMENTS sufficient to IDENTIFY every PERSON who YOU contend MATTEL "prevent[ed] from accepting [an] offer[] of employment [from MGA]."

REQUEST FOR PRODUCTION NO. 352:

DOCUMENTS sufficient to IDENTIFY every PERSON who became YOUR employee who YOU contend MATTEL "coerc[ed] . . . to accept restrictive covenants . . . and non-compete clauses" in order to "prevent [the person] from accepting [an] offer[] of employment [from MGA]."

REQUEST FOR PRODUCTION NO. 353:

DOCUMENTS sufficient to IDENTIFY every PERSON who did not become YOUR employee who YOU contend MATTEL "coerc[ed] . . . to accept restrictive covenants . . . and non-compete clauses" in order to "prevent [the person] from accepting [an] offer[] of employment [from MGA]."

REQUEST FOR PRODUCTION NO. 354:

DOCUMENTS sufficient to IDENTIFY the date of each alleged instance of MATTEL "coercing [an] employee[] to accept restrictive covenants . . . and non-compete clauses" in order to "prevent [the person] from accepting [an] offer[] of employment [from MGA]."

EXHIBIT __3__
PAGE __355__

REQUEST FOR PRODUCTION NO. 355:

DOCUMENTS sufficient to IDENTIFY what YOU contend was the purpose or reason of each alleged instance of MATTEL "coercing [an] employee[] to accept restrictive covenants . . . and non-compete clauses" in order to "prevent [the person] from accepting [an] offer[] of employment [from MGA]."

07209/2324007.1

-84-

MATTEL'S SECOND SET OF DOCUMENT REQUESTS TO MGAE DE MEXICO, S.R.L. DE C.V.

1  REQUEST FOR PRODUCTION NO. 356:

2          All DOCUMENTS, including but not limited to all

3  COMMUNICATIONS with any PERSON, that REFER OR RELATE TO any

4  COMMUNICATION between MATTEL and any PERSON who MATTEL

5  allegedly "coerc[ed] . . . to accept restrictive covenants . . . and non-compete

6  clauses" in order to "prevent [the person] from accepting [an] offer[] of employment

7  [from MGA]."

8

9  REQUEST FOR PRODUCTION NO. 357:

10         All DOCUMENTS that describe the allegedly coercive methods and

11  means that MATTEL used or employed to force "employees to accept restrictive

12  covenants . . . and non-compete clauses" in order to "prevent [them] from accepting

13  offers of employment [from MGA]."

14

15  REQUEST FOR PRODUCTION NO. 358:

16         All DOCUMENTS that describe the alleged "restrictive covenants" that

17  MATTEL forced "employees to accept" in order to allegedly "prevent [them] from

18  accepting offers of employment [from MGA]."

19

20  REQUEST FOR PRODUCTION NO. 359:

21         All DOCUMENTS that REFER OR RELATE TO every alleged

22  "restrictive covenant" that MATTEL forced "employees to accept" in order to

23  allegedly "prevent [them] from accepting offers of employment [from MGA]."

24

25  REQUEST FOR PRODUCTION NO. 360:

26         All DOCUMENTS that describe the alleged "non-compete clauses"

27  that MATTEL forced "employees to accept" in order to allegedly "prevent [them]

28  from accepting offers of employment [from MGA]."

EXHIBIT __3__

PAGE __356__

MATTEL'S SECOND SET OF DOCUMENT REQUESTS TO MGAE DE MEXICO, S.R.L. DE C.V.

07209/2324007.1

REQUEST FOR PRODUCTION NO. 361:

All DOCUMENTS that REFER OR RELATE TO every alleged "non-compete clause" that MATTEL forced "employees to accept" in order to allegedly "prevent [them] from accepting offers of employment [from MGA]."

REQUEST FOR PRODUCTION NO. 362:

DOCUMENTS sufficient to IDENTIFY all PERSONS who contend that MATTEL "coerc[ed] its employees to accept restrictive covenants (right before a massive layoff) and non-compete clauses and other efforts to prevent prospective MGA employees from accepting offers of employment."

