# EXHIBIT 4

1  THOMAS J. NOLAN (Bar No. 66992)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
2  300 South Grand Avenue
   Los Angeles, California 90071-3144
3  Telephone:  (213) 687-5000
   Facsimile:  (213) 687-5600
4  E-mail:      tnolan@skadden.com

5  RAOUL D. KENNEDY (Bar No. 40892)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
6  4 Embarcadero Center, 38th Floor
   San Francisco, California  94111-5974
7  Telephone:  (415) 984-6400
   Facsimile:  (415) 984-2698
8  Email:       rkennedy@skadden.com

9  Attorneys for Counter-Defendants,
   MGA ENTERTAINMENT, INC., ISAAC LARIAN,
10 MGA ENTERTAINMENT (HK) LIMITED, and
   MGAE DE MEXICO S.R.L. DE C.V.

11

12              UNITED STATES DISTRICT COURT

13             CENTRAL DISTRICT OF CALIFORNIA

14                  EASTERN DIVISION

15  CARTER BRYANT, an individual      )   CASE NO. CV 04-9049 SGL (RNBx)
                                      )
16      Plaintiff,                    )   Consolidated with Case No. 04-9059
                                      )   and Case No. 05-2727
17      v.                            )
                                      )   RESPONSE TO MATTEL, INC.'S
18  MATTEL, INC., a Delaware          )   SECOND SET OF REQUESTS FOR
    corporation                       )   DOCUMENTS AND THINGS TO
19                                    )   MGAE DE MEXICO, S.R.L. DE C.V.
        Defendant.                    )
20  ----------------------------------)
                                      )
21  AND CONSOLIDATED CASES            )
                                      )
22                                    )
                                      )
23                                    )

24  PROPOUNDING PARTY:     MATTEL, INC.

25  RESPONDING PARTY:      MGAE DE MEXICO, S.R.L. DE C.V.

26  SET NO.:               TWO

27

28

EXHIBIT ___4___
PAGE ___370___

RECEIVED
JAN 11 2008

1-11

EXHIBIT __4__
PAGE ___37¹___

1    Pursuant to Rule 34 of the Federal Rules of Civil Procedure, MGAE de
2 Mexico, S.R.L. de C.V. ("MGA Mexico") hereby submits these responses and
3 objections (the "Response") to Mattel, Inc.'s ("Mattel's") Second Set of Requests for
4 Production of Documents and Things to MGAE de Mexico, S.R.L. de C.V. (the
5 "Requests").

6                    **GENERAL RESPONSE**

7    The General Response and General and Specific Objections set forth herein
8 apply to all documents that MGA Mexico may in the future produce in response to
9 the Requests.  The Response is made without waiving, or intending to waive but, on
10 the contrary, expressly reserving:  (a) the right to object on the grounds of
11 competency, privilege, relevancy or materiality, or any other proper grounds, to the
12 use of the documents, for any purpose in whole or in part, in any subsequent step or
13 proceeding in this action or any other action; (b) the right to object on any and all
14 grounds, at any time, to other requests for production or other discovery procedures
15 involving or relating to the subject matter of the Requests; and (c) the right at any
16 time to revise, correct, add to, or clarify any of the responses propounded herein.

17    The Response reflects only the present state of MGA Mexico's discovery
18 regarding the documents that Mattel seeks.  Except as otherwise stated below, an
19 objection to a specific document request does not imply that documents responsive
20 to the request exist or have ever existed.  In addition, an agreement to produce
21 documents responsive to any specific document request does not imply that
22 documents responsive to the request exist or have existed; rather, it is an agreement
23 to produce non-privileged documents responsive to that particular document request
24 as limited by or interpreted in any applicable General or Specific Objections, if any
25 exist.  Production of any document is not intended as, and, to the extent permitted by
26 law, shall not be deemed to be, a waiver of any objection set forth herein.  Discovery
27 and other investigation or research concerning this litigation are continuing.  MGA
28 Mexico, therefore, reserves the right to amend or supplement this Response at any

1

1 | time in light of future investigation, research or analysis, and also expressly reserves
2 | the right to rely on, at any time, including trial, subsequently discovered information
3 | or information omitted from this Response as a result of mistake, error, oversight or
4 | inadvertence.  MGA Mexico does not hereby admit, adopt or acquiesce in any
5 | factual or legal contention, assertion or characterization contained in the Request or
6 | any particular request therein, even where MGA Mexico has not otherwise objected
7 | to a particular request, or has agreed to produce documents responsive to a particular
8 | request.

9 |    MGA Mexico invites Mattel to meet and confer regarding these Reponses, the
10 | scope of the Requests, and a protocol for production of documents in this litigation.

11 | **GENERAL OBJECTIONS**

12 |    MGA Mexico incorporates the following General Objections, as well as the
13 | General Response, into its Specific Responses and Objections to each and every
14 | request for documents contained in the Requests:

15 |    1.    MGA Mexico objects to the date and place of production on the
16 | grounds that they impose an undue burden on MGA Mexico.  The time set for
17 | compliance is unduly burdensome, especially in light of the number of document
18 | requests and the scope and volume of the material being sought.  To the extent MGA
19 | Mexico later agrees to produce responsive documents, MGA Mexico intends to
20 | proceed expeditiously to collect the documents for production, if any, and will
21 | produce them at a date and time, and in such a manner, as may be mutually agreed to
22 | by counsel for the parties.

23 |    2.    MGA Mexico objects to the Requests to the extent that they seek
24 | documents that are not relevant to the claims or defenses in this action and are not
25 | reasonably calculated to lead to the discovery of admissible evidence.

26 |    3.    MGA Mexico objects to the Requests on the grounds that they are
27 | overly broad and unduly burdensome.

EXHIBIT __4__
PAGE __372__

2

1    4.   MGA Mexico objects to the Requests insofar as they seek

2  documents that are protected from disclosure under any applicable privilege, doctrine

3  or immunity, including without limitation the attorney-client privilege, the attorney

4  work product doctrine, the right of privacy, and all other privileges recognized under

5  the constitutional, statutory or decisional law of the United States of America, the

6  State of California or any other applicable jurisdiction, including, but not limited to,

7  such laws existing in the United Mexican States.  MGA Mexico shall not produce

8  such documents in response to Mattel's Request.  Any production of such protected

9  or privileged materials is inadvertent and shall not be construed as a waiver of those

10  privileges or protections.

11    5.   MGA Mexico objects to the Requests insofar as they seek

12  documents that by reason of public filing, public distribution or otherwise are already

13  in Mattel's possession or are readily accessible to Mattel from public sources or third

14  parties.

15    6.   MGA Mexico objects to the Requests insofar as they seek

16  production of documents (1) not within its possession, custody or control; (2) that

17  MGA Mexico cannot locate after a reasonably diligent search; or (3) that refer to

18  persons, entities, or events not known to MGA Mexico.  Such instructions,

19  definitions, or requests are objectionable where they subject MGA Mexico to

20  unreasonable and undue annoyance, oppression, burden, and expense; and/or seek to

21  impose upon MGA Mexico an obligation to produce documents from sources

22  equally accessible to Mattel.  To the extent MGA Mexico agrees to produce

23  documents in response to the Requests, MGA Mexico will make a reasonably

24  diligent search for responsive documents within its possession, custody or control.

25    7.   In responding to Mattel's Requests, MGA Mexico has not and

26  will not comply with any instructions or definitions that seek to impose requirements

27  in addition to those imposed by Federal law.

EXHIBIT **4**

PAGE **373**

3

MGA MEXICO'S RESPONSE TO MATTEL'S 2D SET OF REQUESTS FOR DOCS.   Case No. CV-04-9049 SGL

EXHIBIT 3
PAGE 374

8.     MGA Mexico objects to each and every request to the extent it purports to require MGA Mexico to search all documents and things within its possession, custody or control or within the possession, custody or control of MGA or any of MGA's current or former directors, officers, employees, agents, contractors, attorneys, accountants or representatives, and any current or former corporation, partnership, association, trust parent, subsidiary, division, AFFILIATE, predecessor-in-interest and successor-in-interest of MGA, and any other PERSON acting on its behalf, on the grounds that such request is unreasonable, overbroad, unduly burdensome and oppressive, violates the right to privacy, and purports to require MGA Mexico to search for documents not within its possession, custody or control.

9.     MGA Mexico objects to each and every request to the extent it seeks "all DOCUMENTS" responsive to a certain category on the grounds that such request is overbroad and unduly burdensome and oppressive.  MGA Mexico will not respond to duplicative or cumulative requests and will not re-produce documents it has already produced or produce documents that it has received from Mattel or others in the course of discovery in this matter.

10.     MGA Mexico objects to the Requests insofar as they seek production of confidential, proprietary, or trade-secret information, the disclosure of which would be inimical to the business interests of MGA Mexico and/or MGA.

11.     MGA Mexico objects to each request to the extent it seeks information relating to the activities or conduct of other entities or non-parties.

12.     MGA Mexico objects to each request to the extent it seeks information relating to activities or conduct in foreign countries.

13.     MGA Mexico objects to the Definitions and Instructions to the extent such Definitions and Instructions purport to enlarge, expand, or alter in any way the plain meaning and scope of any specific term or specific request on the ground that such enlargement, expansion, or alteration renders such a term or request vague, ambiguous, unintelligible, overbroad, unduly burdensome, and/or uncertain.

4

EXHIBIT __4__
PAGE ___375___

14.    MGA Mexico objects to the Instructions to the extent that they purport to deprive MGA Mexico of the right to redact information from any documents "for any reason."  MGA Mexico retains and reserves the right to redact documents on any appropriate grounds, including in particular for privilege.

15.    MGA Mexico specifically objects to the following definitions in the Requests:

(a)    MGA Mexico objects to the terms "YOU" and "YOUR" (Definitions ¶ A) and "MGA" (Definitions ¶ B) as vague, ambiguous, overbroad, and unduly burdensome.  These definitions broadly include, without limitation, "current or former directors, officers, employees, agents, contractors, attorneys, accountants, or representatives of MGAE de Mexico, S.R.L. de C.V. and any corporation, partnership, association, trust, parent, subsidiary, division, affiliate, predecessor-in-interest and successor-in-interest, and any other PERSON acting on its behalf."  It is impossible for MGA Mexico to know whether a particular person comes within this definition unless that person or entity at some point in time held himself or herself out as being directly affiliated with MGA Mexico.  MGA Mexico additionally objects to these terms because they call for legal conclusions.  Accordingly, MGA Mexico will interpret the terms "YOU," "YOUR" and "MGA" to refer to all persons or entities who held themselves out to MGA Mexico as directors, officers, employees, agents, contractors, subsidiaries, parents, partners, predecessors-in-interest or successors-in-interest of MGA Mexico.

(b)    MGA Mexico objects to the defined term "MATTEL" (Definitions ¶ C) on the grounds that the term, as defined, is overbroad, vague and ambiguous, and calls for legal conclusions.

(c)    MGA Mexico also objects to the terms "RELATING," "RELATING TO," "REFERRING OR RELATING TO," and "REFER OR RELATE TO" (Definitions ¶ M) on the grounds and to the extent that they are overbroad, unduly burdensome, and/or are vague and ambiguous in the context of the Requests

5

1    as written and as those requests would be plainly understood absent Mattel's

2    definitions.

3              (d)     MGA Mexico objects to the definition of the term

4    "BRATZ" (Definitions ¶ H) as vague, ambiguous, overly broad and unduly

5    burdensome, and designed to mislead and confuse the trier of fact. The definition

6    includes "any project, product, doll or DESIGN ever known by [the Bratz] name

7    (whether in whole or in part and regardless of what such project, product or doll is or

8    has been also, previously or subsequently called) and any product, doll or DESIGN

9    or any portion thereof that is now or has ever been known as, or sold or marketed

10   under, the name or term 'Bratz' (whether in whole or in part and regardless of what

11   such product, doll or DESIGN or portion thereof is or has been also, previously or

12   subsequently called) or that is now or has ever been marketed as part of the 'Bratz'

13   line, and each version or iteration of such product, doll or DESIGN or any portion

14   thereof," and it goes on. By incorporating the definition of "DESIGN," the overly

15   broad definition of "BRATZ" includes two-dimensional and three-dimensional

16   representations, including "works, designs, artwork, sketches, drawings, illustrations,

17   representations, depictions, blueprints, schematics, diagrams, images, sculptures,

18   prototypes, models, samples, rotocasts, reductions to practice, developments,

19   inventions and/or improvements . . . ." (Definitions ¶ I.) These convoluted and

20   multi-part definitions combine to render the document requests that refer to the term

21   vague, ambiguous and overly broad, and to include within the term "BRATZ" things

22   that do not fairly represent the Bratz line of dolls, accessories and related products

23   that are the subject of this case.

24              Accordingly, in responding to the Requests, MGA Mexico will interpret

25   the term "BRATZ" to mean the line of dolls introduced to the market for sale in May

26   or June of 2001 and subsequent dolls, accessories and other products known as Bratz

27   or associated by MGA Mexico with the Bratz line of dolls.

EXHIBIT __4__

PAGE __376__

28

EXHIBIT __4__
PAGE __377__

1    16.    MGA Mexico objects to the Requests to the extent they seek the

2  production of documents in their native format where the burden of such production

3  outweighs the likelihood of discovering information that is relevant to the subject

4  matter of the claims or defenses in this action or calculated to lead to the discovery

5  of admissible evidence.

6    17.    MGA Mexico objects to the Requests on the grounds that they are

7  harassing, oppressive and unduly burdensome.  Before these Requests, Mattel has

8  already propounded 2317 requests for documents and things to MGA, MGA

9  Entertainment (HK) Limited, MGAE de Mexico, S.R.L. de C.V., and Isaac Larian

10  ("the MGA Parties"), in response to which the MGA Parties have already produced

11  approximately 3.5 million pages of responsive documents whereas Mattel has

12  produced only a fraction of that amount.  MGA Mexico is, however, willing to meet

13  and confer regarding the additional 420 requests propounded in Mattel's Second Set

14  of Requests for Documents and Things to MGAE de Mexico, S.R.L. de C.V.

15    **SPECIFIC RESPONSES AND OBJECTIONS**

16    Without waiving or departing from its General Response and General

17  Objections and specifically incorporating its General Response and General

18  Objections into each of the Specific Responses and Objections below, MGA Mexico

19  makes the following specific responses and objections to the Requests:

20  REQUEST FOR PRODUCTION NO. 1:

21    All DOCUMENTS, including but not limited to all COMMUNICATIONS

22  with any PERSON, that REFER OR RELATE TO YOUR allegation that MATTEL

23  engaged in "efforts to undermine MGA's business and to 'kill' Bratz at any cost."

24  RESPONSE TO REQUEST FOR PRODUCTION NO. 1:

25    MGA Mexico incorporates by reference its General Response and General

26  Objections above, as though fully set forth herein and specifically incorporates

27  General Objection No. 15 (regarding Definitions), including without limitation MGA

28  Mexico's objection to the definition of the term YOUR, and its incorporated term

EXHIBIT __3f__
PAGE __378__

1   PERSON.  MGA Mexico further objects to the request to the extent it seeks the
2   production of documents that are protected from disclosure under any applicable
3   privilege, doctrine or immunity, including without limitation the attorney-client
4   privilege, the work product doctrine, the right of privacy, and all other privileges
5   recognized under the constitutional, statutory or decisional law of the United States
6   of America, the State of California or any other applicable jurisdiction, including, but
7   not limited to, such laws existing in the United Mexican States.  MGA Mexico
8   further objects to this request as being overly broad and unduly burdensome on the
9   grounds that it is not limited in time or geographical scope.  MGA Mexico further
10   objects to this request on the grounds that the phrase "[a]ll DOCUMENTS, including
11   but not limited to all COMMUNICATIONS with any PERSON, that REFER OR
12   RELATE TO" does not comply with the "reasonable particularity" requirement of
13   Federal Rule of Civil Procedure 34 and renders the request overly broad and unduly
14   burdensome in light of "the wealth of material already made available in this case."
15   Westhemeco Ltd. v. New Hampshire Ins. Co. Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y.
16   1979).  MGA Mexico further objects to the request to the extent that it seeks
17   documents that by reason of public filing, public distribution or otherwise are already
18   in Mattel's possession or are readily accessible to Mattel.  MGA Mexico further
19   objects to the request to the extent that it seeks documents not in MGA Mexico's
20   possession, custody or control.  MGA Mexico further objects to the request to the
21   extent it seeks confidential, proprietary or commercially sensitive information, the
22   disclosure of which would be inimical to the business interests of MGA Mexico or
23   MGA.  MGA Mexico further objects to the request to the extent it violates the
24   privacy rights of third parties to their private, confidential, proprietary or trade secret
25   information.
26       MGA Mexico further objects to this request as cumulative, duplicative, and
27   unduly burdensome to the extent that it seeks documents previously requested by
28   Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

8

EXHIBIT __4__
PAGE __379__

1  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

2  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

3  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

4  Set of Requests for Production of Documents and Things to Isaac Larian and

5  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

6  Documents and Things to MGAE de Mexico S.R.L. de C.V.

7      Without waiving any of the foregoing General or Specific Objections, but

8  rather expressly preserving each and every such objection, MGA Mexico responds as

9  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

10  possession, custody or control, if any, that it is able to locate following a reasonably

11  diligent search.

12  REQUEST FOR PRODUCTION NO. 2:

13      All DOCUMENTS, including but not limited to all COMMUNICATIONS

14  with any PERSON, that YOU contend prove or that YOU will rely on at trial to

15  prove that MATTEL engaged in "efforts to undermine MGA's business and to 'kill'

16  Bratz at any cost."

17  RESPONSE TO REQUEST FOR PRODUCTION NO. 2:

18      MGA Mexico incorporates by reference its General Response and General

19  Objections above, as though fully set forth herein and specifically incorporates

20  General Objection No. 15 (regarding Definitions), including without limitation MGA

21  Mexico's objection to the definition of the term YOU, and its incorporated term

22  PERSON.  MGA Mexico further objects to the request to the extent it seeks the

23  production of documents that are protected from disclosure under any applicable

24  privilege, doctrine or immunity, including without limitation the attorney-client

25  privilege, the work product doctrine, the right of privacy, and all other privileges

26  recognized under the constitutional, statutory or decisional law of the United States

27  of America, the State of California or any other applicable jurisdiction, including, but

28  not limited to, such laws existing in the United Mexican States.  MGA Mexico

9

1   further objects to this request as being overly broad and unduly burdensome on the

2   grounds that it is not limited in time or geographical scope. MGA Mexico further

3   objects to this request on the grounds that the phrase "[a]ll DOCUMENTS, including

4   but not limited to all COMMUNICATIONS with any PERSON" does not comply

5   with the "reasonable particularity" requirement of Federal Rule of Civil Procedure 34

6   and renders the request overly broad and unduly burdensome in light of "the wealth

7   of material already made available in this case." Westhemeco Ltd. v. New

8   Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979). MGA Mexico further

9   objects that the phrase "that YOU contend prove or that YOU will rely on at trial to

10  prove" is compound and, as such, renders the request vague, ambiguous, and

11  unintelligible. MGA Mexico further objects to the request to the extent that it seeks

12  documents that by reason of public filing, public distribution or otherwise are already

13  in Mattel's possession or are readily accessible to Mattel. MGA Mexico further

14  objects to the request to the extent that it seeks documents not in MGA Mexico's

15  possession, custody or control. MGA Mexico further objects to the request to the

16  extent it seeks confidential, proprietary or commercially sensitive information, the

17  disclosure of which would be inimical to the business interests of MGA Mexico or

18  MGA. MGA Mexico further objects to the request to the extent it violates the

19  privacy rights of third parties to their private, confidential, proprietary or trade secret

20  information.

21        MGA Mexico further objects to this request as cumulative, duplicative, and

22  unduly burdensome to the extent that it seeks documents previously requested by

23  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

24  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

25  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

26  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

27  Set of Requests for Production of Documents and Things to Isaac Larian and

28

EXHIBIT __4__

PAGE __380__

MGA MEXICO'S RESPONSE TO MATTEL'S 2D SET OF REQUESTS FOR DOCS.   Case No. CV-04-9049 SGL

EXHIBIT 4
PAGE 381

1  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

2  Documents and Things to MGAE de Mexico S.R.L. de C.V.

3      Without waiving any of the foregoing General or Specific Objections, but

4  rather expressly preserving each and every such objection, MGA Mexico responds as

5  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

6  possession, custody or control, if any, that it is able to locate following a reasonably

7  diligent search.

