EXHIBIT __4__
PAGE __460__

1  any other applicable jurisdiction, including, but not limited to, such laws existing in

2  the United Mexican States.  MGA Mexico further objects to this request as being

3  overly broad and unduly burdensome on the grounds that it is not limited in

4  geographical scope.  MGA Mexico further objects that the phrase "the PERSON or

5  PERSONS who acquired or invested in ZAPF" is compound, vague, ambiguous and

6  unintelligible.  MGA Mexico further objects to the request to the extent that it seeks

7  documents that by reason of public filing, public distribution or otherwise are already

8  in Mattel's possession or are readily accessible to Mattel.  MGA Mexico further

9  objects to the request to the extent that it seeks documents not in MGA Mexico's

10  possession, custody or control.  MGA Mexico further objects to the request to the

11  extent it seeks confidential, proprietary or commercially sensitive information, the

12  disclosure of which would be inimical to the business interests of MGA Mexico or

13  MGA.  MGA Mexico further objects to the request to the extent it violates the

14  privacy rights of third parties to their private, confidential, proprietary or trade secret

15  information.

16  REQUEST FOR PRODUCTION NO. 52:

17       All COMMUNICATIONS between YOU or YOUR AFFILIATES and any

18  regulatory body or agency, including but not limited to, government regulators, with

19  responsibility or oversight authority for the acquisition of or investment in ZAPF.

20  RESPONSE TO REQUEST FOR PRODUCTION NO. 52:

21       MGA Mexico incorporates by reference its General Response and General

22  Objections above, as though fully set forth herein, including without limitation MGA

23  Mexico's objection to Mattel's definition of the term YOU, and its incorporated term

24  PERSON.  MGA Mexico further objects to the request to the extent it seeks the

25  production of documents that are protected from disclosure under any applicable

26  privilege, doctrine or immunity, including without limitation the attorney-client

27  privilege, the work product doctrine, the right of privacy, and all other privileges

28  recognized under the constitutional, statutory or decisional law of the United States

90

EXHIBIT __4__
PAGE __461__

1  of America, the State of California or any other applicable jurisdiction, including, but
2  not limited to, such laws existing in the United Mexican States.  MGA Mexico
3  further objects to this request as being overly broad and unduly burdensome on the
4  grounds that it is not limited in geographical scope.  MGA Mexico further objects to
5  this request on the grounds that the phrases "[a]ll COMMUNICATIONS" does not
6  comply with the "reasonable particularity" requirement of Federal Rule of Civil
7  Procedure 34 and renders the request overly broad and unduly burdensome in light of
8  "the wealth of material already made available in this case."  Westhemeco Ltd. v.
9  New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA Mexico
10  further objects that the phrases "[a]ll COMMUNICATIONS between YOU or
11  YOUR AFFILIATES and any regulatory body or agency" and "including but not
12  limited to, government regulators, with responsibility or oversight authority for the
13  acquisition of or investment in ZAPF" are, both individually and taken together,
14  compound, vague, ambiguous and unintelligible.  MGA Mexico further objects to
15  the request to the extent that it seeks documents that by reason of public filing,
16  public distribution or otherwise are already in Mattel's possession or are readily
17  accessible to Mattel.  MGA Mexico further objects to the request to the extent that it
18  seeks documents not in MGA Mexico's possession, custody or control.  MGA
19  Mexico further objects to the request to the extent it seeks confidential, proprietary
20  or commercially sensitive information, the disclosure of which would be inimical to
21  the business interests of MGA Mexico or MGA.  MGA Mexico further objects to the
22  request to the extent it violates the privacy rights of third parties to their private,
23  confidential, proprietary or trade secret information.
24  REQUEST FOR PRODUCTION NO. 53:
25       DOCUMENTS sufficient to IDENTIFY the PERSON or PERSONS who
26  possess or have possessed an interest in ZAPF at any time since April 28, 2004.
27
28

EXHIBIT __4__
PAGE __462__

1   RESPONSE TO REQUEST FOR PRODUCTION NO. 53:

2       MGA Mexico incorporates by reference its General Response and General

3   Objections above, as though fully set forth herein, including without limitation MGA

4   Mexico's objection to Mattel's definition of the term PERSON.  MGA Mexico

5   further objects to the request to the extent it seeks the production of documents that

6   are protected from disclosure under any applicable privilege, doctrine or immunity,

7   including without limitation the attorney-client privilege, the work product doctrine,

8   the right of privacy, and all other privileges recognized under the constitutional,

9   statutory or decisional law of the United States of America, the State of California or

10   any other applicable jurisdiction, including, but not limited to, such laws existing in

11   the United Mexican States.  MGA Mexico further objects to this request as being

12   overly broad and unduly burdensome in that it is not limited in geographical scope.

13   MGA Mexico further objects that the phrase "the PERSON or PERSONS who

14   possess or have possessed an interesting ZAPF" is compound, vague, ambiguous and

15   unintelligible.  MGA Mexico further objects to the request to the extent that it seeks

16   documents that by reason of public filing, public distribution or otherwise are already

17   in Mattel's possession or are readily accessible to Mattel.  MGA Mexico further

18   objects to the request to the extent that it seeks documents not in MGA Mexico's

19   possession, custody or control.  MGA Mexico further objects to the request to the

20   extent it seeks confidential, proprietary or commercially sensitive information, the

21   disclosure of which would be inimical to the business interests of MGA Mexico or

22   MGA.  MGA Mexico further objects to the request to the extent it violates the

23   privacy rights of third parties to their private, confidential, proprietary or trade secret

24   information.

25   REQUEST FOR PRODUCTION NO. 54:

26       DOCUMENTS that YOU contend show or tend to show how MATTEL

27   allegedly engaged in "efforts to interfere with MGA's acquisition of or investment in

28   [ZAPF]."

EXHIBIT ___4___
PAGE ___463___

1   RESPONSE TO REQUEST FOR PRODUCTION NO. 54:

2          MGA Mexico incorporates by reference its General Response and General

3   Objections above, as though fully set forth herein and specifically incorporates

4   General Objection No. 15 (regarding Definitions), including without limitation MGA

5   Mexico's objection to the definition of the term YOU, and its incorporated term

6   PERSON.  MGA Mexico further objects to the request to the extent it seeks the

7   production of documents that are protected from disclosure under any applicable

8   privilege, doctrine or immunity, including without limitation the attorney-client

9   privilege, the work product doctrine, the right of privacy, and all other privileges

10   recognized under the constitutional, statutory or decisional law of the United States

11   of America, the State of California or any other applicable jurisdiction, including, but

12   not limited to, such laws existing in the United Mexican States.  MGA Mexico

13   further objects to this request as being overly broad and unduly burdensome on the

14   grounds that it is not limited in time or geographical scope.  MGA Mexico further

15   objects to the request to the extent that it seeks documents that by reason of public

16   filing, public distribution or otherwise are already in Mattel's possession or are

17   readily accessible to Mattel.  MGA Mexico further objects to the request to the

18   extent that it seeks documents not in MGA Mexico's possession, custody or control.

19   MGA Mexico further objects to the request to the extent it seeks confidential,

20   proprietary or commercially sensitive information, the disclosure of which would be

21   inimical to the business interests of MGA Mexico or MGA.  MGA Mexico further

22   objects to the request to the extent it violates the privacy rights of third parties to

23   their private, confidential, proprietary or trade secret information.

24          MGA Mexico further objects to this request as cumulative, duplicative, and

25   unduly burdensome to the extent that it seeks documents previously requested by

26   Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

27   to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

28   in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

EXHIBIT __4__
PAGE __464__

1  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

2  Set of Requests for Production of Documents and Things to Isaac Larian and

3  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

4  Documents and Things to MGAE de Mexico S.R.L. de C.V.

5       Without waiving any of the foregoing General or Specific Objections, but

6  rather expressly preserving each and every such objection, MGA Mexico responds as

7  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

8  possession, custody or control, if any, that it is able to locate following a reasonably

9  diligent search.

10 REQUEST FOR PRODUCTION NO. 55:

11      All DOCUMENTS, including but not limited to all COMMUNICATIONS

12 with any PERSON, RELATING to YOUR actions in response to, or efforts to stop,

13 thwart, prevent, counter or mitigate, MATTEL'S alleged "efforts to interfere with

14 MGA's acquisition of or investment in [ZAPF]."

15 RESPONSE TO REQUEST FOR PRODUCTION NO. 55:

16      MGA Mexico incorporates by reference its General Response and General

17 Objections above, as though fully set forth herein and specifically incorporates

18 General Objection No. 15 (regarding Definitions), including without limitation MGA

19 Mexico's objection to the definition of the term YOUR, and its incorporated term

20 PERSON.  MGA Mexico further objects to the request to the extent it seeks the

21 production of documents that are protected from disclosure under any applicable

22 privilege, doctrine or immunity, including without limitation the attorney-client

23 privilege, the work product doctrine, the right of privacy, and all other privileges

24 recognized under the constitutional, statutory or decisional law of the United States

25 of America, the State of California or any other applicable jurisdiction, including, but

26 not limited to, such laws existing in the United Mexican States.  MGA Mexico

27 further objects to this request as being overly broad and unduly burdensome on the

28 grounds that it is not limited in time or geographical scope.  MGA Mexico further

EXHIBIT __4__
PAGE __465__

1 objects to this request on the grounds that the phrase "[a]ll DOCUMENTS, including

2 but not limited to all COMMUNICATIONS with any PERSON, RELATING TO"

3 does not comply with the "reasonable particularity" requirement of Federal Rule of

4 Civil Procedure 34 and renders the request overly broad and unduly burdensome in

5 light of "the wealth of material already made available in this case." Westhemeco

6 Ltd. v. New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979). MGA

7 Mexico further objects that the phrase "RELATING to YOUR actions in response to,

8 or efforts to stop, thwart, prevent, counter or mitigate" is compound, vague,

9 ambiguous, and unintelligible. MGA Mexico further objects to the request to the

10 extent that it seeks documents that by reason of public filing, public distribution or

11 otherwise are already in Mattel's possession or are readily accessible to Mattel.

12 MGA Mexico further objects to the request to the extent that it seeks documents not

13 in MGA Mexico's possession, custody or control. MGA Mexico further objects to

14 the request to the extent it seeks confidential, proprietary or commercially sensitive

15 information, the disclosure of which would be inimical to the business interests of

16 MGA Mexico or MGA. MGA Mexico further objects to the request to the extent it

17 violates the privacy rights of third parties to their private, confidential, proprietary or

18 trade secret information.

19     MGA Mexico further objects to this request as cumulative, duplicative, and

20 unduly burdensome to the extent that it seeks documents previously requested by

21 Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

22 to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

23 in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

24 Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

25 Set of Requests for Production of Documents and Things to Isaac Larian and

26 Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

27 Documents and Things to MGAE de Mexico S.R.L. de C.V.

28

EXHIBIT __4__
PAGE __466__

1     Without waiving any of the foregoing General or Specific Objections, but

2 rather expressly preserving each and every such objection, MGA Mexico responds as

3 follows: MGA Mexico will produce all non-privileged, responsive documents in its

4 possession, custody or control, if any, that it is able to locate following a reasonably

5 diligent search.

6 REQUEST FOR PRODUCTION NO. 56:

7     All DOCUMENTS, including but not limited to all COMMUNICATIONS

8 with any PERSON, RELATING to any loss, harm, injury, increased expense, lost

9 revenue or profits, or any other damage that MATTEL'S alleged "efforts to interfere

10 with MGA's acquisition of or investment in [ZAPF]" caused to YOU, including but

11 not limited to, increase in price or costs from delay.

12 RESPONSE TO REQUEST FOR PRODUCTION NO. 56:

13     MGA Mexico incorporates by reference its General Response and General

14 Objections above, as though fully set forth herein and specifically incorporates

15 General Objection No. 15 (regarding Definitions), including without limitation MGA

16 Mexico's objection to the definition of the term YOU, and its incorporated term

17 PERSON. MGA Mexico further objects to the request to the extent it seeks the

18 production of documents that are protected from disclosure under any applicable

19 privilege, doctrine or immunity, including without limitation the attorney-client

20 privilege, the work product doctrine, the right of privacy, and all other privileges

21 recognized under the constitutional, statutory or decisional law of the United States

22 of America, the State of California or any other applicable jurisdiction, including, but

23 not limited to, such laws existing in the United Mexican States. MGA Mexico

24 further objects to this request as being overly broad and unduly burdensome on the

25 grounds that it is not limited in time or geographical scope. MGA Mexico further

26 objects to this request on the grounds that the phrase "[a]ll DOCUMENTS, including

27 but not limited to all COMMUNICATIONS with any PERSON, RELATING TO"

28 does not comply with the "reasonable particularity" requirement of Federal Rule of

96

EXHIBIT _4_
PAGE _461_

1   Civil Procedure 34 and renders the request overly broad and unduly burdensome in

2   light of "the wealth of material already made available in this case."  Westhemeco

3   Ltd. v. New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA

4   Mexico further objects that the phrases "any loss, harm, injury, increased expense,

5   lost revenue or profits, or any other damage" and "including but not limited to,

6   increase in price or costs from delay" are, both individually and taken together,

7   compound and, as such, render the request vague, ambiguous, and unintelligible.

8   MGA Mexico further objects to the request to the extent that it seeks documents that

9   by reason of public filing, public distribution or otherwise are already in Mattel's

10  possession or are readily accessible to Mattel.  MGA Mexico further objects to the

11  request to the extent that it seeks documents not in MGA Mexico's possession,

12  custody or control.  MGA Mexico further objects to the request to the extent it seeks

13  confidential, proprietary or commercially sensitive information, the disclosure of

14  which would be inimical to the business interests of MGA Mexico or MGA.  MGA

15  Mexico further objects to the request to the extent it violates the privacy rights of

16  third parties to their private, confidential, proprietary or trade secret information.

17       MGA Mexico further objects to this request as cumulative, duplicative, and

18  unduly burdensome to the extent that it seeks documents previously requested by

19  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

20  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

21  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

22  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

23  Set of Requests for Production of Documents and Things to Isaac Larian and

24  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

25  Documents and Things to MGAE de Mexico S.R.L. de C.V.

26       Without waiving any of the foregoing General or Specific Objections, but

27  rather expressly preserving each and every such objection, MGA Mexico responds as

28  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

97

EXHIBIT __4__
PAGE __468__

1  possession, custody or control, if any, that it is able to locate following a reasonably

2  diligent search.

3  <u>REQUEST FOR PRODUCTION NO. 57:</u>

4       All DOCUMENTS, including but not limited to all COMMUNICATIONS

5  with any PERSON, that REFER OR RELATE TO MATTEL'S success or failure in

6  its alleged "efforts to interfere with MGA's acquisition of or investment in [ZAPF]."

7  <u>RESPONSE TO REQUEST FOR PRODUCTION NO. 57:</u>

8       MGA Mexico incorporates by reference its General Response and General

9  Objections above, as though fully set forth herein and specifically incorporates

10  General Objection No. 15 (regarding Definitions), including without limitation MGA

11  Mexico's objection to the definition of the term PERSON.  MGA Mexico further

12  objects to the request to the extent it seeks the production of documents that are

13  protected from disclosure under any applicable privilege, doctrine or immunity,

14  including without limitation the attorney-client privilege, the work product doctrine,

15  the right of privacy, and all other privileges recognized under the constitutional,

16  statutory or decisional law of the United States of America, the State of California or

17  any other applicable jurisdiction, including, but not limited to, such laws existing in

18  the United Mexican States.  MGA Mexico further objects to this request as being

19  overly broad and unduly burdensome on the grounds that it is not limited in time or

20  geographical scope.  MGA Mexico further objects to this request on the grounds that

21  the phrase "[a]ll DOCUMENTS, including but not limited to all

22  COMMUNICATIONS with any PERSON, that REFER OR RELATE TO" does not

23  comply with the "reasonable particularity" requirement of Federal Rule of Civil

24  Procedure 34 and renders the request overly broad and unduly burdensome in light of

25  "the wealth of material already made available in this case."  <u>Westhemeco Ltd. v.</u>

26  <u>New Hampshire Ins. Co.</u>, 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA Mexico

27  further objects that the phrase "success or failure" is compound and, as such, renders

28  the request vague, ambiguous, and unintelligible.  MGA Mexico further objects to

MGA MEXICO'S RESPONSE TO MATTEL'S 2D SET OF REQUESTS FOR DOCS.   Case No. CV-04-9049 SGL

EXHIBIT __4__
PAGE __469__

1   the request to the extent that it seeks documents that by reason of public filing,

2   public distribution or otherwise are already in Mattel's possession or are readily

3   accessible to Mattel.  MGA Mexico further objects to the request to the extent that it

4   seeks documents not in MGA Mexico's possession, custody or control.  MGA

5   Mexico further objects to the request to the extent it seeks confidential, proprietary

6   or commercially sensitive information, the disclosure of which would be inimical to

7   the business interests of MGA Mexico or MGA.  MGA Mexico further objects to the

8   request to the extent it violates the privacy rights of third parties to their private,

9   confidential, proprietary or trade secret information.

10       MGA Mexico further objects to this request as cumulative, duplicative, and

11   unduly burdensome to the extent that it seeks documents previously requested by

12   Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

13   to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

14   in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

15   Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

16   Set of Requests for Production of Documents and Things to Isaac Larian and

17   Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

18   Documents and Things to MGAE de Mexico S.R.L. de C.V.

19       Without waiving any of the foregoing General or Specific Objections, but

20   rather expressly preserving each and every such objection, MGA Mexico responds as

21   follows:  MGA Mexico will produce all non-privileged, responsive documents in its

22   possession, custody or control, if any, that it is able to locate following a reasonably

23   diligent search.

24   <u>REQUEST FOR PRODUCTION NO. 58:</u>

25       All DOCUMENTS, including but not limited to all COMMUNICATIONS

26   with any PERSON, RELATING to efforts to acquire or invest in ZAPF.

27

28

MGA MEXICO'S RESPONSE TO MATTEL'S 2D SET OF REQUESTS FOR DOCS.   Case No. CV-04-9049 SGL

EXHIBIT ___4___
PAGE ___470___

1  RESPONSE TO REQUEST FOR PRODUCTION NO. 58:

2         MGA Mexico incorporates by reference its General Response and General

3  Objections above, as though fully set forth herein and specifically incorporates

4  General Objection No. 15 (regarding Definitions), including without limitation MGA

5  Mexico's objection to the definition of the term PERSON.  MGA Mexico further

6  objects to the request to the extent it seeks the production of documents that are

7  protected from disclosure under any applicable privilege, doctrine or immunity,

8  including without limitation the attorney-client privilege, the work product doctrine,

9  the right of privacy, and all other privileges recognized under the constitutional,

10  statutory or decisional law of the United States of America, the State of California or

11  any other applicable jurisdiction, including, but not limited to, such laws existing in

12  the United Mexican States.  MGA Mexico further objects to this request as being

13  overly broad and unduly burdensome on the grounds that it is not limited in time or

14  geographical scope.  MGA Mexico further objects to this request on the grounds that

15  the phrase "[a]ll DOCUMENTS, including but not limited to all

16  COMMUNICATIONS with any PERSON, RELATING TO" does not comply with

17  the "reasonable particularity" requirement of Federal Rule of Civil Procedure 34 and

18  renders the request overly broad and unduly burdensome in light of "the wealth of

19  material already made available in this case."  Westhemeco Ltd. v. New Hampshire

20  Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA Mexico further objects that the

21  phrase "efforts to acquire or invest in" is compound and, as such, renders the request

22  vague, ambiguous, and unintelligible.  MGA Mexico further objects to the request to

23  the extent that it seeks documents that by reason of public filing, public distribution

24  or otherwise are already in Mattel's possession or are readily accessible to Mattel.

