EXHIBIT __4__
PAGE __549__

RESPONSE TO REQUEST FOR PRODUCTION NO. 108:

MGA Mexico incorporates by reference its General Response and General Objections above, as though fully set forth herein. MGA Mexico further objects to the request to the extent it seeks the production of documents that are protected from disclosure under any applicable privilege, doctrine or immunity, including without limitation the attorney-client privilege, the work product doctrine, the right of privacy, and all other privileges recognized under the constitutional, statutory or decisional law of the United States of America, the State of California or any other applicable jurisdiction, including, but not limited to, such laws existing in the United Mexican States. MGA Mexico further objects to this request as being overly broad and unduly burdensome on the grounds that it is not reasonably limited in time or geographical scope. MGA Mexico further objects to this request on the grounds that the phrase "[a]ll DOCUMENTS that REFER OR RELATE TO" does not comply with the "reasonable particularity" requirement of Federal Rule of Civil Procedure 34 and renders the request overly broad and unduly burdensome in light of "the wealth of material already made available in this case." Westhemeco Ltd. v. New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979). MGA Mexico further objects that the phrase "actual sales, gross profits, gross margins and net profits" is compound, rendering the request vague, ambiguous and unintelligible. MGA Mexico further objects to the request to the extent that it seeks documents that by reason of public filing, public distribution or otherwise are already in Mattel's possession or are readily accessible to Mattel. MGA Mexico further objects to the request to the extent that it seeks documents not in MGA Mexico's possession, custody or control. MGA Mexico further objects to the request to the extent it seeks confidential, proprietary or commercially sensitive information, the disclosure of which would be inimical to the business interests of MGA Mexico or MGA. MGA Mexico further objects to the request to the extent it violates the privacy rights of third parties to their private, confidential, proprietary or trade secret information.

EXHIBIT __4__
PAGE __560__

1   MGA Mexico further objects to this request as cumulative, duplicative, and

2   unduly burdensome to the extent that it seeks documents previously requested by

3   Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

4   to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

5   in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

6   Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

7   Set of Requests for Production of Documents and Things to Isaac Larian and

8   Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

9   Documents and Things to MGAE de Mexico S.R.L. de C.V.

10  REQUEST FOR PRODUCTION NO. 109:

11      All DOCUMENTS that REFER OR RELATE TO projected or anticipated

12  sales, gross profits, gross margins and net profits of SMOBY since January 1, 1999.

13  RESPONSE TO REQUEST FOR PRODUCTION NO. 109:

14      MGA Mexico incorporates by reference its General Response and General

15  Objections above, as though fully set forth herein.  MGA Mexico further objects to

16  the request to the extent it seeks the production of documents that are protected from

17  disclosure under any applicable privilege, doctrine or immunity, including without

18  limitation the attorney-client privilege, the work product doctrine, the right of

19  privacy, and all other privileges recognized under the constitutional, statutory or

20  decisional law of the United States of America, the State of California or any other

21  applicable jurisdiction, including, but not limited to, such laws existing in the United

22  Mexican States.  MGA Mexico further objects to this request as being overly broad

23  and unduly burdensome on the grounds that it is not reasonably limited in time or

24  geographical scope.  MGA Mexico further objects to this request on the grounds that

25  the phrase "[a]ll DOCUMENTS that REFER OR RELATE TO" does not comply

26  with the "reasonable particularity" requirement of Federal Rule of Civil Procedure 34

27  and renders the request overly broad and unduly burdensome in light of "the wealth

28  of material already made available in this case."  Westhemeco Ltd. v. New

EXHIBIT __4__
PAGE __557__

1  Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA Mexico further

2  objects that the phrase "projected or anticipated sales, gross profits, gross margins

3  and net profits" is compound, rendering the request vague, ambiguous and

4  unintelligible.  MGA Mexico further objects to the request to the extent that it seeks

5  documents that by reason of public filing, public distribution or otherwise are already

6  in Mattel's possession or are readily accessible to Mattel.  MGA Mexico further

7  objects to the request to the extent that it seeks documents not in MGA Mexico's

8  possession, custody or control.  MGA Mexico further objects to the request to the

9  extent it seeks confidential, proprietary or commercially sensitive information, the

10  disclosure of which would be inimical to the business interests of MGA Mexico or

11  MGA.  MGA Mexico further objects to the request to the extent it violates the

12  privacy rights of third parties to their private, confidential, proprietary or trade secret

13  information.

14      MGA Mexico further objects to this request as cumulative, duplicative, and

15  unduly burdensome to the extent that it seeks documents previously requested by

16  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

17  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

18  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

19  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

20  Set of Requests for Production of Documents and Things to Isaac Larian and

21  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

22  Documents and Things to MGAE de Mexico S.R.L. de C.V.

23  REQUEST FOR PRODUCTION NO. 110:

24      All DOCUMENTS, including without limitation all COMMUNICATIONS,

25  that REFER OR RELATE TO YOUR funding of, or YOUR payment or promised or

26  scheduled payment of money to or on behalf of, SMOBY, including without

27  limitation, any failure on YOUR part to make any payments to any administrator or

28  trustee for SMOBY when such payment was due.

EXHIBIT __4__
PAGE __552__

1 RESPONSE TO REQUEST FOR PRODUCTION NO. 110:

2       MGA Mexico incorporates by reference its General Response and General

3 Objections above, as though fully set forth herein and specifically incorporates

4 General Objection No. 15 (regarding Definitions), including without limitation MGA

5 Mexico's objection to the definition of the term YOUR, and its incorporated term

6 PERSON.  MGA Mexico further objects to the request to the extent it seeks the

7 production of documents that are protected from disclosure under any applicable

8 privilege, doctrine or immunity, including without limitation the attorney-client

9 privilege, the work product doctrine, the right of privacy, and all other privileges

10 recognized under the constitutional, statutory or decisional law of the United States

11 of America, the State of California or any other applicable jurisdiction, including, but

12 not limited to, such laws existing in the United Mexican States.  MGA Mexico

13 further objects to this request as being overly broad and unduly burdensome on the

14 grounds that it is not reasonably limited in time or geographical scope.  MGA

15 Mexico further objects to this request on the grounds that the phrase "[a]ll

16 DOCUMENTS, including but not limited to all COMMUNICATIONS with any

17 PERSON, that REFER OR RELATE TO" does not comply with the "reasonable

18 particularity" requirement of Federal Rule of Civil Procedure 34 and renders the

19 request overly broad and unduly burdensome in light of "the wealth of material

20 already made available in this case."  Westhemeco Ltd. v. New Hampshire Ins. Co.,

21 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA Mexico further objects that the phrases

22 "YOUR funding of, or YOUR payment or promised or scheduled payment of money

23 to or on behalf of, SMOBY" and "including without limitation, any failure on YOUR

24 part to make any payments to any administrator or trustee for SMOBY when such

25 payment was due" are, both individually and taken together, compound, rendering

26 the request vague, ambiguous and unintelligible.  MGA Mexico further objects to the

27 request to the extent that it seeks documents that by reason of public filing, public

28 distribution or otherwise are already in Mattel's possession or are readily accessible

EXHIBIT __4__
PAGE __553__

1   to Mattel.  MGA Mexico further objects to the request to the extent that it seeks

2   documents not in MGA Mexico's possession, custody or control.  MGA Mexico

3   further objects to the request to the extent it seeks confidential, proprietary or

4   commercially sensitive information, the disclosure of which would be inimical to the

5   business interests of MGA Mexico or MGA.  MGA Mexico further objects to the

6   request to the extent it violates the privacy rights of third parties to their private,

7   confidential, proprietary or trade secret information.

8        MGA Mexico further objects to this request as cumulative, duplicative, and

9   unduly burdensome to the extent that it seeks documents previously requested by

10  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

11  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

12  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

13  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

14  Set of Requests for Production of Documents and Things to Isaac Larian and

15  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

16  Documents and Things to MGAE de Mexico S.R.L. de C.V.

17  REQUEST FOR PRODUCTION NO. 111:

18       All DOCUMENTS, including but not limited to all COMMUNICATIONS

19  with any PERSON, that REFER OR RELATE TO YOUR efforts to interfere with

20  MATTEL's business dealings with any corporation or entity.

21  RESPONSE TO REQUEST FOR PRODUCTION NO. 111:

22       MGA Mexico incorporates by reference its General Response and General

23  Objections above, as though fully set forth herein and specifically incorporates

24  General Objection No. 15 (regarding Definitions), including without limitation MGA

25  Mexico's objection to the definition of the term YOUR, and its incorporated term

26  PERSON.  MGA Mexico further objects to the request to the extent it seeks the

27  production of documents that are protected from disclosure under any applicable

28  privilege, doctrine or immunity, including without limitation the attorney-client

EXHIBIT __4__
PAGE __554__

1  privilege, the work product doctrine, the right of privacy, and all other privileges

2  recognized under the constitutional, statutory or decisional law of the United States

3  of America, the State of California or any other applicable jurisdiction, including, but

4  not limited to, such laws existing in the United Mexican States.  MGA Mexico

5  further objects to this request as being overly broad and unduly burdensome on the

6  grounds that it is not reasonably limited in time or geographical scope.  MGA

7  Mexico further objects to this request on the grounds that the phrase "[a]ll

8  DOCUMENTS, including but not limited to all COMMUNICATIONS with any

9  PERSON, that REFER OR RELATE TO" does not comply with the "reasonable

10  particularity" requirement of Federal Rule of Civil Procedure 34 and renders the

11  request overly broad and unduly burdensome in light of "the wealth of material

12  already made available in this case." Westhemeco Ltd. v. New Hampshire Ins. Co.,

13  82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA Mexico further objects that the phrase

14  "YOUR efforts to interfere with MATTEL's business dealings with any corporation

15  or entity" is accusatory and argumentative such that MGA Mexico would have to

16  respond to the allegations of the request before providing any substantive response.

17  See Zadrozny v. Board of Trustees District No. 508, 1991 WL 66705, at *1 (N.D. Ill.

18  April 24, 1991).  MGA Mexico further objects to the request to the extent that it

19  seeks documents that by reason of public filing, public distribution or otherwise are

20  already in Mattel's possession or are readily accessible to Mattel.  MGA Mexico

21  further objects to the request to the extent that it seeks documents not in MGA

22  Mexico's possession, custody or control.  MGA Mexico further objects to the request

23  to the extent it seeks confidential, proprietary or commercially sensitive information,

24  the disclosure of which would be inimical to the business interests of MGA Mexico

25  or MGA.  MGA Mexico further objects to the request to the extent it violates the

26  privacy rights of third parties to their private, confidential, proprietary or trade secret

27  information.

28

MGA MEXICO'S RESPONSE TO MATTEL'S 2D SET OF REQUESTS FOR DOCS.   Case No. CV-04-9049 SGL

EXHIBIT ___4___
PAGE ___555___

1    MGA Mexico further objects to this request as cumulative, duplicative, and

2    unduly burdensome to the extent that it seeks documents previously requested by

3    Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

4    to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

5    in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

6    Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

7    Set of Requests for Production of Documents and Things to Isaac Larian and

8    Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

9    Documents and Things to MGAE de Mexico S.R.L. de C.V.

10   REQUEST FOR PRODUCTION NO. 112:

11       All DOCUMENTS, including but not limited to all COMMUNICATIONS

12   with any PERSON, that REFER OR RELATE TO YOUR efforts to interfere with

13   MATTEL's contractual relations with any corporation or entity.

14   RESPONSE TO REQUEST FOR PRODUCTION NO. 112:

15       MGA Mexico incorporates by reference its General Response and General

16   Objections above, as though fully set forth herein and specifically incorporates

17   General Objection No. 15 (regarding Definitions), including without limitation MGA

18   Mexico's objection to the definition of the term YOUR, and its incorporated term

19   PERSON.  MGA Mexico further objects to the request to the extent it seeks the

20   production of documents that are protected from disclosure under any applicable

21   privilege, doctrine or immunity, including without limitation the attorney-client

22   privilege, the work product doctrine, the right of privacy, and all other privileges

23   recognized under the constitutional, statutory or decisional law of the United States

24   of America, the State of California or any other applicable jurisdiction, including, but

25   not limited to, such laws existing in the United Mexican States.  MGA Mexico

26   further objects to this request as being overly broad and unduly burdensome on the

27   grounds that it is not reasonably limited in time or geographical scope.  MGA

28   Mexico further objects to this request on the grounds that the phrase "[a]ll

EXHIBIT __4__
PAGE __556__

1  DOCUMENTS, including but not limited to all COMMUNICATIONS with any

2  PERSON, that REFER OR RELATE TO" does not comply with the "reasonable

3  particularity" requirement of Federal Rule of Civil Procedure 34 and renders the

4  request overly broad and unduly burdensome in light of "the wealth of material

5  already made available in this case." Westhemeco Ltd. v. New Hampshire Ins. Co.,

6  82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA Mexico further objects that the phrase

7  "YOUR efforts to interfere with MATTEL's contractual relations with any

8  corporation or entity" is accusatory and argumentative such that MGA Mexico

9  would have to respond to the allegations of the request before providing any

10  substantive response.  See Zadrozny v. Board of Trustees District No. 508, 1991 WL

11  66705, at *1 (N.D. Ill. April 24, 1991).  MGA Mexico further objects to the request

12  to the extent that it seeks documents that by reason of public filing, public

13  distribution or otherwise are already in Mattel's possession or are readily accessible

14  to Mattel.  MGA Mexico further objects to the request to the extent that it seeks

15  documents not in MGA Mexico's possession, custody or control.  MGA Mexico

16  further objects to the request to the extent it seeks confidential, proprietary or

17  commercially sensitive information, the disclosure of which would be inimical to the

18  business interests of MGA Mexico or MGA.  MGA Mexico further objects to the

19  request to the extent it violates the privacy rights of third parties to their private,

20  confidential, proprietary or trade secret information.

21      MGA Mexico further objects to this request as cumulative, duplicative, and

22  unduly burdensome to the extent that it seeks documents previously requested by

23  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

24  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

25  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

26  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

27  Set of Requests for Production of Documents and Things to Isaac Larian and

28

EXHIBIT __4__
PAGE __557__

1  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

2  Documents and Things to MGAE de Mexico S.R.L. de C.V.

3  REQUEST FOR PRODUCTION NO. 113:

4        All DOCUMENTS, including but not limited to all COMMUNICATIONS

5  with any PERSON, that REFER OR RELATE TO YOU successfully interfering

6  with MATTEL's business dealings with any corporation or entity.

7  RESPONSE TO REQUEST FOR PRODUCTION NO. 113:

8        MGA Mexico incorporates by reference its General Response and General

9  Objections above, as though fully set forth herein and specifically incorporates

10  General Objection No. 15 (regarding Definitions), including without limitation MGA

11  Mexico's objection to the definition of the term YOU, and its incorporated terms

12  PERSON and AFFILIATE.  MGA Mexico further objects to the request to the extent

13  it seeks the production of documents that are protected from disclosure under any

14  applicable privilege, doctrine or immunity, including without limitation the attorney-

15  client privilege, the work product doctrine, the right of privacy, and all other

16  privileges recognized under the constitutional, statutory or decisional law of the

17  United States of America, the State of California or any other applicable jurisdiction,

18  including, but not limited to, such laws existing in the United Mexican States.  MGA

19  Mexico further objects to this request as being overly broad and unduly burdensome

20  on the grounds that it is not reasonably limited in time or geographical scope.  MGA

21  Mexico further objects to this request on the grounds that the phrase "[a]ll

22  DOCUMENTS, including but not limited to all COMMUNICATIONS with any

23  PERSON, that REFER OR RELATE TO" does not comply with the "reasonable

24  particularity" requirement of Federal Rule of Civil Procedure 34 and renders the

25  request overly broad and unduly burdensome in light of "the wealth of material

26  already made available in this case."  Westhemeco Ltd. v. New Hampshire Ins. Co.,

27  82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA Mexico further objects that the phrase

28  "YOU successfully interfering with MATTEL's business dealings with any

EXHIBIT __4__
PAGE __558__

1   corporation or entity" is accusatory and argumentative such that MGA Mexico

2   would have to respond to the allegations of the request before providing any

3   substantive response. See Zadrozny v. Board of Trustees District No. 508, 1991 WL

4   66705, at *1 (N.D. Ill. April 24, 1991).  MGA Mexico further objects to the request

5   to the extent that it seeks documents that by reason of public filing, public

6   distribution or otherwise are already in Mattel's possession or are readily accessible

7   to Mattel.  MGA Mexico further objects to the request to the extent that it seeks

8   documents not in MGA Mexico's possession, custody or control.  MGA Mexico

9   further objects to the request to the extent it seeks confidential, proprietary or

10  commercially sensitive information, the disclosure of which would be inimical to the

11  business interests of MGA Mexico or MGA.  MGA Mexico further objects to the

12  request to the extent it violates the privacy rights of third parties to their private,

13  confidential, proprietary or trade secret information.

14       MGA Mexico further objects to this request as cumulative, duplicative, and

15  unduly burdensome to the extent that it seeks documents previously requested by

16  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

17  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

18  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

19  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

20  Set of Requests for Production of Documents and Things to Isaac Larian and

21  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

22  Documents and Things to MGAE de Mexico S.R.L. de C.V.

23  REQUEST FOR PRODUCTION NO. 114:

24       All DOCUMENTS, including but not limited to all COMMUNICATIONS

25  with any PERSON, that REFER OR RELATE TO YOU successfully interfering

26  with MATTEL's contractual relations with any corporation or entity.

27

28

MGA MEXICO'S RESPONSE TO MATTEL'S 2D SET OF REQUESTS FOR DOCS.   Case No. CV-04-9049 SGL

EXHIBIT __4__
PAGE __559__

RESPONSE TO REQUEST FOR PRODUCTION NO. 114:

1     MGA Mexico incorporates by reference its General Response and General

2  Objections above, as though fully set forth herein and specifically incorporates

3  General Objection No. 15 (regarding Definitions), including without limitation MGA

4  Mexico's objection to the definition of the term YOU, and its incorporated terms

5  PERSON and AFFILIATE.  MGA Mexico further objects to the request to the extent

6  it seeks the production of documents that are protected from disclosure under any

7  applicable privilege, doctrine or immunity, including without limitation the attorney-

8  client privilege, the work product doctrine, the right of privacy, and all other

9  privileges recognized under the constitutional, statutory or decisional law of the

10 United States of America, the State of California or any other applicable jurisdiction,

11 including, but not limited to, such laws existing in the United Mexican States.  MGA

12 Mexico further objects to this request as being overly broad and unduly burdensome

13 on the grounds that it is not reasonably limited in time or geographical scope.  MGA

14 Mexico further objects to this request on the grounds that the phrase "[a]ll

15 DOCUMENTS, including but not limited to all COMMUNICATIONS with any

16 PERSON, that REFER OR RELATE TO" does not comply with the "reasonable

17 particularity" requirement of Federal Rule of Civil Procedure 34 and renders the

18 request overly broad and unduly burdensome in light of "the wealth of material

19 already made available in this case."  Westhemeco Ltd. v. New Hampshire Ins. Co.,

20 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA Mexico further objects that the phrase

21 "YOU successfully interfering with MATTEL's contractual relations with any

22 corporation or entity" is accusatory and argumentative such that MGA Mexico

23 would have to respond to the allegations of the request before providing any

24 substantive response.  See Zadrozny v. Board of Trustees District No. 508, 1991 WL

25 66705, at *1 (N.D. Ill. April 24, 1991).  MGA Mexico further objects to the request

26 to the extent that it seeks documents that by reason of public filing, public

27 distribution or otherwise are already in Mattel's possession or are readily accessible

EXHIBIT __4__
PAGE __560__

1  to Mattel. MGA Mexico further objects to the request to the extent that it seeks

2  documents not in MGA Mexico's possession, custody or control. MGA Mexico

3  further objects to the request to the extent it seeks confidential, proprietary or

4  commercially sensitive information, the disclosure of which would be inimical to the

5  business interests of MGA Mexico or MGA. MGA Mexico further objects to the

6  request to the extent it violates the privacy rights of third parties to their private,

7  confidential, proprietary or trade secret information.

