EXHIBIT __4__
PAGE __638__

1  confidential, proprietary or commercially sensitive information, the disclosure of

2  which would be inimical to the business interests of MGA Mexico or MGA.  MGA

3  Mexico further objects to the request to the extent it violates the privacy rights of

4  third parties to their private, confidential, proprietary or trade secret information.

5       MGA Mexico further objects to this request as cumulative, duplicative, and

6  unduly burdensome to the extent that it seeks documents previously requested by

7  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

8  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

9  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

10  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

11  Set of Requests for Production of Documents and Things to Isaac Larian and

12  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

13  Documents and Things to MGAE de Mexico S.R.L. de C.V.

14       Without waiving any of the foregoing General or Specific Objections, but

15  rather expressly preserving each and every such objection, MGA Mexico responds as

16  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

17  possession, custody or control, if any, that it is able to locate following a reasonably

18  diligent search.

19  REQUEST FOR PRODUCTION NO. 162:

20       DOCUMENTS sufficient to IDENTIFY the PERSONS who created and

21  produced including but not limited to the name of the production company, director

22  and producer, for every advertisement depicting the products in each "MGA

23  advertisement[]" for which NICKELODEON allegedly "limit[ed] time slots" based

24  on influence from MATTEL.

25  RESPONSE TO REQUEST FOR PRODUCTION NO. 162:

26       MGA Mexico incorporates by reference its General Response and General

27  Objections above, as though fully set forth herein and specifically incorporates

28  General Objection No. 15 (regarding Definitions), including without limitation MGA

EXHIBIT ___*4*___
PAGE ___*639*___

1   Mexico's objection to the definition of the term PERSON.  MGA Mexico further

2   objects to the request to the extent it seeks the production of documents that are

3   protected from disclosure under any applicable privilege, doctrine or immunity,

4   including without limitation the attorney-client privilege, the work product doctrine,

5   the right of privacy, and all other privileges recognized under the constitutional,

6   statutory or decisional law of the United States of America, the State of California or

7   any other applicable jurisdiction, including, but not limited to, such laws existing in

8   the United Mexican States.  MGA Mexico further objects that the phrase "the

9   PERSONS who created and produced, including but not limited to the name of the

10  production company, director and producer, for every advertisement depicting the

11  products in each 'MGA advertisement[]' for which NICKELODEON allegedly

12  'limit[ed] time slots' based on influence from MATTEL" is compound, vague,

13  ambiguous and unintelligible.  MGA Mexico further objects to the request to the

14  extent that it seeks documents that by reason of public filing, public distribution or

15  otherwise are already in Mattel's possession or are readily accessible to Mattel.

16  MGA Mexico further objects to the request to the extent that it seeks documents not

17  in MGA Mexico's possession, custody or control.  MGA Mexico further objects to

18  the request to the extent it seeks confidential, proprietary or commercially sensitive

19  information, the disclosure of which would be inimical to the business interests of

20  MGA Mexico or MGA.  MGA Mexico further objects to the request to the extent it

21  violates the privacy rights of third parties to their private, confidential, proprietary or

22  trade secret information.

23         MGA Mexico further objects to this request as cumulative, duplicative, and

24  unduly burdensome to the extent that it seeks documents previously requested by

25  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

26  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

27  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

28  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

EXHIBIT __4__
PAGE __640__

1  Set of Requests for Production of Documents and Things to Isaac Larian and

2  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

3  Documents and Things to MGAE de Mexico S.R.L. de C.V.

4      Without waiving any of the foregoing General or Specific Objections, but

5  rather expressly preserving each and every such objection, MGA Mexico responds as

6  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

7  possession, custody or control, if any, that it is able to locate following a reasonably

8  diligent search.

9  REQUEST FOR PRODUCTION NO. 163:

10     DOCUMENTS sufficient to IDENTIFY all PERSONS who worked on, or

11  were involved with, in any way, each advertisement depicting the products in each

12  "MGA advertisement[]" that MATTEL allegedly "influenc[ed] Nickelodeon to

13  reject."

14  RESPONSE TO REQUEST FOR PRODUCTION NO. 163:

15     MGA Mexico incorporates by reference its General Response and General

16  Objections above, as though fully set forth herein and specifically incorporates

17  General Objection No. 15 (regarding Definitions), including without limitation MGA

18  Mexico's objection to the definition of the term PERSON.  MGA Mexico further

19  objects to the request to the extent it seeks the production of documents that are

20  protected from disclosure under any applicable privilege, doctrine or immunity,

21  including without limitation the attorney-client privilege, the work product doctrine,

22  the right of privacy, and all other privileges recognized under the constitutional,

23  statutory or decisional law of the United States of America, the State of California or

24  any other applicable jurisdiction, including, but not limited to, such laws existing in

25  the United Mexican States.  MGA Mexico further objects that the phrase "all

26  PERSONS who worked on, or were involved with, in any way, each advertisement

27  depicting the products in each 'MGA advertisement[]' that MATTEL allegedly

28  'influenc[ed] Nickelodeon to reject'" is compound, vague, ambiguous, unintelligible,

270

EXHIBIT __4__
PAGE __641__

1   overbroad and unduly burdensome.  MGA Mexico further objects to the request to

2   the extent that it seeks documents that by reason of public filing, public distribution

3   or otherwise are already in Mattel's possession or are readily accessible to Mattel.

4   MGA Mexico further objects to the request to the extent that it seeks documents not

5   in MGA Mexico's possession, custody or control.  MGA Mexico further objects to

6   the request to the extent it seeks confidential, proprietary or commercially sensitive

7   information, the disclosure of which would be inimical to the business interests of

8   MGA Mexico or MGA.  MGA Mexico further objects to the request to the extent it

9   violates the privacy rights of third parties to their private, confidential, proprietary or

10  trade secret information.

11        MGA Mexico further objects to this request as cumulative, duplicative, and

12  unduly burdensome to the extent that it seeks documents previously requested by

13  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

14  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

15  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

16  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

17  Set of Requests for Production of Documents and Things to Isaac Larian and

18  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

19  Documents and Things to MGAE de Mexico S.R.L. de C.V.

20        Without waiving any of the foregoing General or Specific Objections, but

21  rather expressly preserving each and every such objection, MGA Mexico responds as

22  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

23  possession, custody or control, if any, that it is able to locate following a reasonably

24  diligent search.

25  REQUEST FOR PRODUCTION NO. 164:

26        DOCUMENTS sufficient to IDENTIFY all PERSONS who worked on, or

27  were involved with, in any way, each advertisement depicting the products in each

28

MGA MEXICO'S RESPONSE TO MATTEL'S 2D SET OF REQUESTS FOR DOCS.   Case No. CV-04-9049 SGL

EXHIBIT ___4___

PAGE ___642___

1  "MGA advertisement[]" for which NICKELODEON allegedly "limit[ed] time slots"

2  based on influence from MATTEL.

3  <u>RESPONSE TO REQUEST FOR PRODUCTION NO. 164:</u>

4        MGA Mexico incorporates by reference its General Response and General

5  Objections above, as though fully set forth herein and specifically incorporates

6  General Objection No. 15 (regarding Definitions), including without limitation MGA

7  Mexico's objection to the definition of the term PERSON.  MGA Mexico further

8  objects to the request to the extent it seeks the production of documents that are

9  protected from disclosure under any applicable privilege, doctrine or immunity,

10  including without limitation the attorney-client privilege, the work product doctrine,

11  the right of privacy, and all other privileges recognized under the constitutional,

12  statutory or decisional law of the United States of America, the State of California or

13  any other applicable jurisdiction, including, but not limited to, such laws existing in

14  the United Mexican States.  MGA Mexico further objects that the phrase "all

15  PERSONS who worked on, or were involved with, in any way, each advertisement

16  depicting the products in each 'MGA advertisement[]' for which NICKELODEON

17  allegedly 'limit[ed] time slots' based on influence from MATTEL" is compound,

18  vague, ambiguous, unintelligible, overbroad and unduly burdensome.  MGA Mexico

19  further objects to the request to the extent that it seeks documents that by reason of

20  public filing, public distribution or otherwise are already in Mattel's possession or

21  are readily accessible to Mattel.  MGA Mexico further objects to the request to the

22  extent that it seeks documents not in MGA Mexico's possession, custody or control.

23  MGA Mexico further objects to the request to the extent it seeks confidential,

24  proprietary or commercially sensitive information, the disclosure of which would be

25  inimical to the business interests of MGA Mexico or MGA.  MGA Mexico further

26  objects to the request to the extent it violates the privacy rights of third parties to

27  their private, confidential, proprietary or trade secret information.

28

EXHIBIT ___4___
PAGE ___643___

1      MGA Mexico further objects to this request as cumulative, duplicative, and

2  unduly burdensome to the extent that it seeks documents previously requested by

3  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

4  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

5  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

6  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

7  Set of Requests for Production of Documents and Things to Isaac Larian and

8  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

9  Documents and Things to MGAE de Mexico S.R.L. de C.V.

10     Without waiving any of the foregoing General or Specific Objections, but

11  rather expressly preserving each and every such objection, MGA Mexico responds as

12  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

13  possession, custody or control, if any, that it is able to locate following a reasonably

14  diligent search.

15  REQUEST FOR PRODUCTION NO. 165:

16     All DOCUMENTS that REFER OR RELATE TO every advertisement

17  depicting the products in each "MGA advertisement[]" that MATTEL allegedly

18  "influenc[ed] Nickelodeon to reject."

19  RESPONSE TO REQUEST FOR PRODUCTION NO. 165:

20     MGA Mexico incorporates by reference its General Response and General

21  Objections above, as though fully set forth herein.  MGA Mexico further objects to

22  the request to the extent it seeks the production of documents that are protected from

23  disclosure under any applicable privilege, doctrine or immunity, including without

24  limitation the attorney-client privilege, the work product doctrine, the right of

25  privacy, and all other privileges recognized under the constitutional, statutory or

26  decisional law of the United States of America, the State of California or any other

27  applicable jurisdiction, including, but not limited to, such laws existing in the United

28  Mexican States.  MGA Mexico further objects to this request as being overly broad

EXHIBIT ___4___
PAGE ___644___

1 and unduly burdensome on the grounds that it is not limited in time or geographical

2 scope. MGA Mexico further objects to this request on the grounds that the phrase

3 "ALL DOCUMENTS that REFER OR RELATE TO" does not comply with the

4 "reasonable particularity" requirement of Federal Rule of Civil Procedure 34 and

5 renders the request overly broad and unduly burdensome in light of "the wealth of

6 material already made available in this case." Westhemeco Ltd. v. New Hampshire

7 Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979). MGA Mexico further objects to the

8 request to the extent that it seeks documents that by reason of public filing, public

9 distribution or otherwise are already in Mattel's possession or are readily accessible

10 to Mattel. MGA Mexico further objects to the request to the extent that it seeks

11 documents not in MGA Mexico's possession, custody or control. MGA Mexico

12 further objects to the request to the extent it seeks confidential, proprietary or

13 commercially sensitive information, the disclosure of which would be inimical to the

14 business interests of MGA Mexico or MGA. MGA Mexico further objects to the

15 request to the extent it violates the privacy rights of third parties to their private,

16 confidential, proprietary or trade secret information.

17      MGA Mexico further objects to this request as cumulative, duplicative, and

18 unduly burdensome to the extent that it seeks documents previously requested by

19 Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

20 to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

21 in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

22 Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

23 Set of Requests for Production of Documents and Things to Isaac Larian and

24 Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

25 Documents and Things to MGAE de Mexico S.R.L. de C.V.

26      Without waiving any of the foregoing General or Specific Objections, but

27 rather expressly preserving each and every such objection, MGA Mexico responds as

28 follows: MGA Mexico will produce all non-privileged, responsive documents in its

EXHIBIT ___4___
PAGE ___645___

1  possession, custody or control, if any, that it is able to locate following a reasonably

2  diligent search.

3  <u>REQUEST FOR PRODUCTION NO. 166:</u>

4      All DOCUMENTS that REFER OR RELATE TO every advertisement

5  depicting the products in each "MGA advertisement[] " for which NICKELODEON

6  allegedly "limit[ed] time slots" based on influence from MATTEL.

7  <u>RESPONSE TO REQUEST FOR PRODUCTION NO. 166:</u>

8      MGA Mexico incorporates by reference its General Response and General

9  Objections above, as though fully set forth herein.  MGA Mexico further objects to

10  the request to the extent it seeks the production of documents that are protected from

11  disclosure under any applicable privilege, doctrine or immunity, including without

12  limitation the attorney-client privilege, the work product doctrine, the right of

13  privacy, and all other privileges recognized under the constitutional, statutory or

14  decisional law of the United States of America, the State of California or any other

15  applicable jurisdiction, including, but not limited to, such laws existing in the United

16  Mexican States.  MGA Mexico further objects to this request as being overly broad

17  and unduly burdensome on the grounds that it is not limited in time or geographical

18  scope.  MGA Mexico further objects to this request on the grounds that the phrase

19  "ALL DOCUMENTS that REFER OR RELATE TO" does not comply with the

20  "reasonable particularity" requirement of Federal Rule of Civil Procedure 34 and

21  renders the request overly broad and unduly burdensome in light of "the wealth of

22  material already made available in this case."  <u>Westhemeco Ltd. v. New Hampshire</u>

23  <u>Ins. Co.</u>, 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA Mexico further objects that the

24  phrase "based on influence from MATTEL" is vague, ambiguous and unintelligible.

25  MGA Mexico further objects to the request to the extent that it seeks documents that

26  by reason of public filing, public distribution or otherwise are already in Mattel's

27  possession or are readily accessible to Mattel.  MGA Mexico further objects to the

28  request to the extent that it seeks documents not in MGA Mexico's possession,

EXHIBIT ___4___
PAGE ___646___

1   custody or control. MGA Mexico further objects to the request to the extent it seeks
2   confidential, proprietary or commercially sensitive information, the disclosure of
3   which would be inimical to the business interests of MGA Mexico or MGA. MGA
4   Mexico further objects to the request to the extent it violates the privacy rights of
5   third parties to their private, confidential, proprietary or trade secret information.
6       MGA Mexico further objects to this request as cumulative, duplicative, and
7   unduly burdensome to the extent that it seeks documents previously requested by
8   Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response
9   to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100
10  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible
11  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First
12  Set of Requests for Production of Documents and Things to Isaac Larian and
13  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of
14  Documents and Things to MGAE de Mexico S.R.L. de C.V.
15      Without waiving any of the foregoing General or Specific Objections, but
16  rather expressly preserving each and every such objection, MGA Mexico responds as
17  follows: MGA Mexico will produce all non-privileged, responsive documents in its
18  possession, custody or control, if any, that it is able to locate following a reasonably
19  diligent search.
20  REQUEST FOR PRODUCTION NO. 167:
21      ALL COMMUNICATIONS between NICKELODEON and YOU that
22  REFER OR RELATE TO advertisements, including but not limited to, compliance
23  with CARU rules and regulations.
24  RESPONSE TO REQUEST FOR PRODUCTION NO. 167:
25      MGA Mexico incorporates by reference its General Response and General
26  Objections above, as though fully set forth herein and specifically incorporates
27  General Objection No. 15 (regarding Definitions), including without limitation MGA
28  Mexico's objection to the definition of the term YOU, and its incorporated term

EXHIBIT __4__
PAGE __647__

1    PERSON.  MGA Mexico further objects to the request to the extent it seeks the

2    production of documents that are protected from disclosure under any applicable

3    privilege, doctrine or immunity, including without limitation the attorney-client

4    privilege, the work product doctrine, the right of privacy, and all other privileges

5    recognized under the constitutional, statutory or decisional law of the United States

6    of America, the State of California or any other applicable jurisdiction, including, but

7    not limited to, such laws existing in the United Mexican States.  MGA Mexico

8    further objects to this request as being overly broad and unduly burdensome on the

9    grounds that it is not limited in time or geographical scope.  MGA Mexico further

10   objects to this request on the grounds that the phrase "[a]ll COMMUNICATIONS . . .

