EXHIBIT __9__
PAGE ___710___

1   and unduly burdensome on the grounds that it is not limited in time or geographical

2   scope.  MGA Mexico further objects to this request on the grounds that the phrase

3   "DOCUMENTS describing all time periods during which" renders the request vague,

4   ambiguous, and unintelligible.  MGA Mexico further objects to the request to the

5   extent that it seeks documents that by reason of public filing, public distribution or

6   otherwise are already in Mattel's possession or are readily accessible to Mattel.

7   MGA Mexico further objects to the request to the extent that it seeks documents not

8   in MGA Mexico's possession, custody or control.  MGA Mexico further objects to

9   the request to the extent it seeks confidential, proprietary or commercially sensitive

10  information, the disclosure of which would be inimical to the business interests of

11  MGA Mexico or MGA.  MGA Mexico further objects to the request to the extent it

12  violates the privacy rights of third parties to their private, confidential, proprietary or

13  trade secret information.

14      MGA Mexico further objects to this request as cumulative, duplicative, and

15  unduly burdensome to the extent that it seeks documents previously requested by

16  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

17  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

18  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

19  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

20  Set of Requests for Production of Documents and Things to Isaac Larian and

21  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

22  Documents and Things to MGAE de Mexico S.R.L. de C.V.

23      Without waiving any of the foregoing General or Specific Objections, but

24  rather expressly preserving each and every such objection, MGA Mexico responds as

25  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

26  possession, custody or control, if any, that it is able to locate following a reasonably

27  diligent search.

28

MGA MEXICO'S RESPONSE TO MATTEL'S 2D SET OF REQUESTS FOR DOCS.   Case No. CV-04-9049 SGL

EXHIBIT __4__
PAGE __711__

1  REQUEST FOR PRODUCTION NO. 207:

2      DOCUMENTS sufficient to IDENTIFY the "trade secrets, non-public

3  information, non-public activities, unreleased products and product development"

4  information that MATTEL allegedly "monitor[ed], 'sp[ied] on' or gain[ed]

5  knowledge of."

6  RESPONSE TO REQUEST FOR PRODUCTION NO. 207:

7      MGA Mexico incorporates by reference its General Response and General

8  Objections above, as though fully set forth herein.  MGA Mexico further objects to

9  the request to the extent it seeks the production of documents that are protected from

10  disclosure under any applicable privilege, doctrine or immunity, including without

11  limitation the attorney-client privilege, the work product doctrine, the right of

12  privacy, and all other privileges recognized under the constitutional, statutory or

13  decisional law of the United States of America, the State of California or any other

14  applicable jurisdiction, including, but not limited to, such laws existing in the United

15  Mexican States.  MGA Mexico further objects to this request as being overly broad

16  and unduly burdensome on the grounds that it is not limited in time or geographical

17  scope.  MGA Mexico further objects to the request to the extent that it seeks

18  documents that by reason of public filing, public distribution or otherwise are already

19  in Mattel's possession or are readily accessible to Mattel.  MGA Mexico further

20  objects to the request to the extent that it seeks documents not in MGA Mexico's

21  possession, custody or control.  MGA Mexico further objects to the request to the

22  extent it seeks confidential, proprietary or commercially sensitive information, the

23  disclosure of which would be inimical to the business interests of MGA Mexico or

24  MGA.  MGA Mexico further objects to the request to the extent it violates the

25  privacy rights of third parties to their private, confidential, proprietary or trade secret

26  information.

27      MGA Mexico further objects to this request as cumulative, duplicative, and

28  unduly burdensome to the extent that it seeks documents previously requested by

341

EXHIBIT ___4___
PAGE ___712___

1  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

2  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

3  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

4  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

5  Set of Requests for Production of Documents and Things to Isaac Larian and

6  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

7  Documents and Things to MGAE de Mexico S.R.L. de C.V.

8       Without waiving any of the foregoing General or Specific Objections, but

9  rather expressly preserving each and every such objection, MGA Mexico responds as

10  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

11  possession, custody or control, if any, that it is able to locate following a reasonably

12  diligent search.

13  REQUEST FOR PRODUCTION NO. 208:

14       All DOCUMENTS that REFER OR RELATE TO the "trade secrets, non-

15  public information, non-public activities, unreleased products and product

16  development" information that MATTEL allegedly "monitor[ed], 'sp[ied] on' or

17  gain[ed] knowledge of."

18  RESPONSE TO REQUEST FOR PRODUCTION NO. 208:

19       MGA Mexico incorporates by reference its General Response and General

20  Objections above, as though fully set forth herein.  MGA Mexico further objects to

21  the request to the extent it seeks the production of documents that are protected from

22  disclosure under any applicable privilege, doctrine or immunity, including without

23  limitation the attorney-client privilege, the work product doctrine, the right of

24  privacy, and all other privileges recognized under the constitutional, statutory or

25  decisional law of the United States of America, the State of California or any other

26  applicable jurisdiction, including, but not limited to, such laws existing in the United

27  Mexican States.  MGA Mexico further objects to this request as being overly broad

28  and unduly burdensome on the grounds that it is not limited in time or geographical

EXHIBIT __4__
PAGE __713__

1  scope.  MGA Mexico further objects to this request on the grounds that the phrase
2  "[a]ll DOCUMENTS that REFER OR RELATE TO" does not comply with the
3  "reasonable particularity" requirement of Federal Rule of Civil Procedure 34 and
4  renders the request overly broad and unduly burdensome in light of "the wealth of
5  material already made available in this case." Westhemeco Ltd. v. New Hampshire
6  Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA Mexico further objects to the
7  request to the extent that it seeks documents that by reason of public filing, public
8  distribution or otherwise are already in Mattel's possession or are readily accessible
9  to Mattel.  MGA Mexico further objects to the request to the extent that it seeks
10  documents not in MGA Mexico's possession, custody or control.  MGA Mexico
11  further objects to the request to the extent it seeks confidential, proprietary or
12  commercially sensitive information, the disclosure of which would be inimical to the
13  business interests of MGA Mexico or MGA.  MGA Mexico further objects to the
14  request to the extent it violates the privacy rights of third parties to their private,
15  confidential, proprietary or trade secret information.
16      MGA Mexico further objects to this request as cumulative, duplicative, and
17  unduly burdensome to the extent that it seeks documents previously requested by
18  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response
19  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100
20  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible
21  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First
22  Set of Requests for Production of Documents and Things to Isaac Larian and
23  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of
24  Documents and Things to MGAE de Mexico S.R.L. de C.V.
25      Without waiving any of the foregoing General or Specific Objections, but
26  rather expressly preserving each and every such objection, MGA Mexico responds as
27  follows:  MGA Mexico will produce all non-privileged, responsive documents in its
28

EXHIBIT __4__
PAGE ___714___

1  possession, custody or control, if any, that it is able to locate following a reasonably

2  diligent search.

3  REQUEST FOR PRODUCTION NO. 209:

4       All DOCUMENTS showing what steps, if any, YOU took to preserve, protect

5  and safeguard the confidentiality of the "trade secrets, non-public information, non-

6  public activities, unreleased products, and product development" information that

7  MATTEL allegedly "monitor[ed], 'sp[ied] on' or gain[ed] knowledge of."

8  RESPONSE TO REQUEST FOR PRODUCTION NO. 209:

9       MGA Mexico incorporates by reference its General Response and General

10  Objections above, as though fully set forth herein and specifically incorporates

11  General Objection No. 15 (regarding Definitions), including without limitation MGA

12  Mexico's objection to the definition of the term YOU, and its incorporated term

13  PERSON.  MGA Mexico further objects to the request to the extent it seeks the

14  production of documents that are protected from disclosure under any applicable

15  privilege, doctrine or immunity, including without limitation the attorney-client

16  privilege, the work product doctrine, the right of privacy, and all other privileges

17  recognized under the constitutional, statutory or decisional law of the United States

18  of America, the State of California or any other applicable jurisdiction, including, but

19  not limited to, such laws existing in the United Mexican States.  MGA Mexico

20  further objects to this request as being overly broad and unduly burdensome on the

21  grounds that it is not limited in time or geographical scope.  MGA Mexico further

22  objects to this request on the grounds that the phrase "[a]ll DOCUMENTS" does not

23  comply with the "reasonable particularity" requirement of Federal Rule of Civil

24  Procedure 34 and renders the request overly broad and unduly burdensome in light of

25  "the wealth of material already made available in this case."  Westhemeco Ltd. v.

26  New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA Mexico

27  further objects that the phrase "what step, if any, YOU took to preserve, protect and

28  safeguard" is compound and, as such, renders the request vague, ambiguous, and

344

EXHIBIT __4__
PAGE __715__

1  unintelligible.  MGA Mexico further objects to the request to the extent that it seeks

2  documents that by reason of public filing, public distribution or otherwise are already

3  in Mattel's possession or are readily accessible to Mattel.  MGA Mexico further

4  objects to the request to the extent that it seeks documents not in MGA Mexico's

5  possession, custody or control.  MGA Mexico further objects to the request to the

6  extent it seeks confidential, proprietary or commercially sensitive information, the

7  disclosure of which would be inimical to the business interests of MGA Mexico or

8  MGA.  MGA Mexico further objects to the request to the extent it violates the

9  privacy rights of third parties to their private, confidential, proprietary or trade secret

10  information.

11      MGA Mexico further objects to this request as cumulative, duplicative, and

12  unduly burdensome to the extent that it seeks documents previously requested by

13  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

14  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

15  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

16  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

17  Set of Requests for Production of Documents and Things to Isaac Larian and

18  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

19  Documents and Things to MGAE de Mexico S.R.L. de C.V.

20      Without waiving any of the foregoing General or Specific Objections, but

21  rather expressly preserving each and every such objection, MGA Mexico responds as

22  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

23  possession, custody or control, if any, that it is able to locate following a reasonably

24  diligent search.

25  REQUEST FOR PRODUCTION NO. 210:

26      All DOCUMENTS that show or tend to show that the "trade secrets, non-

27  public information, non-public activities, unreleased products, and product

28  development" information that MATTEL allegedly "monitor[ed], 'sp[ied] on' or

EXHIBIT __4__
PAGE ___7/6___

1  gain[ed] knowledge of" derive independent economic value from not being generally

2  known to the public or other PERSONS who can obtain economic value from its

3  disclosure or use.

4  RESPONSE TO REQUEST FOR PRODUCTION NO. 210:

5  ·MGA Mexico incorporates by reference its General Response and General

6  Objections above, as though fully set forth herein and specifically incorporates

7  General Objection No. 15 (regarding Definitions), including without limitation MGA

8  Mexico's objection to the definition of the term PERSON. MGA Mexico further

9  objects to the request to the extent it seeks the production of documents that are

10  protected from disclosure under any applicable privilege, doctrine or immunity,

11  including without limitation the attorney-client privilege, the work product doctrine,

12  the right of privacy, and all other privileges recognized under the constitutional,

13  statutory or decisional law of the United States of America, the State of California or

14  any other applicable jurisdiction, including, but not limited to, such laws existing in

15  the United Mexican States. MGA Mexico further objects to this request as being

16  overly broad and unduly burdensome on the grounds that it is not limited in time or

17  geographical scope. MGA Mexico further objects to this request on the grounds that

18  the phrase "[a]ll DOCUMENTS that show or tend to show" does not comply with

19  the "reasonable particularity" requirement of Federal Rule of Civil Procedure 34 and

20  renders the request overly broad and unduly burdensome in light of "the wealth of

21  material already made available in this case." Westhemeco Ltd. v. New Hampshire

22  Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979). MGA Mexico further objects that the

23  phrase "that show or tend to show" is compound and, as such, renders the request

24  vague, ambiguous, and unintelligible. MGA Mexico further objects to the request to

25  the extent that it seeks documents that by reason of public filing, public distribution

26  or otherwise are already in Mattel's possession or are readily accessible to Mattel.

27  MGA Mexico further objects to the request to the extent that it seeks documents not

28  in MGA Mexico's possession, custody or control. MGA Mexico further objects to

EXHIBIT __4__
PAGE __717__

1   the request to the extent it seeks confidential, proprietary or commercially sensitive

2   information, the disclosure of which would be inimical to the business interests of

3   MGA Mexico or MGA.  MGA Mexico further objects to the request to the extent it

4   violates the privacy rights of third parties to their private, confidential, proprietary or

5   trade secret information.

6          MGA Mexico further objects to this request as cumulative, duplicative, and

7   unduly burdensome to the extent that it seeks documents previously requested by

8   Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

9   to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

10  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

11  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

12  Set of Requests for Production of Documents and Things to Isaac Larian and

13  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

14  Documents and Things to MGAE de Mexico S.R.L. de C.V.

15         Without waiving any of the foregoing General or Specific Objections, but

16  rather expressly preserving each and every such objection, MGA Mexico responds as

17  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

18  possession, custody or control, if any, that it is able to locate following a reasonably

19  diligent search.

20  REQUEST FOR PRODUCTION NO. 211:

21         All DOCUMENTS that show or tend to show that the "trade secrets, non-

22  public information, non-public activities, unreleased products, and product

23  development" information that MATTEL allegedly "monitor[ed], 'sp[ied] on' or

24  gain[ed] knowledge of" contain information that is not known to the public or to

25  PERSONS who can obtain economic value from its disclosure or use.

26  RESPONSE TO REQUEST FOR PRODUCTION NO. 211:

27         MGA Mexico incorporates by reference its General Response and General

28  Objections above, as though fully set forth herein and specifically incorporates

347

EXHIBIT ___4___
PAGE ___718___

1  General Objection No. 15 (regarding Definitions), including without limitation MGA

2  Mexico's objection to the definition of the term PERSON.  MGA Mexico further

3  objects to the request to the extent it seeks the production of documents that are

4  protected from disclosure under any applicable privilege, doctrine or immunity,

5  including without limitation the attorney-client privilege, the work product doctrine,

6  the right of privacy, and all other privileges recognized under the constitutional,

7  statutory or decisional law of the United States of America, the State of California or

8  any other applicable jurisdiction, including, but not limited to, such laws existing in

9  the United Mexican States.  MGA Mexico further objects to this request as being

10 overly broad and unduly burdensome on the grounds that it is not limited in time or

11 geographical scope.  MGA Mexico further objects to this request on the grounds that

12 the phrase "[a]ll DOCUMENTS that show or tend to show" does not comply with

13 the "reasonable particularity" requirement of Federal Rule of Civil Procedure 34 and

14 renders the request overly broad and unduly burdensome in light of "the wealth of

15 material already made available in this case."  Westhemeco Ltd. v. New Hampshire

16 Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA Mexico further objects that the

17 phrase "that show or tend to show" is compound and, as such, renders the request

18 vague, ambiguous, and unintelligible.  MGA Mexico further objects to the request to

19 the extent that it seeks documents that by reason of public filing, public distribution

20 or otherwise are already in Mattel's possession or are readily accessible to Mattel.

21 MGA Mexico further objects to the request to the extent that it seeks documents not

22 in MGA Mexico's possession, custody or control.  MGA Mexico further objects to

23 the request to the extent it seeks confidential, proprietary or commercially sensitive

24 information, the disclosure of which would be inimical to the business interests of

25 MGA Mexico or MGA.  MGA Mexico further objects to the request to the extent it

26 violates the privacy rights of third parties to their private, confidential, proprietary or

27 trade secret information.

28

MGA MEXICO'S RESPONSE TO MATTEL'S 2D SET OF REQUESTS FOR DOCS.   Case No. CV-04-9049 SGL

EXHIBIT ___4___
PAGE ___7/9___

1    MGA Mexico further objects to this request as cumulative, duplicative, and

2   unduly burdensome to the extent that it seeks documents previously requested by

3   Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

4   to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

5   in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

6   Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

7   Set of Requests for Production of Documents and Things to Isaac Larian and

8   Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

9   Documents and Things to MGAE de Mexico S.R.L. de C.V.

10    Without waiving any of the foregoing General or Specific Objections, but

11   rather expressly preserving each and every such objection, MGA Mexico responds as

12   follows:  MGA Mexico will produce all non-privileged, responsive documents in its

13   possession, custody or control, if any, that it is able to locate following a reasonably

14   diligent search.

15   REQUEST FOR PRODUCTION NO. 212:

16    All DOCUMENTS that show or tend to show that the "trade secrets, non-

17   public information, non-public activities, unreleased products, and product

18   development" information that MATTEL allegedly "monitor[ed], 'sp[ied] on' or

19   gain[ed] knowledge of were either used by or disclosed by MATTEL.

20   RESPONSE TO REQUEST FOR PRODUCTION NO. 212:

21    MGA Mexico incorporates by reference its General Response and General

22   Objections above, as though fully set forth herein.  MGA Mexico further objects to

23   the request to the extent it seeks the production of documents that are protected from

24   disclosure under any applicable privilege, doctrine or immunity, including without

25   limitation the attorney-client privilege, the work product doctrine, the right of

26   privacy, and all other privileges recognized under the constitutional, statutory or

27   decisional law of the United States of America, the State of California or any other

28   applicable jurisdiction, including, but not limited to, such laws existing in the United

349

EXHIBIT ___4___
PAGE ___720___

1  Mexican States.  MGA Mexico further objects to this request as being overly broad

2  and unduly burdensome on the grounds that it is not limited in time or geographical

3  scope.  MGA Mexico further objects to this request on the grounds that the phrase

4  "[a]ll DOCUMENTS that show or tend to show" does not comply with the

5  "reasonable particularity" requirement of Federal Rule of Civil Procedure 34 and

6  renders the request overly broad and unduly burdensome in light of "the wealth of

7  material already made available in this case."  Westhemeco Ltd. v. New Hampshire

8  Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA Mexico further objects that the

9  phrase "that show or tend to show" and "either used or disclosed by" are, both

10  individually and taken together, compound and, as such, render the request vague,

11  ambiguous, and unintelligible.  MGA Mexico further objects to the request to the

12  extent that it seeks documents that by reason of public filing, public distribution or

13  otherwise are already in Mattel's possession or are readily accessible to Mattel.

14  MGA Mexico further objects to the request to the extent that it seeks documents not

15  in MGA Mexico's possession, custody or control.  MGA Mexico further objects to

16  the request to the extent it seeks confidential, proprietary or commercially sensitive

17  information, the disclosure of which would be inimical to the business interests of

18  MGA Mexico or MGA.  MGA Mexico further objects to the request to the extent it

19  violates the privacy rights of third parties to their private, confidential, proprietary or

20  trade secret information.

21      MGA Mexico further objects to this request as cumulative, duplicative, and

22  unduly burdensome to the extent that it seeks documents previously requested by

23  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

24  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

25  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

26  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

27  Set of Requests for Production of Documents and Things to Isaac Larian and

28

MGA MEXICO'S RESPONSE TO MATTEL'S 2D SET OF REQUESTS FOR DOCS.   Case No. CV-04-9049 SGL

EXHIBIT __4__
PAGE __791__

1  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

2  Documents and Things to MGAE de Mexico S.R.L. de C.V.

3      Without waiving any of the foregoing General or Specific Objections, but

4  rather expressly preserving each and every such objection, MGA Mexico responds as

5  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

6  possession, custody or control, if any, that it is able to locate following a reasonably

7  diligent search.

