EXHIBIT __4__
PAGE ___796___

1    Without waiving any of the foregoing General or Specific Objections, but

2    rather expressly preserving each and every such objection, MGA Mexico responds as

3    follows:  MGA Mexico will produce all non-privileged, responsive documents in its

4    possession, custody or control, if any, that it is able to locate following a reasonably

5    diligent search.

6    REQUEST FOR PRODUCTION NO. 257:

7        DOCUMENTS sufficient to IDENTIFY the MGA "costs and sales

8    information" that MATTEL allegedly "wrongfully obtain[ed] ... through Mattel-

9    employed category managers at retailers."

10   RESPONSE TO REQUEST FOR PRODUCTION NO. 257:

11       MGA Mexico incorporates by reference its General Response and General

12   Objections above, as though fully set forth herein.  MGA Mexico further objects to

13   the request to the extent it seeks the production of documents that are protected from

14   disclosure under any applicable privilege, doctrine or immunity, including without

15   limitation the attorney-client privilege, the work product doctrine, the right of

16   privacy, and all other privileges recognized under the constitutional, statutory or

17   decisional law of the United States of America, the State of California or any other

18   applicable jurisdiction, including, but not limited to, such laws existing in the United

19   Mexican States.  MGA Mexico further objects to this request as being overly broad

20   and unduly burdensome on the grounds that it is not limited in geographical scope.

21   MGA Mexico further objects to the request to the extent that it seeks documents that

22   by reason of public filing, public distribution or otherwise are already in Mattel's

23   possession or are readily accessible to Mattel.  MGA Mexico further objects to the

24   request to the extent that it seeks documents not in MGA Mexico's possession,

25   custody or control.  MGA Mexico further objects to the request to the extent it seeks

26   confidential, proprietary or commercially sensitive information, the disclosure of

27   which would be inimical to the business interests of MGA Mexico or MGA.  MGA

28

MGA MEXICO'S RESPONSE TO MATTEL'S 2D SET OF REQUESTS FOR DOCS.   Case No. CV-04-9049 SGL

EXHIBIT ___4___
PAGE ___797___

1  Mexico further objects to the request to the extent it violates the privacy rights of

2  third parties to their private, confidential, proprietary or trade secret information.

3       MGA Mexico further objects to this request as cumulative, duplicative, and

4  unduly burdensome to the extent that it seeks documents previously requested by

5  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

6  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

7  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

8  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

9  Set of Requests for Production of Documents and Things to Isaac Larian and

10  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

11  Documents and Things to MGAE de Mexico S.R.L. de C.V.

12       Without waiving any of the foregoing General or Specific Objections, but

13  rather expressly preserving each and every such objection, MGA Mexico responds as

14  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

15  possession, custody or control, if any, that it is able to locate following a reasonably

16  diligent search.

17  REQUEST FOR PRODUCTION NO. 258:

18       DOCUMENTS sufficient to IDENTIFY the "category managers" and

19  "retailers" from whom MATTEL allegedly "wrongfully obtain[ed] MGA's costs and

20  sales information."

21  RESPONSE TO REQUEST FOR PRODUCTION NO. 258:

22       MGA Mexico incorporates by reference its General Response and General

23  Objections above, as though fully set forth herein.  MGA Mexico further objects to

24  the request to the extent it seeks the production of documents that are protected from

25  disclosure under any applicable privilege, doctrine or immunity, including without

26  limitation the attorney-client privilege, the work product doctrine, the right of

27  privacy, and all other privileges recognized under the constitutional, statutory or

28  decisional law of the United States of America, the State of California or any other

EXHIBIT __4__
PAGE __798__

1   applicable jurisdiction, including, but not limited to, such laws existing in the United

2   Mexican States.  MGA Mexico further objects to this request as being overly broad

3   and unduly burdensome on the grounds that it is not limited in geographical scope.

4   MGA Mexico further objects to the request to the extent that it seeks documents that

5   by reason of public filing, public distribution or otherwise are already in Mattel's

6   possession or are readily accessible to Mattel.  MGA Mexico further objects to the

7   request to the extent that it seeks documents not in MGA Mexico's possession,

8   custody or control.  MGA Mexico further objects to the request to the extent it seeks

9   confidential, proprietary or commercially sensitive information, the disclosure of

10  which would be inimical to the business interests of MGA Mexico or MGA.  MGA

11  Mexico further objects to the request to the extent it violates the privacy rights of

12  third parties to their private, confidential, proprietary or trade secret information.

13      MGA Mexico further objects to this request as cumulative, duplicative, and

14  unduly burdensome to the extent that it seeks documents previously requested by

15  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

16  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

17  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

18  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

19  Set of Requests for Production of Documents and Things to Isaac Larian and

20  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

21  Documents and Things to MGAE de Mexico S.R.L. de C.V.

22      Without waiving any of the foregoing General or Specific Objections, but

23  rather expressly preserving each and every such objection, MGA Mexico responds as

24  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

25  possession, custody or control, if any, that it is able to locate following a reasonably

26  diligent search.

27

28

MGA MEXICO'S RESPONSE TO MATTEL'S 2D SET OF REQUESTS FOR DOCS.   Case No. CV-04-9049 SGL

EXHIBIT ___4___
PAGE ___799___

1   REQUEST FOR PRODUCTION NO. 259:

2          DOCUMENTS describing how MATTEL allegedly used the "wrongfully

3   obtain[ed] MGA[] costs and sales information."

4   RESPONSE TO REQUEST FOR PRODUCTION NO. 259:

5          MGA Mexico incorporates by reference its General Response and General

6   Objections above, as though fully set forth herein.  MGA Mexico further objects to

7   the request to the extent it seeks the production of documents that are protected from

8   disclosure under any applicable privilege, doctrine or immunity, including without

9   limitation the attorney-client privilege, the work product doctrine, the right of

10  privacy, and all other privileges recognized under the constitutional, statutory or

11  decisional law of the United States of America, the State of California or any other

12  applicable jurisdiction, including, but not limited to, such laws existing in the United

13  Mexican States.  MGA Mexico further objects to this request as being overly broad

14  and unduly burdensome on the grounds that it is not limited in geographical scope.

15  MGA Mexico further objects to the request to the extent that it seeks documents that

16  by reason of public filing, public distribution or otherwise are already in Mattel's

17  possession or are readily accessible to Mattel.  MGA Mexico further objects to the

18  request to the extent that it seeks documents not in MGA Mexico's possession,

19  custody or control.  MGA Mexico further objects to the request to the extent it seeks

20  confidential, proprietary or commercially sensitive information, the disclosure of

21  which would be inimical to the business interests of MGA Mexico or MGA.  MGA

22  Mexico further objects to the request to the extent it violates the privacy rights of

23  third parties to their private, confidential, proprietary or trade secret information.

24         MGA Mexico further objects to this request as cumulative, duplicative, and

25  unduly burdensome to the extent that it seeks documents previously requested by

26  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

27  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

28  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

429

EXHIBIT __4__
PAGE __800__

1  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

2  Set of Requests for Production of Documents and Things to Isaac Larian and

3  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

4  Documents and Things to MGAE de Mexico S.R.L. de C.V.

5       Without waiving any of the foregoing General or Specific Objections, but

6  rather expressly preserving each and every such objection, MGA Mexico responds as

7  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

8  possession, custody or control, if any, that it is able to locate following a reasonably

9  diligent search.

10  REQUEST FOR PRODUCTION NO. 260:

11       All DOCUMENTS that REFER OR RELATE TO the MGA "costs and sales

12  information " that MATTEL allegedly "wrongfully obtain[ed] ... through Mattel-

13  employed category managers at retailers."

14  RESPONSE TO REQUEST FOR PRODUCTION NO. 260:

15       MGA Mexico incorporates by reference its General Response and General

16  Objections above, as though fully set forth herein.  MGA Mexico further objects to

17  the request to the extent it seeks the production of documents that are protected from

18  disclosure under any applicable privilege, doctrine or immunity, including without

19  limitation the attorney-client privilege, the work product doctrine, the right of

20  privacy, and all other privileges recognized under the constitutional, statutory or

21  decisional law of the United States of America, the State of California or any other

22  applicable jurisdiction, including, but not limited to, such laws existing in the United

23  Mexican States.  MGA Mexico further objects to this request as being overly broad

24  and unduly burdensome on the grounds that it is not limited in time or geographical

25  scope.  MGA Mexico further objects to this request on the grounds that the phrase

26  "[a]ll DOCUMENTS that REFER OR RELATE TO" does not comply with the

27  "reasonable particularity" requirement of Federal Rule of Civil Procedure 34 and

28  renders the request overly broad and unduly burdensome in light of "the wealth of

EXHIBIT _4_
PAGE _801_

1 | material already made available in this case." Westhemeco Ltd. v. New Hampshire

2 | Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA Mexico further objects to the

3 | request to the extent that it seeks documents that by reason of public filing, public

4 | distribution or otherwise are already in Mattel's possession or are readily accessible

5 | to Mattel.  MGA Mexico further objects to the request to the extent that it seeks

6 | documents not in MGA Mexico's possession, custody or control.  MGA Mexico

7 | further objects to the request to the extent it seeks confidential, proprietary or

8 | commercially sensitive information, the disclosure of which would be inimical to the

9 | business interests of MGA Mexico or MGA.  MGA Mexico further objects to the

10 | request to the extent it violates the privacy rights of third parties to their private,

11 | confidential, proprietary or trade secret information.

12 |         MGA Mexico further objects to this request as cumulative, duplicative, and

13 | unduly burdensome to the extent that it seeks documents previously requested by

14 | Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

15 | to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

16 | in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

17 | Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

18 | Set of Requests for Production of Documents and Things to Isaac Larian and

19 | Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

20 | Documents and Things to MGAE de Mexico S.R.L. de C.V.

21 |         Without waiving any of the foregoing General or Specific Objections, but

22 | rather expressly preserving each and every such objection, MGA Mexico responds as

23 | follows:  MGA Mexico will produce all non-privileged, responsive documents in its

24 | possession, custody or control, if any, that it is able to locate following a reasonably

25 | diligent search.

26 | REQUEST FOR PRODUCTION NO. 261:

27 |         All DOCUMENTS showing what steps, if any, YOU took to preserve, protect

28 | and safeguard the confidentiality of the MGA "costs and sales information" that

431

EXHIBIT __4__
PAGE __802__

1  MATTEL allegedly "wrongfully obtain[ed] ... through Mattel-employed category

2  managers at retailers."

3  RESPONSE TO REQUEST FOR PRODUCTION NO. 261:

4       MGA Mexico incorporates by reference its General Response and General

5  Objections above, as though fully set forth herein and specifically incorporates

6  General Objection No. 15 (regarding Definitions), including without limitation MGA

7  Mexico's objection to the definition of the term YOU, and its incorporated term

8  PERSON.  MGA Mexico further objects to the request to the extent it seeks the

9  production of documents that are protected from disclosure under any applicable

10 privilege, doctrine or immunity, including without limitation the attorney-client

11 privilege, the work product doctrine, the right of privacy, and all other privileges

12 recognized under the constitutional, statutory or decisional law of the United States

13 of America, the State of California or any other applicable jurisdiction, including, but

14 not limited to, such laws existing in the United Mexican States.  MGA Mexico

15 further objects to this request as being overly broad and unduly burdensome on the

16 grounds that it is not limited in time or geographical scope.  MGA Mexico further

17 objects to this request on the grounds that the phrase "[a]ll DOCUMENTS" does not

18 comply with the "reasonable particularity" requirement of Federal Rule of Civil

19 Procedure 34 and renders the request overly broad and unduly burdensome in light of

20 "the wealth of material already made available in this case."  Westhemeco Ltd. v.

21 New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA Mexico

22 further objects that the phrase "preserve, protect and safeguard" is compound, and, as

23 such, renders the request vague, ambiguous and unintelligible.  MGA Mexico further

24 objects to the request to the extent that it seeks documents that by reason of public

25 filing, public distribution or otherwise are already in Mattel's possession or are

26 readily accessible to Mattel.  MGA Mexico further objects to the request to the

27 extent that it seeks documents not in MGA Mexico's possession, custody or control.

28 MGA Mexico further objects to the request to the extent it seeks confidential,

MGA MEXICO'S RESPONSE TO MATTEL'S 2D SET OF REQUESTS FOR DOCS.   Case No. CV-04-9049 SGL

EXHIBIT __4__
PAGE __803__

1   proprietary or commercially sensitive information, the disclosure of which would be

2   inimical to the business interests of MGA Mexico or MGA. MGA Mexico further

3   objects to the request to the extent it violates the privacy rights of third parties to

4   their private, confidential, proprietary or trade secret information.

5        Without waiving any of the foregoing General or Specific Objections, but

6   rather expressly preserving each and every such objection, MGA Mexico responds as

7   follows: MGA Mexico will produce all non-privileged, responsive documents in its

8   possession, custody or control, if any, that it is able to locate following a reasonably

9   diligent search.

10  REQUEST FOR PRODUCTION NO. 262:

11       All DOCUMENTS that show or tend to show that the MGA "costs and sales

12  information" that MATTEL allegedly "wrongfully obtain[ed] ... through Mattel-

13  employed category managers at retailers" derives independent economic value from

14  not being generally known to the public or other PERSONS who can obtain

15  economic value from its disclosure or use.

16  RESPONSE TO REQUEST FOR PRODUCTION NO. 262:

17       MGA Mexico incorporates by reference its General Response and General

18  Objections above, as though fully set forth herein. MGA Mexico further objects to

19  the request to the extent it seeks the production of documents that are protected from

20  disclosure under any applicable privilege, doctrine or immunity, including without

21  limitation the attorney-client privilege, the work product doctrine, the right of

22  privacy, and all other privileges recognized under the constitutional, statutory or

23  decisional law of the United States of America, the State of California or any other

24  applicable jurisdiction, including, but not limited to, such laws existing in the United

25  Mexican States. MGA Mexico further objects to this request as being overly broad

26  and unduly burdensome on the grounds that it is not limited in time or geographical

27  scope. MGA Mexico further objects to this request on the grounds that the phrase

28  "[a]ll DOCUMENTS that show or tend to show" does not comply with the

EXHIBIT __4__
PAGE __804__

1   "reasonable particularity" requirement of Federal Rule of Civil Procedure 34 and

2   renders the request overly broad and unduly burdensome in light of "the wealth of

3   material already made available in this case." <u>Westhemeco Ltd. v. New Hampshire</u>

4   <u>Ins. Co.</u>, 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA Mexico further objects that the

5   phrases "show or tend to show," "derives independent economic value from not

6   being generally known to the public or other PERSONS," and "obtain economic

7   value from its disclosure or use" are, both individually and taken together, compound,

8   and, as such, render the request vague, ambiguous and unintelligible.  MGA Mexico

9   further objects to the request to the extent that it seeks documents that by reason of

10  public filing, public distribution or otherwise are already in Mattel's possession or

11  are readily accessible to Mattel.  MGA Mexico further objects to the request to the

12  extent that it seeks documents not in MGA Mexico's possession, custody or control.

13  MGA Mexico further objects to the request to the extent it seeks confidential,

14  proprietary or commercially sensitive information, the disclosure of which would be

15  inimical to the business interests of MGA Mexico or MGA.  MGA Mexico further

16  objects to the request to the extent it violates the privacy rights of third parties to

17  their private, confidential, proprietary or trade secret information.

18      MGA Mexico further objects to this request as cumulative, duplicative, and

19  unduly burdensome to the extent that it seeks documents previously requested by

20  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

21  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

22  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

23  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

24  Set of Requests for Production of Documents and Things to Isaac Larian and

25  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

26  Documents and Things to MGAE de Mexico S.R.L. de C.V.

27      Without waiving any of the foregoing General or Specific Objections, but

28  rather expressly preserving each and every such objection, MGA Mexico responds as

434

EXHIBIT _4_
PAGE __805__

1   follows:  MGA Mexico will produce all non-privileged, responsive documents in its

2   possession, custody or control, if any, that it is able to locate following a reasonably

3   diligent search.

4   REQUEST FOR PRODUCTION NO. 263:

5        All DOCUMENTS that show or tend to show that the MGA "costs and sales

6   information" that MATTEL allegedly "wrongfully obtain[ed] ... through Mattel-

7   employed category managers at retailers" contains information that is not known to

8   the public or to PERSONS who can obtain economic value from its disclosure or use.

9   RESPONSE TO REQUEST FOR PRODUCTION NO. 263:

10        MGA Mexico incorporates by reference its General Response and General

11  Objections above, as though fully set forth herein.  MGA Mexico further objects to

12  the request to the extent it seeks the production of documents that are protected from

13  disclosure under any applicable privilege, doctrine or immunity, including without

14  limitation the attorney-client privilege, the work product doctrine, the right of

15  privacy, and all other privileges recognized under the constitutional, statutory or

16  decisional law of the United States of America, the State of California or any other

17  applicable jurisdiction, including, but not limited to, such laws existing in the United

18  Mexican States.  MGA Mexico further objects to this request as being overly broad

19  and unduly burdensome on the grounds that it is not limited in time or geographical

20  scope.  MGA Mexico further objects to this request on the grounds that the phrase

21  "[a]ll DOCUMENTS" does not comply with the "reasonable particularity"

22  requirement of Federal Rule of Civil Procedure 34 and renders the request overly

23  broad and unduly burdensome in light of "the wealth of material already made

24  available in this case."  Westhemeco Ltd. v. New Hampshire Ins. Co., 82 F.R.D. 702,

25  709 (S.D.N.Y. 1979).  MGA Mexico further objects that the phrases "'costs and sales

26  information,'" "known to the public or to PERSONS who can obtain economic

27  value" and "disclosure or use" are, both individually and taken together, compound,

28  and, as such, render the request vague, ambiguous and unintelligible.  MGA Mexico

435

EXHIBIT __4__
PAGE __806__

1  further objects to the request to the extent that it seeks documents that by reason of

2  public filing, public distribution or otherwise are already in Mattel's possession or

3  are readily accessible to Mattel.  MGA Mexico further objects to the request to the

4  extent that it seeks documents not in MGA Mexico's possession, custody or control.

5  MGA Mexico further objects to the request to the extent it seeks confidential,

6  proprietary or commercially sensitive information, the disclosure of which would be

7  inimical to the business interests of MGA Mexico or MGA.  MGA Mexico further

8  objects to the request to the extent it violates the privacy rights of third parties to

9  their private, confidential, proprietary or trade secret information.

10      MGA Mexico further objects to this request as cumulative, duplicative, and

11  unduly burdensome to the extent that it seeks documents previously requested by

12  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

13  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

14  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

15  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

16  Set of Requests for Production of Documents and Things to Isaac Larian and

17  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

18  Documents and Things to MGAE de Mexico S.R.L. de C.V.

19      Without waiving any of the foregoing General or Specific Objections, but

20  rather expressly preserving each and every such objection, MGA Mexico responds as

21  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

22  possession, custody or control, if any, that it is able to locate following a reasonably

23  diligent search.

