EXHIBIT ___4___
PAGE ___880___

1  PERSON.  MGA Mexico further objects to the request to the extent it seeks the

2  production of documents that are protected from disclosure under any applicable

3  privilege, doctrine or immunity, including without limitation the attorney-client

4  privilege, the work product doctrine, the right of privacy, and all other privileges

5  recognized under the constitutional, statutory or decisional law of the United States

6  of America, the State of California or any other applicable jurisdiction, including, but

7  not limited to, such laws existing in the United Mexican States.  MGA Mexico

8  further objects to this request as being overly broad and unduly burdensome on the

9  grounds that it is not limited in time or geographical scope.  MGA Mexico further

10  objects to this request on the grounds that the phrase "[a]ll DOCUMENTS" does not

11  comply with the "reasonable particularity" requirement of Federal Rule of Civil

12  Procedure 34 and renders the request overly broad and unduly burdensome in light of

13  "the wealth of material already made available in this case."  Westhemeco Ltd. v.

14  New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA Mexico

15  further objects to this request on the grounds that the phrases "YOU contend show or

16  tend to show," "any alleged investigation of 'MGA, its officers and employees, and

17  their family members'" and "illegal or improper" are, both individually and taken

18  together, compound, and, as such, render the request vague, ambiguous, and

19  unintelligible.  MGA Mexico further objects to the request to the extent that it seeks

20  documents that by reason of public filing, public distribution or otherwise are already

21  in Mattel's possession or are readily accessible to Mattel.  MGA Mexico further

22  objects to the request to the extent that it seeks documents not in MGA Mexico's

23  possession, custody or control.  MGA Mexico further objects to the request to the

24  extent it seeks confidential, proprietary or commercially sensitive information, the

25  disclosure of which would be inimical to the business interests of MGA Mexico or

26  MGA.  MGA Mexico further objects to the request to the extent it violates the

27  privacy rights of third parties to their private, confidential, proprietary or trade secret

28  information.

EXHIBIT ___4___
PAGE ___881___

1       MGA Mexico further objects to this request as cumulative, duplicative, and

2 unduly burdensome to the extent that it seeks documents previously requested by

3 Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

4 to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

5 in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

6 Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

7 Set of Requests for Production of Documents and Things to Isaac Larian and

8 Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

9 Documents and Things to MGAE de Mexico S.R.L. de C.V.

10       Without waiving any of the foregoing General or Specific Objections, but

11 rather expressly preserving each and every such objection, MGA Mexico responds as

12 follows:  MGA Mexico will produce all non-privileged, responsive documents in its

13 possession, custody or control, if any, that it is able to locate following a reasonably

14 diligent search.

15 REQUEST FOR PRODUCTION NO. 311:

16       All DOCUMENTS that YOU contend show or tend to show that any alleged

17 investigation of "MGA, its officers and employees, and their family members" by

18 MATTEL was not privileged.

19 RESPONSE TO REQUEST FOR PRODUCTION NO. 311:

20       MGA Mexico incorporates by reference its General Response and General

21 Objections above, as though fully set forth herein and specifically incorporates

22 General Objection No. 15 (regarding Definitions), including without limitation MGA

23 Mexico's objection to the definition of the terms YOU, and its incorporated term

24 PERSON.   MGA Mexico further objects to the request to the extent it seeks the

25 production of documents that are protected from disclosure under any applicable

26 privilege, doctrine or immunity, including without limitation the attorney-client

27 privilege, the work product doctrine, the right of privacy, and all other privileges

28 recognized under the constitutional, statutory or decisional law of the United States

EXHIBIT __4__
PAGE __882__

1   of America, the State of California or any other applicable jurisdiction, including, but
2   not limited to, such laws existing in the United Mexican States.  MGA Mexico
3   further objects to this request as being overly broad and unduly burdensome on the
4   grounds that it is not limited in time or geographical scope.  MGA Mexico further
5   objects to this request on the grounds that the phrase "[a]ll DOCUMENTS" does not
6   comply with the "reasonable particularity" requirement of Federal Rule of Civil
7   Procedure 34 and renders the request overly broad and unduly burdensome in light of
8   "the wealth of material already made available in this case." Westhemeco Ltd. v.
9   New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA Mexico
10  further objects to this request on the grounds that the phrases "YOU contend show or
11  tend to show" and "any alleged investigation of 'MGA, its officers and employees,
12  and their family members'" are, both individually and taken together, compound, and,
13  as such, render the request vague, ambiguous, and unintelligible.  MGA Mexico
14  further objects to the request to the extent that it seeks documents that by reason of
15  public filing, public distribution or otherwise are already in Mattel's possession or
16  are readily accessible to Mattel.  MGA Mexico further objects to the request to the
17  extent that it seeks documents not in MGA Mexico's possession, custody or control.
18  MGA Mexico further objects to the request to the extent it seeks confidential,
19  proprietary or commercially sensitive information, the disclosure of which would be
20  inimical to the business interests of MGA Mexico or MGA.  MGA Mexico further
21  objects to the request to the extent it violates the privacy rights of third parties to
22  their private, confidential, proprietary or trade secret information.
23      MGA Mexico further objects to this request as cumulative, duplicative, and
24  unduly burdensome to the extent that it seeks documents previously requested by
25  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response
26  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100
27  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible
28  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

EXHIBIT __4__
PAGE __883__

1  Set of Requests for Production of Documents and Things to Isaac Larian and

2  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

3  Documents and Things to MGAE de Mexico S.R.L. de C.V.

4      Without waiving any of the foregoing General or Specific Objections, but

5  rather expressly preserving each and every such objection, MGA Mexico responds as

6  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

7  possession, custody or control, if any, that it is able to locate following a reasonably

8  diligent search.

9  REQUEST FOR PRODUCTION NO. 312:

10      All DOCUMENTS that YOU contend show or tend to show that MATTEL

11  had no reason or basis to conduct any alleged investigation of "MGA, its officers and

12  employees, and their family members."

13  RESPONSE TO REQUEST FOR PRODUCTION NO. 312:

14      MGA Mexico incorporates by reference its General Response and General

15  Objections above, as though fully set forth herein and specifically incorporates

16  General Objection No. 15 (regarding Definitions), including without limitation MGA

17  Mexico's objection to the definition of the terms YOU, and its incorporated term

18  PERSON.  MGA Mexico further objects to the request to the extent it seeks the

19  production of documents that are protected from disclosure under any applicable

20  privilege, doctrine or immunity, including without limitation the attorney-client

21  privilege, the work product doctrine, the right of privacy, and all other privileges

22  recognized under the constitutional, statutory or decisional law of the United States

23  of America, the State of California or any other applicable jurisdiction, including, but

24  not limited to, such laws existing in the United Mexican States.  MGA Mexico

25  further objects to this request as being overly broad and unduly burdensome on the

26  grounds that it is not limited in time or geographical scope.  MGA Mexico further

27  objects to this request on the grounds that the phrase "[a]ll DOCUMENTS that YOU

28  contend show or tend to show" does not comply with the "reasonable particularity"

EXHIBIT __4__
PAGE __884__

1 requirement of Federal Rule of Civil Procedure 34 and renders the request overly

2 broad and unduly burdensome in light of "the wealth of material already made

3 available in this case." Westhemeco Ltd. v. New Hampshire Ins. Co., 82 F.R.D. 702,

4 709 (S.D.N.Y. 1979).  MGA Mexico further objects to this request on the grounds

5 that the phrases "YOU contend show or tend to show," "no reason or basis," and

6 "any alleged investigation of 'MGA, its officers and employees, and their family

7 members'" are, both individually and taken together, compound, and, as such, render

8 the request vague, ambiguous, and unintelligible.  MGA Mexico further objects to

9 the request to the extent that it seeks documents that by reason of public filing,

10 public distribution or otherwise are already in Mattel's possession or are readily

11 accessible to Mattel.  MGA Mexico further objects to the request to the extent that it

12 seeks documents not in MGA Mexico's possession, custody or control.  MGA

13 Mexico further objects to the request to the extent it seeks confidential, proprietary

14 or commercially sensitive information, the disclosure of which would be inimical to

15 the business interests of MGA Mexico or MGA.  MGA Mexico further objects to the

16 request to the extent it violates the privacy rights of third parties to their private,

17 confidential, proprietary or trade secret information.

18         MGA Mexico further objects to this request as cumulative, duplicative, and

19 unduly burdensome to the extent that it seeks documents previously requested by

20 Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

21 to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

22 in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

23 Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

24 Set of Requests for Production of Documents and Things to Isaac Larian and

25 Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

26 Documents and Things to MGAE de Mexico S.R.L. de C.V.

27         Without waiving any of the foregoing General or Specific Objections, but

28 rather expressly preserving each and every such objection, MGA Mexico responds as

515

EXHIBIT __4__
PAGE __885__

1   follows:  MGA Mexico will produce all non-privileged, responsive documents in its

2   possession, custody or control, if any, that it is able to locate following a reasonably

3   diligent search.

4   REQUEST FOR PRODUCTION NO. 313:

5        DOCUMENTS sufficient to IDENTIFY all PERSONS who contend that

6   MATTEL "covertly investigat[ed] MGA, its officers and employees, and their family

7   members."

8   RESPONSE TO REQUEST FOR PRODUCTION NO. 313:

9        MGA Mexico incorporates by reference its General Response and General

10  Objections above, as though fully set forth herein and specifically incorporates

11  General Objection No. 15 (regarding Definitions), including without limitation MGA

12  Mexico's objection to the definition of the term PERSON.   MGA Mexico further

13  objects to the request to the extent it seeks the production of documents that are

14  protected from disclosure under any applicable privilege, doctrine or immunity,

15  including without limitation the attorney-client privilege, the work product doctrine,

16  the right of privacy, and all other privileges recognized under the constitutional,

17  statutory or decisional law of the United States of America, the State of California or

18  any other applicable jurisdiction, including, but not limited to, such laws existing in

19  the United Mexican States. MGA Mexico further objects to this request as being

20  overly broad and unduly burdensome on the grounds that it is not limited in time or

21  geographical scope. MGA Mexico further objects to the request to the extent that it

22  seeks documents not in MGA Mexico's possession, custody or control.  MGA

23  Mexico further objects to the request to the extent it seeks confidential, proprietary

24  or commercially sensitive information, the disclosure of which would be inimical to

25  the business interests of MGA Mexico or MGA.  MGA Mexico further objects to the

26  request to the extent it violates the privacy rights of third parties to their private,

27  confidential, proprietary or trade secret information.

28

EXHIBIT __4__
PAGE __886__

1    MGA Mexico further objects to this request as cumulative, duplicative, and

2  unduly burdensome to the extent that it seeks documents previously requested by

3  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

4  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

5  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

6  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

7  Set of Requests for Production of Documents and Things to Isaac Larian and

8  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

9  Documents and Things to MGAE de Mexico S.R.L. de C.V.

10    Without waiving any of the foregoing General or Specific Objections, but

11  rather expressly preserving each and every such objection, MGA Mexico responds as

12  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

13  possession, custody or control, if any, that it is able to locate following a reasonably

14  diligent search.

15  REQUEST FOR PRODUCTION NO. 314:

16    All DOCUMENTS, including but not limited to all COMMUNICATIONS

17  with any PERSON, RELATING to YOUR actions in response to, or efforts to stop,

18  thwart, prevent, counter or mitigate, MATTEL'S alleged "covert[] investigat[ion of]

19  MGA, its officers and employees, and their family members."

20  RESPONSE TO REQUEST FOR PRODUCTION NO. 314:

21    MGA Mexico incorporates by reference its General Response and General

22  Objections above, as though fully set forth herein and specifically incorporates

23  General Objection No. 15 (regarding Definitions), including without limitation MGA

24  Mexico's objection to the definition of the term YOUR, and its incorporated term

25  PERSON.  MGA Mexico further objects to the request to the extent it seeks the

26  production of documents that are protected from disclosure under any applicable

27  privilege, doctrine or immunity, including without limitation the attorney-client

28  privilege, the work product doctrine, the right of privacy, and all other privileges

EXHIBIT    4
PAGE    887

1   recognized under the constitutional, statutory or decisional law of the United States

2   of America, the State of California or any other applicable jurisdiction, including, but

3   not limited to, such laws existing in the United Mexican States.  MGA Mexico

4   further objects to this request as being overly broad and unduly burdensome on the

5   grounds that it is not limited in time or geographical scope.  MGA Mexico further

6   objects to this request on the grounds that the phrase "[a]ll DOCUMENTS, including

7   but not limited to all COMMUNICATIONS with any PERSON, RELATING TO"

8   does not comply with the "reasonable particularity" requirement of Federal Rule of

9   Civil Procedure 34 and renders the request overly broad and unduly burdensome in

10  light of "the wealth of material already made available in this case."  Westhemeco

11  Ltd. v. New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA

12  Mexico further objects that the phrase "YOUR actions in response to, or efforts to

13  stop, thwart, prevent, counter or mitigate" is compound and, as such, renders the

14  request vague, ambiguous, and unintelligible.  MGA Mexico further objects to the

15  request to the extent that it seeks documents that by reason of public filing, public

16  distribution or otherwise are already in Mattel's possession or are readily accessible

17  to Mattel.  MGA Mexico further objects to the request to the extent that it seeks

18  documents not in MGA Mexico's possession, custody or control.  MGA Mexico

19  further objects to the request to the extent it seeks confidential, proprietary or

20  commercially sensitive information, the disclosure of which would be inimical to the

21  business interests of MGA Mexico or MGA.  MGA Mexico further objects to the

22  request to the extent it violates the privacy rights of third parties to their private,

23  confidential, proprietary or trade secret information.

24       MGA Mexico further objects to this request as cumulative, duplicative, and

25  unduly burdensome to the extent that it seeks documents previously requested by

26  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

27  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

28  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

EXHIBIT _4_
PAGE ___888___

1  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

2  Set of Requests for Production of Documents and Things to Isaac Larian and

3  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

4  Documents and Things to MGAE de Mexico S.R.L. de C.V.

5      Without waiving any of the foregoing General or Specific Objections, but

6  rather expressly preserving each and every such objection, MGA Mexico responds as

7  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

8  possession, custody or control, if any, that it is able to locate following a reasonably

9  diligent search.

10  REQUEST FOR PRODUCTION NO. 315:

11      All DOCUMENTS, including but not limited to all COMMUNICATIONS

12  with any PERSON, RELATING to any loss, harm, injury, increased expense, lost

13  revenue or profits, or any other damage caused to YOU by MATTEL'S alleged

14  "covert[] investigat[ion of] MGA, its officers and employees, and their family

15  members."

16  RESPONSE TO REQUEST FOR PRODUCTION NO. 315:

17      MGA Mexico incorporates by reference its General Response and General

18  Objections above, as though fully set forth herein and specifically incorporates

19  General Objection No. 15 (regarding Definitions), including without limitation MGA

20  Mexico's objection to the definition of the term YOU, and its incorporated term

21  PERSON.  MGA Mexico further objects to the request to the extent it seeks the

22  production of documents that are protected from disclosure under any applicable

23  privilege, doctrine or immunity, including without limitation the attorney-client

24  privilege, the work product doctrine, the right of privacy, and all other privileges

25  recognized under the constitutional, statutory or decisional law of the United States

26  of America, the State of California or any other applicable jurisdiction, including, but

27  not limited to, such laws existing in the United Mexican States.  MGA Mexico

28  further objects to this request as being overly broad and unduly burdensome on the

519

EXHIBIT __4__
PAGE ___889___

1  grounds that it is not limited in time or geographical scope.  MGA Mexico further
2  objects to this request on the grounds that the phrase "[a]ll DOCUMENTS, including
3  but not limited to all COMMUNICATIONS with any PERSON, RELATING TO"
4  does not comply with the "reasonable particularity" requirement of Federal Rule of
5  Civil Procedure 34 and renders the request overly broad and unduly burdensome in
6  light of "the wealth of material already made available in this case."  Westhemeco
7  Ltd. v. New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA
8  Mexico further objects that the phrases "any loss, harm, injury, increased expense,
9  lost revenue or profits, or any other damage" and "MATTEL'S alleged 'covert[]
10 investigat[ion of] MGA, its officers and employees, and their family members'" are,
11 both individually and taken together, compound and, as such, render the request
12 vague, ambiguous, and unintelligible.  MGA Mexico further objects to the request to
13 the extent that it seeks documents that by reason of public filing, public distribution
14 or otherwise are already in Mattel's possession or are readily accessible to Mattel.
15 MGA Mexico further objects to the request to the extent that it seeks documents not
16 in MGA Mexico's possession, custody or control.  MGA Mexico further objects to
17 the request to the extent it seeks confidential, proprietary or commercially sensitive
18 information, the disclosure of which would be inimical to the business interests of
19 MGA Mexico or MGA.  MGA Mexico further objects to the request to the extent it
20 violates the privacy rights of third parties to their private, confidential, proprietary or
21 trade secret information.

22      MGA Mexico further objects to this request as cumulative, duplicative, and
23 unduly burdensome to the extent that it seeks documents previously requested by
24 Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response
25 to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100
26 in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible
27 Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First
28 Set of Requests for Production of Documents and Things to Isaac Larian and

EXHIBIT __4__
PAGE __890__

1  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

2  Documents and Things to MGAE de Mexico S.R.L. de C.V.

3       Without waiving any of the foregoing General or Specific Objections, but

4  rather expressly preserving each and every such objection, MGA Mexico responds as

5  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

6  possession, custody or control, if any, that it is able to locate following a reasonably

7  diligent search.

8  REQUEST FOR PRODUCTION NO. 316:

9       All DOCUMENTS, including but not limited to all COMMUNICATIONS

10  with any PERSON, RELATING to YOU covertly investigating MATTEL, its

11  officers and employees, and their family members, by or through the use of any

12  means or methods, including but not limited to, by using a wire-tap.

13  RESPONSE TO REQUEST FOR PRODUCTION NO. 316:

14       MGA Mexico incorporates by reference its General Response and General

15  Objections above, as though fully set forth herein and specifically incorporates

16  General Objection No. 15 (regarding Definitions), including without limitation MGA

17  Mexico's objection to the definition of the term YOU, and its incorporated term

18  PERSON.  MGA Mexico further objects to the request to the extent it seeks the

19  production of documents that are protected from disclosure under any applicable

20  privilege, doctrine or immunity, including without limitation the attorney-client

21  privilege, the work product doctrine, the right of privacy, and all other privileges

22  recognized under the constitutional, statutory or decisional law of the United States

23  of America, the State of California or any other applicable jurisdiction, including, but

24  not limited to, such laws existing in the United Mexican States.  MGA Mexico

25  further objects to this request as being overly broad and unduly burdensome on the

26  grounds that it is not limited in time or geographical scope.  MGA Mexico further

27  objects to this request on the grounds that the phrase "[a]ll DOCUMENTS, including

28  but not limited to all COMMUNICATIONS with any PERSON, RELATING TO"

1  does not comply with the "reasonable particularity" requirement of Federal Rule of

2  Civil Procedure 34 and renders the request overly broad and unduly burdensome in

3  light of "the wealth of material already made available in this case." Westhemeco

4  Ltd. v. New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA

5  Mexico further objects that the phrases "investigating MATTEL, its officers and

6  employees, and their family members," and "by or through the use of any means or

7  methods, including but not limited to, by using a wire-tap" are, both individually and

8  taken together, (1) accusatory and argumentative such that MGA Mexico would have

9  to respond to the allegations of the request before providing any substantive response,

10 see Zadrozny v. Board of Trustees District No. 508, 1991 WL 66705, at *1 (N.D. Ill.

