EXHIBIT _4_
PAGE _965_

1  RESPONSE TO REQUEST FOR PRODUCTION NO. 362:

2         MGA Mexico incorporates by reference its General Response and General

3  Objections above, as though fully set forth herein and specifically incorporates

4  General Objection No. 15 (regarding Definitions), including without limitation MGA

5  Mexico's objection to the definition of the term PERSON.  MGA Mexico further

6  objects to the request to the extent it seeks the production of documents that are

7  protected from disclosure under any applicable privilege, doctrine or immunity,

8  including without limitation the attorney-client privilege, the work product doctrine,

9  the right of privacy, and all other privileges recognized under the constitutional,

10  statutory or decisional law of the United States of America, the State of California or

11  any other applicable jurisdiction, including, but not limited to, such laws existing in

12  the United Mexican States.  MGA Mexico further objects to the request to the extent

13  that it seeks documents that by reason of public filing, public distribution or

14  otherwise are already in Mattel's possession or are readily accessible to Mattel.

15  MGA Mexico further objects to the request to the extent that it seeks documents not

16  in MGA Mexico's possession, custody or control.  MGA Mexico further objects to

17  the request to the extent it seeks confidential, proprietary or commercially sensitive

18  information, the disclosure of which would be inimical to the business interests of

19  MGA Mexico or MGA.  MGA Mexico further objects to the request to the extent it

20  violates the privacy rights of third parties to their private, confidential, proprietary or

21  trade secret information.

22         MGA Mexico further objects to this request as cumulative, duplicative, and

23  unduly burdensome to the extent that it seeks documents previously requested by

24  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

25  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

26  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

27  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

28  Set of Requests for Production of Documents and Things to Isaac Larian and

MGA MEXICO'S RESPONSE TO MATTEL'S 2D SET OF REQUESTS FOR DOCS.   Case No. CV-04-9049 SGL

1 | Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of
2 | Documents and Things to MGAE de Mexico S.R.L. de C.V.

3 |      Without waiving any of the foregoing General or Specific Objections, but
4 | rather expressly preserving each and every such objection, MGA Mexico responds as
5 | follows:  MGA Mexico will produce all non-privileged, responsive documents in its
6 | possession, custody or control, if any, that it is able to locate following a reasonably
7 | diligent search.

8 | REQUEST FOR PRODUCTION NO. 363:

9 |      All DOCUMENTS, including but not limited to all COMMUNICATIONS
10 | with any PERSON, RELATING to YOUR actions in response to, or efforts to stop,
11 | thwart, prevent, counter or mitigate, MATTEL from allegedly "coercing its
12 | employees to accept restrictive covenants ... and non-compete clauses and other
13 | efforts to prevent prospective MGA employees from accepting offers of
14 | employment."

15 | RESPONSE TO REQUEST FOR PRODUCTION NO. 363:

16 |      MGA Mexico incorporates by reference its General Response and General
17 | Objections above, as though fully set forth herein and specifically incorporates
18 | General Objection No. 15 (regarding Definitions), including without limitation MGA
19 | Mexico's objection to the definition of the term YOUR, and its incorporated term
20 | PERSON.  MGA Mexico further objects to the request to the extent it seeks the
21 | production of documents that are protected from disclosure under any applicable
22 | privilege, doctrine or immunity, including without limitation the attorney-client
23 | privilege, the work product doctrine, the right of privacy, and all other privileges
24 | recognized under the constitutional, statutory or decisional law of the United States
25 | of America, the State of California or any other applicable jurisdiction, including, but
26 | not limited to, such laws existing in the United Mexican States.  MGA Mexico
27 | further objects to this request as being overly broad and unduly burdensome on the
28 | grounds that it is not limited in time or geographical scope.  MGA Mexico further

EXHIBIT ___4___
PAGE ___967___

1  objects to this request on the grounds that the phrase "[a]ll DOCUMENTS, including

2  but not limited to all COMMUNICATIONS with any PERSON, RELATING TO"

3  does not comply with the "reasonable particularity" requirement of Federal Rule of

4  Civil Procedure 34 and renders the request overly broad and unduly burdensome in

5  light of "the wealth of material already made available in this case." Westhemeco

6  Ltd. v. New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979). MGA

7  Mexico further objects that the phrase "RELATING to YOUR actions in response to,

8  or efforts to stop, thwart, prevent, counter or mitigate" is compound and, as such,

9  renders the request vague, ambiguous, and unintelligible. MGA Mexico further

10 objects to the request to the extent that it seeks documents that by reason of public

11 filing, public distribution or otherwise are already in Mattel's possession or are

12 readily accessible to Mattel. MGA Mexico further objects to the request to the

13 extent that it seeks documents not in MGA Mexico's possession, custody or control.

14 MGA Mexico further objects to the request to the extent it seeks confidential,

15 proprietary or commercially sensitive information, the disclosure of which would be

16 inimical to the business interests of MGA Mexico or MGA. MGA Mexico further

17 objects to the request to the extent it violates the privacy rights of third parties to

18 their private, confidential, proprietary or trade secret information.

19      MGA Mexico further objects to this request as cumulative, duplicative, and

20 unduly burdensome to the extent that it seeks documents previously requested by

21 Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

22 to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

23 in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

24 Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

25 Set of Requests for Production of Documents and Things to Isaac Larian and

26 Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

27 Documents and Things to MGAE de Mexico S.R.L. de C.V.

28

EXHIBIT _4_

PAGE __968__

1    Without waiving any of the foregoing General or Specific Objections, but

2    rather expressly preserving each and every such objection, MGA Mexico responds as

3    follows:  MGA Mexico will produce all non-privileged, responsive documents in its

4    possession, custody or control, if any, that it is able to locate following a reasonably

5    diligent search.

6    REQUEST FOR PRODUCTION NO. 364:

7        All DOCUMENTS, including but not limited to all COMMUNICATIONS

8    with any PERSON, RELATING to any loss, harm, injury, increased expense, lost

9    revenue or profits, or any other damage caused to YOU by MATTEL allegedly

10   "coercing its employees to accept restrictive covenants ... and non-compete clauses

11   and other efforts to prevent prospective MGA employees from accepting offers of

12   employment."

13   RESPONSE TO REQUEST FOR PRODUCTION NO. 364:

14       MGA Mexico incorporates by reference its General Response and General

15   Objections above, as though fully set forth herein and specifically incorporates

16   General Objection No. 15 (regarding Definitions), including without limitation MGA

17   Mexico's objection to the definition of the term YOU, and its incorporated term

18   PERSON.  MGA Mexico further objects to the request to the extent it seeks the

19   production of documents that are protected from disclosure under any applicable

20   privilege, doctrine or immunity, including without limitation the attorney-client

21   privilege, the work product doctrine, the right of privacy, and all other privileges

22   recognized under the constitutional, statutory or decisional law of the United States

23   of America, the State of California or any other applicable jurisdiction, including, but

24   not limited to, such laws existing in the United Mexican States.  MGA Mexico

25   further objects to this request as being overly broad and unduly burdensome on the

26   grounds that it is not limited in time or geographical scope.  MGA Mexico further

27   objects to this request on the grounds that the phrase "[a]ll DOCUMENTS, including

28   but not limited to all COMMUNICATIONS with any PERSON, RELATING TO"

EXHIBIT ___4___
PAGE ___969___

1  does not comply with the "reasonable particularity" requirement of Federal Rule of

2  Civil Procedure 34 and renders the request overly broad and unduly burdensome in

3  light of "the wealth of material already made available in this case." Westhemeco

4  Ltd. v. New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA

5  Mexico further objects that the phrase "any loss, harm, injury, increased expense,

6  lost revenue or profits, or any other damage" is compound and, as such, renders the

7  request vague, ambiguous, and unintelligible.  MGA Mexico further objects to the

8  request to the extent that it seeks documents that by reason of public filing, public

9  distribution or otherwise are already in Mattel's possession or are readily accessible

10 to Mattel.  MGA Mexico further objects to the request to the extent that it seeks

11 documents not in MGA Mexico's possession, custody or control.  MGA Mexico

12 further objects to the request to the extent it seeks confidential, proprietary or

13 commercially sensitive information, the disclosure of which would be inimical to the

14 business interests of MGA Mexico or MGA.  MGA Mexico further objects to the

15 request to the extent it violates the privacy rights of third parties to their private,

16 confidential, proprietary or trade secret information.

17      MGA Mexico further objects to this request as cumulative, duplicative, and

18 unduly burdensome to the extent that it seeks documents previously requested by

19 Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

20 to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

21 in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

22 Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

23 Set of Requests for Production of Documents and Things to Isaac Larian and

24 Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

25 Documents and Things to MGAE de Mexico S.R.L. de C.V.

26      Without waiving any of the foregoing General or Specific Objections, but

27 rather expressly preserving each and every such objection, MGA Mexico responds as

28 follows:  MGA Mexico will produce all non-privileged, responsive documents in its

1  possession, custody or control, if any, that it is able to locate following a reasonably

2  diligent search.

3  REQUEST FOR PRODUCTION NO. 365:

4      All DOCUMENTS, including but not limited to all COMMUNICATIONS

5  with any PERSON, that REFER OR RELATE TO YOUR allegation that MATTEL

6  "delay[ed] in suing Carter Bryant because, *inter alia*, Mattel wanted Bryant to testify

7  in an unrelated Mattel case."

