EXHIBIT __4__
PAGE __1009__

1 │ but not limited to all COMMUNICATIONS with any PERSON" does not comply

2 │ with the "reasonable particularity" requirement of Federal Rule of Civil Procedure 34

3 │ and renders the request overly broad and unduly burdensome in light of "the wealth

4 │ of material already made available in this case." Westhemeco Ltd. v. New

5 │ Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979). MGA Mexico further

6 │ objects that the phrase "that YOU contend prove or that YOU will rely on at trial to

7 │ prove" is compound and, as such, renders the request vague, ambiguous, and

8 │ unintelligible. MGA Mexico further objects to the request to the extent that it seeks

9 │ documents that by reason of public filing, public distribution or otherwise are already

10 │ in Mattel's possession or are readily accessible to Mattel. MGA Mexico further

11 │ objects to the request to the extent that it seeks documents not in MGA Mexico's

12 │ possession, custody or control. MGA Mexico further objects to the request to the

13 │ extent it seeks confidential, proprietary or commercially sensitive information, the

14 │ disclosure of which would be inimical to the business interests of MGA Mexico or

15 │ MGA. MGA Mexico further objects to the request to the extent it violates the

16 │ privacy rights of third parties to their private, confidential, proprietary or trade secret

17 │ information.

18 │      MGA Mexico further objects to this request as cumulative, duplicative, and

19 │ unduly burdensome to the extent that it seeks documents previously requested by

20 │ Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

21 │ to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

22 │ in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

23 │ Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

24 │ Set of Requests for Production of Documents and Things to Isaac Larian and

25 │ Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

26 │ Documents and Things to MGAE de Mexico S.R.L. de C.V.

27 │      Without waiving any of the foregoing General or Specific Objections, but

28 │ rather expressly preserving each and every such objection, MGA Mexico responds as

640

EXHIBIT __4__
PAGE __1010__

1   follows:  MGA Mexico will produce all non-privileged, responsive documents in its
2   possession, custody or control, if any, that it is able to locate following a reasonably
3   diligent search.
4   REQUEST FOR PRODUCTION NO. 389:
5       DOCUMENTS sufficient to IDENTIFY all PERSONS with knowledge of
6   YOUR allegation that MATTEL "[took] all measures to conceal its bad acts,"
7   including, but not limited to, MATTEL'S alleged "willful non-retention and
8   destruction of documents."
9   RESPONSE TO REQUEST FOR PRODUCTION NO. 389:
10      MGA Mexico incorporates by reference its General Response and General
11  Objections above, as though fully set forth herein and specifically incorporates
12  General Objection No. 15 (regarding Definitions), including without limitation MGA
13  Mexico's objection to the definition of the terms YOUR, and its incorporated term
14  PERSON.  MGA Mexico further objects to the request to the extent it seeks the
15  production of documents that are protected from disclosure under any applicable
16  privilege, doctrine or immunity, including without limitation the attorney-client
17  privilege, the work product doctrine, the right of privacy, and all other privileges
18  recognized under the constitutional, statutory or decisional law of the United States
19  of America, the State of California or any other applicable jurisdiction, including, but
20  not limited to, such laws existing in the United Mexican States.  MGA Mexico
21  further objects to this request as being overly broad and unduly burdensome on the
22  grounds that it is not limited in time or geographical scope.  MGA Mexico further
23  objects to this request on the grounds that the phrase "all PERSONS with knowledge
24  of YOUR allegation" renders the request vague, ambiguous, overly broad and unduly
25  burdensome in that anyone who has read MGA Mexico's Answer in this matter has
26  "knowledge of [MGA Mexico's] allegation," without regard to whether the factual
27  basis for the allegation is known to them.  MGA Mexico further objects to the
28  request to the extent that it seeks documents that by reason of public filing, public

641

1 | distribution or otherwise are already in Mattel's possession or are readily accessible
2 | to Mattel.  MGA Mexico further objects to the request to the extent that it seeks
3 | documents not in MGA Mexico's possession, custody or control.  MGA Mexico
4 | further objects to the request to the extent it seeks confidential, proprietary or
5 | commercially sensitive information, the disclosure of which would be inimical to the
6 | business interests of MGA Mexico or MGA.  MGA Mexico further objects to the
7 | request to the extent it violates the privacy rights of third parties to their private,
8 | confidential, proprietary or trade secret information.

9 | MGA Mexico further objects to this request as cumulative, duplicative, and
10 | unduly burdensome to the extent that it seeks documents previously requested by
11 | Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response
12 | to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100
13 | in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible
14 | Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First
15 | Set of Requests for Production of Documents and Things to Isaac Larian and
16 | Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of
17 | Documents and Things to MGAE de Mexico S.R.L. de C.V.

18 | Without waiving any of the foregoing General or Specific Objections, but
19 | rather expressly preserving each and every such objection, MGA Mexico responds as
20 | follows:  MGA Mexico will produce all non-privileged, responsive documents in its
21 | possession, custody or control, if any, that it is able to locate following a reasonably
22 | diligent search.

23 | REQUEST FOR PRODUCTION NO. 390:

24 | DOCUMENTS sufficient to IDENTIFY each "measure" or step that MATTEL
25 | allegedly "[took] ... to conceal its bad acts, including the willful non-retention and
26 | destruction of documents."

27 |

28 |

EXHIBIT _4_
PAGE _1012_

1  RESPONSE TO REQUEST FOR PRODUCTION NO. 390:

2       MGA Mexico incorporates by reference its General Response and General

3  Objections above, as though fully set forth herein.  MGA Mexico further objects to

4  the request to the extent it seeks the production of documents that are protected from

5  disclosure under any applicable privilege, doctrine or immunity, including without

6  limitation the attorney-client privilege, the work product doctrine, the right of

7  privacy, and all other privileges recognized under the constitutional, statutory or

8  decisional law of the United States of America, the State of California or any other

9  applicable jurisdiction, including, but not limited to, such laws existing in the United

10  Mexican States.  MGA Mexico further objects to this request as being overly broad

11  and unduly burdensome on the grounds that it is not limited in time or geographical

12  scope.  MGA Mexico further objects to this request on the grounds that the phrase

13  "each 'measure' or step" is compound and, as such, renders the request vague,

14  ambiguous and unintelligible.  MGA Mexico further objects to the request to the

15  extent that it seeks documents that by reason of public filing, public distribution or

16  otherwise are already in Mattel's possession or are readily accessible to Mattel.

17  MGA Mexico further objects to the request to the extent that it seeks documents not

18  in MGA Mexico's possession, custody or control.  MGA Mexico further objects to

19  the request to the extent it seeks confidential, proprietary or commercially sensitive

20  information, the disclosure of which would be inimical to the business interests of

21  MGA Mexico or MGA.  MGA Mexico further objects to the request to the extent it

22  violates the privacy rights of third parties to their private, confidential, proprietary or

23  trade secret information.

24       MGA Mexico further objects to this request as cumulative, duplicative, and

25  unduly burdensome to the extent that it seeks documents previously requested by

26  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

27  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

28  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

1 Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First
2 Set of Requests for Production of Documents and Things to Isaac Larian and
3 Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of
4 Documents and Things to MGAE de Mexico S.R.L. de C.V.

5       Without waiving any of the foregoing General or Specific Objections, but
6 rather expressly preserving each and every such objection, MGA Mexico responds as
7 follows: MGA Mexico will produce all non-privileged, responsive documents in its
8 possession, custody or control, if any, that it is able to locate following a reasonably
9 diligent search.

10 REQUEST FOR PRODUCTION NO. 391:

11       DOCUMENTS sufficient to IDENTIFY each of MATTEL'S alleged "bad
12 act[s]" supporting YOUR contention that MATTEL "[took] all measures to conceal
13 its bad acts, including the willful non-retention and destruction of documents."

14 RESPONSE TO REQUEST FOR PRODUCTION NO. 391:

15       MGA Mexico incorporates by reference its General Response and General
16 Objections above, as though fully set forth herein and specifically incorporates
17 General Objection No. 15 (regarding Definitions), including without limitation MGA
18 Mexico's objection to the definition of the terms YOUR, and its incorporated term
19 PERSON. MGA Mexico further objects to the request to the extent it seeks the
20 production of documents that are protected from disclosure under any applicable
21 privilege, doctrine or immunity, including without limitation the attorney-client
22 privilege, the work product doctrine, the right of privacy, and all other privileges
23 recognized under the constitutional, statutory or decisional law of the United States
24 of America, the State of California or any other applicable jurisdiction, including, but
25 not limited to, such laws existing in the United Mexican States. MGA Mexico
26 further objects to this request as being overly broad and unduly burdensome on the
27 grounds that it is not limited in time or geographical scope. MGA Mexico further
28 objects to the request to the extent that it seeks documents that by reason of public

MGA MEXICO'S RESPONSE TO MATTEL'S 2D SET OF REQUESTS FOR DOCS.   Case No. CV-04-9049 SGL

EXHIBIT __4__
PAGE __1614__

1 | filing, public distribution or otherwise are already in Mattel's possession or are

2 | readily accessible to Mattel.  MGA Mexico further objects to the request to the

3 | extent that it seeks documents not in MGA Mexico's possession, custody or control.

4 | MGA Mexico further objects to the request to the extent it seeks confidential,

5 | proprietary or commercially sensitive information, the disclosure of which would be

6 | inimical to the business interests of MGA Mexico or MGA.  MGA Mexico further

7 | objects to the request to the extent it violates the privacy rights of third parties to

8 | their private, confidential, proprietary or trade secret information.

9 |      MGA Mexico further objects to this request as cumulative, duplicative, and

10 | unduly burdensome to the extent that it seeks documents previously requested by

11 | Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

12 | to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

13 | in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

14 | Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

15 | Set of Requests for Production of Documents and Things to Isaac Larian and

16 | Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

17 | Documents and Things to MGAE de Mexico S.R.L. de C.V.

18 |      Without waiving any of the foregoing General or Specific Objections, but

19 | rather expressly preserving each and every such objection, MGA Mexico responds as

20 | follows:  MGA Mexico will produce all non-privileged, responsive documents in its

21 | possession, custody or control, if any, that it is able to locate following a reasonably

22 | diligent search.

23 | REQUEST FOR PRODUCTION NO. 392:

24 |      DOCUMENTS sufficient to IDENTIFY each alleged instance or occurrence

25 | of MATTEL "willful[ly] non-ret[aining or] destr[oying] ... documents."

26 | RESPONSE TO REQUEST FOR PRODUCTION NO. 392:

27 |      MGA Mexico incorporates by reference its General Response and General

28 | Objections above, as though fully set forth herein.  MGA Mexico further objects to

EXHIBIT ___4___
PAGE ___1o15___

1  the request to the extent it seeks the production of documents that are protected from

2  disclosure under any applicable privilege, doctrine or immunity, including without

3  limitation the attorney-client privilege, the work product doctrine, the right of

4  privacy, and all other privileges recognized under the constitutional, statutory or

5  decisional law of the United States of America, the State of California or any other

6  applicable jurisdiction, including, but not limited to, such laws existing in the United

7  Mexican States.  MGA Mexico further objects to this request as being overly broad

8  and unduly burdensome on the grounds that it is not limited in time or geographical

9  scope.  MGA Mexico further objects to the request to the extent that it seeks

10 documents that by reason of public filing, public distribution or otherwise are already

11 in Mattel's possession or are readily accessible to Mattel.  MGA Mexico further

12 objects to the request to the extent that it seeks documents not in MGA Mexico's

13 possession, custody or control.  MGA Mexico further objects to the request to the

14 extent it seeks confidential, proprietary or commercially sensitive information, the

15 disclosure of which would be inimical to the business interests of MGA Mexico or

16 MGA.  MGA Mexico further objects to the request to the extent it violates the

17 privacy rights of third parties to their private, confidential, proprietary or trade secret

18 information.

19      MGA Mexico further objects to this request as cumulative, duplicative, and

20 unduly burdensome to the extent that it seeks documents previously requested by

21 Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

22 to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

23 in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

24 Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

25 Set of Requests for Production of Documents and Things to Isaac Larian and

26 Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

27 Documents and Things to MGAE de Mexico S.R.L. de C.V.

28

MGA MEXICO'S RESPONSE TO MATTEL'S 2D SET OF REQUESTS FOR DOCS.   Case No. CV-04-9049 SGL

EXHIBIT __4__

PAGE ___1016___

1    Without waiving any of the foregoing General or Specific Objections, but

2  rather expressly preserving each and every such objection, MGA Mexico responds as

3  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

4  possession, custody or control, if any, that it is able to locate following a reasonably

5  diligent search.

