QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Robert O'Brien Pursuant to Order of January 6, 2009]**<br><br>[PUBLIC REDACTED] DECLARATION OF MARSHALL M. SEARCY IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND THINGS IN RESPONSE TO MATTEL, INC.'S FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS TO MGAE DE MEXICO, S.R.L. DE C.V. (PHASE 2)<br><br>Date:  TBD<br>Time:  TBD<br>Place:  Arent Fox LLP<br><br>**Phase 2:**<br>Discovery Cut-off:  December 11, 2009<br>Pre-trial Conference:  March 1, 2010<br>Trial Date:  March 23, 2010 |

07975/3009919.1

SEARCY DECLARATION ISO MATTEL'S MOTION TO COMPEL RE MGA MEXICO

# DECLARATION OF MARSHALL M. SEARCY

I, Marshall M. Searcy, declare as follows:

1. I am a member of the bar of the State of California, and partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of the public redacted version of Mattel, Inc.'s Third Amended Answer and Counterclaims, dated May 22, 2009, with exhibits omitted.

3. Attached hereto as Exhibit 2 is a true and correct copy of the MGA Parties' Opposition to Mattel, Inc.'s 2-09-09 Motion to Compel Depositions of Vargas and Trueba and Request For Sanctions, dated February 13, 2009.

4. Attached hereto as Exhibit 3 is a true and correct copy of the Discovery Master's Phase 2 Discovery Matter Order No. 11, dated March 31, 2009.

5. Attached hereto as Exhibit 4 is a true and correct copy of Mattel, Inc.'s First Set of Requests for Documents and Things to MGAE de Mexico, S.R.L. de C.V. (Phase 2) (the "Requests"), dated April 16, 2009.

6. Attached hereto as Exhibit 5 is a true and correct copy of MGAE de Mexico's Responses to First Set of Requests for Documents and Things (Phase 2), dated May 18, 2009.

7. Attached hereto as Exhibit 6 is a true and correct copy of a letter I sent to Amman Khan, dated June 18, 2009.

8. Attached hereto as Exhibit 7 is a true and correct copy of a letter I sent to Amman Khan, dated June 24, 2009.

9. Attached hereto as Exhibit 8 is a true and correct copy of a letter Amman Khan sent to me on June 25, 2009.

10.    Attached hereto as Exhibit 9 is a true and correct copy of the Discovery Master's Phase 2 Discovery Matter Order No. 6, dated March 13, 2009.

11.    Attached hereto as Exhibit 10 is a true and correct copy of a document produced in this action at Bates numbers MGA 3473852–MGA 3473854.

12.    Attached hereto as Exhibit 11 is a true and correct copy of an article from El Economista titled <u>Barbie acaba con las Bratz; se van de Mexico</u>, April 29, 2009, and an accompanying certified translation.

13.    Attached hereto as Exhibit 12 is a true and correct copy of the Discovery Master's Phase 2 Discovery Matter Order No. 22, dated April 28, 2009.

14.    Attached hereto as Exhibit 13 is a true and correct copy of the Discovery Master's Order Granting Mattel's Motion to Compel Documents, dated January 25, 2007.

15.    Attached hereto as Exhibit 14 is a true and correct copy of the Discovery Master's Order Granting Mattel's Motion to Compel Production of Documents and Interrogatory Responses by MGA, dated May 15, 2007.

16.    Attached hereto as Exhibit 15 is a true and correct copy of the Court's Order dated July 2, 2007.

17.    Attached hereto as Exhibit 16 is a true and correct copy of the Discovery Master's Phase 2 Discovery Matter Order No. 33, dated May 18, 2009.

18.    Attached hereto as Exhibit 17 is a true and correct copy of the Discovery Master's Order Granting in Part and Denying in Part Mattel's Motion to Compel Production of Documents by MGA, Denying Request for Monetary Sanctions, dated August 13, 2007.

19.    Attached hereto as Exhibit 18 is a true and correct copy of the Discovery Master's Phase 2 Discovery Matter Order No. 17, dated April 14, 2009.

20.    Attached hereto as Exhibit 19 is a true and correct copy of excerpts of MGA's First Set of Request for the Production of Documents and Things, dated November 22, 2006.

| | |
|---|---|
| 1 | 21.     Attached hereto as Exhibit 20 is a true and correct copy of the |
| 2 | Discovery Master's Order Granting in Part and Denying in Part Mattel's Motion to |
| 3 | Compel Deposition and Production of Documents of Christensen Glaser Fink Jacobs |
| 4 | Weil & Shapiro LLP, dated May 1, 2008. |
| 5 | 22.     Attached hereto as Exhibit 21 is a true and correct copy of the |
| 6 | Court's Order Granting Mattel, Inc.'s Motion Objecting to Portions of Discovery |
| 7 | Master's December 31, 2007 Order Regarding Hard Drives, dated February 27, |
| 8 | 2008. |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on July 15, 2009 at Los Angeles, California.

                             /s/ Marshall M. Searcy
                             Marshall M. Searcy