# EXHIBIT 5

RECEIVED

MAY 1 9 2009

1  Patricia L. Glaser, State Bar No. 055668
   Pglaser@glaserweil.com
2  Joel N. Klevens, State Bar No. 045446
   Jklevens@glaserweil.com
3  GLASER, WEIL, FINK, JACOBS,
    HOWARD & SHAPIRO, LLP
4  10250 Constellation Boulevard, 19th Floor
   Los Angeles, California 90067
5  Telephone:  310-553-3000
   Facsimile:  310-556-2920
6
7  Russell J. Frackman, State Bar No. 049087
   rjf@msk.com
8  MITCHELL, SILBERBERG & KNUPP, LLP
   11377 West Olympic Boulevard
9  Los Angeles, California 90064
   Telephone:  310-312-2000
10 Facsimile:  310-312-3100
11
   Attorneys for the MGA Parties For Phase Two
12

13              UNITED STATES DISTRICT COURT

14              CENTRAL DISTRICT OF CALIFORNIA

15                   EASTERN DIVISION

| | |
|---|---|
| 16  CARTER BRYANT, an individual, | ) Case No. CV 04-9049 SGL (RNBx) |
| 17         Plaintiff, | ) Consolidated with |
| 18  v. | ) Case No. CV 04-09059 |
| | ) Case No. CV 05-02727 |
| 19  MATTEL, INC., a Delaware | ) **MGAE DE MEXICO'S RESPONSES** |
| 20  corporation, | ) **TO FIRST SET OF REQUESTS FOR** |
| | ) **DOCUMENTS AND THINGS** |
| 21         Defendant. | ) **(PHASE 2)** |
| 22 | ) |
| 23  AND CONSOLIDATED ACTIONS | ) |
| 24 | ) |

25  PROPOUNDING PARTY:     MATTEL, INC.

26  RESPONDING PARTY:     MGAE DE MEXICO, S.R.L. DE C.V.

27  SET NO.:     ONE (PHASE 2)

28

677054                    5-18        1                    Exhibit 5

RESPONSES TO FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS (Phase 2)

LAW OFFICES
GLASER, WEIL, FINK, JACOBS, HOWARD & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
(310) 553-3000

The General Response set forth herein applies to all responses that MGAE de Mexico, S.R.L. de C.V. ("MGA") is providing in response to these requests for production (the "Requests") or may in the future provide in response to any discovery request in this action.  The Response is made without waiving, or intending to waive but, on the contrary, expressly reserving:   (a) the right to object, on the grounds of competency, privilege, relevancy or materiality, or any other proper grounds, to the use of the Response, for any purpose in whole or in part, in any subsequent step or proceeding in this action or any other action; (b) the right to object on any and all grounds, at any time, to other requests for production or other discovery procedures; and (c) the right at any time to revise, correct, add to, or clarify any of the responses propounded herein.

The Response reflects only the present state of MGA's discovery regarding the information that Mattel seeks.  Discovery for Phase Two and other investigation or research concerning this litigation are continuing.  It is anticipated that further discovery, independent investigation, and legal research and analysis will supply additional facts and meaning to the known facts, as well as establish entirely new factual conclusions, all of which may lead MGA to discover other information responsive to these Requests. MGA therefore reserves the right to amend or supplement this Response at any time in light of future investigation, research or analysis, and also expressly reserves the right to rely on, at any time, including trial, subsequently discovered information omitted from this Response as a result of mistake, error, oversight or inadvertence.  MGA does not hereby admit, adopt or acquiesce in any factual or legal contention, assertion or characterization contained in the Requests or any particular request therein, even where MGA has not otherwise objected to a particular request, or has agreed to provide information responsive to a particular request.

No incidental or implied admissions are intended by this Response.   These responses should not be taken as an admission that MGA accepts or admits the existence of any facts set forth or assumed by any instruction, definition or request.

Exhibit 5

LAW OFFICES
GLASER, WEIL, FINK, JACOBS, HOWARD & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
(310) 553-3000

## **GENERAL OBJECTIONS**

MGA responds to these Requests subject to the following general objections and limitations, each of which is incorporated into each and every response as though fully set forth therein:

1.    MGA objects to these Requests to the extent they seek information that is not subject to disclosure under any applicable privilege, doctrine or immunity, including without limitation the attorney-client privilege, the work product doctrine, the right of privacy, and all other privileges recognized under the constitutional, statutory or decisional law of the United States of America, the State of California or any other applicable jurisdiction.

2.    MGA objects to these Requests to the extent they seek information not relevant to the claims or defenses of any party to this action and not reasonably calculated to lead to the discovery of admissible evidence.

3.    MGA objects to these Requests to the extent they seek information which by reason of public filing or otherwise is already in Mattel's possession or is readily accessible to Mattel.

4.    MGA objects to these Requests to the extent they seek the disclosure of information (1) not currently within its possession, custody or control; (2) that MGA cannot locate after a reasonably diligent search; or (3) that refer to persons, entities, or events not known to MGA.

5.    MGA objects to these Requests to the extent they are overbroad and unduly burdensome.

6.    MGA objects to the definitions and instructions to the extent such definitions and instructions purport to enlarge, expand, or alter in any way the plain meaning and scope of any specific term or specific requests on the ground that such enlargement, expansion, or alteration renders such a term or request vague, ambiguous, unintelligible, overly broad, unduly burdensome or uncertain.

LAW OFFICES
GLASER, WEIL, FINK, JACOBS, HOWARD & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
(310) 553-3000

Exhibit 5

Page 27

1        7.    MGA objects to the following definitions in these Requests:

2        (a)    MGA objects to the term "REFER OR RELATE TO"

3  (Definitions ¶ I) on the grounds and to the extent that they are overbroad, unduly

4  burdensome or are vague and ambiguous in the context of the requests as written and

5  as those requests would be plainly understood absent Mattel's definitions.

6        (b)    MGA objects to the terms "IDENTIFY," "IDENTIFYING"

7  or "IDENTITY" (Definitions ¶ K) as overbroad, unduly burdensome, vague,

8  ambiguous, and oppressive.  Mattel's definition of these terms inherently call for

9  answers to multiple discrete questions or subparts to questions.  For example, when

10  those terms are used to reference any individual, the use of those terms requests at

11  least 7 different and distinct facts: (a) such individual's name; (b) such individual's

12  current or last known business title; (c) such individual's current or last known

13  business affiliation; (d) such individual's current or last known relationship to MGA;

14  (e) such individual's current or last known residential address; (f) such individual's

15  current or last known business address; (g) such individual's current or last known

16  telephone number.  When those terms are used to reference any business entity, the

17  use of those terms requests at least 4 different and distinct facts: (a) such entity's full

18  name; (b) state (or country) of incorporation or organization; (c) such entity's present

19  or last known address; (d) such entity's present or last known telephone number.

20  Therefore, any request that includes or incorporates the terms "IDENTIFY" or

21  "IDENTITY" are necessarily compound and should be posed as separate requests.

22        (c)    MGA objects to the term "ITEM OF VALUE" (Definitions

23  ¶ E) on the grounds and to the extent that it is overbroad, unduly burdensome or is

24  vague and ambiguous in the context of the requests as written and as those requests

25  would be plainly understood absent Mattel's definitions.

26        8.    MGA objects to these requests to the extent that they may

27  unfairly seek to restrict the facts on which MGA may rely at trial.  Discovery has not

28  been completed and MGA is not yet necessarily in possession of all the facts and

LAW OFFICES
GLASER, WEIL, FINK, JACOBS, HOWARD & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
(310) 553-3000

Exhibit **5**
Page 128

1  documents upon which MGA intends to rely.  All of the responses submitted herewith
2  are tendered to Mattel with the reservation that the responses are submitted without
3  limiting the evidence on which MGA may rely to support the contentions and
4  defenses that MGA may assert at the trial of this action and to rebut or impeach the
5  contentions, assertions and evidence that Mattel may present.  MGA reserves the right
6  to supplement or amend these responses at a future date.

7       9.    MGA objects to each request to the extent that it seeks
8  information that will be the subject of expert witness testimony and that is therefore
9  premature.

10      10.   MGA objects to each request to the extent that it seeks the
11  disclosure of confidential, proprietary, or trade-secret information.

12      11.   MGA objects to each request to the extent that it calls for a legal
13  conclusion.

14      12.   MGA reserves the right to object on any ground at any time to
15  such other and supplemental discovery requests as Mattel may propound involving or
16  relating to the same subject matter of these request.

17      13.   The responses below shall not be construed as an admission as to
18  the relevance or admissibility of any statement or characterization contained in any
19  request.  MGA reserves all objections, including without limitation objections as to
20  competency, relevance, materiality, privilege, authenticity, or admissibility.

21      14.   In responding to these Requests, MGA has not and will not
22  comply with any instructions or definitions that seek to impose requirements in
23  addition to those imposed by the Federal Rules of Civil Procedure and any applicable
24  local rule.

25
26
27
28

LAW OFFICES
GLASER, WEIL, FINK, JACOBS, HOWARD & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
(310) 553-3000

677054

5

RESPONSES TO FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS (Page 29)

Exhibit 5

Page 129

## SPECIFIC OBJECTIONS AND RESPONSES

**REQUEST FOR PRODUCTION NO. 1:**

All contracts or agreements entered into by VARGAS or TRUEBA with YOU or on YOUR behalf, on or after March 1, 2007.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 1:**

MGA incorporates by reference its General Objections as though fully set forth herein. MGA further objects on the grounds that this request calls for the production of documents that are not relevant to any claim or defense in the pending litigation or reasonably calculated to lead to the discovery of admissible evidence.

MGA further objects to this request on the grounds that it is compound. MGA further objects to the request to the extent it violates the privacy rights of third parties to their private, confidential, proprietary or trade secret information.

MGA further objects to this request to the extent that it seeks documents not in MGA's possession, custody or control. MGA also objects to this request on the grounds that it seeks confidential, proprietary or commercially sensitive information, the disclosure of which would be inimical to the business interests of MGA. MGA also objects to this request to the extent it calls for the disclosure of attorney-client privileged information or information protected from disclosure by the work-product doctrine, joint defense or common interest privilege, or other privilege.

MGA further objects to this request as being overly broad and unduly burdensome on the grounds that the post-March 1, 2007 time period is beyond the scope of Mattel's Second Amended Answer and Counterclaims and is irrelevant to this action. MGA further objects to this request as cumulative and duplicative to the extent that it seeks documents previously requested by Mattel or produced by MGA in response to Mattel's document requests.

**REQUEST FOR PRODUCTION NO. 2:**

All contracts or agreements signed or executed by VARGAS or TRUEBA on YOUR behalf, on or after March 1, 2007.

Exhibit **5**

Page 290

LAW OFFICES
GLASER, WEIL, FINK, JACOBS, HOWARD & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
(310) 553-3000

**RESPONSE TO REQUEST FOR PRODUCTION NO. 2:**

MGA incorporates by reference its General Objections as though fully set forth herein. MGA further objects on the grounds that this request calls for the production of documents that are not relevant to any claim or defense in the pending litigation or reasonably calculated to lead to the discovery of admissible evidence.

MGA further objects to this request on the grounds that it is compound. MGA further objects to the request to the extent it violates the privacy rights of third parties to their private, confidential, proprietary or trade secret information.

MGA further objects to this request to the extent that it seeks documents not in MGA's possession, custody or control. MGA also objects to this request on the grounds that it seeks confidential, proprietary or commercially sensitive information, the disclosure of which would be inimical to the business interests of MGA. MGA also objects to this request to the extent it calls for the disclosure of attorney-client privileged information or information protected from disclosure by the work-product doctrine, joint defense or common interest privilege, or other privilege.

MGA further objects to this request as being overly broad and unduly burdensome on the grounds that the post-March 1, 2007 time period is beyond the scope of Mattel's Second Amended Answer and Counterclaims and is irrelevant to this action. MGA further objects to this request as cumulative and duplicative to the extent that it seeks documents previously requested by Mattel or produced by MGA in response to Mattel's document requests.

