1   business interests of MGA. MGA also objects to this request to the extent it calls for the

2   disclosure of attorney-client privileged information or information protected from

3   disclosure by the work-product doctrine, joint defense or common interest privilege, or

4   other privilege.

5       MGA further objects to this request as being overly broad and unduly burdensome

6   on the grounds that the post-March 1, 2007 time period is beyond the scope of Mattel's

7   Second Amended Answer and Counterclaims and is irrelevant to this action. MGA

8   further objects to this request as cumulative and duplicative to the extent that it seeks

9   documents previously requested by Mattel or produced by MGA in response to Mattel's

10  document requests.

11  **REQUEST FOR PRODUCTION NO. 41:**

12      All DOCUMENTS REFERRING OR RELATING TO any actions taken by

13  VARGAS or TRUEBA on behalf of MGA Entertainment, Inc., or on behalf of any

14  officer, director or employee of MGA Entertainment, Inc., on or after March 1, 2007.

15  **RESPONSE TO REQUEST FOR PRODUCTION NO. 41:**

16      MGA incorporates by reference its General Objections as though fully set forth

17  herein. MGA further objects on the grounds that this request calls for the production of

18  documents that are not relevant to any claim or defense in the pending litigation or

19  reasonably calculated to lead to the discovery of admissible evidence.

20      MGA further objects to this request on the grounds that it is compound. MGA

21  further objects to the request to the extent it violates the privacy rights of third parties to

22  their private, confidential, proprietary or trade secret information. MGA further objects

23  to this request on the grounds that it is overbroad as to subject matter and time; in

24  particular, MGA objects that the phrases "all documents" and "referring or relating to"

25  are not tied in any way to any claim or defense involved in Phase 2 of this litigation.

26      MGA further objects to this request on the ground that the terms ALL

27  DOCUMENTS and REFERRING OR RELATING TO, render the request vague,

28  ambiguous, overly broad and unduly burdensome. MGA further objects to this request to

LAW OFFICES
GLASER, WEIL, FINK, JACOBS, HOWARD & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
(310) 553-3000

Exhibit **5**
Page 245

1   the extent that it seeks documents not in MGA's possession, custody or control. MGA

2   also objects to this request on the grounds that it seeks confidential, proprietary or

3   commercially sensitive information, the disclosure of which would be inimical to the

4   business interests of MGA. MGA also objects to this request to the extent it calls for the

5   disclosure of attorney-client privileged information or information protected from

6   disclosure by the work-product doctrine, joint defense or common interest privilege, or

7   other privilege.

8        MGA further objects to this request as being overly broad and unduly burdensome

9   on the grounds that the post-March 1, 2007 time period is beyond the scope of Mattel's

10  Second Amended Answer and Counterclaims and is irrelevant to this action. MGA

11  further objects to this request as cumulative and duplicative to the extent that it seeks

12  documents previously requested by Mattel or produced by MGA in response to Mattel's

13  document requests.

14  **REQUEST FOR PRODUCTION NO. 42:**

15       All DOCUMENTS REFERRING OR RELATING TO any statements made by

16  VARGAS or TRUEBA on behalf of MGA Entertainment, Inc., or on behalf of any

17  officer, director or employee of MGA Entertainment, Inc., to any PERSON.

18  **RESPONSE TO REQUEST FOR PRODUCTION NO. 42:**

19       MGA incorporates by reference its General Objections as though fully set forth

20  herein. MGA further objects on the grounds that this request calls for the production of

21  documents that are not relevant to any claim or defense in the pending litigation or

22  reasonably calculated to lead to the discovery of admissible evidence.

23       MGA further objects to this request on the grounds that it is compound. MGA

24  further objects to the request to the extent it violates the privacy rights of third parties to

25  their private, confidential, proprietary or trade secret information. MGA further objects

26  to this request on the grounds that it is overbroad as to subject matter and time; in

27  particular, MGA objects that the phrases "all documents" and "referring or relating to"

28  are not tied in any way to any claim or defense involved in Phase 2 of this litigation.

GLASER, WEIL, FINK, JACOBS, HOWARD & SHAPIRO, LLP
LAW OFFICES
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
(310) 553-3000

1    MGA further objects to this request on the ground that the terms ALL
2    DOCUMENTS and REFERRING OR RELATING TO, and the phrase "statements made
3    by," render the request vague, ambiguous, overly broad and unduly burdensome. MGA
4    further objects to this request to the extent that it seeks documents not in MGA's
5    possession, custody or control. MGA also objects to this request on the grounds that it
6    seeks confidential, proprietary or commercially sensitive information, the disclosure of
7    which would be inimical to the business interests of MGA. MGA also objects to this
8    request to the extent it calls for the disclosure of attorney-client privileged information or
9    information protected from disclosure by the work-product doctrine, joint defense or
10   common interest privilege, or other privilege.

11   MGA further objects to this request as being overly broad and unduly burdensome
12   on the grounds that the post-March 1, 2007 time period is beyond the scope of Mattel's
13   Second Amended Answer and Counterclaims and is irrelevant to this action. MGA
14   further objects to this request as cumulative and duplicative to the extent that it seeks
15   documents previously requested by Mattel or produced by MGA in response to Mattel's
16   document requests.

17   **REQUEST FOR PRODUCTION NO. 43:**

18   All DOCUMENTS REFERRING OR RELATING TO any instructions or
19   directions given by VARGAS or TRUEBA to any officer, director or employee of
20   MGA Entertainment, Inc., on or after March 1, 2007.

21   **RESPONSE TO REQUEST FOR PRODUCTION NO. 43:**

22   MGA incorporates by reference its General Objections as though fully set forth
23   herein. MGA further objects on the grounds that this request calls for the production of
24   documents that are not relevant to any claim or defense in the pending litigation or
25   reasonably calculated to lead to the discovery of admissible evidence.

26   MGA further objects to this request on the grounds that it is compound. MGA
27   further objects to the request to the extent it violates the privacy rights of third parties to
28   their private, confidential, proprietary or trade secret information. MGA further objects

LAW OFFICES
GLASER, WEIL, FINK, JACOBS, HOWARD & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
(310) 553-3000

53

Exhibit 5

1  to this request on the grounds that it is overbroad as to subject matter and time; in
2  particular, MGA objects that the phrases "all documents" and "referring or relating to"
3  are not tied in any way to any claim or defense involved in Phase 2 of this litigation.

4      MGA further objects to this request on the ground that the terms ALL
5  DOCUMENTS and REFERRING OR RELATING TO, and the phrase "instructions or
6  directions given," render the request vague, ambiguous, overly broad and unduly
7  burdensome.  MGA further objects to this request to the extent that it seeks documents
8  not in MGA's possession, custody or control.  MGA also objects to this request on the
9  grounds that it seeks confidential, proprietary or commercially sensitive information, the
10 disclosure of which would be inimical to the business interests of MGA.  MGA also
11 objects to this request to the extent it calls for the disclosure of attorney-client privileged
12 information or information protected from disclosure by the work-product doctrine, joint
13 defense or common interest privilege, or other privilege.

14     MGA further objects to this request as being overly broad and unduly burdensome
15 on the grounds that the post-March 1, 2007 time period is beyond the scope of Mattel's
16 Second Amended Answer and Counterclaims and is irrelevant to this action.  MGA
17 further objects to this request as cumulative and duplicative to the extent that it seeks
18 documents previously requested by Mattel or produced by MGA in response to Mattel's
19 document requests.

20 **REQUEST FOR PRODUCTION NO. 44:**

21     All DOCUMENTS REFERRING OR RELATING TO any statements made by
22 VARGAS or TRUEBA on YOUR behalf to any PERSONS with whom YOU do
23 business, on or after March 1, 2007.

24 **RESPONSE TO REQUEST FOR PRODUCTION NO. 44:**

25     MGA incorporates by reference its General Objections as though fully set forth
26 herein. MGA further objects on the grounds that this request calls for the production of
27 documents that are not relevant to any claim or defense in the pending litigation or
28 reasonably calculated to lead to the discovery of admissible evidence.

677054

54

Exhibit 5

RESPONSES TO FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS Page 248

1    MGA further objects to this request on the grounds that it is compound.  MGA
2    further objects to the request to the extent it violates the privacy rights of third parties to
3    their private, confidential, proprietary or trade secret information.  MGA further objects
4    to this request on the grounds that it is overbroad as to subject matter and time; in
5    particular, MGA objects that the phrases "all documents" and "referring or relating to"
6    are not tied in any way to any claim or defense involved in Phase 2 of this litigation.

7    MGA further objects to this request on the ground that the terms ALL
8    DOCUMENTS and REFERRING OR RELATING TO, and the phrase "statements
9    made," render the request vague, ambiguous, overly broad and unduly burdensome.
10   MGA further objects to this request to the extent that it seeks documents not in MGA's
11   possession, custody or control.  MGA also objects to this request on the grounds that it
12   seeks confidential, proprietary or commercially sensitive information, the disclosure of
13   which would be inimical to the business interests of MGA.  MGA also objects to this
14   request to the extent it calls for the disclosure of attorney-client privileged information or
15   information protected from disclosure by the work-product doctrine, joint defense or
16   common interest privilege, or other privilege.

17   MGA further objects to this request as being overly broad and unduly burdensome
18   on the grounds that the post-March 1, 2007 time period is beyond the scope of Mattel's
19   Second Amended Answer and Counterclaims and is irrelevant to this action.  MGA
20   further objects to this request as cumulative and duplicative to the extent that it seeks
21   documents previously requested by Mattel or produced by MGA in response to Mattel's
22   document requests.

23   **REQUEST FOR PRODUCTION NO. 45:**

24   All DOCUMENTS REFERRING OR RELATING TO any statements made by
25   VARGAS or TRUEBA on YOUR behalf to any retailers, wholesalers, actual or potential
26   customers, actual or actual licensees or suppliers, on or after March 1, 2007.

27

28

LAW OFFICES
GLASER, WEIL, FINK, JACOBS, HOWARD & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
(310) 553-3000

**RESPONSE TO REQUEST FOR PRODUCTION NO. 45:**

MGA incorporates by reference its General Objections as though fully set forth herein. MGA further objects on the grounds that this request calls for the production of documents that are not relevant to any claim or defense in the pending litigation or reasonably calculated to lead to the discovery of admissible evidence.

MGA further objects to this request on the grounds that it is compound. MGA further objects to the request to the extent it violates the privacy rights of third parties to their private, confidential, proprietary or trade secret information. MGA further objects to this request on the grounds that it is overbroad as to subject matter and time; in particular, MGA objects that the phrases "all documents" and "referring or relating to" are not tied in any way to any claim or defense involved in Phase 2 of this litigation.

MGA further objects to this request on the ground that the terms ALL DOCUMENTS and REFERRING OR RELATING TO, and the phrase "statements made," render the request vague, ambiguous, overly broad and unduly burdensome. MGA further objects to this request to the extent that it seeks documents not in MGA's possession, custody or control. MGA also objects to this request on the grounds that it seeks confidential, proprietary or commercially sensitive information, the disclosure of which would be inimical to the business interests of MGA. MGA also objects to this request to the extent it calls for the disclosure of attorney-client privileged information or information protected from disclosure by the work-product doctrine, joint defense or common interest privilege, or other privilege.

MGA further objects to this request as being overly broad and unduly burdensome on the grounds that the post-March 1, 2007 time period is beyond the scope of Mattel's Second Amended Answer and Counterclaims and is irrelevant to this action. MGA further objects to this request as cumulative and duplicative to the extent that it seeks documents previously requested by Mattel or produced by MGA in response to Mattel's document requests.

LAW OFFICES

GLASER, WEIL, FINK, JACOBS, HOWARD & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
(310) 553-3000

**REQUEST FOR PRODUCTION NO. 46:**

All DOCUMENTS REFERRING OR RELATING TO any statements made by VARGAS or TRUEBA on YOUR behalf to the press or the public, on or after March 1, 2007.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 46:**

MGA incorporates by reference its General Objections as though fully set forth herein. MGA further objects on the grounds that this request calls for the production of documents that are not relevant to any claim or defense in the pending litigation or reasonably calculated to lead to the discovery of admissible evidence. MGA further objects to the request to the extent that it seeks documents that by reason of public filing, public distribution or otherwise are already in Mattel's possession or are readily accessible to Mattel.

