1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     John B. Quinn (Bar No. 090378)
2    johnquinn@quinnemanuel.com
     Michael T. Zeller (Bar No. 196417)
3    (michaelzeller@quinnemanuel.com)
     Jon D. Corey (Bar No. 185066)
4    (joncorey@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California  90017-2543
   Telephone:  (213) 443-3000
6  Facsimile:   (213) 443-3100

7  Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No.   CV 04-09059<br>Case No.   CV 05-2727<br><br>**STIPULATION TO WITHDRAW 1) MGA'S MOTION TO DE-DESIGNATE DOCUMENTS PRODUCED BY MATTEL AS "ATTORNEYS' EYES ONLY" IN RESPONSE TO DOCUMENT REQUESTS NOS. 526 AND 528; AND**<br>**2) MATTEL'S MOTION TO AMEND PROTECTIVE ORDER** |
|---|---|

1       WHEREAS, on May 6, 2009, MGA Entertainment, Inc. ("MGA") filed its Motion to De-Designate Documents Produced By Mattel As "Attorneys Eyes Only" In Response To Document Requests Nos. 526 And 528;

      WHEREAS, on July 1, 2009, Mattel, Inc. ("Mattel") filed its Motion to Amend Protective Order;

      WHEREAS, the parties have reached an agreement to withdraw both motions;

      NOW, THEREFORE, MGA and Mattel, by and through their respective counsel of record, and subject to the Discovery Master's approval, hereby stipulate and agree that:

      MGA's Motion To De-Designate Documents Produced By Mattel As "Attorneys Eyes Only" In Response To Document Requests Nos. 526 And 528; and Mattel's Motion To Amend Protective Order, are withdrawn. The withdrawal is without prejudice to the parties' right to refile motions to de-designate particular materials as "Attorneys' Eyes Only" or amend the protective order to include certain materials as "Attorneys' Eyes Only." The withdrawal is also without prejudice to MGA's right to contest Mattel's basis for designating or seeking to designate these materials as Attorneys' Eyes Only.

      IT IS SO STIPULATED.

DATED: July 17, 2009       QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By *James Webster / JJ*
    James Webster
    Attorneys for Mattel, Inc.

1  DATED: July 16, 2009         ORRICK, HERRINGTON & SUTCLIFFE LLP

By _____
William Molinski
Attorneys for the MGA Parties.