QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No.    CV 04-09059<br>Case No.    CV 05-2727<br><br>**[PROPOSED] ORDER RE STIPULATION TO WITHDRAW 1) MGA'S MOTION TO DE-DESIGNATE DOCUMENTS PRODUCED BY MATTEL AS "ATTORNEYS' EYES ONLY" IN RESPONSE TO DOCUMENT REQUESTS NOS. 526 AND 528; AND**<br>**2) MATTEL'S MOTION TO AMEND PROTECTIVE ORDER** |

00505.07975/3008675.1

Case No. CV 04-9049 SGL (RNBx)
[PROPOSED] ORDER RE STIPULATION TO WITHDRAW MOTION TO DE-DESIGNATE AND MOTION TO AMEND PROTECTIVE ORDER

1  Based on the concurrently filed Stipulation to Withdraw 1) MGA's Motion To De-Designate Documents Produced By Mattel As "Attorneys Eyes Only" In Response To Document Requests Nos. 526 And 528; and 2) Mattel's Motion To Amend Protective Order, and good cause appearing for the entry thereof,

IT IS HEREBY ORDERED:

MGA's Motion To De-Designate Documents Produced By Mattel As "Attorneys Eyes Only" In Response To Document Requests Nos. 526 And 528; and Mattel's Motion To Amend Protective Order, are withdrawn.  The withdrawal is without prejudice to the parties' right to refile motions to de-designate particular materials as "Attorneys' Eyes Only" or amend the protective order to include certain materials as "Attorneys' Eyes Only."  The withdrawal is also without prejudice to MGA's right to contest Mattel's basis for designating or seeking to designate these materials as Attorneys' Eyes Only.

IT IS SO ORDERED.

DATED: _____          _____
                                 Robert C. O'Brien
                                 Discovery Master

00505.07975/3008675.1

-2-            Case No. CV 04-9049 SGL (RNBx)
[PROPOSED] ORDER RE STIPULATION TO WITHDRAW MOTION TO DE-DESIGNATE AND MOTION TO AMEND PROTECTIVE ORDER