ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone: +1-415-773-5700
Facsimile: +1-415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: +1-213-629-2020
Facsimile: +1-213-612-2499

Attorneys for MGA ENTERTAINMENT, INC., MGA ENTERTAINMENT HK, LTD., MGAE de MEXICO, S.R.L. de C.V., and ISAAC LARIAN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 SGL (RNBx)<br><br>Consolidated with: Case No. CV 04-9059 and Case No. CV 05-2727<br><br>The Honorable Stephen J. Larson<br><br>**STIPULATION FOR CONTINUANCE OF HEARING DATE ON MATTEL'S MOTION FOR CLARIFICATION OF JUNE 18, 2009 ORDER RE THE ESCROW OF BRATZ PROFITS**<br><br>**([PROPOSED] ORDER FILED CONCURRENTLY)** |

WHEREAS, Mattel, Inc. filed a Motion for Clarification of June 18 Order Regarding the Escrow of Bratz Profits ("the Motion") on June 26, 2009;

WHEREAS, the hearing date for the Motion is August 10, 2009;

WHEREAS, the date to respond to the Motion is July 27, 2009;

WHEREAS, Plaintiff and Counter-Defendant MGA Entertainment, Inc., and Counter-Defendants MGA Entertainment HK, Ltd., MGAE de Mexico S.R.L. de C.V., and Isaac Larian ("MGA Parties") have requested for the reason set forth below, and Mattel is agreeable to, a continuance of the hearing date on the Motion until August 17, 2009;

WHEREAS the MGA Parties represent that the continuation is not for the purposes of delay, but so as to accommodate the previously-scheduled and pre-paid family vacation, during the week of July 20, 2009 and continuing to July 28, 2009, of Warrington S. Parker III, the attorney responsible for drafting the response to the Motion;

NOW THEREFORE, Mattel and the MGA Parties, by and through their respective counsel of record, hereby stipulate and agree, subject to the approval of the Court that:

1. The hearing on the Motion shall be continued from August 10, 2009 to August 17, 2009.

2. The dates on which the MGA Parties' response and Mattel's reply brief will be filed will be calculated pursuant to Local Rules 7-9 and 7-10 from the date of August 17, 2009.

IT IS SO STIPULATED.

Dated: July 17, 2009          QUINN EMANUEL URQUHART OLIVER & HEDGES LLP


By: /s/ Michael T. Zeller
    Michael T. Zeller
    Attorneys for Mattel, Inc.

| | | |
|---|---|---|
| 1 | Dated: July 17, 2009 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 2 | | |
| 3 | | By: /s/ Annette L. Hurst |
| 4 | | Annette L. Hurst |
| | | Attorneys for MGA Entertainment, Inc., MGA Entertainment HK Ltd., MGAE de |
| 5 | | Mexico, S.R.L. de C.V., and Isaac Larian |

# CERTIFICATE OF SERVICE

I, Maria Mercado-Navarro, declare:

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, 777 South Figueroa Street, Suite 3200, Los Angeles, California 90017-5855.

I hereby certify that on July 17, 2009, I electronically filed the following documents with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties listed below:

**STIPULATION FOR CONTINUANCE OF HEARING DATE OF MATTEL'S MOTION FOR CLARIFICATION OF JUNE 18, 2009 ORDER RE THE ESCROW OF BRATZ PROFITS**

**SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury that the foregoing is true and correct and that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 17, 2009, at Los Angeles, California.

