1  ANNETTE L. HURST (State Bar No. 148738)
   ahurst@orrick.com
2  WARRINGTON S. PARKER III (State Bar No. 148003)
   wparker@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
4  405 Howard Street
   San Francisco, CA 94105
5  Telephone:  +1-415-773-5700
   Facsimile:   +1-415-773-5759
6
7  WILLIAM A. MOLINSKI (State Bar No. 145186)
   wmolinski@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
8  777 South Figueroa Street, Suite 3200
   Los Angeles, CA  90017
9  Telephone:  +1-213-629-2020
   Facsimile:   +1-213-612-2499
10
   Attorneys for MGA ENTERTAINMENT, INC., MGA
11 ENTERTAINMENT HK, LTD.,
   MGAE de MEXICO, S.R.L. de C.V., and ISAAC
12 LARIAN

13              UNITED STATES DISTRICT COURT

14              CENTRAL DISTRICT OF CALIFORNIA

15                   EASTERN DIVISION

16

| | |
|---|---|
| 17  CARTER BRYANT, an individual | Case No. CV 04-9049 SGL (RNBx) |
| 18                  Plaintiff, | Consolidated with: Case No. CV 04-9059 and Case No. CV 05-2727 |
| 19  v. | |
| 20  MATTEL, INC., a Delaware | The Honorable Stephen J. Larson |
| 21  Corporation | **[PROPOSED] ORDER RE STIPULATION FOR CONTINUANCE OF HEARING DATE ON MATTEL'S MOTION FOR CLARIFICATION OF JUNE 18, 2009 ORDER RE THE ESCROW OF BRATZ PROFITS** |
| 22                  Defendant. | |
| 23  | |
| 24  AND CONSOLIDATED ACTIONS | |

25

26

27

28

## [PROPOSED] ORDER

The stipulation to continue the date of the hearing on Mattel's Motion for Clarification of June 18 Order Regarding the Escrow of Bratz Profits is **GRANTED**.

The dates on which the MGA Parties' response and Mattel's reply brief will be filed will be calculated pursuant to Local Rules 7-9 and 7-10 from the date of August 17, 2009.

IT IS SO ORDERED.

DATED: _____, 2009


_____
Hon. Stephen G. Larson
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I, Maria Mercado-Navarro, declare:

I am more than eighteen years old and not a party to this action.  My business address is Orrick, Herrington & Sutcliffe LLP, 777 South Figueroa Street, Suite 3200, Los Angeles, California 90017-5855.

I hereby certify that on July 17, 2009, I electronically filed the following documents with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties listed below:

**[PROPOSED] ORDER RE STIPULATION FOR CONTINUANCE OF HEARING DATE OF MATTEL'S MOTION FOR CLARIFICATION OF JUNE 18, 2009 ORDER RE THE ESCROW OF BRATZ PROFITS**

**SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury that the foregoing is true and correct and that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 17, 2009, at Los Angeles, California.


_____/s/_____
Maria Mercado-Navarro

- 1 -

# SERVICE LIST

Counsel for Defendant-Appellee, Mattel. Inc.
John B. Quinn, Esq.
johnquinn@quinnemanuel.com
Michael T. Zeller, Esq.
michaelzeller@quinnemanuel.com
Jon D. Corey, Esq.
Joncorey@quinnemanuel.com
Brett D. Proctor
dylanproctor@quinnemanuel.com
QUINN EMANUÉL URQUHART OLIVER & HEDGES, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA  90017-2543

Counsel for Counter-Defendant, Carlos Gustavo Machado Gomez
Mark E. Overland, Esq.
moverland@obsklaw.com
Alexander H. Cote, Esq.
acote@obsklaw.com
OVERLAND BORENSTEIN SCHEPER & KIM LLP
601 W. 5th Street, 12th Floor
Los Angeles, CA  90017

Attorneys for Patrick A. Fraioli, Jr., Monitor
Byron Z. Moldo, Eq.
bmoldo@ecjlaw.com
David Seror, Esq.
dseror@ecjlaw.com
Peter A. Davidson, Esq.
pdavidson@ecjlaw.com
ERVIN COHEN & JESSUP LLP
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974

Peter A. Davidson, Esq.
pdavidson@ecjlaw.com
ERVIN COHEN & JESSUP LLP
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974

Joseph A. Eisenberg, Esq.
JEisenber@JMBM.com
JEFFER MANGELS BUTLER & MARMARO LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067
<u>Counsel for Counter-Defendant, Carlos Gustavo
Machado Gomez</u>

Leah Chava Gershon, Esq.
leah@spertuslaw.com
JAMES W. SPERTUS LAW OFFICES
12100 Wilshire Blvd., Suite 620
Los Angeles, CA  90025

<u>Counsel for Third Party Defendant. Anne Wang</u>

Linda M. Burrow, Esq.
burrow@caldwell-leslie.com
CALDWELL LESLIE AND PROCTOR PC
1000 Wilshire Blvd., Suite 600
Los Angeles, CA  90017

<u>Counsel for Limited Intervenor, Omni 808 Investors LLC</u>

Todd E. Gordinier, Esq.
todd.gordinier@bingham.com
BINGHAM MCCUTCHEN LLP
600 Anton Blvd., 18th Floor
Costa Mesa, CA  92626

<u>Additional Counsel:</u>

Thomas J. Nolan, Esq.
thomas.nolan@skadden.com
Raoul D. Kennedy, Esq.
raoul.kennedy@skadden.com
Jason D. Russell, Esq.
jason.russell@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Suite 3400
Los Angeles, CA 90071-3144
Telephone:  (213) 687-5000
Facsimile:   (213) 687-5600

James I. Stang, Esq.
jstang@pszjlaw.com
PACHULSKI, STANG, ZIEHL & JONES
10100 Santa Monica Boulevard
11th Floor
Los Angeles, CA 90067-4100
Telephone:  (310) 277-6910
Facsimile:   (310) 201-0760

David M. Stern, Esq.
dstern@ktbslaw.com
Matthew C. Heyn, Esq.
mheyn@ktbslaw.com
Kevin E. Deenihan, Esq.
kdeenihan@ktbslaw.com
KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 Avenue of the Stars
39th Floor
Los Angeles, CA 90067-6049
Telephone:  (310) 407-4025
Facsimile:   (310) 407-9090

- 4 -