QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09039<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Robert C. O'Brien]**<br><br>[PUBLIC REDACTED] DECLARATION OF CYRUS S. NAIM IN SUPPORT OF MATTEL, INC.'S MOTION FOR ADDITIONAL TIME TO CONDUCT THE DEPOSITION OF ISAAC LARIAN<br><br>Hearing Date: TBA<br>Time: TBA<br>Place: Arent Fox, LLP<br><br>Phase 2<br>Disc. Cut-off: December 11, 2009<br>Pre-trial Conf.: March 1, 2010<br>Trial Date: March 23, 2010 |

07975/3013890.1

NAIM DEC ISO MATTEL'S MOTION FOR ADDITIONAL TIME FOR LARIAN DEPOSITION

I, Cyrus S. Naim, declare as follows:

1. I am a member of the bar of the State of California and an associate with Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for plaintiff and counter-defendant, Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. Attached as Exhibit 1 is a true and correct copy of a CD containing excerpts of the video of the deposition of Isaac Larian, dated March 26, 2008.

3. Attached as Exhibit 2 is a true and correct copy of Deposition Exhibit Number 10.

4. Attached as Exhibit 3 is a true and correct copy of Deposition Exhibit Number 12.

5. Attached as Exhibit 4 is a true and correct copy of Deposition Exhibit Number 302.

6. Attached as Exhibit 5 is a true and correct copy of Deposition Exhibit Number 615.

7. Attached as Exhibit 6 is a true and correct copy of Deposition Exhibit Number 631.

8. Attached as Exhibit 7 is a true and correct copy of Deposition Exhibit Number 4942.

9. Attached as Exhibit 8 is a true and correct copy of Deposition Exhibit Number 4943.

10. Attached as Exhibit 9 is a true and correct copy of Deposition Exhibit Number 4944.

1
2  I declare under penalty of perjury under the laws of the United States of
3  America that the foregoing is true and correct.
4  Executed this 17th day of July, 2009, at Los Angeles, California.
5
6              /s/ Cyrus S. Naim
              Cyrus S. Naim
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28