# EXHIBIT 1

# THE EXHIBIT IS FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

# EXHIBIT 2



HCA 2152/2002

IN THE HIGH COURT OF THE

HONG KONG SPECIAL ADMINISTRATIVE REGION

COURT OF FIRST INSTANCE

CIVIL ACTION NO. 2152 OF 2002

_____

BETWEEN

    ABC INTERNATIONAL TRADERS, INC.          Plaintiff
    doing business as MGA ENTERTAINMENT

and

(1)  TOYS & TRENDS (HONG KONG) LIMITED

(2)  CITYWORLD LIMITED

(3)  JURG WILLI KESSELRING          Defendants

This is the exhibit marked "LSC-3" referred to in the Affirmation of Lee Shiu Cheung dated the 18th day of June 2002.

| Description of document | Date | No. of pages |
|---|---|---|
| Copies of 17 initial concept and Design drawings of the BRATZ Dolls made by Mr. Bryant in the year 2000 | divers | 17 |

Before me,

*Chung Jee*

Solicitor, HKSAR

Chan Yiu Cheo
Solicitor, Hong Kong SAR
C.L. Chow & Macksion Chan, Solicitors

M 0001489A

DEPOSITION
EXHIBIT

EXHIBIT ___2___

PAGE ___4___



EXHIBIT __2__

PAGE __5__

All Rights Assigned to ABC International Traders dh/a MGA Entertainment.

Isaac Larian, CEO

M 0001489



3/1998

EXHIBIT __2__

PAGE __6__

All Rights Assigned to ABC International Traders
d/b/a MGA Entertainment

Isaac Larian, CEO

M 0001490



EXHIBIT __2__

PAGE __7__

All Rights Assigned to ABC International Traders
d/b/a MGA Entertainment.

Isaac Larian, CEO

M 0001491



EXHIBIT **2**

PAGE **8**

All Rights Assigned to ABC International Traders
d/b/a MGA Entertainment

Isaac Larian, CEO

M 0001492



EXHIBIT **2**

PAGE **9**

All Rights Assigned to ABC International Traders d/b/a MGA Entertainment.

Isaac Larian, CEO

M 0001493



EXHIBIT __2__

PAGE __10__

All Rights Assigned to ABC International Traders d/b/a MGA Entertainment

Isaac Larian, CEO

M 0001494



8/1998

EXHIBIT __2__

PAGE __11__

All Rights Assigned to ABC International Traders
d/b/a MGA Entertainment.

Isaac Larian, CEO

M 0001495



8/1/98

EXHIBIT 2

PAGE 12

All Rights Assigned to ABC International Traders d/b/a MGA Entertainment.

Isaac Larian, CEO

M 0001496



8/1994

EXHIBIT __2__

PAGE __13__

All Rights Assigned to ABC International Traders
d/b/a MGA Entertainment.

Isaac Larian, CEO

M 0001497



EXHIBIT __2__

PAGE __14__

All Rights Assigned to ABC International Traders
d/b/a MGA Entertainment.

Isaac Larian, CEO

M 0001498



EXHIBIT **2**

PAGE **15**

All Rights Assigned to ABC International Traders d/b/a MGA Entertainment.

Isaac Larian, CEO

M 0001499



All Rights Assigned to ABC International Traders d/b/a MGA Entertainment.

Isaac Larian, CFO

EXHIBIT ___2___

PAGE ___16___

M 0001500



EXHIBIT __2__

PAGE __17__

All Rights Assigned to ABC International Traders d/b/a MGA Entertainment

_Isaac Larian, CEO_

M 0001501



DOLL PIECE COUNT*

HAIRSTYLE # 1

LONG TEE

SHORT TEE

JEANS

SNEAKERS

HAIRSTYLE # 2

MARY JANES

TOTAL PIECES*
- LONG SLEEVED TEE SHIRT
- CUFFED "JEANS"
- SHORT SLEEVED TEE SHIRT
- SKIRT
- POP-ON/OFF SNEAKERS
- POP-ON/OFF MARY JANES
- BACKPACK
- LONG HAIRSTYLE "WIG" (POP-ON/OFF)
- SHORT HAIRSTYLE "WIG" (POP-ON/OFF)
- DOLL BODY/HEAD

* DESIGN SUBJECT TO CHANGE

DRAWINGS NOT TO ACTUAL SIZE

EXHIBIT 2

PAGE 18

M 0001502

BODY



JOINTED HOLE, @ SHOULDERS

POSSIBLE
TWIST
WAIST,
BELOW
BELLY
BUTTON

SCULPTED
FINGERNAILS

JOINTED @
HIPS

BASIC SHOE
SCULPT

NOT ACTUAL
SIZE

ACTUAL DOLL
HEIGHT (WITH HEAD)
APPX. 9 1/2" - 10"

M 0001503

EXHIBIT ___2___

PAGE ___19___



To give Zoe a whole new look for night, change her short dark brown hairstyle to her long blonde hairdo (included), change her pants to a skirt (also included) and change her sneakers to platform sandals (you get those too!)

M 0001504

EXHIBIT __2__

PAGE __20__



FACES

SAME HEAD BUT.
DIFF FACE PAINT

— NOT ACTUAL SIZE —

M 0001505

EXHIBIT    2

PAGE    21

# EXHIBIT 3



HCA 2152/2002

IN THE HIGH COURT OF THE

HONG KONG SPECIAL ADMINISTRATIVE REGION

COURT OF FIRST INSTANCE

CIVIL ACTION NO. 2152 OF 2002

BETWEEN

ABC INTERNATIONAL TRADERS, INC.                                    Plaintiff
doing business as MGA ENTERTAINMENT

and

(1) TOYS & TRENDS (HONG KONG) LIMITED

(2) CITYWORLD LIMITED

(3) JURG WILLI KESSELRING                                          Defendants

_____

AFFIDAVIT OF ISAAC LARIAN

_____

I, Isaac Larian of 16730 Schoenborn Street, North Hills, California, United

States of American do make oath and say as follows: –

1.       I am the CEO of MGA and duly authorised by MGA to make this affidavit on
its behalf. Unless otherwise stated, the facts and matters contained herein are
either within my own personal knowledge or gleaned from books and records
of MGA to which I have free access. Insofar as facts and matters that do not
fall within the aforesaid category, they are related to me by the respective
sources stated hereinafter and are true to the best of my information and belief.
For the purpose of this affidavit, I shall adopt the abbreviations used in the
First Affirmation of Lee Shiu Cheung filed on behalf of MGA on the 18th June
2002 (hereinafter referred to as "the 1st Lee Affirmation").

· 1

M 0001558

DEPOSITION
EXHIBIT

EXHIBIT ___3___

PAGE ___22___

2.

3.

4.

5.

2

M 0001559

EXHIBIT ___3___

PAGE ___23___

6.

7.

8.

3

M 0001560

EXHIBIT **3**

PAGE **24**

9.

10.

11.

Paragraphs 13 to 19

12.   I fail to understand the point made by the Defendants in these paragraphs and
consequently the relevance of these matters.  Insofar as the concept of the
Bratz dolls are concerned, the 1st Lee Affirmation dealt with these matters to
provide the Court with the background and history of the Bratz dolls and
mainly the marketing strategy or concept.  Furthermore, I am advised by my
legal advisors that copyright law does not protect concepts or ideas *per se* but
the expression of an idea in a material form.  And in this case, it is the 17
design drawings exhibited as "LSC-3".  The complaint made by MGA is that

4

M 0001561

EXHIBIT   3

PAGE   25



the 3 dimensional Funky Tweenz dolls have infringed the 2 dimensional drawings which are artistic works in which copyright subsists. The aforesaid, I think, would be sufficient to deal with these paragraphs but for the sake of completeness I shall deal with the dolls mentioned therein.

13.     The Bratz dolls were first exhibited in the USA in November 2000. They were further exhibited in Hong Kong in January 2001. The Bratz dolls were first publicly made available for sale at the retail level in August 2001 in the USA.

14.     I have never heard of Simba Toys GmbH & Co. and have never come across these Girlz dolls until reading the Kesselring Affidavit. Just by looking at the photographs and not having seen the samples I cannot see how these dolls can infringe MGA's copyright in the artistic works for they do not look the same. Furthermore, I do not accept that these dolls were marketed all over Europe before the Numberg Toy Fair without any evidence but a bare allegation coming from Mr. Kesselring.

15.     The photographs of the We Teen dolls exhibited as "JWK-6" do not resemble the Bratz dolls by just looking at the pictures.

16.     To say the Fad dolls have similar dimensions and proportions to the Bratz dolls is just sheer nonsense. One can see very clearly from the photographs that they do not. These dolls have plastic hair and square faces   Mr. Kesselring has not asserted that these dolls are published prior to the Bratz dolls.

17.     Looking at the photographs of the Sassy Secrets dolls one can see very clearly that they do not resemble the Bratz dolls at all. These are 6 inch electronic dolls which can talk. Further, they do not have change of fabric fashion and shoes that Bratz are popular for and Funky Tweenz have copied. Again Mr. Kesselring has not asserted that these dolls are published prior to the Bratz dolls.

5

M 0001562

EXHIBIT   3

PAGE   26

18.  In light of the foregoing, the existence of these dolls in the market can in no way impeach the originality of MGA's artistic works. Mr. Kesselring is again speculating without any evidence. Furthermore, I find it quite odd for Mr. Kesselring to say that both Funky Tweenz dolls and the Bratz dolls originate from a common source when he attempts to explain how the Defendants came up with the Funky Tweenz dolls.

19.

20.

21.

6

M 0001563

EXHIBIT ___3___

PAGE ___27___

22.    I fail to see any point in paragraph 19 of the Kesselring Affirmation.  I am advised by my legal advisors that copyright law is territorial and each jurisdiction has its own set laws regulating copyright.  MGA's cause of action is based on the Copyright Ordinance of Hong Kong and not the Federal Copyright Act of the USA.  The USA registration certificates were exhibited to show that the Bratz dolls enjoy copyright protection in the USA.

23.

24.

25.

7

M 0001564

EXHIBIT __3__

PAGE __28__

26. Dressing dolls had always been a huge market for the toy industry. The Barbie doll has been around for over 43 years and has a retail turnover of US$1.5 billion a year. According to the leading USA toy market research company, TRSTS, Barbie dolls command 88.5% of the doll market last year. But the latest research results show this share has shrunken to 84.6% so far this year due to the appearance of the Bratz dolls which now command 10.1% of the market share which is the 2nd largest market share after Mattel and Barbie. Prior to the appearance of Bratz dolls, no doll could take away the market share enjoyed by Barbie. The Barbie doll has been so successful because it has been able to reinvent itself time and time again like 3 or 4 years ago, the Barbie doll range introduced a new range of dolls called the Generation Girls which is a dressing doll with a trendy look.

27.

28.

29.

8

M 0001565

EXHIBIT 3

PAGE 29



30. Mr. Kesselring said he took inspiration from a lot of other dolls on the market but oddly, he never referred to the Bratz dolls. The Bratz dolls won the People's Choice Awards of the Toy Industry which is similar to the Oscars in the film industry, as well as Doctor Toy best top 10 Toy Award and Family Fun Best Toy Award. Bratz were further cited to be the first doll ever to beat Barbie in the fashion doll category. I find it quite inconceivable that he never referred to the Bratz dolls despite its huge success and wide media coverage evidenced by some of the sample media cuttings exhibited as "LSC-10" to the 1st Lee Affirmation. Even the article taken from The Toy Book which he exhibited as "JWK-10c" has a whole column devoted to Bratz dolls. The said article says and I quote, "Trying to capture some of MGA's success, a host of manufacturers are debuting personality/fashion dolls."

31. The reason why design drawings of the dolls head had to be made was because they had to get the colour scheme of features of the head so that after moulding they can be dyed properly according to the scheme which serves as a benchmark. This is very apparent from paragraph 21 of the Affirmation of Wilson Lam.

32. Having taken a look at the pictures of the Barbie dolls exhibited as "JWK-12" they bear no resemblance to the Funky Tweenz but Funky Tweenz bear a striking resemblance to the Bratz dolls.

Paragraphs 30-33

33. The safety certificates exhibited as "JWK-13" only pertain to Europe and Canada and not the USA which has more stricter requirements. MGA's fears stated in paragraph 36 of the 1st Lee Affirmation are valid.

34. I fail to see how that the life span of fashion dolls will only last 2 years as alleged. The Barbie doll has been around for over 43 years. The Defendants have not shown by way of evidence how an injunction would affect their reputation.

9

M 0001566

EXHIBIT __3__

PAGE __30__

35. MGA is not using this action to stifle competition as alleged. MGA welcomes lawful competition but not copying. The other examples of dolls mentioned in the Kesselring Affidavit do not resemble the Bratz dolls at all. If MGA was to stifle lawful competition it would have taken legal action against those manufacturers. One must bear in mind that no one has stated that other dolls on the market resemble Bratz dolls save and except Funky Tweenz dolls. There is abundant evidence in this regard from independent third parties.

36.

37.

38.

10

M 0001567

EXHIBIT ___3___

PAGE ___31___

39.

40.

41.

42.

Sworn at  State of California  )
County of Los Angeles  )
)
)
Subscribed and sworn to before )
me on  )
this 2 day of July  2002  )

Before me, Eve Marie Johnson

_____ Notary Public

This affidavit is filed on behalf of the Plaintiff.

EVE MARIE JOHNSON
COMM. #.1312814
NOTARY PUBLIC ★ CALIFORNIA
LOS ANGELES COUNTY
Comm. Exp. JULY 12, 2005

11

M 0001568

EXHIBIT ___3___

PAGE ___32___



HCA 2152/2002

IN THE HIGH COURT OF THE

HONG KONG SPECIAL ADMINISTRATIVE REGION

COURT OF FIRST INSTANCE

CIVIL ACTION NO. 2152 OF 2002

BETWEEN

ABC INTERNATIONAL TRADERS, INC.
doing business as MGA ENTERTAINMENT                    Plaintiff

and

(1) TOYS & TRENDS (HONG KONG) LIMITED

(2) CITYWORLD LIMITED

(3) JURG WILLI KESSELRING                Defendants

---

AFFIDAVIT OF ISAAC LARIAN

Filed this 5ᵗʰ day of July, 2002.

William WL Fan & Co.
507 Hang Seng Building
77 Des Voeux Road
Central
Hong Kong
Tel: 2110 2128

12

M 0001569

EXHIBIT __3__

PAGE __33__

# EXHIBIT 4

**THE EXHIBIT IS FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER**

# EXHIBIT 5

**THE EXHIBIT IS FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER**

# EXHIBIT 6



# ANNUAL RETIREMENT GUIDE

The McGraw-Hill Companies

# BusinessWeek

JULY 28, 2003

www.businessweek.com

## CITI'S NEXT ACT

**STOCK VS. OPTIONS**
THE NEW EXEC COMP GAME

**STRATEGIES**
▸YAHOO!
▸GENERAL MILLS
▸MATTEL

**GE**
MEET CHARLENE BEGLEY, A RISING STAR

**INVESTING**
HOW OUR WALL STREET COLUMN PERFORMED

**CHUCK PRINCE** Sandy Weill's top troubleshooter is the unlikely choice to become CEO. Does he have the right stuff to lead the world's most important bank? PAGE 30

AUXURGOU ***CR LOT 0016A*C033
HJLIZ121G091 OH300116      0X003676
GARY JOLICOPUR      071984
2121 GATES AVE B      MAR 22 04  0975
REGONDO BEACH  CA  90278-2007      T099

EXHIBIT __6__

PAGE __57__


Exhibit no. __631__
Date: __8/30/07__
Mabcride  Pyburn

M 0074054

631.1

stead, regular uniform fabric may sport nano-size umbrellas that open to seal the cloth's pores, making it impervious to airborn chemicals and pathogens.

In both cases, a key objective is to take a load off soldiers' backs. Today, they lug 60 pounds or more into battle, depending upon which weapon they carry, and the so-called marching load is almost twice as heavy. In five years, the Army wants to trim the combat load to 40 pounds, and then to 15 pounds with the Future Warrior outfit. MIT's Vest predicts that armored vests, which weigh 28 pounds now, will end up "at around eight pounds, maybe even five."

Artificial muscles that could enable soldiers to leap tall walls, if not buildings, are in the works, too. One candidate is made from polypyrrole. It flexes when jolted by electricity, then relaxes when the juice is turned off. So far though, its reactions are much too slow.

Even with the best armor, wounds are inevitable. So when a soldier is hit in an arm or leg, special fibers in the uniform would constrict into a tourniquet. This will be a real life-saver, because half of all battlefield deaths are due to massive blood loss before wounded soldiers can be treated. In addition, sensors would provide the soldier's vital signs and location to medics via radio. Until the Future Warrior garment is ready, soldiers will wear an adhesive chest patch fitted with sensors and a tiny radio. It's being developed by MIT partner CIMIT (Center for Integration of Medicine & Innovative Technology) in Cambridge, Mass.

To satisfy its industrial partners and avoid chewing up money needlessly, the new institute will be "run on a business model, with regular milestone reviews," says Edwin L. "Ned" Thomas, the MIT materials-science professor tapped as its head. It will have a staff of 40 MIT scientists from eight departments, plus 100-odd graduate students and visiting researchers from the Army and industry.

Thomas admits that some wish-list items may never materialize. But that's okay—the idea is to infuse army research with new thinking. So the Pentagon plans to announce, starting in August, more research centers at other universities, focused on such areas as biotechnology and detecting landmines. In the same spirit, to supplement its $1.2 billion research effort, the Army will funnel $25 million to small, innovative companies that probably never dreamed of getting a Pentagon contract. The fund's top priority? Finding better ways to generate and store power for the Army's high-tech gadgets. It's easy to see why: A brigade of 1,500 troops goes through 120 tons of batteries a year. And that's before they hit their invisibility buttons.

*By Otis Port in Cambridge, Mass.*

# The Corporation

## TO REALLY BE A PLAYER, MATTEL NEEDS HOTTER TOYS

The Bratz pack has invaded the Gabriele house. The line of trendy dolls burst on the scene two years ago, offering girls a hipper alternative to that old standby Barbie. Think Jennifer Lopez to Barbie's Reese Witherspoon, Joan Gabriele, a Hollywood (Fla.) mother of two, now has eight Bratz dolls in her home. Her daughters, ages 6 and 8, rarely touch their Barbies. "Barbie is pretty much a thing of the past," she says. "They're kind of bad news."

That's bad news for Barbie's maker, Mattel Inc.—and for the three-year-old turnaround efforts of CEO Robert A. Eckert, the ex-president of Kraft Foods Inc. who replaced the embattled Jill E. Barad. The El Segundo (Calif.) toy giant counts on Barbie for about one-third of its revenues and more of its profits. But Mattel says U.S. Barbie sales declined 29% last year and 14% in this year's first quarter. The overall doll category, says market researcher NPD Group Inc., dropped only 3% in the quarter.

Give Eckert, 48, his due: He pulled Mattel out of its tailspin after its disastrous $3.8 billion acquisition of Learning Co. He got rid of the money-losing computer-game maker and slashed costs. His goal: to bring the stability of a consumer-products company to the hit-driven toymaker. And using such practices as computer-aided design to speed up product development and just-in-time inventory management, he succeeded.

But now it looks like Eckert is learning a valuable lesson: Mattel is selling toys, not soap or cornflakes. Good brand management goes only so far in a business that caters to children's whims. Like it or not, the key to success is launching innovative products and promoting the heck out of them. If you don't do it, your competitors will.

Eckert's strategy has been great for Mattel's bottom line. Profits last year, before special charges, were a healthy $465 million, and the stock has nearly doubled, to $20, since Eckert arrived in May, 2000. But top-line growth has sputtered. U.S. revenues, $3.4 billion in 2002, have declined marginally in the past few years. Total 2002 sales of $4.9 bil-

lion crept up from $4.6 billion in 2000—thanks to overseas expansion.

While Eckert continues to build on the massive Barbie franchise that Barad constructed, he now knows that he needs hot new toys. Revveling old characters like *Sesame Street's* Elmo just won't be enough. "We need to do a better job on the top line," he says. "The good news is it's only spring training, and we have a long season ahead of us."

To that end, Eckert has begun an ambitious push. Between now and Christmas, he hopes to launch 250 new toys, including dozens of Hot Wheels models and Flavas, a Bratz-like hip-hop posse with baggy jeans and serious bling-bling. Originally, half of these toys weren't scheduled until 2004.



### FIRST CAME BRATZ...

| | |
|---|---|
| MAKER | MGA Entertainment |
| DEBUT | 2001 |
| NAMES | Yasmin, Sasha, Cloe, Jade, and Meygan |
| MOTTO | The girls with a passion for fashion |
| HER RIDE | Late-night stretch limo |

EXHIBIT **6**

PAGE **58**

M 0074055

*631.2*

That should help boost sales. But it's even more important that Mattel prove it can respond to nimble upstarts as well as traditional big rivals like Hasbro Inc. After all, it took the company more than a year to launch a competitor to MGA Entertainment's Bratz. My Scene Barbie didn't hit stores until last October and has yet to make a dent in Bratz's success. At its Santa Monica (Calif.) store recently, Toy 'R' Us Inc. devoted just a sliver of the shelf space to My Scene that it did to Bratz. And My Scene dolls were being offered at 2 for 1. "It's not really catching ground," says Sean P. McGowan, toy industry analyst at Harris Nesbitt Gerard Inc.

Mattel will start tossing in a cell phone with .300 free minutes if you buy four of the $13.99 dolls. It also plans to add accessories and boy versions—Hudson, River, and Bryant.

Barbie isn't the only Mattel

stalwart under attack. Its Fisher-Price unit, long the king of preschool, is losing sales to newcomer LeapFrog Enterprises Inc., whose electronic interactive books have captured 19% of the $2.9 billion preschool toy and electronic learning aid markets. Eckert is counting on a successful launch in August for Power-Touch, Mattel's version of LeapFrog's popular interactive book. PowerTouch is operated by pointing a finger at an image or a word, instead of the stylus used in LeapFrog's original products. That's key for younger kids. "It's much easier for her to use," says Christopher Coye, a Los Angeles-area parent whose 4-year-old tested a PowerTouch. Still, LeapFrog releases a finger-operated system in August, too.

Over the long term, Eckert puts at risk one of the strongest toy companies around if he can't instill innovation and rapid reaction in his much-tightened organization. To his credit, he is making it crystal clear that he doesn't want ideas to linger in the pipeline. When Matchbox brand managers mentioned this year that they had designed a toy firehouse that could be shipped with no assembly required, Eckert told them to get it out by fall. "Why wait?" he says. "If you've got it, sell it." And not a moment too soon: Sales of Mattel's Hot Wheels and Matchbox cars fell 6% in the first quarter, thanks to competition for boys' attention from action figures like Hasbro's resurgent G.I. Joe and Transformers.

The question is how much Eckert needs to tweak his model. He probably cut back too much, for instance, on marketing. In 1998, Mattel's advertising and promotional spending totaled $631 million, or 13.8% of sales. By last year, it had fallen to $552 million, or 11.2% of sales. Aggressive television marketing boosted sales of Hot Wheels cars in Spain last year, and a strong new campaign could help Mattel toys here.

Mattel won't live or die on every new toy it develops. But it can't just rely on Barbies, either. "Like they say in business school—no risk, no reward," says Isaac Larian, CEO of privately held MGA. He should know: He got the idea for Bratz after staring at his own kids run around in navel-baring tops and hip-huggers. As Eckert is finding out, sometimes the best ideas are right in front of you.

*Palmeri covers toys from Los Angeles*



**...THEN, MY SCENE BARBIE**

| | |
|---|---|
| MAKER | Mattel |
| DEBUT | 2002 |
| NAMES | Barbie, Madison, Chelsea, and Nolee |
| MOTTO | My city, My style, My scene |
| HER RIDE | Vespa motorscooter |

*Data: MGA Entertainment, Mattel*

**BusinessWeek**

# Manage your account online

Now you can manage your subscription through the Internet. You may change your delivery address, check your account status, renew your subscription, pay your invoice, report a missing or damaged copy, or suspend delivery of your magazine through our Customer Service site. You may go directly to www.businessweek.com/service.htm or follow these simple steps:

1. Go to www.businessweek.com.
2. Scroll down the left side listings until you reach the "Customer Service" link.
3. Click on the "Customer Service" link.
4. Scroll down below and click on US/Canadian subscribers link.

NOTE: You will ▮▮▮▮▮▮▮t number, which appears on the label of your magazine.

For individual subscriptions, changes, or inquiries:
Phone: (800) 635-1200
Email: bwcustomerservice@neodata.com

Education Department
Phone: (800) 843-7352
Fax: (800) 876-9416
Email: bw_group@businessweek.com
Web Site: www.resourcecenter.businessweek.com

EXHIBIT ____6____    M 0074056

PAGE ___59___

6313

# EXHIBIT 7

**THE EXHIBIT IS FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER**

# EXHIBIT 8

**THE EXHIBIT IS FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER**

# EXHIBIT 9

# THE EXHIBIT IS FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER