QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>          Plaintiff,<br><br>     vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>          Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-2727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Robert C. O'Brien]**<br><br>NOTICE OF LODGING IN SUPPORT OF MATTEL, INC.'S MOTION FOR ADDITIONAL TIME TO CONDUCT THE DEPOSITION OF ISAAC LARIAN<br><br>Hearing Date: TBA<br>Time:          TBA<br>Place:         Arent Fox, LLP<br><br>Phase 2:<br>Disc. Cut-off:      December 11, 2009<br>Pre-trial Conf.:    March 1, 2010<br>Trial Date:  March 23, 2010 |

07975/3014318.1

NOTICE OF LODGING

1  TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF
2  RECORD, PLEASE TAKE NOTICE that plaintiff Mattel, Inc. hereby lodges the
3  following documents with the Discovery Master in support of its Motion for
4  Additional Time to Conduct the Deposition of Isaac Larian:
5      1.  Mattel, Inc.'s Second Amended Answer In Case No. 05-2727 and
6  Counter-Claims, dated July 12, 2007, Volumes 1 and 2.
7      2.  Declaration of Michael T. Zeller in Support of Mattel's
8  Opposition to Omni 808 Investors, LLC's *Ex Parte* Application to Intervene, dated
9  February 5, 2009.
10      3.  Second Supplemental Declaration of Michael T. Zeller ISO (1)
11  Mattel's Application For Receiver and (2) Mattel's Opposition to Omni 808's
12  Application for Leave to Intervene, dated April 17, 2009.
13      4.  Declaration of David Antolin, dated February 4, 2009.
14
15  DATED: July 17, 2009    QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
16
17      By /s/ Cyrus S. Naim
18        Cyrus S. Naim
      Attorneys for Mattel, Inc.

07975/3014318.1

-1-

NOTICE OF LODGING