1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   John B. Quinn (Bar No. 090378)
2  johnquinn@quinnemanuel.com
   Michael T. Zeller (Bar No. 196417)
3  (michaelzeller@quinnemanuel.com)
   Jon D. Corey (Bar No. 185066)
4  (joncorey@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
6  Facsimile: (213) 443-3100

7  Attorneys for Mattel, Inc.

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                   EASTERN DIVISION

| | |
|---|---|
| 11  CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| 12  Plaintiff, | Consolidated with Case No. CV 04-09059 |
| 13  vs. | Case No. CV 05-02727 |
| 14  MATTEL, INC., a Delaware corporation, | **DISCOVERY MATTER** |
| 15  Defendant. | **[To Be Heard By Discovery Master Robert C. O'Brien]** |
| 16 | |
| 17  AND CONSOLIDATED ACTIONS | [PUBLIC REDACTED] DECLARATION OF SCOTT B. KIDMAN IN SUPPORT OF MATTEL, INC.'S MOTION FOR ADDITIONAL TIME TO CONDUCT THE DEPOSITION OF ISAAC LARIAN |
| 18 | |
| 19 | |
| 20 | Hearing Date: TBA<br>Time: TBA<br>Place: Arent Fox, LLP |
| 21 | |
| 22 | Phase 2<br>Disc. Cut-off: December 11, 2009<br>Pre-trial Conf.: March 1, 2010<br>Trial Date: March 23, 2010 |
| 23 | |

24

25

26

27

28

1    I, Scott B. Kidman, declare as follows:

2         1.    I am a member of the bar of the State of California and a partner

3    at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc.

4    ("Mattel"). I make this declaration of personal, firsthand knowledge and, if called

5    and sworn as a witness, I could and would testify competently thereto.

6         2.    Attached as Exhibit 1 is a true and correct copy of Mattel, Inc.'s

7    Complaint in Case No. 04-9059 SGL (RNBx), filed in Los Angeles Superior Court

8    on April 27, 2004.

9         3.    Attached as Exhibit 2  is a true and correct copy of the

10   Stipulation Permitting MGA Entertainment to Intervene in Case No. 04-9059, dated

11   December 3, 2004.

12        4.    Attached as Exhibit 3 is a true and correct copy of MGA

13   Entertainment, Inc.'s Complaint in Case No. CV 05-2727, filed in this Court on

14   April 13, 2005.

15        5.    Attached as Exhibit 4 is a true and correct copy of a transcript of

16   an interview of Isaac Larian from the television show Nightline, dated December 23,

17   2006.

18        6.    Attached as Exhibit 5 is a true and correct copy of the Court's

19   Order Consolidating Case Nos. CV 04-9049, CV 04-9059 and CV 05-2727, dated

20   June 19, 2006.

21        7.    Attached as Exhibit 6 is a true and correct copy of the Notice of

22   Deposition of Isaac Larian dated December 14, 2004.

23        8.    Attached as Exhibit 7 is a true and correct copy of Civil Minutes-

24   -General in Case No. CV 04-9059, dated March 23, 2005.

25        9.    Attached as Exhibit 8 is a true and correct copy of Civil Minutes-

26   -General in Case No. CV 04-9059, dated June 16, 2006.

27        10.   Attached as Exhibit 9 is a true and correct copy of a letter from

28   Michael T. Zeller to Diana Torres dated July 7, 2006.

1        11.    Attached as Exhibit 10 is a true and correct copy of the Court's
2 Order Regarding Mattel's Motion for Leave to Amend, dated January 11, 2007.

3        12.    Attached as Exhibit 11 is a true and correct copy of the public
4 redacted version of Mattel, Inc.'s Third Amended Answer In Case No. 05-2727 and
5 Counterclaims, with exhibits omitted, dated May 22, 2009.

6        13.    Attached as Exhibit 12 is a true and correct copy of excerpts of
7 the hearing transcript dated February 12, 2007.

8        14.    Attached as Exhibit 13 is a true and correct copy the Court's
9 Minute Order dated February 4, 2008.

10        15.    Attached as Exhibit 14 is a true and correct copy of the Court's
11 Minute Order dated January 6, 2009.

12        16.    Attached as Exhibit 15 is a true and correct copy of a letter from
13 Jon D. Corey to Amman Khan and other counsel dated September 14, 2007.

14        17.    Attached as Exhibit 16 is a true and correct copy of a letter from
15 B. Dylan Proctor to Amman A. Khan dated October 1, 2007.

16        18.    Attached as Exhibit 17 is a true and correct copy of a letter from
17 B. Dylan Proctor to William Charron and Amman A. Khan dated September 18,
18 2007.

19        19.    Attached as Exhibit 18 is a true and correct copy of a letter from
20 B. Dylan Proctor to Scott Gizer dated October 9, 2007.

21        20.    Attached as Exhibit 19 is a true and correct copy of the
22 Discovery Master's Order Granting in Part Mattel's Motion to Compel the Continued
23 Deposition of Isaac Larian, dated March 10, 2008.

24        21.    Attached as Exhibit 20 is a true and correct copy of excerpts of
25 the Transcript of the Deposition of Isaac Larian taken March 26, 2008.

26        22.    Attached as Exhibit 21 is a true and correct copy of the Final
27 Verdict Form as Given, dated July 17, 2008.

28

1         23.    Attached as Exhibit 22 is a true and correct copy of the Court's

2 Order Granting Declaratory Judgment, dated December 3, 2008.

3         24.    Attached as Exhibit 23 is a true and correct copy of the Phase B

4 Verdict Form as Given, dated August 26, 2008.

5         25.    Attached as Exhibit 24 is a true and correct copy of the Court's

6 Order dated December 3, 2008.

7         26.    Attached as Exhibit 25 is a true and correct copy of the Court's

8 Order dated January 7, 2009.

9         27.    Attached as Exhibit 26 is a true and correct copy of the Court's

10 Order dated April 27, 2009.

11         28.    Attached as Exhibit 27 is a true and correct copy of the

12 Declaration of Brian Wing in Support of the MGA Parties' Request for a Stay, dated

13 December 11, 2008.

14         29.    Attached as Exhibit 28 is a true and correct copy of the UCC

15 Financing Statement Amendment dated September 9, 2008, amending prior UCC

16 filing to add Omni 808 Investors, LLC as creditor to MGA with co-priority with

17 Wachovia Bank, N.A.

18         30.    Attached as Exhibit 29 is a true and correct copy of the MGA

19 Parties' Corrections to the Opposition to Mattel, Inc.'s Ex Parte Application for

20 Appointment of a Receiver or for Alternative Relief, dated December 31, 2008.

21         31.    Attached as Exhibit 30 is a true and correct copy of the

22 Discovery Master's Phase 2 Discovery Matter Order No. 27 dated May 6, 2009.

23         32.    Attached as Exhibit 31 is a true and correct copy of Mattel, Inc.'s

24 Notice of Motion and Motion for Leave to File a Third Amended Answer and

25 Counterclaims, dated April 8, 2009.

26         33.    Attached as Exhibit 32 is a true and correct copy of the Court's

27 Minute Order dated May 21, 2009.

28

1            34.     Attached as Exhibit 33 is a true and correct copy of a letter from
2 Jon Corey to Thomas Nolan and Jason Russell dated January 27, 2009.
3            35.     Attached as Exhibit 34 is a true and correct copy of a letter from
4 Amman Khan to Jon D. Corey dated February 7, 2009.
5            36.     Attached as Exhibit 35 is a true and correct copy of a letter from
6 Jon Corey to Amman Khan dated February 8, 2009.
7            37.     Attached as Exhibit 36 is a true and correct copy of a letter from
8 Scott B. Kidman to Amman A. Khan dated June 15, 2009.
9            38.     Attached as Exhibit 37 is a true and correct copy of a letter from
10 Amman Khan to Scott B. Kidman dated June 18, 2009.
11            39.     Attached as Exhibit 38 is a true and correct copy of ███
12 ███
13 ███ Bates-numbered OMNI0007346-47.
14            40.     Attached as Exhibit 39 is a true and correct copy of ███
15 ███
16 ███ Bates-numbered WACHOVIA 007599-
17 007603.
18            41.     Attached as Exhibit 40 is a true and correct copy of ███
19 ███
20 ███ Bates-numbered OMNI0007314-15.
21            42.     Attached as Exhibit 41 is a true and correct copy of the
22 registration information for IGWT 826 Investments, LLC, as found on the website
23 for the Secretary of State of California at http://kepler.sos.ca.gov/list.html.
24            43.     Attached as Exhibit 42 is a true and correct copy of the
25 Discovery Master's Phase II Discovery Matter Order No. 3, dated March 10, 2009.
26            44.     Attached as Exhibit 43 is a true and correct copy of Mattel's
27 Memorandum Regarding the MGA/Omni 808 Transactions, dated May 14, 2009.
28

07209/3011346.1

1         45.    Attached as Exhibit 44 is a true and correct copy of the

2 registration information for IGWT Group, LLC, as found on the website for the

3 Secretary of State of California at http://kepler.sos.ca.gov/list.html.

4         46.    Attached as Exhibit 45 is a true and correct copy of the

5 Declaration of John Woolard in Support of the MGA Parties' Opposition to Mattel's

6 Ex Parte Application for Receiver, dated December 29, 2008.

7         47.    The IGWT entities have produced over 100,000 pages of

8 documents in this lawsuit, including over one hundred email communications to and

9 from Isaac Larian.

10         48.    Attached as Exhibit 46 is a true and correct copy of the MGA

11 Parties' Opposition to Mattel, Inc.'s Motion for Leave to File Third Amended

12 Answer and Counterclaims, dated April 27, 2009.

13         49.    Attached as Exhibit 47 is a true and correct copy of excerpts of

14 the hearing transcript dated May 18, 2009.

15         50.    Attached as Exhibit 48 is a true and correct copy of a Reuters

16 article titled "MGA unwilling to share Bratz revenue with Mattel," dated September

17 11, 2008.

18         51.    Attached as Exhibit 49 is a true and correct copy of MGA

19 Entertainment, Inc.'s Supplemental Disclosures and MGA Entertainment (HK)

20 Limited, MGAE De Mexico S.R.L. De C.V., and Larian's Initial Disclosures Under

21 Rule 26(a)(1).

22         52.    Attached as Exhibit 50 is a true and correct copy of the

23 Discovery Master's Phase 2 Discovery Matter Order No. 34, dated May 18, 2009.

24         53.    Attached as Exhibit 51 is a true and correct copy of the

25 Discovery Master's Phase 2 Discovery Matter Order No. 22, dated April 28, 2009.

26         54.    Attached as Exhibit 52 is a true and correct copy of ▓▓▓▓

27 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

28 Bates-numbered OMNI0007353-56.

KIDMAN DEC ISO MATTEL'S MOTION FOR ADDITIONAL TIME FOR LARIAN DEPOSITION

07209/3011346.1

1         55.    Attached as Exhibit 53 is a true and correct copy of an email

2  from Scott Kidman to Amman Khan dated June 19, 2009.

3         56.    On June 22, 2009, I spoke by telephone with Joel Klevens and

4  Amman Khan, who were then co-counsel for the MGA parties.  They would only

5  agree to produce Larian for an additional four hours of deposition and only with

6  respect to the financial transactions alleged in Mattel's Third Amended Answer and

7  Counterclaims.

8         57.    MGA and Larian have produced more than 160,000 pages of

9  documents since Larian's deposition in March 2008.

10         I declare under penalty of perjury under the laws of the United States of

11  America that the foregoing is true and correct.

12         Executed this 17th day of July 2009, at Los Angeles, California.

13

14                         /s/ Scott B. Kidman
                             Scott B. Kidman

15

16

17

18

19

20

21

22

23

24

25

26

27

28

KIDMAN DEC ISO MATTEL'S MOTION FOR ADDITIONAL TIME FOR LARIAN DEPOSITION

07209/3011346.1