QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
Michael T. Zeller (Bar No. 196417)
Jon D. Corey (Bar No. 185066)
Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>PLAINTIFF(S)<br><br>v.<br><br>MATTEL, INC., a Delaware corporation<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>CASE NO. CV 04-9049 SGL (RNBx)<br><br>---<br><br>**NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance

with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**

Mattel, Inc.'s Notice of Motion and Motion for Additional Time to Conduct the Deposition of Isaac Larian; Declaration of Scott B. Kidman in Support; Declaration of Cyrus S. Naim in Support; Application to File Under Seal and Proposed Order

**Document Description:**

☐   Administrative Record

☐   Exhibits

☐   Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)

☑   Other

**Reason:**

☑   Under Seal

☑   Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐   Electronic versions are not available to filer

☑   Per Court order dated  January 4, 2005

☐   Manual Filing required (*reason*):

July 20, 2009                                        Cyrus S. Naim
Date                                                          Attorney Name

                                                              Mattel, Inc.
                                                              Party Represented

Note:  File one Notice in each case, each time you manually file document(s).

G-92 (02/07)                          **NOTICE OF MANUAL FILING**