ORIGINAL

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND THINGS IN RESPONSE TO MATTEL, INC.'S FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS TO MGAE DE MEXICO, S.R.L. DE C.V., AND DECLARATION OF MARSHALL SEARCY IN SUPPORT<br><br>[[Proposed] Order Filed Concurrently Herewith]<br><br>**Phase 2**<br>Discovery Cut-off: December 11, 2009<br>Pre-trial Conference: March 1, 2010<br>Trial Date: March 23, 2010 |

07975/3011497.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2  entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully
3  requests that the Court order filed under seal Mattel, Inc.'s Notice of Motion and
4  Motion to Compel Production of Documents and Things in Response to Mattel,
5  Inc.'s First Set of Requests for Documents and Things to MGAE de Mexico, S.R.L.
6  de C.V. (the "Motion"), and Exhibits 2, 10, and 16 to the Declaration of Marshall
7  Searcy in Support (the "Declaration").
8  The Declaration includes materials that MGA, MGA Mexico, and the
9  Discovery Master have designated as "Confidential -- Attorney's Eyes Only"
10 pursuant to the Protective Order. MGA Mexico has designated Exhibit 2 to the
11 Declaration as "Confidential -- Attorney's Eyes Only." MGA has designated Exhibit
12 10 to the Declaration as "Confidential -- Attorney's Eyes Only." The Discovery
13 Master has designated Exhibit 16 to the Declaration as "Confidential -- Attorney's
14 Eyes Only." The motion references and quotes from these documents.
15 Accordingly, Mattel requests that the Court order that the motion and Exhibits 2, 10,
16 and 16 to the Declaration be filed under seal.
17 In the alternative, Mattel requests that the Court declare that the
18 Declaration and Motion are outside the definition of "Confidential" as contained in
19 the Stipulated Protective Order and order them to be filed as part of the public
20 record.
21
22 DATED: July 16, 2009     QUINN EMANUEL URQUHART OLIVER &
                           HEDGES, LLP
23
24
                           By /s/ Cyrus S. Naim
25                            Cyrus S. Naim
                              Attorneys for Mattel, Inc.
26
27
28

07975/3011497.1

-2-
MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On July 16, 2009, I served true copies of the following document(s) described as **APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND THINGS IN RESPONSE TO MATTEL, INC.'S FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS TO MGAE DE MEXICO, S.R.L. DE C.V., AND DECLARATION OF MARSHALL SEARCY IN SUPPORT** on the parties in this action as follows:

Thomas J. Nolan, Esq.
Jason D. Russell, Esq.
Skadden Arps Slate Meagher & Flom
300 S. Grand Avenue, Suite 3400
Los Angeles, CA 90071
thomas.nolan@skadden.com
jason.russell@skadden.com

Melinda Haag
Annette L. Hurst
Warrington S. Parker III
Orrick, Herrington & Sutcliffe, LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
mhaag@orrick.com
ahurst@orrick.com
wparker@orrick.com

William A. Molinski
Orrick, Herrington & Sutcliffe, LLP
777 South Figueroa Street
Suite 3200
Los Angeles, CA 90017
wmolinski@orrick.com

Mark E. Overland, Esq.
Alexand H. Cote, Esq.
Overland Borenstein Scheper & Kim LLP
601 West Fifth Street, 125th Floor
Los Angeles, CA 90071
moverland@scheperkim.com
acote@scheperkim.com

Todd E. Gordinier
Bingham McCutchen LLP
600 Anton Boulevard, 18th Floor
Costa Mesa, CA 92626
todd.gordinier@bingham.com

**BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 16, 2009, at Los Angeles, California.

*/s/ Yalonda J. Dekle*
Yalonda J. Dekle

07975/3006965.1