ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone:  +1-415-773-5700
Facsimile:  +1-415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone:  +1-213-629-2020
Facsimile:  +1-213-612-2499

Attorneys for MGA ENTERTAINMENT, INC., MGA ENTERTAINMENT HK, LTD., MGAE de MEXICO, S.R.L. de C.V., and ISAAC LARIAN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation<br><br>Defendant. | Case No. CV 04-9049 SGL (RNBx)<br><br>Consolidated with: Case No. CV 04-9059 and Case No. CV 05-2727<br><br>The Honorable Stephen J. Larson<br><br>**ORDER RE STIPULATION FOR CONTINUANCE OF HEARING DATE ON MATTEL'S MOTION FOR CLARIFICATION OF JUNE 18, 2009 ORDER RE THE ESCROW OF BRATZ PROFITS** |
| AND CONSOLIDATED ACTIONS | |

## ORDER

The stipulation to continue the date of the hearing on Mattel's Motion for Clarification of June 18 Order Regarding the Escrow of Bratz Profits is **GRANTED**.

The dates on which the MGA Parties' response and Mattel's reply brief will be filed will be calculated pursuant to Local Rules 7-9 and 7-10 from the date of August 17, 2009. The motion hearing is continued to August 17, 2009, at 10:00 a.m.

IT IS SO ORDERED.

DATED: July 17, 2009

Hon. Stephen G. Larson
UNITED STATES DISTRICT JUDGE