Robert C. O'Brien (SBN 154372)
ARENT FOX LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065
Telephone: 213.629.7400
Facsimile: 213.629.7401
obrien.robert@arentfox.com

Discovery Master

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>　　　　　Defendant. | Case No. CV 04-09049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-2727<br><br>**PHASE 2 DISCOVERY MATTER**<br><br>**ORDER NO. 40, REGARDING:**<br><br>　**(1) HEARING DATES FOR NEW DISCOVERY MATTERS; and**<br><br>　**(2) BRIEFING SCHEDULE** |
| CONSOLIDATED WITH<br>MATTEL, INC. v. BRYANT and<br>MGA ENTERTAINMENT, INC. v. MATTEL, INC. | |

## I. HEARING DATES FOR NEW DISCOVERY MATTERS

The following discovery matters order are set for hearing on the dates specified below at the offices of Arent Fox LLP:

**August 6, 2009 at 10:00 a.m.**

1. Motion to Compel Responses from Isaac Larian to 1st set of Phase 2 Interrogatories filed by Mattel, Inc. on or about June 19, 2009.

2. Motion For Limited Reconsideration of Phase 2 Discovery Matter Order No. 33 filed by Mattel, Inc. on or about June 30, 2009.

3. Motion for Protective Order Regarding MGA'S First Set of Phase 2 Interrogatories filed by Mattel, Inc. on or about June 30, 2009.

**August 13, 2009 at 10:00 a.m.**

1. Motion for Reconsideration of certain portions of Phase 2 Discovery Matter Order No. 27 remanded for further consideration by the Court to the Discovery Master on or about July 9, 2009.

2. Motion to Compel Production of Documents for Which Any Claims of Privilege Have Been Waived filed by Mattel, Inc. on or about June 29, 2009.

**August 19, 2009 at 10:00 a.m.**

1. Motion to Compel Responses from MGAE De Mexico, S.R.L. De C.V. to 1st Set of Requests for Documents and Things (Phase 2) filed by Mattel, Inc. on or about July 15, 2009.

2. Motion to Compel Responses from MGAE De Mexico, S.R.L. De C.V. to 1st, 2nd and 3rd Sets of Requests for Production filed by Mattel, Inc. on or about July 15, 2009.

## II. SUPPLEMENTAL BRIEFING SCHEDULE REGARDING THE PORTION OF ORDER NO. 27 REMANDED BY THE COURT TO THE DISCOVERY MASTER FOR FURTHER CONSIDERATION

On or about July 9, 2009, the Court remanded certain challenged portions of Order No. 27 to the Discovery Master for further consideration in light of, among

other things, the filing of the Third Amended Answer and Counterclaims by Mattel, Inc.  The Court further stated that "[t]he Discovery Master may, in his discretion, set the matter for further briefing and/or hearing . . ."  Because the Discovery Master finds that the parties should have an opportunity to address the issues raised in the Court's July 9, 2009 Order, a hearing date for this matter has been set for August 13, 2009 (*see* Section I above).  The Discovery Master further **ORDERS** as follows:

  1. Mattel, Inc. shall file any supplemental memoranda in support of its motion to compel responses to the subpoena served on Bingham McCutchen LLP on or before July 27, 2009.

  2. Bingham McCutchen LLP shall file any supplemental opposition to the motion to compel responses to the subpoena served on it by Mattel, Inc. on or before August 3, 2009.

  3. No supplemental reply papers shall be filed.

Dated:  July 20, 2009

                By: /s/ Robert C. O'Brien
                   ROBERT C. O'BRIEN
                   Discovery Master