| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP |
| 2 | John B. Quinn (Bar No. 090378)<br>(johnquinn@quinnemanuel.com) |
| 3 | Michael T. Zeller (Bar No. 196417)<br>(michaelzeller@quinnemanuel.com) |
| 4 | Jon D. Corey (Bar No. 185066)<br>(joncorey@quinnemanuel.com) |
| 5 | 865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017-2543 |
| 6 | Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100 |
| 7 | Attorneys for Mattel, Inc. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S NOTICE OF MOTION AND MOTION FOR ADDITIONAL TIME TO CONDUCT THE DEPOSITION OF ISAAC LARIAN, AND DECLARATIONS IN SUPPORT<br><br>**Phase 2**<br>Discovery Cut-off: December 11, 2009<br>Pre-trial Conference: March 1, 2010<br>Trial Date: March 23, 2010 |

LODGED

07975/3015425.1

[PROPOSED] ORDER

# [~~PROPOSED~~] ORDER

Based on the concurrently filed Application to File Under Seal Mattel, Inc.'s Notice of Motion and Motion for Additional Time to Conduct the Deposition of Isaac Larian, and Declarations in Support,

IT IS HEREBY ORDERED:

Mattel, Inc.'s Notice of Motion and Motion for Additional Time to Conduct the Deposition of Isaac Larian; Exhibits 27, 29-31, 38-40, 43, 45, 46, and 52 to the Declaration of Scott B. Kidman in Support; and Exhibits 1, 4, 5, 7, 8, and 9 to the Declaration of Cyrus S. Naim in Support, are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: JUL 20 2009, 2009

*/s/ S.G. Larson*
Hon. Stephen G. Larson
United States District Judge

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On July 20, 2009, I served true copies of the following document(s) described as **[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S NOTICE OF MOTION AND MOTION FOR ADDITIONAL TIME TO CONDUCT THE DEPOSITION OF ISAAC LARIAN, AND DECLARATIONS IN SUPPORT** on the parties in this action as follows:

Thomas J. Nolan, Esq.
Jason D. Russell, Esq.
Skadden Arps Slate Meagher & Flom
300 S. Grand Avenue, Suite 3400
Los Angeles, CA 90071
thomas.nolan@skadden.com
jason.russell@skadden.com

Melinda Haag
Annette L. Hurst
Warrington S. Parker III
Orrick, Herrington & Sutcliffe, LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
mhaag@orrick.com
ahurst@orrick.com
wparker@orrick.com

William A. Molinski
Orrick, Herrington & Sutcliffe, LLP
777 South Figueroa Street
Suite 3200
Los Angeles, CA 90017
wmolinski@orrick.com

Mark E. Overland, Esq.
Alexand H. Cote, Esq.
Overland Borenstein Scheper & Kim LLP
601 West Fifth Street, 125th Floor
Los Angeles, CA 90071
moverland@scheperkim.com
acote@scheperkim.com

Todd E. Gordinier
Bingham McCutchen LLP
600 Anton Boulevard, 18th Floor
Costa Mesa, CA 92626
todd.gordinier@bingham.com

**BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 20, 2009, at Los Angeles, California.

_____
Candy Liao

07975/3006965.1