Byron Z. Moldo (SBN 109652)
bmoldo@ecjlaw.com
David Seror (SBN 67488)
dseror@ecjlaw.com
Peter A. Davidson (SBN 76194)
pdavidson@ecjlaw.com
**ERVIN COHEN & JESSUP LLP**
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974
Telephone (310) 273-6333
Facsimile (310) 859-2325

Attorneys for Patrick A. Fraioli, Jr., Temporary Receiver

ERVIN COHEN & JESSUP LLP

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION (RIVERSIDE)**

CARTER BRYANT, an individual,

Plaintiff,

v.

MATTEL, INC., a Delaware corporation,

Defendant.

CASE NO. CV 04-9049 SGL (RNBx)

Consolidated with Case No. 04-9059 and Case No. 05-2727

[Judge Stephen G. Larson]

**NOTICE OF ENTRY OF ORDER APPROVING TEMPORARY RECEIVER'S FINAL REPORT AND ACCOUNT, RATIFYING INTERIM COMPENSATION AND APPROVING FINAL COMPENSATION TO TEMPORARY RECEIVER AND PROFESSIONALS; DISCHARGING TEMPORARY RECEIVER**

**DATE:**
**TIME:**
**CTRM: 1**

TO ALL INTERESTED PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that the "**ORDER APPROVING TEMPORARY RECEIVER'S FINAL REPORT AND ACCOUNT, RATIFYING INTERIM**

**COMPENSATION AND APPROVING FINAL COMPENSATION TO TEMPORARY RECEIVER AND PROFESSIONALS; DISCHARGING TEMPORARY RECEIVER**" was signed by the Honorable Stephen G. Larson, United States District Judge, on July 10, 2009. A true and correct copy of said Order is attached hereto as **Exhibit "A"**, and incorporated herein.

DATED: July 22, 2009

ERVIN COHEN & JESSUP LLP

By: /s/ BYRON Z. MOLDO
BYRON Z. MOLDO,
Attorneys for Patrick A. Fraioli, Jr.
Temporary Receiver

ERVIN COHEN & JESSUP LLP

# EXHIBIT A

EXHIBIT A

Byron Z. Moldo (SBN 109652)
bmoldo@ecjlaw.com
David Seror (SBN 67488)
dseror@ecjlaw.com
Peter A. Davidson (SBN 76194)
pdavidson@ecjlaw.com
ERVIN COHEN & JESSUP LLP
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974
Telephone (310) 273-6333
Facsimile (310) 859-2325

Attorneys for Patrick A. Fraioli, Jr., Temporary Receiver

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION (RIVERSIDE)

CARTER BRYANT, an individual,

Plaintiff,

v.

MATTEL, INC., a Delaware corporation,

Defendant.

CASE NO. CV 04-9049 SGL (RNBx)

Consolidated with Case No. 04-9059 and Case No. 05-2727

[Judge Stephen G. Larson]

**ORDER APPROVING TEMPORARY RECEIVER'S FINAL REPORT AND ACCOUNT, RATIFYING INTERIM COMPENSATION AND APPROVING FINAL COMPENSATION TO TEMPORARY RECEIVER AND PROFESSIONALS; DISCHARGING TEMPORARY RECEIVER**

ERVIN COHEN & JESSUP LLP

3

The Court has reviewed the Temporary Receiver's Ex Parte Application, which seeks approval of the Temporary Receiver's final accounting, including final payment of the Temporary Receiver and other professionals, and which seeks discharge of the Temporary Receiver. The Court has also reviewed the timely opposition filed by the MGA parties thereto.

For good cause shown, the Court **GRANTS** the Ex Parte Application, and **ORDERS** that:

1. The Temporary Receiver's final account and report is approved, confirmed, settled and allowed.

2. The interim compensation and reimbursement of costs for the period April 27, 2009 through May 14, 2009 paid to the Temporary Receiver and his professionals is approved and ratified as follows: to the Temporary Receiver: $111,868.76; to Reinventures LLC: $151,333.75; to Crowe Horwath LLP: $77,215.97; to Ervin Cohen & Jessup LLP: $414,541.71; to Interco Management Corp.: $33,336.00; to Kibel Green, Inc.: $164,316.84.

3. Additional final compensation is awarded to the Temporary Receiver and his professionals as follows: to Patrick A. Fraioli, Jr. for services as Temporary Receiver: $16,877.76; to Reinventures LLC: $18,700.00; to Crowe Horwath LLP: $9,785.50; to Ervin Cohen & Jessup LLP: $46,099.82; to Interco Management Corp.: $1,640.00; to Kibel Green, Inc. $6,884.68.

4. MGA Entertainment, Inc. ("MGAE") is ordered to immediately transfer $2,600.76 to the former Temporary Receiver and the former Temporary Receiver is

ERVIN COHEN & JESSUP LLP

4

authorized and directed to pay the final fees approved above by using the funds ordered transferred by MGAE and the balance of the funds he has on hand.

5. Patrick A. Fraioli, Jr. is discharged from all further duties, liabilities and responsibilities as Temporary Receiver in this case and all of his actions as Temporary Receiver are approved and ratified as having been in the best interest of the receivership estate.

Dated: July 10, 2009

S G Larson

STEPHEN G. LARSON
UNITED STATES DISTRICT JUDGE

ERVIN COHEN & JESSUP LLP

5

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California; I am over the age of 18 years and am not a party to the within action. My business address: 9401 Wilshire Blvd., 9th Floor, Beverly Hills, CA 90212-2974.

On **July 22, 2009**, I served the document(s) described as: **NOTICE OF ENTRY OF ORDER APPROVING TEMPORARY RECEIVER'S FINAL REPORT AND ACCOUNT, RATIFYING INTERIM COMPENSATION AND APPROVING FINAL COMPENSATION TO TEMPORARY RECEIVER AND PROFESSIONALS; DISCHARGING TEMPORARY RECEIVER**, on the interested parties in said action by enclosing the document(s) in a sealed envelope addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒ **BY MAIL:** I caused such envelope(s) with postage thereon, fully prepaid, to be placed in the United States mail. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.

☐ **BY FEDERAL EXPRESS/EXPRESS MAIL:** I caused said document(s) to be sent via Federal Express / Express Mail for next business day delivery.

☐ **BY FACSIMILE:** I caused said document(s) to be sent via facsimile.

☐ **BY EMAIL:** I caused said document(s) to be sent via email.

☐ **ELECTRONICALLY MAILED:** Said document(s) were electronically served on the person(s) as indicated on the attached Notice of Electronic Filing.

☐ **BY TELEPHONIC COMMUNICATION:** I telephoned the interested parties and gave notice as indicated in my declaration.

☐ **BY PERSONAL SERVICE:** I caused said document(s) to be delivered to the addressees listed on the attached Service List.

☐ **[State]** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ **[Federal]** I declare that I am employed in the offices of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on **July 22, 2009**, at Los Angeles, California.

TRISH MELENDEZ

## SERVICE LIST

| | |
|---|---|
| Patrick A. Fraioli, Jr., Monitor<br>9401 Wilshire Blvd., 9th Floor<br>Beverly Hills, CA 90212-2974 | Monitor |
| Byron Z. Moldo, Esq.<br>Peter A. Davidson, Esq.<br>David Seror, Esq.<br>Ervin Cohen & Jessup LLP<br>9401 Wilshire Blvd., 9th Floor<br>Beverly Hills, CA 90212-2974<br>T: 310/273-6333<br>F: 310/859-2325<br>E: bmoldo@ecjlaw.com; pdavidson@ecjlaw.com | Counsel for Monitor |
| Thomas J. Nolan, Esq.<br>Jason D. Russell, Esq.<br>Skadden Arps Slate Meagher & Flom LLP<br>300 S. Grand Avenue, Suite 3400<br>Los Angeles, CA 90071-3144<br>T: 213/687-5000<br>F: 213/687-5600<br>E: tnolan@skadden.com; jrussell@skadden.com | Counsel for Defendants/Counter-Defendants/Appellants, MGA Entertainment, Inc., MGA Entertainment (HK) Limited, and Isaac Larian |
| Mark E. Haddad, Esq.<br>Robert A. Holland, Esq.<br>Alycia A. Degen, Esq.<br>Sidley Austin LLP<br>555 West Fifth Street, Suite 4000<br>Los Angeles, CA 90013-1010<br>T: 213/896-6000<br>F: 213/896-6600<br>E: mhaddad@sidley.com; rholland@sidley.com; adegen@sidley.com | Counsel for Defendants/Counter-Defendants/Appellants, MGA Entertainment, Inc., MGA Entertainment (HK) Limited, and Isaac Larian |
| John B. Quinn, Esq.<br>Michael T. Zeller, Esq.<br>Jon D. Corey, Esq.<br>Brett Dylan Proctor, Esq.<br>Quinn Emanuel Urquhart Oliver & Hedges LLP<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017-2543<br>T: 213/443-3000<br>F: 213/443-3100<br>E: johnquinn@quinnemanuel.com; michaelzeller@quinnemanuel.com; joncorey@quinnemanuel.com; dylanproctor@quinnemanuel.com | Counsel for Defendant/Appellee, Mattel, Inc. |

Sanford I. Weisburst, Esq.
Quinn Emanuel Urquhart Oliver & Hedges LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
T : 212/849-7170
F : 212/849-7100
E : sandyweisburst@quinnemanuel.com

Counsel for Defendant/Appellee, Mattel, Inc.

Patricia L. Glaser, Esq.
Glaser Weil Fink Jacobs and Shapiro
10250 Constellation Blvd., 19th Floor
Los Angeles, CA 90067
T: 310/553-3000
F: 310/556-2920
E: pglaser@glaserweil.com

Counsel for Counter-Defendant, MGAE De Mexico SRL De Cv

Russell J. Frackman, Esq.
Mitchell Silberberg & Knupp
11377 W. Olympic Blvd.
Los Angeles, CA 90064-1683
T: 310/312-3132
F: 310/312-3788
E: rjf@msk.com

Counsel for Counter-Defendant, MGAE De Mexico SRL De Cv

Peter H. Bonis, Esq.
Peter H. Bonis Law Offices
1990 N. California Blvd., 8th Floor
Walnut Creek, CA 94596
T: 925/287-6428
E: phbonis@cs.com

Counsel for Plaintiff, Carter Bryant

Alexander H. Cote, Esq.
Mark E. Overland, Esq.
David C. Scheper, Esq.
Overland Borenstein Scheper & Kim
601 West Fifth Street, 12th Floor
Los Angeles, CA 90071-2025
T: 213/613-4655
F: 213/613-4656
E: acote@obsklaw.com; moverland@obsklaw.com; dscheper@obsklaw.com

Counsel for Counter-Defendant, Carlos Gustavo Machado Gomez

Leah Chava Gershon, Esq.
James W. Spertus Law Offices
12100 Wilshire Blvd., Suite 620
Los Angeles, CA 90025
T: 310/826-4700
E: leah@spertuslaw.com

Counsel for Counter-Defendant, Carlos Gustavo Machado Gomez

Linda M. Burrow, Esq.
Caldwell Leslie and Proctor PC
1000 Wilshire Blvd., Suite 600
Los Angeles, CA 90017
T: 213/629-9040
F: 213/629-9022
E: burrow@caldwell-leslie.com

Counsel for Third Party Defendant, Anne Wang

Todd E. Gordinier, Esq.
Bingham McCutchen
600 Anton Blvd., 18th Floor
Costa Mesa, CA 92626
T: 714/830-0600
F: 714/830-0700
E: todd.gordinier@bingham.com

Counsel for Limited Intervenor, Omni 808 Investors LLC

Ronald L. Durkin, CPA/CFF, CFE, CIRA
Sr. Managing Director
701 B Street, Suite 1310
San Diego, CA 92101
T: 619/481-5201
E: rdurkin@durkinforensic.com

Court-Appointed Officer

Robert C. O'Brien, Esq.
Amb. Pierre-Richard Prosper
Arent Fox LLP
555 West 5th Street, 48th Floor
Los Angeles, CA 90013
T: 213/629-7400
F: 213/629-7401
E: obrien.robert@arentfox.com; prosper.pierre@arentfox.com

Court-Appointed Officers