QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Robert O'Brien Pursuant to Order of January 6, 2009]**<br><br>**[PUBLIC REDACTED] DECLARATION OF MARSHALL M. SEARCY IN SUPPORT OF MATTEL, INC.'S MOTION FOR ISSUANCE OF LETTERS OF REQUEST FOR VARGAS AND TRUEBA**<br><br>Date:    TBD<br>Time:    TBD<br>Place:   Arent Fox LLP<br><br>**Phase 2:**<br>Disc. Cut-off:    Dec. 11, 2009<br>Pre-trial Con.:   Mar. 1, 2010<br>Trial Date:       Mar. 23, 2010 |

07975/3010880.1

SEARCY DECLARATION ISO MATTEL'S MOTION FOR LETTER OF REQUEST

## DECLARATION OF MARSHALL M. SEARCY

I, Marshall M. Searcy, declare as follows:

1. I am a member of the bar of the State of California, and partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Discovery Master's Phase 2 Discovery Matter Order No. 11, dated March 31, 2009.

3. Attached hereto as Exhibit 2 is a true and correct copy of the public redacted version of Mattel, Inc.'s Third Amended Answer and Counterclaims, dated May 22, 2009, with exhibits omitted.

4. Attached hereto as Exhibit 3 is a true and correct copy of Mattel, Inc.'s Motion to Compel Depositions of Vargas and Trueba; and Request For Sanctions, dated February 9, 2009.

5. Attached hereto as Exhibit 4 is a true and correct copy of the MGA Parties' Opposition to Mattel, Inc.'s 2-09-09 Motion to Compel Depositions of Vargas and Trueba and Request For Sanctions, dated February 13, 2009.

6. Attached hereto as Exhibit 5 is a true and correct copy of the signed Request for Judicial Assistance (Letter of Request) By The United States District Court For The Central District Of California, dated May 21, 2009.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on July 22, 2009 at Los Angeles, California.

/s/ Marshall M. Searcy
Marshall M. Searcy

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On July 22, 2009, I served true copies of the following document(s) described as **DECLARATION OF MARSHALL M. SEARCY IN SUPPORT OF MATTEL, INC.'S MOTION FOR ISSUANCE OF LETTERS OF REQUEST FOR VARGAS AND TRUEBA** on the parties in this action as follows:

| | |
|---|---|
| Thomas J. Nolan, Esq.<br>Jason D. Russell, Esq.<br>Skadden Arps Slate Meagher & Flom<br>300 S. Grand Avenue, Suite 3400<br>Los Angeles, CA 90071<br>thomas.nolan@skadden.com<br>jason.russell@skadden.com | Melinda Haag<br>Annette L. Hurst<br>Warrington S. Parker III<br>Orrick, Herrington & Sutcliffe, LLP<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105<br>mhaag@orrick.com<br>ahurst@orrick.com<br>wparker@orrick.com |
| William A. Molinski<br>Orrick, Herrington & Sutcliffe, LLP<br>777 South Figueroa Street<br>Suite 3200<br>Los Angeles, CA 90017<br>wmolinski@orrick.com | Mark E. Overland, Esq.<br>Alexand H. Cote, Esq.<br>Overland Borenstein Scheper & Kim LLP<br>601 West Fifth Street, 125th Floor<br>Los Angeles, CA 90071<br>moverland@scheperkim.com<br>acote@scheperkim.com |
| Todd E. Gordinier<br>Bingham McCutchen LLP<br>600 Anton Boulevard, 18th Floor<br>Costa Mesa, CA 92626<br>todd.gordinier@bingham.com | |

**BY ELECTRONIC MAIL TRANSMISSION:** By electronic mail transmission from cyrusnaim@quinnemanuel.com on July 22, 2009, by transmitting a PDF format copy of such document(s) to each such person at the e-mail address listed below their address(es). The document(s) was/were transmitted by electronic transmission and such transmission was reported as complete and without error.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 22, 2009, at Los Angeles, California.

    /s/ Cyrus Naim
Cyrus Naim

07975/3005518.1