QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case Nos. CV 04-09059 and CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Robert O'Brien]**<br><br>[PUBLIC REDACTED] DECLARATION OF SCOTT L. WATSON IN SUPPORT OF MATTEL, INC.'S MOTION TO ENFORCE PRIOR COURT ORDERS AND TO COMPEL RE: INTERROGATORY NOS. 68 AND 69, AND RFPS 75, 85, 95, 105, AND 115 OF MATTEL'S FIRST SET OF REQUESTS RE UNFAIR COMPETITION<br><br>Hearing Date:  TBA<br>Time:          TBA<br>Place:         Arent Fox, LLP<br><br>**Phase 2**<br><br>Discovery Cut-off:    Dec. 11, 2009<br>Pre-trial Conference: Mar. 1, 2010<br>Trial Date:           Mar. 23, 2010 |

07975/3016914.1

WATSON DEC ISO MATTEL'S MOTION TO ENFORCE

I, Scott L. Watson, declare as follows:

1. I am a member of the bar of the State of California and a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of Mattel's Supplemental Interrogatories, dated January 9, 2008.

3. Attached hereto as Exhibit 2 is a true and correct copy MGA's Objections and Responses to Mattel's Supplemental Set of Interrogatories, dated February 8, 2008.

4. Attached hereto as Exhibit 3 is a true and correct copy of Isaac Larian's Objections and Responses to Mattel's Supplemental Set of Interrogatories, dated February 8, 2008.

5. Attached hereto as Exhibit 4 is a true and correct copy of Mattel's Motion to Compel Responses to Interrogatories and Production of Documents by MGA Entertainment, Inc. and Isaac Larian, dated February 10, 2009.

6. Attached hereto as Exhibit 5 is a true and correct copy of Phase 2 Discovery Matter Order No. 11, dated March 30, 2009.

7. Attached hereto as Exhibit 6 is a true and correct copy of a letter from Richard G. Stoll to Jon D. Corey, dated April 28, 2009.

8. Attached hereto as Exhibit 7 is a true and correct copy of a letter from Richard G. Stoll to Discovery Master, dated April 28, 2009.

9. Attached hereto as Exhibit 8 is a true and correct copy of an email from Richard G. Stoll to Jon D. Corey, dated May 8, 2009.

10. Attached hereto as Exhibit 9 is a true and correct copy of the Stipulation Re: Extension of Deadline, dated May 8, 2009.

11. On May 12, 2009, MGA requested an additional extension on the deadline for discovery compelled in the March 30, 2009 Order. The parties

discussed this request via telephone conference. While Mattel did agree to extend the deadline for other items of outstanding discovery, Mattel could not agree to another extension for Interrogatory Nos. 68 and 69, which Mattel believed relevant to the May 18, 2009 hearing before Judge Larson. Attached hereto as Exhibit 10 is a true and correct copy of my confirming email to Richard G. Stoll, dated May 12, 2009.

12. Attached hereto as Exhibit 11 is a true and correct copy of a letter from Michael T. Zeller to Discovery Master, dated May 13, 2009.

13. Attached hereto as Exhibit 12 is a true and correct copy of a letter from Michael T. Zeller to Discovery Master, dated May 14, 2009.

14. Attached hereto as Exhibit 13 is a true and correct copy of Phase 2 Discovery Matter Order No. 32.

15. Attached hereto as Exhibit 14 is a true and correct copy of a letter from Patricia Glaser to Michael T. Zeller, dated June 8, 2009

16. Attached hereto as Exhibit 15 is a true and correct copy of the Supplemental Response of MGA Entertainment, Inc. to Interrogatory Nos. 68 and 69 Pursuant to Discovery Master's Order of March 31, 2009, dated June 15, 2009.

17. Attached hereto as Exhibit 16 is a true and correct copy of the Supplemental Response of Isaac Larian to Interrogatory Nos. 68 and 69 Pursuant to Discovery Master's Order of March 31, 2009, dated June 15, 2009.

18. Attached hereto as Exhibit 17 is a true and correct copy of a letter from Michael T. Zeller to Amman Khan, et. al, dated June 17, 2009. The MGA Parties did not respond to this letter.

19. Attached hereto as Exhibit 18 is a true and correct copy of a my letter to Amman Khan, et. al., dated June 24, 2009, requesting a meet and confer session regarding the deficient responses to Interrogatory Nos. 68 and 69. I also left a voicemail for MGA's counsel.

1  20. Attached hereto as Exhibit 19 is a true and correct copy of a
2  letter from Amman Khan to Michael T. Zeller, dated June 29, 2009.
3  21. On June 30, 2009, the parties engaged in a meet and confer
4  telephone conference, wherein counsel for Mattel informed MGA that Mattel would
5  bring a motion to compel complete answers to Interrogatory Nos. 68 and 69 if
6  Mattel did not receive complete answers to those interrogatories by July 2, 2009.
7  22. Attached hereto as Exhibit 20 is a true and correct copy of
8  excerpts from the Deposition of Carter Bryant, dated November 4, 2004.
9  23. Attached hereto as Exhibit 21 is a true and correct copy of
10 excerpts from the Deposition of Veronica Marlow, dated December 28, 2007.
11 24. Attached hereto as Exhibit 22 is a true and correct copy of
12 excerpts from the Deposition of Margaret Leahy, dated December 12, 2007.
13 25. Attached hereto as Exhibit 23 is a true and correct copy of
14 excerpts from the Deposition of Elise Cloonan, dated December 14, 2007.
15 26. Attached hereto as Exhibit 24 is a true and correct copy of
16 excerpts from the Deposition of Tina Tomiyama, dated February 27, 2008.
17 27. Attached hereto as Exhibit 25 is a true and correct copy of
18 excerpts from the Trial Transcript, dated June 24, 2008.
19 28. Attached hereto as Exhibit 26 is a true and correct copy of
20 excerpts from the March 19, 2009 Hearing Transcript.
21 29. Attached hereto as Exhibit 27 is a true and correct copy of the
22 Civil Minutes -- General, dated March 12, 2009.
23 30. Attached hereto as Exhibit 28 is a true and correct copy of
24 excerpts from the Hearing Transcript, dated March 19, 2009.
25 31. Attached hereto as Exhibit 29 is a true and correct copy of the
26 prior Discovery Master's Order Granting Mattel's Motion to Compel Production of
27 Documents and Interrogatory Responses by MGA, dated May 15, 2007.
28

1      32.    Attached hereto as Exhibit 30 is a true and correct copy of the
2  prior Discovery Master's Order Granting in Part and Denying in Part Mattel's
3  Motion to Compel Production of Documents by MGA; Denying Request for
4  Monetary Sanctions, dated August 13, 2007.

5      33.    Attached hereto as Exhibit 31 is a true and correct copy of my
6  letter to Thomas Nolan and Jason Russell, dated January 28, 2009.

7      34.    Attached hereto as Exhibit 32 is a true and correct copy of a
8  document produced by MGA at Bates number MGA 3815501, Tonnu Exhibit 1727.

9      35.    Attached hereto as Exhibit 33 is a true and correct copy of a
10 document produced by MGA at Bates number MGA 3815498, Tonnu Exhibit 1729.

11     36.    Attached hereto as Exhibit 34 is a true and correct copy of a
12 retainer letter from the law firm Keker & Van Nest, dated July 19, 2007.

13     37.    Attached hereto as Exhibit 35 is a true and correct copy of
14 excerpts from the Trial Transcript dated June 18, 2008; June 20, 2008; June 24,
15 2008; and July 3, 2008.

16     38.    Attached hereto as Exhibit 36 is a true and correct copy of a
17 document produced by MGA at Bates number MGA 0869834.

18     39.    Attached hereto as Exhibit 37 is a true and correct copy of a
19 document produced by MGA at Bates numbers MGA 0065828-0065930.

20     40.    Attached hereto as Exhibit 38 is a true and correct copy of a
21 document produced by MGA at Bates numbers MGA 0070877-0070948.

22     41.    Attached hereto as Exhibit 39 is a true and correct copy of
23 excerpts of Mattel, Inc.'s First Set of Requests for Documents and Things Re Claims
24 of Unfair Competition to MGA Entertainment, Inc., dated December 18, 2006.

25     42.    Attached hereto as Exhibit 40 is a true and correct copy of
26 excerpts of MGA Entertainment, Inc.'s Response to Mattel, Inc.'s First Set of
27 Requests for Documents and Things Re Claims of Unfair Competition, dated
28 January 17, 2007.

1  43. Attached hereto as Exhibit 41 is a true and correct copy of the
2  Discovery Master's Order Granting in Part and Denying in Part Mattel's Motion to
3  Compel Production of Documents By MGA; Denying Request for Monetary
4  Sanctions, dated August 13, 2007.
5  44. To the best of my knowledge, MGA has not produced any
6  documents relating to the payments of legal fees mentioned in Interrogatory
7  Response No. 68. To the best of my knowledge, MGA also has not produced any
8  documents related to the payments to Ron Brawer mentioned in Interrogatory
9  Response No. 69 dated 3/17/2008, 4/7/2006, 3/31/2006, 12/12/2005, 5/1/2005, or
10 12/17/2004, nor any documents related to the payments to Gustavo Machado dated
11 3/17/2008 and 3/15/2007.
12 45. Attached hereto as Exhibit 42 is a true and correct copy of
13 excerpts of a document produced by IGWT at Bates numbers IGWT 0051324 –
14 IGWT 0052143.
15 46. Attached hereto as Exhibit 43 is a true and correct copy of
16 excerpts of a document produced by MGA at Bates numbers MGA 0602410 – MGA
17 0602598.
18 47. Attached hereto as Exhibit 44 is a true and correct copy of
19 excerpts of a document produced by MGA at Bates numbers MGA 0218357 – MGA
20 0218452.
21 48. Attached hereto as Exhibit 45 is a true and correct copy of
22 excerpts of a document produced by MGA at Bates numbers MGA 0331949 – MGA
23 0331968.
24 49. Attached hereto as Exhibit 46 is a true and correct copy of
25 excerpts of Mattel, Inc.'s First Set of Requests for Documents and Tangible Things
26 to MGA Entertainment Inc., dated March 14, 2005.
27 50. I met and conferred telephonically with Bill Molinski on July 17,
28 2009 and July 20, 2009, regarding MGA's deficient production of documents

07975/3016914.1
-5-
WATSON DEC ISO MATTEL'S MOTION TO ENFORCE

1 regarding payments to former Mattel employees.  The parties were unable to reach a
2 resolution.
3           51.     I have spent in excess of 6 hours preparing this motion.  My
4 billing rate for this matter is $605 per hour.  My partner Michael Zeller spent in
5 excess of 1 hour preparing this motion.  Michael Zeller's billing rate for this matter
6 is $820 per hour.  Robert Dart, a fifth-year associate, spent in excess of 12 hours
7 researching and preparing this motion.  Robert Dart's billing rate for this matter is
8 $390 per hour.  Mattel seeks sanctions in the amount of $6,000, far less than the fees
9 incurred in preparing this motion.

       I declare under penalty of perjury under the laws of the United States of
America that the foregoing is true and correct.
           Executed this 22nd day of July 2009, at Los Angeles, California.


                                           /s/ Scott L. Watson
                                          Scott L. Watson