# EXHIBIT 6

LAW OFFICES

### GLASER, WEIL, FINK, JACOBS, HOWARD & SHAPIRO, LLP

10250 CONSTELLATION BOULEVARD

NINETEENTH FLOOR

LOS ANGELES, CALIFORNIA 90067

(310) 553-3000

FAX (310) 556-2920

DIRECT DIAL NUMBER
(310) 556-7812
EMAIL: RSTOLL@GLASERWEIL.COM

April 28, 2009

Ⅲ MERITAS LAW FIRMS WORLD\ IDE

#### VIA EMAIL & FACSIMILE

Jon D. Corey, Esq.
QUINN, EMANUEL, URQUHART,
    OLIVER & HEDGES, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543

> Re:   *Bryant v. Mattel, Inc. and Consolidated Actions*
> U.S.D.C. Eastern Division, Case No. CV04-09049 SJL(RNBx)

Dear Jon:

I am writing to request an extension for the MGA Parties to respond to a portion of the discovery requests at issue in Discovery Order #11. As you know, the Discovery Master ordered the MGA Parties to provide a supplemental document production to Request for Production Nos. 207, 208 and 269 (Larian – First Set), and Request for Production Nos. 4-37, 40, 41, and 43-46 (MGA – Second Set). The MGA Parties will be making their supplemental production in response to these document requests on Wednesday, April 29, 2009, in compliance with the Discovery Master's deadline. Tomorrow's production will also include a response to Interrogatory No. 45.

However, due to the large volume of materials that need to be reviewed, as well as the broad scope of Interrogatory Nos. 56-63 (contention interrogatories re Mattel's trade secret theft claims) and 68-69 (concerning any payments made by MGA to dozens of former Mattel employees (excluding salary and benefits)), we request an extension until Friday, May 8, 2009 to provide these interrogatory responses.

Please let me know today if Mattel agrees to the MGA Parties providing interrogatory responses according to this schedule. If Mattel does not agree, we will have no choice but to ask the Discovery Master for relief.

675289

EXHIBIT _____ 6

PAGE _____ 208

Jon D. Corey, Esq.
April 28, 2009
Page 2

Thank you for your anticipated cooperation.

Very truly yours,

Richard Stoll
for GLASER, WEIL, FINK, JACOBS,
HOWARD & SHAPIRO, LLP

RGS/yc

cc:   Joel N. Klevens, Esq.
       Jason Russell, Esq.
       Patricia Benson, Esq.

675289

EXHIBIT ____6____

PAGE ____209____

04-28-09    11:13am    From-GLASER WEIL                310-556-2920         T-798   P.001/003   F-603

LAW OFFICES
### GLASER, WEIL, FINK,
### JACOBS, HOWARD & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067

∏ MERITAS LAW FIRMS WORLDWIDE

## FAX TRANSMISSION

TELEPHONE NO.: (310) 553-3000
FACSIMILE NO.:   (310) 556-2920

| | |
|---|---|
| FROM:   **Richard Stoll** | Number of Pages:   **3** (including this page) |
| DATE:   **April 28, 2009** | Client Reference No.:   03460-024 |

| TO: | FAX NO.: | CONFIRMATION NO: |
|---|---|---|
| Jon D. Corey, Esq. | 213-443-3100 | 213-443-3000 |

**Sender's Comments:**

Please see attached.

**If you have received this Transmission in error, please call: (310) 553-3000 and mail it to the above address. Thank you.**

NOTE:  THE INFORMATION CONTAINED IN THIS FAX MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS NAMED ABOVE.   THIS MESSAGE MAY BE AN ATTORNEY-CLIENT COMMUNICATION AND, AS SUCH, IS PRIVILEGED AND CONFIDENTIAL.  IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT YOU HAVE RECEIVED THIS DOCUMENT IN ERROR, AND THAT ANY REVIEW, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE BY MAIL.  THANK YOU.

EXHIBIT ___6___

PAGE ___210___

# EXHIBIT 7

LAW OFFICES

## GLASER, WEIL, FINK, JACOBS, HOWARD & SHAPIRO, LLP

10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
(310) 553-3000
FAX (310) 556-2920

DIRECT DIAL NUMBER
(310) 556-7812
EMAIL: RSTOLL@GLASERWEIL.COM

April 28, 2009

ℍ MERITAS LAW FIRMS WORLDWIDE

**VIA EMAIL Obrien.robert@arentfox.com
AND FACSIMILE**

Discovery Master Robert C. O'Brien, Esq.
ARENT, FOX, LLP
555 W. 5th Street, 48th Floor
Los Angeles, CA 90013-1065

> Re: *Bryant v. Mattel, Inc. and Consolidated Actions*
> U.S.D.C. Eastern Division, Case No. CV04-09049 SJL (RNBx)

Dear Mr. O'Brien:

I write on behalf of the MGA Parties to respectfully submit a Stipulation, signed by both MGA's and Mattel's counsel, as well as a Proposed Order extending the deadline for the MGA Parties to serve responses to Interrogatory Nos. 56-63 and 68-69 (Mattel's Supplemental Set) as directed by Discovery Order No. 11.

The original deadline for the responses was to be April 29, 2009. The parties agreed to extend the deadline to May 8, 2009, and now submit the Stipulation and Proposed Order for the Discovery Master's approval.

Thank you for your attention to this matter.

Very truly yours,

*Richard Stoll*

Richard G. Stoll
for GLASER, WEIL, FINK, JACOBS,
HOWARD & SHAPIRO, LLP

RGS/yc

cc:  Jon D. Corey, Esq. (counsel for Mattel, Inc.)
Joel N. Klevens, Esq.

675358

EXHIBIT _____ 7 _____

PAGE _____ 211 _____

Robert C. O'Brien, Esq.
April 28, 2009
Page 2

Jason Russell, Esq.
Patricia Benson, Esq.
Drew Hansen, Esq.

675358

EXHIBIT _____ 7 _____

PAGE _____ 212 _____

# EXHIBIT 8

**From:** Richard Stoll [mailto:rstoll@glaserweil.com]
**Sent:** Friday, May 08, 2009 12:56 PM
**To:** Jon Corey
**Subject:** Request for Extension

Jon,

I am writing to request a one-week extension for the MGA Parties to respond to Mattel's contention interrogatories concerning alleged trade secret theft (Interrogatory Nos. 56-63 and 68-69) which are due today pursuant to the stipulation entered into between the parties on April 28. An additional week to respond is necessary due to the large volume of materials that have required review, as well as the broad scope of the interrogatories. Accordingly, we request one additional week to respond, and are willing to enter into another stipulation requiring the responses to be due Friday, May 15, 2009.

As you know, after the parties entered into the April 28 stipulation, the MGA Parties in good faith made their supplemental production of documents on April 29 as required by Discovery Order No. 11 (specifically, RFP Nos. 207, 208 and 269 (Larian – First Set), and RFP Nos. 4-37, 40, 41, and 43-46 (MGA – Second Set), as well as Interrogatory No. 45). Responding to the interrogatories, however, has proven more time consuming than anticipated.

Please let me know if Mattel is willing to stipulate to an order extending the deadline by one week. If Mattel does not agree, we will have no choice but to ask the Discovery Master for relief. Thank you for your anticipated cooperation.

Best
Rich

EXHIBIT ____8____

PAGE ____213____

5/8/2009

**Richard G. Stoll | Glaser, Weil, Fink, Jacobs, Howard & Shapiro LLP**
10250 Constellation Boulevard, 19th Floor, Los Angeles, California  90067
main: 310.553.3000 | direct: 310.556.7812 | fax: 310.556.2920 | rstoll@glaserweil.com

This message and any attached documents may contain information from the law firm of Glaser, Weil, Fink,
Jacobs, Howard & Shapiro, LLP that is confidential and/or privileged. If you are not the intended recipient, you
may not read, copy, distribute or use this information. If you have received this transmission in error, please notify
the sender immediately by reply e-mail and then delete this message.

EXHIBIT ____9____

PAGE ___214___

5/8/2009

# EXHIBIT 9



1  Patricia L. Glaser, State Bar No. 055668
   Joel N. Klevens, State Bar No. 045446
2  GLASER, WEIL, FINK, JACOBS,
     HOWARD & SHAPIRO, LLP
3  10250 Constellation Boulevard, 19th Floor
   Los Angeles, California 90067
4  Telephone: (310) 553-3000
   Facsimile: (310) 556-2920
5
   Attorneys for MGA ENTERTAINMENT, INC., ISAAC
6  LARIAN, MGA ENTERTAINMENT (HK) LIMITED,
   and MGAE de MEXICO S.R.L. de C.V.
7
   John B. Quinn, State Bar No. 090378
8  Michael T. Zeller, State Bar No. 196417
   QUINN EMANUEL URQUHART OLIVER &
9  HEDGES, LLP
   865 South Figueroa Street - 10th Floor
10 Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
11 Facsimile:  (213) 443-3100

12 Attorneys for Mattel, Inc.

13             UNITED STATES DISTRICT COURT

14            CENTRAL DISTRICT OF CALIFORNIA

15                  EASTERN DIVISION

16

17 CARTER BRYANT, an individual,        Case No. CV 04-9049 SGL (RNBx)

18            Plaintiff,                 Consolidated with Case No. 04-9059 and
19                                       Case No. 05-2727
       v.
20                                       STIPULATION (1) EXTENDING
   MATTEL, INC., a Delaware             DEADLINE FOR MGA PARTIES
21 Corporation,                         TO SERVE RESPONSES TO
                                        INTERROGATORY NOS. 56-63
22            Defendant.                 AND 68-69; (2) EXTENDING
                                        DEADLINE FOR MATTEL TO
23                                       SERVE RESPONSES TO
   AND CONSOLIDATED CASES               INTERROGATORY NOS. 20-23
24                                       AND 28-29; AND (3) CONTINUING
                                        MGA'S MOTION TO COMPEL
25                                       CURRENTLY SET FOR HEARING
                                        ON MAY 19, 2009
26
                                        [PROPOSED] ORDER
27

28

675402

EXHIBIT ____9____

PAGE ____215____

1          WHEREAS, pursuant to the Discovery Master's Amended Order No.

2  11, the MGA Parties were compelled to produce documents and to serve

3  interrogatory responses, as set forth in that Amended Order, within 30 days;

4          WHEREAS, the MGA Parties have requested, and Mattel agreed as a

5  professional courtesy, that the MGA Parties have until May 15, 2009 to serve

6  responses to Interrogatory Nos. 56-63 and 68-69 pursuant to Amended Order No.

7  11;

8          WHEREAS, Mattel previously represented that it would serve

9  supplemental responses to Interrogatory Nos. 20-23 and 28-29 (Second Set) on

10  May 14, 2009, and the parties have now agreed that Mattel shall serve those

11  supplemental responses on May 21, 2009;

12          WHEREAS, MGA's Motion to Compel Production of Documents and

13  Things From MGA's Second and Fifth Sets of Requests for Production and

14  Responses to MGA's Second Set of Interrogatories, is currently set for hearing

15  before the Discovery Master on May 19, 2009;

16          NOW, THEREFORE, the MGA Parties and Mattel, Inc., by and

17  through their respective counsel of record, and subject to the Discovery Master's

18  approval, hereby stipulate and agree that (1) the MGA Parties shall have until

19  Friday, May 15, 2009, to serve responses to Interrogatory Nos. 56-63 and 68-69

20  and that MGA shall not seek a further extension with respect to Interrogatory Nos.

21  68-69 from either Mattel or the Discovery Master; (2) Mattel shall serve

22  supplemental responses to Interrogatory Nos. 20-23 and 28-29 on or before

23  Thursday, May 21, 2009; and (3) MGA's Motion to Compel, currently scheduled to

24  be heard on May 19, 2009, shall be continued to June 2, 2009, subject to the

25  approval of the Discovery Master.

26          IT IS SO STIPULATED.

27

28

676332
- 2 -
STIPULATION RE EXTENSION OF
DEADLINE

EXHIBIT _____ 9 _____

PAGE _____ 216 _____

1    Dated:      May 8, 2009          GLASER, WEIL, FINK, JACOBS,
                                      HOWARD & SHAPIRO, LLP
2

3                                     By: _Richard Stoll_____
4                                         Richard G. Stoll
                                          Attorneys for MGA Entertainment, Inc.,
5                                         MGA Entertainment (HK) Ltd., MGAE
                                          de México, S.R.L. de C.V. and Isaac
6                                         Larian

7    Dated:      May 8, 2009          QUINN EMANUEL URQUHART
                                      OLIVER & HEDGES, LLP
8

9                                     By: _Scott Watson (by RGS)_____
10                                        Scott L. Watson
                                          Attorneys for Mattel, Inc.
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

676332                                                  - 3 -          STIPULATION RE EXTENSION OF
                                                                                      DEADLINE

EXHIBIT _____9_____

PAGE _____217_____

# EXHIBIT 10

**From:** Scott Watson
**Sent:** Tuesday, May 12, 2009 4:51 PM
**To:** 'Richard Stoll'
**Subject:** Mattel v. MGA

Richard,

This will confirm our conversation of this afternoon, wherein we agreed to extend by two weeks the time for the MGA parties to serve responses to Interrogatories Nos. 56-63. Those responses will now be due May 29, 2009. In return, you agreed to extend by two weeks, to June 4, 2009, the time for Mattel to respond to Interrogatories Nos. 20-23 and 28-29 (Second Set).

For the reasons we discussed, Mattel cannot agree to extend the time to respond to Interrogatories Nos. 68 and 69. I understand you will be seeking an extension as to those interrogatories frm the Discovery Master. Mattel will oppose that relief.

Best,

Scott

EXHIBIT _____ 10

PAGE _____ 218

5/12/2009

# EXHIBIT 11

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL: (213) 443-3000 FAX: (213) 443-3100

WRITER'S DIRECT DIAL NO.
(213) 443-3180

WRITER'S INTERNET ADDRESS
michaelzeller@quinnemanuel.com

May 13, 2009

**VIA ELECTRONIC MAIL**

Discovery Master Robert C. O'Brien, Esq.
Arent Fox LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065

Re:    Mattel, Inc. v. MGA Entertainment, Inc. et al.

Dear Mr. O'Brien:

I write to oppose the request made in Mr. Khan's letter of today, May 13, 2009, on behalf of the MGA Parties for an extension for MGA's time to respond to Mattel's Interrogatory Nos. 68-69. The request should be denied because it lacks good cause, is contrary to MGA's own stipulation and an Order of Judge Larson and would unfairly deny Mattel information that is highly relevant to Monday's hearing before Judge Larson.

Judge Larson has set several matters for hearing on Monday, May 18, 2009.  Pertinent here, these include (a) Mattel's request for the appointment of a permanent receiver and (b) Mattel's objections to the Discovery Master's Order denying Mattel's motion to compel the Vargas and Trueba depositions.  The two interrogatories that MGA seeks to delay answering yet further -- Interrogatory Nos. 68-69 -- seek information about MGA payments to Mattel employees, including as they relate to instances of commercial bribery by MGA and as they relate to payments for legal fees made on behalf of Vargas and Trueba.  Mattel needs this information in advance of this Monday's hearing before Judge Larson, and MGA has literally had months now to provide Mattel substantive responses.

Without actually challenging the relevance of the information for Monday's hearing, MGA disputes Mattel's need for the interrogatory responses before the May 18, 2009 hearing because,

EXHIBIT _____ 11 _____

PAGE _____ 219 _____

quinn emanuel urquhart oliver & hedges, llp

SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL (415) 875-6600 FAX (415) 875-6700
NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065-2139 | TEL (650) 801-5000 FAX (650) 801-5100
TOKYO | Akasaka Twin Tower Main Building, 6th Floor, 17-22 Akasaka 2-Chome, Minato-ku, Tokyo 107-0052, Japan | TEL +81 3 5561-1711 FAX +81 3 5561-1712
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom | TEL +44(0) 20 7653 2000 FAX +44(0) 20 7653 2100

MGA proclaims, those answers would be inadmissible at the hearing. (Khan Ltr. at 2.) MGA's
argument, however, at best relates solely to Mattel's objections to the Vargas/Trueba deposition
Order. MGA does not contest, and thus concedes, that Mattel also needs the information for the
receivership motion. Squarely at issue on that motion are the financial improprieties committed
by MGA and Larian. Additional evidence of their commercial bribery would be highly pertinent
to the receivership issues, and Judge Larson deserves to consider such evidence in deciding
whether to appoint a permanent receiver.

MGA's argument is also misdirected as it relates to the Vagas/Trueba deposition motion. If
MGA wants to urge that evidence relating to its payments to Vargas and Trueba is inadmissible,
it must make that argument to Judge Larson. It is not for the Discovery Master to rule,
preemptively, on the admissibility of such evidence that can or cannot be considered by Judge
Larson.[1]

MGA itself also recognized just days ago in agreeing to a stipulation with Mattel that Mattel
needs the responses to these two interrogatories for Monday's hearing -- and MGA is bound by
that agreement. On May 8, 2009, Mattel and MGA entered into a stipulation providing that
"MGA shall not seek a further extension with respect to Interrogatory Nos. 68-69 from *either*
Mattel *or the Discovery Master*". Stipulation dated May 8, 2009, at 2:20-21 (emphasis added).
The parties submitted that stipulation to the Discovery Master on May 8, 2009, and it was so
ordered on May 11, 2009, only two days ago. Thus, on top of having been ordered weeks ago to
provide this information, MGA stipulated that it would provide it -- and did so precisely because
Mattel needs this financial information for Monday's hearing.

MGA should not be allowed to violate the stipulation. MGA nevertheless urges that it should be
allowed to walk away from its promise by claiming reliance on a request from the Temporary
Receiver. Judge Larson rejected that same claim by MGA earlier today. On May 11, 2009,
MGA filed an *ex parte* application with Judge Larson, seeking to continue the hearings set for
Monday, May 18, 2009 on two of Mattel's motions, including on the Vargas/Trueba motion.
MGA supported that request with three basic arguments: (1) the Temporary Receiver had asked
MGA counsel to "stand down"; (2) not continuing the hearing would require MGA counsel to
spend considerable time and effort preparing for the hearing, including poring over "voluminous
submissions"; and (3) Mattel would not be prejudiced by a three-week delay. The Court's Order
of today, attached hereto, states: "Because it fails to establish good cause for a continuance, the
Court **DENIES** the Ex Parte Application (docket # 5422).

Judge Larson's denial of MGA's *ex parte* application is a rejection of MGA's identical
contentions here about its reliance on the Temporary Receiver. It also makes clear that there is
no good cause for MGA's request to the Discovery Master, especially as it relates to providing
the interrogatory responses before Monday's hearing. As discussed, MGA stipulated just five
days ago that it would *not* seek any further extensions with respect to Interrogatories 68-69 and

---

[1]    Furthermore, none of the authorities cited and quoted at page 2 of Mr. Khan's letter
(including quotes in bolded italics) involves the situation that will be presented to Judge Larson,
in that none of them addresses the consideration of evidence sought to be argued was *not*
available at the time the matter was presented to the Discovery Master.

2

EXHIBIT _____

PAGE ___220___

would fully respond to them by May 15, 2009. Those interrogatories have been pending since January 9, 2008. When MGA served their standard boilerplate objections and refused to make any response, Mattel moved to compel on February 10, 2009. On March 31, 2009, the Discovery Master ordered MGA to respond to them. See 3/31/09 Order at 25. Mattel stipulated to a first extension of MGA's time to respond and then to a second extension on May 8, 2009. In light of this history, surely as of May 8, 2009, the responses were complete, or nearly complete. Given that a ostensibly extensive amount of preparation, including poring over "voluminous submissions," traveling from Los Angeles to Riverside and back, and arguing two significant motions, was not good cause for an extension, whatever minimal effort, if any, would be required to complete the interrogatory responses and provide them to Mattel cannot possibly be good cause.

Finally, MGA argues that that the Discovery Master should extend the time for MGA to serve its responses until May 29, 2009, purportedly to be "consistent with the other extensions that you have granted." Khan Ltr. at 2. That argument certainly is not enough to warrant prejudicing Mattel, denying the Court highly relevant information for Monday's hearing or countermanding the import of Judge Larson's Order of today. It also is misplaced, as these are different interrogatories with a different history than those put to the Discovery Master earlier this week. In particular, unlike the other interrogatories, Interrogatory Nos. 68-69 seek information that is directly relevant to issues for Monday's hearing, and MGA stipulated that it would answer them before that hearing. In fact, to be consistent with MGA's own stipulation and Judge Larson's Order of today, MGA's present request for an extension should be denied as well.

MGA's request for an extension for the time to serve its responses to Interrogatory Nos. 68-69 should be denied. Thank you for your continuing attention to this matter.

Very truly yours,

/s/

Michael T. Zeller

cc:     Amman Khan, Esq.
        Joel N. Klevens, Esq
        Jason Russell, Esq.
        Patricia Benson, Esq.
        Drew Hansen, Esq.

3

EXHIBIT _____ 11 _____

PAGE _____ 221 _____

# EXHIBIT 12

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100

WRITER'S DIRECT DIAL NO.
(213) 443-3180

WRITER'S INTERNET ADDRESS
michaelzeller@quinnemanuel.com

May 14, 2009

<u>VIA ELECTRONIC MAIL</u>

Discovery Master Robert C. O'Brien, Esq.
Arent Fox LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065

Re:     Mattel, Inc. v. MGA Entertainment, Inc. et al.

Dear Mr. O'Brien:

I write to briefly respond to Mr. Khan's letter to the Discovery Master of today's date. While none of Mr. Khan's arguments has merit, I will limit my response to three points.

First, the question of whether or not Judge Larson can consider MGA's interrogatory responses at the hearing on May 18, 2009, is (a) for Judge Larson to decide and (b) is *not* determined or even addressed by the authorities MGA has cited. *None* of its cases addresses the question of whether a court can consider evidence that was not submitted to the Discovery Master because it was not available — especially where, as here, the reason it was not available was because the adversarial party improperly failed to timely produce it.

Second, as quoted in Mr. Khan's letter itself, Mattel's interrogatories on their face do *not* limit themselves to legal fees, but to "each and every payment of money or other items of value MGA has made . . . *including without limitation* legal fees" (emphasis added). "Including without limitation" does not mean "just" or "only."

EXHIBIT ___12___

PAGE ___222___

**quinn emanuel urquhart oliver & hedges, llp**

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100
TOKYO | Akasaka Twin Tower Main Building, 6th Floor, 17-22 Akasaka 2-Chome, Minato-ku, Tokyo 107-0052, Japan | TEL +81-3-5561-1711 FAX +81-3-5561-1712
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom | TEL +44-20-7653-2000 FAX +44-20-7653-2100

Third, as shown in my letter of yesterday, the chronology leading up to MGA's agreement last week to respond to the interrogatories by tomorrow shows that the interrogatory responses had to be complete, or nearly complete, so that little if any work would actually be needed to provide them. Mr. Khan's letter concedes the point by not addressing it. Given that it is undisputed that MGA does not have to do any significant work to provide the interrogatory responses now, there can be no good cause for the extension request here. Mr. Khan instead continues to tout his claim that the Temporary Receiver allegedly supports MGA's counsel standing down, but he ignores that MGA made that same argument to Judge Larson to justify a continuance and Judge Larson rejected it.

Thank you for your continuing attention to this matter.


Very truly yours,

/s/

Michael T. Zeller

cc:    Amman Khan, Esq.
       Joel N. Klevens, Esq
       Jason Russell, Esq.
       Patricia Benson, Esq.
       Drew Hansen, Esq.

2

EXHIBIT ___12___

PAGE___223___

# EXHIBIT 13

1   Robert C. O'Brien (SBN 154372)
    ARENT FOX LLP
2   555 West Fifth Street, 48th Floor
    Los Angeles, CA 90013-1065
3   Telephone: 213.629.7400
    Facsimile: 213.629.7401
4   obrien.robert@arentfox.com

5   Discovery Master

6

7

8                UNITED STATES DISTRICT COURT

9                CENTRAL DISTRICT OF CALIFORNIA

10                     EASTERN DIVISION

11

12   CARTER BRYANT, an individual,          Case No. CV 04-09049 SGL (RNBx)

13                Plaintiff,
                                            Consolidated with
14          v.                              Case No. CV 04-09059
                                            Case No. CV 05-2727
15   MATTEL, INC., a Delaware
     corporation,                           **PHASE 2 DISCOVERY MATTER**
16
                Defendant.                   **ORDER NO. 32, REGARDING:**
17
                                             **EXTENSION OF TIME FOR THE**
18                                           **MGA PARTIES TO SERVE**
                                             **RESPONSES TO**
19                                           **INTERROGATORY NOS. 68 AND**
                                             **69**
20
21
     CONSOLIDATED WITH
22   MATTEL, INC. v. BRYANT and
     MGA ENTERTAINMENT, INC. v.
23   MATTEL, INC.
24
25
26
27
28

ARENT FOX LLP
ATTORNEYS AT LAW                                              ORDER NO. 32
LOS ANGELES                                     [Case No. CV 04-09049 SGL (RNBx)]

EXHIBIT ___13___

PAGE ___224___

1    As part of Order No. 11, the Discovery Master ordered the MGA Parties to

2    provide supplemental responses to, among other things, Interrogatories Nos. 68 and

3    69 ("Interrogatory Responses"). The Interrogatory Responses must currently be

4    supplemented by May 15, 2009. The MGA Parties request a short extension of this

5    deadline to May 29, 2009.

6    The Discovery Master, having considered the MGA Parties' request for an

7    extension of time, and good cause appearing therefor, **ORDERS** that, pursuant to

8    the request, the MGA Parties shall have until Friday, May 29, 2009, to serve

9    responses to Interrogatory Nos. 68 and 69. Subject to the District Court's ruling on

10   pending motions that may affect scheduling in this action, no further extension of

11   time will be granted by the Discovery Master to the MGA Parties regarding these

12   interrogatories absent extraordinary circumstances.

13

14   Dated:      May 14, 2009

15

16                              By:      /s/ Robert C. O'Brien

17                                       ROBERT C. O'BRIEN
                                         Discovery Master

18

19

20

21

22

23

24

25

26

27

28

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

- 1 -                    ORDER NO. 32
[Case No. CV 04-09049 SGL (RNBx)]

EXHIBIT ____13____

PAGE ____225____

# EXHIBIT 14

CALENDARED   RECEIVED

JUN 0 9 2009

LAW OFFICES

## GLASER, WEIL, FINK, JACOBS, HOWARD & SHAPIRO, LLP

10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
(310) 553-3000
FAX (310) 556-2920

DIRECT DIAL NUMBER
(310) 282-6217
EMAIL: PGLASER@GLASERWEIL.COM

June 8, 2009

III MERITAS LAW FIRMS WORLDWIDE

### VIA U.S. MAIL & E-MAIL

Michael T. Zeller, Esq.
Quinn, Emanuel, Urquhart,
  Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543

>       Re:    *Bryant v. Mattel, Inc. and Consolidated Actions*
>              U.S.D.C. Eastern Division, Case No. CV04-09049 SJL (RNBx)

Dear Mike:

       I write to confirm our discussions over the past few days regarding (1) Extensions of certain case deadlines in the event the Parties elect not to proceed with further settlement discussions by June 10, 2009 and (2) In the event the Parties do elect to proceed with settlement discussions by June 10, 2009, a stay of proceedings until July 15, 2009, along with an extension of certain Phase 2 pre-trial deadlines and a continuance of the Phase 2 trial date, each of which is set forth in further detail below.

       First, in the event the Parties elect not to proceed with further settlement discussions by June 10, 2009, you and I agreed to the following extensions:

•       The MGA Parties shall file and serve their response(s) to Mattel's Third Amended Answer and Counterclaims on **June 29, 2009**, in lieu of the presently stipulated deadline of June 15, 2009.

•       The June 17, 2009, hearings set before Discovery Master O'Brien for (1) Mattel's March 16, 2009 motion for an order "compelling production of communications made in furtherance of crimes and frauds"; and (2) MGA's April 20, 2009 motion to compel the production of documents and things, shall be continued to **July 6, 2009** , in lieu of the June 17, 2009 hearing date set by Discovery Master Order No. 38.

678735

EXHIBIT ____14____

PAGE ____226____

Michael T. Zeller, Esq.
June 8, 2009
Page 2

In addition to these agreed upon extensions, in the event the Parties elect not to proceed with further settlement discussions by June 10, 2009, we discussed the likelihood of other extensions, which I suggest include the following:

- By June 17, 2009, Mattel must serve its opposition to MGA's motion to de-designate documents produced by Mattel as "AEO". (Discovery Master Order No. 38.) We propose extending this deadline by two weeks to July 1, 2009.

- By June 22, 2009, MGA must serve its reply in support of its motion to de-designate documents produced by Mattel as "AEO". (Discovery Master Order No. 38.) We propose extending this deadline to July 8, 2009.

- MGA believes that it and Larian's responses to Mattel interrogatory nos. 56-63, 68, and 69 must be served by June 24, 2009, under Discovery Master Order No. 11 and the Limited and Temporary Stay of Phase 2 ordered by the Court in its May 21, 2009 Order. We propose MGA respond to Mattel interrogatory nos. 68 and 69 by June 15, 2009 and that MGA respond to interrogatory nos. 56-63 by July 8, 2009.

Please call me today to confirm your agreement to these additional extensions. Once you have done so, we will prepare a stipulation for signature and submission to Discovery Master O'Brien and Judge Larson.

Second, in the event the Parties elect to proceed with settlement discussions by June 10, 2009, we agreed as follows:

- All Phase 2 pre-trial proceedings shall be stayed until July 15, 2009 to allow completion of the mediation process.

- Mattel and the MGA Parties shall jointly submit a letter to Discovery Master O'Brien to request the hearings presently set for June 17, 2009 before the Discovery Master be continued to a mutually convenient date **after July 15, 2009**, in lieu of the above-stipulated hearing date of July 6, 2009.

- The MGA Parties shall file and serve their response(s) to Mattel's Third Amended Answer and Counterclaims on **July 20, 2009**, in lieu of the above-stipulated deadline of June 29, 2009.

- The Phase 2 trial and all related pre-trial deadlines shall be extended by the number of days of the stay (from May 21, 2009 thru July 15, 2009, 55 days).

- The sole exception to the stay until July 15, 2009 is that Mattel may pursue Hague Convention procedures to set the depositions of Mariana Trueba and Pablo Vargas in Mexico for a date certain.

678735

EXHIBIT ___14___

PAGE ___227___

Michael T. Zeller, Esq.
June 8, 2009
Page 3

     We shall prepare a stipulation for signature shortly, which when signed, shall be submitted to Judge Larson for an Order thereon.

     Thank you.

                Very truly yours,

                *Patricia Glaser* (RGS)

                Patricia Glaser
      Of GLASER, WEIL, FINK, JACOBS,
        HOWARD & SHAPIRO, LLP

PG:aak

cc:    Joel N. Klevens, Esq.
       Jason Russell, Esq.
       Patricia Benson, Esq.

678735

EXHIBIT \_\_\_\_14\_\_\_\_

PAGE \_\_\_\_228\_\_\_\_

# EXHIBIT 15

**THIS EXHIBIT IS FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**

# EXHIBIT 16

**THIS EXHIBIT IS FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**

# EXHIBIT 17

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100

June 17, 2009

<u>VIA E-MAIL AND U.S. MAIL</u>

Amman Khan, Esq.                                      Russell J. Frackman
Glaser, Weil, Fink, Jacobs & Shapiro LLP             Mitchell Silberberg & Knupp LLP
10250 Constellation Boulevard, 19th Floor            11377 W. Olympic Blvd
Los Angeles, CA 90067                                Los Angeles, CA 90064

Jason Russell
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Ave
Los Angeles, CA 90017

Re:    <u>Mattel v. MGA Entertainment, Inc., et al.</u>

Dear Counsel:

I write pursuant to the stipulation and order for appointment of a discovery master for a meet and
confer regarding the MGA parties' supplemental responses to Interrogatories Nos. 68-69, served
June 15 pursuant to Phase 2 Discovery Master Order No. 11.

As an initial matter, the supplemental responses still assert a host of objections, despite the fact
that the Discovery Master already limited the interrogatories to prevent any undue burden, and
rejected any further objections. Under the Order, the MGA parties must immediately serve
further supplemental responses, without objections.

On their face the responses are also incomplete and therefore in violation of the Order. The
MGA parties were ordered to "identify fully and separately each and every payment of money or
other item of value that they have made or offered to pay to or on behalf of . . . all individuals

**quinn emanuel urquhart oliver & hedges, llp**

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100
TOKYO | Akasaka Twin Tower Main Building, 6th Floor, 17-22 Akasaka 2-Chome, Minato-ku, Tokyo 107-0052, Japan | TEL +81-3-5561-1711 FAX +81-3-5561-1712
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom | TEL +44-20-7653-2000 FAX +44-20-7653-2100

EXHIBIT ___17___

PAGE ___263___

that the MGA Parties are aware of that worked for Mattel and who received any payment (excluding ordinary salary and benefits paid to such person while an MGA employee) from the MGA Parties" since January 1, 1998.  See Phase 2 Discovery Master Order No. 11, dated March 30, 2009, at 25.  The responses omit many former Mattel employees that Mattel is already aware received payments from MGA.  These include (without limitation) Carter Bryant, Veronica Marlow, Margaret Leahy, Elise Cloonan, Tina Tomiyama, Ana Cabrera, Beatriz Morales and Elena Salazar.  Further, the responses fail to provide any information regarding any offer to pay money or any item of value, including without limitation legal fees, to or on behalf of such Mattel employees.

If the MGA parties do not immediately serve further supplemental responses or otherwise resolve the deficiencies in their responses, Mattel intends to bring a motion to enforce the Order and for sanctions, including potentially for contempt.

I look forward to hearing from you.

Very truly yours,

Michael T. Zeller

Michael T. Zeller
07975/2974635.2

2

EXHIBIT ___ 17

PAGE ___ 264

# EXHIBIT 18

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100

June 24, 2009

VIA E-MAIL AND U.S. MAIL

Amman Khan, Esq.
Glaser, Weil, Fink, Jacobs & Shapiro LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, CA 90067

Russell J. Frackman
Mitchell Silberberg & Knupp LLP
11377 W. Olympic Blvd
Los Angeles, CA 90064

Jason Russell
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Ave
Los Angeles, CA 90017

Re:     Mattel v. MGA Entertainment, Inc., et al.

Dear Counsel:

I write to follow up on Michael Zeller's June 17, 2009 letter requesting a meet and confer
regarding the MGA parties' supplemental responses to Interrogatories Nos. 68-69, served June
15 pursuant to Phase 2 Discovery Master Order No. 11.  To date we have received no response to
that letter.  Please let me know immediately if the MGA parties intend to participate in a meet
and confer on this topic.

Very truly yours,

Scott L. Watson
07209/2986230.1

EXHIBIT _____ 18

PAGE _____ 265

**quinn emanuel urquhart oliver & hedges, llp**

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100
TOKYO | Akasaka Twin Tower Main Building, 6th Floor, 17-22 Akasaka 2-Chome, Minato-ku, Tokyo 107-0052, Japan | TEL +81-3-5561-1711 FAX +81-3-5561-1712

# EXHIBIT 19

LAW OFFICES

## GLASER, WEIL, FINK, JACOBS, HOWARD & SHAPIRO, LLP

10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
(310) 553-3000
FAX (310) 556-2920

DIRECT DIAL NUMBER
(310) 556-7885
EMAIL: AKMAN@GLASERWEIL.COM

June 29, 2009

☈ MERITAS LAW FIRMS WORLDWIDE

VIA E-MAIL AND U.S. MAIL

Michael T. Zeller
Quinn Emanuel Urquhart Oliver & Hedges
865 Figueroa Street, 10th Floor
Los Angeles, CA 90017

Re:    Mattel v. MGA Entertainment, Inc., et al.

Dear Mr. Zeller:

This responds to your June 17, 2009 letter regarding the MGA parties' supplemental responses to Interrogatories Nos. 68-69, served June 15, 2009. Those responses are fully compliant with Phase 2 Discovery Master Order No. 11. Your claims that the responses should have been served without objections and are incomplete are incorrect for two reasons.

First, nowhere in Order No. 11 does the Discovery Master state the MGA parties' responses must be given without objections. In any event, your complaint elevates form over substance because the MGA parties' substantive responses explicitly state they were provided *notwithstanding* the objections. Nothing is being withheld based on the MGA parties' objections.

Second, the MGA parties' supplemental responses did not improperly omit information concerning payments of legal fees or "bonuses" to former Mattel employees called for by the interrogatories. After diligent search and reasonable inquiry, there were no other former Mattel employees (besides those addressed in the MGA parties' supplemental responses) for which MGA paid (or offered to pay) legal fees. Also, MGA did not pay bonuses to any other former Mattel employees (besides those addressed in the MGA parties' supplemental responses), excluding "ordinary salary or benefits." The Discovery Master ruled that the MGA Parties were not required to include those persons who received "ordinary salary or benefits" only. Thus, the MGA parties provided all responsive information as instructed by Discovery Master Order No. 11. If you have specific information to the contrary, other than the generalities asserted in your June 17, 2009 letter, please send it to me.

680532

EXHIBIT _____19_____

PAGE _____266_____

Michael T. Zeller
June 29, 2009
Page 2

I am free to further meet and confer concerning these matters Tuesday afternoon, June 30, 2009, before 2 pm and after 4 pm.

Very truly yours,

Amman A. Khan
of GLASER, WEIL, FINK, JACOBS,
HOWARD & SHAPIRO, LLP

AK:NSP

680532

EXHIBIT _____ 19

PAGE _____ 267