ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone:   +1-415-773-5700
Facsimile:   +1-415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA  90017
Telephone:   +1-213-629-2020
Facsimile:   +1-213-612-2499

Attorneys for MGA ENTERTAINMENT, INC., MGA
ENTERTAINMENT HK, LTD.,
MGAE de MEXICO, S.R.L. de C.V., and ISAAC
LARIAN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>        Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation<br><br>        Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 SGL (RNBx)<br><br>Consolidated with: Case No. CV 04-9059 and Case No. CV 05-2727<br><br>DISCOVERY MATTER<br>[Assigned to Discovery Master Robert O'Brien]<br><br>**STIPULATION RE CONTINUANCE OF DATE FOR *IN CAMERA* REVIEW**<br><br>**([PROPOSED] ORDER FILED CONCURRENTLY)** |

1   WHEREAS, on March 27, 2009 Mattel, Inc. filed its Motion to Compel *In*

2   *Camera* Review and Production of Non-Attorney or Non-Legal Communications

3   Listed on MGA's Privilege Logs;

4   WHEREAS, on May 18, 2009, Discovery Master Robert C. O'Brien ordered

5   that Plaintiff and Counter-Defendant MGA Entertainment, Inc. and Isaac Larian

6   (collectively "MGA Parties") produce documents listed in Appendices A-E of

7   Mattel's Motion to Compel for *in camera* review;

8   WHEREAS, the deadline for the MGA Parties to comply with that portion of

9   Order No. 33 is July 28, 2009;

10  WHEREAS, the MGA Parties have requested, and Mattel is agreeable to, a

11  continuance of the deadline for the MGA Parties to comply with that portion of

12  Order No. 33 until August 4, 2009;

13  WHEREAS, the MGA Parties represent that the requested continuation is not

14  for the purposes of delay, but to allow new counsel for the MGA Parties an

15  opportunity to perform a complete and meaningful review of the documents on

16  Appendices A-E;

17  NOW THEREFORE, Mattel and the MGA Parties, by and through their

18  respective counsel of record, hereby stipulate and agree, subject to the approval of

19  the Discovery Master, that the deadline for the MGA Parties to comply with the *in*

20  *camera* review submission required by Order No. 33 is August 4, 2009.

21  IT IS SO STIPULATED.

22  Dated:    July 22, 2009          QUINN EMANUEL URQUHART OLIVER & HEDGES LLP

23

24

25          By:   /s/ B. Dylan Proctor_____
                  B. Dylan Proctor
26                Attorneys for Mattel, Inc.

27

28

1    Dated:    July 21, 2009          ORRICK, HERRINGTON & SUTCLIFFE LLP

2

3                                     By:    /s/ Annette L. Hurst_____
                                            Annette L. Hurst
                                            Attorneys for the MGA Parties
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28