ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone: +1-415-773-5700
Facsimile: +1-415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: +1-213-629-2020
Facsimile: +1-213-612-2499

Attorneys for MGA ENTERTAINMENT, INC., MGA ENTERTAINMENT HK, LTD., MGAE de MEXICO, S.R.L. de C.V., and ISAAC LARIAN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 SGL (RNBx)<br><br>Consolidated with: Case No. CV 04-9059 and Case No. CV 05-2727<br><br>The Honorable Stephen J. Larson<br><br>**[PROPOSED] ORDER RE STIPULATION FOR CONTINUANCE OF DATE FOR *IN CAMERA* REVIEW** |

**[PROPOSED] ORDER**

The stipulated continuance of the deadline on which MGA must comply with Order No. 33 regarding an *in camera* review of documents designated in Appendices A-E of Mattel's Motion to Compel *In Camera* Review and Production of Non-Attorney or Non-Legal Communications Listed on MGA's Privilege Logs is **GRANTED**.

The new date on which the MGA Parties shall comply with the *in camera* review submission required by Order No. 33 is August 4, 2009.

IT IS SO ORDERED.

DATED: _____, 2009

_____
Robert C. O'Brien
Discovery Master