ORIGINAL

1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     John B. Quinn (Bar No. 090378)
2    (johnquinn@quinnemanuel.com)
     Michael T. Zeller (Bar No. 196417)
3    (michaelzeller@quinnemanuel.com)
     Jon D. Corey (Bar No. 185066)
4    (joncorey@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
6  Facsimile: (213) 443-3100

7  Attorneys for Mattel, Inc.

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                   EASTERN DIVISION

11 | CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx)
12 |          Plaintiff,           | Consolidated with
   |                               | Case No. CV 04-09059
13 |          vs.                  | Case No. CV 05-02727
14 | MATTEL, INC., a Delaware      | Hon. Stephen G. Larson
   | corporation,                  |
15 |                               | APPLICATION TO FILE UNDER SEAL
   |          Defendant.           | DECLARATION OF MARSHALL M.
16 |                               | SEARCY IN SUPPORT OF MATTEL,
   |                               | INC.'S MOTION FOR ISSUANCE OF
17 | AND CONSOLIDATED ACTIONS      | LETTERS OF REQUEST FOR VARGAS
   |                               | AND TRUEBA

18                                 [[Proposed] Order Filed Concurrently
                                   Herewith]
19
                                   **Phase 2**
20                                 Discovery Cut-off: December 11, 2009
                                   Pre-trial Conference: March 1, 2010
21                                 Trial Date: March 23, 2010

22

23

24

25

26

27

28

07975/3021402.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2  entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully
3  requests that the Court order filed under seal Exhibits 3 and 4 to the Declaration of
4  Marshall M. Searcy in Support of Mattel, Inc.'s Motion for Issuance of Letters of
5  Request for Vargas and Trueba (the "Declaration").
6  The Declaration includes materials that MGA has designated as
7  "Confidential -- Attorney's Eyes Only" pursuant to the Protective Order.  MGA has
8  designated Exhibit 4, and the information contained in Exhibit 3, as "Confidential --
9  Attorney's Eyes Only."  Accordingly, Mattel requests that the Court order that these
10 exhibits be filed under seal.
11 In the alternative, Mattel requests that the Court declare that the
12 Declaration is outside the definition of "Confidential" as contained in the Stipulated
13 Protective Order and order it to be filed as part of the public record.

16 DATED: July 23, 2009              QUINN EMANUEL URQUHART OLIVER &
                                     HEDGES, LLP

                                     By /s/ Cyrus S. Naim
                                        Cyrus S. Naim
                                        Attorneys for Mattel, Inc.

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On July 23, 2009, I served true copies of the following document(s) described as **APPLICATION TO FILE UNDER SEAL DECLARATION OF MARSHALL M. SEARCY IN SUPPORT OF MATTEL, INC.'S MOTION FOR ISSUANCE OF LETTERS OF REQUEST FOR VARGAS AND TRUEBA** on the parties in this action as follows:

Thomas J. Nolan, Esq.
Jason D. Russell, Esq.
Skadden Arps Slate Meagher & Flom
300 S. Grand Avenue, Suite 3400
Los Angeles, CA 90071
thomas.nolan@skadden.com
jason.russell@skadden.com

Melinda Haag
Annette L. Hurst
Warrington S. Parker III
Orrick, Herrington & Sutcliffe, LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
mhaag@orrick.com
ahurst@orrick.com
wparker@orrick.com

William A. Molinski
Orrick, Herrington & Sutcliffe, LLP
777 South Figueroa Street
Suite 3200
Los Angeles, CA 90017
wmolinski@orrick.com

Mark E. Overland, Esq.
Alexand H. Cote, Esq.
Overland Borenstein Scheper & Kim LLP
601 West Fifth Street, 125th Floor
Los Angeles, CA 90071
moverland@scheperkim.com
acote@scheperkim.com

Todd E. Gordinier
Bingham McCutchen LLP
600 Anton Boulevard, 18th Floor
Costa Mesa, CA 92626
todd.gordinier@bingham.com

**BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 23, 2009, at Los Angeles, California.

_____
Yalonda J. Dekle

07975/3006965.1