Name & Address:

Annette L. Hurst (State Bar No. 148738)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| CARTER BRYANT, an individual | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | Case No. CV 04-9049 SGL (RNBx) |
| v. | |
| MATTEL, INC., a Delaware Corporation | NOTICE OF MANUAL FILING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**

Application to File Under Seal; Proposed Order; Exhibits B and C to the Decl. of Yas Raouf ISO MGA Parties' Opposition to Motion for Additional Time to Conduct Deposition of Isaac Larian/Cross-Motion for Protective Order Limiting Scope; Frank D. Rorie Decl. ISO same; MGA Parties' Opposition/Cross-Motion

**Document Description:**

☐ Administrative Record

☑ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☑ Other  Application to File Under Seal; Proposed Order granting Application; MGA Parties' Opposition to Motion for Additional Time to Conduct Deposition of Isaac Larian /Cross-Motion for Protective Order Limiting Scope; Decl. of Frank D. Rorie

**Reason:**

☑ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☐ Manual Filing required (*reason*):

July 24, 2009                                                           Annette L. Hurst /s/
Date                                                                    Attorney Name

                                                                        MGA Entertainment, Inc., and Isaac Larian
                                                                        Party Represented

Note:  File one Notice in each case, each time you manually file document(s).

G-92 (03/09)                              NOTICE OF MANUAL FILING