| | |
|---|---|
| 1 | MELINDA HAAG (State Bar No. 132612) |
| | mhaag@orrick.com |
| 2 | ANNETTE L. HURST (State Bar No. 148738) |
| | ahurst@orrick.com |
| 3 | WARRINGTON S. PARKER III (State Bar No. 148008) |
| | wparker@orrick.com |
| 4 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | The Orrick Building |
| 5 | 405 Howard Street |
| | San Francisco, CA  94105-2669 |
| 6 | Telephone:   +1-415-773-5700 |
| | Facsimile:    +1-415-773-5759 |
| 7 | |
| 8 | WILLIAM A. MOLINSKI (State Bar No. 145186) |
| | wmolinski@orrick.com |
| | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 9 | 777 South Figueroa Street, Suite 3200 |
| | Los Angeles, CA  90017 |
| 10 | Telephone:   +1-213-629-2020 |
| | Facsimile:    +1-213-612-2499 |
| 11 | |
| 12 | Attorneys for MGA Parties |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | Case No.  CV 04-9049-SGL (RNBx) |
| Plaintiff, | |
| v. | **PROOF OF SERVICE BY MAIL** |
| MATTEL, INC., a Delaware corporation, | |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | |

OHS West:260700235.1                                                                                              PROOF OF SERVICE

# PROOF OF SERVICE BY MAIL

I am a citizen of the United States, over eighteen years old, and not a party to this action. My place of employment and business address is Orrick, Herrington & Sutcliffe LLP, 405 Howard Street, San Francisco, California 94105.

On July 24, 2009, I served the following documents:

1. **NOTICE OF MANUAL FILING;**

2. **NOTICE OF CHANGE OF ATTORNEY INFORMATION FOR YAS RAOUF;**

3. **NOTICE OF CHANGE OF ATTORNEY INFORMATION FOR FRANK DANIEL RORIE, JR; AND**

4. **NOTICE OF CHANGE OF ATTORNEY INFORMATION FOR LAURA KIERAN KIECKHEFER;**

on the interested parties in this action by placing true and correct copies thereof in sealed envelope(s) addressed as follows:

| | |
|---|---|
| **Cheryl Plambeck**<br>**Davis & Gilbert LLP**<br>**1740 Broadway**<br>**New York, NY 10019** | **Peter H. Bonis**<br>**Peter H. Bonis Law Offices**<br>**1990 N. California Boulevard**<br>**8th Floor**<br>**Walnut Creek, CA 94596** |
| **Kien C. Tiet**<br>**Stern and Goldberg**<br>**6345 Balboa Boulevard,**<br>**Suite 200**<br>**Encino, CA 91316** | |

I am employed in the county from which the mailing occurred. On the date indicated above, I placed the sealed envelope(s) for collection and mailing at this firm's office business address indicated above. I am readily familiar with this firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the firm's correspondence would be deposited with the United States Postal Service on this same date with postage thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct.

OHS West:260700235.1                           - 1 -                           PROOF OF SERVICE

1  Executed on July 24, 2009, at San Francisco, California.

3  /s/ Rica Rivera
   Rica Rivera