PATRICIA L. GLASER (Bar No. 055668)
pglaser@glaserweil.com
GLASER WEIL FINK JACOBS & SHAPIRO
10250 Constellation Blvd., 19th Floor
Los Angeles, California 90067
Telephone: (310) 553-3000
Facsimile: (310) 557-9815

RUSSELL J. FRACKMAN (Bar No. 49087)
rjf@msk.com
PATRICIA H. BENSON (Bar No. 60565)
phb@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for The MGA Parties For Phase Two

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED CASES | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br>[To Be Heard By Discovery Master Robert O'Brien Pursuant To Order Of January 6, 2009]<br><br>**DECLARATION OF ROBERT J. HERRINGTON IN SUPPORT OF MGA ENTERTAINMENT, INC.'S MOTION TO COMPEL FURTHER RESPONSES TO MGA'S FIRST SET OF PHASE 2 INTERROGATORIES AND SECOND SET OF PHASE 2 REQUESTS FOR PRODUCTION**<br><br>[Motion and Declarations of Andrew C. Spitser and Caroline H. Mankey Filed Concurrently]<br><br>Date: TBD<br>Time: TBD<br>Place: TBD<br>**Phase 2**<br>Discovery Cutoff: December 11, 2009<br>Pretrial Conference: March 1, 2010<br>Trial Date: March 23, 2010 |

I, ROBERT J. HERRINGTON, declare:

1. I am an attorney at law duly licensed to practice law in the State of California and before this Court. I am a counsel with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP & Affiliates, former attorneys of record for the MGA Parties. I have personal knowledge of the following facts and, if called and sworn as a witness, could and would competently testify thereto.

2. I was the attorney for MGA who was primarily responsible for meeting and conferring with Mattel's counsel regarding Mattel's responses to MGA's Second Set of Interrogatories, which MGA served on December 4, 2007.

3. It is my memory that we received Mattel's responses to MGA's Second Set of Interrogatories on or about January 3, 2008. After meet and confer discussions between counsel, Mattel provided supplemental responses to seven of the interrogatories on or about March 5, 2008.

4. In the meet and confer process, I primarily worked with Dylan Proctor of Quinn Emanuel, who represented Mattel.

5. During the meet and confer, we negotiated that Mattel would answer certain of the interrogatories at issue, while others would be discussed at a later time. The idea was simply to get responses to the interrogatories most critical to the Phase 1 trial and deal with the others at a later date. MGA never agreed with Mattel's objection that any of the interrogatories at issue were compound or that MGA had served more than 50 interrogatories.

//
//
//
//
//
//

1

DECLARATION OF ROBERT J. HERRINGTON IN SUPPORT OF MGA'S MOTION TO COMPEL FURTHER RESPONSES TO MGA'S FIRST SET OF PHASE 2 INTERROGATORIES AND SECOND SET OF PHASE 2 REQUESTS FOR PRODUCTION

6. At no time during the meet and confer process did the Parties reach an agreement regarding counting any subsequent supplemental responses to these interrogatories against MGA's right to serve interrogatories in Phase 2 of this action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 9th day of July, 2009, at Los Angeles, California.

_____
Robert J. Herrington

Mitchell Silberberg & Knupp LLP
2293851.1

2

DECLARATION OF ROBERT J. HERRINGTON IN SUPPORT OF MGA'S MOTION TO COMPEL FURTHER RESPONSES TO MGA'S FIRST SET OF PHASE 2 INTERROGATORIES AND SECOND SET OF PHASE 2 REQUESTS FOR PRODUCTION