| | |
|---|---|
| 1 | MELINDA HAAG (State Bar No. 132612) |
| | mhaag@orrick.com |
| 2 | ANNETTE L. HURST (State Bar No. 148738) |
| | ahurst@orrick.com |
| 3 | WARRINGTON S. PARKER III (State Bar No. 148003) |
| | wparker@orrick.com |
| 4 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | The Orrick Building |
| 5 | 405 Howard Street |
| | San Francisco, CA 94105 |
| 6 | Telephone: +1-415-773-5700 |
| | Facsimile: +1-415-773-5759 |
| 7 | |
| | WILLIAM A. MOLINSKI (State Bar No. 145186) |
| 8 | wmolinski@orrick.com |
| | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 9 | 777 South Figueroa Street, Suite 3200 |
| | Los Angeles, CA 90017 |
| 10 | Telephone: +1-213-629-2020 |
| | Facsimile: +1-213-612-2499 |
| 11 | |
| | Attorneys for MGA Parties |
| 12 | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual | Case No. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with: CV 04-9059 CV 05-2727 |
| v. | **DISCOVERY MATTER** |
| MATTEL, INC., a Delaware Corporation | **[To Be Heard By Discovery Master Robert C. O'Brien]** |
| Defendant. | **[PROPOSED] ORDER RE MGA ENTERTAINMENT'S MOTION TO COMPEL CUSTODIAL INFORMATION AND FOR SANCTIONS** |
| AND CONSOLIDATED ACTIONS | |

**[PROPOSED] ORDER**

MGA Entertainment, Inc.'s Motions to Compel Custodial Information and for Sanctions duly came on for hearing before the Discovery Master on ____. Having considered the papers submitted in connection with the Motions and the argument of counsel, the Discovery Master hereby orders as follows.

The Motion to Compel previously collected custodial information is GRANTED. Within five days of this order, Mattel shall supply in an electronic tabular form mutually agreeable to MGA all custodial information it has collected pertaining to its previously produced documents in such fashion as is necessary to correlate such data with the documents previously produced. Mattel is also ordered to collect and produce custodial data with respect to all future document productions.

The Motion for Sanctions is GRANTED. Mattel's refusal to provide custodial data already in its possession was without substantial justification. Mattel shall pay monetary sanctions in the amount of $__ to MGA within ten days of this Order.

IT IS SO ORDERED.

DATED: _____, 2009

_____
Robert C. O'Brien
Discovery Master