1  DIANA M. TORRES (S.B. #162284)
   O'MELVENY & MYERS LLP
2  400 South Hope Street
   Los Angeles, California 90071-2899
3  Telephone: (213) 430-6000
   Facsimile: (213) 430-6407
4  Email: dtorres@omm.com

5  DALE M. CENDALI (admitted pro hac vice)
   MICHAEL KEATS (admitted pro hac vice)
6  JOHANNA SCHMITT (admitted pro hac vice)
   O'MELVENY & MYERS LLP
7  Times Square Tower
   7 Times Square
8  New York, New York 10036
   Telephone: (212) 326-2000
9  Facsimile: (212) 326-2061
   Email: dcendali@omm.com
10
   PATRICIA GLASER (S.B. # 55668)
11 CHRISTENSEN, GLASER, FINK,
   JACOBS, WEIL & SHAPIRO LLP
12 10250 Constellation Boulevard, 19th Floor
   Los Angeles, CA 90067
13 Telephone: (310) 553-3000
   Facsimile: (310) 556-2920
14 Email: pglaser@chrisglase.com

15 Attorneys for Plaintiff
   MGA Entertainment, Inc.
16

17                 UNITED STATES DISTRICT COURT
18                 CENTRAL DISTRICT OF CALIFORNIA
19                        EASTERN DIVISION
20
   CARTER BRYANT, an individual,        Case No. CV 04-09049 SGL (RNBx)
21                                      (Consolidated with CV 04-9059 and
              Plaintiff,                CV 05-2727)
22
         v.                             **MGA'S FOURTH SET OF
23                                      REQUESTS FOR THE
   MATTEL, INC., a Delaware Corporation, PRODUCTION OF
24                                      DOCUMENTS AND THINGS IN
              Defendant                 CASE NO. 05-2727**
25
   CONSOLIDATED WITH
26
   MATTEL, INC. v. BRYANT and
27 MGA ENTERTAINMENT, INC. v.
   MATTEL, INC.
28

| | | |
|---|---|---|
| 1 | PROPOUNDING PARTY: | MGA ENTERTAINMENT, INC. |
| 2 | RESPONDING PARTY: | MATTEL, INC. |
| 3 | SET NO. | FOUR |
| 4 | NOS. | 384-469 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, plaintiff MGA Entertainment, Inc. ("MGA") requests that defendant Mattel, Inc. ("Mattel") produce all DOCUMENTS and tangible things described, in accordance with the Definitions and Instructions set forth below, at 9:00 a.m. on July 6, 2007, at the offices of O'Melveny & Myers LLP, 400 South Hope Street, Los Angeles, California 90071.

**DEFINITIONS**

As used in these Requests:

1. "4-EVER BEST FRIENDS" means and refers to each image, character, logo, doll, toy, accessory, product, packaging or any other thing that is or has ever been manufactured, marketed or sold by MGA, or others under license by MGA, as part of a line of goods or merchandise commonly known as, or sold and marketed under the name "4-Ever Best Friends."

2. "ACCELERACERS" means and refers to each image, character, logo, toy, accessory, product, packaging or any other thing that is or has ever been manufactured, marketed or sold by MATTEL, or others under license by MATTEL, as part of a line of goods or merchandise commonly known as, or sold and marketed under the name "AcceleRacerS."

3. "ADVERTISEMENT" means a commercial message or advertisement in any medium, including without limitation, television, radio, movies, magazines, newspapers, the Internet, signage, and billboards.

- 1 -

MGA'S FOURTH SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS

DOCUMENT or a copy thereof from another person or entity who has physical possession of the DOCUMENT.

2. If any DOCUMENT or category of DOCUMENTS is not produced in full, please state with particularity the reason or reasons it is not being produced in full.

3. Each DOCUMENT is to be produced as it is kept in the usual course of business, including all file folders, binders, notebooks, and other devices by which such DOCUMENTS may be organized, separated, or identified.

4. Each DOCUMENT maintained or stored electronically in native, electronic format is to be produced with all relevant metadata intact and in an appropriate and useable electronic manner.

5. These Requests impose a continuing obligation subsequent to your initial production to the full extent provided for in Rule 26(e) of the Federal Rules of Civil Procedure.

## REQUESTS FOR PRODUCTION

**REQUEST NO. 384:**

All DOCUMENTS REFERRING OR RELATING TO the origins or sources of inspiration of "ACCELERACERS," including, without limitation, the purpose for which "ACCELERACERS" products were created.

**REQUEST NO. 385:**

All DOCUMENTS REFERRING OR RELATING TO the design, development, conception, creation, origins or sources of inspiration for the "ACCELERACERS" logo.

**REQUEST NO. 386:**

All DOCUMENTS REFERRING OR RELATING TO the decision rename one of YOUR "Hot Wheels" toy lines "ACCELERACERS."

**REQUEST NO. 387:**

Neil Friedman) REFERRING OR RELATING TO "BRATZ," BRATZ television programming (including without limitation any animated program consisting of or containing the BRATZ characters, images, logos, trademark and trade dress), MGA, LARIAN or any other person known to YOU to work or to have worked with or for MGA on "BRATZ" or BRATZ television programming, and all DOCUMENTS REFERRING OR RELATING TO such COMMUNICATIONS.

Dated: June 6, 2007             O'MELVENY & MYERS LLP

                                */s/ Johanna Schmitt*
                                Johanna Schmitt
                                Attorneys for MGA Entertainment, Inc.

NY1:1695331.1

- 22 -

MGA'S FOURTH SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS