THOMAS J. NOLAN (Bar No. 066992)
HARRIET S. POSNER (Bar. No. 116097)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, California 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600
E-mail: tnolan@skadden.com
        hposner@skadden.com

RAOUL D. KENNEDY (Bar No. 40892)
TIMOTHY A. MILLER (Bar No. 154744)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Embarcadero Center, 38th Floor
San Francisco, CA 94111-5974
Telephone: (415) 984-6400
Facsimile: (415) 984-2698
Email: rkennedy@skadden.com
       tmiller@skadden.com

AMY S. PARK (Bar No. 208204)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, CA 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570
Email: apark@skadden.com

Attorneys for Counter-Defendants,
MGA ENTERTAINMENT, INC., ISAAC LARIAN, MGA ENTERTAINMENT (HK) LIMITED, AND MGAE de MEXICO S.R.L. de C.V.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation<br><br>Defendant. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>**MGA'S SIXTH SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS IN CASE NO. 05-2727**<br><br>Honorable Stephen G. Larson<br>Courtroom 1 |

Consolidated with MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC.

Discovery Cut-Off: March 3, 2008

**PROPOUNDING PARTY:** MGA ENTERTAINMENT, INC.

**RESPONDING PARTY:** MATTEL, INC.

**SET NUMBER:** SIX

**NOs.:** 540 - 571

3.  If any DOCUMENT or category of DOCUMENTS is not produced in full, please state with particularity the reason or reasons it is not being produced in full.

4.  Each DOCUMENT is to be produced as it is kept in the usual course of business, including all file folders, binders, notebooks, and other devices by which such DOCUMENTS may be organized, separated, or identified.

5.  Each DOCUMENT maintained or stored electronically in native, electronic format is to be produced with all relevant metadata intact and in an appropriate and useable electronic manner.

6.  Unless otherwise noted, these Requests seek DOCUMENTS from January 1, 1998, to the present.

7.  These Requests impose a continuing obligation subsequent to your initial production to the full extent provided for in Rule 26(e) of the Federal Rules of Civil Procedure.

## REQUESTS FOR PRODUCTION

**REQUEST NO. 540:**

Each of MATTEL's Brand Directional Outlines.

**REQUEST NO. 541:**

Each version of the EMPLOYEE INVENTIONS AGREEMENT adopted and/or used by or on behalf of MATTEL, including specifically the version identified by Lissa Freed at her deposition, pages 56-59, implemented by MATTEL according to her testimony during the years 2004-2006.

**REQUEST NO. 542**

Each version of MATTEL's "Proprietary Information Checkout" form, and/or each version of any similar forms used for a comparable purpose in connection with

value of original drawings, designs or ideas for a product, including, but not limited to, such determinations expressed as a fraction or percentage of the overall value of that product and other related products based on those original drawings, designs or ideas.

**REQUEST NO. 570:**

All DOCUMENTS REFERRING OR RELATING TO any research or investigation by YOU to determine the estimated value of original drawings, designs or ideas for any toy, including, but not limited to, fashion dolls owned or licensed by MATTEL, including, but not limited to, such determinations expressed as a fraction or percentage of the overall value of all products based on those original drawings, designs or ideas.

**REQUEST NO. 571:**

All DOCUMENTS REFERRING OR RELATING TO any decision made by YOU to sell, grant or license to any PERSON the rights to any toy design or idea, including, but not limited to fashion dolls, that YOU did not intend to exploit or develop.

DATED:     November 16, 2007

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

*Thomas G. Nolan/PHN*

Thomas J. Nolan

Attorneys for Counter-Defendants, MGA ENTERTAINMENT, INC., ISAAC LARIAN, MGA ENTERTAINMENT (HK) LIMITED, AND MGAE de MEXICO S.R.L. de C.V.