```
 1  DIANA M. TORRES (S.B. #162284)
    PAULA E. AMBROSINI (S.B. #193126)
 2  ALICIA C. MEYER (S.B. #230189)
    O'MELVENY & MYERS, LLP
 3  400 South Hope Street
    Los Angeles, California 90071-2899
 4  Telephone: (213) 430-6000
    Facsimile: (213) 430-6407
 5  Email: dtorres@omm.com

 6  DALE M. CENDALI (admitted pro hac vice)
    O'MELVENY & MYERS, LLP
 7  Times Square Tower
    7 Times Square
 8  New York, New York 10036
    Telephone: (212) 326-2000
 9  Facsimile: (212) 326-2061

10  Attorneys for Defendant-in-Intervention,
    MGA Entertainment, Inc.
11
```

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTEL, INC., a Delaware Corporation,<br><br>                    Plaintiff,<br><br>    v.<br><br>CARTER BRYANT, an individual, and MGA ENTERTAINMENT, INC., a California Corporation,<br><br>Defendant and Defendant-in-Intervention.<br><br>AND RELATED COUNTERCLAIMS | Case No. CV04-9059 NM (RNBx)<br><br>**MGA'S SECOND SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS**<br><br>Date Filed:       April 27, 2004<br><br>Discovery cut-off:   None |

PROPOUNDING PARTY:    MGA ENTERTAINMENT, INC.

RESPONDING PARTY:     MATTEL, INC.

SET NO.               TWO

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, defendant-in-intervention MGA Entertainment, Inc. ("MGA") requests that plaintiff Mattel, Inc. ("Mattel") produce all DOCUMENTS and tangible things described, in accordance with the Definitions and Instructions set forth below, at 10:00 a.m. on May 13, 2005, at the offices of O'Melveny & Myers LLP, 400 South Hope Street, Los Angeles, California 90071.

## INSTRUCTIONS

1.  YOU are instructed to produce all non-privileged DOCUMENTS in YOUR possession, custody or control. A document is in YOUR "possession, custody, or control" if it is in YOUR physical possession, or if, as a practical matter, YOU have the ability, upon request, to obtain possession of the DOCUMENT or a copy thereof from another person or entity who has physical possession of the DOCUMENT.

2.  If any DOCUMENT or category of DOCUMENTS is not produced in full, please state with particularity the reason or reasons it is not being produced in full, and describe, to the best of YOUR knowledge, information and belief, and with as much particularity as possible, the DOCUMENT or portions of the DOCUMENT that are not being produced.

3.  Each DOCUMENT is to be produced as it is kept in the usual course of business, including all file folders, binders, notebooks, and other devices by which such DOCUMENTS may be organized or separated.

4.  If YOU withhold any DOCUMENT, or portion of a DOCUMENT, on grounds that it is protected from discovery by the attorney-client privilege, work product doctrine, or other privilege, please set forth for each DOCUMENT or portion of a DOCUMENT withheld:

LA2:753260.3                                - 1 -                    MGA'S SECOND SET OF REQUESTS FOR THE
                                                                     PRODUCTION OF DOCUMENTS AND THINGS

**REQUEST NO. 350:**

All COMMUNICATIONS and all DOCUMENTS constituting, mentioning, describing, discussing, referring or relating to all COMMUNICATIONS with the United States Copyright Office in connection with the registration of "Toon Teens."

Dated: April 13, 2005

DIANA M. TORRES
PAULA E. AMBROSINI
ALICIA C. MEYER
O'MELVENY & MYERS LLP

*Alicia C. Meyer*
Alicia C. Meyer
Attorneys for MGA Entertainment, Inc.