| | |
|---|---|
| 1 | DIANA M. TORRES (S.B. #162284) |
|   | JAMES P. JENAL (S.B. #180190) |
| 2 | O'MELVENY & MYERS LLP |
|   | 400 South Hope Street |
| 3 | Los Angeles, California 90071-2899 |
|   | Telephone: (213) 430-6000 |
| 4 | Facsimile: (213) 430-6407 |
|   | Email: dtorres@omm.com |
| 5 | |
|   | DALE M. CENDALI (admitted pro hac vice) |
| 6 | O'MELVENY & MYERS LLP |
|   | Times Square Tower |
| 7 | 7 Times Square |
|   | New York, New York 10036 |
| 8 | Telephone: (212) 326-2000 |
|   | Facsimile: (212) 326-2061 |
| 9 | Email: dcendali@omm.com |
| 10 | PATRICIA GLASER (S.B. # 55668) |
|    | CHRISTENSEN, GLASER, FINK, |
| 11 | JACOBS, WEIL & SHAPIRO LLP |
|    | 10250 Constellation Boulevard, 19th Floor |
| 12 | Los Angeles, CA 90067 |
|    | Telephone: (310) 553-3000 |
| 13 | Facsimile: (310) 556-2920 |
|    | Email: pglaser@chrisglase.com |
| 14 | |
|    | Attorneys for Plaintiff |
| 15 | MGA Entertainment, Inc. |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MGA ENTERTAINMENT, INC., | | Case No. CV 04-09049 SGL (RNBx) |
| | Plaintiff, | **MGA'S FIRST SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS** |
| v. | | |
| MATTEL, INC., a Delaware Corporation, and DOES 1-10, Defendants. | | |

EXHIBIT 3  PAGE 105

MGA'S FIRST SET OF REQUESTS FOR THE
PRODUCTION OF DOCUMENTS AND THINGS

11-22

Exhibit I - Page 34

| | |
|---|---|
| PROPOUNDING PARTY: | MGA ENTERTAINMENT, INC. |
| RESPONDING PARTY: | MATTEL, INC. |
| SET NO. | ONE |
| NOS. | 1-115 |

## TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, plaintiff MGA Entertainment, Inc. ("MGA") requests that defendant Mattel, Inc. ("Mattel") produce all documents and tangible things described, in accordance with the Definitions and Instructions set forth below, on December 22, 2006, at the offices of O'Melveny & Myers LLP, 400 South Hope Street, Los Angeles, California 90071.

### DEFINITIONS

As used in these Requests:

1. "BRATZ" means and refers to each image, character, logo, doll, toy, accessory, product, packaging or other thing or matter that is or has ever been manufactured, marketed or sold by MGA, or others under license, as part of a line of goods or merchandise commonly known as, or sold and marketed under the "Bratz" trademark or trade dress including but not limited to the "BRATZ CONCEPT," "FIRST BRATZ DOLLS," "BRATZ DOLLS," "BRATZ PACK," "LIL' BRATZ," "BRATZ PETZ," "BRATZ BABYZ," and "BRATZ BOYZ."

2. "BRATZ CONCEPT" means and refers to each "BRATZ"-related image, drawing, picture, sculpt, mold, prototype and any other form of artwork predating the FIRST BRATZ DOLLS, examples of which have been the subject of Mr. Bryant's testimony and produced by Mr. Bryant in *Mattel v. Bryant*, now part of consolidated Case No. CV 04-09049 SGL (RNBx), bearing Bates serial numbers

- 1 -

MGA'S FIRST SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS

EXHIBIT 3 PAGE 106

Exhibit I - Page 35

and directors and any one else acting on its, his or her behalf, pursuant to its, his or her authority or subject to its, his or her control.

22. "REFERRING OR RELATING TO" should be construed in the broadest possible sense to mean concerning, consisting of, referring to, relating to, describing, discussing, constituting, evidencing, containing, reflecting, mentioning, pertaining to, citing, summarizing, analyzing or bearing any logical or factual connection with the matter requested or described.

23. The singular form includes the plural, and vice versa.

24. The terms "any" and "all" are interchangeable.

25. The terms "and" and "or" shall be construed disjunctively and conjunctively, and each shall include the other whenever such dual construction will serve to bring within the scope of any interrogatory, information that would otherwise not be within its scope.

## INSTRUCTIONS

1. YOU are instructed to produce all non-privileged DOCUMENTS in YOUR possession, custody or control. A document is in YOUR "possession, custody, or control" if it is in YOUR physical possession, or if, as a practical matter, YOU have the right, upon request, to obtain possession of the DOCUMENT or a copy thereof from another person or entity who has physical possession of the DOCUMENT.

2. If any DOCUMENT or category of DOCUMENTS is not produced in full, please state with particularity the reason or reasons it is not being produced in full, and describe, to the best of YOUR knowledge, information and belief, and with as much particularity as possible, the DOCUMENT or portions of the DOCUMENT that are not being produced.

3. Each DOCUMENT is to be produced as it is kept in the usual course of business, including all file folders, binders, notebooks, and other devices by which such DOCUMENTS may be organized or separated.

- 8 -   MGA'S FIRST SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS

EXHIBIT 3 PAGE 113

Exhibit I - Page 36

**REQUEST NO. 111:**

All COMMUNICATIONS between YOU and any supplier REFERRING OR RELATING TO whether "MY SCENE" copies, replicates, or in any way imitates the appearance of "BRATZ."

**REQUEST NO. 112:**

All COMMUNICATIONS between YOU and any other third party REFERRING OR RELATING TO whether "MY SCENE" copies, replicates, or in any way imitates the appearance of "BRATZ".

**REQUEST NO. 113:**

Documents sufficient to identify those persons, by name and title, for the time period from October 1998 through the end of December 2000, associated with the originating telephone numbers contained in the documents produced by YOU in *Mattel v. Bryant*, now part of consolidated Case No. CV 04-09049 SGL (RNBx), with Bates numbers M0001825-M0012534.

**REQUEST NO. 114:**

All DOCUMENTS tending to support or refute any of the denials, allegations or statements in YOUR ANSWER, not produced in response to another Request.

**REQUEST NO. 115:**

All DOCUMENTS tending to support or refute YOUR affirmative defenses to the COMPLAINT, not produced in response to another Request.

Dated: November 22, 2006        O'MELVENY & MYERS LLP

                                _____
                                James P. Jenal
                                Attorneys for MGA Entertainment, Inc.

- 30 -         MGA'S FIRST SET OF REQUESTS FOR THE
               PRODUCTION OF DOCUMENTS AND THINGS

EXHIBIT 3 PAGE 135

Exhibit I - Page 37