```
 1  DALE M. CENDALI (admitted pro hac vice)
    DIANA M. TORRES (S.B. #162284)
 2  JAMES P. JENAL (S.B. #180190)
    O'MELVENY & MYERS LLP
 3  400 South Hope Street
    Los Angeles, California 90071-2899
 4  Telephone: (213) 430-6000
    Facsimile: (213) 430-6407
 5  Email: dtorres@omm.com

 6  PATRICIA GLASER (S.B. # 55668)
    CHRISTENSEN, GLASER, FINK,
 7  JACOBS, WEIL & SHAPIRO LLP
    10250 Constellation Boulevard, 19th Floor
 8  Los Angeles, CA 90067
    Telephone: (310) 553-3000
 9  Facsimile: (310) 556-2920
    Email: pglaser@chrisglase.com
10
    Attorneys for Defendant-in-Intervention,
11  MGA Entertainment, Inc.
```

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| MATTEL, INC., a Delaware Corporation, | Case No. CV04-9059 NM (RNBx) |
|---|---|
| Plaintiff, | **MGA'S THIRD SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS** |
| v. | |
| CARTER BRYANT, an individual, and MGA ENTERTAINMENT, INC., a California Corporation, | Date Filed: April 27, 2004 |
| | Discovery cut-off: October 22, 2007 |
| Defendant and Defendant-in-Intervention. | |
| AND RELATED COUNTERCLAIMS | |

PROPOUNDING PARTY:   MGA ENTERTAINMENT, INC.

RESPONDING PARTY:    MATTEL, INC.

SET NO.              THREE

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

LA2:823582.1

EXHIBIT __4__ PAGE __137__

MGA'S THIRD SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS

1  matter, YOU have the right, upon request, to obtain possession of the DOCUMENT
2  or a copy thereof from another person or entity who has physical possession of the
3  DOCUMENT.
4      2.    If any DOCUMENT or category of DOCUMENTS is not produced in
5  full, please state with particularity the reason or reasons it is not being produced in
6  full, and describe, to the best of YOUR knowledge, information and belief, and
7  with as much particularity as possible, the DOCUMENT or portions of the
8  DOCUMENT that are not being produced.
9      3.    Each DOCUMENT is to be produced as it is kept in the usual course
10 of business, including all file folders, binders, notebooks, and other devices by
11 which such DOCUMENTS may be organized or separated.
12     4.    If YOU withhold any DOCUMENT, or portion of a DOCUMENT, on
13 grounds that it is protected from discovery by the attorney-client privilege, work
14 product doctrine, or other privilege, please set forth for each DOCUMENT or
15 portion of a DOCUMENT withheld:
16     (a)    The place, approximate date, and manner of recording, creating
17     or otherwise preparing the DOCUMENT;
18     (b)    The names and organization position, if any, of each author,
19     sender, and recipient of the DOCUMENT;
20     (c)    A general description of the subject matter of the DOCUMENT;
21     (d)    The basis of any claim of privilege; and
22     (e)    If work-product is asserted, the proceeding for which the
23     DOCUMENT was created.
24     5.    For any DOCUMENT or category of DOCUMENTS that was, but no
25 longer is, in YOUR possession, custody or control, please describe each such
26 DOCUMENT as completely as possible and provide the following information:
27     (a)    The reason the DOCUMENT is no longer in YOUR possession,
28     custody or control;

1 | performance.

2 | **REQUEST NO. 354:**

3 | DOCUMENTS sufficient to show payments by MATTEL to Anna Rhee, on
4 | a monthly (or, if not available, quarterly) basis since January 1, 2003.

Dated: February 14, 2007

O'MELVENY & MYERS LLP

*/s/ Diana M. Torres*

Diana M. Torres
Attorneys for MGA Entertainment, Inc.

EXHIBIT 4 PAGE 144