DIANA M. TORRES (S.B. #162284)
JAMES P. JENAL (S.B. #180190)
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
Email: dtorres@omm.com

DALE M. CENDALI (*admitted pro hac vice*)
JOHANNA SCHMITT (*admitted pro hac vice*)
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, New York 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
Email: dcendali@omm.com

PATRICIA GLASER (S.B. # 55668)
CHRISTENSEN, GLASER, FINK,
JACOBS, WEIL & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, CA 90067
Telephone: (310) 553-3000
Facsimile: (310) 556-2920
Email: pglaser@chrisglase.com

Attorneys for Plaintiff
MGA Entertainment, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation,<br><br>Defendant<br><br>CONSOLIDATED WITH<br><br>MATTEL, INC. v. BRYANT and<br>MGA ENTERTAINMENT, INC. v.<br>MATTEL, INC. | Case No. CV 04-09049 SGL (RNBx)<br>(Consolidated with CV 04-9059 and CV 05-2727)<br><br>**MGA'S SECOND SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS IN CASE NO. 05-2727** |

| | | |
|---|---|---|
| 1 | PROPOUNDING PARTY: | MGA ENTERTAINMENT, INC. |
| 2 | RESPONDING PARTY: | MATTEL, INC. |
| 3 | SET NO. | TWO |
| 4 | NOS. | 116-181 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, plaintiff MGA Entertainment, Inc. ("MGA") requests that defendant Mattel, Inc. ("Mattel") produce all documents and tangible things described, in accordance with the Definitions and Instructions set forth below, on Thursday, April 26, 2007, at the offices of O'Melveny & Myers LLP, 400 South Hope Street, Los Angeles, California 90071.

### DEFINITIONS

As used in these Requests:

1. "BRATZ" means and refers to each image, character, logo, doll, toy, accessory, product, packaging or other thing or matter that is or has ever been manufactured, marketed or sold by MGA, or others under license, as part of a line of goods or merchandise commonly known as, or sold and marketed under the "Bratz" trademark or trade dress.

2. "BRYANT" means Carter Bryant.

3. "MACHADO" means Carlos Gustavo Machado Gomez.

4. "TRUEBA" means Mariana Trueba Alamada.

5. "VARGAS" means Pablo Vargas San Jose.

6. "BRAWER" means Ron Brawer.

7. "BRISBOIS" means Janine Brisbois.

8. "MGA" means MGA Entertainment, Inc. and any of its past or present officers, directors, agents, employees, representatives, consultants, attorneys,

2. If any DOCUMENT or category of DOCUMENTS is not produced in full, please state with particularity the reason or reasons it is not being produced in full, and describe, to the best of YOUR knowledge, information and belief, and with as much particularity as possible, the DOCUMENT or portions of the DOCUMENT that are not being produced.

3. Each DOCUMENT is to be produced as it is kept in the usual course of business, including all file folders, binders, notebooks, and other devices by which such DOCUMENTS may be organized or separated.

4. If YOU withhold any DOCUMENT, or portion of a DOCUMENT, on grounds that it is protected from discovery by the attorney-client privilege, work product doctrine, or other privilege, please set forth for each DOCUMENT or portion of a DOCUMENT withheld:

 (a) The place, approximate date, and manner of recording, creating or otherwise preparing the DOCUMENT;

 (b) The names and organization position, if any, of each author, sender, and recipient of the DOCUMENT;

 (c) A general description of the subject matter of the DOCUMENT;

 (d) The basis of any claim of privilege; and

 (e) If work-product is asserted, the proceeding for which the DOCUMENT was created.

5. For any DOCUMENT or category of DOCUMENTS that was, but no longer is, in YOUR possession, custody or control, please describe each such DOCUMENT as completely as possible and provide the following information:

 (a) The reason the DOCUMENT is no longer in YOUR possession, custody or control;

 (b) The person or entity, if any, who has possession, custody or control or, if unknown, so state;

of PERSONS who access confidential information, and procedures for accessing confidential information.

**REQUEST NO. 177:**

All DOCUMENTS REFERRING OR RELATING TO the steps and procedures that MATTEL takes to keep MATTEL's confidential information confidential.

**REQUEST NO. 178:**

All DOCUMENTS REFERRING OR RELATING TO any investigation, surveillance, inspection, inquiry, survey or analysis into the activities, including but not limited to electronic and computer related activities, alleged in YOUR COUNTERCLAIMS.

**REQUEST NO. 179:**

DOCUMENTS sufficient to identify which MATTEL employees have access to confidential or proprietary MATTEL information.

**REQUEST NO. 180:**

All DOCUMENTS REFERRING OR RELATING TO changes to store layouts or displays for Mattel products in relation to MGA products from January 1, 2001 to the present.

**REQUEST NO. 181:**

All DOCUMENTS tending to support or refute any of the allegations or statements in YOUR COUNTERCLAIMS, not produced in response to another Request.

Dated: March 27, 2007

O'MELVENY & MYERS LLP

B. Jennifer Glad
Attorney for MGA Entertainment, Inc.