1  DIANA M. TORRES (S.B. #162284)
   JAMES P. JENAL (S.B. #180190)
2  O'MELVENY & MYERS LLP
   400 South Hope Street
3  Los Angeles, California 90071-2899
   Telephone: (213) 430-6000
4  Facsimile: (213) 430-6407
   Email: dtorres@omm.com
5
   DALE M. CENDALI (*admitted pro hac vice*)
6  JOHANNA SCHMITT (*admitted pro hac vice*)
   O'MELVENY & MYERS LLP
7  Times Square Tower
   7 Times Square
8  New York, New York 10036
   Telephone: (212) 326-2000
9  Facsimile: (212) 326-2061
   Email: dcendali@omm.com
10
   PATRICIA GLASER (S.B. # 55668)
11 CHRISTENSEN, GLASER, FINK,
   JACOBS, WEIL & SHAPIRO LLP
12 10250 Constellation Boulevard, 19th Floor
   Los Angeles, CA 90067
13 Telephone: (310) 553-3000
   Facsimile: (310) 556-2920
14 Email: pglaser@chrisglase.com

15 Attorneys for Plaintiff
   MGA Entertainment, Inc.
16

17              **UNITED STATES DISTRICT COURT**
18              **CENTRAL DISTRICT OF CALIFORNIA**
19                     **EASTERN DIVISION**
20

| | |
|---|---|
| CARTER BRYANT, an individual, | Case No. CV 04-09049 SGL (RNBx) (Consolidated with CV 04-9059 and CV 05-2727) |
| Plaintiff, | |
| v. | **MGA'S THIRD SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS IN CASE NO. 05-2727** |
| MATTEL, INC., a Delaware Corporation, | |
| Defendant | |
| CONSOLIDATED WITH | |
| MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | |

| | |
|---|---|
| PROPOUNDING PARTY: | MGA ENTERTAINMENT, INC. |
| RESPONDING PARTY: | MATTEL, INC. |
| SET NO. | THREE |
| NOS. | 182-383 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, plaintiff MGA Entertainment, Inc. ("MGA") requests that defendant Mattel, Inc. ("Mattel") produce all documents and tangible things described, in accordance with the Definitions and Instructions set forth below, on Thursday, April 26, 2007, at the offices of O'Melveny & Myers LLP, 400 South Hope Street, Los Angeles, California 90071.

## DEFINITIONS

As used in these Requests:

1. "MGA" means MGA Entertainment, Inc. and any of its past or present officers, directors, agents, employees, representatives, consultants, attorneys, parents, subsidiaries, divisions, affiliates, predecessors-in-interest and successors-in-interest, entities and persons acting in joint venture or partnership relationships with MGA and any others acting on MGA's behalf, pursuant to its authority or subject to its control.

2. "MATTEL," "YOU" or "YOUR" means MATTEL, Inc. and any of its past or present officers, directors, agents, employees, representatives, consultants, attorneys, parents, subsidiaries, divisions, affiliates, predecessors-in-interest and successors-in-interest, entities and persons acting in joint venture or partnership relationships with YOU and any others acting on YOUR behalf, pursuant to YOUR authority or subject to YOUR control.

1. or a copy thereof from another person or entity who has physical possession of the DOCUMENT.

2. If any DOCUMENT or category of DOCUMENTS is not produced in full, please state with particularity the reason or reasons it is not being produced in full, and describe, to the best of YOUR knowledge, information and belief, and with as much particularity as possible, the DOCUMENT or portions of the DOCUMENT that are not being produced.

3. Each DOCUMENT is to be produced as it is kept in the usual course of business, including all file folders, binders, notebooks, and other devices by which such DOCUMENTS may be organized or separated.

4. If YOU withhold any DOCUMENT, or portion of a DOCUMENT, on grounds that it is protected from discovery by the attorney-client privilege, work product doctrine, or other privilege, please set forth for each DOCUMENT or portion of a DOCUMENT withheld:

    (a) The place, approximate date, and manner of recording, creating or otherwise preparing the DOCUMENT;

    (b) The names and organization position, if any, of each author, sender, and recipient of the DOCUMENT;

    (c) A general description of the subject matter of the DOCUMENT;

    (d) The basis of any claim of privilege; and

    (e) If work-product is asserted, the proceeding for which the DOCUMENT was created.

5. For any DOCUMENT or category of DOCUMENTS that was, but no longer is, in YOUR possession, custody or control, please describe each such DOCUMENT as completely as possible and provide the following information:

    (a) The reason the DOCUMENT is no longer in YOUR possession, custody or control;

**REQUEST NO. 380:**

All DOCUMENTS REFERRING OR RELATING TO Tricia Wong's alleged knowledge of "[t]he development and ownership of intellectual property at issue," as alleged in MATTEL'S INITIAL DISCLOSURES.

**REQUEST NO. 381:**

All DOCUMENTS in Tricia Wong's possession or control REFERRING OR RELATING TO her alleged knowledge of "[t]he development and ownership of intellectual property at issue," as alleged in MATTEL'S INITIAL DISCLOSURES.

**REQUEST NO. 382:**

All DOCUMENTS REFERRING OR RELATING TO Sandy Yonemoto's alleged knowledge of "Bryant's misrepresentations to Mattel," as alleged in MATTEL'S INITIAL DISCLOSURES.

**REQUEST NO. 383:**

All DOCUMENTS in Sandy Yonemoto's possession or control REFERRING OR RELATING TO her alleged knowledge of "Bryant's misrepresentations to Mattel," as alleged in MATTEL'S INITIAL DISCLOSURES.

Dated: March 27, 2007

O'MELVENY & MYERS LLP

*/s/ B. Jennifer Glad*

B. Jennifer Glad
Attorneys for MGA Entertainment, Inc.