1   MELINDA HAAG (State Bar No. 132612)
    mhaag@orrick.com
2   ANNETTE L. HURST (State Bar No. 148738)
    ahurst@orrick.com
3   WARRINGTON S. PARKER III (State Bar No. 148008)
    wparker@orrick.com
4   ORRICK, HERRINGTON & SUTCLIFFE LLP
    The Orrick Building
5   405 Howard Street
    San Francisco, CA  94105-2669
6   Telephone:  +1-415-773-5700
    Facsimile:   +1-415-773-5759
7
8   WILLIAM A. MOLINSKI (State Bar No. 145186)
    wmolinski@orrick.com
9   ORRICK, HERRINGTON & SUTCLIFFE LLP
    777 South Figueroa Street, Suite 3200
10  Los Angeles, CA  90017
    Telephone:  +1-213-629-2020
    Facsimile:   +1-213-612-2499
11
12  Attorneys for MGA Parties

13              UNITED STATES DISTRICT COURT

14              CENTRAL DISTRICT OF CALIFORNIA

15                    EASTERN DIVISION

16

| | |
|---|---|
| 17  CARTER BRYANT, an individual | Case No. CV 04-9049 SGL (RNBx) |
| 18              Plaintiff, | Consolidated with:<br>CV 04-9059<br>CV 05-2727 |
| 19  v. | |
| 20  MATTEL, INC., a Delaware<br>Corporation | **DISCOVERY MATTER** |
| 21 | **[To Be Heard By Discovery Master Robert C. O'Brien]** |
| 22              Defendant. | DECLARATION OF YAS RAOUF IN SUPPORT OF MGA PARTIES' OPPOSITION TO MOTION FOR ADDITIONAL TIME TO CONDUCT THE DEPOSITION OF ISAAC LARIAN AND CROSS-MOTION TO LIMIT SCOPE OF FURTHER EXAMINATION |
| 23  AND CONSOLIDATED ACTIONS. | |
| 24 | |
| 25 | |
| 26 | |
| 27 | **Confidential--Attorney's Eyes Only** |
| 28 | **Filed Under Seal Pursuant to Protective Order** |

OHS West:260699077.2

1    I, Yas Raouf, declare as follows:

2        1.    I am an attorney at the law firm of Orrick, Herrington & Sutcliffe LLP

3    ("Orrick"), counsel of record for MGA Parties in the above-captioned action.  I am

4    a member in good standing of the State Bar of California and am admitted to

5    practice before this Court.  Everything stated herein is true and correct of my own

6    personal knowledge unless indicated as to information and belief.  I have personal

7    knowledge of the facts set forth in this Declaration and, if called as a witness, could

8    and would testify competently hereto.

9        2.    Attached hereto as **Exhibit A** is a true and correct copy of excerpts of

10    the transcript from the May 18, 2009 hearing in this case.

11        3.    Attached hereto as **Exhibit B** is a true and correct copy of the

12    complete transcript of the deposition of Isaac Larian taken on July 18, 2006 in these

13    consolidated actions.

14        4.    Attached hereto as **Exhibit C** is a true and correct copy of the

15    complete transcript transcript of the deposition of Isaac Larian taken on March 26,

16    2008 in these consolidated actions.

17        5.    Attached hereto as **Exhibit D** is a true and correct copy of those

18    portions of the trial transcript of the Phase 1 Proceedings reflecting Mr. Larian's

19    trial testimony given on June 5, 6, 10, and 11, 2008, and August 6, 7, and 15, 2008.

20        6.    In footnote 85 of its Motion For Additional Time to Conduct the

21    Deposition of Isaac Larian ("Motion"), Mattel lists five clips ("Clip Nos. 8-12")

22    that it claims support its assertion that Mr. Larian was evasive in answering

23    questions during his March 26, 2008 deposition.  I reviewed the CD attached as

24    Exhibit 1 to the Declaration of Cyrus S. Naim in support of the Motion; it contained

25    these five clips.  I matched Mr. Larian's testimony during these five clips to the

26    following deposition transcript passages (referenced by page and line number):

27

28

- 1 -

| Clip No. | Beginning | End |
|----------|-----------|--------|
| 8 | 393:6 | 420:8 |
| 9 | 305:19 | 308:25 |
| 10 | 450:18 | 453:9 |
| 11 | 381:24 | 387:17 |
| 12 | 399:9 | 400:15 |

A review of the written transcript of Mr. Larian's deposition at these pages indicates that there were both questions and answers to those questions, set forth in each of these passages, as well as in the pages surrounding these excerpts.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 24th day of July, 2009, at San Francisco, California.

Yas Raouf