# Exhibit A

```
 1                    UNITED STATES DISTRICT COURT

 2                   CENTRAL DISTRICT OF CALIFORNIA

 3                           EASTERN DIVISION

 4                                - - -

 5         HONORABLE STEPHEN G. LARSON, JUDGE PRESIDING

 6                                - - -

 7  MATTEL, INC.,                        )
                                         )
 8                       Plaintiff,      )
                                         )
 9              vs.                      )  No. CV 04-09049
                                         )
10  MGA ENTERTAINMENT, INC., ET. Al.,    )
                                         )
11                       Defendants.     )  MOTIONS
    _____)
12  AND CONSOLIDATED ACTIONS,            )
    _____)
13

14

15            REPORTER'S TRANSCRIPT OF PROCEEDINGS

16                      RIVERSIDE, CALIFORNIA

17                      MONDAY, MAY 18, 2009

18                            1:52 P.M.

19

20

21

22

23             THERESA A. LANZA, RPR, CSR
              Federal Official Court Reporter
24             3470 12th Street, Rm. 134
              Riverside, California  92501
25                    951-274-0844
                 www.theresalanza.com
```

Monday, May 18, 2009                          Mattel vs. MGA, et. Al.

Exhibit A - Page 3

```
 1  alternative suggestion, made by MGA and joined in by others, of
 2  appointing a monitor with sufficient authority to ensure the
 3  Court that the constructive trust established by the Court's
 4  December 3rd order is, in fact, preserved and sufficiently
 5  accounts for the financial profits, the inventory, and various      02:41
 6  other aspects that are relevant to Mattel's concerns that they
 7  have identified in light of the Court's ruling, is appropriate.
 8           I do not believe -- and I don't even think Mattel at
 9  this point is seeking the full-blown receivership.  What Mattel
10  essentially proposed in its papers is a receivership over the      02:42
11  Bratz assets, as they define them, refer to them.  As the Court
12  defines them in the Court's orders, the assets that the Court
13  has ruled, based on the jury's findings and its own substantial
14  similarity analysis, are the intellectual property of Mattel.
15           The Court doesn't view a receivership in that regard      02:42
16  as a workable solution.  There can't be two heads to one
17  company.  It's clear to the Court that MGA needs to be run by
18  Isaac Larian.  At the same time, the Court believes that there
19  is a sufficient basis in the record -- the history of the case,
20  particularly since the conclusion of the trial, justifies a        02:43
21  monitor.  So what the Court is tentatively inclined to do is
22  translate the temporary receivership into a longer-term
23  monitor.
24           The question comes up of duration.
25           One of the issues that I've been concerned about is      02:43
```

Monday, May 18, 2009                              Mattel vs. MGA, et. Al.

```
 1        MS. GLASER:  And we haven't had the benefit of that.
 2   I think if we're paying -- at least temporarily, we at least
 3   ought to see --
 4        THE COURT:  Part of what will occur at this point is       05:05
 5   a complete accounting of all money spent during the 20-day
 6   temporary receivership.  You will be receiving that shortly
 7   from Mr. Fraioli, which will account for all of the money
 8   spent.  And on a going-forward basis, the Court will specify
 9   how future payments are to be made.
10        And as I indicated before, at the end of the day,          05:05
11   everyone will have the opportunity to revisit the issue of cost
12   sharing.
13        MS. GLASER:  Thank you very much.
14        THE COURT:  Is there anything further?
15        MR. QUINN:  No, Your Honor.                                05:06
16        THE COURT:  Have a good evening.
17        (Court is adjourned.)
18                          CERTIFICATE
19
20   I hereby certify that pursuant to section 753, title 28, United
     States Code, the foregoing is a true and correct transcript of
21   the stenographically recorded proceedings held in the above-
     entitled matter and that the transcript page format is in
22   conformance with the regulations of the Judicial Conference of
     the United States.
23

24   _____           _____
     THERESA A. LANZA, CSR, RPR                       Date
25   Federal Official Court Reporter
```

Monday, May 18, 2009                              Mattel vs. MGA, et. Al.