MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148008)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1-415-773-5700
Facsimile: +1-415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: +1-213-629-2020
Facsimile: +1-213-612-2499

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 SGL (RNBx)<br><br>Consolidated with: Case No. CV 04-9059 and Case No. CV 05-2727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Robert C. O'Brien]**<br><br>**DECLARATION OF FRANK D. RORIE ISO MGA PARTIES' OPPOSITION TO MOTION FOR ADDITIONAL TIME TO CONDUCT THE DEPOSITION OF ISAAC LARIAN** |

**Confidential--Attorney's Eyes Only**

**Filed Under Seal Pursuant to Protective Order**

I, Frank D. Rorie, declare:

1. I am an attorney at the law firm of Orrick, Herrington & Sutcliffe LLP ("Orrick"), counsel of record for MGA Parties in the above-captioned action. I am a member in good standing of the State Bar of California and am admitted to practice before this court. I have personal knowledge of the facts set forth in this declaration unless stated as to information and belief, and, if called as a witness, could and would testify competently to such facts under oath.

2. I have reviewed the videotape deposition of Isaac Larian taken on March 26, 2008, and have accurately recorded the time that Mr. Larian took to review the eight exhibits that Mattel claims Mr. Larian took an inordinate amount of time to review. The exhibits Mattel references (in footnote 84 of its motion) are: Exhibits 10, 12, 302, 615, 631, 4942, 4943, and 4944. These eight exhibits represent 64 pages of information with dozens of images and thousands of words of text. Mr. Larian spent about 35 minutes in total reviewing these eight exhibits. The following paragraphs set forth an accurate description of the exhibits and the time Mr. Larian spent reviewing each of them at his deposition, as well as other pertinent circumstances for evaluating the time taken, such as the legibility of the documents and whether the witness was interrupted by counsel during his review.

3. Deposition Exhibits 10 and 12 (attached as Exhibits 2 and 3 to the Declaration of Cyrus Naim in support of Mattel's motion) consist of one 18-page document with 17 doll drawings (Exhibit 10) as well as one 12-page declaration of Mr. Larian from another matter (Exhibit 12). Both documents were previously marked as deposition exhibits in this case on November 5, 2004 (prior to Mr. Larian's first day of deposition). Mr. Larian was asked to review both documents at the same time at during his second day of deposition. He started his review at approximately 12:56:48 and finished his review at approximately 13:08:20. Mr. Larian spent a total of approximately 11 minutes 32 seconds reviewing these documents. He was interrupted during his review by Mattel's counsel.

4. Deposition Exhibit 302 (attached as Exhibits 4 to the Declaration of Cyrus Naim in support of Mattel's motion) consists of one 15-page document with 14 doll drawings. This documents was previously marked as a deposition exhibit in this case on July 18, 2006. Mr. Larian was asked to review this document at his second day of deposition. He started his review at approximately 12:47:20 and finished his review at approximately 12:53:20. Mr. Larian spent a total of approximately 6 minutes reviewing this document. He was interrupted during his review by Mattel's counsel.

5. Deposition Exhibit 615 (attached as Exhibits 5 to the Declaration of Cyrus Naim in support of Mattel's motion) consists of one 8-page document comprising a patent application. The document was previously marked as a deposition exhibit on August 20, 2007. Mr. Larian was asked to review this document at his second deposition. He started his review at approximately 14:35:33 and finished his review at approximately 14:39:00. Mr. Larian spent a total of approximately 4 minutes 27 seconds reviewing this document.

6. Deposition Exhibit 631 (attached as Exhibits 6 to the Declaration of Cyrus Naim in support of Mattel's motion) consists of one 3-page document with a 750-plus word article that Mr. Larian noted was difficult to read because of the size of type and legibility of the copy. This document was previously marked as a deposition exhibit in this case on August 30, 2007. Mr. Larian was asked to review this document at his second deposition. He started his review at approximately 9:36:15 and finished his review at approximately 12:53:20. Mr. Larian spent a total of approximately 6 minutes and 45 seconds reviewing this document. He was interrupted during his review by Mattel's counsel.

7. Deposition Exhibit 4942 (attached as Exhibits 7 to the Declaration of Cyrus Naim in support of Mattel's motion) consists of one 2-page document setting forth 3 emails. This document was marked as a deposition exhibit during Mr. Larian's second day of deposition on March 27, 2008. Mr. Larian started his

1  review at approximately 9:52:03 and finished his review at approximately 9:53:55.
2  Mr. Larian spent a total of approximately 1 minute 52 seconds reviewing this
3  document.

4      8.    Deposition Exhibit 4943 (attached as Exhibits 8 to the Declaration of
5  Cyrus Naim in support of Mattel's motion) consists of one 3-page document setting
6  forth 7 emails. This document was marked as a deposition exhibit during the
7  second day of Mr. Larian's deposition on March 27, 2008. Mr. Larian started his
8  review at approximately 10:08:30 and finished his review at approximately
9  10:11:05. Mr. Larian spent a total of approximately 2 minutes 35 seconds
10 reviewing this document.

11     9.    Deposition Exhibit 4944 (attached as Exhibits 8 to the Declaration of
12 Cyrus Naim in support of Mattel's motion) consists of one 3-page document setting
13 forth 5 emails. This document was marked as a deposition exhibit during the
14 second day of Mr. Larian's deposition on March 27, 2008. He started his review at
15 approximately 10:18:20 and finished his review at approximately 10:20:47. Mr.
16 Larian spent a total of approximately 2 minutes 27 seconds reviewing this
17 document.

18     I declare under penalty of perjury under the laws of the State of California
19 that the foregoing is true and correct.

20     Executed this 24th day of July, 2009, at Los Angeles, California.

_____
Frank D. Rorie

- 3 -

Rorie Decl. iso MGA Opp. to Request for Additional Time to Depose I. Larian
CV-04-0049 SGL (RNBx)