```
 1  MELINDA HAAG (State Bar No. 132612)
    mhaag@orrick.com
 2  ANNETTE L. HURST (State Bar No. 148738)
    ahurst@orrick.com
 3  WARRINGTON S. PARKER III (State Bar No. 148003)
    wparker@orrick.com
 4  ORRICK, HERRINGTON & SUTCLIFFE LLP
    The Orrick Building
 5  405 Howard Street
    San Francisco, CA 94105
 6  Telephone:  +1-415-773-5700
    Facsimile:   +1-415-773-5759
 7
    WILLIAM A. MOLINSKI (State Bar No. 145186)
 8  wmolinski@orrick.com
    ORRICK, HERRINGTON & SUTCLIFFE LLP
 9  777 South Figueroa Street, Suite 3200
    Los Angeles, CA  90017
10  Telephone:  +1-213-629-2020
    Facsimile:   +1-213-612-2499
11
    Attorneys for MGA ENTERTAINMENT, INC., MGA
12  ENTERTAINMENT HK, LTD.,
    MGAE de MEXICO, S.R.L. de C.V., and ISAAC
13  LARIAN
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>       Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation<br><br>       Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 SGL (RNBx)<br><br>Consolidated with:<br>CV 04-9059<br>CV 05-2727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Robert C. O'Brien]**<br><br>**DECLARATION OF L. KIERAN KIECKHEFER ISO THE MGA PARTIES' OPPOSITION TO MOTION FOR ADDITIONAL TIME TO CONDUCT THE DEPOSITION OF ISAAC LARIAN** |

OHS West:260699093.1

I, L. Kieran Kieckhefer, declare:

1. I am a member of the bar of the States of California and Wisconsin, admitted to practice before this Court, and an attorney with the law firm of Orrick, Herrington & Sutcliffe LLP, counsel for the MGA Parties. I make this declaration based on personal knowledge unless otherwise expressly stated, in which case, it is based on information and belief. If called and sworn as a witness, I could and would testify competently as follows.

2. I have calculated the number of transcript pages from the Phase 1 Trial of *Mattel, Inc. v. MGA Entertainment, Inc., et al.*, Case No. CV04-09049-SGL [consolidated with CV04-9059 & CV05-2727] taken up by examination by both sides of Mr. Isaac Larian. Set forth herein is a true and correct copy of the chart I created summarizing my calculation of the number of pages comprising Mr. Larian's trial testimony.

| Date of I. Larian's Trial Testimony | I. Larian's Trial Testimony in Response to Questioning from MGA Attorneys | I. Larian's Trial Testimony in Response to Questioning from Mattel Attorneys | Total Pages of I. Larian's Trial Testimony in Response to MGA and Mattel Attorneys |
|---|---|---|---|
| June 5, 2008 PM | | 1573-1603, 1613-1667 = 84 | 84 |
| June 6, 2008 AM | | 1673-1719, 1724-1755 = 77 | 77 |
| June 6, 2008 PM | | 1764-1864 = 100 | 100 |
| June 10, 2008 AM | 1959-1970 = 11 | 1948-1959 = 11 | 11+11 = 22 |
| June 10, 2008 PM | 1992-2047, 2059-2100 = 96 | | 96 |
| June 11, 2008 AM | 2133-2165 = 32 | 2165-2181, 2189-2223 = 50 | 32+50 = 82 |
| June 11, 2008 PM | | 2231-2268 = 37 | 37 |
| Aug. 6, 2008 PM | | 6085-6127; 6132-6182 = 92 | 92 |
| Aug. 7, 2008 AM | 6246-6271; 6280 = 26 | 6236-6246; 6271-6280 = 19 | 26+19 = 45 |
| Aug. 15, 2008 AM | 7581-7611, 7617-7622 = 35 | 7611-7617 = 6 | 35+6 = 41 |
| Aug. 15, 2008 PM | 7678-7680, 7682 = 3 | 7676-7678, 7680-7682, 7682-83 = 5 | 3+5 = 8 |
| **Totals:** | | | |
| **Days of Testimony: 7** | | | |
| **Pages of Testimony** | 203 | 481 | 684 |

| Pages of Sidebars | 42 | 13 | 55 |
|---|---|---|---|
| Total Pages of Testimony Minus Sidebar | 161 | 468 | 629 |

3. I used the following methodology to calculate the number of pages that Mr. Larian testified.

4. Only pages from the days where Mr. Larian was called to the stand and sworn in as a witness were counted. During the Phase 1 Trial, Mr. Larian testified on June 5, June 6, June 10, June 11, August 6, August 7, and August 15 of 2008. Accordingly, I only counted the pages of testimony from those days of trial.

5. For each day that Mr. Larian testified, I counted the pages of testimony where Mr. Larian was on the stand. I excluded any pages where the jury withdrew, but I did not exclude any pages where the attorneys were engaged in a sidebar discussion. I counted the time Mr. Larian was responding to questions from MGA attorneys separately from the time Mr. Larian was responding to questions from Mattel attorneys. I counted only the pages where Mr. Larian's testimony was the predominant portion of the page.

6. Based upon the foregoing methodology, which I used diligently and with accuracy, I concluded that Mr. Larian's testimony comprises six hundred eighty-four (684) pages of testimony of the transcript of the Phase 1 Trial.

7. Mr. Larian's testimony in response to questions from MGA attorneys comprises two hundred three (203) pages of that testimony (excluding sidebars).

8. Mr. Larian's testimony in response to questions from Mattel attorneys comprises four hundred eighty-one (481) pages of that testimony (excluding sidebars).

1  I declare under penalty of perjury under the laws of the United States that the
2  foregoing is true and correct.
3  Executed this ___ day of July, 2009, in San Francisco, California.

_____
L. Kieran Kieckhefer