

# ORRICK

ORRICK, HERRINGTON & SUTCLIFFE LLP
THE ORRICK BUILDING
405 HOWARD STREET
SAN FRANCISCO, CALIFORNIA 94105-2669

tel +1-415-773-5700
fax +1-415-773-5759

WWW.ORRICK.COM

July 15, 2009

Annette L. Hurst
(415) 773-4585
ahurst@orrick.com

*VIA ELECTRONIC MAIL*
*MICHAELZELLER@QUINNEMANUEL.COM*
*MARSHALLSEARCY@QUINNEMANUEL.COM*

Michael T. Zeller, Esq.
Marshall M. Searcy, III, Esq.
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 19th Floor
Los Angeles, CA 90017

Re: *Carter Bryant v. Mattel, Inc. and consolidated actions*

Gentlemen:

As I stated to Dylan Proctor today (and he suggested I correspond with you), in regard to Mattel's document productions, MGA requests that Mattel supplement its prior productions with data regarding the custodian of documents, and on a going-forward basis, provide such data for each new document produced. We request that you provide the information regarding past productions in electronic tabular form. Our understanding is that this is part of the data typically collected in processing electronic materials such that it should be readily available for all documents previously collected in electronic form. If that is not the case, please let me know as we are not looking to impose new burdens in collecting custodial data regarding past productions—merely to obtain such data that already exists and set the standard going forward.

As you know, the relevance of custodial information is specifically contemplated by Rule 26 which provides: "[p]arties may obtain discovery regarding any nonprivileged matter that is relevant to any party's claim or defense—including the existence, description, nature, *custody*, condition, and location of any documents . . . ." (emphasis added)

As we are in the process of choosing how to migrate the various document databases prepared by predecessor counsel onto Orrick's systems, your prompt response to this request would be appreciated so that we can determine whether we will be able to reach agreement quickly on this issue and take that into account in connection with our data migration plans.

Sincerely yours,

*Annette L. Hurst*

Annette L. Hurst

Exhibit M - Page 49