

# ORRICK

ORRICK, HERRINGTON & SUTCLIFFE LLP
THE ORRICK BUILDING
405 HOWARD STREET
SAN FRANCISCO, CALIFORNIA 94105-2669

tel +1-415-773-5700
fax +1-415-773-5759

WWW.ORRICK.COM

July 23, 2009

Annette L. Hurst
(415) 773-4585
ahurst@orrick.com

VIA ELECTRONIC MAIL: MARSHALLSEARCY@QUINNEMANUEL.COM
AND VIA FACSIMILE: (213) 443-3100

Marshall M. Searcy, III, Esq.
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 19th Floor
Los Angeles, CA 90017

Re:     <u>Carter Bryant v. Mattel, Inc. and consolidated actions</u>

Dear Marshall:

This will confirm our conversation. You have refused to provide information about what custodial data Mattel possesses, and you have refused to say whether you will produce it. You have refused to confirm that Mattel would engage in a reciprocal exchange of the custodial information each side possesses. The basis for your refusals is that I did not provide you with unspecified information that Mattel has not yet requested. You have articulated no relevance, burden or other objection to the production by Mattel of custodial data.

As I indicated during our call, Discovery Master O'Brien specifically admonished Mattel that it cannot condition its discovery compliance upon ancillary demands from MGA. Accordingly, we will proceed to file a motion to compel and seek sanctions and other related relief regarding Mattel's refusal to provide the requested information.

Sincerely yours,

*Annette L. Hurst*

Annette L. Hurst

cc:     Mike Zeller, Esq.

Exhibit N - Page 50