**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL: (213) 443-3000 FAX: (213) 443-3100

July 23, 2009

BY EMAIL AND U.S. MAIL

Annette Hurst, Esq.
Orrick Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105

Re:   Mattel, Inc. v. MGA Entertainment, Inc. et al.

Dear Ms. Hurst:

I write to follow up on our discussions and your letter from this morning concerning custodian of records information.

Contrary to the suggestion in your letter, and as we have confirmed to you previously, I stated during our call that Mattel is interested in a reciprocal exchange of custodian of records information. However, you would not tell me what custodial information MGA has, or even whether that information was preserved by MGA. You had previously told us that while Skadden had the custodial information relating to MGA's produced documents at one point, you were not sure it had been maintained. Obviously, Mattel cannot enter into an exchange of information if MGA cannot tell Mattel what information it does or does not have or if MGA even has any. Nor, as your letter claims, is that a tangential issue. The whole premise of a potential agreement is that such an exchange of information would be mutual, but MGA has not yet told us whether it has anything to actually exchange.

During our call, when I asked you what type of custodian of records information MGA has, you declined to answer this question absent a request from Mattel, which MGA "would then consider in due course." Mattel made such a request previously in our letter to you of yesterday, and I also made one during our call. You stated that you could not provide an answer because you did not understand the request. To avoid any ambiguity, I set it out in writing as follows:

**quinn emanuel urquhart oliver & hedges, llp**

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, NY 10010 | TEL (212) 849-7000 FAX (212) 849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, CA 94111 | TEL (415) 875-6600 FAX (415) 875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, CA 94065 | TEL (650) 801-5000 FAX (650) 801-5100
CHICAGO | 250 South Wacker Drive, Suite 230, Chicago, IL 60606 | TEL (312) 463-2961 FAX (312) 463-2962
LONDON | 16 Old Bailey, London EC4M 7EG United Kingdom | TEL +44(0) 20 7653 2000 FAX +44(0) 20 7653 2100
TOKYO | Akasaka Twin Tower Main Bldg., 6th Fl., 17-22 Akasaka 2-Chome, Minato-ku, Tokyo 107-0052 Japan | TEL +81 3 5561-1711 FAX +81 3 5561-1712

> Mattel requests that MGA supplement its prior production of documents with custodian of records information and that MGA, on a going-forward basis, provide such information for each document produced in the future. We request that you provide the data concerning past productions in electronic tabular form.

Please note that our request uses the language that you used in your July 15 letter to me. In accordance with the Discovery Master's Rules, please let us know whether MGA will comply with this request.

Notwithstanding MGA's inability to discuss its own custodian of records information, you stated during the call that you believed custodial information was relevant and discoverable, and accordingly MGA would make a motion for that information. In light of MGA's position, it is perplexing that MGA cannot provide any insight as to the status of its own custodian of records information. Please be advised that Mattel anticipates that it will file a cross-motion to compel MGA to produce custodial information in the event of an MGA motion. In the event that you would like to further meet and confer on this in advance, please let me know.

I look forward to hearing from you.

Very truly yours,

/s/ Marshall Searcy

Marshall M. Searcy III

76427/3021966.1

2