Robert C. O'Brien (SBN 154372)
ARENT FOX LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA  90013-1065
Telephone:  213.629.7400
Facsimile:   213.629.7401
obrien.robert@arentfox.com

Discovery Master

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant. | Case No.  CV 04-09049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-2727<br><br>**PHASE 2 DISCOVERY MATTER**<br><br>**ORDER NO. 41, REGARDING:**<br><br>**EXTENSION OF TIME FOR THE MGA PARTIES TO SUMBIT DOCUMENTS FOR *IN CAMERA* REVIEW** |
| CONSOLIDATED WITH<br>MATTEL, INC. v. BRYANT and<br>MGA ENTERTAINMENT, INC. v.<br>MATTEL, INC. | |

1  The Discovery Master, having considered the parties' Stipulation Re
2  Continuance of Date for *In Camera* Review (the "Stipulation"), and good cause
3  appearing therefor, **ORDERS** that, pursuant to the Stipulation, the MGA Parties
4  shall have until Tuesday, August 4, 2009, to comply with the *in camera* submission
5  required by Order No. 33.

7  Dated:    July 27, 2009

9                                   By:    /s/ Robert C. O'Brien
10                                          ROBERT C. O'BRIEN
                                            Discovery Master

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

- 1 -                                   ORDER NO. 41
                         [Case No. CV 04-09049 SGL (RNBx)]