1 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   John B. Quinn (Bar No. 090378)
2 |   johnquinn@quinnemanuel.com
   Michael T. Zeller (Bar No. 196417)
3 |   (michaelzeller@quinnemanuel.com)
   Jon D. Corey (Bar No. 185066)
4 |   (joncorey@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5 | Los Angeles, California  90017-2543
   Telephone:  (213) 443-3000
6 | Facsimile:   (213) 443-3100

7 | Attorneys for Mattel, Inc.

9 | UNITED STATES DISTRICT COURT

10 | CENTRAL DISTRICT OF CALIFORNIA

11 | EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with Case Nos. CV 04-9059 and CV 05-02727 |
| vs. | **DISCOVERY MATTER**<br>**[To Be Heard By Discovery Master Robert O'Brien]** |
| MATTEL, INC., a Delaware corporation, | |
| Defendant. | [PUBLIC REDACTED] DECLARATION OF MARSHALL M. SEARCY III IN SUPPORT OF MATTEL, INC.'S REPLY IN SUPPORT OF MOTION TO COMPEL MGA MEXICO TO PRODUCE DOCUMENTS AND THINGS IN RESPONSE TO MATTEL'S FIRST, SECOND AND THIRD SETS OF REQUESTS FOR PRODUCTION TO MGA MEXICO |
| AND CONSOLIDATED ACTIONS | |

Date:   TBA
Time:   TBA
Place:  TBA

**Phase 2**
Discovery Cut-off:        Dec. 11, 2009
Pre-trial Conference:     Mar. 1, 2010
Trial Date:               Mar. 23, 2010

07975/3026454.1

1        I, Marshall M. Searcy, III, declare as follows:

2        1.      I am a member of the bar of the State of California and a partner at

3   Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel").

4   I make this declaration of personal, firsthand knowledge and, if called and sworn as a

5   witness, I could and would testify competently thereto.

6        2.      Attached hereto as Exhibit 1  is a true and correct copy of the July 9,

7   2009 Order Granting in Part Mattel's Motion Re Discovery Master Order No. 27.

8        3.      Attached hereto as Exhibit 2  is a true and correct copy of the MGA

9   Parties' Opposition to Mattel's Motion to Compel Production of Documents

10  Responsive to Third-Party Receiver Subpoenas Issued by Mattel, dated February 17,

11  2009.

12       4.      Attached hereto as Exhibit 3  is a true and correct copy of the Phase

13  II Discovery Matter Order No. 3, dated March 10, 2009.

14       5.      Attached hereto as Exhibit 4  is a true and correct copy of the Phase

15  II Discovery Matter Order No. 22, dated April 28, 2009.

16       6.      Attached hereto as Exhibit 5  is a true and correct copy of the Phase

17  II Discovery Matter Order No. 34, dated May 18, 2009.

18       7.      Attached hereto as Exhibit 6  is a true and correct copy of a Conflict

19  of Interest Questionnaire completed by Carlos Gustavo Machado Gomez on January 2,

20  2001.

21

22       I declare under penalty of perjury under the laws of the United States of

23  America that the foregoing is true and correct.

24       Executed this 27th day of July 2009, at Los Angeles, California.

25

26       _____

27       Marshall M. Searcy III

28