QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case Nos. CV 04-09059 and CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>[To Be Heard By Discovery Master Robert O'Brien]<br><br>**[PUBLIC REDACTED] DECLARATION OF SCOTT B. KIDMAN IN SUPPORT OF MATTEL, INC.'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF DISCOVERY MASTER'S RECONSIDERATION OF PORTIONS OF DISCOVERY MASTER ORDER NO. 27 REGARDING MOTION TO COMPEL DOCUMENTS FROM BINGHAM MCCUTCHEN**<br><br>Hearing Date: August 13, 2009<br>Time: 10:00 a.m.<br>Place: Arent Fox, LLP<br><br>**Phase 2**<br><br>Discovery Cut-off: Dec. 11, 2009<br>Pre-trial Conference: Mar. 1, 2010<br>Trial Date: Mar. 23, 2010 |

07975/3026625.1

I, Scott B. Kidman, declare as follows:

1. I am a member of the bar of the State of California and a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of Phase 2 Discovery Matter Order No. 27, dated May 6, 2009.

3. Attached hereto as Exhibit 2 is a true and correct copy Judge Larson's Omnibus Order, dated July 9, 2009.

4. Attached hereto as Exhibit 3 is a true and correct copy of Mattel, Inc.'s Third Amended Answer in Case No. 05-2727 and Counterclaims (exhibits omitted), dated May 22, 2009.

5. Attached hereto as Exhibit 4 is a true and correct copy of Omni 808 Investors, LLC's Registration Information (available at <http://kepler.sos.ca.gov/corpdata/ShowLpllcAllList?QueryLpllcNumber= 200822610026&printer=yes>) as accessed on July 26, 2009.

6. Attached hereto as Exhibit 5 is a true and correct copy of an email dated October 20, 2008 (Bates Range IGWT 03692-93) and an email chain dated October 14, 2008 (Bates Range IGWT 00321-28).

7. Attached hereto as Exhibit 6 is a true and correct copy of Mattel's Notice of Subpoena Issued to Bingham McCutchen LLP, dated February 12, 2009.

8. Attached hereto as Exhibit 7 is a true and correct copy of Order Granting Mattel's Motion to Compel Documents, dated January 25, 2007.

9. Attached hereto as Exhibit 8 is a true and correct copy of Order Granting Mattel's Motion to Compel Production of Documents and Interrogatory Responses by MGA, dated May 16, 2007.

07975/3026625.1

-1-   Case No. CV 04-9049 SGL (RNBx)
[PUBLIC REDACTED] KIDMAN DEC ISO MATTEL, INC.'S SUPPLEMENTAL MEMORANDUM ISO DISCOVERY MASTER'S RECONSIDERATION OF PORTIONS OF DISCOVERY MASTER ORDER NO. 27 REGARDING MOTION TO COMPEL DOCUMENTS FROM BINGHAM MCCUTCHEN

1    10.   Attached hereto as Exhibit 9 is a true and correct copy of Order Granting in Part and Denying in Part Mattel's Motion to Enforce the Court's Order of January 25, 2007, to Compel Production of Documents by Carter Bryant and for Sanctions, dated June 19, 2007.

11.   Attached hereto as Exhibit 10 is a true and correct copy of Order Re Motions Heard on June 11, 2007, dated June 27, 2007.

12.   Attached hereto as Exhibit 11 is a true and correct copy of Bingham McCutchen LLP's Memorandum in Opposition to Mattel, Inc.'s Motion Objecting to Portions of Discovery Master Order No. 27, dated June 22, 2009.

13.   Attached hereto as Exhibit 12 is a true and correct copy of Mattel's Notice of Motion and Motion Objecting to Portions of Discovery Master Order No. 27 Regarding Motion of Mattel, Inc. to Compel Documents from Bingham McCutchen, dated May 21, 2009.

14.   Attached hereto as Exhibit 13 is a true and correct copy of Mattel's Reply in Support of Motion Objecting to Portions of Discovery Master Order No. 27 Regarding Motion of Mattel, Inc. to Compel Documents from Bingham McCutchen, dated June 29, 2009.

15.   Attached hereto as Exhibit 14 is a true and correct copy of the prior Discover Master's Order Re Mattel's Motions to Compel Farhad Larian, Kaye Scholder and Stern & Goldberg to Produce Documents, dated January 25, 2008.

16.   Attached hereto as Exhibit 15 is a true and correct copy of excerpts from the March 4, 2009 hearing transcript.

17.   Attached hereto as Exhibit 16 is a true and correct copy of excerpts from the Trial Transcript dated Tuesday, July 1, 2008.

18.   Attached hereto as Exhibit 17 is a true and correct copy of the Trial Exhibit marked 13380.

19. Attached hereto as Exhibit 18 is a true and correct copy of the Supplemental Declaration of Michael T. Zeller in Support of Mattel, Inc.'s Motion Objecting to Portions of Discovery Master Order No. 27 Re Mattel's Motion to Compel Documents from Bingham McCutchen, dated July 3, 2009.

20. Attached hereto as Exhibit 19 is a true and correct copy of Mattel's *Ex Parte* Application for an Order to Show Cause re: Omni 808's Failure to Comply with Court Order or, in the Alternative, for an Order Shortening Time to Hear Motion for Such Relief, dated April 21, 2009.

21. Attached hereto as Exhibit 20 is a true and correct copy of Phase 2 Discovery Master's Order No. 21, dated April 23, 2009.

22. Attached hereto as Exhibit 21 is a true and correct copy of Omni 808's Statement of Position Re Order To Show Cause Re Appointment of Permanent Receiver, dated May 14, 2009.

23. Attached hereto as Exhibit 22 is a true and correct copy of a letter from Peter Villar to Michael T. Zeller, dated July 17, 2009.

24. Attached hereto as Exhibit 23 is a true and correct copy of Phase 2 Discover Matter Order No. 40, dated July 20, 2009.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 27th day of July 2009, at Los Angeles, California.

/s. Scott B. Kidman
Scott B. Kidman