1  MELINDA HAAG (State Bar No. 132612)
   mhaag@orrick.com
2  ANNETTE L. HURST (State Bar No. 148738)
   ahurst@orrick.com
3  WARRINGTON S. PARKER III (State Bar No. 148003)
   wparker@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
5  405 Howard Street
   San Francisco, CA 94105
6  Telephone: +1-415-773-5700
   Facsimile: +1-415-773-5759
7
   WILLIAM A. MOLINSKI (State Bar No. 145186)
8  wmolinski@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
9  777 South Figueroa Street, Suite 3200
   Los Angeles, CA 90017
10 Telephone: +1-213-629-2020
   Facsimile: +1-213-612-2499
11
   Attorneys for MGA Parties
12

13              UNITED STATES DISTRICT COURT

14              CENTRAL DISTRICT OF CALIFORNIA

15                    EASTERN DIVISION

16 | CARTER BRYANT, an Individual, | Case No.  2:04-cv-09049-SGL-RNBx |

17 | Plaintiff, | Consolidated with Case No. CV 04-9059 and Case No. CV 05-2727 |

18 | v. |

19 | MATTEL, INC., a Delaware Corporation, | **DECLARATION OF ANNETTE L. HURST IN SUPPORT OF MGA PARTIES' OPPOSITION TO MATTEL, INC.'S MOTION FOR PRECLUSIVE RELIEF OR, IN THE ALTERNATIVE, ACCESS TO ACTIVE FILES ON THE LARIAN HARD DRIVES** |

20 | Defendant. |

21 | |

22 | |

23 | |

24 | | Date:       August 10, 2009 |
   | | Time:       10:00 A.M. |
25 | | Courtroom: 1 |
   | | Judge:      Hon. Stephen J. Larson |
26 | |

27 AND CONSOLIDATED ACTIONS

28

OHS West:260700644.2

I, Annette L. Hurst, declare as follows:

1.     I am a member of the Bar of the State of California and admitted to practice before this Court, and a partner with the law firm of Orrick, Herrington & Sutcliffe LLP, counsel to MGA Entertainment, Inc., MGA Entertainment HK, Ltd., MGAE De Mexico, S.R.L. De C.V., and Isaac Larian (collectively, the "MGA parties").  I make this declaration in support of the MGA Parties' Opposition to Mattel's Motion for Preclusive Relief or, in the Alternative, Access to Active files on the Larian Hard Drives.  I make this declaration of my own personal knowledge and, if called as a witness unless indicated as to information and believ, I could and would testify competently to the truth of the matters set forth herein.

2.     Attached hereto as **Exhibit A** is a true and correct copy of excerpts from Mr. Larian's Objections and Responses to Mattel's First Set of Requests for Documents and Things to Isaac Larian, served on August 6, 2007.

3.     Attached hereto as **Exhibit B** is a true and correct copy of excerpts from the Transcript of Proceedings before this Court on February 25, 2008.

4.     Attached hereto as **Exhibit C** is a true and correct copy of excerpts from the June 26, 2008 deposition of Christopher Pavan. [**LODGED UNDER SEAL PURSUANT TO CIV.L.R. 79-5.1**]

5.     Attached hereto as **Exhibit D** is a true and correct copy of excerpts from the Transcript of Proceedings from the  December 14, 2007 hearing before Discover Master Infante on Mattel's Motion to Compel Larian Hard Drives.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was hereby executed this 27th day of July 2009, at San Francisco, California.

/s/ Annette L. Hurst /s/
Annette L. Hurst

OHS West:260700644.2

Hurst Decl. ISO MGA's Opposition to
Motion for Preclusive Relief
CV 04-9049 SGL (RNBx)