REQUEST FOR PRODUCTION NO. 363:

All DOCUMENTS, including but not limited to all COMMUNICATIONS with any PERSON, RELATING to YOUR actions in response to, or efforts to stop, thwart, prevent, counter or mitigate, MATTEL from allegedly "coercing its employees to accept restrictive covenants . . . and non-compete clauses and other efforts to prevent prospective MGA employees from accepting offers of employment."

REQUEST FOR PRODUCTION NO. 364:

All DOCUMENTS, including but not limited to all COMMUNICATIONS with any PERSON, RELATING to any loss, harm, injury, increased expense, lost revenue or profits, or any other damage caused to YOU by MATTEL allegedly "coercing its employees to accept restrictive covenants . . . and non-compete clauses and other efforts to prevent prospective MGA employees from accepting offers of employment."

EXHIBIT __3__
PAGE __357__

1   REQUEST FOR PRODUCTION NO. 365:

2         All DOCUMENTS, including but not limited to all

3 COMMUNICATIONS with any PERSON, that REFER OR RELATE TO YOUR

4 allegation that MATTEL "delay[ed] in suing Carter Bryant because, *inter alia*,

5 Mattel wanted Bryant to testify in an unrelated Mattel case."

6

7   REQUEST FOR PRODUCTION NO. 366:

8         All DOCUMENTS, including but not limited to all

9 COMMUNICATIONS with any PERSON, that YOU contend prove or that YOU

10 will rely on at trial to prove that MATTEL "delay[ed] in suing Carter Bryant

11 because, *inter alia*, Mattel wanted Bryant to testify in an unrelated Mattel case."

12

13   REQUEST FOR PRODUCTION NO. 367:

14         DOCUMENTS sufficient to IDENTIFY all PERSONS with knowledge

15 of YOUR allegation that MATTEL "delay[ed] in suing Carter Bryant because, *inter*

16 *alia*, Mattel wanted Bryant to testify in an unrelated Mattel case."

17

18   REQUEST FOR PRODUCTION NO. 368:

19         All DOCUMENTS, including but not limited to all

20 COMMUNICATIONS with any PERSON, RELATING to any loss, harm, injury,

21 increased expense, lost revenue or profits, or any other damage caused to YOU by

22 MATTEL allegedly "delay[ing] in suing Carter Bryant because, *inter alia*, Mattel

23 wanted Bryant to testify in an unrelated Mattel case."

24

25   REQUEST FOR PRODUCTION NO. 369:

26         All DOCUMENTS, including but not limited to all

27 COMMUNICATIONS with any PERSON, that REFER OR RELATE TO YOUR

28

EXHIBIT __3__

PAGE __358__

MATTEL'S SECOND SET OF DOCUMENT REQUESTS TO MGAE DE MEXICO, S.R.L. DE C.V.

07209/2324007.1

1   allegation that MATTEL "falsely inflat[ed] its Barbie sales figures in an effort to

2   mislead the public and retailers."

3

4   REQUEST FOR PRODUCTION NO. 370:

5          All DOCUMENTS, including but not limited to all

6   COMMUNICATIONS with any PERSON, that YOU contend prove or that YOU

7   will rely on at trial to prove that MATTEL "falsely inflat[ed] its Barbie sales figures

8   in an effort to mislead the public and retailers."

9

10  REQUEST FOR PRODUCTION NO. 371:

11         DOCUMENTS sufficient to IDENTIFY all PERSONS with knowledge

12  of YOUR allegation that MATTEL "falsely inflat[ed] its Barbie sales figures in an

13  effort to mislead the public and retailers."

14

15  REQUEST FOR PRODUCTION NO. 372:

16         DOCUMENTS describing all time periods during which MATTEL

17  allegedly "falsely inflat[ed] its Barbie sales figures in an effort to mislead the public

18  and retailers."

19

20  REQUEST FOR PRODUCTION NO. 373:

21         DOCUMENTS sufficient to IDENTIFY every alleged instance or

22  occurrence of MATTEL "falsely inflating its Barbie sales figures in an effort to

23  mislead the public and retailers."

24

25  REQUEST FOR PRODUCTION NO. 374:

26         DOCUMENTS sufficient to IDENTIFY the date of each alleged

27  instance or occurrence of MATTEL "falsely inflating its Barbie sales figures in an

28  effort to mislead the public and retailers."

EXHIBIT ___3___

PAGE ___359___

1  REQUEST FOR PRODUCTION NO. 375:

2          DOCUMENTS sufficient to IDENTIFY every instance or occurrence

3  of MATTEL issuing "Barbie sales figures" that YOU contend were "falsely

4  inflat[ed]."

5

6  REQUEST FOR PRODUCTION NO. 376:

7          DOCUMENTS sufficient to IDENTIFY every "Barbie sales figure"

8  that YOU contend MATTEL "falsely inflat[ed] . . . in an effort to mislead the public

9  and retailers."

10

11  REQUEST FOR PRODUCTION NO. 377:

12          DOCUMENTS sufficient to IDENTIFY every "Barbie" product for

13  which YOU contend MATTEL issued "falsely inflat[ed] sales figures . . . in an

14  effort to mislead the public and retailers."

15

16  REQUEST FOR PRODUCTION NO. 378:

17          All DOCUMENTS, including but not limited to all

18  COMMUNICATIONS with any PERSON, that YOU contend prove or tend to

19  prove that MATTEL issued "falsely inflat[ed . . .] Barbie sales figures."

20

21  REQUEST FOR PRODUCTION NO. 379:

22          DOCUMENTS sufficient to IDENTIFY every "retailer" who YOU

23  contend MATTEL "misle[d]" by "falsely inflating its Barbie sales figures."

24

25  REQUEST FOR PRODUCTION NO. 380:

26          All DOCUMENTS, including but not limited to all

27  COMMUNICATIONS with any PERSON, that YOU contend prove or tend to

28  prove that retailers believed or relied on MATTEL'S allegedly "falsely inflat[ed]

EXHIBIT __3__

PAGE __360__

-89-

07209/2324007.1

1 . . . Barbie sales figures."

2

3 <u>REQUEST FOR PRODUCTION NO. 381</u>:

4      All DOCUMENTS, including but not limited to all

5 COMMUNICATIONS with any PERSON, that YOU contend prove or tend to

6 prove that YOU believed or relied on MATTEL'S allegedly "falsely inflat[ed] . . .

7 Barbie sales figures."

8

9 <u>REQUEST FOR PRODUCTION NO. 382</u>:

10      All DOCUMENTS, including but not limited to all

11 COMMUNICATIONS with any PERSON, that YOU contend prove or tend to

12 prove that YOU changed or modified YOUR business, including but not limited to,

13 business strategy, operations, plans or sales, as a result of MATTEL allegedly

14 "falsely inflating its Barbie sales figures in an effort to mislead the public and

15 retailers."

16

17 <u>REQUEST FOR PRODUCTION NO. 383</u>:

18      DOCUMENTS sufficient to IDENTIFY what YOU contend was the

19 purpose or reason of each alleged instance of MATTEL "falsely inflating its Barbie

20 sales figures."

21

22 <u>REQUEST FOR PRODUCTION NO. 384</u>:

23      All DOCUMENTS, including but not limited to all

24 COMMUNICATIONS with any PERSON, RELATING to YOUR actions in

25 response to MATTEL allegedly "falsely inflating its Barbie sales figures in an effort

26 to mislead the public and retailers."

27

28

EXHIBIT __3__

PAGE __361__

07209/2324007.1

MATTEL'S SECOND SET OF DOCUMENT REQUESTS TO MGAE DE MEXICO, S.R.L. DE C.V.

1  REQUEST FOR PRODUCTION NO. 385:

2          All DOCUMENTS, including but not limited to all

3  COMMUNICATIONS with any PERSON, RELATING to any loss, harm, injury,

4  increased expense, lost revenue or profits, or any other damage caused to YOU by

5  MATTEL allegedly "falsely inflating its Barbie sales figures in an effort to mislead

6  the public and retailers."

7

8  REQUEST FOR PRODUCTION NO. 386:

9          All DOCUMENTS, including but not limited to all

10  COMMUNICATIONS with any PERSON, RELATING to MGA's reporting actual,

11  accused or alleged false or inflated sales to the public or to retailers.

12

13  REQUEST FOR PRODUCTION NO. 387:

14          All DOCUMENTS, including but not limited to all

15  COMMUNICATIONS with any PERSON, that REFER OR RELATE TO YOUR

16  allegation that MATTEL "[took] all measures to conceal its bad acts, including the

17  willful non-retention and destruction of documents."

18

19  REQUEST FOR PRODUCTION NO. 388:

20          All DOCUMENTS, including but not limited to all

21  COMMUNICATIONS with any PERSON, that YOU contend prove or that YOU

22  will rely on at trial to prove that MATTEL "[took] all measures to conceal its bad

23  acts, including the willful non-retention and destruction of documents."

24

25  REQUEST FOR PRODUCTION NO. 389:

26          DOCUMENTS sufficient to IDENTIFY all PERSONS with knowledge

27  of YOUR allegation that MATTEL "[took] all measures to conceal its bad acts,"

28

EXHIBIT ___3___

PAGE ___362___

07209/2324007.1

MATTEL'S SECOND SET OF DOCUMENT REQUESTS TO MGAE DE MEXICO, S.R.L. DE C.V.

1 | including, but not limited to, MATTEL'S alleged "willful non-retention and

2 | destruction of documents."

3 |

4 | REQUEST FOR PRODUCTION NO. 390:

5 |     DOCUMENTS sufficient to IDENTIFY each "measure" or step that

6 | MATTEL allegedly "[took] . . . to conceal its bad acts, including the willful non-

7 | retention and destruction of documents."

8 |

9 | REQUEST FOR PRODUCTION NO. 391:

10 |     DOCUMENTS sufficient to IDENTIFY each of MATTEL'S alleged

11 | "bad act[s]" supporting YOUR contention that MATTEL "[took] all measures to

12 | conceal its bad acts, including the willful non-retention and destruction of

13 | documents."

14 |

15 | REQUEST FOR PRODUCTION NO. 392:

16 |     DOCUMENTS sufficient to IDENTIFY each alleged instance or

17 | occurrence of MATTEL "willful[ly] non-ret[aining or] destr[oying] . . . documents."

18 |

19 | REQUEST FOR PRODUCTION NO. 393:

20 |     DOCUMENTS sufficient to IDENTIFY each DOCUMENT that YOU

21 | contend that MATTEL "willful[ly] non-ret[ained or] destr[oyed]."

22 |

23 | REQUEST FOR PRODUCTION NO. 394:

24 |     DOCUMENTS sufficient to IDENTIFY each DOCUMENT that YOU

25 | contend that MATTEL "willful[ly] non-ret[ained or] destr[oyed]" after November

26 | 23, 2003.

27 |

28 |

EXHIBIT __3__
PAGE __363__

-92-

1  REQUEST FOR PRODUCTION NO. 395:

2         DOCUMENTS sufficient to IDENTIFY each DOCUMENT that YOU

3  contend that MATTEL "willful[ly] non-ret[ained or] destr[oyed]" after November

4  23, 2003, that MATTEL was obligated to retain or not destroy.

5

6  REQUEST FOR PRODUCTION NO. 396:

7         All DOCUMENTS, including but not limited to all

8  COMMUNICATIONS with any PERSON, RELATING to YOUR actions in

9  response to MATTEL allegedly "taking all measures to conceal its bad acts,

10  including the willful non-retention and destruction of documents."

11

12  REQUEST FOR PRODUCTION NO. 397:

13         All DOCUMENTS, including but not limited to all

14  COMMUNICATIONS with any PERSON, RELATING to any loss, harm, injury,

15  increased expense, lost revenue or profits, or any other damage caused to YOU by

16  MATTEL allegedly "taking all measures to conceal its bad acts, including the

17  willful non-retention and destruction of documents."

18

19  REQUEST FOR PRODUCTION NO. 398:

20         All DOCUMENTS, including but not limited to all

21  COMMUNICATIONS with any PERSON, RELATING to YOU taking any

22  measures or steps to conceal YOUR acts or omissions, including, but not limited to,

23  non-retention or destruction of documents RELATED to this litigation.

24

25  REQUEST FOR PRODUCTION NO. 399:

26         DOCUMENTS sufficient to IDENTIFY each DOCUMENT

27  RELATED to this litigation that YOU destroyed or failed to retain after November

28  23, 2003.

EXHIBIT __3__

PAGE __364__

07209/2324007.1

-93-

MATTEL'S SECOND SET OF DOCUMENT REQUESTS TO MGAE DE MEXICO, S.R.L. DE C.V.

1   REQUEST FOR PRODUCTION NO. 400:

2        All DOCUMENTS, including but not limited to all

3   COMMUNICATIONS with any PERSON, that REFER OR RELATE TO YOUR

4   allegation that MATTEL "believed from the time that Carter Bryant left Mattel's

5   employ that he was going to perform work for a Mattel competitor."

6

7   REQUEST FOR PRODUCTION NO. 401:

8        All DOCUMENTS, including but not limited to all

9   COMMUNICATIONS with any PERSON, that YOU contend prove or that YOU

10   will rely on at trial to prove that MATTEL "believed from the time that Carter

11   Bryant left Mattel's employ that he was going to perform work for a Mattel

12   competitor."

13

14   REQUEST FOR PRODUCTION NO. 402:

15        DOCUMENTS sufficient to IDENTIFY all PERSONS with knowledge

16   of YOUR allegation that MATTEL "believed from the time that Carter Bryant left

17   Mattel's employ that he was going to perform work for a Mattel competitor."

18

19   REQUEST FOR PRODUCTION NO. 403:

20        DOCUMENTS sufficient to IDENTIFY all PERSONS who contend

21   that MATTEL "believed from the time that Carter Bryant left Mattel's employ that

22   he was going to perform work for a Mattel competitor."

23

24   REQUEST FOR PRODUCTION NO. 404:

25        All DOCUMENTS, including but not limited to all

26   COMMUNICATIONS with any PERSON, that REFER OR RELATE TO YOUR

27   allegation that MATTEL "began investigating Bryant and MGA Defendants,

28

EXHIBIT __3__

PAGE __365__

-94-
MATTEL'S SECOND SET OF DOCUMENT REQUESTS TO MGAE DE MEXICO, S.R.L. DE C.V.

1 | including Bryant's role in the creation and development of Bratz, at least as early as

2 | March 2002."

3

4 | **REQUEST FOR PRODUCTION NO. 405:**

5 | All DOCUMENTS, including but not limited to all

6 | COMMUNICATIONS with any PERSON, that YOU contend prove or that YOU

7 | will rely on at trial to prove that MATTEL "began investigating Bryant and MGA

8 | Defendants, including Bryant's role in the creation and development of Bratz, at

9 | least as early as March 2002."

10

11 | **REQUEST FOR PRODUCTION NO. 406:**

12 | DOCUMENTS sufficient to IDENTIFY all PERSONS with knowledge

13 | of YOUR allegation that MATTEL "began investigating Bryant and MGA

14 | Defendants, including Bryant's role in the creation and development of Bratz, at

15 | least as early as March 2002."

16

17 | **REQUEST FOR PRODUCTION NO. 407:**

18 | DOCUMENTS sufficient to IDENTIFY all PERSONS who contend

19 | that MATTEL "began investigating Bryant and MGA Defendants, including

20 | Bryant's role in the creation and development of Bratz, at least as early as March

21 | 2002."

22

23 | **REQUEST FOR PRODUCTION NO. 408:**

24 | All DOCUMENTS, including but not limited to all

25 | COMMUNICATIONS with any PERSON, that REFER OR RELATE TO any

26 | investigation by YOU or any other PERSON RELATING TO any PERSON'S work

27 | for or employment by MATTEL, including without limitation, Carter Bryant's work

28 | for and employment by MATTEL, at any time since January 1, 1998.

EXHIBIT __3__

PAGE __366__

07209/2324007.1

-95-

MATTEL'S SECOND SET OF DOCUMENT REQUESTS TO MGAE DE MEXICO, S.R.L. DE C.V.

1  REQUEST FOR PRODUCTION NO. 409:

2          All DOCUMENTS, including but not limited to all

3  COMMUNICATIONS with any PERSON, that REFER OR RELATE TO YOUR

4  knowledge or belief that any PERSON employed by YOU was performing work or

5  intended to perform work for any competitor of YOURS.

6

7  REQUEST FOR PRODUCTION NO. 410:

8          All DOCUMENTS, including but not limited to all

9  COMMUNICATIONS with any PERSON, that REFER OR RELATE TO any

10  statements, threats or warnings by YOU to any PERSON RELATING TO such

11  PERSON'S performing work or intending to perform work for any competitor of

12  YOURS, including without limitation, such COMMUNICATIONS RELATING TO

13  such PERSON'S contractual or legal obligations to YOU.

14

15  REQUEST FOR PRODUCTION NO. 411:

16          DOCUMENTS sufficient to show YOUR policies, practices or actions

17  RELATING TO the departure of any PERSON from YOUR employ who is leaving

18  to perform work or intends to perform work for any competitor of YOURS.

19

20  REQUEST FOR PRODUCTION NO. 412:

21          To the extent not produced in response to any other Request for

22  Production, all DOCUMENTS, including but not limited to all

23  COMMUNICATIONS with any PERSON, that REFER OR RELATE TO YOUR

24  allegation that "Mattel's counterclaims are barred in whole or in part by Mattel's

25  unclean hands and wrongful hands."

26

27  EXHIBIT ___3___

28  PAGE ___367___

07209/2324007.1

-96-

MATTEL'S SECOND SET OF DOCUMENT REQUESTS TO MGAE DE MEXICO, S.R.L. DE C.V.

REQUEST FOR PRODUCTION NO. 413:

To the extent not produced in response to any other Request for Production, all DOCUMENTS, including but not limited to all COMMUNICATIONS with any PERSON, that YOU contend prove or that YOU will rely on at trial to prove that "Mattel's counterclaims are barred in whole or in part by Mattel's unclean hands and wrongful hands."

REQUEST FOR PRODUCTION NO. 414:

To the extent not produced in response to any other Request for Production, DOCUMENTS sufficient to IDENTIFY all PERSONS who have knowledge of the factual bases for YOUR contention that "Mattel's counterclaims are barred in whole or in part by Mattel's unclean hands and wrongful hands."

REQUEST FOR PRODUCTION NO. 415:

To the extent not produced in response to any other Request for Production, all DOCUMENTS to IDENTIFY each factual allegation in support of YOUR contention that "Mattel's counterclaims are barred in whole or in part by Mattel's unclean hands and wrongful hands."

REQUEST FOR PRODUCTION NO. 416:

To the extent not produced in response to any other Request for Production, all DOCUMENTS to IDENTIFY each instance or occurrence alleged by YOU to support YOUR contention that "Mattel's counterclaims are barred in whole or in part by Mattel's unclean hands and wrongful hands."

EXHIBIT 3
PAGE 368

REQUEST FOR PRODUCTION NO. 417:

To the extent not produced in response to any other Request for Production, all DOCUMENTS, including but not limited to all

1   COMMUNICATIONS with any PERSON, RELATING to any loss, harm, injury,

2   increased expense, lost revenue or profits, or any other damage that MATTEL'S

3   alleged "unclean hands and wrongful hands" caused to YOU.

4

5   REQUEST FOR PRODUCTION NO. 418:

6          All DOCUMENTS, including but not limited to all

7   COMMUNICATIONS with any PERSON, that REFER OR RELATE TO YOUR

8   efforts to portray MATTEL negatively or unfavorably.

9

10   REQUEST FOR PRODUCTION NO. 419:

11          All DOCUMENTS, including but not limited to all

12   COMMUNICATIONS with any PERSON, that REFER OR RELATE TO YOU

13   successfully portraying MATTEL negatively or unfavorably.

14

15   REQUEST FOR PRODUCTION NO. 420:

16          All DOCUMENTS, including but not limited to all

17   COMMUNICATIONS with any PERSON, that REFER OR RELATE TO YOU

18   successfully portraying MATTEL products negatively or unfavorably by any means

19   or methods, other than by or through funding or commissioning market research or

20   studies.

21

22   DATED:  December 12, 2007          QUINN EMANUEL URQUHART OLIVER &
                                        HEDGES, LLP
23

24                              By  _Jon D. Corey / by HSA_____

25                                  Jon D. Corey
                                    Attorneys for Mattel, Inc.
26

27                                             EXHIBIT __3___

28                                             PAGE __369___

07209/2324007.1

MATTEL'S SECOND SET OF DOCUMENT REQUESTS TO MGAE DE MEXICO, S.R.L. DE C.V.