8  REQUEST FOR PRODUCTION NO. 3:

9      All DOCUMENTS, including but not limited to all COMMUNICATIONS

10  with any PERSON, that REFER OR RELATE TO MATTEL'S success or failure in

11  its alleged "efforts to undermine MGA's business and to 'kill' Bratz at any cost."

12  RESPONSE TO REQUEST FOR PRODUCTION NO. 3:

13      MGA Mexico incorporates by reference its General Response and General

14  Objections above, as though fully set forth herein and specifically incorporates

15  General Objection No. 15 (regarding Definitions), including without limitation MGA

16  Mexico's objection to the definition of the term PERSON.  MGA Mexico further

17  objects to the request to the extent it seeks the production of documents that are

18  protected from disclosure under any applicable privilege, doctrine or immunity,

19  including without limitation the attorney-client privilege, the work product doctrine,

20  the right of privacy, and all other privileges recognized under the constitutional,

21  statutory or decisional law of the United States of America, the State of California or

22  any other applicable jurisdiction, including, but not limited to, such laws existing in

23  the United Mexican States.  MGA Mexico further objects to this request as being

24  overly broad and unduly burdensome on the grounds that it is not limited in time or

25  geographical scope.  MGA Mexico further objects to this request on the grounds that

26  the phrase "[a]ll DOCUMENTS, including but not limited to all

27  COMMUNICATIONS with any PERSON, that REFER OR RELATE TO" does not

28  comply with the "reasonable particularity" requirement of Federal Rule of Civil

1    Procedure 34 and renders the request overly broad and unduly burdensome in light of

2    "the wealth of material already made available in this case."  Westhemeco Ltd. v.

3    New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA Mexico

4    further objects that the phrase "success or failure" is compound and, as such, renders

5    the request vague, ambiguous, and unintelligible.  MGA Mexico further objects to

6    the request to the extent that it seeks documents that by reason of public filing,

7    public distribution or otherwise are already in Mattel's possession or are readily

8    accessible to Mattel.  MGA Mexico further objects to the request to the extent that it

9    seeks documents not in MGA Mexico's possession, custody or control.  MGA

10   Mexico further objects to the request to the extent it seeks confidential, proprietary

11   or commercially sensitive information, the disclosure of which would be inimical to

12   the business interests of MGA Mexico or MGA.  MGA Mexico further objects to the

13   request to the extent it violates the privacy rights of third parties to their private,

14   confidential, proprietary or trade secret information.

15          MGA Mexico further objects to this request as cumulative, duplicative, and

16   unduly burdensome to the extent that it seeks documents previously requested by

17   Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

18   to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

19   in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

20   Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

21   Set of Requests for Production of Documents and Things to Isaac Larian and

22   Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

23   Documents and Things to MGAE de Mexico S.R.L. de C.V.

24          Without waiving any of the foregoing General or Specific Objections, but

25   rather expressly preserving each and every such objection, MGA Mexico responds as

26   follows:  MGA Mexico will produce all non-privileged, responsive documents in its

27   possession, custody or control, if any, that it is able to locate following a reasonably

28   diligent search.

EXHIBIT __34__

PAGE __382__

MGA MEXICO'S RESPONSE TO MATTEL'S 2D SET OF REQUESTS FOR DOCS.   Case No. CV-04-9049 SGL

EXHIBIT __24__
PAGE __383__

1  REQUEST FOR PRODUCTION NO. 4:

2      DOCUMENTS sufficient to IDENTIFY all PERSONS with knowledge of

3  YOUR allegation that MATTEL engaged in "efforts to undermine MGA's business."

4  RESPONSE TO REQUEST FOR PRODUCTION NO. 4:

5      MGA Mexico incorporates by reference its General Response and General

6  Objections above, as though fully set forth herein and specifically incorporates

7  General Objection No. 15 (regarding Definitions), including without limitation MGA

8  Mexico's objection to the definition of the terms YOUR, and its incorporated term

9  PERSON.  MGA Mexico further objects to the request to the extent it seeks the

10  production of documents that are protected from disclosure under any applicable

11  privilege, doctrine or immunity, including without limitation the attorney-client

12  privilege, the work product doctrine, the right of privacy, and all other privileges

13  recognized under the constitutional, statutory or decisional law of the United States

14  of America, the State of California or any other applicable jurisdiction, including, but

15  not limited to, such laws existing in the United Mexican States.  MGA Mexico

16  further objects to this request as being overly broad and unduly burdensome on the

17  grounds that it is not limited in time or geographical scope.  MGA Mexico further

18  objects to this request on the grounds that the phrase "all PERSONS with knowledge

19  of YOUR allegation" renders the request vague, ambiguous, overly broad and unduly

20  burdensome in that anyone who has read MGA Mexico's Answer in this matter has

21  "knowledge of [MGA Mexico's] allegation," without regard to whether the factual

22  basis for the allegation is known to them.  MGA Mexico further objects to the

23  request to the extent that it seeks documents that by reason of public filing, public

24  distribution or otherwise are already in Mattel's possession or are readily accessible

25  to Mattel.  MGA Mexico further objects to the request to the extent that it seeks

26  documents not in MGA Mexico's possession, custody or control.  MGA Mexico

27  further objects to the request to the extent it seeks confidential, proprietary or

28  commercially sensitive information, the disclosure of which would be inimical to the

EXHIBIT __*8*__
PAGE __*384*__

1   business interests of MGA Mexico or MGA.  MGA Mexico further objects to the

2   request to the extent it violates the privacy rights of third parties to their private,

3   confidential, proprietary or trade secret information.

4        MGA Mexico further objects to this request as cumulative, duplicative, and

5   unduly burdensome to the extent that it seeks documents previously requested by

6   Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

7   to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

8   in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

9   Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

10  Set of Requests for Production of Documents and Things to Isaac Larian and

11  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

12  Documents and Things to MGAE de Mexico S.R.L. de C.V.

13       Without waiving any of the foregoing General or Specific Objections, but

14  rather expressly preserving each and every such objection, MGA Mexico responds as

15  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

16  possession, custody or control, if any, that it is able to locate following a reasonably

17  diligent search.

18  REQUEST FOR PRODUCTION NO. 5:

19       DOCUMENTS sufficient to IDENTIFY all PERSONS with knowledge of

20  YOUR allegation that MATTEL engaged in "efforts to ... 'kill' Bratz at any cost."

21  RESPONSE TO REQUEST FOR PRODUCTION NO. 5:

22       MGA Mexico incorporates by reference its General Response and General

23  Objections above, as though fully set forth herein and specifically incorporates

24  General Objection No. 15 (regarding Definitions), including without limitation MGA

25  Mexico's objection to the definition of the terms YOUR, and its incorporated term

26  PERSON.  MGA Mexico further objects to the request to the extent it seeks the

27  production of documents that are protected from disclosure under any applicable

28  privilege, doctrine or immunity, including without limitation the attorney-client

1  privilege, the work product doctrine, the right of privacy, and all other privileges
2  recognized under the constitutional, statutory or decisional law of the United States
3  of America, the State of California or any other applicable jurisdiction, including, but
4  not limited to, such laws existing in the United Mexican States.  MGA Mexico
5  further objects to this request as being overly broad and unduly burdensome on the
6  grounds that it is not limited in time or geographical scope.  MGA Mexico further
7  objects to this request on the grounds that the phrase "all PERSONS with knowledge
8  of YOUR allegation" renders the request vague, ambiguous, overly broad and unduly
9  burdensome in that anyone who has read MGA Mexico's Answer in this matter has
10  "knowledge of [MGA Mexico's] allegation," without regard to whether the factual
11  basis for the allegation is known to them.  MGA Mexico further objects to the
12  request to the extent that it seeks documents that by reason of public filing, public
13  distribution or otherwise are already in Mattel's possession or are readily accessible
14  to Mattel.  MGA Mexico further objects to the request to the extent that it seeks
15  documents not in MGA Mexico's possession, custody or control.  MGA Mexico
16  further objects to the request to the extent it seeks confidential, proprietary or
17  commercially sensitive information, the disclosure of which would be inimical to the
18  business interests of MGA Mexico or MGA.  MGA Mexico further objects to the
19  request to the extent it violates the privacy rights of third parties to their private,
20  confidential, proprietary or trade secret information.
21       MGA Mexico further objects to this request as cumulative, duplicative, and
22  unduly burdensome to the extent that it seeks documents previously requested by
23  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response
24  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100
25  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible
26  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First
27  Set of Requests for Production of Documents and Things to Isaac Larian and

EXHIBIT ___24__
PAGE ___385__

MGA MEXICO'S RESPONSE TO MATTEL'S 2D SET OF REQUESTS FOR DOCS.   Case No. CV-04-9049 SGL

EXHIBIT _4_
PAGE _386_

1 Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of
2 Documents and Things to MGAE de Mexico S.R.L. de C.V.

3      Without waiving any of the foregoing General or Specific Objections, but
4 rather expressly preserving each and every such objection, MGA Mexico responds as
5 follows:  MGA Mexico will produce all non-privileged, responsive documents in its
6 possession, custody or control, if any, that it is able to locate following a reasonably
7 diligent search.

8 REQUEST FOR PRODUCTION NO. 6:

9      DOCUMENTS describing all time periods during which MATTEL allegedly
10 engaged in "efforts to undermine MGA's business and to 'kill' Bratz at any cost."

11 RESPONSE TO REQUEST FOR PRODUCTION NO. 6:

12      MGA Mexico incorporates by reference its General Response and General
13 Objections above, as though fully set forth herein.  MGA Mexico further objects to
14 the request to the extent it seeks the production of documents that are protected from
15 disclosure under any applicable privilege, doctrine or immunity, including without
16 limitation the attorney-client privilege, the work product doctrine, the right of
17 privacy, and all other privileges recognized under the constitutional, statutory or
18 decisional law of the United States of America, the State of California or any other
19 applicable jurisdiction, including, but not limited to, such laws existing in the United
20 Mexican States.  MGA Mexico further objects to this request as being overly broad
21 and unduly burdensome on the grounds that it is not limited in time or geographical
22 scope.  MGA Mexico further objects to this request on the grounds that the phrase
23 "DOCUMENTS describing all time periods during which" renders the request vague,
24 ambiguous, and unintelligible.  MGA Mexico further objects to the request to the
25 extent that it seeks documents that by reason of public filing, public distribution or
26 otherwise are already in Mattel's possession or are readily accessible to Mattel.
27 MGA Mexico further objects to the request to the extent that it seeks documents not
28 in MGA Mexico's possession, custody or control.  MGA Mexico further objects to

16

EXHIBIT _4_
PAGE _387_

1 the request to the extent it seeks confidential, proprietary or commercially sensitive

2 information, the disclosure of which would be inimical to the business interests of

3 MGA Mexico or MGA.  MGA Mexico further objects to the request to the extent it

4 violates the privacy rights of third parties to their private, confidential, proprietary or

5 trade secret information.

6     MGA Mexico further objects to this request as cumulative, duplicative, and

7 unduly burdensome to the extent that it seeks documents previously requested by

8 Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

9 to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

10 in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

11 Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

12 Set of Requests for Production of Documents and Things to Isaac Larian and

13 Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

14 Documents and Things to MGAE de Mexico S.R.L. de C.V.

15     Without waiving any of the foregoing General or Specific Objections, but

16 rather expressly preserving each and every such objection, MGA Mexico responds as

17 follows:  MGA Mexico will produce all non-privileged, responsive documents in its

18 possession, custody or control, if any, that it is able to locate following a reasonably

19 diligent search.

20 REQUEST FOR PRODUCTION NO. 7:

21     All DOCUMENTS, including but not limited to all COMMUNICATIONS

22 with any PERSON, RELATING to YOUR actions in response to or efforts to stop,

23 thwart, prevent or interfere with MATTEL'S alleged "efforts to undermine MGA's

24 business and to 'kill' Bratz at any cost."

25 RESPONSE TO REQUEST FOR PRODUCTION NO. 7:

26     MGA Mexico incorporates by reference its General Response and General

27 Objections above, as though fully set forth herein and specifically incorporates

28 General Objection No. 15 (regarding Definitions), including without limitation MGA

EXHIBIT 4
PAGE 388

1 Mexico's objection to the definition of the term YOUR, and its incorporated term

2 PERSON. MGA Mexico further objects to the request to the extent it seeks the

3 production of documents that are protected from disclosure under any applicable

4 privilege, doctrine or immunity, including without limitation the attorney-client

5 privilege, the work product doctrine, the right of privacy, and all other privileges

6 recognized under the constitutional, statutory or decisional law of the United States

7 of America, the State of California or any other applicable jurisdiction, including, but

8 not limited to, such laws existing in the United Mexican States. MGA Mexico

9 further objects to this request as being overly broad and unduly burdensome on the

10 grounds that it is not limited in time or geographical scope. MGA Mexico further

11 objects to this request on the grounds that the phrase "[a]ll DOCUMENTS, including

12 but not limited to all COMMUNICATIONS with any PERSON, RELATING TO"

13 does not comply with the "reasonable particularity" requirement of Federal Rule of

14 Civil Procedure 34 and renders the request overly broad and unduly burdensome in

15 light of "the wealth of material already made available in this case." <u>Westhemeco</u>

16 <u>Ltd. v. New Hampshire Ins. Co.</u>, 82 F.R.D. 702, 709 (S.D.N.Y. 1979). MGA

17 Mexico further objects that the phrase "RELATING to YOUR actions in response to

18 or efforts to stop, thwart, prevent or interfere with" is compound and, as such,

19 renders the request vague, ambiguous, and unintelligible. MGA Mexico further

20 objects to the request to the extent that it seeks documents that by reason of public

21 filing, public distribution or otherwise are already in Mattel's possession or are

22 readily accessible to Mattel. MGA Mexico further objects to the request to the

23 extent that it seeks documents not in MGA Mexico's possession, custody or control.

24 MGA Mexico further objects to the request to the extent it seeks confidential,

25 proprietary or commercially sensitive information, the disclosure of which would be

26 inimical to the business interests of MGA Mexico or MGA. MGA Mexico further

27 objects to the request to the extent it violates the privacy rights of third parties to

28 their private, confidential, proprietary or trade secret information.

EXHIBIT __4__
PAGE __38-9__

1      MGA Mexico further objects to this request as cumulative, duplicative, and

2  unduly burdensome to the extent that it seeks documents previously requested by

3  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

4  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

5  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

6  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

7  Set of Requests for Production of Documents and Things to Isaac Larian and

8  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

9  Documents and Things to MGAE de Mexico S.R.L. de C.V.

10      Without waiving any of the foregoing General or Specific Objections, but

11  rather expressly preserving each and every such objection, MGA Mexico responds as

12  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

13  possession, custody or control, if any, that it is able to locate following a reasonably

14  diligent search.

15  REQUEST FOR PRODUCTION NO. 8:

16      All DOCUMENTS, including but not limited to all COMMUNICATIONS

17  with any PERSON, RELATING to any loss, harm, injury, increased expense, lost

18  revenue or profits, or any other damage caused to YOU by MATTEL'S alleged

19  "efforts to undermine MGA's business and to 'kill' Bratz at any cost."

20  RESPONSE TO REQUEST FOR PRODUCTION NO. 8:

21      MGA Mexico incorporates by reference its General Response and General

22  Objections above, as though fully set forth herein and specifically incorporates

23  General Objection No. 15 (regarding Definitions), including without limitation MGA

24  Mexico's objection to the definition of the term YOU, and its incorporated term

25  PERSON.  MGA Mexico further objects to the request to the extent it seeks the

26  production of documents that are protected from disclosure under any applicable

27  privilege, doctrine or immunity, including without limitation the attorney-client

28  privilege, the work product doctrine, the right of privacy, and all other privileges

EXHIBIT ___4___
PAGE ___390___

1  recognized under the constitutional, statutory or decisional law of the United States
2  of America, the State of California or any other applicable jurisdiction, including, but
3  not limited to, such laws existing in the United Mexican States.  MGA Mexico
4  further objects to this request as being overly broad and unduly burdensome on the
5  grounds that it is not limited in time or geographical scope.  MGA Mexico further
6  objects to this request on the grounds that the phrase "[a]ll DOCUMENTS, including
7  but not limited to all COMMUNICATIONS with any PERSON, RELATING TO"
8  does not comply with the "reasonable particularity" requirement of Federal Rule of
9  Civil Procedure 34 and renders the request overly broad and unduly burdensome in
10  light of "the wealth of material already made available in this case."  Westhemeco
11  Ltd. v. New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA
12  Mexico further objects that the phrase "any loss, harm, injury, increased expense,
13  lost revenue or profits, or any other damage" is compound and, as such, renders the
14  request vague, ambiguous, and unintelligible.  MGA Mexico further objects to the
15  request to the extent that it seeks documents that by reason of public filing, public
16  distribution or otherwise are already in Mattel's possession or are readily accessible
17  to Mattel.  MGA Mexico further objects to the request to the extent that it seeks
18  documents not in MGA Mexico's possession, custody or control.  MGA Mexico
19  further objects to the request to the extent it seeks confidential, proprietary or
20  commercially sensitive information, the disclosure of which would be inimical to the
21  business interests of MGA Mexico or MGA.  MGA Mexico further objects to the
22  request to the extent it violates the privacy rights of third parties to their private,
23  confidential, proprietary or trade secret information.
24      MGA Mexico further objects to this request as cumulative, duplicative, and
25  unduly burdensome to the extent that it seeks documents previously requested by
26  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response
27  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100
28  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

20

EXHIBIT ____
PAGE ___391

1 | Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First
2 | Set of Requests for Production of Documents and Things to Isaac Larian and
3 | Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of
4 | Documents and Things to MGAE de Mexico S.R.L. de C.V.

5 |     Without waiving any of the foregoing General or Specific Objections, but
6 | rather expressly preserving each and every such objection, MGA Mexico responds as
7 | follows:  MGA Mexico will produce all non-privileged, responsive documents in its
8 | possession, custody or control, if any, that it is able to locate following a reasonably
9 | diligent search.

10 | **REQUEST FOR PRODUCTION NO. 9:**

11 |     All DOCUMENTS, including but not limited to all COMMUNICATIONS
12 | with any PERSON, that REFER OR RELATE TO YOUR efforts to tarnish, soil,
13 | debase, degrade or undermine MATTEL's reputation or business.

14 | **RESPONSE TO REQUEST FOR PRODUCTION NO. 9:**

15 |     MGA Mexico incorporates by reference its General Response and General
16 | Objections above, as though fully set forth herein and specifically incorporates
17 | General Objection No. 15 (regarding Definitions), including without limitation MGA
18 | Mexico's objection to the definition of the term YOUR, and its incorporated term
19 | PERSON.  MGA Mexico further objects to the request to the extent it seeks the
20 | production of documents that are protected from disclosure under any applicable
21 | privilege, doctrine or immunity, including without limitation the attorney-client
22 | privilege, the work product doctrine, the right of privacy, and all other privileges
23 | recognized under the constitutional, statutory or decisional law of the United States
24 | of America, the State of California or any other applicable jurisdiction, including, but
25 | not limited to, such laws existing in the United Mexican States.  MGA Mexico
26 | further objects to this request as being overly broad and unduly burdensome on the
27 | grounds that it is not limited in time or geographical scope.  MGA Mexico further
28 | objects to this request on the grounds that the phrase "[a]ll DOCUMENTS, including

EXHIBIT __4__
PAGE ___392__

1 but not limited to all COMMUNICATIONS with any PERSON, that REFER OR

2 RELATE TO" does not comply with the "reasonable particularity" requirement of

3 Federal Rule of Civil Procedure 34 and renders the request overly broad and unduly

4 burdensome in light of "the wealth of material already made available in this case."

5 Westhemeco Ltd. v. New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).

6 MGA Mexico further objects that the phrase "YOUR efforts to tarnish, soil, debase,

7 degrade or undermine MATTEL's reputation or business" is (1) accusatory and

8 argumentative such that MGA Mexico would have to respond to the allegations of

9 the request before providing any substantive response, see Zadrozny v. Board of

10 Trustees District No. 508, 1991 WL 66705, at *1 (N.D. Ill. April 24, 1991), and (2)

11 compound, rendering the request vague, ambiguous, and unintelligible.  MGA

12 Mexico further objects to the request to the extent that it seeks documents that by

13 reason of public filing, public distribution or otherwise are already in Mattel's

14 possession or are readily accessible to Mattel.  MGA Mexico further objects to the

15 request to the extent that it seeks documents not in MGA Mexico's possession,

16 custody or control.  MGA Mexico further objects to the request to the extent it seeks

17 confidential, proprietary or commercially sensitive information, the disclosure of

18 which would be inimical to the business interests of MGA Mexico or MGA.  MGA

19 Mexico further objects to the request to the extent it violates the privacy rights of

20 third parties to their private, confidential, proprietary or trade secret information.

21 REQUEST FOR PRODUCTION NO. 10:

22     All DOCUMENTS, including but not limited to all COMMUNICATIONS

23 with any PERSON, that REFER OR RELATE TO YOUR efforts to tarnish, soil,

24 debase, degrade or undermine MATTEL's products.

25 RESPONSE TO REQUEST FOR PRODUCTION NO. 10:

26     MGA Mexico incorporates by reference its General Response and General

27 Objections above, as though fully set forth herein and specifically incorporates

28 General Objection No. 15 (regarding Definitions), including without limitation MGA

EXHIBIT _4_
PAGE __393__

1  Mexico's objection to the definition of the term YOUR, and its incorporated term

2  PERSON.  MGA Mexico further objects to the request to the extent it seeks the

3  production of documents that are protected from disclosure under any applicable

4  privilege, doctrine or immunity, including without limitation the attorney-client

5  privilege, the work product doctrine, the right of privacy, and all other privileges

6  recognized under the constitutional, statutory or decisional law of the United States

7  of America, the State of California or any other applicable jurisdiction, including, but

8  not limited to, such laws existing in the United Mexican States.  MGA Mexico

9  further objects to this request as being overly broad and unduly burdensome on the

10  grounds that it is not limited in time or geographical scope.  MGA Mexico further

11  objects to this request on the grounds that the phrase "[a]ll DOCUMENTS, including

12  but not limited to all COMMUNICATIONS with any PERSON, that REFER OR

13  RELATE TO" does not comply with the "reasonable particularity" requirement of

14  Federal Rule of Civil Procedure 34 and renders the request overly broad and unduly

15  burdensome in light of "the wealth of material already made available in this case."

16  Westhemeco Ltd. v. New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).

17  MGA Mexico further objects that the phrase "YOUR efforts to tarnish, soil, debase,

18  degrade or undermine MATTEL's reputation or business" is (1) accusatory and

19  argumentative such that MGA Mexico would have to respond to the allegations of

20  the request before providing any substantive response, see Zadrozny v. Board of

21  Trustees District No. 508, 1991 WL 66705, at *1 (N.D. Ill. April 24, 1991), and (2)

22  compound, rendering the request vague, ambiguous, and unintelligible.  MGA

23  Mexico further objects to the request to the extent that it seeks documents that by

24  reason of public filing, public distribution or otherwise are already in Mattel's

25  possession or are readily accessible to Mattel.  MGA Mexico further objects to the

26  request to the extent that it seeks documents not in MGA Mexico's possession,

27  custody or control.  MGA Mexico further objects to the request to the extent it seeks

28  confidential, proprietary or commercially sensitive information, the disclosure of

EXHIBIT __B__
PAGE ___394___

1  which would be inimical to the business interests of MGA Mexico or MGA. MGA

2  Mexico further objects to the request to the extent it violates the privacy rights of

3  third parties to their private, confidential, proprietary or trade secret information.

4  REQUEST FOR PRODUCTION NO. 11:

5        All DOCUMENTS, including but not limited to all COMMUNICATIONS

6  with any PERSON, that REFER OR RELATE TO YOU successfully tarnishing,

7  soiling, debasing, degrading or undermining MATTEL's reputation or business.

8  RESPONSE TO REQUEST FOR PRODUCTION NO. 11:

9        MGA Mexico incorporates by reference its General Response and General

10 Objections above, as though fully set forth herein and specifically incorporates

11 General Objection No. 15 (regarding Definitions), including without limitation MGA

12 Mexico's objection to the definition of the term YOU, and its incorporated term

13 PERSON. MGA Mexico further objects to the request to the extent it seeks the

14 production of documents that are protected from disclosure under any applicable

15 privilege, doctrine or immunity, including without limitation the attorney-client

16 privilege, the work product doctrine, the right of privacy, and all other privileges

17 recognized under the constitutional, statutory or decisional law of the United States

18 of America, the State of California or any other applicable jurisdiction, including, but

19 not limited to, such laws existing in the United Mexican States. MGA Mexico

20 further objects to this request on the grounds that it is overly broad and unduly

21 burdensome in that it seeks documents not relevant to the claims or defenses in this

22 action and not reasonably calculated to lead to the discovery of admissible evidence.

23 MGA Mexico further objects to this request on the grounds that the phrase "[a]ll

24 DOCUMENTS, including but not limited to all COMMUNICATIONS with any

25 PERSON, that REFER OR RELATE TO" does not comply with the "reasonable

26 particularity" requirement of Federal Rule of Civil Procedure 34 and renders the

27 request overly broad and unduly burdensome in light of "the wealth of material

28 already made available in this case." Westhemeco Ltd. v. New Hampshire Ins. Co.,

EXHIBIT __5___
PAGE __395___

1  82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA Mexico further objects that the phrase

2  "YOU successfully tarnishing, soiling, debasing, degrading or undermining

3  MATTEL's reputation or business" is (1) accusatory and argumentative such that

4  MGA Mexico would have to respond to the allegations of the request before

5  providing any substantive response, see Zadrozny v. Board of Trustees District No.

6  508, 1991 WL 66705, at *1 (N.D. Ill. April 24, 1991), and (2) compound, rendering

7  the request vague, ambiguous, and unintelligible.  MGA Mexico further objects to

8  the request to the extent that it seeks documents that by reason of public filing,

9  public distribution or otherwise are already in Mattel's possession or are readily

10  accessible to Mattel.  MGA Mexico further objects to the request to the extent that it

11  seeks documents not in MGA Mexico's possession, custody or control.  MGA

12  Mexico further objects to the request to the extent it seeks confidential, proprietary

13  or commercially sensitive information, the disclosure of which would be inimical to

14  the business interests of MGA Mexico or MGA.  MGA Mexico further objects to the

15  request to the extent it violates the privacy rights of third parties to their private,

16  confidential, proprietary or trade secret information.

17  REQUEST FOR PRODUCTION NO. 12:

18      All DOCUMENTS, including but not limited to all COMMUNICATIONS

19  with any PERSON, that REFER OR RELATE TO YOU successfully tarnishing,

20  soiling, debasing, degrading or undermining MATTEL's products.

21  RESPONSE TO REQUEST FOR PRODUCTION NO. 12:

22      MGA Mexico incorporates by reference its General Response and General

23  Objections above, as though fully set forth herein and specifically incorporates

24  General Objection No. 15 (regarding Definitions), including without limitation MGA

25  Mexico's objection to the definition of the term YOU, and its incorporated term

26  PERSON.  MGA Mexico further objects to the request to the extent it seeks the

27  production of documents that are protected from disclosure under any applicable

28  privilege, doctrine or immunity, including without limitation the attorney-client

EXHIBIT ____
PAGE ___396___

1  privilege, the work product doctrine, the right of privacy, and all other privileges

2  recognized under the constitutional, statutory or decisional law of the United States

3  of America, the State of California or any other applicable jurisdiction, including, but

4  not limited to, such laws existing in the United Mexican States.  MGA Mexico

5  further objects to this request as being overly broad and unduly burdensome on the

6  grounds that it is not limited in time or geographical scope.  MGA Mexico further

7  objects to this request on the grounds that the phrase "[a]ll DOCUMENTS, including

8  but not limited to all COMMUNICATIONS with any PERSON, that REFER OR

9  RELATE TO" does not comply with the "reasonable particularity" requirement of

10  Federal Rule of Civil Procedure 34 and renders the request overly broad and unduly

11  burdensome in light of "the wealth of material already made available in this case."

12  Westhemeco Ltd. v. New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).

13  MGA Mexico further objects that the phrase "YOU successfully tarnishing, soiling,

14  debasing, degrading or undermining MATTEL's reputation or business" is (1)

15  accusatory and argumentative such that MGA Mexico would have to respond to the

16  allegations of the request before providing any substantive response, see Zadrozny v.

17  Board of Trustees District No. 508, 1991 WL 66705, at *1 (N.D. Ill. April 24, 1991),

18  and (2) compound, rendering the request vague, ambiguous, and unintelligible.

19  MGA Mexico further objects to the request to the extent that it seeks documents that

20  by reason of public filing, public distribution or otherwise are already in Mattel's

21  possession or are readily accessible to Mattel.  MGA Mexico further objects to the

22  request to the extent that it seeks documents not in MGA Mexico's possession,

23  custody or control.  MGA Mexico further objects to the request to the extent it seeks

24  confidential, proprietary or commercially sensitive information, the disclosure of

25  which would be inimical to the business interests of MGA Mexico or MGA.  MGA

26  Mexico further objects to the request to the extent it violates the privacy rights of

27  third parties to their private, confidential, proprietary or trade secret information.

28

EXHIBIT ___4___
PAGE ___397___

1  REQUEST FOR PRODUCTION NO. 13:

2      All DOCUMENTS, including but not limited to all COMMUNICATIONS

3  with any PERSON, that REFER OR RELATE TO YOUR allegation that MATTEL

4  engaged in "efforts to create negative publicity or press about MGA, MGA products,

5  Bryant, Larian, or MGA employees."

6  RESPONSE TO REQUEST FOR PRODUCTION NO. 13:

7      MGA Mexico incorporates by reference its General Response and General

8  Objections above, as though fully set forth herein and specifically incorporates

9  General Objection No. 15 (regarding Definitions), including without limitation MGA

10  Mexico's objection to the definition of the term YOUR, and its incorporated term

11  PERSON.  MGA Mexico further objects to the request to the extent it seeks the

12  production of documents that are protected from disclosure under any applicable

13  privilege, doctrine or immunity, including without limitation the attorney-client

14  privilege, the work product doctrine, the right of privacy, and all other privileges

15  recognized under the constitutional, statutory or decisional law of the United States

16  of America, the State of California or any other applicable jurisdiction, including, but

17  not limited to, such laws existing in the United Mexican States.  MGA Mexico

18  further objects to this request as being overly broad and unduly burdensome on the

19  grounds that it is not limited in time or geographical scope.  MGA Mexico further

20  objects to this request on the grounds that the phrase "[a]ll DOCUMENTS, including

21  but not limited to all COMMUNICATIONS with any PERSON, that REFER OR

22  RELATE TO" does not comply with the "reasonable particularity" requirement of

23  Federal Rule of Civil Procedure 34 and renders the request overly broad and unduly

24  burdensome in light of "the wealth of material already made available in this case."

25  Westhemeco Ltd. v. New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).

26  MGA Mexico further objects to the request to the extent that it seeks documents that

27  by reason of public filing, public distribution or otherwise are already in Mattel's

28  possession or are readily accessible to Mattel.  MGA Mexico further objects to the

27

EXHIBIT __2__
PAGE __398__

1  request to the extent that it seeks documents not in MGA Mexico's possession,

2  custody or control.  MGA Mexico further objects to the request to the extent it seeks

3  confidential, proprietary or commercially sensitive information, the disclosure of

4  which would be inimical to the business interests of MGA Mexico or MGA.  MGA

5  Mexico further objects to the request to the extent it violates the privacy rights of

6  third parties to their private, confidential, proprietary or trade secret information.

7      MGA Mexico further objects to this request as cumulative, duplicative, and

8  unduly burdensome to the extent that it seeks documents previously requested by

9  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

10  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

11  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

12  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

13  Set of Requests for Production of Documents and Things to Isaac Larian and

14  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

15  Documents and Things to MGAE de Mexico S.R.L. de C.V.

16      Without waiving any of the foregoing General or Specific Objections, but

17  rather expressly preserving each and every such objection, MGA Mexico responds as

18  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

19  possession, custody or control, if any, that it is able to locate following a reasonably

20  diligent search.

21  REQUEST FOR PRODUCTION NO. 14:

22      All DOCUMENTS, including but not limited to all COMMUNICATIONS

23  with any PERSON, that YOU contend prove or that YOU will rely on at trial to

24  prove that MATTEL engaged in "efforts to create negative publicity or press about

25  MGA, MGA products, Bryant, Larian, or MGA employees."

26  RESPONSE TO REQUEST FOR PRODUCTION NO. 14:

27      MGA Mexico incorporates by reference its General Response and General

28  Objections above, as though fully set forth herein and specifically incorporates

1 | General Objection No. 15 (regarding Definitions), including without limitation MGA

2 | Mexico's objection to the definition of the term YOU, and its incorporated term

3 | PERSON.  MGA Mexico further objects to the request to the extent it seeks the

4 | production of documents that are protected from disclosure under any applicable

5 | privilege, doctrine or immunity, including without limitation the attorney-client

6 | privilege, the work product doctrine, the right of privacy, and all other privileges

7 | recognized under the constitutional, statutory or decisional law of the United States

8 | of America, the State of California or any other applicable jurisdiction, including, but

9 | not limited to, such laws existing in the United Mexican States.  MGA Mexico

10 | further objects to this request as being overly broad and unduly burdensome on the

11 | grounds that it is not limited in time or geographical scope.  MGA Mexico further

12 | objects to this request on the grounds that the phrase "[a]ll DOCUMENTS, including

13 | but not limited to all COMMUNICATIONS with any PERSON, that REFER OR

14 | RELATE TO" does not comply with the "reasonable particularity" requirement of

15 | Federal Rule of Civil Procedure 34 and renders the request overly broad and unduly

16 | burdensome in light of "the wealth of material already made available in this case."

17 | Westhemeco Ltd. v. New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).

18 | MGA Mexico further objects that the phrase "that YOU contend prove or that YOU

19 | will rely on at trial to prove" is compound and, as such, renders the request vague,

20 | ambiguous, and unintelligible.  MGA Mexico further objects to the request to the

21 | extent that it seeks documents that by reason of public filing, public distribution or

22 | otherwise are already in Mattel's possession or are readily accessible to Mattel.

23 | MGA Mexico further objects to the request to the extent that it seeks documents not

24 | in MGA Mexico's possession, custody or control.  MGA Mexico further objects to

25 | the request to the extent it seeks confidential, proprietary or commercially sensitive

26 | information, the disclosure of which would be inimical to the business interests of

27 | MGA Mexico or MGA.  MGA Mexico further objects to the request to the extent it

28 |

EXHIBIT 34

PAGE 399

MGA MEXICO'S RESPONSE TO MATTEL'S 2D SET OF REQUESTS FOR DOCS.   Case No. CV-04-9049 SGL

EXHIBIT __4__
PAGE __460__

1  violates the privacy rights of third parties to their private, confidential, proprietary or
2  trade secret information.

3       MGA Mexico further objects to this request as cumulative, duplicative, and
4  unduly burdensome to the extent that it seeks documents previously requested by
5  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response
6  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100
7  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible
8  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First
9  Set of Requests for Production of Documents and Things to Isaac Larian and
10 Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of
11 Documents and Things to MGAE de Mexico S.R.L. de C.V.

12      Without waiving any of the foregoing General or Specific Objections, but
13 rather expressly preserving each and every such objection, MGA Mexico responds as
14 follows:  MGA Mexico will produce all non-privileged, responsive documents in its
15 possession, custody or control, if any, that it is able to locate following a reasonably
16 diligent search.

17 REQUEST FOR PRODUCTION NO. 15:

18      DOCUMENTS sufficient to IDENTIFY all PERSONS with knowledge of
19 YOUR allegation that MATTEL engaged in "efforts to create negative publicity or
20 press about MGA, MGA products, Bryant, Larian, or MGA employees."

21 RESPONSE TO REQUEST FOR PRODUCTION NO. 15:

22      MGA Mexico incorporates by reference its General Response and General
23 Objections above, as though fully set forth herein and specifically incorporates
24 General Objection No. 15 (regarding Definitions), including without limitation MGA
25 Mexico's objection to the definition of the term YOUR, and its incorporated term
26 PERSON.  MGA Mexico further objects to the request to the extent it seeks the
27 production of documents that are protected from disclosure under any applicable
28 privilege, doctrine or immunity, including without limitation the attorney-client

30

1 | privilege, the work product doctrine, the right of privacy, and all other privileges
2 | recognized under the constitutional, statutory or decisional law of the United States
3 | of America, the State of California or any other applicable jurisdiction, including, but
4 | not limited to, such laws existing in the United Mexican States.  MGA Mexico
5 | further objects to this request as being overly broad and unduly burdensome on the
6 | grounds that it is not limited in time or geographical scope.  MGA Mexico further
7 | objects to this request on the grounds that the phrase "all PERSONS with knowledge
8 | of YOUR allegation" renders the request vague, ambiguous, overly broad and unduly
9 | burdensome in that anyone who has read MGA Mexico's Answer in this matter has
10 | "knowledge of [MGA Mexico's] allegation," without regard to whether the factual
11 | basis for the allegation is known to them.  MGA Mexico further objects to the
12 | request to the extent that it seeks documents that by reason of public filing, public
13 | distribution or otherwise are already in Mattel's possession or are readily accessible
14 | to Mattel.  MGA Mexico further objects to the request to the extent that it seeks
15 | documents not in MGA Mexico's possession, custody or control.  MGA Mexico
16 | further objects to the request to the extent it seeks confidential, proprietary or
17 | commercially sensitive information, the disclosure of which would be inimical to the
18 | business interests of MGA Mexico or MGA.  MGA Mexico further objects to the
19 | request to the extent it violates the privacy rights of third parties to their private,
20 | confidential, proprietary or trade secret information.

21 |     MGA Mexico further objects to this request as cumulative, duplicative, and
22 | unduly burdensome to the extent that it seeks documents previously requested by
23 | Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response
24 | to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100
25 | in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible
26 | Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First
27 | Set of Requests for Production of Documents and Things to Isaac Larian and
28 |

EXHIBIT **4**

PAGE **40 1**

MGA MEXICO'S RESPONSE TO MATTEL'S 2D SET OF REQUESTS FOR DOCS.   Case No. CV-04-9049 SGL

EXHIBIT __4__
PAGE __462__

1  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of
2  Documents and Things to MGAE de Mexico S.R.L. de C.V.

3        Without waiving any of the foregoing General or Specific Objections, but
4  rather expressly preserving each and every such objection, MGA Mexico responds as
5  follows: MGA Mexico will produce all non-privileged, responsive documents in its
6  possession, custody or control, if any, that it is able to locate following a reasonably
7  diligent search.

8  REQUEST FOR PRODUCTION NO. 16:

9        DOCUMENTS describing all time periods during which MATTEL allegedly
10  engaged in "efforts to create negative publicity or press about MGA, MGA products,
11  Bryant, Larian, or MGA employees."

12  RESPONSE TO REQUEST FOR PRODUCTION NO. 16:

13        MGA Mexico incorporates by reference its General Response and General
14  Objections above, as though fully set forth herein. MGA Mexico further objects to
15  the request to the extent it seeks the production of documents that are protected from
16  disclosure under any applicable privilege, doctrine or immunity, including without
17  limitation the attorney-client privilege, the work product doctrine, the right of
18  privacy, and all other privileges recognized under the constitutional, statutory or
19  decisional law of the United States of America, the State of California or any other
20  applicable jurisdiction, including, but not limited to, such laws existing in the United
21  Mexican States. MGA Mexico further objects to this request as being overly broad
22  and unduly burdensome on the grounds that it is not limited in time or geographical
23  scope. MGA Mexico further objects to this request on the grounds that the phrase
24  "DOCUMENTS describing all time periods during which" renders the request vague,
25  ambiguous, and unintelligible. MGA Mexico further objects to the request to the
26  extent that it seeks documents that by reason of public filing, public distribution or
27  otherwise are already in Mattel's possession or are readily accessible to Mattel.
28  MGA Mexico further objects to the request to the extent that it seeks documents not

EXHIBIT ___4___
PAGE ___403___

1  in MGA Mexico's possession, custody or control.  MGA Mexico further objects to

2  the request to the extent it seeks confidential, proprietary or commercially sensitive

3  information, the disclosure of which would be inimical to the business interests of

4  MGA Mexico or MGA.  MGA Mexico further objects to the request to the extent it

5  violates the privacy rights of third parties to their private, confidential, proprietary or

6  trade secret information.

7       MGA Mexico further objects to this request as cumulative, duplicative, and

8  unduly burdensome to the extent that it seeks documents previously requested by

9  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

10  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

11  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

12  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

13  Set of Requests for Production of Documents and Things to Isaac Larian and

14  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

15  Documents and Things to MGAE de Mexico S.R.L. de C.V.

16       Without waiving any of the foregoing General or Specific Objections, but

17  rather expressly preserving each and every such objection, MGA Mexico responds as

18  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

19  possession, custody or control, if any, that it is able to locate following a reasonably

20  diligent search.

21  REQUEST FOR PRODUCTION NO. 17:

22       All DOCUMENTS that are, contain, reference, embody or otherwise reflect

23  each instance of alleged "negative publicity or press about MGA, MGA products,

24  Bryant, Larian or MGA employees," that YOU contend MATTEL created or

25  engaged in efforts to create.

26  RESPONSE TO REQUEST FOR PRODUCTION NO. 17:

27       MGA Mexico incorporates by reference its General Response and General

28  Objections above, as though fully set forth herein and specifically incorporates

EXHIBIT __4__
PAGE __404__

1   General Objection No. 15 (regarding Definitions), including without limitation MGA
2   Mexico's objection to the definition of the term YOU, and its incorporated term
3   PERSON.  MGA Mexico further objects to the request to the extent it seeks the
4   production of documents that are protected from disclosure under any applicable
5   privilege, doctrine or immunity, including without limitation the attorney-client
6   privilege, the work product doctrine, the right of privacy, and all other privileges
7   recognized under the constitutional, statutory or decisional law of the United States
8   of America, the State of California or any other applicable jurisdiction, including, but
9   not limited to, such laws existing in the United Mexican States.  MGA Mexico
10  further objects to this request as being overly broad and unduly burdensome on the
11  grounds that it is not limited in time or geographical scope.  MGA Mexico further
12  objects to the request on the ground that the phrase "are, contain, reference, embody
13  or otherwise reflect" is compound, vague, ambiguous and unintelligible.  MGA
14  Mexico further objects to the request to the extent that it seeks documents that by
15  reason of public filing, public distribution or otherwise are already in Mattel's
16  possession or are readily accessible to Mattel.  MGA Mexico further objects to the
17  request to the extent that it seeks documents not in MGA Mexico's possession,
18  custody or control.  MGA Mexico further objects to the request to the extent it seeks
19  confidential, proprietary or commercially sensitive information, the disclosure of
20  which would be inimical to the business interests of MGA Mexico or MGA.  MGA
21  Mexico further objects to the request to the extent it violates the privacy rights of
22  third parties to their private, confidential, proprietary or trade secret information.
23       MGA Mexico further objects to this request as cumulative, duplicative, and
24  unduly burdensome to the extent that it seeks documents previously requested by
25  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response
26  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100
27  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible
28  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

34

EXHIBIT __4__
PAGE __405__

1 Set of Requests for Production of Documents and Things to Isaac Larian and

2 Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

3 Documents and Things to MGAE de Mexico S.R.L. de C.V.

4      Without waiving any of the foregoing General or Specific Objections, but

5 rather expressly preserving each and every such objection, MGA Mexico responds as

6 follows:  MGA Mexico will produce all non-privileged, responsive documents in its

7 possession, custody or control, if any, that it is able to locate following a reasonably

8 diligent search.

9 REQUEST FOR PRODUCTION NO. 18:

10      All DOCUMENTS that YOU contend prove or tend to prove that any alleged

11 "negative publicity or press about MGA, MGA products, Bryant, Larian or MGA

12 employees" was false.

13 RESPONSE TO REQUEST FOR PRODUCTION NO. 18:

14      MGA Mexico incorporates by reference its General Response and General

15 Objections above, as though fully set forth herein and specifically incorporates

16 General Objection No. 15 (regarding Definitions), including without limitation MGA

17 Mexico's objection to the definition of the term YOU, and its incorporated term

18 PERSON.  MGA Mexico further objects to the request to the extent it seeks the

19 production of documents that are protected from disclosure under any applicable

20 privilege, doctrine or immunity, including without limitation the attorney-client

21 privilege, the work product doctrine, the right of privacy, and all other privileges

22 recognized under the constitutional, statutory or decisional law of the United States

23 of America, the State of California or any other applicable jurisdiction, including, but

24 not limited to, such laws existing in the United Mexican States.  MGA Mexico

25 further objects to this request as being overly broad and unduly burdensome on the

26 grounds that it is not limited in time or geographical scope.  MGA Mexico further

27 objects to this request on the grounds that the phrase "[a]ll DOCUMENTS" does not

28 comply with the "reasonable particularity" requirement of Federal Rule of Civil

1 Procedure 34 and renders the request overly broad and unduly burdensome in light of

2 "the wealth of material already made available in this case." Westhemeco Ltd. v.

3 New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979). MGA Mexico

4 further objects that the phrase "that YOU contend prove or tend to prove" is

5 compound and, as such, renders the request vague, ambiguous, and unintelligible.

6 MGA Mexico further objects to the request to the extent that it seeks documents that

7 by reason of public filing, public distribution or otherwise are already in Mattel's

8 possession or are readily accessible to Mattel. MGA Mexico further objects to the

9 request to the extent that it seeks documents not in MGA Mexico's possession,

10 custody or control. MGA Mexico further objects to the request to the extent it seeks

11 confidential, proprietary or commercially sensitive information, the disclosure of

12 which would be inimical to the business interests of MGA Mexico or MGA. MGA

13 Mexico further objects to the request to the extent it violates the privacy rights of

14 third parties to their private, confidential, proprietary or trade secret information.

15 　　　　MGA Mexico further objects to this request as cumulative, duplicative, and

16 unduly burdensome to the extent that it seeks documents previously requested by

17 Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

18 to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

19 in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

20 Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

21 Set of Requests for Production of Documents and Things to Isaac Larian and

22 Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

23 Documents and Things to MGAE de Mexico S.R.L. de C.V.

24 　　　　Without waiving any of the foregoing General or Specific Objections, but

25 rather expressly preserving each and every such objection, MGA Mexico responds as

26 follows: MGA Mexico will produce all non-privileged, responsive documents in its

27 possession, custody or control, if any, that it is able to locate following a reasonably

28 diligent search.

EXHIBIT 4

PAGE 406

36

EXHIBIT __4__
PAGE __407__

1 | REQUEST FOR PRODUCTION NO. 19:

2 |     All DOCUMENTS that YOU contend prove or tend to prove, for each

3 | instance of allegedly "negative publicity or press about MGA, MGA products,

4 | Bryant, Larian or MGA employees," that MATTEL knew or should have known that

5 | such negative publicity or press was false.

6 | RESPONSE TO REQUEST FOR PRODUCTION NO. 19:

7 |     MGA Mexico incorporates by reference its General Response and General

8 | Objections above, as though fully set forth herein and specifically incorporates

9 | General Objection No. 15 (regarding Definitions), including without limitation MGA

10 | Mexico's objection to the definition of the term YOU, and its incorporated term

11 | PERSON.  MGA Mexico further objects to the request to the extent it seeks the

12 | production of documents that are protected from disclosure under any applicable

13 | privilege, doctrine or immunity, including without limitation the attorney-client

14 | privilege, the work product doctrine, the right of privacy, and all other privileges

15 | recognized under the constitutional, statutory or decisional law of the United States

16 | of America, the State of California or any other applicable jurisdiction, including, but

17 | not limited to, such laws existing in the United Mexican States.  MGA Mexico

18 | further objects to this request as being overly broad and unduly burdensome on the

19 | grounds that it is not limited in time or geographical scope.  MGA Mexico further

20 | objects to this request on the grounds that the phrase "[a]ll DOCUMENTS" does not

21 | comply with the "reasonable particularity" requirement of Federal Rule of Civil

22 | Procedure 34 and renders the request overly broad and unduly burdensome in light of

23 | "the wealth of material already made available in this case."  Westhemeco Ltd. v.

24 | New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA Mexico

25 | further objects that the phrases "that YOU contend prove or tend to prove,"

26 | "MATTEL knew or should have known" and "'negative publicity or press'" are, both

27 | individually and taken together, compound and, as such, render the request vague,

28 | ambiguous, and unintelligible.  MGA Mexico further objects to the request to the

37

1   extent that it seeks documents that by reason of public filing, public distribution or

2   otherwise are already in Mattel's possession or are readily accessible to Mattel.

3   MGA Mexico further objects to the request to the extent that it seeks documents not

4   in MGA Mexico's possession, custody or control.  MGA Mexico further objects to

5   the request to the extent it seeks confidential, proprietary or commercially sensitive

6   information, the disclosure of which would be inimical to the business interests of

7   MGA Mexico or MGA.  MGA Mexico further objects to the request to the extent it

8   violates the privacy rights of third parties to their private, confidential, proprietary or

9   trade secret information.

10        MGA Mexico further objects to this request as cumulative, duplicative, and

11   unduly burdensome to the extent that it seeks documents previously requested by

12   Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

13   to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

14   in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

15   Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

16   Set of Requests for Production of Documents and Things to Isaac Larian and

17   Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

18   Documents and Things to MGAE de Mexico S.R.L. de C.V.

19        Without waiving any of the foregoing General or Specific Objections, but

20   rather expressly preserving each and every such objection, MGA Mexico responds as

21   follows:  MGA Mexico will produce all non-privileged, responsive documents in its

22   possession, custody or control, if any, that it is able to locate following a reasonably

23   diligent search.

24   REQUEST FOR PRODUCTION NO. 20:

25        All DOCUMENTS, including but not limited to all COMMUNICATIONS

26   with any PERSON, RELATING to YOUR actions in response to, or efforts to stop,

27   thwart, prevent, interfere with or counter, MATTEL'S alleged "efforts to create

28

EXHIBIT __4__

PAGE __408__

MGA MEXICO'S RESPONSE TO MATTEL'S 2D SET OF REQUESTS FOR DOCS.   Case No. CV-04-9049 SGL

EXHIBIT ___4___
PAGE ___409___

1 │ negative publicity or press about MGA, MGA products, Bryant, Larian, or MGA

2 │ employees."

3 │ RESPONSE TO REQUEST FOR PRODUCTION NO. 20:

4 │     MGA Mexico incorporates by reference its General Response and General

5 │ Objections above, as though fully set forth herein and specifically incorporates

6 │ General Objection No. 15 (regarding Definitions), including without limitation MGA

7 │ Mexico's objection to the definition of the term YOUR, and its incorporated term

8 │ PERSON.  MGA Mexico further objects to the request to the extent it seeks the

9 │ production of documents that are protected from disclosure under any applicable

10 │ privilege, doctrine or immunity, including without limitation the attorney-client

11 │ privilege, the work product doctrine, the right of privacy, and all other privileges

12 │ recognized under the constitutional, statutory or decisional law of the United States

13 │ of America, the State of California or any other applicable jurisdiction, including, but

14 │ not limited to, such laws existing in the United Mexican States.  MGA Mexico

15 │ further objects to this request as being overly broad and unduly burdensome on the

16 │ grounds that it is not limited in time or geographical scope.  MGA Mexico further

17 │ objects to this request on the grounds that the phrase "[a]ll DOCUMENTS, including

18 │ but not limited to all COMMUNICATIONS with any PERSON" does not comply

19 │ with the "reasonable particularity" requirement of Federal Rule of Civil Procedure 34

20 │ and renders the request overly broad and unduly burdensome in light of "the wealth

21 │ of material already made available in this case."  Westhemeco Ltd. v. New

22 │ Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA Mexico further

23 │ objects that the phrase "RELATING to YOUR actions in response to, or efforts to

24 │ stop, thwart, prevent, interfere with or counter" is compound and, as such, renders

25 │ the request vague, ambiguous, and unintelligible.  MGA Mexico further objects to

26 │ the request to the extent that it seeks documents that by reason of public filing,

27 │ public distribution or otherwise are already in Mattel's possession or are readily

28 │ accessible to Mattel.  MGA Mexico further objects to the request to the extent that it

1 seeks documents not in MGA Mexico's possession, custody or control.  MGA

2 Mexico further objects to the request to the extent it seeks confidential, proprietary

3 or commercially sensitive information, the disclosure of which would be inimical to

4 the business interests of MGA Mexico or MGA.  MGA Mexico further objects to the

5 request to the extent it violates the privacy rights of third parties to their private,

6 confidential, proprietary or trade secret information.

7        MGA Mexico further objects to this request as cumulative, duplicative, and

8 unduly burdensome to the extent that it seeks documents previously requested by

9 Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

10 to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

11 in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

12 Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

13 Set of Requests for Production of Documents and Things to Isaac Larian and

14 Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

15 Documents and Things to MGAE de Mexico S.R.L. de C.V.

16        Without waiving any of the foregoing General or Specific Objections, but

17 rather expressly preserving each and every such objection, MGA Mexico responds as

18 follows:  MGA Mexico will produce all non-privileged, responsive documents in its

19 possession, custody or control, if any, that it is able to locate following a reasonably

20 diligent search.

21 REQUEST FOR PRODUCTION NO. 21:

22        All DOCUMENTS, including but not limited to all COMMUNICATIONS

23 with any PERSON, RELATING to any loss, harm, injury, increased expense, lost

24 revenue or profits, or any other damage caused to YOU by MATTEL'S alleged

25 "efforts to create negative publicity or press about MGA, MGA products, Bryant,

26 Larian, or MGA employees."

27

28

EXHIBIT __4__
PAGE __410__

MGA MEXICO'S RESPONSE TO MATTEL'S 2D SET OF REQUESTS FOR DOCS.   Case No. CV-04-9049 SGL

EXHIBIT ___4___
PAGE ___4(1___

1  RESPONSE TO REQUEST FOR PRODUCTION NO. 21:

2         MGA Mexico incorporates by reference its General Response and General

3  Objections above, as though fully set forth herein and specifically incorporates

4  General Objection No. 15 (regarding Definitions), including without limitation MGA

5  Mexico's objection to the definition of the term YOU, and its incorporated term

6  PERSON. MGA Mexico further objects to the request to the extent it seeks the

7  production of documents that are protected from disclosure under any applicable

8  privilege, doctrine or immunity, including without limitation the attorney-client

9  privilege, the work product doctrine, the right of privacy, and all other privileges

10 recognized under the constitutional, statutory or decisional law of the United States

11 of America, the State of California or any other applicable jurisdiction, including, but

12 not limited to, such laws existing in the United Mexican States. MGA Mexico

13 further objects to this request as being overly broad and unduly burdensome on the

14 grounds that it is not limited in time or geographical scope. MGA Mexico further

15 objects to this request on the grounds that the phrase "[a]ll DOCUMENTS, including

16 but not limited to all COMMUNICATIONS with any PERSON, RELATING TO"

17 does not comply with the "reasonable particularity" requirement of Federal Rule of

18 Civil Procedure 34 and renders the request overly broad and unduly burdensome in

19 light of "the wealth of material already made available in this case." Westhemeco

20 Ltd. v. New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979). MGA

21 Mexico further objects that the phrase "any loss, harm, injury, increased expense,

22 lost revenue or profits, or any other damage" is compound and, as such, renders the

23 request vague, ambiguous, and unintelligible. MGA Mexico further objects to the

24 request to the extent that it seeks documents that by reason of public filing, public

25 distribution or otherwise are already in Mattel's possession or are readily accessible

26 to Mattel. MGA Mexico further objects to the request to the extent that it seeks

27 documents not in MGA Mexico's possession, custody or control. MGA Mexico

28 further objects to the request to the extent it seeks confidential, proprietary or

EXHIBIT __4__

PAGE __412__

1  commercially sensitive information, the disclosure of which would be inimical to the

2  business interests of MGA Mexico or MGA. MGA Mexico further objects to the

3  request to the extent it violates the privacy rights of third parties to their private,

4  confidential, proprietary or trade secret information.

5       MGA Mexico further objects to this request as cumulative, duplicative, and

6  unduly burdensome to the extent that it seeks documents previously requested by

7  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

8  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

9  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

10  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

11  Set of Requests for Production of Documents and Things to Isaac Larian and

12  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

13  Documents and Things to MGAE de Mexico S.R.L. de C.V.

14       Without waiving any of the foregoing General or Specific Objections, but

15  rather expressly preserving each and every such objection, MGA Mexico responds as

16  follows: MGA Mexico will produce all non-privileged, responsive documents in its

17  possession, custody or control, if any, that it is able to locate following a reasonably

18  diligent search.

19  REQUEST FOR PRODUCTION NO. 22:

20       All DOCUMENTS, including but not limited to all COMMUNICATIONS

21  with any PERSON, that REFER OR RELATE TO MATTEL'S success or failure in

22  its alleged "efforts to create negative publicity or press about MGA, MGA products,

23  Bryant, Larian, or MGA employees."

24  RESPONSE TO REQUEST FOR PRODUCTION NO. 22:

25       MGA Mexico incorporates by reference its General Response and General

26  Objections above, as though fully set forth herein and specifically incorporates

27  General Objection No. 15 (regarding Definitions), including without limitation MGA

28  Mexico's objection to the definition of the term PERSON. MGA Mexico further

42

EXHIBIT __4__
PAGE ___413___

1   objects to the request to the extent it seeks the production of documents that are

2   protected from disclosure under any applicable privilege, doctrine or immunity,

3   including without limitation the attorney-client privilege, the work product doctrine,

4   the right of privacy, and all other privileges recognized under the constitutional,

5   statutory or decisional law of the United States of America, the State of California or

6   any other applicable jurisdiction, including, but not limited to, such laws existing in

7   the United Mexican States.  MGA Mexico further objects to this request as being

8   overly broad and unduly burdensome on the grounds that it is not limited in time or

9   geographical scope.  MGA Mexico further objects to this request on the grounds that

10  the phrase "[a]ll DOCUMENTS, including but not limited to all

11  COMMUNICATIONS with any PERSON, that REFER OR RELATE TO" does not

12  comply with the "reasonable particularity" requirement of Federal Rule of Civil

13  Procedure 34 and renders the request overly broad and unduly burdensome in light of

14  "the wealth of material already made available in this case."  Westhemeco Ltd. v.

15  New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA Mexico

16  further objects that the phrases "success or failure" and "'efforts to create negative

17  publicity or press about MGA, MGA products, Bryant, MGA Mexico, or MGA

18  employees'" are, both individually and taken together, compound and, as such,

19  render the request vague, ambiguous, and unintelligible.  MGA Mexico further

20  objects to the request to the extent that it seeks documents that by reason of public

21  filing, public distribution or otherwise are already in Mattel's possession or are

22  readily accessible to Mattel.  MGA Mexico further objects to the request to the

23  extent that it seeks documents not in MGA Mexico's possession, custody or control.

24  MGA Mexico further objects to the request to the extent it seeks confidential,

25  proprietary or commercially sensitive information, the disclosure of which would be

26  inimical to the business interests of MGA Mexico or MGA.  MGA Mexico further

27  objects to the request to the extent it violates the privacy rights of third parties to

28  their private, confidential, proprietary or trade secret information.

EXHIBIT __4__
PAGE __414__

1    MGA Mexico further objects to this request as cumulative, duplicative, and

2  unduly burdensome to the extent that it seeks documents previously requested by

3  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

4  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

5  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

6  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

7  Set of Requests for Production of Documents and Things to Isaac Larian and

8  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

9  Documents and Things to MGAE de Mexico S.R.L. de C.V.

10    Without waiving any of the foregoing General or Specific Objections, but

11  rather expressly preserving each and every such objection, MGA Mexico responds as

12  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

13  possession, custody or control, if any, that it is able to locate following a reasonably

14  diligent search.

15  REQUEST FOR PRODUCTION NO. 23:

16    All DOCUMENTS, including but not limited to all COMMUNICATIONS

17  with any PERSON, that REFER OR RELATE TO YOUR efforts to create negative

18  publicity or press about MATTEL, any MATTEL product or any MATTEL

19  employee.

20  RESPONSE TO REQUEST FOR PRODUCTION NO. 23:

21    MGA Mexico incorporates by reference its General Response and General

22  Objections above, as though fully set forth herein and specifically incorporates

23  General Objection No. 15 (regarding Definitions), including without limitation MGA

24  Mexico's objection to the definition of the term YOUR, and its incorporated term

25  PERSON.  MGA Mexico further objects to the request to the extent it seeks the

26  production of documents that are protected from disclosure under any applicable

27  privilege, doctrine or immunity, including without limitation the attorney-client

28  privilege, the work product doctrine, the right of privacy, and all other privileges

1 | recognized under the constitutional, statutory or decisional law of the United States
2 | of America, the State of California or any other applicable jurisdiction, including, but
3 | not limited to, such laws existing in the United Mexican States.  MGA Mexico
4 | further objects to this request as being overly broad and unduly burdensome on the
5 | grounds that it is not limited in time or geographical scope.  MGA Mexico further
6 | objects to this request on the grounds that the phrase "[a]ll DOCUMENTS, including
7 | but not limited to all COMMUNICATIONS with any PERSON, that REFER OR
8 | RELATE TO" does not comply with the "reasonable particularity" requirement of
9 | Federal Rule of Civil Procedure 34 and renders the request overly broad and unduly
10 | burdensome in light of "the wealth of material already made available in this case."
11 | Westhemeco Ltd. v. New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).
12 | MGA Mexico further objects that the phrase "YOUR efforts to create negative
13 | publicity or press about MATTEL, any MATTEL product or any MATTEL
14 | employee" is (1) accusatory and argumentative such that MGA Mexico would have
15 | to respond to the allegations of the request before providing any substantive response,
16 | see Zadrozny v. Board of Trustees District No. 508, 1991 WL 66705, at *1 (N.D. Ill.
17 | April 24, 1991), and (2) compound, rendering the request vague, ambiguous, and
18 | unintelligible.  MGA Mexico further objects to the request to the extent that it seeks
19 | documents that by reason of public filing, public distribution or otherwise are already
20 | in Mattel's possession or are readily accessible to Mattel.  MGA Mexico further
21 | objects to the request to the extent that it seeks documents not in MGA Mexico's
22 | possession, custody or control.  MGA Mexico further objects to the request to the
23 | extent it seeks confidential, proprietary or commercially sensitive information, the
24 | disclosure of which would be inimical to the business interests of MGA Mexico or
25 | MGA.  MGA Mexico further objects to the request to the extent it violates the
26 | privacy rights of third parties to their private, confidential, proprietary or trade secret
27 | information.
28 |

EXHIBIT __4__
PAGE __4/5__

MGA MEXICO'S RESPONSE TO MATTEL'S 2D SET OF REQUESTS FOR DOCS.   Case No. CV-04-9049 SGL

EXHIBIT __4__
PAGE __46__

1  REQUEST FOR PRODUCTION NO. 24:

2      All DOCUMENTS, including but not limited to all COMMUNICATIONS

3  with any PERSON, that REFER OR RELATE TO YOU successfully portraying

4  MATTEL negatively or unfavorably by creating negative publicity or press about

5  MATTEL, any MATTEL product or any MATTEL employee.

6  RESPONSE TO REQUEST FOR PRODUCTION NO. 24:

7      MGA Mexico incorporates by reference its General Response and General

8  Objections above, as though fully set forth herein and specifically incorporates

9  General Objection No. 15 (regarding Definitions), including without limitation MGA

10  Mexico's objection to the definition of the term YOU, and its incorporated terms

11  PERSON and AFFILIATE.  MGA Mexico further objects to the request to the extent

12  it seeks the production of documents that are protected from disclosure under any

13  applicable privilege, doctrine or immunity, including without limitation the attorney-

14  client privilege, the work product doctrine, the right of privacy, and all other

15  privileges recognized under the constitutional, statutory or decisional law of the

16  United States of America, the State of California or any other applicable jurisdiction,

17  including, but not limited to, such laws existing in the United Mexican States.  MGA

18  Mexico further objects to this request as being overly broad and unduly burdensome

19  on the grounds that it is not limited in time or geographical scope.  MGA Mexico

20  further objects to this request on the grounds that the phrase "[a]ll DOCUMENTS,

21  including but not limited to all COMMUNICATIONS with any PERSON, that

22  REFER OR RELATE TO" does not comply with the "reasonable particularity"

23  requirement of Federal Rule of Civil Procedure 34 and renders the request overly

24  broad and unduly burdensome in light of "the wealth of material already made

25  available in this case."  Westhemeco Ltd. v. New Hampshire Ins. Co., 82 F.R.D. 702,

26  709 (S.D.N.Y. 1979).  MGA Mexico further objects that the phrase "YOU

27  successfully portraying MATTEL negatively or unfavorably by creating negative

28  publicity or press about MATTEL, any MATTEL product or any MATTEL

EXHIBIT ___4___
PAGE ___417___

1 | employee" is (1) accusatory and argumentative such that MGA Mexico would have
2 | to respond to the allegations of the request before providing any substantive response,
3 | see Zadrozny v. Board of Trustees District No. 508, 1991 WL 66705, at *1 (N.D. Ill.
4 | April 24, 1991), and (2) compound, rendering the request vague, ambiguous, and
5 | unintelligible.  MGA Mexico further objects to the request to the extent that it seeks
6 | documents that by reason of public filing, public distribution or otherwise are already
7 | in Mattel's possession or are readily accessible to Mattel.  MGA Mexico further
8 | objects to the request to the extent that it seeks documents not in MGA Mexico's
9 | possession, custody or control.  MGA Mexico further objects to the request to the
10 | extent it seeks confidential, proprietary or commercially sensitive information, the
11 | disclosure of which would be inimical to the business interests of MGA Mexico or
12 | MGA.  MGA Mexico further objects to the request to the extent it violates the
13 | privacy rights of third parties to their private, confidential, proprietary or trade secret
14 | information.

15 | REQUEST FOR PRODUCTION NO. 25:

16 |        All DOCUMENTS, including but not limited to all COMMUNICATIONS
17 | with any PERSON, that REFER OR RELATE TO YOUR allegation that MATTEL
18 | engaged in "efforts to fund or commission market research or studies that portray
19 | Bratz or MGA products negatively."

20 | RESPONSE TO REQUEST FOR PRODUCTION NO. 25:

21 |        MGA Mexico incorporates by reference its General Response and General
22 | Objections above, as though fully set forth herein and specifically incorporates
23 | General Objection No. 15 (regarding Definitions), including without limitation MGA
24 | Mexico's objection to the definition of the term YOUR, and its incorporated term
25 | PERSON.  MGA Mexico further objects to the request to the extent it seeks the
26 | production of documents that are protected from disclosure under any applicable
27 | privilege, doctrine or immunity, including without limitation the attorney-client
28 | privilege, the work product doctrine, the right of privacy, and all other privileges

47

1  recognized under the constitutional, statutory or decisional law of the United States

2  of America, the State of California or any other applicable jurisdiction, including, but

3  not limited to, such laws existing in the United Mexican States.  MGA Mexico

4  further objects to this request as being overly broad and unduly burdensome on the

5  grounds that it is not limited in time or geographical scope.  MGA Mexico further

6  objects to this request on the grounds that the phrase "[a]ll DOCUMENTS, including

7  but not limited to all COMMUNICATIONS with any PERSON, that REFER OR

8  RELATE TO" does not comply with the "reasonable particularity" requirement of

9  Federal Rule of Civil Procedure 34 and renders the request overly broad and unduly

10  burdensome in light of "the wealth of material already made available in this case."

11  Westhemeco Ltd. v. New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).

12  MGA Mexico further objects to the request to the extent that it seeks documents that

13  by reason of public filing, public distribution or otherwise are already in Mattel's

14  possession or are readily accessible to Mattel.  MGA Mexico further objects to the

15  request to the extent that it seeks documents not in MGA Mexico's possession,

16  custody or control.  MGA Mexico further objects to the request to the extent it seeks

17  confidential, proprietary or commercially sensitive information, the disclosure of

18  which would be inimical to the business interests of MGA Mexico or MGA.  MGA

19  Mexico further objects to the request to the extent it violates the privacy rights of

20  third parties to their private, confidential, proprietary or trade secret information.

21    MGA Mexico further objects to this request as cumulative, duplicative, and

22  unduly burdensome to the extent that it seeks documents previously requested by

23  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

24  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

25  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

26  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

27  Set of Requests for Production of Documents and Things to Isaac Larian and

28

EXHIBIT ___4___

PAGE ___418___

MGA MEXICO'S RESPONSE TO MATTEL'S 2D SET OF REQUESTS FOR DOCS.   Case No. CV-04-9049 SGL

EXHIBIT __4__
PAGE __419__

1 | Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of
2 | Documents and Things to MGAE de Mexico S.R.L. de C.V.
3 |   Without waiving any of the foregoing General or Specific Objections, but
4 | rather expressly preserving each and every such objection, MGA Mexico responds as
5 | follows: MGA Mexico will produce all non-privileged, responsive documents in its
6 | possession, custody or control, if any, that it is able to locate following a reasonably
7 | diligent search.
8 | REQUEST FOR PRODUCTION NO. 26:
9 |   All DOCUMENTS, including but not limited to all COMMUNICATIONS
10 | with any PERSON, that YOU contend prove or that YOU will rely on at trial to
11 | prove that MATTEL engaged in "efforts to fund or commission market research or
12 | studies that portray Bratz or MGA products negatively."
13 | RESPONSE TO REQUEST FOR PRODUCTION NO. 26:
14 |   MGA Mexico incorporates by reference its General Response and General
15 | Objections above, as though fully set forth herein and specifically incorporates
16 | General Objection No. 15 (regarding Definitions), including without limitation MGA
17 | Mexico's objection to the definition of the term YOU, and its incorporated term
18 | PERSON. MGA Mexico further objects to the request to the extent it seeks the
19 | production of documents that are protected from disclosure under any applicable
20 | privilege, doctrine or immunity, including without limitation the attorney-client
21 | privilege, the work product doctrine, the right of privacy, and all other privileges
22 | recognized under the constitutional, statutory or decisional law of the United States
23 | of America, the State of California or any other applicable jurisdiction, including, but
24 | not limited to, such laws existing in the United Mexican States. MGA Mexico
25 | further objects to this request as being overly broad and unduly burdensome on the
26 | grounds that it is not limited in time or geographical scope. MGA Mexico further
27 | objects to this request on the grounds that the phrase "[a]ll DOCUMENTS, including
28 | but not limited to all COMMUNICATIONS with any PERSON" does not comply

EXHIBIT __4__
PAGE __420__

1  with the "reasonable particularity" requirement of Federal Rule of Civil Procedure 34

2  and renders the request overly broad and unduly burdensome in light of "the wealth

3  of material already made available in this case." Westhemeco Ltd. v. New

4  Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979). MGA Mexico further

5  objects that the phrases "that YOU contend prove or that YOU will rely on at trial to

6  prove" and "'efforts to fund or commission market research or studies that portray

7  Bratz or MGA products negatively'" are, both individually and taken together,

8  compound and, as such, render the request vague, ambiguous, and unintelligible.

9  MGA Mexico further objects to the request to the extent that it seeks documents that

10  by reason of public filing, public distribution or otherwise are already in Mattel's

11  possession or are readily accessible to Mattel. MGA Mexico further objects to the

12  request to the extent that it seeks documents not in MGA Mexico's possession,

13  custody or control. MGA Mexico further objects to the request to the extent it seeks

14  confidential, proprietary or commercially sensitive information, the disclosure of

15  which would be inimical to the business interests of MGA Mexico or MGA. MGA

16  Mexico further objects to the request to the extent it violates the privacy rights of

17  third parties to their private, confidential, proprietary or trade secret information.

18      MGA Mexico further objects to this request as cumulative, duplicative, and

19  unduly burdensome to the extent that it seeks documents previously requested by

20  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

21  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

22  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

23  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

24  Set of Requests for Production of Documents and Things to Isaac Larian and

25  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

26  Documents and Things to MGAE de Mexico S.R.L. de C.V.

27      Without waiving any of the foregoing General or Specific Objections, but

28  rather expressly preserving each and every such objection, MGA Mexico responds as

EXHIBIT __4__
PAGE ___421___

1  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

2  possession, custody or control, if any, that it is able to locate following a reasonably

3  diligent search.

4  REQUEST FOR PRODUCTION NO. 27:

5      DOCUMENTS sufficient to IDENTIFY all PERSONS with knowledge of

6  YOUR allegation that MATTEL engaged in "efforts to fund or commission market

7  research or studies that portray Bratz or MGA products negatively."

8  RESPONSE TO REQUEST FOR PRODUCTION NO. 27:

9      MGA Mexico incorporates by reference its General Response and General

10  Objections above, as though fully set forth herein and specifically incorporates

11  General Objection No. 15 (regarding Definitions), including without limitation MGA

12  Mexico's objection to the definition of the terms YOUR, and its incorporated term

13  PERSON.  MGA Mexico further objects to the request to the extent it seeks the

14  production of documents that are protected from disclosure under any applicable

15  privilege, doctrine or immunity, including without limitation the attorney-client

16  privilege, the work product doctrine, the right of privacy, and all other privileges

17  recognized under the constitutional, statutory or decisional law of the United States

18  of America, the State of California or any other applicable jurisdiction, including, but

19  not limited to, such laws existing in the United Mexican States.  MGA Mexico

20  further objects to this request as being overly broad and unduly burdensome on the

21  grounds that it is not limited in time or geographical scope.  MGA Mexico further

22  objects to this request on the grounds that the phrase "all PERSONS with knowledge

23  of YOUR allegation" renders the request vague, ambiguous, overly broad and unduly

24  burdensome in that anyone who has read MGA Mexico's Answer in this matter has

25  "knowledge of [MGA Mexico's] allegation," without regard to whether the factual

26  basis for the allegation is known to them.  MGA Mexico further objects to the

27  request to the extent that it seeks documents that by reason of public filing, public

28  distribution or otherwise are already in Mattel's possession or are readily accessible

EXHIBIT __4__
PAGE __422__

1  to Mattel.  MGA Mexico further objects to the request to the extent that it seeks

2  documents not in MGA Mexico's possession, custody or control.  MGA Mexico

3  further objects to the request to the extent it seeks confidential, proprietary or

4  commercially sensitive information, the disclosure of which would be inimical to the

5  business interests of MGA Mexico or MGA.  MGA Mexico further objects to the

6  request to the extent it violates the privacy rights of third parties to their private,

7  confidential, proprietary or trade secret information.

8      MGA Mexico further objects to this request as cumulative, duplicative, and

9  unduly burdensome to the extent that it seeks documents previously requested by

10  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

11  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

12  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

13  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

14  Set of Requests for Production of Documents and Things to Isaac Larian and

15  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

16  Documents and Things to MGAE de Mexico S.R.L. de C.V.

17      Without waiving any of the foregoing General or Specific Objections, but

18  rather expressly preserving each and every such objection, MGA Mexico responds as

19  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

20  possession, custody or control, if any, that it is able to locate following a reasonably

21  diligent search.

22  REQUEST FOR PRODUCTION NO. 28:

23      DOCUMENTS describing all time periods during which MATTEL allegedly

24  engaged in "efforts to fund or commission market research or studies that portray

25  Bratz or MGA products negatively."

26  RESPONSE TO REQUEST FOR PRODUCTION NO. 28:

27      MGA Mexico incorporates by reference its General Response and General

28  Objections above, as though fully set forth herein.  MGA Mexico further objects to

52

EXHIBIT __4__
PAGE __423__

1 | the request to the extent it seeks the production of documents that are protected from
2 | disclosure under any applicable privilege, doctrine or immunity, including without
3 | limitation the attorney-client privilege, the work product doctrine, the right of
4 | privacy, and all other privileges recognized under the constitutional, statutory or
5 | decisional law of the United States of America, the State of California or any other
6 | applicable jurisdiction, including, but not limited to, such laws existing in the United
7 | Mexican States. MGA Mexico further objects to this request as being overly broad
8 | and unduly burdensome on the grounds that it is not limited in time or geographical
9 | scope. MGA Mexico further objects to this request on the grounds that the phrase
10 | "DOCUMENTS describing all time periods during which" renders the request vague,
11 | ambiguous, and unintelligible. MGA Mexico further objects to the request to the
12 | extent that it seeks documents that by reason of public filing, public distribution or
13 | otherwise are already in Mattel's possession or are readily accessible to Mattel.
14 | MGA Mexico further objects to the request to the extent that it seeks documents not
15 | in MGA Mexico's possession, custody or control. MGA Mexico further objects to
16 | the request to the extent it seeks confidential, proprietary or commercially sensitive
17 | information, the disclosure of which would be inimical to the business interests of
18 | MGA Mexico or MGA. MGA Mexico further objects to the request to the extent it
19 | violates the privacy rights of third parties to their private, confidential, proprietary or
20 | trade secret information.

21 | MGA Mexico further objects to this request as cumulative, duplicative, and
22 | unduly burdensome to the extent that it seeks documents previously requested by
23 | Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response
24 | to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100
25 | in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible
26 | Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First
27 | Set of Requests for Production of Documents and Things to Isaac Larian and
28 |

MGA MEXICO'S RESPONSE TO MATTEL'S 2D SET OF REQUESTS FOR DOCS.   Case No. CV-04-9049 SGL

EXHIBIT __4__
PAGE __424__

1  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

2  Documents and Things to MGAE de Mexico S.R.L. de C.V.

3      Without waiving any of the foregoing General or Specific Objections, but

4  rather expressly preserving each and every such objection, MGA Mexico responds as

5  follows: MGA Mexico will produce all non-privileged, responsive documents in its

6  possession, custody or control, if any, that it is able to locate following a reasonably

7  diligent search.

8  REQUEST FOR PRODUCTION NO. 29:

9      All DOCUMENTS, including but not limited to all COMMUNICATIONS

10  with any PERSON, RELATING to YOUR actions in response to, or efforts to stop,

11  thwart, prevent, counter or mitigate, MATTEL'S alleged "efforts to fund or

12  commission market research or studies that portray Bratz or MGA products

13  negatively."

14  RESPONSE TO REQUEST FOR PRODUCTION NO. 29:

15      MGA Mexico incorporates by reference its General Response and General

16  Objections above, as though fully set forth herein and specifically incorporates

17  General Objection No. 15 (regarding Definitions), including without limitation MGA

18  Mexico's objection to the definition of the term YOUR, and its incorporated term

19  PERSON. MGA Mexico further objects to the request to the extent it seeks the

20  production of documents that are protected from disclosure under any applicable

21  privilege, doctrine or immunity, including without limitation the attorney-client

22  privilege, the work product doctrine, the right of privacy, and all other privileges

23  recognized under the constitutional, statutory or decisional law of the United States

24  of America, the State of California or any other applicable jurisdiction, including, but

25  not limited to, such laws existing in the United Mexican States. MGA Mexico

26  further objects to this request as being overly broad and unduly burdensome on the

27  grounds that it is not limited in time or geographical scope. MGA Mexico further

28  objects to this request on the grounds that the phrase "[a]ll DOCUMENTS, including

1 | but not limited to all COMMUNICATIONS with any PERSON, RELATING TO"
2 | does not comply with the "reasonable particularity" requirement of Federal Rule of
3 | Civil Procedure 34 and renders the request overly broad and unduly burdensome in
4 | light of "the wealth of material already made available in this case." Westhemeco
5 | Ltd. v. New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA
6 | Mexico further objects that the phrases "RELATING to YOUR actions in response
7 | to, or efforts to stop, thwart, prevent, counter or mitigate" and "'efforts to fund or
8 | commission market research or studies that portray Bratz or MGA products
9 | negatively'" are, both individually and taken together, compound and, as such, render
10 | the request vague, ambiguous, and unintelligible.  MGA Mexico further objects to
11 | the request to the extent that it seeks documents that by reason of public filing,
12 | public distribution or otherwise are already in Mattel's possession or are readily
13 | accessible to Mattel.  MGA Mexico further objects to the request to the extent that it
14 | seeks documents not in MGA Mexico's possession, custody or control.  MGA
15 | Mexico further objects to the request to the extent it seeks confidential, proprietary
16 | or commercially sensitive information, the disclosure of which would be inimical to
17 | the business interests of MGA Mexico or MGA.  MGA Mexico further objects to the
18 | request to the extent it violates the privacy rights of third parties to their private,
19 | confidential, proprietary or trade secret information.

20 |        MGA Mexico further objects to this request as cumulative, duplicative, and
21 | unduly burdensome to the extent that it seeks documents previously requested by
22 | Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response
23 | to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100
24 | in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible
25 | Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First
26 | Set of Requests for Production of Documents and Things to Isaac Larian and
27 | Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of
28 | Documents and Things to MGAE de Mexico S.R.L. de C.V.

EXHIBIT ___4___

PAGE ___425___

MGA MEXICO'S RESPONSE TO MATTEL'S 2D SET OF REQUESTS FOR DOCS.   Case No. CV-04-9049 SGL

EXHIBIT ___4___
PAGE ___426___

Without waiving any of the foregoing General or Specific Objections, but rather expressly preserving each and every such objection, MGA Mexico responds as follows:  MGA Mexico will produce all non-privileged, responsive documents in its possession, custody or control, if any, that it is able to locate following a reasonably diligent search.

REQUEST FOR PRODUCTION NO. 30:

All DOCUMENTS, including but not limited to all COMMUNICATIONS with any PERSON, RELATING to any loss, harm, injury, increased expense, lost revenue or profits, or any other damages that MATTEL'S alleged "efforts to fund or commission market research or studies that portray Bratz or MGA products negatively" caused to YOU.

RESPONSE TO REQUEST FOR PRODUCTION NO. 30:

MGA Mexico incorporates by reference its General Response and General Objections above, as though fully set forth herein and specifically incorporates General Objection No. 15 (regarding Definitions), including without limitation MGA Mexico's objection to the definition of the term YOU, and its incorporated term PERSON.  MGA Mexico further objects to the request to the extent it seeks the production of documents that are protected from disclosure under any applicable privilege, doctrine or immunity, including without limitation the attorney-client privilege, the work product doctrine, the right of privacy, and all other privileges recognized under the constitutional, statutory or decisional law of the United States of America, the State of California or any other applicable jurisdiction, including, but not limited to, such laws existing in the United Mexican States.  MGA Mexico further objects to this request as being overly broad and unduly burdensome on the grounds that it is not limited in time or geographical scope.  MGA Mexico further objects to this request on the grounds that the phrase "[a]ll DOCUMENTS, including but not limited to all COMMUNICATIONS with any PERSON, RELATING TO" does not comply with the "reasonable particularity" requirement of Federal Rule of

56

EXHIBIT ___4___
PAGE ___427___

1  Civil Procedure 34 and renders the request overly broad and unduly burdensome in

2  light of "the wealth of material already made available in this case." Westhemeco

3  Ltd. v. New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA

4  Mexico further objects that the phrases "any loss, harm, injury, increased expense,

5  lost revenue or profits, or any other damages" and "'efforts to fund or commission

6  market research or studies that portray Bratz or MGA products negatively'" are, both

7  individually and taken together, compound and, as such, render the request vague,

8  ambiguous, and unintelligible.  MGA Mexico further objects to the request to the

9  extent that it seeks documents that by reason of public filing, public distribution or

10  otherwise are already in Mattel's possession or are readily accessible to Mattel.

11  MGA Mexico further objects to the request to the extent that it seeks documents not

12  in MGA Mexico's possession, custody or control.  MGA Mexico further objects to

13  the request to the extent it seeks confidential, proprietary or commercially sensitive

14  information, the disclosure of which would be inimical to the business interests of

15  MGA Mexico or MGA.  MGA Mexico further objects to the request to the extent it

16  violates the privacy rights of third parties to their private, confidential, proprietary or

17  trade secret information.

18       MGA Mexico further objects to this request as cumulative, duplicative, and

19  unduly burdensome to the extent that it seeks documents previously requested by

20  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

21  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

22  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

23  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

24  Set of Requests for Production of Documents and Things to Isaac Larian and

25  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

26  Documents and Things to MGAE de Mexico S.R.L. de C.V.

27       Without waiving any of the foregoing General or Specific Objections, but

28  rather expressly preserving each and every such objection, MGA Mexico responds as

EXHIBIT __4__
PAGE __428__

1  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

2  possession, custody or control, if any, that it is able to locate following a reasonably

3  diligent search.

4  REQUEST FOR PRODUCTION NO. 31:

5      All DOCUMENTS, including but not limited to all COMMUNICATIONS

6  with any PERSON, that REFER OR RELATE TO MATTEL'S success or failure in

7  its alleged "efforts to fund or commission market research or studies that portray

8  Bratz or MGA products negatively."

9  RESPONSE TO REQUEST FOR PRODUCTION NO. 31:

10      MGA Mexico incorporates by reference its General Response and General

11  Objections above, as though fully set forth herein and specifically incorporates

12  General Objection No. 15 (regarding Definitions), including without limitation MGA

13  Mexico's objection to the definition of the term PERSON.  MGA Mexico further

14  objects to the request to the extent it seeks the production of documents that are

15  protected from disclosure under any applicable privilege, doctrine or immunity,

16  including without limitation the attorney-client privilege, the work product doctrine,

17  the right of privacy, and all other privileges recognized under the constitutional,

18  statutory or decisional law of the United States of America, the State of California or

19  any other applicable jurisdiction, including, but not limited to, such laws existing in

20  the United Mexican States.  MGA Mexico further objects to this request as being

21  overly broad and unduly burdensome on the grounds that it is not limited in time or

22  geographical scope.  MGA Mexico further objects to this request on the grounds that

23  the phrase "[a]ll DOCUMENTS, including but not limited to all

24  COMMUNICATIONS with any PERSON, that REFER OR RELATE TO" does not

25  comply with the "reasonable particularity" requirement of Federal Rule of Civil

26  Procedure 34 and renders the request overly broad and unduly burdensome in light of

27  "the wealth of material already made available in this case."  Westhemeco Ltd. v.

28  New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA Mexico

1  further objects that the phrases "success or failure" and "'efforts to fund or

2  commission market research or studies that portray Bratz or MGA products

3  negatively'" are, both individually and taken together, compound and, as such, render

4  the request vague, ambiguous, and unintelligible.  MGA Mexico further objects to

5  the request to the extent that it seeks documents that by reason of public filing,

6  public distribution or otherwise are already in Mattel's possession or are readily

7  accessible to Mattel.  MGA Mexico further objects to the request to the extent that it

8  seeks documents not in MGA Mexico's possession, custody or control.  MGA

9  Mexico further objects to the request to the extent it seeks confidential, proprietary

10  or commercially sensitive information, the disclosure of which would be inimical to

11  the business interests of MGA Mexico or MGA.  MGA Mexico further objects to the

12  request to the extent it violates the privacy rights of third parties to their private,

13  confidential, proprietary or trade secret information.

14      MGA Mexico further objects to this request as cumulative, duplicative, and

15  unduly burdensome to the extent that it seeks documents previously requested by

16  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

17  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

18  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

19  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

20  Set of Requests for Production of Documents and Things to Isaac Larian and

21  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

22  Documents and Things to MGAE de Mexico S.R.L. de C.V.

23      Without waiving any of the foregoing General or Specific Objections, but

24  rather expressly preserving each and every such objection, MGA Mexico responds as

25  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

26  possession, custody or control, if any, that it is able to locate following a reasonably

27  diligent search.

28

EXHIBIT ___4___
PAGE ___429___

MGA MEXICO'S RESPONSE TO MATTEL'S 2D SET OF REQUESTS FOR DOCS.   Case No. CV-04-9049 SGL

EXHIBIT __4__
PAGE __430__

1  REQUEST FOR PRODUCTION NO. 32:

2      All DOCUMENTS that are, contain, reference, embody or otherwise reflect

3  each instance of "market research or studies that portray Bratz or MGA products

4  negatively," that YOU contend MATTEL funded or commissioned or engaged in

5  efforts to fund or commission.

6  RESPONSE TO REQUEST FOR PRODUCTION NO. 32:

7      MGA Mexico incorporates by reference its General Response and General

8  Objections above, as though fully set forth herein and specifically incorporates

9  General Objection No. 15 (regarding Definitions), including without limitation MGA

10 Mexico's objection to the definition of the term YOU, and its incorporated term

11 PERSON.  MGA Mexico further objects to the request to the extent it seeks the

12 production of documents that are protected from disclosure under any applicable

13 privilege, doctrine or immunity, including without limitation the attorney-client

14 privilege, the work product doctrine, the right of privacy, and all other privileges

15 recognized under the constitutional, statutory or decisional law of the United States

16 of America, the State of California or any other applicable jurisdiction, including, but

17 not limited to, such laws existing in the United Mexican States.  MGA Mexico

18 further objects to this request as being overly broad and unduly burdensome on the

19 grounds that it is not limited in time or geographical scope.  MGA Mexico further

20 objects to this request on the grounds that the phrase "[a]ll DOCUMENTS" does not

21 comply with the "reasonable particularity" requirement of Federal Rule of Civil

22 Procedure 34 and renders the request overly broad and unduly burdensome in light of

23 "the wealth of material already made available in this case."  Westhemeco Ltd. v.

24 New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA Mexico

25 further objects that the phrases "that are, contain, reference, embody or otherwise

26 reflect," "'market research or studies that portray Bratz or MGA products negatively'"

27 and "MATTEL funded or commissioned or engaged in efforts to fund or

28 commission" are compound and, as such, render the request vague, ambiguous, and

1   unintelligible.  MGA Mexico further objects to the request to the extent that it seeks

2   documents that by reason of public filing, public distribution or otherwise are already

3   in Mattel's possession or are readily accessible to Mattel.  MGA Mexico further

4   objects to the request to the extent that it seeks documents not in MGA Mexico's

5   possession, custody or control.  MGA Mexico further objects to the request to the

6   extent it seeks confidential, proprietary or commercially sensitive information, the

7   disclosure of which would be inimical to the business interests of MGA Mexico or

8   MGA.  MGA Mexico further objects to the request to the extent it violates the

9   privacy rights of third parties to their private, confidential, proprietary or trade secret

10   information.

11       MGA Mexico further objects to this request as cumulative, duplicative, and

12   unduly burdensome to the extent that it seeks documents previously requested by

13   Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

14   to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

15   in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

16   Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

17   Set of Requests for Production of Documents and Things to Isaac Larian and

18   Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

19   Documents and Things to MGAE de Mexico S.R.L. de C.V.

20       Without waiving any of the foregoing General or Specific Objections, but

21   rather expressly preserving each and every such objection, MGA Mexico responds as

22   follows:  MGA Mexico will produce all non-privileged, responsive documents in its

23   possession, custody or control, if any, that it is able to locate following a reasonably

24   diligent search.

25   <u>REQUEST FOR PRODUCTION NO. 33:</u>

26       All DOCUMENTS that YOU contend prove or tend to prove that any alleged

27   "market research or stud[y] [funded or commissioned by MATTEL] that portray[ed]

28   Bratz or MGA products negatively" was false.

EXHIBIT **4**

PAGE **431**

EXHIBIT __4__
PAGE __432__

1   <u>RESPONSE TO REQUEST FOR PRODUCTION NO. 33:</u>

2       MGA Mexico incorporates by reference its General Response and General

3 Objections above, as though fully set forth herein and specifically incorporates

4 General Objection No. 15 (regarding Definitions), including without limitation MGA

5 Mexico's objection to the definition of the term YOU, and its incorporated term

6 PERSON.  MGA Mexico further objects to the request to the extent it seeks the

7 production of documents that are protected from disclosure under any applicable

8 privilege, doctrine or immunity, including without limitation the attorney-client

9 privilege, the work product doctrine, the right of privacy, and all other privileges

10 recognized under the constitutional, statutory or decisional law of the United States

11 of America, the State of California or any other applicable jurisdiction, including, but

12 not limited to, such laws existing in the United Mexican States.  MGA Mexico

13 further objects to this request as being overly broad and unduly burdensome on the

14 grounds that it is not limited in time or geographical scope.  MGA Mexico further

15 objects to this request on the grounds that the phrase "[a]ll DOCUMENTS" does not

16 comply with the "reasonable particularity" requirement of Federal Rule of Civil

17 Procedure 34 and renders the request overly broad and unduly burdensome in light of

18 "the wealth of material already made available in this case."  <u>Westhemeco Ltd. v.</u>

19 <u>New Hampshire Ins. Co.</u>, 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA Mexico

20 further objects that the phrases "prove or tend to prove" and "'market research or

21 stud[y] [funded or commissioned by MATTEL] that portray[ed] Bratz or MGA

22 products negatively'" are, both individually and taken together, compound and, as

23 such, render the request vague, ambiguous, and unintelligible.  MGA Mexico further

24 objects to the request to the extent that it seeks documents that by reason of public

25 filing, public distribution or otherwise are already in Mattel's possession or are

26 readily accessible to Mattel.  MGA Mexico further objects to the request to the

27 extent that it seeks documents not in MGA Mexico's possession, custody or control.

28 MGA Mexico further objects to the request to the extent it seeks confidential,

EXHIBIT ___4___
PAGE ___433___

1   proprietary or commercially sensitive information, the disclosure of which would be

2   inimical to the business interests of MGA Mexico or MGA.  MGA Mexico further

3   objects to the request to the extent it violates the privacy rights of third parties to

4   their private, confidential, proprietary or trade secret information.

5         MGA Mexico further objects to this request as cumulative, duplicative, and

6   unduly burdensome to the extent that it seeks documents previously requested by

7   Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

8   to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

9   in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

10  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

11  Set of Requests for Production of Documents and Things to Isaac Larian and

12  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

13  Documents and Things to MGAE de Mexico S.R.L. de C.V.

14        Without waiving any of the foregoing General or Specific Objections, but

15  rather expressly preserving each and every such objection, MGA Mexico responds as

16  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

17  possession, custody or control, if any, that it is able to locate following a reasonably

18  diligent search.

19  REQUEST FOR PRODUCTION NO. 34:

20        All DOCUMENTS that YOU contend prove or tend to prove, for each

21  instance of alleged "market research or stud[y] that portray[ed] Bratz or MGA

22  products negatively," that MATTEL knew or should have known that such negative

23  market research or study was false.

24  RESPONSE TO REQUEST FOR PRODUCTION NO. 34:

25        MGA Mexico incorporates by reference its General Response and General

26  Objections above, as though fully set forth herein and specifically incorporates

27  General Objection No. 15 (regarding Definitions), including without limitation MGA

28  Mexico's objection to the definition of the term YOU, and its incorporated term

1   PERSON.  MGA Mexico further objects to the request to the extent it seeks the

2   production of documents that are protected from disclosure under any applicable

3   privilege, doctrine or immunity, including without limitation the attorney-client

4   privilege, the work product doctrine, the right of privacy, and all other privileges

5   recognized under the constitutional, statutory or decisional law of the United States

6   of America, the State of California or any other applicable jurisdiction, including, but

7   not limited to, such laws existing in the United Mexican States.  MGA Mexico

8   further objects to this request as being overly broad and unduly burdensome on the

9   grounds that it is not limited in time or geographical scope.  MGA Mexico further

10  objects to this request on the grounds that the phrase "[a]ll DOCUMENTS" does not

11  comply with the "reasonable particularity" requirement of Federal Rule of Civil

12  Procedure 34 and renders the request overly broad and unduly burdensome in light of

13  "the wealth of material already made available in this case."  Westhemeco Ltd. v.

14  New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA Mexico

15  further objects that the phrases "prove or tend to prove," and "'market research or

16  stud[y] that portray[ed] Bratz or MGA products negatively'" and "knew or should

17  have known that such negative market research or study was false" are, both

18  individually and taken together, compound and, as such, render the request vague,

19  ambiguous, and unintelligible.  MGA Mexico further objects to the request to the

20  extent that it seeks documents that by reason of public filing, public distribution or

21  otherwise are already in Mattel's possession or are readily accessible to Mattel.

22  MGA Mexico further objects to the request to the extent that it seeks documents not

23  in MGA Mexico's possession, custody or control.  MGA Mexico further objects to

24  the request to the extent it seeks confidential, proprietary or commercially sensitive

25  information, the disclosure of which would be inimical to the business interests of

26  MGA Mexico or MGA.  MGA Mexico further objects to the request to the extent it

27  violates the privacy rights of third parties to their private, confidential, proprietary or

28  trade secret information.

EXHIBIT  4

PAGE  434

MGA MEXICO'S RESPONSE TO MATTEL'S 2D SET OF REQUESTS FOR DOCS.   Case No. CV-04-9049 SGL

EXHIBIT __4__
PAGE __435__

1    MGA Mexico further objects to this request as cumulative, duplicative, and
2  unduly burdensome to the extent that it seeks documents previously requested by
3  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response
4  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100
5  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible
6  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First
7  Set of Requests for Production of Documents and Things to Isaac Larian and
8  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of
9  Documents and Things to MGAE de Mexico S.R.L. de C.V.
10    Without waiving any of the foregoing General or Specific Objections, but
11  rather expressly preserving each and every such objection, MGA Mexico responds as
12  follows:  MGA Mexico will produce all non-privileged, responsive documents in its
13  possession, custody or control, if any, that it is able to locate following a reasonably
14  diligent search.
15  REQUEST FOR PRODUCTION NO. 35:
16    All DOCUMENTS, including but not limited to all COMMUNICATIONS
17  with any PERSON, that REFER OR RELATE TO any alleged market research or
18  study by any PERSON other than MATTEL that portrayed BRATZ or MGA
19  products negatively or unfavorably.
20  RESPONSE TO REQUEST FOR PRODUCTION NO. 35:
21    MGA Mexico incorporates by reference its General Response and General
22  Objections above, as though fully set forth herein and specifically incorporates
23  General Objection No. 15 (regarding Definitions), including without limitation MGA
24  Mexico's objection to the definition of the term PERSON.  MGA Mexico further
25  objects to the request to the extent it seeks the production of documents that are
26  protected from disclosure under any applicable privilege, doctrine or immunity,
27  including without limitation the attorney-client privilege, the work product doctrine,
28  the right of privacy, and all other privileges recognized under the constitutional,

EXHIBIT __4__
PAGE ___436___

1  statutory or decisional law of the United States of America, the State of California or

2  any other applicable jurisdiction, including, but not limited to, such laws existing in

3  the United Mexican States.  MGA Mexico further objects to this request as being

4  overly broad and unduly burdensome on the grounds that it is not limited in time or

5  geographical scope.  MGA Mexico further objects to this request on the grounds that

6  the phrase "[a]ll DOCUMENTS, including but not limited to all

7  COMMUNICATIONS with any PERSON, that REFER OR RELATE TO" does not

8  comply with the "reasonable particularity" requirement of Federal Rule of Civil

9  Procedure 34 and renders the request overly broad and unduly burdensome in light of

10  "the wealth of material already made available in this case." Westhemeco Ltd. v.

11  New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA Mexico

12  further objects that the phrases "any alleged market research or study" and

13  "portrayed BRATZ or MGA products negatively or unfavorably" are, both

14  individually and taken together, compound, rendering the request vague, ambiguous

15  and unintelligible. MGA Mexico further objects to the request to the extent that it

16  seeks documents that by reason of public filing, public distribution or otherwise are

17  already in Mattel's possession or are readily accessible to Mattel.  MGA Mexico

18  further objects to the request to the extent that it seeks documents not in MGA

19  Mexico's possession, custody or control.  MGA Mexico further objects to the request

20  to the extent it seeks confidential, proprietary or commercially sensitive information,

21  the disclosure of which would be inimical to the business interests of MGA Mexico

22  or MGA.  MGA Mexico further objects to the request to the extent it violates the

23  privacy rights of third parties to their private, confidential, proprietary or trade secret

24  information.

25       MGA Mexico further objects to this request as cumulative, duplicative, and

26  unduly burdensome to the extent that it seeks documents previously requested by

27  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

28  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

66

EXHIBIT __4__
PAGE __437__

1  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

2  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

3  Set of Requests for Production of Documents and Things to Isaac Larian and

4  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

5  Documents and Things to MGAE de Mexico S.R.L. de C.V.

6       Without waiving any of the foregoing General or Specific Objections, but

7  rather expressly preserving each and every such objection, MGA Mexico responds as

8  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

9  possession, custody or control, if any, that it is able to locate following a reasonably

10  diligent search.

11  REQUEST FOR PRODUCTION NO. 36:

12       All DOCUMENTS that REFER OR RELATE TO any negative commentary,

13  market research or study that REFERS OR RELATES TO BRATZ or any MGA

14  product by any PERSON other than MATTEL.

15  RESPONSE TO REQUEST FOR PRODUCTION NO. 36:

16       MGA Mexico incorporates by reference its General Response and General

17  Objections above, as though fully set forth herein and specifically incorporates

18  General Objection No. 15 (regarding Definitions), including without limitation MGA

19  Mexico's objection to the definition of the term PERSON.  MGA Mexico further

20  objects to the request to the extent it seeks the production of documents that are

21  protected from disclosure under any applicable privilege, doctrine or immunity,

22  including without limitation the attorney-client privilege, the work product doctrine,

23  the right of privacy, and all other privileges recognized under the constitutional,

24  statutory or decisional law of the United States of America, the State of California or

25  any other applicable jurisdiction, including, but not limited to, such laws existing in

26  the United Mexican States.  MGA Mexico further objects to this request as being

27  overly broad and unduly burdensome on the grounds that it is not limited in time or

28  geographical scope.  MGA Mexico further objects to this request on the grounds that

67

EXHIBIT __9__
PAGE __438__

1  the phrase "[a]ll DOCUMENTS that REFER OR RELATE TO any . . . that REFERS

2  OR RELATES TO" does not comply with the "reasonable particularity" requirement

3  of Federal Rule of Civil Procedure 34 and renders the request overly broad and

4  unduly burdensome in light of "the wealth of material already made available in this

5  case." Westhemeco Ltd. v. New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y.

6  1979). MGA Mexico further objects that the phrase "REFER OR RELATE TO any

7  negative commentary, market research or study that REFERS OR RELATES TO

8  BRATZ or any MGA product" is compound, ambiguous, unintelligible and not

9  reasonably limited to products at issue in this litigation. MGA Mexico further

10  objects to the request to the extent that it seeks documents that by reason of public

11  filing, public distribution or otherwise are already in Mattel's possession or are

12  readily accessible to Mattel. MGA Mexico further objects to the request to the

13  extent that it seeks documents not in MGA Mexico's possession, custody or control.

14  MGA Mexico further objects to the request to the extent it seeks confidential,

15  proprietary or commercially sensitive information, the disclosure of which would be

16  inimical to the business interests of MGA Mexico or MGA. MGA Mexico further

17  objects to the request to the extent it violates the privacy rights of third parties to

18  their private, confidential, proprietary or trade secret information.

19  REQUEST FOR PRODUCTION NO. 37:

20      All DOCUMENTS that REFER OR RELATE TO the cause or source of any

21  negative commentary, market research or study that REFERS OR RELATES TO

22  BRATZ or any MGA product by any person other than MATTEL, including without

23  limitation, all such DOCUMENTS that REFER OR RELATE TO the loss, harm,

24  injury, increased expense, lost revenue or profits or any other damage that such

25  negative commentary, market research or study caused to YOU.

26  RESPONSE TO REQUEST FOR PRODUCTION NO. 37:

27      MGA Mexico incorporates by reference its General Response and General

28  Objections above, as though fully set forth herein and specifically incorporates

EXHIBIT __4__
PAGE __439__

1    General Objection No. 15 (regarding Definitions), including without limitation MGA

2    Mexico's objection to the definition of the term YOU, and its incorporated term

3    PERSON.  MGA Mexico further objects to the request to the extent it seeks the

4    production of documents that are protected from disclosure under any applicable

5    privilege, doctrine or immunity, including without limitation the attorney-client

6    privilege, the work product doctrine, the right of privacy, and all other privileges

7    recognized under the constitutional, statutory or decisional law of the United States

8    of America, the State of California or any other applicable jurisdiction, including, but

9    not limited to, such laws existing in the United Mexican States.  MGA Mexico

10   further objects to this request as being overly broad and unduly burdensome on the

11   grounds that it is not limited in time or geographical scope.  MGA Mexico further

12   objects to this request on the grounds that the phrase "[a]ll DOCUMENTS that

13   REFER OR RELATE TO any . . . that REFERS OR RELATES TO" does not

14   comply with the "reasonable particularity" requirement of Federal Rule of Civil

15   Procedure 34 and renders the request overly broad and unduly burdensome in light of

16   "the wealth of material already made available in this case."  Westhemeco Ltd. v.

17   New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA Mexico

18   further objects that the phrases "REFER OR RELATE TO the cause or source of any

19   negative commentary, market research or study that REFERS OR RELATES TO

20   BRATZ or any MGA product by any person other than MATTEL" and "all such

21   DOCUMENTS that REFER OR RELATE TO the loss, harm, injury, increased

22   expense, lost revenue or profits or any other damage that such negative commentary,

23   market research or study caused to YOU" are, both individually and taken together,

24   compound, ambiguous, unintelligible and not reasonably limited to products at issue

25   in this litigation.  MGA Mexico further objects to the request to the extent that it

26   seeks documents that by reason of public filing, public distribution or otherwise are

27   already in Mattel's possession or are readily accessible to Mattel.  MGA Mexico

28   further objects to the request to the extent that it seeks documents not in MGA

EXHIBIT __4__

PAGE __440__

1 Mexico's possession, custody or control.  MGA Mexico further objects to the request

2 to the extent it seeks confidential, proprietary or commercially sensitive information,

3 the disclosure of which would be inimical to the business interests of MGA Mexico

4 or MGA.  MGA Mexico further objects to the request to the extent it violates the

5 privacy rights of third parties to their private, confidential, proprietary or trade secret

6 information.

7 REQUEST FOR PRODUCTION NO. 38:

8      All DOCUMENTS, including but not limited to all COMMUNICATIONS

9 with any PERSON, that REFER OR RELATE TO YOUR efforts to fund or

10 commission market research or studies that portray MATTEL negatively or

11 unfavorably.

12 RESPONSE TO REQUEST FOR PRODUCTION NO. 38:

13      MGA Mexico incorporates by reference its General Response and General

14 Objections above, as though fully set forth herein and specifically incorporates

15 General Objection No. 15 (regarding Definitions), including without limitation MGA

16 Mexico's objection to the definition of the term YOUR, and its incorporated term

17 PERSON.  MGA Mexico further objects to the request to the extent it seeks the

18 production of documents that are protected from disclosure under any applicable

19 privilege, doctrine or immunity, including without limitation the attorney-client

20 privilege, the work product doctrine, the right of privacy, and all other privileges

21 recognized under the constitutional, statutory or decisional law of the United States

22 of America, the State of California or any other applicable jurisdiction, including, but

23 not limited to, such laws existing in the United Mexican States.  MGA Mexico

24 further objects to this request as being overly broad and unduly burdensome on the

25 grounds that it is not limited in time or geographical scope.  MGA Mexico further

26 objects to this request on the grounds that the phrase "[a]ll DOCUMENTS, including

27 but not limited to all COMMUNICATIONS with any PERSON, that REFER OR

28 RELATE TO" does not comply with the "reasonable particularity" requirement of

EXHIBIT _4_

PAGE _441_

1 Federal Rule of Civil Procedure 34 and renders the request overly broad and unduly

2 burdensome in light of "the wealth of material already made available in this case."

3 Westhemeco Ltd. v. New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).

4 MGA Mexico further objects that the phrase "YOUR efforts to fund or commission

5 market research or studies that portray MATTEL negatively or unfavorably" is (1)

6 accusatory and argumentative such that MGA Mexico would have to respond to the

7 allegations of the request before providing any substantive response, see Zadrozny v.

8 Board of Trustees District No. 508, 1991 WL 66705, at *1 (N.D. Ill. April 24, 1991),

9 and (2) compound, rendering the request vague, ambiguous, and unintelligible.

10 MGA Mexico further objects to the request to the extent that it seeks documents that

11 by reason of public filing, public distribution or otherwise are already in Mattel's

12 possession or are readily accessible to Mattel. MGA Mexico further objects to the

13 request to the extent that it seeks documents not in MGA Mexico's possession,

14 custody or control. MGA Mexico further objects to the request to the extent it seeks

15 confidential, proprietary or commercially sensitive information, the disclosure of

16 which would be inimical to the business interests of MGA Mexico or MGA. MGA

17 Mexico further objects to the request to the extent it violates the privacy rights of

18 third parties to their private, confidential, proprietary or trade secret information.

19 REQUEST FOR PRODUCTION NO. 39:

20 　　　　All DOCUMENTS, including but not limited to all COMMUNICATIONS

21 with any PERSON, that REFER OR RELATE TO YOUR portraying MATTEL

22 negatively or unfavorably by funding or commissioning market research or studies.

23 RESPONSE TO REQUEST FOR PRODUCTION NO. 39:

24 　　　　MGA Mexico incorporates by reference its General Response and General

25 Objections above, as though fully set forth herein and specifically incorporates

26 General Objection No. 15 (regarding Definitions), including without limitation MGA

27 Mexico's objection to the definition of the term PERSON. MGA Mexico further

28 objects to the request to the extent it seeks the production of documents that are

1 | protected from disclosure under any applicable privilege, doctrine or immunity,

2 | including without limitation the attorney-client privilege, the work product doctrine,

3 | the right of privacy, and all other privileges recognized under the constitutional,

4 | statutory or decisional law of the United States of America, the State of California or

5 | any other applicable jurisdiction, including, but not limited to, such laws existing in

6 | the United Mexican States.  MGA Mexico further objects to this request as being

7 | overly broad and unduly burdensome on the grounds that it is not limited in time or

8 | geographical scope.  MGA Mexico further objects to this request on the grounds that

9 | the phrase "[a]ll DOCUMENTS, including but not limited to all

10 | COMMUNICATIONS with any PERSON, that REFER OR RELATE TO" does not

11 | comply with the "reasonable particularity" requirement of Federal Rule of Civil

12 | Procedure 34 and renders the request overly broad and unduly burdensome in light of

13 | "the wealth of material already made available in this case."  Westhemeco Ltd. v.

14 | New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA Mexico

15 | further objects that the phrase "YOUR portraying MATTEL negatively or

16 | unfavorably by funding or commissioning market research or studies" is (1)

17 | accusatory and argumentative such that MGA Mexico would have to respond to the

18 | allegations of the request before providing any substantive response, see Zadrozny v.

19 | Board of Trustees District No. 508, 1991 WL 66705, at *1 (N.D. Ill. April 24, 1991),

20 | and (2) compound, rendering the request vague, ambiguous, and unintelligible.

21 | MGA Mexico further objects to the request to the extent that it seeks documents that

22 | by reason of public filing, public distribution or otherwise are already in Mattel's

23 | possession or are readily accessible to Mattel.  MGA Mexico further objects to the

24 | request to the extent that it seeks documents not in MGA Mexico's possession,

25 | custody or control.  MGA Mexico further objects to the request to the extent it seeks

26 | confidential, proprietary or commercially sensitive information, the disclosure of

27 | which would be inimical to the business interests of MGA Mexico or MGA.  MGA

28 |

EXHIBIT __4__

PAGE __442__

MGA MEXICO'S RESPONSE TO MATTEL'S 2D SET OF REQUESTS FOR DOCS.   Case No. CV-04-9049 SGL

EXHIBIT __4__
PAGE __443__

1   Mexico further objects to the request to the extent it violates the privacy rights of

2   third parties to their private, confidential, proprietary or trade secret information.

3   REQUEST FOR PRODUCTION NO. 40:

4        All DOCUMENTS, including but not limited to all COMMUNICATIONS

5   with any PERSON, that REFER OR RELATE TO YOUR efforts to fund or

6   commission market research or studies that portray MATTEL products negatively or

7   unfavorably.

8   RESPONSE TO REQUEST FOR PRODUCTION NO. 40:

9        MGA Mexico incorporates by reference its General Response and General

10  Objections above, as though fully set forth herein and specifically incorporates

11  General Objection No. 15 (regarding Definitions), including without limitation MGA

12  Mexico's objection to the definition of the term PERSON.  MGA Mexico further

13  objects to the request to the extent it seeks the production of documents that are

14  protected from disclosure under any applicable privilege, doctrine or immunity,

15  including without limitation the attorney-client privilege, the work product doctrine,

16  the right of privacy, and all other privileges recognized under the constitutional,

17  statutory or decisional law of the United States of America, the State of California or

18  any other applicable jurisdiction, including, but not limited to, such laws existing in

19  the United Mexican States.  MGA Mexico further objects to this request as being

20  overly broad and unduly burdensome on the grounds that it is not limited in time or

21  geographical scope.  MGA Mexico further objects to this request on the grounds that

22  the phrase "[a]ll DOCUMENTS, including but not limited to all

23  COMMUNICATIONS with any PERSON, that REFER OR RELATE TO" does not

24  comply with the "reasonable particularity" requirement of Federal Rule of Civil

25  Procedure 34 and renders the request overly broad and unduly burdensome in light of

26  "the wealth of material already made available in this case."  Westhemeco Ltd. v.

27  New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA Mexico

28  further objects that the phrase "YOUR efforts to fund or commission market research

73

EXHIBIT __4__
PAGE __444__

1  or studies that portray MATTEL products negatively or unfavorably" is (1)

2  accusatory and argumentative such that MGA Mexico would have to respond to the

3  allegations of the request before providing any substantive response, see Zadrozny v.

4  Board of Trustees District No. 508, 1991 WL 66705, at *1 (N.D. Ill. April 24, 1991),

5  and (2) compound, rendering the request vague, ambiguous, and unintelligible.

6  MGA Mexico further objects to the request to the extent that it seeks documents that

7  by reason of public filing, public distribution or otherwise are already in Mattel's

8  possession or are readily accessible to Mattel.  MGA Mexico further objects to the

9  request to the extent that it seeks documents not in MGA Mexico's possession,

10 custody or control.  MGA Mexico further objects to the request to the extent it seeks

11 confidential, proprietary or commercially sensitive information, the disclosure of

12 which would be inimical to the business interests of MGA Mexico or MGA.  MGA

13 Mexico further objects to the request to the extent it violates the privacy rights of

14 third parties to their private, confidential, proprietary or trade secret information.

15 REQUEST FOR PRODUCTION NO. 41:

16       All DOCUMENTS, including but not limited to all COMMUNICATIONS

17 with any PERSON, that REFER OR RELATE TO YOU successfully portraying

18 MATTEL products negatively or unfavorably by funding or commissioning market

19 research or studies.

20 RESPONSE TO REQUEST FOR PRODUCTION NO. 41:

21       MGA Mexico incorporates by reference its General Response and General

22 Objections above, as though fully set forth herein and specifically incorporates

23 General Objection No. 15 (regarding Definitions), including without limitation MGA

24 Mexico's objection to the definition of the term PERSON.  MGA Mexico further

25 objects to the request to the extent it seeks the production of documents that are

26 protected from disclosure under any applicable privilege, doctrine or immunity,

27 including without limitation the attorney-client privilege, the work product doctrine,

28 the right of privacy, and all other privileges recognized under the constitutional,

74

1 statutory or decisional law of the United States of America, the State of California or

2 any other applicable jurisdiction, including, but not limited to, such laws existing in

3 the United Mexican States.  MGA Mexico further objects to this request as being

4 overly broad and unduly burdensome on the grounds that it is not limited in time or

5 geographical scope.  MGA Mexico further objects to this request on the grounds that

6 the phrase "[a]ll DOCUMENTS, including but not limited to all

7 COMMUNICATIONS with any PERSON, that REFER OR RELATE TO" does not

8 comply with the "reasonable particularity" requirement of Federal Rule of Civil

9 Procedure 34 and renders the request overly broad and unduly burdensome in light of

10 "the wealth of material already made available in this case." Westhemeco Ltd. v.

11 New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979)."  MGA Mexico

12 further objects that the phrase "YOU successfully portraying MATTEL products

13 negatively or unfavorably by funding or commissioning market research or studies"

14 is (1) accusatory and argumentative such that MGA Mexico would have to respond

15 to the allegations of the request before providing any substantive response, see

16 Zadrozny v. Board of Trustees District No. 508, 1991 WL 66705, at *1 (N.D. Ill.

17 April 24, 1991), and (2) compound, rendering the request vague, ambiguous, and

18 unintelligible.  MGA Mexico further objects to the request to the extent that it seeks

19 documents that by reason of public filing, public distribution or otherwise are already

20 in Mattel's possession or are readily accessible to Mattel.  MGA Mexico further

21 objects to the request to the extent that it seeks documents not in MGA Mexico's

22 possession, custody or control.  MGA Mexico further objects to the request to the

23 extent it seeks confidential, proprietary or commercially sensitive information, the

24 disclosure of which would be inimical to the business interests of MGA Mexico or

25 MGA.  MGA Mexico further objects to the request to the extent it violates the

26 privacy rights of third parties to their private, confidential, proprietary or trade secret

27 information.

28

EXHIBIT __4__

PAGE __445__

EXHIBIT __4__
PAGE __446__

1  REQUEST FOR PRODUCTION NO. 42:

2       All DOCUMENTS, including but not limited to all COMMUNICATIONS

3  with any PERSON, that REFER OR RELATE TO YOUR allegation that MATTEL

4  engaged in "efforts to interfere with MGA's acquisition of or investment in [ZAPF]."

5  RESPONSE TO REQUEST FOR PRODUCTION NO. 42:

6       MGA Mexico incorporates by reference its General Response and General

7  Objections above, as though fully set forth herein and specifically incorporates

8  General Objection No. 15 (regarding Definitions), including without limitation MGA

9  Mexico's objection to the definition of the term YOUR, and its incorporated term

10 PERSON.  MGA Mexico further objects to the request to the extent it seeks the

11 production of documents that are protected from disclosure under any applicable

12 privilege, doctrine or immunity, including without limitation the attorney-client

13 privilege, the work product doctrine, the right of privacy, and all other privileges

14 recognized under the constitutional, statutory or decisional law of the United States

15 of America, the State of California or any other applicable jurisdiction, including, but

16 not limited to, such laws existing in the United Mexican States.  MGA Mexico

17 further objects to this request as being overly broad and unduly burdensome on the

18 grounds that it is not limited in time or geographical scope.  MGA Mexico further

19 objects to this request on the grounds that the phrase "[a]ll DOCUMENTS, including

20 but not limited to all COMMUNICATIONS with any PERSON, that REFER OR

21 RELATE TO" does not comply with the "reasonable particularity" requirement of

22 Federal Rule of Civil Procedure 34 and renders the request overly broad and unduly

23 burdensome in light of "the wealth of material already made available in this case."

24 Westhemeco Ltd. v. New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).

25 MGA Mexico further objects to the request to the extent that it seeks documents that

26 by reason of public filing, public distribution or otherwise are already in Mattel's

27 possession or are readily accessible to Mattel.  MGA Mexico further objects to the

28 request to the extent that it seeks documents not in MGA Mexico's possession,

76

EXHIBIT ___4___
PAGE ___447___

1   custody or control.  MGA Mexico further objects to the request to the extent it seeks

2   confidential, proprietary or commercially sensitive information, the disclosure of

3   which would be inimical to the business interests of MGA Mexico or MGA.  MGA

4   Mexico further objects to the request to the extent it violates the privacy rights of

5   third parties to their private, confidential, proprietary or trade secret information.

6          MGA Mexico further objects to this request as cumulative, duplicative, and

7   unduly burdensome to the extent that it seeks documents previously requested by

8   Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

9   to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

10  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

11  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

12  Set of Requests for Production of Documents and Things to Isaac Larian and

13  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

14  Documents and Things to MGAE de Mexico S.R.L. de C.V.

15         Without waiving any of the foregoing General or Specific Objections, but

16  rather expressly preserving each and every such objection, MGA Mexico responds as

17  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

18  possession, custody or control, if any, that it is able to locate following a reasonably

19  diligent search.

20  REQUEST FOR PRODUCTION NO. 43:

21         All DOCUMENTS, including but not limited to all COMMUNICATIONS

22  with any PERSON, that YOU contend prove or that YOU will rely on at trial to

23  prove that MATTEL engaged in "efforts to interfere with MGA's acquisition of or

24  investment in [ZAPF]."

25  RESPONSE TO REQUEST FOR PRODUCTION NO. 43:

26         MGA Mexico incorporates by reference its General Response and General

27  Objections above, as though fully set forth herein and specifically incorporates

28  General Objection No. 15 (regarding Definitions), including without limitation MGA

EXHIBIT __4__
PAGE __448__

1  Mexico's objection to the definition of the term YOU, and its incorporated term

2  PERSON.  MGA Mexico further objects to the request to the extent it seeks the

3  production of documents that are protected from disclosure under any applicable

4  privilege, doctrine or immunity, including without limitation the attorney-client

5  privilege, the work product doctrine, the right of privacy, and all other privileges

6  recognized under the constitutional, statutory or decisional law of the United States

7  of America, the State of California or any other applicable jurisdiction, including, but

8  not limited to, such laws existing in the United Mexican States.  MGA Mexico

9  further objects to this request as being overly broad and unduly burdensome on the

10  grounds that it is not limited in time or geographical scope.  MGA Mexico further

11  objects to this request on the grounds that the phrase "[a]ll DOCUMENTS, including

12  but not limited to all COMMUNICATIONS with any PERSON" does not comply

13  with the "reasonable particularity" requirement of Federal Rule of Civil Procedure 34

14  and renders the request overly broad and unduly burdensome in light of "the wealth

15  of material already made available in this case."  Westhemeco Ltd. v. New

16  Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA Mexico further

17  objects that the phrases "that YOU contend prove or that YOU will rely on at trial to

18  prove" and "'acquisition of or investment in'" are, both individually and taken

19  together, compound, rendering the request vague, ambiguous and unintelligible.

20  MGA Mexico further objects to the request to the extent that it seeks documents that

21  by reason of public filing, public distribution or otherwise are already in Mattel's

22  possession or are readily accessible to Mattel.  MGA Mexico further objects to the

23  request to the extent that it seeks documents not in MGA Mexico's possession,

24  custody or control.  MGA Mexico further objects to the request to the extent it seeks

25  confidential, proprietary or commercially sensitive information, the disclosure of

26  which would be inimical to the business interests of MGA Mexico or MGA.  MGA

27  Mexico further objects to the request to the extent it violates the privacy rights of

28  third parties to their private, confidential, proprietary or trade secret information.

EXHIBIT __4__
PAGE __449__

1       MGA Mexico further objects to this request as cumulative, duplicative, and

2  unduly burdensome to the extent that it seeks documents previously requested by

3  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

4  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

5  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

6  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

7  Set of Requests for Production of Documents and Things to Isaac Larian and

8  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

9  Documents and Things to MGAE de Mexico S.R.L. de C.V.

10       Without waiving any of the foregoing General or Specific Objections, but

11  rather expressly preserving each and every such objection, MGA Mexico responds as

12  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

13  possession, custody or control, if any, that it is able to locate following a reasonably

14  diligent search.

15  REQUEST FOR PRODUCTION NO. 44:

16       DOCUMENTS sufficient to IDENTIFY all PERSONS with knowledge of

17  YOUR allegation that MATTEL engaged in "efforts to interfere with MGA's

18  acquisition of or investment in [ZAPF]."

19  RESPONSE TO REQUEST FOR PRODUCTION NO. 44:

20       MGA Mexico incorporates by reference its General Response and General

21  Objections above, as though fully set forth herein and specifically incorporates

22  General Objection No. 15 (regarding Definitions), including without limitation MGA

23  Mexico's objection to the definition of the terms YOUR, and its incorporated term

24  PERSON.  MGA Mexico further objects to the request to the extent it seeks the

25  production of documents that are protected from disclosure under any applicable

26  privilege, doctrine or immunity, including without limitation the attorney-client

27  privilege, the work product doctrine, the right of privacy, and all other privileges

28  recognized under the constitutional, statutory or decisional law of the United States

EXHIBIT ___4___
PAGE ___456___

1  of America, the State of California or any other applicable jurisdiction, including, but
2  not limited to, such laws existing in the United Mexican States.  MGA Mexico
3  further objects to this request as being overly broad and unduly burdensome on the
4  grounds that it is not limited in time or geographical scope.  MGA Mexico further
5  objects to this request on the grounds that the phrase "all PERSONS with knowledge
6  of YOUR allegation" renders the request vague, ambiguous, overly broad and unduly
7  burdensome in that anyone who has read MGA Mexico's Answer in this matter has
8  "knowledge of [MGA Mexico's] allegation," without regard to whether the factual
9  basis for the allegation is known to them.  MGA Mexico further objects to the
10 request to the extent that it seeks documents that by reason of public filing, public
11 distribution or otherwise are already in Mattel's possession or are readily accessible
12 to Mattel.  MGA Mexico further objects to the request to the extent that it seeks
13 documents not in MGA Mexico's possession, custody or control.  MGA Mexico
14 further objects to the request to the extent it seeks confidential, proprietary or
15 commercially sensitive information, the disclosure of which would be inimical to the
16 business interests of MGA Mexico or MGA.  MGA Mexico further objects to the
17 request to the extent it violates the privacy rights of third parties to their private,
18 confidential, proprietary or trade secret information.

19       MGA Mexico further objects to this request as cumulative, duplicative, and
20 unduly burdensome to the extent that it seeks documents previously requested by
21 Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response
22 to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100
23 in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible
24 Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First
25 Set of Requests for Production of Documents and Things to Isaac Larian and
26 Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of
27 Documents and Things to MGAE de Mexico S.R.L. de C.V.

28

EXHIBIT ___4___
PAGE ___461___

1        Without waiving any of the foregoing General or Specific Objections, but

2 rather expressly preserving each and every such objection, MGA Mexico responds as

3 follows:  MGA Mexico will produce all non-privileged, responsive documents in its

4 possession, custody or control, if any, that it is able to locate following a reasonably

5 diligent search.

6 REQUEST FOR PRODUCTION NO. 45:

7        DOCUMENTS describing all time periods during which MATTEL allegedly

8 engaged in "efforts to interfere with MGA's acquisition of or investment in [ZAPF]."

9 RESPONSE TO REQUEST FOR PRODUCTION NO. 45:

10        MGA Mexico incorporates by reference its General Response and General

11 Objections above, as though fully set forth herein.  MGA Mexico further objects to

12 the request to the extent it seeks the production of documents that are protected from

13 disclosure under any applicable privilege, doctrine or immunity, including without

14 limitation the attorney-client privilege, the work product doctrine, the right of

15 privacy, and all other privileges recognized under the constitutional, statutory or

16 decisional law of the United States of America, the State of California or any other

17 applicable jurisdiction, including, but not limited to, such laws existing in the United

18 Mexican States.  MGA Mexico further objects to this request as being overly broad

19 and unduly burdensome on the grounds that it is not limited in time or geographical

20 scope.  MGA Mexico further objects to this request on the grounds that the phrase

21 "DOCUMENTS describing all time periods during which" renders the request vague,

22 ambiguous, and unintelligible.  MGA Mexico further objects to the request to the

23 extent that it seeks documents that by reason of public filing, public distribution or

24 otherwise are already in Mattel's possession or are readily accessible to Mattel.

25 MGA Mexico further objects to the request to the extent that it seeks documents not

26 in MGA Mexico's possession, custody or control.  MGA Mexico further objects to

27 the request to the extent it seeks confidential, proprietary or commercially sensitive

28 information, the disclosure of which would be inimical to the business interests of

EXHIBIT ___4___
PAGE ___462___

1  MGA Mexico or MGA. MGA Mexico further objects to the request to the extent it

2  violates the privacy rights of third parties to their private, confidential, proprietary or

3  trade secret information.

4          MGA Mexico further objects to this request as cumulative, duplicative, and

5  unduly burdensome to the extent that it seeks documents previously requested by

6  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

7  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

8  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

9  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

10  Set of Requests for Production of Documents and Things to Isaac Larian and

11  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

12  Documents and Things to MGAE de Mexico S.R.L. de C.V.

13          Without waiving any of the foregoing General or Specific Objections, but

14  rather expressly preserving each and every such objection, MGA Mexico responds as

15  follows: MGA Mexico will produce all non-privileged, responsive documents in its

16  possession, custody or control, if any, that it is able to locate following a reasonably

17  diligent search.

18  REQUEST FOR PRODUCTION NO. 46:

19          All DOCUMENTS that REFER OR RELATE TO the acquisition of or

20  investment in ZAPF.

21  RESPONSE TO REQUEST FOR PRODUCTION NO. 46:

22          MGA Mexico incorporates by reference its General Response and General

23  Objections above, as though fully set forth herein. MGA Mexico further objects to

24  the request to the extent it seeks the production of documents that are protected from

25  disclosure under any applicable privilege, doctrine or immunity, including without

26  limitation the attorney-client privilege, the work product doctrine, the right of

27  privacy, and all other privileges recognized under the constitutional, statutory or

28  decisional law of the United States of America, the State of California or any other

EXHIBIT __4__
PAGE __463__

1 applicable jurisdiction, including, but not limited to, such laws existing in the United

2 Mexican States. MGA Mexico further objects to this request as being overly broad

3 and unduly burdensome on the grounds that it is not limited in time or geographical

4 scope. MGA Mexico further objects to this request on the grounds that the phrase

5 "[a]ll DOCUMENTS that REFER OR RELATE TO" does not comply with the

6 "reasonable particularity" requirement of Federal Rule of Civil Procedure 34 and

7 renders the request overly broad and unduly burdensome in light of "the wealth of

8 material already made available in this case." Westhemeco Ltd. v. New Hampshire

9 Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979). MGA Mexico further objects that the

10 phrase "the acquisition of or investment in ZAPF" is compound, vague, ambiguous

11 and unintelligible. MGA Mexico further objects to the request to the extent that it

12 seeks documents that by reason of public filing, public distribution or otherwise are

13 already in Mattel's possession or are readily accessible to Mattel. MGA Mexico

14 further objects to the request to the extent that it seeks documents not in MGA

15 Mexico's possession, custody or control. MGA Mexico further objects to the request

16 to the extent it seeks confidential, proprietary or commercially sensitive information,

17 the disclosure of which would be inimical to the business interests of MGA Mexico

18 or MGA. MGA Mexico further objects to the request to the extent it violates the

19 privacy rights of third parties to their private, confidential, proprietary or trade secret

20 information.

21       MGA Mexico further objects to this request as cumulative, duplicative, and

22 unduly burdensome to the extent that it seeks documents previously requested by

23 Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

24 to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

25 in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

26 Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

27 Set of Requests for Production of Documents and Things to Isaac Larian and

28

EXHIBIT __4__
PAGE __454__

1 | Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

2 | Documents and Things to MGAE de Mexico S.R.L. de C.V.

3 | REQUEST FOR PRODUCTION NO. 47:

4 |      All DOCUMENTS sufficient to show the IDENTITY of the PERSONS who

5 | advised, financed, brokered, opined, negotiated or consulted on YOUR behalf of, or

6 | on behalf of any of YOUR AFFILIATES, in connection with the acquisition of or

7 | investment in ZAPF, including but not limited to, investment bankers, lenders,

8 | financial institutions, lawyers, accountants, auditors, actuaries, syndicates, brokers,

9 | securities advisors and their agents.

10 | RESPONSE TO REQUEST FOR PRODUCTION NO. 47:

11 |      MGA Mexico incorporates by reference its General Response and General

12 | Objections above, as though fully set forth herein and specifically incorporates

13 | General Objection No. 15 (regarding Definitions), including without limitation MGA

14 | Mexico's objection to the definition of the terms YOUR, and its incorporated term

15 | PERSON.  MGA Mexico further objects to the request to the extent it seeks the

16 | production of documents that are protected from disclosure under any applicable

17 | privilege, doctrine or immunity, including without limitation the attorney-client

18 | privilege, the work product doctrine, the right of privacy, and all other privileges

19 | recognized under the constitutional, statutory or decisional law of the United States

20 | of America, the State of California or any other applicable jurisdiction, including, but

21 | not limited to, such laws existing in the United Mexican States.  MGA Mexico

22 | further objects to this request as being overly broad and unduly burdensome on the

23 | grounds that it is not limited in time or geographical scope.  MGA Mexico further

24 | objects to this request on the grounds that the phrase "[a]ll DOCUMENTS sufficient

25 | to show" does not comply with the "reasonable particularity" requirement of Federal

26 | Rule of Civil Procedure 34 and renders the request overly broad and unduly

27 | burdensome in light of "the wealth of material already made available in this case."

28 | Westhemeco Ltd. v. New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).

EXHIBIT __4__
PAGE __455__

1  MGA Mexico further objects that the phrases "advised, financed, brokered, opined,

2  negotiated or consulted on YOUR behalf of, or on behalf of any of YOUR

3  AFFILIATES, in connection with the acquisition of or investment in ZAPF" and

4  "including but not limited to, investment bankers, lenders, financial institutions,

5  lawyers, accountants, auditors, actuaries, syndicates, brokers, securities advisors and

6  their agents" are, both individually and taken together, compound, vague, ambiguous

7  and unintelligible. MGA Mexico further objects to the request to the extent that it

8  seeks documents that by reason of public filing, public distribution or otherwise are

9  already in Mattel's possession or are readily accessible to Mattel. MGA Mexico

10 further objects to the request to the extent that it seeks documents not in MGA

11 Mexico's possession, custody or control. MGA Mexico further objects to the request

12 to the extent it seeks confidential, proprietary or commercially sensitive information,

13 the disclosure of which would be inimical to the business interests of MGA Mexico

14 or MGA. MGA Mexico further objects to the request to the extent it violates the

15 privacy rights of third parties to their private, confidential, proprietary or trade secret

16 information.

17 REQUEST FOR PRODUCTION NO. 48:

18      All COMMUNICATIONS between YOU and the PERSONS who advised,

19 financed, brokered, opined, negotiated or consulted on YOUR behalf of, or on behalf

20 of any of YOUR AFFILIATES, in connection with the acquisition of or investment

21 in ZAPF, including but not limited to, investment bankers, lenders, financial

22 institutions, lawyers, accountants, auditors, actuaries, syndicates, brokers, securities

23 advisors and their agents.

24 RESPONSE TO REQUEST FOR PRODUCTION NO. 48:

25      MGA Mexico incorporates by reference its General Response and General

26 Objections above, as though fully set forth herein and specifically incorporates

27 General Objection No. 15 (regarding Definitions), including without limitation MGA

28 Mexico's objection to the definition of the terms YOUR, and its incorporated term

85

EXHIBIT ___4___
PAGE ___456___

1  PERSON.  MGA Mexico further objects to the request to the extent it seeks the
2  production of documents that are protected from disclosure under any applicable
3  privilege, doctrine or immunity, including without limitation the attorney-client
4  privilege, the work product doctrine, the right of privacy, and all other privileges
5  recognized under the constitutional, statutory or decisional law of the United States
6  of America, the State of California or any other applicable jurisdiction, including, but
7  not limited to, such laws existing in the United Mexican States.  MGA Mexico
8  further objects to this request as being overly broad and unduly burdensome on the
9  grounds that it is not limited in time or geographical scope.  MGA Mexico further
10  objects to this request on the grounds that the phrase "[a]ll COMMUNICATIONS"
11  does not comply with the "reasonable particularity" requirement of Federal Rule of
12  Civil Procedure 34 and renders the request overly broad and unduly burdensome in
13  light of "the wealth of material already made available in this case."  Westhemeco
14  Ltd. v. New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA
15  Mexico further objects that the phrases "advised, financed, brokered, opined,
16  negotiated or consulted on YOUR behalf of, or on behalf of any of YOUR
17  AFFILIATES, in connection with the acquisition of or investment in ZAPF" and
18  "including but not limited to, investment bankers, lenders, financial institutions,
19  lawyers, accountants, auditors, actuaries, syndicates, brokers, securities advisors and
20  their agents" are, both individually and taken together, compound, vague, ambiguous
21  and unintelligible.  MGA Mexico further objects to the request to the extent that it
22  seeks documents that by reason of public filing, public distribution or otherwise are
23  already in Mattel's possession or are readily accessible to Mattel.  MGA Mexico
24  further objects to the request to the extent that it seeks documents not in MGA
25  Mexico's possession, custody or control.  MGA Mexico further objects to the request
26  to the extent it seeks confidential, proprietary or commercially sensitive information,
27  the disclosure of which would be inimical to the business interests of MGA Mexico
28  or MGA.  MGA Mexico further objects to the request to the extent it violates the

86

EXHIBIT __4__
PAGE __457__

1  privacy rights of third parties to their private, confidential, proprietary or trade secret

2  information.

3  REQUEST FOR PRODUCTION NO. 49:

4      All contracts, agreements, undertakings, notices, representations, opinions,

5  loan agreements and notes that REFER OR RELATE TO the acquisition of or

6  investment in ZAPF and all COMMUNICATIONS that REFER OR RELATE

7  thereto, including but not limited to, drafts thereof.

8  RESPONSE TO REQUEST FOR PRODUCTION NO. 49:

9      MGA Mexico incorporates by reference its General Response and General

10  Objections above, as though fully set forth herein.  MGA Mexico further objects to

11  the request to the extent it seeks the production of documents that are protected from

12  disclosure under any applicable privilege, doctrine or immunity, including without

13  limitation the attorney-client privilege, the work product doctrine, the right of

14  privacy, and all other privileges recognized under the constitutional, statutory or

15  decisional law of the United States of America, the State of California or any other

16  applicable jurisdiction, including, but not limited to, such laws existing in the United

17  Mexican States.  MGA Mexico further objects to this request as being overly broad

18  and unduly burdensome on the grounds that it is not limited in time or geographical

19  scope.  MGA Mexico further objects to this request on the grounds that the phrases

20  "[a]ll contracts, agreements, undertakings, notices, representations, opinions, loan

21  agreements and notes" and "all COMMUNICATIONS that REFER OR RELATE

22  thereto, including but not limited to, drafts thereof" does not comply with the

23  "reasonable particularity" requirement of Federal Rule of Civil Procedure 34 and

24  renders the request overly broad and unduly burdensome in light of "the wealth of

25  material already made available in this case."  Westhemeco Ltd. v. New Hampshire

26  Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA Mexico further objects that the

27  phrases "[a]ll contracts, agreements, undertakings, notices, representations, opinions,

28  loan agreements and notes" and "all COMMUNICATIONS that REFER OR

EXHIBIT __4__
PAGE __458__

1  RELATE thereto, including but not limited to, drafts thereof" are, both individually

2  and taken together, compound, rendering the request vague, ambiguous and

3  unintelligible.  MGA Mexico further objects to the request to the extent that it seeks

4  documents that by reason of public filing, public distribution or otherwise are already

5  in Mattel's possession or are readily accessible to Mattel.  MGA Mexico further

6  objects to the request to the extent that it seeks documents not in MGA Mexico's

7  possession, custody or control.  MGA Mexico further objects to the request to the

8  extent it seeks confidential, proprietary or commercially sensitive information, the

9  disclosure of which would be inimical to the business interests of MGA Mexico or

10 MGA.  MGA Mexico further objects to the request to the extent it violates the

11 privacy rights of third parties to their private, confidential, proprietary or trade secret

12 information.

13 REQUEST FOR PRODUCTION NO. 50:

14      All DOCUMENTS that REFER OR RELATE TO the closing transaction of

15 the acquisition of or investment in ZAPF, including but not limited to, drafts thereof.

16 RESPONSE TO REQUEST FOR PRODUCTION NO. 50:

17      MGA Mexico incorporates by reference its General Response and General

18 Objections above, as though fully set forth herein.  MGA Mexico further objects to

19 the request to the extent it seeks the production of documents that are protected from

20 disclosure under any applicable privilege, doctrine or immunity, including without

21 limitation the attorney-client privilege, the work product doctrine, the right of

22 privacy, and all other privileges recognized under the constitutional, statutory or

23 decisional law of the United States of America, the State of California or any other

24 applicable jurisdiction, including, but not limited to, such laws existing in the United

25 Mexican States.  MGA Mexico further objects to this request as being overly broad

26 and unduly burdensome on the grounds that it is not limited in time or geographical

27 scope.  MGA Mexico further objects to this request on the grounds that the phrases

28 "[a]ll DOCUMENTS that REFER OR RELATE TO" does not comply with the

88

EXHIBIT __4__
PAGE __459__

1  "reasonable particularity" requirement of Federal Rule of Civil Procedure 34 and

2  renders the request overly broad and unduly burdensome in light of "the wealth of

3  material already made available in this case." <u>Westhemeco Ltd. v. New Hampshire</u>

4  <u>Ins. Co.</u>, 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA Mexico further objects that the

5  phrase "the closing transaction of the acquisition of or investment in ZAPF,

6  including but not limited to, drafts thereof" is compound, vague, ambiguous and

7  unintelligible.  MGA Mexico further objects to the request to the extent that it seeks

8  documents that by reason of public filing, public distribution or otherwise are already

9  in Mattel's possession or are readily accessible to Mattel.  MGA Mexico further

10  objects to the request to the extent that it seeks documents not in MGA Mexico's

11  possession, custody or control.  MGA Mexico further objects to the request to the

12  extent it seeks confidential, proprietary or commercially sensitive information, the

13  disclosure of which would be inimical to the business interests of MGA Mexico or

14  MGA.  MGA Mexico further objects to the request to the extent it violates the

15  privacy rights of third parties to their private, confidential, proprietary or trade secret

16  information.

17  <u>REQUEST FOR PRODUCTION NO. 51:</u>

18       DOCUMENTS sufficient to IDENTIFY the PERSON or PERSONS who

19  acquired or invested in ZAPF at any time since April 28, 2004.

20  <u>RESPONSE TO REQUEST FOR PRODUCTION NO. 51:</u>

21       MGA Mexico incorporates by reference its General Response and General

22  Objections above, as though fully set forth herein, including without limitation MGA

23  Mexico's objection to Mattel's definition of the term PERSON.  MGA Mexico

24  further objects to the request to the extent it seeks the production of documents that

25  are protected from disclosure under any applicable privilege, doctrine or immunity,

26  including without limitation the attorney-client privilege, the work product doctrine,

27  the right of privacy, and all other privileges recognized under the constitutional,

28  statutory or decisional law of the United States of America, the State of California or

89