25  MGA Mexico further objects to the request to the extent that it seeks documents not

26  in MGA Mexico's possession, custody or control.  MGA Mexico further objects to

27  the request to the extent it seeks confidential, proprietary or commercially sensitive

28  information, the disclosure of which would be inimical to the business interests of

EXHIBIT __4__
PAGE __471__

1  MGA Mexico or MGA. MGA Mexico further objects to the request to the extent it

2  violates the privacy rights of third parties to their private, confidential, proprietary or

3  trade secret information.

4      MGA Mexico further objects to this request as cumulative, duplicative, and

5  unduly burdensome to the extent that it seeks documents previously requested by

6  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

7  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

8  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

9  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

10 Set of Requests for Production of Documents and Things to Isaac Larian and

11 Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

12 Documents and Things to MGAE de Mexico S.R.L. de C.V.

13     Without waiving any of the foregoing General or Specific Objections, but

14 rather expressly preserving each and every such objection, MGA Mexico responds as

15 follows: MGA Mexico will produce all non-privileged, responsive documents in its

16 possession, custody or control, if any, that it is able to locate following a reasonably

17 diligent search.

18 REQUEST FOR PRODUCTION NO. 59:

19     DOCUMENTS sufficient to show the amount paid to acquire or invest in

20 ZAPF.

21 RESPONSE TO REQUEST FOR PRODUCTION NO. 59:

22     MGA Mexico incorporates by reference its General Response and General

23 Objections above, as though fully set forth herein. MGA Mexico further objects to

24 the request to the extent it seeks the production of documents that are protected from

25 disclosure under any applicable privilege, doctrine or immunity, including without

26 limitation the attorney-client privilege, the work product doctrine, the right of

27 privacy, and all other privileges recognized under the constitutional, statutory or

28 decisional law of the United States of America, the State of California or any other

1 applicable jurisdiction, including, but not limited to, such laws existing in the United

2 Mexican States. MGA Mexico further objects to this request as being overly broad

3 and unduly burdensome on the grounds that it is not limited in time or geographical

4 scope. MGA Mexico further objects that the phrase "the amount paid to acquire or

5 invest in" is compound, vague, ambiguous, and unintelligible. MGA Mexico further

6 objects to the request to the extent that it seeks documents that by reason of public

7 filing, public distribution or otherwise are already in Mattel's possession or are

8 readily accessible to Mattel. MGA Mexico further objects to the request to the

9 extent it seeks documents not in MGA Mexico's possession, custody or control.

10 MGA Mexico further objects to the request to the extent it seeks confidential,

11 proprietary or commercially sensitive information, the disclosure of which would be

12 inimical to the business interests of MGA Mexico or MGA. MGA Mexico further

13 objects to the request to the extent it violates the privacy rights of third parties to

14 their private, confidential, proprietary or trade secret information.

15      MGA Mexico further objects to this request as cumulative, duplicative, and

16 unduly burdensome to the extent that it seeks documents previously requested by

17 Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

18 to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

19 in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

20 Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

21 Set of Requests for Production of Documents and Things to Isaac Larian and

22 Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

23 Documents and Things to MGAE de Mexico S.R.L. de C.V.

24 REQUEST FOR PRODUCTION NO. 60:

25      DOCUMENTS sufficient to IDENTIFY the source of funds used to acquire or

26 invest in ZAPF.

27

28

EXHIBIT __4__
PAGE __472__

MGA MEXICO'S RESPONSE TO MATTEL'S 2D SET OF REQUESTS FOR DOCS.   Case No. CV-04-9049 SGL

EXHIBIT ___4___
PAGE ___473___

1  RESPONSE TO REQUEST FOR PRODUCTION NO. 60:

2      MGA Mexico incorporates by reference its General Response and General

3  Objections above, as though fully set forth herein.  MGA Mexico further objects to

4  the request to the extent it seeks the production of documents that are protected from

5  disclosure under any applicable privilege, doctrine or immunity, including without

6  limitation the attorney-client privilege, the work product doctrine, the right of

7  privacy, and all other privileges recognized under the constitutional, statutory or

8  decisional law of the United States of America, the State of California or any other

9  applicable jurisdiction, including, but not limited to, such laws existing in the United

10  Mexican States.  MGA Mexico further objects to this request as being overly broad

11  and unduly burdensome on the grounds that it is not limited in time or geographical

12  scope.  MGA Mexico further objects that the phrase "the source of funds used to

13  acquire or invest in" is compound, vague, ambiguous, and unintelligible.  MGA

14  Mexico further objects to the request to the extent that it seeks documents that by

15  reason of public filing, public distribution or otherwise are already in Mattel's

16  possession or are readily accessible to Mattel.  MGA Mexico further objects to the

17  request to the extent that it seeks documents not in MGA Mexico's possession,

18  custody or control.  MGA Mexico further objects to the request to the extent it seeks

19  confidential, proprietary or commercially sensitive information, the disclosure of

20  which would be inimical to the business interests of MGA Mexico or MGA.  MGA

21  Mexico further objects to the request to the extent it violates the privacy rights of

22  third parties to their private, confidential, proprietary or trade secret information.

23      MGA Mexico further objects to this request as cumulative, duplicative, and

24  unduly burdensome to the extent that it seeks documents previously requested by

25  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

26  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

27  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

28  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

1 | Set of Requests for Production of Documents and Things to Isaac Larian and

2 | Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

3 | Documents and Things to MGAE de Mexico S.R.L. de C.V.

4 | REQUEST FOR PRODUCTION NO. 61:

5 |     DOCUMENTS sufficient to IDENTIFY the PERSONS at MATTEL who

6 | allegedly engaged in "efforts to interfere with MGA's acquisition of or investment in

7 | [ZAPF]."

8 | RESPONSE TO REQUEST FOR PRODUCTION NO. 61:

9 |     MGA Mexico incorporates by reference its General Response and General

10 | Objections above, as though fully set forth herein, including without limitation MGA

11 | Mexico's objection to Mattel's definition of the term PERSON.  MGA Mexico

12 | further objects to the request to the extent it seeks the production of documents that

13 | are protected from disclosure under any applicable privilege, doctrine or immunity,

14 | including without limitation the attorney-client privilege, the work product doctrine,

15 | the right of privacy, and all other privileges recognized under the constitutional,

16 | statutory or decisional law of the United States of America, the State of California or

17 | any other applicable jurisdiction, including, but not limited to, such laws existing in

18 | the United Mexican States.  MGA Mexico further objects to this request as being

19 | overly broad and unduly burdensome on the grounds that it is not limited in time or

20 | geographical scope.  MGA Mexico further objects to the request to the extent that it

21 | seeks documents that by reason of public filing, public distribution or otherwise are

22 | already in Mattel's possession or are readily accessible to Mattel.  MGA Mexico

23 | further objects to the request to the extent that it seeks documents not in MGA

24 | Mexico's possession, custody or control.  MGA Mexico further objects to the request

25 | to the extent it seeks confidential, proprietary or commercially sensitive information,

26 | the disclosure of which would be inimical to the business interests of MGA Mexico

27 | or MGA.  MGA Mexico further objects to the request to the extent it violates the

28 |

EXHIBIT _____ 4

PAGE _____ 474

MGA MEXICO'S RESPONSE TO MATTEL'S 2D SET OF REQUESTS FOR DOCS.   Case No. CV-04-9049 SGL

EXHIBIT __4__
PAGE __495__

1 privacy rights of third parties to their private, confidential, proprietary or trade secret

2 information.

3      MGA Mexico further objects to this request as cumulative, duplicative, and

4 unduly burdensome to the extent that it seeks documents previously requested by

5 Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

6 to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

7 in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

8 Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

9 Set of Requests for Production of Documents and Things to Isaac Larian and

10 Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

11 Documents and Things to MGAE de Mexico S.R.L. de C.V.

12      Without waiving any of the foregoing General or Specific Objections, but

13 rather expressly preserving each and every such objection, MGA Mexico responds as

14 follows:  MGA Mexico will produce all non-privileged, responsive documents in its

15 possession, custody or control, if any, that it is able to locate following a reasonably

16 diligent search.

17 REQUEST FOR PRODUCTION NO. 62:

18      All DOCUMENTS that REFER OR RELATE TO the actual sales, gross

19 profits, gross margins and net profits of ZAPF since January 1, 1999.

20 RESPONSE TO REQUEST FOR PRODUCTION NO. 62:

21      MGA Mexico incorporates by reference its General Response and General

22 Objections above, as though fully set forth herein.  MGA Mexico further objects to

23 the request to the extent it seeks the production of documents that are protected from

24 disclosure under any applicable privilege, doctrine or immunity, including without

25 limitation the attorney-client privilege, the work product doctrine, the right of

26 privacy, and all other privileges recognized under the constitutional, statutory or

27 decisional law of the United States of America, the State of California or any other

28 applicable jurisdiction, including, but not limited to, such laws existing in the United

EXHIBIT __4__
PAGE __476__

1   Mexican States.  MGA Mexico further objects to this request on the grounds that the

2   phrase "[a]ll DOCUMENTS that REFER OR RELATE TO" does not comply with

3   the "reasonable particularity" requirement of Federal Rule of Civil Procedure 34 and

4   renders the request overly broad and unduly burdensome in light of "the wealth of

5   material already made available in this case."  Westhemeco Ltd. v. New Hampshire

6   Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA Mexico further objects to this

7   request as being overly broad and unduly burdensome on the grounds that it is not

8   reasonably limited in time or geographical scope.  MGA Mexico further objects that

9   the phrase "actual sales, gross profits, gross margins and net profits" is compound

10  and, as such, renders the request vague, ambiguous, and unintelligible.  MGA

11  Mexico further objects to the request to the extent that it seeks documents that by

12  reason of public filing, public distribution or otherwise are already in Mattel's

13  possession or are readily accessible to Mattel.  MGA Mexico further objects to the

14  request to the extent that it seeks documents not in MGA Mexico's possession,

15  custody or control.  MGA Mexico further objects to the request to the extent it seeks

16  confidential, proprietary or commercially sensitive information, the disclosure of

17  which would be inimical to the business interests of MGA Mexico or MGA.  MGA

18  Mexico further objects to the request to the extent it violates the privacy rights of

19  third parties to their private, confidential, proprietary or trade secret information.

20        MGA Mexico further objects to this request as cumulative, duplicative, and

21  unduly burdensome to the extent that it seeks documents previously requested by

22  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

23  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

24  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

25  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

26  Set of Requests for Production of Documents and Things to Isaac Larian and

27  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

28  Documents and Things to MGAE de Mexico S.R.L. de C.V.

EXHIBIT __4__
PAGE __437__

1  REQUEST FOR PRODUCTION NO. 63:

2      All DOCUMENTS that REFER OR RELATE TO projected or anticipated

3  sales, gross profits, gross margins and net profits of ZAPF since January 1, 1999.

4  RESPONSE TO REQUEST FOR PRODUCTION NO. 63:

5      MGA Mexico incorporates by reference its General Response and General

6  Objections above, as though fully set forth herein.  MGA Mexico further objects to

7  the request to the extent it seeks the production of documents that are protected from

8  disclosure under any applicable privilege, doctrine or immunity, including without

9  limitation the attorney-client privilege, the work product doctrine, the right of

10  privacy, and all other privileges recognized under the constitutional, statutory or

11  decisional law of the United States of America, the State of California or any other

12  applicable jurisdiction, including, but not limited to, such laws existing in the United

13  Mexican States.  MGA Mexico further objects to this request on the grounds that the

14  phrase "[a]ll DOCUMENTS that REFER OR RELATE TO" does not comply with

15  the "reasonable particularity" requirement of Federal Rule of Civil Procedure 34 and

16  renders the request overly broad and unduly burdensome in light of "the wealth of

17  material already made available in this case."  Westhemeco Ltd. v. New Hampshire

18  Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA Mexico further objects to this

19  request as being overly broad and unduly burdensome on the grounds that it is not

20  reasonably limited in time or geographical scope.  MGA Mexico further objects that

21  the phrase "projected or anticipated sales, gross profits, gross margins and net

22  profits" is compound and, as such, renders the request vague, ambiguous, and

23  unintelligible.  MGA Mexico further objects to the request to the extent that it seeks

24  documents that by reason of public filing, public distribution or otherwise are already

25  in Mattel's possession or are readily accessible to Mattel.  MGA Mexico further

26  objects to the request to the extent that it seeks documents not in MGA Mexico's

27  possession, custody or control.  MGA Mexico further objects to the request to the

28  extent it seeks confidential, proprietary or commercially sensitive information, the

EXHIBIT __4__
PAGE ___478___

1   disclosure of which would be inimical to the business interests of MGA Mexico or

2   MGA.  MGA Mexico further objects to the request to the extent it violates the

3   privacy rights of third parties to their private, confidential, proprietary or trade secret

4   information.

5          MGA Mexico further objects to this request as cumulative, duplicative, and

6   unduly burdensome to the extent that it seeks documents previously requested by

7   Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

8   to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

9   in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

10  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

11  Set of Requests for Production of Documents and Things to Isaac Larian and

12  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

13  Documents and Things to MGAE de Mexico S.R.L. de C.V.

14  REQUEST FOR PRODUCTION NO. 64:

15         All DOCUMENTS that REFER OR RELATE TO the actual sales, gross

16  profits, gross margins and net profits of MGA since January 1, 1998.

17  RESPONSE TO REQUEST FOR PRODUCTION NO. 64:

18         MGA Mexico incorporates by reference its General Response and General

19  Objections above, as though fully set forth herein.  MGA Mexico further objects to

20  the request to the extent it seeks the production of documents that are protected from

21  disclosure under any applicable privilege, doctrine or immunity, including without

22  limitation the attorney-client privilege, the work product doctrine, the right of

23  privacy, and all other privileges recognized under the constitutional, statutory or

24  decisional law of the United States of America, the State of California or any other

25  applicable jurisdiction, including, but not limited to, such laws existing in the United

26  Mexican States.  MGA Mexico further objects to this request on the grounds that the

27  phrase "[a]ll DOCUMENTS that REFER OR RELATE TO" does not comply with

28  the "reasonable particularity" requirement of Federal Rule of Civil Procedure 34 and

EXHIBIT  4
PAGE  439

1   renders the request overly broad and unduly burdensome in light of "the wealth of

2   material already made available in this case."  Westhemeco Ltd. v. New Hampshire

3   Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA Mexico further objects to this

4   request as being overly broad and unduly burdensome on the grounds that it is not

5   reasonably limited in time or geographical scope.  MGA Mexico further objects that

6   the phrase "actual sales, gross profits, gross margins and net profits" is compound

7   and, as such, renders the request vague, ambiguous, and unintelligible.  MGA

8   Mexico further objects to the request to the extent that it seeks documents that by

9   reason of public filing, public distribution or otherwise are already in Mattel's

10  possession or are readily accessible to Mattel.  MGA Mexico further objects to the

11  request to the extent that it seeks documents not in MGA Mexico's possession,

12  custody or control.  MGA Mexico further objects to the request to the extent it seeks

13  confidential, proprietary or commercially sensitive information, the disclosure of

14  which would be inimical to the business interests of MGA Mexico or MGA.  MGA

15  Mexico further objects to the request to the extent it violates the privacy rights of

16  third parties to their private, confidential, proprietary or trade secret information.

17       MGA Mexico further objects to this request as cumulative, duplicative, and

18  unduly burdensome to the extent that it seeks documents previously requested by

19  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

20  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

21  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

22  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

23  Set of Requests for Production of Documents and Things to Isaac Larian and

24  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

25  Documents and Things to MGAE de Mexico S.R.L. de C.V.

26  REQUEST FOR PRODUCTION NO. 65:

27       All DOCUMENTS that REFER OR RELATE TO projected or anticipated

28  sales, gross profits, gross margins and net profits of MGA since January 1, 1998.

EXHIBIT ___4___
PAGE ___480___

RESPONSE TO REQUEST FOR PRODUCTION NO. 65:

MGA Mexico incorporates by reference its General Response and General Objections above, as though fully set forth herein. MGA Mexico further objects to the request to the extent it seeks the production of documents that are protected from disclosure under any applicable privilege, doctrine or immunity, including without limitation the attorney-client privilege, the work product doctrine, the right of privacy, and all other privileges recognized under the constitutional, statutory or decisional law of the United States of America, the State of California or any other applicable jurisdiction, including, but not limited to, such laws existing in the United Mexican States. MGA Mexico further objects to this request on the grounds that the phrase "[a]ll DOCUMENTS that REFER OR RELATE TO" does not comply with the "reasonable particularity" requirement of Federal Rule of Civil Procedure 34 and renders the request overly broad and unduly burdensome in light of "the wealth of material already made available in this case." Westhemeco Ltd. v. New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979). MGA Mexico further objects to this request as being overly broad and unduly burdensome on the grounds that it is not reasonably limited in time or geographical scope. MGA Mexico further objects that the phrase "projected or anticipated sales, gross profits, gross margins and net profits" is compound and, as such, renders the request vague, ambiguous, and unintelligible. MGA Mexico further objects to the request to the extent that it seeks documents that by reason of public filing, public distribution or otherwise are already in Mattel's possession or are readily accessible to Mattel. MGA Mexico further objects to the request to the extent that it seeks documents not in MGA Mexico's possession, custody or control. MGA Mexico further objects to the request to the extent it seeks confidential, proprietary or commercially sensitive information, the disclosure of which would be inimical to the business interests of MGA Mexico or MGA. MGA Mexico further objects to the request to the extent it violates the

EXHIBIT __4__
PAGE __481__

1  privacy rights of third parties to their private, confidential, proprietary or trade secret

2  information.

3       MGA Mexico further objects to this request as cumulative, duplicative, and

4  unduly burdensome to the extent that it seeks documents previously requested by

5  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

6  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

7  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

8  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

9  Set of Requests for Production of Documents and Things to Isaac Larian and

10  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

11  Documents and Things to MGAE de Mexico S.R.L. de C.V.

12  REQUEST FOR PRODUCTION NO. 66:

13       All DOCUMENTS, including but not limited to all COMMUNICATIONS

14  with any PERSON, that REFER OR RELATE TO YOUR efforts to interfere with

15  MATTEL's acquisition or potential acquisition of any corporation or entity.

16  RESPONSE TO REQUEST FOR PRODUCTION NO. 66:

17       MGA Mexico incorporates by reference its General Response and General

18  Objections above, as though fully set forth herein and specifically incorporates

19  General Objection No. 15 (regarding Definitions), including without limitation MGA

20  Mexico's objection to the definition of the term YOUR, and its incorporated term

21  PERSON.  MGA Mexico further objects to the request to the extent it seeks the

22  production of documents that are protected from disclosure under any applicable

23  privilege, doctrine or immunity, including without limitation the attorney-client

24  privilege, the work product doctrine, the right of privacy, and all other privileges

25  recognized under the constitutional, statutory or decisional law of the United States

26  of America, the State of California or any other applicable jurisdiction, including, but

27  not limited to, such laws existing in the United Mexican States.  MGA Mexico

28  further objects to this request as being overly broad and unduly burdensome on the

1  grounds that it is not limited in time or geographical scope.  MGA Mexico further

2  objects to this request on the grounds that the phrase "[a]ll DOCUMENTS, including

3  but not limited to all COMMUNICATIONS with any PERSON, that REFER OR

4  RELATE TO" does not comply with the "reasonable particularity" requirement of

5  Federal Rule of Civil Procedure 34 and renders the request overly broad and unduly

6  burdensome in light of "the wealth of material already made available in this case."

7  Westhemeco Ltd. v. New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).

8  MGA Mexico further objects that the phrase "YOUR efforts to interfere with

9  MATTEL's acquisition or potential acquisition of any corporation or entity" is (1)

10 accusatory and argumentative such that MGA Mexico would have to respond to the

11 allegations of the request before providing any substantive response, see Zadrozny v.

12 Board of Trustees District No. 508, 1991 WL 66705, at *1 (N.D. Ill. April 24, 1991),

13 and (2) compound, rendering the request vague, ambiguous, and unintelligible.

14 MGA Mexico further objects to the request to the extent that it seeks documents that

15 by reason of public filing, public distribution or otherwise are already in Mattel's

16 possession or are readily accessible to Mattel.  MGA Mexico further objects to the

17 request to the extent that it seeks documents not in MGA Mexico's possession,

18 custody or control.  MGA Mexico further objects to the request to the extent it seeks

19 confidential, proprietary or commercially sensitive information, the disclosure of

20 which would be inimical to the business interests of MGA Mexico or MGA.  MGA

21 Mexico further objects to the request to the extent it violates the privacy rights of

22 third parties to their private, confidential, proprietary or trade secret information.

23 REQUEST FOR PRODUCTION NO. 67:

24     All DOCUMENTS, including but not limited to all COMMUNICATIONS

25 with any PERSON, that REFER OR RELATE TO YOUR efforts to interfere with

26 MATTEL's investment or potential investment in any corporation or entity.

27

28

EXHIBIT ___4___

PAGE ___482___

MGA MEXICO'S RESPONSE TO MATTEL'S 2D SET OF REQUESTS FOR DOCS.   Case No. CV-04-9049 SGL

EXHIBIT __4__
PAGE __483__

1 | RESPONSE TO REQUEST FOR PRODUCTION NO. 67:

2 |     MGA Mexico incorporates by reference its General Response and General

3 | Objections above, as though fully set forth herein and specifically incorporates

4 | General Objection No. 15 (regarding Definitions), including without limitation MGA

5 | Mexico's objection to the definition of the term YOUR, and its incorporated term

6 | PERSON.  MGA Mexico further objects to the request to the extent it seeks the

7 | production of documents that are protected from disclosure under any applicable

8 | privilege, doctrine or immunity, including without limitation the attorney-client

9 | privilege, the work product doctrine, the right of privacy, and all other privileges

10 | recognized under the constitutional, statutory or decisional law of the United States

11 | of America, the State of California or any other applicable jurisdiction, including, but

12 | not limited to, such laws existing in the United Mexican States.  MGA Mexico

13 | further objects to this request as being overly broad and unduly burdensome on the

14 | grounds that it is not limited in time or geographical scope.  MGA Mexico further

15 | objects to this request on the grounds that the phrase "[a]ll DOCUMENTS, including

16 | but not limited to all COMMUNICATIONS with any PERSON, that REFER OR

17 | RELATE TO" does not comply with the "reasonable particularity" requirement of

18 | Federal Rule of Civil Procedure 34 and renders the request overly broad and unduly

19 | burdensome in light of "the wealth of material already made available in this case."

20 | Westhemeco Ltd. v. New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).

21 | MGA Mexico further objects that the phrase "YOUR efforts to interfere with

22 | MATTEL's investment or potential investment in any corporation or entity" is (1)

23 | accusatory and argumentative such that MGA Mexico would have to respond to the

24 | allegations of the request before providing any substantive response, see Zadrozny v.

25 | Board of Trustees District No. 508, 1991 WL 66705, at *1 (N.D. Ill. April 24, 1991),

26 | and (2) compound, rendering the request vague, ambiguous, and unintelligible.

27 | MGA Mexico further objects to the request to the extent that it seeks documents that

28 | by reason of public filing, public distribution or otherwise are already in Mattel's

EXHIBIT ___4___
PAGE ___484___

1  possession or are readily accessible to Mattel.  MGA Mexico further objects to the

2  request to the extent that it seeks documents not in MGA Mexico's possession,

3  custody or control.  MGA Mexico further objects to the request to the extent it seeks

4  confidential, proprietary or commercially sensitive information, the disclosure of

5  which would be inimical to the business interests of MGA Mexico or MGA.  MGA

6  Mexico further objects to the request to the extent it violates the privacy rights of

7  third parties to their private, confidential, proprietary or trade secret information.

8  REQUEST FOR PRODUCTION NO. 68:

9      All DOCUMENTS, including but not limited to all COMMUNICATIONS

10  with any PERSON, that REFER OR RELATE TO YOU successfully interfering

11  with MATTEL's acquisition or potential acquisition of any corporation or entity.

12  RESPONSE TO REQUEST FOR PRODUCTION NO. 68:

13      MGA Mexico incorporates by reference its General Response and General

14  Objections above, as though fully set forth herein and specifically incorporates

15  General Objection No. 15 (regarding Definitions), including without limitation MGA

16  Mexico's objection to the definition of the term YOU, and its incorporated term

17  PERSON.  MGA Mexico further objects to the request to the extent it seeks the

18  production of documents that are protected from disclosure under any applicable

19  privilege, doctrine or immunity, including without limitation the attorney-client

20  privilege, the work product doctrine, the right of privacy, and all other privileges

21  recognized under the constitutional, statutory or decisional law of the United States

22  of America, the State of California or any other applicable jurisdiction, including, but

23  not limited to, such laws existing in the United Mexican States.  MGA Mexico

24  further objects to this request as being overly broad and unduly burdensome on the

25  grounds that it is not limited in time or geographical scope.  MGA Mexico further

26  objects to this request on the grounds that the phrase "[a]ll DOCUMENTS, including

27  but not limited to all COMMUNICATIONS with any PERSON, that REFER OR

28  RELATE TO" does not comply with the "reasonable particularity" requirement of

EXHIBIT __4__
PAGE __485__

1  Federal Rule of Civil Procedure 34 and renders the request overly broad and unduly

2  burdensome in light of "the wealth of material already made available in this case."

3  Westhemeco Ltd. v. New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).

4  MGA Mexico further objects that the phrase "YOU successfully interfering with

5  MATTEL's acquisition or potential acquisition of any corporation or entity" is (1)

6  accusatory and argumentative such that MGA Mexico would have to respond to the

7  allegations of the request before providing any substantive response, see Zadrozny v.

8  Board of Trustees District No. 508, 1991 WL 66705, at *1 (N.D. Ill. April 24, 1991),

9  and (2) compound, rendering the request vague, ambiguous, and unintelligible.

10  MGA Mexico further objects to the request to the extent that it seeks documents that

11  by reason of public filing, public distribution or otherwise are already in Mattel's

12  possession or are readily accessible to Mattel.  MGA Mexico further objects to the

13  request to the extent that it seeks documents not in MGA Mexico's possession,

14  custody or control.  MGA Mexico further objects to the request to the extent it seeks

15  confidential, proprietary or commercially sensitive information, the disclosure of

16  which would be inimical to the business interests of MGA Mexico or MGA.  MGA

17  Mexico further objects to the request to the extent it violates the privacy rights of

18  third parties to their private, confidential, proprietary or trade secret information.

19  REQUEST FOR PRODUCTION NO. 69:

20      All DOCUMENTS, including but not limited to, all COMMUNICATIONS

21  with any PERSON, that REFER OR RELATE TO YOU successfully interfering

22  with MATTEL's investment or potential investment in any corporation or entity.

23  RESPONSE TO REQUEST FOR PRODUCTION NO. 69:

24      MGA Mexico incorporates by reference its General Response and General

25  Objections above, as though fully set forth herein and specifically incorporates

26  General Objection No. 15 (regarding Definitions), including without limitation MGA

27  Mexico's objection to the definition of the term YOU, and its incorporated term

28  PERSON.  MGA Mexico further objects to the request to the extent it seeks the

EXHIBIT ___4___

PAGE ___486___

1  production of documents that are protected from disclosure under any applicable

2  privilege, doctrine or immunity, including without limitation the attorney-client

3  privilege, the work product doctrine, the right of privacy, and all other privileges

4  recognized under the constitutional, statutory or decisional law of the United States

5  of America, the State of California or any other applicable jurisdiction, including, but

6  not limited to, such laws existing in the United Mexican States.  MGA Mexico

7  further objects to this request as being overly broad and unduly burdensome on the

8  grounds that it is not limited in time or geographical scope.  MGA Mexico further

9  objects to this request on the grounds that the phrase "[a]ll DOCUMENTS, including

10  but not limited to all COMMUNICATIONS with any PERSON, that REFER OR

11  RELATE TO" does not comply with the "reasonable particularity" requirement of

12  Federal Rule of Civil Procedure 34 and renders the request overly broad and unduly

13  burdensome in light of "the wealth of material already made available in this case."

14  Westhemeco Ltd. v. New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).

15  MGA Mexico further objects that the phrase "YOU successfully interfering with

16  MATTEL's investment or potential investment in any corporation or entity" is (1)

17  accusatory and argumentative such that MGA Mexico would have to respond to the

18  allegations of the request before providing any substantive response, see Zadrozny v.

19  Board of Trustees District No. 508, 1991 WL 66705, at *1 (N.D. Ill. April 24, 1991),

20  and (2) compound, rendering the request vague, ambiguous, and unintelligible.

21  MGA Mexico further objects to the request to the extent that it seeks documents that

22  by reason of public filing, public distribution or otherwise are already in Mattel's

23  possession or are readily accessible to Mattel.  MGA Mexico further objects to the

24  request to the extent that it seeks documents not in MGA Mexico's possession,

25  custody or control.  MGA Mexico further objects to the request to the extent it seeks

26  confidential, proprietary or commercially sensitive information, the disclosure of

27  which would be inimical to the business interests of MGA Mexico or MGA.  MGA

28

EXHIBIT __4__
PAGE __487__

1   Mexico further objects to the request to the extent it violates the privacy rights of
2   third parties to their private, confidential, proprietary or trade secret information.
3   REQUEST FOR PRODUCTION NO. 70:
4        All DOCUMENTS, including but not limited to, all COMMUNICATIONS
5   with any PERSON, that REFER OR RELATE to any acquisition or potential
6   acquisition or investment or potential investment by MATTEL of or in any
7   corporation or entity, before such acquisition, potential acquisition or investment or
8   potential investment was publicly known, revealed or disclosed.
9   RESPONSE TO REQUEST FOR PRODUCTION NO. 70:
10        MGA Mexico incorporates by reference its General Response and General
11   Objections above, as though fully set forth herein and specifically incorporates
12   General Objection No. 15 (regarding Definitions), including without limitation MGA
13   Mexico's objection to the definition of the term PERSON.  MGA Mexico further
14   objects to the request to the extent it seeks the production of documents that are
15   protected from disclosure under any applicable privilege, doctrine or immunity,
16   including without limitation the attorney-client privilege, the work product doctrine,
17   the right of privacy, and all other privileges recognized under the constitutional,
18   statutory or decisional law of the United States of America, the State of California or
19   any other applicable jurisdiction, including, but not limited to, such laws existing in
20   the United Mexican States.  MGA Mexico further objects to this request as being
21   overly broad and unduly burdensome on the grounds that it is indefinite as to time, in
22   that Mattel does not state when any of its subject "acquisition[s], potential
23   acquisition[s] or investment[s] or potential investment[s]" were "publicly known,
24   revealed or disclosed," making it impossible for MGA Mexico to respond without
25   assuming facts unknown to it.  MGA Mexico further objects to this request on the
26   grounds that the phrase "[a]ll DOCUMENTS, including but not limited to all
27   COMMUNICATIONS with any PERSON, that REFER OR RELATE TO" does not
28   comply with the "reasonable particularity" requirement of Federal Rule of Civil

EXHIBIT    4
PAGE    488

1  Procedure 34 and renders the request overly broad and unduly burdensome in light of

2  "the wealth of material already made available in this case." Westhemeco Ltd. v.

3  New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA Mexico

4  further objects that the phrases "any acquisition or potential acquisition or

5  investment or potential investment by MATTEL of or in any corporation or entity"

6  and "before such acquisition, potential acquisition or investment or potential

7  investment was publicly known, revealed or disclosed" are, both individually and

8  taken together, compound, rendering the request vague, ambiguous, and

9  unintelligible.  MGA Mexico further objects to the request to the extent that it seeks

10  documents that by reason of public filing, public distribution or otherwise are already

11  in Mattel's possession or are readily accessible to Mattel.  MGA Mexico further

12  objects to the request to the extent that it seeks documents not in MGA Mexico's

13  possession, custody or control.  MGA Mexico further objects to the request to the

14  extent it seeks confidential, proprietary or commercially sensitive information, the

15  disclosure of which would be inimical to the business interests of MGA Mexico or

16  MGA.  MGA Mexico further objects to the request to the extent it violates the

17  privacy rights of third parties to their private, confidential, proprietary or trade secret

18  information.

19  REQUEST FOR PRODUCTION NO. 71:

20  All DOCUMENTS, including but not limited to all COMMUNICATIONS

21  with any PERSON, that REFER OR RELATE TO YOUR allegation that MATTEL

22  engaged in "efforts to include negative references to MGA or Bratz on Mattel's 'We

23  Believe in Girls' website."

24  RESPONSE TO REQUEST FOR PRODUCTION NO. 71:

25  MGA Mexico incorporates by reference its General Response and General

26  Objections above, as though fully set forth herein and specifically incorporates

27  General Objection No. 15 (regarding Definitions), including without limitation MGA

28  Mexico's objection to the definition of the term YOUR, and its incorporated term

EXHIBIT ___4___
PAGE ___489___

1  PERSON.  MGA Mexico further objects to the request to the extent it seeks the

2  production of documents that are protected from disclosure under any applicable

3  privilege, doctrine or immunity, including without limitation the attorney-client

4  privilege, the work product doctrine, the right of privacy, and all other privileges

5  recognized under the constitutional, statutory or decisional law of the United States

6  of America, the State of California or any other applicable jurisdiction, including, but

7  not limited to, such laws existing in the United Mexican States.  MGA Mexico

8  further objects to this request as being overly broad and unduly burdensome on the

9  grounds that it is not limited in time or geographical scope.  MGA Mexico further

10  objects to this request on the grounds that the phrase "[a]ll DOCUMENTS, including

11  but not limited to all COMMUNICATIONS with any PERSON, that REFER OR

12  RELATE TO" does not comply with the "reasonable particularity" requirement of

13  Federal Rule of Civil Procedure 34 and renders the request overly broad and unduly

14  burdensome in light of "the wealth of material already made available in this case."

15  Westhemeco Ltd. v. New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).

16  MGA Mexico further objects to the request to the extent that it seeks documents that

17  by reason of public filing, public distribution or otherwise are already in Mattel's

18  possession or are readily accessible to Mattel.  MGA Mexico further objects to the

19  request to the extent that it seeks documents not in MGA Mexico's possession,

20  custody or control.  MGA Mexico further objects to the request to the extent it seeks

21  confidential, proprietary or commercially sensitive information, the disclosure of

22  which would be inimical to the business interests of MGA Mexico or MGA.  MGA

23  Mexico further objects to the request to the extent it violates the privacy rights of

24  third parties to their private, confidential, proprietary or trade secret information.

25      MGA Mexico further objects to this request as cumulative, duplicative, and

26  unduly burdensome to the extent that it seeks documents previously requested by

27  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

28  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

EXHIBIT __4__
PAGE ___490___

1   in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

2   Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

3   Set of Requests for Production of Documents and Things to Isaac Larian and

4   Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

5   Documents and Things to MGAE de Mexico S.R.L. de C.V.

6          Without waiving any of the foregoing General or Specific Objections, but

7   rather expressly preserving each and every such objection, MGA Mexico responds as

8   follows:  MGA Mexico will produce all non-privileged, responsive documents in its

9   possession, custody or control, if any, that it is able to locate following a reasonably

10   diligent search.

11   REQUEST FOR PRODUCTION NO. 72:

12          All DOCUMENTS, including but not limited to all COMMUNICATIONS

13   with any PERSON, that YOU contend prove or that YOU will rely on at trial to

14   prove that MATTEL engaged in "efforts to include negative references to MGA or

15   Bratz on Mattel's 'We Believe in Girls' website."

16   RESPONSE TO REQUEST FOR PRODUCTION NO. 72:

17          MGA Mexico incorporates by reference its General Response and General

18   Objections above, as though fully set forth herein and specifically incorporates

19   General Objection No. 15 (regarding Definitions), including without limitation MGA

20   Mexico's objection to the definition of the term YOU, and its incorporated term

21   PERSON.  MGA Mexico further objects to the request to the extent it seeks the

22   production of documents that are protected from disclosure under any applicable

23   privilege, doctrine or immunity, including without limitation the attorney-client

24   privilege, the work product doctrine, the right of privacy, and all other privileges

25   recognized under the constitutional, statutory or decisional law of the United States

26   of America, the State of California or any other applicable jurisdiction, including, but

27   not limited to, such laws existing in the United Mexican States.  MGA Mexico

28   further objects to this request as being overly broad and unduly burdensome on the

120

EXHIBIT ___4___
PAGE ___491___

1 grounds that it is not limited in time or geographical scope.  MGA Mexico further

2 objects to this request on the grounds that the phrase "[a]ll DOCUMENTS, including

3 but not limited to all COMMUNICATIONS with any PERSON" does not comply

4 with the "reasonable particularity" requirement of Federal Rule of Civil Procedure 34

5 and renders the request overly broad and unduly burdensome in light of "the wealth

6 of material already made available in this case." Westhemeco Ltd. v. New

7 Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA Mexico further

8 objects that the phrase "that YOU contend prove or that YOU will rely on at trial to

9 prove" is compound and, as such, renders the request vague, ambiguous, and

10 unintelligible.  MGA Mexico further objects to the request to the extent that it seeks

11 documents that by reason of public filing, public distribution or otherwise are already

12 in Mattel's possession or are readily accessible to Mattel.  MGA Mexico further

13 objects to the request to the extent that it seeks documents not in MGA Mexico's

14 possession, custody or control.  MGA Mexico further objects to the request to the

15 extent it seeks confidential, proprietary or commercially sensitive information, the

16 disclosure of which would be inimical to the business interests of MGA Mexico or

17 MGA.  MGA Mexico further objects to the request to the extent it violates the

18 privacy rights of third parties to their private, confidential, proprietary or trade secret

19 information.

20       MGA Mexico further objects to this request as cumulative, duplicative, and

21 unduly burdensome to the extent that it seeks documents previously requested by

22 Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

23 to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

24 in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

25 Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

26 Set of Requests for Production of Documents and Things to Isaac Larian and

27 Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

28 Documents and Things to MGAE de Mexico S.R.L. de C.V.

EXHIBIT __4__
PAGE __492__

1    Without waiving any of the foregoing General or Specific Objections, but

2  rather expressly preserving each and every such objection, MGA Mexico responds as

3  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

4  possession, custody or control, if any, that it is able to locate following a reasonably

5  diligent search.

6  REQUEST FOR PRODUCTION NO. 73:

7    All DOCUMENTS that are, contain, reference, embody or otherwise reflect

8  each instance of "[a] negative reference[] to MGA or Bratz on Mattel's 'We Believe

9  in Girls' website" that YOU contend MATTEL engaged in "efforts to include."

10  RESPONSE TO REQUEST FOR PRODUCTION NO. 73:

11    MGA Mexico incorporates by reference its General Response and General

12  Objections above, as though fully set forth herein and specifically incorporates

13  General Objection No. 15 (regarding Definitions), including without limitation MGA

14  Mexico's objection to the definition of the term YOU, and its incorporated term

15  PERSON.  MGA Mexico further objects to the request to the extent it seeks the

16  production of documents that are protected from disclosure under any applicable

17  privilege, doctrine or immunity, including without limitation the attorney-client

18  privilege, the work product doctrine, the right of privacy, and all other privileges

19  recognized under the constitutional, statutory or decisional law of the United States

20  of America, the State of California or any other applicable jurisdiction, including, but

21  not limited to, such laws existing in the United Mexican States.  MGA Mexico

22  further objects to this request as being overly broad and unduly burdensome on the

23  grounds that it is not limited in time or geographical scope.  MGA Mexico further

24  objects to this request on the grounds that the phrase "[a]ll DOCUMENTS" does not

25  comply with the "reasonable particularity" requirement of Federal Rule of Civil

26  Procedure 34 and renders the request overly broad and unduly burdensome in light of

27  "the wealth of material already made available in this case."  Westhemeco Ltd. v.

28  New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA Mexico

1    further objects that the phrase "are, contain, reference, embody or otherwise reflect"

2    is compound and, as such, renders the request vague, ambiguous, and unintelligible.

3    MGA Mexico further objects to the request to the extent that it seeks documents that

4    by reason of public filing, public distribution or otherwise are already in Mattel's

5    possession or are readily accessible to Mattel. MGA Mexico further objects to the

6    request to the extent that it seeks documents not in MGA Mexico's possession,

7    custody or control. MGA Mexico further objects to the request to the extent it seeks

8    confidential, proprietary or commercially sensitive information, the disclosure of

9    which would be inimical to the business interests of MGA Mexico or MGA. MGA

10    Mexico further objects to the request to the extent it violates the privacy rights of

11    third parties to their private, confidential, proprietary or trade secret information.

12        MGA Mexico further objects to this request as cumulative, duplicative, and

13    unduly burdensome to the extent that it seeks documents previously requested by

14    Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

15    to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

16    in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

17    Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

18    Set of Requests for Production of Documents and Things to Isaac Larian and

19    Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

20    Documents and Things to MGAE de Mexico S.R.L. de C.V.

21        Without waiving any of the foregoing General or Specific Objections, but

22    rather expressly preserving each and every such objection, MGA Mexico responds as

23    follows: MGA Mexico will produce all non-privileged, responsive documents in its

24    possession, custody or control, if any, that it is able to locate following a reasonably

25    diligent search.

26

27

28

EXHIBIT __4__
PAGE __493__

MGA MEXICO'S RESPONSE TO MATTEL'S 2D SET OF REQUESTS FOR DOCS.   Case No. CV-04-9049 SGL

1 | REQUEST FOR PRODUCTION NO. 74:

2 |     DOCUMENTS sufficient to IDENTIFY all PERSONS at MATTEL who

3 | allegedly engaged in "efforts to include negative references to MGA or Bratz on

4 | Mattel's 'We Believe in Girls' website."

5 | RESPONSE TO REQUEST FOR PRODUCTION NO. 74:

6 |     MGA Mexico incorporates by reference its General Response and General

7 | Objections above, as though fully set forth herein and specifically incorporates

8 | General Objection No. 15 (regarding Definitions), including without limitation MGA

9 | Mexico's objection to the definition of the term PERSON.  MGA Mexico further

10 | objects to the request to the extent it seeks the production of documents that are

11 | protected from disclosure under any applicable privilege, doctrine or immunity,

12 | including without limitation the attorney-client privilege, the work product doctrine,

13 | the right of privacy, and all other privileges recognized under the constitutional,

14 | statutory or decisional law of the United States of America, the State of California or

15 | any other applicable jurisdiction, including, but not limited to, such laws existing in

16 | the United Mexican States.  MGA Mexico further objects to this request as being

17 | overly broad and unduly burdensome on the grounds that it is not limited in time or

18 | geographical scope.  MGA Mexico further objects to the request to the extent that it

19 | seeks documents that by reason of public filing, public distribution or otherwise are

20 | already in Mattel's possession or are readily accessible to Mattel.  MGA Mexico

21 | further objects to the request to the extent that it seeks documents not in MGA

22 | Mexico's possession, custody or control.  MGA Mexico further objects to the request

23 | to the extent it seeks confidential, proprietary or commercially sensitive information,

24 | the disclosure of which would be inimical to the business interests of MGA Mexico

25 | or MGA.  MGA Mexico further objects to the request to the extent it violates the

26 | privacy rights of third parties to their private, confidential, proprietary or trade secret

27 | information.

EXHIBIT __4__

PAGE __494__

28 |

MGA MEXICO'S RESPONSE TO MATTEL'S 2D SET OF REQUESTS FOR DOCS.   Case No. CV-04-9049 SGL

EXHIBIT __4__
PAGE __495__

1   MGA Mexico further objects to this request as cumulative, duplicative, and
2   unduly burdensome to the extent that it seeks documents previously requested by
3   Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response
4   to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100
5   in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible
6   Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First
7   Set of Requests for Production of Documents and Things to Isaac Larian and
8   Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of
9   Documents and Things to MGAE de Mexico S.R.L. de C.V.
10   Without waiving any of the foregoing General or Specific Objections, but
11   rather expressly preserving each and every such objection, MGA Mexico responds as
12   follows:  MGA Mexico will produce all non-privileged, responsive documents in its
13   possession, custody or control, if any, that it is able to locate following a reasonably
14   diligent search.
15   REQUEST FOR PRODUCTION NO. 75:
16   All DOCUMENTS that YOU contend prove or tend to prove that any alleged
17   "negative reference[] to MGA or Bratz on Mattel's 'We Believe in Girls' website"
18   was false.
19   RESPONSE TO REQUEST FOR PRODUCTION NO. 75:
20   MGA Mexico incorporates by reference its General Response and General
21   Objections above, as though fully set forth herein and specifically incorporates
22   General Objection No. 15 (regarding Definitions), including without limitation MGA
23   Mexico's objection to the definition of the term YOU, and its incorporated term
24   PERSON.  MGA Mexico further objects to the request to the extent it seeks the
25   production of documents that are protected from disclosure under any applicable
26   privilege, doctrine or immunity, including without limitation the attorney-client
27   privilege, the work product doctrine, the right of privacy, and all other privileges
28   recognized under the constitutional, statutory or decisional law of the United States

EXHIBIT __4__
PAGE ___496___

1  of America, the State of California or any other applicable jurisdiction, including, but

2  not limited to, such laws existing in the United Mexican States. MGA Mexico

3  further objects to this request as being overly broad and unduly burdensome on the

4  grounds that it is not limited in time or geographical scope. MGA Mexico further

5  objects to this request on the grounds that the phrase "[a]ll DOCUMENTS" does not

6  comply with the "reasonable particularity" requirement of Federal Rule of Civil

7  Procedure 34 and renders the request overly broad and unduly burdensome in light of

8  "the wealth of material already made available in this case." Westhemeco Ltd. v.

9  New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979). MGA Mexico

10  further objects that the phrase "prove or tend to prove" is compound and, as such,

11  renders the request vague, ambiguous, and unintelligible. MGA Mexico further

12  objects to the request to the extent that it seeks documents that by reason of public

13  filing, public distribution or otherwise are already in Mattel's possession or are

14  readily accessible to Mattel. MGA Mexico further objects to the request to the

15  extent that it seeks documents not in MGA Mexico's possession, custody or control.

16  MGA Mexico further objects to the request to the extent it seeks confidential,

17  proprietary or commercially sensitive information, the disclosure of which would be

18  inimical to the business interests of MGA Mexico or MGA. MGA Mexico further

19  objects to the request to the extent it violates the privacy rights of third parties to

20  their private, confidential, proprietary or trade secret information.

21       MGA Mexico further objects to this request as cumulative, duplicative, and

22  unduly burdensome to the extent that it seeks documents previously requested by

23  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

24  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

25  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

26  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

27  Set of Requests for Production of Documents and Things to Isaac Larian and

28

EXHIBIT __4__

PAGE __497__

1 | Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of
2 | Documents and Things to MGAE de Mexico S.R.L. de C.V.
3 |      Without waiving any of the foregoing General or Specific Objections, but
4 | rather expressly preserving each and every such objection, MGA Mexico responds as
5 | follows:  MGA Mexico will produce all non-privileged, responsive documents in its
6 | possession, custody or control, if any, that it is able to locate following a reasonably
7 | diligent search.

8 | REQUEST FOR PRODUCTION NO. 76:
9 |      All DOCUMENTS that YOU contend prove or tend to prove, for each
10 | allegedly "negative reference[] to MGA or Bratz on Mattel's 'We Believe in Girls'
11 | website," that MATTEL knew or should have known that such negative reference
12 | was false.

13 | RESPONSE TO REQUEST FOR PRODUCTION NO. 76:
14 |      MGA Mexico incorporates by reference its General Response and General
15 | Objections above, as though fully set forth herein and specifically incorporates
16 | General Objection No. 15 (regarding Definitions), including without limitation MGA
17 | Mexico's objection to the definition of the term YOU, and its incorporated term
18 | PERSON.  MGA Mexico further objects to the request to the extent it seeks the
19 | production of documents that are protected from disclosure under any applicable
20 | privilege, doctrine or immunity, including without limitation the attorney-client
21 | privilege, the work product doctrine, the right of privacy, and all other privileges
22 | recognized under the constitutional, statutory or decisional law of the United States
23 | of America, the State of California or any other applicable jurisdiction, including, but
24 | not limited to, such laws existing in the United Mexican States.  MGA Mexico
25 | further objects to this request as being overly broad and unduly burdensome on the
26 | grounds that it is not limited in time or geographical scope.  MGA Mexico further
27 | objects to this request on the grounds that the phrase "[a]ll DOCUMENTS" does not
28 | comply with the "reasonable particularity" requirement of Federal Rule of Civil

EXHIBIT __4__
PAGE __498__

1  Procedure 34 and renders the request overly broad and unduly burdensome in light of
2  "the wealth of material already made available in this case."  Westhemeco Ltd. v.
3  New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA Mexico
4  further objects that the phrases "YOU contend prove or tend to prove" and
5  "MATTEL knew or should have known" are, both individually and taken together,
6  compound and, as such, render the request vague, ambiguous, and unintelligible.
7  MGA Mexico further objects to the request to the extent that it seeks documents that
8  by reason of public filing, public distribution or otherwise are already in Mattel's
9  possession or are readily accessible to Mattel.  MGA Mexico further objects to the
10  request to the extent that it seeks documents not in MGA Mexico's possession,
11  custody or control.  MGA Mexico further objects to the request to the extent it seeks
12  confidential, proprietary or commercially sensitive information, the disclosure of
13  which would be inimical to the business interests of MGA Mexico or MGA.  MGA
14  Mexico further objects to the request to the extent it violates the privacy rights of
15  third parties to their private, confidential, proprietary or trade secret information.
16      MGA Mexico further objects to this request as cumulative, duplicative, and
17  unduly burdensome to the extent that it seeks documents previously requested by
18  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response
19  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100
20  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible
21  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First
22  Set of Requests for Production of Documents and Things to Isaac Larian and
23  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of
24  Documents and Things to MGAE de Mexico S.R.L. de C.V.
25      Without waiving any of the foregoing General or Specific Objections, but
26  rather expressly preserving each and every such objection, MGA Mexico responds as
27  follows:  MGA Mexico will produce all non-privileged, responsive documents in its
28

EXHIBIT ___4___
PAGE ___499___

1 | possession, custody or control, if any, that it is able to locate following a reasonably

2 | diligent search.

3 | REQUEST FOR PRODUCTION NO. 77:

4 |     DOCUMENTS sufficient to IDENTIFY all PERSONS with knowledge of

5 | YOUR allegation that MATTEL engaged in "efforts to include negative references

6 | to MGA or Bratz on Mattel's 'We Believe in Girls' website."

7 | RESPONSE TO REQUEST FOR PRODUCTION NO. 77:

8 |     MGA Mexico incorporates by reference its General Response and General

9 | Objections above, as though fully set forth herein and specifically incorporates

10 | General Objection No. 15 (regarding Definitions), including without limitation MGA

11 | Mexico's objection to the definition of the terms YOUR, and its incorporated term

12 | PERSON. MGA Mexico further objects to the request to the extent it seeks the

13 | production of documents that are protected from disclosure under any applicable

14 | privilege, doctrine or immunity, including without limitation the attorney-client

15 | privilege, the work product doctrine, the right of privacy, and all other privileges

16 | recognized under the constitutional, statutory or decisional law of the United States

17 | of America, the State of California or any other applicable jurisdiction, including, but

18 | not limited to, such laws existing in the United Mexican States. MGA Mexico

19 | further objects to this request as being overly broad and unduly burdensome on the

20 | grounds that it is not limited in time or geographical scope. MGA Mexico further

21 | objects to this request on the grounds that the phrase "all PERSONS with knowledge

22 | of YOUR allegation" renders the request vague, ambiguous, overly broad and unduly

23 | burdensome in that anyone who has read MGA Mexico's Answer in this matter has

24 | "knowledge of [MGA Mexico's] allegation," without regard to whether the factual

25 | basis for the allegation is known to them. MGA Mexico further objects to the

26 | request to the extent that it seeks documents that by reason of public filing, public

27 | distribution or otherwise are already in Mattel's possession or are readily accessible

28 | to Mattel. MGA Mexico further objects to the request to the extent that it seeks

EXHIBIT 4
PAGE 500

1 documents not in MGA Mexico's possession, custody or control.  MGA Mexico

2 further objects to the request to the extent it seeks confidential, proprietary or

3 commercially sensitive information, the disclosure of which would be inimical to the

4 business interests of MGA Mexico or MGA.  MGA Mexico further objects to the

5 request to the extent it violates the privacy rights of third parties to their private,

6 confidential, proprietary or trade secret information.

7      MGA Mexico further objects to this request as cumulative, duplicative, and

8 unduly burdensome to the extent that it seeks documents previously requested by

9 Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

10 to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

11 in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

12 Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

13 Set of Requests for Production of Documents and Things to Isaac Larian and

14 Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

15 Documents and Things to MGAE de Mexico S.R.L. de C.V.

16      Without waiving any of the foregoing General or Specific Objections, but

17 rather expressly preserving each and every such objection, MGA Mexico responds as

18 follows:  MGA Mexico will produce all non-privileged, responsive documents in its

19 possession, custody or control, if any, that it is able to locate following a reasonably

20 diligent search.

21 REQUEST FOR PRODUCTION NO. 78:

22      DOCUMENTS describing all time periods during which MATTEL allegedly

23 engaged in "efforts to include negative references to MGA or Bratz on Mattel's 'We

24 Believe in Girls' website."

25 RESPONSE TO REQUEST FOR PRODUCTION NO. 78:

26      MGA Mexico incorporates by reference its General Response and General

27 Objections above, as though fully set forth herein.  MGA Mexico further objects to

28 the request to the extent it seeks the production of documents that are protected from

130

EXHIBIT __4__
PAGE __56/__

1  disclosure under any applicable privilege, doctrine or immunity, including without
2  limitation the attorney-client privilege, the work product doctrine, the right of
3  privacy, and all other privileges recognized under the constitutional, statutory or
4  decisional law of the United States of America, the State of California or any other
5  applicable jurisdiction, including, but not limited to, such laws existing in the United
6  Mexican States.  MGA Mexico further objects to this request as being overly broad
7  and unduly burdensome on the grounds that it is not limited in time or geographical
8  scope.  MGA Mexico further objects to this request on the grounds that the phrase
9  "DOCUMENTS describing all time periods during which" renders the request vague,
10  ambiguous, and unintelligible.  MGA Mexico further objects to the request to the
11  extent that it seeks documents that by reason of public filing, public distribution or
12  otherwise are already in Mattel's possession or are readily accessible to Mattel.
13  MGA Mexico further objects to the request to the extent that it seeks documents not
14  in MGA Mexico's possession, custody or control.  MGA Mexico further objects to
15  the request to the extent it seeks confidential, proprietary or commercially sensitive
16  information, the disclosure of which would be inimical to the business interests of
17  MGA Mexico or MGA.  MGA Mexico further objects to the request to the extent it
18  violates the privacy rights of third parties to their private, confidential, proprietary or
19  trade secret information.
20       MGA Mexico further objects to this request as cumulative, duplicative, and
21  unduly burdensome to the extent that it seeks documents previously requested by
22  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response
23  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100
24  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible
25  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First
26  Set of Requests for Production of Documents and Things to Isaac Larian and
27  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of
28  Documents and Things to MGAE de Mexico S.R.L. de C.V.

MGA MEXICO'S RESPONSE TO MATTEL'S 2D SET OF REQUESTS FOR DOCS.   Case No. CV-04-9049 SGL

EXHIBIT __4__
PAGE ___502___

1    Without waiving any of the foregoing General or Specific Objections, but

2  rather expressly preserving each and every such objection, MGA Mexico responds as

3  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

4  possession, custody or control, if any, that it is able to locate following a reasonably

5  diligent search.

6  REQUEST FOR PRODUCTION NO. 79:

7    DOCUMENTS sufficient to IDENTIFY all PERSONS who have monitored,

8  reviewed, examined, analyzed, or looked at MATTEL'S 'We Believe in Girls'

9  website, on YOUR behalf or at YOUR request.

10  RESPONSE TO REQUEST FOR PRODUCTION NO. 79:

11    MGA Mexico incorporates by reference its General Response and General

12  Objections above, as though fully set forth herein and specifically incorporates

13  General Objection No. 15 (regarding Definitions), including without limitation MGA

14  Mexico's objection to the definition of the terms YOUR, and its incorporated term

15  PERSON.  MGA Mexico further objects to the request to the extent it seeks the

16  production of documents that are protected from disclosure under any applicable

17  privilege, doctrine or immunity, including without limitation the attorney-client

18  privilege, the work product doctrine, the right of privacy, and all other privileges

19  recognized under the constitutional, statutory or decisional law of the United States

20  of America, the State of California or any other applicable jurisdiction, including, but

21  not limited to, such laws existing in the United Mexican States.  MGA Mexico

22  further objects to this request as being overly broad and unduly burdensome on the

23  grounds that it is not limited in time or geographical scope.  MGA Mexico further

24  objects to this request on the grounds that the phrases "monitored, reviewed,

25  examined, analyzed, or looked at" and "on YOUR behalf or at YOUR request" are,

26  both individually and taken together, compound and, as such, render the request

27  vague, ambiguous and unintelligible.  MGA Mexico further objects to the request to

28  the extent that it seeks documents that by reason of public filing, public distribution

1 || or otherwise are already in Mattel's possession or are readily accessible to Mattel.

2 || MGA Mexico further objects to the request to the extent that it seeks documents not

3 || in MGA Mexico's possession, custody or control.  MGA Mexico further objects to

4 || the request to the extent it seeks confidential, proprietary or commercially sensitive

5 || information, the disclosure of which would be inimical to the business interests of

6 || MGA Mexico or MGA.  MGA Mexico further objects to the request to the extent it

7 || violates the privacy rights of third parties to their private, confidential, proprietary or

8 || trade secret information.

9 ||        MGA Mexico further objects to this request as cumulative, duplicative, and

10 || unduly burdensome to the extent that it seeks documents previously requested by

11 || Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

12 || to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

13 || in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

14 || Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

15 || Set of Requests for Production of Documents and Things to Isaac Larian and

16 || Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

17 || Documents and Things to MGAE de Mexico S.R.L. de C.V.

18 ||        Without waiving any of the foregoing General or Specific Objections, but

19 || rather expressly preserving each and every such objection, MGA Mexico responds as

20 || follows:  MGA Mexico will produce all non-privileged, responsive documents in its

21 || possession, custody or control, if any, that it is able to locate following a reasonably

22 || diligent search.

23 || REQUEST FOR PRODUCTION NO. 80:

24 ||        DOCUMENTS sufficient to describe how YOU learned that MATTEL

25 || allegedly engaged in "efforts to include negative references to MGA or Bratz on

26 || Mattel's 'We Believe in Girls' website."

27

28

EXHIBIT __4__

PAGE __503__

MGA MEXICO'S RESPONSE TO MATTEL'S 2D SET OF REQUESTS FOR DOCS.   Case No. CV-04-9049 SGL

EXHIBIT __4__
PAGE ___564___

**RESPONSE TO REQUEST FOR PRODUCTION NO. 80:**

MGA Mexico incorporates by reference its General Response and General Objections above, as though fully set forth herein and specifically incorporates General Objection No. 15 (regarding Definitions), including without limitation MGA Mexico's objection to the definition of the terms YOU, and its incorporated term PERSON. MGA Mexico further objects to the request to the extent it seeks the production of documents that are protected from disclosure under any applicable privilege, doctrine or immunity, including without limitation the attorney-client privilege, the work product doctrine, the right of privacy, and all other privileges recognized under the constitutional, statutory or decisional law of the United States of America, the State of California or any other applicable jurisdiction, including, but not limited to, such laws existing in the United Mexican States. MGA Mexico further objects to this request as being overly broad and unduly burdensome on the grounds that it is not limited in time or geographical scope. MGA Mexico further objects to the request to the extent that it seeks documents that by reason of public filing, public distribution or otherwise are already in Mattel's possession or are readily accessible to Mattel. MGA Mexico further objects to the request to the extent that it seeks documents not in MGA Mexico's possession, custody or control. MGA Mexico further objects to the request to the extent it seeks confidential, proprietary or commercially sensitive information, the disclosure of which would be inimical to the business interests of MGA Mexico or MGA. MGA Mexico further objects to the request to the extent it violates the privacy rights of third parties to their private, confidential, proprietary or trade secret information.

MGA Mexico further objects to this request as cumulative, duplicative, and unduly burdensome to the extent that it seeks documents previously requested by Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100 in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

134

EXHIBIT __4__
PAGE __505__

1  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

2  Set of Requests for Production of Documents and Things to Isaac Larian and

3  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

4  Documents and Things to MGAE de Mexico S.R.L. de C.V.

5  　　　Without waiving any of the foregoing General or Specific Objections, but

6  rather expressly preserving each and every such objection, MGA Mexico responds as

7  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

8  possession, custody or control, if any, that it is able to locate following a reasonably

9  diligent search.

10  REQUEST FOR PRODUCTION NO. 81:

11  　　　DOCUMENTS sufficient to IDENTIFY all PERSONS who subscribe to, or

12  are members of, MATTEL's 'We Believe in Girls' website, on YOUR behalf or at

13  YOUR request.

14  RESPONSE TO REQUEST FOR PRODUCTION NO. 81:

15  　　　MGA Mexico incorporates by reference its General Response and General

16  Objections above, as though fully set forth herein and specifically incorporates

17  General Objection No. 15 (regarding Definitions), including without limitation MGA

18  Mexico's objection to the definition of the terms YOUR, and its incorporated term

19  PERSON.  MGA Mexico further objects to the request to the extent it seeks the

20  production of documents that are protected from disclosure under any applicable

21  privilege, doctrine or immunity, including without limitation the attorney-client

22  privilege, the work product doctrine, the right of privacy, and all other privileges

23  recognized under the constitutional, statutory or decisional law of the United States

24  of America, the State of California or any other applicable jurisdiction, including, but

25  not limited to, such laws existing in the United Mexican States.  MGA Mexico

26  further objects to this request as being overly broad and unduly burdensome on the

27  grounds that it is not limited in time or geographical scope.  MGA Mexico further

28  objects to this request on the grounds that the phrases "all PERSONS who subscribe

EXHIBIT __4__
PAGE __506__

1   to, or are members of, MATTEL's 'We Believe in Girls' website," and "on YOUR

2   behalf or at YOUR request" are, both individually and taken together, compound and,

3   as such, render the request vague, ambiguous and unintelligible.  MGA Mexico

4   further objects to the request to the extent that it seeks documents that by reason of

5   public filing, public distribution or otherwise are already in Mattel's possession or

6   are readily accessible to Mattel.  MGA Mexico further objects to the request to the

7   extent that it seeks documents not in MGA Mexico's possession, custody or control.

8   MGA Mexico further objects to the request to the extent it seeks confidential,

9   proprietary or commercially sensitive information, the disclosure of which would be

10   inimical to the business interests of MGA Mexico or MGA.  MGA Mexico further

11   objects to the request to the extent it violates the privacy rights of third parties to

12   their private, confidential, proprietary or trade secret information.

13       MGA Mexico further objects to this request as cumulative, duplicative, and

14   unduly burdensome to the extent that it seeks documents previously requested by

15   Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

16   to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

17   in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

18   Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

19   Set of Requests for Production of Documents and Things to Isaac Larian and

20   Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

21   Documents and Things to MGAE de Mexico S.R.L. de C.V.

22       Without waiving any of the foregoing General or Specific Objections, but

23   rather expressly preserving each and every such objection, MGA Mexico responds as

24   follows:  MGA Mexico will produce all non-privileged, responsive documents in its

25   possession, custody or control, if any, that it is able to locate following a reasonably

26   diligent search.

27

28

EXHIBIT ___4___
PAGE ___567___

1   REQUEST FOR PRODUCTION NO. 82:

2        All DOCUMENTS, including but not limited to all COMMUNICATIONS

3   with any PERSON, RELATING to YOUR actions in response to, or efforts to stop,

4   thwart, prevent, counter or refute, MATTEL'S alleged "efforts to include negative

5   references to MGA or Bratz on Mattel's 'We Believe in Girls' website."

6   RESPONSE TO REQUEST FOR PRODUCTION NO. 82:

7        MGA Mexico incorporates by reference its General Response and General

8   Objections above, as though fully set forth herein and specifically incorporates

9   General Objection No. 15 (regarding Definitions), including without limitation MGA

10  Mexico's objection to the definition of the term YOUR, and its incorporated term

11  PERSON.  MGA Mexico further objects to the request to the extent it seeks the

12  production of documents that are protected from disclosure under any applicable

13  privilege, doctrine or immunity, including without limitation the attorney-client

14  privilege, the work product doctrine, the right of privacy, and all other privileges

15  recognized under the constitutional, statutory or decisional law of the United States

16  of America, the State of California or any other applicable jurisdiction, including, but

17  not limited to, such laws existing in the United Mexican States.  MGA Mexico

18  further objects to this request as being overly broad and unduly burdensome on the

19  grounds that it is not limited in time or geographical scope.  MGA Mexico further

20  objects to this request on the grounds that the phrase "[a]ll DOCUMENTS, including

21  but not limited to all COMMUNICATIONS with any PERSON, RELATING TO"

22  does not comply with the "reasonable particularity" requirement of Federal Rule of

23  Civil Procedure 34 and renders the request overly broad and unduly burdensome in

24  light of "the wealth of material already made available in this case."  Westhemeco

25  Ltd. v. New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA

26  Mexico further objects that the phrase "RELATING to YOUR actions in response to,

27  or efforts to stop, thwart, prevent, counter or refute" is compound and, as such,

28  renders the request vague, ambiguous, and unintelligible.  MGA Mexico further

137

EXHIBIT  4

PAGE ___ 508

1   objects to the request to the extent that it seeks documents that by reason of public

2   filing, public distribution or otherwise are already in Mattel's possession or are

3   readily accessible to Mattel.  MGA Mexico further objects to the request to the

4   extent that it seeks documents not in MGA Mexico's possession, custody or control.

5   MGA Mexico further objects to the request to the extent it seeks confidential,

6   proprietary or commercially sensitive information, the disclosure of which would be

7   inimical to the business interests of MGA Mexico or MGA.  MGA Mexico further

8   objects to the request to the extent it violates the privacy rights of third parties to

9   their private, confidential, proprietary or trade secret information.

10          MGA Mexico further objects to this request as cumulative, duplicative, and

11   unduly burdensome to the extent that it seeks documents previously requested by

12   Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

13   to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

14   in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

15   Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

16   Set of Requests for Production of Documents and Things to Isaac Larian and

17   Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

18   Documents and Things to MGAE de Mexico S.R.L. de C.V.

19          Without waiving any of the foregoing General or Specific Objections, but

20   rather expressly preserving each and every such objection, MGA Mexico responds as

21   follows:  MGA Mexico will produce all non-privileged, responsive documents in its

22   possession, custody or control, if any, that it is able to locate following a reasonably

23   diligent search.

24   REQUEST FOR PRODUCTION NO. 83:

25          DOCUMENTS sufficient to IDENTIFY all PERSONS who complained to

26   MATTEL on YOUR behalf, or at YOUR request, about MATTEL'S alleged "efforts

27   to include negative references to MGA or Bratz on Mattel's 'We Believe in Girls'

28   website."

EXHIBIT __4__
PAGE __589__

**RESPONSE TO REQUEST FOR PRODUCTION NO. 83:**

MGA Mexico incorporates by reference its General Response and General Objections above, as though fully set forth herein and specifically incorporates General Objection No. 15 (regarding Definitions), including without limitation MGA Mexico's objection to the definition of the term YOUR, and its incorporated term PERSON. MGA Mexico further objects to the request to the extent it seeks the production of documents that are protected from disclosure under any applicable privilege, doctrine or immunity, including without limitation the attorney-client privilege, the work product doctrine, the right of privacy, and all other privileges recognized under the constitutional, statutory or decisional law of the United States of America, the State of California or any other applicable jurisdiction, including, but not limited to, such laws existing in the United Mexican States. MGA Mexico further objects to this request as being overly broad and unduly burdensome on the grounds that it is not limited in time or geographical scope. MGA Mexico further objects that the phrase "on YOUR behalf, or at YOUR request" is compound and, as such, renders the request vague, ambiguous, and unintelligible. MGA Mexico further objects to the request to the extent that it seeks documents that by reason of public filing, public distribution or otherwise are already in Mattel's possession or are readily accessible to Mattel. MGA Mexico further objects to the request to the extent that it seeks documents not in MGA Mexico's possession, custody or control. MGA Mexico further objects to the request to the extent it seeks confidential, proprietary or commercially sensitive information, the disclosure of which would be inimical to the business interests of MGA Mexico or MGA. MGA Mexico further objects to the request to the extent it violates the privacy rights of third parties to their private, confidential, proprietary or trade secret information.

MGA Mexico further objects to this request as cumulative, duplicative, and unduly burdensome to the extent that it seeks documents previously requested by Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

EXHIBIT __4__
PAGE __570__

1 to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

2 in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

3 Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

4 Set of Requests for Production of Documents and Things to Isaac Larian and

5 Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

6 Documents and Things to MGAE de Mexico S.R.L. de C.V.

7      Without waiving any of the foregoing General or Specific Objections, but

8 rather expressly preserving each and every such objection, MGA Mexico responds as

9 follows:  MGA Mexico will produce all non-privileged, responsive documents in its

10 possession, custody or control, if any, that it is able to locate following a reasonably

11 diligent search.

12 REQUEST FOR PRODUCTION NO. 84:

13      All DOCUMENTS, including but not limited to all COMMUNICATIONS

14 with any PERSON, RELATING to any loss, harm, injury, increased expense, lost

15 revenue or profits, or any other damage that MATTEL'S alleged "efforts to include

16 negative references to MGA or Bratz on Mattel's 'We Believe in Girls' website"

17 caused to YOU.

18 RESPONSE TO REQUEST FOR PRODUCTION NO. 84:

19      MGA Mexico incorporates by reference its General Response and General

20 Objections above, as though fully set forth herein and specifically incorporates

21 General Objection No. 15 (regarding Definitions), including without limitation MGA

22 Mexico's objection to the definition of the term YOU, and its incorporated term

23 PERSON.  MGA Mexico further objects to the request to the extent it seeks the

24 production of documents that are protected from disclosure under any applicable

25 privilege, doctrine or immunity, including without limitation the attorney-client

26 privilege, the work product doctrine, the right of privacy, and all other privileges

27 recognized under the constitutional, statutory or decisional law of the United States

28 of America, the State of California or any other applicable jurisdiction, including, but

EXHIBIT __4__

PAGE __5/1__

1   not limited to, such laws existing in the United Mexican States.  MGA Mexico

2   further objects to this request as being overly broad and unduly burdensome on the

3   grounds that it is not limited in time or geographical scope.  MGA Mexico further

4   objects to this request on the grounds that the phrase "[a]ll DOCUMENTS, including

5   but not limited to all COMMUNICATIONS with any PERSON, RELATING TO"

6   does not comply with the "reasonable particularity" requirement of Federal Rule of

7   Civil Procedure 34 and renders the request overly broad and unduly burdensome in

8   light of "the wealth of material already made available in this case."  Westhemeco

9   Ltd. v. New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA

10  Mexico further objects that the phrase "any loss, harm, injury, increased expense,

11  lost revenue or profits, or any other damage" is compound and, as such, renders the

12  request vague, ambiguous, and unintelligible.  MGA Mexico further objects to the

13  request to the extent that it seeks documents that by reason of public filing, public

14  distribution or otherwise are already in Mattel's possession or are readily accessible

15  to Mattel.  MGA Mexico further objects to the request to the extent that it seeks

16  documents not in MGA Mexico's possession, custody or control.  MGA Mexico

17  further objects to the request to the extent it seeks confidential, proprietary or

18  commercially sensitive information, the disclosure of which would be inimical to the

19  business interests of MGA Mexico or MGA.  MGA Mexico further objects to the

20  request to the extent it violates the privacy rights of third parties to their private,

21  confidential, proprietary or trade secret information.

22        MGA Mexico further objects to this request as cumulative, duplicative, and

23  unduly burdensome to the extent that it seeks documents previously requested by

24  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

25  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

26  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

27  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

28  Set of Requests for Production of Documents and Things to Isaac Larian and

EXHIBIT ___4___
PAGE ___572___

1  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

2  Documents and Things to MGAE de Mexico S.R.L. de C.V.

3       Without waiving any of the foregoing General or Specific Objections, but

4  rather expressly preserving each and every such objection, MGA Mexico responds as

5  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

6  possession, custody or control, if any, that it is able to locate following a reasonably

7  diligent search.

8  REQUEST FOR PRODUCTION NO. 85:

9       All DOCUMENTS, if any, that YOU contend prove or tend to prove that

10  alleged "negative references to MGA or Bratz on Mattel's 'We Believe in Girls'

11  website" were posted by MATTEL and not by third parties.

12  RESPONSE TO REQUEST FOR PRODUCTION NO. 85:

13      MGA Mexico incorporates by reference its General Response and General

14  Objections above, as though fully set forth herein and specifically incorporates

15  General Objection No. 15 (regarding Definitions), including without limitation MGA

16  Mexico's objection to the definition of the term YOU, and its incorporated term

17  PERSON.  MGA Mexico further objects to the request to the extent it seeks the

18  production of documents that are protected from disclosure under any applicable

19  privilege, doctrine or immunity, including without limitation the attorney-client

20  privilege, the work product doctrine, the right of privacy, and all other privileges

21  recognized under the constitutional, statutory or decisional law of the United States

22  of America, the State of California or any other applicable jurisdiction, including, but

23  not limited to, such laws existing in the United Mexican States.  MGA Mexico

24  further objects to this request as being overly broad and unduly burdensome on the

25  grounds that it is not limited in time or geographical scope.  MGA Mexico further

26  objects to this request on the grounds that the phrase "[a]ll DOCUMENTS" does not

27  comply with the "reasonable particularity" requirement of Federal Rule of Civil

28  Procedure 34 and renders the request overly broad and unduly burdensome in light of

EXHIBIT __4__
PAGE __573__

1  "the wealth of material already made available in this case."  Westhemeco Ltd. v.

2  New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA Mexico

3  further objects that the phrase "prove or tend to prove" is compound and, as such,

4  renders the request vague, ambiguous, and unintelligible.  MGA Mexico further

5  objects to the request to the extent that it seeks documents that by reason of public

6  filing, public distribution or otherwise are already in Mattel's possession or are

7  readily accessible to Mattel.  MGA Mexico further objects to the request to the

8  extent that it seeks documents not in MGA Mexico's possession, custody or control.

9  MGA Mexico further objects to the request to the extent it seeks confidential,

10  proprietary or commercially sensitive information, the disclosure of which would be

11  inimical to the business interests of MGA Mexico or MGA.  MGA Mexico further

12  objects to the request to the extent it violates the privacy rights of third parties to

13  their private, confidential, proprietary or trade secret information.

14      MGA Mexico further objects to this request as cumulative, duplicative, and

15  unduly burdensome to the extent that it seeks documents previously requested by

16  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

17  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

18  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

19  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

20  Set of Requests for Production of Documents and Things to Isaac Larian and

21  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

22  Documents and Things to MGAE de Mexico S.R.L. de C.V.

23      Without waiving any of the foregoing General or Specific Objections, but

24  rather expressly preserving each and every such objection, MGA Mexico responds as

25  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

26  possession, custody or control, if any, that it is able to locate following a reasonably

27  diligent search.

28

EXHIBIT __4__
PAGE ___574___

1  REQUEST FOR PRODUCTION NO. 86:

2        All DOCUMENTS, including but not limited to all COMMUNICATIONS

3  with any PERSON, that REFER OR RELATE TO YOUR engaging in efforts to

4  include negative or unfavorable references to MATTEL on any website.

5  RESPONSE TO REQUEST FOR PRODUCTION NO. 86:

6        MGA Mexico incorporates by reference its General Response and General

7  Objections above, as though fully set forth herein and specifically incorporates

8  General Objection No. 15 (regarding Definitions), including without limitation MGA

9  Mexico's objection to the definition of the term YOUR, and its incorporated term

10 PERSON.  MGA Mexico further objects to the request to the extent it seeks the

11 production of documents that are protected from disclosure under any applicable

12 privilege, doctrine or immunity, including without limitation the attorney-client

13 privilege, the work product doctrine, the right of privacy, and all other privileges

14 recognized under the constitutional, statutory or decisional law of the United States

15 of America, the State of California or any other applicable jurisdiction, including, but

16 not limited to, such laws existing in the United Mexican States.  MGA Mexico

17 further objects to this request as being overly broad and unduly burdensome on the

18 grounds that it is not limited in time or geographical scope.  MGA Mexico further

19 objects to this request on the grounds that the phrase "[a]ll DOCUMENTS, including

20 but not limited to all COMMUNICATIONS with any PERSON, that REFER OR

21 RELATE TO" does not comply with the "reasonable particularity" requirement of

22 Federal Rule of Civil Procedure 34 and renders the request overly broad and unduly

23 burdensome in light of "the wealth of material already made available in this case."

24 Westhemeco Ltd. v. New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).

25 MGA Mexico further objects that the phrase "YOUR engaging in efforts to include

26 negative or unfavorable references to MATTEL on any website" is (1) accusatory

27 and argumentative such that MGA Mexico would have to respond to the allegations

28 of the request before providing any substantive response, see Zadrozny v. Board of

144

EXHIBIT __4__
PAGE __5/5__

1  Trustees District No. 508, 1991 WL 66705, at *1 (N.D. Ill. April 24, 1991), and (2)

2  compound, rendering the request vague, ambiguous, and unintelligible.  MGA

3  Mexico further objects to the request to the extent that it seeks documents that by

4  reason of public filing, public distribution or otherwise are already in Mattel's

5  possession or are readily accessible to Mattel.  MGA Mexico further objects to the

6  request to the extent that it seeks documents not in MGA Mexico's possession,

7  custody or control.  MGA Mexico further objects to the request to the extent it seeks

8  confidential, proprietary or commercially sensitive information, the disclosure of

9  which would be inimical to the business interests of MGA Mexico or MGA.  MGA

10  Mexico further objects to the request to the extent it violates the privacy rights of

11  third parties to their private, confidential, proprietary or trade secret information.

12  REQUEST FOR PRODUCTION NO. 87:

13        All DOCUMENTS, including but not limited to all COMMUNICATIONS

14  with any PERSON, that REFER OR RELATE TO YOUR engaging in efforts to

15  include negative or unfavorable references to MATTEL products on any website.

16  RESPONSE TO REQUEST FOR PRODUCTION NO. 87:

17        MGA Mexico incorporates by reference its General Response and General

18  Objections above, as though fully set forth herein and specifically incorporates

19  General Objection No. 15 (regarding Definitions), including without limitation MGA

20  Mexico's objection to the definition of the term YOUR, and its incorporated term

21  PERSON.  MGA Mexico further objects to the request to the extent it seeks the

22  production of documents that are protected from disclosure under any applicable

23  privilege, doctrine or immunity, including without limitation the attorney-client

24  privilege, the work product doctrine, the right of privacy, and all other privileges

25  recognized under the constitutional, statutory or decisional law of the United States

26  of America, the State of California or any other applicable jurisdiction, including, but

27  not limited to, such laws existing in the United Mexican States.  MGA Mexico

28  further objects to this request as being overly broad and unduly burdensome on the

145

1  grounds that it is not limited in time or geographical scope.  MGA Mexico further

2  objects to this request on the grounds that the phrase "[a]ll DOCUMENTS, including

3  but not limited to all COMMUNICATIONS with any PERSON, that REFER OR

4  RELATE TO" does not comply with the "reasonable particularity" requirement of

5  Federal Rule of Civil Procedure 34 and renders the request overly broad and unduly

6  burdensome in light of "the wealth of material already made available in this case."

7  Westhemeco Ltd. v. New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).

8  MGA Mexico further objects that the phrase "YOUR engaging in efforts to include

9  negative or unfavorable references to MATTEL products on any website" is (1)

10  accusatory and argumentative such that MGA Mexico would have to respond to the

11  allegations of the request before providing any substantive response, see Zadrozny v.

12  Board of Trustees District No. 508, 1991 WL 66705, at *1 (N.D. Ill. April 24, 1991),

13  and (2) compound, rendering the request vague, ambiguous, and unintelligible.

14  MGA Mexico further objects to the request to the extent that it seeks documents that

15  by reason of public filing, public distribution or otherwise are already in Mattel's

16  possession or are readily accessible to Mattel.  MGA Mexico further objects to the

17  request to the extent that it seeks documents not in MGA Mexico's possession,

18  custody or control.  MGA Mexico further objects to the request to the extent it seeks

19  confidential, proprietary or commercially sensitive information, the disclosure of

20  which would be inimical to the business interests of MGA Mexico or MGA.  MGA

21  Mexico further objects to the request to the extent it violates the privacy rights of

22  third parties to their private, confidential, proprietary or trade secret information.

23  REQUEST FOR PRODUCTION NO. 88:

24        All DOCUMENTS, including but not limited to all COMMUNICATIONS

25  with any PERSON, that REFER OR RELATE TO YOUR engaging in efforts to

26  include negative or unfavorable references to MATTEL employees on any website.

27

28

RESPONSE TO REQUEST FOR PRODUCTION NO. 88:

    MGA Mexico incorporates by reference its General Response and General Objections above, as though fully set forth herein and specifically incorporates General Objection No. 15 (regarding Definitions), including without limitation MGA Mexico's objection to the definition of the term YOUR, and its incorporated term PERSON.  MGA Mexico further objects to the request to the extent it seeks the production of documents that are protected from disclosure under any applicable privilege, doctrine or immunity, including without limitation the attorney-client privilege, the work product doctrine, the right of privacy, and all other privileges recognized under the constitutional, statutory or decisional law of the United States of America, the State of California or any other applicable jurisdiction, including, but not limited to, such laws existing in the United Mexican States.  MGA Mexico further objects to this request as being overly broad and unduly burdensome on the grounds that it is not limited in time or geographical scope.  MGA Mexico further objects to this request on the grounds that the phrase "[a]ll DOCUMENTS, including but not limited to all COMMUNICATIONS with any PERSON, that REFER OR RELATE TO" does not comply with the "reasonable particularity" requirement of Federal Rule of Civil Procedure 34 and renders the request overly broad and unduly burdensome in light of "the wealth of material already made available in this case." Westhemeco Ltd. v. New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979). MGA Mexico further objects that the phrase "YOUR engaging in efforts to include negative or unfavorable references to MATTEL employees on any website" is (1) accusatory and argumentative such that MGA Mexico would have to respond to the allegations of the request before providing any substantive response, see Zadrozny v. Board of Trustees District No. 508, 1991 WL 66705, at *1 (N.D. Ill. April 24, 1991), and (2) compound, rendering the request vague, ambiguous, and unintelligible. MGA Mexico further objects to the request to the extent that it seeks documents that by reason of public filing, public distribution or otherwise are already in Mattel's

147

EXHIBIT ___4___
PAGE ___578___

1  possession or are readily accessible to Mattel.  MGA Mexico further objects to the
2  request to the extent that it seeks documents not in MGA Mexico's possession,
3  custody or control.  MGA Mexico further objects to the request to the extent it seeks
4  confidential, proprietary or commercially sensitive information, the disclosure of
5  which would be inimical to the business interests of MGA Mexico or MGA.  MGA
6  Mexico further objects to the request to the extent it violates the privacy rights of
7  third parties to their private, confidential, proprietary or trade secret information.
8  REQUEST FOR PRODUCTION NO. 89:
9       All DOCUMENTS that support any contention by YOU that MATTEL'S acts
10  that are the subject of any alleged defense of YOURS, including without limitation,
11  YOUR alleged "unclean hands" defense, is not barred, in whole or in part, by the
12  Communications Decency Act.
13  RESPONSE TO REQUEST FOR PRODUCTION NO. 89:
14       MGA Mexico incorporates by reference its General Response and General
15  Objections above, as though fully set forth herein and specifically incorporates
16  General Objection No. 15 (regarding Definitions), including without limitation MGA
17  Mexico's objection to the definition of the term YOUR, and its incorporated term
18  PERSON.  MGA Mexico further objects to the request to the extent it seeks the
19  production of documents that are protected from disclosure under any applicable
20  privilege, doctrine or immunity, including without limitation the attorney-client
21  privilege, the work product doctrine, the right of privacy, and all other privileges
22  recognized under the constitutional, statutory or decisional law of the United States
23  of America, the State of California or any other applicable jurisdiction, including, but
24  not limited to, such laws existing in the United Mexican States.  MGA Mexico
25  further objects to this request as being overly broad and unduly burdensome on the
26  grounds that it is not limited in time or geographical scope.  MGA Mexico further
27  objects to this request on the grounds that the phrase "[a]ll DOCUMENTS" does not
28  comply with the "reasonable particularity" requirement of Federal Rule of Civil

1  Procedure 34 and renders the request overly broad and unduly burdensome in light of

2  "the wealth of material already made available in this case." Westhemeco Ltd. v.

3  New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA Mexico

4  further objects to the request to the extent that it seeks documents not in MGA

5  Mexico's possession, custody or control.  MGA Mexico further objects to the request

6  to the extent it seeks confidential, proprietary or commercially sensitive information,

7  the disclosure of which would be inimical to the business interests of MGA Mexico

8  or MGA.  MGA Mexico further objects to the request to the extent it violates the

9  privacy rights of third parties to their private, confidential, proprietary or trade secret

10 information.

11      MGA Mexico further objects to this request as cumulative, duplicative, and

12 unduly burdensome to the extent that it seeks documents previously requested by

13 Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

14 to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

15 in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

16 Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

17 Set of Requests for Production of Documents and Things to Isaac Larian and

18 Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

19 Documents and Things to MGAE de Mexico S.R.L. de C.V.

20      Without waiving any of the foregoing General or Specific Objections, but

21 rather expressly preserving each and every such objection, MGA Mexico responds as

22 follows:  MGA Mexico will produce all non-privileged, responsive documents in its

23 possession, custody or control, if any, that it is able to locate following a reasonably

24 diligent search.

25 REQUEST FOR PRODUCTION NO. 90:

26      All DOCUMENTS that support any contention by YOU that MATTEL'S acts

27 that are the subject of any alleged defense of YOURS, including without limitation,

28

EXHIBIT __4__
PAGE ___520___

1  YOUR alleged "unclean hands" defense, is not barred, in whole or in part, by the

2  First Amendment to the United States Constitution.

3  RESPONSE TO REQUEST FOR PRODUCTION NO. 90:

4       MGA Mexico incorporates by reference its General Response and General

5  Objections above, as though fully set forth herein and specifically incorporates

6  General Objection No. 15 (regarding Definitions), including without limitation MGA

7  Mexico's objection to the definition of the term YOUR, and its incorporated term

8  PERSON.  MGA Mexico further objects to the request to the extent it seeks the

9  production of documents that are protected from disclosure under any applicable

10  privilege, doctrine or immunity, including without limitation the attorney-client

11  privilege, the work product doctrine, the right of privacy, and all other privileges

12  recognized under the constitutional, statutory or decisional law of the United States

13  of America, the State of California or any other applicable jurisdiction, including, but

14  not limited to, such laws existing in the United Mexican States.  MGA Mexico

15  further objects to this request as being overly broad and unduly burdensome on the

16  grounds that it is not limited in time or geographical scope.  MGA Mexico further

17  objects to this request on the grounds that the phrase "[a]ll DOCUMENTS" does not

18  comply with the "reasonable particularity" requirement of Federal Rule of Civil

19  Procedure 34 and renders the request overly broad and unduly burdensome in light of

20  "the wealth of material already made available in this case."  Westhemeco Ltd. v.

21  New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA Mexico

22  further objects to the request to the extent that it seeks documents not in MGA

23  Mexico's possession, custody or control.  MGA Mexico further objects to the request

24  to the extent it seeks confidential, proprietary or commercially sensitive information,

25  the disclosure of which would be inimical to the business interests of MGA Mexico

26  or MGA.  MGA Mexico further objects to the request to the extent it violates the

27  privacy rights of third parties to their private, confidential, proprietary or trade secret

28  information.

EXHIBIT __4__
PAGE __52l__

1    MGA Mexico further objects to this request as cumulative, duplicative, and

2    unduly burdensome to the extent that it seeks documents previously requested by

3    Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

4    to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

5    in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

6    Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

7    Set of Requests for Production of Documents and Things to Isaac Larian and

8    Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

9    Documents and Things to MGAE de Mexico S.R.L. de C.V.

10   Without waiving any of the foregoing General or Specific Objections, but

11   rather expressly preserving each and every such objection, MGA Mexico responds as

12   follows:  MGA Mexico will produce all non-privileged, responsive documents in its

13   possession, custody or control, if any, that it is able to locate following a reasonably

14   diligent search.

15   REQUEST FOR PRODUCTION NO. 91:

16   All DOCUMENTS, including but not limited to all COMMUNICATIONS

17   with any PERSON, that REFER OR RELATE TO YOUR allegation that MATTEL

18   engaged in "efforts or inten[ded] to interfere with business dealings or contractual

19   relations between MGA and [SMOBY]."

20   RESPONSE TO REQUEST FOR PRODUCTION NO. 91:

21   MGA Mexico incorporates by reference its General Response and General

22   Objections above, as though fully set forth herein and specifically incorporates

23   General Objection No. 15 (regarding Definitions), including without limitation MGA

24   Mexico's objection to the definition of the term YOUR, and its incorporated term

25   PERSON.  MGA Mexico further objects to the request to the extent it seeks the

26   production of documents that are protected from disclosure under any applicable

27   privilege, doctrine or immunity, including without limitation the attorney-client

28   privilege, the work product doctrine, the right of privacy, and all other privileges

151

EXHIBIT __4__
PAGE ___522___

1 recognized under the constitutional, statutory or decisional law of the United States

2 of America, the State of California or any other applicable jurisdiction, including, but

3 not limited to, such laws existing in the United Mexican States.  MGA Mexico

4 further objects to this request as being overly broad and unduly burdensome on the

5 grounds that it is not limited in time or geographical scope.  MGA Mexico further

6 objects to this request on the grounds that the phrase "[a]ll DOCUMENTS, including

7 but not limited to all COMMUNICATIONS with any PERSON, that REFER OR

8 RELATE TO" does not comply with the "reasonable particularity" requirement of

9 Federal Rule of Civil Procedure 34 and renders the request overly broad and unduly

10 burdensome in light of "the wealth of material already made available in this case."

11 Westhemeco Ltd. v. New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).

12 MGA Mexico further objects to the request to the extent that it seeks documents that

13 by reason of public filing, public distribution or otherwise are already in Mattel's

14 possession or are readily accessible to Mattel.  MGA Mexico further objects to the

15 request to the extent that it seeks documents not in MGA Mexico's possession,

16 custody or control.  MGA Mexico further objects to the request to the extent it seeks

17 confidential, proprietary or commercially sensitive information, the disclosure of

18 which would be inimical to the business interests of MGA Mexico or MGA.  MGA

19 Mexico further objects to the request to the extent it violates the privacy rights of

20 third parties to their private, confidential, proprietary or trade secret information.

21       MGA Mexico further objects to this request as cumulative, duplicative, and

22 unduly burdensome to the extent that it seeks documents previously requested by

23 Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

24 to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

25 in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

26 Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

27 Set of Requests for Production of Documents and Things to Isaac Larian and

28

EXHIBIT __4__
PAGE __523__

1  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

2  Documents and Things to MGAE de Mexico S.R.L. de C.V.

3    Without waiving any of the foregoing General or Specific Objections, but

4  rather expressly preserving each and every such objection, MGA Mexico responds as

5  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

6  possession, custody or control, if any, that it is able to locate following a reasonably

7  diligent search.

8  REQUEST FOR PRODUCTION NO. 92:

9    All DOCUMENTS, including but not limited to all COMMUNICATIONS

10  with any PERSON, that YOU contend prove or that YOU will rely on at trial to

11  prove that MATTEL engaged in "efforts or inten[ded] to interfere with business

12  dealings or contractual relations between MGA and [SMOBY]."

13  RESPONSE TO REQUEST FOR PRODUCTION NO. 92:

14    MGA Mexico incorporates by reference its General Response and General

15  Objections above, as though fully set forth herein and specifically incorporates

16  General Objection No. 15 (regarding Definitions), including without limitation MGA

17  Mexico's objection to the definition of the term YOU, and its incorporated term

18  PERSON.  MGA Mexico further objects to the request to the extent it seeks the

19  production of documents that are protected from disclosure under any applicable

20  privilege, doctrine or immunity, including without limitation the attorney-client

21  privilege, the work product doctrine, the right of privacy, and all other privileges

22  recognized under the constitutional, statutory or decisional law of the United States

23  of America, the State of California or any other applicable jurisdiction, including, but

24  not limited to, such laws existing in the United Mexican States.  MGA Mexico

25  further objects to this request as being overly broad and unduly burdensome on the

26  grounds that it is not limited in time or geographical scope.  MGA Mexico further

27  objects to this request on the grounds that the phrase "[a]ll DOCUMENTS, including

28  but not limited to all COMMUNICATIONS with any PERSON" does not comply

EXHIBIT **4**
PAGE **524**

1 | with the "reasonable particularity" requirement of Federal Rule of Civil Procedure 34

2 | and renders the request overly broad and unduly burdensome in light of "the wealth

3 | of material already made available in this case." Westhemeco Ltd. v. New

4 | Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979). MGA Mexico further

5 | objects that the phrase "that YOU contend prove or that YOU will rely on at trial to

6 | prove" is compound and, as such, renders the request vague, ambiguous, and

7 | unintelligible. MGA Mexico further objects to the request to the extent that it seeks

8 | documents that by reason of public filing, public distribution or otherwise are already

9 | in Mattel's possession or are readily accessible to Mattel. MGA Mexico further

10 | objects to the request to the extent that it seeks documents not in MGA Mexico's

11 | possession, custody or control. MGA Mexico further objects to the request to the

12 | extent it seeks confidential, proprietary or commercially sensitive information, the

13 | disclosure of which would be inimical to the business interests of MGA Mexico or

14 | MGA. MGA Mexico further objects to the request to the extent it violates the

15 | privacy rights of third parties to their private, confidential, proprietary or trade secret

16 | information.

17 |     MGA Mexico further objects to this request as cumulative, duplicative, and

18 | unduly burdensome to the extent that it seeks documents previously requested by

19 | Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

20 | to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

21 | in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

22 | Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

23 | Set of Requests for Production of Documents and Things to Isaac Larian and

24 | Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

25 | Documents and Things to MGAE de Mexico S.R.L. de C.V.

26 |     Without waiving any of the foregoing General or Specific Objections, but

27 | rather expressly preserving each and every such objection, MGA Mexico responds as

28 | follows: MGA Mexico will produce all non-privileged, responsive documents in its

EXHIBIT ___4___
PAGE ___525___

1  possession, custody or control, if any, that it is able to locate following a reasonably

2  diligent search.

3  REQUEST FOR PRODUCTION NO. 93:

4      DOCUMENTS sufficient to IDENTIFY all PERSONS with knowledge of

5  YOUR allegation that MATTEL engaged in "efforts or inten[ded] to interfere with

6  business dealings or contractual relations between MGA and [SMOBY]."

7  RESPONSE TO REQUEST FOR PRODUCTION NO. 93:

8      MGA Mexico incorporates by reference its General Response and General

9  Objections above, as though fully set forth herein and specifically incorporates

10  General Objection No. 15 (regarding Definitions), including without limitation MGA

11  Mexico's objection to the definition of the terms YOUR, and its incorporated term

12  PERSON.  MGA Mexico further objects to the request to the extent it seeks the

13  production of documents that are protected from disclosure under any applicable

14  privilege, doctrine or immunity, including without limitation the attorney-client

15  privilege, the work product doctrine, the right of privacy, and all other privileges

16  recognized under the constitutional, statutory or decisional law of the United States

17  of America, the State of California or any other applicable jurisdiction, including, but

18  not limited to, such laws existing in the United Mexican States.  MGA Mexico

19  further objects to this request as being overly broad and unduly burdensome on the

20  grounds that it is not limited in time or geographical scope.  MGA Mexico further

21  objects to this request on the grounds that the phrase "all PERSONS with knowledge

22  of YOUR allegation" renders the request vague, ambiguous, overly broad and unduly

23  burdensome in that anyone who has read MGA Mexico's Answer in this matter has

24  "knowledge of [MGA Mexico's] allegation," without regard to whether the factual

25  basis for the allegation is known to them.  MGA Mexico further objects to the

26  request to the extent that it seeks documents that by reason of public filing, public

27  distribution or otherwise are already in Mattel's possession or are readily accessible

28  to Mattel.  MGA Mexico further objects to the request to the extent that it seeks

EXHIBIT __4__
PAGE __526__

1  documents not in MGA Mexico's possession, custody or control.  MGA Mexico

2  further objects to the request to the extent it seeks confidential, proprietary or

3  commercially sensitive information, the disclosure of which would be inimical to the

4  business interests of MGA Mexico or MGA.  MGA Mexico further objects to the

5  request to the extent it violates the privacy rights of third parties to their private,

6  confidential, proprietary or trade secret information.

7       MGA Mexico further objects to this request as cumulative, duplicative, and

8  unduly burdensome to the extent that it seeks documents previously requested by

9  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

10  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

11  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

12  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

13  Set of Requests for Production of Documents and Things to Isaac Larian and

14  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

15  Documents and Things to MGAE de Mexico S.R.L. de C.V.

16       Without waiving any of the foregoing General or Specific Objections, but

17  rather expressly preserving each and every such objection, MGA Mexico responds as

18  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

19  possession, custody or control, if any, that it is able to locate following a reasonably

20  diligent search.

21  REQUEST FOR PRODUCTION NO. 94:

22       DOCUMENTS describing the time periods during which MATTEL allegedly

23  engaged in "efforts ... to interfere with business dealings or contractual relations

24  between MGA and [SMOBY]."

25  RESPONSE TO REQUEST FOR PRODUCTION NO. 94:

26       MGA Mexico incorporates by reference its General Response and General

27  Objections above, as though fully set forth herein.  MGA Mexico further objects to

28  the request to the extent it seeks the production of documents that are protected from

156

EXHIBIT __4__
PAGE ___527___

1  disclosure under any applicable privilege, doctrine or immunity, including without

2  limitation the attorney-client privilege, the work product doctrine, the right of

3  privacy, and all other privileges recognized under the constitutional, statutory or

4  decisional law of the United States of America, the State of California or any other

5  applicable jurisdiction, including, but not limited to, such laws existing in the United

6  Mexican States.  MGA Mexico further objects to this request as being overly broad

7  and unduly burdensome on the grounds that it is not limited in time or geographical

8  scope.  MGA Mexico further objects to this request on the grounds that the phrase

9  "DOCUMENTS describing the time periods during which" renders the request vague,

10  ambiguous, and unintelligible.  MGA Mexico further objects to the request to the

11  extent that it seeks documents that by reason of public filing, public distribution or

12  otherwise are already in Mattel's possession or are readily accessible to Mattel.

13  MGA Mexico further objects to the request to the extent that it seeks documents not

14  in MGA Mexico's possession, custody or control.  MGA Mexico further objects to

15  the request to the extent it seeks confidential, proprietary or commercially sensitive

16  information, the disclosure of which would be inimical to the business interests of

17  MGA Mexico or MGA.  MGA Mexico further objects to the request to the extent it

18  violates the privacy rights of third parties to their private, confidential, proprietary or

19  trade secret information.

20       MGA Mexico further objects to this request as cumulative, duplicative, and

21  unduly burdensome to the extent that it seeks documents previously requested by

22  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

23  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

24  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

25  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

26  Set of Requests for Production of Documents and Things to Isaac Larian and

27  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

28  Documents and Things to MGAE de Mexico S.R.L. de C.V.

EXHIBIT __4__
PAGE __528__

1    MGA Mexico further objects to this request as cumulative, duplicative, and

2  unduly burdensome to the extent that it seeks documents previously requested by

3  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

4  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

5  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

6  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

7  Set of Requests for Production of Documents and Things to Isaac Larian and

8  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

9  Documents and Things to MGAE de Mexico S.R.L. de C.V.

10    Without waiving any of the foregoing General or Specific Objections, but

11  rather expressly preserving each and every such objection, MGA Mexico responds as

12  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

13  possession, custody or control, if any, that it is able to locate following a reasonably

14  diligent search.

15  REQUEST FOR PRODUCTION NO. 95:

16    DOCUMENTS sufficient to IDENTIFY the PERSONS at MATTEL who

17  allegedly engaged in "efforts ... to interfere with business dealings or contractual

18  relations between MGA and [SMOBY]."

19  RESPONSE TO REQUEST FOR PRODUCTION NO. 95:

20    MGA Mexico incorporates by reference its General Response and General

21  Objections above, as though fully set forth herein and specifically incorporates

22  General Objection No. 15 (regarding Definitions), including without limitation MGA

23  Mexico's objection to the definition of the term PERSON.  MGA Mexico further

24  objects to the request to the extent it seeks the production of documents that are

25  protected from disclosure under any applicable privilege, doctrine or immunity,

26  including without limitation the attorney-client privilege, the work product doctrine,

27  the right of privacy, and all other privileges recognized under the constitutional,

28  statutory or decisional law of the United States of America, the State of California or

EXHIBIT __4__
PAGE __529__

1  any other applicable jurisdiction, including, but not limited to, such laws existing in
2  the United Mexican States.  MGA Mexico further objects to this request as being
3  overly broad and unduly burdensome on the grounds that it is not limited in time or
4  geographical scope.  MGA Mexico further objects to the request to the extent that it
5  seeks documents that by reason of public filing, public distribution or otherwise are
6  already in Mattel's possession or are readily accessible to Mattel.  MGA Mexico
7  further objects to the request to the extent that it seeks documents not in MGA
8  Mexico's possession, custody or control.  MGA Mexico further objects to the request
9  to the extent it seeks confidential, proprietary or commercially sensitive information,
10  the disclosure of which would be inimical to the business interests of MGA Mexico
11  or MGA.  MGA Mexico further objects to the request to the extent it violates the
12  privacy rights of third parties to their private, confidential, proprietary or trade secret
13  information.

14      MGA Mexico further objects to this request as cumulative, duplicative, and
15  unduly burdensome to the extent that it seeks documents previously requested by
16  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response
17  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100
18  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible
19  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First
20  Set of Requests for Production of Documents and Things to Isaac Larian and
21  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of
22  Documents and Things to MGAE de Mexico S.R.L. de C.V.

23      Without waiving any of the foregoing General or Specific Objections, but
24  rather expressly preserving each and every such objection, MGA Mexico responds as
25  follows:  MGA Mexico will produce all non-privileged, responsive documents in its
26  possession, custody or control, if any, that it is able to locate following a reasonably
27  diligent search.

28

EXHIBIT __4__
PAGE __530__

1  REQUEST FOR PRODUCTION NO. 96:

2      All DOCUMENTS that REFER OR RELATE TO the "business dealings or

3  contractual relations between MGA and [SMOBY]."

4  RESPONSE TO REQUEST FOR PRODUCTION NO. 96:

5      MGA Mexico incorporates by reference its General Response and General

6  Objections above, as though fully set forth herein.  MGA Mexico further objects to

7  the request to the extent it seeks the production of documents that are protected from

8  disclosure under any applicable privilege, doctrine or immunity, including without

9  limitation the attorney-client privilege, the work product doctrine, the right of

10  privacy, and all other privileges recognized under the constitutional, statutory or

11  decisional law of the United States of America, the State of California or any other

12  applicable jurisdiction, including, but not limited to, such laws existing in the United

13  Mexican States.  MGA Mexico further objects to this request on the grounds that the

14  phrase "[a]ll DOCUMENTS that REFER OR RELATE TO" does not comply with

15  the "reasonable particularity" requirement of Federal Rule of Civil Procedure 34 and

16  renders the request overly broad and unduly burdensome in light of "the wealth of

17  material already made available in this case."  Westhemeco Ltd. v. New Hampshire

18  Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA Mexico further objects to this

19  request as being overly broad and unduly burdensome on the grounds that it is not

20  limited in time or geographical scope.  MGA Mexico further objects to the request to

21  the extent that it seeks documents that by reason of public filing, public distribution

22  or otherwise are already in Mattel's possession or are readily accessible to Mattel.

23  MGA Mexico further objects to the request to the extent that it seeks documents not

24  in MGA Mexico's possession, custody or control.  MGA Mexico further objects to

25  the request to the extent it seeks confidential, proprietary or commercially sensitive

26  information, the disclosure of which would be inimical to the business interests of

27  MGA Mexico or MGA.  MGA Mexico further objects to the request to the extent it

28

MGA MEXICO'S RESPONSE TO MATTEL'S 2D SET OF REQUESTS FOR DOCS.   Case No. CV-04-9049 SGL

EXHIBIT ___4___
PAGE ___531___

1  violates the privacy rights of third parties to their private, confidential, proprietary or

2  trade secret information.

3       MGA Mexico further objects to this request as cumulative, duplicative, and

4  unduly burdensome to the extent that it seeks documents previously requested by

5  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

6  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

7  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

8  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

9  Set of Requests for Production of Documents and Things to Isaac Larian and

10  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

11  Documents and Things to MGAE de Mexico S.R.L. de C.V.

12       Without waiving any of the foregoing General or Specific Objections, but

13  rather expressly preserving each and every such objection, MGA Mexico responds as

14  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

15  possession, custody or control, if any, that it is able to locate following a reasonably

16  diligent search.

17  REQUEST FOR PRODUCTION NO. 97:

18       All DOCUMENTS sufficient to show the IDENTITY of the PERSONS who

19  advised, financed, brokered, opined, negotiated or consulted on YOUR behalf of, or

20  on behalf of any of YOUR AFFILIATES, in connection with the "business dealings

21  or contractual relations between MGA and [SMOBY]," including but not limited to,

22  investment bankers, lenders, financial institutions, lawyers, accountants, auditors,

23  actuaries, syndicates, brokers, securities advisors and their agents.

24  RESPONSE TO REQUEST FOR PRODUCTION NO. 97:

25       MGA Mexico incorporates by reference its General Response and General

26  Objections above, as though fully set forth herein and specifically incorporates

27  General Objection No. 15 (regarding Definitions), including without limitation MGA

28  Mexico's objection to the definition of the terms YOUR, and its incorporated term

EXHIBIT __4__

PAGE __532__

1 PERSON. MGA Mexico further objects to the request to the extent it seeks the

2 production of documents that are protected from disclosure under any applicable

3 privilege, doctrine or immunity, including without limitation the attorney-client

4 privilege, the work product doctrine, the right of privacy, and all other privileges

5 recognized under the constitutional, statutory or decisional law of the United States

6 of America, the State of California or any other applicable jurisdiction, including, but

7 not limited to, such laws existing in the United Mexican States. MGA Mexico

8 further objects to this request as being overly broad and unduly burdensome on the

9 grounds that it is not limited in time or geographical scope. MGA Mexico further

10 objects to this request on the grounds that the phrase "[a]ll DOCUMENTS" does not

11 comply with the "reasonable particularity" requirement of Federal Rule of Civil

12 Procedure 34 and renders the request overly broad and unduly burdensome in light of

13 "the wealth of material already made available in this case." Westhemeco Ltd. v.

14 New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979). MGA Mexico

15 further objects that the phrases "the PERSONS who advised, financed, brokered,

16 opined, negotiated or consulted on YOUR behalf of, or on behalf of any of YOUR

17 AFFILIATES" and "including but not limited to, investment bankers, lenders,

18 financial institutions, lawyers, accountants, auditors, actuaries, syndicates, brokers,

19 securities advisors and their agents" are, both individually and taken together,

20 compound, rendering the request vague, ambiguous and unintelligible. MGA

21 Mexico further objects to the request to the extent that it seeks documents that by

22 reason of public filing, public distribution or otherwise are already in Mattel's

23 possession or are readily accessible to Mattel. MGA Mexico further objects to the

24 request to the extent that it seeks documents not in MGA Mexico's possession,

25 custody or control. MGA Mexico further objects to the request to the extent it seeks

26 confidential, proprietary or commercially sensitive information, the disclosure of

27 which would be inimical to the business interests of MGA Mexico or MGA. MGA

28

EXHIBIT ___4___
PAGE ___533___

1   Mexico further objects to the request to the extent it violates the privacy rights of

2   third parties to their private, confidential, proprietary or trade secret information.

3   REQUEST FOR PRODUCTION NO. 98:

4          All COMMUNICATIONS between YOU and the PERSONS who advised,

5   financed, brokered, opined, negotiated or consulted on YOUR behalf of, or on behalf

6   of any of YOUR AFFILIATES, in connection with the "business dealings or

7   contractual relations between MGA and [SMOBY]," including but not limited to,

8   investment bankers, lenders, financial institutions, lawyers, accountants, auditors,

9   actuaries, syndicates, brokers, securities advisors and their agents.

10  RESPONSE TO REQUEST FOR PRODUCTION NO. 98:

11         MGA Mexico incorporates by reference its General Response and General

12  Objections above, as though fully set forth herein and specifically incorporates

13  General Objection No. 15 (regarding Definitions), including without limitation MGA

14  Mexico's objection to the definition of the terms YOUR, and its incorporated term

15  PERSON.  MGA Mexico further objects to the request to the extent it seeks the

16  production of documents that are protected from disclosure under any applicable

17  privilege, doctrine or immunity, including without limitation the attorney-client

18  privilege, the work product doctrine, the right of privacy, and all other privileges

19  recognized under the constitutional, statutory or decisional law of the United States

20  of America, the State of California or any other applicable jurisdiction, including, but

21  not limited to, such laws existing in the United Mexican States.  MGA Mexico

22  further objects to this request as being overly broad and unduly burdensome on the

23  grounds that it is not limited in time or geographical scope.  MGA Mexico further

24  objects to this request on the grounds that the phrase "[a]ll COMMUNICATIONS"

25  does not comply with the "reasonable particularity" requirement of Federal Rule of

26  Civil Procedure 34 and renders the request overly broad and unduly burdensome in

27  light of "the wealth of material already made available in this case." Westhemeco

28  Ltd. v. New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA

EXHIBIT __4__
PAGE __534__

1  Mexico further objects that the phrases "the PERSONS who advised, financed,
2  brokered, opined, negotiated or consulted on YOUR behalf of, or on behalf of any of
3  YOUR AFFILIATES" and "including but not limited to, investment bankers, lenders,
4  financial institutions, lawyers, accountants, auditors, actuaries, syndicates, brokers,
5  securities advisors and their agents" are, both individually and taken together,
6  compound, rendering the request vague, ambiguous and unintelligible.  MGA
7  Mexico further objects to the request to the extent that it seeks documents that by
8  reason of public filing, public distribution or otherwise are already in Mattel's
9  possession or are readily accessible to Mattel.  MGA Mexico further objects to the
10  request to the extent that it seeks documents not in MGA Mexico's possession,
11  custody or control.  MGA Mexico further objects to the request to the extent it seeks
12  confidential, proprietary or commercially sensitive information, the disclosure of
13  which would be inimical to the business interests of MGA Mexico or MGA.  MGA
14  Mexico further objects to the request to the extent it violates the privacy rights of
15  third parties to their private, confidential, proprietary or trade secret information.
16  REQUEST FOR PRODUCTION NO. 99:
17      All contracts, agreements, undertakings, notices, representations, opinions and
18  notes that REFER OR RELATE TO "business dealings or contractual relations
19  between MGA and [SMOBY]" and all COMMUNICATIONS that REFER OR
20  RELATE thereto, including but not limited to, drafts thereof.
21  RESPONSE TO REQUEST FOR PRODUCTION NO. 99:
22      MGA Mexico incorporates by reference its General Response and General
23  Objections above, as though fully set forth herein.  MGA Mexico further objects to
24  the request to the extent it seeks the production of documents that are protected from
25  disclosure under any applicable privilege, doctrine or immunity, including without
26  limitation the attorney-client privilege, the work product doctrine, the right of
27  privacy, and all other privileges recognized under the constitutional, statutory or
28  decisional law of the United States of America, the State of California or any other

EXHIBIT __4__
PAGE __535__

1  applicable jurisdiction, including, but not limited to, such laws existing in the United

2  Mexican States.  MGA Mexico further objects to this request as being overly broad

3  and unduly burdensome on the grounds that it is not limited in time or geographical

4  scope.  MGA Mexico further objects to this request on the grounds that the phrase

5  "[a]ll contracts, agreements, undertakings, notices, representations, opinions and

6  notes and . . . all COMMUNICATIONS that REFER OR RELATE thereto" does not

7  comply with the "reasonable particularity" requirement of Federal Rule of Civil

8  Procedure 34 and renders the request overly broad and unduly burdensome in light of

9  "the wealth of material already made available in this case." Westhemeco Ltd. v.

10  New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA Mexico

11  further objects that the phrases "[a]ll contracts, agreements, undertakings, notices,

12  representations, opinions and notes" and "all COMMUNICATIONS that REFER OR

13  RELATE thereto, including but not limited to, drafts thereof" are, both individually

14  and taken together, compound, rendering the request vague, ambiguous and

15  unintelligible.  MGA Mexico further objects to the request to the extent that it seeks

16  documents that by reason of public filing, public distribution or otherwise are already

17  in Mattel's possession or are readily accessible to Mattel.  MGA Mexico further

18  objects to the request to the extent that it seeks documents not in MGA Mexico's

19  possession, custody or control.  MGA Mexico further objects to the request to the

20  extent it seeks confidential, proprietary or commercially sensitive information, the

21  disclosure of which would be inimical to the business interests of MGA Mexico or

22  MGA.  MGA Mexico further objects to the request to the extent it violates the

23  privacy rights of third parties to their private, confidential, proprietary or trade secret

24  information.

25  REQUEST FOR PRODUCTION NO. 100:

26      All COMMUNICATIONS between YOU or YOUR AFFILIATES and any

27  regulatory body or agency, including, but not limited to government regulators, with

28

EXHIBIT __4__

PAGE __536__

1   responsibility or oversight authority over SMOBY or the "business dealings or

2   contractual relations between MGA and [SMOBY]."

3   RESPONSE TO REQUEST FOR PRODUCTION NO. 100:

4          MGA Mexico incorporates by reference its General Response and General

5   Objections above, as though fully set forth herein and specifically incorporates

6   General Objection No. 15 (regarding Definitions), including without limitation MGA

7   Mexico's objection to the definition of the terms YOUR, and its incorporated term

8   PERSON.  MGA Mexico further objects to the request to the extent it seeks the

9   production of documents that are protected from disclosure under any applicable

10  privilege, doctrine or immunity, including without limitation the attorney-client

11  privilege, the work product doctrine, the right of privacy, and all other privileges

12  recognized under the constitutional, statutory or decisional law of the United States

13  of America, the State of California or any other applicable jurisdiction, including, but

14  not limited to, such laws existing in the United Mexican States.  MGA Mexico

15  further objects to this request as being overly broad and unduly burdensome on the

16  grounds that it is not limited in time or geographical scope.  MGA Mexico further

17  objects to this request on the grounds that the phrase "[a]ll COMMUNICATIONS"

18  does not comply with the "reasonable particularity" requirement of Federal Rule of

19  Civil Procedure 34 and renders the request overly broad and unduly burdensome in

20  light of "the wealth of material already made available in this case."  Westhemeco

21  Ltd. v. New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA

22  Mexico further objects that the phrases "[a]ll COMMUNICATIONS between YOU

23  or YOUR AFFILIATES and any regulatory body or agency" and "with responsibility

24  or oversight authority over SMOBY or the 'business dealings or contractual relations

25  between MGA and [SMOBY]'" are, both individually and taken together, compound,

26  rendering the request vague, ambiguous and unintelligible.  MGA Mexico further

27  objects to the request to the extent that it seeks documents that by reason of public

28  filing, public distribution or otherwise are already in Mattel's possession or are

166

EXHIBIT __4__
PAGE __537__

1 | readily accessible to Mattel.  MGA Mexico further objects to the request to the

2 | extent that it seeks documents not in MGA Mexico's possession, custody or control.

3 | MGA Mexico further objects to the request to the extent it seeks confidential,

4 | proprietary or commercially sensitive information, the disclosure of which would be

5 | inimical to the business interests of MGA Mexico or MGA.  MGA Mexico further

6 | objects to the request to the extent it violates the privacy rights of third parties to

7 | their private, confidential, proprietary or trade secret information.

8 | REQUEST FOR PRODUCTION NO. 101:

9 | DOCUMENTS that YOU contend show or tend to show how MATTEL

10 | allegedly engaged in "efforts or inten[ded] to interfere with business dealings or

11 | contractual relations between MGA and [SMOBY]."

12 | RESPONSE TO REQUEST FOR PRODUCTION NO. 101:

13 | MGA Mexico incorporates by reference its General Response and General

14 | Objections above, as though fully set forth herein and specifically incorporates

15 | General Objection No. 15 (regarding Definitions), including without limitation MGA

16 | Mexico's objection to the definition of the terms YOU, and its incorporated term

17 | PERSON.  MGA Mexico further objects to the request to the extent it seeks the

18 | production of documents that are protected from disclosure under any applicable

19 | privilege, doctrine or immunity, including without limitation the attorney-client

20 | privilege, the work product doctrine, the right of privacy, and all other privileges

21 | recognized under the constitutional, statutory or decisional law of the United States

22 | of America, the State of California or any other applicable jurisdiction, including, but

23 | not limited to, such laws existing in the United Mexican States.  MGA Mexico

24 | further objects to this request as being overly broad and unduly burdensome on the

25 | grounds that it is not limited in time or geographical scope.  MGA Mexico further

26 | objects that the phrase "show or tend to show" is compound, rendering the request

27 | vague, ambiguous and unintelligible.  MGA Mexico further objects to the request to

28 | the extent that it seeks documents that by reason of public filing, public distribution

167

EXHIBIT __4__
PAGE __538__

1   or otherwise are already in Mattel's possession or are readily accessible to Mattel.

2   MGA Mexico further objects to the request to the extent that it seeks documents not

3   in MGA Mexico's possession, custody or control.  MGA Mexico further objects to

4   the request to the extent it seeks confidential, proprietary or commercially sensitive

5   information, the disclosure of which would be inimical to the business interests of

6   MGA Mexico or MGA.  MGA Mexico further objects to the request to the extent it

7   violates the privacy rights of third parties to their private, confidential, proprietary or

8   trade secret information.

9         MGA Mexico further objects to this request as cumulative, duplicative, and

10  unduly burdensome to the extent that it seeks documents previously requested by

11  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

12  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

13  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

14  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

15  Set of Requests for Production of Documents and Things to Isaac Larian and

16  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

17  Documents and Things to MGAE de Mexico S.R.L. de C.V.

18        Without waiving any of the foregoing General or Specific Objections, but

19  rather expressly preserving each and every such objection, MGA Mexico responds as

20  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

21  possession, custody or control, if any, that it is able to locate following a reasonably

22  diligent search.

23  REQUEST FOR PRODUCTION NO. 102:

24        All DOCUMENTS, including but not limited to all COMMUNICATIONS

25  with any PERSON, RELATING to YOUR actions in response to, or efforts to stop,

26  thwart, prevent, counter or mitigate, MATTEL'S alleged "efforts or intent to interfere

27  with business dealings or contractual relations between MGA and [SMOBY]."

28

EXHIBIT __4__

PAGE __539__

RESPONSE TO REQUEST FOR PRODUCTION NO. 102:

     MGA Mexico incorporates by reference its General Response and General Objections above, as though fully set forth herein and specifically incorporates General Objection No. 15 (regarding Definitions), including without limitation MGA Mexico's objection to the definition of the term YOUR, and its incorporated term PERSON. MGA Mexico further objects to the request to the extent it seeks the production of documents that are protected from disclosure under any applicable privilege, doctrine or immunity, including without limitation the attorney-client privilege, the work product doctrine, the right of privacy, and all other privileges recognized under the constitutional, statutory or decisional law of the United States of America, the State of California or any other applicable jurisdiction, including, but not limited to, such laws existing in the United Mexican States. MGA Mexico further objects to this request as being overly broad and unduly burdensome on the grounds that it is not limited in time or geographical scope. MGA Mexico further objects to this request on the grounds that the phrase "[a]ll DOCUMENTS, including but not limited to all COMMUNICATIONS with any PERSON, RELATING TO" does not comply with the "reasonable particularity" requirement of Federal Rule of Civil Procedure 34 and renders the request overly broad and unduly burdensome in light of "the wealth of material already made available in this case." Westhemeco Ltd. v. New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979). MGA Mexico further objects that the phrase "RELATING to YOUR actions in response to, or efforts to stop, thwart, prevent, counter or mitigate" is compound and, as such, renders the request vague, ambiguous, and unintelligible. MGA Mexico further objects to the request to the extent that it seeks documents that by reason of public filing, public distribution or otherwise are already in Mattel's possession or are readily accessible to Mattel. MGA Mexico further objects to the request to the extent that it seeks documents not in MGA Mexico's possession, custody or control. MGA Mexico further objects to the request to the extent it seeks confidential,

EXHIBIT __4__

PAGE __540__

1   proprietary or commercially sensitive information, the disclosure of which would be

2   inimical to the business interests of MGA Mexico or MGA.  MGA Mexico further

3   objects to the request to the extent it violates the privacy rights of third parties to

4   their private, confidential, proprietary or trade secret information.

5        MGA Mexico further objects to this request as cumulative, duplicative, and

6   unduly burdensome to the extent that it seeks documents previously requested by

7   Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

8   to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

9   in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

10  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

11  Set of Requests for Production of Documents and Things to Isaac Larian and

12  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

13  Documents and Things to MGAE de Mexico S.R.L. de C.V.

14       Without waiving any of the foregoing General or Specific Objections, but

15  rather expressly preserving each and every such objection, MGA Mexico responds as

16  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

17  possession, custody or control, if any, that it is able to locate following a reasonably

18  diligent search.

19  REQUEST FOR PRODUCTION NO. 103:

20       All DOCUMENTS, including but not limited to all COMMUNICATIONS

21  with any PERSON, RELATING to any loss, harm, injury, increased expense, lost

22  revenue or profits, or any other damage that MATTEL'S alleged "efforts or intent to

23  interfere with business dealings or contractual relations between MGA and

24  [SMOBY]" caused to YOU.

25  RESPONSE TO REQUEST FOR PRODUCTION NO. 103:

26       MGA Mexico incorporates by reference its General Response and General

27  Objections above, as though fully set forth herein and specifically incorporates

28  General Objection No. 15 (regarding Definitions), including without limitation MGA

EXHIBIT __4__
PAGE ___541___

1  Mexico's objection to the definition of the term YOU, and its incorporated term

2  PERSON.  MGA Mexico further objects to the request to the extent it seeks the

3  production of documents that are protected from disclosure under any applicable

4  privilege, doctrine or immunity, including without limitation the attorney-client

5  privilege, the work product doctrine, the right of privacy, and all other privileges

6  recognized under the constitutional, statutory or decisional law of the United States

7  of America, the State of California or any other applicable jurisdiction, including, but

8  not limited to, such laws existing in the United Mexican States.  MGA Mexico

9  further objects to this request as being overly broad and unduly burdensome on the

10  grounds that it is not limited in time or geographical scope.  MGA Mexico further

11  objects to this request on the grounds that the phrase "[a]ll DOCUMENTS, including

12  but not limited to all COMMUNICATIONS with any PERSON, RELATING TO"

13  does not comply with the "reasonable particularity" requirement of Federal Rule of

14  Civil Procedure 34 and renders the request overly broad and unduly burdensome in

15  light of "the wealth of material already made available in this case."  Westhemeco

16  Ltd. v. New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA

17  Mexico further objects that the phrase "any loss, harm, injury, increased expense,

18  lost revenue or profits, or any other damage" is compound and, as such, renders the

19  request vague, ambiguous, and unintelligible.  MGA Mexico further objects to the

20  request to the extent that it seeks documents that by reason of public filing, public

21  distribution or otherwise are already in Mattel's possession or are readily accessible

22  to Mattel.  MGA Mexico further objects to the request to the extent that it seeks

23  documents not in MGA Mexico's possession, custody or control.  MGA Mexico

24  further objects to the request to the extent it seeks confidential, proprietary or

25  commercially sensitive information, the disclosure of which would be inimical to the

26  business interests of MGA Mexico or MGA.  MGA Mexico further objects to the

27  request to the extent it violates the privacy rights of third parties to their private,

28  confidential, proprietary or trade secret information.

MGA MEXICO'S RESPONSE TO MATTEL'S 2D SET OF REQUESTS FOR DOCS.   Case No. CV-04-9049 SGL

EXHIBIT ___4___
PAGE ___542___

1   MGA Mexico further objects to this request as cumulative, duplicative, and

2   unduly burdensome to the extent that it seeks documents previously requested by

3   Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

4   to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

5   in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

6   Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

7   Set of Requests for Production of Documents and Things to Isaac Larian and

8   Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

9   Documents and Things to MGAE de Mexico S.R.L. de C.V.

10   Without waiving any of the foregoing General or Specific Objections, but

11   rather expressly preserving each and every such objection, MGA Mexico responds as

12   follows:  MGA Mexico will produce all non-privileged, responsive documents in its

13   possession, custody or control, if any, that it is able to locate following a reasonably

14   diligent search.

15   REQUEST FOR PRODUCTION NO. 104:

16   All DOCUMENTS, including but not limited to all COMMUNICATIONS

17   with any PERSON, that REFER OR RELATE TO MATTEL'S success or failure in

18   its alleged "efforts or intent to interfere with business dealings or contractual

19   relations between MGA and [SMOBY]."

20   RESPONSE TO REQUEST FOR PRODUCTION NO. 104:

21   MGA Mexico incorporates by reference its General Response and General

22   Objections above, as though fully set forth herein and specifically incorporates

23   General Objection No. 15 (regarding Definitions), including without limitation MGA

24   Mexico's objection to the definition of the term PERSON.  MGA Mexico further

25   objects to the request to the extent it seeks the production of documents that are

26   protected from disclosure under any applicable privilege, doctrine or immunity,

27   including without limitation the attorney-client privilege, the work product doctrine,

28   the right of privacy, and all other privileges recognized under the constitutional,

EXHIBIT __4__
PAGE __543__

1  statutory or decisional law of the United States of America, the State of California or

2  any other applicable jurisdiction, including, but not limited to, such laws existing in

3  the United Mexican States.  MGA Mexico further objects to this request as being

4  overly broad and unduly burdensome on the grounds that it is not limited in time or

5  geographical scope.  MGA Mexico further objects to this request on the grounds that

6  the phrase "[a]ll DOCUMENTS, including but not limited to all

7  COMMUNICATIONS with any PERSON, that REFER OR RELATE TO" does not

8  comply with the "reasonable particularity" requirement of Federal Rule of Civil

9  Procedure 34 and renders the request overly broad and unduly burdensome in light of

10  "the wealth of material already made available in this case." Westhemeco Ltd. v.

11  New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA Mexico

12  further objects that the phrase "success or failure" is compound, rendering the

13  request vague, ambiguous and unintelligible.  MGA Mexico further objects to the

14  request to the extent that it seeks documents that by reason of public filing, public

15  distribution or otherwise are already in Mattel's possession or are readily accessible

16  to Mattel.  MGA Mexico further objects to the request to the extent that it seeks

17  documents not in MGA Mexico's possession, custody or control.  MGA Mexico

18  further objects to the request to the extent it seeks confidential, proprietary or

19  commercially sensitive information, the disclosure of which would be inimical to the

20  business interests of MGA Mexico or MGA.  MGA Mexico further objects to the

21  request to the extent it violates the privacy rights of third parties to their private,

22  confidential, proprietary or trade secret information.

23       MGA Mexico further objects to this request as cumulative, duplicative, and

24  unduly burdensome to the extent that it seeks documents previously requested by

25  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

26  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

27  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

28  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

EXHIBIT _4_
PAGE _544_

1  Set of Requests for Production of Documents and Things to Isaac Larian and

2  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

3  Documents and Things to MGAE de Mexico S.R.L. de C.V.

4       Without waiving any of the foregoing General or Specific Objections, but

5  rather expressly preserving each and every such objection, MGA Mexico responds as

6  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

7  possession, custody or control, if any, that it is able to locate following a reasonably

8  diligent search.

9  REQUEST FOR PRODUCTION NO. 105:

10      All DOCUMENTS, including but not limited to all COMMUNICATIONS

11 with any PERSON, RELATING to YOUR business dealings or contractual relations

12 with SMOBY.

13 RESPONSE TO REQUEST FOR PRODUCTION NO. 105:

14      MGA Mexico incorporates by reference its General Response and General

15 Objections above, as though fully set forth herein and specifically incorporates

16 General Objection No. 15 (regarding Definitions), including without limitation MGA

17 Mexico's objection to the definition of the term YOUR, and its incorporated term

18 PERSON.  MGA Mexico further objects to the request to the extent it seeks the

19 production of documents that are protected from disclosure under any applicable

20 privilege, doctrine or immunity, including without limitation the attorney-client

21 privilege, the work product doctrine, the right of privacy, and all other privileges

22 recognized under the constitutional, statutory or decisional law of the United States

23 of America, the State of California or any other applicable jurisdiction, including, but

24 not limited to, such laws existing in the United Mexican States.  MGA Mexico

25 further objects to this request as being overly broad and unduly burdensome on the

26 grounds that it is not limited in time or geographical scope.  MGA Mexico further

27 objects to this request on the grounds that the phrase "[a]ll DOCUMENTS, including

28 but not limited to all COMMUNICATIONS with any PERSON, RELATING TO"

EXHIBIT __4__
PAGE __545__

1   does not comply with the "reasonable particularity" requirement of Federal Rule of

2   Civil Procedure 34 and renders the request overly broad and unduly burdensome in

3   light of "the wealth of material already made available in this case." Westhemeco

4   Ltd. v. New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA

5   Mexico further objects that the phrase "business dealings or contractual relations" is

6   compound, rendering the request vague, ambiguous and unintelligible.  MGA

7   Mexico further objects to the request to the extent that it seeks documents that by

8   reason of public filing, public distribution or otherwise are already in Mattel's

9   possession or are readily accessible to Mattel.  MGA Mexico further objects to the

10  request to the extent that it seeks documents not in MGA Mexico's possession,

11  custody or control.  MGA Mexico further objects to the request to the extent it seeks

12  confidential, proprietary or commercially sensitive information, the disclosure of

13  which would be inimical to the business interests of MGA Mexico or MGA.  MGA

14  Mexico further objects to the request to the extent it violates the privacy rights of

15  third parties to their private, confidential, proprietary or trade secret information.

16          MGA Mexico further objects to this request as cumulative, duplicative, and

17  unduly burdensome to the extent that it seeks documents previously requested by

18  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

19  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

20  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

21  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

22  Set of Requests for Production of Documents and Things to Isaac Larian and

23  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

24  Documents and Things to MGAE de Mexico S.R.L. de C.V.

25  REQUEST FOR PRODUCTION NO. 106:

26          All DOCUMENTS, including but not limited to all COMMUNICATIONS

27  with any PERSON, RELATING to YOUR contracts or agreements with SMOBY.

28

EXHIBIT __4__
PAGE __546__

1  RESPONSE TO REQUEST FOR PRODUCTION NO. 106:

2       MGA Mexico incorporates by reference its General Response and General

3  Objections above, as though fully set forth herein and specifically incorporates

4  General Objection No. 15 (regarding Definitions), including without limitation MGA

5  Mexico's objection to the definition of the term YOUR, and its incorporated term

6  PERSON. MGA Mexico further objects to the request to the extent it seeks the

7  production of documents that are protected from disclosure under any applicable

8  privilege, doctrine or immunity, including without limitation the attorney-client

9  privilege, the work product doctrine, the right of privacy, and all other privileges

10 recognized under the constitutional, statutory or decisional law of the United States

11 of America, the State of California or any other applicable jurisdiction, including, but

12 not limited to, such laws existing in the United Mexican States. MGA Mexico

13 further objects to this request as being overly broad and unduly burdensome on the

14 grounds that it is not limited in time or geographical scope. MGA Mexico further

15 objects to this request on the grounds that the phrase "[a]ll DOCUMENTS, including

16 but not limited to all COMMUNICATIONS with any PERSON, RELATING TO"

17 does not comply with the "reasonable particularity" requirement of Federal Rule of

18 Civil Procedure 34 and renders the request overly broad and unduly burdensome in

19 light of "the wealth of material already made available in this case." Westhemeco

20 Ltd. v. New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979). MGA

21 Mexico further objects that the phrase "contracts or agreements" is compound,

22 rendering the request vague, ambiguous and unintelligible. MGA Mexico further

23 objects to the request to the extent that it seeks documents that by reason of public

24 filing, public distribution or otherwise are already in Mattel's possession or are

25 readily accessible to Mattel. MGA Mexico further objects to the request to the

26 extent that it seeks documents not in MGA Mexico's possession, custody or control.

27 MGA Mexico further objects to the request to the extent it seeks confidential,

28 proprietary or commercially sensitive information, the disclosure of which would be

176

EXHIBIT ___4___
PAGE ___547___

1 | inimical to the business interests of MGA Mexico or MGA.  MGA Mexico further

2 | objects to the request to the extent it violates the privacy rights of third parties to

3 | their private, confidential, proprietary or trade secret information.

4 |      MGA Mexico further objects to this request as cumulative, duplicative, and

5 | unduly burdensome to the extent that it seeks documents previously requested by

6 | Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

7 | to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

8 | in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

9 | Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

10 | Set of Requests for Production of Documents and Things to Isaac Larian and

11 | Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

12 | Documents and Things to MGAE de Mexico S.R.L. de C.V.

13 |      Without waiving any of the foregoing General or Specific Objections, but

14 | rather expressly preserving each and every such objection, MGA Mexico responds as

15 | follows:  MGA Mexico will produce all non-privileged, responsive documents in its

16 | possession, custody or control, if any, that it is able to locate following a reasonably

17 | diligent search.

18 | REQUEST FOR PRODUCTION NO. 107:

19 |      DOCUMENTS sufficient to show the dates and amounts of all moneys YOU

20 | paid to SMOBY.

21 | RESPONSE TO REQUEST FOR PRODUCTION NO. 107:

22 |      MGA Mexico incorporates by reference its General Response and General

23 | Objections above, as though fully set forth herein and specifically incorporates

24 | General Objection No. 15 (regarding Definitions), including without limitation MGA

25 | Mexico's objection to the definition of the term YOU, and its incorporated terms

26 | PERSON and AFFILIATE.  MGA Mexico further objects to the request to the extent

27 | it seeks the production of documents that are protected from disclosure under any

28 | applicable privilege, doctrine or immunity, including without limitation the attorney-

177

EXHIBIT __4__
PAGE ___548___

1  client privilege, the work product doctrine, the right of privacy, and all other

2  privileges recognized under the constitutional, statutory or decisional law of the

3  United States of America, the State of California or any other applicable jurisdiction,

4  including, but not limited to, such laws existing in the United Mexican States.  MGA

5  Mexico further objects to this request as being overly broad and unduly burdensome

6  on the grounds that it is not limited in time or geographical scope.  MGA Mexico

7  further objects to the request to the extent that it seeks documents that by reason of

8  public filing, public distribution or otherwise are already in Mattel's possession or

9  are readily accessible to Mattel.  MGA Mexico further objects to the request to the

10  extent that it seeks documents not in MGA Mexico's possession, custody or control.

11  MGA Mexico further objects to the request to the extent it seeks confidential,

12  proprietary or commercially sensitive information, the disclosure of which would be

13  inimical to the business interests of MGA Mexico or MGA.  MGA Mexico further

14  objects to the request to the extent it violates the privacy rights of third parties to

15  their private, confidential, proprietary or trade secret information.

16      MGA Mexico further objects to this request as cumulative, duplicative, and

17  unduly burdensome to the extent that it seeks documents previously requested by

18  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

19  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

20  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

21  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

22  Set of Requests for Production of Documents and Things to Isaac Larian and

23  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

24  Documents and Things to MGAE de Mexico S.R.L. de C.V.

25  REQUEST FOR PRODUCTION NO. 108:

26      All DOCUMENTS that REFER OR RELATE TO the actual sales, gross

27  profits, gross margins and net profits of SMOBY since January 1, 1999.

28

MGA MEXICO'S RESPONSE TO MATTEL'S 2D SET OF REQUESTS FOR DOCS.   Case No. CV-04-9049 SGL