8      MGA Mexico further objects to this request as cumulative, duplicative, and

9  unduly burdensome to the extent that it seeks documents previously requested by

10  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

11  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

12  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

13  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

14  Set of Requests for Production of Documents and Things to Isaac Larian and

15  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

16  Documents and Things to MGAE de Mexico S.R.L. de C.V.

17  REQUEST FOR PRODUCTION NO. 115:

18      All DOCUMENTS, including but not limited to all COMMUNICATIONS

19  with any PERSON, that REFER OR RELATE TO any loss, decrease in revenues or

20  profits, damage or injury YOU have incurred or suffered from any cause or source in

21  connection with YOUR business dealings or contractual relations with SMOBY.

22  RESPONSE TO REQUEST FOR PRODUCTION NO. 115:

23      MGA Mexico incorporates by reference its General Response and General

24  Objections above, as though fully set forth herein and specifically incorporates

25  General Objection No. 15 (regarding Definitions), including without limitation MGA

26  Mexico's objection to the definition of the term YOUR, and its incorporated term

27  PERSON. MGA Mexico further objects to the request to the extent it seeks the

28  production of documents that are protected from disclosure under any applicable

EXHIBIT __4__
PAGE __561__

1  privilege, doctrine or immunity, including without limitation the attorney-client

2  privilege, the work product doctrine, the right of privacy, and all other privileges

3  recognized under the constitutional, statutory or decisional law of the United States

4  of America, the State of California or any other applicable jurisdiction, including, but

5  not limited to, such laws existing in the United Mexican States.  MGA Mexico

6  further objects to this request as being overly broad and unduly burdensome on the

7  grounds that it is not limited in time or geographical scope.  MGA Mexico further

8  objects to this request on the grounds that the phrase "[a]ll DOCUMENTS, including

9  but not limited to all COMMUNICATIONS with any PERSON, that REFER OR

10  RELATE TO" does not comply with the "reasonable particularity" requirement of

11  Federal Rule of Civil Procedure 34 and renders the request overly broad and unduly

12  burdensome in light of "the wealth of material already made available in this case."

13  Westhemeco Ltd. v. New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).

14  MGA Mexico further objects that the phrases "any loss, decrease in revenues or

15  profits, damage or injury," "YOU have incurred or suffered from any cause or

16  source," and "in connection with YOUR business dealings or contractual relations

17  with SMOBY" are, both individually and taken together, compound and, as such,

18  render the request vague, ambiguous, and unintelligible.  MGA Mexico further

19  objects to the request to the extent that it seeks documents that by reason of public

20  filing, public distribution or otherwise are already in Mattel's possession or are

21  readily accessible to Mattel.  MGA Mexico further objects to the request to the

22  extent that it seeks documents not in MGA Mexico's possession, custody or control.

23  MGA Mexico further objects to the request to the extent it seeks confidential,

24  proprietary or commercially sensitive information, the disclosure of which would be

25  inimical to the business interests of MGA Mexico or MGA.  MGA Mexico further

26  objects to the request to the extent it violates the privacy rights of third parties to

27  their private, confidential, proprietary or trade secret information.

28

EXHIBIT __4__
PAGE ___562___

1    MGA Mexico further objects to this request as cumulative, duplicative, and

2 unduly burdensome to the extent that it seeks documents previously requested by

3 Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

4 to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

5 in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

6 Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

7 Set of Requests for Production of Documents and Things to Isaac Larian and

8 Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

9 Documents and Things to MGAE de Mexico S.R.L. de C.V.

10 REQUEST FOR PRODUCTION NO. 116:

11    All DOCUMENTS, including but not limited to all COMMUNICATIONS

12 with any PERSON, that REFER OR RELATE TO any profit, increase in revenues or

13 gain YOU have received from any cause or source in connection with YOUR

14 business dealings or contractual relations with SMOBY.

15 RESPONSE TO REQUEST FOR PRODUCTION NO. 116:

16    MGA Mexico incorporates by reference its General Response and General

17 Objections above, as though fully set forth herein and specifically incorporates

18 General Objection No. 15 (regarding Definitions), including without limitation MGA

19 Mexico's objection to the definition of the term YOUR, and its incorporated term

20 PERSON.  MGA Mexico further objects to the request to the extent it seeks the

21 production of documents that are protected from disclosure under any applicable

22 privilege, doctrine or immunity, including without limitation the attorney-client

23 privilege, the work product doctrine, the right of privacy, and all other privileges

24 recognized under the constitutional, statutory or decisional law of the United States

25 of America, the State of California or any other applicable jurisdiction, including, but

26 not limited to, such laws existing in the United Mexican States.  MGA Mexico

27 further objects to this request as being overly broad and unduly burdensome on the

28 grounds that it is not limited in time or geographical scope.  MGA Mexico further

192

EXHIBIT __4__
PAGE __563__

1   objects to this request on the grounds that the phrase "[a]ll DOCUMENTS, including

2   but not limited to all COMMUNICATIONS with any PERSON, that REFER OR

3   RELATE TO" does not comply with the "reasonable particularity" requirement of

4   Federal Rule of Civil Procedure 34 and renders the request overly broad and unduly

5   burdensome in light of "the wealth of material already made available in this case."

6   Westhemeco Ltd. v. New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).

7   MGA Mexico further objects that the phrases "any profit, increase in revenues or

8   gain," "YOU have received from any cause or source" and "in connection with

9   YOUR business dealings or contractual relations with SMOBY" are, both

10  individually and taken together, compound and, as such, render the request vague,

11  ambiguous, and unintelligible.  MGA Mexico further objects to the request to the

12  extent that it seeks documents that by reason of public filing, public distribution or

13  otherwise are already in Mattel's possession or are readily accessible to Mattel.

14  MGA Mexico further objects to the request to the extent that it seeks documents not

15  in MGA Mexico's possession, custody or control.  MGA Mexico further objects to

16  the request to the extent it seeks confidential, proprietary or commercially sensitive

17  information, the disclosure of which would be inimical to the business interests of

18  MGA Mexico or MGA.  MGA Mexico further objects to the request to the extent it

19  violates the privacy rights of third parties to their private, confidential, proprietary or

20  trade secret information.

21          MGA Mexico further objects to this request as cumulative, duplicative, and

22  unduly burdensome to the extent that it seeks documents previously requested by

23  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

24  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

25  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

26  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

27  Set of Requests for Production of Documents and Things to Isaac Larian and

28

MGA MEXICO'S RESPONSE TO MATTEL'S 2D SET OF REQUESTS FOR DOCS.   Case No. CV-04-9049 SGL

EXHIBIT ___4___
PAGE ___564___

1   Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

2   Documents and Things to MGAE de Mexico S.R.L. de C.V.

3   REQUEST FOR PRODUCTION NO. 117:

4         All DOCUMENTS, including but not limited to all COMMUNICATIONS

5   with any PERSON, that REFER OR RELATE TO YOUR allegation that MATTEL

6   "influenc[ed] Nickelodeon to reject MGA advertisements or to limit time slots for

7   advertisements."

8   RESPONSE TO REQUEST FOR PRODUCTION NO. 117:

9         MGA Mexico incorporates by reference its General Response and General

10  Objections above, as though fully set forth herein and specifically incorporates

11  General Objection No. 15 (regarding Definitions), including without limitation MGA

12  Mexico's objection to the definition of the term YOUR, and its incorporated term

13  PERSON.  MGA Mexico further objects to the request to the extent it seeks the

14  production of documents that are protected from disclosure under any applicable

15  privilege, doctrine or immunity, including without limitation the attorney-client

16  privilege, the work product doctrine, the right of privacy, and all other privileges

17  recognized under the constitutional, statutory or decisional law of the United States

18  of America, the State of California or any other applicable jurisdiction, including, but

19  not limited to, such laws existing in the United Mexican States.  MGA Mexico

20  further objects to this request as being overly broad and unduly burdensome on the

21  grounds that it is not limited in time or geographical scope.  MGA Mexico further

22  objects to this request on the grounds that the phrase "[a]ll DOCUMENTS, including

23  but not limited to all COMMUNICATIONS with any PERSON, that REFER OR

24  RELATE TO" does not comply with the "reasonable particularity" requirement of

25  Federal Rule of Civil Procedure 34 and renders the request overly broad and unduly

26  burdensome in light of "the wealth of material already made available in this case."

27  Westhemeco Ltd. v. New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).

28  MGA Mexico further objects to the request to the extent that it seeks documents that

194

EXHIBIT __4__
PAGE __565__

1  by reason of public filing, public distribution or otherwise are already in Mattel's

2  possession or are readily accessible to Mattel.  MGA Mexico further objects to the

3  request to the extent that it seeks documents not in MGA Mexico's possession,

4  custody or control.  MGA Mexico further objects to the request to the extent it seeks

5  confidential, proprietary or commercially sensitive information, the disclosure of

6  which would be inimical to the business interests of MGA Mexico or MGA.  MGA

7  Mexico further objects to the request to the extent it violates the privacy rights of

8  third parties to their private, confidential, proprietary or trade secret information.

9       MGA Mexico further objects to this request as cumulative, duplicative, and

10  unduly burdensome to the extent that it seeks documents previously requested by

11  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

12  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

13  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

14  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

15  Set of Requests for Production of Documents and Things to Isaac Larian and

16  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

17  Documents and Things to MGAE de Mexico S.R.L. de C.V.

18       Without waiving any of the foregoing General or Specific Objections, but

19  rather expressly preserving each and every such objection, MGA Mexico responds as

20  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

21  possession, custody or control, if any, that it is able to locate following a reasonably

22  diligent search.

23  REQUEST FOR PRODUCTION NO. 118:

24       All DOCUMENTS, including but not limited to all COMMUNICATIONS

25  with any PERSON, that YOU contend prove or that YOU will rely on at trial to

26  prove that MATTEL "influenc[ed] Nickelodeon to reject MGA advertisements or to

27  limit time slots for advertisements."

28

EXHIBIT __4__
PAGE __566__

1  RESPONSE TO REQUEST FOR PRODUCTION NO. 118:

2       MGA Mexico incorporates by reference its General Response and General

3  Objections above, as though fully set forth herein and specifically incorporates

4  General Objection No. 15 (regarding Definitions), including without limitation MGA

5  Mexico's objection to the definition of the term YOU, and its incorporated term

6  PERSON.  MGA Mexico further objects to the request to the extent it seeks the

7  production of documents that are protected from disclosure under any applicable

8  privilege, doctrine or immunity, including without limitation the attorney-client

9  privilege, the work product doctrine, the right of privacy, and all other privileges

10  recognized under the constitutional, statutory or decisional law of the United States

11  of America, the State of California or any other applicable jurisdiction, including, but

12  not limited to, such laws existing in the United Mexican States.  MGA Mexico

13  further objects to this request as being overly broad and unduly burdensome on the

14  grounds that it is not limited in time or geographical scope.  MGA Mexico further

15  objects to this request on the grounds that the phrase "[a]ll DOCUMENTS, including

16  but not limited to all COMMUNICATIONS with any PERSON" does not comply

17  with the "reasonable particularity" requirement of Federal Rule of Civil Procedure 34

18  and renders the request overly broad and unduly burdensome in light of "the wealth

19  of material already made available in this case."  Westhemeco Ltd. v. New

20  Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA Mexico further

21  objects that the phrase "that YOU contend prove or that YOU will rely on at trial to

22  prove" is compound and, as such, renders the request vague, ambiguous, and

23  unintelligible.  MGA Mexico further objects to the request to the extent that it seeks

24  documents that by reason of public filing, public distribution or otherwise are already

25  in Mattel's possession or are readily accessible to Mattel.  MGA Mexico further

26  objects to the request to the extent that it seeks documents not in MGA Mexico's

27  possession, custody or control.  MGA Mexico further objects to the request to the

28  extent it seeks confidential, proprietary or commercially sensitive information, the

EXHIBIT __4__
PAGE __567__

1  disclosure of which would be inimical to the business interests of MGA Mexico or

2  MGA. MGA Mexico further objects to the request to the extent it violates the

3  privacy rights of third parties to their private, confidential, proprietary or trade secret

4  information.

5      MGA Mexico further objects to this request as cumulative, duplicative, and

6  unduly burdensome to the extent that it seeks documents previously requested by

7  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

8  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

9  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

10 Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

11 Set of Requests for Production of Documents and Things to Isaac Larian and

12 Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

13 Documents and Things to MGAE de Mexico S.R.L. de C.V.

14     Without waiving any of the foregoing General or Specific Objections, but

15 rather expressly preserving each and every such objection, MGA Mexico responds as

16 follows: MGA Mexico will produce all non-privileged, responsive documents in its

17 possession, custody or control, if any, that it is able to locate following a reasonably

18 diligent search.

19 REQUEST FOR PRODUCTION NO. 119:

20     DOCUMENTS sufficient to IDENTIFY all PERSONS with knowledge of

21 YOUR allegation that MATTEL "influenc[ed] Nickelodeon to reject MGA

22 advertisements."

23 RESPONSE TO REQUEST FOR PRODUCTION NO. 119:

24     MGA Mexico incorporates by reference its General Response and General

25 Objections above, as though fully set forth herein and specifically incorporates

26 General Objection No. 15 (regarding Definitions), including without limitation MGA

27 Mexico's objection to the definition of the terms YOUR, and its incorporated term

28 PERSON. MGA Mexico further objects to the request to the extent it seeks the

EXHIBIT ___4___
PAGE ___568___

1  production of documents that are protected from disclosure under any applicable

2  privilege, doctrine or immunity, including without limitation the attorney-client

3  privilege, the work product doctrine, the right of privacy, and all other privileges

4  recognized under the constitutional, statutory or decisional law of the United States

5  of America, the State of California or any other applicable jurisdiction, including, but

6  not limited to, such laws existing in the United Mexican States.  MGA Mexico

7  further objects to this request as being overly broad and unduly burdensome on the

8  grounds that it is not limited in time or geographical scope.  MGA Mexico further

9  objects to this request on the grounds that the phrase "all PERSONS with knowledge

10  of YOUR allegation" renders the request vague, ambiguous, overly broad and unduly

11  burdensome in that anyone who has read MGA Mexico's Answer in this matter has

12  "knowledge of [MGA Mexico's] allegation," without regard to whether the factual

13  basis for the allegation is known to them.  MGA Mexico further objects to the

14  request to the extent that it seeks documents that by reason of public filing, public

15  distribution or otherwise are already in Mattel's possession or are readily accessible

16  to Mattel.  MGA Mexico further objects to the request to the extent that it seeks

17  documents not in MGA Mexico's possession, custody or control.  MGA Mexico

18  further objects to the request to the extent it seeks confidential, proprietary or

19  commercially sensitive information, the disclosure of which would be inimical to the

20  business interests of MGA Mexico or MGA.  MGA Mexico further objects to the

21  request to the extent it violates the privacy rights of third parties to their private,

22  confidential, proprietary or trade secret information.

23       MGA Mexico further objects to this request as cumulative, duplicative, and

24  unduly burdensome to the extent that it seeks documents previously requested by

25  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

26  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

27  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

28  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

EXHIBIT __4__
PAGE __569__

1  Set of Requests for Production of Documents and Things to Isaac Larian and

2  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

3  Documents and Things to MGAE de Mexico S.R.L. de C.V.

4        Without waiving any of the foregoing General or Specific Objections, but

5  rather expressly preserving each and every such objection, MGA Mexico responds as

6  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

7  possession, custody or control, if any, that it is able to locate following a reasonably

8  diligent search.

9  REQUEST FOR PRODUCTION NO. 120:

10        DOCUMENTS sufficient to IDENTIFY all PERSONS with knowledge of

11  YOUR allegation that MATTEL "influenc[ed] Nickelodeon to ... to limit time slots

12  for [MGA] advertisements."

13  RESPONSE TO REQUEST FOR PRODUCTION NO. 120:

14        MGA Mexico incorporates by reference its General Response and General

15  Objections above, as though fully set forth herein and specifically incorporates

16  General Objection No. 15 (regarding Definitions), including without limitation MGA

17  Mexico's objection to the definition of the terms YOUR, and its incorporated term

18  PERSON.  MGA Mexico further objects to the request to the extent it seeks the

19  production of documents that are protected from disclosure under any applicable

20  privilege, doctrine or immunity, including without limitation the attorney-client

21  privilege, the work product doctrine, the right of privacy, and all other privileges

22  recognized under the constitutional, statutory or decisional law of the United States

23  of America, the State of California or any other applicable jurisdiction, including, but

24  not limited to, such laws existing in the United Mexican States.  MGA Mexico

25  further objects to this request as being overly broad and unduly burdensome on the

26  grounds that it is not limited in time or geographical scope.  MGA Mexico further

27  objects to this request on the grounds that the phrase "all PERSONS with knowledge

28  of YOUR allegation" renders the request vague, ambiguous, overly broad and unduly

MGA MEXICO'S RESPONSE TO MATTEL'S 2D SET OF REQUESTS FOR DOCS.   Case No. CV-04-9049 SGL

EXHIBIT __4__
PAGE __570__

1   burdensome in that anyone who has read MGA Mexico's Answer in this matter has

2   "knowledge of [MGA Mexico's] allegation," without regard to whether the factual

3   basis for the allegation is known to them.  MGA Mexico further objects to the

4   request to the extent that it seeks documents that by reason of public filing, public

5   distribution or otherwise are already in Mattel's possession or are readily accessible

6   to Mattel.  MGA Mexico further objects to the request to the extent that it seeks

7   documents not in MGA Mexico's possession, custody or control.  MGA Mexico

8   further objects to the request to the extent it seeks confidential, proprietary or

9   commercially sensitive information, the disclosure of which would be inimical to the

10  business interests of MGA Mexico or MGA.  MGA Mexico further objects to the

11  request to the extent it violates the privacy rights of third parties to their private,

12  confidential, proprietary or trade secret information.

13       MGA Mexico further objects to this request as cumulative, duplicative, and

14  unduly burdensome to the extent that it seeks documents previously requested by

15  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

16  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

17  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

18  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

19  Set of Requests for Production of Documents and Things to Isaac Larian and

20  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

21  Documents and Things to MGAE de Mexico S.R.L. de C.V.

22       Without waiving any of the foregoing General or Specific Objections, but

23  rather expressly preserving each and every such objection, MGA Mexico responds as

24  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

25  possession, custody or control, if any, that it is able to locate following a reasonably

26  diligent search.

27

28

EXHIBIT __4__
PAGE __571__

1  REQUEST FOR PRODUCTION NO. 121:

2     DOCUMENTS describing all time periods during which MATTEL allegedly

3  "influenc[ed] Nickelodeon to reject MGA advertisements or to limit time slots for

4  advertisements."

5  RESPONSE TO REQUEST FOR PRODUCTION NO. 121:

6     MGA Mexico incorporates by reference its General Response and General

7  Objections above, as though fully set forth herein.  MGA Mexico further objects to

8  the request to the extent it seeks the production of documents that are protected from

9  disclosure under any applicable privilege, doctrine or immunity, including without

10 limitation the attorney-client privilege, the work product doctrine, the right of

11 privacy, and all other privileges recognized under the constitutional, statutory or

12 decisional law of the United States of America, the State of California or any other

13 applicable jurisdiction, including, but not limited to, such laws existing in the United

14 Mexican States.  MGA Mexico further objects to this request as being overly broad

15 and unduly burdensome on the grounds that it is not limited in time or geographical

16 scope.  MGA Mexico further objects to this request on the grounds that the phrase

17 "DOCUMENTS describing all time periods during which" renders the request vague,

18 ambiguous, and unintelligible.  MGA Mexico further objects to the request to the

19 extent that it seeks documents that by reason of public filing, public distribution or

20 otherwise are already in Mattel's possession or are readily accessible to Mattel.

21 MGA Mexico further objects to the request to the extent that it seeks documents not

22 in MGA Mexico's possession, custody or control.  MGA Mexico further objects to

23 the request to the extent it seeks confidential, proprietary or commercially sensitive

24 information, the disclosure of which would be inimical to the business interests of

25 MGA Mexico or MGA.  MGA Mexico further objects to the request to the extent it

26 violates the privacy rights of third parties to their private, confidential, proprietary or

27 trade secret information.

28

EXHIBIT __4__
PAGE __572__

1        MGA Mexico further objects to this request as cumulative, duplicative, and

2   unduly burdensome to the extent that it seeks documents previously requested by

3   Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

4   to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

5   in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

6   Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

7   Set of Requests for Production of Documents and Things to Isaac Larian and

8   Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

9   Documents and Things to MGAE de Mexico S.R.L. de C.V.

10        Without waiving any of the foregoing General or Specific Objections, but

11   rather expressly preserving each and every such objection, MGA Mexico responds as

12   follows:  MGA Mexico will produce all non-privileged, responsive documents in its

13   possession, custody or control, if any, that it is able to locate following a reasonably

14   diligent search.

15   REQUEST FOR PRODUCTION NO. 122:

16        DOCUMENTS sufficient to IDENTIFY each "MGA advertisement[]" that

17   NICKELODEON allegedly "rejected[ed]" based on influence from MATTEL.

18   RESPONSE TO REQUEST FOR PRODUCTION NO. 122:

19        MGA Mexico incorporates by reference its General Response and General

20   Objections above, as though fully set forth herein.  MGA Mexico further objects to

21   the request to the extent it seeks the production of documents that are protected from

22   disclosure under any applicable privilege, doctrine or immunity, including without

23   limitation the attorney-client privilege, the work product doctrine, the right of

24   privacy, and all other privileges recognized under the constitutional, statutory or

25   decisional law of the United States of America, the State of California or any other

26   applicable jurisdiction, including, but not limited to, such laws existing in the United

27   Mexican States.  MGA Mexico further objects to this request as being overly broad

28   and unduly burdensome on the grounds that it is not limited in time or geographical

202

EXHIBIT __4__
PAGE __573__

1   scope. MGA Mexico further objects that the phrase "based on influence from

2   MATTEL" is vague, ambiguous and unintelligible. MGA Mexico further objects to

3   the request to the extent that it seeks documents that by reason of public filing,

4   public distribution or otherwise are already in Mattel's possession or are readily

5   accessible to Mattel. MGA Mexico further objects to the request to the extent that it

6   seeks documents not in MGA Mexico's possession, custody or control. MGA

7   Mexico further objects to the request to the extent it seeks confidential, proprietary

8   or commercially sensitive information, the disclosure of which would be inimical to

9   the business interests of MGA Mexico or MGA. MGA Mexico further objects to the

10  request to the extent it violates the privacy rights of third parties to their private,

11  confidential, proprietary or trade secret information.

12      MGA Mexico further objects to this request as cumulative, duplicative, and

13  unduly burdensome to the extent that it seeks documents previously requested by

14  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

15  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

16  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

17  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

18  Set of Requests for Production of Documents and Things to Isaac Larian and

19  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

20  Documents and Things to MGAE de Mexico S.R.L. de C.V.

21      Without waiving any of the foregoing General or Specific Objections, but

22  rather expressly preserving each and every such objection, MGA Mexico responds as

23  follows: MGA Mexico will produce all non-privileged, responsive documents in its

24  possession, custody or control, if any, that it is able to locate following a reasonably

25  diligent search.

26  REQUEST FOR PRODUCTION NO. 123:

27      Copies of all "MGA advertisements" that NICKELODEON allegedly

28  "rejected[ed]" based on influence from MATTEL.

EXHIBIT __4__
PAGE ___514___

1   RESPONSE TO REQUEST FOR PRODUCTION NO. 123:

2         MGA Mexico incorporates by reference its General Response and General

3   Objections above, as though fully set forth herein.  MGA Mexico further objects to

4   the request to the extent it seeks the production of documents that are protected from

5   disclosure under any applicable privilege, doctrine or immunity, including without

6   limitation the attorney-client privilege, the work product doctrine, the right of

7   privacy, and all other privileges recognized under the constitutional, statutory or

8   decisional law of the United States of America, the State of California or any other

9   applicable jurisdiction, including, but not limited to, such laws existing in the United

10  Mexican States.  MGA Mexico further objects to this request as being overly broad

11  and unduly burdensome on the grounds that it is not limited in time or geographical

12  scope.  MGA Mexico further objects that the phrase "based on influence from

13  MATTEL" is vague, ambiguous and unintelligible.  MGA Mexico further objects to

14  the request to the extent that it seeks documents that by reason of public filing,

15  public distribution or otherwise are already in Mattel's possession or are readily

16  accessible to Mattel.  MGA Mexico further objects to the request to the extent that it

17  seeks documents not in MGA Mexico's possession, custody or control.  MGA

18  Mexico further objects to the request to the extent it seeks confidential, proprietary

19  or commercially sensitive information, the disclosure of which would be inimical to

20  the business interests of MGA Mexico or MGA.  MGA Mexico further objects to the

21  request to the extent it violates the privacy rights of third parties to their private,

22  confidential, proprietary or trade secret information.

23        MGA Mexico further objects to this request as cumulative, duplicative, and

24  unduly burdensome to the extent that it seeks documents previously requested by

25  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

26  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

27  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

28  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

204

EXHIBIT ___4___
PAGE ___575___

1  Set of Requests for Production of Documents and Things to Isaac Larian and

2  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

3  Documents and Things to MGAE de Mexico S.R.L. de C.V.

4       Without waiving any of the foregoing General or Specific Objections, but

5  rather expressly preserving each and every such objection, MGA Mexico responds as

6  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

7  possession, custody or control, if any, that it is able to locate following a reasonably

8  diligent search.

9  REQUEST FOR PRODUCTION NO. 124:

10       DOCUMENTS sufficient to IDENTIFY the product or products depicted in

11  each "MGA advertisement[]" that NICKELODEON allegedly "rejected[ed]" based

12  on influence from MATTEL.

13  RESPONSE TO REQUEST FOR PRODUCTION NO. 124:

14       MGA Mexico incorporates by reference its General Response and General

15  Objections above, as though fully set forth herein.  MGA Mexico further objects to

16  the request to the extent it seeks the production of documents that are protected from

17  disclosure under any applicable privilege, doctrine or immunity, including without

18  limitation the attorney-client privilege, the work product doctrine, the right of

19  privacy, and all other privileges recognized under the constitutional, statutory or

20  decisional law of the United States of America, the State of California or any other

21  applicable jurisdiction, including, but not limited to, such laws existing in the United

22  Mexican States.  MGA Mexico further objects to this request as being overly broad

23  and unduly burdensome on the grounds that it is not limited in time or geographical

24  scope.  MGA Mexico further objects that the phrase "based on influence from

25  MATTEL" is vague, ambiguous and unintelligible.  MGA Mexico further objects to

26  the request to the extent that it seeks documents that by reason of public filing,

27  public distribution or otherwise are already in Mattel's possession or are readily

28  accessible to Mattel.  MGA Mexico further objects to the request to the extent that it

EXHIBIT __4__
PAGE __576__

1    seeks documents not in MGA Mexico's possession, custody or control.  MGA

2    Mexico further objects to the request to the extent it seeks confidential, proprietary

3    or commercially sensitive information, the disclosure of which would be inimical to

4    the business interests of MGA Mexico or MGA.  MGA Mexico further objects to the

5    request to the extent it violates the privacy rights of third parties to their private,

6    confidential, proprietary or trade secret information.

7         MGA Mexico further objects to this request as cumulative, duplicative, and

8    unduly burdensome to the extent that it seeks documents previously requested by

9    Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

10   to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

11   in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

12   Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

13   Set of Requests for Production of Documents and Things to Isaac Larian and

14   Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

15   Documents and Things to MGAE de Mexico S.R.L. de C.V.

16        Without waiving any of the foregoing General or Specific Objections, but

17   rather expressly preserving each and every such objection, MGA Mexico responds as

18   follows:  MGA Mexico will produce all non-privileged, responsive documents in its

19   possession, custody or control, if any, that it is able to locate following a reasonably

20   diligent search.

21   REQUEST FOR PRODUCTION NO. 125:

22        DOCUMENTS sufficient to IDENTIFY each "MGA advertisement[]" for

23   which NICKELODEON allegedly "limit[ed] time slots" based on influence from

24   MATTEL.

25   RESPONSE TO REQUEST FOR PRODUCTION NO. 125:

26        MGA Mexico incorporates by reference its General Response and General

27   Objections above, as though fully set forth herein.  MGA Mexico further objects to

28   the request to the extent it seeks the production of documents that are protected from

206

MGA MEXICO'S RESPONSE TO MATTEL'S 2D SET OF REQUESTS FOR DOCS.   Case No. CV-04-9049 SGL

EXHIBIT __4__
PAGE ___577___

1    disclosure under any applicable privilege, doctrine or immunity, including without

2    limitation the attorney-client privilege, the work product doctrine, the right of

3    privacy, and all other privileges recognized under the constitutional, statutory or

4    decisional law of the United States of America, the State of California or any other

5    applicable jurisdiction, including, but not limited to, such laws existing in the United

6    Mexican States.  MGA Mexico further objects to this request as being overly broad

7    and unduly burdensome on the grounds that it is not limited in time or geographical

8    scope.  MGA Mexico further objects that the phrase "based on influence from

9    MATTEL" is vague, ambiguous and unintelligible.  MGA Mexico further objects to

10   the request to the extent that it seeks documents that by reason of public filing,

11   public distribution or otherwise are already in Mattel's possession or are readily

12   accessible to Mattel.  MGA Mexico further objects to the request to the extent that it

13   seeks documents not in MGA Mexico's possession, custody or control.  MGA

14   Mexico further objects to the request to the extent it seeks confidential, proprietary

15   or commercially sensitive information, the disclosure of which would be inimical to

16   the business interests of MGA Mexico or MGA.  MGA Mexico further objects to the

17   request to the extent it violates the privacy rights of third parties to their private,

18   confidential, proprietary or trade secret information.

19        MGA Mexico further objects to this request as cumulative, duplicative, and

20   unduly burdensome to the extent that it seeks documents previously requested by

21   Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

22   to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

23   in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

24   Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

25   Set of Requests for Production of Documents and Things to Isaac Larian and

26   Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

27   Documents and Things to MGAE de Mexico S.R.L. de C.V.

28

MGA MEXICO'S RESPONSE TO MATTEL'S 2D SET OF REQUESTS FOR DOCS.   Case No. CV-04-9049 SGL

EXHIBIT __4__
PAGE ___578___

1      Without waiving any of the foregoing General or Specific Objections, but

2   rather expressly preserving each and every such objection, MGA Mexico responds as

3   follows:  MGA Mexico will produce all non-privileged, responsive documents in its

4   possession, custody or control, if any, that it is able to locate following a reasonably

5   diligent search.

6   REQUEST FOR PRODUCTION NO. 126:

7      Copies of all "MGA advertisements" for which NICKELODEON allegedly

8   "limit[ed] time slots" based on influence from MATTEL.

9   RESPONSE TO REQUEST FOR PRODUCTION NO. 126:

10      MGA Mexico incorporates by reference its General Response and General

11   Objections above, as though fully set forth herein.  MGA Mexico further objects to

12   the request to the extent it seeks the production of documents that are protected from

13   disclosure under any applicable privilege, doctrine or immunity, including without

14   limitation the attorney-client privilege, the work product doctrine, the right of

15   privacy, and all other privileges recognized under the constitutional, statutory or

16   decisional law of the United States of America, the State of California or any other

17   applicable jurisdiction, including, but not limited to, such laws existing in the United

18   Mexican States.  MGA Mexico further objects to this request as being overly broad

19   and unduly burdensome on the grounds that it is not limited in time or geographical

20   scope.  MGA Mexico further objects that the phrase "based on influence from

21   MATTEL" is vague, ambiguous and unintelligible.  MGA Mexico further objects to

22   the request to the extent that it seeks documents that by reason of public filing,

23   public distribution or otherwise are already in Mattel's possession or are readily

24   accessible to Mattel.  MGA Mexico further objects to the request to the extent that it

25   seeks documents not in MGA Mexico's possession, custody or control.  MGA

26   Mexico further objects to the request to the extent it seeks confidential, proprietary

27   or commercially sensitive information, the disclosure of which would be inimical to

28   the business interests of MGA Mexico or MGA.  MGA Mexico further objects to the

EXHIBIT ___f___
PAGE ___579___

1 | request to the extent it violates the privacy rights of third parties to their private,

2 | confidential, proprietary or trade secret information.

3 |     MGA Mexico further objects to this request as cumulative, duplicative, and

4 | unduly burdensome to the extent that it seeks documents previously requested by

5 | Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

6 | to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

7 | in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

8 | Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

9 | Set of Requests for Production of Documents and Things to Isaac Larian and

10 | Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

11 | Documents and Things to MGAE de Mexico S.R.L. de C.V.

12 |     Without waiving any of the foregoing General or Specific Objections, but

13 | rather expressly preserving each and every such objection, MGA Mexico responds as

14 | follows:  MGA Mexico will produce all non-privileged, responsive documents in its

15 | possession, custody or control, if any, that it is able to locate following a reasonably

16 | diligent search.

17 | REQUEST FOR PRODUCTION NO. 127:

18 |     DOCUMENTS sufficient to IDENTIFY the product or products depicted in

19 | each "MGA advertisement[]" for which NICKELODEON allegedly "limit[ed] time

20 | slots" based on influence from MATTEL.

21 | RESPONSE TO REQUEST FOR PRODUCTION NO. 127:

22 |     MGA Mexico incorporates by reference its General Response and General

23 | Objections above, as though fully set forth herein.  MGA Mexico further objects to

24 | the request to the extent it seeks the production of documents that are protected from

25 | disclosure under any applicable privilege, doctrine or immunity, including without

26 | limitation the attorney-client privilege, the work product doctrine, the right of

27 | privacy, and all other privileges recognized under the constitutional, statutory or

28 | decisional law of the United States of America, the State of California or any other

EXHIBIT ___4___
PAGE ___580___

1  applicable jurisdiction, including, but not limited to, such laws existing in the United
2  Mexican States.  MGA Mexico further objects to this request as being overly broad
3  and unduly burdensome on the grounds that it is not limited in time or geographical
4  scope.  MGA Mexico further objects that the phrase "based on influence from
5  MATTEL" is vague, ambiguous and unintelligible.  MGA Mexico further objects to
6  the request to the extent that it seeks documents that by reason of public filing,
7  public distribution or otherwise are already in Mattel's possession or are readily
8  accessible to Mattel.  MGA Mexico further objects to the request to the extent that it
9  seeks documents not in MGA Mexico's possession, custody or control.  MGA
10  Mexico further objects to the request to the extent it seeks confidential, proprietary
11  or commercially sensitive information, the disclosure of which would be inimical to
12  the business interests of MGA Mexico or MGA.  MGA Mexico further objects to the
13  request to the extent it violates the privacy rights of third parties to their private,
14  confidential, proprietary or trade secret information.

15      MGA Mexico further objects to this request as cumulative, duplicative, and
16  unduly burdensome to the extent that it seeks documents previously requested by
17  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response
18  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100
19  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible
20  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First
21  Set of Requests for Production of Documents and Things to Isaac Larian and
22  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of
23  Documents and Things to MGAE de Mexico S.R.L. de C.V.

24      Without waiving any of the foregoing General or Specific Objections, but
25  rather expressly preserving each and every such objection, MGA Mexico responds as
26  follows:  MGA Mexico will produce all non-privileged, responsive documents in its
27  possession, custody or control, if any, that it is able to locate following a reasonably
28  diligent search.

EXHIBIT __4__
PAGE __581__

**REQUEST FOR PRODUCTION NO. 128:**

All advertisements aired or shown on NICKELODEON for each product depicted in each "MGA advertisement[]" allegedly "rejected[ed]" by NICKELODEON based on influence from MATTEL.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 128:**

MGA Mexico incorporates by reference its General Response and General Objections above, as though fully set forth herein. MGA Mexico further objects to the request to the extent it seeks the production of documents that are protected from disclosure under any applicable privilege, doctrine or immunity, including without limitation the attorney-client privilege, the work product doctrine, the right of privacy, and all other privileges recognized under the constitutional, statutory or decisional law of the United States of America, the State of California or any other applicable jurisdiction, including, but not limited to, such laws existing in the United Mexican States. MGA Mexico further objects to this request as being overly broad and unduly burdensome on the grounds that it is not limited in time or geographical scope. MGA Mexico further objects to this request on the grounds that the phrase "[a]ll advertisements aired or shown on NICKELODEON for each product" does not comply with the "reasonable particularity" requirement of Federal Rule of Civil Procedure 34 and renders the request overly broad and unduly burdensome in light of "the wealth of material already made available in this case." Westhemeco Ltd. v. New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979). MGA Mexico further objects that the phrase "based on influence from MATTEL" is vague, ambiguous and unintelligible. MGA Mexico further objects to the request to the extent that it seeks documents that by reason of public filing, public distribution or otherwise are already in Mattel's possession or are readily accessible to Mattel. MGA Mexico further objects to the request to the extent that it seeks documents not in MGA Mexico's possession, custody or control. MGA Mexico further objects to the request to the extent it seeks confidential, proprietary or commercially sensitive

211

EXHIBIT ___4___
PAGE ___582___

1  information, the disclosure of which would be inimical to the business interests of

2  MGA Mexico or MGA.  MGA Mexico further objects to the request to the extent it

3  violates the privacy rights of third parties to their private, confidential, proprietary or

4  trade secret information.

5       MGA Mexico further objects to this request as cumulative, duplicative, and

6  unduly burdensome to the extent that it seeks documents previously requested by

7  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

8  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

9  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

10  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

11  Set of Requests for Production of Documents and Things to Isaac Larian and

12  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

13  Documents and Things to MGAE de Mexico S.R.L. de C.V.

14       Without waiving any of the foregoing General or Specific Objections, but

15  rather expressly preserving each and every such objection, MGA Mexico responds as

16  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

17  possession, custody or control, if any, that it is able to locate following a reasonably

18  diligent search.

19  REQUEST FOR PRODUCTION NO. 129:

20       All advertisements aired or shown on NICKELODEON for each product

21  depicted in each "MGA advertisement[]" for which NICKELODEON allegedly

22  "limit[ed] time slots" based on influence from MATTEL.

23  RESPONSE TO REQUEST FOR PRODUCTION NO. 129:

24       MGA Mexico incorporates by reference its General Response and General

25  Objections above, as though fully set forth herein.  MGA Mexico further objects to

26  the request to the extent it seeks the production of documents that are protected from

27  disclosure under any applicable privilege, doctrine or immunity, including without

28  limitation the attorney-client privilege, the work product doctrine, the right of

MGA MEXICO'S RESPONSE TO MATTEL'S 2D SET OF REQUESTS FOR DOCS.   Case No. CV-04-9049 SGL

EXHIBIT ___4___
PAGE ___583___

1  privacy, and all other privileges recognized under the constitutional, statutory or

2  decisional law of the United States of America, the State of California or any other

3  applicable jurisdiction, including, but not limited to, such laws existing in the United

4  Mexican States. MGA Mexico further objects to this request as being overly broad

5  and unduly burdensome on the grounds that it is not limited in time or geographical

6  scope. MGA Mexico further objects to this request on the grounds that the phrase

7  "[a]ll advertisements aired or shown on NICKELODEON for each product" does not

8  comply with the "reasonable particularity" requirement of Federal Rule of Civil

9  Procedure 34 and renders the request overly broad and unduly burdensome in light of

10  "the wealth of material already made available in this case." Westhemeco Ltd. v.

11  New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979). MGA Mexico

12  further objects that the phrase "based on influence from MATTEL" is vague,

13  ambiguous and unintelligible. MGA Mexico further objects to the request to the

14  extent that it seeks documents that by reason of public filing, public distribution or

15  otherwise are already in Mattel's possession or are readily accessible to Mattel.

16  MGA Mexico further objects to the request to the extent that it seeks documents not

17  in MGA Mexico's possession, custody or control. MGA Mexico further objects to

18  the request to the extent it seeks confidential, proprietary or commercially sensitive

19  information, the disclosure of which would be inimical to the business interests of

20  MGA Mexico or MGA. MGA Mexico further objects to the request to the extent it

21  violates the privacy rights of third parties to their private, confidential, proprietary or

22  trade secret information.

23      MGA Mexico further objects to this request as cumulative, duplicative, and

24  unduly burdensome to the extent that it seeks documents previously requested by

25  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

26  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

27  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

28  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

213

EXHIBIT ___4___
PAGE ___584___

1  Set of Requests for Production of Documents and Things to Isaac Larian and

2  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

3  Documents and Things to MGAE de Mexico S.R.L. de C.V.

4      Without waiving any of the foregoing General or Specific Objections, but

5  rather expressly preserving each and every such objection, MGA Mexico responds as

6  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

7  possession, custody or control, if any, that it is able to locate following a reasonably

8  diligent search.

9  REQUEST FOR PRODUCTION NO. 130:

10      All advertisements aired or shown on any network or any other television

11  outlet, other than NICKELODEON, for each product depicted in each "MGA

12  advertisement[]" allegedly "rejected[ed]" by NICKELODEON based on influence

13  from MATTEL.

14  RESPONSE TO REQUEST FOR PRODUCTION NO. 130:

15      MGA Mexico incorporates by reference its General Response and General

16  Objections above, as though fully set forth herein.  MGA Mexico further objects to

17  the request to the extent it seeks the production of documents that are protected from

18  disclosure under any applicable privilege, doctrine or immunity, including without

19  limitation the attorney-client privilege, the work product doctrine, the right of

20  privacy, and all other privileges recognized under the constitutional, statutory or

21  decisional law of the United States of America, the State of California or any other

22  applicable jurisdiction, including, but not limited to, such laws existing in the United

23  Mexican States.  MGA Mexico further objects to this request as being overly broad

24  and unduly burdensome on the grounds that it is not limited in time or geographical

25  scope.  MGA Mexico further objects to this request on the grounds that the phrase

26  "[a]ll advertisements aired or shown on any network or any other television outlet,

27  other than NICKELODEON, for each product" does not comply with the "reasonable

28  particularity" requirement of Federal Rule of Civil Procedure 34 and renders the

214

EXHIBIT 4
PAGE 585

1  request overly broad and unduly burdensome in light of "the wealth of material

2  already made available in this case."   Westhemeco Ltd. v. New Hampshire Ins. Co.,

3  82 F.R.D. 702, 709 (S.D.N.Y. 1979).   MGA Mexico further objects that the phrase

4  "based on influence from MATTEL" is vague, ambiguous and unintelligible.   MGA

5  Mexico further objects to the request to the extent that it seeks documents that by

6  reason of public filing, public distribution or otherwise are already in Mattel's

7  possession or are readily accessible to Mattel.   MGA Mexico further objects to the

8  request to the extent that it seeks documents not in MGA Mexico's possession,

9  custody or control.   MGA Mexico further objects to the request to the extent it seeks

10  confidential, proprietary or commercially sensitive information, the disclosure of

11  which would be inimical to the business interests of MGA Mexico or MGA.   MGA

12  Mexico further objects to the request to the extent it violates the privacy rights of

13  third parties to their private, confidential, proprietary or trade secret information.

14      MGA Mexico further objects to this request as cumulative, duplicative, and

15  unduly burdensome to the extent that it seeks documents previously requested by

16  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

17  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

18  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

19  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

20  Set of Requests for Production of Documents and Things to Isaac Larian and

21  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

22  Documents and Things to MGAE de Mexico S.R.L. de C.V.

23      Without waiving any of the foregoing General or Specific Objections, but

24  rather expressly preserving each and every such objection, MGA Mexico responds as

25  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

26  possession, custody or control, if any, that it is able to locate following a reasonably

27  diligent search.

28

EXHIBIT __4__
PAGE __586__

1  REQUEST FOR PRODUCTION NO. 131:

2       All advertisements aired or shown on any network or any other television

3  outlet, other than NICKELODEON, for each product depicted in each "MGA

4  advertisement[]" for which NICKELODEON allegedly "limit[ed] time slots" based

5  on influence from MATTEL.

6  RESPONSE TO REQUEST FOR PRODUCTION NO. 131:

7       MGA Mexico incorporates by reference its General Response and General

8  Objections above, as though fully set forth herein.  MGA Mexico further objects to

9  the request to the extent it seeks the production of documents that are protected from

10  disclosure under any applicable privilege, doctrine or immunity, including without

11  limitation the attorney-client privilege, the work product doctrine, the right of

12  privacy, and all other privileges recognized under the constitutional, statutory or

13  decisional law of the United States of America, the State of California or any other

14  applicable jurisdiction, including, but not limited to, such laws existing in the United

15  Mexican States.  MGA Mexico further objects to this request as being overly broad

16  and unduly burdensome on the grounds that it is not limited in time or geographical

17  scope.  MGA Mexico further objects to this request on the grounds that the phrase

18  "[a]ll advertisements aired or shown on any network or any other television outlet,

19  other than NICKELODEON, for each product" does not comply with the "reasonable

20  particularity" requirement of Federal Rule of Civil Procedure 34 and renders the

21  request overly broad and unduly burdensome in light of "the wealth of material

22  already made available in this case."  Westhemeco Ltd. v. New Hampshire Ins. Co.,

23  82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA Mexico further objects that the phrase

24  "based on influence from MATTEL" is vague, ambiguous and unintelligible.  MGA

25  Mexico further objects to the request to the extent that it seeks documents that by

26  reason of public filing, public distribution or otherwise are already in Mattel's

27  possession or are readily accessible to Mattel.  MGA Mexico further objects to the

28  request to the extent that it seeks documents not in MGA Mexico's possession,

216

EXHIBIT ___4___
PAGE ___587___

1   custody or control.  MGA Mexico further objects to the request to the extent it seeks

2   confidential, proprietary or commercially sensitive information, the disclosure of

3   which would be inimical to the business interests of MGA Mexico or MGA.  MGA

4   Mexico further objects to the request to the extent it violates the privacy rights of

5   third parties to their private, confidential, proprietary or trade secret information.

6          MGA Mexico further objects to this request as cumulative, duplicative, and

7   unduly burdensome to the extent that it seeks documents previously requested by

8   Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

9   to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

10  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

11  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

12  Set of Requests for Production of Documents and Things to Isaac Larian and

13  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

14  Documents and Things to MGAE de Mexico S.R.L. de C.V.

15         Without waiving any of the foregoing General or Specific Objections, but

16  rather expressly preserving each and every such objection, MGA Mexico responds as

17  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

18  possession, custody or control, if any, that it is able to locate following a reasonably

19  diligent search.

20  REQUEST FOR PRODUCTION NO. 132:

21         All print advertisements for each product depicted in each "MGA

22  advertisement[]" allegedly "rejected[ed]" by NICKELODEON based on influence

23  from MATTEL.

24  RESPONSE TO REQUEST FOR PRODUCTION NO. 132:

25         MGA Mexico incorporates by reference its General Response and General

26  Objections above, as though fully set forth herein.  MGA Mexico further objects to

27  the request to the extent it seeks the production of documents that are protected from

28  disclosure under any applicable privilege, doctrine or immunity, including without

EXHIBIT ___4___
PAGE ___588___

1  limitation the attorney-client privilege, the work product doctrine, the right of

2  privacy, and all other privileges recognized under the constitutional, statutory or

3  decisional law of the United States of America, the State of California or any other

4  applicable jurisdiction, including, but not limited to, such laws existing in the United

5  Mexican States.  MGA Mexico further objects to this request as being overly broad

6  and unduly burdensome on the grounds that it is not limited in time or geographical

7  scope.  MGA Mexico further objects to this request on the grounds that the phrase

8  "[a]ll print advertisements for each product" does not comply with the "reasonable

9  particularity" requirement of Federal Rule of Civil Procedure 34 and renders the

10 request overly broad and unduly burdensome in light of "the wealth of material

11 already made available in this case."  Westhemeco Ltd. v. New Hampshire Ins. Co.,

12 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA Mexico further objects that the phrase

13 "based on influence from MATTEL" is vague, ambiguous and unintelligible.  MGA

14 Mexico further objects to the request to the extent that it seeks documents that by

15 reason of public filing, public distribution or otherwise are already in Mattel's

16 possession or are readily accessible to Mattel.  MGA Mexico further objects to the

17 request to the extent that it seeks documents not in MGA Mexico's possession,

18 custody or control.  MGA Mexico further objects to the request to the extent it seeks

19 confidential, proprietary or commercially sensitive information, the disclosure of

20 which would be inimical to the business interests of MGA Mexico or MGA.  MGA

21 Mexico further objects to the request to the extent it violates the privacy rights of

22 third parties to their private, confidential, proprietary or trade secret information.

23        MGA Mexico further objects to this request as cumulative, duplicative, and

24 unduly burdensome to the extent that it seeks documents previously requested by

25 Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

26 to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

27 in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

28 Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

218

EXHIBIT __4__
PAGE __589__

1  Set of Requests for Production of Documents and Things to Isaac Larian and

2  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

3  Documents and Things to MGAE de Mexico S.R.L. de C.V.

4      Without waiving any of the foregoing General or Specific Objections, but

5  rather expressly preserving each and every such objection, MGA Mexico responds as

6  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

7  possession, custody or control, if any, that it is able to locate following a reasonably

8  diligent search.

9  REQUEST FOR PRODUCTION NO. 133:

10      All print advertisements for each product depicted in each "MGA

11  advertisement[]" for which NICKELODEON allegedly "limit[ed] time slots" based

12  on influence from MATTEL.

13  RESPONSE TO REQUEST FOR PRODUCTION NO. 133:

14      MGA Mexico incorporates by reference its General Response and General

15  Objections above, as though fully set forth herein.  MGA Mexico further objects to

16  the request to the extent it seeks the production of documents that are protected from

17  disclosure under any applicable privilege, doctrine or immunity, including without

18  limitation the attorney-client privilege, the work product doctrine, the right of

19  privacy, and all other privileges recognized under the constitutional, statutory or

20  decisional law of the United States of America, the State of California or any other

21  applicable jurisdiction, including, but not limited to, such laws existing in the United

22  Mexican States.  MGA Mexico further objects to this request as being overly broad

23  and unduly burdensome on the grounds that it is not limited in time or geographical

24  scope.  MGA Mexico further objects to this request on the grounds that the phrase

25  "[a]ll print advertisements for each product" does not comply with the "reasonable

26  particularity" requirement of Federal Rule of Civil Procedure 34 and renders the

27  request overly broad and unduly burdensome in light of "the wealth of material

28  already made available in this case."  Westhemeco Ltd. v. New Hampshire Ins. Co.,

EXHIBIT __4__
PAGE __590__

1  82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA Mexico further objects that the phrase

2  "based on influence from MATTEL" is vague, ambiguous and unintelligible.  MGA

3  Mexico further objects to the request to the extent that it seeks documents that by

4  reason of public filing, public distribution or otherwise are already in Mattel's

5  possession or are readily accessible to Mattel.  MGA Mexico further objects to the

6  request to the extent that it seeks documents not in MGA Mexico's possession,

7  custody or control.  MGA Mexico further objects to the request to the extent it seeks

8  confidential, proprietary or commercially sensitive information, the disclosure of

9  which would be inimical to the business interests of MGA Mexico or MGA.  MGA

10  Mexico further objects to the request to the extent it violates the privacy rights of

11  third parties to their private, confidential, proprietary or trade secret information.

12      MGA Mexico further objects to this request as cumulative, duplicative, and

13  unduly burdensome to the extent that it seeks documents previously requested by

14  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

15  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

16  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

17  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

18  Set of Requests for Production of Documents and Things to Isaac Larian and

19  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

20  Documents and Things to MGAE de Mexico S.R.L. de C.V.

21      Without waiving any of the foregoing General or Specific Objections, but

22  rather expressly preserving each and every such objection, MGA Mexico responds as

23  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

24  possession, custody or control, if any, that it is able to locate following a reasonably

25  diligent search.

26  REQUEST FOR PRODUCTION NO. 134:

27      DOCUMENTS describing all time periods during which YOU advertised each

28  product depicted in each "MGA advertisement[]" allegedly "rejected[ed]" by

EXHIBIT __4__
PAGE __591__

1 | NICKELODEON based on influence from MATTEL, including but not limited to,
2 | the dates of the first and last advertisements.

3 | RESPONSE TO REQUEST FOR PRODUCTION NO. 134:

4 |     MGA Mexico incorporates by reference its General Response and General
5 | Objections above, as though fully set forth herein and specifically incorporates
6 | General Objection No. 15 (regarding Definitions), including without limitation MGA
7 | Mexico's objection to the definition of the terms YOU, and its incorporated term
8 | PERSON.   MGA Mexico further objects to the request to the extent it seeks the
9 | production of documents that are protected from disclosure under any applicable
10 | privilege, doctrine or immunity, including without limitation the attorney-client
11 | privilege, the work product doctrine, the right of privacy, and all other privileges
12 | recognized under the constitutional, statutory or decisional law of the United States
13 | of America, the State of California or any other applicable jurisdiction, including, but
14 | not limited to, such laws existing in the United Mexican States.  MGA Mexico
15 | further objects to this request as being overly broad and unduly burdensome on the
16 | grounds that it is not limited in time or geographical scope.  MGA Mexico further
17 | objects to this request on the grounds that the phrase "DOCUMENTS describing all
18 | time periods during which" renders the request vague, ambiguous, and unintelligible.
19 | MGA Mexico further objects that the phrase "based on influence from MATTEL" is
20 | vague, ambiguous and unintelligible.  MGA Mexico further objects to the request to
21 | the extent that it seeks documents that by reason of public filing, public distribution
22 | or otherwise are already in Mattel's possession or are readily accessible to Mattel.
23 | MGA Mexico further objects to the request to the extent that it seeks documents not
24 | in MGA Mexico's possession, custody or control.  MGA Mexico further objects to
25 | the request to the extent it seeks confidential, proprietary or commercially sensitive
26 | information, the disclosure of which would be inimical to the business interests of
27 | MGA Mexico or MGA.  MGA Mexico further objects to the request to the extent it
28 |

EXHIBIT __4__
PAGE ___592___

1    violates the privacy rights of third parties to their private, confidential, proprietary or

2    trade secret information.

3        MGA Mexico further objects to this request as cumulative, duplicative, and

4    unduly burdensome to the extent that it seeks documents previously requested by

5    Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

6    to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

7    in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

8    Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

9    Set of Requests for Production of Documents and Things to Isaac Larian and

10   Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

11   Documents and Things to MGAE de Mexico S.R.L. de C.V.

12       Without waiving any of the foregoing General or Specific Objections, but

13   rather expressly preserving each and every such objection, MGA Mexico responds as

14   follows:  MGA Mexico will produce all non-privileged, responsive documents in its

15   possession, custody or control, if any, that it is able to locate following a reasonably

16   diligent search.

17   REQUEST FOR PRODUCTION NO. 135:

18       DOCUMENTS describing all time periods during which YOU advertised each

19   product depicted in each "MGA advertisement[]" for which NICKELODEON

20   allegedly "limit[ed] time slots" based on influence from MATTEL, including but not

21   limited to, the dates of the first and last advertisements.

22   RESPONSE TO REQUEST FOR PRODUCTION NO. 135:

23       MGA Mexico incorporates by reference its General Response and General

24   Objections above, as though fully set forth herein and specifically incorporates

25   General Objection No. 15 (regarding Definitions), including without limitation MGA

26   Mexico's objection to the definition of the terms YOU, and its incorporated term

27   PERSON.  MGA Mexico further objects to the request to the extent it seeks the

28   production of documents that are protected from disclosure under any applicable

EXHIBIT __4__
PAGE __593__

1  privilege, doctrine or immunity, including without limitation the attorney-client

2  privilege, the work product doctrine, the right of privacy, and all other privileges

3  recognized under the constitutional, statutory or decisional law of the United States

4  of America, the State of California or any other applicable jurisdiction, including, but

5  not limited to, such laws existing in the United Mexican States.  MGA Mexico

6  further objects to this request as being overly broad and unduly burdensome on the

7  grounds that it is not limited in time or geographical scope.  MGA Mexico further

8  objects to this request on the grounds that the phrase "DOCUMENTS describing all

9  time periods during which" renders the request vague, ambiguous, and unintelligible.

10  MGA Mexico further objects that the phrase "based on influence from MATTEL" is

11  vague, ambiguous and unintelligible.  MGA Mexico further objects to the request to

12  the extent that it seeks documents that by reason of public filing, public distribution

13  or otherwise are already in Mattel's possession or are readily accessible to Mattel.

14  MGA Mexico further objects to the request to the extent that it seeks documents not

15  in MGA Mexico's possession, custody or control.  MGA Mexico further objects to

16  the request to the extent it seeks confidential, proprietary or commercially sensitive

17  information, the disclosure of which would be inimical to the business interests of

18  MGA Mexico or MGA.  MGA Mexico further objects to the request to the extent it

19  violates the privacy rights of third parties to their private, confidential, proprietary or

20  trade secret information.

21       MGA Mexico further objects to this request as cumulative, duplicative, and

22  unduly burdensome to the extent that it seeks documents previously requested by

23  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

24  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

25  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

26  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

27  Set of Requests for Production of Documents and Things to Isaac Larian and

28

EXHIBIT _4_
PAGE _594_

1  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

2  Documents and Things to MGAE de Mexico S.R.L. de C.V.

3      Without waiving any of the foregoing General or Specific Objections, but

4  rather expressly preserving each and every such objection, MGA Mexico responds as

5  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

6  possession, custody or control, if any, that it is able to locate following a reasonably

7  diligent search.

8  REQUEST FOR PRODUCTION NO. 136:

9      All DOCUMENTS, including but not limited to all COMMUNICATIONS

10  with any PERSON, that REFER OR RELATE TO any network's or other television

11  outlet's acceptance or rejection of any "MGA advertisement[]" that NICKELODEON

12  allegedly "rejected[ed]" based on influence from MATTEL.

13  RESPONSE TO REQUEST FOR PRODUCTION NO. 136:

14      MGA Mexico incorporates by reference its General Response and General

15  Objections above, as though fully set forth herein and specifically incorporates

16  General Objection No. 15 (regarding Definitions), including without limitation MGA

17  Mexico's objection to the definition of the term PERSON.  MGA Mexico further

18  objects to the request to the extent it seeks the production of documents that are

19  protected from disclosure under any applicable privilege, doctrine or immunity,

20  including without limitation the attorney-client privilege, the work product doctrine,

21  the right of privacy, and all other privileges recognized under the constitutional,

22  statutory or decisional law of the United States of America, the State of California or

23  any other applicable jurisdiction, including, but not limited to, such laws existing in

24  the United Mexican States.  MGA Mexico further objects to this request as being

25  overly broad and unduly burdensome on the grounds that it is not limited in time or

26  geographical scope.  MGA Mexico further objects to this request on the grounds that

27  the phrase "[a]ll DOCUMENTS, including but not limited to all

28  COMMUNICATIONS with any PERSON, that REFER OR RELATE TO" does not

224

EXHIBIT _4_
PAGE _695_

1   comply with the "reasonable particularity" requirement of Federal Rule of Civil

2   Procedure 34 and renders the request overly broad and unduly burdensome in light of

3   "the wealth of material already made available in this case." Westhemeco Ltd. v.

4   New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979). MGA Mexico

5   further objects that the phrase "any network's or other television outlet's acceptance

6   or rejection" is compound and, as such, renders the request vague, ambiguous, and

7   unintelligible. MGA Mexico further objects that the phrase "based on influence

8   from MATTEL" is vague, ambiguous and unintelligible. MGA Mexico further

9   objects to the request to the extent that it seeks documents that by reason of public

10   filing, public distribution or otherwise are already in Mattel's possession or are

11   readily accessible to Mattel. MGA Mexico further objects to the request to the

12   extent that it seeks documents not in MGA Mexico's possession, custody or control.

13   MGA Mexico further objects to the request to the extent it seeks confidential,

14   proprietary or commercially sensitive information, the disclosure of which would be

15   inimical to the business interests of MGA Mexico or MGA. MGA Mexico further

16   objects to the request to the extent it violates the privacy rights of third parties to

17   their private, confidential, proprietary or trade secret information.

18          MGA Mexico further objects to this request as cumulative, duplicative, and

19   unduly burdensome to the extent that it seeks documents previously requested by

20   Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

21   to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

22   in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

23   Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

24   Set of Requests for Production of Documents and Things to Isaac Larian and

25   Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

26   Documents and Things to MGAE de Mexico S.R.L. de C.V.

27          Without waiving any of the foregoing General or Specific Objections, but

28   rather expressly preserving each and every such objection, MGA Mexico responds as

225

EXHIBIT ___4___
PAGE ___596___

1  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

2  possession, custody or control, if any, that it is able to locate following a reasonably

3  diligent search.

4  REQUEST FOR PRODUCTION NO. 137:

5       All DOCUMENTS, including but not limited to all COMMUNICATIONS

6  with any PERSON, that REFER OR RELATE TO any network's or other television

7  outlet's limitation of time slots for any "MGA advertisement[]" for which

8  NICKELODEON allegedly "limit[ed] time slots" based on influence from MATTEL.

9  RESPONSE TO REQUEST FOR PRODUCTION NO. 137:

10      MGA Mexico incorporates by reference its General Response and General

11  Objections above, as though fully set forth herein and specifically incorporates

12  General Objection No. 15 (regarding Definitions), including without limitation MGA

13  Mexico's objection to the definition of the term PERSON.  MGA Mexico further

14  objects to the request to the extent it seeks the production of documents that are

15  protected from disclosure under any applicable privilege, doctrine or immunity,

16  including without limitation the attorney-client privilege, the work product doctrine,

17  the right of privacy, and all other privileges recognized under the constitutional,

18  statutory or decisional law of the United States of America, the State of California or

19  any other applicable jurisdiction, including, but not limited to, such laws existing in

20  the United Mexican States.  MGA Mexico further objects to this request as being

21  overly broad and unduly burdensome on the grounds that it is not limited in time or

22  geographical scope.  MGA Mexico further objects to this request on the grounds that

23  the phrase "[a]ll DOCUMENTS, including but not limited to all

24  COMMUNICATIONS with any PERSON, that REFER OR RELATE TO" does not

25  comply with the "reasonable particularity" requirement of Federal Rule of Civil

26  Procedure 34 and renders the request overly broad and unduly burdensome in light of

27  "the wealth of material already made available in this case."  Westhemeco Ltd. v.

28  New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA Mexico

226

EXHIBIT __4__
PAGE __597__

1   further objects that the phrase "any network's or other television outlet's limitation of

2   time slots" is compound and, as such, renders the request vague, ambiguous, and

3   unintelligible.  MGA Mexico further objects that the phrase "based on influence

4   from MATTEL" is vague, ambiguous and unintelligible.  MGA Mexico further

5   objects to the request to the extent that it seeks documents that by reason of public

6   filing, public distribution or otherwise are already in Mattel's possession or are

7   readily accessible to Mattel.  MGA Mexico further objects to the request to the

8   extent that it seeks documents not in MGA Mexico's possession, custody or control.

9   MGA Mexico further objects to the request to the extent it seeks confidential,

10  proprietary or commercially sensitive information, the disclosure of which would be

11  inimical to the business interests of MGA Mexico or MGA.  MGA Mexico further

12  objects to the request to the extent it violates the privacy rights of third parties to

13  their private, confidential, proprietary or trade secret information.

14          MGA Mexico further objects to this request as cumulative, duplicative, and

15  unduly burdensome to the extent that it seeks documents previously requested by

16  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

17  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

18  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

19  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

20  Set of Requests for Production of Documents and Things to Isaac Larian and

21  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

22  Documents and Things to MGAE de Mexico S.R.L. de C.V.

23          Without waiving any of the foregoing General or Specific Objections, but

24  rather expressly preserving each and every such objection, MGA Mexico responds as

25  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

26  possession, custody or control, if any, that it is able to locate following a reasonably

27  diligent search.

28

MGA MEXICO'S RESPONSE TO MATTEL'S 2D SET OF REQUESTS FOR DOCS.   Case No. CV-04-9049 SGL

EXHIBIT __4__
PAGE __598__

1  REQUEST FOR PRODUCTION NO. 138:

2      ALL DOCUMENTS that REFER OR RELATE TO the costs, including

3  without limitation, the production costs, for any "MGA advertisement[]" that

4  NICKELODEON allegedly "reject[ed]" based on influence from MATTEL.

5  RESPONSE TO REQUEST FOR PRODUCTION NO. 138:

6      MGA Mexico incorporates by reference its General Response and General

7  Objections above, as though fully set forth herein. MGA Mexico further objects to

8  the request to the extent it seeks the production of documents that are protected from

9  disclosure under any applicable privilege, doctrine or immunity, including without

10  limitation the attorney-client privilege, the work product doctrine, the right of

11  privacy, and all other privileges recognized under the constitutional, statutory or

12  decisional law of the United States of America, the State of California or any other

13  applicable jurisdiction, including, but not limited to, such laws existing in the United

14  Mexican States. MGA Mexico further objects to this request as being overly broad

15  and unduly burdensome on the grounds that it is not limited in time or geographical

16  scope. MGA Mexico further objects to this request on the grounds that the phrase

17  "ALL DOCUMENTS that REFER OR RELATE TO" does not comply with the

18  "reasonable particularity" requirement of Federal Rule of Civil Procedure 34 and

19  renders the request overly broad and unduly burdensome in light of "the wealth of

20  material already made available in this case." Westhemeco Ltd. v. New Hampshire

21  Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979). MGA Mexico further objects that the

22  phrase "based on influence from MATTEL" is vague, ambiguous and unintelligible.

23  MGA Mexico further objects to the request to the extent that it seeks documents that

24  by reason of public filing, public distribution or otherwise are already in Mattel's

25  possession or are readily accessible to Mattel. MGA Mexico further objects to the

26  request to the extent that it seeks documents not in MGA Mexico's possession,

27  custody or control. MGA Mexico further objects to the request to the extent it seeks

28  confidential, proprietary or commercially sensitive information, the disclosure of

228

EXHIBIT ___4___
PAGE ___599___

1  which would be inimical to the business interests of MGA Mexico or MGA.  MGA

2  Mexico further objects to the request to the extent it violates the privacy rights of

3  third parties to their private, confidential, proprietary or trade secret information.

4        MGA Mexico further objects to this request as cumulative, duplicative, and

5  unduly burdensome to the extent that it seeks documents previously requested by

6  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

7  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

8  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

9  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

10 Set of Requests for Production of Documents and Things to Isaac Larian and

11 Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

12 Documents and Things to MGAE de Mexico S.R.L. de C.V.

13        Without waiving any of the foregoing General or Specific Objections, but

14 rather expressly preserving each and every such objection, MGA Mexico responds as

15 follows:  MGA Mexico will produce all non-privileged, responsive documents in its

16 possession, custody or control, if any, that it is able to locate following a reasonably

17 diligent search.

18 REQUEST FOR PRODUCTION NO. 139:

19        ALL DOCUMENTS that REFER OR RELATE TO the costs, including

20 without limitation, the production costs, for any "MGA advertisement[]" for which

21 NICKELODEON allegedly "limit[ed] time slots" based on influence from MATTEL.

22 RESPONSE TO REQUEST FOR PRODUCTION NO. 139:

23        MGA Mexico incorporates by reference its General Response and General

24 Objections above, as though fully set forth herein.  MGA Mexico further objects to

25 the request to the extent it seeks the production of documents that are protected from

26 disclosure under any applicable privilege, doctrine or immunity, including without

27 limitation the attorney-client privilege, the work product doctrine, the right of

28 privacy, and all other privileges recognized under the constitutional, statutory or

229

EXHIBIT __4__
PAGE __600__

1  decisional law of the United States of America, the State of California or any other

2  applicable jurisdiction, including, but not limited to, such laws existing in the United

3  Mexican States.  MGA Mexico further objects to this request as being overly broad

4  and unduly burdensome on the grounds that it is not limited in time or geographical

5  scope.  MGA Mexico further objects to this request on the grounds that the phrase

6  "ALL DOCUMENTS that REFER OR RELATE TO" does not comply with the

7  "reasonable particularity" requirement of Federal Rule of Civil Procedure 34 and

8  renders the request overly broad and unduly burdensome in light of "the wealth of

9  material already made available in this case."  Westhemeco Ltd. v. New Hampshire

10 Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA Mexico further objects that the

11 phrase "based on influence from MATTEL" is vague, ambiguous and unintelligible.

12 MGA Mexico further objects to the request to the extent that it seeks documents that

13 by reason of public filing, public distribution or otherwise are already in Mattel's

14 possession or are readily accessible to Mattel.  MGA Mexico further objects to the

15 request to the extent that it seeks documents not in MGA Mexico's possession,

16 custody or control.  MGA Mexico further objects to the request to the extent it seeks

17 confidential, proprietary or commercially sensitive information, the disclosure of

18 which would be inimical to the business interests of MGA Mexico or MGA.  MGA

19 Mexico further objects to the request to the extent it violates the privacy rights of

20 third parties to their private, confidential, proprietary or trade secret information.

21     MGA Mexico further objects to this request as cumulative, duplicative, and

22 unduly burdensome to the extent that it seeks documents previously requested by

23 Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

24 to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

25 in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

26 Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

27 Set of Requests for Production of Documents and Things to Isaac Larian and

28

EXHIBIT __4__
PAGE ___601___

1 Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

2 Documents and Things to MGAE de Mexico S.R.L. de C.V.

3     Without waiving any of the foregoing General or Specific Objections, but

4 rather expressly preserving each and every such objection, MGA Mexico responds as

5 follows:  MGA Mexico will produce all non-privileged, responsive documents in its

6 possession, custody or control, if any, that it is able to locate following a reasonably

7 diligent search.

8 REQUEST FOR PRODUCTION NO. 140:

9     ALL DOCUMENTS that REFER OR RELATE TO the airing on any network

10 or other television outlet of any "MGA advertisement[]" that NICKELODEON

11 allegedly "reject[ed]" based on influence from MATTEL.

12 RESPONSE TO REQUEST FOR PRODUCTION NO. 140:

13     MGA Mexico incorporates by reference its General Response and General

14 Objections above, as though fully set forth herein.  MGA Mexico further objects to

15 the request to the extent it seeks the production of documents that are protected from

16 disclosure under any applicable privilege, doctrine or immunity, including without

17 limitation the attorney-client privilege, the work product doctrine, the right of

18 privacy, and all other privileges recognized under the constitutional, statutory or

19 decisional law of the United States of America, the State of California or any other

20 applicable jurisdiction, including, but not limited to, such laws existing in the United

21 Mexican States.  MGA Mexico further objects to this request as being overly broad

22 and unduly burdensome on the grounds that it is not limited in time or geographical

23 scope.  MGA Mexico further objects to this request on the grounds that the phrase

24 "ALL DOCUMENTS that REFER OR RELATE TO" does not comply with the

25 "reasonable particularity" requirement of Federal Rule of Civil Procedure 34 and

26 renders the request overly broad and unduly burdensome in light of "the wealth of

27 material already made available in this case."  Westhemeco Ltd. v. New Hampshire

28 Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA Mexico further objects that the

EXHIBIT __4__
PAGE __602__

1   phrase "the airing on any network or other television outlet" is compound and, as

2   such, renders the request vague, ambiguous, and unintelligible.  MGA Mexico

3   further objects that the phrase "based on influence from MATTEL" is vague,

4   ambiguous and unintelligible.  MGA Mexico further objects to the request to the

5   extent that it seeks documents that by reason of public filing, public distribution or

6   otherwise are already in Mattel's possession or are readily accessible to Mattel.

7   MGA Mexico further objects to the request to the extent that it seeks documents not

8   in MGA Mexico's possession, custody or control.  MGA Mexico further objects to

9   the request to the extent it seeks confidential, proprietary or commercially sensitive

10  information, the disclosure of which would be inimical to the business interests of

11  MGA Mexico or MGA.  MGA Mexico further objects to the request to the extent it

12  violates the privacy rights of third parties to their private, confidential, proprietary or

13  trade secret information.

14      MGA Mexico further objects to this request as cumulative, duplicative, and

15  unduly burdensome to the extent that it seeks documents previously requested by

16  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

17  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

18  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

19  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

20  Set of Requests for Production of Documents and Things to Isaac Larian and

21  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

22  Documents and Things to MGAE de Mexico S.R.L. de C.V.

23      Without waiving any of the foregoing General or Specific Objections, but

24  rather expressly preserving each and every such objection, MGA Mexico responds as

25  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

26  possession, custody or control, if any, that it is able to locate following a reasonably

27  diligent search.

28

EXHIBIT ___4___
PAGE ___603___

1  REQUEST FOR PRODUCTION NO. 141:

2      ALL DOCUMENTS that REFER OR RELATE TO the airing on any network

3  or other television outlet of any "MGA advertisement[]" for which NICKELODEON

4  allegedly "limit[ed] time slots" based on influence from MATTEL.

5  RESPONSE TO REQUEST FOR PRODUCTION NO. 141:

6      MGA Mexico incorporates by reference its General Response and General

7  Objections above, as though fully set forth herein.  MGA Mexico further objects to

8  the request to the extent it seeks the production of documents that are protected from

9  disclosure under any applicable privilege, doctrine or immunity, including without

10  limitation the attorney-client privilege, the work product doctrine, the right of

11  privacy, and all other privileges recognized under the constitutional, statutory or

12  decisional law of the United States of America, the State of California or any other

13  applicable jurisdiction, including, but not limited to, such laws existing in the United

14  Mexican States.  MGA Mexico further objects to this request as being overly broad

15  and unduly burdensome on the grounds that it is not limited in time or geographical

16  scope.  MGA Mexico further objects to this request on the grounds that the phrase

17  "ALL DOCUMENTS that REFER OR RELATE TO" does not comply with the

18  "reasonable particularity" requirement of Federal Rule of Civil Procedure 34 and

19  renders the request overly broad and unduly burdensome in light of "the wealth of

20  material already made available in this case."  Westhemeco Ltd. v. New Hampshire

21  Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA Mexico further objects that the

22  phrase "the airing on any network or other television outlet" is compound and, as

23  such, renders the request vague, ambiguous, and unintelligible.  MGA Mexico

24  further objects that the phrase "based on influence from MATTEL" is vague,

25  ambiguous and unintelligible.  MGA Mexico further objects to the request to the

26  extent that it seeks documents that by reason of public filing, public distribution or

27  otherwise are already in Mattel's possession or are readily accessible to Mattel.

28  MGA Mexico further objects to the request to the extent that it seeks documents not

EXHIBIT __4__
PAGE __604__

1  in MGA Mexico's possession, custody or control.  MGA Mexico further objects to

2  the request to the extent it seeks confidential, proprietary or commercially sensitive

3  information, the disclosure of which would be inimical to the business interests of

4  MGA Mexico or MGA.  MGA Mexico further objects to the request to the extent it

5  violates the privacy rights of third parties to their private, confidential, proprietary or

6  trade secret information.

7       MGA Mexico further objects to this request as cumulative, duplicative, and

8  unduly burdensome to the extent that it seeks documents previously requested by

9  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

10  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

11  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

12  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

13  Set of Requests for Production of Documents and Things to Isaac Larian and

14  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

15  Documents and Things to MGAE de Mexico S.R.L. de C.V.

16       Without waiving any of the foregoing General or Specific Objections, but

17  rather expressly preserving each and every such objection, MGA Mexico responds as

18  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

19  possession, custody or control, if any, that it is able to locate following a reasonably

20  diligent search.

21  REQUEST FOR PRODUCTION NO. 142:

22       ALL DOCUMENTS that REFER OR RELATE TO any focus group, market

23  research or study of any "MGA advertisement[]" that NICKELODEON allegedly

24  "reject[ed]" based on influence from MATTEL.

25  RESPONSE TO REQUEST FOR PRODUCTION NO. 142:

26       MGA Mexico incorporates by reference its General Response and General

27  Objections above, as though fully set forth herein.  MGA Mexico further objects to

28  the request to the extent it seeks the production of documents that are protected from

234

EXHIBIT __4__
PAGE ___605___

1  disclosure under any applicable privilege, doctrine or immunity, including without

2  limitation the attorney-client privilege, the work product doctrine, the right of

3  privacy, and all other privileges recognized under the constitutional, statutory or

4  decisional law of the United States of America, the State of California or any other

5  applicable jurisdiction, including, but not limited to, such laws existing in the United

6  Mexican States.  MGA Mexico further objects to this request as being overly broad

7  and unduly burdensome on the grounds that it is not limited in time or geographical

8  scope.  MGA Mexico further objects to this request on the grounds that the phrase

9  "ALL DOCUMENTS that REFER OR RELATE TO" does not comply with the

10 "reasonable particularity" requirement of Federal Rule of Civil Procedure 34 and

11 renders the request overly broad and unduly burdensome in light of "the wealth of

12 material already made available in this case."  Westhemeco Ltd. v. New Hampshire

13 Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA Mexico further objects that the

14 phrases "any focus group, market research or study" and "based on influence from

15 MATTEL" are compound, vague, ambiguous and unintelligible.  MGA Mexico

16 further objects to the request to the extent that it seeks documents that by reason of

17 public filing, public distribution or otherwise are already in Mattel's possession or

18 are readily accessible to Mattel.  MGA Mexico further objects to the request to the

19 extent that it seeks documents not in MGA Mexico's possession, custody or control.

20 MGA Mexico further objects to the request to the extent it seeks confidential,

21 proprietary or commercially sensitive information, the disclosure of which would be

22 inimical to the business interests of MGA Mexico or MGA.  MGA Mexico further

23 objects to the request to the extent it violates the privacy rights of third parties to

24 their private, confidential, proprietary or trade secret information.

25        MGA Mexico further objects to this request as cumulative, duplicative, and

26 unduly burdensome to the extent that it seeks documents previously requested by

27 Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

28 to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

EXHIBIT ___4___
PAGE ___606___

1  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

2  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

3  Set of Requests for Production of Documents and Things to Isaac Larian and

4  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

5  Documents and Things to MGAE de Mexico S.R.L. de C.V.

6      Without waiving any of the foregoing General or Specific Objections, but

7  rather expressly preserving each and every such objection, MGA Mexico responds as

8  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

9  possession, custody or control, if any, that it is able to locate following a reasonably

10  diligent search.

11  REQUEST FOR PRODUCTION NO. 143:

12      ALL DOCUMENTS that REFER OR RELATE TO any focus group, market

13  research or study of any "MGA advertisement[]" for which NICKELODEON

14  allegedly "limit[ed] time slots" based on influence from MATTEL.

15  RESPONSE TO REQUEST FOR PRODUCTION NO. 143:

16      MGA Mexico incorporates by reference its General Response and General

17  Objections above, as though fully set forth herein.  MGA Mexico further objects to

18  the request to the extent it seeks the production of documents that are protected from

19  disclosure under any applicable privilege, doctrine or immunity, including without

20  limitation the attorney-client privilege, the work product doctrine, the right of

21  privacy, and all other privileges recognized under the constitutional, statutory or

22  decisional law of the United States of America, the State of California or any other

23  applicable jurisdiction, including, but not limited to, such laws existing in the United

24  Mexican States.  MGA Mexico further objects to this request as being overly broad

25  and unduly burdensome on the grounds that it is not limited in time or geographical

26  scope.  MGA Mexico further objects to this request on the grounds that the phrase

27  "ALL DOCUMENTS that REFER OR RELATE TO" does not comply with the

28  "reasonable particularity" requirement of Federal Rule of Civil Procedure 34 and

236

EXHIBIT ___4___
PAGE ___601___

1  renders the request overly broad and unduly burdensome in light of "the wealth of

2  material already made available in this case." <u>Westhemeco Ltd. v. New Hampshire</u>

3  <u>Ins. Co.</u>, 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA Mexico further objects that the

4  phrases "any focus group, market research or study" and "based on influence from

5  MATTEL" are vague, ambiguous and unintelligible.  MGA Mexico further objects

6  to the request to the extent that it seeks documents that by reason of public filing,

7  public distribution or otherwise are already in Mattel's possession or are readily

8  accessible to Mattel.  MGA Mexico further objects to the request to the extent that it

9  seeks documents not in MGA Mexico's possession, custody or control.  MGA

10  Mexico further objects to the request to the extent it seeks confidential, proprietary

11  or commercially sensitive information, the disclosure of which would be inimical to

12  the business interests of MGA Mexico or MGA.  MGA Mexico further objects to the

13  request to the extent it violates the privacy rights of third parties to their private,

14  confidential, proprietary or trade secret information.

15       MGA Mexico further objects to this request as cumulative, duplicative, and

16  unduly burdensome to the extent that it seeks documents previously requested by

17  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

18  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

19  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

20  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

21  Set of Requests for Production of Documents and Things to Isaac Larian and

22  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

23  Documents and Things to MGAE de Mexico S.R.L. de C.V.

24       Without waiving any of the foregoing General or Specific Objections, but

25  rather expressly preserving each and every such objection, MGA Mexico responds as

26  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

27  possession, custody or control, if any, that it is able to locate following a reasonably

28  diligent search.

MGA MEXICO'S RESPONSE TO MATTEL'S 2D SET OF REQUESTS FOR DOCS.   Case No. CV-04-9049 SGL

EXHIBIT __4__
PAGE __608__

1 | REQUEST FOR PRODUCTION NO. 144:

2 |     ALL DOCUMENTS that REFER OR RELATE TO any comments by any

3 | PERSON on any "MGA advertisement[]" that NICKELODEON allegedly

4 | "reject[ed]" based on influence from MATTEL, including without limitation, on the

5 | quality, suitability, appropriateness, production values, aesthetics, appearance,

6 | persuasiveness or attractiveness of the advertisement.

7 | RESPONSE TO REQUEST FOR PRODUCTION NO. 144:

8 |     MGA Mexico incorporates by reference its General Response and General

9 | Objections above, as though fully set forth herein and specifically incorporates

10 | General Objection No. 15 (regarding Definitions), including without limitation MGA

11 | Mexico's objection to the definition of the term PERSON.  MGA Mexico further

12 | objects to the request to the extent it seeks the production of documents that are

13 | protected from disclosure under any applicable privilege, doctrine or immunity,

14 | including without limitation the attorney-client privilege, the work product doctrine,

15 | the right of privacy, and all other privileges recognized under the constitutional,

16 | statutory or decisional law of the United States of America, the State of California or

17 | any other applicable jurisdiction, including, but not limited to, such laws existing in

18 | the United Mexican States.  MGA Mexico further objects to this request as being

19 | overly broad and unduly burdensome on the grounds that it is not limited in time or

20 | geographical scope.  MGA Mexico further objects to this request on the grounds that

21 | the phrase "ALL DOCUMENTS that REFER OR RELATE TO" does not comply

22 | with the "reasonable particularity" requirement of Federal Rule of Civil Procedure 34

23 | and renders the request overly broad and unduly burdensome in light of "the wealth

24 | of material already made available in this case."  Westhemeco Ltd. v. New

25 | Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA Mexico further

26 | objects that the phrases "any comments by any PERSON," "based on influence from

27 | MATTEL" and "quality, suitability, appropriateness, production values, aesthetics,

28 | appearance, persuasiveness or attractiveness" are vague, ambiguous, unintelligible,

EXHIBIT ___4___
PAGE ___609___

1  overbroad and unduly burdensome.  MGA Mexico further objects to the request to

2  the extent that it seeks documents that by reason of public filing, public distribution

3  or otherwise are already in Mattel's possession or are readily accessible to Mattel.

4  MGA Mexico further objects to the request to the extent that it seeks documents not

5  in MGA Mexico's possession, custody or control.  MGA Mexico further objects to

6  the request to the extent it seeks confidential, proprietary or commercially sensitive

7  information, the disclosure of which would be inimical to the business interests of

8  MGA Mexico or MGA.  MGA Mexico further objects to the request to the extent it

9  violates the privacy rights of third parties to their private, confidential, proprietary or

10  trade secret information.

11       MGA Mexico further objects to this request as cumulative, duplicative, and

12  unduly burdensome to the extent that it seeks documents previously requested by

13  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

14  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

15  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

16  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

17  Set of Requests for Production of Documents and Things to Isaac Larian and

18  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

19  Documents and Things to MGAE de Mexico S.R.L. de C.V.

20       Without waiving any of the foregoing General or Specific Objections, but

21  rather expressly preserving each and every such objection, MGA Mexico responds as

22  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

23  possession, custody or control, if any, that it is able to locate following a reasonably

24  diligent search.

25  REQUEST FOR PRODUCTION NO. 145:

26       ALL DOCUMENTS that REFER OR RELATE TO any comments by any

27  PERSON on any "MGA advertisement[]" for which NICKELODEON allegedly

28  "limit[ed] time slots" based on influence from MATTEL, including without

EXHIBIT __4__
PAGE __6/o__

1   limitation, on the quality, suitability, appropriateness, production values, aesthetics,

2   appearance, persuasiveness or attractiveness of the advertisement.

3   RESPONSE TO REQUEST FOR PRODUCTION NO. 145:

4       MGA Mexico incorporates by reference its General Response and General

5   Objections above, as though fully set forth herein and specifically incorporates

6   General Objection No. 15 (regarding Definitions), including without limitation MGA

7   Mexico's objection to the definition of the term PERSON.  MGA Mexico further

8   objects to the request to the extent it seeks the production of documents that are

9   protected from disclosure under any applicable privilege, doctrine or immunity,

10  including without limitation the attorney-client privilege, the work product doctrine,

11  the right of privacy, and all other privileges recognized under the constitutional,

12  statutory or decisional law of the United States of America, the State of California or

13  any other applicable jurisdiction, including, but not limited to, such laws existing in

14  the United Mexican States.  MGA Mexico further objects to this request as being

15  overly broad and unduly burdensome on the grounds that it is not limited in time or

16  geographical scope.  MGA Mexico further objects to this request on the grounds that

17  the phrase "ALL DOCUMENTS that REFER OR RELATE TO" does not comply

18  with the "reasonable particularity" requirement of Federal Rule of Civil Procedure 34

19  and renders the request overly broad and unduly burdensome in light of "the wealth

20  of material already made available in this case."  Westhemeco Ltd. v. New

21  Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA Mexico further

22  objects that the phrases "any comments by any PERSON," "based on influence from

23  MATTEL" and "quality, suitability, appropriateness, production values, aesthetics,

24  appearance, persuasiveness or attractiveness" are vague, ambiguous, unintelligible,

25  overbroad and unduly burdensome.  MGA Mexico further objects to the request to

26  the extent that it seeks documents that by reason of public filing, public distribution

27  or otherwise are already in Mattel's possession or are readily accessible to Mattel.

28  MGA Mexico further objects to the request to the extent that it seeks documents not

EXHIBIT ___9___
PAGE ___611___

1  in MGA Mexico's possession, custody or control.  MGA Mexico further objects to

2  the request to the extent it seeks confidential, proprietary or commercially sensitive

3  information, the disclosure of which would be inimical to the business interests of

4  MGA Mexico or MGA.  MGA Mexico further objects to the request to the extent it

5  violates the privacy rights of third parties to their private, confidential, proprietary or

6  trade secret information.

7          MGA Mexico further objects to this request as cumulative, duplicative, and

8  unduly burdensome to the extent that it seeks documents previously requested by

9  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

10  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

11  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

12  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

13  Set of Requests for Production of Documents and Things to Isaac Larian and

14  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

15  Documents and Things to MGAE de Mexico S.R.L. de C.V.

16          Without waiving any of the foregoing General or Specific Objections, but

17  rather expressly preserving each and every such objection, MGA Mexico responds as

18  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

19  possession, custody or control, if any, that it is able to locate following a reasonably

20  diligent search.

21  <u>REQUEST FOR PRODUCTION NO. 146:</u>

22          ALL DOCUMENTS that REFER OR RELATE TO the reasons that any

23  PERSON carried or refused to carry any "MGA advertisement[]" that

24  NICKELODEON allegedly "reject[ed]" based on influence from MATTEL.

25  <u>RESPONSE TO REQUEST FOR PRODUCTION NO. 146:</u>

26          MGA Mexico incorporates by reference its General Response and General

27  Objections above, as though fully set forth herein and specifically incorporates

28  General Objection No. 15 (regarding Definitions), including without limitation MGA

EXHIBIT ___4___
PAGE ___6/2___

1  Mexico's objection to the definition of the term PERSON. MGA Mexico further

2  objects to the request to the extent it seeks the production of documents that are

3  protected from disclosure under any applicable privilege, doctrine or immunity,

4  including without limitation the attorney-client privilege, the work product doctrine,

5  the right of privacy, and all other privileges recognized under the constitutional,

6  statutory or decisional law of the United States of America, the State of California or

7  any other applicable jurisdiction, including, but not limited to, such laws existing in

8  the United Mexican States. MGA Mexico further objects to this request as being

9  overly broad and unduly burdensome on the grounds that it is not limited in time or

10 geographical scope. MGA Mexico further objects to this request on the grounds that

11 the phrase "ALL DOCUMENTS that REFER OR RELATE TO" does not comply

12 with the "reasonable particularity" requirement of Federal Rule of Civil Procedure 34

13 and renders the request overly broad and unduly burdensome in light of "the wealth

14 of material already made available in this case." Westhemeco Ltd. v. New

15 Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979). MGA Mexico further

16 objects that the phrases "the reasons that any PERSON carried or refused to carry

17 any 'MGA advertisement[]' that NICKELODEON allegedly 'reject[ed]'" and "based

18 on influce from MATTEL" are vague, ambiguous, unintelligible, overbroad and

19 unduly burdensome. MGA Mexico further objects to the request to the extent that it

20 seeks documents that by reason of public filing, public distribution or otherwise are

21 already in Mattel's possession or are readily accessible to Mattel. MGA Mexico

22 further objects to the request to the extent that it seeks documents not in MGA

23 Mexico's possession, custody or control. MGA Mexico further objects to the request

24 to the extent it seeks confidential, proprietary or commercially sensitive information,

25 the disclosure of which would be inimical to the business interests of MGA Mexico

26 or MGA. MGA Mexico further objects to the request to the extent it violates the

27 privacy rights of third parties to their private, confidential, proprietary or trade secret

28 information.

MGA MEXICO'S RESPONSE TO MATTEL'S 2D SET OF REQUESTS FOR DOCS.   Case No. CV-04-9049 SGL

EXHIBIT ___4___
PAGE ___6/3___

1      MGA Mexico.further objects to this request as cumulative, duplicative, and

2  unduly burdensome to the extent that it seeks documents previously requested by

3  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

4  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

5  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

6  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

7  Set of Requests for Production of Documents and Things to Isaac Larian and

8  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

9  Documents and Things to MGAE de Mexico S.R.L. de C.V.

10     Without waiving any of the foregoing General or Specific Objections, but

11  rather expressly preserving each and every such objection, MGA Mexico responds as

12  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

13  possession, custody or control, if any, that it is able to locate following a reasonably

14  diligent search.

15  REQUEST FOR PRODUCTION NO. 147:

16     ALL DOCUMENTS that REFER OR RELATE TO the reasons that any

17  PERSON limited the time slots for any "MGA advertisement[]" for which

18  NICKELODEON allegedly "limit[ed] time slots" based on influence from MATTEL.

19  RESPONSE TO REQUEST FOR PRODUCTION NO. 147:

20     MGA Mexico incorporates by reference its General Response and General

21  Objections above, as though fully set forth herein and specifically incorporates

22  General Objection No. 15 (regarding Definitions), including without limitation MGA

23  Mexico's objection to the definition of the term PERSON.  MGA Mexico further

24  objects to the request to the extent it seeks the production of documents that are

25  protected from disclosure under any applicable privilege, doctrine or immunity,

26  including without limitation the attorney-client privilege, the work product doctrine,

27  the right of privacy, and all other privileges recognized under the constitutional,

28  statutory or decisional law of the United States of America, the State of California or

243

EXHIBIT ____4____
PAGE ____614____

1  any other applicable jurisdiction, including, but not limited to, such laws existing in

2  the United Mexican States.  MGA Mexico further objects to this request as being

3  overly broad and unduly burdensome on the grounds that it is not limited in time or

4  geographical scope.  MGA Mexico further objects to this request on the grounds that

5  the phrase "ALL DOCUMENTS that REFER OR RELATE TO" does not comply

6  with the "reasonable particularity" requirement of Federal Rule of Civil Procedure 34

7  and renders the request overly broad and unduly burdensome in light of "the wealth

8  of material already made available in this case."  Westhemeco Ltd. v. New

9  Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA Mexico further

10 objects that the phrase "the reasons that any PERSON limited the time slots for any

11 'MGA advertisement[]' for which NICKELODEON allegedly 'limit[ed] time slots'"

12 is vague, ambiguous, unintelligible, overbroad and unduly burdensome.  MGA

13 Mexico further objects to the request to the extent that it seeks documents that by

14 reason of public filing, public distribution or otherwise are already in Mattel's

15 possession or are readily accessible to Mattel.  MGA Mexico further objects to the

16 request to the extent that it seeks documents not in MGA Mexico's possession,

17 custody or control.  MGA Mexico further objects to the request to the extent it seeks

18 confidential, proprietary or commercially sensitive information, the disclosure of

19 which would be inimical to the business interests of MGA Mexico or MGA.  MGA

20 Mexico further objects to the request to the extent it violates the privacy rights of

21 third parties to their private, confidential, proprietary or trade secret information.

22     MGA Mexico further objects to this request as cumulative, duplicative, and

23 unduly burdensome to the extent that it seeks documents previously requested by

24 Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

25 to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

26 in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

27 Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

28 Set of Requests for Production of Documents and Things to Isaac Larian and

EXHIBIT __4__
PAGE ___6/5___

1 │ Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

2 │ Documents and Things to MGAE de Mexico S.R.L. de C.V.

3 │      Without waiving any of the foregoing General or Specific Objections, but

4 │ rather expressly preserving each and every such objection, MGA Mexico responds as

5 │ follows:  MGA Mexico will produce all non-privileged, responsive documents in its

6 │ possession, custody or control, if any, that it is able to locate following a reasonably

7 │ diligent search.

8 │ <u>REQUEST FOR PRODUCTION NO. 148:</u>

9 │      ALL DOCUMENTS, including but not limited to all COMMUNICATIONS,

10 │ that REFER OR RELATE TO any effort or attempt by YOU, directly or indirectly,

11 │ to influence any network or other television outlet to reject or limit the time slot for

12 │ any MATTEL advertisement.

13 │ <u>RESPONSE TO REQUEST FOR PRODUCTION NO. 148:</u>

14 │      MGA Mexico incorporates by reference its General Response and General

15 │ Objections above, as though fully set forth herein and specifically incorporates

16 │ General Objection No. 15 (regarding Definitions), including without limitation MGA

17 │ Mexico's objection to the definition of the term YOU, and its incorporated term

18 │ PERSON.  MGA Mexico further objects to the request to the extent it seeks the

19 │ production of documents that are protected from disclosure under any applicable

20 │ privilege, doctrine or immunity, including without limitation the attorney-client

21 │ privilege, the work product doctrine, the right of privacy, and all other privileges

22 │ recognized under the constitutional, statutory or decisional law of the United States

23 │ of America, the State of California or any other applicable jurisdiction, including, but

24 │ not limited to, such laws existing in the United Mexican States.  MGA Mexico

25 │ further objects to this request as being overly broad and unduly burdensome on the

26 │ grounds that it is not limited in time or geographical scope.  MGA Mexico further

27 │ objects to this request on the grounds that the phrase "[a]ll DOCUMENTS, including

28 │ but not limited to all COMMUNICATIONS with any PERSON, that REFER OR

EXHIBIT __4__
PAGE __616__

1    RELATE TO" does not comply with the "reasonable particularity" requirement of

2    Federal Rule of Civil Procedure 34 and renders the request overly broad and unduly

3    burdensome in light of "the wealth of material already made available in this case."

4    Westhemeco Ltd. v. New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).

5    MGA Mexico further objects that the phrase "any effort or attempt by YOU, directly

6    or indirectly, to influence any network or other television outlet to reject or limit the

7    time slot for any MATTEL advertisement" is (1) accusatory and argumentative such

8    that MGA Mexico would have to respond to the allegations of the request before

9    providing any substantive response, see Zadrozny v. Board of Trustees District No.

10   508, 1991 WL 66705, at *1 (N.D. Ill. April 24, 1991), and (2) compound, rendering

11   the request vague, ambiguous, and unintelligible.  MGA Mexico further objects to

12   the request to the extent that it seeks documents that by reason of public filing,

13   public distribution or otherwise are already in Mattel's possession or are readily

14   accessible to Mattel.  MGA Mexico further objects to the request to the extent that it

15   seeks documents not in MGA Mexico's possession, custody or control.  MGA

16   Mexico further objects to the request to the extent it seeks confidential, proprietary

17   or commercially sensitive information, the disclosure of which would be inimical to

18   the business interests of MGA Mexico or MGA.  MGA Mexico further objects to the

19   request to the extent it violates the privacy rights of third parties to their private,

20   confidential, proprietary or trade secret information.

21   REQUEST FOR PRODUCTION NO. 149:

22          ALL DOCUMENTS that REFER OR RELATE TO the number of viewers

23   who have seen on any network or other television outlet any "MGA advertisement[]"

24   that NICKELODEON allegedly "reject[ed]" based on influence from MATTEL.

25   RESPONSE TO REQUEST FOR PRODUCTION NO. 149:

26          MGA Mexico incorporates by reference its General Response and General

27   Objections above, as though fully set forth herein.  MGA Mexico further objects to

28   the request to the extent it seeks the production of documents that are protected from

246

EXHIBIT ___4___
PAGE ___617___

1  disclosure under any applicable privilege, doctrine or immunity, including without

2  limitation the attorney-client privilege, the work product doctrine, the right of

3  privacy, and all other privileges recognized under the constitutional, statutory or

4  decisional law of the United States of America, the State of California or any other

5  applicable jurisdiction, including, but not limited to, such laws existing in the United

6  Mexican States.  MGA Mexico further objects to this request as being overly broad

7  and unduly burdensome on the grounds that it is not limited in time or geographical

8  scope.  MGA Mexico further objects to this request on the grounds that the phrase

9  "ALL DOCUMENTS that REFER OR RELATE TO" does not comply with the

10  "reasonable particularity" requirement of Federal Rule of Civil Procedure 34 and

11  renders the request overly broad and unduly burdensome in light of "the wealth of

12  material already made available in this case."  Westhemeco Ltd. v. New Hampshire

13  Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA Mexico further objects that the

14  phrase "the number of viewers who have seen on any network or other television

15  outlet any 'MGA advertisement[]' that NICKELODEON allegedly 'reject[ed]' based

16  on influence from MATTEL" is vague, ambiguous, unintelligible, overbroad and

17  unduly burdensome.  MGA Mexico further objects to the request to the extent that it

18  seeks documents that by reason of public filing, public distribution or otherwise are

19  already in Mattel's possession or are readily accessible to Mattel.  MGA Mexico

20  further objects to the request to the extent that it seeks documents not in MGA

21  Mexico's possession, custody or control.  MGA Mexico further objects to the request

22  to the extent it seeks confidential, proprietary or commercially sensitive information,

23  the disclosure of which would be inimical to the business interests of MGA Mexico

24  or MGA.  MGA Mexico further objects to the request to the extent it violates the

25  privacy rights of third parties to their private, confidential, proprietary or trade secret

26  information.

27

28

EXHIBIT ___4___
PAGE ___618___

REQUEST FOR PRODUCTION NO. 150:

　　　　ALL DOCUMENTS that REFER OR RELATE TO the number of viewers who have seen on any network or other television outlet any "MGA advertisement[]" for which NICKELODEON allegedly "limit[ed] time slots" based on influence from MATTEL.

RESPONSE TO REQUEST FOR PRODUCTION NO. 150:

　　　　MGA Mexico incorporates by reference its General Response and General Objections above, as though fully set forth herein.  MGA Mexico further objects to the request to the extent it seeks the production of documents that are protected from disclosure under any applicable privilege, doctrine or immunity, including without limitation the attorney-client privilege, the work product doctrine, the right of privacy, and all other privileges recognized under the constitutional, statutory or decisional law of the United States of America, the State of California or any other applicable jurisdiction, including, but not limited to, such laws existing in the United Mexican States.  MGA Mexico further objects to this request as being overly broad and unduly burdensome on the grounds that it is not limited in time or geographical scope.  MGA Mexico further objects to this request on the grounds that the phrase "ALL DOCUMENTS that REFER OR RELATE TO" does not comply with the "reasonable particularity" requirement of Federal Rule of Civil Procedure 34 and renders the request overly broad and unduly burdensome in light of "the wealth of material already made available in this case."  Westhemeco Ltd. v. New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA Mexico further objects that the phrase "the number of viewers who have seen on any network or other television outlet any 'MGA advertisement[]' for which NICKELODEON allegedly 'limit[ed] time slots' based on influence from MATTEL" is vague, ambiguous, unintelligible, overbroad and unduly burdensome.  MGA Mexico further objects to the request to the extent that it seeks documents that by reason of public filing, public distribution or otherwise are already in Mattel's possession or are readily accessible to Mattel.

248

EXHIBIT ___4___
PAGE ___619___

1   MGA Mexico further objects to the request to the extent that it seeks documents not

2   in MGA Mexico's possession, custody or control.  MGA Mexico further objects to

3   the request to the extent it seeks confidential, proprietary or commercially sensitive

4   information, the disclosure of which would be inimical to the business interests of

5   MGA Mexico or MGA.  MGA Mexico further objects to the request to the extent it

6   violates the privacy rights of third parties to their private, confidential, proprietary or

7   trade secret information.

8   REQUEST FOR PRODUCTION NO. 151:

9        ALL DOCUMENTS that REFER OR RELATE TO any MGA advertisement

10   that any network or other television outlet has rejected, including without limitation,

11   the cause(s) therefor.

12   RESPONSE TO REQUEST FOR PRODUCTION NO. 151:

13        MGA Mexico incorporates by reference its General Response and General

14   Objections above, as though fully set forth herein.  MGA Mexico further objects to

15   the request to the extent it seeks the production of documents that are protected from

16   disclosure under any applicable privilege, doctrine or immunity, including without

17   limitation the attorney-client privilege, the work product doctrine, the right of

18   privacy, and all other privileges recognized under the constitutional, statutory or

19   decisional law of the United States of America, the State of California or any other

20   applicable jurisdiction, including, but not limited to, such laws existing in the United

21   Mexican States.  MGA Mexico further objects to this request as being overly broad

22   and unduly burdensome on the grounds that it is not limited in time or geographical

23   scope.  MGA Mexico further objects to this request on the grounds that the phrase

24   "ALL DOCUMENTS that REFER OR RELATE TO" does not comply with the

25   "reasonable particularity" requirement of Federal Rule of Civil Procedure 34 and

26   renders the request overly broad and unduly burdensome in light of "the wealth of

27   material already made available in this case."  Westhemeco Ltd. v. New Hampshire

28   Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA Mexico further objects that the

249

EXHIBIT __4__
PAGE __620__

1  phrase "any MGA advertisement that any network or other television outlet has

2  rejected, including without limitation, the cause(s) therefor" is vague, ambiguous,

3  unintelligible, overbroad and unduly burdensome.  MGA Mexico further objects to

4  the request to the extent that it seeks documents that by reason of public filing,

5  public distribution or otherwise are already in Mattel's possession or are readily

6  accessible to Mattel.  MGA Mexico further objects to the request to the extent that it

7  seeks documents not in MGA Mexico's possession, custody or control.  MGA

8  Mexico further objects to the request to the extent it seeks confidential, proprietary

9  or commercially sensitive information, the disclosure of which would be inimical to

10 the business interests of MGA Mexico or MGA.  MGA Mexico further objects to the

11 request to the extent it violates the privacy rights of third parties to their private,

12 confidential, proprietary or trade secret information.

13      MGA Mexico further objects to this request as cumulative, duplicative, and

14 unduly burdensome to the extent that it seeks documents previously requested by

15 Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

16 to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

17 in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

18 Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

19 Set of Requests for Production of Documents and Things to Isaac Larian and

20 Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

21 Documents and Things to MGAE de Mexico S.R.L. de C.V.

22      Without waiving any of the foregoing General or Specific Objections, but

23 rather expressly preserving each and every such objection, MGA Mexico responds as

24 follows:  MGA Mexico will produce all non-privileged, responsive documents in its

25 possession, custody or control, if any, that it is able to locate following a reasonably

26 diligent search.

27

28

MGA MEXICO'S RESPONSE TO MATTEL'S 2D SET OF REQUESTS FOR DOCS.   Case No. CV-04-9049 SGL

EXHIBIT __4__
PAGE ___621___

1 | REQUEST FOR PRODUCTION NO. 152:

2 |     ALL DOCUMENTS that REFER OR RELATE TO any MGA advertisement

3 | that any network or other television outlet has limited the time slot for, including

4 | without limitation, the cause(s) therefor.

5 | RESPONSE TO REQUEST FOR PRODUCTION NO. 152:

6 |     MGA Mexico incorporates by reference its General Response and General

7 | Objections above, as though fully set forth herein.  MGA Mexico further objects to

8 | the request to the extent it seeks the production of documents that are protected from

9 | disclosure under any applicable privilege, doctrine or immunity, including without

10 | limitation the attorney-client privilege, the work product doctrine, the right of

11 | privacy, and all other privileges recognized under the constitutional, statutory or

12 | decisional law of the United States of America, the State of California or any other

13 | applicable jurisdiction, including, but not limited to, such laws existing in the United

14 | Mexican States.  MGA Mexico further objects to this request as being overly broad

15 | and unduly burdensome on the grounds that it is not limited in time or geographical

16 | scope.  MGA Mexico further objects to this request on the grounds that the phrase

17 | "ALL DOCUMENTS that REFER OR RELATE TO" does not comply with the

18 | "reasonable particularity" requirement of Federal Rule of Civil Procedure 34 and

19 | renders the request overly broad and unduly burdensome in light of "the wealth of

20 | material already made available in this case."  Westhemeco Ltd. v. New Hampshire

21 | Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA Mexico further objects that the

22 | phrase "any MGA advertisement that any network or other television outlet has

23 | limited the time slot for, including without limitation, the cause(s) therefor" is vague,

24 | ambiguous, unintelligible, overbroad and unduly burdensome.  MGA Mexico further

25 | objects to the request to the extent that it seeks documents that by reason of public

26 | filing, public distribution or otherwise are already in Mattel's possession or are

27 | readily accessible to Mattel.  MGA Mexico further objects to the request to the

28 | extent that it seeks documents not in MGA Mexico's possession, custody or control.

EXHIBIT __4__
PAGE __622__

1   MGA Mexico further objects to the request to the extent it seeks confidential,

2   proprietary or commercially sensitive information, the disclosure of which would be

3   inimical to the business interests of MGA Mexico or MGA.  MGA Mexico further

4   objects to the request to the extent it violates the privacy rights of third parties to

5   their private, confidential, proprietary or trade secret information.

6       MGA Mexico further objects to this request as cumulative, duplicative, and

7   unduly burdensome to the extent that it seeks documents previously requested by

8   Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

9   to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

10  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

11  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

12  Set of Requests for Production of Documents and Things to Isaac Larian and

13  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

14  Documents and Things to MGAE de Mexico S.R.L. de C.V.

15      Without waiving any of the foregoing General or Specific Objections, but

16  rather expressly preserving each and every such objection, MGA Mexico responds as

17  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

18  possession, custody or control, if any, that it is able to locate following a reasonably

19  diligent search.

20  REQUEST FOR PRODUCTION NO. 153:

21      All DOCUMENTS that REFER OR RELATE TO CARU'S review, approval

22  or disapproval of, all advertisements aired or shown on NICKELODEON for each

23  product depicted in each "MGA advertisement[]" allegedly "rejected[ed]" by

24  NICKELODEON based on influence from MATTEL, including but not limited to,

25  COMMUNICATIONS between YOU and CARU.

26  RESPONSE TO REQUEST FOR PRODUCTION NO. 153:

27      MGA Mexico incorporates by reference its General Response and General

28  Objections above, as though fully set forth herein and specifically incorporates

252

EXHIBIT __4__
PAGE __623__

1 General Objection No. 15 (regarding Definitions), including without limitation MGA

2 Mexico's objection to the definition of the term YOU, and its incorporated term

3 PERSON.  MGA Mexico further objects to the request to the extent it seeks the

4 production of documents that are protected from disclosure under any applicable

5 privilege, doctrine or immunity, including without limitation the attorney-client

6 privilege, the work product doctrine, the right of privacy, and all other privileges

7 recognized under the constitutional, statutory or decisional law of the United States

8 of America, the State of California or any other applicable jurisdiction, including, but

9 not limited to, such laws existing in the United Mexican States.  MGA Mexico

10 further objects to this request as being overly broad and unduly burdensome on the

11 grounds that it is not limited in time or geographical scope.  MGA Mexico further

12 objects to this request on the grounds that the phrase "ALL DOCUMENTS that

13 REFER OR RELATE TO . . . including but not limited to, COMMUNICATIONS

14 between YOU and CARU" does not comply with the "reasonable particularity"

15 requirement of Federal Rule of Civil Procedure 34 and renders the request overly

16 broad and unduly burdensome in light of "the wealth of material already made

17 available in this case." Westhemeco Ltd. v. New Hampshire Ins. Co., 82 F.R.D. 702,

18 709 (S.D.N.Y. 1979).  MGA Mexico further objects that the phrase "review,

19 approval or disapproval of, all advertisements aired or shown on NICKELODEON

20 for each product" is compound and, as such, renders the request vague, ambiguous,

21 and unintelligible.  MGA Mexico further objects that the phrase "based on influence

22 from MATTEL" is vague, ambiguous and unintelligible.  MGA Mexico further

23 objects to the request to the extent that it seeks documents that by reason of public

24 filing, public distribution or otherwise are already in Mattel's possession or are

25 readily accessible to Mattel.  MGA Mexico further objects to the request to the

26 extent that it seeks documents not in MGA Mexico's possession, custody or control.

27 MGA Mexico further objects to the request to the extent it seeks confidential,

28 proprietary or commercially sensitive information, the disclosure of which would be

EXHIBIT __4__
PAGE __624__

1  inimical to the business interests of MGA Mexico or MGA.  MGA Mexico further

2  objects to the request to the extent it violates the privacy rights of third parties to

3  their private, confidential, proprietary or trade secret information.

4          MGA Mexico further objects to this request as cumulative, duplicative, and

5  unduly burdensome to the extent that it seeks documents previously requested by

6  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

7  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

8  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

9  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

10 Set of Requests for Production of Documents and Things to Isaac Larian and

11 Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

12 Documents and Things to MGAE de Mexico S.R.L. de C.V.

13         Without waiving any of the foregoing General or Specific Objections, but

14 rather expressly preserving each and every such objection, MGA Mexico responds as

15 follows:  MGA Mexico will produce all non-privileged, responsive documents in its

16 possession, custody or control, if any, that it is able to locate following a reasonably

17 diligent search.

18 REQUEST FOR PRODUCTION NO. 154:

19         All DOCUMENTS that REFER OR RELATE TO CARU'S review, approval

20 or disapproval of, all advertisements aired or shown on NICKELODEON for each

21 product depicted in each "MGA advertisement[]" for which NICKELODEON

22 allegedly "limit[ed] time slots" based on influence from MATTEL, including but not

23 limited to, COMMUNICATIONS between YOU and CARU.

24 RESPONSE TO REQUEST FOR PRODUCTION NO. 154:

25         MGA Mexico incorporates by reference its General Response and General

26 Objections above, as though fully set forth herein and specifically incorporates

27 General Objection No. 15 (regarding Definitions), including without limitation MGA

28 Mexico's objection to the definition of the term YOU, and its incorporated term

EXHIBIT __4__
PAGE __625__

1  PERSON.  MGA Mexico further objects to the request to the extent it seeks the

2  production of documents that are protected from disclosure under any applicable

3  privilege, doctrine or immunity, including without limitation the attorney-client

4  privilege, the work product doctrine, the right of privacy, and all other privileges

5  recognized under the constitutional, statutory or decisional law of the United States

6  of America, the State of California or any other applicable jurisdiction, including, but

7  not limited to, such laws existing in the United Mexican States.  MGA Mexico

8  further objects to this request as being overly broad and unduly burdensome on the

9  grounds that it is not limited in time or geographical scope.  MGA Mexico further

10  objects to this request on the grounds that the phrase "ALL DOCUMENTS that

11  REFER OR RELATE TO . . . including but not limited to, COMMUNICATIONS

12  between YOU and CARU" does not comply with the "reasonable particularity"

13  requirement of Federal Rule of Civil Procedure 34 and renders the request overly

14  broad and unduly burdensome in light of "the wealth of material already made

15  available in this case." Westhemeco Ltd. v. New Hampshire Ins. Co., 82 F.R.D. 702,

16  709 (S.D.N.Y. 1979).  MGA Mexico further objects that the phrase "review,

17  approval or disapproval of, all advertisements aired or shown on NICKELODEON

18  for each product" is compound and, as such, renders the request vague, ambiguous,

19  and unintelligible.  MGA Mexico further objects that the phrase "based on influence

20  from MATTEL" is vague, ambiguous and unintelligible.  MGA Mexico further

21  objects to the request to the extent that it seeks documents that by reason of public

22  filing, public distribution or otherwise are already in Mattel's possession or are

23  readily accessible to Mattel.  MGA Mexico further objects to the request to the

24  extent that it seeks documents not in MGA Mexico's possession, custody or control.

25  MGA Mexico further objects to the request to the extent it seeks confidential,

26  proprietary or commercially sensitive information, the disclosure of which would be

27  inimical to the business interests of MGA Mexico or MGA.  MGA Mexico further

28

EXHIBIT ___4___
PAGE ___626___

1   objects to the request to the extent it violates the privacy rights of third parties to

2   their private, confidential, proprietary or trade secret information.

3        MGA Mexico further objects to this request as cumulative, duplicative, and

4   unduly burdensome to the extent that it seeks documents previously requested by

5   Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

6   to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

7   in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

8   Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

9   Set of Requests for Production of Documents and Things to Isaac Larian and

10   Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

11   Documents and Things to MGAE de Mexico S.R.L. de C.V.

12        Without waiving any of the foregoing General or Specific Objections, but

13   rather expressly preserving each and every such objection, MGA Mexico responds as

14   follows:  MGA Mexico will produce all non-privileged, responsive documents in its

15   possession, custody or control, if any, that it is able to locate following a reasonably

16   diligent search.

17   REQUEST FOR PRODUCTION NO. 155:

18        All DOCUMENTS that REFER OR RELATE TO actual sales, gross profits,

19   gross margins and net profits for each product depicted in each "MGA

20   advertisement[]" allegedly "rejected[ed]" by NICKELODEON based on influence

21   from MATTEL.

22   RESPONSE TO REQUEST FOR PRODUCTION NO. 155:

23        MGA Mexico incorporates by reference its General Response and General

24   Objections above, as though fully set forth herein.  MGA Mexico further objects to

25   the request to the extent it seeks the production of documents that are protected from

26   disclosure under any applicable privilege, doctrine or immunity, including without

27   limitation the attorney-client privilege, the work product doctrine, the right of

28   privacy, and all other privileges recognized under the constitutional, statutory or

MGA MEXICO'S RESPONSE TO MATTEL'S 2D SET OF REQUESTS FOR DOCS.   Case No. CV-04-9049 SGL

EXHIBIT __4__
PAGE __627__

1   decisional law of the United States of America, the State of California or any other
2   applicable jurisdiction, including, but not limited to, such laws existing in the United
3   Mexican States.  MGA Mexico further objects to this request as being overly broad
4   and unduly burdensome on the grounds that it is not limited in time or geographical
5   scope.  MGA Mexico further objects to this request on the grounds that the phrase
6   "ALL DOCUMENTS that REFER OR RELATE TO" does not comply with the
7   "reasonable particularity" requirement of Federal Rule of Civil Procedure 34 and
8   renders the request overly broad and unduly burdensome in light of "the wealth of
9   material already made available in this case." Westhemeco Ltd. v. New Hampshire
10  Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA Mexico further objects that the
11  phrase "actual sales, gross profits, gross margins and net profits" is compound and,
12  as such, renders the request vague, ambiguous, and unintelligible.  MGA Mexico
13  further objects that the phrase "based on influence from MATTEL" is vague,
14  ambiguous and unintelligible.  MGA Mexico further objects to the request to the
15  extent that it seeks documents that by reason of public filing, public distribution or
16  otherwise are already in Mattel's possession or are readily accessible to Mattel.
17  MGA Mexico further objects to the request to the extent that it seeks documents not
18  in MGA Mexico's possession, custody or control.  MGA Mexico further objects to
19  the request to the extent it seeks confidential, proprietary or commercially sensitive
20  information, the disclosure of which would be inimical to the business interests of
21  MGA Mexico or MGA.  MGA Mexico further objects to the request to the extent it
22  violates the privacy rights of third parties to their private, confidential, proprietary or
23  trade secret information.

24      MGA Mexico further objects to this request as cumulative, duplicative, and
25  unduly burdensome to the extent that it seeks documents previously requested by
26  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response
27  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100
28  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

EXHIBIT __4__
PAGE __628__

1  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

2  Set of Requests for Production of Documents and Things to Isaac Larian and

3  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

4  Documents and Things to MGAE de Mexico S.R.L. de C.V.

5      Without waiving any of the foregoing General or Specific Objections, but

6  rather expressly preserving each and every such objection, MGA Mexico responds as

7  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

8  possession, custody or control, if any, that it is able to locate following a reasonably

9  diligent search.

10  REQUEST FOR PRODUCTION NO. 156:

11      All DOCUMENTS that REFER OR RELATE TO actual sales, gross profits,

12  gross margins and net profits for each product depicted in each "MGA

13  advertisement[]" for which NICKELODEON allegedly "limit[ed] time slots" based

14  on influence from MATTEL.

15  RESPONSE TO REQUEST FOR PRODUCTION NO. 156:

16      MGA Mexico incorporates by reference its General Response and General

17  Objections above, as though fully set forth herein.  MGA Mexico further objects to

18  the request to the extent it seeks the production of documents that are protected from

19  disclosure under any applicable privilege, doctrine or immunity, including without

20  limitation the attorney-client privilege, the work product doctrine, the right of

21  privacy, and all other privileges recognized under the constitutional, statutory or

22  decisional law of the United States of America, the State of California or any other

23  applicable jurisdiction, including, but not limited to, such laws existing in the United

24  Mexican States.  MGA Mexico further objects to this request as being overly broad

25  and unduly burdensome on the grounds that it is not limited in time or geographical

26  scope.  MGA Mexico further objects to this request on the grounds that the phrase

27  "ALL DOCUMENTS that REFER OR RELATE TO" does not comply with the

28  "reasonable particularity" requirement of Federal Rule of Civil Procedure 34 and

EXHIBIT __4__
PAGE __629__

1  renders the request overly broad and unduly burdensome in light of "the wealth of

2  material already made available in this case." <u>Westhemeco Ltd. v. New Hampshire</u>

3  <u>Ins. Co.</u>, 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA Mexico further objects that the

4  phrase "actual sales, gross profits, gross margins and net profits" is compound and,

5  as such, renders the request vague, ambiguous, and unintelligible.  MGA Mexico

6  further objects that the phrase "based on influence from MATTEL" is vague,

7  ambiguous and unintelligible.  MGA Mexico further objects to the request to the

8  extent that it seeks documents that by reason of public filing, public distribution or

9  otherwise are already in Mattel's possession or are readily accessible to Mattel.

10  MGA Mexico further objects to the request to the extent that it seeks documents not

11  in MGA Mexico's possession, custody or control.  MGA Mexico further objects to

12  the request to the extent it seeks confidential, proprietary or commercially sensitive

13  information, the disclosure of which would be inimical to the business interests of

14  MGA Mexico or MGA.  MGA Mexico further objects to the request to the extent it

15  violates the privacy rights of third parties to their private, confidential, proprietary or

16  trade secret information.

17       MGA Mexico further objects to this request as cumulative, duplicative, and

18  unduly burdensome to the extent that it seeks documents previously requested by

19  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

20  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

21  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

22  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

23  Set of Requests for Production of Documents and Things to Isaac Larian and

24  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

25  Documents and Things to MGAE de Mexico S.R.L. de C.V.

26       Without waiving any of the foregoing General or Specific Objections, but

27  rather expressly preserving each and every such objection, MGA Mexico responds as

28  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

EXHIBIT __4__
PAGE ___630___ 

1   possession, custody or control, if any, that it is able to locate following a reasonably
2   diligent search.

3   REQUEST FOR PRODUCTION NO. 157:

4          All DOCUMENTS that REFER OR RELATE TO projected or budgeted sales,
5   gross profits, gross margins and net profits for each product depicted in each "MGA
6   advertisement[]" allegedly "rejected[ed]" by NICKELODEON based on influence
7   from MATTEL.

8   RESPONSE TO REQUEST FOR PRODUCTION NO. 157:

9          MGA Mexico incorporates by reference its General Response and General
10  Objections above, as though fully set forth herein.  MGA Mexico further objects to
11  the request to the extent it seeks the production of documents that are protected from
12  disclosure under any applicable privilege, doctrine or immunity, including without
13  limitation the attorney-client privilege, the work product doctrine, the right of
14  privacy, and all other privileges recognized under the constitutional, statutory or
15  decisional law of the United States of America, the State of California or any other
16  applicable jurisdiction, including, but not limited to, such laws existing in the United
17  Mexican States.  MGA Mexico further objects to this request as being overly broad
18  and unduly burdensome on the grounds that it is not limited in time or geographical
19  scope.  MGA Mexico further objects to this request on the grounds that the phrase
20  "ALL DOCUMENTS that REFER OR RELATE TO" does not comply with the
21  "reasonable particularity" requirement of Federal Rule of Civil Procedure 34 and
22  renders the request overly broad and unduly burdensome in light of "the wealth of
23  material already made available in this case."  Westhemeco Ltd. v. New Hampshire
24  Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA Mexico further objects that the
25  phrase "projected or budgeted sales, gross profits, gross margins and net profits" is
26  compound and, as such, renders the request vague, ambiguous, and unintelligible.
27  MGA Mexico further objects that the phrase "based on influence from MATTEL" is
28  vague, ambiguous and unintelligible.  MGA Mexico further objects to the request to

EXHIBIT __4__
PAGE __631__

1  the extent that it seeks documents that by reason of public filing, public distribution

2  or otherwise are already in Mattel's possession or are readily accessible to Mattel.

3  MGA Mexico further objects to the request to the extent that it seeks documents not

4  in MGA Mexico's possession, custody or control.  MGA Mexico further objects to

5  the request to the extent it seeks confidential, proprietary or commercially sensitive

6  information, the disclosure of which would be inimical to the business interests of

7  MGA Mexico or MGA.  MGA Mexico further objects to the request to the extent it

8  violates the privacy rights of third parties to their private, confidential, proprietary or

9  trade secret information.

10        MGA Mexico further objects to this request as cumulative, duplicative, and

11  unduly burdensome to the extent that it seeks documents previously requested by

12  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

13  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

14  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

15  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

16  Set of Requests for Production of Documents and Things to Isaac Larian and

17  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

18  Documents and Things to MGAE de Mexico S.R.L. de C.V.

19        Without waiving any of the foregoing General or Specific Objections, but

20  rather expressly preserving each and every such objection, MGA Mexico responds as

21  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

22  possession, custody or control, if any, that it is able to locate following a reasonably

23  diligent search.

24  REQUEST FOR PRODUCTION NO. 158:

25        All DOCUMENTS that REFER OR RELATE TO projected or budgeted sales,

26  gross profits, gross margins and net profits for each product depicted in each "MGA

27  advertisement[]" for which NICKELODEON allegedly "limit[ed] time slots" based

28  on influence from MATTEL.

MGA MEXICO'S RESPONSE TO MATTEL'S 2D SET OF REQUESTS FOR DOCS.   Case No. CV-04-9049 SGL

EXHIBIT ___4___
PAGE ___632___

RESPONSE TO REQUEST FOR PRODUCTION NO. 158:

      MGA Mexico incorporates by reference its General Response and General Objections above, as though fully set forth herein. MGA Mexico further objects to the request to the extent it seeks the production of documents that are protected from disclosure under any applicable privilege, doctrine or immunity, including without limitation the attorney-client privilege, the work product doctrine, the right of privacy, and all other privileges recognized under the constitutional, statutory or decisional law of the United States of America, the State of California or any other applicable jurisdiction, including, but not limited to, such laws existing in the United Mexican States. MGA Mexico further objects to this request as being overly broad and unduly burdensome on the grounds that it is not limited in time or geographical scope. MGA Mexico further objects to this request on the grounds that the phrase "ALL DOCUMENTS that REFER OR RELATE TO" does not comply with the "reasonable particularity" requirement of Federal Rule of Civil Procedure 34 and renders the request overly broad and unduly burdensome in light of "the wealth of material already made available in this case." Westhemeco Ltd. v. New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979). MGA Mexico further objects that the phrase "projected or budgeted sales, gross profits, gross margins and net profits" is compound and, as such, renders the request vague, ambiguous, and unintelligible. MGA Mexico further objects that the phrase "based on influence from MATTEL" is vague, ambiguous and unintelligible. MGA Mexico further objects to the request to the extent that it seeks documents that by reason of public filing, public distribution or otherwise are already in Mattel's possession or are readily accessible to Mattel. MGA Mexico further objects to the request to the extent that it seeks documents not in MGA Mexico's possession, custody or control. MGA Mexico further objects to the request to the extent it seeks confidential, proprietary or commercially sensitive information, the disclosure of which would be inimical to the business interests of MGA Mexico or MGA. MGA Mexico further objects to the request to the extent it

262

EXHIBIT ___4___
PAGE ___633___

1  violates the privacy rights of third parties to their private, confidential, proprietary or

2  trade secret information.

3      MGA Mexico further objects to this request as cumulative, duplicative, and

4  unduly burdensome to the extent that it seeks documents previously requested by

5  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

6  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

7  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

8  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

9  Set of Requests for Production of Documents and Things to Isaac Larian and

10  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

11  Documents and Things to MGAE de Mexico S.R.L. de C.V.

12      Without waiving any of the foregoing General or Specific Objections, but

13  rather expressly preserving each and every such objection, MGA Mexico responds as

14  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

15  possession, custody or control, if any, that it is able to locate following a reasonably

16  diligent search.

17  REQUEST FOR PRODUCTION NO. 159:

18      ALL DOCUMENTS that REFER OR RELATE TO the scheduling of

19  advertisements depicting the products in each "MGA advertisement[]" that

20  MATTEL allegedly "influenc[ed] Nickelodeon to reject," including but not limited

21  to, the times when such advertisements actually aired on NICKELODEON.

22  RESPONSE TO REQUEST FOR PRODUCTION NO. 159:

23      MGA Mexico incorporates by reference its General Response and General

24  Objections above, as though fully set forth herein.  MGA Mexico further objects to

25  the request to the extent it seeks the production of documents that are protected from

26  disclosure under any applicable privilege, doctrine or immunity, including without

27  limitation the attorney-client privilege, the work product doctrine, the right of

28  privacy, and all other privileges recognized under the constitutional, statutory or

EXHIBIT ___4___
PAGE ___634___

1   decisional law of the United States of America, the State of California or any other
2   applicable jurisdiction, including, but not limited to, such laws existing in the United
3   Mexican States.  MGA Mexico further objects to this request as being overly broad
4   and unduly burdensome on the grounds that it is not limited in time or geographical
5   scope.  MGA Mexico further objects to this request on the grounds that the phrase
6   "ALL DOCUMENTS that REFER OR RELATE TO" does not comply with the
7   "reasonable particularity" requirement of Federal Rule of Civil Procedure 34 and
8   renders the request overly broad and unduly burdensome in light of "the wealth of
9   material already made available in this case."  Westhemeco Ltd. v. New Hampshire
10  Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA Mexico further objects that the
11  phrase "the scheduling of advertisements depicting the products in each 'MGA
12  advertisement[]' that MATTEL allegedly 'influenc[ed] Nickelodeon to reject,'
13  including but not limited to, the times when such advertisements actually aired on
14  NICKELODEON" is vague, ambiguous and unintelligible in that the phrase suggests
15  that the subject advertisements were rejected but also actually aired.  MGA Mexico
16  further objects to the request to the extent that it seeks documents that by reason of
17  public filing, public distribution or otherwise are already in Mattel's possession or
18  are readily accessible to Mattel.  MGA Mexico further objects to the request to the
19  extent that it seeks documents not in MGA Mexico's possession, custody or control.
20  MGA Mexico further objects to the request to the extent it seeks confidential,
21  proprietary or commercially sensitive information, the disclosure of which would be
22  inimical to the business interests of MGA Mexico or MGA.  MGA Mexico further
23  objects to the request to the extent it violates the privacy rights of third parties to
24  their private, confidential, proprietary or trade secret information.
25          MGA Mexico further objects to this request as cumulative, duplicative, and
26  unduly burdensome to the extent that it seeks documents previously requested by
27  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response
28  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

EXHIBIT __4__
PAGE __635__

1  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

2  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

3  Set of Requests for Production of Documents and Things to Isaac Larian and

4  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

5  Documents and Things to MGAE de Mexico S.R.L. de C.V.

6      Without waiving any of the foregoing General or Specific Objections, but

7  rather expressly preserving each and every such objection, MGA Mexico responds as

8  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

9  possession, custody or control, if any, that it is able to locate following a reasonably

10  diligent search.

11  REQUEST FOR PRODUCTION NO. 160:

12      ALL DOCUMENTS that REFER OR RELATE TO the scheduling of

13  advertisements depicting the products in each "MGA advertisement[]" for which

14  NICKELODEON allegedly "limit[ed] time slots" based on influence from MATTEL,

15  including but not limited to, the times when such advertisements actually aired on

16  NICKELODEON.

17  RESPONSE TO REQUEST FOR PRODUCTION NO. 160:

18      MGA Mexico incorporates by reference its General Response and General

19  Objections above, as though fully set forth herein.  MGA Mexico further objects to

20  the request to the extent it seeks the production of documents that are protected from

21  disclosure under any applicable privilege, doctrine or immunity, including without

22  limitation the attorney-client privilege, the work product doctrine, the right of

23  privacy, and all other privileges recognized under the constitutional, statutory or

24  decisional law of the United States of America, the State of California or any other

25  applicable jurisdiction, including, but not limited to, such laws existing in the United

26  Mexican States.  MGA Mexico further objects to this request as being overly broad

27  and unduly burdensome on the grounds that it is not limited in time or geographical

28  scope.  MGA Mexico further objects to this request on the grounds that the phrase

EXHIBIT __4__
PAGE __636__

1  "ALL DOCUMENTS that REFER OR RELATE TO" does not comply with the

2  "reasonable particularity" requirement of Federal Rule of Civil Procedure 34 and

3  renders the request overly broad and unduly burdensome in light of "the wealth of

4  material already made available in this case."  Westhemeco Ltd. v. New Hampshire

5  Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA Mexico further objects that the

6  phrase "based on influence from MATTEL" is vague, ambiguous and unintelligible.

7  MGA Mexico further objects to the request to the extent that it seeks documents that

8  by reason of public filing, public distribution or otherwise are already in Mattel's

9  possession or are readily accessible to Mattel.  MGA Mexico further objects to the

10  request to the extent that it seeks documents not in MGA Mexico's possession,

11  custody or control.  MGA Mexico further objects to the request to the extent it seeks

12  confidential, proprietary or commercially sensitive information, the disclosure of

13  which would be inimical to the business interests of MGA Mexico or MGA.  MGA

14  Mexico further objects to the request to the extent it violates the privacy rights of

15  third parties to their private, confidential, proprietary or trade secret information.

16      MGA Mexico further objects to this request as cumulative, duplicative, and

17  unduly burdensome to the extent that it seeks documents previously requested by

18  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

19  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

20  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

21  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

22  Set of Requests for Production of Documents and Things to Isaac Larian and

23  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

24  Documents and Things to MGAE de Mexico S.R.L. de C.V.

25      Without waiving any of the foregoing General or Specific Objections, but

26  rather expressly preserving each and every such objection, MGA Mexico responds as

27  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

28

EXHIBIT __4__
PAGE ___637___

1  possession, custody or control, if any, that it is able to locate following a reasonably

2  diligent search.

3  REQUEST FOR PRODUCTION NO. 161:

4     DOCUMENTS sufficient to IDENTIFY the PERSONS who created and

5  produced, including but not limited to the name of the production company, director

6  and producer, for every advertisement depicting the products in each "MGA

7  advertisement[]" that MATTEL allegedly "influenc[ed] Nickelodeon to reject."

8  RESPONSE TO REQUEST FOR PRODUCTION NO. 161:

9     MGA Mexico incorporates by reference its General Response and General

10  Objections above, as though fully set forth herein and specifically incorporates

11  General Objection No. 15 (regarding Definitions), including without limitation MGA

12  Mexico's objection to the definition of the term PERSON.  MGA Mexico further

13  objects to the request to the extent it seeks the production of documents that are

14  protected from disclosure under any applicable privilege, doctrine or immunity,

15  including without limitation the attorney-client privilege, the work product doctrine,

16  the right of privacy, and all other privileges recognized under the constitutional,

17  statutory or decisional law of the United States of America, the State of California or

18  any other applicable jurisdiction, including, but not limited to, such laws existing in

19  the United Mexican States.  MGA Mexico further objects that the phrase "the

20  PERSONS who created and produced, including but not limited to the name of the

21  production company, director and producer, for every advertisement depicting the

22  products in each 'MGA advertisement[]' that MATTEL allegedly 'influenc[ed]

23  Nickelodeon to reject'" is compound, vague, ambiguous and unintelligible.  MGA

24  Mexico further objects to the request to the extent that it seeks documents that by

25  reason of public filing, public distribution or otherwise are already in Mattel's

26  possession or are readily accessible to Mattel.  MGA Mexico further objects to the

27  request to the extent that it seeks documents not in MGA Mexico's possession,

28  custody or control.  MGA Mexico further objects to the request to the extent it seeks

267