11   that REFER OR RELATE TO" does not comply with the "reasonable particularity"

12   requirement of Federal Rule of Civil Procedure 34 and renders the request overly

13   broad and unduly burdensome in light of "the wealth of material already made

14   available in this case."  Westhemeco Ltd. v. New Hampshire Ins. Co., 82 F.R.D. 702,

15   709 (S.D.N.Y. 1979).  MGA Mexico further objects to the request to the extent that

16   it seeks documents that by reason of public filing, public distribution or otherwise

17   are already in Mattel's possession or are readily accessible to Mattel.  MGA Mexico

18   further objects to the request to the extent that it seeks documents not in MGA

19   Mexico's possession, custody or control.  MGA Mexico further objects to the request

20   to the extent it seeks confidential, proprietary or commercially sensitive information,

21   the disclosure of which would be inimical to the business interests of MGA Mexico

22   or MGA.  MGA Mexico further objects to the request to the extent it violates the

23   privacy rights of third parties to their private, confidential, proprietary or trade secret

24   information.

25         MGA Mexico further objects to this request as cumulative, duplicative, and

26   unduly burdensome to the extent that it seeks documents previously requested by

27   Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

28   to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

277

EXHIBIT ___4___
PAGE ___648___

1  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

2  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

3  Set of Requests for Production of Documents and Things to Isaac Larian and

4  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

5  Documents and Things to MGAE de Mexico S.R.L. de C.V.

6        Without waiving any of the foregoing General or Specific Objections, but

7  rather expressly preserving each and every such objection, MGA Mexico responds as

8  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

9  possession, custody or control, if any, that it is able to locate following a reasonably

10  diligent search.

11  REQUEST FOR PRODUCTION NO. 168:

12        ALL COMMUNICATIONS between NICKELODEON and YOU that

13  REFER OR RELATE TO scheduling any MGA advertisement.

14  RESPONSE TO REQUEST FOR PRODUCTION NO. 168:

15        MGA Mexico incorporates by reference its General Response and General

16  Objections above, as though fully set forth herein and specifically incorporates

17  General Objection No. 15 (regarding Definitions), including without limitation MGA

18  Mexico's objection to the definition of the term YOU, and its incorporated term

19  PERSON.  MGA Mexico further objects to the request to the extent it seeks the

20  production of documents that are protected from disclosure under any applicable

21  privilege, doctrine or immunity, including without limitation the attorney-client

22  privilege, the work product doctrine, the right of privacy, and all other privileges

23  recognized under the constitutional, statutory or decisional law of the United States

24  of America, the State of California or any other applicable jurisdiction, including, but

25  not limited to, such laws existing in the United Mexican States.  MGA Mexico

26  further objects to this request as being overly broad and unduly burdensome in that

27  seeking "all" communications between MGA Mexico and Nickelodeon regarding the

28  scheduling of "any" MGA advertisement is not reasonably related to any claim or

EXHIBIT __9__
PAGE __649__

1  defense in this action.  MGA Mexico further objects to this request on the grounds

2  that the phrase "[a]ll COMMUNICATIONS . . . that REFER OR RELATE TO"

3  does not comply with the "reasonable particularity" requirement of Federal Rule of

4  Civil Procedure 34 and renders the request overly broad and unduly burdensome in

5  light of "the wealth of material already made available in this case." <u>Westhemeco</u>

6  <u>Ltd. v. New Hampshire Ins. Co.</u>, 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA

7  Mexico further objects that MGA Mexico further objects to the request to the extent

8  that it seeks documents that by reason of public filing, public distribution or

9  otherwise are already in Mattel's possession or are readily accessible to Mattel.

10  MGA Mexico further objects to the request to the extent that it seeks documents not

11  in MGA Mexico's possession, custody or control.  MGA Mexico further objects to

12  the request to the extent it seeks confidential, proprietary or commercially sensitive

13  information, the disclosure of which would be inimical to the business interests of

14  MGA Mexico or MGA.  MGA Mexico further objects to the request to the extent it

15  violates the privacy rights of third parties to their private, confidential, proprietary or

16  trade secret information.

17      MGA Mexico further objects to this request as cumulative, duplicative, and

18  unduly burdensome to the extent that it seeks documents previously requested by

19  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

20  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

21  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

22  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

23  Set of Requests for Production of Documents and Things to Isaac Larian and

24  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

25  Documents and Things to MGAE de Mexico S.R.L. de C.V.

26  <u>REQUEST FOR PRODUCTION NO. 169:</u>

27      ALL contracts, agreements, arrangements and understandings between YOU

28  and NICKELODEON that REFER OR RELATE TO advertisements.

EXHIBIT __4__
PAGE __650__

1  RESPONSE TO REQUEST FOR PRODUCTION NO. 169:

2      MGA Mexico incorporates by reference its General Response and General

3  Objections above, as though fully set forth herein and specifically incorporates

4  General Objection No. 15 (regarding Definitions), including without limitation MGA

5  Mexico's objection to the definition of the term YOU, and its incorporated term

6  PERSON.  MGA Mexico further objects to the request to the extent it seeks the

7  production of documents that are protected from disclosure under any applicable

8  privilege, doctrine or immunity, including without limitation the attorney-client

9  privilege, the work product doctrine, the right of privacy, and all other privileges

10  recognized under the constitutional, statutory or decisional law of the United States

11  of America, the State of California or any other applicable jurisdiction, including, but

12  not limited to, such laws existing in the United Mexican States.  MGA Mexico

13  further objects to this request on the grounds that the phrase "[a]ll contracts,

14  agreements, arrangements and understandings . . . that REFER OR RELATE TO

15  advertisements" does not comply with the "reasonable particularity" requirement of

16  Federal Rule of Civil Procedure 34 and renders the request overly broad and unduly

17  burdensome in light of "the wealth of material already made available in this case."

18  Westhemeco Ltd. v. New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).

19  MGA Mexico further objects that MGA Mexico further objects to the request to the

20  extent that it seeks documents that by reason of public filing, public distribution or

21  otherwise are already in Mattel's possession or are readily accessible to Mattel.

22  MGA Mexico further objects to the request to the extent that it seeks documents not

23  in MGA Mexico's possession, custody or control.  MGA Mexico further objects to

24  the request to the extent it seeks confidential, proprietary or commercially sensitive

25  information, the disclosure of which would be inimical to the business interests of

26  MGA Mexico or MGA.  MGA Mexico further objects to the request to the extent it

27  violates the privacy rights of third parties to their private, confidential, proprietary or

28  trade secret information.

EXHIBIT ___4___
PAGE ___65/___

1    MGA Mexico further objects to this request as cumulative, duplicative, and

2    unduly burdensome to the extent that it seeks documents previously requested by

3    Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

4    to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

5    in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

6    Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

7    Set of Requests for Production of Documents and Things to Isaac Larian and

8    Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

9    Documents and Things to MGAE de Mexico S.R.L. de C.V.

10   REQUEST FOR PRODUCTION NO. 170:

11       DOCUMENTS sufficient to show the dates and amounts of all moneys YOU

12   paid to NICKELODEON for each advertisement.

13   RESPONSE TO REQUEST FOR PRODUCTION NO. 170:

14       MGA Mexico incorporates by reference its General Response and General

15   Objections above, as though fully set forth herein and specifically incorporates

16   General Objection No. 15 (regarding Definitions), including without limitation MGA

17   Mexico's objection to the definition of the term YOU, and its incorporated term

18   PERSON.  MGA Mexico further objects to the request to the extent it seeks the

19   production of documents that are protected from disclosure under any applicable

20   privilege, doctrine or immunity, including without limitation the attorney-client

21   privilege, the work product doctrine, the right of privacy, and all other privileges

22   recognized under the constitutional, statutory or decisional law of the United States

23   of America, the State of California or any other applicable jurisdiction, including, but

24   not limited to, such laws existing in the United Mexican States.  MGA Mexico

25   further objects to this request as being overly broad and unduly burdensome in that

26   seeking documents docuements showing "all" moneys paid to Nickelodeon for

27   "each" advertisement, whether related to MGA or any MGA product at issue in this

28   litigation, is not reasonably related to any claim or defense in this action.  MGA

EXHIBIT __4__
PAGE __652__

1   Mexico further objects that MGA Mexico further objects to the request to the extent
2   that it seeks documents that by reason of public filing, public distribution or
3   otherwise are already in Mattel's possession or are readily accessible to Mattel.
4   MGA Mexico further objects to the request to the extent that it seeks documents not
5   in MGA Mexico's possession, custody or control.  MGA Mexico further objects to
6   the request to the extent it seeks confidential, proprietary or commercially sensitive
7   information, the disclosure of which would be inimical to the business interests of
8   MGA Mexico or MGA.  MGA Mexico further objects to the request to the extent it
9   violates the privacy rights of third parties to their private, confidential, proprietary or
10  trade secret information.
11       MGA Mexico further objects to this request as cumulative, duplicative, and
12  unduly burdensome to the extent that it seeks documents previously requested by
13  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response
14  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100
15  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible
16  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First
17  Set of Requests for Production of Documents and Things to Isaac Larian and
18  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of
19  Documents and Things to MGAE de Mexico S.R.L. de C.V.
20  REQUEST FOR PRODUCTION NO. 171:
21       DOCUMENTS sufficient to show negotiations between YOU and
22  NICKELODEON for the price of each advertisement.
23  RESPONSE TO REQUEST FOR PRODUCTION NO. 171:
24       MGA Mexico incorporates by reference its General Response and General
25  Objections above, as though fully set forth herein and specifically incorporates
26  General Objection No. 15 (regarding Definitions), including without limitation MGA
27  Mexico's objection to the definition of the term YOU, and its incorporated term
28  PERSON.  MGA Mexico further objects to the request to the extent it seeks the

282

EXHIBIT __4__
PAGE ___653___

1   production of documents that are protected from disclosure under any applicable

2   privilege, doctrine or immunity, including without limitation the attorney-client

3   privilege, the work product doctrine, the right of privacy, and all other privileges

4   recognized under the constitutional, statutory or decisional law of the United States

5   of America, the State of California or any other applicable jurisdiction, including, but

6   not limited to, such laws existing in the United Mexican States.  MGA Mexico

7   further objects to this request as being overly broad and unduly burdensome in that

8   seeking documents showing negotiations between MGA Mexico and Nickelodeon

9   for the price for "each" advertisement, whether related to MGA or any MGA product

10  at issue in this litigation, is not reasonably related to any claim or defense in this

11  action.  MGA Mexico further objects that MGA Mexico further objects to the

12  request to the extent that it seeks documents that by reason of public filing, public

13  distribution or otherwise are already in Mattel's possession or are readily accessible

14  to Mattel.  MGA Mexico further objects to the request to the extent that it seeks

15  documents not in MGA Mexico's possession, custody or control.  MGA Mexico

16  further objects to the request to the extent it seeks confidential, proprietary or

17  commercially sensitive information, the disclosure of which would be inimical to the

18  business interests of MGA Mexico or MGA.  MGA Mexico further objects to the

19  request to the extent it violates the privacy rights of third parties to their private,

20  confidential, proprietary or trade secret information.

21      MGA Mexico further objects to this request as cumulative, duplicative, and

22  unduly burdensome to the extent that it seeks documents previously requested by

23  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

24  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

25  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

26  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

27  Set of Requests for Production of Documents and Things to Isaac Larian and

28

EXHIBIT ___4___
PAGE ___654___

1 | Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of
2 | Documents and Things to MGAE de Mexico S.R.L. de C.V.
3 | REQUEST FOR PRODUCTION NO. 172:
4 |     ALL DOCUMENTS, including but not limited to all COMMUNICATIONS
5 | with any PERSON, that REFER OR RELATE TO any conflict, dispute or
6 | disagreement between YOU and NICKELODEON, including but not limited to,
7 | based on any non-payment or short payment by YOU to NICKELODEON, or based
8 | on the content of any advertisement.
9 | RESPONSE TO REQUEST FOR PRODUCTION NO. 172:
10 |     MGA Mexico incorporates by reference its General Response and General
11 | Objections above, as though fully set forth herein and specifically incorporates
12 | General Objection No. 15 (regarding Definitions), including without limitation MGA
13 | Mexico's objection to the definition of the term YOU, and its incorporated term
14 | PERSON.  MGA Mexico further objects to the request to the extent it seeks the
15 | production of documents that are protected from disclosure under any applicable
16 | privilege, doctrine or immunity, including without limitation the attorney-client
17 | privilege, the work product doctrine, the right of privacy, and all other privileges
18 | recognized under the constitutional, statutory or decisional law of the United States
19 | of America, the State of California or any other applicable jurisdiction, including, but
20 | not limited to, such laws existing in the United Mexican States.  MGA Mexico
21 | further objects to this request as being overly broad and unduly burdensome on the
22 | grounds that it is not limited in time or geographical scope.  MGA Mexico further
23 | objects to this request on the grounds that the phrase "[a]ll DOCUMENTS, including
24 | but not limited to all COMMUNICATIONS with any PERSON, that REFER OR
25 | RELATE TO" does not comply with the "reasonable particularity" requirement of
26 | Federal Rule of Civil Procedure 34 and renders the request overly broad and unduly
27 | burdensome in light of "the wealth of material already made available in this case."
28 | Westhemeco Ltd. v. New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).

EXHIBIT __4__
PAGE __655__

1  MGA Mexico further objects that the phrase "any conflict, dispute or disagreement
2  between YOU and NICKELODEON, including but not limited to, based on any non-
3  payment or short payment by YOU to NICKELODEON, or based on the content of
4  any advertisement" is compound and, as such, renders the request vague, ambiguous,
5  and unintelligible.  MGA Mexico further objects to the request to the extent that it
6  seeks documents that by reason of public filing, public distribution or otherwise are
7  already in Mattel's possession or are readily accessible to Mattel.  MGA Mexico
8  further objects to the request to the extent that it seeks documents not in MGA
9  Mexico's possession, custody or control.  MGA Mexico further objects to the request
10 to the extent it seeks confidential, proprietary or commercially sensitive information,
11 the disclosure of which would be inimical to the business interests of MGA Mexico
12 or MGA.  MGA Mexico further objects to the request to the extent it violates the
13 privacy rights of third parties to their private, confidential, proprietary or trade secret
14 information.
15        MGA Mexico further objects to this request as cumulative, duplicative, and
16 unduly burdensome to the extent that it seeks documents previously requested by
17 Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response
18 to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100
19 in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible
20 Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First
21 Set of Requests for Production of Documents and Things to Isaac Larian and
22 Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of
23 Documents and Things to MGAE de Mexico S.R.L. de C.V.
24 REQUEST FOR PRODUCTION NO. 173:
25        ALL DOCUMENTS, including but not limited to all COMMUNICATIONS
26 with any PERSON, that REFER OR RELATE TO any claim or threatened claim by
27 YOU against NICKELODEON, or by NICKELODEON against YOU, including but
28

EXHIBIT __4__
PAGE ___656___

1  not limited to, based on any non-payment or short payment by YOU to

2  NICKELODEON, or based on the content of any advertisement.

3  RESPONSE TO REQUEST FOR PRODUCTION NO. 173:

4       MGA Mexico incorporates by reference its General Response and General

5  Objections above, as though fully set forth herein and specifically incorporates

6  General Objection No. 15 (regarding Definitions), including without limitation MGA

7  Mexico's objection to the definition of the term YOU, and its incorporated term

8  PERSON.  MGA Mexico further objects to the request to the extent it seeks the

9  production of documents that are protected from disclosure under any applicable

10  privilege, doctrine or immunity, including without limitation the attorney-client

11  privilege, the work product doctrine, the right of privacy, and all other privileges

12  recognized under the constitutional, statutory or decisional law of the United States

13  of America, the State of California or any other applicable jurisdiction, including, but

14  not limited to, such laws existing in the United Mexican States.  MGA Mexico

15  further objects to this request as being overly broad and unduly burdensome on the

16  grounds that it is not limited in time or geographical scope.  MGA Mexico further

17  objects to this request on the grounds that the phrase "[a]ll DOCUMENTS, including

18  but not limited to all COMMUNICATIONS with any PERSON, that REFER OR

19  RELATE TO" does not comply with the "reasonable particularity" requirement of

20  Federal Rule of Civil Procedure 34 and renders the request overly broad and unduly

21  burdensome in light of "the wealth of material already made available in this case."

22  Westhemeco Ltd. v. New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).

23  MGA Mexico further objects that the phrase "any claim or threatened claim by YOU

24  against NICKELODEON, or by NICKELODEON against YOU, including but not

25  limited to, based on any non-payment or short payment by YOU to

26  NICKELODEON, or based on the content of any advertisement" is compound and,

27  as such, renders the request vague, ambiguous, and unintelligible.  MGA Mexico

28  further objects to the request to the extent that it seeks documents that by reason of

286

EXHIBIT __4__
PAGE __657__

1  public filing, public distribution or otherwise are already in Mattel's possession or

2  are readily accessible to Mattel.  MGA Mexico further objects to the request to the

3  extent that it seeks documents not in MGA Mexico's possession, custody or control.

4  MGA Mexico further objects to the request to the extent it seeks confidential,

5  proprietary or commercially sensitive information, the disclosure of which would be

6  inimical to the business interests of MGA Mexico or MGA.  MGA Mexico further

7  objects to the request to the extent it violates the privacy rights of third parties to

8  their private, confidential, proprietary or trade secret information.

9          MGA Mexico further objects to this request as cumulative, duplicative, and

10  unduly burdensome to the extent that it seeks documents previously requested by

11  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

12  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

13  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

14  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

15  Set of Requests for Production of Documents and Things to Isaac Larian and

16  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

17  Documents and Things to MGAE de Mexico S.R.L. de C.V.

18  REQUEST FOR PRODUCTION NO. 174:

19          DOCUMENTS sufficient to IDENTIFY the PERSON or PERSONS at

20  NICKELODEON who allegedly "reject[ed] advertisements" or "limit[ed] time slots"

21  based on influence from MATTEL.

22  RESPONSE TO REQUEST FOR PRODUCTION NO. 174:

23          MGA Mexico incorporates by reference its General Response and General

24  Objections above, as though fully set forth herein and specifically incorporates

25  General Objection No. 15 (regarding Definitions), including without limitation MGA

26  Mexico's objection to the definition of the term PERSON.  MGA Mexico further

27  objects to the request to the extent it seeks the production of documents that are

28  protected from disclosure under any applicable privilege, doctrine or immunity,

287

EXHIBIT ___4___
PAGE ___658___

1  including without limitation the attorney-client privilege, the work product doctrine,

2  the right of privacy, and all other privileges recognized under the constitutional,

3  statutory or decisional law of the United States of America, the State of California or

4  any other applicable jurisdiction, including, but not limited to, such laws existing in

5  the United Mexican States.  MGA Mexico further objects to this request as being

6  overly broad and unduly burdensome on the grounds that it is not limited in time or

7  geographical scope.   MGA Mexico further objects to the request to the extent that it

8  seeks documents that by reason of public filing, public distribution or otherwise are

9  already in Mattel's possession or are readily accessible to Mattel.  MGA Mexico

10  further objects to the request to the extent that it seeks documents not in MGA

11  Mexico's possession, custody or control.  MGA Mexico further objects to the request

12  to the extent it seeks confidential, proprietary or commercially sensitive information,

13  the disclosure of which would be inimical to the business interests of MGA Mexico

14  or MGA.  MGA Mexico further objects to the request to the extent it violates the

15  privacy rights of third parties to their private, confidential, proprietary or trade secret

16  information.

17       MGA Mexico further objects to this request as cumulative, duplicative, and

18  unduly burdensome to the extent that it seeks documents previously requested by

19  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

20  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

21  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

22  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

23  Set of Requests for Production of Documents and Things to Isaac Larian and

24  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

25  Documents and Things to MGAE de Mexico S.R.L. de C.V.

26       Without waiving any of the foregoing General or Specific Objections, but

27  rather expressly preserving each and every such objection, MGA Mexico responds as

28  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

EXHIBIT __4__
PAGE __65*9__

1   possession, custody or control, if any, that it is able to locate following a reasonably
2   diligent search.
3   REQUEST FOR PRODUCTION NO. 175:
4          ALL DOCUMENTS, including but not limited to all COMMUNICATIONS
5   with any PERSON, that REFER OR RELATE TO why NICKELODEON allegedly
6   "reject[ed] advertisements" or "limit[ed] time slots" based on influence from
7   MATTEL.
8   RESPONSE TO REQUEST FOR PRODUCTION NO. 175:
9          MGA Mexico incorporates by reference its General Response and General
10  Objections above, as though fully set forth herein and specifically incorporates
11  General Objection No. 15 (regarding Definitions), including without limitation MGA
12  Mexico's objection to the definition of the term PERSON.  MGA Mexico further
13  objects to the request to the extent it seeks the production of documents that are
14  protected from disclosure under any applicable privilege, doctrine or immunity,
15  including without limitation the attorney-client privilege, the work product doctrine,
16  the right of privacy, and all other privileges recognized under the constitutional,
17  statutory or decisional law of the United States of America, the State of California or
18  any other applicable jurisdiction, including, but not limited to, such laws existing in
19  the United Mexican States.  MGA Mexico further objects to this request as being
20  overly broad and unduly burdensome on the grounds that it is not limited in time or
21  geographical scope.  MGA Mexico further objects to this request on the grounds that
22  the phrase "[a]ll DOCUMENTS, including but not limited to all
23  COMMUNICATIONS with any PERSON, that REFER OR RELATE TO" does not
24  comply with the "reasonable particularity" requirement of Federal Rule of Civil
25  Procedure 34 and renders the request overly broad and unduly burdensome in light of
26  "the wealth of material already made available in this case." Westhemeco Ltd. v.
27  New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA Mexico
28  further objects that the phrase "based on influence from MATTEL" is vague,

EXHIBIT ___4___
PAGE ___66 0___

1  ambiguous, and unintelligible.  MGA Mexico further objects to the request to the

2  extent that it seeks documents that by reason of public filing, public distribution or

3  otherwise are already in Mattel's possession or are readily accessible to Mattel.

4  MGA Mexico further objects to the request to the extent that it seeks documents not

5  in MGA Mexico's possession, custody or control.  MGA Mexico further objects to

6  the request to the extent it seeks confidential, proprietary or commercially sensitive

7  information, the disclosure of which would be inimical to the business interests of

8  MGA Mexico or MGA.  MGA Mexico further objects to the request to the extent it

9  violates the privacy rights of third parties to their private, confidential, proprietary or

10  trade secret information.

11      MGA Mexico further objects to this request as cumulative, duplicative, and

12  unduly burdensome to the extent that it seeks documents previously requested by

13  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

14  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

15  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

16  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

17  Set of Requests for Production of Documents and Things to Isaac Larian and

18  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

19  Documents and Things to MGAE de Mexico S.R.L. de C.V.

20      Without waiving any of the foregoing General or Specific Objections, but

21  rather expressly preserving each and every such objection, MGA Mexico responds as

22  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

23  possession, custody or control, if any, that it is able to locate following a reasonably

24  diligent search.

25  REQUEST FOR PRODUCTION NO. 176:

26      DOCUMENTS sufficient to show when all of YOUR advertisements aired on

27  NICKELODEON.

28

EXHIBIT __4__
PAGE __66 1__

1  RESPONSE TO REQUEST FOR PRODUCTION NO. 176:

2        MGA Mexico incorporates by reference its General Response and General
3  Objections above, as though fully set forth herein and specifically incorporates
4  General Objection No. 15 (regarding Definitions), including without limitation MGA
5  Mexico's objection to the definition of the term YOUR, and its incorporated term
6  PERSON.  MGA Mexico further objects to the request to the extent it seeks the
7  production of documents that are protected from disclosure under any applicable
8  privilege, doctrine or immunity, including without limitation the attorney-client
9  privilege, the work product doctrine, the right of privacy, and all other privileges
10  recognized under the constitutional, statutory or decisional law of the United States
11  of America, the State of California or any other applicable jurisdiction, including, but
12  not limited to, such laws existing in the United Mexican States.  MGA Mexico
13  further objects to this request as being overly broad and unduly burdensome in that
14  seeking the time when "all" advertisements aired, whether such advertisements were
15  related to MGA or any MGA product at issue in this litigation, is not reasonably
16  related to any claim or defense in this action.  MGA Mexico further objects to this
17  request as being overly broad and unduly burdensome on the grounds that it is not
18  limited in time or geographical scope.  MGA Mexico further objects to the request to
19  the extent that it seeks documents that by reason of public filing, public distribution
20  or otherwise are already in Mattel's possession or are readily accessible to Mattel.
21  MGA Mexico further objects to the request to the extent that it seeks documents not
22  in MGA Mexico's possession, custody or control.  MGA Mexico further objects to
23  the request to the extent it seeks confidential, proprietary or commercially sensitive
24  information, the disclosure of which would be inimical to the business interests of
25  MGA Mexico or MGA.  MGA Mexico further objects to the request to the extent it
26  violates the privacy rights of third parties to their private, confidential, proprietary or
27  trade secret information.

28

MGA MEXICO'S RESPONSE TO MATTEL'S 2D SET OF REQUESTS FOR DOCS.   Case No. CV-04-9049 SGL

EXHIBIT ___4___
PAGE ___662___

1  MGA Mexico further objects to this request as cumulative, duplicative, and

2  unduly burdensome to the extent that it seeks documents previously requested by

3  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

4  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

5  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

6  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

7  Set of Requests for Production of Documents and Things to Isaac Larian and

8  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

9  Documents and Things to MGAE de Mexico S.R.L. de C.V.

10  REQUEST FOR PRODUCTION NO. 177:

11  All DOCUMENTS, including but not limited to all COMMUNICATIONS

12  with any PERSON, RELATING to YOUR actions in response to, or efforts to stop,

13  thwart, prevent, counter or mitigate, MATTEL from allegedly "influencing

14  Nickelodeon to reject MGA advertisements or to limit time slots for advertisements."

15  RESPONSE TO REQUEST FOR PRODUCTION NO. 177:

16  MGA Mexico incorporates by reference its General Response and General

17  Objections above, as though fully set forth herein and specifically incorporates

18  General Objection No. 15 (regarding Definitions), including without limitation MGA

19  Mexico's objection to the definition of the term YOUR, and its incorporated term

20  PERSON. MGA Mexico further objects to the request to the extent it seeks the

21  production of documents that are protected from disclosure under any applicable

22  privilege, doctrine or immunity, including without limitation the attorney-client

23  privilege, the work product doctrine, the right of privacy, and all other privileges

24  recognized under the constitutional, statutory or decisional law of the United States

25  of America, the State of California or any other applicable jurisdiction, including, but

26  not limited to, such laws existing in the United Mexican States. MGA Mexico

27  further objects to this request as being overly broad and unduly burdensome on the

28  grounds that it is not limited in time or geographical scope. MGA Mexico further

MGA MEXICO'S RESPONSE TO MATTEL'S 2D SET OF REQUESTS FOR DOCS.   Case No. CV-04-9049 SGL

EXHIBIT _4_
PAGE _663_

1  objects to this request on the grounds that the phrase "[a]ll DOCUMENTS, including
2  but not limited to all COMMUNICATIONS with any PERSON, that REFER OR
3  RELATE TO" does not comply with the "reasonable particularity" requirement of
4  Federal Rule of Civil Procedure 34 and renders the request overly broad and unduly
5  burdensome in light of "the wealth of material already made available in this case."
6  Westhemeco Ltd. v. New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).
7  MGA Mexico further objects that the phrase "RELATING to YOUR actions in
8  response to, or efforts to stop, thwart, prevent, counter or mitigate" is compound and,
9  as such, renders the request vague, ambiguous, and unintelligible.  MGA Mexico
10 further objects to the request to the extent that it seeks documents that by reason of
11 public filing, public distribution or otherwise are already in Mattel's possession or
12 are readily accessible to Mattel.  MGA Mexico further objects to the request to the
13 extent that it seeks documents not in MGA Mexico's possession, custody or control.
14 MGA Mexico further objects to the request to the extent it seeks confidential,
15 proprietary or commercially sensitive information, the disclosure of which would be
16 inimical to the business interests of MGA Mexico or MGA.  MGA Mexico further
17 objects to the request to the extent it violates the privacy rights of third parties to
18 their private, confidential, proprietary or trade secret information.
19      MGA Mexico further objects to this request as cumulative, duplicative, and
20 unduly burdensome to the extent that it seeks documents previously requested by
21 Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response
22 to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100
23 in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible
24 Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First
25 Set of Requests for Production of Documents and Things to Isaac Larian and
26 Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of
27 Documents and Things to MGAE de Mexico S.R.L. de C.V.
28

EXHIBIT __4__
PAGE __664__

1        Without waiving any of the foregoing General or Specific Objections, but

2   rather expressly preserving each and every such objection, MGA Mexico responds as

3   follows:  MGA Mexico will produce all non-privileged, responsive documents in its

4   possession, custody or control, if any, that it is able to locate following a reasonably

5   diligent search.

6   REQUEST FOR PRODUCTION NO. 178:

7        All DOCUMENTS, including but not limited to all COMMUNICATIONS

8   with any PERSON, RELATING to any loss, harm, injury, increased expense, lost

9   revenue or profits, or any other damage caused to YOU by MATTEL allegedly

10  "influencing Nickelodeon to reject MGA advertisements or to limit time slots for

11  advertisements," including but not limited to, the loss of sales due to alleged lack of

12  advertisement or time-limited advertising on NICKELODEON.

13  RESPONSE TO REQUEST FOR PRODUCTION NO. 178:

14       MGA Mexico incorporates by reference its General Response and General

15  Objections above, as though fully set forth herein and specifically incorporates

16  General Objection No. 15 (regarding Definitions), including without limitation MGA

17  Mexico's objection to the definition of the term YOU, and its incorporated term

18  PERSON.  MGA Mexico further objects to the request to the extent it seeks the

19  production of documents that are protected from disclosure under any applicable

20  privilege, doctrine or immunity, including without limitation the attorney-client

21  privilege, the work product doctrine, the right of privacy, and all other privileges

22  recognized under the constitutional, statutory or decisional law of the United States

23  of America, the State of California or any other applicable jurisdiction, including, but

24  not limited to, such laws existing in the United Mexican States.  MGA Mexico

25  further objects to this request as being overly broad and unduly burdensome on the

26  grounds that it is not limited in time or geographical scope.  MGA Mexico further

27  objects to this request on the grounds that the phrase "[a]ll DOCUMENTS, including

28  but not limited to all COMMUNICATIONS with any PERSON, that REFER OR

294

EXHIBIT __4__
PAGE __665__

1  RELATE TO" does not comply with the "reasonable particularity" requirement of

2  Federal Rule of Civil Procedure 34 and renders the request overly broad and unduly

3  burdensome in light of "the wealth of material already made available in this case."

4  Westhemeco Ltd. v. New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).

5  MGA Mexico further objects that the phrases "any loss, harm, injury, increased

6  expense, lost revenue or profits, or any other damage" and "including but not limited

7  to, the loss of sales due to alleged lack of advertisement or time-limited advertising"

8  are, both individually and taken together, compound and, as such, render the request

9  vague, ambiguous, and unintelligible.  MGA Mexico further objects to the request to

10  the extent that it seeks documents that by reason of public filing, public distribution

11  or otherwise are already in Mattel's possession or are readily accessible to Mattel.

12  MGA Mexico further objects to the request to the extent that it seeks documents not

13  in MGA Mexico's possession, custody or control.  MGA Mexico further objects to

14  the request to the extent it seeks confidential, proprietary or commercially sensitive

15  information, the disclosure of which would be inimical to the business interests of

16  MGA Mexico or MGA.  MGA Mexico further objects to the request to the extent it

17  violates the privacy rights of third parties to their private, confidential, proprietary or

18  trade secret information.

19      MGA Mexico further objects to this request as cumulative, duplicative, and

20  unduly burdensome to the extent that it seeks documents previously requested by

21  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

22  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

23  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

24  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

25  Set of Requests for Production of Documents and Things to Isaac Larian and

26  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

27  Documents and Things to MGAE de Mexico S.R.L. de C.V.

28

EXHIBIT __4__
PAGE ___666___

1    Without waiving any of the foregoing General or Specific Objections, but

2  rather expressly preserving each and every such objection, MGA Mexico responds as

3  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

4  possession, custody or control, if any, that it is able to locate following a reasonably

5  diligent search.

6  REQUEST FOR PRODUCTION NO. 179:

7    All DOCUMENTS, including but not limited to all COMMUNICATIONS

8  with any PERSON, that REFER OR RELATE TO MATTEL'S success or failure in

9  allegedly "influencing Nickelodeon to reject MGA advertisements or to limit time

10  slots for advertisements."

11  RESPONSE TO REQUEST FOR PRODUCTION NO. 179:

12    MGA Mexico incorporates by reference its General Response and General

13  Objections above, as though fully set forth herein and specifically incorporates

14  General Objection No. 15 (regarding Definitions), including without limitation MGA

15  Mexico's objection to the definition of the term PERSON.  MGA Mexico further

16  objects to the request to the extent it seeks the production of documents that are

17  protected from disclosure under any applicable privilege, doctrine or immunity,

18  including without limitation the attorney-client privilege, the work product doctrine,

19  the right of privacy, and all other privileges recognized under the constitutional,

20  statutory or decisional law of the United States of America, the State of California or

21  any other applicable jurisdiction, including, but not limited to, such laws existing in

22  the United Mexican States.  MGA Mexico further objects to this request as being

23  overly broad and unduly burdensome on the grounds that it is not limited in time or

24  geographical scope.  MGA Mexico further objects to this request on the grounds that

25  the phrase "[a]ll DOCUMENTS, including but not limited to all

26  COMMUNICATIONS with any PERSON, that REFER OR RELATE TO" does not

27  comply with the "reasonable particularity" requirement of Federal Rule of Civil

28  Procedure 34 and renders the request overly broad and unduly burdensome in light of

EXHIBIT __4__
PAGE __667__

1   "the wealth of material already made available in this case." <u>Westhemeco Ltd. v.</u>
2   <u>New Hampshire Ins. Co.</u>, 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA Mexico
3   further objects that the phrases "success or failure" is compound and, as such,
4   renders the request vague, ambiguous, and unintelligible.  MGA Mexico further
5   objects to the request to the extent that it seeks documents that by reason of public
6   filing, public distribution or otherwise are already in Mattel's possession or are
7   readily accessible to Mattel.  MGA Mexico further objects to the request to the
8   extent that it seeks documents not in MGA Mexico's possession, custody or control.
9   MGA Mexico further objects to the request to the extent it seeks confidential,
10  proprietary or commercially sensitive information, the disclosure of which would be
11  inimical to the business interests of MGA Mexico or MGA.  MGA Mexico further
12  objects to the request to the extent it violates the privacy rights of third parties to
13  their private, confidential, proprietary or trade secret information.
14      MGA Mexico further objects to this request as cumulative, duplicative, and
15  unduly burdensome to the extent that it seeks documents previously requested by
16  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response
17  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100
18  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible
19  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First
20  Set of Requests for Production of Documents and Things to Isaac Larian and
21  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of
22  Documents and Things to MGAE de Mexico S.R.L. de C.V.
23      Without waiving any of the foregoing General or Specific Objections, but
24  rather expressly preserving each and every such objection, MGA Mexico responds as
25  follows:  MGA Mexico will produce all non-privileged, responsive documents in its
26  possession, custody or control, if any, that it is able to locate following a reasonably
27  diligent search.
28

EXHIBIT __4__
PAGE __668__

1  REQUEST FOR PRODUCTION NO. 180:

2       All DOCUMENTS, including but not limited to all COMMUNICATIONS

3  with any PERSON, RELATING to YOUR efforts to influence NICKELODEON, or

4  any other media company or outlet, to reject MATTEL advertisements or to limit

5  time slots for MATTEL advertisements.

6  RESPONSE TO REQUEST FOR PRODUCTION NO. 180:

7       MGA Mexico incorporates by reference its General Response and General

8  Objections above, as though fully set forth herein and specifically incorporates

9  General Objection No. 15 (regarding Definitions), including without limitation MGA

10 Mexico's objection to the definition of the term YOUR, and its incorporated term

11 PERSON. MGA Mexico further objects to the request to the extent it seeks the

12 production of documents that are protected from disclosure under any applicable

13 privilege, doctrine or immunity, including without limitation the attorney-client

14 privilege, the work product doctrine, the right of privacy, and all other privileges

15 recognized under the constitutional, statutory or decisional law of the United States

16 of America, the State of California or any other applicable jurisdiction, including, but

17 not limited to, such laws existing in the United Mexican States. MGA Mexico

18 further objects to this request as being overly broad and unduly burdensome on the

19 grounds that it is not limited in time or geographical scope. MGA Mexico further

20 objects to this request on the grounds that the phrase "[a]ll DOCUMENTS, including

21 but not limited to all COMMUNICATIONS with any PERSON, that REFER OR

22 RELATE TO" does not comply with the "reasonable particularity" requirement of

23 Federal Rule of Civil Procedure 34 and renders the request overly broad and unduly

24 burdensome in light of "the wealth of material already made available in this case."

25 Westhemeco Ltd. v. New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).

26 MGA Mexico further objects that the phrase "YOUR efforts to influence

27 NICKELODEON, or any other media company or outlet, to reject MATTEL

28 advertisements or to limit time slots for MATTEL advertisements" is (1) accusatory

EXHIBIT ___4___
PAGE ___669___

1   and argumentative such that MGA Mexico would have to respond to the allegations

2   of the request before providing any substantive response, see Zadrozny v. Board of

3   Trustees District No. 508, 1991 WL 66705, at *1 (N.D. Ill. April 24, 1991), and (2)

4   compound, rendering the request vague, ambiguous, and unintelligible.  MGA

5   Mexico further objects to the request to the extent that it seeks documents that by

6   reason of public filing, public distribution or otherwise are already in Mattel's

7   possession or are readily accessible to Mattel.  MGA Mexico further objects to the

8   request to the extent that it seeks documents not in MGA Mexico's possession,

9   custody or control.  MGA Mexico further objects to the request to the extent it seeks

10  confidential, proprietary or commercially sensitive information, the disclosure of

11  which would be inimical to the business interests of MGA Mexico or MGA.  MGA

12  Mexico further objects to the request to the extent it violates the privacy rights of

13  third parties to their private, confidential, proprietary or trade secret information.

14  REQUEST FOR PRODUCTION NO. 181:

15         All DOCUMENTS, including but not limited to all COMMUNICATIONS

16  with any PERSON, that REFER OR RELATE TO YOUR allegation that MATTEL

17  "assist[ed] parties in lawsuits against MGA."

18  RESPONSE TO REQUEST FOR PRODUCTION NO. 181:

19         MGA Mexico incorporates by reference its General Response and General

20  Objections above, as though fully set forth herein and specifically incorporates

21  General Objection No. 15 (regarding Definitions), including without limitation MGA

22  Mexico's objection to the definition of the term YOUR, and its incorporated term

23  PERSON.  MGA Mexico further objects to the request to the extent it seeks the

24  production of documents that are protected from disclosure under any applicable

25  privilege, doctrine or immunity, including without limitation the attorney-client

26  privilege, the work product doctrine, the right of privacy, and all other privileges

27  recognized under the constitutional, statutory or decisional law of the United States

28  of America, the State of California or any other applicable jurisdiction, including, but

299

EXHIBIT __4__
PAGE __616__

1  not limited to, such laws existing in the United Mexican States.  MGA Mexico
2  further objects to this request as being overly broad and unduly burdensome on the
3  grounds that it is not limited in time or geographical scope.  MGA Mexico further
4  objects to this request on the grounds that the phrase "[a]ll DOCUMENTS, including
5  but not limited to all COMMUNICATIONS with any PERSON, that REFER OR
6  RELATE TO" does not comply with the "reasonable particularity" requirement of
7  Federal Rule of Civil Procedure 34 and renders the request overly broad and unduly
8  burdensome in light of "the wealth of material already made available in this case."
9  Westhemeco Ltd. v. New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).
10  MGA Mexico further objects to the request to the extent that it seeks documents that
11  by reason of public filing, public distribution or otherwise are already in Mattel's
12  possession or are readily accessible to Mattel.  MGA Mexico further objects to the
13  request to the extent that it seeks documents not in MGA Mexico's possession,
14  custody or control.  MGA Mexico further objects to the request to the extent it seeks
15  confidential, proprietary or commercially sensitive information, the disclosure of
16  which would be inimical to the business interests of MGA Mexico or MGA.  MGA
17  Mexico further objects to the request to the extent it violates the privacy rights of
18  third parties to their private, confidential, proprietary or trade secret information.
19      MGA Mexico further objects to this request as cumulative, duplicative, and
20  unduly burdensome to the extent that it seeks documents previously requested by
21  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response
22  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100
23  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible
24  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First
25  Set of Requests for Production of Documents and Things to Isaac Larian and
26  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of
27  Documents and Things to MGAE de Mexico S.R.L. de C.V.
28

EXHIBIT ___4___
PAGE ___67/___

1   Without waiving any of the foregoing General or Specific Objections, but

2   rather expressly preserving each and every such objection, MGA Mexico responds as

3   follows:  MGA Mexico will produce all non-privileged, responsive documents in its

4   possession, custody or control, if any, that it is able to locate following a reasonably

5   diligent search.

6   REQUEST FOR PRODUCTION NO. 182:

7   All DOCUMENTS, including but not limited to all COMMUNICATIONS

8   with any PERSON, that YOU contend prove or that YOU will rely on at trial to

9   prove that MATTEL "assist[ed] parties in lawsuits against MGA."

10  RESPONSE TO REQUEST FOR PRODUCTION NO. 182:

11  MGA Mexico incorporates by reference its General Response and General

12  Objections above, as though fully set forth herein and specifically incorporates

13  General Objection No. 15 (regarding Definitions), including without limitation MGA

14  Mexico's objection to the definition of the term YOU, and its incorporated term

15  PERSON.  MGA Mexico further objects to the request to the extent it seeks the

16  production of documents that are protected from disclosure under any applicable

17  privilege, doctrine or immunity, including without limitation the attorney-client

18  privilege, the work product doctrine, the right of privacy, and all other privileges

19  recognized under the constitutional, statutory or decisional law of the United States

20  of America, the State of California or any other applicable jurisdiction, including, but

21  not limited to, such laws existing in the United Mexican States.  MGA Mexico

22  further objects to this request as being overly broad and unduly burdensome on the

23  grounds that it is not limited in time or geographical scope.  MGA Mexico further

24  objects to this request on the grounds that the phrase "[a]ll DOCUMENTS, including

25  but not limited to all COMMUNICATIONS with any PERSON, that REFER OR

26  RELATE TO" does not comply with the "reasonable particularity" requirement of

27  Federal Rule of Civil Procedure 34 and renders the request overly broad and unduly

28  burdensome in light of "the wealth of material already made available in this case."

EXHIBIT ___4___
PAGE ___672___

1  <u>Westhemeco Ltd. v. New Hampshire Ins. Co.</u>, 82 F.R.D. 702, 709 (S.D.N.Y. 1979).

2  MGA Mexico further objects that the phrase "that YOU contend prove or that YOU

3  will rely on at trial to prove" is compound and, as such, renders the request vague,

4  ambiguous, and unintelligible.  MGA Mexico further objects to the request to the

5  extent that it seeks documents that by reason of public filing, public distribution or

6  otherwise are already in Mattel's possession or are readily accessible to Mattel.

7  MGA Mexico further objects to the request to the extent that it seeks documents not

8  in MGA Mexico's possession, custody or control.  MGA Mexico further objects to

9  the request to the extent it seeks confidential, proprietary or commercially sensitive

10  information, the disclosure of which would be inimical to the business interests of

11  MGA Mexico or MGA.  MGA Mexico further objects to the request to the extent it

12  violates the privacy rights of third parties to their private, confidential, proprietary or

13  trade secret information.

14      MGA Mexico further objects to this request as cumulative, duplicative, and

15  unduly burdensome to the extent that it seeks documents previously requested by

16  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

17  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

18  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

19  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

20  Set of Requests for Production of Documents and Things to Isaac Larian and

21  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

22  Documents and Things to MGAE de Mexico S.R.L. de C.V.

23      Without waiving any of the foregoing General or Specific Objections, but

24  rather expressly preserving each and every such objection, MGA Mexico responds as

25  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

26  possession, custody or control, if any, that it is able to locate following a reasonably

27  diligent search.

28

MGA MEXICO'S RESPONSE TO MATTEL'S 2D SET OF REQUESTS FOR DOCS.   Case No. CV-04-9049 SGL

EXHIBIT ___4___
PAGE ___673___

1 REQUEST FOR PRODUCTION NO. 183:

2      DOCUMENTS sufficient to IDENTIFY all PERSONS with knowledge of

3 YOUR allegation that MATTEL "assist[ed] parties in lawsuits against MGA."

4 RESPONSE TO REQUEST FOR PRODUCTION NO. 183:

5      MGA Mexico incorporates by reference its General Response and General

6 Objections above, as though fully set forth herein and specifically incorporates

7 General Objection No. 15 (regarding Definitions), including without limitation MGA

8 Mexico's objection to the definition of the terms YOUR, and its incorporated term

9 PERSON.  MGA Mexico further objects to the request to the extent it seeks the

10 production of documents that are protected from disclosure under any applicable

11 privilege, doctrine or immunity, including without limitation the attorney-client

12 privilege, the work product doctrine, the right of privacy, and all other privileges

13 recognized under the constitutional, statutory or decisional law of the United States

14 of America, the State of California or any other applicable jurisdiction, including, but

15 not limited to, such laws existing in the United Mexican States.  MGA Mexico

16 further objects to this request as being overly broad and unduly burdensome on the

17 grounds that it is not limited in time or geographical scope.  MGA Mexico further

18 objects to this request on the grounds that the phrase "all PERSONS with knowledge

19 of YOUR allegation" renders the request vague, ambiguous, overly broad and unduly

20 burdensome in that anyone who has read MGA Mexico's Answer in this matter has

21 "knowledge of [MGA Mexico's] allegation," without regard to whether the factual

22 basis for the allegation is known to them.  MGA Mexico further objects to the

23 request to the extent that it seeks documents that by reason of public filing, public

24 distribution or otherwise are already in Mattel's possession or are readily accessible

25 to Mattel.  MGA Mexico further objects to the request to the extent that it seeks

26 documents not in MGA Mexico's possession, custody or control.  MGA Mexico

27 further objects to the request to the extent it seeks confidential, proprietary or

28 commercially sensitive information, the disclosure of which would be inimical to the

EXHIBIT ___4___
PAGE ___614___

1  business interests of MGA Mexico or MGA.  MGA Mexico further objects to the

2  request to the extent it violates the privacy rights of third parties to their private,

3  confidential, proprietary or trade secret information.

4      MGA Mexico further objects to this request as cumulative, duplicative, and

5  unduly burdensome to the extent that it seeks documents previously requested by

6  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

7  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

8  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

9  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

10  Set of Requests for Production of Documents and Things to Isaac Larian and

11  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

12  Documents and Things to MGAE de Mexico S.R.L. de C.V.

13      Without waiving any of the foregoing General or Specific Objections, but

14  rather expressly preserving each and every such objection, MGA Mexico responds as

15  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

16  possession, custody or control, if any, that it is able to locate following a reasonably

17  diligent search.

18  REQUEST FOR PRODUCTION NO. 184:

19      DOCUMENTS describing all time periods during which MATTEL allegedly

20  "assist[ed] parties in lawsuits against MGA."

21  RESPONSE TO REQUEST FOR PRODUCTION NO. 184:

22      MGA Mexico incorporates by reference its General Response and General

23  Objections above, as though fully set forth herein.  MGA Mexico further objects to

24  the request to the extent it seeks the production of documents that are protected from

25  disclosure under any applicable privilege, doctrine or immunity, including without

26  limitation the attorney-client privilege, the work product doctrine, the right of

27  privacy, and all other privileges recognized under the constitutional, statutory or

28  decisional law of the United States of America, the State of California or any other

304

EXHIBIT __4__
PAGE __675__

1 applicable jurisdiction, including, but not limited to, such laws existing in the United

2 Mexican States. MGA Mexico further objects to this request as being overly broad

3 and unduly burdensome on the grounds that it is not limited in time or geographical

4 scope. MGA Mexico further objects to this request on the grounds that the phrase

5 "DOCUMENTS describing all time periods during which" renders the request vague,

6 ambiguous, and unintelligible. MGA Mexico further objects to the request to the

7 extent that it seeks documents that by reason of public filing, public distribution or

8 otherwise are already in Mattel's possession or are readily accessible to Mattel.

9 MGA Mexico further objects to the request to the extent that it seeks documents not

10 in MGA Mexico's possession, custody or control. MGA Mexico further objects to

11 the request to the extent it seeks confidential, proprietary or commercially sensitive

12 information, the disclosure of which would be inimical to the business interests of

13 MGA Mexico or MGA. MGA Mexico further objects to the request to the extent it

14 violates the privacy rights of third parties to their private, confidential, proprietary or

15 trade secret information.

16     MGA Mexico further objects to this request as cumulative, duplicative, and

17 unduly burdensome to the extent that it seeks documents previously requested by

18 Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

19 to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

20 in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

21 Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

22 Set of Requests for Production of Documents and Things to Isaac Larian and

23 Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

24 Documents and Things to MGAE de Mexico S.R.L. de C.V.

25     Without waiving any of the foregoing General or Specific Objections, but

26 rather expressly preserving each and every such objection, MGA Mexico responds as

27 follows: MGA Mexico will produce all non-privileged, responsive documents in its

28

EXHIBIT __4__
PAGE __676__

1 | possession, custody or control, if any, that it is able to locate following a reasonably
2 | diligent search.
3 | REQUEST FOR PRODUCTION NO. 185:
4 |     DOCUMENTS sufficient to IDENTIFY each lawsuit in which MATTEL
5 | allegedly "assist[ed] parties ... against MGA."
6 | RESPONSE TO REQUEST FOR PRODUCTION NO. 185:
7 |     MGA Mexico incorporates by reference its General Response and General
8 | Objections above, as though fully set forth herein.  MGA Mexico further objects to
9 | the request to the extent it seeks the production of documents that are protected from
10 | disclosure under any applicable privilege, doctrine or immunity, including without
11 | limitation the attorney-client privilege, the work product doctrine, the right of
12 | privacy, and all other privileges recognized under the constitutional, statutory or
13 | decisional law of the United States of America, the State of California or any other
14 | applicable jurisdiction, including, but not limited to, such laws existing in the United
15 | Mexican States.  MGA Mexico further objects to this request as being overly broad
16 | and unduly burdensome on the grounds that it is not limited in time or geographical
17 | scope.  MGA Mexico further objects to the request to the extent that it seeks
18 | documents that by reason of public filing, public distribution or otherwise are already
19 | in Mattel's possession or are readily accessible to Mattel.  MGA Mexico further
20 | objects to the request to the extent that it seeks documents not in MGA Mexico's
21 | possession, custody or control.  MGA Mexico further objects to the request to the
22 | extent it seeks confidential, proprietary or commercially sensitive information, the
23 | disclosure of which would be inimical to the business interests of MGA Mexico or
24 | MGA.  MGA Mexico further objects to the request to the extent it violates the
25 | privacy rights of third parties to their private, confidential, proprietary or trade secret
26 | information.
27 |     MGA Mexico further objects to this request as cumulative, duplicative, and
28 | unduly burdensome to the extent that it seeks documents previously requested by

MGA MEXICO'S RESPONSE TO MATTEL'S 2D SET OF REQUESTS FOR DOCS.   Case No. CV-04-9049 SGL

EXHIBIT ___4___
PAGE ___677___

1  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

2  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

3  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

4  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

5  Set of Requests for Production of Documents and Things to Isaac Larian and

6  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

7  Documents and Things to MGAE de Mexico S.R.L. de C.V.

8      Without waiving any of the foregoing General or Specific Objections, but

9  rather expressly preserving each and every such objection, MGA Mexico responds as

10  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

11  possession, custody or control, if any, that it is able to locate following a reasonably

12  diligent search.

13  REQUEST FOR PRODUCTION NO. 186:

14      All DOCUMENTS to IDENTIFY, for each lawsuit, how and in what manner

15  MATTEL allegedly "assist[ed] parties ... against MGA."

16  RESPONSE TO REQUEST FOR PRODUCTION NO. 186:

17      MGA Mexico incorporates by reference its General Response and General

18  Objections above, as though fully set forth herein.  MGA Mexico further objects to

19  the request to the extent it seeks the production of documents that are protected from

20  disclosure under any applicable privilege, doctrine or immunity, including without

21  limitation the attorney-client privilege, the work product doctrine, the right of

22  privacy, and all other privileges recognized under the constitutional, statutory or

23  decisional law of the United States of America, the State of California or any other

24  applicable jurisdiction, including, but not limited to, such laws existing in the United

25  Mexican States.  MGA Mexico further objects to this request as being overly broad

26  and unduly burdensome on the grounds that it is not limited in time or geographical

27  scope.  MGA Mexico further objects to this request on the grounds that the phrase

28  "how and in what manner" renders the request vague, ambiguous, and unintelligible.

EXHIBIT ___4___
PAGE ___678___

1  MGA Mexico further objects to the request to the extent that it seeks documents that

2  by reason of public filing, public distribution or otherwise are already in Mattel's

3  possession or are readily accessible to Mattel.  MGA Mexico further objects to the

4  request to the extent that it seeks documents not in MGA Mexico's possession,

5  custody or control.  MGA Mexico further objects to the request to the extent it seeks

6  confidential, proprietary or commercially sensitive information, the disclosure of

7  which would be inimical to the business interests of MGA Mexico or MGA.  MGA

8  Mexico further objects to the request to the extent it violates the privacy rights of

9  third parties to their private, confidential, proprietary or trade secret information.

10       MGA Mexico further objects to this request as cumulative, duplicative, and

11  unduly burdensome to the extent that it seeks documents previously requested by

12  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

13  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

14  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

15  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

16  Set of Requests for Production of Documents and Things to Isaac Larian and

17  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

18  Documents and Things to MGAE de Mexico S.R.L. de C.V.

19       Without waiving any of the foregoing General or Specific Objections, but

20  rather expressly preserving each and every such objection, MGA Mexico responds as

21  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

22  possession, custody or control, if any, that it is able to locate following a reasonably

23  diligent search.

24  REQUEST FOR PRODUCTION NO. 187:

25       DOCUMENTS sufficient to show the claims and defenses asserted in each

26  lawsuit in which MATTEL allegedly "assist[ed] parties ... against MGA."

27

28

EXHIBIT __4__
PAGE __679__

1  RESPONSE TO REQUEST FOR PRODUCTION NO. 187:

2      MGA Mexico incorporates by reference its General Response and General

3  Objections above, as though fully set forth herein.  MGA Mexico further objects to

4  the request to the extent it seeks the production of documents that are protected from

5  disclosure under any applicable privilege, doctrine or immunity, including without

6  limitation the attorney-client privilege, the work product doctrine, the right of

7  privacy, and all other privileges recognized under the constitutional, statutory or

8  decisional law of the United States of America, the State of California or any other

9  applicable jurisdiction, including, but not limited to, such laws existing in the United

10  Mexican States.  MGA Mexico further objects to this request as being overly broad

11  and unduly burdensome on the grounds that it is not limited in time or geographical

12  scope.  MGA Mexico further objects to the request to the extent that it seeks

13  documents that by reason of public filing, public distribution or otherwise are already

14  in Mattel's possession or are readily accessible to Mattel.  MGA Mexico further

15  objects to the request to the extent that it seeks documents not in MGA Mexico's

16  possession, custody or control.  MGA Mexico further objects to the request to the

17  extent it seeks confidential, proprietary or commercially sensitive information, the

18  disclosure of which would be inimical to the business interests of MGA Mexico or

19  MGA.  MGA Mexico further objects to the request to the extent it violates the

20  privacy rights of third parties to their private, confidential, proprietary or trade secret

21  information.

22      MGA Mexico further objects to this request as cumulative, duplicative, and

23  unduly burdensome to the extent that it seeks documents previously requested by

24  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

25  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

26  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

27  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

28  Set of Requests for Production of Documents and Things to Isaac Larian and

EXHIBIT __4__
PAGE ___680___

1  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of
2  Documents and Things to MGAE de Mexico S.R.L. de C.V.
3       Without waiving any of the foregoing General or Specific Objections, but
4  rather expressly preserving each and every such objection, MGA Mexico responds as
5  follows: MGA Mexico will produce all non-privileged, responsive documents in its
6  possession, custody or control, if any, that it is able to locate following a reasonably
7  diligent search.
8  REQUEST FOR PRODUCTION NO. 188:
9       DOCUMENTS sufficient to show the outcome of each lawsuit in which
10  MATTEL allegedly "assist[ed] parties ... against MGA," including but not limited to,
11  settlement agreements, judgments, orders of dismissal, awards, decrees or opinions.
12  RESPONSE TO REQUEST FOR PRODUCTION NO. 188:
13       MGA Mexico incorporates by reference its General Response and General
14  Objections above, as though fully set forth herein. MGA Mexico further objects to
15  the request to the extent it seeks the production of documents that are protected from
16  disclosure under any applicable privilege, doctrine or immunity, including without
17  limitation the attorney-client privilege, the work product doctrine, the right of
18  privacy, and all other privileges recognized under the constitutional, statutory or
19  decisional law of the United States of America, the State of California or any other
20  applicable jurisdiction, including, but not limited to, such laws existing in the United
21  Mexican States. MGA Mexico further objects to this request as being overly broad
22  and unduly burdensome on the grounds that it is not limited in time or geographical
23  scope. MGA Mexico further objects to this request on the grounds that the phrase
24  "the outcome of each lawsuit" renders the request vague, ambiguous, and
25  unintelligible. MGA Mexico further objects to the request to the extent that it seeks
26  documents that by reason of public filing, public distribution or otherwise are already
27  in Mattel's possession or are readily accessible to Mattel. MGA Mexico further
28  objects to the request to the extent that it seeks documents not in MGA Mexico's

EXHIBIT ___4___
PAGE ___681___

1  possession, custody or control. MGA Mexico further objects to the request to the

2  extent it seeks confidential, proprietary or commercially sensitive information, the

3  disclosure of which would be inimical to the business interests of MGA Mexico or

4  MGA. MGA Mexico further objects to the request to the extent it violates the

5  privacy rights of third parties to their private, confidential, proprietary or trade secret

6  information.

7      MGA Mexico further objects to this request as cumulative, duplicative, and

8  unduly burdensome to the extent that it seeks documents previously requested by

9  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

10  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

11  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

12  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

13  Set of Requests for Production of Documents and Things to Isaac Larian and

14  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

15  Documents and Things to MGAE de Mexico S.R.L. de C.V.

16      Without waiving any of the foregoing General or Specific Objections, but

17  rather expressly preserving each and every such objection, MGA Mexico responds as

18  follows: MGA Mexico will produce all non-privileged, responsive documents in its

19  possession, custody or control, if any, that it is able to locate following a reasonably

20  diligent search.

21  REQUEST FOR PRODUCTION NO. 189:

22      All DOCUMENTS that YOU contend show or tend to show that MATTEL'S

23  alleged "assist[ance to] parties in lawsuits against MGA" was improper in any way.

24  RESPONSE TO REQUEST FOR PRODUCTION NO. 189:

25      MGA Mexico incorporates by reference its General Response and General

26  Objections above, as though fully set forth herein. MGA Mexico further objects to

27  the request to the extent it seeks the production of documents that are protected from

28  disclosure under any applicable privilege, doctrine or immunity, including without

EXHIBIT __4__
PAGE __682__

1  limitation the attorney-client privilege, the work product doctrine, the right of

2  privacy, and all other privileges recognized under the constitutional, statutory or

3  decisional law of the United States of America, the State of California or any other

4  applicable jurisdiction, including, but not limited to, such laws existing in the United

5  Mexican States.  MGA Mexico further objects to this request as being overly broad

6  and unduly burdensome on the grounds that it is not limited in time or geographical

7  scope.  MGA Mexico further objects to this request on the grounds that the phrases

8  "YOU contend show or tend to show" and "improper in any way" render the request

9  vague, ambiguous, and unintelligible.  MGA Mexico further objects to the request to

10  the extent that it seeks documents that by reason of public filing, public distribution

11  or otherwise are already in Mattel's possession or are readily accessible to Mattel.

12  MGA Mexico further objects to the request to the extent that it seeks documents not

13  in MGA Mexico's possession, custody or control.  MGA Mexico further objects to

14  the request to the extent it seeks confidential, proprietary or commercially sensitive

15  information, the disclosure of which would be inimical to the business interests of

16  MGA Mexico or MGA.  MGA Mexico further objects to the request to the extent it

17  violates the privacy rights of third parties to their private, confidential, proprietary or

18  trade secret information.

19       MGA Mexico further objects to this request as cumulative, duplicative, and

20  unduly burdensome to the extent that it seeks documents previously requested by

21  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

22  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

23  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

24  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

25  Set of Requests for Production of Documents and Things to Isaac Larian and

26  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

27  Documents and Things to MGAE de Mexico S.R.L. de C.V.

28

MGA MEXICO'S RESPONSE TO MATTEL'S 2D SET OF REQUESTS FOR DOCS.   Case No. CV-04-9049 SGL

EXHIBIT __4__
PAGE __683__

1       Without waiving any of the foregoing General or Specific Objections, but

2 rather expressly preserving each and every such objection, MGA Mexico responds as

3 follows:  MGA Mexico will produce all non-privileged, responsive documents in its

4 possession, custody or control, if any, that it is able to locate following a reasonably

5 diligent search.

6 REQUEST FOR PRODUCTION NO. 190:

7       All DOCUMENTS, including but not limited to all COMMUNICATIONS

8 with any PERSON, RELATING to YOUR actions in response to, or efforts to stop,

9 thwart, prevent, counter or mitigate, MATTEL from allegedly "assisting parties in

10 lawsuits against MGA."

11 RESPONSE TO REQUEST FOR PRODUCTION NO. 190:

12       MGA Mexico incorporates by reference its General Response and General

13 Objections above, as though fully set forth herein and specifically incorporates

14 General Objection No. 15 (regarding Definitions), including without limitation MGA

15 Mexico's objection to the definition of the term YOUR, and its incorporated term

16 PERSON.  MGA Mexico further objects to the request to the extent it seeks the

17 production of documents that are protected from disclosure under any applicable

18 privilege, doctrine or immunity, including without limitation the attorney-client

19 privilege, the work product doctrine, the right of privacy, and all other privileges

20 recognized under the constitutional, statutory or decisional law of the United States

21 of America, the State of California or any other applicable jurisdiction, including, but

22 not limited to, such laws existing in the United Mexican States.  MGA Mexico

23 further objects to this request as being overly broad and unduly burdensome on the

24 grounds that it is not limited in time or geographical scope.  MGA Mexico further

25 objects to this request on the grounds that the phrase "[a]ll DOCUMENTS, including

26 but not limited to all COMMUNICATIONS with any PERSON, RELATING TO"

27 does not comply with the "reasonable particularity" requirement of Federal Rule of

28 Civil Procedure 34 and renders the request overly broad and unduly burdensome in

313

EXHIBIT __4__
PAGE __684__

1  light of "the wealth of material already made available in this case." <u>Westhemeco</u>
2  <u>Ltd. v. New Hampshire Ins. Co.</u>, 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA
3  Mexico further objects that the phrase "RELATING to YOUR actions in response to,
4  or efforts to stop, thwart, prevent, counter or mitigate" is compound and, as such,
5  renders the request vague, ambiguous, and unintelligible.  MGA Mexico further
6  objects to the request to the extent that it seeks documents that by reason of public
7  filing, public distribution or otherwise are already in Mattel's possession or are
8  readily accessible to Mattel.  MGA Mexico further objects to the request to the
9  extent that it seeks documents not in MGA Mexico's possession, custody or control.
10 MGA Mexico further objects to the request to the extent it seeks confidential,
11 proprietary or commercially sensitive information, the disclosure of which would be
12 inimical to the business interests of MGA Mexico or MGA.  MGA Mexico further
13 objects to the request to the extent it violates the privacy rights of third parties to
14 their private, confidential, proprietary or trade secret information.

15        MGA Mexico further objects to this request as cumulative, duplicative, and
16 unduly burdensome to the extent that it seeks documents previously requested by
17 Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response
18 to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100
19 in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible
20 Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First
21 Set of Requests for Production of Documents and Things to Isaac Larian and
22 Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of
23 Documents and Things to MGAE de Mexico S.R.L. de C.V.

24        Without waiving any of the foregoing General or Specific Objections, but
25 rather expressly preserving each and every such objection, MGA Mexico responds as
26 follows:  MGA Mexico will produce all non-privileged, responsive documents in its
27 possession, custody or control, if any, that it is able to locate following a reasonably
28 diligent search.

EXHIBIT ___4___
PAGE ___685___

1  REQUEST FOR PRODUCTION NO. 191:

2       All DOCUMENTS, including but not limited to all COMMUNICATIONS

3  with any PERSON, RELATING to any loss, harm, injury, increased expense, lost

4  revenue or profits, or any other damage caused to YOU by MATTEL allegedly

5  "assisting parties in lawsuits against MGA."

6  RESPONSE TO REQUEST FOR PRODUCTION NO. 191:

7       MGA Mexico incorporates by reference its General Response and General

8  Objections above, as though fully set forth herein and specifically incorporates

9  General Objection No. 15 (regarding Definitions), including without limitation MGA

10  Mexico's objection to the definition of the term YOU, and its incorporated term

11  PERSON.  MGA Mexico further objects to the request to the extent it seeks the

12  production of documents that are protected from disclosure under any applicable

13  privilege, doctrine or immunity, including without limitation the attorney-client

14  privilege, the work product doctrine, the right of privacy, and all other privileges

15  recognized under the constitutional, statutory or decisional law of the United States

16  of America, the State of California or any other applicable jurisdiction, including, but

17  not limited to, such laws existing in the United Mexican States.  MGA Mexico

18  further objects to this request as being overly broad and unduly burdensome on the

19  grounds that it is not limited in time or geographical scope.  MGA Mexico further

20  objects to this request on the grounds that the phrase "[a]ll DOCUMENTS, including

21  but not limited to all COMMUNICATIONS with any PERSON, RELATING TO"

22  does not comply with the "reasonable particularity" requirement of Federal Rule of

23  Civil Procedure 34 and renders the request overly broad and unduly burdensome in

24  light of "the wealth of material already made available in this case."  Westhemeco

25  Ltd. v. New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA

26  Mexico further objects that the phrase "any loss, harm, injury, increased expense,

27  lost revenue or profits, or any other damage" is compound and, as such, renders the

28  request vague, ambiguous, and unintelligible.  MGA Mexico further objects to the

EXHIBIT __4__
PAGE __686__

1   request to the extent that it seeks documents that by reason of public filing, public

2   distribution or otherwise are already in Mattel's possession or are readily accessible

3   to Mattel.  MGA Mexico further objects to the request to the extent that it seeks

4   documents not in MGA Mexico's possession, custody or control.  MGA Mexico

5   further objects to the request to the extent it seeks confidential, proprietary or

6   commercially sensitive information, the disclosure of which would be inimical to the

7   business interests of MGA Mexico or MGA.  MGA Mexico further objects to the

8   request to the extent it violates the privacy rights of third parties to their private,

9   confidential, proprietary or trade secret information.

10          MGA Mexico further objects to this request as cumulative, duplicative, and

11  unduly burdensome to the extent that it seeks documents previously requested by

12  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

13  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

14  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

15  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

16  Set of Requests for Production of Documents and Things to Isaac Larian and

17  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

18  Documents and Things to MGAE de Mexico S.R.L. de C.V.

19          Without waiving any of the foregoing General or Specific Objections, but

20  rather expressly preserving each and every such objection, MGA Mexico responds as

21  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

22  possession, custody or control, if any, that it is able to locate following a reasonably

23  diligent search.

24  REQUEST FOR PRODUCTION NO. 192:

25          All DOCUMENTS that REFER OR RELATE TO when and under what

26  circumstances YOU first became aware that MATTEL allegedly assisted any party

27  in any lawsuit against MGA.

28

EXHIBIT __4__
PAGE ___687___

RESPONSE TO REQUEST FOR PRODUCTION NO. 192:

1   MGA Mexico incorporates by reference its General Response and General
2   Objections above, as though fully set forth herein and specifically incorporates
3   General Objection No. 15 (regarding Definitions), including without limitation MGA
4   Mexico's objection to the definition of the term YOU, and its incorporated term
5   PERSON. MGA Mexico further objects to the request to the extent it seeks the
6   production of documents that are protected from disclosure under any applicable
7   privilege, doctrine or immunity, including without limitation the attorney-client
8   privilege, the work product doctrine, the right of privacy, and all other privileges
9   recognized under the constitutional, statutory or decisional law of the United States
10  of America, the State of California or any other applicable jurisdiction, including, but
11  not limited to, such laws existing in the United Mexican States. MGA Mexico
12  further objects to this request as being overly broad and unduly burdensome on the
13  grounds that it is not limited in time or geographical scope. MGA Mexico further
14  objects to this request on the grounds that the phrase "[a]ll DOCUMENTS, including
15  but not limited to all COMMUNICATIONS with any PERSON, RELATING TO"
16  does not comply with the "reasonable particularity" requirement of Federal Rule of
17  Civil Procedure 34 and renders the request overly broad and unduly burdensome in
18  light of "the wealth of material already made available in this case." Westhemeco
19  Ltd. v. New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979). MGA
20  Mexico further objects that the phrase "when and under what circumstances YOU
21  first became aware" is compound and, as such, renders the request vague, ambiguous,
22  and unintelligible. MGA Mexico further objects to the request to the extent that it
23  seeks documents that by reason of public filing, public distribution or otherwise are
24  already in Mattel's possession or are readily accessible to Mattel. MGA Mexico
25  further objects to the request to the extent that it seeks documents not in MGA
26  Mexico's possession, custody or control. MGA Mexico further objects to the request
27  to the extent it seeks confidential, proprietary or commercially sensitive information,

317

EXHIBIT __4__
PAGE __688__

1 | the disclosure of which would be inimical to the business interests of MGA Mexico

2 | or MGA.  MGA Mexico further objects to the request to the extent it violates the

3 | privacy rights of third parties to their private, confidential, proprietary or trade secret

4 | information.

5 |      MGA Mexico further objects to this request as cumulative, duplicative, and

6 | unduly burdensome to the extent that it seeks documents previously requested by

7 | Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

8 | to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

9 | in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

10 | Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

11 | Set of Requests for Production of Documents and Things to Isaac Larian and

12 | Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

13 | Documents and Things to MGAE de Mexico S.R.L. de C.V.

14 |      Without waiving any of the foregoing General or Specific Objections, but

15 | rather expressly preserving each and every such objection, MGA Mexico responds as

16 | follows:  MGA Mexico will produce all non-privileged, responsive documents in its

17 | possession, custody or control, if any, that it is able to locate following a reasonably

18 | diligent search.

19 | REQUEST FOR PRODUCTION NO. 193:

20 |      All DOCUMENTS that REFER OR RELATE TO whether or not YOU were

21 | or should have been held liable in any lawsuit that MATTEL allegedly assisted any

22 | party in against MGA, including without limitation, any and all opinion letters

23 | RELATING thereto.

24 | RESPONSE TO REQUEST FOR PRODUCTION NO. 193:

25 |      MGA Mexico incorporates by reference its General Response and General

26 | Objections above, as though fully set forth herein and specifically incorporates

27 | General Objection No. 15 (regarding Definitions), including without limitation MGA

28 | Mexico's objection to the definition of the term YOU, and its incorporated term

EXHIBIT ___4___
PAGE ___689___

1  PERSON.  MGA Mexico further objects to the request to the extent it seeks the
2  production of documents that are protected from disclosure under any applicable
3  privilege, doctrine or immunity, including without limitation the attorney-client
4  privilege, the work product doctrine, the right of privacy, and all other privileges
5  recognized under the constitutional, statutory or decisional law of the United States
6  of America, the State of California or any other applicable jurisdiction, including, but
7  not limited to, such laws existing in the United Mexican States.  MGA Mexico
8  further objects to this request as being overly broad and unduly burdensome on the
9  grounds that it is not limited in time or geographical scope.  MGA Mexico further
10 objects to this request on the grounds that the phrase "[a]ll DOCUMENTS that
11 REFER OR RELATE TO" does not comply with the "reasonable particularity"
12 requirement of Federal Rule of Civil Procedure 34 and renders the request overly
13 broad and unduly burdensome in light of "the wealth of material already made
14 available in this case."  Westhemeco Ltd. v. New Hampshire Ins. Co., 82 F.R.D. 702,
15 709 (S.D.N.Y. 1979).  MGA Mexico further objects that the phrase "whether or not
16 YOU were or should have been held liable in any lawsuit that MATTEL allegedly
17 assisted any party in against MGA" is vague, ambiguous, and unintelligible.  MGA
18 Mexico further objects to the request to the extent that it seeks documents that by
19 reason of public filing, public distribution or otherwise are already in Mattel's
20 possession or are readily accessible to Mattel.  MGA Mexico further objects to the
21 request to the extent that it seeks documents not in MGA Mexico's possession,
22 custody or control.  MGA Mexico further objects to the request to the extent it seeks
23 confidential, proprietary or commercially sensitive information, the disclosure of
24 which would be inimical to the business interests of MGA Mexico or MGA.  MGA
25 Mexico further objects to the request to the extent it violates the privacy rights of
26 third parties to their private, confidential, proprietary or trade secret information.
27
28

EXHIBIT __4__
PAGE __690__

1  REQUEST FOR PRODUCTION NO. 194:

2          All pleadings served, transmitted, received or filed in each lawsuit that

3  MATTEL allegedly assisted any party in against MGA.

4  RESPONSE TO REQUEST FOR PRODUCTION NO. 194:

5          MGA Mexico incorporates by reference its General Response and General

6  Objections above, as though fully set forth herein.  MGA Mexico further objects to

7  the request to the extent it seeks the production of documents that are protected from

8  disclosure under any applicable privilege, doctrine or immunity, including without

9  limitation the attorney-client privilege, the work product doctrine, the right of

10 privacy, and all other privileges recognized under the constitutional, statutory or

11 decisional law of the United States of America, the State of California or any other

12 applicable jurisdiction, including, but not limited to, such laws existing in the United

13 Mexican States.  MGA Mexico further objects to this request as being overly broad

14 and unduly burdensome on the grounds that it is not limited in time or geographical

15 scope.  MGA Mexico further objects that the phrase "served, transmitted, received or

16 filed" is compound and, as such, renders the request vague, ambiguous, and

17 unintelligible.  MGA Mexico further objects to the request to the extent that it seeks

18 documents that by reason of public filing, public distribution or otherwise are already

19 in Mattel's possession or are readily accessible to Mattel.  MGA Mexico further

20 objects to the request to the extent that it seeks documents not in MGA Mexico's

21 possession, custody or control.  MGA Mexico further objects to the request to the

22 extent it seeks confidential, proprietary or commercially sensitive information, the

23 disclosure of which would be inimical to the business interests of MGA Mexico or

24 MGA.  MGA Mexico further objects to the request to the extent it violates the

25 privacy rights of third parties to their private, confidential, proprietary or trade secret

26 information.

27          MGA Mexico further objects to this request as cumulative, duplicative, and

28 unduly burdensome to the extent that it seeks documents previously requested by

EXHIBIT __4__
PAGE __69 /__

1 │ Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

2 │ to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

3 │ in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

4 │ Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

5 │ Set of Requests for Production of Documents and Things to Isaac Larian and

6 │ Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

7 │ Documents and Things to MGAE de Mexico S.R.L. de C.V.

8 │       Without waiving any of the foregoing General or Specific Objections, but

9 │ rather expressly preserving each and every such objection, MGA Mexico responds as

10 │ follows:  MGA Mexico will produce all non-privileged, responsive documents in its

11 │ possession, custody or control, if any, that it is able to locate following a reasonably

12 │ diligent search.

13 │ REQUEST FOR PRODUCTION NO. 195:

14 │       All deposition transcripts and sworn statements made by or on behalf of MGA

15 │ from each lawsuit that MATTEL allegedly assisted any party in against MGA.

16 │ RESPONSE TO REQUEST FOR PRODUCTION NO. 195:

17 │       MGA Mexico incorporates by reference its General Response and General

18 │ Objections above, as though fully set forth herein.  MGA Mexico further objects to

19 │ the request to the extent it seeks the production of documents that are protected from

20 │ disclosure under any applicable privilege, doctrine or immunity, including without

21 │ limitation the attorney-client privilege, the work product doctrine, the right of

22 │ privacy, and all other privileges recognized under the constitutional, statutory or

23 │ decisional law of the United States of America, the State of California or any other

24 │ applicable jurisdiction, including, but not limited to, such laws existing in the United

25 │ Mexican States.  MGA Mexico further objects to this request as being overly broad

26 │ and unduly burdensome on the grounds that it is not limited in time or geographical

27 │ scope.  MGA Mexico further objects that the phrase "[a]ll deposition transcripts and

28 │ sworn statements made by or on behalf of MGA" is vague, ambiguous, and

EXHIBIT ___4___
PAGE ___692___

1  unintelligible.  MGA Mexico further objects to the request to the extent that it seeks

2  documents that by reason of public filing, public distribution or otherwise are already

3  in Mattel's possession or are readily accessible to Mattel.  MGA Mexico further

4  objects to the request to the extent that it seeks documents not in MGA Mexico's

5  possession, custody or control.  MGA Mexico further objects to the request to the

6  extent it seeks confidential, proprietary or commercially sensitive information, the

7  disclosure of which would be inimical to the business interests of MGA Mexico or

8  MGA.  MGA Mexico further objects to the request to the extent it violates the

9  privacy rights of third parties to their private, confidential, proprietary or trade secret

10  information.

11          MGA Mexico further objects to this request as cumulative, duplicative, and

12  unduly burdensome to the extent that it seeks documents previously requested by

13  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

14  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

15  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

16  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

17  Set of Requests for Production of Documents and Things to Isaac Larian and

18  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

19  Documents and Things to MGAE de Mexico S.R.L. de C.V.

20          Without waiving any of the foregoing General or Specific Objections, but

21  rather expressly preserving each and every such objection, MGA Mexico responds as

22  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

23  possession, custody or control, if any, that it is able to locate following a reasonably

24  diligent search.

25  REQUEST FOR PRODUCTION NO. 196:

26          All trial or arbitration transcripts made by or on behalf of MGA from each

27  lawsuit that MATTEL allegedly assisted any party in against MGA.

28

EXHIBIT _4_
PAGE _693_

1  RESPONSE TO REQUEST FOR PRODUCTION NO. 196:

2       MGA Mexico incorporates by reference its General Response and General

3  Objections above, as though fully set forth herein.  MGA Mexico further objects to

4  the request to the extent it seeks the production of documents that are protected from

5  disclosure under any applicable privilege, doctrine or immunity, including without

6  limitation the attorney-client privilege, the work product doctrine, the right of

7  privacy, and all other privileges recognized under the constitutional, statutory or

8  decisional law of the United States of America, the State of California or any other

9  applicable jurisdiction, including, but not limited to, such laws existing in the United

10 Mexican States.  MGA Mexico further objects to this request as being overly broad

11 and unduly burdensome on the grounds that it is not limited in time or geographical

12 scope.  MGA Mexico further objects that the phrase "[a]ll trial or arbitration

13 transcripts made by or on behalf of MGA" is vague, ambiguous, and unintelligible.

14 MGA Mexico further objects to the request to the extent that it seeks documents that

15 by reason of public filing, public distribution or otherwise are already in Mattel's

16 possession or are readily accessible to Mattel.  MGA Mexico further objects to the

17 request to the extent that it seeks documents not in MGA Mexico's possession,

18 custody or control.  MGA Mexico further objects to the request to the extent it seeks

19 confidential, proprietary or commercially sensitive information, the disclosure of

20 which would be inimical to the business interests of MGA Mexico or MGA.  MGA

21 Mexico further objects to the request to the extent it violates the privacy rights of

22 third parties to their private, confidential, proprietary or trade secret information.

23      MGA Mexico further objects to this request as cumulative, duplicative, and

24 unduly burdensome to the extent that it seeks documents previously requested by

25 Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

26 to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

27 in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

28 Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

EXHIBIT __4__
PAGE __694__

1  Set of Requests for Production of Documents and Things to Isaac Larian and

2  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

3  Documents and Things to MGAE de Mexico S.R.L. de C.V.

4       Without waiving any of the foregoing General or Specific Objections, but

5  rather expressly preserving each and every such objection, MGA Mexico responds as

6  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

7  possession, custody or control, if any, that it is able to locate following a reasonably

8  diligent search.

9  REQUEST FOR PRODUCTION NO. 197:

10      All DOCUMENTS served, transmitted, received or filed in any lawsuit that

11  MATTEL allegedly assisted any party in against MGA that REFER OR RELATE

12  TO MATTEL.

13  RESPONSE TO REQUEST FOR PRODUCTION NO. 197:

14      MGA Mexico incorporates by reference its General Response and General

15  Objections above, as though fully set forth herein.  MGA Mexico further objects to

16  the request to the extent it seeks the production of documents that are protected from

17  disclosure under any applicable privilege, doctrine or immunity, including without

18  limitation the attorney-client privilege, the work product doctrine, the right of

19  privacy, and all other privileges recognized under the constitutional, statutory or

20  decisional law of the United States of America, the State of California or any other

21  applicable jurisdiction, including, but not limited to, such laws existing in the United

22  Mexican States.  MGA Mexico further objects to this request as being overly broad

23  and unduly burdensome on the grounds that it is not limited in time or geographical

24  scope.  MGA Mexico further objects to this request on the grounds that the phrase

25  "[a]ll DOCUMENTS served, transmitted, received or filed in any lawsuit" does not

26  comply with the "reasonable particularity" requirement of Federal Rule of Civil

27  Procedure 34 and renders the request overly broad and unduly burdensome in light of

28  "the wealth of material already made available in this case."  Westhemeco Ltd. v.

EXHIBIT ___4___
PAGE ___695___

1  New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA Mexico
2  further objects that the phrase "served, transmitted, received, or filed" and "REFER
3  OR RELATE to MATTEL" are vague, ambiguous, and unintelligible.  MGA Mexico
4  further objects to the request to the extent that it seeks documents that by reason of
5  public filing, public distribution or otherwise are already in Mattel's possession or
6  are readily accessible to Mattel.  MGA Mexico further objects to the request to the
7  extent that it seeks documents not in MGA Mexico's possession, custody or control.
8  MGA Mexico further objects to the request to the extent it seeks confidential,
9  proprietary or commercially sensitive information, the disclosure of which would be
10 inimical to the business interests of MGA Mexico or MGA.  MGA Mexico further
11 objects to the request to the extent it violates the privacy rights of third parties to
12 their private, confidential, proprietary or trade secret information.
13        MGA Mexico further objects to this request as cumulative, duplicative, and
14 unduly burdensome to the extent that it seeks documents previously requested by
15 Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response
16 to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100
17 in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible
18 Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First
19 Set of Requests for Production of Documents and Things to Isaac Larian and
20 Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of
21 Documents and Things to MGAE de Mexico S.R.L. de C.V.
22        Without waiving any of the foregoing General or Specific Objections, but
23 rather expressly preserving each and every such objection, MGA Mexico responds as
24 follows:  MGA Mexico will produce all non-privileged, responsive documents in its
25 possession, custody or control, if any, that it is able to locate following a reasonably
26 diligent search.
27
28

MGA MEXICO'S RESPONSE TO MATTEL'S 2D SET OF REQUESTS FOR DOCS.   Case No. CV-04-9049 SGL

EXHIBIT ___4___
PAGE ___696___

1 | REQUEST FOR PRODUCTION NO. 198:

2 |        All DOCUMENTS served, transmitted, received or filed in any lawsuit that

3 | MATTEL allegedly assisted any party in against MGA that REFER OR RELATE

4 | TO any MATTEL product.

5 | RESPONSE TO REQUEST FOR PRODUCTION NO. 198:

6 |        MGA Mexico incorporates by reference its General Response and General

7 | Objections above, as though fully set forth herein.  MGA Mexico further objects to

8 | the request to the extent it seeks the production of documents that are protected from

9 | disclosure under any applicable privilege, doctrine or immunity, including without

10 | limitation the attorney-client privilege, the work product doctrine, the right of

11 | privacy, and all other privileges recognized under the constitutional, statutory or

12 | decisional law of the United States of America, the State of California or any other

13 | applicable jurisdiction, including, but not limited to, such laws existing in the United

14 | Mexican States.  MGA Mexico further objects to this request as being overly broad

15 | and unduly burdensome on the grounds that it is not limited in time or geographical

16 | scope.  MGA Mexico further objects to this request on the grounds that the phrase

17 | "[a]ll DOCUMENTS served, transmitted, received or filed in any lawsuit" does not

18 | comply with the "reasonable particularity" requirement of Federal Rule of Civil

19 | Procedure 34 and renders the request overly broad and unduly burdensome in light of

20 | "the wealth of material already made available in this case."  Westhemeco Ltd. v.

21 | New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA Mexico

22 | further objects that the phrase "served, transmitted, received, or filed" and "REFER

23 | OR RELATE to any MATTEL product" are vague, ambiguous, and unintelligible.

24 | MGA Mexico further objects to the request to the extent that it seeks documents that

25 | by reason of public filing, public distribution or otherwise are already in Mattel's

26 | possession or are readily accessible to Mattel.  MGA Mexico further objects to the

27 | request to the extent that it seeks documents not in MGA Mexico's possession,

28 | custody or control.  MGA Mexico further objects to the request to the extent it seeks

EXHIBIT 4

PAGE 697

1 | confidential, proprietary or commercially sensitive information, the disclosure of
2 | which would be inimical to the business interests of MGA Mexico or MGA. MGA
3 | Mexico further objects to the request to the extent it violates the privacy rights of
4 | third parties to their private, confidential, proprietary or trade secret information.

5 | MGA Mexico further objects to this request as cumulative, duplicative, and
6 | unduly burdensome to the extent that it seeks documents previously requested by
7 | Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response
8 | to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100
9 | in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible
10 | Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First
11 | Set of Requests for Production of Documents and Things to Isaac Larian and
12 | Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of
13 | Documents and Things to MGAE de Mexico S.R.L. de C.V.

14 | Without waiving any of the foregoing General or Specific Objections, but
15 | rather expressly preserving each and every such objection, MGA Mexico responds as
16 | follows: MGA Mexico will produce all non-privileged, responsive documents in its
17 | possession, custody or control, if any, that it is able to locate following a reasonably
18 | diligent search.

19 | REQUEST FOR PRODUCTION NO. 199:

20 | All DOCUMENTS served, transmitted, received or filed in any lawsuit that
21 | MATTEL allegedly assisted any party in against MGA that REFER OR RELATE
22 | TO BRATZ or any MGA product referenced in any MGA Interrogatory Response in
23 | this action.

24 | RESPONSE TO REQUEST FOR PRODUCTION NO. 199:

25 | MGA Mexico incorporates by reference its General Response and General
26 | Objections above, as though fully set forth herein. MGA Mexico further objects to
27 | the request to the extent it seeks the production of documents that are protected from
28 | disclosure under any applicable privilege, doctrine or immunity, including without

EXHIBIT __4__
PAGE ___698__

1   limitation the attorney-client privilege, the work product doctrine, the right of

2   privacy, and all other privileges recognized under the constitutional, statutory or

3   decisional law of the United States of America, the State of California or any other

4   applicable jurisdiction, including, but not limited to, such laws existing in the United

5   Mexican States.  MGA Mexico further objects to this request as being overly broad

6   and unduly burdensome on the grounds that it is not limited in time or geographical

7   scope.  MGA Mexico further objects to this request on the grounds that the phrase

8   "[a]ll DOCUMENTS served, transmitted, received or filed in any lawsuit" does not

9   comply with the "reasonable particularity" requirement of Federal Rule of Civil

10  Procedure 34 and renders the request overly broad and unduly burdensome in light of

11  "the wealth of material already made available in this case."  Westhemeco Ltd. v.

12  New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA Mexico

13  further objects that the phrase "served, transmitted, received, or filed" and "REFER

14  OR RELATE TO BRATZ or any MGA product referenced in any MGA

15  Interrogatory Response in this action" are vague, ambiguous, and unintelligible.

16  MGA Mexico further objects to the request to the extent that it seeks documents that

17  by reason of public filing, public distribution or otherwise are already in Mattel's

18  possession or are readily accessible to Mattel.  MGA Mexico further objects to the

19  request to the extent that it seeks documents not in MGA Mexico's possession,

20  custody or control.  MGA Mexico further objects to the request to the extent it seeks

21  confidential, proprietary or commercially sensitive information, the disclosure of

22  which would be inimical to the business interests of MGA Mexico or MGA.  MGA

23  Mexico further objects to the request to the extent it violates the privacy rights of

24  third parties to their private, confidential, proprietary or trade secret information.

25      MGA Mexico further objects to this request as cumulative, duplicative, and

26  unduly burdensome to the extent that it seeks documents previously requested by

27  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

28  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

328

EXHIBIT __4__

PAGE ___699___

1  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

2  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

3  Set of Requests for Production of Documents and Things to Isaac Larian and

4  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

5  Documents and Things to MGAE de Mexico S.R.L. de C.V.

6        Without waiving any of the foregoing General or Specific Objections, but

7  rather expressly preserving each and every such objection, MGA Mexico responds as

8  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

9  possession, custody or control, if any, that it is able to locate following a reasonably

10 diligent search.

11 REQUEST FOR PRODUCTION NO. 200:

12       All DOCUMENTS, including but not limited to all COMMUNICATIONS

13 with any PERSON, RELATING to YOU assisting, supporting, or funding any

14 PERSON in connection with any lawsuit, arbitration or proceeding in which

15 MATTEL was or is a party.

16 RESPONSE TO REQUEST FOR PRODUCTION NO. 200:

17       MGA Mexico incorporates by reference its General Response and General

18 Objections above, as though fully set forth herein.  MGA Mexico further objects to

19 the request to the extent it seeks the production of documents that are protected from

20 disclosure under any applicable privilege, doctrine or immunity, including without

21 limitation the attorney-client privilege, the work product doctrine, the right of

22 privacy, and all other privileges recognized under the constitutional, statutory or

23 decisional law of the United States of America, the State of California or any other

24 applicable jurisdiction, including, but not limited to, such laws existing in the United

25 Mexican States.  MGA Mexico further objects to this request as being overly broad

26 and unduly burdensome on the grounds that it is not limited in time or geographical

27 scope.  MGA Mexico further objects to this request on the grounds that the phrase

28 "[a]ll DOCUMENTS served, transmitted, received or filed in any lawsuit" does not

EXHIBIT __4__
PAGE ___100___

1  comply with the "reasonable particularity" requirement of Federal Rule of Civil

2  Procedure 34 and renders the request overly broad and unduly burdensome in light of

3  "the wealth of material already made available in this case." Westhemeco Ltd. v.

4  New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979). MGA Mexico

5  further objects that the phrase "assisting, supporting, or funding any PERSON in

6  connection with any lawsuit, arbitration or proceeding in which MATTEL was or is

7  a party" is vague, ambiguous, and unintelligible. MGA Mexico further objects to the

8  request to the extent that it seeks documents that by reason of public filing, public

9  distribution or otherwise are already in Mattel's possession or are readily accessible

10 to Mattel. MGA Mexico further objects to the request to the extent that it seeks

11 documents not in MGA Mexico's possession, custody or control. MGA Mexico

12 further objects to the request to the extent it seeks confidential, proprietary or

13 commercially sensitive information, the disclosure of which would be inimical to the

14 business interests of MGA Mexico or MGA. MGA Mexico further objects to the

15 request to the extent it violates the privacy rights of third parties to their private,

16 confidential, proprietary or trade secret information.

17       MGA Mexico further objects to this request as cumulative, duplicative, and

18 unduly burdensome to the extent that it seeks documents previously requested by

19 Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

20 to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

21 in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

22 Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

23 Set of Requests for Production of Documents and Things to Isaac Larian and

24 Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

25 Documents and Things to MGAE de Mexico S.R.L. de C.V.

26 REQUEST FOR PRODUCTION NO. 201:

27       All DOCUMENTS, including but not limited to all COMMUNICATIONS

28 with any PERSON, that REFER OR RELATE TO YOUR allegation that MATTEL

MGA MEXICO'S RESPONSE TO MATTEL'S 2D SET OF REQUESTS FOR DOCS.   Case No. CV-04-9049 SGL

EXHIBIT _4_
PAGE _701_

1  "monitor[ed], 'sp[ied] on' or gain[ed] knowledge of MGA's trade secrets, non-public
2  information, non-public activities, unreleased products, and product development."
3  RESPONSE TO REQUEST FOR PRODUCTION NO. 201:

4          MGA Mexico incorporates by reference its General Response and General
5  Objections above, as though fully set forth herein and specifically incorporates
6  General Objection No. 15 (regarding Definitions), including without limitation MGA
7  Mexico's objection to the definition of the term YOUR, and its incorporated term
8  PERSON.  MGA Mexico further objects to the request to the extent it seeks the
9  production of documents that are protected from disclosure under any applicable
10  privilege, doctrine or immunity, including without limitation the attorney-client
11  privilege, the work product doctrine, the right of privacy, and all other privileges
12  recognized under the constitutional, statutory or decisional law of the United States
13  of America, the State of California or any other applicable jurisdiction, including, but
14  not limited to, such laws existing in the United Mexican States.  MGA Mexico
15  further objects to this request as being overly broad and unduly burdensome on the
16  grounds that it is not limited in time or geographical scope.  MGA Mexico further
17  objects to this request on the grounds that the phrase "[a]ll DOCUMENTS, including
18  but not limited to all COMMUNICATIONS with any PERSON, that REFER OR
19  RELATE TO" does not comply with the "reasonable particularity" requirement of
20  Federal Rule of Civil Procedure 34 and renders the request overly broad and unduly
21  burdensome in light of "the wealth of material already made available in this case."
22  Westhemeco Ltd. v. New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).
23  MGA Mexico further objects to the request to the extent that it seeks documents that
24  by reason of public filing, public distribution or otherwise are already in Mattel's
25  possession or are readily accessible to Mattel.  MGA Mexico further objects to the
26  request to the extent that it seeks documents not in MGA Mexico's possession,
27  custody or control.  MGA Mexico further objects to the request to the extent it seeks
28  confidential, proprietary or commercially sensitive information, the disclosure of

MGA MEXICO'S RESPONSE TO MATTEL'S 2D SET OF REQUESTS FOR DOCS.   Case No. CV-04-9049 SGL

EXHIBIT __4__
PAGE __702__

1 which would be inimical to the business interests of MGA Mexico or MGA. MGA
2 Mexico further objects to the request to the extent it violates the privacy rights of
3 third parties to their private, confidential, proprietary or trade secret information.
4      MGA Mexico further objects to this request as cumulative, duplicative, and
5 unduly burdensome to the extent that it seeks documents previously requested by
6 Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response
7 to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100
8 in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible
9 Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First
10 Set of Requests for Production of Documents and Things to Isaac Larian and
11 Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of
12 Documents and Things to MGAE de Mexico S.R.L. de C.V.
13      Without waiving any of the foregoing General or Specific Objections, but
14 rather expressly preserving each and every such objection, MGA Mexico responds as
15 follows:  MGA Mexico will produce all non-privileged, responsive documents in its
16 possession, custody or control, if any, that it is able to locate following a reasonably
17 diligent search.
18 REQUEST FOR PRODUCTION NO. 202:
19      All DOCUMENTS, including but not limited to all COMMUNICATIONS
20 with any PERSON, that YOU contend prove or that YOU will rely on at trial to
21 prove that MATTEL "monitor[ed], 'sp[ied] on' or gain[ed] knowledge of MGA's
22 trade secrets, non-public information, non-public activities, unreleased products, and
23 product development."
24 RESPONSE TO REQUEST FOR PRODUCTION NO. 202:
25      MGA Mexico incorporates by reference its General Response and General
26 Objections above, as though fully set forth herein and specifically incorporates
27 General Objection No. 15 (regarding Definitions), including without limitation MGA
28 Mexico's objection to the definition of the term YOU, and its incorporated term

332

MGA MEXICO'S RESPONSE TO MATTEL'S 2D SET OF REQUESTS FOR DOCS.   Case No. CV-04-9049 SGL

EXHIBIT __4__
PAGE __703__

1  PERSON.  MGA Mexico further objects to the request to the extent it seeks the

2  production of documents that are protected from disclosure under any applicable

3  privilege, doctrine or immunity, including without limitation the attorney-client

4  privilege, the work product doctrine, the right of privacy, and all other privileges

5  recognized under the constitutional, statutory or decisional law of the United States

6  of America, the State of California or any other applicable jurisdiction, including, but

7  not limited to, such laws existing in the United Mexican States.  MGA Mexico

8  further objects to this request as being overly broad and unduly burdensome on the

9  grounds that it is not limited in time or geographical scope.  MGA Mexico further

10 objects to this request on the grounds that the phrase "[a]ll DOCUMENTS, including

11 but not limited to all COMMUNICATIONS with any PERSON" does not comply

12 with the "reasonable particularity" requirement of Federal Rule of Civil Procedure 34

13 and renders the request overly broad and unduly burdensome in light of "the wealth

14 of material already made available in this case." Westhemeco Ltd. v. New

15 Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA Mexico further

16 objects that the phrase "that YOU contend prove or that YOU will rely on at trial to

17 prove" is compound and, as such, renders the request vague, ambiguous, and

18 unintelligible.  MGA Mexico further objects to the request to the extent that it seeks

19 documents that by reason of public filing, public distribution or otherwise are already

20 in Mattel's possession or are readily accessible to Mattel.  MGA Mexico further

21 objects to the request to the extent that it seeks documents not in MGA Mexico's

22 possession, custody or control.  MGA Mexico further objects to the request to the

23 extent it seeks confidential, proprietary or commercially sensitive information, the

24 disclosure of which would be inimical to the business interests of MGA Mexico or

25 MGA.  MGA Mexico further objects to the request to the extent it violates the

26 privacy rights of third parties to their private, confidential, proprietary or trade secret

27 information.

28

EXHIBIT ___4___
PAGE ___104___

1     MGA Mexico further objects to this request as cumulative, duplicative, and

2 unduly burdensome to the extent that it seeks documents previously requested by

3 Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

4 to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

5 in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

6 Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

7 Set of Requests for Production of Documents and Things to Isaac Larian and

8 Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

9 Documents and Things to MGAE de Mexico S.R.L. de C.V.

10     Without waiving any of the foregoing General or Specific Objections, but

11 rather expressly preserving each and every such objection, MGA Mexico responds as

12 follows: MGA Mexico will produce all non-privileged, responsive documents in its

13 possession, custody or control, if any, that it is able to locate following a reasonably

14 diligent search.

15 REQUEST FOR PRODUCTION NO. 203:

16     DOCUMENTS sufficient to IDENTIFY all PERSONS with knowledge of

17 YOUR allegation that MATTEL "monitor[ed] ... MGA's trade secrets, non-public

18 information, non-public activities, unreleased products, and product development."

19 RESPONSE TO REQUEST FOR PRODUCTION NO. 203:

20     MGA Mexico incorporates by reference its General Response and General

21 Objections above, as though fully set forth herein and specifically incorporates

22 General Objection No. 15 (regarding Definitions), including without limitation MGA

23 Mexico's objection to the definition of the terms YOUR, and its incorporated term

24 PERSON. MGA Mexico further objects to the request to the extent it seeks the

25 production of documents that are protected from disclosure under any applicable

26 privilege, doctrine or immunity, including without limitation the attorney-client

27 privilege, the work product doctrine, the right of privacy, and all other privileges

28 recognized under the constitutional, statutory or decisional law of the United States

334

EXHIBIT ___4___
PAGE ___705___

1   of America, the State of California or any other applicable jurisdiction, including, but

2   not limited to, such laws existing in the United Mexican States.  MGA Mexico

3   further objects to this request as being overly broad and unduly burdensome on the

4   grounds that it is not limited in time or geographical scope.  MGA Mexico further

5   objects to this request on the grounds that the phrase "all PERSONS with knowledge

6   of YOUR allegation" renders the request vague, ambiguous, overly broad and unduly

7   burdensome in that anyone who has read MGA Mexico's Answer in this matter has

8   "knowledge of [MGA Mexico's] allegation," without regard to whether the factual

9   basis for the allegation is known to them.  MGA Mexico further objects to the

10  request to the extent that it seeks documents that by reason of public filing, public

11  distribution or otherwise are already in Mattel's possession or are readily accessible

12  to Mattel.  MGA Mexico further objects to the request to the extent that it seeks

13  documents not in MGA Mexico's possession, custody or control.  MGA Mexico

14  further objects to the request to the extent it seeks confidential, proprietary or

15  commercially sensitive information, the disclosure of which would be inimical to the

16  business interests of MGA Mexico or MGA.  MGA Mexico further objects to the

17  request to the extent it violates the privacy rights of third parties to their private,

18  confidential, proprietary or trade secret information.

19      MGA Mexico further objects to this request as cumulative, duplicative, and

20  unduly burdensome to the extent that it seeks documents previously requested by

21  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

22  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

23  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

24  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

25  Set of Requests for Production of Documents and Things to Isaac Larian and

26  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

27  Documents and Things to MGAE de Mexico S.R.L. de C.V.

28

EXHIBIT __4__
PAGE __706__

1      Without waiving any of the foregoing General or Specific Objections, but

2  rather expressly preserving each and every such objection, MGA Mexico responds as

3  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

4  possession, custody or control, if any, that it is able to locate following a reasonably

5  diligent search.

6  REQUEST FOR PRODUCTION NO. 204:

7      DOCUMENTS sufficient to IDENTIFY all PERSONS with knowledge of

8  YOUR allegation that MATTEL "'sp[ied] on' ... MGA's trade secrets, non-public

9  information, non-public activities, unreleased products, and product development."

10  RESPONSE TO REQUEST FOR PRODUCTION NO. 204:

11      MGA Mexico incorporates by reference its General Response and General

12  Objections above, as though fully set forth herein and specifically incorporates

13  General Objection No. 15 (regarding Definitions), including without limitation MGA

14  Mexico's objection to the definition of the terms YOUR, and its incorporated term

15  PERSON.  MGA Mexico further objects to the request to the extent it seeks the

16  production of documents that are protected from disclosure under any applicable

17  privilege, doctrine or immunity, including without limitation the attorney-client

18  privilege, the work product doctrine, the right of privacy, and all other privileges

19  recognized under the constitutional, statutory or decisional law of the United States

20  of America, the State of California or any other applicable jurisdiction, including, but

21  not limited to, such laws existing in the United Mexican States.  MGA Mexico

22  further objects to this request as being overly broad and unduly burdensome on the

23  grounds that it is not limited in time or geographical scope.  MGA Mexico further

24  objects to this request on the grounds that the phrase "all PERSONS with knowledge

25  of YOUR allegation" renders the request vague, ambiguous, overly broad and unduly

26  burdensome in that anyone who has read MGA Mexico's Answer in this matter has

27  "knowledge of [MGA Mexico's] allegation," without regard to whether the factual

28  basis for the allegation is known to them.  MGA Mexico further objects to the

EXHIBIT ___4___
PAGE ___707___

1  request to the extent that it seeks documents that by reason of public filing, public
2  distribution or otherwise are already in Mattel's possession or are readily accessible
3  to Mattel. MGA Mexico further objects to the request to the extent that it seeks
4  documents not in MGA Mexico's possession, custody or control. MGA Mexico
5  further objects to the request to the extent it seeks confidential, proprietary or
6  commercially sensitive information, the disclosure of which would be inimical to the
7  business interests of MGA Mexico or MGA. MGA Mexico further objects to the
8  request to the extent it violates the privacy rights of third parties to their private,
9  confidential, proprietary or trade secret information.

10      MGA Mexico further objects to this request as cumulative, duplicative, and
11  unduly burdensome to the extent that it seeks documents previously requested by
12  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response
13  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100
14  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible
15  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First
16  Set of Requests for Production of Documents and Things to Isaac Larian and
17  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of
18  Documents and Things to MGAE de Mexico S.R.L. de C.V.

19      Without waiving any of the foregoing General or Specific Objections, but
20  rather expressly preserving each and every such objection, MGA Mexico responds as
21  follows: MGA Mexico will produce all non-privileged, responsive documents in its
22  possession, custody or control, if any, that it is able to locate following a reasonably
23  diligent search.

24  REQUEST FOR PRODUCTION NO. 205:

25      DOCUMENTS sufficient to IDENTIFY all PERSONS with knowledge of
26  YOUR allegation that MATTEL "gain[ed] knowledge of ... MGA's trade secrets,
27  non-public information, non-public activities, unreleased products, and product
28  development."

EXHIBIT __4__
PAGE ___708___

1 | RESPONSE TO REQUEST FOR PRODUCTION NO. 205:

2       MGA Mexico incorporates by reference its General Response and General
3 | Objections above, as though fully set forth herein and specifically incorporates
4 | General Objection No. 15 (regarding Definitions), including without limitation MGA
5 | Mexico's objection to the definition of the terms YOUR, and its incorporated term
6 | PERSON.  MGA Mexico further objects to the request to the extent it seeks the
7 | production of documents that are protected from disclosure under any applicable
8 | privilege, doctrine or immunity, including without limitation the attorney-client
9 | privilege, the work product doctrine, the right of privacy, and all other privileges
10 | recognized under the constitutional, statutory or decisional law of the United States
11 | of America, the State of California or any other applicable jurisdiction, including, but
12 | not limited to, such laws existing in the United Mexican States.  MGA Mexico
13 | further objects to this request as being overly broad and unduly burdensome on the
14 | grounds that it is not limited in time or geographical scope.  MGA Mexico further
15 | objects to this request on the grounds that the phrase "all PERSONS with knowledge
16 | of YOUR allegation" renders the request vague, ambiguous, overly broad and unduly
17 | burdensome in that anyone who has read MGA Mexico's Answer in this matter has
18 | "knowledge of [MGA Mexico's] allegation," without regard to whether the factual
19 | basis for the allegation is known to them.  MGA Mexico further objects to the
20 | request to the extent that it seeks documents that by reason of public filing, public
21 | distribution or otherwise are already in Mattel's possession or are readily accessible
22 | to Mattel.  MGA Mexico further objects to the request to the extent that it seeks
23 | documents not in MGA Mexico's possession, custody or control.  MGA Mexico
24 | further objects to the request to the extent it seeks confidential, proprietary or
25 | commercially sensitive information, the disclosure of which would be inimical to the
26 | business interests of MGA Mexico or MGA.  MGA Mexico further objects to the
27 | request to the extent it violates the privacy rights of third parties to their private,
28 | confidential, proprietary or trade secret information.

338

EXHIBIT ___4___
PAGE ___709___

1    ·MGA Mexico further objects to this request as cumulative, duplicative, and

2    unduly burdensome to the extent that it seeks documents previously requested by

3    Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

4    to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

5    in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

6    Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

7    Set of Requests for Production of Documents and Things to Isaac Larian and

8    Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

9    Documents and Things to MGAE de Mexico S.R.L. de C.V.

10   Without waiving any of the foregoing General or Specific Objections, but

11   rather expressly preserving each and every such objection, MGA Mexico responds as

12   follows: MGA Mexico will produce all non-privileged, responsive documents in its

13   possession, custody or control, if any, that it is able to locate following a reasonably

14   diligent search.

15   REQUEST FOR PRODUCTION NO. 206:

16   DOCUMENTS describing all time periods during which MATTEL allegedly

17   "monitor[ed], 'sp[ied] on' or gain[ed] knowledge of MGA's trade secrets, non-public

18   information, non-public activities, unreleased products, and product development."

19   RESPONSE TO REQUEST FOR PRODUCTION NO. 206:

20   MGA Mexico incorporates by reference its General Response and General

21   Objections above, as though fully set forth herein. MGA Mexico further objects to

22   the request to the extent it seeks the production of documents that are protected from

23   disclosure under any applicable privilege, doctrine or immunity, including without

24   limitation the attorney-client privilege, the work product doctrine, the right of

25   privacy, and all other privileges recognized under the constitutional, statutory or

26   decisional law of the United States of America, the State of California or any other

27   applicable jurisdiction, including, but not limited to, such laws existing in the United

28   Mexican States. MGA Mexico further objects to this request as being overly broad

339