8  REQUEST FOR PRODUCTION NO. 213:

9      DOCUMENTS sufficient to IDENTIFY all PERSONS to whom MATTEL

10  showed, disclosed or revealed the "trade secrets, non-public information, non-public

11  activities, unreleased products, and product development" information that MATTEL

12  allegedly "monitor[ed], 'sp[ied] on' or gain[ed] knowledge of," and the dates on

13  which it allegedly made such disclosures.

14  RESPONSE TO REQUEST FOR PRODUCTION NO. 213:

15      MGA Mexico incorporates by reference its General Response and General

16  Objections above, as though fully set forth herein and specifically incorporates

17  General Objection No. 15 (regarding Definitions), including without limitation MGA

18  Mexico's objection to the definition of the term PERSON.  MGA Mexico further

19  objects to the request to the extent it seeks the production of documents that are

20  protected from disclosure under any applicable privilege, doctrine or immunity,

21  including without limitation the attorney-client privilege, the work product doctrine,

22  the right of privacy, and all other privileges recognized under the constitutional,

23  statutory or decisional law of the United States of America, the State of California or

24  any other applicable jurisdiction, including, but not limited to, such laws existing in

25  the United Mexican States.  MGA Mexico further objects to this request as being

26  overly broad and unduly burdensome on the grounds that it is not limited in time or

27  geographical scope.   MGA Mexico further objects that the phrase "showed,

28  disclosed or revealed" is compound and, as such, renders the request vague,

EXHIBIT ___4___
PAGE ___122___

1  ambiguous, and unintelligible.  MGA Mexico further objects to the request to the

2  extent that it seeks documents that by reason of public filing, public distribution or

3  otherwise are already in Mattel's possession or are readily accessible to Mattel.

4  MGA Mexico further objects to the request to the extent that it seeks documents not

5  in MGA Mexico's possession, custody or control.  MGA Mexico further objects to

6  the request to the extent it seeks confidential, proprietary or commercially sensitive

7  information, the disclosure of which would be inimical to the business interests of

8  MGA Mexico or MGA.  MGA Mexico further objects to the request to the extent it

9  violates the privacy rights of third parties to their private, confidential, proprietary or

10  trade secret information.

11      MGA Mexico further objects to this request as cumulative, duplicative, and

12  unduly burdensome to the extent that it seeks documents previously requested by

13  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

14  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

15  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

16  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

17  Set of Requests for Production of Documents and Things to Isaac Larian and

18  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

19  Documents and Things to MGAE de Mexico S.R.L. de C.V.

20      Without waiving any of the foregoing General or Specific Objections, but

21  rather expressly preserving each and every such objection, MGA Mexico responds as

22  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

23  possession, custody or control, if any, that it is able to locate following a reasonably

24  diligent search.

25  REQUEST FOR PRODUCTION NO. 214:

26      All DOCUMENTS that show or tend to show that MATTEL did not show,

27  disclose or reveal to any PERSON the "trade secrets, non-public information, non-

28  public activities, unreleased products, and product development" information that

EXHIBIT ___4___
PAGE ___723___

1  MATTEL allegedly "monitor[ed], 'sp[ied] on' or gain[ed] knowledge of," or that

2  MATTEL made such disclosures under a binding pre-existing confidentiality

3  agreement.

4  <u>RESPONSE TO REQUEST FOR PRODUCTION NO. 214:</u>

5       MGA Mexico incorporates by reference its General Response and General

6  Objections above, as though fully set forth herein and specifically incorporates

7  General Objection No. 15 (regarding Definitions), including without limitation MGA

8  Mexico's objection to the definition of the term PERSON.  MGA Mexico further

9  objects to the request to the extent it seeks the production of documents that are

10  protected from disclosure under any applicable privilege, doctrine or immunity,

11  including without limitation the attorney-client privilege, the work product doctrine,

12  the right of privacy, and all other privileges recognized under the constitutional,

13  statutory or decisional law of the United States of America, the State of California or

14  any other applicable jurisdiction, including, but not limited to, such laws existing in

15  the United Mexican States.  MGA Mexico further objects to this request as being

16  overly broad and unduly burdensome on the grounds that it is not limited in time or

17  geographical scope.   "[a]ll DOCUMENTS" does not comply with the "reasonable

18  particularity" requirement of Federal Rule of Civil Procedure 34 and renders the

19  request overly broad and unduly burdensome in light of "the wealth of material

20  already made available in this case."  <u>Westhemeco Ltd. v. New Hampshire Ins. Co.,</u>

21  82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA Mexico further objects that the phrases

22  "show or tend to show," "that MATTEL did not show, disclose or reveal to any

23  PERSON," "the 'trade secrets, non-public information, non-public activities,

24  unreleased products, and product development' information," "that MATTEL

25  allegedly 'monitor[ed], 'sp[ied] on' or gain[ed] knowledge of' or that MATTEL made

26  such disclosures under a binding pre-existing confidentiality agreement" are, both

27  individually and taken together, compound and, as such, render the request vague,

28  ambiguous, and unintelligible.  MGA Mexico further objects to the request to the

353

EXHIBIT ___4___
PAGE ___124___

1   extent that it seeks documents that by reason of public filing, public distribution or

2   otherwise are already in Mattel's possession or are readily accessible to Mattel.

3   MGA Mexico further objects to the request to the extent that it seeks documents not

4   in MGA Mexico's possession, custody or control.  MGA Mexico further objects to

5   the request to the extent it seeks confidential, proprietary or commercially sensitive

6   information, the disclosure of which would be inimical to the business interests of

7   MGA Mexico or MGA.  MGA Mexico further objects to the request to the extent it

8   violates the privacy rights of third parties to their private, confidential, proprietary or

9   trade secret information.

10       MGA Mexico further objects to this request as cumulative, duplicative, and

11   unduly burdensome to the extent that it seeks documents previously requested by

12   Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

13   to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

14   in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

15   Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

16   Set of Requests for Production of Documents and Things to Isaac Larian and

17   Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

18   Documents and Things to MGAE de Mexico S.R.L. de C.V.

19       Without waiving any of the foregoing General or Specific Objections, but

20   rather expressly preserving each and every such objection, MGA Mexico responds as

21   follows:  MGA Mexico will produce all non-privileged, responsive documents in its

22   possession, custody or control, if any, that it is able to locate following a reasonably

23   diligent search.

24   REQUEST FOR PRODUCTION NO. 215:

25       DOCUMENTS sufficient to IDENTIFY all PERSONS who YOU believe

26   "monitor[ed], 'sp[ied] on' or gain[ed] knowledge of MGA's "trade secrets, non-public

27   information, non-public activities, unreleased products, and product development."

28

EXHIBIT __4__
PAGE __725__

1  RESPONSE TO REQUEST FOR PRODUCTION NO. 215:

2       MGA Mexico incorporates by reference its General Response and General

3  Objections above, as though fully set forth herein and specifically incorporates

4  General Objection No. 15 (regarding Definitions), including without limitation MGA

5  Mexico's objection to the definition of the term YOU, and its incorporated term

6  PERSON. MGA Mexico further objects to the request to the extent it seeks the

7  production of documents that are protected from disclosure under any applicable

8  privilege, doctrine or immunity, including without limitation the attorney-client

9  privilege, the work product doctrine, the right of privacy, and all other privileges

10  recognized under the constitutional, statutory or decisional law of the United States

11  of America, the State of California or any other applicable jurisdiction, including, but

12  not limited to, such laws existing in the United Mexican States. MGA Mexico

13  further objects to this request as being overly broad and unduly burdensome on the

14  grounds that it is not limited in time or geographical scope. MGA Mexico further

15  objects that the phrase "all PERSONS who YOU believe 'monitor[ed], "sp[ied] on"

16  or gain[ed] knowledge of MGA's 'trade secrets, non-public information, non-public

17  activities, unreleased products, and product development'" is both punctuated

18  indecipherably and compound and, as such, renders the request vague, ambiguous,

19  and unintelligible. MGA Mexico further objects to the request to the extent that it

20  seeks documents that by reason of public filing, public distribution or otherwise are

21  already in Mattel's possession or are readily accessible to Mattel. MGA Mexico

22  further objects to the request to the extent that it seeks documents not in MGA

23  Mexico's possession, custody or control. MGA Mexico further objects to the request

24  to the extent it seeks confidential, proprietary or commercially sensitive information,

25  the disclosure of which would be inimical to the business interests of MGA Mexico

26  or MGA. MGA Mexico further objects to the request to the extent it violates the

27  privacy rights of third parties to their private, confidential, proprietary or trade secret

28  information.

EXHIBIT __4__
PAGE ___726___

1    MGA Mexico further objects to this request as cumulative, duplicative, and

2  unduly burdensome to the extent that it seeks documents previously requested by

3  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

4  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

5  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

6  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

7  Set of Requests for Production of Documents and Things to Isaac Larian and

8  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

9  Documents and Things to MGAE de Mexico S.R.L. de C.V.

10    Without waiving any of the foregoing General or Specific Objections, but

11  rather expressly preserving each and every such objection, MGA Mexico responds as

12  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

13  possession, custody or control, if any, that it is able to locate following a reasonably

14  diligent search.

15  REQUEST FOR PRODUCTION NO. 216:

16    DOCUMENTS sufficient to IDENTIFY all PERSONS who YOU believe

17  provided MATTEL with MGA's "trade secrets, non-public information, non-public

18  activities, unreleased products, and product development" information.

19  RESPONSE TO REQUEST FOR PRODUCTION NO. 216:

20    MGA Mexico incorporates by reference its General Response and General

21  Objections above, as though fully set forth herein and specifically incorporates

22  General Objection No. 15 (regarding Definitions), including without limitation MGA

23  Mexico's objection to the definition of the term YOU, and its incorporated term

24  PERSON.  MGA Mexico further objects to the request to the extent it seeks the

25  production of documents that are protected from disclosure under any applicable

26  privilege, doctrine or immunity, including without limitation the attorney-client

27  privilege, the work product doctrine, the right of privacy, and all other privileges

28  recognized under the constitutional, statutory or decisional law of the United States

MGA MEXICO'S RESPONSE TO MATTEL'S 2D SET OF REQUESTS FOR DOCS.   Case No. CV-04-9049 SGL

EXHIBIT ___4___
PAGE ___527___

1  of America, the State of California or any other applicable jurisdiction, including, but

2  not limited to, such laws existing in the United Mexican States.  MGA Mexico

3  further objects to this request as being overly broad and unduly burdensome on the

4  grounds that it is not limited in time or geographical scope.  MGA Mexico further

5  objects to the request to the extent that it seeks documents that by reason of public

6  filing, public distribution or otherwise are already in Mattel's possession or are

7  readily accessible to Mattel.  MGA Mexico further objects to the request to the

8  extent that it seeks documents not in MGA Mexico's possession, custody or control.

9  MGA Mexico further objects to the request to the extent it seeks confidential,

10  proprietary or commercially sensitive information, the disclosure of which would be

11  inimical to the business interests of MGA Mexico or MGA.  MGA Mexico further

12  objects to the request to the extent it violates the privacy rights of third parties to

13  their private, confidential, proprietary or trade secret information.

14      MGA Mexico further objects to this request as cumulative, duplicative, and

15  unduly burdensome to the extent that it seeks documents previously requested by

16  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

17  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

18  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

19  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

20  Set of Requests for Production of Documents and Things to Isaac Larian and

21  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

22  Documents and Things to MGAE de Mexico S.R.L. de C.V.

23      Without waiving any of the foregoing General or Specific Objections, but

24  rather expressly preserving each and every such objection, MGA Mexico responds as

25  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

26  possession, custody or control, if any, that it is able to locate following a reasonably

27  diligent search.

28

MGA MEXICO'S RESPONSE TO MATTEL'S 2D SET OF REQUESTS FOR DOCS.   Case No. CV-04-9049 SGL

EXHIBIT __4__
PAGE __728__

1  REQUEST FOR PRODUCTION NO. 217:

2      All DOCUMENTS, including but not limited to all COMMUNICATIONS

3  with any PERSON, RELATING to YOUR actions in response to or efforts to stop,

4  thwart or prevent MATTEL from allegedly "monitoring, 'spying on' or gaining

5  knowledge of MGA's trade secrets, non-public information, non-public activities,

6  unreleased products, and product development."

7  RESPONSE TO REQUEST FOR PRODUCTION NO. 217:

8      MGA Mexico incorporates by reference its General Response and General

9  Objections above, as though fully set forth herein and specifically incorporates

10 General Objection No. 15 (regarding Definitions), including without limitation MGA

11 Mexico's objection to the definition of the term YOUR, and its incorporated term

12 PERSON.  MGA Mexico further objects to the request to the extent it seeks the

13 production of documents that are protected from disclosure under any applicable

14 privilege, doctrine or immunity, including without limitation the attorney-client

15 privilege, the work product doctrine, the right of privacy, and all other privileges

16 recognized under the constitutional, statutory or decisional law of the United States

17 of America, the State of California or any other applicable jurisdiction, including, but

18 not limited to, such laws existing in the United Mexican States.  MGA Mexico

19 further objects to this request as being overly broad and unduly burdensome on the

20 grounds that it is not limited in time or geographical scope.  MGA Mexico further

21 objects to this request on the grounds that the phrase "[a]ll DOCUMENTS, including

22 but not limited to all COMMUNICATIONS with any PERSON, RELATING TO"

23 does not comply with the "reasonable particularity" requirement of Federal Rule of

24 Civil Procedure 34 and renders the request overly broad and unduly burdensome in

25 light of "the wealth of material already made available in this case."  Westhemeco

26 Ltd. v. New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA

27 Mexico further objects that the phrase "YOUR actions in response to or efforts to

28 stop, thwart or prevent" is compound and, as such, renders the request vague,

EXHIBIT __4__
PAGE __729__

1   ambiguous, and unintelligible. MGA Mexico further objects to the request to the

2   extent that it seeks documents that by reason of public filing, public distribution or

3   otherwise are already in Mattel's possession or are readily accessible to Mattel.

4   MGA Mexico further objects to the request to the extent that it seeks documents not

5   in MGA Mexico's possession, custody or control. MGA Mexico further objects to

6   the request to the extent it seeks confidential, proprietary or commercially sensitive

7   information, the disclosure of which would be inimical to the business interests of

8   MGA Mexico or MGA. MGA Mexico further objects to the request to the extent it

9   violates the privacy rights of third parties to their private, confidential, proprietary or

10   trade secret information.

11       MGA Mexico further objects to this request as cumulative, duplicative, and

12   unduly burdensome to the extent that it seeks documents previously requested by

13   Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

14   to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

15   in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

16   Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

17   Set of Requests for Production of Documents and Things to Isaac Larian and

18   Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

19   Documents and Things to MGAE de Mexico S.R.L. de C.V.

20       Without waiving any of the foregoing General or Specific Objections, but

21   rather expressly preserving each and every such objection, MGA Mexico responds as

22   follows: MGA Mexico will produce all non-privileged, responsive documents in its

23   possession, custody or control, if any, that it is able to locate following a reasonably

24   diligent search.

25   REQUEST FOR PRODUCTION NO. 218:

26       All DOCUMENTS that REFER OR RELATE TO the value of MGA's "trade

27   secrets, non-public information, non-public activities, unreleased products, and

28

EXHIBIT __4__
PAGE __730__

1  product development" information that MATTEL allegedly "monitor[ed], 'sp[ied] on'

2  or gain[ed] knowledge of"

3  RESPONSE TO REQUEST FOR PRODUCTION NO. 218:

4       MGA Mexico incorporates by reference its General Response and General

5  Objections above, as though fully set forth herein.  MGA Mexico further objects to

6  the request to the extent it seeks the production of documents that are protected from

7  disclosure under any applicable privilege, doctrine or immunity, including without

8  limitation the attorney-client privilege, the work product doctrine, the right of

9  privacy, and all other privileges recognized under the constitutional, statutory or

10  decisional law of the United States of America, the State of California or any other

11  applicable jurisdiction, including, but not limited to, such laws existing in the United

12  Mexican States.  MGA Mexico further objects to this request as being overly broad

13  and unduly burdensome on the grounds that it is not limited in time or geographical

14  scope.  MGA Mexico further objects to this request on the grounds that the phrase

15  "[a]ll DOCUMENTS that REFER OR RELATE TO" does not comply with the

16  "reasonable particularity" requirement of Federal Rule of Civil Procedure 34 and

17  renders the request overly broad and unduly burdensome in light of "the wealth of

18  material already made available in this case."  Westhemeco Ltd. v. New Hampshire

19  Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA Mexico further objects to the

20  request to the extent that it seeks documents that by reason of public filing, public

21  distribution or otherwise are already in Mattel's possession or are readily accessible

22  to Mattel.  MGA Mexico further objects to the request to the extent that it seeks

23  documents not in MGA Mexico's possession, custody or control.  MGA Mexico

24  further objects to the request to the extent it seeks confidential, proprietary or

25  commercially sensitive information, the disclosure of which would be inimical to the

26  business interests of MGA Mexico or MGA.  MGA Mexico further objects to the

27  request to the extent it violates the privacy rights of third parties to their private,

28  confidential, proprietary or trade secret information.

EXHIBIT __4__
PAGE __731__

1    MGA Mexico further objects to this request as cumulative, duplicative, and

2  unduly burdensome to the extent that it seeks documents previously requested by

3  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

4  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

5  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

6  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

7  Set of Requests for Production of Documents and Things to Isaac Larian and

8  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

9  Documents and Things to MGAE de Mexico S.R.L. de C.V.

10    Without waiving any of the foregoing General or Specific Objections, but

11  rather expressly preserving each and every such objection, MGA Mexico responds as

12  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

13  possession, custody or control, if any, that it is able to locate following a reasonably

14  diligent search.

15  REQUEST FOR PRODUCTION NO. 219:

16    All DOCUMENTS, including but not limited to all COMMUNICATIONS

17  with any PERSON, RELATING to any loss, harm, injury, increased expense, lost

18  revenue or profits, or any other damage caused to YOU by MATTEL allegedly

19  "monitoring, 'spying on' or gaining knowledge of MGA's trade secrets, non-public

20  information, non-public activities, unreleased products, and product development."

21  RESPONSE TO REQUEST FOR PRODUCTION NO. 219:

22    MGA Mexico incorporates by reference its General Response and General

23  Objections above, as though fully set forth herein and specifically incorporates

24  General Objection No. 15 (regarding Definitions), including without limitation MGA

25  Mexico's objection to the definition of the term YOU, and its incorporated term

26  PERSON.  MGA Mexico further objects to the request to the extent it seeks the

27  production of documents that are protected from disclosure under any applicable

28  privilege, doctrine or immunity, including without limitation the attorney-client

EXHIBIT __4__
PAGE __732__

1   privilege, the work product doctrine, the right of privacy, and all other privileges
2   recognized under the constitutional, statutory or decisional law of the United States
3   of America, the State of California or any other applicable jurisdiction, including, but
4   not limited to, such laws existing in the United Mexican States.  MGA Mexico
5   further objects to this request as being overly broad and unduly burdensome on the
6   grounds that it is not limited in time or geographical scope.  MGA Mexico further
7   objects to this request on the grounds that the phrase "[a]ll DOCUMENTS, including
8   but not limited to all COMMUNICATIONS with any PERSON, that REFER OR
9   RELATE TO" does not comply with the "reasonable particularity" requirement of
10  Federal Rule of Civil Procedure 34 and renders the request overly broad and unduly
11  burdensome in light of "the wealth of material already made available in this case."
12  Westhemeco Ltd. v. New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).
13  MGA Mexico further objects that the phrases "any loss, harm, injury, increased
14  expense, lost revenue or profits, or any other damage" and "by MATTEL allegedly
15  'monitoring, "spying on" or gaining knowledge of MGA's trade secrets, non-public
16  information, non-public activities, unreleased products, and product development"'
17  are, both individually and taken together, compound and, as such, render the request
18  vague, ambiguous, and unintelligible.  MGA Mexico further objects to the request to
19  the extent that it seeks documents that by reason of public filing, public distribution
20  or otherwise are already in Mattel's possession or are readily accessible to Mattel.
21  MGA Mexico further objects to the request to the extent that it seeks documents not
22  in MGA Mexico's possession, custody or control.  MGA Mexico further objects to
23  the request to the extent it seeks confidential, proprietary or commercially sensitive
24  information, the disclosure of which would be inimical to the business interests of
25  MGA Mexico or MGA.  MGA Mexico further objects to the request to the extent it
26  violates the privacy rights of third parties to their private, confidential, proprietary or
27  trade secret information.
28

MGA MEXICO'S RESPONSE TO MATTEL'S 2D SET OF REQUESTS FOR DOCS.   Case No. CV-04-9049 SGL

EXHIBIT __4__
PAGE __733__

1    MGA Mexico further objects to this request as cumulative, duplicative, and

2   unduly burdensome to the extent that it seeks documents previously requested by

3   Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

4   to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

5   in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

6   Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

7   Set of Requests for Production of Documents and Things to Isaac Larian and

8   Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

9   Documents and Things to MGAE de Mexico S.R.L. de C.V.

10    Without waiving any of the foregoing General or Specific Objections, but

11   rather expressly preserving each and every such objection, MGA Mexico responds as

12   follows:  MGA Mexico will produce all non-privileged, responsive documents in its

13   possession, custody or control, if any, that it is able to locate following a reasonably

14   diligent search.

15   REQUEST FOR PRODUCTION NO. 220:

16    All DOCUMENTS, including but not limited to all COMMUNICATIONS

17   with any PERSON, that REFER OR RELATE TO YOUR monitoring, spying on or

18   gaining knowledge of MATTEL'S trade secrets, non-public information, non-public

19   activities, unreleased products, and product development, including but not limited to,

20   how and when you monitored, spied on or gained knowledge of MATTEL'S trade

21   secrets, non-public information, non-public activities, unreleased products, and

22   product development.

23   RESPONSE TO REQUEST FOR PRODUCTION NO. 220:

24    MGA Mexico incorporates by reference its General Response and General

25   Objections above, as though fully set forth herein and specifically incorporates

26   General Objection No. 15 (regarding Definitions), including without limitation MGA

27   Mexico's objection to the definition of the term YOUR, and its incorporated term

28   PERSON.  MGA Mexico further objects to the request to the extent it seeks the

EXHIBIT __4__
PAGE ___734___

1  production of documents that are protected from disclosure under any applicable

2  privilege, doctrine or immunity, including without limitation the attorney-client

3  privilege, the work product doctrine, the right of privacy, and all other privileges

4  recognized under the constitutional, statutory or decisional law of the United States

5  of America, the State of California or any other applicable jurisdiction, including, but

6  not limited to, such laws existing in the United Mexican States.  MGA Mexico

7  further objects to this request as being overly broad and unduly burdensome on the

8  grounds that it is not limited in time or geographical scope.  MGA Mexico further

9  objects to this request on the grounds that the phrase "[a]ll DOCUMENTS, including

10  but not limited to all COMMUNICATIONS with any PERSON, that REFER OR

11  RELATE TO" does not comply with the "reasonable particularity" requirement of

12  Federal Rule of Civil Procedure 34 and renders the request overly broad and unduly

13  burdensome in light of "the wealth of material already made available in this case."

14  Westhemeco Ltd. v. New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).

15  MGA Mexico further objects that the phrases "YOUR monitoring, spying on or

16  gaining knowledge of," "MATTEL'S trade secrets, non-public information, non-

17  public activities, unreleased products, and product development," and "including but

18  not limited to, how and when you monitored, spied on or gained knowledge of

19  MATTEL'S trade secrets, non-public information, non-public activities, unreleased

20  products, and product development," are, both individually and taken together, (1)

21  accusatory and argumentative such that MGA Mexico would have to respond to the

22  allegations of the request before providing any substantive response, see Zadrozny v.

23  Board of Trustees District No. 508, 1991 WL 66705, at *1 (N.D. Ill. April 24, 1991),

24  and (2) compound, rendering the request vague, ambiguous, and unintelligible.

25  MGA Mexico further objects to the request to the extent that it seeks documents that

26  by reason of public filing, public distribution or otherwise are already in Mattel's

27  possession or are readily accessible to Mattel.  MGA Mexico further objects to the

28  request to the extent that it seeks documents not in MGA Mexico's possession,

1  custody or control.  MGA Mexico further objects to the request to the extent it seeks

2  confidential, proprietary or commercially sensitive information, the disclosure of

3  which would be inimical to the business interests of MGA Mexico or MGA.  MGA

4  Mexico further objects to the request to the extent it violates the privacy rights of

5  third parties to their private, confidential, proprietary or trade secret information.

6  REQUEST FOR PRODUCTION NO. 221:

7        All DOCUMENTS that REFER OR RELATE TO when and under what

8  circumstances MGA created, developed or conceived of the "trade secrets, non-

9  public information, non-public activities, unreleased products, and product

10  development" information that MATTEL allegedly "monitor[ed], 'sp[ied] on' or

11  gain[ed] knowledge of."

12  RESPONSE TO REQUEST FOR PRODUCTION NO. 221:

13        MGA Mexico incorporates by reference its General Response and General

14  Objections above, as though fully set forth herein.  MGA Mexico further objects to

15  the request to the extent it seeks the production of documents that are protected from

16  disclosure under any applicable privilege, doctrine or immunity, including without

17  limitation the attorney-client privilege, the work product doctrine, the right of

18  privacy, and all other privileges recognized under the constitutional, statutory or

19  decisional law of the United States of America, the State of California or any other

20  applicable jurisdiction, including, but not limited to, such laws existing in the United

21  Mexican States.  MGA Mexico further objects to this request as being overly broad

22  and unduly burdensome on the grounds that it is not limited in time or geographical

23  scope.  MGA Mexico further objects to this request on the grounds that the phrase

24  "[a]ll DOCUMENTS that REFER OR RELATE TO" does not comply with the

25  "reasonable particularity" requirement of Federal Rule of Civil Procedure 34 and

26  renders the request overly broad and unduly burdensome in light of "the wealth of

27  material already made available in this case."  Westhemeco Ltd. v. New Hampshire

28  Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA Mexico further objects that the

EXHIBIT ___4___

PAGE ___736___

1  phrases "when and under what circumstances," "MGA created, developed or

2  conceived," "the 'trade secrets, non-public information, non-public activities,

3  unreleased products, and product development' information," and "MATTEL

4  allegedly 'monitor[ed], "sp[ied] on" or gain[ed] knowledge of'" are, both individually

5  and taken together, compound, rendering the request vague, ambiguous, and

6  unintelligible.  MGA Mexico further objects to the request to the extent that it seeks

7  documents that by reason of public filing, public distribution or otherwise are already

8  in Mattel's possession or are readily accessible to Mattel.  MGA Mexico further

9  objects to the request to the extent that it seeks documents not in MGA Mexico's

10  possession, custody or control.  MGA Mexico further objects to the request to the

11  extent it seeks confidential, proprietary or commercially sensitive information, the

12  disclosure of which would be inimical to the business interests of MGA Mexico or

13  MGA.  MGA Mexico further objects to the request to the extent it violates the

14  privacy rights of third parties to their private, confidential, proprietary or trade secret

15  information.

16      MGA Mexico further objects to this request as cumulative, duplicative, and

17  unduly burdensome to the extent that it seeks documents previously requested by

18  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

19  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

20  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

21  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

22  Set of Requests for Production of Documents and Things to Isaac Larian and

23  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

24  Documents and Things to MGAE de Mexico S.R.L. de C.V.

25      Without waiving any of the foregoing General or Specific Objections, but

26  rather expressly preserving each and every such objection, MGA Mexico responds as

27  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

28

1 possession, custody or control, if any, that it is able to locate following a reasonably

2 diligent search.

3 REQUEST FOR PRODUCTION NO. 222:

4      All DOCUMENTS that REFER OR RELATE TO any contract or agreement

5 that REFERS OR RELATES TO any of the "trade secrets, non-public information,

6 non-public activities, unreleased products, and product development" information

7 that MATTEL allegedly "monitor[ed], 'sp[ied] on' or gain[ed] knowledge of,"

8 including without limitation, all amendments and modifications thereto.

9 RESPONSE TO REQUEST FOR PRODUCTION NO. 222:

10      MGA Mexico incorporates by reference its General Response and General

11 Objections above, as though fully set forth herein.  MGA Mexico further objects to

12 the request to the extent it seeks the production of documents that are protected from

13 disclosure under any applicable privilege, doctrine or immunity, including without

14 limitation the attorney-client privilege, the work product doctrine, the right of

15 privacy, and all other privileges recognized under the constitutional, statutory or

16 decisional law of the United States of America, the State of California or any other

17 applicable jurisdiction, including, but not limited to, such laws existing in the United

18 Mexican States.  MGA Mexico further objects to this request as being overly broad

19 and unduly burdensome on the grounds that it is not limited in time or geographical

20 scope.  MGA Mexico further objects to this request on the grounds that the phrase

21 "[a]ll DOCUMENTS that REFER OR RELATE TO" does not comply with the

22 "reasonable particularity" requirement of Federal Rule of Civil Procedure 34 and

23 renders the request overly broad and unduly burdensome in light of "the wealth of

24 material already made available in this case."  Westhemeco Ltd. v. New Hampshire

25 Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA Mexico further objects that the

26 phrases "All DOCUMENTS that REFER OR RELATE TO any contract or

27 agreement," "that REFERS OR RELATES TO any of the 'trade secrets, non-public

28 information, non-public activities, unreleased products, and product development'

EXHIBIT ___4___
PAGE ___738___

1  information," "MATTEL allegedly 'monitor[ed], 'sp[ied] on' or gain[ed] knowledge
2  of,'" and "including without limitation, all amendments and modifications thereto,"
3  are, both individually and taken together, compound, rendering the request vague,
4  ambiguous, and unintelligible.  MGA Mexico further objects to the request to the
5  extent that it seeks documents that by reason of public filing, public distribution or
6  otherwise are already in Mattel's possession or are readily accessible to Mattel.
7  MGA Mexico further objects to the request to the extent that it seeks documents not
8  in MGA Mexico's possession, custody or control.  MGA Mexico further objects to
9  the request to the extent it seeks confidential, proprietary or commercially sensitive
10 information, the disclosure of which would be inimical to the business interests of
11 MGA Mexico or MGA.  MGA Mexico further objects to the request to the extent it
12 violates the privacy rights of third parties to their private, confidential, proprietary or
13 trade secret information.

14     MGA Mexico further objects to this request as cumulative, duplicative, and
15 unduly burdensome to the extent that it seeks documents previously requested by
16 Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response
17 to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100
18 in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible
19 Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First
20 Set of Requests for Production of Documents and Things to Isaac Larian and
21 Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of
22 Documents and Things to MGAE de Mexico S.R.L. de C.V.

23     Without waiving any of the foregoing General or Specific Objections, but
24 rather expressly preserving each and every such objection, MGA Mexico responds as
25 follows:  MGA Mexico will produce all non-privileged, responsive documents in its
26 possession, custody or control, if any, that it is able to locate following a reasonably
27 diligent search.

28

MGA MEXICO'S RESPONSE TO MATTEL'S 2D SET OF REQUESTS FOR DOCS.   Case No. CV-04-9049 SGL

1 REQUEST FOR PRODUCTION NO. 223:

2          DOCUMENTS sufficient to IDENTIFY all PERSONS who acquired

3 knowledge of MATTEL'S trade secrets, non-public information, non-public

4 activities unreleased products and product development as a result of YOUR

5 monitoring, spying on or gaining knowledge of MATTEL'S trade secrets, non-public

6 information, non-public activities, unreleased products, and product development.

7 RESPONSE TO REQUEST FOR PRODUCTION NO. 223:

8          MGA Mexico incorporates by reference its General Response and General

9 Objections above, as though fully set forth herein and specifically incorporates

10 General Objection No. 15 (regarding Definitions), including without limitation MGA

11 Mexico's objection to the definition of the term YOUR, and its incorporated term

12 PERSON.  MGA Mexico further objects to the request to the extent it seeks the

13 production of documents that are protected from disclosure under any applicable

14 privilege, doctrine or immunity, including without limitation the attorney-client

15 privilege, the work product doctrine, the right of privacy, and all other privileges

16 recognized under the constitutional, statutory or decisional law of the United States

17 of America, the State of California or any other applicable jurisdiction, including, but

18 not limited to, such laws existing in the United Mexican States.  MGA Mexico

19 further objects to this request as being overly broad and unduly burdensome on the

20 grounds that it is not limited in time or geographical scope.  MGA Mexico further

21 objects that the phrases "all PERSONS who acquired knowledge of MATTEL'S

22 trade secrets, non-public information, non-public activities, unreleased products, and

23 product development," "as a result of YOUR monitoring, spying on or gaining

24 knowledge of," and "MATTEL'S trade secrets, non-public information, non-public

25 activities, unreleased products, and product development" are, both individually and

26 taken together, (1) accusatory and argumentative such that MGA Mexico would have

27 to respond to the allegations of the request before providing any substantive response,

28 see Zadrozny v. Board of Trustees District No. 508, 1991 WL 66705, at *1 (N.D. Ill.

EXHIBIT __4__
PAGE __740__

1 April 24, 1991), and (2) compound, rendering the request vague, ambiguous, and

2 unintelligible. MGA Mexico further objects to the request to the extent that it seeks

3 documents that by reason of public filing, public distribution or otherwise are already

4 in Mattel's possession or are readily accessible to Mattel. MGA Mexico further

5 objects to the request to the extent that it seeks documents not in MGA Mexico's

6 possession, custody or control. MGA Mexico further objects to the request to the

7 extent it seeks confidential, proprietary or commercially sensitive information, the

8 disclosure of which would be inimical to the business interests of MGA Mexico or

9 MGA. MGA Mexico further objects to the request to the extent it violates the

10 privacy rights of third parties to their private, confidential, proprietary or trade secret

11 information.

12 REQUEST FOR PRODUCTION NO. 224:

13     All DOCUMENTS, including but not limited to all COMMUNICATIONS

14 with any PERSON, that REFER OR RELATE TO YOUR use of, or disclosure to

15 third parties of, MATTEL'S trade secrets, non-public information, non-public

16 activities, unreleased products, and product development.

17 RESPONSE TO REQUEST FOR PRODUCTION NO. 224:

18     MGA Mexico incorporates by reference its General Response and General

19 Objections above, as though fully set forth herein and specifically incorporates

20 General Objection No. 15 (regarding Definitions), including without limitation MGA

21 Mexico's objection to the definition of the term YOUR, and its incorporated term

22 PERSON. MGA Mexico further objects to the request to the extent it seeks the

23 production of documents that are protected from disclosure under any applicable

24 privilege, doctrine or immunity, including without limitation the attorney-client

25 privilege, the work product doctrine, the right of privacy, and all other privileges

26 recognized under the constitutional, statutory or decisional law of the United States

27 of America, the State of California or any other applicable jurisdiction, including, but

28 not limited to, such laws existing in the United Mexican States. MGA Mexico

1 further objects to this request as being overly broad and unduly burdensome on the

2 grounds that it is not limited in time or geographical scope.  MGA Mexico further

3 objects to this request on the grounds that the phrase "[a]ll DOCUMENTS, including

4 all COMMUNICATIONS with any PERSON, that REFER OR RELATE TO" does

5 not comply with the "reasonable particularity" requirement of Federal Rule of Civil

6 Procedure 34 and renders the request overly broad and unduly burdensome in light of

7 "the wealth of material already made available in this case."  Westhemeco Ltd. v.

8 New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA Mexico

9 further objects that the phrases "YOUR use of, or disclosure to third parties of," and

10 "MATTEL'S trade secrets, non-public information, non-public activities, unreleased

11 products, and product development" are, both individually and taken together, (1)

12 accusatory and argumentative such that MGA Mexico would have to respond to the

13 allegations of the request before providing any substantive response, see Zadrozny v.

14 Board of Trustees District No. 508, 1991 WL 66705, at *1 (N.D. Ill. April 24, 1991),

15 and (2) compound, rendering the request vague, ambiguous, and unintelligible.

16 MGA Mexico further objects to the request to the extent that it seeks documents that

17 by reason of public filing, public distribution or otherwise are already in Mattel's

18 possession or are readily accessible to Mattel.  MGA Mexico further objects to the

19 request to the extent that it seeks documents not in MGA Mexico's possession,

20 custody or control.  MGA Mexico further objects to the request to the extent it seeks

21 confidential, proprietary or commercially sensitive information, the disclosure of

22 which would be inimical to the business interests of MGA Mexico or MGA.  MGA

23 Mexico further objects to the request to the extent it violates the privacy rights of

24 third parties to their private, confidential, proprietary or trade secret information.

25 REQUEST FOR PRODUCTION NO. 225:

26      All DOCUMENTS that REFER OR RELATE TO the access or use by, or

27 knowledge of, any PERSON, other than MGA, of the "trade secrets, non-public

28 information, non-public activities, unreleased products, and product development"

EXHIBIT __9__
PAGE __742__

1    information that MATTEL allegedly "monitor[ed], 'sp[ied] on' or gain[ed]

2    knowledge of."

3    <u>RESPONSE TO REQUEST FOR PRODUCTION NO. 225:</u>

4        MGA Mexico incorporates by reference its General Response and General

5    Objections above, as though fully set forth herein and specifically incorporates

6    General Objection No. 15 (regarding Definitions), including without limitation MGA

7    Mexico's objection to the definition of the term PERSON. MGA Mexico further

8    objects to the request to the extent it seeks the production of documents that are

9    protected from disclosure under any applicable privilege, doctrine or immunity,

10    including without limitation the attorney-client privilege, the work product doctrine,

11    the right of privacy, and all other privileges recognized under the constitutional,

12    statutory or decisional law of the United States of America, the State of California or

13    any other applicable jurisdiction, including, but not limited to, such laws existing in

14    the United Mexican States. MGA Mexico further objects to this request as being

15    overly broad and unduly burdensome on the grounds that it is not limited in time or

16    geographical scope.   MGA Mexico further objects to this request on the grounds

17    that the phrase "[a]ll DOCUMENTS that REFER OR RELATE TO" does not

18    comply with the "reasonable particularity" requirement of Federal Rule of Civil

19    Procedure 34 and renders the request overly broad and unduly burdensome in light of

20    "the wealth of material already made available in this case." <u>Westhemeco Ltd. v.</u>

21    <u>New Hampshire Ins. Co.</u>, 82 F.R.D. 702, 709 (S.D.N.Y. 1979). MGA Mexico

22    further objects that the phrases "the access or use by, or knowledge of, any PERSON,

23    other than MGA," "the 'trade secrets, non-public information, non-public activities,

24    unreleased products, and product development' information," "'monitor[ed], "sp[ied]

25    on" or gain[ed] knowledge of'" are, both individually and taken together, (1)

26    accusatory and argumentative such that MGA Mexico would have to respond to the

27    allegations of the request before providing any substantive response, <u>see</u> <u>Zadrozny v.</u>

28    <u>Board of Trustees District No. 508</u>, 1991 WL 66705, at *1 (N.D. Ill. April 24, 1991),

EXHIBIT ___4___
PAGE ___743___

1   and (2) compound, rendering the request vague, ambiguous, and unintelligible.

2   MGA Mexico further objects to the request to the extent that it seeks documents that

3   by reason of public filing, public distribution or otherwise are already in Mattel's

4   possession or are readily accessible to Mattel.  MGA Mexico further objects to the

5   request to the extent that it seeks documents not in MGA Mexico's possession,

6   custody or control.  MGA Mexico further objects to the request to the extent it seeks

7   confidential, proprietary or commercially sensitive information, the disclosure of

8   which would be inimical to the business interests of MGA Mexico or MGA.  MGA

9   Mexico further objects to the request to the extent it violates the privacy rights of

10  third parties to their private, confidential, proprietary or trade secret information.

11  REQUEST FOR PRODUCTION NO. 226:

12       All DOCUMENTS that REFER OR RELATE TO YOUR access, use or

13  knowledge of the trade secrets, non-public information, non-public activities,

14  unreleased products, and product development information belonging to or owned by

15  any PERSON other than MATTEL.

16  RESPONSE TO REQUEST FOR PRODUCTION NO. 226:

17       MGA Mexico incorporates by reference its General Response and General

18  Objections above, as though fully set forth herein and specifically incorporates

19  General Objection No. 15 (regarding Definitions), including without limitation MGA

20  Mexico's objection to the definition of the term PERSON.  MGA Mexico further

21  objects to the request to the extent it seeks the production of documents that are

22  protected from disclosure under any applicable privilege, doctrine or immunity,

23  including without limitation the attorney-client privilege, the work product doctrine,

24  the right of privacy, and all other privileges recognized under the constitutional,

25  statutory or decisional law of the United States of America, the State of California or

26  any other applicable jurisdiction, including, but not limited to, such laws existing in

27  the United Mexican States.  MGA Mexico further objects to this request as being

28  overly broad and unduly burdensome on the grounds that it is not limited in time or

1   geographical scope.  MGA Mexico further objects to this request on the grounds that

2   the phrase "[a]ll DOCUMENTS that REFER OR RELATE TO" does not comply

3   with the "reasonable particularity" requirement of Federal Rule of Civil Procedure 34

4   and renders the request overly broad and unduly burdensome in light of "the wealth

5   of material already made available in this case."  <u>Westhemeco Ltd. v. New</u>

6   <u>Hampshire Ins. Co.</u>, 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA Mexico further

7   objects that the phrases "YOUR access, use or knowledge," "the trade secrets, non-

8   public information, non-public activities, unreleased products, and product

9   development information," and "belonging to or owned by any PERSON other than

10  MATTEL" are, both individually and taken together, (1) accusatory and

11  argumentative such that MGA Mexico would have to respond to the allegations of

12  the request before providing any substantive response, <u>see</u> <u>Zadrozny v. Board of</u>

13  <u>Trustees District No. 508</u>, 1991 WL 66705, at *1 (N.D. Ill. April 24, 1991), and (2)

14  compound, rendering the request vague, ambiguous, and unintelligible.  MGA

15  Mexico further objects to the request to the extent that it seeks documents that by

16  reason of public filing, public distribution or otherwise are already in Mattel's

17  possession or are readily accessible to Mattel.  MGA Mexico further objects to the

18  request to the extent that it seeks documents not in MGA Mexico's possession,

19  custody or control.  MGA Mexico further objects to the request to the extent it seeks

20  confidential, proprietary or commercially sensitive information, the disclosure of

21  which would be inimical to the business interests of MGA Mexico or MGA.  MGA

22  Mexico further objects to the request to the extent it violates the privacy rights of

23  third parties to their private, confidential, proprietary or trade secret information.

24  REQUEST FOR PRODUCTION NO. 227:

25       All DOCUMENTS, including but not limited to all COMMUNICATIONS

26  with any PERSON, that REFER OR RELATE TO YOUR allegation that MATTEL

27  "gain[ed] access, or attemp[ed] to gain access, to MGA showrooms, Plan-o-Grams,

28  merchandising displays [and] Toy Fair displays on false pretenses."

EXHIBIT __4__
PAGE __745__

**RESPONSE TO REQUEST FOR PRODUCTION NO. 227:**

MGA Mexico incorporates by reference its General Response and General Objections above, as though fully set forth herein and specifically incorporates General Objection No. 15 (regarding Definitions), including without limitation MGA Mexico's objection to the definition of the term YOUR, and its incorporated term PERSON. MGA Mexico further objects to the request to the extent it seeks the production of documents that are protected from disclosure under any applicable privilege, doctrine or immunity, including without limitation the attorney-client privilege, the work product doctrine, the right of privacy, and all other privileges recognized under the constitutional, statutory or decisional law of the United States of America, the State of California or any other applicable jurisdiction, including, but not limited to, such laws existing in the United Mexican States. MGA Mexico further objects to this request as being overly broad and unduly burdensome on the grounds that it is not limited in time or geographical scope. MGA Mexico further objects to this request on the grounds that the phrase "[a]ll DOCUMENTS, including but not limited to all COMMUNICATIONS with any PERSON, that REFER OR RELATE TO" does not comply with the "reasonable particularity" requirement of Federal Rule of Civil Procedure 34 and renders the request overly broad and unduly burdensome in light of "the wealth of material already made available in this case." Westhemeco Ltd. v. New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979). MGA Mexico further objects to the request to the extent that it seeks documents that by reason of public filing, public distribution or otherwise are already in Mattel's possession or are readily accessible to Mattel. MGA Mexico further objects to the request to the extent that it seeks documents not in MGA Mexico's possession, custody or control. MGA Mexico further objects to the request to the extent it seeks confidential, proprietary or commercially sensitive information, the disclosure of which would be inimical to the business interests of MGA Mexico or MGA. MGA

EXHIBIT __4__
PAGE ___746___

1  Mexico further objects to the request to the extent it violates the privacy rights of

2  third parties to their private, confidential, proprietary or trade secret information.

3        MGA Mexico further objects to this request as cumulative, duplicative, and

4  unduly burdensome to the extent that it seeks documents previously requested by

5  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

6  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

7  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

8  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

9  Set of Requests for Production of Documents and Things to Isaac Larian and

10  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

11  Documents and Things to MGAE de Mexico S.R.L. de C.V.

12        Without waiving any of the foregoing General or Specific Objections, but

13  rather expressly preserving each and every such objection, MGA Mexico responds as

14  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

15  possession, custody or control, if any, that it is able to locate following a reasonably

16  diligent search.

17  REQUEST FOR PRODUCTION NO. 228:

18        All DOCUMENTS, including but not limited to all COMMUNICATIONS

19  with any PERSON, that YOU contend prove or that YOU will rely on at trial to

20  prove that MATTEL "gain[ed] access, or attemp[ed] to gain access, to MGA

21  showrooms, Plan-o-Grams, merchandising displays [and] Toy Fair displays on false

22  pretenses."

23  RESPONSE TO REQUEST FOR PRODUCTION NO. 228:

24        MGA Mexico incorporates by reference its General Response and General

25  Objections above, as though fully set forth herein and specifically incorporates

26  General Objection No. 15 (regarding Definitions), including without limitation MGA

27  Mexico's objection to the definition of the term YOU, and its incorporated term

28  PERSON.  MGA Mexico further objects to the request to the extent it seeks the

EXHIBIT __4__
PAGE __747__

1   production of documents that are protected from disclosure under any applicable

2   privilege, doctrine or immunity, including without limitation the attorney-client

3   privilege, the work product doctrine, the right of privacy, and all other privileges

4   recognized under the constitutional, statutory or decisional law of the United States

5   of America, the State of California or any other applicable jurisdiction, including, but

6   not limited to, such laws existing in the United Mexican States.  MGA Mexico

7   further objects to this request as being overly broad and unduly burdensome on the

8   grounds that it is not limited in time or geographical scope.  MGA Mexico further

9   objects to this request on the grounds that the phrase "[a]ll DOCUMENTS, including

10  but not limited to all COMMUNICATIONS with any PERSON" does not comply

11  with the "reasonable particularity" requirement of Federal Rule of Civil Procedure 34

12  and renders the request overly broad and unduly burdensome in light of "the wealth

13  of material already made available in this case." Westhemeco Ltd. v. New

14  Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA Mexico further

15  objects that the phrase "that YOU contend prove or that YOU will rely on at trial to

16  prove" is compound and, as such, renders the request vague, ambiguous, and

17  unintelligible.  MGA Mexico further objects to the request to the extent that it seeks

18  documents that by reason of public filing, public distribution or otherwise are already

19  in Mattel's possession or are readily accessible to Mattel.  MGA Mexico further

20  objects to the request to the extent that it seeks documents not in MGA Mexico's

21  possession, custody or control.  MGA Mexico further objects to the request to the

22  extent it seeks confidential, proprietary or commercially sensitive information, the

23  disclosure of which would be inimical to the business interests of MGA Mexico or

24  MGA.  MGA Mexico further objects to the request to the extent it violates the

25  privacy rights of third parties to their private, confidential, proprietary or trade secret

26  information.

27          MGA Mexico further objects to this request as cumulative, duplicative, and

28  unduly burdensome to the extent that it seeks documents previously requested by

EXHIBIT __4__
PAGE ___148___

1  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

2  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

3  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

4  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

5  Set of Requests for Production of Documents and Things to Isaac Larian and

6  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

7  Documents and Things to MGAE de Mexico S.R.L. de C.V.

8       Without waiving any of the foregoing General or Specific Objections, but

9  rather expressly preserving each and every such objection, MGA Mexico responds as

10  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

11  possession, custody or control, if any, that it is able to locate following a reasonably

12  diligent search.

13  REQUEST FOR PRODUCTION NO. 229:

14       DOCUMENTS sufficient to IDENTIFY all PERSONS with knowledge of

15  YOUR allegation that MATTEL "gain[ed] access, or attemp[ed] to gain access, to

16  MGA showrooms, Plan-o-Grams, merchandising displays [and] Toy Fair displays on

17  false pretenses."

18  RESPONSE TO REQUEST FOR PRODUCTION NO. 229:

19       MGA Mexico incorporates by reference its General Response and General

20  Objections above, as though fully set forth herein and specifically incorporates

21  General Objection No. 15 (regarding Definitions), including without limitation MGA

22  Mexico's objection to the definition of the terms YOUR, and its incorporated term

23  PERSON.  MGA Mexico further objects to the request to the extent it seeks the

24  production of documents that are protected from disclosure under any applicable

25  privilege, doctrine or immunity, including without limitation the attorney-client

26  privilege, the work product doctrine, the right of privacy, and all other privileges

27  recognized under the constitutional, statutory or decisional law of the United States

28  of America, the State of California or any other applicable jurisdiction, including, but

MGA MEXICO'S RESPONSE TO MATTEL'S 2D SET OF REQUESTS FOR DOCS.   Case No. CV-04-9049 SGL

EXHIBIT ___4___
PAGE ___749___

1  not limited to, such laws existing in the United Mexican States.  MGA Mexico

2  further objects to this request as being overly broad and unduly burdensome on the

3  grounds that it is not limited in time or geographical scope.  MGA Mexico further

4  objects to this request on the grounds that the phrase "all PERSONS with knowledge

5  of YOUR allegation" renders the request vague, ambiguous, overly broad and unduly

6  burdensome in that anyone who has read MGA Mexico's Answer in this matter has

7  "knowledge of [MGA Mexico's] allegation," without regard to whether the factual

8  basis for the allegation is known to them.  MGA Mexico further objects to the

9  request to the extent that it seeks documents that by reason of public filing, public

10  distribution or otherwise are already in Mattel's possession or are readily accessible

11  to Mattel.  MGA Mexico further objects to the request to the extent that it seeks

12  documents not in MGA Mexico's possession, custody or control.  MGA Mexico

13  further objects to the request to the extent it seeks confidential, proprietary or

14  commercially sensitive information, the disclosure of which would be inimical to the

15  business interests of MGA Mexico or MGA.  MGA Mexico further objects to the

16  request to the extent it violates the privacy rights of third parties to their private,

17  confidential, proprietary or trade secret information.

18       MGA Mexico further objects to this request as cumulative, duplicative, and

19  unduly burdensome to the extent that it seeks documents previously requested by

20  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

21  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

22  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

23  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

24  Set of Requests for Production of Documents and Things to Isaac Larian and

25  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

26  Documents and Things to MGAE de Mexico S.R.L. de C.V.

27       Without waiving any of the foregoing General or Specific Objections, but

28  rather expressly preserving each and every such objection, MGA Mexico responds as

EXHIBIT ___4___
PAGE ___750___

1  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

2  possession, custody or control, if any, that it is able to locate following a reasonably

3  diligent search.

4  REQUEST FOR PRODUCTION NO. 230:

5      DOCUMENTS describing all time periods during which MATTEL allegedly

6  "gain[ed] access, or attemp[ed] to gain access, to MGA showrooms, Plan-o-Grams,

7  merchandising displays [and] Toy Fair displays on false pretenses."

8  RESPONSE TO REQUEST FOR PRODUCTION NO. 230:

9      MGA Mexico incorporates by reference its General Response and General

10  Objections above, as though fully set forth herein.  MGA Mexico further objects to

11  the request to the extent it seeks the production of documents that are protected from

12  disclosure under any applicable privilege, doctrine or immunity, including without

13  limitation the attorney-client privilege, the work product doctrine, the right of

14  privacy, and all other privileges recognized under the constitutional, statutory or

15  decisional law of the United States of America, the State of California or any other

16  applicable jurisdiction, including, but not limited to, such laws existing in the United

17  Mexican States.  MGA Mexico further objects to this request as being overly broad

18  and unduly burdensome on the grounds that it is not limited in time or geographical

19  scope.  MGA Mexico further objects to this request on the grounds that the phrase

20  "DOCUMENTS describing all time periods during which" renders the request vague,

21  ambiguous, and unintelligible.  MGA Mexico further objects to the request to the

22  extent that it seeks documents that by reason of public filing, public distribution or

23  otherwise are already in Mattel's possession or are readily accessible to Mattel.

24  MGA Mexico further objects to the request to the extent that it seeks documents not

25  in MGA Mexico's possession, custody or control.  MGA Mexico further objects to

26  the request to the extent it seeks confidential, proprietary or commercially sensitive

27  information, the disclosure of which would be inimical to the business interests of

28  MGA Mexico or MGA.  MGA Mexico further objects to the request to the extent it

380

EXHIBIT __7__
PAGE __751__

1  violates the privacy rights of third parties to their private, confidential, proprietary or

2  trade secret information.

3      MGA Mexico further objects to this request as cumulative, duplicative, and

4  unduly burdensome to the extent that it seeks documents previously requested by

5  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

6  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

7  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

8  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

9  Set of Requests for Production of Documents and Things to Isaac Larian and

10  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

11  Documents and Things to MGAE de Mexico S.R.L. de C.V.

12      Without waiving any of the foregoing General or Specific Objections, but

13  rather expressly preserving each and every such objection, MGA Mexico responds as

14  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

15  possession, custody or control, if any, that it is able to locate following a reasonably

16  diligent search.

17  REQUEST FOR PRODUCTION NO. 231:

18      DOCUMENTS describing the "false pretenses" that MATTEL allegedly

19  employed or used to "gain[] access, or [to] attemp[] to gain access, to MGA

20  showrooms, Plan-o-Grams, merchandising displays [and] Toy Fair displays."

21  RESPONSE TO REQUEST FOR PRODUCTION NO. 231:

22      MGA Mexico incorporates by reference its General Response and General

23  Objections above, as though fully set forth herein.  MGA Mexico further objects to

24  the request to the extent it seeks the production of documents that are protected from

25  disclosure under any applicable privilege, doctrine or immunity, including without

26  limitation the attorney-client privilege, the work product doctrine, the right of

27  privacy, and all other privileges recognized under the constitutional, statutory or

28  decisional law of the United States of America, the State of California or any other

EXHIBIT __4__
PAGE __752__

1   applicable jurisdiction, including, but not limited to, such laws existing in the United
2   Mexican States.  MGA Mexico further objects to this request as being overly broad
3   and unduly burdensome on the grounds that it is not limited in time or geographical
4   scope.  MGA Mexico further objects to this request on the grounds that the phrase
5   "employed or used" renders the request vague, ambiguous, and unintelligible.  MGA
6   Mexico further objects to the request to the extent that it seeks documents that by
7   reason of public filing, public distribution or otherwise are already in Mattel's
8   possession or are readily accessible to Mattel.  MGA Mexico further objects to the
9   request to the extent that it seeks documents not in MGA Mexico's possession,
10  custody or control.  MGA Mexico further objects to the request to the extent it seeks
11  confidential, proprietary or commercially sensitive information, the disclosure of
12  which would be inimical to the business interests of MGA Mexico or MGA.  MGA
13  Mexico further objects to the request to the extent it violates the privacy rights of
14  third parties to their private, confidential, proprietary or trade secret information.

15          MGA Mexico further objects to this request as cumulative, duplicative, and
16  unduly burdensome to the extent that it seeks documents previously requested by
17  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response
18  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100
19  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible
20  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First
21  Set of Requests for Production of Documents and Things to Isaac Larian and
22  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of
23  Documents and Things to MGAE de Mexico S.R.L. de C.V.

24          Without waiving any of the foregoing General or Specific Objections, but
25  rather expressly preserving each and every such objection, MGA Mexico responds as
26  follows:  MGA Mexico will produce all non-privileged, responsive documents in its
27  possession, custody or control, if any, that it is able to locate following a reasonably
28  diligent search.

EXHIBIT __4__
PAGE __753__

REQUEST FOR PRODUCTION NO. 232:

DOCUMENTS sufficient to IDENTIFY the "MGA showrooms, Plan-o-Grams, merchandising displays [and] Toy Fair displays " to which MATTEL allegedly "gain[ed] access, or attemp[ed] to gain access."

RESPONSE TO REQUEST FOR PRODUCTION NO. 232:

MGA Mexico incorporates by reference its General Response and General Objections above, as though fully set forth herein.  MGA Mexico further objects to the request to the extent it seeks the production of documents that are protected from disclosure under any applicable privilege, doctrine or immunity, including without limitation the attorney-client privilege, the work product doctrine, the right of privacy, and all other privileges recognized under the constitutional, statutory or decisional law of the United States of America, the State of California or any other applicable jurisdiction, including, but not limited to, such laws existing in the United Mexican States.  MGA Mexico further objects to this request as being overly broad and unduly burdensome on the grounds that it is not limited in time or geographical scope.  MGA Mexico further objects to the request to the extent that it seeks documents that by reason of public filing, public distribution or otherwise are already in Mattel's possession or are readily accessible to Mattel.  MGA Mexico further objects to the request to the extent that it seeks documents not in MGA Mexico's possession, custody or control.  MGA Mexico further objects to the request to the extent it seeks confidential, proprietary or commercially sensitive information, the disclosure of which would be inimical to the business interests of MGA Mexico or MGA.  MGA Mexico further objects to the request to the extent it violates the privacy rights of third parties to their private, confidential, proprietary or trade secret information.

MGA Mexico further objects to this request as cumulative, duplicative, and unduly burdensome to the extent that it seeks documents previously requested by Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

1   to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

2   in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

3   Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

4   Set of Requests for Production of Documents and Things to Isaac Larian and

5   Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

6   Documents and Things to MGAE de Mexico S.R.L. de C.V.

7        Without waiving any of the foregoing General or Specific Objections, but

8   rather expressly preserving each and every such objection, MGA Mexico responds as

9   follows:  MGA Mexico will produce all non-privileged, responsive documents in its

10  possession, custody or control, if any, that it is able to locate following a reasonably

11  diligent search.

12  REQUEST FOR PRODUCTION NO. 233:

13       All DOCUMENTS that REFER OR RELATE TO the "MGA showrooms,

14  Plan-o-Grams, merchandising displays [and] Toy Fair displays" to which MATTEL

15  allegedly "gain[ed] access, or attemp[ed] to gain access."

16  RESPONSE TO REQUEST FOR PRODUCTION NO. 233:

17       MGA Mexico incorporates by reference its General Response and General

18  Objections above, as though fully set forth herein.  MGA Mexico further objects to

19  the request to the extent it seeks the production of documents that are protected from

20  disclosure under any applicable privilege, doctrine or immunity, including without

21  limitation the attorney-client privilege, the work product doctrine, the right of

22  privacy, and all other privileges recognized under the constitutional, statutory or

23  decisional law of the United States of America, the State of California or any other

24  applicable jurisdiction, including, but not limited to, such laws existing in the United

25  Mexican States.  MGA Mexico further objects to this request as being overly broad

26  and unduly burdensome on the grounds that it is not limited in time or geographical

27  scope.  MGA Mexico further objects to this request on the grounds that the phrase

28  "[a]ll DOCUMENTS that REFER OR RELATE TO" does not comply with the

384

EXHIBIT _____4_____
PAGE _____755_____

1  "reasonable particularity" requirement of Federal Rule of Civil Procedure 34 and

2  renders the request overly broad and unduly burdensome in light of "the wealth of

3  material already made available in this case." <u>Westhemeco Ltd. v. New Hampshire</u>

4  <u>Ins. Co.</u>, 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA Mexico further objects to the

5  request to the extent that it seeks documents that by reason of public filing, public

6  distribution or otherwise are already in Mattel's possession or are readily accessible

7  to Mattel.  MGA Mexico further objects to the request to the extent that it seeks

8  documents not in MGA Mexico's possession, custody or control.  MGA Mexico

9  further objects to the request to the extent it seeks confidential, proprietary or

10 commercially sensitive information, the disclosure of which would be inimical to the

11 business interests of MGA Mexico or MGA.  MGA Mexico further objects to the

12 request to the extent it violates the privacy rights of third parties to their private,

13 confidential, proprietary or trade secret information.

14      MGA Mexico further objects to this request as cumulative, duplicative, and

15 unduly burdensome to the extent that it seeks documents previously requested by

16 Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

17 to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

18 in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

19 Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

20 Set of Requests for Production of Documents and Things to Isaac Larian and

21 Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

22 Documents and Things to MGAE de Mexico S.R.L. de C.V.

23      Without waiving any of the foregoing General or Specific Objections, but

24 rather expressly preserving each and every such objection, MGA Mexico responds as

25 follows:  MGA Mexico will produce all non-privileged, responsive documents in its

26 possession, custody or control, if any, that it is able to locate following a reasonably

27 diligent search.

28

MGA MEXICO'S RESPONSE TO MATTEL'S 2D SET OF REQUESTS FOR DOCS.   Case No. CV-04-9049 SGL

EXHIBIT __4__
PAGE __756__

1 REQUEST FOR PRODUCTION NO. 234:

2      All DOCUMENTS that show what steps, if any, YOU took to preserve,

3 protect and safeguard the confidentiality of the "MGA showrooms, Plan-o-Grams,

4 merchandising displays [and] Toy Fair displays," to which MATTEL allegedly

5 "gain[ed] access, or attemp[ed] to gain access."

6 RESPONSE TO REQUEST FOR PRODUCTION NO. 234:

7      MGA Mexico incorporates by reference its General Response and General

8 Objections above, as though fully set forth herein and specifically incorporates

9 General Objection No. 15 (regarding Definitions), including without limitation MGA

10 Mexico's objection to the definition of the terms YOU, and its incorporated term

11 PERSON.  MGA Mexico further objects to the request to the extent it seeks the

12 production of documents that are protected from disclosure under any applicable

13 privilege, doctrine or immunity, including without limitation the attorney-client

14 privilege, the work product doctrine, the right of privacy, and all other privileges

15 recognized under the constitutional, statutory or decisional law of the United States

16 of America, the State of California or any other applicable jurisdiction, including, but

17 not limited to, such laws existing in the United Mexican States.  MGA Mexico

18 further objects to this request as being overly broad and unduly burdensome on the

19 grounds that it is not limited in time or geographical scope.  MGA Mexico further

20 objects to this request on the grounds that the phrase "[a]ll DOCUMENTS" does not

21 comply with the "reasonable particularity" requirement of Federal Rule of Civil

22 Procedure 34 and renders the request overly broad and unduly burdensome in light of

23 "the wealth of material already made available in this case."  Westhemeco Ltd. v.

24 New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA Mexico

25 further objects that the phrases "to preserve, protect and safeguard" is compound,

26 rendering the request vague, ambiguous, and unintelligible.  MGA Mexico further

27 objects to the request to the extent that it seeks documents that by reason of public

28 filing, public distribution or otherwise are already in Mattel's possession or are

EXHIBIT __4__
PAGE ___757___

1  readily accessible to Mattel.  MGA Mexico further objects to the request to the

2  extent that it seeks documents not in MGA Mexico's possession, custody or control.

3  MGA Mexico further objects to the request to the extent it seeks confidential,

4  proprietary or commercially sensitive information, the disclosure of which would be

5  inimical to the business interests of MGA Mexico or MGA.  MGA Mexico further

6  objects to the request to the extent it violates the privacy rights of third parties to

7  their private, confidential, proprietary or trade secret information.

8       MGA Mexico further objects to this request as cumulative, duplicative, and

9  unduly burdensome to the extent that it seeks documents previously requested by

10  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

11  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

12  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

13  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

14  Set of Requests for Production of Documents and Things to Isaac Larian and

15  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

16  Documents and Things to MGAE de Mexico S.R.L. de C.V.

17       Without waiving any of the foregoing General or Specific Objections, but

18  rather expressly preserving each and every such objection, MGA Mexico responds as

19  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

20  possession, custody or control, if any, that it is able to locate following a reasonably

21  diligent search.

22  REQUEST FOR PRODUCTION NO. 235:

23       All DOCUMENTS that show or tend to show that the "MGA showrooms,

24  Plan-o-Grams, merchandising displays [and] Toy Fair displays" to which MATTEL

25  allegedly "gain[ed] access, or attemp[ed] to gain access" derive independent

26  economic value from not being generally known to the public or other PERSONS

27  who can obtain economic value from its disclosure or use.

28

EXHIBIT __4__
PAGE ___758___

1  RESPONSE TO REQUEST FOR PRODUCTION NO. 235:

2       MGA Mexico incorporates by reference its General Response and General

3  Objections above, as though fully set forth herein and specifically incorporates

4  General Objection No. 15 (regarding Definitions), including without limitation MGA

5  Mexico's objection to the definition of the term PERSON.  MGA Mexico further

6  objects to the request to the extent it seeks the production of documents that are

7  protected from disclosure under any applicable privilege, doctrine or immunity,

8  including without limitation the attorney-client privilege, the work product doctrine,

9  the right of privacy, and all other privileges recognized under the constitutional,

10 statutory or decisional law of the United States of America, the State of California or

11 any other applicable jurisdiction, including, but not limited to, such laws existing in

12 the United Mexican States.  MGA Mexico further objects to this request as being

13 overly broad and unduly burdensome on the grounds that it is not limited in time or

14 geographical scope.  MGA Mexico further objects to this request on the grounds that

15 the phrase "[a]ll DOCUMENTS that show or tend to show" does not comply with

16 the "reasonable particularity" requirement of Federal Rule of Civil Procedure 34 and

17 renders the request overly broad and unduly burdensome in light of "the wealth of

18 material already made available in this case." Westhemeco Ltd. v. New Hampshire

19 Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA Mexico further objects that the

20 phrases "that show or tend to show," the "'MGA showrooms, Plan-o-Grams,

21 merchandising displays [and] Toy Fair displays,'" "'gain[ed] access, or attemp[ed] to

22 gain access,'" and "derive independent economic value from not being generally

23 known to the public or other PERSONS who can obtain economic value from its

24 disclosure or use" are, both individually and taken together, compound, rendering the

25 request vague, ambiguous, and unintelligible.  MGA Mexico further objects to the

26 request to the extent that it seeks documents that by reason of public filing, public

27 distribution or otherwise are already in Mattel's possession or are readily accessible

28 to Mattel.  MGA Mexico further objects to the request to the extent that it seeks

EXHIBIT ___4___
PAGE ___759___

1   documents not in MGA Mexico's possession, custody or control.  MGA Mexico

2   further objects to the request to the extent it seeks confidential, proprietary or

3   commercially sensitive information, the disclosure of which would be inimical to the

4   business interests of MGA Mexico or MGA.  MGA Mexico further objects to the

5   request to the extent it violates the privacy rights of third parties to their private,

6   confidential, proprietary or trade secret information.

7        MGA Mexico further objects to this request as cumulative, duplicative, and

8   unduly burdensome to the extent that it seeks documents previously requested by

9   Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

10  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

11  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

12  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

13  Set of Requests for Production of Documents and Things to Isaac Larian and

14  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

15  Documents and Things to MGAE de Mexico S.R.L. de C.V.

16       Without waiving any of the foregoing General or Specific Objections, but

17  rather expressly preserving each and every such objection, MGA Mexico responds as

18  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

19  possession, custody or control, if any, that it is able to locate following a reasonably

20  diligent search.

21  REQUEST FOR PRODUCTION NO. 236:

22       All DOCUMENTS that show or tend to show that the "MGA showrooms,

23  Plan-o-Grams, merchandising displays [and] Toy Fair displays" to which MATTEL

24  allegedly "gain[ed] access, or attemp[ed] to gain access" contain information that is

25  not known to the public or to PERSONS who can obtain economic value from its

26  disclosure or use.

27

28

MGA MEXICO'S RESPONSE TO MATTEL'S 2D SET OF REQUESTS FOR DOCS.   Case No. CV-04-9049 SGL

EXHIBIT __4__
PAGE __760__

1  RESPONSE TO REQUEST FOR PRODUCTION NO. 236:

2       MGA Mexico incorporates by reference its General Response and General

3  Objections above, as though fully set forth herein and specifically incorporates

4  General Objection No. 15 (regarding Definitions), including without limitation MGA

5  Mexico's objection to the definition of the term PERSON.  MGA Mexico further

6  objects to the request to the extent it seeks the production of documents that are

7  protected from disclosure under any applicable privilege, doctrine or immunity,

8  including without limitation the attorney-client privilege, the work product doctrine,

9  the right of privacy, and all other privileges recognized under the constitutional,

10  statutory or decisional law of the United States of America, the State of California or

11  any other applicable jurisdiction, including, but not limited to, such laws existing in

12  the United Mexican States.  MGA Mexico further objects to this request as being

13  overly broad and unduly burdensome on the grounds that it is not limited in time or

14  geographical scope.  MGA Mexico further objects to this request on the grounds that

15  the phrase "[a]ll DOCUMENTS" does not comply with the "reasonable particularity"

16  requirement of Federal Rule of Civil Procedure 34 and renders the request overly

17  broad and unduly burdensome in light of "the wealth of material already made

18  available in this case."  Westhemeco Ltd. v. New Hampshire Ins. Co., 82 F.R.D. 702,

19  709 (S.D.N.Y. 1979).  MGA Mexico further objects that the phrases "that show or

20  tend to show," "'MGA showrooms, Plan-o-Grams, merchandising displays [and] Toy

21  Fair displays," "'gain[ed] access, or attemp[ed] to gain access'" and "that is not

22  known to the public or to PERSONS who can obtain economic value from its

23  disclosure or use" are, both individually and taken together, compound, rendering the

24  request vague, ambiguous, and unintelligible.  MGA Mexico further objects to the

25  request to the extent that it seeks documents that by reason of public filing, public

26  distribution or otherwise are already in Mattel's possession or are readily accessible

27  to Mattel.  MGA Mexico further objects to the request to the extent that it seeks

28  documents not in MGA Mexico's possession, custody or control.  MGA Mexico

EXHIBIT __4__
PAGE __761__

1   further objects to the request to the extent it seeks confidential, proprietary or

2   commercially sensitive information, the disclosure of which would be inimical to the

3   business interests of MGA Mexico or MGA.  MGA Mexico further objects to the

4   request to the extent it violates the privacy rights of third parties to their private,

5   confidential, proprietary or trade secret information.

6        MGA Mexico further objects to this request as cumulative, duplicative, and

7   unduly burdensome to the extent that it seeks documents previously requested by

8   Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

9   to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

10  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

11  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

12  Set of Requests for Production of Documents and Things to Isaac Larian and

13  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

14  Documents and Things to MGAE de Mexico S.R.L. de C.V.

15       Without waiving any of the foregoing General or Specific Objections, but

16  rather expressly preserving each and every such objection, MGA Mexico responds as

17  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

18  possession, custody or control, if any, that it is able to locate following a reasonably

19  diligent search.

20  REQUEST FOR PRODUCTION NO. 237:

21       All DOCUMENTS that show or tend to show that the "MGA showrooms,

22  Plan-o-Grams, merchandising displays [and] Toy Fair displays" to which MATTEL

23  allegedly "gain[ed] access, or attemp[ed] to gain access" were either used by or

24  disclosed by MATTEL.

25  RESPONSE TO REQUEST FOR PRODUCTION NO. 237:

26       MGA Mexico incorporates by reference its General Response and General

27  Objections above, as though fully set forth herein.  MGA Mexico further objects to

28  the request to the extent it seeks the production of documents that are protected from

391

EXHIBIT __4__
PAGE __762__

1   disclosure under any applicable privilege, doctrine or immunity, including without

2   limitation the attorney-client privilege, the work product doctrine, the right of

3   privacy, and all other privileges recognized under the constitutional, statutory or

4   decisional law of the United States of America, the State of California or any other

5   applicable jurisdiction, including, but not limited to, such laws existing in the United

6   Mexican States.  MGA Mexico further objects to this request as being overly broad

7   and unduly burdensome on the grounds that it is not limited in time or geographical

8   scope.  MGA Mexico further objects to this request on the grounds that the phrase

9   "[a]ll DOCUMENTS" does not comply with the "reasonable particularity"

10  requirement of Federal Rule of Civil Procedure 34 and renders the request overly

11  broad and unduly burdensome in light of "the wealth of material already made

12  available in this case."  Westhemeco Ltd. v. New Hampshire Ins. Co., 82 F.R.D. 702,

13  709 (S.D.N.Y. 1979).  MGA Mexico further objects that the phrases "that show or

14  tend to show," "'MGA showrooms, Plan-o-Grams, merchandising displays [and] Toy

15  Fair displays,'" "'gain[ed] access, or attemp[ed] to gain access'" and "either used by

16  or disclosed by MATTEL" are, both individually and taken together, compound,

17  rendering the request vague, ambiguous, and unintelligible.  MGA Mexico further

18  objects to the request to the extent that it seeks documents that by reason of public

19  filing, public distribution or otherwise are already in Mattel's possession or are

20  readily accessible to Mattel.  MGA Mexico further objects to the request to the

21  extent that it seeks documents not in MGA Mexico's possession, custody or control.

22  MGA Mexico further objects to the request to the extent it seeks confidential,

23  proprietary or commercially sensitive information, the disclosure of which would be

24  inimical to the business interests of MGA Mexico or MGA.  MGA Mexico further

25  objects to the request to the extent it violates the privacy rights of third parties to

26  their private, confidential, proprietary or trade secret information.

27          MGA Mexico further objects to this request as cumulative, duplicative, and

28  unduly burdensome to the extent that it seeks documents previously requested by

392

EXHIBIT __4__
PAGE __763__

1   Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

2   to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

3   in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

4   Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

5   Set of Requests for Production of Documents and Things to Isaac Larian and

6   Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

7   Documents and Things to MGAE de Mexico S.R.L. de C.V.

8         Without waiving any of the foregoing General or Specific Objections, but

9   rather expressly preserving each and every such objection, MGA Mexico responds as

10   follows:  MGA Mexico will produce all non-privileged, responsive documents in its

11   possession, custody or control, if any, that it is able to locate following a reasonably

12   diligent search.

13   REQUEST FOR PRODUCTION NO. 238:

14         DOCUMENTS sufficient to IDENTIFY all PERSONS to whom MATTEL

15   allegedly showed, disclosed or revealed the contents of "MGA showrooms, Plan-o-

16   Grams, merchandising displays [and] Toy Fair displays," and the dates on which it

17   allegedly made such disclosures.

18   RESPONSE TO REQUEST FOR PRODUCTION NO. 238:

19         MGA Mexico incorporates by reference its General Response and General

20   Objections above, as though fully set forth herein and specifically incorporates

21   General Objection No. 15 (regarding Definitions), including without limitation MGA

22   Mexico's objection to the definition of the term PERSON.  MGA Mexico further

23   objects to the request to the extent it seeks the production of documents that are

24   protected from disclosure under any applicable privilege, doctrine or immunity,

25   including without limitation the attorney-client privilege, the work product doctrine,

26   the right of privacy, and all other privileges recognized under the constitutional,

27   statutory or decisional law of the United States of America, the State of California or

28   any other applicable jurisdiction, including, but not limited to, such laws existing in

MGA MEXICO'S RESPONSE TO MATTEL'S 2D SET OF REQUESTS FOR DOCS.   Case No. CV-04-9049 SGL

EXHIBIT __4__
PAGE __764__

1  the United Mexican States.  MGA Mexico further objects to this request as being

2  overly broad and unduly burdensome on the grounds that it is not limited in time or

3  geographical scope.  MGA Mexico further objects that the phrases "showed,

4  disclosed or revealed," "the contents of 'MGA showrooms, Plan-o-Grams,

5  merchandising displays [and] Toy Fair displays,'" "and the dates on which it

6  allegedly made such disclosures" are, both individually and taken together,

7  compound, rendering the request vague, ambiguous, and unintelligible.  MGA

8  Mexico further objects to the request to the extent that it seeks documents that by

9  reason of public filing, public distribution or otherwise are already in Mattel's

10  possession or are readily accessible to Mattel.  MGA Mexico further objects to the

11  request to the extent that it seeks documents not in MGA Mexico's possession,

12  custody or control.  MGA Mexico further objects to the request to the extent it seeks

13  confidential, proprietary or commercially sensitive information, the disclosure of

14  which would be inimical to the business interests of MGA Mexico or MGA.  MGA

15  Mexico further objects to the request to the extent it violates the privacy rights of

16  third parties to their private, confidential, proprietary or trade secret information.

17      MGA Mexico further objects to this request as cumulative, duplicative, and

18  unduly burdensome to the extent that it seeks documents previously requested by

19  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

20  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

21  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

22  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

23  Set of Requests for Production of Documents and Things to Isaac Larian and

24  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

25  Documents and Things to MGAE de Mexico S.R.L. de C.V.

26      Without waiving any of the foregoing General or Specific Objections, but

27  rather expressly preserving each and every such objection, MGA Mexico responds as

28  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

394

EXHIBIT __4__
PAGE __765__

1 possession, custody or control, if any, that it is able to locate following a reasonably

2 diligent search.

3 REQUEST FOR PRODUCTION NO. 239:

4     All DOCUMENTS that show or tend to show that MATTEL did not show,

5 disclose or reveal to any PERSON the contents of "MGA showrooms, Plan-o-Grams,

6 merchandising displays [and] Toy Fair displays," or that MATTEL made such

7 disclosures under a binding pre-existing confidentiality agreement.

8 RESPONSE TO REQUEST FOR PRODUCTION NO. 239:

9     MGA Mexico incorporates by reference its General Response and General

10 Objections above, as though fully set forth herein and specifically incorporates

11 General Objection No. 15 (regarding Definitions), including without limitation MGA

12 Mexico's objection to the definition of the term PERSON.  MGA Mexico further

13 objects to the request to the extent it seeks the production of documents that are

14 protected from disclosure under any applicable privilege, doctrine or immunity,

15 including without limitation the attorney-client privilege, the work product doctrine,

16 the right of privacy, and all other privileges recognized under the constitutional,

17 statutory or decisional law of the United States of America, the State of California or

18 any other applicable jurisdiction, including, but not limited to, such laws existing in

19 the United Mexican States. MGA Mexico further objects to this request as being

20 overly broad and unduly burdensome on the grounds that it is not limited in time or

21 geographical scope.  MGA Mexico further objects to this request on the grounds that

22 the phrase "[a]ll DOCUMENTS" does not comply with the "reasonable particularity"

23 requirement of Federal Rule of Civil Procedure 34 and renders the request overly

24 broad and unduly burdensome in light of "the wealth of material already made

25 available in this case." Westhemeco Ltd. v. New Hampshire Ins. Co., 82 F.R.D. 702,

26 709 (S.D.N.Y. 1979).  MGA Mexico further objects that the phrases "that show or

27 tend to show," "did not show, disclose or reveal," "the contents of 'MGA showrooms,

28 Plan-o-Grams, merchandising displays [and] Toy Fair displays,'" and "or that

EXHIBIT ___4___
PAGE ___766___

1  MATTEL made such disclosures under a binding pre-existing confidentiality

2  agreement" are, both individually and taken together, compound, rendering the

3  request vague, ambiguous, and unintelligible.  MGA Mexico further objects to the

4  request to the extent that it seeks documents that by reason of public filing, public

5  distribution or otherwise are already in Mattel's possession or are readily accessible

6  to Mattel.  MGA Mexico further objects to the request to the extent that it seeks

7  documents not in MGA Mexico's possession, custody or control.  MGA Mexico

8  further objects to the request to the extent it seeks confidential, proprietary or

9  commercially sensitive information, the disclosure of which would be inimical to the

10  business interests of MGA Mexico or MGA.  MGA Mexico further objects to the

11  request to the extent it violates the privacy rights of third parties to their private,

12  confidential, proprietary or trade secret information.

13       MGA Mexico further objects to this request as cumulative, duplicative, and

14  unduly burdensome to the extent that it seeks documents previously requested by

15  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

16  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

17  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

18  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

19  Set of Requests for Production of Documents and Things to Isaac Larian and

20  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

21  Documents and Things to MGAE de Mexico S.R.L. de C.V.

22       Without waiving any of the foregoing General or Specific Objections, but

23  rather expressly preserving each and every such objection, MGA Mexico responds as

24  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

25  possession, custody or control, if any, that it is able to locate following a reasonably

26  diligent search.

27

28

MGA MEXICO'S RESPONSE TO MATTEL'S 2D SET OF REQUESTS FOR DOCS.   Case No. CV-04-9049 SGL

EXHIBIT __4__
PAGE __767__

1   REQUEST FOR PRODUCTION NO. 240:

2        DOCUMENTS sufficient to IDENTIFY all PERSONS who contend that

3   MATTEL "gain[ed] access, or attemp[ed] to gain access, to MGA showrooms, Plan-

4   o-Grams, merchandising displays [and] Toy Fair displays on false pretenses."

5   RESPONSE TO REQUEST FOR PRODUCTION NO. 240:

6        MGA Mexico incorporates by reference its General Response and General

7   Objections above, as though fully set forth herein and specifically incorporates

8   General Objection No. 15 (regarding Definitions), including without limitation MGA

9   Mexico's objection to the definition of the term PERSON.  MGA Mexico further

10  objects to the request to the extent it seeks the production of documents that are

11  protected from disclosure under any applicable privilege, doctrine or immunity,

12  including without limitation the attorney-client privilege, the work product doctrine,

13  the right of privacy, and all other privileges recognized under the constitutional,

14  statutory or decisional law of the United States of America, the State of California or

15  any other applicable jurisdiction, including, but not limited to, such laws existing in

16  the United Mexican States.  MGA Mexico further objects to this request as being

17  overly broad and unduly burdensome on the grounds that it is not limited in time or

18  geographical scope.  MGA Mexico further objects that the phrase "'gain[ed] access,

19  or attemp[ed] to gain access, to MGA showrooms, Plan-o-Grams, merchandising

20  displays [and] Toy Fair displays on false pretenses'" is compound, rendering the

21  request vague, ambiguous, and unintelligible.  MGA Mexico further objects to the

22  request to the extent that it seeks documents that by reason of public filing, public

23  distribution or otherwise are already in Mattel's possession or are readily accessible

24  to Mattel.  MGA Mexico further objects to the request to the extent that it seeks

25  documents not in MGA Mexico's possession, custody or control.  MGA Mexico

26  further objects to the request to the extent it seeks confidential, proprietary or

27  commercially sensitive information, the disclosure of which would be inimical to the

28  business interests of MGA Mexico or MGA.  MGA Mexico further objects to the

397

EXHIBIT __4__
PAGE ___768__

1   request to the extent it violates the privacy rights of third parties to their private,

2   confidential, proprietary or trade secret information.

3         MGA Mexico further objects to this request as cumulative, duplicative, and

4   unduly burdensome to the extent that it seeks documents previously requested by

5   Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

6   to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

7   in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

8   Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

9   Set of Requests for Production of Documents and Things to Isaac Larian and

10   Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

11   Documents and Things to MGAE de Mexico S.R.L. de C.V.

12         Without waiving any of the foregoing General or Specific Objections, but

13   rather expressly preserving each and every such objection, MGA Mexico responds as

14   follows:  MGA Mexico will produce all non-privileged, responsive documents in its

15   possession, custody or control, if any, that it is able to locate following a reasonably

16   diligent search.

17   REQUEST FOR PRODUCTION NO. 241:

18         DOCUMENTS sufficient to IDENTIFY all PERSONS who YOU believe

19   assisted or provided MATTEL with access to "MGA showrooms, Plan-o-Grams,

20   merchandising displays [and] Toy Fair displays."

21   RESPONSE TO REQUEST FOR PRODUCTION NO. 241:

22         MGA Mexico incorporates by reference its General Response and General

23   Objections above, as though fully set forth herein and specifically incorporates

24   General Objection No. 15 (regarding Definitions), including without limitation MGA

25   Mexico's objection to the definition of the terms YOU, and its incorporated term

26   PERSON.  MGA Mexico further objects to the request to the extent it seeks the

27   production of documents that are protected from disclosure under any applicable

28   privilege, doctrine or immunity, including without limitation the attorney-client

EXHIBIT ___4___
PAGE ___769___

1  privilege, the work product doctrine, the right of privacy, and all other privileges

2  recognized under the constitutional, statutory or decisional law of the United States

3  of America, the State of California or any other applicable jurisdiction, including, but

4  not limited to, such laws existing in the United Mexican States.  MGA Mexico

5  further objects to this request as being overly broad and unduly burdensome on the

6  grounds that it is not limited in time or geographical scope.  MGA Mexico further

7  objects that the phrase "assisted or provided MATTEL with access" and "'MGA

8  showrooms, Plan-o-Grams, merchandising displays [and] Toy Fair displays'" are,

9  both individually and taken together, compound, rendering the request vague,

10 ambiguous, and unintelligible.  MGA Mexico further objects to the request to the

11 extent that it seeks documents that by reason of public filing, public distribution or

12 otherwise are already in Mattel's possession or are readily accessible to Mattel.

13 MGA Mexico further objects to the request to the extent that it seeks documents not

14 in MGA Mexico's possession, custody or control.  MGA Mexico further objects to

15 the request to the extent it seeks confidential, proprietary or commercially sensitive

16 information, the disclosure of which would be inimical to the business interests of

17 MGA Mexico or MGA.  MGA Mexico further objects to the request to the extent it

18 violates the privacy rights of third parties to their private, confidential, proprietary or

19 trade secret information.

20        MGA Mexico further objects to this request as cumulative, duplicative, and

21 unduly burdensome to the extent that it seeks documents previously requested by

22 Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

23 to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

24 in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

25 Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

26 Set of Requests for Production of Documents and Things to Isaac Larian and

27 Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

28 Documents and Things to MGAE de Mexico S.R.L. de C.V.

EXHIBIT __4__
PAGE ___770___

1    Without waiving any of the foregoing General or Specific Objections, but

2   rather expressly preserving each and every such objection, MGA Mexico responds as

3   follows:  MGA Mexico will produce all non-privileged, responsive documents in its

4   possession, custody or control, if any, that it is able to locate following a reasonably

5   diligent search.

6   REQUEST FOR PRODUCTION NO. 242:

7    All DOCUMENTS, including but not limited to all COMMUNICATIONS

8   with any PERSON, RELATING to YOUR actions in response to, or efforts to stop,

9   thwart, prevent, counter or mitigate, MATTEL from allegedly "gaining access, or

10   attempt[ing] to gain access, to MGA showrooms, Plan-o-Grams, merchandising

11   displays [and] Toy Fair displays on false pretenses."

12   RESPONSE TO REQUEST FOR PRODUCTION NO. 242:

13    MGA Mexico incorporates by reference its General Response and General

14   Objections above, as though fully set forth herein and specifically incorporates

15   General Objection No. 15 (regarding Definitions), including without limitation MGA

16   Mexico's objection to the definition of the term YOUR, and its incorporated term

17   PERSON.  MGA Mexico further objects to the request to the extent it seeks the

18   production of documents that are protected from disclosure under any applicable

19   privilege, doctrine or immunity, including without limitation the attorney-client

20   privilege, the work product doctrine, the right of privacy, and all other privileges

21   recognized under the constitutional, statutory or decisional law of the United States

22   of America, the State of California or any other applicable jurisdiction, including, but

23   not limited to, such laws existing in the United Mexican States.  MGA Mexico

24   further objects to this request as being overly broad and unduly burdensome on the

25   grounds that it is not limited in time or geographical scope.  MGA Mexico further

26   objects to this request on the grounds that the phrase "[a]ll DOCUMENTS, including

27   but not limited to all COMMUNICATIONS with any PERSON, RELATING TO"

28   does not comply with the "reasonable particularity" requirement of Federal Rule of

400

EXHIBIT __4__
PAGE __771__

1   Civil Procedure 34 and renders the request overly broad and unduly burdensome in
2   light of "the wealth of material already made available in this case." <u>Westhemeco</u>
3   <u>Ltd. v. New Hampshire Ins. Co.</u>, 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA
4   Mexico further objects that the phrase "RELATING to YOUR actions in response to,
5   or efforts to stop, thwart, prevent, counter or mitigate" is compound and, as such,
6   renders the request vague, ambiguous, and unintelligible.  MGA Mexico further
7   objects to the request to the extent that it seeks documents that by reason of public
8   filing, public distribution or otherwise are already in Mattel's possession or are
9   readily accessible to Mattel.  MGA Mexico further objects to the request to the
10  extent that it seeks documents not in MGA Mexico's possession, custody or control.
11  MGA Mexico further objects to the request to the extent it seeks confidential,
12  proprietary or commercially sensitive information, the disclosure of which would be
13  inimical to the business interests of MGA Mexico or MGA.  MGA Mexico further
14  objects to the request to the extent it violates the privacy rights of third parties to
15  their private, confidential, proprietary or trade secret information.
16      MGA Mexico further objects to this request as cumulative, duplicative, and
17  unduly burdensome to the extent that it seeks documents previously requested by
18  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response
19  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100
20  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible
21  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First
22  Set of Requests for Production of Documents and Things to Isaac Larian and
23  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of
24  Documents and Things to MGAE de Mexico S.R.L. de C.V.
25      Without waiving any of the foregoing General or Specific Objections, but
26  rather expressly preserving each and every such objection, MGA Mexico responds as
27  follows:  MGA Mexico will produce all non-privileged, responsive documents in its
28

EXHIBIT __4__
PAGE __772__

1  possession, custody or control, if any, that it is able to locate following a reasonably

2  diligent search.

3  REQUEST FOR PRODUCTION NO. 243:

4      All DOCUMENTS that REFER OR RELATE TO the value of MGA's

5  "showrooms, Plan-o-Grams, merchandising displays [and] Toy Fair displays" to

6  which MATTEL allegedly "gain[ed] access, or attempt[ed] to gain access."

7  RESPONSE TO REQUEST FOR PRODUCTION NO. 243:

8      MGA Mexico incorporates by reference its General Response and General

9  Objections above, as though fully set forth herein.  MGA Mexico further objects to

10  the request to the extent it seeks the production of documents that are protected from

11  disclosure under any applicable privilege, doctrine or immunity, including without

12  limitation the attorney-client privilege, the work product doctrine, the right of

13  privacy, and all other privileges recognized under the constitutional, statutory or

14  decisional law of the United States of America, the State of California or any other

15  applicable jurisdiction, including, but not limited to, such laws existing in the United

16  Mexican States.  MGA Mexico further objects to this request as being overly broad

17  and unduly burdensome on the grounds that it is not limited in time or geographical

18  scope.  MGA Mexico further objects to this request on the grounds that the phrase

19  "[a]ll DOCUMENTS that REFER OR RELATE TO" does not comply with the

20  "reasonable particularity" requirement of Federal Rule of Civil Procedure 34 and

21  renders the request overly broad and unduly burdensome in light of "the wealth of

22  material already made available in this case."  Westhemeco Ltd. v. New Hampshire

23  Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA Mexico further objects that the

24  phrases "the value of MGA's 'showrooms, Plan-o-Grams, merchandising displays

25  [and] Toy Fair displays'" and "'gain[ed] access, or attempt[ed] to gain access'" are,

26  both individually and taken together, compound and, as such, render the request

27  vague, ambiguous, and unintelligible.  MGA Mexico further objects to the request to

28  the extent that it seeks documents that by reason of public filing, public distribution

EXHIBIT __4__
PAGE __773__

1  or otherwise are already in Mattel's possession or are readily accessible to Mattel.

2  MGA Mexico further objects to the request to the extent that it seeks documents not

3  in MGA Mexico's possession, custody or control.  MGA Mexico further objects to

4  the request to the extent it seeks confidential, proprietary or commercially sensitive

5  information, the disclosure of which would be inimical to the business interests of

6  MGA Mexico or MGA.  MGA Mexico further objects to the request to the extent it

7  violates the privacy rights of third parties to their private, confidential, proprietary or

8  trade secret information.

9          MGA Mexico further objects to this request as cumulative, duplicative, and

10  unduly burdensome to the extent that it seeks documents previously requested by

11  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

12  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

13  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

14  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

15  Set of Requests for Production of Documents and Things to Isaac Larian and

16  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

17  Documents and Things to MGAE de Mexico S.R.L. de C.V.

18          Without waiving any of the foregoing General or Specific Objections, but

19  rather expressly preserving each and every such objection, MGA Mexico responds as

20  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

21  possession, custody or control, if any, that it is able to locate following a reasonably

22  diligent search.

23  REQUEST FOR PRODUCTION NO. 244:

24          All DOCUMENTS, including but not limited to all COMMUNICATIONS

25  with any PERSON, RELATING to any loss, harm, injury, increased expense, lost

26  revenue or profits, or any other damage caused to YOU by MATTEL allegedly

27  "gaining access, or attempt[ing] to gain access, to MGA showrooms, Plan-o-Grams,

28  merchandising displays [and] Toy Fair displays on false pretenses."

EXHIBIT __4__
PAGE __174__

RESPONSE TO REQUEST FOR PRODUCTION NO. 244:

MGA Mexico incorporates by reference its General Response and General Objections above, as though fully set forth herein and specifically incorporates General Objection No. 15 (regarding Definitions), including without limitation MGA Mexico's objection to the definition of the term YOU, and its incorporated term PERSON. MGA Mexico further objects to the request to the extent it seeks the production of documents that are protected from disclosure under any applicable privilege, doctrine or immunity, including without limitation the attorney-client privilege, the work product doctrine, the right of privacy, and all other privileges recognized under the constitutional, statutory or decisional law of the United States of America, the State of California or any other applicable jurisdiction, including, but not limited to, such laws existing in the United Mexican States. MGA Mexico further objects to this request as being overly broad and unduly burdensome on the grounds that it is not limited in time or geographical scope. MGA Mexico further objects to this request on the grounds that the phrase "[a]ll DOCUMENTS, including but not limited to all COMMUNICATIONS with any PERSON, RELATING TO" does not comply with the "reasonable particularity" requirement of Federal Rule of Civil Procedure 34 and renders the request overly broad and unduly burdensome in light of "the wealth of material already made available in this case." Westhemeco Ltd. v. New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979). MGA Mexico further objects that the phrases "any loss, harm, injury, increased expense, lost revenue or profits, or any other damage" and "'gaining access, or attempt[ing] to gain access, to MGA showrooms, Plan-o-Grams, merchandising displays [and] Toy Fair displays on false pretenses,'" both individually and taken together, are compound and, as such, render the request vague, ambiguous, and unintelligible. MGA Mexico further objects to the request to the extent that it seeks documents that by reason of public filing, public distribution or otherwise are already in Mattel's possession or are readily accessible to Mattel. MGA Mexico further objects to the

404

EXHIBIT __4__
PAGE __775__

1  request to the extent that it seeks documents not in MGA Mexico's possession,

2  custody or control. MGA Mexico further objects to the request to the extent it seeks

3  confidential, proprietary or commercially sensitive information, the disclosure of

4  which would be inimical to the business interests of MGA Mexico or MGA. MGA

5  Mexico further objects to the request to the extent it violates the privacy rights of

6  third parties to their private, confidential, proprietary or trade secret information.

7      MGA Mexico further objects to this request as cumulative, duplicative, and

8  unduly burdensome to the extent that it seeks documents previously requested by

9  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

10  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

11  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

12  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

13  Set of Requests for Production of Documents and Things to Isaac Larian and

14  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

15  Documents and Things to MGAE de Mexico S.R.L. de C.V.

16      Without waiving any of the foregoing General or Specific Objections, but

17  rather expressly preserving each and every such objection, MGA Mexico responds as

18  follows: MGA Mexico will produce all non-privileged, responsive documents in its

19  possession, custody or control, if any, that it is able to locate following a reasonably

20  diligent search.

21  REQUEST FOR PRODUCTION NO. 245:

22      All DOCUMENTS that REFER OR RELATE TO any contracts or agreements

23  that REFER OR RELATE TO any MGA Plan-o-Grams and merchandising displays

24  to which MATTEL allegedly gained access or attempted to gain access.

25  RESPONSE TO REQUEST FOR PRODUCTION NO. 245:

26      MGA Mexico incorporates by reference its General Response and General

27  Objections above, as though fully set forth herein. MGA Mexico further objects to

28  the request to the extent it seeks the production of documents that are protected from

405

EXHIBIT __4__
PAGE __776__

1  disclosure under any applicable privilege, doctrine or immunity, including without
2  limitation the attorney-client privilege, the work product doctrine, the right of
3  privacy, and all other privileges recognized under the constitutional, statutory or
4  decisional law of the United States of America, the State of California or any other
5  applicable jurisdiction, including, but not limited to, such laws existing in the United
6  Mexican States.  MGA Mexico further objects to this request as being overly broad
7  and unduly burdensome on the grounds that it is not limited in time or geographical
8  scope.  MGA Mexico further objects to this request on the grounds that the phrase
9  "[a]ll DOCUMENTS that REFER OR RELATE TO" does not comply with the
10  "reasonable particularity" requirement of Federal Rule of Civil Procedure 34 and
11  renders the request overly broad and unduly burdensome in light of "the wealth of
12  material already made available in this case." Westhemeco Ltd. v. New Hampshire
13  Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA Mexico further objects that the
14  phrases "any contracts or agreements" and "any MGA Plan-o-Grams and
15  merchandising displays to which MATTEL allegedly gained access or attempted to
16  gain access" are, both individually and taken together, compound and, as such,
17  render the request vague, ambiguous, and unintelligible.  MGA Mexico further
18  objects to the request to the extent that it seeks documents that by reason of public
19  filing, public distribution or otherwise are already in Mattel's possession or are
20  readily accessible to Mattel.  MGA Mexico further objects to the request to the
21  extent that it seeks documents not in MGA Mexico's possession, custody or control.
22  MGA Mexico further objects to the request to the extent it seeks confidential,
23  proprietary or commercially sensitive information, the disclosure of which would be
24  inimical to the business interests of MGA Mexico or MGA.  MGA Mexico further
25  objects to the request to the extent it violates the privacy rights of third parties to
26  their private, confidential, proprietary or trade secret information.
27        MGA Mexico further objects to this request as cumulative, duplicative, and
28  unduly burdensome to the extent that it seeks documents previously requested by

EXHIBIT __4__
PAGE __777__

1  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

2  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

3  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

4  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

5  Set of Requests for Production of Documents and Things to Isaac Larian and

6  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

7  Documents and Things to MGAE de Mexico S.R.L. de C.V.

8      Without waiving any of the foregoing General or Specific Objections, but

9  rather expressly preserving each and every such objection, MGA Mexico responds as

10  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

11  possession, custody or control, if any, that it is able to locate following a reasonably

12  diligent search.

13  REQUEST FOR PRODUCTION NO. 246:

14      All DOCUMENTS that depict any MGA Plan-o-Grams, merchandising

15  displays or Toy Fair displays to which MATTEL allegedly gained access or

16  attempted to gain access.

17  RESPONSE TO REQUEST FOR PRODUCTION NO. 246:

18      MGA Mexico incorporates by reference its General Response and General

19  Objections above, as though fully set forth herein.  MGA Mexico further objects to

20  the request to the extent it seeks the production of documents that are protected from

21  disclosure under any applicable privilege, doctrine or immunity, including without

22  limitation the attorney-client privilege, the work product doctrine, the right of

23  privacy, and all other privileges recognized under the constitutional, statutory or

24  decisional law of the United States of America, the State of California or any other

25  applicable jurisdiction, including, but not limited to, such laws existing in the United

26  Mexican States.  MGA Mexico further objects to this request as being overly broad

27  and unduly burdensome on the grounds that it is not limited in time or geographical

28  scope.  MGA Mexico further objects to this request on the grounds that the phrase

EXHIBIT _4_
PAGE _718_

1 | "[a]ll DOCUMENTS" does not comply with the "reasonable particularity"
2 | requirement of Federal Rule of Civil Procedure 34 and renders the request overly
3 | broad and unduly burdensome in light of "the wealth of material already made
4 | available in this case." <u>Westhemeco Ltd. v. New Hampshire Ins. Co.</u>, 82 F.R.D. 702,
5 | 709 (S.D.N.Y. 1979).  MGA Mexico further objects that the phrases "any MGA
6 | Plan-o-Grams, merchandising displays or Toy Fair displays" and "gained access or
7 | attempted to gain access," are, both individually and taken together, compound and,
8 | as such, render the request vague, ambiguous, and unintelligible.  MGA Mexico
9 | further objects to the request to the extent that it seeks documents that by reason of
10 | public filing, public distribution or otherwise are already in Mattel's possession or
11 | are readily accessible to Mattel.  MGA Mexico further objects to the request to the
12 | extent that it seeks documents not in MGA Mexico's possession, custody or control.
13 | MGA Mexico further objects to the request to the extent it seeks confidential,
14 | proprietary or commercially sensitive information, the disclosure of which would be
15 | inimical to the business interests of MGA Mexico or MGA.  MGA Mexico further
16 | objects to the request to the extent it violates the privacy rights of third parties to
17 | their private, confidential, proprietary or trade secret information.

18 | MGA Mexico further objects to this request as cumulative, duplicative, and
19 | unduly burdensome to the extent that it seeks documents previously requested by
20 | Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response
21 | to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100
22 | in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible
23 | Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First
24 | Set of Requests for Production of Documents and Things to Isaac Larian and
25 | Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of
26 | Documents and Things to MGAE de Mexico S.R.L. de C.V.

27 | Without waiving any of the foregoing General or Specific Objections, but
28 | rather expressly preserving each and every such objection, MGA Mexico responds as

EXHIBIT __4__
PAGE __779__

1    follows:  MGA Mexico will produce all non-privileged, responsive documents in its

2    possession, custody or control, if any, that it is able to locate following a reasonably

3    diligent search.

4    <u>REQUEST FOR PRODUCTION NO. 247:</u>

5        All COMMUNICATIONS between YOU and any retailer, distributor,

6    exhibitor or any other PERSON, and all DOCUMENTS RELATING thereto, that

7    REFER OR RELATE TO any MGA Plan-o-Grams, merchandising displays or Toy

8    Fair displays to which MATTEL allegedly gained access or attempted to gain access.

9    <u>RESPONSE TO REQUEST FOR PRODUCTION NO. 247:</u>

10        MGA Mexico incorporates by reference its General Response and General

11    Objections above, as though fully set forth herein and specifically incorporates

12    General Objection No. 15 (regarding Definitions), including without limitation MGA

13    Mexico's objection to the definition of the term YOU, and its incorporated term

14    PERSON.  MGA Mexico further objects to the request to the extent it seeks the

15    production of documents that are protected from disclosure under any applicable

16    privilege, doctrine or immunity, including without limitation the attorney-client

17    privilege, the work product doctrine, the right of privacy, and all other privileges

18    recognized under the constitutional, statutory or decisional law of the United States

19    of America, the State of California or any other applicable jurisdiction, including, but

20    not limited to, such laws existing in the United Mexican States.  MGA Mexico

21    further objects to this request on the grounds that the phrase "[a]ll

22    COMMUNICATIONS" does not comply with the "reasonable particularity"

23    requirement of Federal Rule of Civil Procedure 34 and renders the request overly

24    broad and unduly burdensome in light of "the wealth of material already made

25    available in this case."  <u>Westhemeco Ltd. v. New Hampshire Ins. Co.</u>, 82 F.R.D. 702,

26    709 (S.D.N.Y. 1979).  MGA Mexico further objects to this request as being overly

27    broad and unduly burdensome on the grounds that it is not limited in time or

28    geographical scope.  MGA Mexico further objects that the phrases "any MGA Plan-

EXHIBIT ___4___
PAGE ___780___

1   o-Grams, merchandising displays or Toy Fair displays" and "gained access or

2   attempted to gain access," both individually and taken together, are compound and,

3   as such, render the request vague, ambiguous, and unintelligible.  MGA Mexico

4   further objects to the request to the extent that it seeks documents that by reason of

5   public filing, public distribution or otherwise are already in Mattel's possession or

6   are readily accessible to Mattel.  MGA Mexico further objects to the request to the

7   extent that it seeks documents not in MGA Mexico's possession, custody or control.

8   MGA Mexico further objects to the request to the extent it seeks confidential,

9   proprietary or commercially sensitive information, the disclosure of which would be

10   inimical to the business interests of MGA Mexico or MGA.  MGA Mexico further

11   objects to the request to the extent it violates the privacy rights of third parties to

12   their private, confidential, proprietary or trade secret information.

13          MGA Mexico further objects to this request as cumulative, duplicative, and

14   unduly burdensome to the extent that it seeks documents previously requested by

15   Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

16   to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

17   in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

18   Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

19   Set of Requests for Production of Documents and Things to Isaac Larian and

20   Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

21   Documents and Things to MGAE de Mexico S.R.L. de C.V.

22          Without waiving any of the foregoing General or Specific Objections, but

23   rather expressly preserving each and every such objection, MGA Mexico responds as

24   follows:  MGA Mexico will produce all non-privileged, responsive documents in its

25   possession, custody or control, if any, that it is able to locate following a reasonably

26   diligent search.

27

28

EXHIBIT  4

PAGE  781

1 | REQUEST FOR PRODUCTION NO. 248:

2 |        All COMMUNICATIONS between YOU and any retailer, distributor,

3 | exhibitor or any other PERSON, and all DOCUMENTS RELATING thereto, that

4 | REFER OR RELATE TO any access gained or attempted access sought by

5 | MATTEL to Plan-o-Grams and merchandising displays.

6 | RESPONSE TO REQUEST FOR PRODUCTION NO. 248:

7 |        MGA Mexico incorporates by reference its General Response and General

8 | Objections above, as though fully set forth herein and specifically incorporates

9 | General Objection No. 15 (regarding Definitions), including without limitation MGA

10 | Mexico's objection to the definition of the terms YOU, and its incorporated term

11 | PERSON.  MGA Mexico further objects to the request to the extent it seeks the

12 | production of documents that are protected from disclosure under any applicable

13 | privilege, doctrine or immunity, including without limitation the attorney-client

14 | privilege, the work product doctrine, the right of privacy, and all other privileges

15 | recognized under the constitutional, statutory or decisional law of the United States

16 | of America, the State of California or any other applicable jurisdiction, including, but

17 | not limited to, such laws existing in the United Mexican States.  MGA Mexico

18 | further objects to this request as being overly broad and unduly burdensome on the

19 | grounds that it is not limited in time or geographical scope.  MGA Mexico further

20 | objects to this request on the grounds that the phrase "[a]ll COMMUNICATIONS"

21 | does not comply with the "reasonable particularity" requirement of Federal Rule of

22 | Civil Procedure 34 and renders the request overly broad and unduly burdensome in

23 | light of "the wealth of material already made available in this case."  Westhemeco

24 | Ltd. v. New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA

25 | Mexico further objects that the phrases "any retailer, distributor, exhibitor or any

26 | other PERSON, and all DOCUMENTS RELATING thereto," and "any access

27 | gained or attempted access sought by MATTEL to Plan-o-Grams and merchandising

28 | displays," both individually and taken together, are compound and, as such, render

EXHIBIT __4__
PAGE __782__

1   the request vague, ambiguous, and unintelligible.  MGA Mexico further objects to

2   the request to the extent that it seeks documents that by reason of public filing,

3   public distribution or otherwise are already in Mattel's possession or are readily

4   accessible to Mattel.  MGA Mexico further objects to the request to the extent that it

5   seeks documents not in MGA Mexico's possession, custody or control.  MGA

6   Mexico further objects to the request to the extent it seeks confidential, proprietary

7   or commercially sensitive information, the disclosure of which would be inimical to

8   the business interests of MGA Mexico or MGA.  MGA Mexico further objects to the

9   request to the extent it violates the privacy rights of third parties to their private,

10  confidential, proprietary or trade secret information.

11          MGA Mexico further objects to this request as cumulative, duplicative, and

12  unduly burdensome to the extent that it seeks documents previously requested by

13  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

14  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

15  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

16  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

17  Set of Requests for Production of Documents and Things to Isaac Larian and

18  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

19  Documents and Things to MGAE de Mexico S.R.L. de C.V.

20          Without waiving any of the foregoing General or Specific Objections, but

21  rather expressly preserving each and every such objection, MGA Mexico responds as

22  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

23  possession, custody or control, if any, that it is able to locate following a reasonably

24  diligent search.

25  REQUEST FOR PRODUCTION NO. 249:

26          All DOCUMENTS, including but not limited to all COMMUNICATIONS

27  with any PERSON, RELATING to YOU gaining access, or attempting to gain

28

1   access, to MATTEL showrooms, Plan-o-Grams, merchandising displays or Toy Fair

2   displays, by using false pretenses.

3   RESPONSE TO REQUEST FOR PRODUCTION NO. 249:

4         MGA Mexico incorporates by reference its General Response and General

5   Objections above, as though fully set forth herein and specifically incorporates

6   General Objection No. 15 (regarding Definitions), including without limitation MGA

7   Mexico's objection to the definition of the term YOU, and its incorporated term

8   PERSON.  MGA Mexico further objects to the request to the extent it seeks the

9   production of documents that are protected from disclosure under any applicable

10   privilege, doctrine or immunity, including without limitation the attorney-client

11   privilege, the work product doctrine, the right of privacy, and all other privileges

12   recognized under the constitutional, statutory or decisional law of the United States

13   of America, the State of California or any other applicable jurisdiction, including, but

14   not limited to, such laws existing in the United Mexican States.  MGA Mexico

15   further objects to this request as being overly broad and unduly burdensome on the

16   grounds that it is not limited in time or geographical scope.  MGA Mexico further

17   objects to this request on the grounds that the phrase "[a]ll DOCUMENTS, including

18   but not limited to all COMMUNICATIONS with any PERSON, RELATING TO"

19   does not comply with the "reasonable particularity" requirement of Federal Rule of

20   Civil Procedure 34 and renders the request overly broad and unduly burdensome in

21   light of "the wealth of material already made available in this case." Westhemeco

22   Ltd. v. New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA

23   Mexico further objects that the phrases "YOU gaining access, or attempting to gain

24   access" and "MATTEL showrooms, Plan-o-Grams, merchandising displays or Toy

25   Fair displays" are, both individually and taken together, (1) accusatory and

26   argumentative such that MGA Mexico would have to respond to the allegations of

27   the request before providing any substantive response, see Zadrozny v. Board of

28   Trustees District No. 508, 1991 WL 66705, at *1 (N.D. Ill. April 24, 1991), and (2)

EXHIBIT __4__
PAGE __784__

1  compound, rendering the request vague, ambiguous, and unintelligible.  MGA

2  Mexico further objects to the request to the extent that it seeks documents that by

3  reason of public filing, public distribution or otherwise are already in Mattel's

4  possession or are readily accessible to Mattel.  MGA Mexico further objects to the

5  request to the extent that it seeks documents not in MGA Mexico's possession,

6  custody or control.  MGA Mexico further objects to the request to the extent it seeks

7  confidential, proprietary or commercially sensitive information, the disclosure of

8  which would be inimical to the business interests of MGA Mexico or MGA.  MGA

9  Mexico further objects to the request to the extent it violates the privacy rights of

10 third parties to their private, confidential, proprietary or trade secret information.

11         MGA Mexico further objects to this request as cumulative, duplicative, and

12 unduly burdensome to the extent that it seeks documents previously requested by

13 Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

14 to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

15 in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

16 Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

17 Set of Requests for Production of Documents and Things to Isaac Larian and

18 Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

19 Documents and Things to MGAE de Mexico S.R.L. de C.V.

20 REQUEST FOR PRODUCTION NO. 250:

21         All DOCUMENTS, including but not limited to all COMMUNICATIONS

22 with any PERSON, that REFER OR RELATE TO YOUR gaining access, or

23 attempting to gain access, to MATTEL showrooms, Plan-o-Grams, merchandising

24 displays or Toy Fair displays by using any covert, improper or wrongful means or

25 methods, other than false pretenses, including but not limited to, how and when you

26 gained access, or attempted to gain access, to MATTEL showrooms, Plan-o-Grams,

27 merchandising displays or Toy Fair displays.

28

1  RESPONSE TO REQUEST FOR PRODUCTION NO. 250:

2      MGA Mexico incorporates by reference its General Response and General

3  Objections above, as though fully set forth herein and specifically incorporates

4  General Objection No. 15 (regarding Definitions), including without limitation MGA

5  Mexico's objection to the definition of the term YOU, and its incorporated term

6  PERSON.  MGA Mexico further objects to the request to the extent it seeks the

7  production of documents that are protected from disclosure under any applicable

8  privilege, doctrine or immunity, including without limitation the attorney-client

9  privilege, the work product doctrine, the right of privacy, and all other privileges

10  recognized under the constitutional, statutory or decisional law of the United States

11  of America, the State of California or any other applicable jurisdiction, including, but

12  not limited to, such laws existing in the United Mexican States.  MGA Mexico

13  further objects to this request as being overly broad and unduly burdensome on the

14  grounds that it is not limited in time or geographical scope.  MGA Mexico further

15  objects to this request on the grounds that the phrase "[a]ll DOCUMENTS, including

16  but not limited to all COMMUNICATIONS with any PERSON, THAT REFER OR

17  RELATE TO" does not comply with the "reasonable particularity" requirement of

18  Federal Rule of Civil Procedure 34 and renders the request overly broad and unduly

19  burdensome in light of "the wealth of material already made available in this case."

20  Westhemeco Ltd. v. New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).

21  MGA Mexico further objects on the ground that the phrases "YOUR gaining access,

22  or attempting to gain access," "to MATTEL showrooms, Plan-o-Grams,

23  merchandising displays or Toy Fair displays," "by using any covert, improper or

24  wrongful means or methods, other than false pretenses," "including but not limited to,

25  how and when you gained access, or attempted to gain access," and "to MATTEL

26  showrooms, Plan-o-Grams, merchandising displays or Toy Fair displays" are, both

27  individually and taken together, (1) accusatory and argumentative such that MGA

28  Mexico would have to respond to the allegations of the request before providing any

EXHIBIT ___4___
PAGE ___786___

1  substantive response, see Zadrozny v. Board of Trustees District No. 508, 1991 WL
2  66705, at *1 (N.D. Ill. April 24, 1991), and (2) compound, rendering the request
3  vague, ambiguous, and unintelligible.  MGA Mexico further objects to the request to
4  the extent that it seeks documents that by reason of public filing, public distribution
5  or otherwise are already in Mattel's possession or are readily accessible to Mattel.
6  MGA Mexico further objects to the request to the extent that it seeks documents not
7  in MGA Mexico's possession, custody or control.  MGA Mexico further objects to
8  the request to the extent it seeks confidential, proprietary or commercially sensitive
9  information, the disclosure of which would be inimical to the business interests of
10  MGA Mexico or MGA.  MGA Mexico further objects to the request to the extent it
11  violates the privacy rights of third parties to their private, confidential, proprietary or
12  trade secret information.

13       MGA Mexico further objects to this request as cumulative, duplicative, and
14  unduly burdensome to the extent that it seeks documents previously requested by
15  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response
16  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100
17  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible
18  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First
19  Set of Requests for Production of Documents and Things to Isaac Larian and
20  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of
21  Documents and Things to MGAE de Mexico S.R.L. de C.V.
22  REQUEST FOR PRODUCTION NO. 251:
23       DOCUMENTS sufficient to IDENTIFY all PERSONS who acquired
24  knowledge of the contents of MATTEL'S showrooms, Plan-o-Grams, merchandising
25  displays or Toy Fairs, as a result of any action taken by YOU, on YOUR behalf or at
26  YOUR request.
27
28

EXHIBIT ___4___
PAGE ___781___

RESPONSE TO REQUEST FOR PRODUCTION NO. 251:

MGA Mexico incorporates by reference its General Response and General Objections above, as though fully set forth herein and specifically incorporates General Objection No. 15 (regarding Definitions), including without limitation MGA Mexico's objection to the definition of the term YOU, and its incorporated term PERSON. MGA Mexico further objects to the request to the extent it seeks the production of documents that are protected from disclosure under any applicable privilege, doctrine or immunity, including without limitation the attorney-client privilege, the work product doctrine, the right of privacy, and all other privileges recognized under the constitutional, statutory or decisional law of the United States of America, the State of California or any other applicable jurisdiction, including, but not limited to, such laws existing in the United Mexican States. MGA Mexico further objects to this request as being overly broad and unduly burdensome on the grounds that it is not limited in time or geographical scope. MGA Mexico further objects on the ground that the phrases "showrooms, Plan-o-Grams, merchandising displays or Toy Fairs" and "any action taken by YOU, on YOUR behalf or at YOUR request " are, both individually and taken together, (1) accusatory and argumentative such that MGA Mexico would have to respond to the allegations of the request before providing any substantive response, see Zadrozny v. Board of Trustees District No. 508, 1991 WL 66705, at *1 (N.D. Ill. April 24, 1991), and (2) compound, rendering the request vague, ambiguous, and unintelligible. MGA Mexico further objects to the request to the extent that it seeks documents that by reason of public filing, public distribution or otherwise are already in Mattel's possession or are readily accessible to Mattel. MGA Mexico further objects to the request to the extent that it seeks documents not in MGA Mexico's possession, custody or control. MGA Mexico further objects to the request to the extent it seeks confidential, proprietary or commercially sensitive information, the disclosure of which would be inimical to the business interests of MGA Mexico or MGA. MGA Mexico further

417

EXHIBIT ___4___
PAGE ___788___

1  objects to the request to the extent it violates the privacy rights of third parties to

2  their private, confidential, proprietary or trade secret information.

3  REQUEST FOR PRODUCTION NO. 252:

4       All DOCUMENTS, including but not limited to all COMMUNICATIONS

5  with any PERSON, that REFER OR RELATE TO YOUR use of, or disclosure to

6  third parties of, the contents of MATTEL'S showrooms, Plan-o-Grams,

7  merchandising displays or Toy Fairs.

8  RESPONSE TO REQUEST FOR PRODUCTION NO. 252:

9       MGA Mexico incorporates by reference its General Response and General

10 Objections above, as though fully set forth herein and specifically incorporates

11 General Objection No. 15 (regarding Definitions), including without limitation MGA

12 Mexico's objection to the definition of the term YOUR, and its incorporated term

13 PERSON.  MGA Mexico further objects to the request to the extent it seeks the

14 production of documents that are protected from disclosure under any applicable

15 privilege, doctrine or immunity, including without limitation the attorney-client

16 privilege, the work product doctrine, the right of privacy, and all other privileges

17 recognized under the constitutional, statutory or decisional law of the United States

18 of America, the State of California or any other applicable jurisdiction, including, but

19 not limited to, such laws existing in the United Mexican States.  MGA Mexico

20 further objects to this request as being overly broad and unduly burdensome on the

21 grounds that it is not limited in time or geographical scope.  MGA Mexico further

22 objects to this request on the grounds that the phrase "[a]ll DOCUMENTS, including

23 but not limited to all COMMUNICATIONS with any PERSON, THAT REFER OR

24 RELATE TO" does not comply with the "reasonable particularity" requirement of

25 Federal Rule of Civil Procedure 34 and renders the request overly broad and unduly

26 burdensome in light of "the wealth of material already made available in this case."

27 Westhemeco Ltd. v. New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).

28 MGA Mexico further objects that the phrases "YOUR use of, or disclosure to third

418

EXHIBIT __4__
PAGE __789__

1   parties of" and "the contents of MATTEL'S showrooms, Plan-o-Grams,

2   merchandising displays or Toy Fairs," both individually and taken together, are (1)

3   accusatory and argumentative such that MGA Mexico would have to respond to the

4   allegations of the request before providing any substantive response, see Zadrozny v.

5   Board of Trustees District No. 508, 1991 WL 66705, at *1 (N.D. Ill. April 24, 1991),

6   and (2) compound, rendering the request vague, ambiguous, and unintelligible.

7   MGA Mexico further objects to the request to the extent that it seeks documents that

8   by reason of public filing, public distribution or otherwise are already in Mattel's

9   possession or are readily accessible to Mattel.  MGA Mexico further objects to the

10   request to the extent that it seeks documents not in MGA Mexico's possession,

11   custody or control.  MGA Mexico further objects to the request to the extent it seeks

12   confidential, proprietary or commercially sensitive information, the disclosure of

13   which would be inimical to the business interests of MGA Mexico or MGA.  MGA

14   Mexico further objects to the request to the extent it violates the privacy rights of

15   third parties to their private, confidential, proprietary or trade secret information.

16   REQUEST FOR PRODUCTION NO. 253:

17          All DOCUMENTS, including but not limited to all COMMUNICATIONS

18   with any PERSON, that REFER OR RELATE TO YOUR allegation that MATTEL

19   "wrongfully obtain[ed] MGA's costs and sales information through Mattel-employed

20   category managers at retailers."

21   RESPONSE TO REQUEST FOR PRODUCTION NO. 253:

22          MGA Mexico incorporates by reference its General Response and General

23   Objections above, as though fully set forth herein and specifically incorporates

24   General Objection No. 15 (regarding Definitions), including without limitation MGA

25   Mexico's objection to the definition of the term YOUR, and its incorporated term

26   PERSON.  MGA Mexico further objects to the request to the extent it seeks the

27   production of documents that are protected from disclosure under any applicable

28   privilege, doctrine or immunity, including without limitation the attorney-client

419

1  privilege, the work product doctrine, the right of privacy, and all other privileges

2  recognized under the constitutional, statutory or decisional law of the United States

3  of America, the State of California or any other applicable jurisdiction, including, but

4  not limited to, such laws existing in the United Mexican States.  MGA Mexico

5  further objects to this request as being overly broad and unduly burdensome on the

6  grounds that it is not limited in time or geographical scope.  MGA Mexico further

7  objects to this request on the grounds that the phrase "[a]ll DOCUMENTS, including

8  but not limited to all COMMUNICATIONS with any PERSON, that REFER OR

9  RELATE TO" does not comply with the "reasonable particularity" requirement of

10  Federal Rule of Civil Procedure 34 and renders the request overly broad and unduly

11  burdensome in light of "the wealth of material already made available in this case."

12  Westhemeco Ltd. v. New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).

13  MGA Mexico further objects to the request to the extent that it seeks documents that

14  by reason of public filing, public distribution or otherwise are already in Mattel's

15  possession or are readily accessible to Mattel.  MGA Mexico further objects to the

16  request to the extent that it seeks documents not in MGA Mexico's possession,

17  custody or control.  MGA Mexico further objects to the request to the extent it seeks

18  confidential, proprietary or commercially sensitive information, the disclosure of

19  which would be inimical to the business interests of MGA Mexico or MGA.  MGA

20  Mexico further objects to the request to the extent it violates the privacy rights of

21  third parties to their private, confidential, proprietary or trade secret information.

22      MGA Mexico further objects to this request as cumulative, duplicative, and

23  unduly burdensome to the extent that it seeks documents previously requested by

24  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

25  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

26  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

27  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

28  Set of Requests for Production of Documents and Things to Isaac Larian and

1  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

2  Documents and Things to MGAE de Mexico S.R.L. de C.V.

3      Without waiving any of the foregoing General or Specific Objections, but

4  rather expressly preserving each and every such objection, MGA Mexico responds as

5  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

6  possession, custody or control, if any, that it is able to locate following a reasonably

7  diligent search.

8  REQUEST FOR PRODUCTION NO. 254:

9      All DOCUMENTS, including but not limited to all COMMUNICATIONS

10  with any PERSON, that YOU contend prove or that YOU will rely on at trial to

11  prove that MATTEL "wrongfully obtain[ed] MGA's costs and sales information

12  through Mattel-employed category managers at retailers."

13  RESPONSE TO REQUEST FOR PRODUCTION NO. 254:

14      MGA Mexico incorporates by reference its General Response and General

15  Objections above, as though fully set forth herein and specifically incorporates

16  General Objection No. 15 (regarding Definitions), including without limitation MGA

17  Mexico's objection to the definition of the term YOU, and its incorporated term

18  PERSON.  MGA Mexico further objects to the request to the extent it seeks the

19  production of documents that are protected from disclosure under any applicable

20  privilege, doctrine or immunity, including without limitation the attorney-client

21  privilege, the work product doctrine, the right of privacy, and all other privileges

22  recognized under the constitutional, statutory or decisional law of the United States

23  of America, the State of California or any other applicable jurisdiction, including, but

24  not limited to, such laws existing in the United Mexican States.  MGA Mexico

25  further objects to this request as being overly broad and unduly burdensome on the

26  grounds that it is not limited in time or geographical scope.  MGA Mexico further

27  objects to this request on the grounds that the phrase "[a]ll DOCUMENTS, including

28  but not limited to all COMMUNICATIONS with any PERSON" does not comply

EXHIBIT __4__
PAGE __792__

1   with the "reasonable particularity" requirement of Federal Rule of Civil Procedure 34
2   and renders the request overly broad and unduly burdensome in light of "the wealth
3   of material already made available in this case." Westhemeco Ltd. v. New
4   Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA Mexico further
5   objects that the phrase "that YOU contend prove or that YOU will rely on at trial to
6   prove" is compound and, as such, renders the request vague, ambiguous, and
7   unintelligible.  MGA Mexico further objects to the request to the extent that it seeks
8   documents that by reason of public filing, public distribution or otherwise are already
9   in Mattel's possession or are readily accessible to Mattel.  MGA Mexico further
10  objects to the request to the extent that it seeks documents not in MGA Mexico's
11  possession, custody or control.  MGA Mexico further objects to the request to the
12  extent it seeks confidential, proprietary or commercially sensitive information, the
13  disclosure of which would be inimical to the business interests of MGA Mexico or
14  MGA.  MGA Mexico further objects to the request to the extent it violates the
15  privacy rights of third parties to their private, confidential, proprietary or trade secret
16  information.
17         MGA Mexico further objects to this request as cumulative, duplicative, and
18  unduly burdensome to the extent that it seeks documents previously requested by
19  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response
20  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100
21  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible
22  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First
23  Set of Requests for Production of Documents and Things to Isaac Larian and
24  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of
25  Documents and Things to MGAE de Mexico S.R.L. de C.V.
26         Without waiving any of the foregoing General or Specific Objections, but
27  rather expressly preserving each and every such objection, MGA Mexico responds as
28  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

EXHIBIT __4__
PAGE __793__

1  possession, custody or control, if any, that it is able to locate following a reasonably
2  diligent search.
3  REQUEST FOR PRODUCTION NO. 255:
4       DOCUMENTS sufficient to IDENTIFY all PERSONS with knowledge of
5  YOUR allegation that MATTEL "wrongfully obtain[ed] MGA's costs and sales
6  information through Mattel-employed category managers at retailers."
7  RESPONSE TO REQUEST FOR PRODUCTION NO. 255:
8       MGA Mexico incorporates by reference its General Response and General
9  Objections above, as though fully set forth herein and specifically incorporates
10 General Objection No. 15 (regarding Definitions), including without limitation MGA
11 Mexico's objection to the definition of the term YOUR, and its incorporated term
12 PERSON.  MGA Mexico further objects to the request to the extent it seeks the
13 production of documents that are protected from disclosure under any applicable
14 privilege, doctrine or immunity, including without limitation the attorney-client
15 privilege, the work product doctrine, the right of privacy, and all other privileges
16 recognized under the constitutional, statutory or decisional law of the United States
17 of America, the State of California or any other applicable jurisdiction, including, but
18 not limited to, such laws existing in the United Mexican States.  MGA Mexico
19 further objects to this request as being overly broad and unduly burdensome on the
20 grounds that it is not limited in time or geographical scope.  MGA Mexico further
21 objects to this request on the grounds that the phrase "all PERSONS with knowledge
22 of YOUR allegation" renders the request vague, ambiguous, overly broad and unduly
23 burdensome in that anyone who has read MGA Mexico's Answer in this matter has
24 "knowledge of [MGA Mexico's] allegation," without regard to whether the factual
25 basis for the allegation is known to them.  MGA Mexico further objects to the
26 request to the extent that it seeks documents that by reason of public filing, public
27 distribution or otherwise are already in Mattel's possession or are readily accessible
28 to Mattel.  MGA Mexico further objects to the request to the extent that it seeks

1  documents not in MGA Mexico's possession, custody or control.  MGA Mexico

2  further objects to the request to the extent it seeks confidential, proprietary or

3  commercially sensitive information, the disclosure of which would be inimical to the

4  business interests of MGA Mexico or MGA.  MGA Mexico further objects to the

5  request to the extent it violates the privacy rights of third parties to their private,

6  confidential, proprietary or trade secret information.

7       MGA Mexico further objects to this request as cumulative, duplicative, and

8  unduly burdensome to the extent that it seeks documents previously requested by

9  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

10  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

11  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

12  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

13  Set of Requests for Production of Documents and Things to Isaac Larian and

14  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

15  Documents and Things to MGAE de Mexico S.R.L. de C.V.

16       Without waiving any of the foregoing General or Specific Objections, but

17  rather expressly preserving each and every such objection, MGA Mexico responds as

18  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

19  possession, custody or control, if any, that it is able to locate following a reasonably

20  diligent search.

21  REQUEST FOR PRODUCTION NO. 256:

22       DOCUMENTS describing all time periods during which MATTEL allegedly

23  "wrongfully obtain[ed] MGA's costs and sales information through Mattel-employed

24  category managers at retailers."

25  RESPONSE TO REQUEST FOR PRODUCTION NO. 256:

26       MGA Mexico incorporates by reference its General Response and General

27  Objections above, as though fully set forth herein.  MGA Mexico further objects to

28  the request to the extent it seeks the production of documents that are protected from

EXHIBIT __4__
PAGE __795__

1  disclosure under any applicable privilege, doctrine or immunity, including without

2  limitation the attorney-client privilege, the work product doctrine, the right of

3  privacy, and all other privileges recognized under the constitutional, statutory or

4  decisional law of the United States of America, the State of California or any other

5  applicable jurisdiction, including, but not limited to, such laws existing in the United

6  Mexican States.  MGA Mexico further objects to this request as being overly broad

7  and unduly burdensome on the grounds that it is not limited in time or geographical

8  scope.  MGA Mexico further objects to this request on the grounds that the phrase

9  "DOCUMENTS describing all time periods during which" renders the request vague,

10  ambiguous, and unintelligible.  MGA Mexico further objects to the request to the

11  extent that it seeks documents that by reason of public filing, public distribution or

12  otherwise are already in Mattel's possession or are readily accessible to Mattel.

13  MGA Mexico further objects to the request to the extent that it seeks documents not

14  in MGA Mexico's possession, custody or control.  MGA Mexico further objects to

15  the request to the extent it seeks confidential, proprietary or commercially sensitive

16  information, the disclosure of which would be inimical to the business interests of

17  MGA Mexico or MGA.  MGA Mexico further objects to the request to the extent it

18  violates the privacy rights of third parties to their private, confidential, proprietary or

19  trade secret information.

20  　　　MGA Mexico further objects to this request as cumulative, duplicative, and

21  unduly burdensome to the extent that it seeks documents previously requested by

22  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

23  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

24  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

25  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

26  Set of Requests for Production of Documents and Things to Isaac Larian and

27  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

28  Documents and Things to MGAE de Mexico S.R.L. de C.V.