24  REQUEST FOR PRODUCTION NO. 264:

25      All DOCUMENTS that show or tend to show the "costs and sales

26  information" that MATTEL allegedly "wrongfully obtain[ed] ... through Mattel-

27  employed category managers at retailers" was either used or disclosed by MATTEL.

28

MGA MEXICO'S RESPONSE TO MATTEL'S 2D SET OF REQUESTS FOR DOCS.   Case No. CV-04-9049 SGL

EXHIBIT __4__
PAGE __807__

1  RESPONSE TO REQUEST FOR PRODUCTION NO. 264:

2       MGA Mexico incorporates by reference its General Response and General

3  Objections above, as though fully set forth herein.  MGA Mexico further objects to

4  the request to the extent it seeks the production of documents that are protected from

5  disclosure under any applicable privilege, doctrine or immunity, including without

6  limitation the attorney-client privilege, the work product doctrine, the right of

7  privacy, and all other privileges recognized under the constitutional, statutory or

8  decisional law of the United States of America, the State of California or any other

9  applicable jurisdiction, including, but not limited to, such laws existing in the United

10  Mexican States.  MGA Mexico further objects to this request as being overly broad

11  and unduly burdensome on the grounds that it is not limited in time or geographical

12  scope.  MGA Mexico further objects to this request on the grounds that the phrase

13  "[a]ll DOCUMENTS" does not comply with the "reasonable particularity"

14  requirement of Federal Rule of Civil Procedure 34 and renders the request overly

15  broad and unduly burdensome in light of "the wealth of material already made

16  available in this case."  Westhemeco Ltd. v. New Hampshire Ins. Co., 82 F.R.D. 702,

17  709 (S.D.N.Y. 1979).  MGA Mexico further objects that the phrases "show or tend to

18  show" and "either used or disclosed by" are, both individually and taken together,

19  compound, and, as such, render the request vague, ambiguous and unintelligible.

20  MGA Mexico further objects to the request to the extent that it seeks documents that

21  by reason of public filing, public distribution or otherwise are already in Mattel's

22  possession or are readily accessible to Mattel.  MGA Mexico further objects to the

23  request to the extent that it seeks documents not in MGA Mexico's possession,

24  custody or control.  MGA Mexico further objects to the request to the extent it seeks

25  confidential, proprietary or commercially sensitive information, the disclosure of

26  which would be inimical to the business interests of MGA Mexico or MGA.  MGA

27  Mexico further objects to the request to the extent it violates the privacy rights of

28  third parties to their private, confidential, proprietary or trade secret information.

MGA MEXICO'S RESPONSE TO MATTEL'S 2D SET OF REQUESTS FOR DOCS.   Case No. CV-04-9049 SGL

EXHIBIT __4__
PAGE __808__

1    MGA Mexico further objects to this request as cumulative, duplicative, and

2  unduly burdensome to the extent that it seeks documents previously requested by

3  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

4  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

5  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

6  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

7  Set of Requests for Production of Documents and Things to Isaac Larian and

8  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

9  Documents and Things to MGAE de Mexico S.R.L. de C.V.

10    Without waiving any of the foregoing General or Specific Objections, but

11  rather expressly preserving each and every such objection, MGA Mexico responds as

12  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

13  possession, custody or control, if any, that it is able to locate following a reasonably

14  diligent search.

15  REQUEST FOR PRODUCTION NO. 265:

16    DOCUMENTS sufficient to IDENTIFY all PERSONS who contend that

17  MATTEL "wrongfully obtain[ed] MGA's costs and sales information through

18  Mattel-employed category managers at retailers."

19  RESPONSE TO REQUEST FOR PRODUCTION NO. 265:

20    MGA Mexico incorporates by reference its General Response and General

21  Objections above, as though fully set forth herein and specifically incorporates

22  General Objection No. 15 (regarding Definitions), including without limitation MGA

23  Mexico's objection to the definition of the term PERSON.  MGA Mexico further

24  objects to the request to the extent it seeks the production of documents that are

25  protected from disclosure under any applicable privilege, doctrine or immunity,

26  including without limitation the attorney-client privilege, the work product doctrine,

27  the right of privacy, and all other privileges recognized under the constitutional,

28  statutory or decisional law of the United States of America, the State of California or

438

EXHIBIT __4__
PAGE __809__

1  any other applicable jurisdiction, including, but not limited to, such laws existing in
2  the United Mexican States.  MGA Mexico further objects to this request as being
3  overly broad and unduly burdensome on the grounds that it is not limited in
4  geographical scope.  MGA Mexico further objects to the request to the extent that it
5  seeks documents that by reason of public filing, public distribution or otherwise are
6  already in Mattel's possession or are readily accessible to Mattel.  MGA Mexico
7  further objects to the request to the extent that it seeks documents not in MGA
8  Mexico's possession, custody or control.  MGA Mexico further objects to the request
9  to the extent it seeks confidential, proprietary or commercially sensitive information,
10  the disclosure of which would be inimical to the business interests of MGA Mexico
11  or MGA.  MGA Mexico further objects to the request to the extent it violates the
12  privacy rights of third parties to their private, confidential, proprietary or trade secret
13  information.

14      MGA Mexico further objects to this request as cumulative, duplicative, and
15  unduly burdensome to the extent that it seeks documents previously requested by
16  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response
17  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100
18  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible
19  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First
20  Set of Requests for Production of Documents and Things to Isaac Larian and
21  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of
22  Documents and Things to MGAE de Mexico S.R.L. de C.V.

23      Without waiving any of the foregoing General or Specific Objections, but
24  rather expressly preserving each and every such objection, MGA Mexico responds as
25  follows:  MGA Mexico will produce all non-privileged, responsive documents in its
26  possession, custody or control, if any, that it is able to locate following a reasonably
27  diligent search.

28

EXHIBIT __4__
PAGE __810__

1  REQUEST FOR PRODUCTION NO. 266:

2       All DOCUMENTS, including but not limited to all COMMUNICATIONS

3  with any PERSON, RELATING to YOUR actions in response to, or efforts to stop,

4  thwart, or prevent, MATTEL from allegedly "wrongfully obtaining MGA's costs and

5  sales information through Mattel-employed category managers at retailers."

6  RESPONSE TO REQUEST FOR PRODUCTION NO. 266:

7       MGA Mexico incorporates by reference its General Response and General

8  Objections above, as though fully set forth herein and specifically incorporates

9  General Objection No. 15 (regarding Definitions), including without limitation MGA

10 Mexico's objection to the definition of the term YOUR, and its incorporated term

11 PERSON.  MGA Mexico further objects to the request to the extent it seeks the

12 production of documents that are protected from disclosure under any applicable

13 privilege, doctrine or immunity, including without limitation the attorney-client

14 privilege, the work product doctrine, the right of privacy, and all other privileges

15 recognized under the constitutional, statutory or decisional law of the United States

16 of America, the State of California or any other applicable jurisdiction, including, but

17 not limited to, such laws existing in the United Mexican States.  MGA Mexico

18 further objects to this request as being overly broad and unduly burdensome on the

19 grounds that it is not limited in time or geographical scope.  MGA Mexico further

20 objects to this request on the grounds that the phrase "[a]ll DOCUMENTS, including

21 but not limited to all COMMUNICATIONS with any PERSON, RELATING TO"

22 does not comply with the "reasonable particularity" requirement of Federal Rule of

23 Civil Procedure 34 and renders the request overly broad and unduly burdensome in

24 light of "the wealth of material already made available in this case."  Westhemeco

25 Ltd. v. New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA

26 Mexico further objects that the phrase "RELATING to YOUR actions in response to,

27 or efforts to stop, thwart, or prevent" is compound and, as such, renders the request

28 vague, ambiguous, and unintelligible.  MGA Mexico further objects to the request to

MGA MEXICO'S RESPONSE TO MATTEL'S 2D SET OF REQUESTS FOR DOCS.   Case No. CV-04-9049 SGL

EXHIBIT ___4___

PAGE ___81 1___

1   the extent that it seeks documents that by reason of public filing, public distribution

2   or otherwise are already in Mattel's possession or are readily accessible to Mattel.

3   MGA Mexico further objects to the request to the extent that it seeks documents not

4   in MGA Mexico's possession, custody or control.  MGA Mexico further objects to

5   the request to the extent it seeks confidential, proprietary or commercially sensitive

6   information, the disclosure of which would be inimical to the business interests of

7   MGA Mexico or MGA.  MGA Mexico further objects to the request to the extent it

8   violates the privacy rights of third parties to their private, confidential, proprietary or

9   trade secret information.

10        MGA Mexico further objects to this request as cumulative, duplicative, and

11   unduly burdensome to the extent that it seeks documents previously requested by

12   Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

13   to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

14   in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

15   Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

16   Set of Requests for Production of Documents and Things to Isaac Larian and

17   Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

18   Documents and Things to MGAE de Mexico S.R.L. de C.V.

19        Without waiving any of the foregoing General or Specific Objections, but

20   rather expressly preserving each and every such objection, MGA Mexico responds as

21   follows:  MGA Mexico will produce all non-privileged, responsive documents in its

22   possession, custody or control, if any, that it is able to locate following a reasonably

23   diligent search.

24   REQUEST FOR PRODUCTION NO. 267:

25        All DOCUMENTS, including but not limited to all COMMUNICATIONS

26   with any PERSON, RELATING to any loss, harm, injury, increased expense, lost

27   revenue or profits, or any other damage caused to YOU by MATTEL'S alleged

28

MGA MEXICO'S RESPONSE TO MATTEL'S 2D SET OF REQUESTS FOR DOCS.   Case No. CV-04-9049 SGL

EXHIBIT ___4___
PAGE ___812___

1  "wrongful[] obtaining [of] MGA's costs and sales information through Mattel-

2  employed category managers at retailers."

3  RESPONSE TO REQUEST FOR PRODUCTION NO. 267:

4        MGA Mexico incorporates by reference its General Response and General

5  Objections above, as though fully set forth herein and specifically incorporates

6  General Objection No. 15 (regarding Definitions), including without limitation MGA

7  Mexico's objection to the definition of the term YOU, and its incorporated term

8  PERSON.  MGA Mexico further objects to the request to the extent it seeks the

9  production of documents that are protected from disclosure under any applicable

10  privilege, doctrine or immunity, including without limitation the attorney-client

11  privilege, the work product doctrine, the right of privacy, and all other privileges

12  recognized under the constitutional, statutory or decisional law of the United States

13  of America, the State of California or any other applicable jurisdiction, including, but

14  not limited to, such laws existing in the United Mexican States.  MGA Mexico

15  further objects to this request as being overly broad and unduly burdensome on the

16  grounds that it is not limited in time or geographical scope.  MGA Mexico further

17  objects to this request on the grounds that the phrase "[a]ll DOCUMENTS, including

18  but not limited to all COMMUNICATIONS with any PERSON, that REFER OR

19  RELATE TO" does not comply with the "reasonable particularity" requirement of

20  Federal Rule of Civil Procedure 34 and renders the request overly broad and unduly

21  burdensome in light of "the wealth of material already made available in this case."

22  Westhemeco Ltd. v. New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).

23  MGA Mexico further objects that the phrase "any loss, harm, injury, increased

24  expense, lost revenue or profits, or any other damage" is compound and, as such,

25  renders the request vague, ambiguous, and unintelligible.  MGA Mexico further

26  objects to the request to the extent that it seeks documents that by reason of public

27  filing, public distribution or otherwise are already in Mattel's possession or are

28  readily accessible to Mattel.  MGA Mexico further objects to the request to the

EXHIBIT __4__
PAGE ___813___

1  extent that it seeks documents not in MGA Mexico's possession, custody or control.

2  MGA Mexico further objects to the request to the extent it seeks confidential,

3  proprietary or commercially sensitive information, the disclosure of which would be

4  inimical to the business interests of MGA Mexico or MGA.  MGA Mexico further

5  objects to the request to the extent it violates the privacy rights of third parties to

6  their private, confidential, proprietary or trade secret information.

7      MGA Mexico further objects to this request as cumulative, duplicative, and

8  unduly burdensome to the extent that it seeks documents previously requested by

9  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

10 to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

11 in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

12 Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

13 Set of Requests for Production of Documents and Things to Isaac Larian and

14 Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

15 Documents and Things to MGAE de Mexico S.R.L. de C.V.

16     Without waiving any of the foregoing General or Specific Objections, but

17 rather expressly preserving each and every such objection, MGA Mexico responds as

18 follows:  MGA Mexico will produce all non-privileged, responsive documents in its

19 possession, custody or control, if any, that it is able to locate following a reasonably

20 diligent search.

21 REQUEST FOR PRODUCTION NO. 268:

22     DOCUMENTS sufficient to IDENTIFY each MGA-employed category

23 manager at retail at any time after January 1, 1998.

24 RESPONSE TO REQUEST FOR PRODUCTION NO. 268:

25     MGA Mexico incorporates by reference its General Response and General

26 Objections above, as though fully set forth herein.  MGA Mexico further objects to

27 the request to the extent it seeks the production of documents that are protected from

28 disclosure under any applicable privilege, doctrine or immunity, including without

EXHIBIT 4
PAGE 814

1   limitation the attorney-client privilege, the work product doctrine, the right of

2   privacy, and all other privileges recognized under the constitutional, statutory or

3   decisional law of the United States of America, the State of California or any other

4   applicable jurisdiction, including, but not limited to, such laws existing in the United

5   Mexican States.  MGA Mexico further objects to this request as being overly broad

6   and unduly burdensome on the grounds that it is not reasonably limited in time or

7   geographical scope.  MGA Mexico further objects to the request to the extent that it

8   seeks documents that by reason of public filing, public distribution or otherwise are

9   already in Mattel's possession or are readily accessible to Mattel.  MGA Mexico

10  further objects to the request to the extent that it seeks documents not in MGA

11  Mexico's possession, custody or control.  MGA Mexico further objects to the request

12  to the extent it seeks confidential, proprietary or commercially sensitive information,

13  the disclosure of which would be inimical to the business interests of MGA Mexico

14  or MGA.  MGA Mexico further objects to the request to the extent it violates the

15  privacy rights of third parties to their private, confidential, proprietary or trade secret

16  information.

17      MGA Mexico further objects to this request as cumulative, duplicative, and

18  unduly burdensome to the extent that it seeks documents previously requested by

19  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

20  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

21  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

22  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

23  Set of Requests for Production of Documents and Things to Isaac Larian and

24  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

25  Documents and Things to MGAE de Mexico S.R.L. de C.V.

26      Without waiving any of the foregoing General or Specific Objections, but

27  rather expressly preserving each and every such objection, MGA Mexico responds as

28  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

EXHIBIT ___9___
PAGE ___815___

1  possession, custody or control, if any, that it is able to locate following a reasonably

2  diligent search.

3  REQUEST FOR PRODUCTION NO. 269:

4    All DOCUMENTS that REFER OR RELATE TO MGA's attempts or efforts,

5  including without limitation, solicitations, proposals and requests, that MGA be

6  appointed category manager at retail.

7  RESPONSE TO REQUEST FOR PRODUCTION NO. 269:

8    MGA Mexico incorporates by reference its General Response and General

9  Objections above, as though fully set forth herein.  MGA Mexico further objects to

10  the request to the extent it seeks the production of documents that are protected from

11  disclosure under any applicable privilege, doctrine or immunity, including without

12  limitation the attorney-client privilege, the work product doctrine, the right of

13  privacy, and all other privileges recognized under the constitutional, statutory or

14  decisional law of the United States of America, the State of California or any other

15  applicable jurisdiction, including, but not limited to, such laws existing in the United

16  Mexican States.  MGA Mexico further objects to this request as being overly broad

17  and unduly burdensome on the grounds that it is not limited in time or geographical

18  scope.  MGA Mexico further objects to this request on the grounds that the phrase

19  "[a]ll DOCUMENTS that REFER OR RELATE TO" does not comply with the

20  "reasonable particularity" requirement of Federal Rule of Civil Procedure 34 and

21  renders the request overly broad and unduly burdensome in light of "the wealth of

22  material already made available in this case."  Westhemeco Ltd. v. New Hampshire

23  Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA Mexico further objects that the

24  phrase "attempts or efforts, including without limitation, solicitations, proposals and

25  requests" is compound and, as such, renders the request vague, ambiguous, and

26  unintelligible.  MGA Mexico further objects to the request to the extent that it seeks

27  documents that by reason of public filing, public distribution or otherwise are already

28  in Mattel's possession or are readily accessible to Mattel.  MGA Mexico further

EXHIBIT __4__
PAGE __8/6__

1 objects to the request to the extent that it seeks documents not in MGA Mexico's

2 possession, custody or control.  MGA Mexico further objects to the request to the

3 extent it seeks confidential, proprietary or commercially sensitive information, the

4 disclosure of which would be inimical to the business interests of MGA Mexico or

5 MGA.  MGA Mexico further objects to the request to the extent it violates the

6 privacy rights of third parties to their private, confidential, proprietary or trade secret

7 information.

8 REQUEST FOR PRODUCTION NO. 270:

9 　　　All DOCUMENTS that REFER OR RELATE TO MGA's attempts or efforts,

10 including without limitation, solicitations, proposals and requests, that MGA be

11 appointed category manager at retail instead of a MATTEL-employed category

12 manager.

13 RESPONSE TO REQUEST FOR PRODUCTION NO. 270:

14 　　　MGA Mexico incorporates by reference its General Response and General

15 Objections above, as though fully set forth herein.  MGA Mexico further objects to

16 the request to the extent it seeks the production of documents that are protected from

17 disclosure under any applicable privilege, doctrine or immunity, including without

18 limitation the attorney-client privilege, the work product doctrine, the right of

19 privacy, and all other privileges recognized under the constitutional, statutory or

20 decisional law of the United States of America, the State of California or any other

21 applicable jurisdiction, including, but not limited to, such laws existing in the United

22 Mexican States.  MGA Mexico further objects to this request as being overly broad

23 and unduly burdensome on the grounds that it is not limited in time or geographical

24 scope.  MGA Mexico further objects to this request on the grounds that the phrase

25 "[a]ll DOCUMENTS that REFER OR RELATE TO" does not comply with the

26 "reasonable particularity" requirement of Federal Rule of Civil Procedure 34 and

27 renders the request overly broad and unduly burdensome in light of "the wealth of

28 material already made available in this case."  Westhemeco Ltd. v. New Hampshire

EXHIBIT __4__
PAGE __817__

1 | Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA Mexico further objects that the
2 | phrase "attempts or efforts, including without limitation, solicitations, proposals and
3 | requests" is compound and, as such, renders the request vague, ambiguous, and
4 | unintelligible.  MGA Mexico further objects to the request to the extent that it seeks
5 | documents that by reason of public filing, public distribution or otherwise are already
6 | in Mattel's possession or are readily accessible to Mattel.  MGA Mexico further
7 | objects to the request to the extent that it seeks documents not in MGA Mexico's
8 | possession, custody or control.  MGA Mexico further objects to the request to the
9 | extent it seeks confidential, proprietary or commercially sensitive information, the
10 | disclosure of which would be inimical to the business interests of MGA Mexico or
11 | MGA.  MGA Mexico further objects to the request to the extent it violates the
12 | privacy rights of third parties to their private, confidential, proprietary or trade secret
13 | information.

14 | REQUEST FOR PRODUCTION NO. 271:

15 |     All COMMUNICATIONS, and all DOCUMENTS RELATING thereto,
16 | between MGA and any PERSON, including without limitation, any retailer,
17 | distributor or wholesaler, that REFER OR RELATE to any MATTEL-employed
18 | category manager at retail or any acts or omissions of such MATTEL-employed
19 | category manager at retail.

20 | RESPONSE TO REQUEST FOR PRODUCTION NO. 271:

21 |     MGA Mexico incorporates by reference its General Response and General
22 | Objections above, as though fully set forth herein and specifically incorporates
23 | General Objection No. 15 (regarding Definitions), including without limitation MGA
24 | Mexico's objection to the definition of the term PERSON.  MGA Mexico further
25 | objects to the request to the extent it seeks the production of documents that are
26 | protected from disclosure under any applicable privilege, doctrine or immunity,
27 | including without limitation the attorney-client privilege, the work product doctrine,
28 | the right of privacy, and all other privileges recognized under the constitutional,

447

EXHIBIT __4__
PAGE ___8 / 8___

1   statutory or decisional law of the United States of America, the State of California or

2   any other applicable jurisdiction, including, but not limited to, such laws existing in

3   the United Mexican States.  MGA Mexico further objects to this request as being

4   overly broad and unduly burdensome on the grounds that it is not limited in time or

5   geographical scope.  MGA Mexico further objects to this request on the grounds that

6   the phrase "[a]ll COMMUNICATIONS, and all DOCUMENTS RELATING

7   thereto" does not comply with the "reasonable particularity" requirement of Federal

8   Rule of Civil Procedure 34 and renders the request overly broad and unduly

9   burdensome in light of "the wealth of material already made available in this case."

10  Westhemeco Ltd. v. New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).

11  MGA Mexico further objects that the phrases "any PERSON, including without

12  limitation, any retailer, distributor or wholesaler," and "any MATTEL-employed

13  category manager at retail or any acts or omissions of such MATTEL-employed

14  category manager at retail" are compound, rendering the request vague, ambiguous,

15  and unintelligible.  MGA Mexico further objects to the request to the extent that it

16  seeks documents that by reason of public filing, public distribution or otherwise are

17  already in Mattel's possession or are readily accessible to Mattel.  MGA Mexico

18  further objects to the request to the extent that it seeks documents not in MGA

19  Mexico's possession, custody or control.  MGA Mexico further objects to the request

20  to the extent it seeks confidential, proprietary or commercially sensitive information,

21  the disclosure of which would be inimical to the business interests of MGA Mexico

22  or MGA.  MGA Mexico further objects to the request to the extent it violates the

23  privacy rights of third parties to their private, confidential, proprietary or trade secret

24  information.

25  REQUEST FOR PRODUCTION NO. 272:

26          All COMMUNICATIONS, and all DOCUMENTS RELATING thereto,

27  between MGA and any PERSON, including without limitation, any retailer,

28  distributor or wholesaler, that REFER OR RELATE TO any MGA-employed

1 category manager at retail or any acts or omissions of such MGA-employed category
2 manager at retail.
3 RESPONSE TO REQUEST FOR PRODUCTION NO. 272:
4     MGA Mexico incorporates by reference its General Response and General
5 Objections above, as though fully set forth herein and specifically incorporates
6 General Objection No. 15 (regarding Definitions), including without limitation MGA
7 Mexico's objection to the definition of the term PERSON.  MGA Mexico further
8 objects to the request to the extent it seeks the production of documents that are
9 protected from disclosure under any applicable privilege, doctrine or immunity,
10 including without limitation the attorney-client privilege, the work product doctrine,
11 the right of privacy, and all other privileges recognized under the constitutional,
12 statutory or decisional law of the United States of America, the State of California or
13 any other applicable jurisdiction, including, but not limited to, such laws existing in
14 the United Mexican States.  MGA Mexico further objects to this request as being
15 overly broad and unduly burdensome on the grounds that it is not limited in time or
16 geographical scope.  MGA Mexico further objects to this request on the grounds that
17 the phrase "[a]ll COMMUNICATIONS, and all DOCUMENTS RELATING
18 thereto" does not comply with the "reasonable particularity" requirement of Federal
19 Rule of Civil Procedure 34 and renders the request overly broad and unduly
20 burdensome in light of "the wealth of material already made available in this case."
21 Westhemeco Ltd. v. New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).
22 MGA Mexico further objects that the phrases "any PERSON, including without
23 limitation, any retailer, distributor or wholesaler," "any MGA-employed category
24 manager at retail or any acts or omissions of such MGA-employed category manager
25 at retail" are, both individually and taken together, compound, rendering the request
26 vague, ambiguous, and unintelligible.  MGA Mexico further objects to the request to
27 the extent that it seeks documents that by reason of public filing, public distribution
28 or otherwise are already in Mattel's possession or are readily accessible to Mattel.

EXHIBIT ___4___
PAGE ___826___

1   MGA Mexico further objects to the request to the extent that it seeks documents not
2   in MGA Mexico's possession, custody or control.  MGA Mexico further objects to
3   the request to the extent it seeks confidential, proprietary or commercially sensitive
4   information, the disclosure of which would be inimical to the business interests of
5   MGA Mexico or MGA.  MGA Mexico further objects to the request to the extent it
6   violates the privacy rights of third parties to their private, confidential, proprietary or
7   trade secret information.
8   REQUEST FOR PRODUCTION NO. 273:
9        All COMMUNICATIONS, and all DOCUMENTS RELATING thereto,
10  between MGA and any PERSON, including without limitation, any retailer,
11  distributor or wholesaler, that REFER OR RELATE TO any proposed, requested or
12  contemplated MGA-employed category manager at retail or any acts or omissions of
13  such proposed, requested or contemplated MGA-employed category manager at
14  retail.
15  RESPONSE TO REQUEST FOR PRODUCTION NO. 273:
16       MGA Mexico incorporates by reference its General Response and General
17  Objections above, as though fully set forth herein and specifically incorporates
18  General Objection No. 15 (regarding Definitions), including without limitation MGA
19  Mexico's objection to the definition of the term PERSON.  MGA Mexico further
20  objects to the request to the extent it seeks the production of documents that are
21  protected from disclosure under any applicable privilege, doctrine or immunity,
22  including without limitation the attorney-client privilege, the work product doctrine,
23  the right of privacy, and all other privileges recognized under the constitutional,
24  statutory or decisional law of the United States of America, the State of California or
25  any other applicable jurisdiction, including, but not limited to, such laws existing in
26  the United Mexican States.  MGA Mexico further objects to this request as being
27  overly broad and unduly burdensome on the grounds that it is not limited in time or
28  geographical scope.  MGA Mexico further objects to this request on the grounds that

MGA MEXICO'S RESPONSE TO MATTEL'S 2D SET OF REQUESTS FOR DOCS.   Case No. CV-04-9049 SGL

EXHIBIT __4__
PAGE __821__

1  the phrase "[a]ll COMMUNICATIONS, and all DOCUMENTS RELATING

2  thereto" does not comply with the "reasonable particularity" requirement of Federal

3  Rule of Civil Procedure 34 and renders the request overly broad and unduly

4  burdensome in light of "the wealth of material already made available in this case."

5  Westhemeco Ltd. v. New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).

6  MGA Mexico further objects that the phrases "any PERSON, including without

7  limitation, any retailer, distributor or wholesaler," "any proposed, requested or

8  contemplated MGA-employed category manager at retail," and "any acts or

9  omissions of such proposed, requested or contemplated MGA-employed category

10  manager at retail" are, both individually and taken together, compound, rendering the

11  request vague, ambiguous, and unintelligible.  MGA Mexico further objects to the

12  request to the extent that it seeks documents that by reason of public filing, public

13  distribution or otherwise are already in Mattel's possession or are readily accessible

14  to Mattel.  MGA Mexico further objects to the request to the extent that it seeks

15  documents not in MGA Mexico's possession, custody or control.  MGA Mexico

16  further objects to the request to the extent it seeks confidential, proprietary or

17  commercially sensitive information, the disclosure of which would be inimical to the

18  business interests of MGA Mexico or MGA.  MGA Mexico further objects to the

19  request to the extent it violates the privacy rights of third parties to their private,

20  confidential, proprietary or trade secret information.

21  REQUEST FOR PRODUCTION NO. 274:

22        All DOCUMENTS that REFER OR RELATE TO the quality or performance

23  of any MATTEL-employed category manager at retail or any acts or omissions of

24  such MATTEL-employed category manager at retail, including without limitation,

25  any COMMUNICATIONS to or from retailers RELATING thereto.

26  RESPONSE TO REQUEST FOR PRODUCTION NO. 274:

27        MGA Mexico incorporates by reference its General Response and General

28  Objections above, as though fully set forth herein.  MGA Mexico further objects to

EXHIBIT __4__
PAGE __822__

1 the request to the extent it seeks the production of documents that are protected from

2 disclosure under any applicable privilege, doctrine or immunity, including without

3 limitation the attorney-client privilege, the work product doctrine, the right of

4 privacy, and all other privileges recognized under the constitutional, statutory or

5 decisional law of the United States of America, the State of California or any other

6 applicable jurisdiction, including, but not limited to, such laws existing in the United

7 Mexican States. MGA Mexico further objects to this request as being overly broad

8 and unduly burdensome on the grounds that it is not limited in time or geographical

9 scope. MGA Mexico further objects to this request on the grounds that the phrase

10 "[a]ll DOCUMENTS that REFER OR RELATE TO" does not comply with the

11 "reasonable particularity" requirement of Federal Rule of Civil Procedure 34 and

12 renders the request overly broad and unduly burdensome in light of "the wealth of

13 material already made available in this case." Westhemeco Ltd. v. New Hampshire

14 Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979). MGA Mexico further objects that the

15 phrases "the quality or performance of any MATTEL-employed category manager at

16 retail," "any acts or omissions of such MATTEL-employed category manager at

17 retail," and "including without limitation, any COMMUNICATIONS to or from

18 retailers RELATING thereto" are, both individually and taken together, compound,

19 rendering the request vague, ambiguous, and unintelligible. MGA Mexico further

20 objects to the request to the extent that it seeks documents that by reason of public

21 filing, public distribution or otherwise are already in Mattel's possession or are

22 readily accessible to Mattel. MGA Mexico further objects to the request to the

23 extent that it seeks documents not in MGA Mexico's possession, custody or control.

24 MGA Mexico further objects to the request to the extent it seeks confidential,

25 proprietary or commercially sensitive information, the disclosure of which would be

26 inimical to the business interests of MGA Mexico or MGA. MGA Mexico further

27 objects to the request to the extent it violates the privacy rights of third parties to

28 their private, confidential, proprietary or trade secret information.

452

EXHIBIT __4__
PAGE __823__

1  REQUEST FOR PRODUCTION NO. 275:

2         All DOCUMENTS that REFER OR RELATE TO any actual, alleged or

3  claimed errors, malfeasance, misfeasance, poor performance, breaches or improper,

4  illegal, unfair or unethical conduct by any MGA-employed category manager at

5  retail or any acts or omissions of such MGA-employed category manager at retail,

6  including without limitation, any COMMUNICATIONS to or from retailers

7  RELATING thereto.

8  RESPONSE TO REQUEST FOR PRODUCTION NO. 275:

9         MGA Mexico incorporates by reference its General Response and General

10  Objections above, as though fully set forth herein.  MGA Mexico further objects to

11  the request to the extent it seeks the production of documents that are protected from

12  disclosure under any applicable privilege, doctrine or immunity, including without

13  limitation the attorney-client privilege, the work product doctrine, the right of

14  privacy, and all other privileges recognized under the constitutional, statutory or

15  decisional law of the United States of America, the State of California or any other

16  applicable jurisdiction, including, but not limited to, such laws existing in the United

17  Mexican States.  MGA Mexico further objects to this request as being overly broad

18  and unduly burdensome on the grounds that it is not limited in time or geographical

19  scope.  MGA Mexico further objects to this request on the grounds that the phrase

20  "[a]ll DOCUMENTS that REFER OR RELATE TO" does not comply with the

21  "reasonable particularity" requirement of Federal Rule of Civil Procedure 34 and

22  renders the request overly broad and unduly burdensome in light of "the wealth of

23  material already made available in this case."  Westhemeco Ltd. v. New Hampshire

24  Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA Mexico further objects that the

25  phrases "any actual, alleged or claimed errors, malfeasance, misfeasance, poor

26  performance, breaches or improper, illegal, unfair or unethical conduct by any

27  MGA-employed category manager at retail," and "any acts or omissions of such

28  MGA-employed category manager at retail, including without limitation, any

453

EXHIBIT __4__
PAGE __824__

1   COMMUNICATIONS to or from retailers RELATING thereto" are, both

2   individually and taken together, (1) accusatory and argumentative such that MGA

3   Mexico would have to respond to the allegations of the request before providing any

4   substantive response, see Zadrozny v. Board of Trustees District No. 508, 1991 WL

5   66705, at *1 (N.D. Ill. April 24, 1991), and (2) compound, rendering the request

6   vague, ambiguous, and unintelligible.  MGA Mexico further objects to the request to

7   the extent that it seeks documents that by reason of public filing, public distribution

8   or otherwise are already in Mattel's possession or are readily accessible to Mattel.

9   MGA Mexico further objects to the request to the extent that it seeks documents not

10  in MGA Mexico's possession, custody or control.  MGA Mexico further objects to

11  the request to the extent it seeks confidential, proprietary or commercially sensitive

12  information, the disclosure of which would be inimical to the business interests of

13  MGA Mexico or MGA.  MGA Mexico further objects to the request to the extent it

14  violates the privacy rights of third parties to their private, confidential, proprietary or

15  trade secret information.

16  REQUEST FOR PRODUCTION NO. 276:

17       All DOCUMENTS, including but not limited to all COMMUNICATIONS

18  with any PERSON, RELATING to YOU obtaining, through any means or methods,

19  MATTEL'S costs and sales information through YOUR category managers at

20  retailers.

21  RESPONSE TO REQUEST FOR PRODUCTION NO. 276:

22       MGA Mexico incorporates by reference its General Response and General

23  Objections above, as though fully set forth herein and specifically incorporates

24  General Objection No. 15 (regarding Definitions), including without limitation MGA

25  Mexico's objection to the definition of the term YOU, and its incorporated term

26  PERSON.  MGA Mexico further objects to the request to the extent it seeks the

27  production of documents that are protected from disclosure under any applicable

28  privilege, doctrine or immunity, including without limitation the attorney-client

454

EXHIBIT __4__
PAGE __825__

1  privilege, the work product doctrine, the right of privacy, and all other privileges
2  recognized under the constitutional, statutory or decisional law of the United States
3  of America, the State of California or any other applicable jurisdiction, including, but
4  not limited to, such laws existing in the United Mexican States. MGA Mexico
5  further objects to this request on the grounds that it is overly broad and unduly
6  burdensome in that it seeks documents not relevant to the claims or defenses in this
7  action and not reasonably calculated to lead to the discovery of admissible evidence.
8  MGA Mexico further objects to this request as being overly broad and unduly
9  burdensome on the grounds that it is not limited in time or geographical scope.
10 MGA Mexico further objects to this request on the grounds that the phrase "[a]ll
11 DOCUMENTS, including but not limited to all COMMUNICATIONS with any
12 PERSON, RELATING TO" does not comply with the "reasonable particularity"
13 requirement of Federal Rule of Civil Procedure 34 and renders the request overly
14 broad and unduly burdensome in light of "the wealth of material already made
15 available in this case." Westhemeco Ltd. v. New Hampshire Ins. Co., 82 F.R.D. 702,
16 709 (S.D.N.Y. 1979). MGA Mexico further objects that the phrase "YOU obtaining,
17 through any means or methods, MATTEL'S costs and sales information through
18 YOUR category managers at retailers" is (1) accusatory and argumentative such that
19 MGA Mexico would have to respond to the allegations of the request before
20 providing any substantive response, see Zadrozny v. Board of Trustees District No.
21 508, 1991 WL 66705, at *1 (N.D. Ill. April 24, 1991), and (2) compound, rendering
22 the request vague, ambiguous, and unintelligible. MGA Mexico further objects to
23 the request to the extent that it seeks documents that by reason of public filing,
24 public distribution or otherwise are already in Mattel's possession or are readily
25 accessible to Mattel. MGA Mexico further objects to the request to the extent that it
26 seeks documents not in MGA Mexico's possession, custody or control. MGA
27 Mexico further objects to the request to the extent it seeks confidential, proprietary
28 or commercially sensitive information, the disclosure of which would be inimical to

EXHIBIT __4__
PAGE __826__

1 | the business interests of MGA Mexico or MGA.  MGA Mexico further objects to the
2 | request to the extent it violates the privacy rights of third parties to their private,
3 | confidential, proprietary or trade secret information.
4 | REQUEST FOR PRODUCTION NO. 277:
5 |       All DOCUMENTS, including but not limited to all COMMUNICATIONS
6 | with any PERSON, that REFER OR RELATE TO YOUR allegation that MATTEL
7 | "induc[ed] non-party customers to breach confidentiality agreements with MGA and
8 | divulge non-public information about MGA's unreleased products."
9 | RESPONSE TO REQUEST FOR PRODUCTION NO. 277:
10 |       MGA Mexico incorporates by reference its General Response and General
11 | Objections above, as though fully set forth herein and specifically incorporates
12 | General Objection No. 15 (regarding Definitions), including without limitation MGA
13 | Mexico's objection to the definition of the term YOUR, and its incorporated term
14 | PERSON.  MGA Mexico further objects to the request to the extent it seeks the
15 | production of documents that are protected from disclosure under any applicable
16 | privilege, doctrine or immunity, including without limitation the attorney-client
17 | privilege, the work product doctrine, the right of privacy, and all other privileges
18 | recognized under the constitutional, statutory or decisional law of the United States
19 | of America, the State of California or any other applicable jurisdiction, including, but
20 | not limited to, such laws existing in the United Mexican States.  MGA Mexico
21 | further objects to this request as being overly broad and unduly burdensome on the
22 | grounds that it is not limited in time or geographical scope.  MGA Mexico further
23 | objects to this request on the grounds that the phrase "[a]ll DOCUMENTS, including
24 | but not limited to all COMMUNICATIONS with any PERSON, that REFER OR
25 | RELATE TO" does not comply with the "reasonable particularity" requirement of
26 | Federal Rule of Civil Procedure 34 and renders the request overly broad and unduly
27 | burdensome in light of "the wealth of material already made available in this case."
28 | Westhemeco Ltd. v. New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).

EXHIBIT ___4___
PAGE ___827___

1   MGA Mexico further objects to the request to the extent that it seeks documents that

2   by reason of public filing, public distribution or otherwise are already in Mattel's

3   possession or are readily accessible to Mattel.  MGA Mexico further objects to the

4   request to the extent that it seeks documents not in MGA Mexico's possession,

5   custody or control.  MGA Mexico further objects to the request to the extent it seeks

6   confidential, proprietary or commercially sensitive information, the disclosure of

7   which would be inimical to the business interests of MGA Mexico or MGA.  MGA

8   Mexico further objects to the request to the extent it violates the privacy rights of

9   third parties to their private, confidential, proprietary or trade secret information.

10       MGA Mexico further objects to this request as cumulative, duplicative, and

11   unduly burdensome to the extent that it seeks documents previously requested by

12   Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

13   to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

14   in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

15   Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

16   Set of Requests for Production of Documents and Things to Isaac Larian and

17   Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

18   Documents and Things to MGAE de Mexico S.R.L. de C.V.

19       Without waiving any of the foregoing General or Specific Objections, but

20   rather expressly preserving each and every such objection, MGA Mexico responds as

21   follows:  MGA Mexico will produce all non-privileged, responsive documents in its

22   possession, custody or control, if any, that it is able to locate following a reasonably

23   diligent search.

24   REQUEST FOR PRODUCTION NO. 278:

25       All DOCUMENTS, including but not limited to all COMMUNICATIONS

26   with any PERSON, that YOU contend prove or that YOU will rely on at trial to

27   prove that MATTEL "induc[ed] non-party customers to breach confidentiality

28

EXHIBIT _4_
PAGE _828_

1 │ agreements with MGA and divulge non-public information about MGA's unreleased

2 │ products."

3 │ RESPONSE TO REQUEST FOR PRODUCTION NO. 278:

4 │          MGA Mexico incorporates by reference its General Response and General

5 │ Objections above, as though fully set forth herein and specifically incorporates

6 │ General Objection No. 15 (regarding Definitions), including without limitation MGA

7 │ Mexico's objection to the definition of the term YOU, and its incorporated term

8 │ PERSON.  MGA Mexico further objects to the request to the extent it seeks the

9 │ production of documents that are protected from disclosure under any applicable

10 │ privilege, doctrine or immunity, including without limitation the attorney-client

11 │ privilege, the work product doctrine, the right of privacy, and all other privileges

12 │ recognized under the constitutional, statutory or decisional law of the United States

13 │ of America, the State of California or any other applicable jurisdiction, including, but

14 │ not limited to, such laws existing in the United Mexican States.  MGA Mexico

15 │ further objects to this request as being overly broad and unduly burdensome on the

16 │ grounds that it is not limited in time or geographical scope.  MGA Mexico further

17 │ objects to this request on the grounds that the phrase "[a]ll DOCUMENTS, including

18 │ but not limited to all COMMUNICATIONS with any PERSON" does not comply

19 │ with the "reasonable particularity" requirement of Federal Rule of Civil Procedure 34

20 │ and renders the request overly broad and unduly burdensome in light of "the wealth

21 │ of material already made available in this case."  Westhemeco Ltd. v. New

22 │ Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA Mexico further

23 │ objects that the phrase "that YOU contend prove or that YOU will rely on at trial to

24 │ prove" is compound and, as such, renders the request vague, ambiguous, and

25 │ unintelligible.  MGA Mexico further objects to the request to the extent that it seeks

26 │ documents that by reason of public filing, public distribution or otherwise are already

27 │ in Mattel's possession or are readily accessible to Mattel.  MGA Mexico further

28 │ objects to the request to the extent that it seeks documents not in MGA Mexico's

EXHIBIT __4__
PAGE __829__

1  possession, custody or control.  MGA Mexico further objects to the request to the

2  extent it seeks confidential, proprietary or commercially sensitive information, the

3  disclosure of which would be inimical to the business interests of MGA Mexico or

4  MGA.  MGA Mexico further objects to the request to the extent it violates the

5  privacy rights of third parties to their private, confidential, proprietary or trade secret

6  information.

7       MGA Mexico further objects to this request as cumulative, duplicative, and

8  unduly burdensome to the extent that it seeks documents previously requested by

9  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

10 to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

11 in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

12 Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

13 Set of Requests for Production of Documents and Things to Isaac Larian and

14 Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

15 Documents and Things to MGAE de Mexico S.R.L. de C.V.

16      Without waiving any of the foregoing General or Specific Objections, but

17 rather expressly preserving each and every such objection, MGA Mexico responds as

18 follows:  MGA Mexico will produce all non-privileged, responsive documents in its

19 possession, custody or control, if any, that it is able to locate following a reasonably

20 diligent search.

21 REQUEST FOR PRODUCTION NO. 279:

22      DOCUMENTS sufficient to IDENTIFY all PERSONS with knowledge of

23 YOUR allegation that MATTEL "induc[ed] non-party customers to breach

24 confidentiality agreements with MGA."

25 RESPONSE TO REQUEST FOR PRODUCTION NO. 279:

26      MGA Mexico incorporates by reference its General Response and General

27 Objections above, as though fully set forth herein and specifically incorporates

28 General Objection No. 15 (regarding Definitions), including without limitation MGA

459

EXHIBIT ___4___
PAGE ___830___

1 Mexico's objection to the definition of the terms YOUR, and its incorporated term

2 PERSON. MGA Mexico further objects to the request to the extent it seeks the

3 production of documents that are protected from disclosure under any applicable

4 privilege, doctrine or immunity, including without limitation the attorney-client

5 privilege, the work product doctrine, the right of privacy, and all other privileges

6 recognized under the constitutional, statutory or decisional law of the United States

7 of America, the State of California or any other applicable jurisdiction, including, but

8 not limited to, such laws existing in the United Mexican States. MGA Mexico

9 further objects to this request as being overly broad and unduly burdensome on the

10 grounds that it is not limited in time or geographical scope. MGA Mexico further

11 objects to this request on the grounds that the phrase "all PERSONS with knowledge

12 of YOUR allegation" renders the request vague, ambiguous, overly broad and unduly

13 burdensome in that anyone who has read MGA Mexico's Answer in this matter has

14 "knowledge of [MGA Mexico's] allegation," without regard to whether the factual

15 basis for the allegation is known to them. MGA Mexico further objects to the

16 request to the extent that it seeks documents that by reason of public filing, public

17 distribution or otherwise are already in Mattel's possession or are readily accessible

18 to Mattel. MGA Mexico further objects to the request to the extent that it seeks

19 documents not in MGA Mexico's possession, custody or control. MGA Mexico

20 further objects to the request to the extent it seeks confidential, proprietary or

21 commercially sensitive information, the disclosure of which would be inimical to the

22 business interests of MGA Mexico or MGA. MGA Mexico further objects to the

23 request to the extent it violates the privacy rights of third parties to their private,

24 confidential, proprietary or trade secret information.

25        MGA Mexico further objects to this request as cumulative, duplicative, and

26 unduly burdensome to the extent that it seeks documents previously requested by

27 Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

28 to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

MGA MEXICO'S RESPONSE TO MATTEL'S 2D SET OF REQUESTS FOR DOCS.   Case No. CV-04-9049 SGL

EXHIBIT __4__
PAGE __831__

1  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

2  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

3  Set of Requests for Production of Documents and Things to Isaac Larian and

4  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

5  Documents and Things to MGAE de Mexico S.R.L. de C.V.

6          Without waiving any of the foregoing General or Specific Objections, but

7  rather expressly preserving each and every such objection, MGA Mexico responds as

8  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

9  possession, custody or control, if any, that it is able to locate following a reasonably

10  diligent search.

11  REQUEST FOR PRODUCTION NO. 280:

12          DOCUMENTS sufficient to IDENTIFY all PERSONS with knowledge of

13  YOUR allegation that MATTEL "induc[ed] non-party customers to ... divulge non-

14  public information about MGA's unreleased products."

15  RESPONSE TO REQUEST FOR PRODUCTION NO. 280:

16          MGA Mexico incorporates by reference its General Response and General

17  Objections above, as though fully set forth herein and specifically incorporates

18  General Objection No. 15 (regarding Definitions), including without limitation MGA

19  Mexico's objection to the definition of the terms YOUR, and its incorporated term

20  PERSON.  MGA Mexico further objects to the request to the extent it seeks the

21  production of documents that are protected from disclosure under any applicable

22  privilege, doctrine or immunity, including without limitation the attorney-client

23  privilege, the work product doctrine, the right of privacy, and all other privileges

24  recognized under the constitutional, statutory or decisional law of the United States

25  of America, the State of California or any other applicable jurisdiction, including, but

26  not limited to, such laws existing in the United Mexican States.  MGA Mexico

27  further objects to this request as being overly broad and unduly burdensome on the

28  grounds that it is not limited in time or geographical scope.  MGA Mexico further

461

EXHIBIT __4__
PAGE __832__

1   objects to this request on the grounds that the phrase "all PERSONS with knowledge

2   of YOUR allegation" renders the request vague, ambiguous, overly broad and unduly

3   burdensome in that anyone who has read MGA Mexico's Answer in this matter has

4   "knowledge of [MGA Mexico's] allegation," without regard to whether the factual

5   basis for the allegation is known to them. MGA Mexico further objects to the

6   request to the extent that it seeks documents that by reason of public filing, public

7   distribution or otherwise are already in Mattel's possession or are readily accessible

8   to Mattel. MGA Mexico further objects to the request to the extent that it seeks

9   documents not in MGA Mexico's possession, custody or control. MGA Mexico

10   further objects to the request to the extent it seeks confidential, proprietary or

11   commercially sensitive information, the disclosure of which would be inimical to the

12   business interests of MGA Mexico or MGA. MGA Mexico further objects to the

13   request to the extent it violates the privacy rights of third parties to their private,

14   confidential, proprietary or trade secret information.

15       MGA Mexico further objects to this request as cumulative, duplicative, and

16   unduly burdensome to the extent that it seeks documents previously requested by

17   Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

18   to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

19   in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

20   Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

21   Set of Requests for Production of Documents and Things to Isaac Larian and

22   Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

23   Documents and Things to MGAE de Mexico S.R.L. de C.V.

24       Without waiving any of the foregoing General or Specific Objections, but

25   rather expressly preserving each and every such objection, MGA Mexico responds as

26   follows: MGA Mexico will produce all non-privileged, responsive documents in its

27   possession, custody or control, if any, that it is able to locate following a reasonably

28   diligent search.

MGA MEXICO'S RESPONSE TO MATTEL'S 2D SET OF REQUESTS FOR DOCS.   Case No. CV-04-9049 SGL

EXHIBIT ___4___
PAGE ___833___

1   REQUEST FOR PRODUCTION NO. 281:

2       DOCUMENTS describing all time periods during which MATTEL allegedly

3   "induc[ed] non-party customers to breach confidentiality agreements with MGA and

4   divulge non-public information about MGA's unreleased products "

5   RESPONSE TO REQUEST FOR PRODUCTION NO. 281:

6       MGA Mexico incorporates by reference its General Response and General

7   Objections above, as though fully set forth herein.  MGA Mexico further objects to

8   the request to the extent it seeks the production of documents that are protected from

9   disclosure under any applicable privilege, doctrine or immunity, including without

10   limitation the attorney-client privilege, the work product doctrine, the right of

11   privacy, and all other privileges recognized under the constitutional, statutory or

12   decisional law of the United States of America, the State of California or any other

13   applicable jurisdiction, including, but not limited to, such laws existing in the United

14   Mexican States.  MGA Mexico further objects to this request as being overly broad

15   and unduly burdensome on the grounds that it is not limited in time or geographical

16   scope.  MGA Mexico further objects to this request on the grounds that the phrase

17   "DOCUMENTS describing all time periods during which" renders the request vague,

18   ambiguous, and unintelligible.  MGA Mexico further objects to the request to the

19   extent that it seeks documents that by reason of public filing, public distribution or

20   otherwise are already in Mattel's possession or are readily accessible to Mattel.

21   MGA Mexico further objects to the request to the extent that it seeks documents not

22   in MGA Mexico's possession, custody or control.  MGA Mexico further objects to

23   the request to the extent it seeks confidential, proprietary or commercially sensitive

24   information, the disclosure of which would be inimical to the business interests of

25   MGA Mexico or MGA.  MGA Mexico further objects to the request to the extent it

26   violates the privacy rights of third parties to their private, confidential, proprietary or

27   trade secret information.

28

MGA MEXICO'S RESPONSE TO MATTEL'S 2D SET OF REQUESTS FOR DOCS.   Case No. CV-04-9049 SGL

EXHIBIT __4__
PAGE __834__

1    MGA Mexico further objects to this request as cumulative, duplicative, and

2    unduly burdensome to the extent that it seeks documents previously requested by

3    Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

4    to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

5    in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

6    Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

7    Set of Requests for Production of Documents and Things to Isaac Larian and

8    Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

9    Documents and Things to MGAE de Mexico S.R.L. de C.V.

10    Without waiving any of the foregoing General or Specific Objections, but

11    rather expressly preserving each and every such objection, MGA Mexico responds as

12    follows:  MGA Mexico will produce all non-privileged, responsive documents in its

13    possession, custody or control, if any, that it is able to locate following a reasonably

14    diligent search.

15    REQUEST FOR PRODUCTION NO. 282:

16    DOCUMENTS sufficient to IDENTIFY the "non-party customers" and

17    PERSONS employed by "non-party customers" who MATTEL allegedly

18    "induc[ed] ... to breach confidentiality agreements with MGA and divulge non-

19    public information about MGA's unreleased products."

20    RESPONSE TO REQUEST FOR PRODUCTION NO. 282:

21    MGA Mexico incorporates by reference its General Response and General

22    Objections above, as though fully set forth herein and specifically incorporates

23    General Objection No. 15 (regarding Definitions), including without limitation MGA

24    Mexico's objection to the definition of the term PERSON.  MGA Mexico further

25    objects to the request to the extent it seeks the production of documents that are

26    protected from disclosure under any applicable privilege, doctrine or immunity,

27    including without limitation the attorney-client privilege, the work product doctrine,

28    the right of privacy, and all other privileges recognized under the constitutional,

464

EXHIBIT __4__
PAGE __835__

1  statutory or decisional law of the United States of America, the State of California or

2  any other applicable jurisdiction, including, but not limited to, such laws existing in

3  the United Mexican States.  MGA Mexico further objects to this request as being

4  overly broad and unduly burdensome on the grounds that it is not limited in time or

5  geographical scope.  MGA Mexico further objects to the request to the extent that it

6  seeks documents that by reason of public filing, public distribution or otherwise are

7  already in Mattel's possession or are readily accessible to Mattel.  MGA Mexico

8  further objects to the request to the extent that it seeks documents not in MGA

9  Mexico's possession, custody or control.  MGA Mexico further objects to the request

10  to the extent it seeks confidential, proprietary or commercially sensitive information,

11  the disclosure of which would be inimical to the business interests of MGA Mexico

12  or MGA.  MGA Mexico further objects to the request to the extent it violates the

13  privacy rights of third parties to their private, confidential, proprietary or trade secret

14  information.

15      MGA Mexico further objects to this request as cumulative, duplicative, and

16  unduly burdensome to the extent that it seeks documents previously requested by

17  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

18  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

19  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

20  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

21  Set of Requests for Production of Documents and Things to Isaac Larian and

22  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

23  Documents and Things to MGAE de Mexico S.R.L. de C.V.

24      Without waiving any of the foregoing General or Specific Objections, but

25  rather expressly preserving each and every such objection, MGA Mexico responds as

26  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

27  possession, custody or control, if any, that it is able to locate following a reasonably

28  diligent search.

MGA MEXICO'S RESPONSE TO MATTEL'S 2D SET OF REQUESTS FOR DOCS.   Case No. CV-04-9049 SGL

EXHIBIT __4__
PAGE __836__

1   REQUEST FOR PRODUCTION NO. 283:

2        DOCUMENTS sufficient to IDENTIFY the "unreleased products" for which

3   MATTEL allegedly "induc[ed] non-party customers to breach confidentiality

4   agreements with MGA and divulge non-public information."

5   RESPONSE TO REQUEST FOR PRODUCTION NO. 283:

6        MGA Mexico incorporates by reference its General Response and General

7   Objections above, as though fully set forth herein.  MGA Mexico further objects to

8   the request to the extent it seeks the production of documents that are protected from

9   disclosure under any applicable privilege, doctrine or immunity, including without

10  limitation the attorney-client privilege, the work product doctrine, the right of

11  privacy, and all other privileges recognized under the constitutional, statutory or

12  decisional law of the United States of America, the State of California or any other

13  applicable jurisdiction, including, but not limited to, such laws existing in the United

14  Mexican States.  MGA Mexico further objects to this request as being overly broad

15  and unduly burdensome on the grounds that it is not limited in time or geographical

16  scope.  MGA Mexico further objects to the request to the extent that it seeks

17  documents that by reason of public filing, public distribution or otherwise are already

18  in Mattel's possession or are readily accessible to Mattel.  MGA Mexico further

19  objects to the request to the extent that it seeks documents not in MGA Mexico's

20  possession, custody or control.  MGA Mexico further objects to the request to the

21  extent it seeks confidential, proprietary or commercially sensitive information, the

22  disclosure of which would be inimical to the business interests of MGA Mexico or

23  MGA.  MGA Mexico further objects to the request to the extent it violates the

24  privacy rights of third parties to their private, confidential, proprietary or trade secret

25  information.

26        MGA Mexico further objects to this request as cumulative, duplicative, and

27  unduly burdensome to the extent that it seeks documents previously requested by

28  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

EXHIBIT __*4*__
PAGE ___*837*___

1  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

2  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

3  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

4  Set of Requests for Production of Documents and Things to Isaac Larian and

5  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

6  Documents and Things to MGAE de Mexico S.R.L. de C.V.

7       Without waiving any of the foregoing General or Specific Objections, but

8  rather expressly preserving each and every such objection, MGA Mexico responds as

9  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

10  possession, custody or control, if any, that it is able to locate following a reasonably

11  diligent search.

12  REQUEST FOR PRODUCTION NO. 284:

13       The "non-public information about MGA's unreleased products" that

14  MATTEL allegedly "induc[ed] non-party customers to breach confidentiality

15  agreements with MGA and divulge" to MATTEL.

16  RESPONSE TO REQUEST FOR PRODUCTION NO. 284:

17       MGA Mexico incorporates by reference its General Response and General

18  Objections above, as though fully set forth herein.  MGA Mexico further objects to

19  the request to the extent it seeks the production of documents that are protected from

20  disclosure under any applicable privilege, doctrine or immunity, including without

21  limitation the attorney-client privilege, the work product doctrine, the right of

22  privacy, and all other privileges recognized under the constitutional, statutory or

23  decisional law of the United States of America, the State of California or any other

24  applicable jurisdiction, including, but not limited to, such laws existing in the United

25  Mexican States.  MGA Mexico further objects to this request as being overly broad

26  and unduly burdensome on the grounds that it is not limited in time or geographical

27  scope.  MGA Mexico further objects to the request to the extent that it seeks

28  documents that by reason of public filing, public distribution or otherwise are already

EXHIBIT __4__
PAGE __838__

1  in Mattel's possession or are readily accessible to Mattel. MGA Mexico further

2  objects to the request to the extent that it seeks documents not in MGA Mexico's

3  possession, custody or control. MGA Mexico further objects to the request to the

4  extent it seeks confidential, proprietary or commercially sensitive information, the

5  disclosure of which would be inimical to the business interests of MGA Mexico or

6  MGA. MGA Mexico further objects to the request to the extent it violates the

7  privacy rights of third parties to their private, confidential, proprietary or trade secret

8  information.

9        MGA Mexico further objects to this request as cumulative, duplicative, and

10  unduly burdensome to the extent that it seeks documents previously requested by

11  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

12  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

13  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

14  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

15  Set of Requests for Production of Documents and Things to Isaac Larian and

16  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

17  Documents and Things to MGAE de Mexico S.R.L. de C.V.

18        Without waiving any of the foregoing General or Specific Objections, but

19  rather expressly preserving each and every such objection, MGA Mexico responds as

20  follows: MGA Mexico will produce all non-privileged, responsive documents in its

21  possession, custody or control, if any, that it is able to locate following a reasonably

22  diligent search.

23  REQUEST FOR PRODUCTION NO. 285:

24        All DOCUMENTS that REFER OR RELATE TO any contract or agreement

25  with the "non-party customers" who MATTEL allegedly "induc[ed] .. . to breach

26  confidentiality agreements with MGA and divulge non-public information about

27  MGA's unreleased products," including without limitation, all such contracts or

28  agreements that were allegedly breached.

EXHIBIT _4_
PAGE _839_

1  RESPONSE TO REQUEST FOR PRODUCTION NO. 285:

2      MGA Mexico incorporates by reference its General Response and General

3  Objections above, as though fully set forth herein.  MGA Mexico further objects to

4  the request to the extent it seeks the production of documents that are protected from

5  disclosure under any applicable privilege, doctrine or immunity, including without

6  limitation the attorney-client privilege, the work product doctrine, the right of

7  privacy, and all other privileges recognized under the constitutional, statutory or

8  decisional law of the United States of America, the State of California or any other

9  applicable jurisdiction, including, but not limited to, such laws existing in the United

10  Mexican States.  MGA Mexico further objects to this request on the grounds that the

11  phrase "[a]ll DOCUMENTS that REFER OR RELATE TO" does not comply with

12  the "reasonable particularity" requirement of Federal Rule of Civil Procedure 34 and

13  renders the request overly broad and unduly burdensome in light of "the wealth of

14  material already made available in this case."  Westhemeco Ltd. v. New Hampshire

15  Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA Mexico further objects that

16  MGA Mexico further objects to the request to the extent that it seeks documents that

17  by reason of public filing, public distribution or otherwise are already in Mattel's

18  possession or are readily accessible to Mattel.  MGA Mexico further objects to the

19  request to the extent that it seeks documents not in MGA Mexico's possession,

20  custody or control.  MGA Mexico further objects to the request to the extent it seeks

21  confidential, proprietary or commercially sensitive information, the disclosure of

22  which would be inimical to the business interests of MGA Mexico or MGA.  MGA

23  Mexico further objects to the request to the extent it violates the privacy rights of

24  third parties to their private, confidential, proprietary or trade secret information.

25      MGA Mexico further objects to this request as cumulative, duplicative, and

26  unduly burdensome to the extent that it seeks documents previously requested by

27  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

28  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

EXHIBIT __4__
PAGE __840__

1  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

2  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

3  Set of Requests for Production of Documents and Things to Isaac Larian and

4  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

5  Documents and Things to MGAE de Mexico S.R.L. de C.V.

6        Without waiving any of the foregoing General or Specific Objections, but

7  rather expressly preserving each and every such objection, MGA Mexico responds as

8  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

9  possession, custody or control, if any, that it is able to locate following a reasonably

10 diligent search.

11 REQUEST FOR PRODUCTION NO. 286:

12       All DOCUMENTS that REFER OR RELATE TO the "unreleased products"

13 for which MATTEL allegedly "induc[ed] non-party customers to breach

14 confidentiality agreements with MGA and divulge non-public information."

15 RESPONSE TO REQUEST FOR PRODUCTION NO. 286:

16       MGA Mexico incorporates by reference its General Response and General

17 Objections above, as though fully set forth herein.  MGA Mexico further objects to

18 the request to the extent it seeks the production of documents that are protected from

19 disclosure under any applicable privilege, doctrine or immunity, including without

20 limitation the attorney-client privilege, the work product doctrine, the right of

21 privacy, and all other privileges recognized under the constitutional, statutory or

22 decisional law of the United States of America, the State of California or any other

23 applicable jurisdiction, including, but not limited to, such laws existing in the United

24 Mexican States.  MGA Mexico further objects to this request as being overly broad

25 and unduly burdensome on the grounds that it is not limited in time or geographical

26 scope.  MGA Mexico further objects to this request on the grounds that the phrase

27 "[a]ll DOCUMENTS that REFER OR RELATE TO" does not comply with the

28 "reasonable particularity" requirement of Federal Rule of Civil Procedure 34 and

470

EXHIBIT __4__
PAGE __841__

1  renders the request overly broad and unduly burdensome in light of "the wealth of

2  material already made available in this case." <u>Westhemeco Ltd. v. New Hampshire</u>

3  <u>Ins. Co.</u>, 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA Mexico further objects to the

4  request to the extent that it seeks documents that by reason of public filing, public

5  distribution or otherwise are already in Mattel's possession or are readily accessible

6  to Mattel.  MGA Mexico further objects to the request to the extent that it seeks

7  documents not in MGA Mexico's possession, custody or control.  MGA Mexico

8  further objects to the request to the extent it seeks confidential, proprietary or

9  commercially sensitive information, the disclosure of which would be inimical to the

10 business interests of MGA Mexico or MGA.  MGA Mexico further objects to the

11 request to the extent it violates the privacy rights of third parties to their private,

12 confidential, proprietary or trade secret information.

13      MGA Mexico further objects to this request as cumulative, duplicative, and

14 unduly burdensome to the extent that it seeks documents previously requested by

15 Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

16 to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

17 in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

18 Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

19 Set of Requests for Production of Documents and Things to Isaac Larian and

20 Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

21 Documents and Things to MGAE de Mexico S.R.L. de C.V.

22      Without waiving any of the foregoing General or Specific Objections, but

23 rather expressly preserving each and every such objection, MGA Mexico responds as

24 follows:  MGA Mexico will produce all non-privileged, responsive documents in its

25 possession, custody or control, if any, that it is able to locate following a reasonably

26 diligent search.

27

28

EXHIBIT __4__
PAGE __842__

1  REQUEST FOR PRODUCTION NO. 287:

2      All DOCUMENTS that REFER OR RELATE TO the "non-public information

3  about MGA's unreleased products" that MATTEL allegedly "induc[ed] non-party

4  customers to breach confidentiality agreements with MGA and divulge" to MATTEL.

5  RESPONSE TO REQUEST FOR PRODUCTION NO. 287:

6      MGA Mexico incorporates by reference its General Response and General

7  Objections above, as though fully set forth herein.  MGA Mexico further objects to

8  the request to the extent it seeks the production of documents that are protected from

9  disclosure under any applicable privilege, doctrine or immunity, including without

10  limitation the attorney-client privilege, the work product doctrine, the right of

11  privacy, and all other privileges recognized under the constitutional, statutory or

12  decisional law of the United States of America, the State of California or any other

13  applicable jurisdiction, including, but not limited to, such laws existing in the United

14  Mexican States.  MGA Mexico further objects to this request as being overly broad

15  and unduly burdensome on the grounds that it is not limited in time or geographical

16  scope.  MGA Mexico further objects to this request on the grounds that the phrase

17  "[a]ll DOCUMENTS that REFER OR RELATE TO" does not comply with the

18  "reasonable particularity" requirement of Federal Rule of Civil Procedure 34 and

19  renders the request overly broad and unduly burdensome in light of "the wealth of

20  material already made available in this case."  Westhemeco Ltd. v. New Hampshire

21  Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA Mexico further objects to the

22  request to the extent that it seeks documents that by reason of public filing, public

23  distribution or otherwise are already in Mattel's possession or are readily accessible

24  to Mattel.  MGA Mexico further objects to the request to the extent that it seeks

25  documents not in MGA Mexico's possession, custody or control.  MGA Mexico

26  further objects to the request to the extent it seeks confidential, proprietary or

27  commercially sensitive information, the disclosure of which would be inimical to the

28  business interests of MGA Mexico or MGA.  MGA Mexico further objects to the

EXHIBIT __4__
PAGE __843__

1  request to the extent it violates the privacy rights of third parties to their private,

2  confidential, proprietary or trade secret information.

3       MGA Mexico further objects to this request as cumulative, duplicative, and

4  unduly burdensome to the extent that it seeks documents previously requested by

5  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

6  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

7  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

8  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

9  Set of Requests for Production of Documents and Things to Isaac Larian and

10  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

11  Documents and Things to MGAE de Mexico S.R.L. de C.V.

12       Without waiving any of the foregoing General or Specific Objections, but

13  rather expressly preserving each and every such objection, MGA Mexico responds as

14  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

15  possession, custody or control, if any, that it is able to locate following a reasonably

16  diligent search.

17  REQUEST FOR PRODUCTION NO. 288:

18       All DOCUMENTS showing what steps, if any, YOU took to preserve, protect

19  and safeguard the confidentiality of MGA's "unreleased products" for which

20  MATTEL allegedly "induc[ed]" non-party customers to breach confidentiality

21  agreements with MGA and divulge non-public information."

22  RESPONSE TO REQUEST FOR PRODUCTION NO. 288:

23       MGA Mexico incorporates by reference its General Response and General

24  Objections above, as though fully set forth herein and specifically incorporates

25  General Objection No. 15 (regarding Definitions), including without limitation MGA

26  Mexico's objection to the definition of the term YOU, and its incorporated term

27  PERSON.  MGA Mexico further objects to the request to the extent it seeks the

28  production of documents that are protected from disclosure under any applicable

473

MGA MEXICO'S RESPONSE TO MATTEL'S 2D SET OF REQUESTS FOR DOCS.   Case No. CV-04-9049 SGL

EXHIBIT __4__
PAGE __844__

1  privilege, doctrine or immunity, including without limitation the attorney-client

2  privilege, the work product doctrine, the right of privacy, and all other privileges

3  recognized under the constitutional, statutory or decisional law of the United States

4  of America, the State of California or any other applicable jurisdiction, including, but

5  not limited to, such laws existing in the United Mexican States.  MGA Mexico

6  further objects to this request as being overly broad and unduly burdensome on the

7  grounds that it is not limited in time or geographical scope.  MGA Mexico further

8  objects to this request on the grounds that the phrase "[a]ll DOCUMENTS" does not

9  comply with the "reasonable particularity" requirement of Federal Rule of Civil

10 Procedure 34 and renders the request overly broad and unduly burdensome in light of

11 "the wealth of material already made available in this case."  Westhemeco Ltd. v.

12 New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA Mexico

13 further objects that the phrase "what steps, if any, YOU took to preserve, protect and

14 safeguard the confidentiality" is compound and, as such, renders the request vague,

15 ambiguous, and unintelligible.  MGA Mexico further objects to the request to the

16 extent that it seeks documents that by reason of public filing, public distribution or

17 otherwise are already in Mattel's possession or are readily accessible to Mattel.

18 MGA Mexico further objects to the request to the extent that it seeks documents not

19 in MGA Mexico's possession, custody or control.  MGA Mexico further objects to

20 the request to the extent it seeks confidential, proprietary or commercially sensitive

21 information, the disclosure of which would be inimical to the business interests of

22 MGA Mexico or MGA.  MGA Mexico further objects to the request to the extent it

23 violates the privacy rights of third parties to their private, confidential, proprietary or

24 trade secret information.

25      MGA Mexico further objects to this request as cumulative, duplicative, and

26 unduly burdensome to the extent that it seeks documents previously requested by

27 Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

28 to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

474

EXHIBIT __4__
PAGE __845__

1  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

2  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

3  Set of Requests for Production of Documents and Things to Isaac Larian and

4  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

5  Documents and Things to MGAE de Mexico S.R.L. de C.V.

6      Without waiving any of the foregoing General or Specific Objections, but

7  rather expressly preserving each and every such objection, MGA Mexico responds as

8  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

9  possession, custody or control, if any, that it is able to locate following a reasonably

10  diligent search.

11  REQUEST FOR PRODUCTION NO. 289:

12      All DOCUMENTS that show or tend to show that the MGA "unreleased

13  products," for which MATTEL allegedly "induc[ed] non-party customers to breach

14  confidentiality agreements with MGA and divulge non-public information," derives

15  independent economic value from not being generally known to the public or other

16  PERSONS who can obtain economic value from their disclosure or use.

17  RESPONSE TO REQUEST FOR PRODUCTION NO. 289:

18      MGA Mexico incorporates by reference its General Response and General

19  Objections above, as though fully set forth herein.  MGA Mexico further objects to

20  the request to the extent it seeks the production of documents that are protected from

21  disclosure under any applicable privilege, doctrine or immunity, including without

22  limitation the attorney-client privilege, the work product doctrine, the right of

23  privacy, and all other privileges recognized under the constitutional, statutory or

24  decisional law of the United States of America, the State of California or any other

25  applicable jurisdiction, including, but not limited to, such laws existing in the United

26  Mexican States.  MGA Mexico further objects to this request as being overly broad

27  and unduly burdensome on the grounds that it is not limited in time or geographical

28  scope.  MGA Mexico further objects to this request on the grounds that the phrase

EXHIBIT __4__
PAGE __846__

1   "[a]ll DOCUMENTS that show or tend to show" does not comply with the

2   "reasonable particularity" requirement of Federal Rule of Civil Procedure 34 and

3   renders the request overly broad and unduly burdensome in light of "the wealth of

4   material already made available in this case." <u>Westhemeco Ltd. v. New Hampshire</u>

5   <u>Ins. Co.</u>, 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA Mexico further objects that the

6   phrases "that show or tend to show," "'unreleased products,' for which MATTEL

7   allegedly 'induc[ed] non-party customers to breach confidentiality agreements with

8   MGA and divulge non-public information,'" "not being generally known to the

9   public or other PERSONS," and "their disclosure or use" are, both individually and

10   taken together, compound and, as such, render the request vague, ambiguous, and

11   unintelligible.  MGA Mexico further objects to the request to the extent that it seeks

12   documents that by reason of public filing, public distribution or otherwise are already

13   in Mattel's possession or are readily accessible to Mattel.  MGA Mexico further

14   objects to the request to the extent that it seeks documents not in MGA Mexico's

15   possession, custody or control.  MGA Mexico further objects to the request to the

16   extent it seeks confidential, proprietary or commercially sensitive information, the

17   disclosure of which would be inimical to the business interests of MGA Mexico or

18   MGA.  MGA Mexico further objects to the request to the extent it violates the

19   privacy rights of third parties to their private, confidential, proprietary or trade secret

20   information.

21        MGA Mexico further objects to this request as cumulative, duplicative, and

22   unduly burdensome to the extent that it seeks documents previously requested by

23   Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

24   to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

25   in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

26   Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

27   Set of Requests for Production of Documents and Things to Isaac Larian and

28

EXHIBIT ___4___
PAGE ___847___

1 Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

2 Documents and Things to MGAE de Mexico S.R.L. de C.V.

3     Without waiving any of the foregoing General or Specific Objections, but

4 rather expressly preserving each and every such objection, MGA Mexico responds as

5 follows:  MGA Mexico will produce all non-privileged, responsive documents in its

6 possession, custody or control, if any, that it is able to locate following a reasonably

7 diligent search.

8 REQUEST FOR PRODUCTION NO. 290:

9     All DOCUMENTS that show or tend to show that the MGA "unreleased

10 products," for which MATTEL allegedly "induc[ed] non-party customers to breach

11 confidentiality agreements with MGA and divulge non-public information," contains

12 information that is not known to the public or to PERSONS who can obtain

13 economic value from its disclosure or use.

14 RESPONSE TO REQUEST FOR PRODUCTION NO. 290:

15     MGA Mexico incorporates by reference its General Response and General

16 Objections above, as though fully set forth herein and specifically incorporates

17 General Objection No. 15 (regarding Definitions), including without limitation MGA

18 Mexico's objection to the definition of the term PERSON.  MGA Mexico further

19 objects to the request to the extent it seeks the production of documents that are

20 protected from disclosure under any applicable privilege, doctrine or immunity,

21 including without limitation the attorney-client privilege, the work product doctrine,

22 the right of privacy, and all other privileges recognized under the constitutional,

23 statutory or decisional law of the United States of America, the State of California or

24 any other applicable jurisdiction, including, but not limited to, such laws existing in

25 the United Mexican States.  MGA Mexico further objects to this request as being

26 overly broad and unduly burdensome on the grounds that it is not limited in time or

27 geographic scope.  MGA Mexico further objects to this request on the grounds that

28 the phrase "[a]ll DOCUMENTS" does not comply with the "reasonable particularity"

477

EXHIBIT __4__
PAGE __848__

1  requirement of Federal Rule of Civil Procedure 34 and renders the request overly

2  broad and unduly burdensome in light of "the wealth of material already made

3  available in this case."  Westhemeco Ltd. v. New Hampshire Ins. Co., 82 F.R.D. 702,

4  709 (S.D.N.Y. 1979).  MGA Mexico further objects that the phrases "that show or

5  tend to show," "the MGA 'unreleased products,' for which MATTEL allegedly

6  'induc[ed] non-party customers to breach confidentiality agreements with MGA and

7  divulge non-public information,'" " information that is not known to the public or to

8  PERSONS," and "from its disclosure or use" are, both individually and taken

9  together, compound and, as such, render the request vague, ambiguous, and

10  unintelligible.  MGA Mexico further objects to the request to the extent that it seeks

11  documents that by reason of public filing, public distribution or otherwise are already

12  in Mattel's possession or are readily accessible to Mattel.  MGA Mexico further

13  objects to the request to the extent that it seeks documents not in MGA Mexico's

14  possession, custody or control.  MGA Mexico further objects to the request to the

15  extent it seeks confidential, proprietary or commercially sensitive information, the

16  disclosure of which would be inimical to the business interests of MGA Mexico or

17  MGA.  MGA Mexico further objects to the request to the extent it violates the

18  privacy rights of third parties to their private, confidential, proprietary or trade secret

19  information.

20      MGA Mexico further objects to this request as cumulative, duplicative, and

21  unduly burdensome to the extent that it seeks documents previously requested by

22  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

23  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

24  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

25  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

26  Set of Requests for Production of Documents and Things to Isaac Larian and

27  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

28  Documents and Things to MGAE de Mexico S.R.L. de C.V.

EXHIBIT _4_
PAGE _849_

1     Without waiving any of the foregoing General or Specific Objections, but

2  rather expressly preserving each and every such objection, MGA Mexico responds as

3  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

4  possession, custody or control, if any, that it is able to locate following a reasonably

5  diligent search.

6  REQUEST FOR PRODUCTION NO. 291:

7     All DOCUMENTS that show or tend to show that the MGA "unreleased

8  products," for which MATTEL allegedly "induc[ed] non-party customers to breach

9  confidentiality agreements with MGA and divulge non-public information," were

10 either used by or disclosed by MATTEL.

11 RESPONSE TO REQUEST FOR PRODUCTION NO. 291:

12    MGA Mexico incorporates by reference its General Response and General

13 Objections above, as though fully set forth herein.  MGA Mexico further objects to

14 the request to the extent it seeks the production of documents that are protected from

15 disclosure under any applicable privilege, doctrine or immunity, including without

16 limitation the attorney-client privilege, the work product doctrine, the right of

17 privacy, and all other privileges recognized under the constitutional, statutory or

18 decisional law of the United States of America, the State of California or any other

19 applicable jurisdiction, including, but not limited to, such laws existing in the United

20 Mexican States.  MGA Mexico further objects to this request as being overly broad

21 and unduly burdensome on the grounds that it is not limited in time or geographical

22 scope.  MGA Mexico further objects to this request on the grounds that the phrase

23 "[a]ll DOCUMENTS" does not comply with the "reasonable particularity"

24 requirement of Federal Rule of Civil Procedure 34 and renders the request overly

25 broad and unduly burdensome in light of "the wealth of material already made

26 available in this case."  Westhemeco Ltd. v. New Hampshire Ins. Co., 82 F.R.D. 702,

27 709 (S.D.N.Y. 1979).  MGA Mexico further objects that the phrases "that show or

28 tend to show," "the MGA 'unreleased products,' for which MATTEL allegedly

EXHIBIT __4__
PAGE __850__

1  "induc[ed] non-party customers to breach confidentiality agreements with MGA and
2  divulge non-public information,'" "either used by or disclosed by MATTEL" are,
3  both individually and taken together, compound and, as such, render the request
4  vague, ambiguous, and unintelligible.  MGA Mexico further objects to the request to
5  the extent that it seeks documents that by reason of public filing, public distribution
6  or otherwise are already in Mattel's possession or are readily accessible to Mattel.
7  MGA Mexico further objects to the request to the extent that it seeks documents not
8  in MGA Mexico's possession, custody or control.  MGA Mexico further objects to
9  the request to the extent it seeks confidential, proprietary or commercially sensitive
10 information, the disclosure of which would be inimical to the business interests of
11 MGA Mexico or MGA.  MGA Mexico further objects to the request to the extent it
12 violates the privacy rights of third parties to their private, confidential, proprietary or
13 trade secret information.

14      MGA Mexico further objects to this request as cumulative, duplicative, and
15 unduly burdensome to the extent that it seeks documents previously requested by
16 Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response
17 to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100
18 in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible
19 Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First
20 Set of Requests for Production of Documents and Things to Isaac Larian and
21 Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of
22 Documents and Things to MGAE de Mexico S.R.L. de C.V.

23      Without waiving any of the foregoing General or Specific Objections, but
24 rather expressly preserving each and every such objection, MGA Mexico responds as
25 follows:  MGA Mexico will produce all non-privileged, responsive documents in its
26 possession, custody or control, if any, that it is able to locate following a reasonably
27 diligent search.

28

EXHIBIT __4__
PAGE __861__

1  REQUEST FOR PRODUCTION NO. 292:

2       DOCUMENTS sufficient to IDENTIFY all PERSONS to whom MATTEL

3  allegedly showed, disclosed or revealed the MGA "unreleased products," and the

4  dates on which it allegedly made such disclosures.

5  RESPONSE TO REQUEST FOR PRODUCTION NO. 292:

6       MGA Mexico incorporates by reference its General Response and General

7  Objections above, as though fully set forth herein. MGA Mexico further objects to

8  the request to the extent it seeks the production of documents that are protected from

9  disclosure under any applicable privilege, doctrine or immunity, including without

10 limitation the attorney-client privilege, the work product doctrine, the right of

11 privacy, and all other privileges recognized under the constitutional, statutory or

12 decisional law of the United States of America, the State of California or any other

13 applicable jurisdiction, including, but not limited to, such laws existing in the United

14 Mexican States. MGA Mexico further objects to this request as being overly broad

15 and unduly burdensome on the grounds that it is not limited in time or geographical

16 scope. MGA Mexico further objects that the phrase "showed, disclosed or revealed

17 the MGA 'unreleased products,' and the dates on which it allegedly made such

18 disclosures" is compound and, as such, render the request vague, ambiguous, and

19 unintelligible. MGA Mexico further objects to the request to the extent that it seeks

20 documents that by reason of public filing, public distribution or otherwise are already

21 in Mattel's possession or are readily accessible to Mattel. MGA Mexico further

22 objects to the request to the extent that it seeks documents not in MGA Mexico's

23 possession, custody or control. MGA Mexico further objects to the request to the

24 extent it seeks confidential, proprietary or commercially sensitive information, the

25 disclosure of which would be inimical to the business interests of MGA Mexico or

26 MGA. MGA Mexico further objects to the request to the extent it violates the

27 privacy rights of third parties to their private, confidential, proprietary or trade secret

28 information.

EXHIBIT __4__
PAGE __852__

1    MGA Mexico further objects to this request as cumulative, duplicative, and
2    unduly burdensome to the extent that it seeks documents previously requested by
3    Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response
4    to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100
5    in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible
6    Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First
7    Set of Requests for Production of Documents and Things to Isaac Larian and
8    Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of
9    Documents and Things to MGAE de Mexico S.R.L. de C.V.
10    Without waiving any of the foregoing General or Specific Objections, but
11    rather expressly preserving each and every such objection, MGA Mexico responds as
12    follows:  MGA Mexico will produce all non-privileged, responsive documents in its
13    possession, custody or control, if any, that it is able to locate following a reasonably
14    diligent search.
15   REQUEST FOR PRODUCTION NO. 293:
16    All DOCUMENTS that show or tend to show that MATTEL did not show,
17    disclose or reveal to any PERSON the MGA "unreleased products," or that
18    MATTEL made such disclosures under a binding pre-existing confidentiality
19    agreement.
20   RESPONSE TO REQUEST FOR PRODUCTION NO. 293:
21    MGA Mexico incorporates by reference its General Response and General
22    Objections above, as though fully set forth herein and specifically incorporates
23    General Objection No. 15 (regarding Definitions), including without limitation MGA
24    Mexico's objection to the definition of the term PERSON.  MGA Mexico further
25    objects to the request to the extent it seeks the production of documents that are
26    protected from disclosure under any applicable privilege, doctrine or immunity,
27    including without limitation the attorney-client privilege, the work product doctrine,
28    the right of privacy, and all other privileges recognized under the constitutional,

EXHIBIT __4__
PAGE __853__

1  statutory or decisional law of the United States of America, the State of California or

2  any other applicable jurisdiction, including, but not limited to, such laws existing in

3  the United Mexican States.  MGA Mexico further objects to this request as being

4  overly broad and unduly burdensome on the grounds that it is not limited in time or

5  geographical scope.   MGA Mexico further objects to this request on the grounds that

6  the phrase "[a]ll DOCUMENTS" does not comply with the "reasonable particularity"

7  requirement of Federal Rule of Civil Procedure 34 and renders the request overly

8  broad and unduly burdensome in light of "the wealth of material already made

9  available in this case."  Westhemeco Ltd. v. New Hampshire Ins. Co., 82 F.R.D. 702,

10  709 (S.D.N.Y. 1979).  MGA Mexico further objects that the phrases "that show or

11  tend to show" and "did not show, disclose or reveal to any PERSON the MGA

12  'unreleased products,' or that MATTEL made such disclosures under a binding pre-

13  existing confidentiality agreement" are, both individually and taken together,

14  compound and, as such, render the request vague, ambiguous, and unintelligible.

15  MGA Mexico further objects to the request to the extent that it seeks documents that

16  by reason of public filing, public distribution or otherwise are already in Mattel's

17  possession or are readily accessible to Mattel.  MGA Mexico further objects to the

18  request to the extent that it seeks documents not in MGA Mexico's possession,

19  custody or control.  MGA Mexico further objects to the request to the extent it seeks

20  confidential, proprietary or commercially sensitive information, the disclosure of

21  which would be inimical to the business interests of MGA Mexico or MGA.  MGA

22  Mexico further objects to the request to the extent it violates the privacy rights of

23  third parties to their private, confidential, proprietary or trade secret information.

24       MGA Mexico further objects to this request as cumulative, duplicative, and

25  unduly burdensome to the extent that it seeks documents previously requested by

26  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

27  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

28  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

483

EXHIBIT __4__
PAGE __854__

1 Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

2 Set of Requests for Production of Documents and Things to Isaac Larian and

3 Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

4 Documents and Things to MGAE de Mexico S.R.L. de C.V.

5       Without waiving any of the foregoing General or Specific Objections, but

6 rather expressly preserving each and every such objection, MGA Mexico responds as

7 follows:  MGA Mexico will produce all non-privileged, responsive documents in its

8 possession, custody or control, if any, that it is able to locate following a reasonably

9 diligent search.

10 REQUEST FOR PRODUCTION NO. 294:

11       DOCUMENTS sufficient to IDENTIFY all PERSONS who YOU believe

12 provided MATTEL with the MGA "unreleased products."

13 RESPONSE TO REQUEST FOR PRODUCTION NO. 294:

14       MGA Mexico incorporates by reference its General Response and General

15 Objections above, as though fully set forth herein and specifically incorporates

16 General Objection No. 15 (regarding Definitions), including without limitation MGA

17 Mexico's objection to the definition of the term YOU, and its incorporated term

18 PERSON.  MGA Mexico further objects to the request to the extent it seeks the

19 production of documents that are protected from disclosure under any applicable

20 privilege, doctrine or immunity, including without limitation the attorney-client

21 privilege, the work product doctrine, the right of privacy, and all other privileges

22 recognized under the constitutional, statutory or decisional law of the United States

23 of America, the State of California or any other applicable jurisdiction, including, but

24 not limited to, such laws existing in the United Mexican States.  MGA Mexico

25 further objects to this request as being overly broad and unduly burdensome on the

26 grounds that it is not limited in time or geographical scope.  MGA Mexico further

27 objects to the request to the extent that it seeks documents that by reason of public

28 filing, public distribution or otherwise are already in Mattel's possession or are

EXHIBIT __4__
PAGE __855__

1 readily accessible to Mattel.  MGA Mexico further objects to the request to the
2 extent that it seeks documents not in MGA Mexico's possession, custody or control.
3 MGA Mexico further objects to the request to the extent it seeks confidential,
4 proprietary or commercially sensitive information, the disclosure of which would be
5 inimical to the business interests of MGA Mexico or MGA.  MGA Mexico further
6 objects to the request to the extent it violates the privacy rights of third parties to
7 their private, confidential, proprietary or trade secret information.
8       MGA Mexico further objects to this request as cumulative, duplicative, and
9 unduly burdensome to the extent that it seeks documents previously requested by
10 Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response
11 to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100
12 in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible
13 Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First
14 Set of Requests for Production of Documents and Things to Isaac Larian and
15 Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of
16 Documents and Things to MGAE de Mexico S.R.L. de C.V.
17       Without waiving any of the foregoing General or Specific Objections, but
18 rather expressly preserving each and every such objection, MGA Mexico responds as
19 follows:  MGA Mexico will produce all non-privileged, responsive documents in its
20 possession, custody or control, if any, that it is able to locate following a reasonably
21 diligent search.
22 REQUEST FOR PRODUCTION NO. 295:
23       DOCUMENTS sufficient to IDENTIFY all PERSONS who contend that
24 MATTEL "induc[ed] non-party customers to breach confidentiality agreements with
25 MGA and divulge non-public information about MGA's unreleased products."
26 RESPONSE TO REQUEST FOR PRODUCTION NO. 295:
27       MGA Mexico incorporates by reference its General Response and General
28 Objections above, as though fully set forth herein and specifically incorporates

485

EXHIBIT *4*

PAGE *856*

1   General Objection No. 15 (regarding Definitions), including without limitation MGA

2   Mexico's objection to the definition of the term PERSON. MGA Mexico further

3   objects to the request to the extent it seeks the production of documents that are

4   protected from disclosure under any applicable privilege, doctrine or immunity,

5   including without limitation the attorney-client privilege, the work product doctrine,

6   the right of privacy, and all other privileges recognized under the constitutional,

7   statutory or decisional law of the United States of America, the State of California or

8   any other applicable jurisdiction, including, but not limited to, such laws existing in

9   the United Mexican States. MGA Mexico further objects to this request as being

10  overly broad and unduly burdensome on the grounds that it is not limited in time or

11  geographical scope.    MGA Mexico further objects to the request to the extent that it

12  seeks documents that by reason of public filing, public distribution or otherwise are

13  already in Mattel's possession or are readily accessible to Mattel. MGA Mexico

14  further objects to the request to the extent that it seeks documents not in MGA

15  Mexico's possession, custody or control. MGA Mexico further objects to the request

16  to the extent it seeks confidential, proprietary or commercially sensitive information,

17  the disclosure of which would be inimical to the business interests of MGA Mexico

18  or MGA. MGA Mexico further objects to the request to the extent it violates the

19  privacy rights of third parties to their private, confidential, proprietary or trade secret

20  information.

21      MGA Mexico further objects to this request as cumulative, duplicative, and

22  unduly burdensome to the extent that it seeks documents previously requested by

23  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

24  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

25  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

26  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

27  Set of Requests for Production of Documents and Things to Isaac Larian and

28

EXHIBIT  4

PAGE ___857

1  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

2  Documents and Things to MGAE de Mexico S.R.L. de C.V.

3      Without waiving any of the foregoing General or Specific Objections, but

4  rather expressly preserving each and every such objection, MGA Mexico responds as

5  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

6  possession, custody or control, if any, that it is able to locate following a reasonably

7  diligent search.

8  REQUEST FOR PRODUCTION NO. 296:

9      All DOCUMENTS, including but not limited to all COMMUNICATIONS

10  with any PERSON, RELATING to YOUR actions in response to, or efforts to stop,

11  thwart, prevent, counter or mitigate, MATTEL from allegedly "inducing non-party

12  customers to breach confidentiality agreements with MGA and divulge non-public

13  information about MGA's unreleased products."

14  RESPONSE TO REQUEST FOR PRODUCTION NO. 296:

15      MGA Mexico incorporates by reference its General Response and General

16  Objections above, as though fully set forth herein and specifically incorporates

17  General Objection No. 15 (regarding Definitions), including without limitation MGA

18  Mexico's objection to the definition of the term YOUR, and its incorporated term

19  PERSON.  MGA Mexico further objects to the request to the extent it seeks the

20  production of documents that are protected from disclosure under any applicable

21  privilege, doctrine or immunity, including without limitation the attorney-client

22  privilege, the work product doctrine, the right of privacy, and all other privileges

23  recognized under the constitutional, statutory or decisional law of the United States

24  of America, the State of California or any other applicable jurisdiction, including, but

25  not limited to, such laws existing in the United Mexican States.  MGA Mexico

26  further objects to this request as being overly broad and unduly burdensome on the

27  grounds that it is not limited in time or geographical scope.  MGA Mexico further

28  objects to this request on the grounds that the phrase "[a]ll DOCUMENTS, including

EXHIBIT __4__
PAGE __858__

1  but not limited to all COMMUNICATIONS with any PERSON, RELATING TO"

2  does not comply with the "reasonable particularity" requirement of Federal Rule of

3  Civil Procedure 34 and renders the request overly broad and unduly burdensome in

4  light of "the wealth of material already made available in this case." Westhemeco

5  Ltd. v. New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA

6  Mexico further objects that the phrase "RELATING to YOUR actions in response to

7  or efforts to stop, thwart, prevent or interfere with" is compound and, as such,

8  renders the request vague, ambiguous, and unintelligible.  MGA Mexico further

9  objects to the request to the extent that it seeks documents that by reason of public

10 filing, public distribution or otherwise are already in Mattel's possession or are

11 readily accessible to Mattel.  MGA Mexico further objects to the request to the

12 extent that it seeks documents not in MGA Mexico's possession, custody or control.

13 MGA Mexico further objects to the request to the extent it seeks confidential,

14 proprietary or commercially sensitive information, the disclosure of which would be

15 inimical to the business interests of MGA Mexico or MGA.  MGA Mexico further

16 objects to the request to the extent it violates the privacy rights of third parties to

17 their private, confidential, proprietary or trade secret information.

18       MGA Mexico further objects to this request as cumulative, duplicative, and

19 unduly burdensome to the extent that it seeks documents previously requested by

20 Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

21 to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

22 in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

23 Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

24 Set of Requests for Production of Documents and Things to Isaac Larian and

25 Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

26 Documents and Things to MGAE de Mexico S.R.L. de C.V.

27       Without waiving any of the foregoing General or Specific Objections, but

28 rather expressly preserving each and every such objection, MGA Mexico responds as

EXHIBIT __4__

PAGE __859__

1  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

2  possession, custody or control, if any, that it is able to locate following a reasonably

3  diligent search.

4  REQUEST FOR PRODUCTION NO. 297:

5      All DOCUMENTS, including but not limited to all COMMUNICATIONS

6  with any PERSON, RELATING to any loss, harm, injury, increased expense, lost

7  revenue or profits, or any other damage caused to YOU by MATTEL allegedly

8  "inducing non-party customers to breach confidentiality agreements with MGA and

9  divulge non-public information about MGA's unreleased products."

10  RESPONSE TO REQUEST FOR PRODUCTION NO. 297:

11      MGA Mexico incorporates by reference its General Response and General

12  Objections above, as though fully set forth herein and specifically incorporates

13  General Objection No. 15 (regarding Definitions), including without limitation MGA

14  Mexico's objection to the definition of the term YOU, and its incorporated term

15  PERSON.  MGA Mexico further objects to the request to the extent it seeks the

16  production of documents that are protected from disclosure under any applicable

17  privilege, doctrine or immunity, including without limitation the attorney-client

18  privilege, the work product doctrine, the right of privacy, and all other privileges

19  recognized under the constitutional, statutory or decisional law of the United States

20  of America, the State of California or any other applicable jurisdiction, including, but

21  not limited to, such laws existing in the United Mexican States.  MGA Mexico

22  further objects to this request as being overly broad and unduly burdensome on the

23  grounds that it is not limited in time or geographical scope.  MGA Mexico further

24  objects to this request on the grounds that the phrase "[a]ll DOCUMENTS, including

25  but not limited to all COMMUNICATIONS with any PERSON, RELATING TO"

26  does not comply with the "reasonable particularity" requirement of Federal Rule of

27  Civil Procedure 34 and renders the request overly broad and unduly burdensome in

28  light of "the wealth of material already made available in this case."  Westhemeco

EXHIBIT __4__
PAGE __860__

1  Ltd. v. New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA
2  Mexico further objects that the phrase "any loss, harm, injury, increased expense,
3  lost revenue or profits, or any other damage" is compound and, as such, renders the
4  request vague, ambiguous, and unintelligible.  MGA Mexico further objects to the
5  request to the extent that it seeks documents that by reason of public filing, public
6  distribution or otherwise are already in Mattel's possession or are readily accessible
7  to Mattel.  MGA Mexico further objects to the request to the extent that it seeks
8  documents not in MGA Mexico's possession, custody or control.  MGA Mexico
9  further objects to the request to the extent it seeks confidential, proprietary or
10  commercially sensitive information, the disclosure of which would be inimical to the
11  business interests of MGA Mexico or MGA.  MGA Mexico further objects to the
12  request to the extent it violates the privacy rights of third parties to their private,
13  confidential, proprietary or trade secret information.

14      MGA Mexico further objects to this request as cumulative, duplicative, and
15  unduly burdensome to the extent that it seeks documents previously requested by
16  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response
17  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100
18  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible
19  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First
20  Set of Requests for Production of Documents and Things to Isaac Larian and
21  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of
22  Documents and Things to MGAE de Mexico S.R.L. de C.V.

23      Without waiving any of the foregoing General or Specific Objections, but
24  rather expressly preserving each and every such objection, MGA Mexico responds as
25  follows:  MGA Mexico will produce all non-privileged, responsive documents in its
26  possession, custody or control, if any, that it is able to locate following a reasonably
27  diligent search.

28

MGA MEXICO'S RESPONSE TO MATTEL'S 2D SET OF REQUESTS FOR DOCS.   Case No. CV-04-9049 SGL

EXHIBIT __4__
PAGE __861__

1   REQUEST FOR PRODUCTION NO. 298:

2        All DOCUMENTS that REFER OR RELATE TO any lawsuit, legal action or

3   arbitration, or threatened lawsuit, legal action or arbitration, against any PERSON

4   other than MATTEL for any breach of confidentiality agreement allegedly induced

5   by MATTEL and/or for any disclosure of non-public information about MGA's

6   unreleased products.

7   RESPONSE TO REQUEST FOR PRODUCTION NO. 298:

8        MGA Mexico incorporates by reference its General Response and General

9   Objections above, as though fully set forth herein and specifically incorporates

10  General Objection No. 15 (regarding Definitions), including without limitation MGA

11  Mexico's objection to the definition of the term PERSON.  MGA Mexico further

12  objects to the request to the extent it seeks the production of documents that are

13  protected from disclosure under any applicable privilege, doctrine or immunity,

14  including without limitation the attorney-client privilege, the work product doctrine,

15  the right of privacy, and all other privileges recognized under the constitutional,

16  statutory or decisional law of the United States of America, the State of California or

17  any other applicable jurisdiction, including, but not limited to, such laws existing in

18  the United Mexican States.  MGA Mexico further objects to this request as being

19  overly broad and unduly burdensome on the grounds that it is not limited in time or

20  geographical scope.  MGA Mexico further objects to this request on the grounds that

21  the phrase "[a]ll DOCUMENTS that REFER OR RELATE TO" does not comply

22  with the "reasonable particularity" requirement of Federal Rule of Civil Procedure 34

23  and renders the request overly broad and unduly burdensome in light of "the wealth

24  of material already made available in this case."  Westhemeco Ltd. v. New

25  Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA Mexico further

26  objects that the phrases "any lawsuit, legal action or arbitration, or threatened lawsuit,

27  legal action or arbitration," and "for any breach of confidentiality agreement

28  allegedly induced by MATTEL and/or for any disclosure of non-public information

EXHIBIT __44__

PAGE __862__

1  about MGA's unreleased products" are, both individually and taken together,

2  compound and, as such, render the request vague, ambiguous, and unintelligible.

3  MGA Mexico further objects to the request to the extent that it seeks documents that

4  by reason of public filing, public distribution or otherwise are already in Mattel's

5  possession or are readily accessible to Mattel.  MGA Mexico further objects to the

6  request to the extent that it seeks documents not in MGA Mexico's possession,

7  custody or control.  MGA Mexico further objects to the request to the extent it seeks

8  confidential, proprietary or commercially sensitive information, the disclosure of

9  which would be inimical to the business interests of MGA Mexico or MGA.  MGA

10 Mexico further objects to the request to the extent it violates the privacy rights of

11 third parties to their private, confidential, proprietary or trade secret information.

12      MGA Mexico further objects to this request as cumulative, duplicative, and

13 unduly burdensome to the extent that it seeks documents previously requested by

14 Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

15 to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

16 in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

17 Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

18 Set of Requests for Production of Documents and Things to Isaac Larian and

19 Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

20 Documents and Things to MGAE de Mexico S.R.L. de C.V.

21      Without waiving any of the foregoing General or Specific Objections, but

22 rather expressly preserving each and every such objection, MGA Mexico responds as

23 follows:  MGA Mexico will produce all non-privileged, responsive documents in its

24 possession, custody or control, if any, that it is able to locate following a reasonably

25 diligent search.

26 REQUEST FOR PRODUCTION NO. 299:

27      All DOCUMENTS that REFER OR RELATE TO any reimbursement or

28 payment obtained, sought, requested or demanded from any PERSON other than

492

EXHIBIT __4__
PAGE __863__

1  MATTEL, including without limitation, any insurer or customer, for any breach of

2  confidentiality agreement allegedly induced by MATTEL and/or for any disclosure

3  of non-public information about MGA's unreleased products.

4  RESPONSE TO REQUEST FOR PRODUCTION NO. 299:

5        MGA Mexico incorporates by reference its General Response and General

6  Objections above, as though fully set forth herein and specifically incorporates

7  General Objection No. 15 (regarding Definitions), including without limitation MGA

8  Mexico's objection to the definition of the term PERSON.  MGA Mexico further

9  objects to the request to the extent it seeks the production of documents that are

10  protected from disclosure under any applicable privilege, doctrine or immunity,

11  including without limitation the attorney-client privilege, the work product doctrine,

12  the right of privacy, and all other privileges recognized under the constitutional,

13  statutory or decisional law of the United States of America, the State of California or

14  any other applicable jurisdiction, including, but not limited to, such laws existing in

15  the United Mexican States.  MGA Mexico further objects to this request as being

16  overly broad and unduly burdensome on the grounds that it is not limited in time or

17  geographical scope.  MGA Mexico further objects to this request on the grounds that

18  the phrase "[a]ll DOCUMENTS that REFER OR RELATE TO" does not comply

19  with the "reasonable particularity" requirement of Federal Rule of Civil Procedure 34

20  and renders the request overly broad and unduly burdensome in light of "the wealth

21  of material already made available in this case."  Westhemeco Ltd. v. New

22  Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA Mexico further

23  objects that the phrases "any reimbursement or payment obtained, sought, requested

24  or demanded," "including without limitation, any insurer or customer," and "for any

25  breach of confidentiality agreement allegedly induced by MATTEL and/or for any

26  disclosure of non-public information about MGA's unreleased products" are, both

27  individually and taken together, compound and, as such, render the request vague,

28  ambiguous, and unintelligible.  MGA Mexico further objects to the request to the

EXHIBIT 4
PAGE 864

1   extent that it seeks documents that by reason of public filing, public distribution or

2   otherwise are already in Mattel's possession or are readily accessible to Mattel.

3   MGA Mexico further objects to the request to the extent that it seeks documents not

4   in MGA Mexico's possession, custody or control.  MGA Mexico further objects to

5   the request to the extent it seeks confidential, proprietary or commercially sensitive

6   information, the disclosure of which would be inimical to the business interests of

7   MGA Mexico or MGA.  MGA Mexico further objects to the request to the extent it

8   violates the privacy rights of third parties to their private, confidential, proprietary or

9   trade secret information.

10        MGA Mexico further objects to this request as cumulative, duplicative, and

11   unduly burdensome to the extent that it seeks documents previously requested by

12   Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

13   to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

14   in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

15   Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

16   Set of Requests for Production of Documents and Things to Isaac Larian and

17   Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

18   Documents and Things to MGAE de Mexico S.R.L. de C.V.

19        Without waiving any of the foregoing General or Specific Objections, but

20   rather expressly preserving each and every such objection, MGA Mexico responds as

21   follows:  MGA Mexico will produce all non-privileged, responsive documents in its

22   possession, custody or control, if any, that it is able to locate following a reasonably

23   diligent search.

24   REQUEST FOR PRODUCTION NO. 300:

25        All DOCUMENTS, including but not limited to all COMMUNICATIONS

26   with any PERSON, RELATING to YOU inducing non-party customers to breach

27   confidentiality agreements with MATTEL and divulge non-public information about

28   MATTEL'S unreleased products.

MGA MEXICO'S RESPONSE TO MATTEL'S 2D SET OF REQUESTS FOR DOCS.   Case No. CV-04-9049 SGL

EXHIBIT __4__
PAGE __865__

1   RESPONSE TO REQUEST FOR PRODUCTION NO. 300:

2          MGA Mexico incorporates by reference its General Response and General

3   Objections above, as though fully set forth herein and specifically incorporates

4   General Objection No. 15 (regarding Definitions), including without limitation MGA

5   Mexico's objection to the definition of the term YOU, and its incorporated term

6   PERSON.  MGA Mexico further objects to the request to the extent it seeks the

7   production of documents that are protected from disclosure under any applicable

8   privilege, doctrine or immunity, including without limitation the attorney-client

9   privilege, the work product doctrine, the right of privacy, and all other privileges

10  recognized under the constitutional, statutory or decisional law of the United States

11  of America, the State of California or any other applicable jurisdiction, including, but

12  not limited to, such laws existing in the United Mexican States.  MGA Mexico

13  further objects to this request as being overly broad and unduly burdensome on the

14  grounds that it is not limited in time or geographical scope.  MGA Mexico further

15  objects to this request on the grounds that the phrase "[a]ll DOCUMENTS, including

16  but not limited to all COMMUNICATIONS with any PERSON, RELATING TO"

17  does not comply with the "reasonable particularity" requirement of Federal Rule of

18  Civil Procedure 34 and renders the request overly broad and unduly burdensome in

19  light of "the wealth of material already made available in this case." Westhemeco

20  Ltd. v. New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA

21  Mexico further objects that the phrase "YOU inducing non-party customers to breach

22  confidentiality agreements with MATTEL and divulge non-public information about

23  MATTEL'S unreleased products" is (1) accusatory and argumentative such that

24  MGA Mexico would have to respond to the allegations of the request before

25  providing any substantive response, see Zadrozny v. Board of Trustees District No.

26  508, 1991 WL 66705, at *1 (N.D. Ill. April 24, 1991), and (2) compound, rendering

27  the request vague, ambiguous, and unintelligible.  MGA Mexico further objects to

28  the request to the extent that it seeks documents that by reason of public filing,

EXHIBIT __4__
PAGE ___866___

1  public distribution or otherwise are already in Mattel's possession or are readily

2  accessible to Mattel.  MGA Mexico further objects to the request to the extent that it

3  seeks documents not in MGA Mexico's possession, custody or control.  MGA

4  Mexico further objects to the request to the extent it seeks confidential, proprietary

5  or commercially sensitive information, the disclosure of which would be inimical to

6  the business interests of MGA Mexico or MGA.  MGA Mexico further objects to the

7  request to the extent it violates the privacy rights of third parties to their private,

8  confidential, proprietary or trade secret information.

9  REQUEST FOR PRODUCTION NO. 301:

10       All DOCUMENTS, including but not limited to all COMMUNICATIONS

11  with any PERSON, RELATING to YOU inducing any PERSON to breach

12  confidentiality agreements with MATTEL and divulge information about

13  MATTEL'S unreleased products.

14  RESPONSE TO REQUEST FOR PRODUCTION NO. 301:

15       MGA Mexico incorporates by reference its General Response and General

16  Objections above, as though fully set forth herein and specifically incorporates

17  General Objection No. 15 (regarding Definitions), including without limitation MGA

18  Mexico's objection to the definition of the term YOU, and its incorporated term

19  PERSON.  MGA Mexico further objects to the request to the extent it seeks the

20  production of documents that are protected from disclosure under any applicable

21  privilege, doctrine or immunity, including without limitation the attorney-client

22  privilege, the work product doctrine, the right of privacy, and all other privileges

23  recognized under the constitutional, statutory or decisional law of the United States

24  of America, the State of California or any other applicable jurisdiction, including, but

25  not limited to, such laws existing in the United Mexican States.  MGA Mexico

26  further objects to this request as being overly broad and unduly burdensome on the

27  grounds that it is not limited in time or geographical scope.  MGA Mexico further

28  objects to this request on the grounds that the phrase "[a]ll DOCUMENTS, including

496

EXHIBIT ___4___
PAGE ___867___

1  but not limited to all COMMUNICATIONS with any PERSON, RELATING TO"

2  does not comply with the "reasonable particularity" requirement of Federal Rule of

3  Civil Procedure 34 and renders the request overly broad and unduly burdensome in

4  light of "the wealth of material already made available in this case." Westhemeco

5  Ltd. v. New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA

6  Mexico further objects that the phrase "YOU inducing any PERSON to breach

7  confidentiality agreements with MATTEL and divulge information about

8  MATTEL'S unreleased products" is (1) accusatory and argumentative such that

9  MGA Mexico would have to respond to the allegations of the request before

10  providing any substantive response, see Zadrozny v. Board of Trustees District No.

11  508, 1991 WL 66705, at *1 (N.D. Ill. April 24, 1991), and (2) compound, rendering

12  the request vague, ambiguous, and unintelligible.  MGA Mexico further objects to

13  the request to the extent that it seeks documents that by reason of public filing,

14  public distribution or otherwise are already in Mattel's possession or are readily

15  accessible to Mattel.  MGA Mexico further objects to the request to the extent that it

16  seeks documents not in MGA Mexico's possession, custody or control.  MGA

17  Mexico further objects to the request to the extent it seeks confidential, proprietary

18  or commercially sensitive information, the disclosure of which would be inimical to

19  the business interests of MGA Mexico or MGA.  MGA Mexico further objects to the

20  request to the extent it violates the privacy rights of third parties to their private,

21  confidential, proprietary or trade secret information.

22  REQUEST FOR PRODUCTION NO. 302:

23       All DOCUMENTS, including but not limited to all COMMUNICATIONS

24  with any PERSON, that REFER OR RELATE TO YOUR allegation that MATTEL

25  "covertly investigat[ed] MGA, its officers and employees, and their family

26  members."

27

28

EXHIBIT __4__
PAGE ___868___

1   RESPONSE TO REQUEST FOR PRODUCTION NO. 302:

2       MGA Mexico incorporates by reference its General Response and General

3 Objections above, as though fully set forth herein and specifically incorporates

4 General Objection No. 15 (regarding Definitions), including without limitation MGA

5 Mexico's objection to the definition of the term YOUR, and its incorporated term

6 PERSON.  MGA Mexico further objects to the request to the extent it seeks the

7 production of documents that are protected from disclosure under any applicable

8 privilege, doctrine or immunity, including without limitation the attorney-client

9 privilege, the work product doctrine, the right of privacy, and all other privileges

10 recognized under the constitutional, statutory or decisional law of the United States

11 of America, the State of California or any other applicable jurisdiction, including, but

12 not limited to, such laws existing in the United Mexican States.  MGA Mexico

13 further objects to this request as being overly broad and unduly burdensome on the

14 grounds that it is not limited in time or geographical scope.  MGA Mexico further

15 objects to this request on the grounds that the phrase "[a]ll DOCUMENTS, including

16 but not limited to all COMMUNICATIONS with any PERSON, that REFER OR

17 RELATE TO" does not comply with the "reasonable particularity" requirement of

18 Federal Rule of Civil Procedure 34 and renders the request overly broad and unduly

19 burdensome in light of "the wealth of material already made available in this case."

20 Westhemeco Ltd. v. New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).

21 MGA Mexico further objects to the request to the extent that it seeks documents that

22 by reason of public filing, public distribution or otherwise are already in Mattel's

23 possession or are readily accessible to Mattel.  MGA Mexico further objects to the

24 request to the extent that it seeks documents not in MGA Mexico's possession,

25 custody or control.  MGA Mexico further objects to the request to the extent it seeks

26 confidential, proprietary or commercially sensitive information, the disclosure of

27 which would be inimical to the business interests of MGA Mexico or MGA.  MGA

28

EXHIBIT __4__
PAGE ___869___

1  Mexico further objects to the request to the extent it violates the privacy rights of

2  third parties to their private, confidential, proprietary or trade secret information.

3       MGA Mexico further objects to this request as cumulative, duplicative, and

4  unduly burdensome to the extent that it seeks documents previously requested by

5  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

6  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

7  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

8  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

9  Set of Requests for Production of Documents and Things to Isaac Larian and

10  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

11  Documents and Things to MGAE de Mexico S.R.L. de C.V.

12       Without waiving any of the foregoing General or Specific Objections, but

13  rather expressly preserving each and every such objection, MGA Mexico responds as

14  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

15  possession, custody or control, if any, that it is able to locate following a reasonably

16  diligent search.

17  REQUEST FOR PRODUCTION NO. 303:

18       All DOCUMENTS, including but not limited to all COMMUNICATIONS

19  with any PERSON, that YOU contend prove or that YOU will rely on at trial to

20  prove that MATTEL "covertly investigat[ed] MGA, its officers and employees, and

21  their family members."

22  RESPONSE TO REQUEST FOR PRODUCTION NO. 303:

23       MGA Mexico incorporates by reference its General Response and General

24  Objections above, as though fully set forth herein and specifically incorporates

25  General Objection No. 15 (regarding Definitions), including without limitation MGA

26  Mexico's objection to the definition of the term YOU, and its incorporated term

27  PERSON.  MGA Mexico further objects to the request to the extent it seeks the

28  production of documents that are protected from disclosure under any applicable

EXHIBIT ___4___
PAGE ___870___

1   privilege, doctrine or immunity, including without limitation the attorney-client
2   privilege, the work product doctrine, the right of privacy, and all other privileges
3   recognized under the constitutional, statutory or decisional law of the United States
4   of America, the State of California or any other applicable jurisdiction, including, but
5   not limited to, such laws existing in the United Mexican States. MGA Mexico
6   further objects to this request as being overly broad and unduly burdensome on the
7   grounds that it is not limited in time or geographical scope. MGA Mexico further
8   objects to this request on the grounds that the phrase "[a]ll DOCUMENTS, including
9   but not limited to all COMMUNICATIONS with any PERSON" does not comply
10  with the "reasonable particularity" requirement of Federal Rule of Civil Procedure 34
11  and renders the request overly broad and unduly burdensome in light of "the wealth
12  of material already made available in this case." Westhemeco Ltd. v. New
13  Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979). MGA Mexico further
14  objects that the phrase "that YOU contend prove or that YOU will rely on at trial to
15  prove" is compound and, as such, renders the request vague, ambiguous, and
16  unintelligible. MGA Mexico further objects to the request to the extent that it seeks
17  documents that by reason of public filing, public distribution or otherwise are already
18  in Mattel's possession or are readily accessible to Mattel. MGA Mexico further
19  objects to the request to the extent that it seeks documents not in MGA Mexico's
20  possession, custody or control. MGA Mexico further objects to the request to the
21  extent it seeks confidential, proprietary or commercially sensitive information, the
22  disclosure of which would be inimical to the business interests of MGA Mexico or
23  MGA. MGA Mexico further objects to the request to the extent it violates the
24  privacy rights of third parties to their private, confidential, proprietary or trade secret
25  information.
26          MGA Mexico further objects to this request as cumulative, duplicative, and
27  unduly burdensome to the extent that it seeks documents previously requested by
28  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

EXHIBIT ___4___
PAGE ___871___

1  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

2  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

3  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

4  Set of Requests for Production of Documents and Things to Isaac Larian and

5  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

6  Documents and Things to MGAE de Mexico S.R.L. de C.V.

7         Without waiving any of the foregoing General or Specific Objections, but

8  rather expressly preserving each and every such objection, MGA Mexico responds as

9  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

10  possession, custody or control, if any, that it is able to locate following a reasonably

11  diligent search.

12  REQUEST FOR PRODUCTION NO. 304:

13         DOCUMENTS sufficient to IDENTIFY all PERSONS with knowledge of

14  YOUR allegation that MATTEL "covertly investigat[ed] MGA, its officers and

15  employees, and their family members."

16  RESPONSE TO REQUEST FOR PRODUCTION NO. 304:

17         MGA Mexico incorporates by reference its General Response and General

18  Objections above, as though fully set forth herein and specifically incorporates

19  General Objection No. 15 (regarding Definitions), including without limitation MGA

20  Mexico's objection to the definition of the terms YOUR, and its incorporated term

21  PERSON.  MGA Mexico further objects to the request to the extent it seeks the

22  production of documents that are protected from disclosure under any applicable

23  privilege, doctrine or immunity, including without limitation the attorney-client

24  privilege, the work product doctrine, the right of privacy, and all other privileges

25  recognized under the constitutional, statutory or decisional law of the United States

26  of America, the State of California or any other applicable jurisdiction, including, but

27  not limited to, such laws existing in the United Mexican States.  MGA Mexico

28  further objects to this request as being overly broad and unduly burdensome on the

501

EXHIBIT __4__
PAGE __872__

1 grounds that it is not limited in time or geographical scope. MGA Mexico further

2 objects to this request on the grounds that the phrase "all PERSONS with knowledge

3 of YOUR allegation" renders the request vague, ambiguous, overly broad and unduly

4 burdensome in that anyone who has read MGA Mexico's Answer in this matter has

5 "knowledge of [MGA Mexico's] allegation," without regard to whether the factual

6 basis for the allegation is known to them. MGA Mexico further objects to the

7 request to the extent that it seeks documents that by reason of public filing, public

8 distribution or otherwise are already in Mattel's possession or are readily accessible

9 to Mattel. MGA Mexico further objects to the request to the extent that it seeks

10 documents not in MGA Mexico's possession, custody or control. MGA Mexico

11 further objects to the request to the extent it seeks confidential, proprietary or

12 commercially sensitive information, the disclosure of which would be inimical to the

13 business interests of MGA Mexico or MGA. MGA Mexico further objects to the

14 request to the extent it violates the privacy rights of third parties to their private,

15 confidential, proprietary or trade secret information.

16       MGA Mexico further objects to this request as cumulative, duplicative, and

17 unduly burdensome to the extent that it seeks documents previously requested by

18 Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

19 to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

20 in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

21 Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

22 Set of Requests for Production of Documents and Things to Isaac Larian and

23 Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

24 Documents and Things to MGAE de Mexico S.R.L. de C.V.

25       Without waiving any of the foregoing General or Specific Objections, but

26 rather expressly preserving each and every such objection, MGA Mexico responds as

27 follows: MGA Mexico will produce all non-privileged, responsive documents in its

28

MGA MEXICO'S RESPONSE TO MATTEL'S 2D SET OF REQUESTS FOR DOCS.   Case No. CV-04-9049 SGL

EXHIBIT _____
PAGE _____

1  possession, custody or control, if any, that it is able to locate following a reasonably
2  diligent search.
3  REQUEST FOR PRODUCTION NO. 305:
4        DOCUMENTS describing all time periods during which MATTEL allegedly
5  "covertly investigat[ed] MGA, its officers and employees, and their family
6  members."
7  RESPONSE TO REQUEST FOR PRODUCTION NO. 305:
8        MGA Mexico incorporates by reference its General Response and General
9  Objections above, as though fully set forth herein.  MGA Mexico further objects to
10  the request to the extent it seeks the production of documents that are protected from
11  disclosure under any applicable privilege, doctrine or immunity, including without
12  limitation the attorney-client privilege, the work product doctrine, the right of
13  privacy, and all other privileges recognized under the constitutional, statutory or
14  decisional law of the United States of America, the State of California or any other
15  applicable jurisdiction, including, but not limited to, such laws existing in the United
16  Mexican States.  MGA Mexico further objects to this request as being overly broad
17  and unduly burdensome on the grounds that it is not limited in time or geographical
18  scope.  MGA Mexico further objects to this request on the grounds that the phrase
19  "DOCUMENTS describing all time periods during which" renders the request vague,
20  ambiguous, and unintelligible.  MGA Mexico further objects to the request to the
21  extent that it seeks documents that by reason of public filing, public distribution or
22  otherwise are already in Mattel's possession or are readily accessible to Mattel.
23  MGA Mexico further objects to the request to the extent that it seeks documents not
24  in MGA Mexico's possession, custody or control.  MGA Mexico further objects to
25  the request to the extent it seeks confidential, proprietary or commercially sensitive
26  information, the disclosure of which would be inimical to the business interests of
27  MGA Mexico or MGA.  MGA Mexico further objects to the request to the extent it
28

EXHIBIT __4__
PAGE __873__

1  violates the privacy rights of third parties to their private, confidential, proprietary or

2  trade secret information.

3      MGA Mexico further objects to this request as cumulative, duplicative, and

4  unduly burdensome to the extent that it seeks documents previously requested by

5  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

6  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

7  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

8  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

9  Set of Requests for Production of Documents and Things to Isaac Larian and

10 Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

11 Documents and Things to MGAE de Mexico S.R.L. de C.V.

12     Without waiving any of the foregoing General or Specific Objections, but

13 rather expressly preserving each and every such objection, MGA Mexico responds as

14 follows:  MGA Mexico will produce all non-privileged, responsive documents in its

15 possession, custody or control, if any, that it is able to locate following a reasonably

16 diligent search.

17 REQUEST FOR PRODUCTION NO. 306:

18     DOCUMENTS sufficient to IDENTIFY every PERSON who YOU contend

19 MATTEL "covertly investigat[ed]."

20 RESPONSE TO REQUEST FOR PRODUCTION NO. 306:

21     MGA Mexico incorporates by reference its General Response and General

22 Objections above, as though fully set forth herein and specifically incorporates

23 General Objection No. 15 (regarding Definitions), including without limitation MGA

24 Mexico's objection to the definition of the terms YOU, and its incorporated term

25 PERSON.  MGA Mexico further objects to the request to the extent it seeks the

26 production of documents that are protected from disclosure under any applicable

27 privilege, doctrine or immunity, including without limitation the attorney-client

28 privilege, the work product doctrine, the right of privacy, and all other privileges

504

EXHIBIT 4
PAGE 874

1 recognized under the constitutional, statutory or decisional law of the United States
2 of America, the State of California or any other applicable jurisdiction, including, but
3 not limited to, such laws existing in the United Mexican States.  MGA Mexico
4 further objects to this request as being overly broad and unduly burdensome on the
5 grounds that it is not limited in time or geographical scope.  MGA Mexico further
6 objects to the request to the extent that it seeks documents that by reason of public
7 filing, public distribution or otherwise are already in Mattel's possession or are
8 readily accessible to Mattel.  MGA Mexico further objects to the request to the
9 extent that it seeks documents not in MGA Mexico's possession, custody or control.
10 MGA Mexico further objects to the request to the extent it seeks confidential,
11 proprietary or commercially sensitive information, the disclosure of which would be
12 inimical to the business interests of MGA Mexico or MGA.  MGA Mexico further
13 objects to the request to the extent it violates the privacy rights of third parties to
14 their private, confidential, proprietary or trade secret information.

15         MGA Mexico further objects to this request as cumulative, duplicative, and
16 unduly burdensome to the extent that it seeks documents previously requested by
17 Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response
18 to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100
19 in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible
20 Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First
21 Set of Requests for Production of Documents and Things to Isaac Larian and
22 Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of
23 Documents and Things to MGAE de Mexico S.R.L. de C.V.

24         Without waiving any of the foregoing General or Specific Objections, but
25 rather expressly preserving each and every such objection, MGA Mexico responds as
26 follows:  MGA Mexico will produce all non-privileged, responsive documents in its
27 possession, custody or control, if any, that it is able to locate following a reasonably
28 diligent search.

MGA MEXICO'S RESPONSE TO MATTEL'S 2D SET OF REQUESTS FOR DOCS.   Case No. CV-04-9049 SGL

EXHIBIT **4**
PAGE **875**

1  REQUEST FOR PRODUCTION NO. 307:

2      DOCUMENTS sufficient to IDENTIFY all times when you allege that

3  MATTEL "covertly investigat[ed] MGA, its officers and employees, and their family

4  members."

5  RESPONSE TO REQUEST FOR PRODUCTION NO. 307:

6      ·MGA Mexico incorporates by reference its General Response and General

7  Objections above, as though fully set forth herein and specifically incorporates

8  General Objection No. 15 (regarding Definitions), including without limitation MGA

9  Mexico's objection to the definition of the terms YOU, and its incorporated term

10  PERSON.  MGA Mexico further objects to the request to the extent it seeks the

11  production of documents that are protected from disclosure under any applicable

12  privilege, doctrine or immunity, including without limitation the attorney-client

13  privilege, the work product doctrine, the right of privacy, and all other privileges

14  recognized under the constitutional, statutory or decisional law of the United States

15  of America, the State of California or any other applicable jurisdiction, including, but

16  not limited to, such laws existing in the United Mexican States.  MGA Mexico

17  further objects to this request as being overly broad and unduly burdensome on the

18  grounds that it is not limited in time or geographical scope.  MGA Mexico further

19  objects to this request on the grounds that the phrase "IDENTIFY all times when you

20  allege" renders the request vague, ambiguous, and unintelligible.  MGA Mexico

21  further objects to the request to the extent that it seeks documents not in MGA

22  Mexico's possession, custody or control.  MGA Mexico further objects to the request

23  to the extent it seeks confidential, proprietary or commercially sensitive information,

24  the disclosure of which would be inimical to the business interests of MGA Mexico

25  or MGA.  MGA Mexico further objects to the request to the extent it violates the

26  privacy rights of third parties to their private, confidential, proprietary or trade secret

27  information.

28

EXHIBIT ___4___
PAGE ___876___

1    MGA Mexico further objects to this request as cumulative, duplicative, and
2  unduly burdensome to the extent that it seeks documents previously requested by
3  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response
4  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100
5  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible
6  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First
7  Set of Requests for Production of Documents and Things to Isaac Larian and
8  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of
9  Documents and Things to MGAE de Mexico S.R.L. de C.V.
10    Without waiving any of the foregoing General or Specific Objections, but
11  rather expressly preserving each and every such objection, MGA Mexico responds as
12  follows:  MGA Mexico will produce all non-privileged, responsive documents in its
13  possession, custody or control, if any, that it is able to locate following a reasonably
14  diligent search.
15  REQUEST FOR PRODUCTION NO. 308:
16    DOCUMENTS sufficient to IDENTIFY each alleged instance of MATTEL
17  "covertly investigating MGA, its officers and employees, and their family members."
18  RESPONSE TO REQUEST FOR PRODUCTION NO. 308:
19    MGA Mexico incorporates by reference its General Response and General
20  Objections above, as though fully set forth herein.  MGA Mexico further objects to
21  the request to the extent it seeks the production of documents that are protected from
22  disclosure under any applicable privilege, doctrine or immunity, including without
23  limitation the attorney-client privilege, the work product doctrine, the right of
24  privacy, and all other privileges recognized under the constitutional, statutory or
25  decisional law of the United States of America, the State of California or any other
26  applicable jurisdiction, including, but not limited to, such laws existing in the United
27  Mexican States.  MGA Mexico further objects to this request as being overly broad
28  and unduly burdensome on the grounds that it is not limited in time or geographical

EXHIBIT ___4___
PAGE ___877___

1  scope.  MGA Mexico further objects to the request to the extent that it seeks

2  documents not in MGA Mexico's possession, custody or control.  MGA Mexico

3  further objects to the request to the extent it seeks confidential, proprietary or

4  commercially sensitive information, the disclosure of which would be inimical to the

5  business interests of MGA Mexico or MGA.  MGA Mexico further objects to the

6  request to the extent it violates the privacy rights of third parties to their private,

7  confidential, proprietary or trade secret information.

8          MGA Mexico further objects to this request as cumulative, duplicative, and

9  unduly burdensome to the extent that it seeks documents previously requested by

10  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

11  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

12  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

13  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

14  Set of Requests for Production of Documents and Things to Isaac Larian and

15  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

16  Documents and Things to MGAE de Mexico S.R.L. de C.V.

17          Without waiving any of the foregoing General or Specific Objections, but

18  rather expressly preserving each and every such objection, MGA Mexico responds as

19  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

20  possession, custody or control, if any, that it is able to locate following a reasonably

21  diligent search.

22  REQUEST FOR PRODUCTION NO. 309:

23          All DOCUMENTS, including but not limited to all COMMUNICATIONS

24  with any PERSON, that REFER OR RELATE TO any COMMUNICATIONS

25  between any investigator and MGA, MGA's officers, MGA's employees, or their

26  "family members," who were allegedly "covertly investigat[ed]" by MATTEL.

27

28

EXHIBIT __4__

PAGE __878__

1  RESPONSE TO REQUEST FOR PRODUCTION NO. 309:

2        MGA Mexico incorporates by reference its General Response and General

3  Objections above, as though fully set forth herein and specifically incorporates

4  General Objection No. 15 (regarding Definitions), including without limitation MGA

5  Mexico's objection to the definition of the term PERSON.  MGA Mexico further

6  objects to the request to the extent it seeks the production of documents that are

7  protected from disclosure under any applicable privilege, doctrine or immunity,

8  including without limitation the attorney-client privilege, the work product doctrine,

9  the right of privacy, and all other privileges recognized under the constitutional,

10  statutory or decisional law of the United States of America, the State of California or

11  any other applicable jurisdiction, including, but not limited to, such laws existing in

12  the United Mexican States.  MGA Mexico further objects to this request as being

13  overly broad and unduly burdensome on the grounds that it is not limited in time or

14  geographical scope.  MGA Mexico further objects to this request on the grounds that

15  the phrase "[a]ll DOCUMENTS, including but not limited to all

16  COMMUNICATIONS with any PERSON, that REFER OR RELATE TO" does not

17  comply with the "reasonable particularity" requirement of Federal Rule of Civil

18  Procedure 34 and renders the request overly broad and unduly burdensome in light of

19  "the wealth of material already made available in this case."  Westhemeco Ltd. v.

20  New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA Mexico

21  further objects to this request on the grounds that the phrase "any

22  COMMUNICATIONS between any investigator and MGA, MGA's officers, MGA's

23  employees, or their 'family members'" is compound, rendering the request vague,

24  ambiguous, and unintelligible.  MGA Mexico further objects to the request to the

25  extent that it seeks documents that by reason of public filing, public distribution or

26  otherwise are already in Mattel's possession or are readily accessible to Mattel.

27  MGA Mexico further objects to the request to the extent that it seeks documents not

28  in MGA Mexico's possession, custody or control.  MGA Mexico further objects to

EXHIBIT 4
PAGE 879

1  the request to the extent it seeks confidential, proprietary or commercially sensitive

2  information, the disclosure of which would be inimical to the business interests of

3  MGA Mexico or MGA.  MGA Mexico further objects to the request to the extent it

4  violates the privacy rights of third parties to their private, confidential, proprietary or

5  trade secret information.

6       MGA Mexico further objects to this request as cumulative, duplicative, and

7  unduly burdensome to the extent that it seeks documents previously requested by

8  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

9  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

10  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

11  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

12  Set of Requests for Production of Documents and Things to Isaac Larian and

13  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

14  Documents and Things to MGAE de Mexico S.R.L. de C.V.

15       Without waiving any of the foregoing General or Specific Objections, but

16  rather expressly preserving each and every such objection, MGA Mexico responds as

17  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

18  possession, custody or control, if any, that it is able to locate following a reasonably

19  diligent search.

20  REQUEST FOR PRODUCTION NO. 310:

21       All DOCUMENTS that YOU contend show or tend to show that any alleged

22  investigation of "MGA, its officers and employees, and their family members" by

23  MATTEL was illegal or improper.

24  RESPONSE TO REQUEST FOR PRODUCTION NO. 310:

25       MGA Mexico incorporates by reference its General Response and General

26  Objections above, as though fully set forth herein and specifically incorporates

27  General Objection No. 15 (regarding Definitions), including without limitation MGA

28  Mexico's objection to the definition of the terms YOU, and its incorporated term