11 April 24, 1991), and (2) compound, rendering the request vague, ambiguous, and

12 unintelligible.  MGA Mexico further objects to the request to the extent that it seeks

13 documents that by reason of public filing, public distribution or otherwise are already

14 in Mattel's possession or are readily accessible to Mattel.  MGA Mexico further

15 objects to the request to the extent that it seeks documents not in MGA Mexico's

16 possession, custody or control.  MGA Mexico further objects to the request to the

17 extent it seeks confidential, proprietary or commercially sensitive information, the

18 disclosure of which would be inimical to the business interests of MGA Mexico or

19 MGA.  MGA Mexico further objects to the request to the extent it violates the

20 privacy rights of third parties to their private, confidential, proprietary or trade secret

21 information.

22     MGA Mexico further objects to this request as cumulative, duplicative, and

23 unduly burdensome to the extent that it seeks documents previously requested by

24 Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

25 to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

26 in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

27 Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

28 Set of Requests for Production of Documents and Things to Isaac Larian and

EXHIBIT 4
PAGE 892

1 Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of
2 Documents and Things to MGAE de Mexico S.R.L. de C.V.

3          Without waiving any of the foregoing General or Specific Objections, but
4 rather expressly preserving each and every such objection, MGA Mexico responds as
5 follows:  MGA Mexico will produce all non-privileged, responsive documents in its
6 possession, custody or control, if any, that it is able to locate following a reasonably
7 diligent search.

8 REQUEST FOR PRODUCTION NO. 317:

9          All DOCUMENTS that REFER OR RELATE TO any investigation of any
10 PERSON by Anthony Pellicano performed for, on behalf of, with the knowledge of
11 or at the request of YOU, directly or indirectly, including without limitation, through
12 the Christensen Miller or Christensen Glaser law firm.

13 RESPONSE TO REQUEST FOR PRODUCTION NO. 317:

14          MGA Mexico incorporates by reference its General Response and General
15 Objections above, as though fully set forth herein and specifically incorporates
16 General Objection No. 15 (regarding Definitions), including without limitation MGA
17 Mexico's objection to the definition of the term YOU, and its incorporated term
18 PERSON.  MGA Mexico further objects to the request to the extent it seeks the
19 production of documents that are protected from disclosure under any applicable
20 privilege, doctrine or immunity, including without limitation the attorney-client
21 privilege, the work product doctrine, the right of privacy, and all other privileges
22 recognized under the constitutional, statutory or decisional law of the United States
23 of America, the State of California or any other applicable jurisdiction, including, but
24 not limited to, such laws existing in the United Mexican States.  MGA Mexico
25 further objects on the ground that the request is not limited to the subject matter of
26 this action and thus lacks relevance and is impermissibly overbroad.  See Magistrate
27 Judge Infante's August 13, 2007 Order ("Aug. 13, 2007 Order") at 9:17-20; see also
28 Magistrate Judge Infante's May 22, 2007 Order ("May 22, 2007 Order") at 21:5-7.

EXHIBIT __4__
PAGE __893__

1  MGA Mexico further objects to this request as being overly broad and unduly

2  burdensome on the grounds that it is not limited in time or geographical scope.

3  MGA Mexico further objects to this request on the grounds that the phrase "[a]ll

4  DOCUMENTS that REFER OR RELATE TO" does not comply with the

5  "reasonable particularity" requirement of Federal Rule of Civil Procedure 34 and

6  renders the request overly broad and unduly burdensome in light of "the wealth of

7  material already made available in this case." Westhemeco Ltd. v. New Hampshire

8  Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA Mexico further objects that the

9  phrases "any investigation of any PERSON by Anthony Pellicano performed for, on

10  behalf of, with the knowledge of or at the request of YOU," "directly or indirectly,"

11  and "including without limitation, through the Christensen Miller or Christensen

12  Glaser law firm" are, both individually and taken together, (1) accusatory and

13  argumentative such that MGA Mexico would have to respond to the allegations of

14  the request before providing any substantive response, see Zadrozny v. Board of

15  Trustees District No. 508, 1991 WL 66705, at *1 (N.D. Ill. April 24, 1991), and (2)

16  compound, rendering the request vague, ambiguous, and unintelligible.  MGA

17  Mexico further objects to the request to the extent that it seeks documents that by

18  reason of public filing, public distribution or otherwise are already in Mattel's

19  possession or are readily accessible to Mattel.  MGA Mexico further objects to the

20  request to the extent that it seeks documents not in MGA Mexico's possession,

21  custody or control.  MGA Mexico further objects to the request to the extent it seeks

22  confidential, proprietary or commercially sensitive information, the disclosure of

23  which would be inimical to the business interests of MGA Mexico or MGA.  MGA

24  Mexico further objects to the request to the extent it violates the privacy rights of

25  third parties to their private, confidential, proprietary or trade secret information.

26  REQUEST FOR PRODUCTION NO. 318:

27      All DOCUMENTS that REFER OR RELATE TO any charges or monies paid

28  directly or indirectly for, on behalf of or with the knowledge of YOU in connection

524

EXHIBIT __4__
PAGE __894__

1   with any services, work or activities by Anthony Pellicano, including without

2   limitation, through the Christensen Miller or Christensen Glaser law firm.

3   RESPONSE TO REQUEST FOR PRODUCTION NO. 318:

4          MGA Mexico incorporates by reference its General Response and General

5   Objections above, as though fully set forth herein and specifically incorporates

6   General Objection No. 15 (regarding Definitions), including without limitation MGA

7   Mexico's objection to the definition of the term YOU, and its incorporated term

8   PERSON.  MGA Mexico further objects to the request to the extent it seeks the

9   production of documents that are protected from disclosure under any applicable

10  privilege, doctrine or immunity, including without limitation the attorney-client

11  privilege, the work product doctrine, the right of privacy, and all other privileges

12  recognized under the constitutional, statutory or decisional law of the United States

13  of America, the State of California or any other applicable jurisdiction, including, but

14  not limited to, such laws existing in the United Mexican States.  MGA Mexico

15  further objects on the ground that the request is not limited to the subject matter of

16  this action and thus lacks relevance and is impermissibly overbroad.  See Aug. 13,

17  2007 Order at 9:17-20; see also May 22, 2007 Order at 21:5-7.  MGA Mexico further

18  objects to this request as being overly broad and unduly burdensome on the grounds

19  that it is not limited in time or geographical scope.  MGA Mexico further objects to

20  this request on the grounds that the phrase "[a]ll DOCUMENTS that REFER OR

21  RELATE TO" does not comply with the "reasonable particularity" requirement of

22  Federal Rule of Civil Procedure 34 and renders the request overly broad and unduly

23  burdensome in light of "the wealth of material already made available in this case."

24  Westhemeco Ltd. v. New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).

25  MGA Mexico further objects that the phrases "any charges or monies paid," "directly

26  or indirectly for, on behalf of or with the knowledge of YOU," and "in connection

27  with any services, work or activities by Anthony Pellicano, including without

28  limitation, through the Christensen Miller or Christensen Glaser law firm" are, both

EXHIBIT __4__
PAGE __895__

1  individually and taken together, (1) accusatory and argumentative such that MGA

2  Mexico would have to respond to the allegations of the request before providing any

3  substantive response, see Zadrozny v. Board of Trustees District No. 508, 1991 WL

4  66705, at *1 (N.D. Ill. April 24, 1991), and (2) compound, rendering the request

5  vague, ambiguous, and unintelligible.  MGA Mexico further objects to the request to

6  the extent that it seeks documents that by reason of public filing, public distribution

7  or otherwise are already in Mattel's possession or are readily accessible to Mattel.

8  MGA Mexico further objects to the request to the extent that it seeks documents not

9  in MGA Mexico's possession, custody or control.  MGA Mexico further objects to

10  the request to the extent it seeks confidential, proprietary or commercially sensitive

11  information, the disclosure of which would be inimical to the business interests of

12  MGA Mexico or MGA.  MGA Mexico further objects to the request to the extent it

13  violates the privacy rights of third parties to their private, confidential, proprietary or

14  trade secret information.

15  REQUEST FOR PRODUCTION NO. 319:

16      All COMMUNICATIONS, and all DOCUMENTS that REFER OR RELATE

17  thereto, between YOU, including without limitation, through the Christensen Miller

18  or Christensen Glaser law firm, and Anthony Pellicano.

19  RESPONSE TO REQUEST FOR PRODUCTION NO. 319:

20      MGA Mexico incorporates by reference its General Response and General

21  Objections above, as though fully set forth herein and specifically incorporates

22  General Objection No. 15 (regarding Definitions), including without limitation MGA

23  Mexico's objection to the definition of the term YOU, and its incorporated term

24  PERSON.  MGA Mexico further objects to the request to the extent it seeks the

25  production of documents that are protected from disclosure under any applicable

26  privilege, doctrine or immunity, including without limitation the attorney-client

27  privilege, the work product doctrine, the right of privacy, and all other privileges

28  recognized under the constitutional, statutory or decisional law of the United States

EXHIBIT  4
PAGE  896

1   of America, the State of California or any other applicable jurisdiction, including, but

2   not limited to, such laws existing in the United Mexican States.  MGA Mexico

3   further objects on the ground that the request is not limited to the subject matter of

4   this action and thus lacks relevance and is impermissibly overbroad.  See Aug. 13,

5   2007 Order at 9:17-20; see also May 22, 2007 Order at 21:5-7.  MGA Mexico further

6   objects to this request as being overly broad and unduly burdensome on the grounds

7   that it is not limited in time or geographical scope.  MGA Mexico further objects to

8   this request on the grounds that the phrase "[a]ll COMMUNICATIONS, and all

9   DOCUMENTS that REFER OR RELATE thereto" does not comply with the

10   "reasonable particularity" requirement of Federal Rule of Civil Procedure 34 and

11   renders the request overly broad and unduly burdensome in light of "the wealth of

12   material already made available in this case."  Westhemeco Ltd. v. New Hampshire

13   Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA Mexico further objects that the

14   phrase "between YOU, including without limitation, through the Christensen Miller

15   or Christensen Glaser law firm, and Anthony Pellicano" is compound and, as such,

16   renders the request vague, ambiguous, and unintelligible.  MGA Mexico further

17   objects to the request to the extent that it seeks documents that by reason of public

18   filing, public distribution or otherwise are already in Mattel's possession or are

19   readily accessible to Mattel.  MGA Mexico further objects to the request to the

20   extent that it seeks documents not in MGA Mexico's possession, custody or control.

21   MGA Mexico further objects to the request to the extent it seeks confidential,

22   proprietary or commercially sensitive information, the disclosure of which would be

23   inimical to the business interests of MGA Mexico or MGA.  MGA Mexico further

24   objects to the request to the extent it violates the privacy rights of third parties to

25   their private, confidential, proprietary or trade secret information.

26   REQUEST FOR PRODUCTION NO. 320:

27         All DOCUMENTS, including but not limited to all COMMUNICATIONS

28   with any PERSON, that REFER OR RELATE TO the covert investigation of any

EXHIBIT __4__
PAGE __897__

1  PERSON who is or has ever been adverse to YOU in any litigation, arbitration or

2  legal proceeding or any threatened or potential litigation, arbitration or legal

3  proceeding.

4  RESPONSE TO REQUEST FOR PRODUCTION NO. 320:

5      MGA Mexico incorporates by reference its General Response and General

6  Objections above, as though fully set forth herein and specifically incorporates

7  General Objection No. 15 (regarding Definitions), including without limitation MGA

8  Mexico's objection to the definition of the term YOU, and its incorporated term

9  PERSON. MGA Mexico further objects to the request to the extent it seeks the

10  production of documents that are protected from disclosure under any applicable

11  privilege, doctrine or immunity, including without limitation the attorney-client

12  privilege, the work product doctrine, the right of privacy, and all other privileges

13  recognized under the constitutional, statutory or decisional law of the United States

14  of America, the State of California or any other applicable jurisdiction, including, but

15  not limited to, such laws existing in the United Mexican States. MGA Mexico

16  further objects on the ground that the request is not limited to the subject matter of

17  this action and thus lacks relevance and is impermissibly overbroad. See Aug. 13,

18  2007 Order at 9:17-20; see also May 22, 2007 Order at 21:5-7. MGA Mexico further

19  objects to this request as being overly broad and unduly burdensome on the grounds

20  that it is not limited in time or geographical scope. MGA Mexico further objects to

21  this request on the grounds that the phrase "[a]ll DOCUMENTS, including but not

22  limited to all COMMUNICATIONS with any PERSON, that REFER OR RELATE

23  TO" does not comply with the "reasonable particularity" requirement of Federal Rule

24  of Civil Procedure 34 and renders the request overly broad and unduly burdensome

25  in light of "the wealth of material already made available in this case." Westhemeco

26  Ltd. v. New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979). MGA

27  Mexico further objects that the phrase "the covert investigation of any PERSON who

28  is or has ever been adverse to YOU in any litigation, arbitration or legal proceeding

528

EXHIBIT 4
PAGE 898

1   or any threatened or potential litigation, arbitration or legal proceeding" is (1)

2   accusatory and argumentative such that MGA Mexico would have to respond to the

3   allegations of the request before providing any substantive response, see Zadrozny v.

4   Board of Trustees District No. 508, 1991 WL 66705, at *1 (N.D. Ill. April 24, 1991),

5   and (2) compound, rendering the request vague, ambiguous, and unintelligible.

6   MGA Mexico further objects to the request to the extent that it seeks documents that

7   by reason of public filing, public distribution or otherwise are already in Mattel's

8   possession or are readily accessible to Mattel.  MGA Mexico further objects to the

9   request to the extent that it seeks documents not in MGA Mexico's possession,

10  custody or control.  MGA Mexico further objects to the request to the extent it seeks

11  confidential, proprietary or commercially sensitive information, the disclosure of

12  which would be inimical to the business interests of MGA Mexico or MGA.  MGA

13  Mexico further objects to the request to the extent it violates the privacy rights of

14  third parties to their private, confidential, proprietary or trade secret information.

15  REQUEST FOR PRODUCTION NO. 321:

16      All DOCUMENTS, including but not limited to all COMMUNICATIONS

17  with any PERSON, that REFER OR RELATE TO the covert investigation of any

18  PERSON who is or ever has been a competitor of YOURS.

19  RESPONSE TO REQUEST FOR PRODUCTION NO. 321:

20      MGA Mexico incorporates by reference its General Response and General

21  Objections above, as though fully set forth herein and specifically incorporates

22  General Objection No. 15 (regarding Definitions), including without limitation MGA

23  Mexico's objection to the definition of the term YOUR, and its incorporated term

24  PERSON.  MGA Mexico further objects to the request to the extent it seeks the

25  production of documents that are protected from disclosure under any applicable

26  privilege, doctrine or immunity, including without limitation the attorney-client

27  privilege, the work product doctrine, the right of privacy, and all other privileges

28  recognized under the constitutional, statutory or decisional law of the United States

EXHIBIT   4
PAGE ___ 899

1 | of America, the State of California or any other applicable jurisdiction, including, but

2 | not limited to, such laws existing in the United Mexican States.  MGA Mexico

3 | further objects on the ground that the request is not limited to the subject matter of

4 | this action and thus lacks relevance and is impermissibly overbroad.  See Aug. 13,

5 | 2007 Order at 9:17-20; see also May 22, 2007 Order at 21:5-7.  MGA Mexico further

6 | objects to this request as being overly broad and unduly burdensome on the grounds

7 | that it is not limited in time or geographical scope.  MGA Mexico further objects to

8 | this request on the grounds that the phrase "[a]ll DOCUMENTS, including but not

9 | limited to all COMMUNICATIONS with any PERSON, that REFER OR RELATE

10 | TO" does not comply with the "reasonable particularity" requirement of Federal Rule

11 | of Civil Procedure 34 and renders the request overly broad and unduly burdensome

12 | in light of "the wealth of material already made available in this case."  Westhemeco

13 | Ltd. v. New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA

14 | Mexico further objects to the request to the extent that it seeks documents that by

15 | reason of public filing, public distribution or otherwise are already in Mattel's

16 | possession or are readily accessible to Mattel.  MGA Mexico further objects to the

17 | request to the extent that it seeks documents not in MGA Mexico's possession,

18 | custody or control.  MGA Mexico further objects to the request to the extent it seeks

19 | confidential, proprietary or commercially sensitive information, the disclosure of

20 | which would be inimical to the business interests of MGA Mexico or MGA.  MGA

21 | Mexico further objects to the request to the extent it violates the privacy rights of

22 | third parties to their private, confidential, proprietary or trade secret information.

23 | REQUEST FOR PRODUCTION NO. 322:

24 |      All DOCUMENTS, including but not limited to all COMMUNICATIONS

25 | with any PERSON, that REFER OR RELATE TO the attempted, requested, solicited

26 | or contemplated covert investigation of any PERSON who is or has ever been

27 | adverse to YOU in any litigation, arbitration or legal proceeding or any threatened or

28 | potential litigation, arbitration or legal proceeding.

MGA MEXICO'S RESPONSE TO MATTEL'S 2D SET OF REQUESTS FOR DOCS.   Case No. CV-04-9049 SGL

EXHIBIT 4

PAGE 900

1  RESPONSE TO REQUEST FOR PRODUCTION NO. 322:

2      MGA Mexico incorporates by reference its General Response and General

3  Objections above, as though fully set forth herein and specifically incorporates

4  General Objection No. 15 (regarding Definitions), including without limitation MGA

5  Mexico's objection to the definition of the term YOU, and its incorporated term

6  PERSON. MGA Mexico further objects to the request to the extent it seeks the

7  production of documents that are protected from disclosure under any applicable

8  privilege, doctrine or immunity, including without limitation the attorney-client

9  privilege, the work product doctrine, the right of privacy, and all other privileges

10 recognized under the constitutional, statutory or decisional law of the United States

11 of America, the State of California or any other applicable jurisdiction, including, but

12 not limited to, such laws existing in the United Mexican States. MGA Mexico

13 further objects on the ground that the request is not limited to the subject matter of

14 this action and thus lacks relevance and is impermissibly overbroad. See Aug. 13,

15 2007 Order at 9:17-20; see also May 22, 2007 Order at 21:5-7. MGA Mexico further

16 objects to this request as being overly broad and unduly burdensome on the grounds

17 that it is not limited in time or geographical scope. MGA Mexico further objects to

18 this request on the grounds that the phrase "[a]ll DOCUMENTS, including but not

19 limited to all COMMUNICATIONS with any PERSON, that REFER OR RELATE

20 TO" does not comply with the "reasonable particularity" requirement of Federal Rule

21 of Civil Procedure 34 and renders the request overly broad and unduly burdensome

22 in light of "the wealth of material already made available in this case." Westhemeco

23 Ltd. v. New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979). MGA

24 Mexico further objects that the phrase "the attempted, requested, solicited or

25 contemplated covert investigation of any PERSON who is or has ever been adverse

26 to YOU in any litigation, arbitration or legal proceeding or any threatened or

27 potential litigation, arbitration or legal proceeding" (1) accusatory and argumentative

28 such that MGA Mexico would have to respond to the allegations of the request

EXHIBIT __4__
PAGE __901__

1  before providing any substantive response, see Zadrozny v. Board of Trustees
2  District No. 508, 1991 WL 66705, at *1 (N.D. Ill. April 24, 1991), and (2) compound,
3  rendering the request vague, ambiguous, and unintelligible.  MGA Mexico further
4  objects to the request to the extent that it seeks documents that by reason of public
5  filing, public distribution or otherwise are already in Mattel's possession or are
6  readily accessible to Mattel.  MGA Mexico further objects to the request to the
7  extent that it seeks documents not in MGA Mexico's possession, custody or control.
8  MGA Mexico further objects to the request to the extent it seeks confidential,
9  proprietary or commercially sensitive information, the disclosure of which would be
10  inimical to the business interests of MGA Mexico or MGA.  MGA Mexico further
11  objects to the request to the extent it violates the privacy rights of third parties to
12  their private, confidential, proprietary or trade secret information.
13  REQUEST FOR PRODUCTION NO. 323:
14      All DOCUMENTS, including but not limited to all COMMUNICATIONS
15  with any PERSON, that REFER OR RELATE TO the attempted, requested, solicited
16  or contemplated covert investigation of any PERSON who is or has ever been a
17  competitor of YOURS.
18  RESPONSE TO REQUEST FOR PRODUCTION NO. 323:
19      MGA Mexico incorporates by reference its General Response and General
20  Objections above, as though fully set forth herein and specifically incorporates
21  General Objection No. 15 (regarding Definitions), including without limitation MGA
22  Mexico's objection to the definition of the term YOUR, and its incorporated term
23  PERSON.  MGA Mexico further objects to the request to the extent it seeks the
24  production of documents that are protected from disclosure under any applicable
25  privilege, doctrine or immunity, including without limitation the attorney-client
26  privilege, the work product doctrine, the right of privacy, and all other privileges
27  recognized under the constitutional, statutory or decisional law of the United States
28  of America, the State of California or any other applicable jurisdiction, including, but

EXHIBIT      4
PAGE ___ 902

1   not limited to, such laws existing in the United Mexican States.  MGA Mexico

2   further objects on the ground that the request is not limited to the subject matter of

3   this action and thus lacks relevance and is impermissibly overbroad.  See Aug. 13,

4   2007 Order at 9:17-20; see also May 22, 2007 Order at 21:5-7.  MGA Mexico further

5   objects to this request as being overly broad and unduly burdensome on the grounds

6   that it is not limited in time or geographical scope.  MGA Mexico further objects to

7   this request on the grounds that the phrase "[a]ll DOCUMENTS, including but not

8   limited to all COMMUNICATIONS with any PERSON, that REFER OR RELATE

9   TO" does not comply with the "reasonable particularity" requirement of Federal Rule

10  of Civil Procedure 34 and renders the request overly broad and unduly burdensome

11  in light of "the wealth of material already made available in this case."  Westhemeco

12  Ltd. v. New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA

13  Mexico further objects that the phrase "the attempted, requested, solicited or

14  contemplated covert investigation of any PERSON who is or has ever been a

15  competitor of YOURS" is (1) accusatory and argumentative such that MGA Mexico

16  would have to respond to the allegations of the request before providing any

17  substantive response, see Zadrozny v. Board of Trustees District No. 508, 1991 WL

18  66705, at *1 (N.D. Ill. April 24, 1991), and (2) compound, rendering the request

19  vague, ambiguous, and unintelligible.  MGA Mexico further objects to the request to

20  the extent that it seeks documents that by reason of public filing, public distribution

21  or otherwise are already in Mattel's possession or are readily accessible to Mattel.

22  MGA Mexico further objects to the request to the extent that it seeks documents not

23  in MGA Mexico's possession, custody or control.  MGA Mexico further objects to

24  the request to the extent it seeks confidential, proprietary or commercially sensitive

25  information, the disclosure of which would be inimical to the business interests of

26  MGA Mexico or MGA.  MGA Mexico further objects to the request to the extent it

27  violates the privacy rights of third parties to their private, confidential, proprietary or

28  trade secret information.

MGA MEXICO'S RESPONSE TO MATTEL'S 2D SET OF REQUESTS FOR DOCS.  · Case No. CV-04-9049 SGL

EXHIBIT __4__
PAGE ___903___

1  REQUEST FOR PRODUCTION NO. 324:

2      All DOCUMENTS, including but not limited to all COMMUNICATIONS

3  with any PERSON, that REFER OR RELATE TO the wiretapping, bugging or

4  surreptitious recording of any PERSON who is or has ever been adverse to YOU in

5  any litigation, arbitration or legal proceeding or any threatened or potential litigation,

6  arbitration or legal proceeding.

7  RESPONSE TO REQUEST FOR PRODUCTION NO. 324:

8      MGA Mexico incorporates by reference its General Response and General

9  Objections above, as though fully set forth herein and specifically incorporates

10  General Objection No. 15 (regarding Definitions), including without limitation MGA

11  Mexico's objection to the definition of the term YOU, and its incorporated term

12  PERSON.  MGA Mexico further objects to the request to the extent it seeks the

13  production of documents that are protected from disclosure under any applicable

14  privilege, doctrine or immunity, including without limitation the attorney-client

15  privilege, the work product doctrine, the right of privacy, and all other privileges

16  recognized under the constitutional, statutory or decisional law of the United States

17  of America, the State of California or any other applicable jurisdiction, including, but

18  not limited to, such laws existing in the United Mexican States.  MGA Mexico

19  further objects on the ground that the request is not limited to the subject matter of

20  this action and thus lacks relevance and is impermissibly overbroad.  See Aug. 13,

21  2007 Order at 9:17-20; see also May 22, 2007 Order at 21:5-7.  MGA Mexico further

22  objects to this request as being overly broad and unduly burdensome on the grounds

23  that it is not limited in time or geographical scope.  MGA Mexico further objects to

24  this request on the grounds that the phrase "[a]ll DOCUMENTS, including but not

25  limited to all COMMUNICATIONS with any PERSON, that REFER OR RELATE

26  TO" does not comply with the "reasonable particularity" requirement of Federal Rule

27  of Civil Procedure 34 and renders the request overly broad and unduly burdensome

28  in light of "the wealth of material already made available in this case."  Westhemeco

EXHIBIT ___4___
PAGE ___904___

1 Ltd. v. New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA
2 Mexico further objects that the phrases "the wiretapping, bugging or surreptitious
3 recording of any PERSON," "who is or has ever been adverse to YOU," and "in any
4 litigation, arbitration or legal proceeding or any threatened or potential litigation,
5 arbitration or legal proceeding" are, both individually and taken together, (1)
6 accusatory and argumentative such that MGA Mexico would have to respond to the
7 allegations of the request before providing any substantive response, see Zadrozny v.
8 Board of Trustees District No. 508, 1991 WL 66705, at *1 (N.D. Ill. April 24, 1991),
9 and (2) compound, rendering the request vague, ambiguous, and unintelligible.
10 MGA Mexico further objects to the request to the extent that it seeks documents that
11 by reason of public filing, public distribution or otherwise are already in Mattel's
12 possession or are readily accessible to Mattel.  MGA Mexico further objects to the
13 request to the extent that it seeks documents not in MGA Mexico's possession,
14 custody or control.  MGA Mexico further objects to the request to the extent it seeks
15 confidential, proprietary or commercially sensitive information, the disclosure of
16 which would be inimical to the business interests of MGA Mexico or MGA.  MGA
17 Mexico further objects to the request to the extent it violates the privacy rights of
18 third parties to their private, confidential, proprietary or trade secret information.
19 REQUEST FOR PRODUCTION NO. 325:
20      All DOCUMENTS, including but not limited to all COMMUNICATIONS
21 with any PERSON, that REFER OR RELATE TO the wiretapping, bugging or
22 surreptitious recording of any PERSON who is or ever has been a competitor of
23 YOURS.
24 RESPONSE TO REQUEST FOR PRODUCTION NO. 325:
25      MGA Mexico incorporates by reference its General Response and General
26 Objections above, as though fully set forth herein and specifically incorporates
27 General Objection No. 15 (regarding Definitions), including without limitation MGA
28 Mexico's objection to the definition of the term YOUR, and its incorporated term

EXHIBIT ___4___
PAGE ___905___

1   PERSON.  MGA Mexico further objects to the request to the extent it seeks the

2   production of documents that are protected from disclosure under any applicable

3   privilege, doctrine or immunity, including without limitation the attorney-client

4   privilege, the work product doctrine, the right of privacy, and all other privileges

5   recognized under the constitutional, statutory or decisional law of the United States

6   of America, the State of California or any other applicable jurisdiction, including, but

7   not limited to, such laws existing in the United Mexican States.  MGA Mexico

8   further objects on the ground that the request is not limited to the subject matter of

9   this action and thus lacks relevance and is impermissibly overbroad.  See Aug. 13,

10  2007 Order at 9:17-20; see also May 22, 2007 Order at 21:5-7.  MGA Mexico further

11  objects to this request as being overly broad and unduly burdensome on the grounds

12  that it is not limited in time or geographical scope.  MGA Mexico further objects to

13  this request on the grounds that the phrase "[a]ll DOCUMENTS, including but not

14  limited to all COMMUNICATIONS with any PERSON, that REFER OR RELATE

15  TO" does not comply with the "reasonable particularity" requirement of Federal Rule

16  of Civil Procedure 34 and renders the request overly broad and unduly burdensome

17  in light of "the wealth of material already made available in this case."  Westhemeco

18  Ltd. v. New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA

19  Mexico further objects that the phrase "the wiretapping, bugging or surreptitious

20  recording of any PERSON who is or ever has been a competitor of YOURS" is (1)

21  accusatory and argumentative such that MGA Mexico would have to respond to the

22  allegations of the request before providing any substantive response, see Zadrozny v.

23  Board of Trustees District No. 508, 1991 WL 66705, at *1 (N.D. Ill. April 24, 1991),

24  and (2) compound, rendering the request vague, ambiguous, and unintelligible.

25  MGA Mexico further objects to the request to the extent that it seeks documents that

26  by reason of public filing, public distribution or otherwise are already in Mattel's

27  possession or are readily accessible to Mattel.  MGA Mexico further objects to the

28  request to the extent that it seeks documents not in MGA Mexico's possession,

536

EXHIBIT ___4___
PAGE ___906___

1 | custody or control.  MGA Mexico further objects to the request to the extent it seeks

2 | confidential, proprietary or commercially sensitive information, the disclosure of

3 | which would be inimical to the business interests of MGA Mexico or MGA.  MGA

4 | Mexico further objects to the request to the extent it violates the privacy rights of

5 | third parties to their private, confidential, proprietary or trade secret information.

6 | REQUEST FOR PRODUCTION NO. 326:

7 | All DOCUMENTS, including but not limited to all COMMUNICATIONS

8 | with any PERSON, that REFER OR RELATE TO the attempted, requested, solicited

9 | or contemplated wiretapping, bugging or surreptitious recording of any PERSON

10 | who is or has ever been adverse to YOU in any litigation, arbitration or legal

11 | proceeding or any threatened or potential litigation, arbitration or legal proceeding.

12 | RESPONSE TO REQUEST FOR PRODUCTION NO. 326:

13 | MGA Mexico incorporates by reference its General Response and General

14 | Objections above, as though fully set forth herein and specifically incorporates

15 | General Objection No. 15 (regarding Definitions), including without limitation MGA

16 | Mexico's objection to the definition of the term YOU, and its incorporated term

17 | PERSON.  MGA Mexico further objects to the request to the extent it seeks the

18 | production of documents that are protected from disclosure under any applicable

19 | privilege, doctrine or immunity, including without limitation the attorney-client

20 | privilege, the work product doctrine, the right of privacy, and all other privileges

21 | recognized under the constitutional, statutory or decisional law of the United States

22 | of America, the State of California or any other applicable jurisdiction, including, but

23 | not limited to, such laws existing in the United Mexican States.  MGA Mexico

24 | further objects on the ground that the request is not limited to the subject matter of

25 | this action and thus lacks relevance and is impermissibly overbroad.  See Aug. 13,

26 | 2007 Order at 9:17-20; see also May 22, 2007 Order at 21:5-7.  MGA Mexico further

27 | objects to this request as being overly broad and unduly burdensome on the grounds

28 | that it is not limited in time or geographical scope.  MGA Mexico further objects to

EXHIBIT ___4___
PAGE ___907___

1  this request on the grounds that the phrase "[a]ll DOCUMENTS, including but not

2  limited to all COMMUNICATIONS with any PERSON, that REFER OR RELATE

3  TO" does not comply with the "reasonable particularity" requirement of Federal Rule

4  of Civil Procedure 34 and renders the request overly broad and unduly burdensome

5  in light of "the wealth of material already made available in this case." Westhemeco

6  Ltd. v. New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA

7  Mexico further objects that the phrases "the attempted, requested, solicited or

8  contemplated wiretapping, bugging or surreptitious recording of any PERSON,"

9  "who is or has ever been adverse to YOU," and "in any litigation, arbitration or legal

10 proceeding or any threatened or potential litigation, arbitration or legal proceeding"

11 are, both individually and taken together, (1) accusatory and argumentative such that

12 MGA Mexico would have to respond to the allegations of the request before

13 providing any substantive response, see Zadrozny v. Board of Trustees District No.

14 508, 1991 WL 66705, at *1 (N.D. Ill. April 24, 1991), and (2) compound, rendering

15 the request vague, ambiguous, and unintelligible.  MGA Mexico further objects to

16 the request to the extent that it seeks documents that by reason of public filing,

17 public distribution or otherwise are already in Mattel's possession or are readily

18 accessible to Mattel.  MGA Mexico further objects to the request to the extent that it

19 seeks documents not in MGA Mexico's possession, custody or control.  MGA

20 Mexico further objects to the request to the extent it seeks confidential, proprietary

21 or commercially sensitive information, the disclosure of which would be inimical to

22 the business interests of MGA Mexico or MGA.  MGA Mexico further objects to the

23 request to the extent it violates the privacy rights of third parties to their private,

24 confidential, proprietary or trade secret information.

25 REQUEST FOR PRODUCTION NO. 327:

26      All DOCUMENTS, including but not limited to all COMMUNICATIONS

27 with any PERSON, that REFER OR RELATE TO the attempted, requested, solicited

28

EXHIBIT __4__
PAGE __908__

1 | or contemplated wiretapping, bugging or surreptitious recording of any PERSON
2 | who is or has ever been a competitor of YOURS.
3 | <u>RESPONSE TO REQUEST FOR PRODUCTION NO. 327:</u>
4 |     MGA Mexico incorporates by reference its General Response and General
5 | Objections above, as though fully set forth herein and specifically incorporates
6 | General Objection No. 15 (regarding Definitions), including without limitation MGA
7 | Mexico's objection to the definition of the term YOUR, and its incorporated term
8 | PERSON.  MGA Mexico further objects to the request to the extent it seeks the
9 | production of documents that are protected from disclosure under any applicable
10 | privilege, doctrine or immunity, including without limitation the attorney-client
11 | privilege, the work product doctrine, the right of privacy, and all other privileges
12 | recognized under the constitutional, statutory or decisional law of the United States
13 | of America, the State of California or any other applicable jurisdiction, including, but
14 | not limited to, such laws existing in the United Mexican States.  MGA Mexico
15 | further objects on the ground that the request is not limited to the subject matter of
16 | this action and thus lacks relevance and is impermissibly overbroad.  <u>See</u> Aug. 13,
17 | 2007 Order at 9:17-20; <u>see also</u> May 22, 2007 Order at 21:5-7.  MGA Mexico further
18 | objects to this request as being overly broad and unduly burdensome on the grounds
19 | that it is not limited in time or geographical scope.  MGA Mexico further objects to
20 | this request on the grounds that the phrase "[a]ll DOCUMENTS, including but not
21 | limited to all COMMUNICATIONS with any PERSON, that REFER OR RELATE
22 | TO" does not comply with the "reasonable particularity" requirement of Federal Rule
23 | of Civil Procedure 34 and renders the request overly broad and unduly burdensome
24 | in light of "the wealth of material already made available in this case."  <u>Westhemeco</u>
25 | <u>Ltd. v. New Hampshire Ins. Co.</u>, 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA
26 | Mexico further objects that the phrases "the attempted, requested, solicited or
27 | contemplated wiretapping, bugging or surreptitious recording" and "any PERSON
28 | who is or has ever been a competitor of YOURS" are, both individually and taken

EXHIBIT ___4___
PAGE ___909___

1  together, (1) accusatory and argumentative such that MGA Mexico would have to

2  respond to the allegations of the request before providing any substantive response,

3  see Zadrozny v. Board of Trustees District No. 508, 1991 WL 66705, at *1 (N.D. Ill.

4  April 24, 1991), and (2) compound, rendering the request vague, ambiguous, and

5  unintelligible.  MGA Mexico further objects to the request to the extent that it seeks

6  documents that by reason of public filing, public distribution or otherwise are already

7  in Mattel's possession or are readily accessible to Mattel.  MGA Mexico further

8  objects to the request to the extent that it seeks documents not in MGA Mexico's

9  possession, custody or control.  MGA Mexico further objects to the request to the

10  extent it seeks confidential, proprietary or commercially sensitive information, the

11  disclosure of which would be inimical to the business interests of MGA Mexico or

12  MGA.  MGA Mexico further objects to the request to the extent it violates the

13  privacy rights of third parties to their private, confidential, proprietary or trade secret

14  information.

15  REQUEST FOR PRODUCTION NO. 328:

16      All DOCUMENTS, including but not limited to all COMMUNICATIONS

17  with any PERSON, that REFER OR RELATE TO the destruction or non-retention,

18  attempted, requested, solicited or contemplated destruction or non-retention or any

19  alleged, claimed or accused destruction or non-retention of any DOCUMENT by

20  YOU in any litigation, arbitration or legal proceeding or any threatened or potential

21  litigation, arbitration or legal proceeding.

22  RESPONSE TO REQUEST FOR PRODUCTION NO. 328:

23      MGA Mexico incorporates by reference its General Response and General

24  Objections above, as though fully set forth herein and specifically incorporates

25  General Objection No. 15 (regarding Definitions), including without limitation MGA

26  Mexico's objection to the definition of the term YOU, and its incorporated term

27  PERSON.  MGA Mexico further objects to the request to the extent it seeks the

28  production of documents that are protected from disclosure under any applicable

1   privilege, doctrine or immunity, including without limitation the attorney-client

2   privilege, the work product doctrine, the right of privacy, and all other privileges

3   recognized under the constitutional, statutory or decisional law of the United States

4   of America, the State of California or any other applicable jurisdiction, including, but

5   not limited to, such laws existing in the United Mexican States.  MGA Mexico

6   further objects on the ground that the request is not limited to the subject matter of

7   this action and thus lacks relevance and is impermissibly overbroad.  See Aug. 13,

8   2007 Order at 9:17-20; see also May 22, 2007 Order at 21:5-7.  MGA Mexico further

9   objects to this request as being overly broad and unduly burdensome on the grounds

10  that it is not limited in time or geographical scope.  MGA Mexico further objects to

11  this request on the grounds that the phrase "[a]ll DOCUMENTS, including but not

12  limited to all COMMUNICATIONS with any PERSON, that REFER OR RELATE

13  TO" does not comply with the "reasonable particularity" requirement of Federal Rule

14  of Civil Procedure 34 and renders the request overly broad and unduly burdensome

15  in light of "the wealth of material already made available in this case."  Westhemeco

16  Ltd. v. New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA

17  Mexico further objects that the phrases "the destruction or non-retention," "attempted,

18  requested, solicited or contemplated destruction or non-retention," "any alleged,

19  claimed or accused destruction or non-retention," and "any litigation, arbitration or

20  legal proceeding or any threatened or potential litigation, arbitration or legal

21  proceeding " are, both individually and taken together, (1) accusatory and

22  argumentative such that MGA Mexico would have to respond to the allegations of

23  the request before providing any substantive response, see Zadrozny v. Board of

24  Trustees District No. 508, 1991 WL 66705, at *1 (N.D. Ill. April 24, 1991), and (2)

25  compound, rendering the request vague, ambiguous, and unintelligible.  MGA

26  Mexico further objects to the request to the extent that it seeks documents that by

27  reason of public filing, public distribution or otherwise are already in Mattel's

28  possession or are readily accessible to Mattel.  MGA Mexico further objects to the

EXHIBIT __4__
PAGE ___911___

1  request to the extent that it seeks documents not in MGA Mexico's possession,

2  custody or control.  MGA Mexico further objects to the request to the extent it seeks

3  confidential, proprietary or commercially sensitive information, the disclosure of

4  which would be inimical to the business interests of MGA Mexico or MGA.  MGA

5  Mexico further objects to the request to the extent it violates the privacy rights of

6  third parties to their private, confidential, proprietary or trade secret information.

7  REQUEST FOR PRODUCTION NO. 329:

8      All DOCUMENTS, including but not limited to all COMMUNICATIONS

9  with any PERSON, that REFER OR RELATE TO YOUR allegation that MATTEL

10  "contact[ed] persons under false pretense in order to interrogate them about Bratz

11  and this litigation."

12  RESPONSE TO REQUEST FOR PRODUCTION NO. 329:

13      MGA Mexico incorporates by reference its General Response and General

14  Objections above, as though fully set forth herein and specifically incorporates

15  General Objection No. 15 (regarding Definitions), including without limitation MGA

16  Mexico's objection to the definition of the term YOUR, and its incorporated term

17  PERSON.  MGA Mexico further objects to the request to the extent it seeks the

18  production of documents that are protected from disclosure under any applicable

19  privilege, doctrine or immunity, including without limitation the attorney-client

20  privilege, the work product doctrine, the right of privacy, and all other privileges

21  recognized under the constitutional, statutory or decisional law of the United States

22  of America, the State of California or any other applicable jurisdiction, including, but

23  not limited to, such laws existing in the United Mexican States.  MGA Mexico

24  further objects to this request as being overly broad and unduly burdensome on the

25  grounds that it is not limited in time or geographical scope.  MGA Mexico further

26  objects to this request on the grounds that the phrase "[a]ll DOCUMENTS, including

27  but not limited to all COMMUNICATIONS with any PERSON, that REFER OR

28  RELATE TO" does not comply with the "reasonable particularity" requirement of

EXHIBIT __4__
PAGE __912__

1 | Federal Rule of Civil Procedure 34 and renders the request overly broad and unduly
2 | burdensome in light of "the wealth of material already made available in this case."
3 | Westhemeco Ltd. v. New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).
4 | MGA Mexico further objects to the request to the extent that it seeks documents that
5 | by reason of public filing, public distribution or otherwise are already in Mattel's
6 | possession or are readily accessible to Mattel.  MGA Mexico further objects to the
7 | request to the extent that it seeks documents not in MGA Mexico's possession,
8 | custody or control.  MGA Mexico further objects to the request to the extent it seeks
9 | confidential, proprietary or commercially sensitive information, the disclosure of
10 | which would be inimical to the business interests of MGA Mexico or MGA.  MGA
11 | Mexico further objects to the request to the extent it violates the privacy rights of
12 | third parties to their private, confidential, proprietary or trade secret information.

13 | MGA Mexico further objects to this request as cumulative, duplicative, and
14 | unduly burdensome to the extent that it seeks documents previously requested by
15 | Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response
16 | to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100
17 | in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible
18 | Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First
19 | Set of Requests for Production of Documents and Things to Isaac Larian and
20 | Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of
21 | Documents and Things to MGAE de Mexico S.R.L. de C.V.

22 | Without waiving any of the foregoing General or Specific Objections, but
23 | rather expressly preserving each and every such objection, MGA Mexico responds as
24 | follows:  MGA Mexico will produce all non-privileged, responsive documents in its
25 | possession, custody or control, if any, that it is able to locate following a reasonably
26 | diligent search.
27 |
28 |

543

MGA MEXICO'S RESPONSE TO MATTEL'S 2D SET OF REQUESTS FOR DOCS.   Case No. CV-04-9049 SGL

EXHIBIT __4__
PAGE ___9/3___

1   REQUEST FOR PRODUCTION NO. 330:

2         All DOCUMENTS, including but not limited to all COMMUNICATIONS

3   with any PERSON, that YOU allege prove or that YOU will rely on at trial to prove

4   that MATTEL "contact[ed] persons under false pretense in order to interrogate them

5   about Bratz and this litigation."

6   RESPONSE TO REQUEST FOR PRODUCTION NO. 330:

7         MGA Mexico incorporates by reference its General Response and General

8   Objections above, as though fully set forth herein and specifically incorporates

9   General Objection No. 15 (regarding Definitions), including without limitation MGA

10  Mexico's objection to the definition of the term YOU, and its incorporated term

11  PERSON.  MGA Mexico further objects to the request to the extent it seeks the

12  production of documents that are protected from disclosure under any applicable

13  privilege, doctrine or immunity, including without limitation the attorney-client

14  privilege, the work product doctrine, the right of privacy, and all other privileges

15  recognized under the constitutional, statutory or decisional law of the United States

16  of America, the State of California or any other applicable jurisdiction, including, but

17  not limited to, such laws existing in the United Mexican States.  MGA Mexico

18  further objects to this request as being overly broad and unduly burdensome on the

19  grounds that it is not limited in time or geographical scope.  MGA Mexico further

20  objects to this request on the grounds that the phrase "[a]ll DOCUMENTS, including

21  but not limited to all COMMUNICATIONS with any PERSON" does not comply

22  with the "reasonable particularity" requirement of Federal Rule of Civil Procedure 34

23  and renders the request overly broad and unduly burdensome in light of "the wealth

24  of material already made available in this case."  Westhemeco Ltd. v. New

25  Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA Mexico further

26  objects that the phrase "that YOU allege prove or that YOU will rely on at trial to

27  prove" is compound and, as such, renders the request vague, ambiguous, and

28  unintelligible.  MGA Mexico further objects to the request to the extent that it seeks

EXHIBIT __4__
PAGE ___9/4___

1   documents that by reason of public filing, public distribution or otherwise are already

2   in Mattel's possession or are readily accessible to Mattel.  MGA Mexico further

3   objects to the request to the extent that it seeks documents not in MGA Mexico's

4   possession, custody or control.  MGA Mexico further objects to the request to the

5   extent it seeks confidential, proprietary or commercially sensitive information, the

6   disclosure of which would be inimical to the business interests of MGA Mexico or

7   MGA.  MGA Mexico further objects to the request to the extent it violates the

8   privacy rights of third parties to their private, confidential, proprietary or trade secret

9   information.

10      MGA Mexico further objects to this request as cumulative, duplicative, and

11  unduly burdensome to the extent that it seeks documents previously requested by

12  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

13  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

14  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

15  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

16  Set of Requests for Production of Documents and Things to Isaac Larian and

17  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

18  Documents and Things to MGAE de Mexico S.R.L. de C.V.

19      Without waiving any of the foregoing General or Specific Objections, but

20  rather expressly preserving each and every such objection, MGA Mexico responds as

21  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

22  possession, custody or control, if any, that it is able to locate following a reasonably

23  diligent search.

24  REQUEST FOR PRODUCTION NO. 331:

25      DOCUMENTS sufficient to IDENTIFY all PERSONS with knowledge of

26  YOUR allegation that MATTEL "contact[ed] persons under false pretense in order

27  to interrogate them about Bratz and this litigation."

28

MGA MEXICO'S RESPONSE TO MATTEL'S 2D SET OF REQUESTS FOR DOCS.   Case No. CV-04-9049 SGL

EXHIBIT ___4___
PAGE ___9/5___

1  RESPONSE TO REQUEST FOR PRODUCTION NO. 331:

2      MGA Mexico incorporates by reference its General Response and General

3  Objections above, as though fully set forth herein and specifically incorporates

4  General Objection No. 15 (regarding Definitions), including without limitation MGA

5  Mexico's objection to the definition of the terms YOUR, and its incorporated term

6  PERSON.  MGA Mexico further objects to the request to the extent it seeks the

7  production of documents that are protected from disclosure under any applicable

8  privilege, doctrine or immunity, including without limitation the attorney-client

9  privilege, the work product doctrine, the right of privacy, and all other privileges

10  recognized under the constitutional, statutory or decisional law of the United States

11  of America, the State of California or any other applicable jurisdiction, including, but

12  not limited to, such laws existing in the United Mexican States.  MGA Mexico

13  further objects to this request as being overly broad and unduly burdensome on the

14  grounds that it is not limited in time or geographical scope.  MGA Mexico further

15  objects to this request on the grounds that the phrase "all PERSONS with knowledge

16  of YOUR allegation" renders the request vague, ambiguous, overly broad and unduly

17  burdensome in that anyone who has read MGA Mexico's Answer in this matter has

18  "knowledge of [MGA Mexico's] allegation," without regard to whether the factual

19  basis for the allegation is known to them.  MGA Mexico further objects to the

20  request to the extent that it seeks documents that by reason of public filing, public

21  distribution or otherwise are already in Mattel's possession or are readily accessible

22  to Mattel.  MGA Mexico further objects to the request to the extent that it seeks

23  documents not in MGA Mexico's possession, custody or control.  MGA Mexico

24  further objects to the request to the extent it seeks confidential, proprietary or

25  commercially sensitive information, the disclosure of which would be inimical to the

26  business interests of MGA Mexico or MGA.  MGA Mexico further objects to the

27  request to the extent it violates the privacy rights of third parties to their private,

28  confidential, proprietary or trade secret information.

EXHIBIT ___9___
PAGE ___916___

1    MGA Mexico further objects to this request as cumulative, duplicative, and

2  unduly burdensome to the extent that it seeks documents previously requested by

3  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

4  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

5  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

6  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

7  Set of Requests for Production of Documents and Things to Isaac Larian and

8  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

9  Documents and Things to MGAE de Mexico S.R.L. de C.V.

10    Without waiving any of the foregoing General or Specific Objections, but

11  rather expressly preserving each and every such objection, MGA Mexico responds as

12  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

13  possession, custody or control, if any, that it is able to locate following a reasonably

14  diligent search.

15  REQUEST FOR PRODUCTION NO. 332:

16    DOCUMENTS describing all time periods during which MATTEL allegedly

17  "contact[ed] persons under false pretense in order to interrogate them about Bratz

18  and this litigation."

19  RESPONSE TO REQUEST FOR PRODUCTION NO. 332:

20    MGA Mexico incorporates by reference its General Response and General

21  Objections above, as though fully set forth herein.  MGA Mexico further objects to

22  the request to the extent it seeks the production of documents that are protected from

23  disclosure under any applicable privilege, doctrine or immunity, including without

24  limitation the attorney-client privilege, the work product doctrine, the right of

25  privacy, and all other privileges recognized under the constitutional, statutory or

26  decisional law of the United States of America, the State of California or any other

27  applicable jurisdiction, including, but not limited to, such laws existing in the United

28  Mexican States.  MGA Mexico further objects to this request as being overly broad

EXHIBIT ___9___

PAGE ___917___

1   and unduly burdensome on the grounds that it is not limited in time or geographical

2   scope. MGA Mexico further objects to this request on the grounds that the phrase

3   "DOCUMENTS describing all time periods during which" renders the request vague,

4   ambiguous, and unintelligible. MGA Mexico further objects to the request to the

5   extent that it seeks documents that by reason of public filing, public distribution or

6   otherwise are already in Mattel's possession or are readily accessible to Mattel.

7   MGA Mexico further objects to the request to the extent that it seeks documents not

8   in MGA Mexico's possession, custody or control. MGA Mexico further objects to

9   the request to the extent it seeks confidential, proprietary or commercially sensitive

10   information, the disclosure of which would be inimical to the business interests of

11   MGA Mexico or MGA. MGA Mexico further objects to the request to the extent it

12   violates the privacy rights of third parties to their private, confidential, proprietary or

13   trade secret information.

14        MGA Mexico further objects to this request as cumulative, duplicative, and

15   unduly burdensome to the extent that it seeks documents previously requested by

16   Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

17   to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

18   in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

19   Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

20   Set of Requests for Production of Documents and Things to Isaac Larian and

21   Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

22   Documents and Things to MGAE de Mexico S.R.L. de C.V.

23        Without waiving any of the foregoing General or Specific Objections, but

24   rather expressly preserving each and every such objection, MGA Mexico responds as

25   follows: MGA Mexico will produce all non-privileged, responsive documents in its

26   possession, custody or control, if any, that it is able to locate following a reasonably

27   diligent search.

28

EXHIBIT ___4___
PAGE ___918___

1  REQUEST FOR PRODUCTION NO. 333:

2         DOCUMENTS sufficient to IDENTIFY every PERSON who YOU contend

3  MATTEL "contact[ed] ... under false pretense in order to interrogate them about

4  Bratz and this litigation."

5  RESPONSE TO REQUEST FOR PRODUCTION NO. 333:

6         MGA Mexico incorporates by reference its General Response and General

7  Objections above, as though fully set forth herein and specifically incorporates

8  General Objection No. 15 (regarding Definitions), including without limitation MGA

9  Mexico's objection to the definition of the terms YOUR, and its incorporated term

10  PERSON.  MGA Mexico further objects to the request to the extent it seeks the

11  production of documents that are protected from disclosure under any applicable

12  privilege, doctrine or immunity, including without limitation the attorney-client

13  privilege, the work product doctrine, the right of privacy, and all other privileges

14  recognized under the constitutional, statutory or decisional law of the United States

15  of America, the State of California or any other applicable jurisdiction, including, but

16  not limited to, such laws existing in the United Mexican States.  MGA Mexico

17  further objects to this request as being overly broad and unduly burdensome on the

18  grounds that it is not limited in time or geographical scope.  MGA Mexico further

19  objects to this request on the grounds that the phrase "DOCUMENTS describing all

20  time periods during which" renders the request vague, ambiguous, and unintelligible.

21  MGA Mexico further objects to the request to the extent that it seeks documents that

22  by reason of public filing, public distribution or otherwise are already in Mattel's

23  possession or are readily accessible to Mattel.  MGA Mexico further objects to the

24  request to the extent that it seeks documents not in MGA Mexico's possession,

25  custody or control.  MGA Mexico further objects to the request to the extent it seeks

26  confidential, proprietary or commercially sensitive information, the disclosure of

27  which would be inimical to the business interests of MGA Mexico or MGA.  MGA

28

EXHIBIT __4__
PAGE __919__

1  Mexico further objects to the request to the extent it violates the privacy rights of

2  third parties to their private, confidential, proprietary or trade secret information.

3      MGA Mexico further objects to this request as cumulative, duplicative, and

4  unduly burdensome to the extent that it seeks documents previously requested by

5  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

6  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

7  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

8  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

9  Set of Requests for Production of Documents and Things to Isaac Larian and

10  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

11  Documents and Things to MGAE de Mexico S.R.L. de C.V.

12      Without waiving any of the foregoing General or Specific Objections, but

13  rather expressly preserving each and every such objection, MGA Mexico responds as

14  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

15  possession, custody or control, if any, that it is able to locate following a reasonably

16  diligent search.

17  REQUEST FOR PRODUCTION NO. 334:

18      DOCUMENTS sufficient to IDENTIFY the date of each alleged instance of

19  MATTEL "contacting persons under false pretense in order to interrogate them about

20  Bratz and this litigation."

21  RESPONSE TO REQUEST FOR PRODUCTION NO. 334:

22      MGA Mexico incorporates by reference its General Response and General

23  Objections above, as though fully set forth herein.  MGA Mexico further objects to

24  the request to the extent it seeks the production of documents that are protected from

25  disclosure under any applicable privilege, doctrine or immunity, including without

26  limitation the attorney-client privilege, the work product doctrine, the right of

27  privacy, and all other privileges recognized under the constitutional, statutory or

28  decisional law of the United States of America, the State of California or any other

EXHIBIT ___4___
PAGE ___920___

1   applicable jurisdiction, including, but not limited to, such laws existing in the United
2   Mexican States.  MGA Mexico further objects to this request as being overly broad
3   and unduly burdensome on the grounds that it is not limited in time or geographical
4   scope.  MGA Mexico further objects to the request to the extent that it seeks
5   documents that by reason of public filing, public distribution or otherwise are already
6   in Mattel's possession or are readily accessible to Mattel.  MGA Mexico further
7   objects to the request to the extent that it seeks documents not in MGA Mexico's
8   possession, custody or control.  MGA Mexico further objects to the request to the
9   extent it seeks confidential, proprietary or commercially sensitive information, the
10  disclosure of which would be inimical to the business interests of MGA Mexico or
11  MGA.  MGA Mexico further objects to the request to the extent it violates the
12  privacy rights of third parties to their private, confidential, proprietary or trade secret
13  information.

14      MGA Mexico further objects to this request as cumulative, duplicative, and
15  unduly burdensome to the extent that it seeks documents previously requested by
16  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response
17  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100
18  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible
19  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First
20  Set of Requests for Production of Documents and Things to Isaac Larian and
21  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of
22  Documents and Things to MGAE de Mexico S.R.L. de C.V.

23      Without waiving any of the foregoing General or Specific Objections, but
24  rather expressly preserving each and every such objection, MGA Mexico responds as
25  follows:  MGA Mexico will produce all non-privileged, responsive documents in its
26  possession, custody or control, if any, that it is able to locate following a reasonably
27  diligent search.

28

MGA MEXICO'S RESPONSE TO MATTEL'S 2D SET OF REQUESTS FOR DOCS.   Case No. CV-04-9049 SGL

EXHIBIT __4__
PAGE ___921___

1  REQUEST FOR PRODUCTION NO. 335:

2       DOCUMENTS sufficient to IDENTIFY the purpose or reason of each alleged

3  instance of MATTEL "contacting persons under false pretense in order to interrogate

4  them about Bratz and this litigation."

5  RESPONSE TO REQUEST FOR PRODUCTION NO. 335:

6       MGA Mexico incorporates by reference its General Response and General

7  Objections above, as though fully set forth herein.  MGA Mexico further objects to

8  the request to the extent it seeks the production of documents that are protected from

9  disclosure under any applicable privilege, doctrine or immunity, including without

10  limitation the attorney-client privilege, the work product doctrine, the right of

11  privacy, and all other privileges recognized under the constitutional, statutory or

12  decisional law of the United States of America, the State of California or any other

13  applicable jurisdiction, including, but not limited to, such laws existing in the United

14  Mexican States.  MGA Mexico further objects to this request as being overly broad

15  and unduly burdensome on the grounds that it is not limited in time or geographical

16  scope.  MGA Mexico further objects to this request on the grounds that the phrase

17  "the purpose or reason" is compound and, as such, renders the request vague,

18  ambiguous, and unintelligible.  MGA Mexico further objects to the request to the

19  extent that it seeks documents that by reason of public filing, public distribution or

20  otherwise are already in Mattel's possession or are readily accessible to Mattel.

21  MGA Mexico further objects to the request to the extent that it seeks documents not

22  in MGA Mexico's possession, custody or control.  MGA Mexico further objects to

23  the request to the extent it seeks confidential, proprietary or commercially sensitive

24  information, the disclosure of which would be inimical to the business interests of

25  MGA Mexico or MGA.  MGA Mexico further objects to the request to the extent it

26  violates the privacy rights of third parties to their private, confidential, proprietary or

27  trade secret information.

28

MGA MEXICO'S RESPONSE TO MATTEL'S 2D SET OF REQUESTS FOR DOCS.   Case No. CV-04-9049 SGL

EXHIBIT __4__
PAGE ___922__

1    MGA Mexico further objects to this request as cumulative, duplicative, and

2    unduly burdensome to the extent that it seeks documents previously requested by

3    Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

4    to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

5    in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

6    Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

7    Set of Requests for Production of Documents and Things to Isaac Larian and

8    Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

9    Documents and Things to MGAE de Mexico S.R.L. de C.V.

10    Without waiving any of the foregoing General or Specific Objections, but

11    rather expressly preserving each and every such objection, MGA Mexico responds as

12    follows:  MGA Mexico will produce all non-privileged, responsive documents in its

13    possession, custody or control, if any, that it is able to locate following a reasonably

14    diligent search.

15    REQUEST FOR PRODUCTION NO. 336:

16    DOCUMENTS sufficient to explain why MATTEL allegedly "contact[ed]

17    persons under false pretense in order to interrogate them about Bratz and this

18    litigation," if YOU know.

19    RESPONSE TO REQUEST FOR PRODUCTION NO. 336:

20    MGA Mexico incorporates by reference its General Response and General

21    Objections above, as though fully set forth herein and specifically incorporates

22    General Objection No. 15 (regarding Definitions), including without limitation MGA

23    Mexico's objection to the definition of the terms YOU, and its incorporated term

24    PERSON.  MGA Mexico further objects to the request to the extent it seeks the

25    production of documents that are protected from disclosure under any applicable

26    privilege, doctrine or immunity, including without limitation the attorney-client

27    privilege, the work product doctrine, the right of privacy, and all other privileges

28    recognized under the constitutional, statutory or decisional law of the United States

553

EXHIBIT ___4___
PAGE ___923___

1  of America, the State of California or any other applicable jurisdiction, including, but

2  not limited to, such laws existing in the United Mexican States.  MGA Mexico

3  further objects to this request as being overly broad and unduly burdensome on the

4  grounds that it is not limited in time or geographical scope.  MGA Mexico further

5  objects to this request on the grounds that the phrases "to explain why MATTEL"

6  and "if YOU know" render the request vague, ambiguous, and unintelligible.  MGA

7  Mexico further objects to the request to the extent that it seeks documents that by

8  reason of public filing, public distribution or otherwise are already in Mattel's

9  possession or are readily accessible to Mattel.  MGA Mexico further objects to the

10  request to the extent that it seeks documents not in MGA Mexico's possession,

11  custody or control.  MGA Mexico further objects to the request to the extent it seeks

12  confidential, proprietary or commercially sensitive information, the disclosure of

13  which would be inimical to the business interests of MGA Mexico or MGA.  MGA

14  Mexico further objects to the request to the extent it violates the privacy rights of

15  third parties to their private, confidential, proprietary or trade secret information.

16       MGA Mexico further objects to this request as cumulative, duplicative, and

17  unduly burdensome to the extent that it seeks documents previously requested by

18  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

19  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

20  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

21  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

22  Set of Requests for Production of Documents and Things to Isaac Larian and

23  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

24  Documents and Things to MGAE de Mexico S.R.L. de C.V.

25       Without waiving any of the foregoing General or Specific Objections, but

26  rather expressly preserving each and every such objection, MGA Mexico responds as

27  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

28

MGA MEXICO'S RESPONSE TO MATTEL'S 2D SET OF REQUESTS FOR DOCS.   Case No. CV-04-9049 SGL

1  possession, custody or control, if any, that it is able to locate following a reasonably

2  diligent search.

3  REQUEST FOR PRODUCTION NO. 337:

4       All DOCUMENTS, including but not limited to all COMMUNICATIONS

5  with any PERSON that REFER OR RELATE TO any COMMUNICATION

6  between MATTEL and any PERSON who MATTEL allegedly "contact[ed] ... under

7  false pretense in order to interrogate them about Bratz and this litigation."

8  RESPONSE TO REQUEST FOR PRODUCTION NO. 337:

9       MGA Mexico incorporates by reference its General Response and General

10  Objections above, as though fully set forth herein and specifically incorporates

11  General Objection No. 15 (regarding Definitions), including without limitation MGA

12  Mexico's objection to the definition of the term PERSON.  MGA Mexico further

13  objects to the request to the extent it seeks the production of documents that are

14  protected from disclosure under any applicable privilege, doctrine or immunity,

15  including without limitation the attorney-client privilege, the work product doctrine,

16  the right of privacy, and all other privileges recognized under the constitutional,

17  statutory or decisional law of the United States of America, the State of California or

18  any other applicable jurisdiction, including, but not limited to, such laws existing in

19  the United Mexican States.  MGA Mexico further objects to this request as being

20  overly broad and unduly burdensome on the grounds that it is not limited in time or

21  geographical scope.  MGA Mexico further objects to this request on the grounds that

22  the phrase "[a]ll DOCUMENTS, including but not limited to all

23  COMMUNICATIONS with any PERSON, that REFER OR RELATE TO" does not

24  comply with the "reasonable particularity" requirement of Federal Rule of Civil

25  Procedure 34 and renders the request overly broad and unduly burdensome in light of

26  "the wealth of material already made available in this case."  Westhemeco Ltd. v.

27  New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA Mexico

28  further objects to the request to the extent that it seeks documents that by reason of

555

EXHIBIT _4_
PAGE _925_

1 public filing, public distribution or otherwise are already in Mattel's possession or

2 are readily accessible to Mattel. MGA Mexico further objects to the request to the

3 extent that it seeks documents not in MGA Mexico's possession, custody or control.

4 MGA Mexico further objects to the request to the extent it seeks confidential,

5 proprietary or commercially sensitive information, the disclosure of which would be

6 inimical to the business interests of MGA Mexico or MGA. MGA Mexico further

7 objects to the request to the extent it violates the privacy rights of third parties to

8 their private, confidential, proprietary or trade secret information.

9       MGA Mexico further objects to this request as cumulative, duplicative, and

10 unduly burdensome to the extent that it seeks documents previously requested by

11 Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

12 to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

13 in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

14 Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

15 Set of Requests for Production of Documents and Things to Isaac Larian and

16 Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

17 Documents and Things to MGAE de Mexico S.R.L. de C.V.

18       Without waiving any of the foregoing General or Specific Objections, but

19 rather expressly preserving each and every such objection, MGA Mexico responds as

20 follows: MGA Mexico will produce all non-privileged, responsive documents in its

21 possession, custody or control, if any, that it is able to locate following a reasonably

22 diligent search.

23 REQUEST FOR PRODUCTION NO. 338:

24       All DOCUMENTS that YOU contend show or tend to show that any alleged

25 "[contact by MATTEL with] persons under false pretense in order to interrogate

26 them about Bratz and this litigation" was illegal or improper.

27

28

EXHIBIT __4__
PAGE __926__

RESPONSE TO REQUEST FOR PRODUCTION NO. 338:

MGA Mexico incorporates by reference its General Response and General Objections above, as though fully set forth herein and specifically incorporates General Objection No. 15 (regarding Definitions), including without limitation MGA Mexico's objection to the definition of the terms YOU, and its incorporated term PERSON. MGA Mexico further objects to the request to the extent it seeks the production of documents that are protected from disclosure under any applicable privilege, doctrine or immunity, including without limitation the attorney-client privilege, the work product doctrine, the right of privacy, and all other privileges recognized under the constitutional, statutory or decisional law of the United States of America, the State of California or any other applicable jurisdiction, including, but not limited to, such laws existing in the United Mexican States. MGA Mexico further objects to this request as being overly broad and unduly burdensome on the grounds that it is not limited in time or geographical scope. MGA Mexico further objects to this request on the grounds that the phrase "[a]ll DOCUMENTS" does not comply with the "reasonable particularity" requirement of Federal Rule of Civil Procedure 34 and renders the request overly broad and unduly burdensome in light of "the wealth of material already made available in this case." Westhemeco Ltd. v. New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979). MGA Mexico further objects that the phrases "show or tend to show" and "illegal or improper" are, both individually and taken together, compound, rendering the request vague, ambiguous and unintelligible. MGA Mexico further objects to the request to the extent that it seeks documents that by reason of public filing, public distribution or otherwise are already in Mattel's possession or are readily accessible to Mattel. MGA Mexico further objects to the request to the extent that it seeks documents not in MGA Mexico's possession, custody or control. MGA Mexico further objects to the request to the extent it seeks confidential, proprietary or commercially sensitive information, the disclosure of which would be inimical to the business interests of

EXHIBIT __4__
PAGE __927__

1   MGA Mexico or MGA.  MGA Mexico further objects to the request to the extent it

2   violates the privacy rights of third parties to their private, confidential, proprietary or

3   trade secret information.

4          MGA Mexico further objects to this request as cumulative, duplicative, and

5   unduly burdensome to the extent that it seeks documents previously requested by

6   Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

7   to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

8   in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

9   Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

10  Set of Requests for Production of Documents and Things to Isaac Larian and

11  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

12  Documents and Things to MGAE de Mexico S.R.L. de C.V.

13         Without waiving any of the foregoing General or Specific Objections, but

14  rather expressly preserving each and every such objection, MGA Mexico responds as

15  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

16  possession, custody or control, if any, that it is able to locate following a reasonably

17  diligent search.

18  REQUEST FOR PRODUCTION NO. 339:

19         All DOCUMENTS that YOU contend show or tend to show that any alleged

20  "[contact by MATTEL with] persons under false pretense in order to interrogate

21  them about Bratz and this litigation" was not privileged.

22  RESPONSE TO REQUEST FOR PRODUCTION NO. 339:

23         MGA Mexico incorporates by reference its General Response and General

24  Objections above, as though fully set forth herein and specifically incorporates

25  General Objection No. 15 (regarding Definitions), including without limitation MGA

26  Mexico's objection to the definition of the terms YOU, and its incorporated term

27  PERSON.  MGA Mexico further objects to the request to the extent it seeks the

28  production of documents that are protected from disclosure under any applicable

EXHIBIT __4__
PAGE __928__

1  privilege, doctrine or immunity, including without limitation the attorney-client
2  privilege, the work product doctrine, the right of privacy, and all other privileges
3  recognized under the constitutional, statutory or decisional law of the United States
4  of America, the State of California or any other applicable jurisdiction, including, but
5  not limited to, such laws existing in the United Mexican States.  MGA Mexico
6  further objects to this request as being overly broad and unduly burdensome on the
7  grounds that it is not limited in time or geographical scope.  MGA Mexico further
8  objects to this request on the grounds that the phrase "[a]ll DOCUMENTS " does not
9  comply with the "reasonable particularity" requirement of Federal Rule of Civil
10 Procedure 34 and renders the request overly broad and unduly burdensome in light of
11 "the wealth of material already made available in this case."  Westhemeco Ltd. v.
12 New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA Mexico
13 further objects that the phrases "show or tend to show" is compound, rendering the
14 request vague, ambiguous and unintelligible.  MGA Mexico further objects to the
15 request to the extent that it seeks documents that by reason of public filing, public
16 distribution or otherwise are already in Mattel's possession or are readily accessible
17 to Mattel.  MGA Mexico further objects to the request to the extent that it seeks
18 documents not in MGA Mexico's possession, custody or control.  MGA Mexico
19 further objects to the request to the extent it seeks confidential, proprietary or
20 commercially sensitive information, the disclosure of which would be inimical to the
21 business interests of MGA Mexico or MGA.  MGA Mexico further objects to the
22 request to the extent it violates the privacy rights of third parties to their private,
23 confidential, proprietary or trade secret information.
24        MGA Mexico further objects to this request as cumulative, duplicative, and
25 unduly burdensome to the extent that it seeks documents previously requested by
26 Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response
27 to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100
28 in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

EXHIBIT __4__
PAGE ___929___

1 │ Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

2 │ Set of Requests for Production of Documents and Things to Isaac Larian and

3 │ Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

4 │ Documents and Things to MGAE de Mexico S.R.L. de C.V.

5 │      Without waiving any of the foregoing General or Specific Objections, but

6 │ rather expressly preserving each and every such objection, MGA Mexico responds as

7 │ follows:  MGA Mexico will produce all non-privileged, responsive documents in its

8 │ possession, custody or control, if any, that it is able to locate following a reasonably

9 │ diligent search.

10 │ REQUEST FOR PRODUCTION NO. 340:

11 │      All DOCUMENTS that describe the allegedly "false pretenses" that MATTEL

12 │ used or employed to "contact[] persons ... in order to interrogate them about Bratz

13 │ and this litigation."

14 │ RESPONSE TO REQUEST FOR PRODUCTION NO. 340:

15 │      MGA Mexico incorporates by reference its General Response and General

16 │ Objections above, as though fully set forth herein.  MGA Mexico further objects to

17 │ the request to the extent it seeks the production of documents that are protected from

18 │ disclosure under any applicable privilege, doctrine or immunity, including without

19 │ limitation the attorney-client privilege, the work product doctrine, the right of

20 │ privacy, and all other privileges recognized under the constitutional, statutory or

21 │ decisional law of the United States of America, the State of California or any other

22 │ applicable jurisdiction, including, but not limited to, such laws existing in the United

23 │ Mexican States.  MGA Mexico further objects to this request as being overly broad

24 │ and unduly burdensome on the grounds that it is not limited in time or geographical

25 │ scope.  MGA Mexico further objects to this request on the grounds that the phrase

26 │ "[a]ll DOCUMENTS" does not comply with the "reasonable particularity"

27 │ requirement of Federal Rule of Civil Procedure 34 and renders the request overly

28 │ broad and unduly burdensome in light of "the wealth of material already made

EXHIBIT ___4___
PAGE ___930___

1   available in this case." <u>Westhemeco Ltd. v. New Hampshire Ins. Co.</u>, 82 F.R.D. 702,

2   709 (S.D.N.Y. 1979). MGA Mexico further objects that the phrases "used or

3   employed" and "Bratz and this litigation" are, both individually and taken together,

4   compound, rendering the request vague, ambiguous and unintelligible. MGA

5   Mexico further objects to the request to the extent that it seeks documents that by

6   reason of public filing, public distribution or otherwise are already in Mattel's

7   possession or are readily accessible to Mattel. MGA Mexico further objects to the

8   request to the extent that it seeks documents not in MGA Mexico's possession,

9   custody or control. MGA Mexico further objects to the request to the extent it seeks

10  confidential, proprietary or commercially sensitive information, the disclosure of

11  which would be inimical to the business interests of MGA Mexico or MGA. MGA

12  Mexico further objects to the request to the extent it violates the privacy rights of

13  third parties to their private, confidential, proprietary or trade secret information.

14      MGA Mexico further objects to this request as cumulative, duplicative, and

15  unduly burdensome to the extent that it seeks documents previously requested by

16  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

17  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

18  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

19  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

20  Set of Requests for Production of Documents and Things to Isaac Larian and

21  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

22  Documents and Things to MGAE de Mexico S.R.L. de C.V.

23      Without waiving any of the foregoing General or Specific Objections, but

24  rather expressly preserving each and every such objection, MGA Mexico responds as

25  follows: MGA Mexico will produce all non-privileged, responsive documents in its

26  possession, custody or control, if any, that it is able to locate following a reasonably

27  diligent search.

28

MGA MEXICO'S RESPONSE TO MATTEL'S 2D SET OF REQUESTS FOR DOCS.   Case No. CV-04-9049 SGL

EXHIBIT __9__
PAGE __931__

1 | REQUEST FOR PRODUCTION NO. 341:

2 |     All DOCUMENTS, including but not limited to all COMMUNICATIONS

3 | with any PERSON, RELATING to YOUR actions in response to, or efforts to stop,

4 | thwart, prevent, counter or mitigate, MATTEL from allegedly "contacting persons

5 | under false pretense in order to interrogate them about Bratz and this litigation."

6 | RESPONSE TO REQUEST FOR PRODUCTION NO. 341:

7 |     MGA Mexico incorporates by reference its General Response and General

8 | Objections above, as though fully set forth herein and specifically incorporates

9 | General Objection No. 15 (regarding Definitions), including without limitation MGA

10 | Mexico's objection to the definition of the term YOUR, and its incorporated term

11 | PERSON.  MGA Mexico further objects to the request to the extent it seeks the

12 | production of documents that are protected from disclosure under any applicable

13 | privilege, doctrine or immunity, including without limitation the attorney-client

14 | privilege, the work product doctrine, the right of privacy, and all other privileges

15 | recognized under the constitutional, statutory or decisional law of the United States

16 | of America, the State of California or any other applicable jurisdiction, including, but

17 | not limited to, such laws existing in the United Mexican States.  MGA Mexico

18 | further objects to this request as being overly broad and unduly burdensome on the

19 | grounds that it is not limited in time or geographical scope.  MGA Mexico further

20 | objects to this request on the grounds that the phrase "[a]ll DOCUMENTS, including

21 | but not limited to all COMMUNICATIONS with any PERSON, RELATING TO"

22 | does not comply with the "reasonable particularity" requirement of Federal Rule of

23 | Civil Procedure 34 and renders the request overly broad and unduly burdensome in

24 | light of "the wealth of material already made available in this case."  Westhemeco

25 | Ltd. v. New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA

26 | Mexico further objects that the phrase "RELATING to YOUR actions in response to,

27 | or efforts to stop, thwart, prevent, counter or mitigate" is compound and, as such,

28 | renders the request vague, ambiguous, and unintelligible.  MGA Mexico further

562

EXHIBIT __4__
PAGE __932__

1 objects to the request to the extent that it seeks documents that by reason of public

2 filing, public distribution or otherwise are already in Mattel's possession or are

3 readily accessible to Mattel.  MGA Mexico further objects to the request to the

4 extent that it seeks documents not in MGA Mexico's possession, custody or control.

5 MGA Mexico further objects to the request to the extent it seeks confidential,

6 proprietary or commercially sensitive information, the disclosure of which would be

7 inimical to the business interests of MGA Mexico or MGA.  MGA Mexico further

8 objects to the request to the extent it violates the privacy rights of third parties to

9 their private, confidential, proprietary or trade secret information.

10      MGA Mexico further objects to this request as cumulative, duplicative, and

11 unduly burdensome to the extent that it seeks documents previously requested by

12 Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

13 to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

14 in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

15 Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

16 Set of Requests for Production of Documents and Things to Isaac Larian and

17 Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

18 Documents and Things to MGAE de Mexico S.R.L. de C.V.

19      Without waiving any of the foregoing General or Specific Objections, but

20 rather expressly preserving each and every such objection, MGA Mexico responds as

21 follows:  MGA Mexico will produce all non-privileged, responsive documents in its

22 possession, custody or control, if any, that it is able to locate following a reasonably

23 diligent search.

24 REQUEST FOR PRODUCTION NO. 342:

25      All DOCUMENTS, including but not limited to all COMMUNICATIONS

26 with any PERSON, RELATING to any loss, harm, injury, increased expense, lost

27 revenue or profits, or any other damage caused to YOU by MATTEL'S alleged

28

MGA MEXICO'S RESPONSE TO MATTEL'S 2D SET OF REQUESTS FOR DOCS.   Case No. CV-04-9049 SGL

EXHIBIT __4__
PAGE __933__

1  "[contact with] persons under false pretense in order to interrogate them about Bratz

2  and this litigation."

3  RESPONSE TO REQUEST FOR PRODUCTION NO. 342:

4      MGA Mexico incorporates by reference its General Response and General

5  Objections above, as though fully set forth herein and specifically incorporates

6  General Objection No. 15 (regarding Definitions), including without limitation MGA

7  Mexico's objection to the definition of the term YOU, and its incorporated term

8  PERSON.  MGA Mexico further objects to the request to the extent it seeks the

9  production of documents that are protected from disclosure under any applicable

10  privilege, doctrine or immunity, including without limitation the attorney-client

11  privilege, the work product doctrine, the right of privacy, and all other privileges

12  recognized under the constitutional, statutory or decisional law of the United States

13  of America, the State of California or any other applicable jurisdiction, including, but

14  not limited to, such laws existing in the United Mexican States.  MGA Mexico

15  further objects to this request as being overly broad and unduly burdensome on the

16  grounds that it is not limited in time or geographical scope.  MGA Mexico further

17  objects to this request on the grounds that the phrase "[a]ll DOCUMENTS, including

18  but not limited to all COMMUNICATIONS with any PERSON" does not comply

19  with the "reasonable particularity" requirement of Federal Rule of Civil Procedure 34

20  and renders the request overly broad and unduly burdensome in light of "the wealth

21  of material already made available in this case."  Westhemeco Ltd. v. New

22  Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA Mexico further

23  objects that the phrase "any loss, harm, injury, increased expense, lost revenue or

24  profits, or any other damage" is compound and, as such, renders the request vague,

25  ambiguous, and unintelligible.  MGA Mexico further objects to the request to the

26  extent that it seeks documents that by reason of public filing, public distribution or

27  otherwise are already in Mattel's possession or are readily accessible to Mattel.

28  MGA Mexico further objects to the request to the extent that it seeks documents not

EXHIBIT __4__
PAGE __934__

1    in MGA Mexico's possession, custody or control.  MGA Mexico further objects to

2    the request to the extent it seeks confidential, proprietary or commercially sensitive

3    information, the disclosure of which would be inimical to the business interests of

4    MGA Mexico or MGA.  MGA Mexico further objects to the request to the extent it

5    violates the privacy rights of third parties to their private, confidential, proprietary or

6    trade secret information.

7         MGA Mexico further objects to this request as cumulative, duplicative, and

8    unduly burdensome to the extent that it seeks documents previously requested by

9    Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

10   to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

11   in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

12   Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

13   Set of Requests for Production of Documents and Things to Isaac Larian and

14   Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

15   Documents and Things to MGAE de Mexico S.R.L. de C.V.

16        Without waiving any of the foregoing General or Specific Objections, but

17   rather expressly preserving each and every such objection, MGA Mexico responds as

18   follows:  MGA Mexico will produce all non-privileged, responsive documents in its

19   possession, custody or control, if any, that it is able to locate following a reasonably

20   diligent search.

21   REQUEST FOR PRODUCTION NO. 343:

22        All DOCUMENTS, including but not limited to all COMMUNICATIONS

23   with any PERSON, RELATING to YOU contacting any PERSON under false

24   pretense in order to question, interview or interrogate them about MATTEL and this

25   litigation.

26   RESPONSE TO REQUEST FOR PRODUCTION NO. 343:

27        MGA Mexico incorporates by reference its General Response and General

28   Objections above, as though fully set forth herein and specifically incorporates

565

EXHIBIT ___4___
PAGE ___935___

1  General Objection No. 15 (regarding Definitions), including without limitation MGA

2  Mexico's objection to the definition of the term YOU, and its incorporated term

3  PERSON.  MGA Mexico further objects to the request to the extent it seeks the

4  production of documents that are protected from disclosure under any applicable

5  privilege, doctrine or immunity, including without limitation the attorney-client

6  privilege, the work product doctrine, the right of privacy, and all other privileges

7  recognized under the constitutional, statutory or decisional law of the United States

8  of America, the State of California or any other applicable jurisdiction, including, but

9  not limited to, such laws existing in the United Mexican States.  MGA Mexico

10  further objects to this request on the grounds that it is overly broad and unduly

11  burdensome in that it seeks documents not relevant to the claims or defenses in this

12  action and not reasonably calculated to lead to the discovery of admissible evidence.

13  MGA Mexico further objects to this request as being overly broad and unduly

14  burdensome on the grounds that it is not limited in time or geographical scope.

15  MGA Mexico further objects to this request on the grounds that the phrase "[a]ll

16  DOCUMENTS, including but not limited to all COMMUNICATIONS with any

17  PERSON, that REFER OR RELATE TO" does not comply with the "reasonable

18  particularity" requirement of Federal Rule of Civil Procedure 34 and renders the

19  request overly broad and unduly burdensome in light of "the wealth of material

20  already made available in this case."  Westhemeco Ltd. v. New Hampshire Ins. Co.,

21  82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA Mexico further objects that the phrase

22  "YOU contacting any PERSON under false pretense in order to question, interview

23  or interrogate them about MATTEL and this litigation" is (1) accusatory and

24  argumentative such that MGA Mexico would have to respond to the allegations of

25  the request before providing any substantive response, see Zadrozny v. Board of

26  Trustees District No. 508, 1991 WL 66705, at *1 (N.D. Ill. April 24, 1991), and (2)

27  compound, rendering the request vague, ambiguous, and unintelligible.  MGA

28  Mexico further objects to the request to the extent that it seeks documents that by

EXHIBIT ___4___
PAGE ___936___

1    reason of public filing, public distribution or otherwise are already in Mattel's

2    possession or are readily accessible to Mattel. MGA Mexico further objects to the

3    request to the extent that it seeks documents not in MGA Mexico's possession,

4    custody or control. MGA Mexico further objects to the request to the extent it seeks

5    confidential, proprietary or commercially sensitive information, the disclosure of

6    which would be inimical to the business interests of MGA Mexico or MGA. MGA

7    Mexico further objects to the request to the extent it violates the privacy rights of

8    third parties to their private, confidential, proprietary or trade secret information.

9    REQUEST FOR PRODUCTION NO. 344:

10         All DOCUMENTS that REFER OR RELATE TO any interview or

11   conversation that YOU have had, or attempted, proposed or requested to have, with

12   Anna Rhee.

13   RESPONSE TO REQUEST FOR PRODUCTION NO. 344:

14         MGA Mexico incorporates by reference its General Response and General

15   Objections above, as though fully set forth herein and specifically incorporates

16   General Objection No. 15 (regarding Definitions), including without limitation MGA

17   Mexico's objection to the definition of the term YOU, and its incorporated term

18   PERSON. MGA Mexico further objects to the request to the extent it seeks the

19   production of documents that are protected from disclosure under any applicable

20   privilege, doctrine or immunity, including without limitation the attorney-client

21   privilege, the work product doctrine, the right of privacy, and all other privileges

22   recognized under the constitutional, statutory or decisional law of the United States

23   of America, the State of California or any other applicable jurisdiction, including, but

24   not limited to, such laws existing in the United Mexican States. MGA Mexico

25   further objects to this request on the grounds that it is overly broad and unduly

26   burdensome in that it seeks documents not relevant to the claims or defenses in this

27   action and not reasonably calculated to lead to the discovery of admissible evidence.

28   MGA Mexico further objects to this request as being overly broad and unduly

EXHIBIT __4__
PAGE __957__

1  burdensome on the grounds that it is not limited in time or geographical scope.

2  MGA Mexico further objects to this request on the grounds that the phrase "[a]ll

3  DOCUMENTS that REFER OR RELATE TO" does not comply with the

4  "reasonable particularity" requirement of Federal Rule of Civil Procedure 34 and

5  renders the request overly broad and unduly burdensome in light of "the wealth of

6  material already made available in this case."  Westhemeco Ltd. v. New Hampshire

7  Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA Mexico further objects that the

8  phrase "any interview or conversation that YOU have had, or attempted, proposed or

9  requested to have" is compound, rendering the request vague, ambiguous, and

10 unintelligible.  MGA Mexico further objects to the request to the extent that it seeks

11 documents that by reason of public filing, public distribution or otherwise are already

12 in Mattel's possession or are readily accessible to Mattel.  MGA Mexico further

13 objects to the request to the extent that it seeks documents not in MGA Mexico's

14 possession, custody or control.  MGA Mexico further objects to the request to the

15 extent it seeks confidential, proprietary or commercially sensitive information, the

16 disclosure of which would be inimical to the business interests of MGA Mexico or

17 MGA.  MGA Mexico further objects to the request to the extent it violates the

18 privacy rights of third parties to their private, confidential, proprietary or trade secret

19 information.

20 REQUEST FOR PRODUCTION NO. 345:

21      All DOCUMENTS, including but not limited to all COMMUNICATIONS

22 with any PERSON, that REFER OR RELATE TO YOUR allegation that MATTEL

23 "coerc[ed] its employees to accept restrictive covenants (right before a massive

24 layoff) and non-compete clauses and other ,efforts to prevent prospective MGA

25 employees from accepting offers of employment."

26 RESPONSE TO REQUEST FOR PRODUCTION NO. 345:

27      MGA Mexico incorporates by reference its General Response and General

28 Objections above, as though fully set forth herein and specifically incorporates

EXHIBIT _4_
PAGE __938__

1  General Objection No. 15 (regarding Definitions), including without limitation MGA

2  Mexico's objection to the definition of the term YOUR, and its incorporated term

3  PERSON. MGA Mexico further objects to the request to the extent it seeks the

4  production of documents that are protected from disclosure under any applicable

5  privilege, doctrine or immunity, including without limitation the attorney-client

6  privilege, the work product doctrine, the right of privacy, and all other privileges

7  recognized under the constitutional, statutory or decisional law of the United States

8  of America, the State of California or any other applicable jurisdiction, including, but

9  not limited to, such laws existing in the United Mexican States. MGA Mexico

10  further objects to this request as being overly broad and unduly burdensome on the

11  grounds that it is not limited in time or geographical scope. MGA Mexico further

12  objects to this request on the grounds that the phrase "[a]ll DOCUMENTS, including

13  but not limited to all COMMUNICATIONS with any PERSON, that REFER OR

14  RELATE TO" does not comply with the "reasonable particularity" requirement of

15  Federal Rule of Civil Procedure 34 and renders the request overly broad and unduly

16  burdensome in light of "the wealth of material already made available in this case."

17  Westhemeco Ltd. v. New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).

18  MGA Mexico further objects to the request to the extent that it seeks documents that

19  by reason of public filing, public distribution or otherwise are already in Mattel's

20  possession or are readily accessible to Mattel. MGA Mexico further objects to the

21  request to the extent that it seeks documents not in MGA Mexico's possession,

22  custody or control. MGA Mexico further objects to the request to the extent it seeks

23  confidential, proprietary or commercially sensitive information, the disclosure of

24  which would be inimical to the business interests of MGA Mexico or MGA. MGA

25  Mexico further objects to the request to the extent it violates the privacy rights of

26  third parties to their private, confidential, proprietary or trade secret information.

27        MGA Mexico further objects to this request as cumulative, duplicative, and

28  unduly burdensome to the extent that it seeks documents previously requested by

EXHIBIT __4__
PAGE __939__

1  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

2  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

3  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

4  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

5  Set of Requests for Production of Documents and Things to Isaac Larian and

6  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

7  Documents and Things to MGAE de Mexico S.R.L. de C.V.

8       Without waiving any of the foregoing General or Specific Objections, but

9  rather expressly preserving each and every such objection, MGA Mexico responds as

10 follows:  MGA Mexico will produce all non-privileged, responsive documents in its

11 possession, custody or control, if any, that it is able to locate following a reasonably

12 diligent search.

13 REQUEST FOR PRODUCTION NO. 346:

14      All DOCUMENTS, including but not limited to all COMMUNICATIONS

15 with any PERSON, that YOU contend prove or that YOU will rely on at trial to

16 prove that MATTEL "coerc[ed] its employees to accept restrictive covenants (right

17 before a massive layoff) and non-compete clauses and other efforts to prevent

18 prospective MGA employees from accepting offers of employment."

19 RESPONSE TO REQUEST FOR PRODUCTION NO. 346:

20      MGA Mexico incorporates by reference its General Response and General

21 Objections above, as though fully set forth herein and specifically incorporates

22 General Objection No. 15 (regarding Definitions), including without limitation MGA

23 Mexico's objection to the definition of the term YOU, and its incorporated term

24 PERSON.  MGA Mexico further objects to the request to the extent it seeks the

25 production of documents that are protected from disclosure under any applicable

26 privilege, doctrine or immunity, including without limitation the attorney-client

27 privilege, the work product doctrine, the right of privacy, and all other privileges

28 recognized under the constitutional, statutory or decisional law of the United States

EXHIBIT ___9___
PAGE ___940___

1   of America, the State of California or any other applicable jurisdiction, including, but
2   not limited to, such laws existing in the United Mexican States.  MGA Mexico
3   further objects to this request as being overly broad and unduly burdensome on the
4   grounds that it is not limited in time or geographical scope.  MGA Mexico further
5   objects to this request on the grounds that the phrase "[a]ll DOCUMENTS, including
6   but not limited to all COMMUNICATIONS with any PERSON" does not comply
7   with the "reasonable particularity" requirement of Federal Rule of Civil Procedure 34
8   and renders the request overly broad and unduly burdensome in light of "the wealth
9   of material already made available in this case."  Westhemeco Ltd. v. New
10  Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA Mexico further
11  objects that the phrase "that YOU contend prove or that YOU will rely on at trial to
12  prove" is compound and, as such, renders the request vague, ambiguous, and
13  unintelligible.  MGA Mexico further objects to the request to the extent that it seeks
14  documents that by reason of public filing, public distribution or otherwise are already
15  in Mattel's possession or are readily accessible to Mattel.  MGA Mexico further
16  objects to the request to the extent that it seeks documents not in MGA Mexico's
17  possession, custody or control.  MGA Mexico further objects to the request to the
18  extent it seeks confidential, proprietary or commercially sensitive information, the
19  disclosure of which would be inimical to the business interests of MGA Mexico or
20  MGA.  MGA Mexico further objects to the request to the extent it violates the
21  privacy rights of third parties to their private, confidential, proprietary or trade secret
22  information.
23       MGA Mexico further objects to this request as cumulative, duplicative, and
24  unduly burdensome to the extent that it seeks documents previously requested by
25  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response
26  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100
27  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible
28  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

EXHIBIT __9__
PAGE ___941___

1  Set of Requests for Production of Documents and Things to Isaac Larian and

2  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

3  Documents and Things to MGAE de Mexico S.R.L. de C.V.

4      Without waiving any of the foregoing General or Specific Objections, but

5  rather expressly preserving each and every such objection, MGA Mexico responds as

6  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

7  possession, custody or control, if any, that it is able to locate following a reasonably

8  diligent search.

9  REQUEST FOR PRODUCTION NO. 347:

10      DOCUMENTS sufficient to IDENTIFY all PERSONS with knowledge of

11  YOUR allegation that MATTEL "coerc[ed] its employees to accept restrictive

12  covenants ... and non-compete clauses."

13  RESPONSE TO REQUEST FOR PRODUCTION NO. 347:

14      MGA Mexico incorporates by reference its General Response and General

15  Objections above, as though fully set forth herein and specifically incorporates

16  General Objection No. 15 (regarding Definitions), including without limitation MGA

17  Mexico's objection to the definition of the term YOUR, and its incorporated term

18  PERSON.  MGA Mexico further objects to the request to the extent it seeks the

19  production of documents that are protected from disclosure under any applicable

20  privilege, doctrine or immunity, including without limitation the attorney-client

21  privilege, the work product doctrine, the right of privacy, and all other privileges

22  recognized under the constitutional, statutory or decisional law of the United States

23  of America, the State of California or any other applicable jurisdiction, including, but

24  not limited to, such laws existing in the United Mexican States.  MGA Mexico

25  further objects to this request as being overly broad and unduly burdensome on the

26  grounds that it is not limited in time or geographical scope.  MGA Mexico further

27  objects to this request on the grounds that the phrase "all PERSONS with knowledge

28  of YOUR allegation" renders the request vague, ambiguous, overly broad and unduly

EXHIBIT __9__
PAGE __942__

1  burdensome in that anyone who has read MGA Mexico's Answer in this matter has

2  "knowledge of [MGA Mexico's] allegation," without regard to whether the factual

3  basis for the allegation is known to them.  MGA Mexico further objects to the

4  request to the extent that it seeks documents that by reason of public filing, public

5  distribution or otherwise are already in Mattel's possession or are readily accessible

6  to Mattel.  MGA Mexico further objects to the request to the extent that it seeks

7  documents not in MGA Mexico's possession, custody or control.  MGA Mexico

8  further objects to the request to the extent it seeks confidential, proprietary or

9  commercially sensitive information, the disclosure of which would be inimical to the

10 business interests of MGA Mexico or MGA.  MGA Mexico further objects to the

11 request to the extent it violates the privacy rights of third parties to their private,

12 confidential, proprietary or trade secret information.

13     MGA Mexico further objects to this request as cumulative, duplicative, and

14 unduly burdensome to the extent that it seeks documents previously requested by

15 Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

16 to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

17 in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

18 Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

19 Set of Requests for Production of Documents and Things to Isaac Larian and

20 Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

21 Documents and Things to MGAE de Mexico S.R.L. de C.V.

22     Without waiving any of the foregoing General or Specific Objections, but

23 rather expressly preserving each and every such objection, MGA Mexico responds as

24 follows:  MGA Mexico will produce all non-privileged, responsive documents in its

25 possession, custody or control, if any, that it is able to locate following a reasonably

26 diligent search.

27

28

EXHIBIT __9__
PAGE __943__

1 | REQUEST FOR PRODUCTION NO. 348:

2 |  DOCUMENTS sufficient to IDENTIFY all PERSONS with knowledge of

3 | YOUR allegation that MATTEL engaged in "efforts to prevent prospective MGA

4 | employees from accepting offers of employment."

5 | RESPONSE TO REQUEST FOR PRODUCTION NO. 348:

6 |  MGA Mexico incorporates by reference its General Response and General

7 | Objections above, as though fully set forth herein and specifically incorporates

8 | General Objection No. 15 (regarding Definitions), including without limitation MGA

9 | Mexico's objection to the definition of the term YOUR, and its incorporated term

10 | PERSON.  MGA Mexico further objects to the request to the extent it seeks the

11 | production of documents that are protected from disclosure under any applicable

12 | privilege, doctrine or immunity, including without limitation the attorney-client

13 | privilege, the work product doctrine, the right of privacy, and all other privileges

14 | recognized under the constitutional, statutory or decisional law of the United States

15 | of America, the State of California or any other applicable jurisdiction, including, but

16 | not limited to, such laws existing in the United Mexican States.  MGA Mexico

17 | further objects to this request as being overly broad and unduly burdensome on the

18 | grounds that it is not limited in time or geographical scope.  MGA Mexico further

19 | objects to this request on the grounds that the phrase "all PERSONS with knowledge

20 | of YOUR allegation" renders the request vague, ambiguous, overly broad and unduly

21 | burdensome in that anyone who has read MGA Mexico's Answer in this matter has

22 | "knowledge of [MGA Mexico's] allegation," without regard to whether the factual

23 | basis for the allegation is known to them.  MGA Mexico further objects to the

24 | request to the extent that it seeks documents that by reason of public filing, public

25 | distribution or otherwise are already in Mattel's possession or are readily accessible

26 | to Mattel.  MGA Mexico further objects to the request to the extent that it seeks

27 | documents not in MGA Mexico's possession, custody or control.  MGA Mexico

28 | further objects to the request to the extent it seeks confidential, proprietary or

574

1  commercially sensitive information, the disclosure of which would be inimical to the
2  business interests of MGA Mexico or MGA.  MGA Mexico further objects to the
3  request to the extent it violates the privacy rights of third parties to their private,
4  confidential, proprietary or trade secret information.

5          MGA Mexico further objects to this request as cumulative, duplicative, and
6  unduly burdensome to the extent that it seeks documents previously requested by
7  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response
8  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100
9  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible
10 Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First
11 Set of Requests for Production of Documents and Things to Isaac Larian and
12 Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of
13 Documents and Things to MGAE de Mexico S.R.L. de C.V.

14         Without waiving any of the foregoing General or Specific Objections, but
15 rather expressly preserving each and every such objection, MGA Mexico responds as
16 follows:  MGA Mexico will produce all non-privileged, responsive documents in its
17 possession, custody or control, if any, that it is able to locate following a reasonably
18 diligent search.

19 REQUEST FOR PRODUCTION NO. 349:

20         DOCUMENTS describing all time periods during which MATTEL allegedly
21 "coerc[ed] its employees to accept restrictive covenants ... and non-compete clauses
22 and other efforts to prevent prospective MGA employees from accepting offers of
23 employment."

24 RESPONSE TO REQUEST FOR PRODUCTION NO. 349:

25         MGA Mexico incorporates by reference its General Response and General
26 Objections above, as though fully set forth herein.  MGA Mexico further objects to
27 the request to the extent it seeks the production of documents that are protected from
28 disclosure under any applicable privilege, doctrine or immunity, including without

EXHIBIT __9__
PAGE __945__

1  limitation the attorney-client privilege, the work product doctrine, the right of
2  privacy, and all other privileges recognized under the constitutional, statutory or
3  decisional law of the United States of America, the State of California or any other
4  applicable jurisdiction, including, but not limited to, such laws existing in the United
5  Mexican States.  MGA Mexico further objects to this request as being overly broad
6  and unduly burdensome on the grounds that it is not limited in time or geographical
7  scope.  MGA Mexico further objects to this request on the grounds that the phrase
8  "DOCUMENTS describing all time periods during which" renders the request vague,
9  ambiguous, and unintelligible.  MGA Mexico further objects to the request to the
10 extent that it seeks documents that by reason of public filing, public distribution or
11 otherwise are already in Mattel's possession or are readily accessible to Mattel.
12 MGA Mexico further objects to the request to the extent that it seeks documents not
13 in MGA Mexico's possession, custody or control.  MGA Mexico further objects to
14 the request to the extent it seeks confidential, proprietary or commercially sensitive
15 information, the disclosure of which would be inimical to the business interests of
16 MGA Mexico or MGA.  MGA Mexico further objects to the request to the extent it
17 violates the privacy rights of third parties to their private, confidential, proprietary or
18 trade secret information.

19       MGA Mexico further objects to this request as cumulative, duplicative, and
20 unduly burdensome to the extent that it seeks documents previously requested by
21 Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response
22 to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100
23 in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible
24 Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First
25 Set of Requests for Production of Documents and Things to Isaac Larian and
26 Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of
27 Documents and Things to MGAE de Mexico S.R.L. de C.V.
28

EXHIBIT ___9___
PAGE ___946___

1      Without waiving any of the foregoing General or Specific Objections, but

2  rather expressly preserving each and every such objection, MGA Mexico responds as

3  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

4  possession, custody or control, if any, that it is able to locate following a reasonably

5  diligent search.

6  <u>REQUEST FOR PRODUCTION NO. 350:</u>

7      DOCUMENTS sufficient to IDENTIFY every PERSON who YOU contend

8  MATTEL "coerc[ed] ... to accept restrictive covenants ... and non-compete clauses"

9  in order to "prevent [the person] from accepting [an] offer[] of employment [from

10  MGA]."

11  <u>RESPONSE TO REQUEST FOR PRODUCTION NO. 350:</u>

12      MGA Mexico incorporates by reference its General Response and General

13  Objections above, as though fully set forth herein and specifically incorporates

14  General Objection No. 15 (regarding Definitions), including without limitation MGA

15  Mexico's objection to the definition of the term YOU, and its incorporated term

16  PERSON.  MGA Mexico further objects to the request to the extent it seeks the

17  production of documents that are protected from disclosure under any applicable

18  privilege, doctrine or immunity, including without limitation the attorney-client

19  privilege, the work product doctrine, the right of privacy, and all other privileges

20  recognized under the constitutional, statutory or decisional law of the United States

21  of America, the State of California or any other applicable jurisdiction, including, but

22  not limited to, such laws existing in the United Mexican States.  MGA Mexico

23  further objects to this request as being overly broad and unduly burdensome on the

24  grounds that it is not limited in time or geographical scope.  MGA Mexico further

25  objects to the request to the extent that it seeks documents that by reason of public

26  filing, public distribution or otherwise are already in Mattel's possession or are

27  readily accessible to Mattel.  MGA Mexico further objects to the request to the

28  extent that it seeks documents not in MGA Mexico's possession, custody or control.

EXHIBIT ___9___
PAGE ___947___

1   MGA Mexico further objects to the request to the extent it seeks confidential,

2   proprietary or commercially sensitive information, the disclosure of which would be

3   inimical to the business interests of MGA Mexico or MGA.  MGA Mexico further

4   objects to the request to the extent it violates the privacy rights of third parties to

5   their private, confidential, proprietary or trade secret information.

6        MGA Mexico further objects to this request as cumulative, duplicative, and

7   unduly burdensome to the extent that it seeks documents previously requested by

8   Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

9   to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

10  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

11  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

12  Set of Requests for Production of Documents and Things to Isaac Larian and

13  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

14  Documents and Things to MGAE de Mexico S.R.L. de C.V.

15       Without waiving any of the foregoing General or Specific Objections, but

16  rather expressly preserving each and every such objection, MGA Mexico responds as

17  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

18  possession, custody or control, if any, that it is able to locate following a reasonably

19  diligent search.

20  REQUEST FOR PRODUCTION NO. 351:

21       DOCUMENTS sufficient to IDENTIFY every PERSON who YOU contend

22  MATTEL "prevent[ed] from accepting [an] offer[] of employment [from MGA]."

23  RESPONSE TO REQUEST FOR PRODUCTION NO. 351:

24       MGA Mexico incorporates by reference its General Response and General

25  Objections above, as though fully set forth herein and specifically incorporates

26  General Objection No. 15 (regarding Definitions), including without limitation MGA

27  Mexico's objection to the definition of the term YOU, and its incorporated term

28  PERSON.  MGA Mexico further objects to the request to the extent it seeks the

MGA MEXICO'S RESPONSE TO MATTEL'S 2D SET OF REQUESTS FOR DOCS.   Case No. CV-04-9049 SGL

EXHIBIT __9__
PAGE __948__

1   production of documents that are protected from disclosure under any applicable

2   privilege, doctrine or immunity, including without limitation the attorney-client

3   privilege, the work product doctrine, the right of privacy, and all other privileges

4   recognized under the constitutional, statutory or decisional law of the United States

5   of America, the State of California or any other applicable jurisdiction, including, but

6   not limited to, such laws existing in the United Mexican States.  MGA Mexico

7   further objects to this request as being overly broad and unduly burdensome on the

8   grounds that it is not limited in time or geographical scope.  MGA Mexico further

9   objects to the request to the extent that it seeks documents that by reason of public

10  filing, public distribution or otherwise are already in Mattel's possession or are

11  readily accessible to Mattel.  MGA Mexico further objects to the request to the

12  extent that it seeks documents not in MGA Mexico's possession, custody or control.

13  MGA Mexico further objects to the request to the extent it seeks confidential,

14  proprietary or commercially sensitive information, the disclosure of which would be

15  inimical to the business interests of MGA Mexico or MGA.  MGA Mexico further

16  objects to the request to the extent it violates the privacy rights of third parties to

17  their private, confidential, proprietary or trade secret information.

18        MGA Mexico further objects to this request as cumulative, duplicative, and

19  unduly burdensome to the extent that it seeks documents previously requested by

20  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

21  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

22  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

23  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

24  Set of Requests for Production of Documents and Things to Isaac Larian and

25  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

26  Documents and Things to MGAE de Mexico S.R.L. de C.V.

27        Without waiving any of the foregoing General or Specific Objections, but

28  rather expressly preserving each and every such objection, MGA Mexico responds as

EXHIBIT __9__
PAGE __949__

1  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

2  possession, custody or control, if any, that it is able to locate following a reasonably

3  diligent search.

4  REQUEST FOR PRODUCTION NO. 352:

5        DOCUMENTS sufficient to IDENTIFY every PERSON who became YOUR

6  employee who YOU contend MATTEL "coerc[ed] ... to accept restrictive

7  covenants ... and non-compete clauses" in order to "prevent [the person] from

8  accepting [an] offer[] of employment [from MGA]."

9  RESPONSE TO REQUEST FOR PRODUCTION NO. 352:

10       MGA Mexico incorporates by reference its General Response and General

11  Objections above, as though fully set forth herein and specifically incorporates

12  General Objection No. 15 (regarding Definitions), including without limitation MGA

13  Mexico's objection to the definition of the term YOU, and its incorporated term

14  PERSON.   MGA Mexico further objects to the request to the extent it seeks the

15  production of documents that are protected from disclosure under any applicable

16  privilege, doctrine or immunity, including without limitation the attorney-client

17  privilege, the work product doctrine, the right of privacy, and all other privileges

18  recognized under the constitutional, statutory or decisional law of the United States

19  of America, the State of California or any other applicable jurisdiction, including, but

20  not limited to, such laws existing in the United Mexican States.  MGA Mexico

21  further objects to this request as being overly broad and unduly burdensome on the

22  grounds that it is not limited in time or geographical scope.  MGA Mexico further

23  objects to the request to the extent that it seeks documents that by reason of public

24  filing, public distribution or otherwise are already in Mattel's possession or are

25  readily accessible to Mattel.  MGA Mexico further objects to the request to the

26  extent that it seeks documents not in MGA Mexico's possession, custody or control.

27  MGA Mexico further objects to the request to the extent it seeks confidential,

28  proprietary or commercially sensitive information, the disclosure of which would be

EXHIBIT ___9___

PAGE ___950___

1  inimical to the business interests of MGA Mexico or MGA.  MGA Mexico further

2  objects to the request to the extent it violates the privacy rights of third parties to

3  their private, confidential, proprietary or trade secret information.

4      MGA Mexico further objects to this request as cumulative, duplicative, and

5  unduly burdensome to the extent that it seeks documents previously requested by

6  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

7  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

8  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

9  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

10  Set of Requests for Production of Documents and Things to Isaac Larian and

11  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

12  Documents and Things to MGAE de Mexico S.R.L. de C.V.

13      Without waiving any of the foregoing General or Specific Objections, but

14  rather expressly preserving each and every such objection, MGA Mexico responds as

15  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

16  possession, custody or control, if any, that it is able to locate following a reasonably

17  diligent search.

18  REQUEST FOR PRODUCTION NO. 353:

19      DOCUMENTS sufficient to IDENTIFY every PERSON who did not become

20  YOUR employee who YOU contend MATTEL "coerc[ed] ... to accept restrictive

21  covenants ... and non-compete clauses" in order to "prevent [the person] from

22  accepting [an] offer[] of employment [from MGA]."

23  RESPONSE TO REQUEST FOR PRODUCTION NO. 353:

24      MGA Mexico incorporates by reference its General Response and General

25  Objections above, as though fully set forth herein and specifically incorporates

26  General Objection No. 15 (regarding Definitions), including without limitation MGA

27  Mexico's objection to the definition of the term YOU, and its incorporated term

28  PERSON.  MGA Mexico further objects to the request to the extent it seeks the

EXHIBIT ___9___
PAGE ___951___

1  production of documents that are protected from disclosure under any applicable

2  privilege, doctrine or immunity, including without limitation the attorney-client

3  privilege, the work product doctrine, the right of privacy, and all other privileges

4  recognized under the constitutional, statutory or decisional law of the United States

5  of America, the State of California or any other applicable jurisdiction, including, but

6  not limited to, such laws existing in the United Mexican States.  MGA Mexico

7  further objects to this request as being overly broad and unduly burdensome on the

8  grounds that it is not limited in time or geographical scope.  MGA Mexico further

9  objects to the request to the extent that it seeks documents that by reason of public

10  filing, public distribution or otherwise are already in Mattel's possession or are

11  readily accessible to Mattel.  MGA Mexico further objects to the request to the

12  extent that it seeks documents not in MGA Mexico's possession, custody or control.

13  MGA Mexico further objects to the request to the extent it seeks confidential,

14  proprietary or commercially sensitive information, the disclosure of which would be

15  inimical to the business interests of MGA Mexico or MGA.  MGA Mexico further

16  objects to the request to the extent it violates the privacy rights of third parties to

17  their private, confidential, proprietary or trade secret information.

18      MGA Mexico further objects to this request as cumulative, duplicative, and

19  unduly burdensome to the extent that it seeks documents previously requested by

20  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

21  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

22  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

23  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

24  Set of Requests for Production of Documents and Things to Isaac Larian and

25  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

26  Documents and Things to MGAE de Mexico S.R.L. de C.V.

27      Without waiving any of the foregoing General or Specific Objections, but

28  rather expressly preserving each and every such objection, MGA Mexico responds as

EXHIBIT __9__
PAGE __952__

1  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

2  possession, custody or control, if any, that it is able to locate following a reasonably

3  diligent search.

4  REQUEST FOR PRODUCTION NO. 354:

5      DOCUMENTS sufficient to IDENTIFY the date of each alleged instance of

6  MATTEL "coercing [an] employee[] to accept restrictive covenants ... and non-

7  compete clauses" in order to "prevent [the person] from accepting [an] offer[] of

8  employment [from MGA]."

9  RESPONSE TO REQUEST FOR PRODUCTION NO. 354:

10     MGA Mexico incorporates by reference its General Response and General

11  Objections above, as though fully set forth herein.   MGA Mexico further objects to

12  the request to the extent it seeks the production of documents that are protected from

13  disclosure under any applicable privilege, doctrine or immunity, including without

14  limitation the attorney-client privilege, the work product doctrine, the right of

15  privacy, and all other privileges recognized under the constitutional, statutory or

16  decisional law of the United States of America, the State of California or any other

17  applicable jurisdiction, including, but not limited to, such laws existing in the United

18  Mexican States. MGA Mexico further objects to this request as being overly broad

19  and unduly burdensome on the grounds that it is not limited in time or geographical

20  scope. MGA Mexico further objects to the request to the extent that it seeks

21  documents that by reason of public filing, public distribution or otherwise are already

22  in Mattel's possession or are readily accessible to Mattel. MGA Mexico further

23  objects to the request to the extent that it seeks documents not in MGA Mexico's

24  possession, custody or control. MGA Mexico further objects to the request to the

25  extent it seeks confidential, proprietary or commercially sensitive information, the

26  disclosure of which would be inimical to the business interests of MGA Mexico or

27  MGA. MGA Mexico further objects to the request to the extent it violates the

28

EXHIBIT ___9___
PAGE ___953___

1  privacy rights of third parties to their private, confidential, proprietary or trade secret

2  information.

3      MGA Mexico further objects to this request as cumulative, duplicative, and

4  unduly burdensome to the extent that it seeks documents previously requested by

5  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

6  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

7  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

8  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

9  Set of Requests for Production of Documents and Things to Isaac Larian and

10 Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

11 Documents and Things to MGAE de Mexico S.R.L. de C.V.

12     Without waiving any of the foregoing General or Specific Objections, but

13 rather expressly preserving each and every such objection, MGA Mexico responds as

14 follows:  MGA Mexico will produce all non-privileged, responsive documents in its

15 possession, custody or control, if any, that it is able to locate following a reasonably

16 diligent search.

17 REQUEST FOR PRODUCTION NO. 355:

18     DOCUMENTS sufficient to IDENTIFY what YOU contend was the purpose

19 or reason of each alleged instance of MATTEL "coercing [an] employee[] to accept

20 restrictive covenants ... and non-compete clauses" in order to "prevent [the person]

21 from accepting [an] offer[] of employment [from MGA]."

22 RESPONSE TO REQUEST FOR PRODUCTION NO. 355:

23     MGA Mexico incorporates by reference its General Response and General

24 Objections above, as though fully set forth herein and specifically incorporates

25 General Objection No. 15 (regarding Definitions), including without limitation MGA

26 Mexico's objection to the definition of the term YOU, and its incorporated term

27 PERSON.  MGA Mexico further objects to the request to the extent it seeks the

28 production of documents that are protected from disclosure under any applicable

EXHIBIT __4__
PAGE __954__

1  privilege, doctrine or immunity, including without limitation the attorney-client

2  privilege, the work product doctrine, the right of privacy, and all other privileges

3  recognized under the constitutional, statutory or decisional law of the United States

4  of America, the State of California or any other applicable jurisdiction, including, but

5  not limited to, such laws existing in the United Mexican States.  MGA Mexico

6  further objects to this request as being overly broad and unduly burdensome on the

7  grounds that it is not limited in time or geographical scope.  MGA Mexico further

8  objects to the request to the extent that it seeks documents that by reason of public

9  filing, public distribution or otherwise are already in Mattel's possession or are

10  readily accessible to Mattel.  MGA Mexico further objects to the request to the

11  extent that it seeks documents not in MGA Mexico's possession, custody or control.

12  MGA Mexico further objects to the request to the extent it seeks confidential,

13  proprietary or commercially sensitive information, the disclosure of which would be

14  inimical to the business interests of MGA Mexico or MGA.  MGA Mexico further

15  objects to the request to the extent it violates the privacy rights of third parties to

16  their private, confidential, proprietary or trade secret information.

17      MGA Mexico further objects to this request as cumulative, duplicative, and

18  unduly burdensome to the extent that it seeks documents previously requested by

19  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

20  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

21  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

22  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

23  Set of Requests for Production of Documents and Things to Isaac Larian and

24  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

25  Documents and Things to MGAE de Mexico S.R.L. de C.V.

26      Without waiving any of the foregoing General or Specific Objections, but

27  rather expressly preserving each and every such objection, MGA Mexico responds as

28  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

EXHIBIT __4__
PAGE __955__

1 possession, custody or control, if any, that it is able to locate following a reasonably

2 diligent search.

3 REQUEST FOR PRODUCTION NO. 356:

4     All DOCUMENTS, including but not limited to all COMMUNICATIONS

5 with any PERSON, that REFER OR RELATE TO any COMMUNICATION

6 between MATTEL and any PERSON who MATTEL allegedly "coerc[ed] ... to

7 accept restrictive covenants ... and non-compete clauses" in order to "prevent [the

8 person] from accepting [an] offer[] of employment [from MGA]."

9 RESPONSE TO REQUEST FOR PRODUCTION NO. 356:

10     MGA Mexico incorporates by reference its General Response and General

11 Objections above, as though fully set forth herein and specifically incorporates

12 General Objection No. 15 (regarding Definitions), including without limitation MGA

13 Mexico's objection to the definition of the term PERSON.  MGA Mexico further

14 objects to the request to the extent it seeks the production of documents that are

15 protected from disclosure under any applicable privilege, doctrine or immunity,

16 including without limitation the attorney-client privilege, the work product doctrine,

17 the right of privacy, and all other privileges recognized under the constitutional,

18 statutory or decisional law of the United States of America, the State of California or

19 any other applicable jurisdiction, including, but not limited to, such laws existing in

20 the United Mexican States.  MGA Mexico further objects to this request as being

21 overly broad and unduly burdensome on the grounds that it is not limited in time or

22 geographical scope.  MGA Mexico further objects to this request on the grounds that

23 the phrase "[a]ll DOCUMENTS, including but not limited to all

24 COMMUNICATIONS with any PERSON, that REFER OR RELATE TO" does not

25 comply with the "reasonable particularity" requirement of Federal Rule of Civil

26 Procedure 34 and renders the request overly broad and unduly burdensome in light of

27 "the wealth of material already made available in this case."  Westhemeco Ltd. v.

28 New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA Mexico

EXHIBIT __4__
PAGE __956__

1 further objects to the request to the extent that it seeks documents that by reason of

2 public filing, public distribution or otherwise are already in Mattel's possession or

3 are readily accessible to Mattel.  MGA Mexico further objects to the request to the

4 extent that it seeks documents not in MGA Mexico's possession, custody or control.

5 MGA Mexico further objects to the request to the extent it seeks confidential,

6 proprietary or commercially sensitive information, the disclosure of which would be

7 inimical to the business interests of MGA Mexico or MGA.  MGA Mexico further

8 objects to the request to the extent it violates the privacy rights of third parties to

9 their private, confidential, proprietary or trade secret information.

10      MGA Mexico further objects to this request as cumulative, duplicative, and

11 unduly burdensome to the extent that it seeks documents previously requested by

12 Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

13 to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

14 in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

15 Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

16 Set of Requests for Production of Documents and Things to Isaac Larian and

17 Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

18 Documents and Things to MGAE de Mexico S.R.L. de C.V.

19      Without waiving any of the foregoing General or Specific Objections, but

20 rather expressly preserving each and every such objection, MGA Mexico responds as

21 follows:  MGA Mexico will produce all non-privileged, responsive documents in its

22 possession, custody or control, if any, that it is able to locate following a reasonably

23 diligent search.

24 REQUEST FOR PRODUCTION NO. 357:

25      All DOCUMENTS that describe the allegedly coercive methods and means

26 that MATTEL used or employed to force "employees to accept restrictive

27 covenants ... and non-compete clauses" in order to "prevent [them] from accepting

28 offers of employment [from MGA]."

EXHIBIT __4__
PAGE __957__

1  RESPONSE TO REQUEST FOR PRODUCTION NO. 357:

2      MGA Mexico incorporates by reference its General Response and General

3  Objections above, as though fully set forth herein.  MGA Mexico further objects to

4  the request to the extent it seeks the production of documents that are protected from

5  disclosure under any applicable privilege, doctrine or immunity, including without

6  limitation the attorney-client privilege, the work product doctrine, the right of

7  privacy, and all other privileges recognized under the constitutional, statutory or

8  decisional law of the United States of America, the State of California or any other

9  applicable jurisdiction, including, but not limited to, such laws existing in the United

10 Mexican States.  MGA Mexico further objects to this request as being overly broad

11 and unduly burdensome on the grounds that it is not limited in time or geographical

12 scope.  MGA Mexico further objects to this request on the grounds that the phrase

13 "[a]ll DOCUMENTS" does not comply with the "reasonable particularity"

14 requirement of Federal Rule of Civil Procedure 34 and renders the request overly

15 broad and unduly burdensome in light of "the wealth of material already made

16 available in this case."  Westhemeco Ltd. v. New Hampshire Ins. Co., 82 F.R.D. 702,

17 709 (S.D.N.Y. 1979).  MGA Mexico further objects that the phrases "the allegedly

18 coercive methods and means" and "used or employed" are compound, rendering the

19 request vague, ambiguous and unintelligible.  MGA Mexico further objects to the

20 request to the extent that it seeks documents that by reason of public filing, public

21 distribution or otherwise are already in Mattel's possession or are readily accessible

22 to Mattel.  MGA Mexico further objects to the request to the extent that it seeks

23 documents not in MGA Mexico's possession, custody or control.  MGA Mexico

24 further objects to the request to the extent it seeks confidential, proprietary or

25 commercially sensitive information, the disclosure of which would be inimical to the

26 business interests of MGA Mexico or MGA.  MGA Mexico further objects to the

27 request to the extent it violates the privacy rights of third parties to their private,

28 confidential, proprietary or trade secret information.

EXHIBIT __4__
PAGE __958__

1    MGA Mexico further objects to this request as cumulative, duplicative, and

2    unduly burdensome to the extent that it seeks documents previously requested by

3    Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

4    to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

5    in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

6    Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

7    Set of Requests for Production of Documents and Things to Isaac Larian and

8    Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

9    Documents and Things to MGAE de Mexico S.R.L. de C.V.

10   Without waiving any of the foregoing General or Specific Objections, but

11   rather expressly preserving each and every such objection, MGA Mexico responds as

12   follows:  MGA Mexico will produce all non-privileged, responsive documents in its

13   possession, custody or control, if any, that it is able to locate following a reasonably

14   diligent search.

15   REQUEST FOR PRODUCTION NO. 358:

16   All DOCUMENTS that describe the alleged "restrictive covenants" that

17   MATTEL forced "employees to accept" in order to allegedly "prevent [them] from

18   accepting offers of employment [from MGA]."

19   RESPONSE TO REQUEST FOR PRODUCTION NO. 358:

20   MGA Mexico incorporates by reference its General Response and General

21   Objections above, as though fully set forth herein.  MGA Mexico further objects to

22   the request to the extent it seeks the production of documents that are protected from

23   disclosure under any applicable privilege, doctrine or immunity, including without

24   limitation the attorney-client privilege, the work product doctrine, the right of

25   privacy, and all other privileges recognized under the constitutional, statutory or

26   decisional law of the United States of America, the State of California or any other

27   applicable jurisdiction, including, but not limited to, such laws existing in the United

28   Mexican States.  MGA Mexico further objects to this request as being overly broad

EXHIBIT __4__

PAGE __959__

1   and unduly burdensome on the grounds that it is not limited in time or geographical

2   scope.  MGA Mexico further objects to this request on the grounds that the phrase

3   "[a]ll DOCUMENTS" does not comply with the "reasonable particularity"

4   requirement of Federal Rule of Civil Procedure 34 and renders the request overly

5   broad and unduly burdensome in light of "the wealth of material already made

6   available in this case."  Westhemeco Ltd. v. New Hampshire Ins. Co., 82 F.R.D. 702,

7   709 (S.D.N.Y. 1979).  MGA Mexico further objects to the request to the extent that

8   it seeks documents that by reason of public filing, public distribution or otherwise

9   are already in Mattel's possession or are readily accessible to Mattel.  MGA Mexico

10  further objects to the request to the extent that it seeks documents not in MGA

11  Mexico's possession, custody or control.  MGA Mexico further objects to the request

12  to the extent it seeks confidential, proprietary or commercially sensitive information,

13  the disclosure of which would be inimical to the business interests of MGA Mexico

14  or MGA.  MGA Mexico further objects to the request to the extent it violates the

15  privacy rights of third parties to their private, confidential, proprietary or trade secret

16  information.

17      MGA Mexico further objects to this request as cumulative, duplicative, and

18  unduly burdensome to the extent that it seeks documents previously requested by

19  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

20  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

21  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

22  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

23  Set of Requests for Production of Documents and Things to Isaac Larian and

24  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

25  Documents and Things to MGAE de Mexico S.R.L. de C.V.

26      Without waiving any of the foregoing General or Specific Objections, but

27  rather expressly preserving each and every such objection, MGA Mexico responds as

28  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

EXHIBIT _4_
PAGE _960_

1  possession, custody or control, if any, that it is able to locate following a reasonably

2  diligent search.

3  <u>REQUEST FOR PRODUCTION NO. 359:</u>

4       All DOCUMENTS that REFER OR RELATE TO every alleged "restrictive

5  covenant" that MATTEL forced "employees to accept" in order to allegedly "prevent

6  [them] from accepting offers of employment [from MGA]."

7  <u>RESPONSE TO REQUEST FOR PRODUCTION NO. 359:</u>

8       MGA Mexico incorporates by reference its General Response and General

9  Objections above, as though fully set forth herein.  MGA Mexico further objects to

10  the request to the extent it seeks the production of documents that are protected from

11  disclosure under any applicable privilege, doctrine or immunity, including without

12  limitation the attorney-client privilege, the work product doctrine, the right of

13  privacy, and all other privileges recognized under the constitutional, statutory or

14  decisional law of the United States of America, the State of California or any other

15  applicable jurisdiction, including, but not limited to, such laws existing in the United

16  Mexican States.  MGA Mexico further objects to this request as being overly broad

17  and unduly burdensome on the grounds that it is not limited in time or geographical

18  scope.  MGA Mexico further objects to this request on the grounds that the phrase

19  "[a]ll DOCUMENTS that REFER OR RELATE TO" does not comply with the

20  "reasonable particularity" requirement of Federal Rule of Civil Procedure 34 and

21  renders the request overly broad and unduly burdensome in light of "the wealth of

22  material already made available in this case."  <u>Westhemeco Ltd. v. New Hampshire</u>

23  <u>Ins. Co.</u>, 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA Mexico further objects to the

24  request to the extent that it seeks documents that by reason of public filing, public

25  distribution or otherwise are already in Mattel's possession or are readily accessible

26  to Mattel.  MGA Mexico further objects to the request to the extent that it seeks

27  documents not in MGA Mexico's possession, custody or control.  MGA Mexico

28  further objects to the request to the extent it seeks confidential, proprietary or

591

EXHIBIT __4__
PAGE __961__

1  commercially sensitive information, the disclosure of which would be inimical to the
2  business interests of MGA Mexico or MGA.  MGA Mexico further objects to the
3  request to the extent it violates the privacy rights of third parties to their private,
4  confidential, proprietary or trade secret information.

5       MGA Mexico further objects to this request as cumulative, duplicative, and
6  unduly burdensome to the extent that it seeks documents previously requested by
7  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response
8  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100
9  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible
10  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First
11  Set of Requests for Production of Documents and Things to Isaac Larian and
12  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of
13  Documents and Things to MGAE de Mexico S.R.L. de C.V.

14       Without waiving any of the foregoing General or Specific Objections, but
15  rather expressly preserving each and every such objection, MGA Mexico responds as
16  follows:  MGA Mexico will produce all non-privileged, responsive documents in its
17  possession, custody or control, if any, that it is able to locate following a reasonably
18  diligent search.

19  REQUEST FOR PRODUCTION NO. 360:

20       All DOCUMENTS that describe the alleged "non-compete clauses" that
21  MATTEL forced "employees to accept" in order to allegedly "prevent [them] from
22  accepting offers of employment [from MGA]."

23  RESPONSE TO REQUEST FOR PRODUCTION NO. 360:

24       MGA Mexico incorporates by reference its General Response and General
25  Objections above, as though fully set forth herein.  MGA Mexico further objects to
26  the request to the extent it seeks the production of documents that are protected from
27  disclosure under any applicable privilege, doctrine or immunity, including without
28  limitation the attorney-client privilege, the work product doctrine, the right of

EXHIBIT __4__
PAGE __962__

1  privacy, and all other privileges recognized under the constitutional, statutory or

2  decisional law of the United States of America, the State of California or any other

3  applicable jurisdiction, including, but not limited to, such laws existing in the United

4  Mexican States.  MGA Mexico further objects to this request as being overly broad

5  and unduly burdensome on the grounds that it is not limited in time or geographical

6  scope.  MGA Mexico further objects to this request on the grounds that the phrase

7  "[a]ll DOCUMENTS" does not comply with the "reasonable particularity"

8  requirement of Federal Rule of Civil Procedure 34 and renders the request overly

9  broad and unduly burdensome in light of "the wealth of material already made

10 available in this case."  Westhemeco Ltd. v. New Hampshire Ins. Co., 82 F.R.D. 702,

11 709 (S.D.N.Y. 1979).  MGA Mexico further objects to the request to the extent that

12 it seeks documents that by reason of public filing, public distribution or otherwise

13 are already in Mattel's possession or are readily accessible to Mattel.  MGA Mexico

14 further objects to the request to the extent that it seeks documents not in MGA

15 Mexico's possession, custody or control.  MGA Mexico further objects to the request

16 to the extent it seeks confidential, proprietary or commercially sensitive information,

17 the disclosure of which would be inimical to the business interests of MGA Mexico

18 or MGA.  MGA Mexico further objects to the request to the extent it violates the

19 privacy rights of third parties to their private, confidential, proprietary or trade secret

20 information.

21      MGA Mexico further objects to this request as cumulative, duplicative, and

22 unduly burdensome to the extent that it seeks documents previously requested by

23 Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

24 to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

25 in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

26 Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

27 Set of Requests for Production of Documents and Things to Isaac Larian and

28

EXHIBIT ___4___
PAGE ___963___

1 | Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of
2 | Documents and Things to MGAE de Mexico S.R.L. de C.V.

3 |      Without waiving any of the foregoing General or Specific Objections, but
4 | rather expressly preserving each and every such objection, MGA Mexico responds as
5 | follows:  MGA Mexico will produce all non-privileged, responsive documents in its
6 | possession, custody or control, if any, that it is able to locate following a reasonably
7 | diligent search.

8 | REQUEST FOR PRODUCTION NO. 361:

9 |      All DOCUMENTS that REFER OR RELATE TO every alleged "non-
10 | compete clause" that MATTEL forced "employees to accept" in order to allegedly
11 | "prevent [them] from accepting offers of employment [from MGA]."

12 | RESPONSE TO REQUEST FOR PRODUCTION NO. 361:

13 |      MGA Mexico incorporates by reference its General Response and General
14 | Objections above, as though fully set forth herein.  MGA Mexico further objects to
15 | the request to the extent it seeks the production of documents that are protected from
16 | disclosure under any applicable privilege, doctrine or immunity, including without
17 | limitation the attorney-client privilege, the work product doctrine, the right of
18 | privacy, and all other privileges recognized under the constitutional, statutory or
19 | decisional law of the United States of America, the State of California or any other
20 | applicable jurisdiction, including, but not limited to, such laws existing in the United
21 | Mexican States.  MGA Mexico further objects to this request as being overly broad
22 | and unduly burdensome on the grounds that it is not limited in time or geographical
23 | scope.  MGA Mexico further objects to this request on the grounds that the phrase
24 | "[a]ll DOCUMENTS that REFER OR RELATE TO" does not comply with the
25 | "reasonable particularity" requirement of Federal Rule of Civil Procedure 34 and
26 | renders the request overly broad and unduly burdensome in light of "the wealth of
27 | material already made available in this case."  Westhemeco Ltd. v. New Hampshire
28 | Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA Mexico further objects to the

EXHIBIT __4__
PAGE __964__

1   request to the extent that it seeks documents that by reason of public filing, public

2   distribution or otherwise are already in Mattel's possession or are readily accessible

3   to Mattel.  MGA Mexico further objects to the request to the extent that it seeks

4   documents not in MGA Mexico's possession, custody or control.  MGA Mexico

5   further objects to the request to the extent it seeks confidential, proprietary or

6   commercially sensitive information, the disclosure of which would be inimical to the

7   business interests of MGA Mexico or MGA.  MGA Mexico further objects to the

8   request to the extent it violates the privacy rights of third parties to their private,

9   confidential, proprietary or trade secret information.

10          MGA Mexico further objects to this request as cumulative, duplicative, and

11   unduly burdensome to the extent that it seeks documents previously requested by

12   Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

13   to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

14   in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

15   Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

16   Set of Requests for Production of Documents and Things to Isaac Larian and

17   Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

18   Documents and Things to MGAE de Mexico S.R.L. de C.V.

19          Without waiving any of the foregoing General or Specific Objections, but

20   rather expressly preserving each and every such objection, MGA Mexico responds as

21   follows:  MGA Mexico will produce all non-privileged, responsive documents in its

22   possession, custody or control, if any, that it is able to locate following a reasonably

23   diligent search.

24   REQUEST FOR PRODUCTION NO. 362:

25          DOCUMENTS sufficient to IDENTIFY all PERSONS who contend that

26   MATTEL "coerc[ed] its employees to accept restrictive covenants (right before a

27   massive layoff) and non-compete clauses and other efforts to prevent prospective

28   MGA employees from accepting offers of employment."