8  RESPONSE TO REQUEST FOR PRODUCTION NO. 365:

9      MGA Mexico incorporates by reference its General Response and General

10  Objections above, as though fully set forth herein and specifically incorporates

11  General Objection No. 15 (regarding Definitions), including without limitation MGA

12  Mexico's objection to the definition of the term YOUR, and its incorporated term

13  PERSON.  MGA Mexico further objects to the request to the extent it seeks the

14  production of documents that are protected from disclosure under any applicable

15  privilege, doctrine or immunity, including without limitation the attorney-client

16  privilege, the work product doctrine, the right of privacy, and all other privileges

17  recognized under the constitutional, statutory or decisional law of the United States

18  of America, the State of California or any other applicable jurisdiction, including, but

19  not limited to, such laws existing in the United Mexican States.  MGA Mexico

20  further objects to this request as being overly broad and unduly burdensome on the

21  grounds that it is not limited in time or geographical scope.  MGA Mexico further

22  objects to this request on the grounds that the phrase "[a]ll DOCUMENTS, including

23  but not limited to all COMMUNICATIONS with any PERSON, that REFER OR

24  RELATE TO" does not comply with the "reasonable particularity" requirement of

25  Federal Rule of Civil Procedure 34 and renders the request overly broad and unduly

26  burdensome in light of "the wealth of material already made available in this case."

27  Westhemeco Ltd. v. New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).

28  MGA Mexico further objects to the request to the extent that it seeks documents that

EXHIBIT ___4___
PAGE ___971___

1  by reason of public filing, public distribution or otherwise are already in Mattel's

2  possession or are readily accessible to Mattel.  MGA Mexico further objects to the

3  request to the extent that it seeks documents not in MGA Mexico's possession,

4  custody or control.  MGA Mexico further objects to the request to the extent it seeks

5  confidential, proprietary or commercially sensitive information, the disclosure of

6  which would be inimical to the business interests of MGA Mexico or MGA.  MGA

7  Mexico further objects to the request to the extent it violates the privacy rights of

8  third parties to their private, confidential, proprietary or trade secret information.

9        MGA Mexico further objects to this request as cumulative, duplicative, and

10  unduly burdensome to the extent that it seeks documents previously requested by

11  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

12  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

13  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

14  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

15  Set of Requests for Production of Documents and Things to Isaac Larian and

16  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

17  Documents and Things to MGAE de Mexico S.R.L. de C.V.

18        Without waiving any of the foregoing General or Specific Objections, but

19  rather expressly preserving each and every such objection, MGA Mexico responds as

20  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

21  possession, custody or control, if any, that it is able to locate following a reasonably

22  diligent search.

23  REQUEST FOR PRODUCTION NO. 366:

24        All DOCUMENTS, including but not limited to all COMMUNICATIONS

25  with any PERSON, that YOU contend prove or that YOU will rely on at trial to

26  prove that MATTEL "delay[ed] in suing Carter Bryant because, *inter alia*, Mattel

27  wanted Bryant to testify in an unrelated Mattel case."

28

EXHIBIT ___4___
PAGE ___972___

1   RESPONSE TO REQUEST FOR PRODUCTION NO. 366:

2       MGA Mexico incorporates by reference its General Response and General

3   Objections above, as though fully set forth herein and specifically incorporates

4   General Objection No. 15 (regarding Definitions), including without limitation MGA

5   Mexico's objection to the definition of the term YOU, and its incorporated term

6   PERSON.  MGA Mexico further objects to the request to the extent it seeks the

7   production of documents that are protected from disclosure under any applicable

8   privilege, doctrine or immunity, including without limitation the attorney-client

9   privilege, the work product doctrine, the right of privacy, and all other privileges

10  recognized under the constitutional, statutory or decisional law of the United States

11  of America, the State of California or any other applicable jurisdiction, including, but

12  not limited to, such laws existing in the United Mexican States.  MGA Mexico

13  further objects to this request as being overly broad and unduly burdensome on the

14  grounds that it is not limited in time or geographical scope.  MGA Mexico further

15  objects to this request on the grounds that the phrase "[a]ll DOCUMENTS, including

16  but not limited to all COMMUNICATIONS with any PERSON" does not comply

17  with the "reasonable particularity" requirement of Federal Rule of Civil Procedure 34

18  and renders the request overly broad and unduly burdensome in light of "the wealth

19  of material already made available in this case."  Westhemeco Ltd. v. New

20  Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA Mexico further

21  objects that the phrase "that YOU contend prove or that YOU will rely on at trial to

22  prove" is compound and, as such, renders the request vague, ambiguous, and

23  unintelligible.  MGA Mexico further objects to the request to the extent that it seeks

24  documents that by reason of public filing, public distribution or otherwise are already

25  in Mattel's possession or are readily accessible to Mattel.  MGA Mexico further

26  objects to the request to the extent that it seeks documents not in MGA Mexico's

27  possession, custody or control.  MGA Mexico further objects to the request to the

28  extent it seeks confidential, proprietary or commercially sensitive information, the

603

EXHIBIT __4__
PAGE __973__

1  disclosure of which would be inimical to the business interests of MGA Mexico or

2  MGA.  MGA Mexico further objects to the request to the extent it violates the

3  privacy rights of third parties to their private, confidential, proprietary or trade secret

4  information.

5     MGA Mexico further objects to this request as cumulative, duplicative, and

6  unduly burdensome to the extent that it seeks documents previously requested by

7  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

8  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

9  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

10  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

11  Set of Requests for Production of Documents and Things to Isaac Larian and

12  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

13  Documents and Things to MGAE de Mexico S.R.L. de C.V.

14     Without waiving any of the foregoing General or Specific Objections, but

15  rather expressly preserving each and every such objection, MGA Mexico responds as

16  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

17  possession, custody or control, if any, that it is able to locate following a reasonably

18  diligent search.

19  REQUEST FOR PRODUCTION NO. 367:

20     DOCUMENTS sufficient to IDENTIFY all PERSONS with knowledge of

21  YOUR allegation that MATTEL "delay[ed] in suing Carter Bryant because, *inter*

22  *alia*, Mattel wanted Bryant to testify in an unrelated Mattel case."

23  RESPONSE TO REQUEST FOR PRODUCTION NO. 367:

24     MGA Mexico incorporates by reference its General Response and General

25  Objections above, as though fully set forth herein and specifically incorporates

26  General Objection No. 15 (regarding Definitions), including without limitation MGA

27  Mexico's objection to the definition of the terms YOUR, and its incorporated term

28  PERSON.  MGA Mexico further objects to the request to the extent it seeks the

EXHIBIT __4__
PAGE __974__

1  production of documents that are protected from disclosure under any applicable

2  privilege, doctrine or immunity, including without limitation the attorney-client

3  privilege, the work product doctrine, the right of privacy, and all other privileges

4  recognized under the constitutional, statutory or decisional law of the United States

5  of America, the State of California or any other applicable jurisdiction, including, but

6  not limited to, such laws existing in the United Mexican States.  MGA Mexico

7  further objects to this request as being overly broad and unduly burdensome on the

8  grounds that it is not limited in time or geographical scope.  MGA Mexico further

9  objects to this request on the grounds that the phrase "all PERSONS with knowledge

10 of YOUR allegation" renders the request vague, ambiguous, overly broad and unduly

11 burdensome in that anyone who has read MGA Mexico's Answer in this matter has

12 "knowledge of [MGA Mexico's] allegation," without regard to whether the factual

13 basis for the allegation is known to them.  MGA Mexico further objects to the

14 request to the extent that it seeks documents that by reason of public filing, public

15 distribution or otherwise are already in Mattel's possession or are readily accessible

16 to Mattel.  MGA Mexico further objects to the request to the extent that it seeks

17 documents not in MGA Mexico's possession, custody or control.  MGA Mexico

18 further objects to the request to the extent it seeks confidential, proprietary or

19 commercially sensitive information, the disclosure of which would be inimical to the

20 business interests of MGA Mexico or MGA.  MGA Mexico further objects to the

21 request to the extent it violates the privacy rights of third parties to their private,

22 confidential, proprietary or trade secret information.

23        MGA Mexico further objects to this request as cumulative, duplicative, and

24 unduly burdensome to the extent that it seeks documents previously requested by

25 Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

26 to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

27 in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

28 Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

MGA MEXICO'S RESPONSE TO MATTEL'S 2D SET OF REQUESTS FOR DOCS.   Case No. CV-04-9049 SGL

EXHIBIT 4
PAGE 975

1   Set of Requests for Production of Documents and Things to Isaac Larian and

2   Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

3   Documents and Things to MGAE de Mexico S.R.L. de C.V.

4         Without waiving any of the foregoing General or Specific Objections, but

5   rather expressly preserving each and every such objection, MGA Mexico responds as

6   follows:  MGA Mexico will produce all non-privileged, responsive documents in its

7   possession, custody or control, if any, that it is able to locate following a reasonably

8   diligent search.

9   REQUEST FOR PRODUCTION NO. 368:

10        All DOCUMENTS, including but not limited to all COMMUNICATIONS

11  with any PERSON, RELATING to any loss, harm, injury, increased expense, lost

12  revenue or profits, or any other damage caused to YOU by MATTEL allegedly

13  "delay[ing] in suing Carter Bryant because, *inter alia*, Mattel wanted Bryant to

14  testify in an unrelated Mattel case."

15  RESPONSE TO REQUEST FOR PRODUCTION NO. 368:

16        MGA Mexico incorporates by reference its General Response and General

17  Objections above, as though fully set forth herein and specifically incorporates

18  General Objection No. 15 (regarding Definitions), including without limitation MGA

19  Mexico's objection to the definition of the term YOU, and its incorporated term

20  PERSON.  MGA Mexico further objects to the request to the extent it seeks the

21  production of documents that are protected from disclosure under any applicable

22  privilege, doctrine or immunity, including without limitation the attorney-client

23  privilege, the work product doctrine, the right of privacy, and all other privileges

24  recognized under the constitutional, statutory or decisional law of the United States

25  of America, the State of California or any other applicable jurisdiction, including, but

26  not limited to, such laws existing in the United Mexican States.  MGA Mexico

27  further objects to this request as being overly broad and unduly burdensome on the

28  grounds that it is not limited in time or geographical scope.  MGA Mexico further

EXHIBIT __4__
PAGE __976__

1   objects to this request on the grounds that the phrase "[a]ll DOCUMENTS, including

2   but not limited to all COMMUNICATIONS with any PERSON, RELATING TO"

3   does not comply with the "reasonable particularity" requirement of Federal Rule of

4   Civil Procedure 34 and renders the request overly broad and unduly burdensome in

5   light of "the wealth of material already made available in this case." Westhemeco

6   Ltd. v. New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979). MGA

7   Mexico further objects that the phrase "any loss, harm, injury, increased expense,

8   lost revenue or profits, or any other damage" is compound and, as such, renders the

9   request vague, ambiguous, and unintelligible. MGA Mexico further objects to the

10  request to the extent that it seeks documents that by reason of public filing, public

11  distribution or otherwise are already in Mattel's possession or are readily accessible

12  to Mattel. MGA Mexico further objects to the request to the extent that it seeks

13  documents not in MGA Mexico's possession, custody or control. MGA Mexico

14  further objects to the request to the extent it seeks confidential, proprietary or

15  commercially sensitive information, the disclosure of which would be inimical to the

16  business interests of MGA Mexico or MGA. MGA Mexico further objects to the

17  request to the extent it violates the privacy rights of third parties to their private,

18  confidential, proprietary or trade secret information.

19         MGA Mexico further objects to this request as cumulative, duplicative, and

20  unduly burdensome to the extent that it seeks documents previously requested by

21  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

22  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

23  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

24  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

25  Set of Requests for Production of Documents and Things to Isaac Larian and

26  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

27  Documents and Things to MGAE de Mexico S.R.L. de C.V.

28

MGA MEXICO'S RESPONSE TO MATTEL'S 2D SET OF REQUESTS FOR DOCS.   Case No. CV-04-9049 SGL

EXHIBIT __4__
PAGE __977__

1   Without waiving any of the foregoing General or Specific Objections, but

2   rather expressly preserving each and every such objection, MGA Mexico responds as

3   follows:  MGA Mexico will produce all non-privileged, responsive documents in its

4   possession, custody or control, if any, that it is able to locate following a reasonably

5   diligent search.

6   REQUEST FOR PRODUCTION NO. 369:

7   All DOCUMENTS, including but not limited to all COMMUNICATIONS

8   with any PERSON, that REFER OR RELATE TO YOUR allegation that MATTEL

9   "falsely inflat[ed] its Barbie sales figures in an effort to mislead the public and

10  retailers."

11  RESPONSE TO REQUEST FOR PRODUCTION NO. 369:

12  MGA Mexico incorporates by reference its General Response and General

13  Objections above, as though fully set forth herein and specifically incorporates

14  General Objection No. 15 (regarding Definitions), including without limitation MGA

15  Mexico's objection to the definition of the term YOUR, and its incorporated term

16  PERSON.  MGA Mexico further objects to the request to the extent it seeks the

17  production of documents that are protected from disclosure under any applicable

18  privilege, doctrine or immunity, including without limitation the attorney-client

19  privilege, the work product doctrine, the right of privacy, and all other privileges

20  recognized under the constitutional, statutory or decisional law of the United States

21  of America, the State of California or any other applicable jurisdiction, including, but

22  not limited to, such laws existing in the United Mexican States.  MGA Mexico

23  further objects to this request as being overly broad and unduly burdensome on the

24  grounds that it is not limited in time or geographical scope.  MGA Mexico further

25  objects to this request on the grounds that the phrase "[a]ll DOCUMENTS, including

26  but not limited to all COMMUNICATIONS with any PERSON, that REFER OR

27  RELATE TO" does not comply with the "reasonable particularity" requirement of

28  Federal Rule of Civil Procedure 34 and renders the request overly broad and unduly

608

EXHIBIT __4__
PAGE __918__

1  burdensome in light of "the wealth of material already made available in this case."

2  Westhemeco Ltd. v. New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).

3  MGA Mexico further objects to the request to the extent that it seeks documents that

4  by reason of public filing, public distribution or otherwise are already in Mattel's

5  possession or are readily accessible to Mattel.  MGA Mexico further objects to the

6  request to the extent that it seeks documents not in MGA Mexico's possession,

7  custody or control.  MGA Mexico further objects to the request to the extent it seeks

8  confidential, proprietary or commercially sensitive information, the disclosure of

9  which would be inimical to the business interests of MGA Mexico or MGA.  MGA

10  Mexico further objects to the request to the extent it violates the privacy rights of

11  third parties to their private, confidential, proprietary or trade secret information.

12      MGA Mexico further objects to this request as cumulative, duplicative, and

13  unduly burdensome to the extent that it seeks documents previously requested by

14  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

15  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

16  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

17  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

18  Set of Requests for Production of Documents and Things to Isaac Larian and

19  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

20  Documents and Things to MGAE de Mexico S.R.L. de C.V.

21      Without waiving any of the foregoing General or Specific Objections, but

22  rather expressly preserving each and every such objection, MGA Mexico responds as

23  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

24  possession, custody or control, if any, that it is able to locate following a reasonably

25  diligent search.

26  REQUEST FOR PRODUCTION NO. 370:

27      All DOCUMENTS, including but not limited to all COMMUNICATIONS

28  with any PERSON, that YOU contend prove or that YOU will rely on at trial to

609

EXHIBIT __4__
PAGE __979__

1 | prove that MATTEL "falsely inflat[ed] its Barbie sales figures in an effort to mislead

2 | the public and retailers."

3 | RESPONSE TO REQUEST FOR PRODUCTION NO. 370:

4 |      MGA Mexico incorporates by reference its General Response and General

5 | Objections above, as though fully set forth herein and specifically incorporates

6 | General Objection No. 15 (regarding Definitions), including without limitation MGA

7 | Mexico's objection to the definition of the term YOU, and its incorporated term

8 | PERSON.  MGA Mexico further objects to the request to the extent it seeks the

9 | production of documents that are protected from disclosure under any applicable

10 | privilege, doctrine or immunity, including without limitation the attorney-client

11 | privilege, the work product doctrine, the right of privacy, and all other privileges

12 | recognized under the constitutional, statutory or decisional law of the United States

13 | of America, the State of California or any other applicable jurisdiction, including, but

14 | not limited to, such laws existing in the United Mexican States.  MGA Mexico

15 | further objects to this request as being overly broad and unduly burdensome on the

16 | grounds that it is not limited in time or geographical scope.  MGA Mexico further

17 | objects to this request on the grounds that the phrase "[a]ll DOCUMENTS, including

18 | but not limited to all COMMUNICATIONS with any PERSON" does not comply

19 | with the "reasonable particularity" requirement of Federal Rule of Civil Procedure 34

20 | and renders the request overly broad and unduly burdensome in light of "the wealth

21 | of material already made available in this case." Westhemeco Ltd. v. New

22 | Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA Mexico further

23 | objects that the phrase "that YOU contend prove or that YOU will rely on at trial to

24 | prove" is compound and, as such, renders the request vague, ambiguous, and

25 | unintelligible.  MGA Mexico further objects to the request to the extent that it seeks

26 | documents that by reason of public filing, public distribution or otherwise are already

27 | in Mattel's possession or are readily accessible to Mattel.  MGA Mexico further

28 | objects to the request to the extent that it seeks documents not in MGA Mexico's

EXHIBIT 4
PAGE 980

1 possession, custody or control. MGA Mexico further objects to the request to the
2 extent it seeks confidential, proprietary or commercially sensitive information, the
3 disclosure of which would be inimical to the business interests of MGA Mexico or
4 MGA. MGA Mexico further objects to the request to the extent it violates the
5 privacy rights of third parties to their private, confidential, proprietary or trade secret
6 information.

7      MGA Mexico further objects to this request as cumulative, duplicative, and
8 unduly burdensome to the extent that it seeks documents previously requested by
9 Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response
10 to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100
11 in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible
12 Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First
13 Set of Requests for Production of Documents and Things to Isaac Larian and
14 Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of
15 Documents and Things to MGAE de Mexico S.R.L. de C.V.

16      Without waiving any of the foregoing General or Specific Objections, but
17 rather expressly preserving each and every such objection, MGA Mexico responds as
18 follows: MGA Mexico will produce all non-privileged, responsive documents in its
19 possession, custody or control, if any, that it is able to locate following a reasonably
20 diligent search.

21 REQUEST FOR PRODUCTION NO. 371:

22      DOCUMENTS sufficient to IDENTIFY all PERSONS with knowledge of
23 YOUR allegation that MATTEL "falsely inflat[ed] its Barbie sales figures in an
24 effort to mislead the public and retailers."

25 RESPONSE TO REQUEST FOR PRODUCTION NO. 371:

26      MGA Mexico incorporates by reference its General Response and General
27 Objections above, as though fully set forth herein and specifically incorporates
28 General Objection No. 15 (regarding Definitions), including without limitation MGA

1   Mexico's objection to the definition of the terms YOUR, and its incorporated term
2   PERSON.  MGA Mexico further objects to the request to the extent it seeks the
3   production of documents that are protected from disclosure under any applicable
4   privilege, doctrine or immunity, including without limitation the attorney-client
5   privilege, the work product doctrine, the right of privacy, and all other privileges
6   recognized under the constitutional, statutory or decisional law of the United States
7   of America, the State of California or any other applicable jurisdiction, including, but
8   not limited to, such laws existing in the United Mexican States.  MGA Mexico
9   further objects to this request as being overly broad and unduly burdensome on the
10  grounds that it is not limited in time or geographical scope.  MGA Mexico further
11  objects to this request on the grounds that the phrase "all PERSONS with knowledge
12  of YOUR allegation" renders the request vague, ambiguous, overly broad and unduly
13  burdensome in that anyone who has read MGA Mexico's Answer in this matter has
14  "knowledge of [MGA Mexico's] allegation," without regard to whether the factual
15  basis for the allegation is known to them.  MGA Mexico further objects to the
16  request to the extent that it seeks documents that by reason of public filing, public
17  distribution or otherwise are already in Mattel's possession or are readily accessible
18  to Mattel.  MGA Mexico further objects to the request to the extent that it seeks
19  documents not in MGA Mexico's possession, custody or control.  MGA Mexico
20  further objects to the request to the extent it seeks confidential, proprietary or
21  commercially sensitive information, the disclosure of which would be inimical to the
22  business interests of MGA Mexico or MGA.  MGA Mexico further objects to the
23  request to the extent it violates the privacy rights of third parties to their private,
24  confidential, proprietary or trade secret information.
25      MGA Mexico further objects to this request as cumulative, duplicative, and
26  unduly burdensome to the extent that it seeks documents previously requested by
27  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response
28  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

EXHIBIT __4__
PAGE __982__

1  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

2  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

3  Set of Requests for Production of Documents and Things to Isaac Larian and

4  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

5  Documents and Things to MGAE de Mexico S.R.L. de C.V.

6      Without waiving any of the foregoing General or Specific Objections, but

7  rather expressly preserving each and every such objection, MGA Mexico responds as

8  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

9  possession, custody or control, if any, that it is able to locate following a reasonably

10  diligent search.

11  REQUEST FOR PRODUCTION NO. 372:

12      DOCUMENTS describing all time periods during which MATTEL allegedly

13  "falsely inflat[ed] its Barbie sales figures in an effort to mislead the public and

14  retailers."

15  RESPONSE TO REQUEST FOR PRODUCTION NO. 372:

16      MGA Mexico incorporates by reference its General Response and General

17  Objections above, as though fully set forth herein.  MGA Mexico further objects to

18  the request to the extent it seeks the production of documents that are protected from

19  disclosure under any applicable privilege, doctrine or immunity, including without

20  limitation the attorney-client privilege, the work product doctrine, the right of

21  privacy, and all other privileges recognized under the constitutional, statutory or

22  decisional law of the United States of America, the State of California or any other

23  applicable jurisdiction, including, but not limited to, such laws existing in the United

24  Mexican States.  MGA Mexico further objects to this request as being overly broad

25  and unduly burdensome on the grounds that it is not limited in time or geographical

26  scope.  MGA Mexico further objects to this request on the grounds that the phrase

27  "DOCUMENTS describing all time periods during which" renders the request vague,

28  ambiguous, and unintelligible.  MGA Mexico further objects to the request to the

EXHIBIT __4__
PAGE __983__

1  extent that it seeks documents that by reason of public filing, public distribution or

2  otherwise are already in Mattel's possession or are readily accessible to Mattel.

3  MGA Mexico further objects to the request to the extent that it seeks documents not

4  in MGA Mexico's possession, custody or control.  MGA Mexico further objects to

5  the request to the extent it seeks confidential, proprietary or commercially sensitive

6  information, the disclosure of which would be inimical to the business interests of

7  MGA Mexico or MGA.  MGA Mexico further objects to the request to the extent it

8  violates the privacy rights of third parties to their private, confidential, proprietary or

9  trade secret information.

10       MGA Mexico further objects to this request as cumulative, duplicative, and

11  unduly burdensome to the extent that it seeks documents previously requested by

12  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

13  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

14  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

15  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

16  Set of Requests for Production of Documents and Things to Isaac Larian and

17  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

18  Documents and Things to MGAE de Mexico S.R.L. de C.V.

19       Without waiving any of the foregoing General or Specific Objections, but

20  rather expressly preserving each and every such objection, MGA Mexico responds as

21  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

22  possession, custody or control, if any, that it is able to locate following a reasonably

23  diligent search.

24  REQUEST FOR PRODUCTION NO. 373:

25       DOCUMENTS sufficient to IDENTIFY every alleged instance or occurrence

26  of MATTEL "falsely inflating its Barbie sales figures in an effort to mislead the

27  public and retailers."

28

EXHIBIT __4__
PAGE ___984___

**RESPONSE TO REQUEST FOR PRODUCTION NO. 373:**

MGA Mexico incorporates by reference its General Response and General Objections above, as though fully set forth herein. MGA Mexico further objects to the request to the extent it seeks the production of documents that are protected from disclosure under any applicable privilege, doctrine or immunity, including without limitation the attorney-client privilege, the work product doctrine, the right of privacy, and all other privileges recognized under the constitutional, statutory or decisional law of the United States of America, the State of California or any other applicable jurisdiction, including, but not limited to, such laws existing in the United Mexican States. MGA Mexico further objects to this request as being overly broad and unduly burdensome on the grounds that it is not limited in time or geographical scope. MGA Mexico further objects to the request to the extent that it seeks documents that by reason of public filing, public distribution or otherwise are already in Mattel's possession or are readily accessible to Mattel. MGA Mexico further objects to the request to the extent that it seeks documents not in MGA Mexico's possession, custody or control. MGA Mexico further objects to the request to the extent it seeks confidential, proprietary or commercially sensitive information, the disclosure of which would be inimical to the business interests of MGA Mexico or MGA. MGA Mexico further objects to the request to the extent it violates the privacy rights of third parties to their private, confidential, proprietary or trade secret information.

MGA Mexico further objects to this request as cumulative, duplicative, and unduly burdensome to the extent that it seeks documents previously requested by Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100 in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First Set of Requests for Production of Documents and Things to Isaac Larian and

EXHIBIT __4__
PAGE __985__

1  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

2  Documents and Things to MGAE de Mexico S.R.L. de C.V.

3       Without waiving any of the foregoing General or Specific Objections, but

4  rather expressly preserving each and every such objection, MGA Mexico responds as

5  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

6  possession, custody or control, if any, that it is able to locate following a reasonably

7  diligent search.

8  REQUEST FOR PRODUCTION NO. 374:

9       DOCUMENTS sufficient to IDENTIFY the date of each alleged instance or

10  occurrence of MATTEL "falsely inflating its Barbie sales figures in an effort to

11  mislead the public and retailers."

12  RESPONSE TO REQUEST FOR PRODUCTION NO. 374:

13       MGA Mexico incorporates by reference its General Response and General

14  Objections above, as though fully set forth herein.  MGA Mexico further objects to

15  the request to the extent it seeks the production of documents that are protected from

16  disclosure under any applicable privilege, doctrine or immunity, including without

17  limitation the attorney-client privilege, the work product doctrine, the right of

18  privacy, and all other privileges recognized under the constitutional, statutory or

19  decisional law of the United States of America, the State of California or any other

20  applicable jurisdiction, including, but not limited to, such laws existing in the United

21  Mexican States.  MGA Mexico further objects to this request as being overly broad

22  and unduly burdensome on the grounds that it is not limited in time or geographical

23  scope.  MGA Mexico further objects to the request to the extent that it seeks

24  documents that by reason of public filing, public distribution or otherwise are already

25  in Mattel's possession or are readily accessible to Mattel.  MGA Mexico further

26  objects to the request to the extent that it seeks documents not in MGA Mexico's

27  possession, custody or control.  MGA Mexico further objects to the request to the

28  extent it seeks confidential, proprietary or commercially sensitive information, the

1  disclosure of which would be inimical to the business interests of MGA Mexico or

2  MGA.  MGA Mexico further objects to the request to the extent it violates the

3  privacy rights of third parties to their private, confidential, proprietary or trade secret

4  information.

5      MGA Mexico further objects to this request as cumulative, duplicative, and

6  unduly burdensome to the extent that it seeks documents previously requested by

7  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

8  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

9  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

10  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

11  Set of Requests for Production of Documents and Things to Isaac Larian and

12  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

13  Documents and Things to MGAE de Mexico S.R.L. de C.V.

14      Without waiving any of the foregoing General or Specific Objections, but

15  rather expressly preserving each and every such objection, MGA Mexico responds as

16  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

17  possession, custody or control, if any, that it is able to locate following a reasonably

18  diligent search.

19  REQUEST FOR PRODUCTION NO. 375:

20      DOCUMENTS sufficient to IDENTIFY every instance or occurrence of

21  MATTEL issuing "Barbie sales figures" that YOU contend were "falsely inflat[ed]."

22  RESPONSE TO REQUEST FOR PRODUCTION NO. 375:

23      MGA Mexico incorporates by reference its General Response and General

24  Objections above, as though fully set forth herein and specifically incorporates

25  General Objection No. 15 (regarding Definitions), including without limitation MGA

26  Mexico's objection to the definition of the terms YOU, and its incorporated term

27  PERSON.  MGA Mexico further objects to the request to the extent it seeks the

28  production of documents that are protected from disclosure under any applicable

EXHIBIT __4__
PAGE ___981___

1 | privilege, doctrine or immunity, including without limitation the attorney-client
2 | privilege, the work product doctrine, the right of privacy, and all other privileges
3 | recognized under the constitutional, statutory or decisional law of the United States
4 | of America, the State of California or any other applicable jurisdiction, including, but
5 | not limited to, such laws existing in the United Mexican States.  MGA Mexico
6 | further objects to this request as being overly broad and unduly burdensome on the
7 | grounds that it is not limited in time or geographical scope.  MGA Mexico further
8 | objects to the request to the extent that it seeks documents that by reason of public
9 | filing, public distribution or otherwise are already in Mattel's possession or are
10 | readily accessible to Mattel.  MGA Mexico further objects to the request to the
11 | extent that it seeks documents not in MGA Mexico's possession, custody or control.
12 | MGA Mexico further objects to the request to the extent it seeks confidential,
13 | proprietary or commercially sensitive information, the disclosure of which would be
14 | inimical to the business interests of MGA Mexico or MGA.  MGA Mexico further
15 | objects to the request to the extent it violates the privacy rights of third parties to
16 | their private, confidential, proprietary or trade secret information.

17 | MGA Mexico further objects to this request as cumulative, duplicative, and
18 | unduly burdensome to the extent that it seeks documents previously requested by
19 | Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response
20 | to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100
21 | in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible
22 | Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First
23 | Set of Requests for Production of Documents and Things to Isaac Larian and
24 | Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of
25 | Documents and Things to MGAE de Mexico S.R.L. de C.V.

26 | Without waiving any of the foregoing General or Specific Objections, but
27 | rather expressly preserving each and every such objection, MGA Mexico responds as
28 | follows:  MGA Mexico will produce all non-privileged, responsive documents in its

EXHIBIT __4__
PAGE ___988___

1 possession, custody or control, if any, that it is able to locate following a reasonably

2 diligent search.

3 REQUEST FOR PRODUCTION NO. 376:

4        DOCUMENTS sufficient to IDENTIFY every "Barbie sales figure" that YOU

5 contend MATTEL "falsely inflat[ed] ... in an effort to mislead the public and

6 retailers."

7 RESPONSE TO REQUEST FOR PRODUCTION NO. 376:

8        MGA Mexico incorporates by reference its General Response and General

9 Objections above, as though fully set forth herein and specifically incorporates

10 General Objection No. 15 (regarding Definitions), including without limitation MGA

11 Mexico's objection to the definition of the terms YOU, and its incorporated term

12 PERSON.  MGA Mexico further objects to the request to the extent it seeks the

13 production of documents that are protected from disclosure under any applicable

14 privilege, doctrine or immunity, including without limitation the attorney-client

15 privilege, the work product doctrine, the right of privacy, and all other privileges

16 recognized under the constitutional, statutory or decisional law of the United States

17 of America, the State of California or any other applicable jurisdiction, including, but

18 not limited to, such laws existing in the United Mexican States.  MGA Mexico

19 further objects to this request as being overly broad and unduly burdensome on the

20 grounds that it is not limited in time or geographical scope.  MGA Mexico further

21 objects to the request to the extent that it seeks documents that by reason of public

22 filing, public distribution or otherwise are already in Mattel's possession or are

23 readily accessible to Mattel.  MGA Mexico further objects to the request to the

24 extent that it seeks documents not in MGA Mexico's possession, custody or control.

25 MGA Mexico further objects to the request to the extent it seeks confidential,

26 proprietary or commercially sensitive information, the disclosure of which would be

27 inimical to the business interests of MGA Mexico or MGA.  MGA Mexico further

28

EXHIBIT __4__
PAGE ___989___

1  objects to the request to the extent it violates the privacy rights of third parties to

2  their private, confidential, proprietary or trade secret information.

3      MGA Mexico further objects to this request as cumulative, duplicative, and

4  unduly burdensome to the extent that it seeks documents previously requested by

5  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

6  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

7  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

8  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

9  Set of Requests for Production of Documents and Things to Isaac Larian and

10  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

11  Documents and Things to MGAE de Mexico S.R.L. de C.V.

12      Without waiving any of the foregoing General or Specific Objections, but

13  rather expressly preserving each and every such objection, MGA Mexico responds as

14  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

15  possession, custody or control, if any, that it is able to locate following a reasonably

16  diligent search.

17  REQUEST FOR PRODUCTION NO. 377:

18      DOCUMENTS sufficient to IDENTIFY every "Barbie" product for which

19  YOU contend MATTEL issued "falsely inflat[ed] sales figures ... in an effort to

20  mislead the public and retailers."

21  RESPONSE TO REQUEST FOR PRODUCTION NO. 377:

22      MGA Mexico incorporates by reference its General Response and General

23  Objections above, as though fully set forth herein and specifically incorporates

24  General Objection No. 15 (regarding Definitions), including without limitation MGA

25  Mexico's objection to the definition of the terms YOU, and its incorporated term

26  PERSON.  MGA Mexico further objects to the request to the extent it seeks the

27  production of documents that are protected from disclosure under any applicable

28  privilege, doctrine or immunity, including without limitation the attorney-client

EXHIBIT __4__
PAGE __990__

1  privilege, the work product doctrine, the right of privacy, and all other privileges
2  recognized under the constitutional, statutory or decisional law of the United States
3  of America, the State of California or any other applicable jurisdiction, including, but
4  not limited to, such laws existing in the United Mexican States.  MGA Mexico
5  further objects to this request as being overly broad and unduly burdensome on the
6  grounds that it is not limited in time or geographical scope.  MGA Mexico further
7  objects to the request to the extent that it seeks documents that by reason of public
8  filing, public distribution or otherwise are already in Mattel's possession or are
9  readily accessible to Mattel.  MGA Mexico further objects to the request to the
10  extent that it seeks documents not in MGA Mexico's possession, custody or control.
11  MGA Mexico further objects to the request to the extent it seeks confidential,
12  proprietary or commercially sensitive information, the disclosure of which would be
13  inimical to the business interests of MGA Mexico or MGA.  MGA Mexico further
14  objects to the request to the extent it violates the privacy rights of third parties to
15  their private, confidential, proprietary or trade secret information.
16          MGA Mexico further objects to this request as cumulative, duplicative, and
17  unduly burdensome to the extent that it seeks documents previously requested by
18  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response
19  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100
20  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible
21  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First
22  Set of Requests for Production of Documents and Things to Isaac Larian and
23  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of
24  Documents and Things to MGAE de Mexico S.R.L. de C.V.
25          Without waiving any of the foregoing General or Specific Objections, but
26  rather expressly preserving each and every such objection, MGA Mexico responds as
27  follows:  MGA Mexico will produce all non-privileged, responsive documents in its
28

MGA MEXICO'S RESPONSE TO MATTEL'S 2D SET OF REQUESTS FOR DOCS.   Case No. CV-04-9049 SGL

1  possession, custody or control, if any, that it is able to locate following a reasonably
2  diligent search.
3  REQUEST FOR PRODUCTION NO. 378:
4      All DOCUMENTS, including but not limited to all COMMUNICATIONS
5  with any PERSON, that YOU contend prove or tend to prove that MATTEL issued
6  "falsely inflat[ed ...] Barbie sales figures."
7  RESPONSE TO REQUEST FOR PRODUCTION NO. 378:
8      MGA Mexico incorporates by reference its General Response and General
9  Objections above, as though fully set forth herein and specifically incorporates
10  General Objection No. 15 (regarding Definitions), including without limitation MGA
11  Mexico's objection to the definition of the term YOU, and its incorporated term
12  PERSON.  MGA Mexico further objects to the request to the extent it seeks the
13  production of documents that are protected from disclosure under any applicable
14  privilege, doctrine or immunity, including without limitation the attorney-client
15  privilege, the work product doctrine, the right of privacy, and all other privileges
16  recognized under the constitutional, statutory or decisional law of the United States
17  of America, the State of California or any other applicable jurisdiction, including, but
18  not limited to, such laws existing in the United Mexican States.  MGA Mexico
19  further objects to this request as being overly broad and unduly burdensome on the
20  grounds that it is not limited in time or geographical scope.  MGA Mexico further
21  objects to this request on the grounds that the phrase "[a]ll DOCUMENTS, including
22  but not limited to all COMMUNICATIONS with any PERSON" does not comply
23  with the "reasonable particularity" requirement of Federal Rule of Civil Procedure 34
24  and renders the request overly broad and unduly burdensome in light of "the wealth
25  of material already made available in this case."  Westhemeco Ltd. v. New
26  Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA Mexico further
27  objects that the phrase "that YOU contend prove or that YOU will rely on at trial to
28  prove" is compound and, as such, renders the request vague, ambiguous, and

622

EXHIBIT __4__
PAGE __992__

1  unintelligible. MGA Mexico further objects to the request to the extent that it seeks

2  documents that by reason of public filing, public distribution or otherwise are already

3  in Mattel's possession or are readily accessible to Mattel. MGA Mexico further

4  objects to the request to the extent that it seeks documents not in MGA Mexico's

5  possession, custody or control. MGA Mexico further objects to the request to the

6  extent it seeks confidential, proprietary or commercially sensitive information, the

7  disclosure of which would be inimical to the business interests of MGA Mexico or

8  MGA. MGA Mexico further objects to the request to the extent it violates the

9  privacy rights of third parties to their private, confidential, proprietary or trade secret

10  information.

11       MGA Mexico further objects to this request as cumulative, duplicative, and

12  unduly burdensome to the extent that it seeks documents previously requested by

13  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

14  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

15  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

16  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

17  Set of Requests for Production of Documents and Things to Isaac Larian and

18  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

19  Documents and Things to MGAE de Mexico S.R.L. de C.V.

20       Without waiving any of the foregoing General or Specific Objections, but

21  rather expressly preserving each and every such objection, MGA Mexico responds as

22  follows: MGA Mexico will produce all non-privileged, responsive documents in its

23  possession, custody or control, if any, that it is able to locate following a reasonably

24  diligent search.

25  REQUEST FOR PRODUCTION NO. 379:

26       DOCUMENTS sufficient to IDENTIFY every "retailer" who YOU contend

27  MATTEL "misle[d]" by "falsely inflating its Barbie sales figures."

28

EXHIBIT __4__
PAGE __993__

1   RESPONSE TO REQUEST FOR PRODUCTION NO. 379:

2       MGA Mexico incorporates by reference its General Response and General

3 Objections above, as though fully set forth herein and specifically incorporates

4 General Objection No. 15 (regarding Definitions), including without limitation MGA

5 Mexico's objection to the definition of the term YOU, and its incorporated term

6 PERSON. MGA Mexico further objects to the request to the extent it seeks the

7 production of documents that are protected from disclosure under any applicable

8 privilege, doctrine or immunity, including without limitation the attorney-client

9 privilege, the work product doctrine, the right of privacy, and all other privileges

10 recognized under the constitutional, statutory or decisional law of the United States

11 of America, the State of California or any other applicable jurisdiction, including, but

12 not limited to, such laws existing in the United Mexican States. MGA Mexico

13 further objects to this request as being overly broad and unduly burdensome on the

14 grounds that it is not limited in time or geographical scope. MGA Mexico further

15 objects to the request to the extent that it seeks documents that by reason of public

16 filing, public distribution or otherwise are already in Mattel's possession or are

17 readily accessible to Mattel. MGA Mexico further objects to the request to the

18 extent that it seeks documents not in MGA Mexico's possession, custody or control.

19 MGA Mexico further objects to the request to the extent it seeks confidential,

20 proprietary or commercially sensitive information, the disclosure of which would be

21 inimical to the business interests of MGA Mexico or MGA. MGA Mexico further

22 objects to the request to the extent it violates the privacy rights of third parties to

23 their private, confidential, proprietary or trade secret information.

24       MGA Mexico further objects to this request as cumulative, duplicative, and

25 unduly burdensome to the extent that it seeks documents previously requested by

26 Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

27 to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

28 in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

EXHIBIT __4__
PAGE __994__

1  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

2  Set of Requests for Production of Documents and Things to Isaac Larian and

3  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

4  Documents and Things to MGAE de Mexico S.R.L. de C.V.

5       Without waiving any of the foregoing General or Specific Objections, but

6  rather expressly preserving each and every such objection, MGA Mexico responds as

7  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

8  possession, custody or control, if any, that it is able to locate following a reasonably

9  diligent search.

10 REQUEST FOR PRODUCTION NO. 380:

11      All DOCUMENTS, including but not limited to all COMMUNICATIONS

12 with any PERSON, that YOU contend prove or tend to prove that retailers believed

13 or relied on MATTEL'S allegedly "falsely inflat[ed]... Barbie sales figures."

14 RESPONSE TO REQUEST FOR PRODUCTION NO. 380:

15      MGA Mexico incorporates by reference its General Response and General

16 Objections above, as though fully set forth herein and specifically incorporates

17 General Objection No. 15 (regarding Definitions), including without limitation MGA

18 Mexico's objection to the definition of the term YOU, and its incorporated term

19 PERSON.  MGA Mexico further objects to the request to the extent it seeks the

20 production of documents that are protected from disclosure under any applicable

21 privilege, doctrine or immunity, including without limitation the attorney-client

22 privilege, the work product doctrine, the right of privacy, and all other privileges

23 recognized under the constitutional, statutory or decisional law of the United States

24 of America, the State of California or any other applicable jurisdiction, including, but

25 not limited to, such laws existing in the United Mexican States.  MGA Mexico

26 further objects to this request as being overly broad and unduly burdensome on the

27 grounds that it is not limited in time or geographical scope.  MGA Mexico further

28 objects to this request on the grounds that the phrase "[a]ll DOCUMENTS, including

EXHIBIT __4__
PAGE __995__

1 | but not limited to all COMMUNICATIONS with any PERSON" does not comply
2 | with the "reasonable particularity" requirement of Federal Rule of Civil Procedure 34
3 | and renders the request overly broad and unduly burdensome in light of "the wealth
4 | of material already made available in this case." Westhemeco Ltd. v. New
5 | Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979). MGA Mexico further
6 | objects that the phrases "that YOU contend prove or that YOU will rely on at trial to
7 | prove" and "that retailers believed or relied on" are, both individually and taken
8 | together, compound and, as such, render the request vague, ambiguous, and
9 | unintelligible. MGA Mexico further objects to the request to the extent that it seeks
10 | documents that by reason of public filing, public distribution or otherwise are already
11 | in Mattel's possession or are readily accessible to Mattel. MGA Mexico further
12 | objects to the request to the extent that it seeks documents not in MGA Mexico's
13 | possession, custody or control. MGA Mexico further objects to the request to the
14 | extent it seeks confidential, proprietary or commercially sensitive information, the
15 | disclosure of which would be inimical to the business interests of MGA Mexico or
16 | MGA. MGA Mexico further objects to the request to the extent it violates the
17 | privacy rights of third parties to their private, confidential, proprietary or trade secret
18 | information.
19 |      MGA Mexico further objects to this request as cumulative, duplicative, and
20 | unduly burdensome to the extent that it seeks documents previously requested by
21 | Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response
22 | to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100
23 | in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible
24 | Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First
25 | Set of Requests for Production of Documents and Things to Isaac Larian and
26 | Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of
27 | Documents and Things to MGAE de Mexico S.R.L. de C.V.
28 |

MGA MEXICO'S RESPONSE TO MATTEL'S 2D SET OF REQUESTS FOR DOCS.   Case No. CV-04-9049 SGL

EXHIBIT __4__
PAGE ___996___

1    Without waiving any of the foregoing General or Specific Objections, but

2  rather expressly preserving each and every such objection, MGA Mexico responds as

3  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

4  possession, custody or control, if any, that it is able to locate following a reasonably

5  diligent search.

6  REQUEST FOR PRODUCTION NO. 381:

7    All DOCUMENTS, including but not limited to all COMMUNICATIONS

8  with any PERSON, that YOU contend prove or tend to prove that YOU believed or

9  relied on MATTEL'S allegedly "falsely inflat[ed] ... Barbie sales figures."

10  RESPONSE TO REQUEST FOR PRODUCTION NO. 381:

11    MGA Mexico incorporates by reference its General Response and General

12  Objections above, as though fully set forth herein and specifically incorporates

13  General Objection No. 15 (regarding Definitions), including without limitation MGA

14  Mexico's objection to the definition of the term YOU, and its incorporated term

15  PERSON.  MGA Mexico further objects to the request to the extent it seeks the

16  production of documents that are protected from disclosure under any applicable

17  privilege, doctrine or immunity, including without limitation the attorney-client

18  privilege, the work product doctrine, the right of privacy, and all other privileges

19  recognized under the constitutional, statutory or decisional law of the United States

20  of America, the State of California or any other applicable jurisdiction, including, but

21  not limited to, such laws existing in the United Mexican States.  MGA Mexico

22  further objects to this request as being overly broad and unduly burdensome on the

23  grounds that it is not limited in time or geographical scope.  MGA Mexico further

24  objects to this request on the grounds that the phrase "[a]ll DOCUMENTS, including

25  but not limited to all COMMUNICATIONS with any PERSON" does not comply

26  with the "reasonable particularity" requirement of Federal Rule of Civil Procedure 34

27  and renders the request overly broad and unduly burdensome in light of "the wealth

28  of material already made available in this case."  Westhemeco Ltd. v. New

MGA MEXICO'S RESPONSE TO MATTEL'S 2D SET OF REQUESTS FOR DOCS.   Case No. CV-04-9049 SGL

EXHIBIT ___4___

PAGE ___997___

1   Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA Mexico further

2   objects that the phrases "that YOU contend prove or that YOU will rely on at trial to

3   prove" and "that YOU believed or relied on" are, both individually and taken

4   together, compound and, as such, render the request vague, ambiguous, and

5   unintelligible.  MGA Mexico further objects to the request to the extent that it seeks

6   documents that by reason of public filing, public distribution or otherwise are already

7   in Mattel's possession or are readily accessible to Mattel.  MGA Mexico further

8   objects to the request to the extent that it seeks documents not in MGA Mexico's

9   possession, custody or control.  MGA Mexico further objects to the request to the

10  extent it seeks confidential, proprietary or commercially sensitive information, the

11  disclosure of which would be inimical to the business interests of MGA Mexico or

12  MGA.  MGA Mexico further objects to the request to the extent it violates the

13  privacy rights of third parties to their private, confidential, proprietary or trade secret

14  information.

15          MGA Mexico further objects to this request as cumulative, duplicative, and

16  unduly burdensome to the extent that it seeks documents previously requested by

17  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

18  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

19  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

20  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

21  Set of Requests for Production of Documents and Things to Isaac Larian and

22  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

23  Documents and Things to MGAE de Mexico S.R.L. de C.V.

24          Without waiving any of the foregoing General or Specific Objections, but

25  rather expressly preserving each and every such objection, MGA Mexico responds as

26  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

27  possession, custody or control, if any, that it is able to locate following a reasonably

28  diligent search.

EXHIBIT ___ 4

PAGE ___ 998

1  REQUEST FOR PRODUCTION NO. 382:

2       All DOCUMENTS, including but not limited to all COMMUNICATIONS

3  with any PERSON, that YOU contend prove or tend to prove that YOU changed or

4  modified YOUR business, including but not limited to, business strategy, operations,

5  plans or sales, as a result of MATTEL allegedly "falsely inflating its Barbie sales

6  figures in an effort to mislead the public and retailers."

7  RESPONSE TO REQUEST FOR PRODUCTION NO. 382:

8       MGA Mexico incorporates by reference its General Response and General

9  Objections above, as though fully set forth herein and specifically incorporates

10 General Objection No. 15 (regarding Definitions), including without limitation MGA

11 Mexico's objection to the definition of the term YOU, and its incorporated term

12 PERSON.  MGA Mexico further objects to the request to the extent it seeks the

13 production of documents that are protected from disclosure under any applicable

14 privilege, doctrine or immunity, including without limitation the attorney-client

15 privilege, the work product doctrine, the right of privacy, and all other privileges

16 recognized under the constitutional, statutory or decisional law of the United States

17 of America, the State of California or any other applicable jurisdiction, including, but

18 not limited to, such laws existing in the United Mexican States.  MGA Mexico

19 further objects to this request as being overly broad and unduly burdensome on the

20 grounds that it is not limited in time or geographical scope.  MGA Mexico further

21 objects to this request on the grounds that the phrase "[a]ll DOCUMENTS, including

22 but not limited to all COMMUNICATIONS with any PERSON" does not comply

23 with the "reasonable particularity" requirement of Federal Rule of Civil Procedure 34

24 and renders the request overly broad and unduly burdensome in light of "the wealth

25 of material already made available in this case."  Westhemeco Ltd. v. New

26 Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA Mexico further

27 objects that the phrases "that YOU contend prove or tend to prove," "that YOU

28 changed or modified YOUR business," and  "including but not limited to, business

EXHIBIT __4__
PAGE __999__

1  strategy, operations, plans or sales" are, both individually and taken together,
2  compound and, as such, render the request vague, ambiguous, and unintelligible.
3  MGA Mexico further objects to the request to the extent that it seeks documents that
4  by reason of public filing, public distribution or otherwise are already in Mattel's
5  possession or are readily accessible to Mattel.  MGA Mexico further objects to the
6  request to the extent that it seeks documents not in MGA Mexico's possession,
7  custody or control.  MGA Mexico further objects to the request to the extent it seeks
8  confidential, proprietary or commercially sensitive information, the disclosure of
9  which would be inimical to the business interests of MGA Mexico or MGA.  MGA
10 Mexico further objects to the request to the extent it violates the privacy rights of
11 third parties to their private, confidential, proprietary or trade secret information.
12         MGA Mexico further objects to this request as cumulative, duplicative, and
13 unduly burdensome to the extent that it seeks documents previously requested by
14 Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response
15 to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100
16 in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible
17 Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First
18 Set of Requests for Production of Documents and Things to Isaac Larian and
19 Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of
20 Documents and Things to MGAE de Mexico S.R.L. de C.V.
21         Without waiving any of the foregoing General or Specific Objections, but
22 rather expressly preserving each and every such objection, MGA Mexico responds as
23 follows:  MGA Mexico will produce all non-privileged, responsive documents in its
24 possession, custody or control, if any, that it is able to locate following a reasonably
25 diligent search.
26
27
28

MGA MEXICO'S RESPONSE TO MATTEL'S 2D SET OF REQUESTS FOR DOCS.   Case No. CV-04-9049 SGL

EXHIBIT ___4___
PAGE __/000__

1  REQUEST FOR PRODUCTION NO. 383:

2       DOCUMENTS sufficient to IDENTIFY what YOU contend was the purpose

3  or reason of each alleged instance of MATTEL "falsely inflating its Barbie sales

4  figures."

5  RESPONSE TO REQUEST FOR PRODUCTION NO. 383:

6       MGA Mexico incorporates by reference its General Response and General

7  Objections above, as though fully set forth herein and specifically incorporates

8  General Objection No. 15 (regarding Definitions), including without limitation MGA

9  Mexico's objection to the definition of the term YOU, and its incorporated term

10  PERSON. MGA Mexico further objects to the request to the extent it seeks the

11  production of documents that are protected from disclosure under any applicable

12  privilege, doctrine or immunity, including without limitation the attorney-client

13  privilege, the work product doctrine, the right of privacy, and all other privileges

14  recognized under the constitutional, statutory or decisional law of the United States

15  of America, the State of California or any other applicable jurisdiction, including, but

16  not limited to, such laws existing in the United Mexican States. MGA Mexico

17  further objects to this request as being overly broad and unduly burdensome on the

18  grounds that it is not limited in time or geographical scope. MGA Mexico further

19  objects that the phrase "the purpose or reason" is compound and, as such, renders the

20  request vague, ambiguous, and unintelligible. MGA Mexico further objects to the

21  request to the extent that it seeks documents that by reason of public filing, public

22  distribution or otherwise are already in Mattel's possession or are readily accessible

23  to Mattel. MGA Mexico further objects to the request to the extent that it seeks

24  documents not in MGA Mexico's possession, custody or control. MGA Mexico

25  further objects to the request to the extent it seeks confidential, proprietary or

26  commercially sensitive information, the disclosure of which would be inimical to the

27  business interests of MGA Mexico or MGA. MGA Mexico further objects to the

28

MGA MEXICO'S RESPONSE TO MATTEL'S 2D SET OF REQUESTS FOR DOCS.   Case No. CV-04-9049 SGL

EXHIBIT ___4___
PAGE ___100 1___

1  request to the extent it violates the privacy rights of third parties to their private,

2  confidential, proprietary or trade secret information.

3       MGA Mexico further objects to this request as cumulative, duplicative, and

4  unduly burdensome to the extent that it seeks documents previously requested by

5  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

6  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

7  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

8  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

9  Set of Requests for Production of Documents and Things to Isaac Larian and

10 Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

11 Documents and Things to MGAE de Mexico S.R.L. de C.V.

12      Without waiving any of the foregoing General or Specific Objections, but

13 rather expressly preserving each and every such objection, MGA Mexico responds as

14 follows:  MGA Mexico will produce all non-privileged, responsive documents in its

15 possession, custody or control, if any, that it is able to locate following a reasonably

16 diligent search.

17 REQUEST FOR PRODUCTION NO. 384:

18      All DOCUMENTS, including but not limited to all COMMUNICATIONS

19 with any PERSON, RELATING to YOUR actions in response to MATTEL

20 allegedly "falsely inflating its Barbie sales figures in an effort to mislead the public

21 and retailers."

22 RESPONSE TO REQUEST FOR PRODUCTION NO. 384:

23      MGA Mexico incorporates by reference its General Response and General

24 Objections above, as though fully set forth herein and specifically incorporates

25 General Objection No. 15 (regarding Definitions), including without limitation MGA

26 Mexico's objection to the definition of the term YOUR, and its incorporated term

27 PERSON.  MGA Mexico further objects to the request to the extent it seeks the

28 production of documents that are protected from disclosure under any applicable

1 privilege, doctrine or immunity, including without limitation the attorney-client

2 privilege, the work product doctrine, the right of privacy, and all other privileges

3 recognized under the constitutional, statutory or decisional law of the United States

4 of America, the State of California or any other applicable jurisdiction, including, but

5 not limited to, such laws existing in the United Mexican States.  MGA Mexico

6 further objects to this request as being overly broad and unduly burdensome on the

7 grounds that it is not limited in time or geographical scope.  MGA Mexico further

8 objects to this request on the grounds that the phrase "[a]ll DOCUMENTS, including

9 but not limited to all COMMUNICATIONS with any PERSON, RELATING to"

10 does not comply with the "reasonable particularity" requirement of Federal Rule of

11 Civil Procedure 34 and renders the request overly broad and unduly burdensome in

12 light of "the wealth of material already made available in this case."  Westhemeco

13 Ltd. v. New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA

14 Mexico further objects to the request to the extent that it seeks documents that by

15 reason of public filing, public distribution or otherwise are already in Mattel's

16 possession or are readily accessible to Mattel.  MGA Mexico further objects to the

17 request to the extent that it seeks documents not in MGA Mexico's possession,

18 custody or control.  MGA Mexico further objects to the request to the extent it seeks

19 confidential, proprietary or commercially sensitive information, the disclosure of

20 which would be inimical to the business interests of MGA Mexico or MGA.  MGA

21 Mexico further objects to the request to the extent it violates the privacy rights of

22 third parties to their private, confidential, proprietary or trade secret information.

23      MGA Mexico further objects to this request as cumulative, duplicative, and

24 unduly burdensome to the extent that it seeks documents previously requested by

25 Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

26 to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

27 in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

28 Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

1 | Set of Requests for Production of Documents and Things to Isaac Larian and
2 | Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of
3 | Documents and Things to MGAE de Mexico S.R.L. de C.V.

4 |      Without waiving any of the foregoing General or Specific Objections, but
5 | rather expressly preserving each and every such objection, MGA Mexico responds as
6 | follows:  MGA Mexico will produce all non-privileged, responsive documents in its
7 | possession, custody or control, if any, that it is able to locate following a reasonably
8 | diligent search.

9 | REQUEST FOR PRODUCTION NO. 385:

10 |      All DOCUMENTS, including but not limited to all COMMUNICATIONS
11 | with any PERSON, RELATING to any loss, harm, injury, increased expense, lost
12 | revenue or profits, or any other damage caused to YOU by MATTEL allegedly
13 | "falsely inflating its Barbie sales figures in an effort to mislead the public and
14 | retailers."

15 | RESPONSE TO REQUEST FOR PRODUCTION NO. 385:

16 |      MGA Mexico incorporates by reference its General Response and General
17 | Objections above, as though fully set forth herein and specifically incorporates
18 | General Objection No. 15 (regarding Definitions), including without limitation MGA
19 | Mexico's objection to the definition of the term YOU, and its incorporated term
20 | PERSON.  MGA Mexico further objects to the request to the extent it seeks the
21 | production of documents that are protected from disclosure under any applicable
22 | privilege, doctrine or immunity, including without limitation the attorney-client
23 | privilege, the work product doctrine, the right of privacy, and all other privileges
24 | recognized under the constitutional, statutory or decisional law of the United States
25 | of America, the State of California or any other applicable jurisdiction, including, but
26 | not limited to, such laws existing in the United Mexican States.  MGA Mexico
27 | further objects to this request as being overly broad and unduly burdensome on the
28 | grounds that it is not limited in time or geographical scope.  MGA Mexico further

EXHIBIT __4__
PAGE __1064__

1   objects to this request on the grounds that the phrase "[a]ll DOCUMENTS, including

2   but not limited to all COMMUNICATIONS with any PERSON, RELATING TO"

3   does not comply with the "reasonable particularity" requirement of Federal Rule of

4   Civil Procedure 34 and renders the request overly broad and unduly burdensome in

5   light of "the wealth of material already made available in this case." Westhemeco

6   Ltd. v. New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979). MGA

7   Mexico further objects that the phrase "any loss, harm, injury, increased expense,

8   lost revenue or profits, or any other damage" is compound and, as such, renders the

9   request vague, ambiguous, and unintelligible. MGA Mexico further objects to the

10  request to the extent that it seeks documents that by reason of public filing, public

11  distribution or otherwise are already in Mattel's possession or are readily accessible

12  to Mattel. MGA Mexico further objects to the request to the extent that it seeks

13  documents not in MGA Mexico's possession, custody or control. MGA Mexico

14  further objects to the request to the extent it seeks confidential, proprietary or

15  commercially sensitive information, the disclosure of which would be inimical to the

16  business interests of MGA Mexico or MGA. MGA Mexico further objects to the

17  request to the extent it violates the privacy rights of third parties to their private,

18  confidential, proprietary or trade secret information.

19       MGA Mexico further objects to this request as cumulative, duplicative, and

20  unduly burdensome to the extent that it seeks documents previously requested by

21  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

22  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

23  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

24  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

25  Set of Requests for Production of Documents and Things to Isaac Larian and

26  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

27  Documents and Things to MGAE de Mexico S.R.L. de C.V.

28

1    Without waiving any of the foregoing General or Specific Objections, but

2  rather expressly preserving each and every such objection, MGA Mexico responds as

3  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

4  possession, custody or control, if any, that it is able to locate following a reasonably

5  diligent search.

6  REQUEST FOR PRODUCTION NO. 386:

7    All DOCUMENTS, including but not limited to all COMMUNICATIONS

8  with any PERSON, RELATING to MGA's reporting actual, accused or alleged false

9  or inflated sales to the public or to retailers.

10  RESPONSE TO REQUEST FOR PRODUCTION NO. 386:

11    MGA Mexico incorporates by reference its General Response and General

12  Objections above, as though fully set forth herein and specifically incorporates

13  General Objection No. 15 (regarding Definitions), including without limitation MGA

14  Mexico's objection to the definition of the term PERSON.  MGA Mexico further

15  objects to the request to the extent it seeks the production of documents that are

16  protected from disclosure under any applicable privilege, doctrine or immunity,

17  including without limitation the attorney-client privilege, the work product doctrine,

18  the right of privacy, and all other privileges recognized under the constitutional,

19  statutory or decisional law of the United States of America, the State of California or

20  any other applicable jurisdiction, including, but not limited to, such laws existing in

21  the United Mexican States.  MGA Mexico further objects to this request as being

22  overly broad and unduly burdensome on the grounds that it is not limited in time or

23  geographical scope.  MGA Mexico further objects to this request on the grounds that

24  the phrase "[a]ll DOCUMENTS, including but not limited to all

25  COMMUNICATIONS with any PERSON, RELATING TO" does not comply with

26  the "reasonable particularity" requirement of Federal Rule of Civil Procedure 34 and

27  renders the request overly broad and unduly burdensome in light of "the wealth of

28  material already made available in this case."  Westhemeco Ltd. v. New Hampshire

1   Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA Mexico further objects that the

2   phrase "MGA's reporting actual, accused or alleged false or inflated sales to the

3   public or to retailers" is (1) accusatory and argumentative such that MGA Mexico

4   would have to respond to the allegations of the request before providing any

5   substantive response, see Zadrozny v. Board of Trustees District No. 508, 1991 WL

6   66705, at *1 (N.D. Ill. April 24, 1991), and (2) compound, rendering the request

7   vague, ambiguous, and unintelligible.  MGA Mexico further objects to the request to

8   the extent that it seeks documents that by reason of public filing, public distribution

9   or otherwise are already in Mattel's possession or are readily accessible to Mattel.

10   MGA Mexico further objects to the request to the extent that it seeks documents not

11   in MGA Mexico's possession, custody or control.  MGA Mexico further objects to

12   the request to the extent it seeks confidential, proprietary or commercially sensitive

13   information, the disclosure of which would be inimical to the business interests of

14   MGA Mexico or MGA.  MGA Mexico further objects to the request to the extent it

15   violates the privacy rights of third parties to their private, confidential, proprietary or

16   trade secret information.

17   REQUEST FOR PRODUCTION NO. 387:

18       All DOCUMENTS, including but not limited to all COMMUNICATIONS

19   with any PERSON, that REFER OR RELATE TO YOUR allegation that MATTEL

20   "[took] all measures to conceal its bad acts, including the willful non-retention and

21   destruction of documents."

22   RESPONSE TO REQUEST FOR PRODUCTION NO. 387:

23       MGA Mexico incorporates by reference its General Response and General

24   Objections above, as though fully set forth herein and specifically incorporates

25   General Objection No. 15 (regarding Definitions), including without limitation MGA

26   Mexico's objection to the definition of the term YOUR, and its incorporated term

27   PERSON.  MGA Mexico further objects to the request to the extent it seeks the

28   production of documents that are protected from disclosure under any applicable

EXHIBIT ___4___

PAGE ___1007___

1  privilege, doctrine or immunity, including without limitation the attorney-client

2  privilege, the work product doctrine, the right of privacy, and all other privileges

3  recognized under the constitutional, statutory or decisional law of the United States

4  of America, the State of California or any other applicable jurisdiction, including, but

5  not limited to, such laws existing in the United Mexican States.  MGA Mexico

6  further objects to this request as being overly broad and unduly burdensome on the

7  grounds that it is not limited in time or geographical scope.  MGA Mexico further

8  objects to this request on the grounds that the phrase "[a]ll DOCUMENTS, including

9  but not limited to all COMMUNICATIONS with any PERSON, that REFER OR

10  RELATE TO" does not comply with the "reasonable particularity" requirement of

11  Federal Rule of Civil Procedure 34 and renders the request overly broad and unduly

12  burdensome in light of "the wealth of material already made available in this case."

13  Westhemeco Ltd. v. New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).

14  MGA Mexico further objects to the request to the extent that it seeks documents that

15  by reason of public filing, public distribution or otherwise are already in Mattel's

16  possession or are readily accessible to Mattel.  MGA Mexico further objects to the

17  request to the extent that it seeks documents not in MGA Mexico's possession,

18  custody or control.  MGA Mexico further objects to the request to the extent it seeks

19  confidential, proprietary or commercially sensitive information, the disclosure of

20  which would be inimical to the business interests of MGA Mexico or MGA.  MGA

21  Mexico further objects to the request to the extent it violates the privacy rights of

22  third parties to their private, confidential, proprietary or trade secret information.

23  　　　MGA Mexico further objects to this request as cumulative, duplicative, and

24  unduly burdensome to the extent that it seeks documents previously requested by

25  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

26  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

27  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

28  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

1 | Set of Requests for Production of Documents and Things to Isaac Larian and

2 | Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

3 | Documents and Things to MGAE de Mexico S.R.L. de C.V.

4 |      Without waiving any of the foregoing General or Specific Objections, but

5 | rather expressly preserving each and every such objection, MGA Mexico responds as

6 | follows:  MGA Mexico will produce all non-privileged, responsive documents in its

7 | possession, custody or control, if any, that it is able to locate following a reasonably

8 | diligent search.

9 | REQUEST FOR PRODUCTION NO. 388:

10 |      All DOCUMENTS, including but not limited to all COMMUNICATIONS

11 | with any PERSON, that YOU contend prove or that YOU will rely on at trial to

12 | prove that MATTEL "[took] all measures to conceal its bad acts, including the

13 | willful non-retention and destruction of documents."

14 | RESPONSE TO REQUEST FOR PRODUCTION NO. 388:

15 |      MGA Mexico incorporates by reference its General Response and General

16 | Objections above, as though fully set forth herein and specifically incorporates

17 | General Objection No. 15 (regarding Definitions), including without limitation MGA

18 | Mexico's objection to the definition of the term YOU, and its incorporated term

19 | PERSON.  MGA Mexico further objects to the request to the extent it seeks the

20 | production of documents that are protected from disclosure under any applicable

21 | privilege, doctrine or immunity, including without limitation the attorney-client

22 | privilege, the work product doctrine, the right of privacy, and all other privileges

23 | recognized under the constitutional, statutory or decisional law of the United States

24 | of America, the State of California or any other applicable jurisdiction, including, but

25 | not limited to, such laws existing in the United Mexican States.  MGA Mexico

26 | further objects to this request as being overly broad and unduly burdensome on the

27 | grounds that it is not limited in time or geographical scope.  MGA Mexico further

28 | objects to this request on the grounds that the phrase "[a]ll DOCUMENTS, including