6  REQUEST FOR PRODUCTION NO. 393:

7    DOCUMENTS sufficient to IDENTIFY each DOCUMENT that YOU

8  contend that MATTEL "willful[ly] non-ret[ained or] destr[oyed]."

9  RESPONSE TO REQUEST FOR PRODUCTION NO. 393:

10    MGA Mexico incorporates by reference its General Response and General

11  Objections above, as though fully set forth herein and specifically incorporates

12  General Objection No. 15 (regarding Definitions), including without limitation MGA

13  Mexico's objection to the definition of the terms YOU, and its incorporated term

14  PERSON.  MGA Mexico further objects to the request to the extent it seeks the

15  production of documents that are protected from disclosure under any applicable

16  privilege, doctrine or immunity, including without limitation the attorney-client

17  privilege, the work product doctrine, the right of privacy, and all other privileges

18  recognized under the constitutional, statutory or decisional law of the United States

19  of America, the State of California or any other applicable jurisdiction, including, but

20  not limited to, such laws existing in the United Mexican States.  MGA Mexico

21  further objects on the ground that the request, in seeking "each DOCUMENT" that

22  Mattel non-retained or destroyed, without regard to whether such non-retention or

23  destruction was unlawful, is not limited to the subject matter of this action and thus

24  lacks relevance and is impermissibly overbroad.  See Aug. 13, 2007 Order at 9:17-20;

25  see also May 22, 2007 Order at 21:5-7.  MGA Mexico further objects to this request

26  as being overly broad and unduly burdensome on the grounds that it is not limited in

27  time or geographical scope.  MGA Mexico further objects to the request to the extent

28  that it seeks documents that by reason of public filing, public distribution or

EXHIBIT 4
PAGE 1017

1 | otherwise are already in Mattel's possession or are readily accessible to Mattel.
2 | MGA Mexico further objects to the request to the extent that it seeks documents not
3 | in MGA Mexico's possession, custody or control.  MGA Mexico further objects to
4 | the request to the extent it seeks confidential, proprietary or commercially sensitive
5 | information, the disclosure of which would be inimical to the business interests of
6 | MGA Mexico or MGA.  MGA Mexico further objects to the request to the extent it
7 | violates the privacy rights of third parties to their private, confidential, proprietary or
8 | trade secret information.

9 | MGA Mexico further objects to this request as cumulative, duplicative, and
10 | unduly burdensome to the extent that it seeks documents previously requested by
11 | Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response
12 | to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100
13 | in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible
14 | Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First
15 | Set of Requests for Production of Documents and Things to Isaac Larian and
16 | Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of
17 | Documents and Things to MGAE de Mexico S.R.L. de C.V.

18 | Without waiving any of the foregoing General or Specific Objections, but
19 | rather expressly preserving each and every such objection, MGA Mexico responds as
20 | follows:  MGA Mexico will produce all non-privileged, responsive documents in its
21 | possession, custody or control, if any, that it is able to locate following a reasonably
22 | diligent search.

23 | REQUEST FOR PRODUCTION NO. 394:
24 | DOCUMENTS sufficient to IDENTIFY each DOCUMENT that YOU
25 | contend that MATTEL "willful[ly] non-ret[ained or] destr[oyed]" after November 23,
26 | 2003.

27 |
28 |

EXHIBIT ___9___

PAGE ___1018___

1  RESPONSE TO REQUEST FOR PRODUCTION NO. 394:

2        MGA Mexico incorporates by reference its General Response and General

3  Objections above, as though fully set forth herein and specifically incorporates

4  General Objection No. 15 (regarding Definitions), including without limitation MGA

5  Mexico's objection to the definition of the terms YOU, and its incorporated term

6  PERSON. MGA Mexico further objects to the request to the extent it seeks the

7  production of documents that are protected from disclosure under any applicable

8  privilege, doctrine or immunity, including without limitation the attorney-client

9  privilege, the work product doctrine, the right of privacy, and all other privileges

10  recognized under the constitutional, statutory or decisional law of the United States

11  of America, the State of California or any other applicable jurisdiction, including, but

12  not limited to, such laws existing in the United Mexican States. MGA Mexico

13  further objects on the ground that the request, in seeking "each DOCUMENT" that

14  Mattel non-retained or destroyed, without regard to whether such non-retention or

15  destruction was unlawful, is not limited to the subject matter of this action and thus

16  lacks relevance and is impermissibly overbroad. See Aug. 13, 2007 Order at 9:17-20;

17  see also May 22, 2007 Order at 21:5-7. MGA Mexico further objects to this request

18  as being overly broad and unduly burdensome on the grounds that it is not limited in

19  geographical scope. MGA Mexico further objects to the request to the extent that it

20  seeks documents that by reason of public filing, public distribution or otherwise are

21  already in Mattel's possession or are readily accessible to Mattel. MGA Mexico

22  further objects to the request to the extent that it seeks documents not in MGA

23  Mexico's possession, custody or control. MGA Mexico further objects to the request

24  to the extent it seeks confidential, proprietary or commercially sensitive information,

25  the disclosure of which would be inimical to the business interests of MGA Mexico

26  or MGA. MGA Mexico further objects to the request to the extent it violates the

27  privacy rights of third parties to their private, confidential, proprietary or trade secret

28  information.

1    MGA Mexico further objects to this request as cumulative, duplicative, and
2  unduly burdensome to the extent that it seeks documents previously requested by
3  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response
4  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100
5  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible
6  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First
7  Set of Requests for Production of Documents and Things to Isaac Larian and
8  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of
9  Documents and Things to MGAE de Mexico S.R.L. de C.V.

10    Without waiving any of the foregoing General or Specific Objections, but
11  rather expressly preserving each and every such objection, MGA Mexico responds as
12  follows:  MGA Mexico will produce all non-privileged, responsive documents in its
13  possession, custody or control, if any, that it is able to locate following a reasonably
14  diligent search.

15  REQUEST FOR PRODUCTION NO. 395:

16    DOCUMENTS sufficient to IDENTIFY each DOCUMENT that YOU
17  contend that MATTEL "willful[ly] non-ret[ained or] destr[oyed]" after November 23,
18  2003, that MATTEL was obligated to retain or not destroy.

19  RESPONSE TO REQUEST FOR PRODUCTION NO. 395:

20    MGA Mexico incorporates by reference its General Response and General
21  Objections above, as though fully set forth herein and specifically incorporates
22  General Objection No. 15 (regarding Definitions), including without limitation MGA
23  Mexico's objection to the definition of the terms YOU, and its incorporated term
24  PERSON.  MGA Mexico further objects to the request to the extent it seeks the
25  production of documents that are protected from disclosure under any applicable
26  privilege, doctrine or immunity, including without limitation the attorney-client
27  privilege, the work product doctrine, the right of privacy, and all other privileges
28  recognized under the constitutional, statutory or decisional law of the United States

1 of America, the State of California or any other applicable jurisdiction, including, but

2 not limited to, such laws existing in the United Mexican States. MGA Mexico

3 further objects on the ground that the request, in seeking "each DOCUMENT" that

4 Mattel non-retained or destroyed although it was obligated to retain or not destroy

5 such document, without regard to whether breach of such "obligation" is at issue in

6 this lawsuit, is not limited to the subject matter of this action and thus lacks

7 relevance and is impermissibly overbroad. See Aug. 13, 2007 Order at 9:17-20; see

8 also May 22, 2007 Order at 21:5-7. MGA Mexico further objects to this request as

9 being overly broad and unduly burdensome on the grounds that it is not limited in

10 geographical scope. MGA Mexico further objects to the request to the extent that it

11 seeks documents that by reason of public filing, public distribution or otherwise are

12 already in Mattel's possession or are readily accessible to Mattel. MGA Mexico

13 further objects to the request to the extent that it seeks documents not in MGA

14 Mexico's possession, custody or control. MGA Mexico further objects to the request

15 to the extent it seeks confidential, proprietary or commercially sensitive information,

16 the disclosure of which would be inimical to the business interests of MGA Mexico

17 or MGA. MGA Mexico further objects to the request to the extent it violates the

18 privacy rights of third parties to their private, confidential, proprietary or trade secret

19 information.

20        MGA Mexico further objects to this request as cumulative, duplicative, and

21 unduly burdensome to the extent that it seeks documents previously requested by

22 Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

23 to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

24 in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

25 Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

26 Set of Requests for Production of Documents and Things to Isaac Larian and

27 Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

28 Documents and Things to MGAE de Mexico S.R.L. de C.V.

EXHIBIT __4__
PAGE ___/o2/___

1    Without waiving any of the foregoing General or Specific Objections, but

2  rather expressly preserving each and every such objection, MGA Mexico responds as

3  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

4  possession, custody or control, if any, that it is able to locate following a reasonably

5  diligent search.

6  REQUEST FOR PRODUCTION NO. 396:

7    All DOCUMENTS, including but not limited to all COMMUNICATIONS

8  with any PERSON, RELATING to YOUR actions in response to MATTEL

9  allegedly "taking all measures to conceal its bad acts, including the willful non-

10  retention and destruction of documents."

11  RESPONSE TO REQUEST FOR PRODUCTION NO. 396:

12    MGA Mexico incorporates by reference its General Response and General

13  Objections above, as though fully set forth herein and specifically incorporates

14  General Objection No. 15 (regarding Definitions), including without limitation MGA

15  Mexico's objection to the definition of the term YOUR, and its incorporated term

16  PERSON.  MGA Mexico further objects to the request to the extent it seeks the

17  production of documents that are protected from disclosure under any applicable

18  privilege, doctrine or immunity, including without limitation the attorney-client

19  privilege, the work product doctrine, the right of privacy, and all other privileges

20  recognized under the constitutional, statutory or decisional law of the United States

21  of America, the State of California or any other applicable jurisdiction, including, but

22  not limited to, such laws existing in the United Mexican States.  MGA Mexico

23  further objects to this request as being overly broad and unduly burdensome on the

24  grounds that it is not limited in time or geographical scope.  MGA Mexico further

25  objects to this request on the grounds that the phrase "[a]ll DOCUMENTS, including

26  but not limited to all COMMUNICATIONS with any PERSON, RELATING TO"

27  does not comply with the "reasonable particularity" requirement of Federal Rule of

28  Civil Procedure 34 and renders the request overly broad and unduly burdensome in

EXHIBIT ___4___
PAGE ___1022___

1  light of "the wealth of material already made available in this case."  <u>Westhemeco</u>

2  <u>Ltd. v. New Hampshire Ins. Co.</u>, 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA

3  Mexico further objects to the request to the extent that it seeks documents that by

4  reason of public filing, public distribution or otherwise are already in Mattel's

5  possession or are readily accessible to Mattel.  MGA Mexico further objects to the

6  request to the extent that it seeks documents not in MGA Mexico's possession,

7  custody or control.  MGA Mexico further objects to the request to the extent it seeks

8  confidential, proprietary or commercially sensitive information, the disclosure of

9  which would be inimical to the business interests of MGA Mexico or MGA.  MGA

10 Mexico further objects to the request to the extent it violates the privacy rights of

11 third parties to their private, confidential, proprietary or trade secret information.

12        MGA Mexico further objects to this request as cumulative, duplicative, and

13 unduly burdensome to the extent that it seeks documents previously requested by

14 Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

15 to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

16 in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

17 Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

18 Set of Requests for Production of Documents and Things to Isaac Larian and

19 Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

20 Documents and Things to MGAE de Mexico S.R.L. de C.V.

21        Without waiving any of the foregoing General or Specific Objections, but

22 rather expressly preserving each and every such objection, MGA Mexico responds as

23 follows:  MGA Mexico will produce all non-privileged, responsive documents in its

24 possession, custody or control, if any, that it is able to locate following a reasonably

25 diligent search.

26 <u>REQUEST FOR PRODUCTION NO. 397:</u>

27        All DOCUMENTS, including but not limited to all COMMUNICATIONS

28 with any PERSON, RELATING to any loss, harm, injury, increased expense, lost

EXHIBIT 4
PAGE 1023

1   revenue or profits, or any other damage caused to YOU by MATTEL allegedly
2   "taking all measures to conceal its bad acts, including the willful non-retention and
3   destruction of documents."
4   RESPONSE TO REQUEST FOR PRODUCTION NO. 397:
5           MGA Mexico incorporates by reference its General Response and General
6   Objections above, as though fully set forth herein and specifically incorporates
7   General Objection No. 15 (regarding Definitions), including without limitation MGA
8   Mexico's objection to the definition of the term YOU, and its incorporated term
9   PERSON. MGA Mexico further objects to the request to the extent it seeks the
10  production of documents that are protected from disclosure under any applicable
11  privilege, doctrine or immunity, including without limitation the attorney-client
12  privilege, the work product doctrine, the right of privacy, and all other privileges
13  recognized under the constitutional, statutory or decisional law of the United States
14  of America, the State of California or any other applicable jurisdiction, including, but
15  not limited to, such laws existing in the United Mexican States. MGA Mexico
16  further objects to this request as being overly broad and unduly burdensome on the
17  grounds that it is not limited in time or geographical scope. MGA Mexico further
18  objects to this request on the grounds that the phrase "[a]ll DOCUMENTS, including
19  but not limited to all COMMUNICATIONS with any PERSON, RELATING TO"
20  does not comply with the "reasonable particularity" requirement of Federal Rule of
21  Civil Procedure 34 and renders the request overly broad and unduly burdensome in
22  light of "the wealth of material already made available in this case." Westhemeco
23  Ltd. v. New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979). MGA
24  Mexico further objects that the phrase "any loss, harm, injury, increased expense,
25  lost revenue or profits, or any other damage" is compound and, as such, renders the
26  request vague, ambiguous, and unintelligible. MGA Mexico further objects to the
27  request to the extent that it seeks documents that by reason of public filing, public
28  distribution or otherwise are already in Mattel's possession or are readily accessible

EXHIBIT __4__
PAGE __1024__

1  to Mattel.  MGA Mexico further objects to the request to the extent that it seeks

2  documents not in MGA Mexico's possession, custody or control.  MGA Mexico

3  further objects to the request to the extent it seeks confidential, proprietary or

4  commercially sensitive information, the disclosure of which would be inimical to the

5  business interests of MGA Mexico or MGA.  MGA Mexico further objects to the

6  request to the extent it violates the privacy rights of third parties to their private,

7  confidential, proprietary or trade secret information.

8       MGA Mexico further objects to this request as cumulative, duplicative, and

9  unduly burdensome to the extent that it seeks documents previously requested by

10 Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

11 to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

12 in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

13 Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

14 Set of Requests for Production of Documents and Things to Isaac Larian and

15 Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

16 Documents and Things to MGAE de Mexico S.R.L. de C.V.

17      Without waiving any of the foregoing General or Specific Objections, but

18 rather expressly preserving each and every such objection, MGA Mexico responds as

19 follows:  MGA Mexico will produce all non-privileged, responsive documents in its

20 possession, custody or control, if any, that it is able to locate following a reasonably

21 diligent search.

22 REQUEST FOR PRODUCTION NO. 398:

23      All DOCUMENTS, including but not limited to all COMMUNICATIONS

24 with any PERSON, RELATING to YOU taking any measures or steps to conceal

25 YOUR acts or omissions, including, but not limited to, non-retention or destruction

26 of documents RELATED to this litigation.

27

28

RESPONSE TO REQUEST FOR PRODUCTION NO. 398:

MGA Mexico incorporates by reference its General Response and General Objections above, as though fully set forth herein and specifically incorporates General Objection No. 15 (regarding Definitions), including without limitation MGA Mexico's objection to the definition of the term YOUR, and its incorporated term PERSON. MGA Mexico further objects to the request to the extent it seeks the production of documents that are protected from disclosure under any applicable privilege, doctrine or immunity, including without limitation the attorney-client privilege, the work product doctrine, the right of privacy, and all other privileges recognized under the constitutional, statutory or decisional law of the United States of America, the State of California or any other applicable jurisdiction, including, but not limited to, such laws existing in the United Mexican States. MGA Mexico further objects to this request as being overly broad and unduly burdensome on the grounds that it is not limited in time or geographical scope. MGA Mexico further objects to this request on the grounds that the phrase "[a]ll DOCUMENTS, including but not limited to all COMMUNICATIONS with any PERSON, RELATING TO" does not comply with the "reasonable particularity" requirement of Federal Rule of Civil Procedure 34 and renders the request overly broad and unduly burdensome in light of "the wealth of material already made available in this case." Westhemeco Ltd. v. New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979). MGA Mexico further objects that the phrase "YOU taking any measures or steps to conceal YOUR acts or omissions, including, but not limited to, non-retention or destruction of documents RELATED to this litigation" is (1) accusatory and argumentative such that MGA Mexico would have to respond to the allegations of the request before providing any substantive response, see Zadrozny v. Board of Trustees District No. 508, 1991 WL 66705, at *1 (N.D. Ill. April 24, 1991), and (2) compound, rendering the request vague, ambiguous, and unintelligible. MGA Mexico further objects to the request to the extent that it seeks documents that by reason of public filing,

EXHIBIT __4__
PAGE __1026__

1  public distribution or otherwise are already in Mattel's possession or are readily

2  accessible to Mattel. MGA Mexico further objects to the request to the extent that it

3  seeks documents not in MGA Mexico's possession, custody or control. MGA

4  Mexico further objects to the request to the extent it seeks confidential, proprietary

5  or commercially sensitive information, the disclosure of which would be inimical to

6  the business interests of MGA Mexico or MGA. MGA Mexico further objects to the

7  request to the extent it violates the privacy rights of third parties to their private,

8  confidential, proprietary or trade secret information.

9  REQUEST FOR PRODUCTION NO. 399:

10      DOCUMENTS sufficient to IDENTIFY each DOCUMENT RELATED to

11  this litigation that YOU destroyed or failed to retain after November 23, 2003.

12  RESPONSE TO REQUEST FOR PRODUCTION NO. 399:

13      MGA Mexico incorporates by reference its General Response and General

14  Objections above, as though fully set forth herein and specifically incorporates

15  General Objection No. 15 (regarding Definitions), including without limitation MGA

16  Mexico's objection to the definition of the terms YOU, and its incorporated term

17  PERSON. MGA Mexico further objects to the request to the extent it seeks the

18  production of documents that are protected from disclosure under any applicable

19  privilege, doctrine or immunity, including without limitation the attorney-client

20  privilege, the work product doctrine, the right of privacy, and all other privileges

21  recognized under the constitutional, statutory or decisional law of the United States

22  of America, the State of California or any other applicable jurisdiction, including, but

23  not limited to, such laws existing in the United Mexican States. MGA Mexico

24  further objects on the ground that the request, in seeking "each DOCUMENT

25  RELATED TO this litigation that [MGA Mexico] destroyed or failed to retain," is

26  not limited to *unlawful* instances of destruction or failure to retain documents, which

27  instances of destruction or failure to retain are at issue in this litigation. Literally

28  every discarded draft of a discovery response is called for, regardless whether MGA

EXHIBIT __4__
PAGE __1027__

1   Mexico had any legal obligation to retain or preserve such draft or whether such

2   draft was discarded intentionally or inadvertently.  The request is therefore not

3   limited to the subject matter of this action and thus lacks relevance and is

4   impermissibly overbroad.  See Aug. 13, 2007 Order at 9:17-20; see also May 22,

5   2007 Order at 21:5-7.  MGA Mexico further objects to this request as being overly

6   broad and unduly burdensome on the grounds that it is not limited in geographical

7   scope.  MGA Mexico further objects to the request to the extent that it seeks

8   documents that by reason of public filing, public distribution or otherwise are already

9   in Mattel's possession or are readily accessible to Mattel.  MGA Mexico further

10  objects to the request to the extent that it seeks documents not in MGA Mexico's

11  possession, custody or control.  MGA Mexico further objects to the request to the

12  extent it seeks confidential, proprietary or commercially sensitive information, the

13  disclosure of which would be inimical to the business interests of MGA Mexico or

14  MGA.  MGA Mexico further objects to the request to the extent it violates the

15  privacy rights of third parties to their private, confidential, proprietary or trade secret

16  information.

17  REQUEST FOR PRODUCTION NO. 400:

18        All DOCUMENTS, including but not limited to all COMMUNICATIONS

19  with any PERSON, that REFER OR RELATE TO YOUR allegation that MATTEL

20  "believed from the time that Carter Bryant left Mattel's employ that he was going to

21  perform work for a Mattel competitor."

22  RESPONSE TO REQUEST FOR PRODUCTION NO. 400:

23        MGA Mexico incorporates by reference its General Response and General

24  Objections above, as though fully set forth herein and specifically incorporates

25  General Objection No. 15 (regarding Definitions), including without limitation MGA

26  Mexico's objection to the definition of the terms YOUR, and its incorporated term

27  PERSON.  MGA Mexico further objects to the request to the extent it seeks the

28  production of documents that are protected from disclosure under any applicable

EXHIBIT 4
PAGE 1028

1 privilege, doctrine or immunity, including without limitation the attorney-client

2 privilege, the work product doctrine, the right of privacy, and all other privileges

3 recognized under the constitutional, statutory or decisional law of the United States

4 of America, the State of California or any other applicable jurisdiction, including, but

5 not limited to, such laws existing in the United Mexican States.  MGA Mexico

6 further objects to this request on the grounds that the phrase "[a]ll DOCUMENTS,

7 including but not limited to all COMMUNICATIONS with any PERSON, that

8 REFER OR RELATE TO" does not comply with the "reasonable particularity"

9 requirement of Federal Rule of Civil Procedure 34 and renders the request overly

10 broad and unduly burdensome in light of "the wealth of material already made

11 available in this case." Westhemeco Ltd. v. New Hampshire Ins. Co., 82 F.R.D. 702,

12 709 (S.D.N.Y. 1979).  MGA Mexico further objects to this request as being overly

13 broad and unduly burdensome on the grounds that it is not limited in time or

14 geographical scope.  MGA Mexico further objects to the request to the extent that it

15 seeks documents that by reason of public filing, public distribution or otherwise are

16 already in Mattel's possession or are readily accessible to Mattel.  MGA Mexico

17 further objects to the request to the extent that it seeks documents not in MGA

18 Mexico's possession, custody or control.  MGA Mexico further objects to the request

19 to the extent it seeks confidential, proprietary or commercially sensitive information,

20 the disclosure of which would be inimical to the business interests of MGA Mexico

21 or MGA.  MGA Mexico further objects to the request to the extent it violates the

22 privacy rights of third parties to their private, confidential, proprietary or trade secret

23 information.

24        MGA Mexico further objects to this request as cumulative, duplicative, and

25 unduly burdensome to the extent that it seeks documents previously requested by

26 Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

27 to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

28 in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

EXHIBIT __4__
PAGE __1029__

1  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

2  Set of Requests for Production of Documents and Things to Isaac Larian and

3  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

4  Documents and Things to MGAE de Mexico S.R.L. de C.V.

5        Without waiving any of the foregoing General or Specific Objections, but

6  rather expressly preserving each and every such objection, MGA Mexico responds as

7  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

8  possession, custody or control, if any, that it is able to locate following a reasonably

9  diligent search.

10 REQUEST FOR PRODUCTION NO. 401:

11       All DOCUMENTS, including but not limited to all COMMUNICATIONS

12 with any PERSON, that YOU contend prove or that YOU will rely on at trial to

13 prove that MATTEL "believed from the time that Carter Bryant left Mattel's employ

14 that he was going to perform work for a Mattel competitor."

15 RESPONSE TO REQUEST FOR PRODUCTION NO. 401:

16       MGA Mexico incorporates by reference its General Response and General

17 Objections above, as though fully set forth herein and specifically incorporates

18 General Objection No. 15 (regarding Definitions), including without limitation MGA

19 Mexico's objection to the definition of the terms YOU, and its incorporated term

20 PERSON.  MGA Mexico further objects to the request to the extent it seeks the

21 production of documents that are protected from disclosure under any applicable

22 privilege, doctrine or immunity, including without limitation the attorney-client

23 privilege, the work product doctrine, the right of privacy, and all other privileges

24 recognized under the constitutional, statutory or decisional law of the United States

25 of America, the State of California or any other applicable jurisdiction, including, but

26 not limited to, such laws existing in the United Mexican States.  MGA Mexico

27 further objects to this request on the grounds that the phrase "[a]ll DOCUMENTS,

28 including but not limited to all COMMUNICATIONS with any PERSON" does not

MGA MEXICO'S RESPONSE TO MATTEL'S 2D SET OF REQUESTS FOR DOCS.   Case No. CV-04-9049 SGL

EXHIBIT __4__
PAGE __1030__

1  comply with the "reasonable particularity" requirement of Federal Rule of Civil
2  Procedure 34 and renders the request overly broad and unduly burdensome in light of
3  "the wealth of material already made available in this case." Westhemeco Ltd. v.
4  New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA Mexico
5  further objections on the ground that the phrase "that YOU contend prove or that
6  YOU will rely on at trial to prove" is compound and, as such, renders the request
7  vague, ambiguous and unintelligible.  MGA Mexico further objects to this request as
8  being overly broad and unduly burdensome on the grounds that it is not limited in
9  time or geographical scope.  MGA Mexico further objects to the request to the extent
10 that it seeks documents that by reason of public filing, public distribution or
11 otherwise are already in Mattel's possession or are readily accessible to Mattel.
12 MGA Mexico further objects to the request to the extent that it seeks documents not
13 in MGA Mexico's possession, custody or control.  MGA Mexico further objects to
14 the request to the extent it seeks confidential, proprietary or commercially sensitive
15 information, the disclosure of which would be inimical to the business interests of
16 MGA Mexico or MGA.  MGA Mexico further objects to the request to the extent it
17 violates the privacy rights of third parties to their private, confidential, proprietary or
18 trade secret information.

19      MGA Mexico further objects to this request as cumulative, duplicative, and
20 unduly burdensome to the extent that it seeks documents previously requested by
21 Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response
22 to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100
23 in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible
24 Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First
25 Set of Requests for Production of Documents and Things to Isaac Larian and
26 Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of
27 Documents and Things to MGAE de Mexico S.R.L. de C.V.
28

EXHIBIT __4__
PAGE __1031__

1   Without waiving any of the foregoing General or Specific Objections, but

2   rather expressly preserving each and every such objection, MGA Mexico responds as

3   follows:  MGA Mexico will produce all non-privileged, responsive documents in its

4   possession, custody or control, if any, that it is able to locate following a reasonably

5   diligent search.

6   REQUEST FOR PRODUCTION NO. 402:

7   DOCUMENTS sufficient to IDENTIFY all PERSONS with knowledge of

8   YOUR allegation that MATTEL "believed from the time that Carter Bryant left

9   Mattel's employ that he was going to perform work for a Mattel competitor."

10  RESPONSE TO REQUEST FOR PRODUCTION NO. 402:

11  MGA Mexico incorporates by reference its General Response and General

12  Objections above, as though fully set forth herein and specifically incorporates

13  General Objection No. 15 (regarding Definitions), including without limitation MGA

14  Mexico's objection to the definition of the terms YOUR, and its incorporated term

15  PERSON.  MGA Mexico further objects to the request to the extent it seeks the

16  production of documents that are protected from disclosure under any applicable

17  privilege, doctrine or immunity, including without limitation the attorney-client

18  privilege, the work product doctrine, the right of privacy, and all other privileges

19  recognized under the constitutional, statutory or decisional law of the United States

20  of America, the State of California or any other applicable jurisdiction, including, but

21  not limited to, such laws existing in the United Mexican States.  MGA Mexico

22  further objects to this request as being overly broad and unduly burdensome on the

23  grounds that it is not limited in time or geographical scope.  MGA Mexico further

24  objects to this request on the grounds that the phrase "all PERSONS with knowledge

25  of YOUR allegation" renders the request vague, ambiguous, overly broad and unduly

26  burdensome in that anyone who has read MGA Mexico's Answer in this matter has

27  "knowledge of [MGA Mexico's] allegation," without regard to whether the factual

28  basis for the allegation is known to them.  MGA Mexico further objects to the

MGA MEXICO'S RESPONSE TO MATTEL'S 2D SET OF REQUESTS FOR DOCS.   Case No. CV-04-9049 SGL

EXHIBIT  4
PAGE  1032

1    request to the extent that it seeks documents that by reason of public filing, public

2    distribution or otherwise are already in Mattel's possession or are readily accessible

3    to Mattel.  MGA Mexico further objects to the request to the extent that it seeks

4    documents not in MGA Mexico's possession, custody or control.  MGA Mexico

5    further objects to the request to the extent it seeks confidential, proprietary or

6    commercially sensitive information, the disclosure of which would be inimical to the

7    business interests of MGA Mexico or MGA.  MGA Mexico further objects to the

8    request to the extent it violates the privacy rights of third parties to their private,

9    confidential, proprietary or trade secret information.

10          MGA Mexico further objects to this request as cumulative, duplicative, and

11   unduly burdensome to the extent that it seeks documents previously requested by

12   Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

13   to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

14   in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

15   Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

16   Set of Requests for Production of Documents and Things to Isaac Larian and

17   Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

18   Documents and Things to MGAE de Mexico S.R.L. de C.V.

19          Without waiving any of the foregoing General or Specific Objections, but

20   rather expressly preserving each and every such objection, MGA Mexico responds as

21   follows:  MGA Mexico will produce all non-privileged, responsive documents in its

22   possession, custody or control, if any, that it is able to locate following a reasonably

23   diligent search.

24   REQUEST FOR PRODUCTION NO. 403:

25          DOCUMENTS sufficient to IDENTIFY all PERSONS who contend that

26   MATTEL "believed from the time that Carter Bryant left Mattel's employ that he

27   was going to perform work for a Mattel competitor."

28

MGA MEXICO'S RESPONSE TO MATTEL'S 2D SET OF REQUESTS FOR DOCS.   Case No. CV-04-9049 SGL

EXHIBIT __4__
PAGE __1033__

1  RESPONSE TO REQUEST FOR PRODUCTION NO. 403:

2      MGA Mexico incorporates by reference its General Response and General
3  Objections above, as though fully set forth herein and specifically incorporates
4  General Objection No. 15 (regarding Definitions), including without limitation MGA
5  Mexico's objection to the definition of the term PERSON.  MGA Mexico further
6  objects to the request to the extent it seeks the production of documents that are
7  protected from disclosure under any applicable privilege, doctrine or immunity,
8  including without limitation the attorney-client privilege, the work product doctrine,
9  the right of privacy, and all other privileges recognized under the constitutional,
10  statutory or decisional law of the United States of America, the State of California or
11  any other applicable jurisdiction, including, but not limited to, such laws existing in
12  the United Mexican States.  MGA Mexico further objects to this request as being
13  overly broad and unduly burdensome on the grounds that it is not limited in time or
14  geographical scope.  MGA Mexico further objects to the request to the extent that it
15  seeks documents that by reason of public filing, public distribution or otherwise are
16  already in Mattel's possession or are readily accessible to Mattel.  MGA Mexico
17  further objects to the request to the extent that it seeks documents not in MGA
18  Mexico's possession, custody or control.  MGA Mexico further objects to the request
19  to the extent it seeks confidential, proprietary or commercially sensitive information,
20  the disclosure of which would be inimical to the business interests of MGA Mexico
21  or MGA.  MGA Mexico further objects to the request to the extent it violates the
22  privacy rights of third parties to their private, confidential, proprietary or trade secret
23  information.

24      MGA Mexico further objects to this request as cumulative, duplicative, and
25  unduly burdensome to the extent that it seeks documents previously requested by
26  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response
27  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100
28  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

EXHIBIT __4__
PAGE __1034__

1  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First
2  Set of Requests for Production of Documents and Things to Isaac Larian and
3  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of
4  Documents and Things to MGAE de Mexico S.R.L. de C.V.
5      Without waiving any of the foregoing General or Specific Objections, but
6  rather expressly preserving each and every such objection, MGA Mexico responds as
7  follows:  MGA Mexico will produce all non-privileged, responsive documents in its
8  possession, custody or control, if any, that it is able to locate following a reasonably
9  diligent search.
10 REQUEST FOR PRODUCTION NO. 404:
11     All DOCUMENTS, including but not limited to all COMMUNICATIONS
12 with any PERSON, that REFER OR RELATE TO YOUR allegation that MATTEL
13 "began investigating Bryant and MGA Defendants, including Bryant's role in the
14 creation and development of Bratz, at least as early as March 2002."
15 RESPONSE TO REQUEST FOR PRODUCTION NO. 404:
16     MGA Mexico incorporates by reference its General Response and General
17 Objections above, as though fully set forth herein and specifically incorporates
18 General Objection No. 15 (regarding Definitions), including without limitation MGA
19 Mexico's objection to the definition of the term YOUR, and its incorporated term
20 PERSON.  MGA Mexico further objects to the request to the extent it seeks the
21 production of documents that are protected from disclosure under any applicable
22 privilege, doctrine or immunity, including without limitation the attorney-client
23 privilege, the work product doctrine, the right of privacy, and all other privileges
24 recognized under the constitutional, statutory or decisional law of the United States
25 of America, the State of California or any other applicable jurisdiction, including, but
26 not limited to, such laws existing in the United Mexican States.  MGA Mexico
27 further objects to this request as being overly broad and unduly burdensome on the
28 grounds that it is not limited in time or geographical scope.  MGA Mexico further

EXHIBIT __4__
PAGE __1035__

1   objects to this request on the grounds that the phrase "[a]ll DOCUMENTS, including
2   but not limited to all COMMUNICATIONS with any PERSON, that REFER OR
3   RELATE TO" does not comply with the "reasonable particularity" requirement of
4   Federal Rule of Civil Procedure 34 and renders the request overly broad and unduly
5   burdensome in light of "the wealth of material already made available in this case."
6   Westhemeco Ltd. v. New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).
7   MGA Mexico further objects to the request to the extent that it seeks documents that
8   by reason of public filing, public distribution or otherwise are already in Mattel's
9   possession or are readily accessible to Mattel.  MGA Mexico further objects to the
10  request to the extent that it seeks documents not in MGA Mexico's possession,
11  custody or control.  MGA Mexico further objects to the request to the extent it seeks
12  confidential, proprietary or commercially sensitive information, the disclosure of
13  which would be inimical to the business interests of MGA Mexico or MGA.  MGA
14  Mexico further objects to the request to the extent it violates the privacy rights of
15  third parties to their private, confidential, proprietary or trade secret information.
16      MGA Mexico further objects to this request as cumulative, duplicative, and
17  unduly burdensome to the extent that it seeks documents previously requested by
18  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response
19  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100
20  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible
21  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First
22  Set of Requests for Production of Documents and Things to Isaac Larian and
23  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of
24  Documents and Things to MGAE de Mexico S.R.L. de C.V.
25      Without waiving any of the foregoing General or Specific Objections, but
26  rather expressly preserving each and every such objection, MGA Mexico responds as
27  follows:  MGA Mexico will produce all non-privileged, responsive documents in its
28

EXHIBIT __4__
PAGE __1036__

1 possession, custody or control, if any, that it is able to locate following a reasonably

2 diligent search.

3 REQUEST FOR PRODUCTION NO. 405:

4       All DOCUMENTS, including but not limited to all COMMUNICATIONS

5 with any PERSON, that YOU contend prove or that YOU will rely on at trial to

6 prove that MATTEL "began investigating Bryant and MGA Defendants, including

7 Bryant's role in the creation and development of Bratz, at least as early as March

8 2002."

9 RESPONSE TO REQUEST FOR PRODUCTION NO. 405:

10       MGA Mexico incorporates by reference its General Response and General

11 Objections above, as though fully set forth herein and specifically incorporates

12 General Objection No. 15 (regarding Definitions), including without limitation MGA

13 Mexico's objection to the definition of the term YOU, and its incorporated term

14 PERSON.  MGA Mexico further objects to the request to the extent it seeks the

15 production of documents that are protected from disclosure under any applicable

16 privilege, doctrine or immunity, including without limitation the attorney-client

17 privilege, the work product doctrine, the right of privacy, and all other privileges

18 recognized under the constitutional, statutory or decisional law of the United States

19 of America, the State of California or any other applicable jurisdiction, including, but

20 not limited to, such laws existing in the United Mexican States.  MGA Mexico

21 further objects to this request as being overly broad and unduly burdensome on the

22 grounds that it is not limited in time or geographical scope.  MGA Mexico further

23 objects to this request on the grounds that the phrase "[a]ll DOCUMENTS, including

24 but not limited to all COMMUNICATIONS with any PERSON" does not comply

25 with the "reasonable particularity" requirement of Federal Rule of Civil Procedure 34

26 and renders the request overly broad and unduly burdensome in light of "the wealth

27 of material already made available in this case."  Westhemeco Ltd. v. New

28 Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA Mexico further

667

EXHIBIT *9*

PAGE __*1037*__

1   objects that the phrase "that YOU contend prove or that YOU will rely on at trial to
2   prove" is compound and, as such, renders the request vague, ambiguous, and
3   unintelligible.  MGA Mexico further objects to the request to the extent that it seeks
4   documents that by reason of public filing, public distribution or otherwise are already
5   in Mattel's possession or are readily accessible to Mattel.  MGA Mexico further
6   objects to the request to the extent that it seeks documents not in MGA Mexico's
7   possession, custody or control.  MGA Mexico further objects to the request to the
8   extent it seeks confidential, proprietary or commercially sensitive information, the
9   disclosure of which would be inimical to the business interests of MGA Mexico or
10  MGA.  MGA Mexico further objects to the request to the extent it violates the
11  privacy rights of third parties to their private, confidential, proprietary or trade secret
12  information.

13       MGA Mexico further objects to this request as cumulative, duplicative, and
14  unduly burdensome to the extent that it seeks documents previously requested by
15  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response
16  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100
17  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible
18  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First
19  Set of Requests for Production of Documents and Things to Isaac Larian and
20  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of
21  Documents and Things to MGAE de Mexico S.R.L. de C.V.

22       Without waiving any of the foregoing General or Specific Objections, but
23  rather expressly preserving each and every such objection, MGA Mexico responds as
24  follows:  MGA Mexico will produce all non-privileged, responsive documents in its
25  possession, custody or control, if any, that it is able to locate following a reasonably
26  diligent search.

27
28

MGA MEXICO'S RESPONSE TO MATTEL'S 2D SET OF REQUESTS FOR DOCS.   Case No. CV-04-9049 SGL

EXHIBIT __4__
PAGE __1038__

1  REQUEST FOR PRODUCTION NO. 406:

2      DOCUMENTS sufficient to IDENTIFY all PERSONS with knowledge of

3  YOUR allegation that MATTEL "began investigating Bryant and MGA Defendants,

4  including Bryant's role in the creation and development of Bratz, at least as early as

5  March 2002."

6  RESPONSE TO REQUEST FOR PRODUCTION NO. 406:

7      MGA Mexico incorporates by reference its General Response and General

8  Objections above, as though fully set forth herein and specifically incorporates

9  General Objection No. 15 (regarding Definitions), including without limitation MGA

10  Mexico's objection to the definition of the terms YOUR, and its incorporated term

11  PERSON.  MGA Mexico further objects to the request to the extent it seeks the

12  production of documents that are protected from disclosure under any applicable

13  privilege, doctrine or immunity, including without limitation the attorney-client

14  privilege, the work product doctrine, the right of privacy, and all other privileges

15  recognized under the constitutional, statutory or decisional law of the United States

16  of America, the State of California or any other applicable jurisdiction, including, but

17  not limited to, such laws existing in the United Mexican States.  MGA Mexico

18  further objects to this request as being overly broad and unduly burdensome on the

19  grounds that it is not limited in time or geographical scope.  MGA Mexico further

20  objects to this request on the grounds that the phrase "all PERSONS with knowledge

21  of YOUR allegation" renders the request vague, ambiguous, overly broad and unduly

22  burdensome in that anyone who has read MGA Mexico's Answer in this matter has

23  "knowledge of [MGA Mexico's] allegation," without regard to whether the factual

24  basis for the allegation is known to them.  MGA Mexico further objects to the

25  request to the extent that it seeks documents that by reason of public filing, public

26  distribution or otherwise are already in Mattel's possession or are readily accessible

27  to Mattel.  MGA Mexico further objects to the request to the extent that it seeks

28  documents not in MGA Mexico's possession, custody or control.  MGA Mexico

EXHIBIT __4__

PAGE __1039__

1  further objects to the request to the extent it seeks confidential, proprietary or

2  commercially sensitive information, the disclosure of which would be inimical to the

3  business interests of MGA Mexico or MGA.  MGA Mexico further objects to the

4  request to the extent it violates the privacy rights of third parties to their private,

5  confidential, proprietary or trade secret information.

6      MGA Mexico further objects to this request as cumulative, duplicative, and

7  unduly burdensome to the extent that it seeks documents previously requested by

8  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

9  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

10 in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

11 Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

12 Set of Requests for Production of Documents and Things to Isaac Larian and

13 Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

14 Documents and Things to MGAE de Mexico S.R.L. de C.V.

15     Without waiving any of the foregoing General or Specific Objections, but

16 rather expressly preserving each and every such objection, MGA Mexico responds as

17 follows:  MGA Mexico will produce all non-privileged, responsive documents in its

18 possession, custody or control, if any, that it is able to locate following a reasonably

19 diligent search.

20 REQUEST FOR PRODUCTION NO. 407:

21     DOCUMENTS sufficient to IDENTIFY all PERSONS who contend that

22 MATTEL "began investigating Bryant and MGA Defendants, including Bryant's role

23 in the creation and development of Bratz, at least as early as March 2002."

24 RESPONSE TO REQUEST FOR PRODUCTION NO. 407:

25     MGA Mexico incorporates by reference its General Response and General

26 Objections above, as though fully set forth herein and specifically incorporates

27 General Objection No. 15 (regarding Definitions), including without limitation MGA

28 Mexico's objection to the definition of the term PERSON.  MGA Mexico further

EXHIBIT  4
PAGE __1046__

1   objects to the request to the extent it seeks the production of documents that are

2   protected from disclosure under any applicable privilege, doctrine or immunity,

3   including without limitation the attorney-client privilege, the work product doctrine,

4   the right of privacy, and all other privileges recognized under the constitutional,

5   statutory or decisional law of the United States of America, the State of California or

6   any other applicable jurisdiction, including, but not limited to, such laws existing in

7   the United Mexican States.  MGA Mexico further objects to this request as being

8   overly broad and unduly burdensome on the grounds that it is not limited in time or

9   geographical scope.  MGA Mexico further objects to the request to the extent that it

10   seeks documents that by reason of public filing, public distribution or otherwise are

11   already in Mattel's possession or are readily accessible to Mattel.  MGA Mexico

12   further objects to the request to the extent that it seeks documents not in MGA

13   Mexico's possession, custody or control.  MGA Mexico further objects to the request

14   to the extent it seeks confidential, proprietary or commercially sensitive information,

15   the disclosure of which would be inimical to the business interests of MGA Mexico

16   or MGA.  MGA Mexico further objects to the request to the extent it violates the

17   privacy rights of third parties to their private, confidential, proprietary or trade secret

18   information.

19        MGA Mexico further objects to this request as cumulative, duplicative, and

20   unduly burdensome to the extent that it seeks documents previously requested by

21   Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

22   to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

23   in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

24   Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

25   Set of Requests for Production of Documents and Things to Isaac Larian and

26   Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

27   Documents and Things to MGAE de Mexico S.R.L. de C.V.

28

EXHIBIT  4

PAGE  1641

1    Without waiving any of the foregoing General or Specific Objections, but

2  rather expressly preserving each and every such objection, MGA Mexico responds as

3  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

4  possession, custody or control, if any, that it is able to locate following a reasonably

5  diligent search.

6  REQUEST FOR PRODUCTION NO. 408:

7    All DOCUMENTS, including but not limited to all COMMUNICATIONS

8  with any PERSON, that REFER OR RELATE TO any investigation by YOU or any

9  other PERSON RELATING TO any PERSON'S work for or employment by

10  MATTEL, including without limitation, Carter Bryant's work for and employment

11  by MATTEL, at any time since January 1, 1998.

12  RESPONSE TO REQUEST FOR PRODUCTION NO. 408:

13    MGA Mexico incorporates by reference its General Response and General

14  Objections above, as though fully set forth herein and specifically incorporates

15  General Objection No. 15 (regarding Definitions), including without limitation MGA

16  Mexico's objection to the definition of the term YOU, and its incorporated term

17  PERSON.  MGA Mexico further objects to the request to the extent it seeks the

18  production of documents that are protected from disclosure under any applicable

19  privilege, doctrine or immunity, including without limitation the attorney-client

20  privilege, the work product doctrine, the right of privacy, and all other privileges

21  recognized under the constitutional, statutory or decisional law of the United States

22  of America, the State of California or any other applicable jurisdiction, including, but

23  not limited to, such laws existing in the United Mexican States.  MGA Mexico

24  further objects to this request as being overly broad and unduly burdensome on the

25  grounds that it is not reasonably limited in time or geographical scope.  MGA

26  Mexico further objects to this request on the grounds that the phrase "[a]ll

27  DOCUMENTS, including but not limited to all COMMUNICATIONS with any

28  PERSON, that REFER OR RELATE TO" does not comply with the "reasonable

EXHIBIT 4
PAGE 1042

1  particularity" requirement of Federal Rule of Civil Procedure 34 and renders the
2  request overly broad and unduly burdensome in light of "the wealth of material
3  already made available in this case."  <u>Westhemeco Ltd. v. New Hampshire Ins. Co.</u>,
4  82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA Mexico further objects that the phrase
5  "any investigation by YOU or any other PERSON RELATING TO any PERSON'S
6  work for or employment by MATTEL, including without limitation, Carter Bryant's
7  work for and employment by MATTEL" is compound and, as such, renders the
8  request vague, ambiguous, and unintelligible.  MGA Mexico further objects to the
9  request to the extent that it seeks documents that by reason of public filing, public
10 distribution or otherwise are already in Mattel's possession or are readily accessible
11 to Mattel.  MGA Mexico further objects to the request to the extent that it seeks
12 documents not in MGA Mexico's possession, custody or control.  MGA Mexico
13 further objects to the request to the extent it seeks confidential, proprietary or
14 commercially sensitive information, the disclosure of which would be inimical to the
15 business interests of MGA Mexico or MGA.  MGA Mexico further objects to the
16 request to the extent it violates the privacy rights of third parties to their private,
17 confidential, proprietary or trade secret information.
18     MGA Mexico further objects to this request as cumulative, duplicative, and
19 unduly burdensome to the extent that it seeks documents previously requested by
20 Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response
21 to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100
22 in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible
23 Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First
24 Set of Requests for Production of Documents and Things to Isaac Larian and
25 Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of
26 Documents and Things to MGAE de Mexico S.R.L. de C.V.
27     Without waiving any of the foregoing General or Specific Objections, but
28 rather expressly preserving each and every such objection, MGA Mexico responds as

EXHIBIT  4
PAGE  1043

1   follows:  MGA Mexico will produce all non-privileged, responsive documents in its

2   possession, custody or control, if any, that it is able to locate following a reasonably

3   diligent search.

4   REQUEST FOR PRODUCTION NO. 409:

5        All DOCUMENTS, including but not limited to all COMMUNICATIONS

6   with any PERSON, that REFER OR RELATE TO YOUR knowledge or belief that

7   any PERSON employed by YOU was performing work or intended to perform work

8   for any competitor of YOURS.

9   RESPONSE TO REQUEST FOR PRODUCTION NO. 409:

10       MGA Mexico incorporates by reference its General Response and General

11   Objections above, as though fully set forth herein and specifically incorporates

12   General Objection No. 15 (regarding Definitions), including without limitation MGA

13   Mexico's objection to the definition of the term YOU, and its incorporated term

14   PERSON.  MGA Mexico further objects to the request to the extent it seeks the

15   production of documents that are protected from disclosure under any applicable

16   privilege, doctrine or immunity, including without limitation the attorney-client

17   privilege, the work product doctrine, the right of privacy, and all other privileges

18   recognized under the constitutional, statutory or decisional law of the United States

19   of America, the State of California or any other applicable jurisdiction, including, but

20   not limited to, such laws existing in the United Mexican States.  MGA Mexico

21   further objects to this request as being overly broad and unduly burdensome on the

22   grounds that it is not reasonably limited in time or geographical scope.  MGA

23   Mexico further objects to this request on the grounds that the phrase "[a]ll

24   DOCUMENTS, including but not limited to all COMMUNICATIONS with any

25   PERSON, that REFER OR RELATE TO" does not comply with the "reasonable

26   particularity" requirement of Federal Rule of Civil Procedure 34 and renders the

27   request overly broad and unduly burdensome in light of "the wealth of material

28   already made available in this case."  Westhemeco Ltd. v. New Hampshire Ins. Co.,

674

EXHIBIT  4
PAGE  1044

1  82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA Mexico further objects that the phrase

2  "YOUR knowledge or belief that any PERSON employed by YOU was performing

3  work or intended to perform work for any competitor of YOURS" is compound and,

4  as such, renders the request vague, ambiguous, and unintelligible.  MGA Mexico

5  further objects to the request to the extent that it seeks documents that by reason of

6  public filing, public distribution or otherwise are already in Mattel's possession or

7  are readily accessible to Mattel.  MGA Mexico further objects to the request to the

8  extent that it seeks documents not in MGA Mexico's possession, custody or control.

9  MGA Mexico further objects to the request to the extent it seeks confidential,

10  proprietary or commercially sensitive information, the disclosure of which would be

11  inimical to the business interests of MGA Mexico or MGA.  MGA Mexico further

12  objects to the request to the extent it violates the privacy rights of third parties to

13  their private, confidential, proprietary or trade secret information.

14      MGA Mexico further objects to this request as cumulative, duplicative, and

15  unduly burdensome to the extent that it seeks documents previously requested by

16  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

17  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

18  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

19  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

20  Set of Requests for Production of Documents and Things to Isaac Larian and

21  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

22  Documents and Things to MGAE de Mexico S.R.L. de C.V.

23      Without waiving any of the foregoing General or Specific Objections, but

24  rather expressly preserving each and every such objection, MGA Mexico responds as

25  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

26  possession, custody or control, if any, that it is able to locate following a reasonably

27  diligent search.

28

MGA MEXICO'S RESPONSE TO MATTEL'S 2D SET OF REQUESTS FOR DOCS.   Case No. CV-04-9049 SGL

EXHIBIT  4
PAGE  1045

1  REQUEST FOR PRODUCTION NO. 410:

2      All DOCUMENTS, including but not limited to all COMMUNICATIONS

3  with any PERSON, that REFER OR RELATE TO any statements, threats or

4  warnings by YOU to any PERSON RELATING TO such PERSON'S performing

5  work or intending to perform work for any competitor of YOURS, including without

6  limitation, such COMMUNICATIONS RELATING to such PERSON'S contractual

7  or legal obligations to YOU.

8  RESPONSE TO REQUEST FOR PRODUCTION NO. 410:

9      MGA Mexico incorporates by reference its General Response and General

10  Objections above, as though fully set forth herein and specifically incorporates

11  General Objection No. 15 (regarding Definitions), including without limitation MGA

12  Mexico's objection to the definition of the term YOU, and its incorporated term

13  PERSON.  MGA Mexico further objects to the request to the extent it seeks the

14  production of documents that are protected from disclosure under any applicable

15  privilege, doctrine or immunity, including without limitation the attorney-client

16  privilege, the work product doctrine, the right of privacy, and all other privileges

17  recognized under the constitutional, statutory or decisional law of the United States

18  of America, the State of California or any other applicable jurisdiction, including, but

19  not limited to, such laws existing in the United Mexican States.  MGA Mexico

20  further objects to this request as being overly broad and unduly burdensome on the

21  grounds that it is not reasonably limited in time or geographical scope.  MGA

22  Mexico further objects to this request on the grounds that the phrase "[a]ll

23  DOCUMENTS, including but not limited to all COMMUNICATIONS with any

24  PERSON, that REFER OR RELATE TO" does not comply with the "reasonable

25  particularity" requirement of Federal Rule of Civil Procedure 34 and renders the

26  request overly broad and unduly burdensome in light of "the wealth of material

27  already made available in this case."  Westhemeco Ltd. v. New Hampshire Ins. Co.,

28  82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA Mexico further objects that the phrase

EXHIBIT __4__
PAGE __1046__

1   "any statements, threats or warnings by YOU to any PERSON RELATING TO such

2   PERSON'S performing work or intending to perform work for any competitor of

3   YOURS, including without limitation, such COMMUNICATIONS RELATING to

4   such PERSON'S contractual or legal obligations to YOU" is compound and, as such,

5   renders the request vague, ambiguous, and unintelligible.  MGA Mexico further

6   objects to the request to the extent that it seeks documents that by reason of public

7   filing, public distribution or otherwise are already in Mattel's possession or are

8   readily accessible to Mattel.  MGA Mexico further objects to the request to the

9   extent that it seeks documents not in MGA Mexico's possession, custody or control.

10  MGA Mexico further objects to the request to the extent it seeks confidential,

11  proprietary or commercially sensitive information, the disclosure of which would be

12  inimical to the business interests of MGA Mexico or MGA.  MGA Mexico further

13  objects to the request to the extent it violates the privacy rights of third parties to

14  their private, confidential, proprietary or trade secret information.

15          MGA Mexico further objects to this request as cumulative, duplicative, and

16  unduly burdensome to the extent that it seeks documents previously requested by

17  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

18  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

19  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

20  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

21  Set of Requests for Production of Documents and Things to Isaac Larian and

22  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

23  Documents and Things to MGAE de Mexico S.R.L. de C.V.

24          Without waiving any of the foregoing General or Specific Objections, but

25  rather expressly preserving each and every such objection, MGA Mexico responds as

26  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

27  possession, custody or control, if any, that it is able to locate following a reasonably

28  diligent search.

EXHIBIT __4__
PAGE __1047__

1  REQUEST FOR PRODUCTION NO. 411:

2      DOCUMENTS sufficient to show YOUR policies, practices or actions

3  RELATING TO the departure of any PERSON from YOUR employ who is leaving

4  to perform work or intends to perform work for any competitor of YOURS.

5  RESPONSE TO REQUEST FOR PRODUCTION NO. 411:

6      MGA Mexico incorporates by reference its General Response and General

7  Objections above, as though fully set forth herein and specifically incorporates

8  General Objection No. 15 (regarding Definitions), including without limitation MGA

9  Mexico's objection to the definition of the term YOUR, and its incorporated term

10  PERSON.  MGA Mexico further objects to the request to the extent it seeks the

11  production of documents that are protected from disclosure under any applicable

12  privilege, doctrine or immunity, including without limitation the attorney-client

13  privilege, the work product doctrine, the right of privacy, and all other privileges

14  recognized under the constitutional, statutory or decisional law of the United States

15  of America, the State of California or any other applicable jurisdiction, including, but

16  not limited to, such laws existing in the United Mexican States.  MGA Mexico

17  further objects to this request as being overly broad and unduly burdensome on the

18  grounds that it is not reasonably limited in time or geographical scope.  MGA

19  Mexico further objects that the phrase "YOUR policies, practices or actions

20  RELATING TO the departure of any PERSON from YOUR employ who is leaving

21  to perform work or intends to perform work for any competitor of YOURS" is

22  compound and, as such, renders the request vague, ambiguous, and unintelligible.

23  MGA Mexico further objects to the request to the extent that it seeks documents that

24  by reason of public filing, public distribution or otherwise are already in Mattel's

25  possession or are readily accessible to Mattel.  MGA Mexico further objects to the

26  request to the extent that it seeks documents not in MGA Mexico's possession,

27  custody or control.  MGA Mexico further objects to the request to the extent it seeks

28  confidential, proprietary or commercially sensitive information, the disclosure of

678

EXHIBIT __4__
PAGE __1048__

1  which would be inimical to the business interests of MGA Mexico or MGA.  MGA

2  Mexico further objects to the request to the extent it violates the privacy rights of

3  third parties to their private, confidential, proprietary or trade secret information.

4  REQUEST FOR PRODUCTION NO. 412:

5       To the extent not produced in response to any other Request for Production, all

6  DOCUMENTS, including but not limited to all COMMUNICATIONS with any

7  PERSON, that REFER OR RELATE TO YOUR allegation that "Mattel's

8  counterclaims are barred in whole or in part by Mattel's unclean hands and wrongful

9  hands."

10 RESPONSE TO REQUEST FOR PRODUCTION NO. 412:

11      MGA Mexico incorporates by reference its General Response and General

12 Objections above, as though fully set forth herein and specifically incorporates

13 General Objection No. 15 (regarding Definitions), including without limitation MGA

14 Mexico's objection to the definition of the term YOUR, and its incorporated term

15 PERSON.  MGA Mexico further objects to the request to the extent it seeks the

16 production of documents that are protected from disclosure under any applicable

17 privilege, doctrine or immunity, including without limitation the attorney-client

18 privilege, the work product doctrine, the right of privacy, and all other privileges

19 recognized under the constitutional, statutory or decisional law of the United States

20 of America, the State of California or any other applicable jurisdiction, including, but

21 not limited to, such laws existing in the United Mexican States.  MGA Mexico

22 further objects to this request as being overly broad and unduly burdensome on the

23 grounds that it is not limited in time or geographical scope.  MGA Mexico further

24 objects to this request on the grounds that the phrase "[a]ll DOCUMENTS, including

25 but not limited to all COMMUNICATIONS with any PERSON, that REFER OR

26 RELATE TO" does not comply with the "reasonable particularity" requirement of

27 Federal Rule of Civil Procedure 34 and renders the request overly broad and unduly

28 burdensome in light of "the wealth of material already made available in this case."

EXHIBIT 4
PAGE 1049

1 | Westhemeco Ltd. v. New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).

2 | MGA Mexico further objects to the request to the extent that it seeks documents that

3 | by reason of public filing, public distribution or otherwise are already in Mattel's

4 | possession or are readily accessible to Mattel.  MGA Mexico further objects to the

5 | request to the extent that it seeks documents not in MGA Mexico's possession,

6 | custody or control.  MGA Mexico further objects to the request to the extent it seeks

7 | confidential, proprietary or commercially sensitive information, the disclosure of

8 | which would be inimical to the business interests of MGA Mexico or MGA.  MGA

9 | Mexico further objects to the request to the extent it violates the privacy rights of

10 | third parties to their private, confidential, proprietary or trade secret information.

11 | MGA Mexico further objects to this request as cumulative, duplicative, and

12 | unduly burdensome to the extent that it seeks documents previously requested by

13 | Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

14 | to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

15 | in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

16 | Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

17 | Set of Requests for Production of Documents and Things to Isaac Larian and

18 | Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

19 | Documents and Things to MGAE de Mexico S.R.L. de C.V.

20 | Without waiving any of the foregoing General or Specific Objections, but

21 | rather expressly preserving each and every such objection, MGA Mexico responds as

22 | follows:  MGA Mexico will produce all non-privileged, responsive documents in its

23 | possession, custody or control, if any, that it is able to locate following a reasonably

24 | diligent search.

25 | REQUEST FOR PRODUCTION NO. 413:

26 | To the extent not produced in response to any other Request for Production, all

27 | DOCUMENTS, including but not limited to all COMMUNICATIONS with any

28 | PERSON, that YOU contend prove or that YOU will rely on at trial to prove that

EXHIBIT __4__
PAGE __1050__

1  "Mattel's counterclaims are barred in whole or in part by Mattel's unclean hands and

2  wrongful hands."

3  RESPONSE TO REQUEST FOR PRODUCTION NO. 413:

4       MGA Mexico incorporates by reference its General Response and General

5  Objections above, as though fully set forth herein and specifically incorporates

6  General Objection No. 15 (regarding Definitions), including without limitation MGA

7  Mexico's objection to the definition of the term YOU, and its incorporated term

8  PERSON.  MGA Mexico further objects to the request to the extent it seeks the

9  production of documents that are protected from disclosure under any applicable

10  privilege, doctrine or immunity, including without limitation the attorney-client

11  privilege, the work product doctrine, the right of privacy, and all other privileges

12  recognized under the constitutional, statutory or decisional law of the United States

13  of America, the State of California or any other applicable jurisdiction, including, but

14  not limited to, such laws existing in the United Mexican States.  MGA Mexico

15  further objects to this request as being overly broad and unduly burdensome on the

16  grounds that it is not limited in time or geographical scope.  MGA Mexico further

17  objects to this request on the grounds that the phrase "[a]ll DOCUMENTS, including

18  but not limited to all COMMUNICATIONS with any PERSON" does not comply

19  with the "reasonable particularity" requirement of Federal Rule of Civil Procedure 34

20  and renders the request overly broad and unduly burdensome in light of "the wealth

21  of material already made available in this case."  Westhemeco Ltd. v. New

22  Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA Mexico further

23  objects that the phrase "that YOU contend prove or that YOU will rely on at trial to

24  prove" is compound and, as such, renders the request vague, ambiguous, and

25  unintelligible.  MGA Mexico further objects to the request to the extent that it seeks

26  documents that by reason of public filing, public distribution or otherwise are already

27  in Mattel's possession or are readily accessible to Mattel.  MGA Mexico further

28  objects to the request to the extent that it seeks documents not in MGA Mexico's

EXHIBIT __4__
PAGE ___1051___

1 | possession, custody or control.  MGA Mexico further objects to the request to the
2 | extent it seeks confidential, proprietary or commercially sensitive information, the
3 | disclosure of which would be inimical to the business interests of MGA Mexico or
4 | MGA.  MGA Mexico further objects to the request to the extent it violates the
5 | privacy rights of third parties to their private, confidential, proprietary or trade secret
6 | information.
7 |      MGA Mexico further objects to this request as cumulative, duplicative, and
8 | unduly burdensome to the extent that it seeks documents previously requested by
9 | Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response
10 | to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100
11 | in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible
12 | Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First
13 | Set of Requests for Production of Documents and Things to Isaac Larian and
14 | Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of
15 | Documents and Things to MGAE de Mexico S.R.L. de C.V.
16 |      Without waiving any of the foregoing General or Specific Objections, but
17 | rather expressly preserving each and every such objection, MGA Mexico responds as
18 | follows:  MGA Mexico will produce all non-privileged, responsive documents in its
19 | possession, custody or control, if any, that it is able to locate following a reasonably
20 | diligent search.
21 | REQUEST FOR PRODUCTION NO. 414:
22 |      To the extent not produced in response to any other Request for Production,
23 | DOCUMENTS sufficient to IDENTIFY all PERSONS who have knowledge of the
24 | factual bases for YOUR contention that "Mattel's counterclaims are barred in whole
25 | or in part by Mattel's unclean hands and wrongful hands."
26 | RESPONSE TO REQUEST FOR PRODUCTION NO. 414:
27 |      MGA Mexico incorporates by reference its General Response and General
28 | Objections above, as though fully set forth herein and specifically incorporates

EXHIBIT __4__
PAGE __1052__

1  General Objection No. 15 (regarding Definitions), including without limitation MGA

2  Mexico's objection to the definition of the term YOUR, and its incorporated term

3  PERSON.  MGA Mexico further objects to the request to the extent it seeks the

4  production of documents that are protected from disclosure under any applicable

5  privilege, doctrine or immunity, including without limitation the attorney-client

6  privilege, the work product doctrine, the right of privacy, and all other privileges

7  recognized under the constitutional, statutory or decisional law of the United States

8  of America, the State of California or any other applicable jurisdiction, including, but

9  not limited to, such laws existing in the United Mexican States.  MGA Mexico

10  further objects to this request as being overly broad and unduly burdensome on the

11  grounds that it is not limited in time or geographical scope.  MGA Mexico further

12  objects to this request on the grounds that the phrase "all persons with knowledge of

13  YOUR contention" renders the request vague, ambiguous, overly broad and unduly

14  burdensome in that anyone who has read MGA Mexico's filings in this matter has

15  "knowledge of [MGA Mexico's] contention," without regard to whether the factual

16  basis for the allegation is known to them.  MGA Mexico further objects to the

17  request to the extent that it seeks documents that by reason of public filing, public

18  distribution or otherwise are already in Mattel's possession or are readily accessible

19  to Mattel.  MGA Mexico further objects to the request to the extent that it seeks

20  documents not in MGA Mexico's possession, custody or control.  MGA Mexico

21  further objects to the request to the extent it seeks confidential, proprietary or

22  commercially sensitive information, the disclosure of which would be inimical to the

23  business interests of MGA Mexico or MGA.  MGA Mexico further objects to the

24  request to the extent it violates the privacy rights of third parties to their private,

25  confidential, proprietary or trade secret information.

26       MGA Mexico further objects to this request as cumulative, duplicative, and

27  unduly burdensome to the extent that it seeks documents previously requested by

28  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

EXHIBIT 4
PAGE 1053

1 to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100
2 in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible
3 Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First
4 Set of Requests for Production of Documents and Things to Isaac Larian and
5 Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of
6 Documents and Things to MGAE de Mexico S.R.L. de C.V.
7        Without waiving any of the foregoing General or Specific Objections, but
8 rather expressly preserving each and every such objection, MGA Mexico responds as
9 follows: MGA Mexico will produce all non-privileged, responsive documents in its
10 possession, custody or control, if any, that it is able to locate following a reasonably
11 diligent search.
12 REQUEST FOR PRODUCTION NO. 415:
13        To the extent not produced in response to any other Request for Production, all
14 DOCUMENTS to IDENTIFY each factual allegation in support of YOUR
15 contention that "Mattel's counterclaims are barred in whole or in part by Mattel's
16 unclean hands and wrongful hands."
17 RESPONSE TO REQUEST FOR PRODUCTION NO. 415:
18        MGA Mexico incorporates by reference its General Response and General
19 Objections above, as though fully set forth herein and specifically incorporates
20 General Objection No. 15 (regarding Definitions), including without limitation MGA
21 Mexico's objection to the definition of the term YOUR, and its incorporated term
22 PERSON. MGA Mexico further objects to the request to the extent it seeks the
23 production of documents that are protected from disclosure under any applicable
24 privilege, doctrine or immunity, including without limitation the attorney-client
25 privilege, the work product doctrine, the right of privacy, and all other privileges
26 recognized under the constitutional, statutory or decisional law of the United States
27 of America, the State of California or any other applicable jurisdiction, including, but
28 not limited to, such laws existing in the United Mexican States. MGA Mexico

684

MGA MEXICO'S RESPONSE TO MATTEL'S 2D SET OF REQUESTS FOR DOCS. Case No. CV-04-9049 SGL

EXHIBIT  4

PAGE  1055

1   further objects to this request as being overly broad and unduly burdensome on the
2   grounds that it is not limited in time or geographical scope. MGA Mexico further
3   objects to this request on the grounds that the phrase "[a]ll DOCUMENTS to
4   IDENTIFY" does not comply with the "reasonable particularity" requirement of
5   Federal Rule of Civil Procedure 34 and renders the request overly broad and unduly
6   burdensome in light of "the wealth of material already made available in this case."
7   Westhemeco Ltd. v. New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).
8   MGA Mexico further objects to the request to the extent that it seeks documents that
9   by reason of public filing, public distribution or otherwise are already in Mattel's
10  possession or are readily accessible to Mattel. MGA Mexico further objects to the
11  request to the extent that it seeks documents not in MGA Mexico's possession,
12  custody or control. MGA Mexico further objects to the request to the extent it seeks
13  confidential, proprietary or commercially sensitive information, the disclosure of
14  which would be inimical to the business interests of MGA Mexico or MGA. MGA
15  Mexico further objects to the request to the extent it violates the privacy rights of
16  third parties to their private, confidential, proprietary or trade secret information.
17      MGA Mexico further objects to this request as cumulative, duplicative, and
18  unduly burdensome to the extent that it seeks documents previously requested by
19  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response
20  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100
21  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible
22  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First
23  Set of Requests for Production of Documents and Things to Isaac Larian and
24  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of
25  Documents and Things to MGAE de Mexico S.R.L. de C.V.
26      Without waiving any of the foregoing General or Specific Objections, but
27  rather expressly preserving each and every such objection, MGA Mexico responds as
28  follows: MGA Mexico will produce all non-privileged, responsive documents in its

685

1  possession, custody or control, if any, that it is able to locate following a reasonably

2  diligent search.

3  REQUEST FOR PRODUCTION NO. 416:

4        To the extent not produced in response to any other Request for Production, all

5  DOCUMENTS to IDENTIFY each instance or occurrence alleged by YOU to

6  support YOUR contention that "Mattel's counterclaims are barred in whole or in part

7  by Mattel's unclean hands and wrongful hands."

8  RESPONSE TO REQUEST FOR PRODUCTION NO. 416:

9        MGA Mexico incorporates by reference its General Response and General

10  Objections above, as though fully set forth herein and specifically incorporates

11  General Objection No. 15 (regarding Definitions), including without limitation MGA

12  Mexico's objection to the definition of the term YOUR, and its incorporated term

13  PERSON.  MGA Mexico further objects to the request to the extent it seeks the

14  production of documents that are protected from disclosure under any applicable

15  privilege, doctrine or immunity, including without limitation the attorney-client

16  privilege, the work product doctrine, the right of privacy, and all other privileges

17  recognized under the constitutional, statutory or decisional law of the United States

18  of America, the State of California or any other applicable jurisdiction, including, but

19  not limited to, such laws existing in the United Mexican States.  MGA Mexico

20  further objects to this request as being overly broad and unduly burdensome on the

21  grounds that it is not limited in time or geographical scope.  MGA Mexico further

22  objects to this request on the grounds that the phrase "[a]ll DOCUMENTS to

23  IDENTIFY" does not comply with the "reasonable particularity" requirement of

24  Federal Rule of Civil Procedure 34 and renders the request overly broad and unduly

25  burdensome in light of "the wealth of material already made available in this case."

26  Westhemeco Ltd. v. New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).

27  MGA Mexico further objects to the request to the extent that it seeks documents that

28  by reason of public filing, public distribution or otherwise are already in Mattel's

EXHIBIT   4
PAGE   1057

1  possession or are readily accessible to Mattel. MGA Mexico further objects to the

2  request to the extent that it seeks documents not in MGA Mexico's possession,

3  custody or control. MGA Mexico further objects to the request to the extent it seeks

4  confidential, proprietary or commercially sensitive information, the disclosure of

5  which would be inimical to the business interests of MGA Mexico or MGA. MGA

6  Mexico further objects to the request to the extent it violates the privacy rights of

7  third parties to their private, confidential, proprietary or trade secret information.

8       MGA Mexico further objects to this request as cumulative, duplicative, and

9  unduly burdensome to the extent that it seeks documents previously requested by

10  Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

11  to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

12  in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

13  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

14  Set of Requests for Production of Documents and Things to Isaac Larian and

15  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

16  Documents and Things to MGAE de Mexico S.R.L. de C.V.

17       Without waiving any of the foregoing General or Specific Objections, but

18  rather expressly preserving each and every such objection, MGA Mexico responds as

19  follows: MGA Mexico will produce all non-privileged, responsive documents in its

20  possession, custody or control, if any, that it is able to locate following a reasonably

21  diligent search.

22  REQUEST FOR PRODUCTION NO. 417:

23       To the extent not produced in response to any other Request for Production, all

24  DOCUMENTS, including but not limited to all COMMUNICATIONS with any

25  PERSON, RELATING to any loss, harm, injury, increased expense, lost revenue or

26  profits, or any other damage that MATTEL'S alleged "unclean hands and wrongful

27  hands" caused to YOU.

28

EXHIBIT   4
PAGE   1058

1  RESPONSE TO REQUEST FOR PRODUCTION NO. 417:

2        MGA Mexico incorporates by reference its General Response and General

3  Objections above, as though fully set forth herein and specifically incorporates

4  General Objection No. 15 (regarding Definitions), including without limitation MGA

5  Mexico's objection to the definition of the term YOU, and its incorporated term

6  PERSON.  MGA Mexico further objects to the request to the extent it seeks the

7  production of documents that are protected from disclosure under any applicable

8  privilege, doctrine or immunity, including without limitation the attorney-client

9  privilege, the work product doctrine, the right of privacy, and all other privileges

10  recognized under the constitutional, statutory or decisional law of the United States

11  of America, the State of California or any other applicable jurisdiction, including, but

12  not limited to, such laws existing in the United Mexican States.  MGA Mexico

13  further objects to this request as being overly broad and unduly burdensome on the

14  grounds that it is not limited in time or geographical scope.  MGA Mexico further

15  objects to this request on the grounds that the phrase "all DOCUMENTS, including

16  but not limited to all COMMUNICATIONS with any PERSON, RELATING to"

17  does not comply with the "reasonable particularity" requirement of Federal Rule of

18  Civil Procedure 34 and renders the request overly broad and unduly burdensome in

19  light of "the wealth of material already made available in this case."  Westhemeco

20  Ltd. v. New Hampshire Ins. Co., 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA

21  Mexico further objects that the phrase "any loss, harm, injury, increased expense,

22  lost revenue or profits, or any other damage" is compound and, as such, renders the

23  request vague, ambiguous, and unintelligible.  MGA Mexico further objects to the

24  request to the extent that it seeks documents that by reason of public filing, public

25  distribution or otherwise are already in Mattel's possession or are readily accessible

26  to Mattel.  MGA Mexico further objects to the request to the extent that it seeks

27  documents not in MGA Mexico's possession, custody or control.  MGA Mexico

28  further objects to the request to the extent it seeks confidential, proprietary or

EXHIBIT __4__
PAGE __1059__

1   commercially sensitive information, the disclosure of which would be inimical to the

2   business interests of MGA Mexico or MGA.  MGA Mexico further objects to the

3   request to the extent it violates the privacy rights of third parties to their private,

4   confidential, proprietary or trade secret information.

5          MGA Mexico further objects to this request as cumulative, duplicative, and

6   unduly burdensome to the extent that it seeks documents previously requested by

7   Mattel or produced by MGA Mexico, MGA, or any of MGA's affiliates in response

8   to Mattel's document requests, including, but not limited to: Request Nos. 95 and 100

9   in Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible

10  Things to MGA Entertainment, Inc., Request Nos. 214 and 215 in Mattel, Inc.'s First

11  Set of Requests for Production of Documents and Things to Isaac Larian and

12  Request Nos. 140 and 142 in Mattel, Inc.'s First Set of Requests for Production of

13  Documents and Things to MGAE de Mexico S.R.L. de C.V.

14         Without waiving any of the foregoing General or Specific Objections, but

15  rather expressly preserving each and every such objection, MGA Mexico responds as

16  follows:  MGA Mexico will produce all non-privileged, responsive documents in its

17  possession, custody or control, if any, that it is able to locate following a reasonably

18  diligent search.

19  REQUEST FOR PRODUCTION NO. 418:

20         All DOCUMENTS, including but not limited to all COMMUNICATIONS

21  with any PERSON, that REFER OR RELATE TO YOUR efforts to portray

22  MATTEL negatively or unfavorably.

23  RESPONSE TO REQUEST FOR PRODUCTION NO. 418:

24         MGA Mexico incorporates by reference its General Response and General

25  Objections above, as though fully set forth herein and specifically incorporates

26  General Objection No. 15 (regarding Definitions), including without limitation MGA

27  Mexico's objection to the definition of the term YOUR, and its incorporated term

28  PERSON.  MGA Mexico further objects to the request to the extent it seeks the

EXHIBIT 4
PAGE 1060

1  production of documents that are protected from disclosure under any applicable
2  privilege, doctrine or immunity, including without limitation the attorney-client
3  privilege, the work product doctrine, the right of privacy, and all other privileges
4  recognized under the constitutional, statutory or decisional law of the United States
5  of America, the State of California or any other applicable jurisdiction, including, but
6  not limited to, such laws existing in the United Mexican States.  MGA Mexico
7  further objects to this request on the grounds that it is overly broad and unduly
8  burdensome in that it seeks documents not relevant to the claims or defenses in this
9  action and not reasonably calculated to lead to the discovery of admissible evidence.
10  MGA Mexico further objects to this request as being overly broad and unduly
11  burdensome on the grounds that it is not limited in time or geographical scope.
12  MGA Mexico further objects to this request on the grounds that the phrase "[a]ll
13  DOCUMENTS, including but not limited to all COMMUNICATIONS with any
14  PERSON, that REFER OR RELATE TO" does not comply with the "reasonable
15  particularity" requirement of Federal Rule of Civil Procedure 34 and renders the
16  request overly broad and unduly burdensome in light of "the wealth of material
17  already made available in this case."  Westhemeco Ltd. v. New Hampshire Ins. Co.,
18  82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA Mexico further objects that the phrase
19  "YOUR efforts to portray MATTEL negatively or unfavorably" is (1) accusatory and
20  argumentative such that MGA Mexico would have to respond to the allegations of
21  the request before providing any substantive response, see Zadrozny v. Board of
22  Trustees District No. 508, 1991 WL 66705, at *1 (N.D. Ill. April 24, 1991), and (2)
23  compound, rendering the request vague, ambiguous, and unintelligible.  MGA
24  Mexico further objects to the request to the extent that it seeks documents that by
25  reason of public filing, public distribution or otherwise are already in Mattel's
26  possession or are readily accessible to Mattel.  MGA Mexico further objects to the
27  request to the extent that it seeks documents not in MGA Mexico's possession,
28  custody or control.  MGA Mexico further objects to the request to the extent it seeks

MGA MEXICO'S RESPONSE TO MATTEL'S 2D SET OF REQUESTS FOR DOCS.   Case No. CV-04-9049 SGL

EXHIBIT   4
PAGE  1061

1  confidential, proprietary or commercially sensitive information, the disclosure of

2  which would be inimical to the business interests of MGA Mexico or MGA.  MGA

3  Mexico further objects to the request to the extent it violates the privacy rights of

4  third parties to their private, confidential, proprietary or trade secret information.

5  REQUEST FOR PRODUCTION NO. 419:

6       All DOCUMENTS, including but not limited to all COMMUNICATIONS

7  with any PERSON, that REFER OR RELATE TO YOU successfully portraying

8  MATTEL negatively or unfavorably.

9  RESPONSE TO REQUEST FOR PRODUCTION NO. 419:

10      MGA Mexico incorporates by reference its General Response and General

11  Objections above, as though fully set forth herein and specifically incorporates

12  General Objection No. 15 (regarding Definitions), including without limitation MGA

13  Mexico's objection to the definition of the term YOU, and its incorporated term

14  PERSON.  MGA Mexico further objects to the request to the extent it seeks the

15  production of documents that are protected from disclosure under any applicable

16  privilege, doctrine or immunity, including without limitation the attorney-client

17  privilege, the work product doctrine, the right of privacy, and all other privileges

18  recognized under the constitutional, statutory or decisional law of the United States

19  of America, the State of California or any other applicable jurisdiction, including, but

20  not limited to, such laws existing in the United Mexican States.  MGA Mexico

21  further objects to this request on the grounds that it is overly broad and unduly

22  burdensome in that it seeks documents not relevant to the claims or defenses in this

23  action and not reasonably calculated to lead to the discovery of admissible evidence.

24  MGA Mexico further objects to this request as being overly broad and unduly

25  burdensome on the grounds that it is not limited in time or geographical scope.

26  MGA Mexico further objects to this request on the grounds that the phrase "[a]ll

27  DOCUMENTS, including but not limited to all COMMUNICATIONS with any

28  PERSON, that REFER OR RELATE TO" does not comply with the "reasonable

EXHIBIT ___ 4

PAGE ___ 1062

1   particularity" requirement of Federal Rule of Civil Procedure 34 and renders the

2   request overly broad and unduly burdensome in light of "the wealth of material

3   already made available in this case."  Westhemeco Ltd. v. New Hampshire Ins. Co.,

4   82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA Mexico further objects that the phrase

5   "YOU successfully portraying MATTEL negatively or unfavorably" is (1)

6   accusatory and argumentative such that MGA Mexico would have to respond to the

7   allegations of the request before providing any substantive response, see Zadrozny v.

8   Board of Trustees District No. 508, 1991 WL 66705, at *1 (N.D. Ill. April 24, 1991),

9   and (2) compound, rendering the request vague, ambiguous, and unintelligible.

10  MGA Mexico further objects to the request to the extent that it seeks documents that

11  by reason of public filing, public distribution or otherwise are already in Mattel's

12  possession or are readily accessible to Mattel.  MGA Mexico further objects to the

13  request to the extent that it seeks documents not in MGA Mexico's possession,

14  custody or control.  MGA Mexico further objects to the request to the extent it seeks

15  confidential, proprietary or commercially sensitive information, the disclosure of

16  which would be inimical to the business interests of MGA Mexico or MGA.  MGA

17  Mexico further objects to the request to the extent it violates the privacy rights of

18  third parties to their private, confidential, proprietary or trade secret information.

19  REQUEST FOR PRODUCTION NO. 420:

20         All DOCUMENTS, including but not limited to all COMMUNICATIONS

21  with any PERSON, that REFER OR RELATE TO YOU successfully portraying

22  MATTEL products negatively or unfavorably by any means or methods, other than

23  by or through funding or commissioning market research or studies.

24  RESPONSE TO REQUEST FOR PRODUCTION NO. 420:

25         MGA Mexico incorporates by reference its General Response and General

26  Objections above, as though fully set forth herein and specifically incorporates

27  General Objection No. 15 (regarding Definitions), including without limitation MGA

28  Mexico's objection to the definition of the term YOU, and its incorporated term

EXHIBIT 4
PAGE 1063

1  PERSON.  MGA Mexico further objects to the request to the extent it seeks the
2  production of documents that are protected from disclosure under any applicable
3  privilege, doctrine or immunity, including without limitation the attorney-client
4  privilege, the work product doctrine, the right of privacy, and all other privileges
5  recognized under the constitutional, statutory or decisional law of the United States
6  of America, the State of California or any other applicable jurisdiction, including, but
7  not limited to, such laws existing in the United Mexican States.  MGA Mexico
8  further objects to this request on the grounds that it is overly broad and unduly
9  burdensome in that it seeks documents not relevant to the claims or defenses in this
10 action and not reasonably calculated to lead to the discovery of admissible evidence.
11 MGA Mexico further objects to this request as being overly broad and unduly
12 burdensome on the grounds that it is not limited in time or geographical scope.
13 MGA Mexico further objects to this request on the grounds that the phrase "[a]ll
14 DOCUMENTS, including but not limited to all COMMUNICATIONS with any
15 PERSON, that REFER OR RELATE TO" does not comply with the "reasonable
16 particularity" requirement of Federal Rule of Civil Procedure 34 and renders the
17 request overly broad and unduly burdensome in light of "the wealth of material
18 already made available in this case."  Westhemeco Ltd. v. New Hampshire Ins. Co.,
19 82 F.R.D. 702, 709 (S.D.N.Y. 1979).  MGA Mexico further objects that the phrase
20 "YOU successfully portraying MATTEL products negatively or unfavorably by any
21 means or methods, other than by or through funding or commissioning market
22 research or studies" is (1) accusatory and argumentative such that MGA Mexico
23 would have to respond to the allegations of the request before providing any
24 substantive response, see Zadrozny v. Board of Trustees District No. 508, 1991 WL
25 66705, at *1 (N.D. Ill. April 24, 1991), and (2) compound, rendering the request
26 vague, ambiguous, and unintelligible.  MGA Mexico further objects to the request to
27 the extent that it seeks documents that by reason of public filing, public distribution
28 or otherwise are already in Mattel's possession or are readily accessible to Mattel.

EXHIBIT 4
PAGE 1064

1  MGA Mexico furthe objects to the request to the extent that it seeks documents not
2  in MGA Mexico's possession, custody or control.  MGA Mexico further objects to
3  the request to the extent it seeks confidential, proprietary or commercially sensitive
4  information, the disclosure of which would be inimical to the business interests of
5  MGA Mexico or MGA.  MGA Mexico further objects to the request to the extent it
6  violates the privacy rights of third parties to their private, confidential, proprietary or
7  trade secret information.

8
9  DATED:  January 11, 2008          SKADDEN, ARPS, SLATE, MEAGHER &
                                      FLOM, LLP
10
11                                 By: _Thomas Nolan/dos_____
12                                      THOMAS J. NOLAN
13                                 Attorneys for Counter-Defendants,
                                    MGA ENTERTAINMENT, INC.,
14                                 ISAAC LARIAN, MGA ENTERTAINMENT
                                    (HK) LIMITED, AND MGAE de MEXICO
15                                      S.R.L. de C.V.
16
17
18
19
20
21
22
23
24
25
26
27
28

694