**REQUEST FOR PRODUCTION NO. 3:**

All contracts or agreements negotiated by VARGAS or TRUEBA on YOUR behalf, on or after March 1, 2007.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 3:**

MGA incorporates by reference its General Objections as though fully set forth herein. MGA further objects on the grounds that this request calls for the production of

LAW OFFICES
GLASER, WEIL, FINK, JACOBS, HOWARD & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90067
(310) 553-3000

Exhibit 5

1  documents that are not relevant to any claim or defense in the pending litigation or
2  reasonably calculated to lead to the discovery of admissible evidence.

3  MGA further objects to this request on the grounds that it is compound.  MGA
4  further objects to the request to the extent it violates the privacy rights of third parties to
5  their private, confidential, proprietary or trade secret information.

6  MGA further objects to this request to the extent that it seeks documents not in
7  MGA's possession, custody or control.  MGA also objects to this request on the grounds
8  that it seeks confidential, proprietary or commercially sensitive information, the
9  disclosure of which would be inimical to the business interests of MGA.  MGA also
10  objects to this request to the extent it calls for the disclosure of attorney-client privileged
11  information or information protected from disclosure by the work-product doctrine, joint
12  defense or common interest privilege, or other privilege.

13  MGA further objects to this request as being overly broad and unduly burdensome
14  on the grounds that the post-March 1, 2007 time period is beyond the scope of Mattel's
15  Second Amended Answer and Counterclaims and is irrelevant to this action.  MGA
16  further objects to this request as cumulative and duplicative to the extent that it seeks
17  documents previously requested by Mattel or produced by MGA in response to Mattel's
18  document requests.

19  **REQUEST FOR PRODUCTION NO. 4:**

20  All COMMUNICATIONS by, from or to VARGAS or TRUEBA REFERRING
21  OR RELATING TO contracts or agreements entered into by VARGAS or TRUEBA
22  with YOU or on YOUR behalf, on or after March 1, 2007.

23  **RESPONSE TO REQUEST FOR PRODUCTION NO. 4:**

24  MGA incorporates by reference its General Objections as though fully set forth
25  herein.  MGA further objects on the grounds that this request calls for the production of
26  documents that are not relevant to any claim or defense in the pending litigation or
27  reasonably calculated to lead to the discovery of admissible evidence.

28

LAW OFFICES
GLASER, WEIL, FINK, JACOBS, HOWARD & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
(310) 553-3000

1  MGA further objects to this request on the grounds that it is compound.  MGA

2  further objects to the request to the extent it violates the privacy rights of third parties to

3  their private, confidential, proprietary or trade secret information.  MGA further objects

4  to this request on the grounds that it is overbroad as to subject matter and time; in

5  particular, MGA objects that the phrases "all communications" and "referring or relating

6  to" are not tied in any way to any claim or defense involved in Phase 2 of this litigation.

7  MGA further objects to this request on the ground that the terms

8  COMMUNICATIONS and REFERRING OR RELATING TO render the request vague,

9  ambiguous, overly broad and unduly burdensome.  MGA further objects to this request to

10  the extent that it seeks documents not in MGA's possession, custody or control.  MGA

11  also objects to this request on the grounds that it seeks confidential, proprietary or

12  commercially sensitive information, the disclosure of which would be inimical to the

13  business interests of MGA.  MGA also objects to this request to the extent it calls for the

14  disclosure of attorney-client privileged information or information protected from

15  disclosure by the work-product doctrine, joint defense or common interest privilege, or

16  other privilege.

17  MGA further objects to this request as being overly broad and unduly burdensome

18  on the grounds that the post-March 1, 2007 time period is beyond the scope of Mattel's

19  Second Amended Answer and Counterclaims and is irrelevant to this action.  MGA

20  further objects to this request as cumulative and duplicative to the extent that it seeks

21  documents previously requested by Mattel or produced by MGA in response to Mattel's

22  document requests.

23  **REQUEST FOR PRODUCTION NO. 5:**

24  All COMMUNICATIONS by, from or to VARGAS or TRUEBA REFERRING

25  OR RELATING TO contracts or agreements signed or executed by VARGAS or

26  TRUEBA on YOUR behalf, on or after March 1, 2007.

27

28

**RESPONSE TO REQUEST FOR PRODUCTION NO. 5:**

MGA incorporates by reference its General Objections as though fully set forth herein. MGA further objects on the grounds that this request calls for the production of documents that are not relevant to any claim or defense in the pending litigation or reasonably calculated to lead to the discovery of admissible evidence.

MGA further objects to this request on the grounds that it is compound. MGA further objects to the request to the extent it violates the privacy rights of third parties to their private, confidential, proprietary or trade secret information. MGA further objects to this request on the grounds that it is overbroad as to subject matter and time; in particular, MGA objects that the phrases "all communications" and "referring or relating to" are not tied in any way to any claim or defense involved in Phase 2 of this litigation.

MGA further objects to this request on the ground that the terms COMMUNICATIONS and REFERRING OR RELATING TO render the request vague, ambiguous, overly broad and unduly burdensome. MGA further objects to this request to the extent that it seeks documents not in MGA's possession, custody or control. MGA also objects to this request on the grounds that it seeks confidential, proprietary or commercially sensitive information, the disclosure of which would be inimical to the business interests of MGA. MGA also objects to this request to the extent it calls for the disclosure of attorney-client privileged information or information protected from disclosure by the work-product doctrine, joint defense or common interest privilege, or other privilege.

MGA further objects to this request as being overly broad and unduly burdensome on the grounds that the post-March 1, 2007 time period is beyond the scope of Mattel's Second Amended Answer and Counterclaims and is irrelevant to this action. MGA further objects to this request as cumulative and duplicative to the extent that it seeks documents previously requested by Mattel or produced by MGA in response to Mattel's document requests.

GLASER, WEIL, FINK, JACOBS, HOWARD & SHAPIRO, LLP
LAW OFFICES
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
(310) 553-3000

Exhibit **5**

Page 24

1   **REQUEST FOR PRODUCTION NO. 6:**

2       All COMMUNICATIONS by, from or to VARGAS or TRUEBA REFERRING

3   OR RELATING TO contracts or agreements negotiated by VARGAS or TRUEBA on

4   YOUR behalf, dated on or after March 1, 2007.

5   **RESPONSE TO REQUEST FOR PRODUCTION NO. 6:**

6       MGA incorporates by reference its General Objections as though fully set forth

7   herein. MGA further objects on the grounds that this request calls for the production of

8   documents that are not relevant to any claim or defense in the pending litigation or

9   reasonably calculated to lead to the discovery of admissible evidence.

10      MGA further objects to this request on the grounds that it is compound. MGA

11  further objects to the request to the extent it violates the privacy rights of third parties to

12  their private, confidential, proprietary or trade secret information. MGA further objects

13  to this request on the grounds that it is overbroad as to subject matter and time; in

14  particular, MGA objects that the phrases "all communications" and "referring or relating

15  to" are not tied in any way to any claim or defense involved in Phase 2 of this litigation.

16      MGA further objects to this request on the ground that the terms

17  COMMUNICATIONS and REFERRING OR RELATING TO render the request vague,

18  ambiguous, overly broad and unduly burdensome. MGA further objects to this request to

19  the extent that it seeks documents not in MGA's possession, custody or control. MGA

20  also objects to this request on the grounds that it seeks confidential, proprietary or

21  commercially sensitive information, the disclosure of which would be inimical to the

22  business interests of MGA. MGA also objects to this request to the extent it calls for the

23  disclosure of attorney-client privileged information or information protected from

24  disclosure by the work-product doctrine, joint defense or common interest privilege, or

25  other privilege.

26      MGA further objects to this request as being overly broad and unduly burdensome

27  on the grounds that the post-March 1, 2007 time period is beyond the scope of Mattel's

28  Second Amended Answer and Counterclaims and is irrelevant to this action. MGA

LAW OFFICES

GLASER, WEIL, FINK, JACOBS, HOWARD & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
(310) 553-3000

677054

11

Exhibit **5**

1   further objects to this request as cumulative and duplicative to the extent that it seeks

2   documents previously requested by Mattel or produced by MGA in response to Mattel's

3   document requests.

4   **REQUEST FOR PRODUCTION NO. 7:**

5       All DOCUMENTS REFERRING OR RELATING TO any interviews of

6   candidates for employment or any potential or prospective employees or officers

7   conducted or attended by VARGAS or TRUEBA, on or after March 1, 2007.

8   **RESPONSE TO REQUEST FOR PRODUCTION NO. 7:**

9       MGA incorporates by reference its General Objections as though fully set forth

10   herein. MGA further objects on the grounds that this request calls for the production of

11   documents that are not relevant to any claim or defense in the pending litigation or

12   reasonably calculated to lead to the discovery of admissible evidence.

13       MGA further objects to this request on the grounds that it is compound. MGA

14   further objects to the request to the extent it violates the privacy rights of third parties to

15   their private, confidential, proprietary or trade secret information. MGA further objects

16   to this request on the grounds that it is overbroad as to subject matter and time; in

17   particular, MGA objects that the phrases "all documents" and "referring or relating to"

18   are not tied in any way to any claim or defense involved in Phase 2 of this litigation.

19       MGA further objects to this request on the ground that the terms ALL

20   DOCUMENTS and REFERRING OR RELATING TO render the request vague,

21   ambiguous, overly broad and unduly burdensome. MGA further objects to this request to

22   the extent that it seeks documents not in MGA's possession, custody or control. MGA

23   also objects to this request on the grounds that it seeks confidential, proprietary or

24   commercially sensitive information, the disclosure of which would be inimical to the

25   business interests of MGA. MGA also objects to this request to the extent it calls for the

26   disclosure of attorney-client privileged information or information protected from

27   disclosure by the work-product doctrine, joint defense or common interest privilege, or

28   other privilege.

Exhibit 5

RESPONSES TO FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS Page 206

LAW OFFICES
GLASER, WEIL, FINK, JACOBS, HOWARD & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
(310) 553-3000

1   MGA further objects to this request as being overly broad and unduly burdensome

2   on the grounds that the post-March 1, 2007 time period is beyond the scope of Mattel's

3   Second Amended Answer and Counterclaims and is irrelevant to this action.  MGA

4   further objects to this request as cumulative and duplicative to the extent that it seeks

5   documents previously requested by Mattel or produced by MGA in response to Mattel's

6   document requests.

7   **REQUEST FOR PRODUCTION NO. 8:**

8       All DOCUMENTS REFERRING OR RELATING TO any decisions, input,

9   recommendations, suggestions or comments by, or any decisions, input,

10  recommendations, suggestions or comments solicited from, VARGAS or TRUEBA in

11  connection with any candidates for employment or any potential or prospective

12  employees or officers, on or after March 1, 2007.

13  **RESPONSE TO REQUEST FOR PRODUCTION NO. 8:**

14      MGA incorporates by reference its General Objections as though fully set forth

15  herein.  MGA further objects on the grounds that this request calls for the production of

16  documents that are not relevant to any claim or defense in the pending litigation or

17  reasonably calculated to lead to the discovery of admissible evidence.

18      MGA further objects to this request on the grounds that it is compound.  MGA

19  further objects to the request to the extent it violates the privacy rights of third parties to

20  their private, confidential, proprietary or trade secret information. MGA further objects

21  to this request on the grounds that it is overbroad as to subject matter and time; in

22  particular, MGA objects that the phrases "all documents" and "referring or relating to"

23  are not tied in any way to any claim or defense involved in Phase 2 of this litigation.

24      MGA further objects to this request on the ground that the terms ALL

25  DOCUMENTS and REFERRING OR RELATING TO, and the phrase "any decisions,

26  input, recommendations, suggestions or comments by," render the request vague,

27  ambiguous, overly broad and unduly burdensome. MGA further objects to this request to

28  the extent that it seeks documents not in MGA's possession, custody or control. MGA

677054

Exhibit **5**

GLASER, WEIL, FINK, JACOBS, HOWARD & SHAPIRO, LLP
LAW OFFICES
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
(310) 553-3000

1   also objects to this request on the grounds that it seeks confidential, proprietary or

2   commercially sensitive information, the disclosure of which would be inimical to the

3   business interests of MGA. MGA also objects to this request to the extent it calls for the

4   disclosure of attorney-client privileged information or information protected from

5   disclosure by the work-product doctrine, joint defense or common interest privilege, or

6   other privilege.

7         MGA further objects to this request as being overly broad and unduly burdensome

8   on the grounds that the post-March 1, 2007 time period is beyond the scope of Mattel's

9   Second Amended Answer and Counterclaims and is irrelevant to this action.  MGA

10  further objects to this request as cumulative and duplicative to the extent that it seeks

11  documents previously requested by Mattel or produced by MGA in response to Mattel's

12  document requests.

13  **REQUEST FOR PRODUCTION NO. 9:**

14        All DOCUMENTS REFERRING OR RELATING TO any inquiries, solicitations

15  or efforts made by VARGAS or TRUEBA in connection with the potential, prospective

16  or actual employment of any PERSON by YOU, or the potential, prospective or actual

17  engagement of any PERSON as a vendor, consultant or independent contractor by YOU,

18  on or after March 1, 2007.

19  **RESPONSE TO REQUEST FOR PRODUCTION NO. 9:**

20        MGA incorporates by reference its General Objections as though fully set forth

21  herein. MGA further objects on the grounds that this request calls for the production of

22  documents that are not relevant to any claim or defense in the pending litigation or

23  reasonably calculated to lead to the discovery of admissible evidence.

24        MGA further objects to this request on the grounds that it is compound.  MGA

25  further objects to the request to the extent it violates the privacy rights of third parties to

26  their private, confidential, proprietary or trade secret information. MGA further objects

27  to this request on the grounds that it is overbroad as to subject matter and time; in

28

LAW OFFICES
GLASER, WEIL, FINK, JACOBS, HOWARD & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
(310) 553-3000

LAW OFFICES
GLASER, WEIL, FINK, JACOBS, HOWARD & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
(310) 553-3000

1   particular, MGA objects that the phrases "all documents" and "referring or relating to"

2   are not tied in any way to any claim or defense involved in Phase 2 of this litigation.

3       MGA further objects to this request on the ground that the terms ALL

4   DOCUMENTS and REFERRING OR RELATING TO, and the phrase "any inquiries,

5   solicitations or efforts," render the request vague, ambiguous, overly broad and unduly

6   burdensome.  MGA further objects to this request to the extent that it seeks documents

7   not in MGA's possession, custody or control.  MGA also objects to this request on the

8   grounds that it seeks confidential, proprietary or commercially sensitive information, the

9   disclosure of which would be inimical to the business interests of MGA.  MGA also

10  objects to this request to the extent it calls for the disclosure of attorney-client privileged

11  information or information protected from disclosure by the work-product doctrine, joint

12  defense or common interest privilege, or other privilege.

13      MGA further objects to this request as being overly broad and unduly burdensome

14  on the grounds that the post-March 1, 2007 time period is beyond the scope of Mattel's

15  Second Amended Answer and Counterclaims and is irrelevant to this action.  MGA

16  further objects to this request as cumulative and duplicative to the extent that it seeks

17  documents previously requested by Mattel or produced by MGA in response to Mattel's

18  document requests.

19  **REQUEST FOR PRODUCTION NO. 10:**

20      All DOCUMENTS REFERRING OR RELATING TO any input,

21  recommendations, suggestions or comments provided by, or any decisions, input,

22  recommendations, suggestions or comments solicited from, VARGAS or TRUEBA in

23  connection with the potential, prospective or actual engagement of any PERSON as a

24  vendor, consultant or independent contractor by YOU, on or after March 1, 2007.

25  **RESPONSE TO REQUEST FOR PRODUCTION NO. 10:**

26      MGA incorporates by reference its General Objections as though fully set forth

27  herein.  MGA further objects on the grounds that this request calls for the production of

28

1   documents that are not relevant to any claim or defense in the pending litigation or

2   reasonably calculated to lead to the discovery of admissible evidence.

3       MGA further objects to this request on the grounds that it is compound.  MGA

4   further objects to the request to the extent it violates the privacy rights of third parties to

5   their private, confidential, proprietary or trade secret information.  MGA further objects

6   to this request on the grounds that it is overbroad as to subject matter and time; in

7   particular, MGA objects that the phrases "all documents" and "referring or relating to"

8   are not tied in any way to any claim or defense involved in Phase 2 of this litigation.

9       MGA further objects to this request on the ground that the terms ALL

10  DOCUMENTS and REFERRING OR RELATING TO, and the phrase "any input,

11  recommendations, suggestions or comments provided by, or any decisions, input,

12  recommendations, suggestions or comments solicited from," render the request vague,

13  ambiguous, overly broad and unduly burdensome.  MGA further objects to this request to

14  the extent that it seeks documents not in MGA's possession, custody or control.  MGA

15  also objects to this request on the grounds that it seeks confidential, proprietary or

16  commercially sensitive information, the disclosure of which would be inimical to the

17  business interests of MGA.  MGA also objects to this request to the extent it calls for the

18  disclosure of attorney-client privileged information or information protected from

19  disclosure by the work-product doctrine, joint defense or common interest privilege, or

20  other privilege.

21      MGA further objects to this request as being overly broad and unduly burdensome

22  on the grounds that the post-March 1, 2007 time period is beyond the scope of Mattel's

23  Second Amended Answer and Counterclaims and is irrelevant to this action.  MGA

24  further objects to this request as cumulative and duplicative to the extent that it seeks

25  documents previously requested by Mattel or produced by MGA in response to Mattel's

26  document requests.

27

28

RESPONSES TO FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS (Phase 2)

1  **REQUEST FOR PRODUCTION NO. 11:**

2      All DOCUMENTS REFERRING OR RELATING TO any management,

3  supervision or instruction of any of YOUR employees, officers, consultants, independent

4  contractors or vendors by VARGAS or TRUEBA, on or after March 1, 2007.

5  **RESPONSE TO REQUEST FOR PRODUCTION NO. 11:**

6      MGA incorporates by reference its General Objections as though fully set forth

7  herein. MGA further objects on the grounds that this request calls for the production of

8  documents that are not relevant to any claim or defense in the pending litigation or

9  reasonably calculated to lead to the discovery of admissible evidence.

10      MGA further objects to this request on the grounds that it is compound. MGA

11  further objects to the request to the extent it violates the privacy rights of third parties to

12  their private, confidential, proprietary or trade secret information. MGA further objects

13  to this request on the grounds that it is overbroad as to subject matter and time; in

14  particular, MGA objects that the phrases "all documents" and "referring or relating to"

15  are not tied in any way to any claim or defense involved in Phase 2 of this litigation.

16      MGA further objects to this request on the ground that the terms ALL

17  DOCUMENTS and REFERRING OR RELATING TO, and the phrase "any

18  management, supervision or instruction," render the request vague, ambiguous, overly

19  broad and unduly burdensome. MGA further objects to this request to the extent that it

20  seeks documents not in MGA's possession, custody or control. MGA also objects to this

21  request on the grounds that it seeks confidential, proprietary or commercially sensitive

22  information, the disclosure of which would be inimical to the business interests of MGA.

23  MGA also objects to this request to the extent it calls for the disclosure of attorney-client

24  privileged information or information protected from disclosure by the work-product

25  doctrine, joint defense or common interest privilege, or other privilege.

26      MGA further objects to this request as being overly broad and unduly burdensome

27  on the grounds that the post-March 1, 2007 time period is beyond the scope of Mattel's

28  Second Amended Answer and Counterclaims and is irrelevant to this action. MGA

17

Exhibit 5

1 further objects to this request as cumulative and duplicative to the extent that it seeks

2 documents previously requested by Mattel or produced by MGA in response to Mattel's

3 document requests.

4 **REQUEST FOR PRODUCTION NO. 12:**

5     All DOCUMENTS REFERRING OR RELATING TO any decisions to hire,

6 promote, reward or provide benefit of any of kind to any MGA MEXICO employee,

7 officer, consultant, independent contractor or vendor that was made, in whole or in part,

8 as the result of any decision, input, suggestion, recommendation or participation by

9 VARGAS or TRUEBA, on or after March 1, 2007.

10 **RESPONSE TO REQUEST FOR PRODUCTION NO. 12:**

11     MGA incorporates by reference its General Objections as though fully set forth

12 herein. MGA further objects on the grounds that this request calls for the production of

13 documents that are not relevant to any claim or defense in the pending litigation or

14 reasonably calculated to lead to the discovery of admissible evidence.

15     MGA further objects to this request on the grounds that it is compound. MGA

16 further objects to the request to the extent it violates the privacy rights of third parties to

17 their private, confidential, proprietary or trade secret information. MGA further objects

18 to this request on the grounds that it is overbroad as to subject matter and time; in

19 particular, MGA objects that the phrases "all documents" and "referring or relating to"

20 are not tied in any way to any claim or defense involved in Phase 2 of this litigation.

21     MGA further objects to this request on the ground that the terms ALL

22 DOCUMENTS and REFERRING OR RELATING TO, and the phrases "reward or

23 provide benefit of any of kind," and "any decision, input, suggestion, recommendation or

24 participation," render the request vague, ambiguous, overly broad and unduly

25 burdensome. MGA further objects to this request to the extent that it seeks documents

26 not in MGA's possession, custody or control. MGA also objects to this request on the

27 grounds that it seeks confidential, proprietary or commercially sensitive information, the

28 disclosure of which would be inimical to the business interests of MGA. MGA also

LAW OFFICES
GLASER, WEIL, FINK, JACOBS, HOWARD & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
(310) 553-3000

1  objects to this request to the extent it calls for the disclosure of attorney-client privileged

2  information or information protected from disclosure by the work-product doctrine, joint

3  defense or common interest privilege, or other privilege.

4        MGA further objects to this request as being overly broad and unduly burdensome

5  on the grounds that the post-March 1, 2007 time period is beyond the scope of Mattel's

6  Second Amended Answer and Counterclaims and is irrelevant to this action.  MGA

7  further objects to this request as cumulative and duplicative to the extent that it seeks

8  documents previously requested by Mattel or produced by MGA in response to Mattel's

9  document requests.

10  **REQUEST FOR PRODUCTION NO. 13:**

11        To the extent not produced in response to other Requests, all DOCUMENTS

12  REFERRING OR RELATING TO the role of or involvement by VARGAS or TRUEBA

13  in the process of hiring, engaging or retaining any actual, potential or prospective

14  employee, officer, consultant, independent contractor or vendor, on or after March 1,

15  2007.

16  **RESPONSE TO REQUEST FOR PRODUCTION NO. 13:**

17        MGA incorporates by reference its General Objections as though fully set forth

18  herein.  MGA further objects on the grounds that this request calls for the production of

19  documents that are not relevant to any claim or defense in the pending litigation or

20  reasonably calculated to lead to the discovery of admissible evidence.

21        MGA further objects to this request on the grounds that it is compound.  MGA

22  further objects to the request to the extent it violates the privacy rights of third parties to

23  their private, confidential, proprietary or trade secret information. MGA further objects

24  to this request on the grounds that it is overbroad as to subject matter and time; in

25  particular, MGA objects that the phrases "all documents" and "referring or relating to"

26  are not tied in any way to any claim or defense involved in Phase 2 of this litigation.

27        MGA further objects to this request on the ground that the terms ALL

28  DOCUMENTS and REFERRING OR RELATING TO, render the request vague,

LAW OFFICES
GLASER, WEIL, FINK, JACOBS, HOWARD & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
(310) 553-3000

19

Exhibit 5

1   ambiguous, overly broad and unduly burdensome. MGA further objects to this request to

2   the extent that it seeks documents not in MGA's possession, custody or control. MGA

3   also objects to this request on the grounds that it seeks confidential, proprietary or

4   commercially sensitive information, the disclosure of which would be inimical to the

5   business interests of MGA. MGA also objects to this request to the extent it calls for the

6   disclosure of attorney-client privileged information or information protected from

7   disclosure by the work-product doctrine, joint defense or common interest privilege, or

8   other privilege.

9       MGA further objects to this request as being overly broad and unduly burdensome

10  on the grounds that the post-March 1, 2007 time period is beyond the scope of Mattel's

11  Second Amended Answer and Counterclaims and is irrelevant to this action. MGA

12  further objects to this request as cumulative and duplicative to the extent that it seeks

13  documents previously requested by Mattel or produced by MGA in response to Mattel's

14  document requests.

15  **REQUEST FOR PRODUCTION NO. 14:**

16      All DOCUMENTS REFERRING OR RELATING TO any decisions to terminate,

17  fire, lay off, demote or discipline any MGA MEXICO employee, officer, consultant,

18  independent contractor or vendor that was made, in whole or in part, as the result of any

19  decision, input, suggestion, recommendation or participation by VARGAS or TRUEBA,

20  on or after March 1, 2007.

21  **RESPONSE TO REQUEST FOR PRODUCTION NO. 14:**

22      MGA incorporates by reference its General Objections as though fully set forth

23  herein. MGA further objects on the grounds that this request calls for the production of

24  documents that are not relevant to any claim or defense in the pending litigation or

25  reasonably calculated to lead to the discovery of admissible evidence.

26      MGA further objects to this request on the grounds that it is compound. MGA

27  further objects to the request to the extent it violates the privacy rights of third parties to

28  their private, confidential, proprietary or trade secret information. MGA further objects

LAW OFFICES
GLASER, WEIL, FINK, JACOBS, HOWARD & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
(310) 553-3000

1  to this request on the grounds that it is overbroad as to subject matter and time; in

2  particular, MGA objects that the phrases "all documents" and "referring or relating to"

3  are not tied in any way to any claim or defense involved in Phase 2 of this litigation.

4       MGA further objects to this request on the ground that the terms ALL

5  DOCUMENTS and REFERRING OR RELATING TO, and the phrase "decision, input,

6  suggestion, recommendation or participation," render the request vague, ambiguous,

7  overly broad and unduly burdensome. MGA further objects to this request to the extent

8  that it seeks documents not in MGA's possession, custody or control. MGA also objects

9  to this request on the grounds that it seeks confidential, proprietary or commercially

10  sensitive information, the disclosure of which would be inimical to the business interests

11  of MGA. MGA also objects to this request to the extent it calls for the disclosure of

12  attorney-client privileged information or information protected from disclosure by the

13  work-product doctrine, joint defense or common interest privilege, or other privilege.

14       MGA further objects to this request as being overly broad and unduly burdensome

15  on the grounds that the post-March 1, 2007 time period is beyond the scope of Mattel's

16  Second Amended Answer and Counterclaims and is irrelevant to this action. MGA

17  further objects to this request as cumulative and duplicative to the extent that it seeks

18  documents previously requested by Mattel or produced by MGA in response to Mattel's

19  document requests.

20  **REQUEST FOR PRODUCTION NO. 15:**

21       All DOCUMENTS REFERRING OR RELATING TO any participation, input,

22  comments or recommendations by VARGAS or TRUEBA in performance reviews or

23  evaluations of any of YOUR employees, officers, consultants, independent contractors or

24  vendors, on or after March 1, 2007.

25  **RESPONSE TO REQUEST FOR PRODUCTION NO. 15:**

26       MGA incorporates by reference its General Objections as though fully set forth

27  herein. MGA further objects on the grounds that this request calls for the production of

28

RESPONSES TO FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS (PHASE 2)

LAW OFFICES
GLASER, WEIL, FINK, JACOBS, HOWARD & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
(310) 553-3000

1   documents that are not relevant to any claim or defense in the pending litigation or
2   reasonably calculated to lead to the discovery of admissible evidence.

3          MGA further objects to this request on the grounds that it is compound. MGA
4   further objects to the request to the extent it violates the privacy rights of third parties to
5   their private, confidential, proprietary or trade secret information. MGA further objects
6   to this request on the grounds that it is overbroad as to subject matter and time; in
7   particular, MGA objects that the phrases "all documents" and "referring or relating to"
8   are not tied in any way to any claim or defense involved in Phase 2 of this litigation.

9          MGA further objects to this request on the ground that the terms ALL
10  DOCUMENTS and REFERRING OR RELATING TO, and the phrase "participation,
11  input, comments or recommendations," render the request vague, ambiguous, overly
12  broad and unduly burdensome. MGA further objects to this request to the extent that it
13  seeks documents not in MGA's possession, custody or control. MGA also objects to this
14  request on the grounds that it seeks confidential, proprietary or commercially sensitive
15  information, the disclosure of which would be inimical to the business interests of MGA.
16  MGA also objects to this request to the extent it calls for the disclosure of attorney-client
17  privileged information or information protected from disclosure by the work-product
18  doctrine, joint defense or common interest privilege, or other privilege.

19         MGA further objects to this request as being overly broad and unduly burdensome
20  on the grounds that the post-March 1, 2007 time period is beyond the scope of Mattel's
21  Second Amended Answer and Counterclaims and is irrelevant to this action. MGA
22  further objects to this request as cumulative and duplicative to the extent that it seeks
23  documents previously requested by Mattel or produced by MGA in response to Mattel's
24  document requests.

25  **REQUEST FOR PRODUCTION NO. 16:**

26         All DOCUMENTS REFERRING OR RELATING TO each instance in which any
27  of YOUR employees, officers, consultants, independent contractors or vendors reported
28  to or were supervised by VARGAS or TRUEBA, on or after March 1, 2007.

LAW OFFICES
GLASER, WEIL, FINK, JACOBS, HOWARD & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
(310) 553-3000

**RESPONSE TO REQUEST FOR PRODUCTION NO. 16:**

1.    MGA incorporates by reference its General Objections as though fully set forth herein. MGA further objects on the grounds that this request calls for the production of documents that are not relevant to any claim or defense in the pending litigation or reasonably calculated to lead to the discovery of admissible evidence.

MGA further objects to this request on the grounds that it is compound. MGA further objects to the request to the extent it violates the privacy rights of third parties to their private, confidential, proprietary or trade secret information. MGA further objects to this request on the grounds that it is overbroad as to subject matter and time; in particular, MGA objects that the phrases "all documents" and "referring or relating to" are not tied in any way to any claim or defense involved in Phase 2 of this litigation.

MGA further objects to this request on the ground that the terms ALL DOCUMENTS and REFERRING OR RELATING TO, and the phrase "reported to or were supervised by," render the request vague, ambiguous, overly broad and unduly burdensome. MGA further objects to this request to the extent that it seeks documents not in MGA's possession, custody or control. MGA also objects to this request on the grounds that it seeks confidential, proprietary or commercially sensitive information, the disclosure of which would be inimical to the business interests of MGA. MGA also objects to this request to the extent it calls for the disclosure of attorney-client privileged information or information protected from disclosure by the work-product doctrine, joint defense or common interest privilege, or other privilege.

MGA further objects to this request as being overly broad and unduly burdensome on the grounds that the post-March 1, 2007 time period is beyond the scope of Mattel's Second Amended Answer and Counterclaims and is irrelevant to this action. MGA further objects to this request as cumulative and duplicative to the extent that it seeks documents previously requested by Mattel or produced by MGA in response to Mattel's document requests.

Exhibit 5
Page 27

1 | **REQUEST FOR PRODUCTION NO. 17:**

2 | All DOCUMENTS REFERRING OR RELATING TO any decisions regarding the

3 | management, rules, polices, practices or procedures of YOUR business or operations in

4 | which VARGAS or TRUEBA had any input, participation or involvement, on or after

5 | March 1, 2007.

6 | **RESPONSE TO REQUEST FOR PRODUCTION NO. 17:**

7 | MGA incorporates by reference its General Objections as though fully set forth

8 | herein. MGA further objects on the grounds that this request calls for the production of

9 | documents that are not relevant to any claim or defense in the pending litigation or

10 | reasonably calculated to lead to the discovery of admissible evidence.

11 | MGA further objects to this request on the grounds that it is compound. MGA

12 | further objects to the request to the extent it violates the privacy rights of third parties to

13 | their private, confidential, proprietary or trade secret information. MGA further objects

14 | to this request on the grounds that it is overbroad as to subject matter and time; in

15 | particular, MGA objects that the phrases "all documents" and "referring or relating to"

16 | are not tied in any way to any claim or defense involved in Phase 2 of this litigation.

17 | MGA further objects to this request on the ground that the terms ALL

18 | DOCUMENTS and REFERRING OR RELATING TO, and the phrase "any input,

19 | participation or involvement," render the request vague, ambiguous, overly broad and

20 | unduly burdensome. MGA further objects to this request to the extent that it seeks

21 | documents not in MGA's possession, custody or control. MGA also objects to this

22 | request on the grounds that it seeks confidential, proprietary or commercially sensitive

23 | information, the disclosure of which would be inimical to the business interests of MGA.

24 | MGA also objects to this request to the extent it calls for the disclosure of attorney-client

25 | privileged information or information protected from disclosure by the work-product

26 | doctrine, joint defense or common interest privilege, or other privilege.

27 | MGA further objects to this request as being overly broad and unduly burdensome

28 | on the grounds that the post-March 1, 2007 time period is beyond the scope of Mattel's

LAW OFFICES
GLASER, WEIL, FINK, JACOBS, HOWARD & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
(310) 553-3000

1  Second Amended Answer and Counterclaims and is irrelevant to this action.  MGA

2  further objects to this request as cumulative and duplicative to the extent that it seeks

3  documents previously requested by Mattel or produced by MGA in response to Mattel's

4  document requests.

5  **REQUEST FOR PRODUCTION NO. 18:**

6       All DOCUMENTS REFERRING OR RELATING TO any committees or working

7  groups in which VARGAS or TRUEBA had any input, participation or involvement, on

8  or after March 1, 2007.

9  **RESPONSE TO REQUEST FOR PRODUCTION NO. 18:**

10      MGA incorporates by reference its General Objections as though fully set forth

11  herein.  MGA further objects on the grounds that this request calls for the production of

12  documents that are not relevant to any claim or defense in the pending litigation or

13  reasonably calculated to lead to the discovery of admissible evidence.

14      MGA further objects to this request on the grounds that it is compound.  MGA

15  further objects to the request to the extent it violates the privacy rights of third parties to

16  their private, confidential, proprietary or trade secret information. MGA further objects

17  to this request on the grounds that it is overbroad as to subject matter and time; in

18  particular, MGA objects that the phrases "all documents" and "referring or relating to"

19  are not tied in any way to any claim or defense involved in Phase 2 of this litigation.

20      MGA further objects to this request on the ground that the terms ALL

21  DOCUMENTS and REFERRING OR RELATING TO, and the phrase "any input,

22  participation or involvement," render the request vague, ambiguous, overly broad and

23  unduly burdensome.  MGA further objects to this request to the extent that it seeks

24  documents not in MGA's possession, custody or control.  MGA also objects to this

25  request on the grounds that it seeks confidential, proprietary or commercially sensitive

26  information, the disclosure of which would be inimical to the business interests of MGA.

27  MGA also objects to this request to the extent it calls for the disclosure of attorney-client

28

LAW OFFICES
GLASER, WEIL, FINK, JACOBS, HOWARD & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
(310) 553-3000

Exhibit **5**

Page 219

1 privileged information or information protected from disclosure by the work-product

2 doctrine, joint defense or common interest privilege, or other privilege.

3      MGA further objects to this request as being overly broad and unduly burdensome

4 on the grounds that the post-March 1, 2007 time period is beyond the scope of Mattel's

5 Second Amended Answer and Counterclaims and is irrelevant to this action.  MGA

6 further objects to this request as cumulative and duplicative to the extent that it seeks

7 documents previously requested by Mattel or produced by MGA in response to Mattel's

8 document requests.

9 **REQUEST FOR PRODUCTION NO. 19:**

10      All DOCUMENTS REFERRING OR RELATING TO any decisions regarding

11 advertising, press releases, public relations or any other public statements made on

12 YOUR behalf in which VARGAS or TRUEBA had any input, participation or

13 involvement, on or after March 1, 2007.

14 **RESPONSE TO REQUEST FOR PRODUCTION NO. 19:**

15      MGA incorporates by reference its General Objections as though fully set forth

16 herein.  MGA further objects on the grounds that this request calls for the production of

17 documents that are not relevant to any claim or defense in the pending litigation or

18 reasonably calculated to lead to the discovery of admissible evidence.

19      MGA further objects to this request on the grounds that it is compound.  MGA

20 further objects to the request to the extent it violates the privacy rights of third parties to

21 their private, confidential, proprietary or trade secret information. MGA further objects

22 to this request on the grounds that it is overbroad as to subject matter and time; in

23 particular, MGA objects that the phrases "all documents" and "referring or relating to"

24 are not tied in any way to any claim or defense involved in Phase 2 of this litigation.

25      MGA further objects to this request on the ground that the terms ALL

26 DOCUMENTS and REFERRING OR RELATING TO, and the phrase "any input,

27 participation or involvement," render the request vague, ambiguous, overly broad and

28 unduly burdensome.  MGA further objects to this request to the extent that it seeks

LAW OFFICES

GLASER, WEIL, FINK, JACOBS, HOWARD & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
(310) 553-3000

1  documents not in MGA's possession, custody or control.  MGA also objects to this

2  request on the grounds that it seeks confidential, proprietary or commercially sensitive

3  information, the disclosure of which would be inimical to the business interests of MGA.

4  MGA also objects to this request to the extent it calls for the disclosure of attorney-client

5  privileged information or information protected from disclosure by the work-product

6  doctrine, joint defense or common interest privilege, or other privilege.

7      MGA further objects to this request as being overly broad and unduly burdensome

8  on the grounds that the post-March 1, 2007 time period is beyond the scope of Mattel's

9  Second Amended Answer and Counterclaims and is irrelevant to this action.  MGA

10  further objects to this request as cumulative and duplicative to the extent that it seeks

11  documents previously requested by Mattel or produced by MGA in response to Mattel's

12  document requests.

13  **REQUEST FOR PRODUCTION NO. 20:**

14      All DOCUMENTS REFERRING OR RELATING TO any advertising, press

15  releases, public relations or any other public statements, including without limitation

16  expenditures therefor, made on YOUR behalf in which VARGAS or TRUEBA had any

17  input, participation or involvement, on or after March 1, 2007.

18  **RESPONSE TO REQUEST FOR PRODUCTION NO. 20:**

19      MGA incorporates by reference its General Objections as though fully set forth

20  herein.  MGA further objects on the grounds that this request calls for the production of

21  documents that are not relevant to any claim or defense in the pending litigation or

22  reasonably calculated to lead to the discovery of admissible evidence.

23      MGA further objects to this request on the grounds that it is compound.  MGA

24  further objects to the request to the extent it violates the privacy rights of third parties to

25  their private, confidential, proprietary or trade secret information. MGA further objects

26  to this request on the grounds that it is overbroad as to subject matter and time; in

27  particular, MGA objects that the phrases "all documents" and "referring or relating to"

28  are not tied in any way to any claim or defense involved in Phase 2 of this litigation.

LAW OFFICES
GLASER, WEIL, FINK, JACOBS, HOWARD & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
(310) 553-3000

677054

27

RESPONSES TO FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS (PHASE 2)

Exhibit 5

Page 221

1   MGA further objects to this request on the ground that the terms ALL
2   DOCUMENTS and REFERRING OR RELATING TO, and the phrase "any input,
3   participation or involvement," render the request vague, ambiguous, overly broad and
4   unduly burdensome.  MGA further objects to this request to the extent that it seeks
5   documents not in MGA's possession, custody or control.  MGA also objects to this
6   request on the grounds that it seeks confidential, proprietary or commercially sensitive
7   information, the disclosure of which would be inimical to the business interests of MGA.
8   MGA also objects to this request to the extent it calls for the disclosure of attorney-client
9   privileged information or information protected from disclosure by the work-product
10  doctrine, joint defense or common interest privilege, or other privilege.

11  MGA further objects to this request as being overly broad and unduly burdensome
12  on the grounds that the post-March 1, 2007 time period is beyond the scope of Mattel's
13  Second Amended Answer and Counterclaims and is irrelevant to this action.  MGA
14  further objects to this request as cumulative and duplicative to the extent that it seeks
15  documents previously requested by Mattel or produced by MGA in response to Mattel's
16  document requests.

17  **REQUEST FOR PRODUCTION NO. 21:**

18  All DOCUMENTS REFERRING OR RELATING TO any travel to the United
19  States by VARGAS or TRUEBA, and the reasons therefor, on or after March 1, 2007.

20  **RESPONSE TO REQUEST FOR PRODUCTION NO. 21:**

21  MGA incorporates by reference its General Objections as though fully set forth
22  herein. MGA further objects on the grounds that this request calls for the production of
23  documents that are not relevant to any claim or defense in the pending litigation or
24  reasonably calculated to lead to the discovery of admissible evidence.

25  MGA further objects to this request on the grounds that it is compound. MGA
26  further objects to the request to the extent it violates the privacy rights of third parties to
27  their private, confidential, proprietary or trade secret information. MGA further objects
28  to this request on the grounds that it is overbroad as to subject matter and time; in

28

Exhibit **5**

LAW OFFICES
GLASER, WEIL, FINK, JACOBS, HOWARD & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
(310) 553-3000

1   particular, MGA objects that the phrases "all documents" and "referring or relating to"
2   are not tied in any way to any claim or defense involved in Phase 2 of this litigation.

3       MGA further objects to this request on the ground that the terms ALL
4   DOCUMENTS and REFERRING OR RELATING TO, render the request vague,
5   ambiguous, overly broad and unduly burdensome. MGA further objects to this request to
6   the extent that it seeks documents not in MGA's possession, custody or control. MGA
7   also objects to this request to the extent it calls for the disclosure of attorney-client
8   privileged information or information protected from disclosure by the work-product
9   doctrine, joint defense or common interest privilege, or other privilege.

10      MGA further objects to this request as being overly broad and unduly burdensome
11  on the grounds that the post-March 1, 2007 time period is beyond the scope of Mattel's
12  Second Amended Answer and Counterclaims and is irrelevant to this action. MGA
13  further objects to this request as cumulative and duplicative to the extent that it seeks
14  documents previously requested by Mattel or produced by MGA in response to Mattel's
15  document requests.

16  **REQUEST FOR PRODUCTION NO. 22:**

17      All DOCUMENTS REFERRING OR RELATING TO any COMMUNICATIONS
18  with any PERSON in the United States by VARGAS or TRUEBA regarding sales or
19  licensing, or potential sales or licensing, on or after March 1, 2007.

20  **RESPONSE TO REQUEST FOR PRODUCTION NO. 22:**

21      MGA incorporates by reference its General Objections as though fully set forth
22  herein. MGA further objects on the grounds that this request calls for the production of
23  documents that are not relevant to any claim or defense in the pending litigation or
24  reasonably calculated to lead to the discovery of admissible evidence.

25      MGA further objects to this request on the grounds that it is compound. MGA
26  further objects to the request to the extent it violates the privacy rights of third parties to
27  their private, confidential, proprietary or trade secret information. MGA further objects
28  to this request on the grounds that it is overbroad as to subject matter and time; in

GLASER, WEIL, FINK, JACOBS, HOWARD & SHAPIRO, LLP
LAW OFFICES
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
(310) 553-3000

1  particular, MGA objects that the phrases "all documents" and "referring or relating to"
2  are not tied in any way to any claim or defense involved in Phase 2 of this litigation.

3       MGA further objects to this request on the ground that the terms ALL
4  DOCUMENTS and REFERRING OR RELATING TO, and the phrase "any PERSON in
5  the United States," render the request vague, ambiguous, overly broad and unduly
6  burdensome. MGA further objects to this request to the extent that it seeks documents
7  not in MGA's possession, custody or control. MGA also objects to this request on the
8  grounds that it seeks confidential, proprietary or commercially sensitive information, the
9  disclosure of which would be inimical to the business interests of MGA. MGA also
10 objects to this request to the extent it calls for the disclosure of attorney-client privileged
11 information or information protected from disclosure by the work-product doctrine, joint
12 defense or common interest privilege, or other privilege.

13      MGA further objects to this request as being overly broad and unduly burdensome
14 on the grounds that the post-March 1, 2007 time period is beyond the scope of Mattel's
15 Second Amended Answer and Counterclaims and is irrelevant to this action. MGA
16 further objects to this request as cumulative and duplicative to the extent that it seeks
17 documents previously requested by Mattel or produced by MGA in response to Mattel's
18 document requests.

19 **REQUEST FOR PRODUCTION NO. 23:**

20      All DOCUMENTS REFERRING OR RELATING TO any COMMUNICATIONS
21 with any PERSON in Hong Kong by VARGAS or TRUEBA regarding sales or
22 licensing, or potential sales or licensing, on or after March 1, 2007.

23 **RESPONSE TO REQUEST FOR PRODUCTION NO. 23:**

24      MGA incorporates by reference its General Objections as though fully set forth
25 herein. MGA further objects on the grounds that this request calls for the production of
26 documents that are not relevant to any claim or defense in the pending litigation or
27 reasonably calculated to lead to the discovery of admissible evidence.

28

677054

30

Exhibit **5**

RESPONSES TO FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS Page 234

1   MGA further objects to this request on the grounds that it is compound. MGA
2   further objects to the request to the extent it violates the privacy rights of third parties to
3   their private, confidential, proprietary or trade secret information. MGA further objects
4   to this request on the grounds that it is overbroad as to subject matter and time; in
5   particular, MGA objects that the phrases "all documents" and "referring or relating to"
6   are not tied in any way to any claim or defense involved in Phase 2 of this litigation.

7   MGA further objects to this request on the ground that the terms ALL
8   DOCUMENTS and REFERRING OR RELATING TO, and the phrase "any PERSON in
9   Hong Kong," render the request vague, ambiguous, overly broad and unduly
10  burdensome. MGA further objects to this request to the extent that it seeks documents
11  not in MGA's possession, custody or control. MGA also objects to this request on the
12  grounds that it seeks confidential, proprietary or commercially sensitive information, the
13  disclosure of which would be inimical to the business interests of MGA. MGA also
14  objects to this request to the extent it calls for the disclosure of attorney-client privileged
15  information or information protected from disclosure by the work-product doctrine, joint
16  defense or common interest privilege, or other privilege.

17  MGA further objects to this request as being overly broad and unduly burdensome
18  on the grounds that the post-March 1, 2007 time period is beyond the scope of Mattel's
19  Second Amended Answer and Counterclaims and is irrelevant to this action. MGA
20  further objects to this request as cumulative and duplicative to the extent that it seeks
21  documents previously requested by Mattel or produced by MGA in response to Mattel's
22  document requests.

23  **REQUEST FOR PRODUCTION NO. 24:**

24  All DOCUMENTS REFERRING OR RELATING TO any business travel by
25  VARGAS or TRUEBA on YOUR behalf, and the reasons therefor, on or after March 1,
26  2007.

27

28

LAW OFFICES
GLASER, WEIL, FINK, JACOBS, HOWARD & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
(310) 553-3000

1   **RESPONSE TO REQUEST FOR PRODUCTION NO. 24:**

2      MGA incorporates by reference its General Objections as though fully set forth

3   herein. MGA further objects on the grounds that this request calls for the production of

4   documents that are not relevant to any claim or defense in the pending litigation or

5   reasonably calculated to lead to the discovery of admissible evidence.

6      MGA further objects to this request on the grounds that it is compound. MGA

7   further objects to the request to the extent it violates the privacy rights of third parties to

8   their private, confidential, proprietary or trade secret information. MGA further objects

9   to this request on the grounds that it is overbroad as to subject matter and time; in

10  particular, MGA objects that the phrases "all documents" and "referring or relating to"

11  are not tied in any way to any claim or defense involved in Phase 2 of this litigation.

12     MGA further objects to this request on the ground that the terms ALL

13  DOCUMENTS and REFERRING OR RELATING TO, render the request vague,

14  ambiguous, overly broad and unduly burdensome. MGA further objects to this request to

15  the extent that it seeks documents not in MGA's possession, custody or control. MGA

16  also objects to this request on the grounds that it seeks confidential, proprietary or

17  commercially sensitive information, the disclosure of which would be inimical to the

18  business interests of MGA. MGA also objects to this request to the extent it calls for the

19  disclosure of attorney-client privileged information or information protected from

20  disclosure by the work-product doctrine, joint defense or common interest privilege, or

21  other privilege.

22     MGA further objects to this request as being overly broad and unduly burdensome

23  on the grounds that the post-March 1, 2007 time period is beyond the scope of Mattel's

24  Second Amended Answer and Counterclaims and is irrelevant to this action. MGA

25  further objects to this request as cumulative and duplicative to the extent that it seeks

26  documents previously requested by Mattel or produced by MGA in response to Mattel's

27  document requests.

28

LAW OFFICES
GLASER, WEIL, FINK, JACOBS, HOWARD & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
LOS ANGELES, CALIFORNIA 90067
(310) 553-3000

**REQUEST FOR PRODUCTION NO. 25:**

All COMMUNICATIONS between Isaac Larian and VARGAS, on or after March 1, 2007, REFERRING OR RELATING TO YOU, YOUR business operations, YOUR management, YOUR finances, YOUR practices, policies or procedures, YOUR management, YOUR sales or potential sales or any products or potential, contemplated or suggested products.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 25:**

MGA incorporates by reference its General Objections as though fully set forth herein. MGA further objects on the grounds that this request calls for the production of documents that are not relevant to any claim or defense in the pending litigation or reasonably calculated to lead to the discovery of admissible evidence.

MGA further objects to this request on the grounds that it is compound. MGA further objects to the request to the extent it violates the privacy rights of third parties to their private, confidential, proprietary or trade secret information. MGA further objects to this request on the grounds that it is overbroad as to subject matter and time; in particular, MGA objects that the phrases "all communications" and "referring or relating to" are not tied in any way to any claim or defense involved in Phase 2 of this litigation.

MGA further objects to this request on the ground that the terms ALL COMMUNICATIONS and REFERRING OR RELATING TO, render the request vague, ambiguous, overly broad and unduly burdensome. MGA further objects to this request to the extent that it seeks documents not in MGA's possession, custody or control. MGA also objects to this request on the grounds that it seeks confidential, proprietary or commercially sensitive information, the disclosure of which would be inimical to the business interests of MGA. MGA also objects to this request to the extent it calls for the disclosure of attorney-client privileged information or information protected from disclosure by the work-product doctrine, joint defense or common interest privilege, or other privilege.

1  MGA further objects to this request as being overly broad and unduly burdensome

2  on the grounds that the post-March 1, 2007 time period is beyond the scope of Mattel's

3  Second Amended Answer and Counterclaims and is irrelevant to this action.  MGA

4  further objects to this request as cumulative and duplicative to the extent that it seeks

5  documents previously requested by Mattel or produced by MGA in response to Mattel's

6  document requests.

7  **REQUEST FOR PRODUCTION NO. 26:**

8  All COMMUNICATIONS between Isaac Larian and TRUEBA, on or after

9  March 1, 2007, REFERRING OR RELATING TO YOU, YOUR business operations,

10  YOUR management, YOUR finances, YOUR practices, policies or procedures, YOUR

11  sales or potential sales or any products or potential, contemplated or suggested products.

12  **RESPONSE TO REQUEST FOR PRODUCTION NO. 26:**

13  MGA incorporates by reference its General Objections as though fully set forth

14  herein.  MGA further objects on the grounds that this request calls for the production of

15  documents that are not relevant to any claim or defense in the pending litigation or

16  reasonably calculated to lead to the discovery of admissible evidence.

17  MGA further objects to this request on the grounds that it is compound.  MGA

18  further objects to the request to the extent it violates the privacy rights of third parties to

19  their private, confidential, proprietary or trade secret information.  MGA further objects

20  to this request on the grounds that it is overbroad as to subject matter and time; in

21  particular, MGA objects that the phrases "all communications" and "referring or relating

22  to" are not tied in any way to any claim or defense involved in Phase 2 of this litigation.

23  MGA further objects to this request on the ground that the terms ALL

24  COMMUNICATIONS and REFERRING OR RELATING TO, render the request vague,

25  ambiguous, overly broad and unduly burdensome.  MGA further objects to this request to

26  the extent that it seeks documents not in MGA's possession, custody or control.  MGA

27  also objects to this request on the grounds that it seeks confidential, proprietary or

28  commercially sensitive information, the disclosure of which would be inimical to the

GLASER, WEIL, FINK, JACOBS, HOWARD & SHAPIRO, LLP
LAW OFFICES
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
(310) 553-3000

1  business interests of MGA.  MGA also objects to this request to the extent it calls for the

2  disclosure of attorney-client privileged information or information protected from

3  disclosure by the work-product doctrine, joint defense or common interest privilege, or

4  other privilege.

5       MGA further objects to this request as being overly broad and unduly burdensome

6  on the grounds that the post-March 1, 2007 time period is beyond the scope of Mattel's

7  Second Amended Answer and Counterclaims and is irrelevant to this action.  MGA

8  further objects to this request as cumulative and duplicative to the extent that it seeks

9  documents previously requested by Mattel or produced by MGA in response to Mattel's

10  document requests.

11  **REQUEST FOR PRODUCTION NO. 27:**

12       All COMMUNICATIONS between Isaac Larian and VARGAS, on or after

13  March 1, 2007, REFERRING OR RELATING TO MATTEL.

14  **RESPONSE TO REQUEST FOR PRODUCTION NO. 27:**

15       MGA incorporates by reference its General Objections as though fully set forth

16  herein.  MGA further objects on the grounds that this request calls for the production of

17  documents that are not relevant to any claim or defense in the pending litigation or

18  reasonably calculated to lead to the discovery of admissible evidence.

19       MGA further objects to this request on the grounds that it is compound.  MGA

20  further objects to the request to the extent it violates the privacy rights of third parties to

21  their private, confidential, proprietary or trade secret information.  MGA further objects

22  to this request on the grounds that it is overbroad as to subject matter and time; in

23  particular, MGA objects that the phrases "all communications" and "referring or relating

24  to" are not tied in any way to any claim or defense involved in Phase 2 of this litigation.

25       MGA further objects to this request on the ground that the terms ALL

26  COMMUNICATIONS and REFERRING OR RELATING TO, render the request vague,

27  ambiguous, overly broad and unduly burdensome.  MGA further objects to this request to

28  the extent that it seeks documents not in MGA's possession, custody or control.  MGA

LAW OFFICES
GLASER, WEIL, FINK, JACOBS, HOWARD & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
(310) 553-3000

1  also objects to this request on the grounds that it seeks confidential, proprietary or

2  commercially sensitive information, the disclosure of which would be inimical to the

3  business interests of MGA. MGA also objects to this request to the extent it calls for the

4  disclosure of attorney-client privileged information or information protected from

5  disclosure by the work-product doctrine, joint defense or common interest privilege, or

6  other privilege.

7       MGA further objects to this request as being overly broad and unduly burdensome

8  on the grounds that the post-March 1, 2007 time period is beyond the scope of Mattel's

9  Second Amended Answer and Counterclaims and is irrelevant to this action. MGA

10 further objects to this request as cumulative and duplicative to the extent that it seeks

11 documents previously requested by Mattel or produced by MGA in response to Mattel's

12 document requests.

13 **REQUEST FOR PRODUCTION NO. 28:**

14      All COMMUNICATIONS between Isaac Larian and TRUEBA, on or after

15 March 1, 2007, REFERRING OR RELATING TO MATTEL.

16 **RESPONSE TO REQUEST FOR PRODUCTION NO. 28:**

17      MGA incorporates by reference its General Objections as though fully set forth

18 herein. MGA further objects on the grounds that this request calls for the production of

19 documents that are not relevant to any claim or defense in the pending litigation or

20 reasonably calculated to lead to the discovery of admissible evidence.

21      MGA further objects to this request on the grounds that it is compound. MGA

22 further objects to the request to the extent it violates the privacy rights of third parties to

23 their private, confidential, proprietary or trade secret information. MGA further objects

24 to this request on the grounds that it is overbroad as to subject matter and time; in

25 particular, MGA objects that the phrases "all communications" and "referring or relating

26 to" are not tied in any way to any claim or defense involved in Phase 2 of this litigation.

27      MGA further objects to this request on the ground that the terms ALL

28 COMMUNICATIONS and REFERRING OR RELATING TO, render the request vague,

RESPONSES TO FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS Page 230

LAW OFFICES
GLASER, WEIL, FINK, JACOBS, HOWARD & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
(310) 553-3000

1   ambiguous, overly broad and unduly burdensome. MGA further objects to this request to

2   the extent that it seeks documents not in MGA's possession, custody or control. MGA

3   also objects to this request on the grounds that it seeks confidential, proprietary or

4   commercially sensitive information, the disclosure of which would be inimical to the

5   business interests of MGA. MGA also objects to this request to the extent it calls for the

6   disclosure of attorney-client privileged information or information protected from

7   disclosure by the work-product doctrine, joint defense or common interest privilege, or

8   other privilege.

9        MGA further objects to this request as being overly broad and unduly burdensome

10  on the grounds that the post-March 1, 2007 time period is beyond the scope of Mattel's

11  Second Amended Answer and Counterclaims and is irrelevant to this action. MGA

12  further objects to this request as cumulative and duplicative to the extent that it seeks

13  documents previously requested by Mattel or produced by MGA in response to Mattel's

14  document requests.

15  **REQUEST FOR PRODUCTION NO. 29:**

16       All COMMUNICATIONS by, from or to Isaac Larian, REFERRING OR

17  RELATING TO any responsibilities, assignments, duties, functions, authority or lack of

18  authority of VARGAS or TRUEBA, on or after March 1, 2007.

19  **RESPONSE TO REQUEST FOR PRODUCTION NO. 29:**

20       MGA incorporates by reference its General Objections as though fully set forth

21  herein. MGA further objects on the grounds that this request calls for the production of

22  documents that are not relevant to any claim or defense in the pending litigation or

23  reasonably calculated to lead to the discovery of admissible evidence.

24       MGA further objects to this request on the grounds that it is compound. MGA

25  further objects to the request to the extent it violates the privacy rights of third parties to

26  their private, confidential, proprietary or trade secret information. MGA further objects

27  to this request on the grounds that it is overbroad as to subject matter and time; in

28

LAW OFFICES
GLASER, WEIL, FINK, JACOBS, HOWARD & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
(310) 553-3000

1  particular, MGA objects that the phrases "all communications" and "referring or relating

2  to" are not tied in any way to any claim or defense involved in Phase 2 of this litigation.

3       MGA further objects to this request on the ground that the terms ALL

4  COMMUNICATIONS and REFERRING OR RELATING TO, render the request vague,

5  ambiguous, overly broad and unduly burdensome. MGA further objects to this request to

6  the extent that it seeks documents not in MGA's possession, custody or control. MGA

7  also objects to this request on the grounds that it seeks confidential, proprietary or

8  commercially sensitive information, the disclosure of which would be inimical to the

9  business interests of MGA. MGA also objects to this request to the extent it calls for the

10  disclosure of attorney-client privileged information or information protected from

11  disclosure by the work-product doctrine, joint defense or common interest privilege, or

12  other privilege.

13       MGA further objects to this request as being overly broad and unduly burdensome

14  on the grounds that the post-March 1, 2007 time period is beyond the scope of Mattel's

15  Second Amended Answer and Counterclaims and is irrelevant to this action. MGA

16  further objects to this request as cumulative and duplicative to the extent that it seeks

17  documents previously requested by Mattel or produced by MGA in response to Mattel's

18  document requests.

19  **REQUEST FOR PRODUCTION NO. 30:**

20       All COMMUNICATIONS by, from or to Susana Kuemmerle REFERRING OR

21  RELATING TO any responsibilities, assignments, duties, functions, authority or lack of

22  authority of VARGAS or TRUEBA, on or after March 1, 2007.

23  **RESPONSE TO REQUEST FOR PRODUCTION NO. 30:**

24       MGA incorporates by reference its General Objections as though fully set forth

25  herein. MGA further objects on the grounds that this request calls for the production of

26  documents that are not relevant to any claim or defense in the pending litigation or

27  reasonably calculated to lead to the discovery of admissible evidence.

28

GLASER, WEIL, FINK, JACOBS, HOWARD & SHAPIRO, LLP<br>LAW OFFICES<br>10250 CONSTELLATION BOULEVARD<br>NINETEENTH FLOOR<br>LOS ANGELES, CALIFORNIA 90067<br>(310) 553-3000

677054

RESPONSES TO FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS (Phase 2)

Exhibit 5

Page 232

1   MGA further objects to this request on the grounds that it is compound.  MGA
2   further objects to the request to the extent it violates the privacy rights of third parties to
3   their private, confidential, proprietary or trade secret information.  MGA further objects
4   to this request on the grounds that it is overbroad as to subject matter and time; in
5   particular, MGA objects that the phrases "all communications" and "referring or relating
6   to" are not tied in any way to any claim or defense involved in Phase 2 of this litigation.
7   MGA further objects to this request on the ground that the terms ALL
8   COMMUNICATIONS and REFERRING OR RELATING TO, render the request vague,
9   ambiguous, overly broad and unduly burdensome.  MGA further objects to this request to
10  the extent that it seeks documents not in MGA's possession, custody or control.  MGA
11  also objects to this request on the grounds that it seeks confidential, proprietary or
12  commercially sensitive information, the disclosure of which would be inimical to the
13  business interests of MGA.  MGA also objects to this request to the extent it calls for the
14  disclosure of attorney-client privileged information or information protected from
15  disclosure by the work-product doctrine, joint defense or common interest privilege, or
16  other privilege.
17  MGA further objects to this request as being overly broad and unduly burdensome
18  on the grounds that the post-March 1, 2007 time period is beyond the scope of Mattel's
19  Second Amended Answer and Counterclaims and is irrelevant to this action.  MGA
20  further objects to this request as cumulative and duplicative to the extent that it seeks
21  documents previously requested by Mattel or produced by MGA in response to Mattel's
22  document requests.

23  **REQUEST FOR PRODUCTION NO. 31:**

24  All DOCUMENTS REFERRING OR RELATING TO any purchases and/or
25  purchasing decisions made by VARGAS or TRUEBA on YOUR behalf, on or after
26  March 1, 2007.

27

28

LAW OFFICES
GLASER, WEIL, FINK, JACOBS, HOWARD & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
(310) 553-3000

**RESPONSE TO REQUEST FOR PRODUCTION NO. 31:**

MGA incorporates by reference its General Objections as though fully set forth herein. MGA further objects on the grounds that this request calls for the production of documents that are not relevant to any claim or defense in the pending litigation or reasonably calculated to lead to the discovery of admissible evidence.

MGA further objects to this request on the grounds that it is compound. MGA further objects to the request to the extent it violates the privacy rights of third parties to their private, confidential, proprietary or trade secret information. MGA further objects to this request on the grounds that it is overbroad as to subject matter and time; in particular, MGA objects that the phrases "all documents" and "referring or relating to" are not tied in any way to any claim or defense involved in Phase 2 of this litigation.

MGA further objects to this request on the ground that the terms ALL DOCUMENTS and REFERRING OR RELATING TO, render the request vague, ambiguous, overly broad and unduly burdensome. MGA further objects to this request to the extent that it seeks documents not in MGA's possession, custody or control. MGA also objects to this request on the grounds that it seeks confidential, proprietary or commercially sensitive information, the disclosure of which would be inimical to the business interests of MGA. MGA also objects to this request to the extent it calls for the disclosure of attorney-client privileged information or information protected from disclosure by the work-product doctrine, joint defense or common interest privilege, or other privilege.

MGA further objects to this request as being overly broad and unduly burdensome on the grounds that the post-March 1, 2007 time period is beyond the scope of Mattel's Second Amended Answer and Counterclaims and is irrelevant to this action. MGA further objects to this request as cumulative and duplicative to the extent that it seeks documents previously requested by Mattel or produced by MGA in response to Mattel's document requests.

Exhibit **5**

Page 24

**REQUEST FOR PRODUCTION NO. 32:**

All DOCUMENTS REFERRING OR RELATING TO any sales or licensing and/or sales or licensing decisions made by VARGAS or TRUEBA on YOUR behalf, on or after March 1, 2007.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 32:**

MGA incorporates by reference its General Objections as though fully set forth herein. MGA further objects on the grounds that this request calls for the production of documents that are not relevant to any claim or defense in the pending litigation or reasonably calculated to lead to the discovery of admissible evidence.

MGA further objects to this request on the grounds that it is compound. MGA further objects to the request to the extent it violates the privacy rights of third parties to their private, confidential, proprietary or trade secret information. MGA further objects to this request on the grounds that it is overbroad as to subject matter and time; in particular, MGA objects that the phrases "all documents" and "referring or relating to" are not tied in any way to any claim or defense involved in Phase 2 of this litigation.

MGA further objects to this request on the ground that the terms ALL DOCUMENTS and REFERRING OR RELATING TO, render the request vague, ambiguous, overly broad and unduly burdensome. MGA further objects to this request to the extent that it seeks documents not in MGA's possession, custody or control. MGA also objects to this request on the grounds that it seeks confidential, proprietary or commercially sensitive information, the disclosure of which would be inimical to the business interests of MGA. MGA also objects to this request to the extent it calls for the disclosure of attorney-client privileged information or information protected from disclosure by the work-product doctrine, joint defense or common interest privilege, or other privilege.

MGA further objects to this request as being overly broad and unduly burdensome on the grounds that the post-March 1, 2007 time period is beyond the scope of Mattel's Second Amended Answer and Counterclaims and is irrelevant to this action. MGA

677054

41

RESPONSES TO FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS (Phase 2)

Exhibit 5

Page 25

1  further objects to this request as cumulative and duplicative to the extent that it seeks

2  documents previously requested by Mattel or produced by MGA in response to Mattel's

3  document requests.

4  **REQUEST FOR PRODUCTION NO. 33:**

5       All DOCUMENTS REFERRING OR RELATING TO any recommendations,

6  input, suggestions or determination of the prices at which YOUR products are sold or

7  offered to be sold in which VARGAS or TRUEBA had any input, participation or

8  involvement, on or after March 1, 2007.

9  **RESPONSE TO REQUEST FOR PRODUCTION NO. 33:**

10       MGA incorporates by reference its General Objections as though fully set forth

11  herein. MGA further objects on the grounds that this request calls for the production of

12  documents that are not relevant to any claim or defense in the pending litigation or

13  reasonably calculated to lead to the discovery of admissible evidence.

14       MGA further objects to this request on the grounds that it is compound. MGA

15  further objects to the request to the extent it violates the privacy rights of third parties to

16  their private, confidential, proprietary or trade secret information. MGA further objects

17  to this request on the grounds that it is overbroad as to subject matter and time; in

18  particular, MGA objects that the phrases "all documents" and "referring or relating to"

19  are not tied in any way to any claim or defense involved in Phase 2 of this litigation.

20       MGA further objects to this request on the ground that the terms ALL

21  DOCUMENTS and REFERRING OR RELATING TO, and the phrases

22  "recommendations, input, suggestions or determination of the prices," and "any input,

23  participation or involvement," render the request vague, ambiguous, overly broad and

24  unduly burdensome. MGA further objects to this request to the extent that it seeks

25  documents not in MGA's possession, custody or control. MGA also objects to this

26  request on the grounds that it seeks confidential, proprietary or commercially sensitive

27  information, the disclosure of which would be inimical to the business interests of MGA.

28  MGA also objects to this request to the extent it calls for the disclosure of attorney-client

LAW OFFICES
GLASER, WEIL, FINK, JACOBS, HOWARD & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
(310) 553-3000

Exhibit **5**

Page 236

1   privileged information or information protected from disclosure by the work-product

2   doctrine, joint defense or common interest privilege, or other privilege.

3       MGA further objects to this request as being overly broad and unduly burdensome

4   on the grounds that the post-March 1, 2007 time period is beyond the scope of Mattel's

5   Second Amended Answer and Counterclaims and is irrelevant to this action.  MGA

6   further objects to this request as cumulative and duplicative to the extent that it seeks

7   documents previously requested by Mattel or produced by MGA in response to Mattel's

8   document requests.

9   **REQUEST FOR PRODUCTION NO. 34:**

10      All DOCUMENTS REFERRING OR RELATING TO any changes or

11  modifications or contemplated or proposed changes or modifications to products sold,

12  offered for sale or contemplated or proposed for sale by YOU in which VARGAS or

13  TRUEBA had any input, participation or involvement, on or after March 1, 2007.

14  **RESPONSE TO REQUEST FOR PRODUCTION NO. 34:**

15      MGA incorporates by reference its General Objections as though fully set forth

16  herein.  MGA further objects on the grounds that this request calls for the production of

17  documents that are not relevant to any claim or defense in the pending litigation or

18  reasonably calculated to lead to the discovery of admissible evidence.

19      MGA further objects to this request on the grounds that it is compound.  MGA

20  further objects to the request to the extent it violates the privacy rights of third parties to

21  their private, confidential, proprietary or trade secret information. MGA further objects

22  to this request on the grounds that it is overbroad as to subject matter and time; in

23  particular, MGA objects that the phrases "all documents" and "referring or relating to"

24  are not tied in any way to any claim or defense involved in Phase 2 of this litigation.

25      MGA further objects to this request on the ground that the terms ALL

26  DOCUMENTS and REFERRING OR RELATING TO, and the phrases "contemplated or

27  proposed changes or modifications," and "any input, participation or involvement,"

28  render the request vague, ambiguous, overly broad and unduly burdensome.  MGA

1   further objects to this request to the extent that it seeks documents not in MGA's

2   possession, custody or control.  MGA also objects to this request on the grounds that it

3   seeks confidential, proprietary or commercially sensitive information, the disclosure of

4   which would be inimical to the business interests of MGA.  MGA also objects to this

5   request to the extent it calls for the disclosure of attorney-client privileged information or

6   information protected from disclosure by the work-product doctrine, joint defense or

7   common interest privilege, or other privilege.

8        MGA further objects to this request as being overly broad and unduly burdensome

9   on the grounds that the post-March 1, 2007 time period is beyond the scope of Mattel's

10   Second Amended Answer and Counterclaims and is irrelevant to this action.  MGA

11   further objects to this request as cumulative and duplicative to the extent that it seeks

12   documents previously requested by Mattel or produced by MGA in response to Mattel's

13   document requests.

14   **REQUEST FOR PRODUCTION NO. 35:**

15        All DOCUMENTS REFERRING OR RELATING TO YOUR decision to sell or

16   offer for sale any products in which VARGAS or TRUEBA had any input, participation

17   or involvement, on or after March 1, 2007.

18   **RESPONSE TO REQUEST FOR PRODUCTION NO. 35:**

19        MGA incorporates by reference its General Objections as though fully set forth

20   herein.  MGA further objects on the grounds that this request calls for the production of

21   documents that are not relevant to any claim or defense in the pending litigation or

22   reasonably calculated to lead to the discovery of admissible evidence.

23        MGA further objects to this request on the grounds that it is compound.  MGA

24   further objects to the request to the extent it violates the privacy rights of third parties to

25   their private, confidential, proprietary or trade secret information. MGA further objects

26   to this request on the grounds that it is overbroad as to subject matter and time; in

27   particular, MGA objects that the phrases "all documents" and "referring or relating to"

28   are not tied in any way to any claim or defense involved in Phase 2 of this litigation.

LAW OFFICES
GLASER, WEIL, FINK, JACOBS, HOWARD & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
(310) 553-3000

44

Exhibit **5**

Page 238

1  MGA further objects to this request on the ground that the terms ALL
2  DOCUMENTS and REFERRING OR RELATING TO, and the phrase "any input,
3  participation or involvement," render the request vague, ambiguous, overly broad and
4  unduly burdensome.  MGA further objects to this request to the extent that it seeks
5  documents not in MGA's possession, custody or control.  MGA also objects to this
6  request on the grounds that it seeks confidential, proprietary or commercially sensitive
7  information, the disclosure of which would be inimical to the business interests of MGA.
8  MGA also objects to this request to the extent it calls for the disclosure of attorney-client
9  privileged information or information protected from disclosure by the work-product
10 doctrine, joint defense or common interest privilege, or other privilege.

11     MGA further objects to this request as being overly broad and unduly burdensome
12 on the grounds that the post-March 1, 2007 time period is beyond the scope of Mattel's
13 Second Amended Answer and Counterclaims and is irrelevant to this action.  MGA
14 further objects to this request as cumulative and duplicative to the extent that it seeks
15 documents previously requested by Mattel or produced by MGA in response to Mattel's
16 document requests.

17 **REQUEST FOR PRODUCTION NO. 36:**

18     All DOCUMENTS REFERRING OR RELATING TO any disbursements,
19 expenditures, payouts, or other uses of YOUR funds in which VARGAS or TRUEBA
20 had any input, participation or involvement, on or after March 1, 2007.

21 **RESPONSE TO REQUEST FOR PRODUCTION NO. 36:**

22     MGA incorporates by reference its General Objections as though fully set forth
23 herein.  MGA further objects on the grounds that this request calls for the production of
24 documents that are not relevant to any claim or defense in the pending litigation or
25 reasonably calculated to lead to the discovery of admissible evidence.

26     MGA further objects to this request on the grounds that it is compound.  MGA
27 further objects to the request to the extent it violates the privacy rights of third parties to
28 their private, confidential, proprietary or trade secret information.  MGA further objects

677054                              45

Exhibit 5

Page 259

LAW OFFICES
GLASER, WEIL, FINK, JACOBS, HOWARD & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
(310) 553-3000

LAW OFFICES
GLASER, WEIL, FINK, JACOBS, HOWARD & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
(310) 553-3000

1   to this request on the grounds that it is overbroad as to subject matter and time; in

2   particular, MGA objects that the phrases "all documents" and "referring or relating to"

3   are not tied in any way to any claim or defense involved in Phase 2 of this litigation.

4       MGA further objects to this request on the ground that the terms ALL

5   DOCUMENTS and REFERRING OR RELATING TO, and the phrases "payouts, or

6   other uses of YOUR funds," and "any input, participation or involvement," render the

7   request vague, ambiguous, overly broad and unduly burdensome. MGA further objects

8   to this request to the extent that it seeks documents not in MGA's possession, custody or

9   control. MGA also objects to this request on the grounds that it seeks confidential,

10  proprietary or commercially sensitive information, the disclosure of which would be

11  inimical to the business interests of MGA. MGA also objects to this request to the extent

12  it calls for the disclosure of attorney-client privileged information or information

13  protected from disclosure by the work-product doctrine, joint defense or common interest

14  privilege, or other privilege.

15      MGA further objects to this request as being overly broad and unduly burdensome

16  on the grounds that the post-March 1, 2007 time period is beyond the scope of Mattel's

17  Second Amended Answer and Counterclaims and is irrelevant to this action. MGA

18  further objects to this request as cumulative and duplicative to the extent that it seeks

19  documents previously requested by Mattel or produced by MGA in response to Mattel's

20  document requests.

21  **REQUEST FOR PRODUCTION NO. 37:**

22      All DOCUMENTS REFERRING OR RELATING TO any approvals of any

23  actions or proposed actions considered or taken by YOU or on YOUR behalf in which

24  VARGAS or TRUEBA had any input, participation or involvement, including without

25  limitation any expenditures of YOUR funds or resources or uses of YOUR employees,

26  on or after March 1, 2007.

27

28

## RESPONSE TO REQUEST FOR PRODUCTION NO. 37:

MGA incorporates by reference its General Objections as though fully set forth herein. MGA further objects on the grounds that this request calls for the production of documents that are not relevant to any claim or defense in the pending litigation or reasonably calculated to lead to the discovery of admissible evidence.

MGA further objects to this request on the grounds that it is compound. MGA further objects to the request to the extent it violates the privacy rights of third parties to their private, confidential, proprietary or trade secret information. MGA further objects to this request on the grounds that it is overbroad as to subject matter and time; in particular, MGA objects that the phrases "all documents" and "referring or relating to" are not tied in any way to any claim or defense involved in Phase 2 of this litigation.

MGA further objects to this request on the ground that the terms ALL DOCUMENTS and REFERRING OR RELATING TO, and the phrases "approvals of any actions or proposed actions considered or taken by YOU or on YOUR behalf," "expenditures of YOUR funds or resources or uses of YOUR employees," and "any input, participation or involvement," render the request vague, ambiguous, overly broad and unduly burdensome. MGA further objects to this request to the extent that it seeks documents not in MGA's possession, custody or control. MGA also objects to this request on the grounds that it seeks confidential, proprietary or commercially sensitive information, the disclosure of which would be inimical to the business interests of MGA. MGA also objects to this request to the extent it calls for the disclosure of attorney-client privileged information or information protected from disclosure by the work-product doctrine, joint defense or common interest privilege, or other privilege.

MGA further objects to this request as being overly broad and unduly burdensome on the grounds that the post-March 1, 2007 time period is beyond the scope of Mattel's Second Amended Answer and Counterclaims and is irrelevant to this action. MGA further objects to this request as cumulative and duplicative to the extent that it seeks

LAW OFFICES
GLASER, WEIL, FINK, JACOBS, HOWARD & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
(310) 553-3000

1  documents previously requested by Mattel or produced by MGA in response to Mattel's

2  document requests.

3  **REQUEST FOR PRODUCTION NO. 38:**

4      All DOCUMENTS REFERRING OR RELATING TO the job duties or

5  employment functions of VARGAS or TRUEBA, on or after March 1, 2007.

6  **RESPONSE TO REQUEST FOR PRODUCTION NO. 38:**

7      MGA incorporates by reference its General Objections as though fully set forth

8  herein. MGA further objects on the grounds that this request calls for the production of

9  documents that are not relevant to any claim or defense in the pending litigation or

10 reasonably calculated to lead to the discovery of admissible evidence.

11     MGA further objects to this request on the grounds that it is compound. MGA

12 further objects to the request to the extent it violates the privacy rights of third parties to

13 their private, confidential, proprietary or trade secret information. MGA further objects

14 to this request on the grounds that it is overbroad as to subject matter and time; in

15 particular, MGA objects that the phrases "all documents" and "referring or relating to"

16 are not tied in any way to any claim or defense involved in Phase 2 of this litigation.

17     MGA further objects to this request on the ground that the terms ALL

18 DOCUMENTS and REFERRING OR RELATING TO, render the request vague,

19 ambiguous, overly broad and unduly burdensome. MGA further objects to this request to

20 the extent that it seeks documents not in MGA's possession, custody or control. MGA

21 also objects to this request on the grounds that it seeks confidential, proprietary or

22 commercially sensitive information, the disclosure of which would be inimical to the

23 business interests of MGA. MGA also objects to this request to the extent it calls for the

24 disclosure of attorney-client privileged information or information protected from

25 disclosure by the work-product doctrine, joint defense or common interest privilege, or

26 other privilege.

27     MGA further objects to this request as being overly broad and unduly burdensome

28 on the grounds that the post-March 1, 2007 time period is beyond the scope of Mattel's

LAW OFFICES
GLASER, WEIL, FINK, JACOBS, HOWARD & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
(310) 553-3000

677054

48

Exhibit **5**

1 Second Amended Answer and Counterclaims and is irrelevant to this action. MGA

2 further objects to this request as cumulative and duplicative to the extent that it seeks

3 documents previously requested by Mattel or produced by MGA in response to Mattel's

4 document requests.

5 **REQUEST FOR PRODUCTION NO. 39:**

6     All DOCUMENTS REFERRING OR RELATING TO any actions taken by

7 VARGAS or TRUEBA on YOUR behalf, on or after March 1, 2007.

8 **RESPONSE TO REQUEST FOR PRODUCTION NO. 39:**

9     MGA incorporates by reference its General Objections as though fully set forth

10 herein. MGA further objects on the grounds that this request calls for the production of

11 documents that are not relevant to any claim or defense in the pending litigation or

12 reasonably calculated to lead to the discovery of admissible evidence.

13     MGA further objects to this request on the grounds that it is compound. MGA

14 further objects to the request to the extent it violates the privacy rights of third parties to

15 their private, confidential, proprietary or trade secret information. MGA further objects

16 to this request on the grounds that it is overbroad as to subject matter and time; in

17 particular, MGA objects that the phrases "all documents" and "referring or relating to"

18 are not tied in any way to any claim or defense involved in Phase 2 of this litigation.

19     MGA further objects to this request on the ground that the terms ALL

20 DOCUMENTS and REFERRING OR RELATING TO, and the phrase "any actions

21 taken by," render the request vague, ambiguous, overly broad and unduly burdensome.

22 MGA further objects to this request to the extent that it seeks documents not in MGA's

23 possession, custody or control. MGA also objects to this request on the grounds that it

24 seeks confidential, proprietary or commercially sensitive information, the disclosure of

25 which would be inimical to the business interests of MGA. MGA also objects to this

26 request to the extent it calls for the disclosure of attorney-client privileged information or

27 information protected from disclosure by the work-product doctrine, joint defense or

28 common interest privilege, or other privilege.

1   MGA further objects to this request as being overly broad and unduly burdensome

2   on the grounds that the post-March 1, 2007 time period is beyond the scope of Mattel's

3   Second Amended Answer and Counterclaims and is irrelevant to this action.  MGA

4   further objects to this request as cumulative and duplicative to the extent that it seeks

5   documents previously requested by Mattel or produced by MGA in response to Mattel's

6   document requests.

7   **REQUEST FOR PRODUCTION NO. 40:**

8   All DOCUMENTS REFERRING OR RELATING TO any authority or lack of

9   authority by VARGAS or TRUEBA to act on behalf of MGA Entertainment, Inc., or on

10   behalf of any officer, director or employee of MGA Entertainment, Inc., on or after

11   March 1, 2007.

12   **RESPONSE TO REQUEST FOR PRODUCTION NO. 40:**

13   MGA incorporates by reference its General Objections as though fully set forth

14   herein.  MGA further objects on the grounds that this request calls for the production of

15   documents that are not relevant to any claim or defense in the pending litigation or

16   reasonably calculated to lead to the discovery of admissible evidence.

17   MGA further objects to this request on the grounds that it is compound.  MGA

18   further objects to the request to the extent it violates the privacy rights of third parties to

19   their private, confidential, proprietary or trade secret information.  MGA further objects

20   to this request on the grounds that it is overbroad as to subject matter and time; in

21   particular, MGA objects that the phrases "all documents" and "referring or relating to"

22   are not tied in any way to any claim or defense involved in Phase 2 of this litigation.

23   MGA further objects to this request on the ground that the terms ALL

24   DOCUMENTS and REFERRING OR RELATING TO, render the request vague,

25   ambiguous, overly broad and unduly burdensome.  MGA further objects to this request to

26   the extent that it seeks documents not in MGA's possession, custody or control.  MGA

27   also objects to this request on the grounds that it seeks confidential, proprietary or

28   commercially sensitive information, the disclosure of which would be inimical to the

LAW OFFICES

GLASER, WEIL, FINK, JACOBS, HOWARD & SHAPIRO, LLP

10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
(310) 553-3000