MGA further objects to this request on the grounds that it is compound. MGA further objects to the request to the extent it violates the privacy rights of third parties to their private, confidential, proprietary or trade secret information. MGA further objects to this request on the grounds that it is overbroad as to subject matter and time; in particular, MGA objects that the phrases "all documents" and "referring or relating to" are not tied in any way to any claim or defense involved in Phase 2 of this litigation.

MGA further objects to this request on the ground that the terms ALL DOCUMENTS and REFERRING OR RELATING TO, and the phrase "statements made," render the request vague, ambiguous, overly broad and unduly burdensome. MGA further objects to this request to the extent that it seeks documents not in MGA's possession, custody or control. MGA also objects to this request on the grounds that it seeks confidential, proprietary or commercially sensitive information, the disclosure of which would be inimical to the business interests of MGA. MGA also objects to this request to the extent it calls for the disclosure of attorney-client privileged information or information protected from disclosure by the work-product doctrine, joint defense or common interest privilege, or other privilege.

LAW OFFICES
GLASER, WEIL, FINK, JACOBS, HOWARD & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
(310) 553-3000

1   MGA further objects to this request as being overly broad and unduly burdensome

2   on the grounds that the post-March 1, 2007 time period is beyond the scope of Mattel's

3   Second Amended Answer and Counterclaims and is irrelevant to this action.  MGA

4   further objects to this request as cumulative and duplicative to the extent that it seeks

5   documents previously requested by Mattel or produced by MGA in response to Mattel's

6   document requests.

7   **REQUEST FOR PRODUCTION NO. 47:**

8       All DOCUMENTS REFERRING OR RELATING TO any activities undertaken

9   by VARGAS or TRUEBA for YOU or on YOUR behalf that were not approved or

10  subject to approval by another agent of MGA MEXICO, on or after March 1, 2007.

11  **RESPONSE TO REQUEST FOR PRODUCTION NO. 47:**

12      MGA incorporates by reference its General Objections as though fully set forth

13  herein.  MGA further objects on the grounds that this request calls for the production of

14  documents that are not relevant to any claim or defense in the pending litigation or

15  reasonably calculated to lead to the discovery of admissible evidence.

16      MGA further objects to this request on the grounds that it is compound.  MGA

17  further objects to the request to the extent it violates the privacy rights of third parties to

18  their private, confidential, proprietary or trade secret information.  MGA further objects

19  to this request on the grounds that it is overbroad as to subject matter and time; in

20  particular, MGA objects that the phrases "all documents" and "referring or relating to"

21  are not tied in any way to any claim or defense involved in Phase 2 of this litigation.

22      MGA further objects to this request on the ground that the terms ALL

23  DOCUMENTS and REFERRING OR RELATING TO, and the phrase "activities

24  undertaken," render the request vague, ambiguous, overly broad and unduly burdensome.

25  MGA further objects to this request to the extent that it seeks documents not in MGA's

26  possession, custody or control.  MGA also objects to this request on the grounds that it

27  seeks confidential, proprietary or commercially sensitive information, the disclosure of

28  which would be inimical to the business interests of MGA.  MGA also objects to this

LAW OFFICES
GLASER, WEIL, FINK, JACOBS, HOWARD & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
(310) 553-3000

Exhibit 5

Page 52

1   request to the extent it calls for the disclosure of attorney-client privileged information or

2   information protected from disclosure by the work-product doctrine, joint defense or

3   common interest privilege, or other privilege.

4     MGA further objects to this request as being overly broad and unduly burdensome

5   on the grounds that the post-March 1, 2007 time period is beyond the scope of Mattel's

6   Second Amended Answer and Counterclaims and is irrelevant to this action.  MGA

7   further objects to this request as cumulative and duplicative to the extent that it seeks

8   documents previously requested by Mattel or produced by MGA in response to Mattel's

9   document requests.

10  **REQUEST FOR PRODUCTION NO. 48:**

11    All declarations, affidavits, deposition transcripts, and other sworn written

12  statements of any other type or form made by VARGAS or TRUEBA on YOUR behalf

13  at any time.

14  **RESPONSE TO REQUEST FOR PRODUCTION NO. 48:**

15    MGA incorporates by reference its General Objections as though fully set forth

16  herein.  MGA further objects on the grounds that this request calls for the production of

17  documents that are not relevant to any claim or defense in the pending litigation or

18  reasonably calculated to lead to the discovery of admissible evidence.  MGA further

19  objects to the request to the extent that it seeks documents that by reason of public filing,

20  public distribution or otherwise are already in Mattel's possession or are readily

21  accessible to Mattel.

22    MGA further objects to this request on the grounds that it is compound.  MGA

23  further objects to the request to the extent it violates the privacy rights of third parties to

24  their private, confidential, proprietary or trade secret information. MGA further objects

25  to this request on the grounds that it is overbroad as to subject matter and time.

26    MGA further objects to this request to the extent that it seeks documents not in

27  MGA's possession, custody or control.  MGA also objects to this request on the grounds

28  that it seeks confidential, proprietary or commercially sensitive information, the

LAW OFFICES
GLASER, WEIL, FINK, JACOBS, HOWARD & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
(310) 553-3000

1  disclosure of which would be inimical to the business interests of MGA. MGA also
2  objects to this request to the extent it calls for the disclosure of attorney-client privileged
3  information or information protected from disclosure by the work-product doctrine, joint
4  defense or common interest privilege, or other privilege.

5      MGA further objects to this request as being overly broad and unduly burdensome
6  on the grounds that it is unlimited in time. MGA further objects to this request as
7  cumulative and duplicative to the extent that it seeks documents previously requested by
8  Mattel or produced by MGA in response to Mattel's document requests.

9  **REQUEST FOR PRODUCTION NO. 49:**

10      All declarations, affidavits, deposition transcripts, and other sworn written
11  statements of any other type or form made by VARGAS or TRUEBA on behalf of
12  MGA Entertainment, Inc. or Isaac Larian at any time.

13  **RESPONSE TO REQUEST FOR PRODUCTION NO. 49:**

14      MGA incorporates by reference its General Objections as though fully set forth
15  herein. MGA further objects on the grounds that this request calls for the production of
16  documents that are not relevant to any claim or defense in the pending litigation or
17  reasonably calculated to lead to the discovery of admissible evidence. MGA further
18  objects to the request to the extent that it seeks documents that by reason of public filing,
19  public distribution or otherwise are already in Mattel's possession or are readily
20  accessible to Mattel.

21      MGA further objects to this request on the grounds that it is compound. MGA
22  further objects to the request to the extent it violates the privacy rights of third parties to
23  their private, confidential, proprietary or trade secret information. MGA further objects
24  to this request on the grounds that it is overbroad as to subject matter and time.

25      MGA further objects to this request to the extent that it seeks documents not in
26  MGA's possession, custody or control. MGA also objects to this request on the grounds
27  that it seeks confidential, proprietary or commercially sensitive information, the
28  disclosure of which would be inimical to the business interests of MGA. MGA also

LAW OFFICES
GLASER, WEIL, FINK, JACOBS, HOWARD & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
(310) 553-3000

Exhibit **5**
Page 254

1 objects to this request to the extent it calls for the disclosure of attorney-client privileged

2 information or information protected from disclosure by the work-product doctrine, joint

3 defense or common interest privilege, or other privilege.

4     MGA further objects to this request as being overly broad and unduly burdensome

5 on the grounds that it is unlimited in time.  MGA further objects to this request as

6 cumulative and duplicative to the extent that it seeks documents previously requested by

7 Mattel or produced by MGA in response to Mattel's document requests.

8 **REQUEST FOR PRODUCTION NO. 50:**

9     To the extent not produced in response to any other Request, all declarations,

10 affidavits, deposition transcripts, and other sworn written statements of any other type or

11 form made by VARGAS or TRUEBA.

12 **RESPONSE TO REQUEST FOR PRODUCTION NO. 50:**

13     MGA incorporates by reference its General Objections as though fully set forth

14 herein. MGA further objects on the grounds that this request calls for the production of

15 documents that are not relevant to any claim or defense in the pending litigation or

16 reasonably calculated to lead to the discovery of admissible evidence.  MGA further

17 objects to the request to the extent that it seeks documents that by reason of public filing,

18 public distribution or otherwise are already in Mattel's possession or are readily

19 accessible to Mattel.

20     MGA further objects to this request on the grounds that it is compound.  MGA

21 further objects to the request to the extent it violates the privacy rights of third parties to

22 their private, confidential, proprietary or trade secret information. MGA further objects

23 to this request on the grounds that it is overbroad as to subject matter and time.

24     MGA further objects to this request to the extent that it seeks documents not in

25 MGA's possession, custody or control. MGA also objects to this request on the grounds

26 that it seeks confidential, proprietary or commercially sensitive information, the

27 disclosure of which would be inimical to the business interests of MGA.  MGA also

28 objects to this request to the extent it calls for the disclosure of attorney-client privileged

LAW OFFICES
GLASER, WEIL, FINK, JACOBS, HOWARD & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
(310) 553-3000

61

Exhibit **5**

RESPONSES TO FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS (Page 25)

1  information or information protected from disclosure by the work-product doctrine, joint

2  defense or common interest privilege, or other privilege.

3      MGA further objects to this request as being overly broad and unduly burdensome

4  on the grounds that it is unlimited in time and it is not even limited to the instant

5  litigation.  MGA further objects to this request as cumulative and duplicative to the

6  extent that it seeks documents previously requested by Mattel or produced by MGA in

7  response to Mattel's document requests.

8  **REQUEST FOR PRODUCTION NO. 51:**

9      All COMMUNICATIONS with any law enforcement official, prosecutor or

10  government agency REFERRING OR RELATING TO VARGAS or TRUEBA.

11  **RESPONSE TO REQUEST FOR PRODUCTION NO. 51:**

12      MGA incorporates by reference its General Objections as though fully set forth

13  herein. MGA further objects on the grounds that this request calls for the production of

14  documents that are not relevant to any claim or defense in the pending litigation or

15  reasonably calculated to lead to the discovery of admissible evidence.  MGA further

16  objects to the request to the extent that it seeks documents that by reason of public filing,

17  public distribution or otherwise are already in Mattel's possession or are readily

18  accessible to Mattel.

19      MGA further objects to this request on the grounds that it is compound.  MGA

20  further objects to the request to the extent it violates the privacy rights of third parties to

21  their private, confidential, proprietary or trade secret information. MGA further objects

22  to this request on the grounds that it is overbroad as to subject matter and time; in

23  particular, MGA objects that the phrases "all communications" and "referring or relating

24  to" are not tied in any way to any claim or defense involved in Phase 2 of this litigation.

25      MGA further objects to this request on the ground that the terms ALL

26  COMMUNICATIONS and REFERRING OR RELATING TO, render the request vague,

27  ambiguous, overly broad and unduly burdensome. MGA further objects to this request to

28  the extent that it seeks documents not in MGA's possession, custody or control.  MGA

LAW OFFICES
GLASER, WEIL, FINK, JACOBS, HOWARD & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
(310) 553-3000

1   also objects to this request on the grounds that it seeks confidential, proprietary or

2   commercially sensitive information, the disclosure of which would be inimical to the

3   business interests of MGA. MGA also objects to this request to the extent it calls for the

4   disclosure of attorney-client privileged information or information protected from

5   disclosure by the work-product doctrine, joint defense or common interest privilege, or

6   other privilege.

7        MGA further objects to this request as being overly broad and unduly burdensome

8   on the grounds that it is unlimited in time. MGA further objects to this request as

9   cumulative and duplicative to the extent that it seeks documents previously requested by

10  Mattel or produced by MGA in response to Mattel's document requests.

11  **REQUEST FOR PRODUCTION NO. 52:**

12        All DOCUMENTS REFERRING OR RELATING TO the receipt, possession,

13  custody or use of any MATTEL document, property or information by YOU, VARGAS

14  or TRUEBA.

15  **RESPONSE TO REQUEST FOR PRODUCTION NO. 52:**

16        MGA incorporates by reference its General Objections as though fully set forth

17  herein. MGA further objects on the grounds that this request calls for the production of

18  documents that are not relevant to any claim or defense in the pending litigation or

19  reasonably calculated to lead to the discovery of admissible evidence.

20        MGA further objects to this request on the grounds that it is compound. MGA

21  further objects to the request to the extent it violates the privacy rights of third parties to

22  their private, confidential, proprietary or trade secret information. MGA further objects

23  to this request on the grounds that it is overbroad as to subject matter and time; in

24  particular, MGA objects that the phrases "all documents" and "referring or relating to"

25  are not tied in any way to any claim or defense involved in Phase 2 of this litigation.

26        MGA further objects to this request on the ground that the terms ALL

27  DOCUMENTS and REFERRING OR RELATING TO, render the request vague,

28  ambiguous, overly broad and unduly burdensome. MGA further objects to this request to

LAW OFFICES
GLASER, WEIL, FINK, JACOBS, HOWARD & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
(310) 553-3000

677054

63

Exhibit **5**

Page 257

1  the extent that it seeks documents not in MGA's possession, custody or control.  MGA

2  also objects to this request on the grounds that it seeks confidential, proprietary or

3  commercially sensitive information, the disclosure of which would be inimical to the

4  business interests of MGA.  MGA also objects to this request to the extent it calls for the

5  disclosure of attorney-client privileged information or information protected from

6  disclosure by the work-product doctrine, joint defense or common interest privilege, or

7  other privilege.

8       MGA further objects to this request as being overly broad and unduly burdensome

9  on the grounds that it is unlimited in time.  MGA further objects to this request as

10  cumulative and duplicative to the extent that it seeks documents previously requested by

11  Mattel or produced by MGA in response to Mattel's document requests.

12  **REQUEST FOR PRODUCTION NO. 53:**

13       All COMMUNICATIONS by, to or from VARGAS or TRUEBA REFERRING

14  OR RELATING TO their or YOUR receipt, transfer, transmission, downloading,

15  uploading, reproduction, possession, custody, use or theft of any MATTEL

16  DOCUMENT, property or information.

17  **RESPONSE TO REQUEST FOR PRODUCTION NO. 53:**

18       MGA incorporates by reference its General Objections as though fully set forth

19  herein.  MGA further objects on the grounds that this request calls for the production of

20  documents that are not relevant to any claim or defense in the pending litigation or

21  reasonably calculated to lead to the discovery of admissible evidence.

22       MGA further objects to this request on the grounds that it is compound.  MGA

23  further objects to the request to the extent it violates the privacy rights of third parties to

24  their private, confidential, proprietary or trade secret information.  MGA further objects

25  to this request on the grounds that it is overbroad as to subject matter and time; in

26  particular, MGA objects that the phrases "all communications" and "referring or relating

27  to" are not tied in any way to any claim or defense involved in Phase 2 of this litigation.

28

LAW OFFICES
GLASER, WEIL, FINK, JACOBS, HOWARD & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
(310) 553-3000

677054

64

RESPONSES TO FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS

Exhibit **5**

Page 258

1   MGA further objects to this request on the ground that the terms ALL
2   COMMUNICATIONS and REFERRING OR RELATING TO, render the request vague,
3   ambiguous, overly broad and unduly burdensome. MGA further objects to this request to
4   the extent that it seeks documents not in MGA's possession, custody or control. MGA
5   also objects to this request on the grounds that it seeks confidential, proprietary or
6   commercially sensitive information, the disclosure of which would be inimical to the
7   business interests of MGA. MGA also objects to this request to the extent it calls for the
8   disclosure of attorney-client privileged information or information protected from
9   disclosure by the work-product doctrine, joint defense or common interest privilege, or
10  other privilege.

11      MGA further objects to this request as being overly broad and unduly burdensome
12  on the grounds that it is unlimited in time. MGA further objects to this request as
13  cumulative and duplicative to the extent that it seeks documents previously requested by
14  Mattel or produced by MGA in response to Mattel's document requests.

15  **REQUEST FOR PRODUCTION NO. 54:**

16      All COMMUNICATIONS REFERRING OR RELATING TO the authority or
17  authorization, or lack of authority or authorization, of VARGAS or TRUEBA in
18  connection with YOUR receipt, possession, custody or use of any MATTEL document,
19  property or information.

20  **RESPONSE TO REQUEST FOR PRODUCTION NO. 54:**

21      MGA incorporates by reference its General Objections as though fully set forth
22  herein. MGA further objects on the grounds that this request calls for the production of
23  documents that are not relevant to any claim or defense in the pending litigation or
24  reasonably calculated to lead to the discovery of admissible evidence.

25      MGA further objects to this request on the grounds that it is compound. MGA
26  further objects to the request to the extent it violates the privacy rights of third parties to
27  their private, confidential, proprietary or trade secret information. MGA further objects
28  to this request on the grounds that it is overbroad as to subject matter and time; in

LAW OFFICES
GLASER, WEIL, FINK, JACOBS, HOWARD & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
(310) 553-3000

1   particular, MGA objects that the phrases "all communications" and "referring or relating
2   to" are not tied in any way to any claim or defense involved in Phase 2 of this litigation.

3       MGA further objects to this request on the ground that the terms ALL
4   COMMUNICATIONS and REFERRING OR RELATING TO, and the phrase "the
5   authority or authorization, or lack of authority or authorization," render the request
6   vague, ambiguous, overly broad and unduly burdensome. MGA further objects to this
7   request to the extent that it seeks documents not in MGA's possession, custody or
8   control. MGA also objects to this request on the grounds that it seeks confidential,
9   proprietary or commercially sensitive information, the disclosure of which would be
10  inimical to the business interests of MGA. MGA also objects to this request to the extent
11  it calls for the disclosure of attorney-client privileged information or information
12  protected from disclosure by the work-product doctrine, joint defense or common interest
13  privilege, or other privilege.

14      MGA further objects to this request as being overly broad and unduly burdensome
15  on the grounds that it is unlimited in time. MGA further objects to this request as
16  cumulative and duplicative to the extent that it seeks documents previously requested by
17  Mattel or produced by MGA in response to Mattel's document requests.

18  **REQUEST FOR PRODUCTION NO. 55:**

19      All DOCUMENTS REFERRING OR RELATING TO whether VARGAS or
20  TRUEBA is, or has at any time since March 1, 2007 been, invested with authority or
21  decision-making powers allowing either or both of them to exercise any judgment and
22  discretion on YOUR behalf.

23  **RESPONSE TO REQUEST FOR PRODUCTION NO. 55:**

24      MGA incorporates by reference its General Objections as though fully set forth
25  herein. MGA further objects on the grounds that this request calls for the production of
26  documents that are not relevant to any claim or defense in the pending litigation or
27  reasonably calculated to lead to the discovery of admissible evidence.

28

677054

66

Exhibit 5

RESPONSES TO FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS (Phase 2)

1   MGA further objects to this request on the grounds that it is compound.  MGA
2   further objects to the request to the extent it violates the privacy rights of third parties to
3   their private, confidential, proprietary or trade secret information.  MGA further objects
4   to this request on the grounds that it is overbroad as to subject matter and time; in
5   particular, MGA objects that the phrases "all documents" and "referring or relating to"
6   are not tied in any way to any claim or defense involved in Phase 2 of this litigation.

7   MGA further objects to this request on the ground that the terms ALL
8   DOCUMENTS and REFERRING OR RELATING TO, and the phrase "invested with
9   authority or decision-making powers," render the request vague, ambiguous, overly
10  broad and unduly burdensome.  MGA further objects to this request to the extent that it
11  seeks documents not in MGA's possession, custody or control.  MGA also objects to this
12  request on the grounds that it seeks confidential, proprietary or commercially sensitive
13  information, the disclosure of which would be inimical to the business interests of MGA.
14  MGA also objects to this request to the extent it calls for the disclosure of attorney-client
15  privileged information or information protected from disclosure by the work-product
16  doctrine, joint defense or common interest privilege, or other privilege.

17  MGA further objects to this request as being overly broad and unduly burdensome
18  on the grounds that the post-March 1, 2007 time period is beyond the scope of Mattel's
19  Second Amended Answer and Counterclaims and is irrelevant to this action.  MGA
20  further objects to this request as cumulative and duplicative to the extent that it seeks
21  documents previously requested by Mattel or produced by MGA in response to Mattel's
22  document requests.

23  **REQUEST FOR PRODUCTION NO. 56:**

24  All DOCUMENTS REFERRING OR RELATING TO any exercise of judgment
25  or discretion by VARGAS or TRUEBA in corporate matters on YOUR behalf, on or
26  after March 1, 2007.

27

28

LAW OFFICES
GLASER, WEIL, FINK, JACOBS, HOWARD & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
(310) 553-3000

**RESPONSE TO REQUEST FOR PRODUCTION NO. 56:**

MGA incorporates by reference its General Objections as though fully set forth herein. MGA further objects on the grounds that this request calls for the production of documents that are not relevant to any claim or defense in the pending litigation or reasonably calculated to lead to the discovery of admissible evidence.

MGA further objects to this request on the grounds that it is compound. MGA further objects to the request to the extent it violates the privacy rights of third parties to their private, confidential, proprietary or trade secret information. MGA further objects to this request on the grounds that it is overbroad as to subject matter and time; in particular, MGA objects that the phrases "all documents" and "referring or relating to" are not tied in any way to any claim or defense involved in Phase 2 of this litigation.

MGA further objects to this request on the ground that the terms ALL DOCUMENTS and REFERRING OR RELATING TO, and the phrase "exercise of judgment or discretion," render the request vague, ambiguous, overly broad and unduly burdensome. MGA further objects to this request to the extent that it seeks documents not in MGA's possession, custody or control. MGA also objects to this request on the grounds that it seeks confidential, proprietary or commercially sensitive information, the disclosure of which would be inimical to the business interests of MGA. MGA also objects to this request to the extent it calls for the disclosure of attorney-client privileged information or information protected from disclosure by the work-product doctrine, joint defense or common interest privilege, or other privilege.

MGA further objects to this request as being overly broad and unduly burdensome on the grounds that the post-March 1, 2007 time period is beyond the scope of Mattel's Second Amended Answer and Counterclaims and is irrelevant to this action. MGA further objects to this request as cumulative and duplicative to the extent that it seeks documents previously requested by Mattel or produced by MGA in response to Mattel's document requests.

LAW OFFICES
GLASER, WEIL, FINK, JACOBS, HOWARD & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
(310) 553-3000

**REQUEST FOR PRODUCTION NO. 57:**

All DOCUMENTS REFERRING OR RELATING TO any instance in which YOU disavowed or repudiated any actions by VARGAS or TRUEBA.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 57:**

MGA incorporates by reference its General Objections as though fully set forth herein. MGA further objects on the grounds that this request calls for the production of documents that are not relevant to any claim or defense in the pending litigation or reasonably calculated to lead to the discovery of admissible evidence.

MGA further objects to this request on the grounds that it is compound. MGA further objects to the request to the extent it violates the privacy rights of third parties to their private, confidential, proprietary or trade secret information. MGA further objects to this request on the grounds that it is overbroad as to subject matter and time; in particular, MGA objects that the phrases "all documents" and "referring or relating to" are not tied in any way to any claim or defense involved in Phase 2 of this litigation.

MGA further objects to this request on the ground that the terms ALL DOCUMENTS and REFERRING OR RELATING TO, render the request vague, ambiguous, overly broad and unduly burdensome. MGA further objects to this request to the extent that it seeks documents not in MGA's possession, custody or control. MGA also objects to this request on the grounds that it seeks confidential, proprietary or commercially sensitive information, the disclosure of which would be inimical to the business interests of MGA. MGA also objects to this request to the extent it calls for the disclosure of attorney-client privileged information or information protected from disclosure by the work-product doctrine, joint defense or common interest privilege, or other privilege.

MGA further objects to this request as being overly broad and unduly burdensome on the grounds that it is unlimited in time. MGA further objects to this request as cumulative and duplicative to the extent that it seeks documents previously requested by Mattel or produced by MGA in response to Mattel's document requests.

1 **REQUEST FOR PRODUCTION NO. 58:**

2      All DOCUMENTS REFERRING OR RELATING TO VARGAS' and

3 TRUEBA's responsibilities for MGA MEXICO, on or after March 1, 2007.

4 **RESPONSE TO REQUEST FOR PRODUCTION NO. 58:**

5      MGA incorporates by reference its General Objections as though fully set forth

6 herein. MGA further objects on the grounds that this request calls for the production of

7 documents that are not relevant to any claim or defense in the pending litigation or

8 reasonably calculated to lead to the discovery of admissible evidence.

9      MGA further objects to this request on the grounds that it is compound. MGA

10 further objects to the request to the extent it violates the privacy rights of third parties to

11 their private, confidential, proprietary or trade secret information. MGA further objects

12 to this request on the grounds that it is overbroad as to subject matter and time; in

13 particular, MGA objects that the phrases "all documents" and "referring or relating to"

14 are not tied in any way to any claim or defense involved in Phase 2 of this litigation.

15      MGA further objects to this request on the ground that the terms ALL

16 DOCUMENTS and REFERRING OR RELATING TO, and "responsibilities," render the

17 request vague, ambiguous, overly broad and unduly burdensome. MGA further objects

18 to this request to the extent that it seeks documents not in MGA's possession, custody or

19 control. MGA also objects to this request on the grounds that it seeks confidential,

20 proprietary or commercially sensitive information, the disclosure of which would be

21 inimical to the business interests of MGA. MGA also objects to this request to the extent

22 it calls for the disclosure of attorney-client privileged information or information

23 protected from disclosure by the work-product doctrine, joint defense or common interest

24 privilege, or other privilege.

25      MGA further objects to this request as being overly broad and unduly burdensome

26 on the grounds that the post-March 1, 2007 time period is beyond the scope of Mattel's

27 Second Amended Answer and Counterclaims and is irrelevant to this action. MGA

28 further objects to this request as cumulative and duplicative to the extent that it seeks

LAW OFFICES
GLASER, WEIL, FINK, JACOBS, HOWARD & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
(310) 553-3000

Exhibit 5
Page 204

1   documents previously requested by Mattel or produced by MGA in response to Mattel's

2   document requests.

3   **REQUEST FOR PRODUCTION NO. 59:**

4       All DOCUMENTS REFERRING OR RELATING TO VARGAS' and

5   TRUEBA's duties, obligations or responsibilities to preserve YOUR trade secrets and

6   confidential information, on or after March 1, 2007.

7   **RESPONSE TO REQUEST FOR PRODUCTION NO. 59:**

8       MGA incorporates by reference its General Objections as though fully set forth

9   herein. MGA further objects on the grounds that this request calls for the production of

10  documents that are not relevant to any claim or defense in the pending litigation or

11  reasonably calculated to lead to the discovery of admissible evidence.

12      MGA further objects to this request on the grounds that it is compound. MGA

13  further objects to the request to the extent it violates the privacy rights of third parties to

14  their private, confidential, proprietary or trade secret information. MGA further objects

15  to this request on the grounds that it is overbroad as to subject matter and time; in

16  particular, MGA objects that the phrases "all documents" and "referring or relating to"

17  are not tied in any way to any claim or defense involved in Phase 2 of this litigation.

18      MGA further objects to this request on the ground that the terms ALL

19  DOCUMENTS and REFERRING OR RELATING TO, and the phrase "duties,

20  obligations or responsibilities," render the request vague, ambiguous, overly broad and

21  unduly burdensome. MGA further objects to this request to the extent that it seeks

22  documents not in MGA's possession, custody or control. MGA also objects to this

23  request on the grounds that it seeks confidential, proprietary or commercially sensitive

24  information, the disclosure of which would be inimical to the business interests of MGA.

25  MGA also objects to this request to the extent it calls for the disclosure of attorney-client

26  privileged information or information protected from disclosure by the work-product

27  doctrine, joint defense or common interest privilege, or other privilege.

28

LAW OFFICES
GLASER, WEIL, FINK, JACOBS, HOWARD & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
(310) 553-3000

1    MGA further objects to this request as being overly broad and unduly burdensome

2  on the grounds that the post-March 1, 2007 time period is beyond the scope of Mattel's

3  Second Amended Answer and Counterclaims and is irrelevant to this action.  MGA

4  further objects to this request as cumulative and duplicative to the extent that it seeks

5  documents previously requested by Mattel or produced by MGA in response to Mattel's

6  document requests.

7  **REQUEST FOR PRODUCTION NO. 60:**

8    All DOCUMENTS REFERRING OR RELATING TO VARGAS' and

9  TRUEBA's duties, obligations or responsibilities not to use the trade secrets and

10  confidential information of any other PERSON, including but not limited to MATTEL,

11  on or after March 1, 2007.

12  **RESPONSE TO REQUEST FOR PRODUCTION NO. 60:**

13    MGA incorporates by reference its General Objections as though fully set forth

14  herein.  MGA further objects on the grounds that this request calls for the production of

15  documents that are not relevant to any claim or defense in the pending litigation or

16  reasonably calculated to lead to the discovery of admissible evidence.

17    MGA further objects to this request on the grounds that it is compound.  MGA

18  further objects to the request to the extent it violates the privacy rights of third parties to

19  their private, confidential, proprietary or trade secret information.  MGA further objects

20  to this request on the grounds that it is overbroad as to subject matter and time; in

21  particular, MGA objects that the phrases "all documents" and "referring or relating to"

22  are not tied in any way to any claim or defense involved in Phase 2 of this litigation.

23    MGA further objects to this request on the ground that the terms ALL

24  DOCUMENTS and REFERRING OR RELATING TO, and the phrase "duties,

25  obligations or responsibilities," render the request vague, ambiguous, overly broad and

26  unduly burdensome.  MGA further objects to this request to the extent that it seeks

27  documents not in MGA's possession, custody or control.  MGA also objects to this

28  request on the grounds that it seeks confidential, proprietary or commercially sensitive

1  information, the disclosure of which would be inimical to the business interests of MGA.

2  MGA also objects to this request to the extent it calls for the disclosure of attorney-client

3  privileged information or information protected from disclosure by the work-product

4  doctrine, joint defense or common interest privilege, or other privilege.

5      MGA further objects to this request as being overly broad and unduly burdensome

6  on the grounds that the post-March 1, 2007 time period is beyond the scope of Mattel's

7  Second Amended Answer and Counterclaims and is irrelevant to this action.  MGA

8  further objects to this request as cumulative and duplicative to the extent that it seeks

9  documents previously requested by Mattel or produced by MGA in response to Mattel's

10  document requests.

11  **REQUEST FOR PRODUCTION NO. 61:**

12      DOCUMENTS sufficient to IDENTIFY the PERSONS who made any decisions,

13  provided any input, or participated in any decisions regarding rules, procedures, policies,

14  protocol or practices for YOUR employees, officers, consultants, independent contractors

15  or vendors, regarding requirements to protect YOUR trade secrets and confidential

16  information at any time.

17  **RESPONSE TO REQUEST FOR PRODUCTION NO. 61:**

18      MGA incorporates by reference its General Objections as though fully set forth

19  herein.  MGA further objects on the grounds that this request calls for the production of

20  documents that are not relevant to any claim or defense in the pending litigation or

21  reasonably calculated to lead to the discovery of admissible evidence.

22      MGA further objects to this request on the grounds that it is compound.  MGA

23  further objects to the request to the extent it violates the privacy rights of third parties to

24  their private, confidential, proprietary or trade secret information. MGA further objects

25  to this request on the grounds that it is overbroad as to subject matter and time; in

26  particular, MGA objects that the phrase "all documents" is not tied in any way to any

27  claim or defense involved in Phase 2 of this litigation.

28

LAW OFFICES
GLASER, WEIL, FINK, JACOBS, HOWARD & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
(310) 553-3000

LAW OFFICES
GLASER, WEIL, FINK, JACOBS, HOWARD & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
(310) 553-3000

1    MGA further objects to this request on the ground that the term ALL

2  DOCUMENTS, and the phrase "provided any input, or participated in any decisions,"

3  render the request vague, ambiguous, overly broad and unduly burdensome.  MGA

4  further objects to this request to the extent that it seeks documents not in MGA's

5  possession, custody or control.  MGA also objects to this request on the grounds that it

6  seeks confidential, proprietary or commercially sensitive information, the disclosure of

7  which would be inimical to the business interests of MGA.  MGA also objects to this

8  request to the extent it calls for the disclosure of attorney-client privileged information or

9  information protected from disclosure by the work-product doctrine, joint defense or

10  common interest privilege, or other privilege.

11    MGA further objects to this request as being overly broad and unduly burdensome

12  on the grounds that it is unlimited in time.  MGA further objects to this request as

13  cumulative and duplicative to the extent that it seeks documents previously requested by

14  Mattel or produced by MGA in response to Mattel's document requests.

15  **REQUEST FOR PRODUCTION NO. 62:**

16    DOCUMENTS sufficient to IDENTIFY the PERSONS who made any decisions,

17  provided any input, or participated in any decisions regarding rules, procedures, policies,

18  protocol or practices for YOUR employees, officers, consultants, independent contractors

19  or vendors, regarding requirements to prevent YOUR use of the trade secrets and

20  confidential information of any other PERSON at any time.

21  **RESPONSE TO REQUEST FOR PRODUCTION NO. 62:**

22    MGA incorporates by reference its General Objections as though fully set forth

23  herein.  MGA further objects on the grounds that this request calls for the production of

24  documents that are not relevant to any claim or defense in the pending litigation or

25  reasonably calculated to lead to the discovery of admissible evidence.

26    MGA further objects to this request on the grounds that it is compound.  MGA

27  further objects to the request to the extent it violates the privacy rights of third parties to

28  their private, confidential, proprietary or trade secret information.  MGA further objects

677054

Exhibit 5

Page 268

1   to this request on the grounds that it is overbroad as to subject matter and time; in
2   particular, MGA objects that the phrase "all documents" is not tied in any way to any
3   claim or defense involved in Phase 2 of this litigation.

4       MGA further objects to this request on the ground that the term ALL
5   DOCUMENTS, and the phrase "provided any input, or participated in any decisions,"
6   render the request vague, ambiguous, overly broad and unduly burdensome. MGA
7   further objects to this request to the extent that it seeks documents not in MGA's
8   possession, custody or control. MGA also objects to this request on the grounds that it
9   seeks confidential, proprietary or commercially sensitive information, the disclosure of
10  which would be inimical to the business interests of MGA. MGA also objects to this
11  request to the extent it calls for the disclosure of attorney-client privileged information or
12  information protected from disclosure by the work-product doctrine, joint defense or
13  common interest privilege, or other privilege.

14      MGA further objects to this request as being overly broad and unduly burdensome
15  on the grounds that it is unlimited in time. MGA further objects to this request as
16  cumulative and duplicative to the extent that it seeks documents previously requested by
17  Mattel or produced by MGA in response to Mattel's document requests.

18  **REQUEST FOR PRODUCTION NO. 63:**

19      All DOCUMENTS REFERRING OR RELATING TO any decisions regarding
20  rules, procedures, policies, protocol or practices for YOUR employees, officers,
21  consultants, independent contractors or vendors, regarding requirements to protect
22  YOUR trade secrets and confidential information at any time.

23  **RESPONSE TO REQUEST FOR PRODUCTION NO. 63:**

24      MGA incorporates by reference its General Objections as though fully set forth
25  herein. MGA further objects on the grounds that this request calls for the production of
26  documents that are not relevant to any claim or defense in the pending litigation or
27  reasonably calculated to lead to the discovery of admissible evidence.

28

1   MGA further objects to this request on the grounds that it is compound.  MGA

2   further objects to the request to the extent it violates the privacy rights of third parties to

3   their private, confidential, proprietary or trade secret information.  MGA further objects

4   to this request on the grounds that it is overbroad as to subject matter and time; in

5   particular, MGA objects that the phrases "all documents" and "referring or relating to"

6   are not tied in any way to any claim or defense involved in Phase 2 of this litigation.

7   MGA further objects to this request on the ground that the terms ALL

8   DOCUMENTS and REFERRING OR RELATING TO, render the request vague,

9   ambiguous, overly broad and unduly burdensome.  MGA further objects to this request to

10  the extent that it seeks documents not in MGA's possession, custody or control.  MGA

11  also objects to this request on the grounds that it seeks confidential, proprietary or

12  commercially sensitive information, the disclosure of which would be inimical to the

13  business interests of MGA.  MGA also objects to this request to the extent it calls for the

14  disclosure of attorney-client privileged information or information protected from

15  disclosure by the work-product doctrine, joint defense or common interest privilege, or

16  other privilege.

17  MGA further objects to this request as being overly broad and unduly burdensome

18  on the grounds that it is unlimited in time.  MGA further objects to this request as

19  cumulative and duplicative to the extent that it seeks documents previously requested by

20  Mattel or produced by MGA in response to Mattel's document requests.

21  **REQUEST FOR PRODUCTION NO. 64:**

22  All DOCUMENTS REFERRING OR RELATING TO any decisions regarding

23  rules, procedures, policies, protocol or practices for YOUR employees, officers,

24  consultants, independent contractors or vendors, regarding requirements to prevent

25  YOUR use of the trade secrets and confidential information of any other PERSON at any

26  time.

27

28

LAW OFFICES
GLASER, WEIL, FINK, JACOBS, HOWARD & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
(310) 553-3000

677054

Exhibit 5

RESPONSES TO FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS Page 270

**RESPONSE TO REQUEST FOR PRODUCTION NO. 64:**

MGA incorporates by reference its General Objections as though fully set forth herein. MGA further objects on the grounds that this request calls for the production of documents that are not relevant to any claim or defense in the pending litigation or reasonably calculated to lead to the discovery of admissible evidence.

MGA further objects to this request on the grounds that it is compound. MGA further objects to the request to the extent it violates the privacy rights of third parties to their private, confidential, proprietary or trade secret information. MGA further objects to this request on the grounds that it is overbroad as to subject matter and time; in particular, MGA objects that the phrases "all documents" and "referring or relating to" are not tied in any way to any claim or defense involved in Phase 2 of this litigation.

MGA further objects to this request on the ground that the terms ALL DOCUMENTS and REFERRING OR RELATING TO, render the request vague, ambiguous, overly broad and unduly burdensome. MGA further objects to this request to the extent that it seeks documents not in MGA's possession, custody or control. MGA also objects to this request on the grounds that it seeks confidential, proprietary or commercially sensitive information, the disclosure of which would be inimical to the business interests of MGA. MGA also objects to this request to the extent it calls for the disclosure of attorney-client privileged information or information protected from disclosure by the work-product doctrine, joint defense or common interest privilege, or other privilege.

MGA further objects to this request as being overly broad and unduly burdensome on the grounds that it is unlimited in time. MGA further objects to this request as cumulative and duplicative to the extent that it seeks documents previously requested by Mattel or produced by MGA in response to Mattel's document requests.

LAW OFFICES
GLASER, WEIL, FINK, JACOBS, HOWARD & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
(310) 553-3000

Exhibit 5
Page 27

1  **REQUEST FOR PRODUCTION NO. 65:**

2      All DOCUMENTS REFERRING OR RELATING TO any difference, divergence,

3  or conflict between YOUR interests and the interests of VARGAS or TRUEBA.

4  **RESPONSE TO REQUEST FOR PRODUCTION NO. 65:**

5      MGA incorporates by reference its General Objections as though fully set forth

6  herein. MGA further objects on the grounds that this request calls for the production of

7  documents that are not relevant to any claim or defense in the pending litigation or

8  reasonably calculated to lead to the discovery of admissible evidence.

9      MGA further objects to this request on the grounds that it is compound. MGA

10 further objects to the request to the extent it violates the privacy rights of third parties to

11 their private, confidential, proprietary or trade secret information. MGA further objects

12 to this request on the grounds that it is overbroad as to subject matter and time; in

13 particular, MGA objects that the phrases "all documents" and "referring or relating to"

14 are not tied in any way to any claim or defense involved in Phase 2 of this litigation.

15     MGA further objects to this request on the ground that the terms ALL

16 DOCUMENTS and REFERRING OR RELATING TO, and the phrase "difference,

17 divergence, or conflict between YOUR interests and the interests of VARGAS or

18 TRUEBA," render the request vague, ambiguous, overly broad and unduly burdensome.

19 MGA further objects to this request to the extent that it seeks documents not in MGA's

20 possession, custody or control. MGA also objects to this request on the grounds that it

21 seeks confidential, proprietary or commercially sensitive information, the disclosure of

22 which would be inimical to the business interests of MGA. MGA also objects to this

23 request to the extent it calls for the disclosure of attorney-client privileged information or

24 information protected from disclosure by the work-product doctrine, joint defense or

25 common interest privilege, or other privilege.

26     MGA further objects to this request as being overly broad and unduly burdensome

27 on the grounds that it is unlimited in time. MGA further objects to this request as

28

1  cumulative and duplicative to the extent that it seeks documents previously requested by

2  Mattel or produced by MGA in response to Mattel's document requests.

3  **REQUEST FOR PRODUCTION NO. 66:**

4     All agreements and contracts between YOU and VARGAS or TRUEBA

5  REFERRING OR RELATING TO MATTEL or THIS ACTION.

6  **RESPONSE TO REQUEST FOR PRODUCTION NO. 66:**

7     MGA incorporates by reference its General Objections as though fully set forth

8  herein. MGA further objects on the grounds that this request calls for the production of

9  documents that are not relevant to any claim or defense in the pending litigation or

10  reasonably calculated to lead to the discovery of admissible evidence.

11     MGA further objects to this request on the grounds that it is compound. MGA

12  further objects to the request to the extent it violates the privacy rights of third parties to

13  their private, confidential, proprietary or trade secret information. MGA further objects

14  to this request on the grounds that it is overbroad as to subject matter and time; in

15  particular, MGA objects that the phrases "all documents" and "referring or relating to"

16  are not tied in any way to any claim or defense involved in Phase 2 of this litigation.

17     MGA further objects to this request on the ground that the terms ALL

18  DOCUMENTS and REFERRING OR RELATING TO, render the request vague,

19  ambiguous, overly broad and unduly burdensome. MGA further objects to this request to

20  the extent that it seeks documents not in MGA's possession, custody or control. MGA

21  also objects to this request on the grounds that it seeks confidential, proprietary or

22  commercially sensitive information, the disclosure of which would be inimical to the

23  business interests of MGA. MGA also objects to this request to the extent it calls for the

24  disclosure of attorney-client privileged information or information protected from

25  disclosure by the work-product doctrine, joint defense or common interest privilege, or

26  other privilege.

27     MGA further objects to this request as being overly broad and unduly burdensome

28  on the grounds that it is unlimited in time. MGA further objects to this request as

GLASER, WEIL, FINK, JACOBS, HOWARD & SHAPIRO, LLP
LAW OFFICES
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
(310) 553-3000

1  cumulative and duplicative to the extent that it seeks documents previously requested by
2  Mattel or produced by MGA in response to Mattel's document requests.

3  **REQUEST FOR PRODUCTION NO. 67:**

4      All agreements and contracts between YOU and VARGAS or TRUEBA
5  REFERRING OR RELATING TO any criminal prosecution or investigation or potential
6  criminal prosecution or investigation concerning the receipt, transfer, transmission,
7  downloading, uploading, reproduction, possession, custody, use or theft of any MATTEL
8  DOCUMENT, property or information.

9  **RESPONSE TO REQUEST FOR PRODUCTION NO. 67:**

10      MGA incorporates by reference its General Objections as though fully set forth
11  herein. MGA further objects on the grounds that this request calls for the production of
12  documents that are not relevant to any claim or defense in the pending litigation or
13  reasonably calculated to lead to the discovery of admissible evidence.

14      MGA further objects to this request on the grounds that it is compound. MGA
15  further objects to the request to the extent it violates the privacy rights of third parties to
16  their private, confidential, proprietary or trade secret information. MGA further objects
17  to this request on the grounds that it is overbroad as to subject matter and time; in
18  particular, MGA objects that the phrases "all documents" and "referring or relating to"
19  are not tied in any way to any claim or defense involved in Phase 2 of this litigation.

20      MGA further objects to this request on the ground that the terms ALL
21  DOCUMENTS and REFERRING OR RELATING TO, render the request vague,
22  ambiguous, overly broad and unduly burdensome. MGA further objects to this request to
23  the extent that it seeks documents not in MGA's possession, custody or control. MGA
24  also objects to this request on the grounds that it seeks confidential, proprietary or
25  commercially sensitive information, the disclosure of which would be inimical to the
26  business interests of MGA. MGA also objects to this request to the extent it calls for the
27  disclosure of attorney-client privileged information or information protected from

28

1  disclosure by the work-product doctrine, joint defense or common interest privilege, or

2  other privilege.

3       MGA further objects to this request as being overly broad and unduly burdensome

4  on the grounds that it is unlimited in time.  MGA further objects to this request as

5  cumulative and duplicative to the extent that it seeks documents previously requested by

6  Mattel or produced by MGA in response to Mattel's document requests.

7  **REQUEST FOR PRODUCTION NO. 68:**

8       All DOCUMENTS REFERRING OR RELATING TO any COMMUNICATIONS

9  or agreement between YOU and VARGAS or TRUEBA regarding their testimony,

10 declarations or other sworn statements, including without limitation in connection with

11 THIS ACTION.

12 **RESPONSE TO REQUEST FOR PRODUCTION NO. 68:**

13      MGA incorporates by reference its General Objections as though fully set forth

14 herein.  MGA further objects on the grounds that this request calls for the production of

15 documents that are not relevant to any claim or defense in the pending litigation or

16 reasonably calculated to lead to the discovery of admissible evidence.

17      MGA further objects to this request on the grounds that it is compound.  MGA

18 further objects to the request to the extent it violates the privacy rights of third parties to

19 their private, confidential, proprietary or trade secret information.  MGA further objects

20 to this request on the grounds that it is overbroad as to subject matter and time; in

21 particular, MGA objects that the phrases "all documents" and "referring or relating to"

22 are not tied in any way to any claim or defense involved in Phase 2 of this litigation.

23      MGA further objects to this request on the ground that the terms ALL

24 DOCUMENTS and REFERRING OR RELATING TO, render the request vague,

25 ambiguous, overly broad and unduly burdensome.  MGA further objects to this request to

26 the extent that it seeks documents not in MGA's possession, custody or control.  MGA

27 also objects to this request on the grounds that it seeks confidential, proprietary or

28 commercially sensitive information, the disclosure of which would be inimical to the

LAW OFFICES
GLASER, WEIL, FINK, JACOBS, HOWARD & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
(310) 553-3000

1   business interests of MGA. MGA also objects to this request to the extent it calls for the
2   disclosure of attorney-client privileged information or information protected from
3   disclosure by the work-product doctrine, joint defense or common interest privilege, or
4   other privilege.

5       MGA further objects to this request as being overly broad and unduly burdensome
6   on the grounds that it is unlimited in time. MGA further objects to this request as
7   cumulative and duplicative to the extent that it seeks documents previously requested by
8   Mattel or produced by MGA in response to Mattel's document requests.

9   **REQUEST FOR PRODUCTION NO. 69:**

10      All DOCUMENTS REFERRING OR RELATING TO any COMMUNICATIONS
11  or agreement between YOU and VARGAS or TRUEBA regarding their testimony in any
12  proceedings REFERRING OR RELATING TO YOUR theft, possession or use of the
13  trade secrets or confidential information of any other PERSON.

14  **RESPONSE TO REQUEST FOR PRODUCTION NO. 69:**

15      MGA incorporates by reference its General Objections as though fully set forth
16  herein. MGA further objects on the grounds that this request calls for the production of
17  documents that are not relevant to any claim or defense in the pending litigation or
18  reasonably calculated to lead to the discovery of admissible evidence.

19      MGA further objects to this request on the grounds that it is compound. MGA
20  further objects to the request to the extent it violates the privacy rights of third parties to
21  their private, confidential, proprietary or trade secret information. MGA further objects
22  to this request on the grounds that it is overbroad as to subject matter and time; in
23  particular, MGA objects that the phrases "all documents" and "referring or relating to"
24  are not tied in any way to any claim or defense involved in Phase 2 of this litigation.

25      MGA further objects to this request on the ground that the terms ALL
26  DOCUMENTS and REFERRING OR RELATING TO, render the request vague,
27  ambiguous, overly broad and unduly burdensome. MGA further objects to this request to
28  the extent that it seeks documents not in MGA's possession, custody or control. MGA

LAW OFFICES
GLASER, WEIL, FINK, JACOBS, HOWARD & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
(310) 553-3000

Exhibit 5
Page 276

1 │ also objects to this request on the grounds that it seeks confidential, proprietary or

2 │ commercially sensitive information, the disclosure of which would be inimical to the

3 │ business interests of MGA. MGA also objects to this request to the extent it calls for the

4 │ disclosure of attorney-client privileged information or information protected from

5 │ disclosure by the work-product doctrine, joint defense or common interest privilege, or

6 │ other privilege.

7 │     MGA further objects to this request as being overly broad and unduly burdensome

8 │ on the grounds that it is unlimited in time. MGA further objects to this request as

9 │ cumulative and duplicative to the extent that it seeks documents previously requested by

10 │ Mattel or produced by MGA in response to Mattel's document requests.

11 │ **REQUEST FOR PRODUCTION NO. 70:**

12 │     All DOCUMENTS REFERRING OR RELATING TO any refusal by VARGAS

13 │ or TRUEBA to provide any declarations, affidavits, or other sworn written statements, or

14 │ to be examined for deposition, after YOU have requested that they do so.

15 │ **RESPONSE TO REQUEST FOR PRODUCTION NO. 70:**

16 │     MGA incorporates by reference its General Objections as though fully set forth

17 │ herein. MGA further objects on the grounds that this request calls for the production of

18 │ documents that are not relevant to any claim or defense in the pending litigation or

19 │ reasonably calculated to lead to the discovery of admissible evidence.

20 │     MGA further objects to this request on the grounds that it is compound. MGA

21 │ further objects to the request to the extent it violates the privacy rights of third parties to

22 │ their private, confidential, proprietary or trade secret information. MGA further objects

23 │ to this request on the grounds that it is overbroad as to subject matter and time; in

24 │ particular, MGA objects that the phrases "all documents" and "referring or relating to"

25 │ are not tied in any way to any claim or defense involved in Phase 2 of this litigation.

26 │     MGA further objects to this request on the ground that the terms ALL

27 │ DOCUMENTS and REFERRING OR RELATING TO, render the request vague,

28 │ ambiguous, overly broad and unduly burdensome. MGA further objects to this request to

Exhibit **5**

RESPONSES TO FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS (Phase 2)

Page 37

1  the extent that it seeks documents not in MGA's possession, custody or control.  MGA

2  also objects to this request on the grounds that it seeks confidential, proprietary or

3  commercially sensitive information, the disclosure of which would be inimical to the

4  business interests of MGA.  MGA also objects to this request to the extent it calls for the

5  disclosure of attorney-client privileged information or information protected from

6  disclosure by the work-product doctrine, joint defense or common interest privilege, or

7  other privilege.

8       MGA further objects to this request as being overly broad and unduly burdensome

9  on the grounds that it is unlimited in time.  MGA further objects to this request as

10  cumulative and duplicative to the extent that it seeks documents previously requested by

11  Mattel or produced by MGA in response to Mattel's document requests.

12  **REQUEST FOR PRODUCTION NO. 71:**

13       All fee agreements REFERRING OR RELATING TO VARGAS or TRUEBA.

14  **RESPONSE TO REQUEST FOR PRODUCTION NO. 71:**

15       MGA incorporates by reference its General Objections as though fully set forth

16  herein.  MGA further objects on the grounds that this request calls for the production of

17  documents that are not relevant to any claim or defense in the pending litigation or

18  reasonably calculated to lead to the discovery of admissible evidence.

19       MGA further objects to this request on the grounds that it is compound.  MGA

20  further objects to the request to the extent it violates the privacy rights of third parties to

21  their private, confidential, proprietary or trade secret information.  MGA further objects

22  to this request on the grounds that it is overbroad as to subject matter and time.

23       MGA further objects to this request to the extent that it seeks documents not in

24  MGA's possession, custody or control.  MGA also objects to this request on the grounds

25  that it seeks confidential, proprietary or commercially sensitive information, the

26  disclosure of which would be inimical to the business interests of MGA.  MGA also

27  objects to this request to the extent it calls for the disclosure of attorney-client privileged

28

LAW OFFICES
GLASER, WEIL, FINK, JACOBS, HOWARD & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
(310) 553-3000

1   information or information protected from disclosure by the work-product doctrine, joint

2   defense or common interest privilege, or other privilege.

3        MGA further objects to this request as being overly broad and unduly burdensome

4   on the grounds that it is unlimited in time.  MGA further objects to this request as

5   cumulative and duplicative to the extent that it seeks documents previously requested by

6   Mattel or produced by MGA in response to Mattel's document requests.

7   **REQUEST FOR PRODUCTION NO. 72:**

8        All DOCUMENTS REFERRING OR RELATING TO YOUR payment of, or

9   offer, promise or agreement to pay, fees or costs in connection with the representation of

10   or provision of legal advice or legal services to VARGAS or TRUEBA.

11   **RESPONSE TO REQUEST FOR PRODUCTION NO. 72:**

12        MGA incorporates by reference its General Objections as though fully set forth

13   herein.  MGA further objects on the grounds that this request calls for the production of

14   documents that are not relevant to any claim or defense in the pending litigation or

15   reasonably calculated to lead to the discovery of admissible evidence.

16        MGA further objects to this request on the grounds that it is compound.  MGA

17   further objects to the request to the extent it violates the privacy rights of third parties to

18   their private, confidential, proprietary or trade secret information.  MGA further objects

19   to this request on the grounds that it is overbroad as to subject matter and time; in

20   particular, MGA objects that the phrases "all documents" and "referring or relating to"

21   are not tied in any way to any claim or defense involved in Phase 2 of this litigation.

22        MGA further objects to this request on the ground that the terms ALL

23   DOCUMENTS and REFERRING OR RELATING TO, render the request vague,

24   ambiguous, overly broad and unduly burdensome.  MGA further objects to this request to

25   the extent that it seeks documents not in MGA's possession, custody or control.  MGA

26   also objects to this request on the grounds that it seeks confidential, proprietary or

27   commercially sensitive information, the disclosure of which would be inimical to the

28   business interests of MGA.  MGA also objects to this request to the extent it calls for the

LAW OFFICES
GLASER, WEIL, FINK, JACOBS, HOWARD & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
(310) 553-3000

85

Exhibit **5**

1   disclosure of attorney-client privileged information or information protected from
2   disclosure by the work-product doctrine, joint defense or common interest privilege, or
3   other privilege.

4       MGA further objects to this request as being overly broad and unduly burdensome
5   on the grounds that it is unlimited in time.  MGA further objects to this request as
6   cumulative and duplicative to the extent that it seeks documents previously requested by
7   Mattel or produced by MGA in response to Mattel's document requests.

8   **REQUEST FOR PRODUCTION NO. 73:**

9       All DOCUMENTS REFERRING OR RELATING TO YOUR preservation or
10  destruction of DOCUMENTS REFERRING OR RELATING TO THIS ACTION.

11  **RESPONSE TO REQUEST FOR PRODUCTION NO. 73:**

12      MGA incorporates by reference its General Objections as though fully set forth
13  herein.  MGA further objects on the grounds that this request calls for the production of
14  documents that are not relevant to any claim or defense in the pending litigation or
15  reasonably calculated to lead to the discovery of admissible evidence.

16      MGA further objects to this request on the grounds that it is compound.  MGA
17  further objects to the request to the extent it violates the privacy rights of third parties to
18  their private, confidential, proprietary or trade secret information.  MGA further objects
19  to this request on the grounds that it is overbroad as to subject matter and time; in
20  particular, MGA objects that the phrases "all documents" and "referring or relating to"
21  are not tied in any way to any claim or defense involved in Phase 2 of this litigation.

22      MGA further objects to this request on the ground that the terms ALL
23  DOCUMENTS and REFERRING OR RELATING TO, render the request vague,
24  ambiguous, overly broad and unduly burdensome.  MGA further objects to this request to
25  the extent that it seeks documents not in MGA's possession, custody or control.  MGA
26  also objects to this request on the grounds that it seeks confidential, proprietary or
27  commercially sensitive information, the disclosure of which would be inimical to the
28  business interests of MGA.  MGA also objects to this request to the extent it calls for the

LAW OFFICES
GLASER, WEIL, FINK, JACOBS, HOWARD & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
(310) 553-3000

677054

Exhibit 5

RESPONSES TO FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS (Phase 2)

1  disclosure of attorney-client privileged information or information protected from

2  disclosure by the work-product doctrine, joint defense or common interest privilege, or

3  other privilege.

4      MGA further objects to this request as being overly broad and unduly burdensome

5  on the grounds that it is unlimited in time. MGA further objects to this request as

6  cumulative and duplicative to the extent that it seeks documents previously requested by

7  Mattel or produced by MGA in response to Mattel's document requests. MGA has

8  already produced documents that are responsive to this request. Subject to the foregoing

9  objections, MGA agrees to produce any additional non-privileged, responsive documents

10 that have not already been produced.

11 **REQUEST FOR PRODUCTION NO. 74:**

12     All DOCUMENTS REFERRING OR RELATING TO YOUR preservation or

13 destruction of DOCUMENTS REFERRING OR RELATING TO any criminal

14 investigation or prosecution or potential criminal investigation or prosecution concerning

15 the receipt, transfer, transmission, downloading, uploading, reproduction, possession,

16 custody, use or theft of any MATTEL DOCUMENT, property or information.

17 **RESPONSE TO REQUEST FOR PRODUCTION NO. 74:**

18     MGA incorporates by reference its General Objections as though fully set forth

19 herein. MGA further objects on the grounds that this request calls for the production of

20 documents that are not relevant to any claim or defense in the pending litigation or

21 reasonably calculated to lead to the discovery of admissible evidence.

22     MGA further objects to this request on the grounds that it is compound. MGA

23 further objects to the request to the extent it violates the privacy rights of third parties to

24 their private, confidential, proprietary or trade secret information. MGA further objects

25 to this request on the grounds that it is overbroad as to subject matter and time; in

26 particular, MGA objects that the phrases "all documents" and "referring or relating to"

27 are not tied in any way to any claim or defense involved in Phase 2 of this litigation.

28

677054

Exhibit 5

RESPONSES TO FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS (Phase 2)

LAW OFFICES
GLASER, WEIL, FINK, JACOBS, HOWARD & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
(310) 553-3000

1    MGA further objects to this request on the ground that the terms ALL
2    DOCUMENTS and REFERRING OR RELATING TO, render the request vague,
3    ambiguous, overly broad and unduly burdensome. MGA further objects to this request to
4    the extent that it seeks documents not in MGA's possession, custody or control. MGA
5    also objects to this request on the grounds that it seeks confidential, proprietary or
6    commercially sensitive information, the disclosure of which would be inimical to the
7    business interests of MGA. MGA also objects to this request to the extent it calls for the
8    disclosure of attorney-client privileged information or information protected from
9    disclosure by the work-product doctrine, joint defense or common interest privilege, or
10    other privilege.

11    MGA further objects to this request as being overly broad and unduly burdensome
12    on the grounds that it is unlimited in time. MGA further objects to this request as
13    cumulative and duplicative to the extent that it seeks documents previously requested by
14    Mattel or produced by MGA in response to Mattel's document requests. MGA has
15    already produced documents that are responsive to this request. Subject to the foregoing
16    objections, MGA agrees to produce any additional non-privileged, responsive documents
17    that have not already been produced.

18    **REQUEST FOR PRODUCTION NO. 75:**

19    All DOCUMENTS REFERRING OR RELATING TO the preservation or
20    destruction of DOCUMENTS by VARGAS or TRUEBA REFERRING OR RELATING
21    TO THIS ACTION.

22    **RESPONSE TO REQUEST FOR PRODUCTION NO. 75:**

23    MGA incorporates by reference its General Objections as though fully set forth
24    herein. MGA further objects on the grounds that this request calls for the production of
25    documents that are not relevant to any claim or defense in the pending litigation or
26    reasonably calculated to lead to the discovery of admissible evidence.

27    MGA further objects to this request on the grounds that it is compound. MGA
28    further objects to the request to the extent it violates the privacy rights of third parties to

LAW OFFICES
GLASER, WEIL, FINK, JACOBS, HOWARD & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
(310) 553-3000

1 their private, confidential, proprietary or trade secret information. MGA further objects

2 to this request on the grounds that it is overbroad as to subject matter and time; in

3 particular, MGA objects that the phrases "all documents" and "referring or relating to"

4 are not tied in any way to any claim or defense involved in Phase 2 of this litigation.

5    MGA further objects to this request on the ground that the terms ALL

6 DOCUMENTS and REFERRING OR RELATING TO, render the request vague,

7 ambiguous, overly broad and unduly burdensome. MGA further objects to this request to

8 the extent that it seeks documents not in MGA's possession, custody or control. MGA

9 also objects to this request on the grounds that it seeks confidential, proprietary or

10 commercially sensitive information, the disclosure of which would be inimical to the

11 business interests of MGA. MGA also objects to this request to the extent it calls for the

12 disclosure of attorney-client privileged information or information protected from

13 disclosure by the work-product doctrine, joint defense or common interest privilege, or

14 other privilege.

15    MGA further objects to this request as being overly broad and unduly burdensome

16 on the grounds that it is unlimited in time. MGA further objects to this request as

17 cumulative and duplicative to the extent that it seeks documents previously requested by

18 Mattel or produced by MGA in response to Mattel's document requests. MGA has

19 already produced documents that are responsive to this request. Subject to the foregoing

20 objections, MGA agrees to produce any additional non-privileged, responsive documents

21 that have not already been produced.

22 **REQUEST FOR PRODUCTION NO. 76:**

23    All DOCUMENTS REFERRING OR RELATING TO the preservation or

24 destruction of DOCUMENTS by VARGAS or TRUEBA REFERRING OR RELATING

25 TO any criminal investigation or prosecution or potential criminal investigation or

26 prosecution concerning the receipt, transfer, transmission, downloading, uploading,

27 reproduction, possession, custody, use or theft of any MATTEL DOCUMENT, property

28 or information.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 76:**

MGA incorporates by reference its General Objections as though fully set forth herein. MGA further objects on the grounds that this request calls for the production of documents that are not relevant to any claim or defense in the pending litigation or reasonably calculated to lead to the discovery of admissible evidence.

MGA further objects to this request on the grounds that it is compound. MGA further objects to the request to the extent it violates the privacy rights of third parties to their private, confidential, proprietary or trade secret information. MGA further objects to this request on the grounds that it is overbroad as to subject matter and time; in particular, MGA objects that the phrases "all documents" and "referring or relating to" are not tied in any way to any claim or defense involved in Phase 2 of this litigation.

MGA further objects to this request on the ground that the terms ALL DOCUMENTS and REFERRING OR RELATING TO, render the request vague, ambiguous, overly broad and unduly burdensome. MGA further objects to this request to the extent that it seeks documents not in MGA's possession, custody or control. MGA also objects to this request on the grounds that it seeks confidential, proprietary or commercially sensitive information, the disclosure of which would be inimical to the business interests of MGA. MGA also objects to this request to the extent it calls for the disclosure of attorney-client privileged information or information protected from disclosure by the work-product doctrine, joint defense or common interest privilege, or other privilege.

MGA further objects to this request as being overly broad and unduly burdensome on the grounds that it is unlimited in time. MGA further objects to this request as cumulative and duplicative to the extent that it seeks documents previously requested by Mattel or produced by MGA in response to Mattel's document requests. MGA has already produced documents that are responsive to this request. Subject to the foregoing objections, MGA agrees to produce any additional non-privileged, responsive documents that have not already been produced.

LAW OFFICES
GLASER, WEIL, FINK, JACOBS, HOWARD & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
(310) 553-3000

Exhibit 5
Page 2[?]

LAW OFFICES
GLASER, WEIL, FINK, JACOBS, HOWARD & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
(310) 553-3000

1  **REQUEST FOR PRODUCTION NO. 77:**

2      All DOCUMENTS REFERRING OR RELATING TO any rules, procedures,

3  policies, protocol or practices requiring VARGAS or TRUEBA to act in YOUR interests

4  or pursuant to YOUR request.

5  **RESPONSE TO REQUEST FOR PRODUCTION NO. 77:**

6      MGA incorporates by reference its General Objections as though fully set forth

7  herein.  MGA further objects on the grounds that this request calls for the production of

8  documents that are not relevant to any claim or defense in the pending litigation or

9  reasonably calculated to lead to the discovery of admissible evidence.

10      MGA further objects to this request on the grounds that it is compound.  MGA

11  further objects to the request to the extent it violates the privacy rights of third parties to

12  their private, confidential, proprietary or trade secret information.  MGA further objects

13  to this request on the grounds that it is overbroad as to subject matter and time; in

14  particular, MGA objects that the phrases "all documents" and "referring or relating to"

15  are not tied in any way to any claim or defense involved in Phase 2 of this litigation.

16      MGA further objects to this request on the ground that the terms ALL

17  DOCUMENTS and REFERRING OR RELATING TO, and the phrase "to act in YOUR

18  interests or pursuant to YOUR request," render the request vague, ambiguous, overly

19  broad and unduly burdensome.  MGA further objects to this request to the extent that it

20  seeks documents not in MGA's possession, custody or control.  MGA also objects to this

21  request on the grounds that it seeks confidential, proprietary or commercially sensitive

22  information, the disclosure of which would be inimical to the business interests of MGA.

23  MGA also objects to this request to the extent it calls for the disclosure of attorney-client

24  privileged information or information protected from disclosure by the work-product

25  doctrine, joint defense or common interest privilege, or other privilege.

26      MGA further objects to this request as being overly broad and unduly burdensome

27  on the grounds that it is unlimited in time.  MGA further objects to this request as

28

Exhibit 5

RESPONSES TO FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS (Page 92)

1  cumulative and duplicative to the extent that it seeks documents previously requested by

2  Mattel or produced by MGA in response to Mattel's document requests.

3  **REQUEST FOR PRODUCTION NO. 78:**

4      All DOCUMENTS REFERRING OR RELATING TO any rules, procedures,

5  policies, protocol or practices requiring YOUR employees, officers, consultants,

6  independent contractors or vendors to act in YOUR interests or pursuant to YOUR

7  request.

8  **RESPONSE TO REQUEST FOR PRODUCTION NO. 78:**

9      MGA incorporates by reference its General Objections as though fully set forth

10 herein. MGA further objects on the grounds that this request calls for the production of

11 documents that are not relevant to any claim or defense in the pending litigation or

12 reasonably calculated to lead to the discovery of admissible evidence.

13      MGA further objects to this request on the grounds that it is compound.  MGA

14 further objects to the request to the extent it violates the privacy rights of third parties to

15 their private, confidential, proprietary or trade secret information. MGA further objects

16 to this request on the grounds that it is overbroad as to subject matter and time; in

17 particular, MGA objects that the phrases "all documents" and "referring or relating to"

18 are not tied in any way to any claim or defense involved in Phase 2 of this litigation.

19      MGA further objects to this request on the ground that the terms ALL

20 DOCUMENTS and REFERRING OR RELATING TO, and the phrase "to act in YOUR

21 interests or pursuant to YOUR request," render the request vague, ambiguous, overly

22 broad and unduly burdensome. MGA further objects to this request to the extent that it

23 seeks documents not in MGA's possession, custody or control. MGA also objects to this

24 request on the grounds that it seeks confidential, proprietary or commercially sensitive

25 information, the disclosure of which would be inimical to the business interests of MGA.

26 MGA also objects to this request to the extent it calls for the disclosure of attorney-client

27 privileged information or information protected from disclosure by the work-product

28 doctrine, joint defense or common interest privilege, or other privilege.

LAW OFFICES
GLASER, WEIL, FINK, JACOBS, HOWARD & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
(310) 553-3000

1   MGA further objects to this request as being overly broad and unduly burdensome
2   on the grounds that it is unlimited in time.  MGA further objects to this request as
3   cumulative and duplicative to the extent that it seeks documents previously requested by
4   Mattel or produced by MGA in response to Mattel's document requests.

5   **REQUEST FOR PRODUCTION NO. 79:**

6   DOCUMENTS sufficient to show any and all salary, benefits or any other
7   compensation paid to VARGAS or TRUEBA.

8   **RESPONSE TO REQUEST FOR PRODUCTION NO. 79:**

9   MGA incorporates by reference its General Objections as though fully set forth
10  herein.  MGA further objects on the grounds that this request calls for the production of
11  documents that are not relevant to any claim or defense in the pending litigation or
12  reasonably calculated to lead to the discovery of admissible evidence.

13  MGA further objects to this request on the grounds that it is compound.  MGA
14  further objects to the request to the extent it violates the privacy rights of third parties to
15  their private, confidential, proprietary or trade secret information.  MGA further objects
16  to this request on the grounds that it is overbroad as to subject matter and time; in
17  particular, MGA objects that the phrases "all documents" and "referring or relating to"
18  are not tied in any way to any claim or defense involved in Phase 2 of this litigation.

19  MGA further objects to this request on the ground that the terms ALL
20  DOCUMENTS and REFERRING OR RELATING TO, render the request vague,
21  ambiguous, overly broad and unduly burdensome.  MGA further objects to this request to
22  the extent that it seeks documents not in MGA's possession, custody or control.  MGA
23  also objects to this request on the grounds that it seeks confidential, proprietary or
24  commercially sensitive information, the disclosure of which would be inimical to the
25  business interests of MGA.  MGA also objects to this request to the extent it calls for the
26  disclosure of attorney-client privileged information or information protected from
27  disclosure by the work-product doctrine, joint defense or common interest privilege, or
28  other privilege.

LAW OFFICES
GLASER, WEIL, FINK, JACOBS, HOWARD & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
(310) 553-3000

677054

93

RESPONSES TO FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS (PHASE 2)

Exhibit 5

Page 287

1  MGA further objects to this request as being overly broad and unduly burdensome
2  on the grounds that it is unlimited in time.  MGA further objects to this request as
3  cumulative and duplicative to the extent that it seeks documents previously requested by
4  Mattel or produced by MGA in response to Mattel's document requests.  Subject to the
5  foregoing objections, MGA agrees to produce any non-privileged, responsive documents
6  that have not already been produced.

7  **REQUEST FOR PRODUCTION NO. 80:**

8  DOCUMENTS sufficient to show any and all salary, benefits or any other
9  compensation paid to VARGAS or TRUEBA, on or after March 1, 2007.

10 **RESPONSE TO REQUEST FOR PRODUCTION NO. 80:**

11 MGA incorporates by reference its General Objections as though fully set forth
12 herein.  MGA further objects on the grounds that this request calls for the production of
13 documents that are not relevant to any claim or defense in the pending litigation or
14 reasonably calculated to lead to the discovery of admissible evidence.

15 MGA further objects to this request on the grounds that it is compound.  MGA
16 further objects to the request to the extent it violates the privacy rights of third parties to
17 their private, confidential, proprietary or trade secret information.  MGA further objects
18 to this request on the grounds that it is overbroad as to subject matter and time; in
19 particular, MGA objects that the phrases "all documents" and "referring or relating to"
20 are not tied in any way to any claim or defense involved in Phase 2 of this litigation.

21 MGA further objects to this request on the ground that the terms ALL
22 DOCUMENTS and REFERRING OR RELATING TO, render the request vague,
23 ambiguous, overly broad and unduly burdensome.  MGA further objects to this request to
24 the extent that it seeks documents not in MGA's possession, custody or control.  MGA
25 also objects to this request on the grounds that it seeks confidential, proprietary or
26 commercially sensitive information, the disclosure of which would be inimical to the
27 business interests of MGA.  MGA also objects to this request to the extent it calls for the
28 disclosure of attorney-client privileged information or information protected from

LAW OFFICES
GLASER, WEIL, FINK, JACOBS, HOWARD & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
(310) 553-3000

1 disclosure by the work-product doctrine, joint defense or common interest privilege, or
2 other privilege.

3      MGA further objects to this request as being overly broad and unduly burdensome
4 on the grounds that the post-March 1, 2007 time period is beyond the scope of Mattel's
5 Second Amended Answer and Counterclaims and is irrelevant to this action. MGA
6 further objects to this request as cumulative and duplicative to the extent that it seeks
7 documents previously requested by Mattel or produced by MGA in response to Mattel's
8 document requests. Subject to the foregoing objections, MGA agrees to produce any
9 non-privileged, responsive documents that have not already been produced.

10 **REQUEST FOR PRODUCTION NO. 81:**

11      DOCUMENTS sufficient to show the actual, promised or offered transfer of any
12 and all ITEMS OF VALUE by YOU to, or for the benefit of, VARGAS or TRUEBA.

13 **RESPONSE TO REQUEST FOR PRODUCTION NO. 81:**

14      MGA incorporates by reference its General Objections as though fully set forth
15 herein. MGA further objects on the grounds that this request calls for the production of
16 documents that are not relevant to any claim or defense in the pending litigation or
17 reasonably calculated to lead to the discovery of admissible evidence.

18      MGA further objects to this request on the grounds that it is compound. MGA
19 further objects to the request to the extent it violates the privacy rights of third parties to
20 their private, confidential, proprietary or trade secret information. MGA further objects
21 to this request on the grounds that it is overbroad as to subject matter and time; in
22 particular, MGA objects that the phrases "all documents" and "referring or relating to"
23 are not tied in any way to any claim or defense involved in Phase 2 of this litigation.

24      MGA further objects to this request on the ground that the terms ALL
25 DOCUMENTS, ITEMS OF VALUE and REFERRING OR RELATING TO, render the
26 request vague, ambiguous, overly broad and unduly burdensome. MGA further objects
27 to this request to the extent that it seeks documents not in MGA's possession, custody or
28 control. MGA also objects to this request on the grounds that it seeks confidential,

RESPONSES TO FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS (PHASE 2)

1  proprietary or commercially sensitive information, the disclosure of which would be
2  inimical to the business interests of MGA. MGA also objects to this request to the extent
3  it calls for the disclosure of attorney-client privileged information or information
4  protected from disclosure by the work-product doctrine, joint defense or common interest
5  privilege, or other privilege.

6        MGA further objects to this request as being overly broad and unduly burdensome
7  on the grounds that it is unlimited in time. MGA further objects to this request as
8  cumulative and duplicative to the extent that it seeks documents previously requested by
9  Mattel or produced by MGA in response to Mattel's document requests. Subject to the
10 foregoing objections, MGA agrees to produce any non-privileged, responsive documents
11 that have not already been produced.

12 **REQUEST FOR PRODUCTION NO. 82:**

13       DOCUMENTS sufficient to show the transfer of any and all ITEMS OF VALUE
14 by YOU to, or for the benefit of, VARGAS or TRUEBA, on or after March 1, 2007.

15 **RESPONSE TO REQUEST FOR PRODUCTION NO. 82:**

16       MGA incorporates by reference its General Objections as though fully set forth
17 herein. MGA further objects on the grounds that this request calls for the production of
18 documents that are not relevant to any claim or defense in the pending litigation or
19 reasonably calculated to lead to the discovery of admissible evidence.

20       MGA further objects to this request on the grounds that it is compound. MGA
21 further objects to the request to the extent it violates the privacy rights of third parties to
22 their private, confidential, proprietary or trade secret information. MGA further objects
23 to this request on the grounds that it is overbroad as to subject matter and time; in
24 particular, MGA objects that the phrases "all documents" and "referring or relating to"
25 are not tied in any way to any claim or defense involved in Phase 2 of this litigation.

26       MGA further objects to this request on the ground that the terms ALL
27 DOCUMENTS, ITEMS OF VALUE and REFERRING OR RELATING TO, render the
28 request vague, ambiguous, overly broad and unduly burdensome. MGA further objects

1  to this request to the extent that it seeks documents not in MGA's possession, custody or

2  control.  MGA also objects to this request on the grounds that it seeks confidential,

3  proprietary or commercially sensitive information, the disclosure of which would be

4  inimical to the business interests of MGA. MGA also objects to this request to the extent

5  it calls for the disclosure of attorney-client privileged information or information

6  protected from disclosure by the work-product doctrine, joint defense or common interest

7  privilege, or other privilege.

8      MGA further objects to this request as being overly broad and unduly burdensome

9  on the grounds that the post-March 1, 2007 time period is beyond the scope of Mattel's

10  Second Amended Answer and Counterclaims and is irrelevant to this action.  MGA

11  further objects to this request as cumulative and duplicative to the extent that it seeks

12  documents previously requested by Mattel or produced by MGA in response to Mattel's

13  document requests.  Subject to the foregoing objections, MGA agrees to produce any

14  non-privileged, responsive documents that have not already been produced.

15  **REQUEST FOR PRODUCTION NO. 83:**

16      DOCUMENTS sufficient to show any and all loans from YOU to VARGAS or

17  TRUEBA, on or after March 1, 2007.

18  **RESPONSE TO REQUEST FOR PRODUCTION NO. 83:**

19      MGA incorporates by reference its General Objections as though fully set forth

20  herein. MGA further objects on the grounds that this request calls for the production of

21  documents that are not relevant to any claim or defense in the pending litigation or

22  reasonably calculated to lead to the discovery of admissible evidence.

23      MGA further objects to this request on the grounds that it is compound.  MGA

24  further objects to the request to the extent it violates the privacy rights of third parties to

25  their private, confidential, proprietary or trade secret information. MGA further objects

26  to this request on the grounds that it is overbroad as to subject matter and time; in

27  particular, MGA objects that the phrases "all documents" and "referring or relating to"

28  are not tied in any way to any claim or defense involved in Phase 2 of this litigation.

GLASER, WEIL, FINK, JACOBS, HOWARD & SHAPIRO, LLP
LAW OFFICES
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
(310) 553-3000

1   MGA further objects to this request on the ground that the terms ALL

2   DOCUMENTS, and REFERRING OR RELATING TO, render the request vague,

3   ambiguous, overly broad and unduly burdensome. MGA further objects to this request to

4   the extent that it seeks documents not in MGA's possession, custody or control. MGA

5   also objects to this request on the grounds that it seeks confidential, proprietary or

6   commercially sensitive information, the disclosure of which would be inimical to the

7   business interests of MGA. MGA also objects to this request to the extent it calls for the

8   disclosure of attorney-client privileged information or information protected from

9   disclosure by the work-product doctrine, joint defense or common interest privilege, or

10  other privilege.

11      MGA further objects to this request as being overly broad and unduly burdensome

12  on the grounds that the post-March 1, 2007 time period is beyond the scope of Mattel's

13  Second Amended Answer and Counterclaims and is irrelevant to this action. MGA

14  further objects to this request as cumulative and duplicative to the extent that it seeks

15  documents previously requested by Mattel or produced by MGA in response to Mattel's

16  document requests. Subject to the foregoing objections, MGA agrees to produce any

17  non-privileged, responsive documents that have not already been produced.

18

19

20  Dated: May 18, 2009                Patricia L. Glaser
                                       Joel N. Klevens
21                                     GLASER, WEIL, FINK, JACOBS,
                                         HOWARD & SHAPIRO, LLP
22
                                       Russell J. Frackman
23                                     MITCHELL, SILBERBERG & KNUPP, LLP

24                                     By: _Amman Khan (RS)_____
                                           Amman Khan
25                                         Attorneys for the MGA Parties
                                           for Phase Two
26

27

28

677054                              98                              Exhibit S

RESPONSES TO FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS (Phase 2)

**PROOF OF SERVICE**

STATE OF CALIFORNIA

COUNTY OF LOS ANGELES

     I am employed in the County of Los Angeles, State of California; I am over the age of 18 and not a party to the within action; my business address is 10250 Constellation Boulevard, Nineteenth Floor, Los Angeles, California 90067.

     On May 18, 2009, I served the foregoing document described as:

**MGAE DE MEXICO'S RESPONSES TO FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS (PHASE 2)**

on the interested parties to this action by placing a copy thereof enclosed in a sealed envelope addressed as follows:

**PLEASE SEE ATTACHED SERVICE LIST**

☐  (BY MAIL)  I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. This correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business at our Firm's office address in Los Angeles, California.  Service made pursuant to this paragraph, upon motion of a party served, shall be presumed invalid if the postal cancellation date of postage meter date on the envelope is more than one day after the date of deposit for mailing contained in this affidavit.

☐  (BY OVERNIGHT DELIVERY SERVICE)  I served the foregoing document by Federal Express, an express service carrier which provides overnight delivery, as follows.  I placed true copies of the foregoing document in sealed envelopes or packages designated by the express service carrier, addressed to each interested party as set forth above, with fees for overnight delivery paid or provided for.

☒  (BY PERSONAL SERVICE) I caused such envelope to be delivered by hand to the offices of the above named addressee.

☒  (BY EMAIL) I caused such documents to be delivered via email to the addressee(s).

☐  (BY FACSIMILE)  I caused such documents to be delivered via facsimile to the offices of the addressee(s) at the following facsimile number:

Executed this 18th day of May, 2009, at Los Angeles, California.

     I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_YumiChung_
YUMI CHUNG

99

Exhibit 5

RESPONSES TO FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS (Phase 2)

LAW OFFICES
GLASER, WEIL, FINK, JACOBS, HOWARD & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
(310) 553-3000

LAW OFFICES
GLASER, WEIL, FINK, JACOBS, HOWARD & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
(310) 553-3000

1

## SERVICE LIST

2   John Quinn, Esq.
    (johnquinn@quinnemanuel.com)
3   Jon D. Corey, Esq.
    (joncorey@quinnemanuel.com)
4   Michael T. Zeller, Esq.
    (michaelzeller@quinnemanuel.com)
5   Quinn Emanuel Urquhart Oliver & Hedges, LLP
    865 South Figueroa Street, 10th Floor
6   Los Angeles, CA 90017-2543
    **[By Personal & Email Service]**
7
    Russell J. Frackman, Esq.
8   (rjf@msk.com)
    Patricia H. Benson, Esq.
9   (phb@msk.com)
    Mitchell, Silberberg & Knupp, LLP
10  11377 W. Olympic Blvd.
    Los Angeles, CA 90067
11  (310) 312-2000
    **[By Email Service]**
12
    Thomas J. Nolan, Esq.
13  (tnolan@skadden.com)
    Raoul D. Kennedy, Esq.
14  (rkennedy@skadden.com)
    Jason D. Russell, Esq.
15  (Jason.russell@skadden.com)
    Skadden, Arps, Slate, Meagher & Flom LLP
16  300 South Grand Avenue, Suite 3400
    Los Angeles, CA 90071-3144
17  (213) 687-5000
    **[By Email Service]**
18
    Mark E. Overland, Esq.
19  moverland@obsklaw.com
    Alexander H. Cote, Esq.
20  acote@obsklaw.com
    Overland Borenstein Scheper & Kim LLP
21  601 W. 5th Street, 12th Floor
    Los Angeles, CA 90017
22  **[By Email Service]**
23
24
25
26
27
28