/s/
Maria Mercado-Navarro

# SERVICE LIST

**Counsel for Defendant-Appellee, Mattel. Inc.**
John B. Quinn, Esq.
johnquinn@quinnemanuel.com
Michael T. Zeller, Esq.
michaelzeller@quinnemanuel.com
Jon D. Corey, Esq.
Joncorey@quinnemanuel.com
Brett D. Proctor
dylanproctor@quinnemanuel.com
QUINN EMANUÉL URQUHART OLIVER & HEDGES, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543

**Counsel for Counter-Defendant, Carlos Gustavo Machado Gomez**
Mark E. Overland, Esq.
moverland@obsklaw.com
Alexander H. Cote, Esq.
acote@obsklaw.com
OVERLAND BORENSTEIN SCHEPER & KIM LLP
601 W. 5th Street, 12th Floor
Los Angeles, CA 90017

**Attorneys for Patrick A. Fraioli, Jr., Monitor**
Byron Z. Moldo, Eq.
bmoldo@ecjlaw.com
David Seror, Esq.
dseror@ecjlaw.com
Peter A. Davidson, Esq.
pdavidson@ecjlaw.com
ERVIN COHEN & JESSUP LLP
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974

Peter A. Davidson, Esq.
pdavidson@ecjlaw.com
ERVIN COHEN & JESSUP LLP
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974

| | |
|---|---|
| 1 | Joseph A. Eisenberg, Esq. |
| 2 | JEisenber@JMBM.com |
| | JEFFER MANGELS BUTLER & MARMARO LLP |
| 3 | 1900 Avenue of the Stars, 7th Floor |
| 4 | Los Angeles, California 90067 |
| | <u>Counsel for Counter-Defendant, Carlos Gustavo</u> |
| 5 | <u>Machado Gomez</u> |
| 6 | Leah Chava Gershon, Esq. |
| | leah@spertuslaw.com |
| 7 | JAMES W. SPERTUS LAW OFFICES |
| 8 | 12100 Wilshire Blvd., Suite 620 |
| | Los Angeles, CA  90025 |
| 9 | |
| 10 | <u>Counsel for Third Party Defendant. Anne Wang</u> |
| | Linda M. Burrow, Esq. |
| 11 | burrow@caldwell-leslie.com |
| 12 | CALDWELL LESLIE AND PROCTOR PC |
| | 1000 Wilshire Blvd., Suite 600 |
| 13 | Los Angeles, CA  90017 |
| 14 | |
| | <u>Counsel for Limited Intervenor, Omni 808 Investors LLC</u> |
| 15 | Todd E. Gordinier, Esq. |
| 16 | todd.gordinier@bingham.com |
| | BINGHAM MCCUTCHEN LLP |
| 17 | 600 Anton Blvd., 18th Floor |
| 18 | Costa Mesa, CA  92626 |
| 19 | <u>Additional Counsel:</u> |
| 20 | Thomas J. Nolan, Esq. |
| | thomas.nolan@skadden.com |
| 21 | Raoul D. Kennedy, Esq. |
| 22 | raoul.kennedy@skadden.com |
| | Jason D. Russell, Esq. |
| 23 | jason.russell@skadden.com |
| | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| 24 | 300 South Grand Avenue |
| | Suite 3400 |
| 25 | Los Angeles, CA 90071-3144 |
| | Telephone:  (213) 687-5000 |
| 26 | Facsimile:   (213) 687-5600 |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | James I. Stang, Esq. |
| | jstang@pszjlaw.com |
| 2 | PACHULSKI, STANG, ZIEHL & JONES |
| | 10100 Santa Monica Boulevard |
| 3 | 11th Floor |
| | Los Angeles, CA 90067-4100 |
| 4 | Telephone:  (310) 277-6910 |
| | Facsimile:   (310) 201-0760 |
| 5 | |
| | David M. Stern, Esq. |
| 6 | dstern@ktbslaw.com |
| | Matthew C. Heyn, Esq. |
| 7 | mheyn@ktbslaw.com |
| | Kevin E. Deenihan, Esq. |
| 8 | kdeenihan@ktbslaw.com |
| | KLEE, TUCHIN, BOGDANOFF & STERN LLP |
| 9 | 1999 Avenue of the Stars |
| | 39th Floor |
| 10 | Los Angeles, CA 90067-6049 |
| | Telephone:  (310) 407-4025 |
| 11 | Facsimile:   (310) 407-9090 |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |