# EXHIBIT A
# (Part 4 of 4)

1  **RESPONSE TO REQUEST FOR PRODUCTION NO. 222:**

2        Larian incorporates by reference the above-stated general objections as

3  if fully set forth herein. Larian also specifically objects to this request on the

4  grounds that it is overbroad and seeks information not relevant to the subject matter

5  of this lawsuit or reasonably calculated to lead to the discovery of admissible

6  evidence. Larian also objects to this request on the grounds that it seeks

7  confidential, proprietary or commercially sensitive information, the disclosure of

8  which would be inimical to the business interests of Larian and one or more third

9  parties. Larian also objects to this request to the extent it calls for the disclosure of

10  attorney-client privileged information or information protected from disclosure by

11  the work-product doctrine, joint defense or common interest privilege, or other

12  privilege.

13  **REQUEST FOR PRODUCTION NO. 223:**

14        DOCUMENTS sufficient to IDENTIFY each STORAGE DEVICE

15  that YOU have used to create, prepare, generate, copy, transmit, receive, delete or

16  modify any DIGITAL INFORMATION RELATING TO BRATZ, ANGEL or

17  BRYANT.

18  **RESPONSE TO REQUEST FOR PRODUCTION NO. 223:**

19        Larian incorporates by reference the above-stated general objections as

20  if fully set forth herein. Larian also specifically objects to this request on the

21  grounds that it is overbroad and seeks information not relevant to the subject matter

22  of this lawsuit or reasonably calculated to lead to the discovery of admissible

23  evidence. Larian also objects to this request on the grounds that it seeks

24  confidential, proprietary or commercially sensitive information, the disclosure of

25  which would be inimical to the business interests of Larian and one or more third

26  parties. Larian also objects to this request to the extent it calls for the disclosure of

27  attorney-client privileged information or information protected from disclosure by

28  the work-product doctrine, joint defense or common interest privilege, or other

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1   privilege.

2   **REQUEST FOR PRODUCTION NO. 224:**

3   All DOCUMENTS RELATING TO the purchase, acquisition,

4   installation, transfer, shipment, destruction or disposition of each STORAGE

5   DEVICE that YOU have used to create, prepare, generate, copy, transmit, receive,

6   delete or modify any DIGITAL INFORMATION RELATING TO BRATZ,

7   ANGEL or BRYANT.

8   **RESPONSE TO REQUEST FOR PRODUCTION NO. 224:**

9   Larian incorporates by reference the above-stated general objections as

10   if fully set forth herein.  Larian also specifically objects to this request on the

11   grounds that it is overbroad and seeks information not relevant to the subject matter

12   of this lawsuit or reasonably calculated to lead to the discovery of admissible

13   evidence.  Larian also objects to this request on the grounds that it seeks

14   confidential, proprietary or commercially sensitive information, the disclosure of

15   which would be inimical to the business interests of Larian and one or more third

16   parties.  Larian also objects to this request to the extent it seeks information the

17   disclosure of which would implicate the rights of third parties to protect private,

18   confidential, proprietary or trade secret information.  Larian also objects to this

19   request to the extent it calls for the disclosure of attorney-client privileged

20   information or information protected from disclosure by the work-product doctrine,

21   joint defense or common interest privilege, or other privilege.

22   **REQUEST FOR PRODUCTION NO. 225:**

23   Each STORAGE DEVICE that BRYANT has used to create, prepare,

24   generate, copy, transmit, receive, delete or modify any DIGITAL INFORMATION

25   RELATING TO BRATZ, ANGEL or MGA.

26   **RESPONSE TO REQUEST FOR PRODUCTION NO. 225:**

27   Larian incorporates by reference the above-stated general objections as

28   if fully set forth herein.  Larian also specifically objects to this request on the

- 211 -

1   grounds that it is overbroad and seeks information not relevant to the subject matter

2   of this lawsuit or reasonably calculated to lead to the discovery of admissible

3   evidence. Larian also objects to this request on the grounds that it seeks

4   confidential, proprietary or commercially sensitive information, the disclosure of

5   which would be inimical to the business interests of Larian and one or more third

6   parties. Larian also objects to this request to the extent it calls for the disclosure of

7   attorney-client privileged information or information protected from disclosure by

8   the work-product doctrine, joint defense or common interest privilege, or other

9   privilege. Larian also objects to this request to the extent it seeks tangible items not

10  within Larian's possession, custody or control.

11  **REQUEST FOR PRODUCTION NO. 226:**

12        DOCUMENTS sufficient to IDENTIFY each STORAGE DEVICE

13  that BRYANT has used to create, prepare, generate, copy, transmit, receive, delete

14  or modify any DIGITAL INFORMATION RELATING TO BRATZ, ANGEL,

15  YOU or MGA.

16  **RESPONSE TO REQUEST FOR PRODUCTION NO. 226:**

17        Larian incorporates by reference the above-stated general objections as

18  if fully set forth herein. Larian also specifically objects to this request on the

19  grounds that it is overbroad and seeks information not relevant to the subject matter

20  of this lawsuit or reasonably calculated to lead to the discovery of admissible

21  evidence. Larian also objects to this request on the grounds that it seeks

22  confidential, proprietary or commercially sensitive information, the disclosure of

23  which would be inimical to the business interests of Larian and one or more third

24  parties. Larian also objects to this request to the extent it calls for the disclosure of

25  attorney-client privileged information or information protected from disclosure by

26  the work-product doctrine, joint defense or common interest privilege, or other

27  privilege. Larian also objects to this request to the extent it seeks documents not

28  within Larian's possession, custody or control.

- 212 -

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

Exhibit A - Page 214

1 | **REQUEST FOR PRODUCTION NO. 227:**

2 | All DOCUMENTS RELATING TO the purchase, acquisition,

3 | installation, transfer, shipment, destruction or disposition of each STORAGE

4 | DEVICE that BRYANT has used to create, prepare, generate, copy, transmit,

5 | receive, delete or modify any DIGITAL INFORMATION RELATING TO

6 | BRATZ, ANGEL, YOU or MGA.

7 | **RESPONSE TO REQUEST FOR PRODUCTION NO. 227:**

8 | Larian incorporates by reference the above-stated general objections as

9 | if fully set forth herein.  Larian also specifically objects to this request on the

10 | grounds that it is overbroad and seeks information not relevant to the subject matter

11 | of this lawsuit or reasonably calculated to lead to the discovery of admissible

12 | evidence.  Larian also objects to this request on the ground that it is overbroad,

13 | unduly burdensome, and oppressive, including, without limitation, in that it is

14 | duplicative of request number 228.  Larian also objects to this request on the

15 | grounds that it seeks confidential, proprietary or commercially sensitive

16 | information, the disclosure of which would be inimical to the business interests of

17 | Larian and one or more third parties.  Larian also objects to this request to the

18 | extent it seeks information the disclosure of which would implicate the rights of

19 | third parties to protect private, confidential, proprietary or trade secret information.

20 | Larian also objects to this request to the extent it calls for the disclosure of attorney-

21 | client privileged information or information protected from disclosure by the work-

22 | product doctrine, joint defense or common interest privilege, or other privilege.

23 | Larian also objects to this request to the extent it seeks documents not within

24 | Larian's possession, custody or control.

25 | **REQUEST FOR PRODUCTION NO. 228:**

26 | All DOCUMENTS RELATING TO the purchase, acquisition,

27 | installation, transfer, shipment, destruction or disposition of each STORAGE

28 | DEVICE that BRYANT has used to create, prepare, generate, copy, transmit,

- 213 -

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1  receive, delete or modify any DIGITAL INFORMATION.

2  **RESPONSE TO REQUEST FOR PRODUCTION NO. 228:**

3  Larian incorporates by reference the above-stated general objections as

4  if fully set forth herein. Larian also specifically objects to this request on the

5  grounds that it is overbroad and seeks information not relevant to the subject matter

6  of this lawsuit or reasonably calculated to lead to the discovery of admissible

7  evidence. Larian also objects to this request on the grounds that it seeks

8  confidential, proprietary or commercially sensitive information, the disclosure of

9  which would be inimical to the business interests of Larian and one or more third

10  parties. Larian also objects to this request to the extent it seeks information the

11  disclosure of which would implicate the rights of third parties to protect private,

12  confidential, proprietary or trade secret information. Larian also objects to this

13  request to the extent it calls for the disclosure of attorney-client privileged

14  information or information protected from disclosure by the work-product doctrine,

15  joint defense or common interest privilege, or other privilege. Larian also objects

16  to this request to the extent it seeks documents not within Larian's possession,

17  custody or control.

18  **REQUEST FOR PRODUCTION NO. 229:**

19  DOCUMENTS sufficient to identify by product name, product number

20  and SKU each BRATZ PRODUCT including without limitation each BRATZ

21  DOLL, sold by MGA or its licensees.

22  **RESPONSE TO REQUEST FOR PRODUCTION NO. 229:**

23  Larian incorporates by reference the above-stated general objections as

24  if fully set forth herein. Larian also specifically objects to this request on the

25  grounds that it is overbroad and seeks information not relevant to the subject matter

26  of this lawsuit or reasonably calculated to lead to the discovery of admissible

27  evidence. Larian also objects to this request on the grounds that it is overbroad,

28  unduly burdensome, and oppressive in seeking information identifying all product

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1   names, numbers, and SKU of Bratz products and Bratz dolls sold by MGA or its

2   licensees. Larian also objects to this request on the grounds that it seeks

3   confidential, proprietary or commercially sensitive information, the disclosure of

4   which would be inimical to the business interests of Larian and one or more third

5   parties. Larian also objects to this request to the extent it seeks information the

6   disclosure of which would implicate the rights of third parties to protect private,

7   confidential, proprietary or trade secret information. Larian also objects to this

8   request to the extent it calls for the disclosure of attorney-client privileged

9   information or information protected from disclosure by the work-product doctrine,

10  joint defense or common interest privilege, or other privilege. Larian also objects

11  to this request to the extent it seeks documents not within Larian's possession,

12  custody or control.

13          Subject to the foregoing, Larian will produce any personal documents

14  that are relevant and responsive to the request, if any, and that have not already

15  been produced, that he discovers in the course of his reasonable search and diligent

16  inquiry, which are within the permissible scope of discovery, and to which no

17  privilege or other protection applies, including without limitation, the attorney-

18  client privilege or attorney's work product doctrine.

19  **REQUEST FOR PRODUCTION NO. 230:**

20          DOCUMENTS sufficient to show the number of units of each BRATZ

21  DOLL sold by MGA or its licensees.

22  **RESPONSE TO REQUEST FOR PRODUCTION NO. 230:**

23          Larian incorporates by reference the above-stated general objections as

24  if fully set forth herein. Larian also specifically objects to this request on the

25  grounds that it is overbroad and seeks information not relevant to the subject matter

26  of this lawsuit or reasonably calculated to lead to the discovery of admissible

27  evidence. Larian also objects to this request on the grounds that it is overbroad,

28  unduly burdensome, and oppressive in seeking the number of units of all Bratz

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

Exhibit A - Page 217

1   dolls sold by MGA or its licensees.  Larian also objects to this request on the

2   grounds that it seeks confidential, proprietary or commercially sensitive

3   information, the disclosure of which would be inimical to the business interests of

4   Larian and one or more third parties.  Larian also objects to this request to the

5   extent it seeks information the disclosure of which would implicate the rights of

6   third parties to protect private, confidential, proprietary or trade secret information.

7   Larian also objects to this request to the extent it calls for the disclosure of attorney-

8   client privileged information or information protected from disclosure by the work-

9   product doctrine, joint defense or common interest privilege, or other privilege.

10  Larian also objects to this request to the extent it seeks documents not within

11  Larian's possession, custody or control.

12          Subject to the foregoing, Larian will produce any personal documents

13  that are relevant and responsive to the request, if any, and that have not already

14  been produced, that he discovers in the course of his reasonable search and diligent

15  inquiry, which are within the permissible scope of discovery, and to which no

16  privilege or other protection applies, including without limitation, the attorney-

17  client privilege or attorney's work product doctrine.

18  **REQUEST FOR PRODUCTION NO. 231:**

19          DOCUMENTS sufficient to show the revenue received by YOU from

20  the sale of each BRATZ DOLL sold by MGA or its licensees.

21  **RESPONSE TO REQUEST FOR PRODUCTION NO. 231:**

22          Larian incorporates by reference the above-stated general objections as

23  if fully set forth herein.  Larian also specifically objects to this request on the

24  grounds that it is overbroad and seeks information not relevant to the subject matter

25  of this lawsuit or reasonably calculated to lead to the discovery of admissible

26  evidence.  Larian also objects to this request on the grounds that it is overbroad,

27  unduly burdensome, and oppressive in seeking documents showing all revenue

28  received by Larian for the sale of all Bratz dolls sold by MGA or its licensees.

- 216 -

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1  Larian also objects to this request on the grounds that it seeks confidential,

2  proprietary or commercially sensitive information, the disclosure of which would

3  be inimical to the business interests of Larian and one or more third parties.  Larian

4  also objects to this request to the extent it seeks information the disclosure of which

5  would implicate the rights of third parties to protect private, confidential,

6  proprietary or trade secret information.  Larian also objects to this request to the

7  extent it calls for the disclosure of attorney-client privileged information or

8  information protected from disclosure by the work-product doctrine, joint defense

9  or common interest privilege, or other privilege.  Larian also objects to this request

10  to the extent it seeks documents not within Larian's possession, custody or control.

11  **REQUEST FOR PRODUCTION NO. 232:**

12  DOCUMENTS sufficient to show YOUR cost of goods sold, unit cost

13  and other costs for each BRATZ DOLL sold by MGA or its licensees.

14  **RESPONSE TO REQUEST FOR PRODUCTION NO. 232:**

15  Larian incorporates by reference the above-stated general objections as

16  if fully set forth herein.  Larian also specifically objects to this request on the

17  grounds that it is overbroad and seeks information not relevant to the subject matter

18  of this lawsuit or reasonably calculated to lead to the discovery of admissible

19  evidence.  Larian also objects to this request on the grounds that it is overbroad,

20  unduly burdensome, and oppressive in seeking documents showing the cost of

21  goods sold, unit cost, and all other costs for all Bratz dolls sold by MGA or its

22  licensees.  Larian also objects to this request on the grounds that it is vague and

23  ambiguous in that Larian cannot determine what is meant by "other costs."  Larian

24  also objects to this request on the grounds that it seeks confidential, proprietary or

25  commercially sensitive information, the disclosure of which would be inimical to

26  the business interests of Larian and one or more third parties.  Larian also objects to

27  this request to the extent it seeks information the disclosure of which would

28  implicate the rights of third parties to protect private, confidential, proprietary or

- 217 -

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

Exhibit A - Page 219

1    trade secret information.  Larian also objects to this request to the extent it calls for

2    the disclosure of attorney-client privileged information or information protected

3    from disclosure by the work-product doctrine, joint defense or common interest

4    privilege, or other privilege.  Larian also objects to this request to the extent it seeks

5    documents not within Larian's possession, custody or control.

6    **REQUEST FOR PRODUCTION NO. 233:**

7         All DOCUMENTS that evidence, reflect or REFER OR RELATE TO

8    YOUR profits from the sale of each BRATZ DOLL sold by MGA or its licensees.

9    **RESPONSE TO REQUEST FOR PRODUCTION NO. 233:**

10        Larian incorporates by reference the above-stated general objections as

11   if fully set forth herein.  Larian also specifically objects to this request on the

12   grounds that it is overbroad and seeks information not relevant to the subject matter

13   of this lawsuit or reasonably calculated to lead to the discovery of admissible

14   evidence.  Larian also objects to this request on the grounds that it is overbroad,

15   unduly burdensome, and oppressive in seeking all documents that evidence, reflect

16   or refer or relate to Larian's profits from the sale of all Bratz dolls by MGA or its

17   licensees.  Larian also objects to this request on the grounds that it seeks

18   confidential, proprietary or commercially sensitive information, the disclosure of

19   which would be inimical to the business interests of Larian and one or more third

20   parties.  Larian also objects to this request to the extent it seeks information the

21   disclosure of which would implicate the rights of third parties to protect private,

22   confidential, proprietary or trade secret information.   Larian also objects to this

23   request to the extent it calls for the disclosure of attorney-client privileged

24   information or information protected from disclosure by the work-product doctrine,

25   joint defense or common interest privilege, or other privilege.  Larian also objects

26   to this request to the extent it seeks documents not within Larian's possession,

27   custody or control.

28

- 218 -

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

Exhibit A - Page 220

1    **REQUEST FOR PRODUCTION NO. 234:**

2          For each customer to whom YOU or YOUR licensees have ever sold

3    any BRATZ DOLL, DOCUMENTS sufficient to show the number of units of each

4    such BRATZ DOLL sold by MGA or its licensees to that customer.

5    **RESPONSE TO REQUEST FOR PRODUCTION NO. 234:**

6          Larian incorporates by reference the above-stated general objections as

7    if fully set forth herein. Larian also specifically objects to this request on the

8    grounds that it is overbroad and seeks information not relevant to the subject matter

9    of this lawsuit or reasonably calculated to lead to the discovery of admissible

10   evidence. Larian also objects to this request on the grounds that it is overbroad,

11   unduly burdensome, and oppressive in seeking documents that show the number of

12   units of all Bratz dolls sold by MGA or its licensees to every customer to whom

13   Larian, MGA, or its licensees have ever sold any Bratz dolls. Larian also objects to

14   this request on the grounds that it seeks confidential, proprietary or commercially

15   sensitive information, the disclosure of which would be inimical to the business

16   interests of Larian and one or more third parties. Larian also objects to this request

17   to the extent it seeks information the disclosure of which would implicate the rights

18   of third parties to protect private, confidential, proprietary or trade secret

19   information. Larian also objects to this request to the extent it calls for the

20   disclosure of attorney-client privileged information or information protected from

21   disclosure by the work-product doctrine, joint defense or common interest

22   privilege, or other privilege. Larian also objects to this request to the extent it seeks

23   documents not within Larian's possession, custody or control.

24   **REQUEST FOR PRODUCTION NO. 235:**

25         For each customer to whom YOU or YOUR licensees have ever sold

26   any BRATZ DOLL, documents sufficient to show the revenue received by YOU

27   from each such BRATZ DOLL sold by MGA or its licensees to that customer.

28

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

Exhibit A - Page 221

**RESPONSE TO REQUEST FOR PRODUCTION NO. 235:**

Larian incorporates by reference the above-stated general objections as if fully set forth herein. Larian also specifically objects to this request on the grounds that it is overbroad and seeks information not relevant to the subject matter of this lawsuit or reasonably calculated to lead to the discovery of admissible evidence. Larian also objects to this request on the grounds that it is overbroad, unduly burdensome, and oppressive in seeking documents that show the revenue received by Larian from the sale of all Bratz dolls to every customer to whom Larian, MGA, or its licenses have ever sold any Bratz dolls. Larian also objects to this request on the grounds that it seeks confidential, proprietary or commercially sensitive information, the disclosure of which would be inimical to the business interests of Larian and one or more third parties. Larian also objects to this request to the extent it seeks information the disclosure of which would implicate the rights of third parties to protect private, confidential, proprietary or trade secret information. Larian also objects to this request to the extent it calls for the disclosure of attorney-client privileged information or information protected from disclosure by the work-product doctrine, joint defense or common interest privilege, or other privilege. Larian also objects to this request to the extent it seeks documents not within Larian's possession, custody or control.

**REQUEST FOR PRODUCTION NO. 236:**

For each customer to whom YOU or YOUR licensees have ever sold any BRATZ DOLL, documents sufficient to show YOUR profits from each such BRATZ DOLL sold by MGA or its licensees to that customer.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 236:**

Larian incorporates by reference the above-stated general objections as if fully set forth herein. Larian also specifically objects to this request on the grounds that it is overbroad and seeks information not relevant to the subject matter of this lawsuit or reasonably calculated to lead to the discovery of admissible

- 220 -

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

Exhibit A - Page 222

1     evidence. Larian also objects to this request on the grounds that it is overbroad,

2     unduly burdensome, and oppressive in seeking documents that show Larian's

3     profits from the sale of all Bratz dolls to every customer to whom Larian, MGA, or

4     its licenses have ever sold any Bratz dolls. Larian also objects to this request on the

5     grounds that it seeks confidential, proprietary or commercially sensitive

6     information, the disclosure of which would be inimical to the business interests of

7     Larian and one or more third parties. Larian also objects to this request to the

8     extent it seeks information the disclosure of which would implicate the rights of

9     third parties to protect private, confidential, proprietary or trade secret information.

10     Larian also objects to this request to the extent it calls for the disclosure of attorney-

11     client privileged information or information protected from disclosure by the work-

12     product doctrine, joint defense or common interest privilege, or other privilege.

13     Larian also objects to this request to the extent it seeks documents not within

14     Larian's possession, custody or control.

15     **REQUEST FOR PRODUCTION NO. 237:**

16           DOCUMENTS sufficient to show customer returns to YOU of

17     BRATZ DOLLS sold or distributed by MGA or its licensees.

18     **RESPONSE TO REQUEST FOR PRODUCTION NO. 237:**

19           Larian incorporates by reference the above-stated general objections as

20     if fully set forth herein. Larian also specifically objects to this request on the

21     grounds that it is overbroad and seeks information not relevant to the subject matter

22     of this lawsuit or reasonably calculated to lead to the discovery of admissible

23     evidence. Larian also objects to this request on the grounds that it is overbroad,

24     unduly burdensome, and oppressive in seeking documents that show customer

25     returns to Larian of Bratz dolls sold or distributed by MGA or its licensees. Larian

26     also objects to this request on the grounds that it seeks confidential, proprietary or

27     commercially sensitive information, the disclosure of which would be inimical to

28     the business interests of Larian and one or more third parties. Larian also objects to

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1  this request to the extent it seeks information the disclosure of which would

2  implicate the rights of third parties to protect private, confidential, proprietary or

3  trade secret information.  Larian also objects to this request to the extent it calls for

4  the disclosure of attorney-client privileged information or information protected

5  from disclosure by the work-product doctrine, joint defense or common interest

6  privilege, or other privilege.  Larian also objects to this request to the extent it seeks

7  documents not within Larian's possession, custody or control.

8  **REQUEST FOR PRODUCTION NO. 238:**

9         DOCUMENTS sufficient to show customer rebates or credits given by

10  MGA or its licensees to customers in connection with BRATZ DOLLS.

11  **RESPONSE TO REQUEST FOR PRODUCTION NO. 238:**

12         Larian incorporates by reference the above-stated general objections as

13  if fully set forth herein.  Larian also specifically objects to this request on the

14  grounds that it is overbroad and seeks information not relevant to the subject matter

15  of this lawsuit or reasonably calculated to lead to the discovery of admissible

16  evidence.  Larian also objects to this request on the grounds that it is overbroad,

17  unduly burdensome, and oppressive in seeking documents that show customer

18  rebates or credits given by MGA or its licensees to customers in connection with

19  Bratz dolls.  Larian also objects to this request on the grounds that it seeks

20  confidential, proprietary or commercially sensitive information, the disclosure of

21  which would be inimical to the business interests of Larian and one or more third

22  parties.  Larian also objects to this request to the extent it seeks information the

23  disclosure of which would implicate the rights of third parties to protect private,

24  confidential, proprietary or trade secret information.  Larian also objects to this

25  request to the extent it calls for the disclosure of attorney-client privileged

26  information or information protected from disclosure by the work-product doctrine,

27  joint defense or common interest privilege, or other privilege.  Larian also objects

28  to this request to the extent it seeks documents not within Larian's possession,

- 222 -

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1  custody or control.

2       Subject to the foregoing, Larian will produce any personal documents

3  that are relevant and responsive to the request, if any, and that have not already

4  been produced, that he discovers in the course of his reasonable search and diligent

5  inquiry, which are within the permissible scope of discovery, and to which no

6  privilege or other protection applies, including without limitation, the attorney-

7  client privilege or attorney's work product doctrine.

8  **REQUEST FOR PRODUCTION NO. 239:**

9       DOCUMENTS sufficient to show, by product number or SKU, the

10  number of units of each BRATZ DOLL sold by MGA or its licensees.

11  **RESPONSE TO REQUEST FOR PRODUCTION NO. 239:**

12       Larian incorporates by reference the above-stated general objections as

13  if fully set forth herein.  Larian also specifically objects to this request on the

14  grounds that it is overbroad and seeks information not relevant to the subject matter

15  of this lawsuit or reasonably calculated to lead to the discovery of admissible

16  evidence.  Larian also objects to this request on the grounds that it is overbroad,

17  unduly burdensome, and oppressive in seeking documents that show, by product

18  number or SKU, all units of Bratz dolls sold by MGA or its licensees.  Larian also

19  objects to this request on the grounds that it seeks confidential, proprietary or

20  commercially sensitive information, the disclosure of which would be inimical to

21  the business interests of Larian and one or more third parties.  Larian also objects to

22  this request to the extent it seeks information the disclosure of which would

23  implicate the rights of third parties to protect private, confidential, proprietary or

24  trade secret information.  Larian also objects to this request to the extent it calls for

25  the disclosure of attorney-client privileged information or information protected

26  from disclosure by the work-product doctrine, joint defense or common interest

27  privilege, or other privilege.  Larian also objects to this request to the extent it seeks

28  documents not within Larian's possession, custody or control.

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1   Subject to the foregoing, Larian will produce any personal documents

2   that are relevant and responsive to the request, if any, and that have not already

3   been produced, that he discovers in the course of his reasonable search and diligent

4   inquiry, which are within the permissible scope of discovery, and to which no

5   privilege or other protection applies, including without limitation, the attorney-

6   client privilege or attorney's work product doctrine.

7   **REQUEST FOR PRODUCTION NO. 240:**

8   DOCUMENTS sufficient to show, by product number or SKU, the

9   revenue received by YOU from the sale of each BRATZ DOLL sold by MGA or its

10  licensees.

11  **RESPONSE TO REQUEST FOR PRODUCTION NO. 240:**

12  Larian incorporates by reference the above-stated general objections as

13  if fully set forth herein.  Larian also specifically objects to this request on the

14  grounds that it is overbroad and seeks information not relevant to the subject matter

15  of this lawsuit or reasonably calculated to lead to the discovery of admissible

16  evidence.  Larian also objects to this request on the grounds that it is overbroad,

17  unduly burdensome, and oppressive in seeking documents that show, by product

18  number or SKU, the revenue received by Larian from the sale of all Bratz dolls sold

19  by MGA or its licensees.  Larian also objects to this request on the grounds that it

20  seeks confidential, proprietary or commercially sensitive information, the

21  disclosure of which would be inimical to the business interests of Larian and one or

22  more third parties.  Larian also objects to this request to the extent it seeks

23  information the disclosure of which would implicate the rights of third parties to

24  protect private, confidential, proprietary or trade secret information.  Larian also

25  objects to this request to the extent it calls for the disclosure of attorney-client

26  privileged information or information protected from disclosure by the work-

27  product doctrine, joint defense or common interest privilege, or other privilege.

28  Larian also objects to this request to the extent it seeks documents not within

- 224 -

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1    Larian's possession, custody or control.

2    **REQUEST FOR PRODUCTION NO. 241:**

3            DOCUMENTS sufficient to show, by product number or SKU, YOUR

4    cost of goods sold, unit cost and other costs for each BRATZ DOLL sold by MGA

5    or its licensees.

6    **RESPONSE TO REQUEST FOR PRODUCTION NO. 241:**

7            Larian incorporates by reference the above-stated general objections as

8    if fully set forth herein. Larian also specifically objects to this request on the

9    grounds that it is overbroad and seeks information not relevant to the subject matter

10    of this lawsuit or reasonably calculated to lead to the discovery of admissible

11    evidence. Larian also objects to this request on the grounds that it is overbroad,

12    unduly burdensome, and oppressive in seeking documents that show, by product

13    number or SKU, Larian's cost of goods sold, unit cost, and other costs for all Bratz

14    dolls sold by MGA or its licensees. Larian also objects to this request on the

15    grounds that it seeks confidential, proprietary or commercially sensitive

16    information, the disclosure of which would be inimical to the business interests of

17    Larian and one or more third parties. Larian also objects to this request to the

18    extent it seeks information the disclosure of which would implicate the rights of

19    third parties to protect private, confidential, proprietary or trade secret information.

20    Larian also objects to this request to the extent it calls for the disclosure of attorney-

21    client privileged information or information protected from disclosure by the work-

22    product doctrine, joint defense or common interest privilege, or other privilege.

23    Larian also objects to this request to the extent it seeks documents not within

24    Larian's possession, custody or control.

25    **REQUEST FOR PRODUCTION NO. 242:**

26            All DOCUMENTS that evidence, reflect or REFER OR RELATE TO

27    YOUR profits, by product number or SKU, from the sale of each BRATZ DOLL

28    sold by MGA or its licensees.

- 225 -

**RESPONSE TO REQUEST FOR PRODUCTION NO. 242:**

1
2          Larian incorporates by reference the above-stated general objections as
3  if fully set forth herein.  Larian also specifically objects to this request on the
4  grounds that it is overbroad and seeks information not relevant to the subject matter
5  of this lawsuit or reasonably calculated to lead to the discovery of admissible
6  evidence.  Larian also objects to this request on the grounds that it is overbroad,
7  unduly burdensome, and oppressive in seeking documents that evidence, reflect or
8  refer or relate, by product number or SKU, Larian's profits from the sale of all
9  Bratz dolls sold by MGA or its licensees.  Larian also objects to this request on the
10  grounds that it seeks confidential, proprietary or commercially sensitive
11  information, the disclosure of which would be inimical to the business interests of
12  Larian and one or more third parties.  Larian also objects to this request to the
13  extent it seeks information the disclosure of which would implicate the rights of
14  third parties to protect private, confidential, proprietary or trade secret information.
15  Larian also objects to this request to the extent it calls for the disclosure of attorney-
16  client privileged information or information protected from disclosure by the work-
17  product doctrine, joint defense or common interest privilege, or other privilege.
18  Larian also objects to this request to the extent it seeks documents not within
19  Larian's possession, custody or control.

**REQUEST FOR PRODUCTION NO. 243:**

21          For each customer to whom YOU or YOUR licensees have ever sold
22  any BRATZ DOLL, DOCUMENTS sufficient to show, by product number or
23  SKU, the number of units of each such BRATZ DOLL sold by MGA or its
24  licensees to that customer.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 243:**

26          Larian incorporates by reference the above-stated general objections as
27  if fully set forth herein.  Larian also specifically objects to this request on the
28  grounds that it is overbroad and seeks information not relevant to the subject matter

- 226 -

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1   of this lawsuit or reasonably calculated to lead to the discovery of admissible

2   evidence. Larian also objects to this request on the grounds that it is overbroad,

3   unduly burdensome, and oppressive in seeking documents that show, by product

4   number or SKU, the number of units of all Bratz dolls sold to all customers by

5   MGA or its licensees. Larian also objects to this request on the grounds that it

6   seeks confidential, proprietary or commercially sensitive information, the

7   disclosure of which would be inimical to the business interests of Larian and one or

8   more third parties. Larian also objects to this request to the extent it seeks

9   information the disclosure of which would implicate the rights of third parties to

10  protect private, confidential, proprietary or trade secret information. Larian also

11  objects to this request to the extent it calls for the disclosure of attorney-client

12  privileged information or information protected from disclosure by the work-

13  product doctrine, joint defense or common interest privilege, or other privilege.

14  Larian also objects to this request to the extent it seeks documents not within

15  Larian's possession, custody or control.

16  **REQUEST FOR PRODUCTION NO. 244:**

17          For each customer to whom YOU or YOUR licensees have ever sold

18  any BRATZ DOLL, DOCUMENTS sufficient to show, by product number or

19  SKU, the revenue received by YOU from each such BRATZ DOLL sold by MGA

20  or its licensees to that customer.

21  **RESPONSE TO REQUEST FOR PRODUCTION NO. 244:**

22          Larian incorporates by reference the above-stated general objections as

23  if fully set forth herein. Larian also specifically objects to this request on the

24  grounds that it is overbroad and seeks information not relevant to the subject matter

25  of this lawsuit or reasonably calculated to lead to the discovery of admissible

26  evidence. Larian also objects to this request on the grounds that it is overbroad,

27  unduly burdensome, and oppressive in seeking documents that show, by product

28  number or SKU, the revenue received by Larian from the sale of all Bratz dolls sold

1  to all customers by MGA or its licensees.  Larian also objects to this request on the

2  grounds that it seeks confidential, proprietary or commercially sensitive

3  information, the disclosure of which would be inimical to the business interests of

4  Larian and one or more third parties.  Larian also objects to this request to the

5  extent it seeks information the disclosure of which would implicate the rights of

6  third parties to protect private, confidential, proprietary or trade secret information.

7  Larian also objects to this request to the extent it calls for the disclosure of attorney-

8  client privileged information or information protected from disclosure by the work-

9  product doctrine, joint defense or common interest privilege, or other privilege.

10  Larian also objects to this request to the extent it seeks documents not within

11  Larian's possession, custody or control.

12  **REQUEST FOR PRODUCTION NO. 245:**

13      For each customer to whom YOU or YOUR licensees have ever sold

14  any BRATZ DOLL, DOCUMENTS sufficient to show, by product number or

15  SKU, YOUR profits from each such BRATZ DOLL sold by MGA or its licensees

16  to that customer.

17  **RESPONSE TO REQUEST FOR PRODUCTION NO. 245:**

18      Larian incorporates by reference the above-stated general objections as

19  if fully set forth herein.  Larian also specifically objects to this request on the

20  grounds that it is overbroad and seeks information not relevant to the subject matter

21  of this lawsuit or reasonably calculated to lead to the discovery of admissible

22  evidence.  Larian also objects to this request on the grounds that it is overbroad,

23  unduly burdensome, and oppressive in seeking documents that show, by product

24  number or SKU, Larian's profits from the sale of all Bratz dolls sold to all

25  customers by MGA or its licensees.  Larian also objects to this request on the

26  grounds that it seeks confidential, proprietary or commercially sensitive

27  information, the disclosure of which would be inimical to the business interests of

28  Larian and one or more third parties.  Larian also objects to this request to the

LARIAN'S RESPONSE TO MATTEL'S 1ST
- 228 -                    SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1    extent it seeks information the disclosure of which would implicate the rights of

2    third parties to protect private, confidential, proprietary or trade secret information.

3    Larian also objects to this request to the extent it calls for the disclosure of attorney-

4    client privileged information or information protected from disclosure by the work-

5    product doctrine, joint defense or common interest privilege, or other privilege.

6    Larian also objects to this request to the extent it seeks documents not within

7    Larian's possession, custody or control.

8    **REQUEST FOR PRODUCTION NO. 246:**

9          DOCUMENTS sufficient to show the revenue and profits derived by

10   YOU from the sale by MGA or its licensees of BRATZ DOLLS including, without

11   limitation, DOCUMENTS sufficient to show sales revenue, costs of goods sold,

12   variable costs, gross margins, royalties paid and received, gross profits and nets

13   profits.

14   **RESPONSE TO REQUEST FOR PRODUCTION NO. 246:**

15          Larian incorporates by reference the above-stated general objections as

16   if fully set forth herein. Larian also specifically objects to this request on the

17   grounds that it is overbroad and seeks information not relevant to the subject matter

18   of this lawsuit or reasonably calculated to lead to the discovery of admissible

19   evidence. Larian also objects to this request on the grounds that it is overbroad,

20   unduly burdensome, and oppressive in seeking documents that show the revenues

21   and profits derived by Larian from the sale of all Bratz dolls by MGA or its

22   licensees. Larian also objects to this request on the grounds that it seeks

23   confidential, proprietary or commercially sensitive information, the disclosure of

24   which would be inimical to the business interests of Larian and one or more third

25   parties. Larian also objects to this request to the extent it seeks information the

26   disclosure of which would implicate the rights of third parties to protect private,

27   confidential, proprietary or trade secret information. Larian also objects to this

28   request to the extent it calls for the disclosure of attorney-client privileged

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

Exhibit A - Page 231

1   information or information protected from disclosure by the work-product doctrine,

2   joint defense or common interest privilege, or other privilege.  Larian also objects

3   to this request to the extent it seeks documents not within Larian's possession,

4   custody or control.

5   **REQUEST FOR PRODUCTION NO. 247:**

6         DOCUMENTS sufficient to show the number of units of each BRATZ

7   PRODUCT sold by MGA or its licensees.

8   **RESPONSE TO REQUEST FOR PRODUCTION NO. 247:**

9         Larian incorporates by reference the above-stated general objections as

10   if fully set forth herein.  Larian also specifically objects to this request on the

11   grounds that it is overbroad and seeks information not relevant to the subject matter

12   of this lawsuit or reasonably calculated to lead to the discovery of admissible

13   evidence.  Larian also objects to this request on the grounds that it is overbroad,

14   unduly burdensome, and oppressive in seeking documents that show, by product

15   number or SKU, the revenue received from the sale of all Bratz products sold to all

16   customers by MGA or its licensees.  Larian also objects to this request on the

17   grounds that it seeks confidential, proprietary or commercially sensitive

18   information, the disclosure of which would be inimical to the business interests of

19   Larian and one or more third parties.  Larian also objects to this request to the

20   extent it seeks information the disclosure of which would implicate the rights of

21   third parties to protect private, confidential, proprietary or trade secret information.

22   Larian also objects to this request to the extent it calls for the disclosure of attorney-

23   client privileged information or information protected from disclosure by the work-

24   product doctrine, joint defense or common interest privilege, or other privilege.

25   Larian also objects to this request to the extent it seeks documents not within

26   Larian's possession, custody or control.

27         Subject to the foregoing, Larian will produce any personal documents

28   that are relevant and responsive to the request, if any, and that have not already

- 230 -

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1   been produced, that he discovers in the course of his reasonable search and diligent

2   inquiry, which are within the permissible scope of discovery, and to which no

3   privilege or other protection applies, including without limitation, the attorney-

4   client privilege or attorney's work product doctrine.

5   **REQUEST FOR PRODUCTION NO. 248:**

6           DOCUMENTS sufficient to show the revenue received by YOU from

7   the sale of each BRATZ PRODUCT sold by MGA or its licensees.

8   **RESPONSE TO REQUEST FOR PRODUCTION NO. 248:**

9           Larian incorporates by reference the above-stated general objections as

10  if fully set forth herein.  Larian also specifically objects to this request on the

11  grounds that it is overbroad and seeks information not relevant to the subject matter

12  of this lawsuit or reasonably calculated to lead to the discovery of admissible

13  evidence.  Larian also objects to this request on the grounds that it is overbroad,

14  unduly burdensome, and oppressive in seeking documents that show the revenue

15  received by Larian from the sale of all Bratz products by MGA or its licensees.

16  Larian also objects to this request on the grounds that it seeks confidential,

17  proprietary or commercially sensitive information, the disclosure of which would

18  be inimical to the business interests of Larian and one or more third parties.  Larian

19  also objects to this request to the extent it seeks information the disclosure of which

20  would implicate the rights of third parties to protect private, confidential,

21  proprietary or trade secret information.  Larian also objects to this request to the

22  extent it calls for the disclosure of attorney-client privileged information or

23  information protected from disclosure by the work-product doctrine, joint defense

24  or common interest privilege, or other privilege.  Larian also objects to this request

25  to the extent it seeks documents not within Larian's possession, custody or control.

26  **REQUEST FOR PRODUCTION NO. 249:**

27          DOCUMENTS sufficient to show YOUR cost of goods sold, unit cost

28  and other costs for each BRATZ PRODUCT sold by MGA or its licensees.

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

Exhibit A - Page 233

**RESPONSE TO REQUEST FOR PRODUCTION NO. 249:**

Larian incorporates by reference the above-stated general objections as if fully set forth herein. Larian also specifically objects to this request on the grounds that it is overbroad and seeks information not relevant to the subject matter of this lawsuit or reasonably calculated to lead to the discovery of admissible evidence. Larian also objects to this request on the grounds that it is overbroad, unduly burdensome, and oppressive in seeking documents that show Larian's cost of goods sold, unit cost, and other costs for all Bratz products sold by MGA or its licensees. Larian also objects to this request on the grounds that it seeks confidential, proprietary or commercially sensitive information, the disclosure of which would be inimical to the business interests of Larian and one or more third parties. Larian also objects to this request to the extent it seeks information the disclosure of which would implicate the rights of third parties to protect private, confidential, proprietary or trade secret information. Larian also objects to this request to the extent it calls for the disclosure of attorney-client privileged information or information protected from disclosure by the work-product doctrine, joint defense or common interest privilege, or other privilege. Larian also objects to this request to the extent it seeks documents not within Larian's possession, custody or control.

**REQUEST FOR PRODUCTION NO. 250:**

All DOCUMENTS that evidence, reflect or REFER OR RELATE TO YOUR profits from the sale of each BRATZ PRODUCT sold by MGA or its licensees.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 250:**

Larian incorporates by reference the above-stated general objections as if fully set forth herein. Larian also specifically objects to this request on the grounds that it is overbroad and seeks information not relevant to the subject matter of this lawsuit or reasonably calculated to lead to the discovery of admissible

- 232 -

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1   evidence.  Larian also objects to this request on the grounds that it is overbroad,

2   unduly burdensome, and oppressive in seeking documents that evidence, reflect, or

3   refer or relate to Larian's profits from the sale of all Bratz products sold by MGA or

4   its licensees.  Larian also objects to this request on the grounds that it seeks

5   confidential, proprietary or commercially sensitive information, the disclosure of

6   which would be inimical to the business interests of Larian and one or more third

7   parties.  Larian also objects to this request to the extent it seeks information the

8   disclosure of which would implicate the rights of third parties to protect private,

9   confidential, proprietary or trade secret information.  Larian also objects to this

10  request to the extent it calls for the disclosure of attorney-client privileged

11  information or information protected from disclosure by the work-product doctrine,

12  joint defense or common interest privilege, or other privilege.  Larian also objects

13  to this request to the extent it seeks documents not within Larian's possession,

14  custody or control.

15  **REQUEST FOR PRODUCTION NO. 251:**

16          DOCUMENTS sufficient to IDENTIFY all customers to whom MGA

17  or its licensees have ever sold any BRATZ PRODUCT.

18  **RESPONSE TO REQUEST FOR PRODUCTION NO. 251:**

19          Larian incorporates by reference the above-stated general objections as

20  if fully set forth herein.  Larian also specifically objects to this request on the

21  grounds that it is overbroad and seeks information not relevant to the subject matter

22  of this lawsuit or reasonably calculated to lead to the discovery of admissible

23  evidence.  Larian also objects to this request on the grounds that it is overbroad,

24  unduly burdensome, and oppressive in seeking documents that identify all

25  customers to whom MGA or its licensees has ever sold any Bratz product.  Larian

26  also objects to this request on the grounds that it seeks confidential, proprietary or

27  commercially sensitive information, the disclosure of which would be inimical to

28  the business interests of Larian and one or more third parties.  Larian also objects to

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1  this request to the extent it seeks information the disclosure of which would

2  implicate the rights of third parties to protect private, confidential, proprietary or

3  trade secret information.  Larian also objects to this request to the extent it calls for

4  the disclosure of attorney-client privileged information or information protected

5  from disclosure by the work-product doctrine, joint defense or common interest

6  privilege, or other privilege.  Larian also objects to this request to the extent it seeks

7  documents not within Larian's possession, custody or control.

8  Subject to the foregoing, Larian will produce any personal documents

9  that are relevant and responsive to the request, if any, and that have not already

10 been produced, that he discovers in the course of his reasonable search and diligent

11 inquiry, which are within the permissible scope of discovery, and to which no

12 privilege or other protection applies, including without limitation, the attorney-

13 client privilege or attorney's work product doctrine.

14 **REQUEST FOR PRODUCTION NO. 252:**

15 For each customer to whom MGA or its licensees have ever sold any

16 BRATZ PRODUCT, DOCUMENTS sufficient to show the number of units of each

17 such BRATZ PRODUCT sold by MGA or its licensees to that customer.

18 **RESPONSE TO REQUEST FOR PRODUCTION NO. 252:**

19 Larian incorporates by reference the above-stated general objections as

20 if fully set forth herein.  Larian also specifically objects to this request on the

21 grounds that it is overbroad and seeks information not relevant to the subject matter

22 of this lawsuit or reasonably calculated to lead to the discovery of admissible

23 evidence.  Larian also objects to this request on the grounds that it is overbroad,

24 unduly burdensome, and oppressive in seeking documents that show the number of

25 units of all Bratz products sold to all customers by MGA or its licensees.  Larian

26 also objects to this request on the grounds that it seeks confidential, proprietary or

27 commercially sensitive information, the disclosure of which would be inimical to

28 the business interests of Larian and one or more third parties.  Larian also objects to

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1  this request to the extent it seeks information the disclosure of which would

2  implicate the rights of third parties to protect private, confidential, proprietary or

3  trade secret information. Larian also objects to this request to the extent it calls for

4  the disclosure of attorney-client privileged information or information protected

5  from disclosure by the work-product doctrine, joint defense or common interest

6  privilege, or other privilege. Larian also objects to this request to the extent it seeks

7  documents not within Larian's possession, custody or control.

8        Subject to the foregoing, Larian will produce any personal documents

9  that are relevant and responsive to the request, if any, and that have not already

10  been produced, that he discovers in the course of his reasonable search and diligent

11  inquiry, which are within the permissible scope of discovery, and to which no

12  privilege or other protection applies, including without limitation, the attorney-

13  client privilege or attorney's work product doctrine.

14  **REQUEST FOR PRODUCTION NO. 253:**

15        For each customer to whom MGA or its licensees have ever sold any

16  BRATZ PRODUCT, documents sufficient to show the revenue received by YOU

17  from each such BRATZ PRODUCT sold by MGA or its licensees to that customer.

18  **RESPONSE TO REQUEST FOR PRODUCTION NO. 253:**

19        Larian incorporates by reference the above-stated general objections as

20  if fully set forth herein. Larian also specifically objects to this request on the

21  grounds that it is overbroad and seeks information not relevant to the subject matter

22  of this lawsuit or reasonably calculated to lead to the discovery of admissible

23  evidence. Larian also objects to this request on the grounds that it is overbroad,

24  unduly burdensome, and oppressive in seeking documents that show the revenue

25  received by Larian from the sale of all Bratz products to all customers by MGA or

26  its licensees. Larian also objects to this request on the grounds that it seeks

27  confidential, proprietary or commercially sensitive information, the disclosure of

28  which would be inimical to the business interests of Larian and one or more third

- 235 -

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1    parties.  Larian also objects to this request to the extent it seeks information the

2    disclosure of which would implicate the rights of third parties to protect private,

3    confidential, proprietary or trade secret information.  Larian also objects to this

4    request to the extent it calls for the disclosure of attorney-client privileged

5    information or information protected from disclosure by the work-product doctrine,

6    joint defense or common interest privilege, or other privilege.  Larian also objects

7    to this request to the extent it seeks documents not within Larian's possession,

8    custody or control.

9    **REQUEST FOR PRODUCTION NO. 254:**

10             For each customer to whom MGA or its licensees have ever sold any

11   BRATZ PRODUCT, documents sufficient to show YOUR profits from each such

12   BRATZ PRODUCT sold by MGA or its licensees to that customer.

13   **RESPONSE TO REQUEST FOR PRODUCTION NO. 254:**

14             Larian incorporates by reference the above-stated general objections as

15   if fully set forth herein.  Larian also specifically objects to this request on the

16   grounds that it is overbroad and seeks information not relevant to the subject matter

17   of this lawsuit or reasonably calculated to lead to the discovery of admissible

18   evidence.  Larian also objects to this request on the grounds that it is overbroad,

19   unduly burdensome, and oppressive in seeking documents that show Larian's

20   profits from the sale of all Bratz products to all customers by MGA or its licensees.

21   Larian also objects to this request on the grounds that it seeks confidential,

22   proprietary or commercially sensitive information, the disclosure of which would

23   be inimical to the business interests of Larian and one or more third parties.  Larian

24   also objects to this request to the extent it seeks information the disclosure of which

25   would implicate the rights of third parties to protect private, confidential,

26   proprietary or trade secret information.  Larian also objects to this request to the

27   extent it calls for the disclosure of attorney-client privileged information or

28   information protected from disclosure by the work-product doctrine, joint defense

                                   LARIAN'S RESPONSE TO MATTEL'S 1ST
                        - 236 -        SET OF REQUESTS FOR PRODUCTION
                                        CV 04-9049 SGL (RNBX)

1  or common interest privilege, or other privilege. Larian also objects to this request

2  to the extent it seeks documents not within Larian's possession, custody or control.

3  **REQUEST FOR PRODUCTION NO. 255:**

4         DOCUMENTS sufficient to show customer returns to MGA of

5  BRATZ PRODUCTS sold or distributed by MGA or its licensees.

6  **RESPONSE TO REQUEST FOR PRODUCTION NO. 255:**

7         Larian incorporates by reference the above-stated general objections as

8  if fully set forth herein. Larian also specifically objects to this request on the

9  grounds that it is overbroad and seeks information not relevant to the subject matter

10  of this lawsuit or reasonably calculated to lead to the discovery of admissible

11  evidence. Larian also objects to this request on the grounds that it is overbroad,

12  unduly burdensome, and oppressive in seeking documents that show customer

13  returns to MGA of all Bratz products sold or distributed by MGA or its licensees.

14  Larian also objects to this request on the grounds that it seeks confidential,

15  proprietary or commercially sensitive information, the disclosure of which would

16  be inimical to the business interests of Larian and one or more third parties. Larian

17  also objects to this request to the extent it seeks information the disclosure of which

18  would implicate the rights of third parties to protect private, confidential,

19  proprietary or trade secret information. Larian also objects to this request to the

20  extent it calls for the disclosure of attorney-client privileged information or

21  information protected from disclosure by the work-product doctrine, joint defense

22  or common interest privilege, or other privilege. Larian also objects to this request

23  to the extent it seeks documents not within Larian's possession, custody or control.

24         Subject to the foregoing, Larian will produce any personal documents

25  that are relevant and responsive to the request, if any, and that have not already

26  been produced, that he discovers in the course of his reasonable search and diligent

27  inquiry, which are within the permissible scope of discovery, and to which no

28  privilege or other protection applies, including without limitation, the attorney-

1  client privilege or attorney's work product doctrine.

2  **REQUEST FOR PRODUCTION NO. 256:**

3      DOCUMENTS sufficient to show customer rebates and credits given

4  by MGA or its licensees to customers in connection with BRATZ PRODUCTS.

5  **RESPONSE TO REQUEST FOR PRODUCTION NO. 256:**

6      Larian incorporates by reference the above-stated general objections as

7  if fully set forth herein. Larian also specifically objects to this request on the

8  grounds that it is overbroad and seeks information not relevant to the subject matter

9  of this lawsuit or reasonably calculated to lead to the discovery of admissible

10  evidence. Larian also objects to this request on the grounds that it is overbroad,

11  unduly burdensome, and oppressive in seeking documents that show customer

12  rebates and credits given by MGA or its licensees to all customers in connection

13  with Bratz products. Larian also objects to this request on the grounds that it seeks

14  confidential, proprietary or commercially sensitive information, the disclosure of

15  which would be inimical to the business interests of Larian and one or more third

16  parties. Larian also objects to this request to the extent it seeks information the

17  disclosure of which would implicate the rights of third parties to protect private,

18  confidential, proprietary or trade secret information. Larian also objects to this

19  request to the extent it calls for the disclosure of attorney-client privileged

20  information or information protected from disclosure by the work-product doctrine,

21  joint defense or common interest privilege, or other privilege. Larian also objects

22  to this request to the extent it seeks documents not within Larian's possession,

23  custody or control.

24      Subject to the foregoing, Larian will produce any personal documents

25  that are relevant and responsive to the request, if any, and that have not already

26  been produced, that he discovers in the course of his reasonable search and diligent

27  inquiry, which are within the permissible scope of discovery, and to which no

28  privilege or other protection applies, including without limitation, the attorney-

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

Exhibit A - Page 240

1    client privilege or attorney's work product doctrine.

2    **REQUEST FOR PRODUCTION NO. 257:**

3          DOCUMENTS sufficient to show, by product number or SKU, the

4    number of units of each BRATZ PRODUCT sold by MGA or its licensees.

5    **RESPONSE TO REQUEST FOR PRODUCTION NO. 257:**

6          Larian incorporates by reference the above-stated general objections as

7    if fully set forth herein.  Larian also specifically objects to this request on the

8    grounds that it is overbroad and seeks information not relevant to the subject matter

9    of this lawsuit or reasonably calculated to lead to the discovery of admissible

10   evidence.  Larian also objects to this request on the grounds that it is overbroad,

11   unduly burdensome, and oppressive in seeking documents that show, by product

12   number or SKU, the number of units of all Bratz products sold by MGA or its

13   licensees.  Larian also objects to this request on the grounds that it seeks

14   confidential, proprietary or commercially sensitive information, the disclosure of

15   which would be inimical to the business interests of Larian and one or more third

16   parties.  Larian also objects to this request to the extent it seeks information the

17   disclosure of which would implicate the rights of third parties to protect private,

18   confidential, proprietary or trade secret information.  Larian also objects to this

19   request to the extent it calls for the disclosure of attorney-client privileged

20   information or information protected from disclosure by the work-product doctrine,

21   joint defense or common interest privilege, or other privilege.  Larian also objects

22   to this request to the extent it seeks documents not within Larian's possession,

23   custody or control.

24         Subject to the foregoing, Larian will produce any personal documents

25   that are relevant and responsive to the request, if any, and that have not already

26   been produced, that he discovers in the course of his reasonable search and diligent

27   inquiry, which are within the permissible scope of discovery, and to which no

28   privilege or other protection applies, including without limitation, the attorney-

1  client privilege or attorney's work product doctrine.

2  **REQUEST FOR PRODUCTION NO. 258:**

3  DOCUMENTS sufficient to show, by product number or SKU, the

4  revenue received by YOU from the sale of each BRATZ PRODUCT sold by MGA

5  or its licensees.

6  **RESPONSE TO REQUEST FOR PRODUCTION NO. 258:**

7  Larian incorporates by reference the above-stated general objections as

8  if fully set forth herein.  Larian also specifically objects to this request on the

9  grounds that it is overbroad and seeks information not relevant to the subject matter

10  of this lawsuit or reasonably calculated to lead to the discovery of admissible

11  evidence.  Larian also objects to this request on the grounds that it is overbroad,

12  unduly burdensome, and oppressive in seeking documents that show, by product

13  number or SKU, the revenue received by Larian from the sale of all Bratz products

14  sold by MGA or its licensees.  Larian also objects to this request on the grounds

15  that it seeks confidential, proprietary or commercially sensitive information, the

16  disclosure of which would be inimical to the business interests of Larian and one or

17  more third parties.  Larian also objects to this request to the extent it seeks

18  information the disclosure of which would implicate the rights of third parties to

19  protect private, confidential, proprietary or trade secret information.  Larian also

20  objects to this request to the extent it calls for the disclosure of attorney-client

21  privileged information or information protected from disclosure by the work-

22  product doctrine, joint defense or common interest privilege, or other privilege.

23  Larian also objects to this request to the extent it seeks documents not within

24  Larian's possession, custody or control.

25  **REQUEST FOR PRODUCTION NO. 259:**

26  DOCUMENTS sufficient to show, by product number or SKU, YOUR

27  cost of goods sold, unit cost and other costs for each BRATZ PRODUCT sold by

28  MGA or its licensees.

- 240 -

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

**RESPONSE TO REQUEST FOR PRODUCTION NO. 259:**

Larian incorporates by reference the above-stated general objections as if fully set forth herein. Larian also specifically objects to this request on the grounds that it is overbroad and seeks information not relevant to the subject matter of this lawsuit or reasonably calculated to lead to the discovery of admissible evidence. Larian also objects to this request on the grounds that it is overbroad, unduly burdensome, and oppressive in seeking documents that show, by product number or SKU, Larian's cost of goods sold, unit cost and other costs for all Bratz products sold by MGA or its licensees. Larian also objects to this request on the grounds that it seeks confidential, proprietary or commercially sensitive information, the disclosure of which would be inimical to the business interests of Larian and one or more third parties. Larian also objects to this request to the extent it seeks information the disclosure of which would implicate the rights of third parties to protect private, confidential, proprietary or trade secret information. Larian also objects to this request to the extent it calls for the disclosure of attorney-client privileged information or information protected from disclosure by the work-product doctrine, joint defense or common interest privilege, or other privilege. Larian also objects to this request to the extent it seeks documents not within Larian's possession, custody or control.

**REQUEST FOR PRODUCTION NO. 260:**

All DOCUMENTS that evidence, reflect or REFER OR RELATE TO YOUR or MGA's profits, by product number or SKU, from the sale of each BRATZ PRODUCT sold by MGA or its licensees.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 260:**

Larian incorporates by reference the above-stated general objections as if fully set forth herein. Larian also specifically objects to this request on the grounds that it is overbroad and seeks information not relevant to the subject matter of this lawsuit or reasonably calculated to lead to the discovery of admissible

- 241 -

LARIAN'S RESPONSE TO MATTEL'S 1ST SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

Exhibit A - Page 243

1  evidence.  Larian also objects to this request on the grounds that it is overbroad,

2  unduly burdensome, and oppressive in seeking documents that reflect or refer or

3  relate, by product number or SKU, to Larian or MGA's profits from the sale of all

4  Bratz products by MGA or its licensees.  Larian also objects to this request on the

5  grounds that it seeks confidential, proprietary or commercially sensitive

6  information, the disclosure of which would be inimical to the business interests of

7  Larian and one or more third parties.  Larian also objects to this request to the

8  extent it seeks information the disclosure of which would implicate the rights of

9  third parties to protect private, confidential, proprietary or trade secret information.

10 Larian also objects to this request to the extent it calls for the disclosure of attorney-

11 client privileged information or information protected from disclosure by the work-

12 product doctrine, joint defense or common interest privilege, or other privilege.

13 Larian also objects to this request to the extent it seeks documents not within

14 Larian's possession, custody or control.

15 **REQUEST FOR PRODUCTION NO. 261:**

16         For each customer to whom MGA or its licensees have ever sold any

17 BRATZ PRODUCT, DOCUMENTS sufficient to show, by product number or

18 SKU, the number of units of each such BRATZ PRODUCT sold by MGA or its

19 licensees to that customer.

20 **RESPONSE TO REQUEST FOR PRODUCTION NO. 261:**

21         Larian incorporates by reference the above-stated general objections as

22 if fully set forth herein.  Larian also specifically objects to this request on the

23 grounds that it is overbroad and seeks information not relevant to the subject matter

24 of this lawsuit or reasonably calculated to lead to the discovery of admissible

25 evidence.  Larian also objects to this request on the grounds that it is overbroad,

26 unduly burdensome, and oppressive in seeking documents that show the number of

27 units of all Bratz products sold by Larian, MGA, or its licensees to every customer

28 to whom MGA or its licensees have ever sold any Bratz products.  Larian also

- 242 -

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1   objects to this request on the grounds that it seeks confidential, proprietary or

2   commercially sensitive information, the disclosure of which would be inimical to

3   the business interests of Larian and one or more third parties.  Larian also objects to

4   this request to the extent it seeks information the disclosure of which would

5   implicate the rights of third parties to protect private, confidential, proprietary or

6   trade secret information.  Larian also objects to this request to the extent it calls for

7   the disclosure of attorney-client privileged information or information protected

8   from disclosure by the work-product doctrine, joint defense or common interest

9   privilege, or other privilege.  Larian also objects to this request to the extent it seeks

10  documents not within Larian's possession, custody or control.

11          Subject to the foregoing, Larian will produce any personal documents

12  that are relevant and responsive to the request, if any, and that have not already

13  been produced, that he discovers in the course of his reasonable search and diligent

14  inquiry, which are within the permissible scope of discovery, and to which no

15  privilege or other protection applies, including without limitation, the attorney-

16  client privilege or attorney's work product doctrine.

17  **REQUEST FOR PRODUCTION NO. 262:**

18          For each customer to whom MGA or its licensees have ever sold any

19  BRATZ PRODUCT, DOCUMENTS sufficient to show, by product number or

20  SKU, the revenue received by YOU from each such BRATZ PRODUCT sold by

21  MGA or its licensees to that customer.

22  **RESPONSE TO REQUEST FOR PRODUCTION NO. 262:**

23          Larian incorporates by reference the above-stated general objections as

24  if fully set forth herein.  Larian also specifically objects to this request on the

25  grounds that it is overbroad and seeks information not relevant to the subject matter

26  of this lawsuit or reasonably calculated to lead to the discovery of admissible

27  evidence.  Larian also objects to this request on the grounds that it is overbroad,

28  unduly burdensome, and oppressive in seeking documents that show the revenue

1    received by Larian from all Bratz products sold by MGA or its licensees to every

2    customer to whom MGA or its licenses have ever sold any Bratz products.  Larian

3    also objects to this request on the grounds that it seeks confidential, proprietary or

4    commercially sensitive information, the disclosure of which would be inimical to

5    the business interests of Larian and one or more third parties.  Larian also objects to

6    this request to the extent it seeks information the disclosure of which would

7    implicate the rights of third parties to protect private, confidential, proprietary or

8    trade secret information.  Larian also objects to this request to the extent it calls for

9    the disclosure of attorney-client privileged information or information protected

10   from disclosure by the work-product doctrine, joint defense or common interest

11   privilege, or other privilege.  Larian also objects to this request to the extent it seeks

12   documents not within Larian's possession, custody or control.

13   **REQUEST FOR PRODUCTION NO. 263:**

14          DOCUMENTS sufficient to show the revenue and profits derived by

15   YOU or MGA from the sale by YOU, MGA or its licensees of BRATZ

16   PRODUCTS including, without limitation, DOCUMENTS sufficient to show sales

17   revenue, costs of goods sold, variable costs, gross margins, royalties paid and

18   received, gross profits and nets profits.

19   **RESPONSE TO REQUEST FOR PRODUCTION NO. 263:**

20          Larian incorporates by reference the above-stated general objections as

21   if fully set forth herein.  Larian also specifically objects to this request on the

22   grounds that it is overbroad and seeks information not relevant to the subject matter

23   of this lawsuit or reasonably calculated to lead to the discovery of admissible

24   evidence.  Larian also objects to this request on the grounds that it is overbroad,

25   unduly burdensome, and oppressive in seeking documents that show the revenues

26   and profits derived by Larian or MGA from the sale of all Bratz products by MGA

27   or its licensees.  Larian also objects to this request on the grounds that it seeks

28   confidential, proprietary or commercially sensitive information, the disclosure of

1   which would be inimical to the business interests of Larian and one or more third

2   parties. Larian also objects to this request to the extent it seeks information the

3   disclosure of which would implicate the rights of third parties to protect private,

4   confidential, proprietary or trade secret information. Larian also objects to this

5   request to the extent it calls for the disclosure of attorney-client privileged

6   information or information protected from disclosure by the work-product doctrine,

7   joint defense or common interest privilege, or other privilege. Larian also objects

8   to this request to the extent it seeks documents not within Larian's possession,

9   custody or control.

10   **REQUEST FOR PRODUCTION NO. 264:**

11          DOCUMENTS sufficient to show the revenue and profits derived by

12   YOU or MGA from BRATZ MOVIES including, without limitation,

13   DOCUMENTS sufficient to show sales revenue, costs of goods sold, variable costs,

14   gross margins, royalties paid and received, gross profits and net profits.

15   **RESPONSE TO REQUEST FOR PRODUCTION NO. 264:**

16          Larian incorporates by reference the above-stated general objections as

17   if fully set forth herein. Larian also specifically objects to this request on the

18   grounds that it is overbroad and seeks information not relevant to the subject matter

19   of this lawsuit or reasonably calculated to lead to the discovery of admissible

20   evidence. Larian also objects to this request on the grounds that it is overbroad,

21   unduly burdensome, and oppressive in seeking documents that show the revenues

22   and profits derived by Larian or MGA from Bratz movies. Larian also objects to

23   this request on the grounds that it seeks confidential, proprietary or commercially

24   sensitive information, the disclosure of which would be inimical to the business

25   interests of Larian and one or more third parties. Larian also objects to this request

26   to the extent it seeks information the disclosure of which would implicate the rights

27   of third parties to protect private, confidential, proprietary or trade secret

28   information. Larian also objects to this request to the extent it calls for the

- 245 -

1  disclosure of attorney-client privileged information or information protected from

2  disclosure by the work-product doctrine, joint defense or common interest

3  privilege, or other privilege. Larian also objects to this request to the extent it seeks

4  documents not within Larian's possession, custody or control.

5  **REQUEST FOR PRODUCTION NO. 265:**

6      DOCUMENTS sufficient to show the revenue and profits derived by

7  YOU or MGA from BRATZ TELEVISION SHOWS including, without limitation,

8  DOCUMENTS sufficient to show sales revenue, costs of goods sold, variable costs,

9  gross margins, royalties paid and received, gross profits and net profits.

10  **RESPONSE TO REQUEST FOR PRODUCTION NO. 265:**

11      Larian incorporates by reference the above-stated general objections as

12  if fully set forth herein. Larian also specifically objects to this request on the

13  grounds that it is overbroad and seeks information not relevant to the subject matter

14  of this lawsuit or reasonably calculated to lead to the discovery of admissible

15  evidence. Larian also objects to this request on the grounds that it is overbroad,

16  unduly burdensome, and oppressive in seeking documents that show the revenues

17  and profits derived by Larian or MGA from Bratz television shows. Larian also

18  objects to this request on the grounds that it seeks confidential, proprietary or

19  commercially sensitive information, the disclosure of which would be inimical to

20  the business interests of Larian and one or more third parties. Larian also objects to

21  this request to the extent it seeks information the disclosure of which would

22  implicate the rights of third parties to protect private, confidential, proprietary or

23  trade secret information. Larian also objects to this request to the extent it calls for

24  the disclosure of attorney-client privileged information or information protected

25  from disclosure by the work-product doctrine, joint defense or common interest

26  privilege, or other privilege. Larian also objects to this request to the extent it seeks

27  documents not within Larian's possession, custody or control.

28

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1   **REQUEST FOR PRODUCTION NO. 266:**

2          All quarterly and annual profit and loss statements for BRATZ.

3   **RESPONSE TO REQUEST FOR PRODUCTION NO. 266:**

4          Larian incorporates by reference the above-stated general objections as

5   if fully set forth herein.  Larian also specifically objects to this request on the

6   grounds that it is overbroad and seeks information not relevant to the subject matter

7   of this lawsuit or reasonably calculated to lead to the discovery of admissible

8   evidence.  Larian also objects to this request on the grounds that it is overbroad,

9   unduly burdensome, and oppressive in seeking all of MGA's quarterly and annual

10  profit and loss statements for Bratz.  Larian also objects to this request on the

11  grounds that it seeks confidential, proprietary or commercially sensitive

12  information, the disclosure of which would be inimical to the business interests of

13  Larian and one or more third parties.  Larian also objects to this request to the

14  extent it seeks information the disclosure of which would implicate the rights of

15  third parties to protect private, confidential, proprietary or trade secret information.

16  Larian also objects to this request to the extent it calls for the disclosure of attorney-

17  client privileged information or information protected from disclosure by the work-

18  product doctrine, joint defense or common interest privilege, or other privilege.

19  Larian also objects to this request to the extent it seeks documents not within

20  Larian's possession, custody or control.

21  **REQUEST FOR PRODUCTION NO. 267:**

22         All sales, profit and cash flow projections or forecasts for BRATZ

23  DOLLS, BRATZ PRODUCTS, BRATZ MOVIES and BRATZ TELEVISION

24  SHOWS.

25  **RESPONSE TO REQUEST FOR PRODUCTION NO. 267:**

26         Larian incorporates by reference the above-stated general objections as

27  if fully set forth herein.  Larian also specifically objects to this request on the

28  grounds that it is overbroad and seeks information not relevant to the subject matter

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1    of this lawsuit or reasonably calculated to lead to the discovery of admissible

2    evidence. Larian also objects to this request on the grounds that it is overbroad,

3    unduly burdensome, and oppressive in seeking all of MGA's profit and cash flow

4    projections and forecasts for Bratz dolls, Bratz products, Bratz movies, and Bratz

5    television shows. Larian also objects to this request on the grounds that it seeks

6    confidential, proprietary or commercially sensitive information, the disclosure of

7    which would be inimical to the business interests of Larian and one or more third

8    parties. Larian also objects to this request to the extent it seeks information the

9    disclosure of which would implicate the rights of third parties to protect private,

10    confidential, proprietary or trade secret information. Larian also objects to this

11    request to the extent it calls for the disclosure of attorney-client privileged

12    information or information protected from disclosure by the work-product doctrine,

13    joint defense or common interest privilege, or other privilege. Larian also objects

14    to this request to the extent it seeks documents not within Larian's possession,

15    custody or control.

16    **REQUEST FOR PRODUCTION NO. 268:**

17          All DOCUMENTS that REFER OR RELATE TO the value of the

18    BRATZ brand.

19    **RESPONSE TO REQUEST FOR PRODUCTION NO. 268:**

20          Larian incorporates by reference the above-stated general objections as

21    if fully set forth herein. Larian also specifically objects to this request on the

22    grounds that it is overbroad and seeks information not relevant to the subject matter

23    of this lawsuit or reasonably calculated to lead to the discovery of admissible

24    evidence. Larian also objects to this request on the grounds that it is overbroad,

25    unduly burdensome, and oppressive in seeking all documents that refer or relate to

26    the value of the Bratz brand. Larian also objects to this request on the grounds that

27    it is vague and ambiguous in that Larian cannot determine what is meant by or how

28    to calculate "the value of the Bratz brand." Larian also objects to this request on

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

Exhibit A - Page 250

1  the grounds that it seeks confidential, proprietary or commercially sensitive

2  information, the disclosure of which would be inimical to the business interests of

3  Larian and one or more third parties.  Larian also objects to this request to the

4  extent it seeks information the disclosure of which would implicate the rights of

5  third parties to protect private, confidential, proprietary or trade secret information.

6  Larian also objects to this request to the extent it calls for the disclosure of attorney-

7  client privileged information or information protected from disclosure by the work-

8  product doctrine, joint defense or common interest privilege, or other privilege.

9  Larian also objects to this request to the extent it seeks documents not within

10  Larian's possession, custody or control.

11  **REQUEST FOR PRODUCTION NO. 269:**

12            DOCUMENTS sufficient to show or calculate YOUR net worth on a

13  yearly basis for each year from 1999 to the present.

14  **RESPONSE TO REQUEST FOR PRODUCTION NO. 269:**

15            Larian incorporates by reference the above-stated general objections as

16  if fully set forth herein. Larian also specifically objects to this request on the

17  grounds that it is overbroad and seeks information not relevant to the subject matter

18  of this lawsuit or reasonably calculated to lead to the discovery of admissible

19  evidence.  Larian also objects to this request on the grounds that it is overbroad,

20  unduly burdensome, and oppressive in seeking all documents sufficient to calculate

21  Larian's net worth on a yearly basis for each year from 1999 to the present.  Larian

22  also objects to this request on the grounds that it is vague and ambiguous in that

23  Larian cannot determine what is meant by "YOUR net worth." Larian also objects

24  to this request on the grounds that it seeks confidential, proprietary or commercially

25  sensitive information, the disclosure of which would be inimical to the business

26  interests of Larian and one or more third parties.  Larian also objects to this request

27  to the extent it seeks information the disclosure of which would implicate the rights

28  of third parties to protect private, confidential, proprietary or trade secret

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

Exhibit A - Page 251

1   information.  Larian also objects to this request to the extent it calls for the

2   disclosure of attorney-client privileged information or information protected from

3   disclosure by the work-product doctrine, joint defense or common interest

4   privilege, or other privilege.  Larian also objects to this request to the extent it seeks

5   documents not within Larian's possession, custody or control.

6   **REQUEST FOR PRODUCTION NO. 270:**

7        All DOCUMENTS that evidence, reflect or REFER OR RELATE TO

8   the BRATZ DOLL'S share of the fashion doll market including, without limitation,

9   the extent to which Bratz has been or is gaining or losing market share in the

10  fashion doll market.

11  **RESPONSE TO REQUEST FOR PRODUCTION NO. 270:**

12        Larian incorporates by reference the above-stated general objections as

13  if fully set forth herein.  Larian also specifically objects to this request on the

14  grounds that it is overbroad and seeks information not relevant to the subject matter

15  of this lawsuit or reasonably calculated to lead to the discovery of admissible

16  evidence.  Larian further objects on the ground that the request is vague and

17  ambiguous.  Larian objects to the extent the documents are equally available to

18  Mattel from third parties.  Larian also objects to this request on the grounds that it

19  is overbroad, unduly burdensome, and oppressive in seeking all documents that

20  evidence, reflect or refer or relate to the Bratz doll's share of the fashion doll

21  market, including the extent to which Bratz has been or is gaining or losing market

22  share in the fashion doll market.  Larian also objects to this request on the grounds

23  that it seeks confidential, proprietary or commercially sensitive information, the

24  disclosure of which would be inimical to the business interests of Larian and one or

25  more third parties.  Larian also objects to this request to the extent it seeks

26  information the disclosure of which would implicate the rights of third parties to

27  protect private, confidential, proprietary or trade secret information.  Larian also

28  objects to this request to the extent it calls for the disclosure of attorney-client

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1   privileged information or information protected from disclosure by the work-

2   product doctrine, joint defense or common interest privilege, or other privilege.

3   Larian also objects to this request to the extent it seeks documents not within

4   Larian's possession, custody or control.

5          Subject to the foregoing, Larian will produce any personal documents

6   that are relevant and responsive to the request, if any, and that have not already

7   been produced, that he discovers in the course of his reasonable search and diligent

8   inquiry, which are within the permissible scope of discovery, and to which no

9   privilege or other protection applies, including without limitation, the attorney-

10   client privilege or attorney's work product doctrine.

11   **REQUEST FOR PRODUCTION NO. 271:**

12          DOCUMENTS sufficient to show each of YOUR position(s), titles

13   and functions with and relationship to MGA, including without limitation with or to

14   MGA Entertainment HK Limited and MGAE de Mexico, S.r.l. de C.V.

15   **RESPONSE TO REQUEST FOR PRODUCTION NO. 271:**

16          Larian incorporates by reference the above-stated general objections as

17   if fully set forth herein. Larian also specifically objects to this request on the

18   grounds that it is overbroad and seeks information not relevant to the subject matter

19   of this lawsuit or reasonably calculated to lead to the discovery of admissible

20   evidence. Larian also objects to this request on the grounds that it seeks

21   confidential, proprietary or commercially sensitive information, the disclosure of

22   which would be inimical to the business interests of Larian and one or more third

23   parties. Larian also objects to this request to the extent it seeks information the

24   disclosure of which would implicate the rights of third parties to protect private,

25   confidential, proprietary or trade secret information. Larian also objects to this

26   request to the extent that it seeks information in the public record and, thus, equally

27   available to Mattel. Larian also objects to this request to the extent it calls for the

28   disclosure of attorney-client privileged information or information protected from

1  disclosure by the work-product doctrine, joint defense or common interest

2  privilege, or other privilege.

3          Subject to the foregoing, Larian will produce any personal documents

4  that are relevant and responsive to the request and pertain to MGA Entertainment,

5  Inc., MGA Entertainment HK Limited and MGAE de Mexico, S.r.l. de C.V., if any,

6  and that have not already been produced, that he discovers in the course of his

7  reasonable search and diligent inquiry, which are within the permissible scope of

8  discovery, and to which no privilege or other protection applies, including without

9  limitation, the attorney-client privilege or attorney's work product doctrine.

10  **REQUEST FOR PRODUCTION NO. 272:**

11          All DOCUMENTS RELATING TO the ownership of MGA

12  Entertainment HK Limited.

13  **RESPONSE TO REQUEST FOR PRODUCTION NO. 272:**

14          Larian incorporates by reference the above-stated general objections as

15  if fully set forth herein. Larian also specifically objects to this request on the

16  grounds that it is overbroad and seeks information not relevant to the subject matter

17  of this lawsuit or reasonably calculated to lead to the discovery of admissible

18  evidence. Larian also objects to this request on the grounds that it seeks

19  confidential, proprietary or commercially sensitive information, the disclosure of

20  which would be inimical to the business interests of Larian and one or more third

21  parties. Larian also objects to this request to the extent it seeks information the

22  disclosure of which would implicate the rights of third parties to protect private,

23  confidential, proprietary or trade secret information. Larian also objects to this

24  request to the extent it calls for the disclosure of attorney-client privileged

25  information or information protected from disclosure by the work-product doctrine,

26  joint defense or common interest privilege, or other privilege. Larian also objects

27  to this request to the extent it seeks documents not within Larian's possession,

28  custody or control.

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1    **REQUEST FOR PRODUCTION NO. 273:**

2              All DOCUMENTS RELATING TO the ownership of MGAE de

3    Mexico, S.r.l. de C.V.

4    **RESPONSE TO REQUEST FOR PRODUCTION NO. 273:**

5              Larian incorporates by reference the above-stated general objections as

6    if fully set forth herein.  Larian also specifically objects to this request on the

7    grounds that it is overbroad and seeks information not relevant to the subject matter

8    of this lawsuit or reasonably calculated to lead to the discovery of admissible

9    evidence.  Larian also objects to this request on the grounds that it seeks

10   confidential, proprietary or commercially sensitive information, the disclosure of

11   which would be inimical to the business interests of Larian and one or more third

12   parties.  Larian also objects to this request to the extent it seeks information the

13   disclosure of which would implicate the rights of third parties to protect private,

14   confidential, proprietary or trade secret information.  Larian also objects to this

15   request to the extent it calls for the disclosure of attorney-client privileged

16   information or information protected from disclosure by the work-product doctrine,

17   joint defense or common interest privilege, or other privilege.  Larian also objects

18   to this request to the extent it seeks documents not within Larian's possession,

19   custody or control.

20   **REQUEST FOR PRODUCTION NO. 274:**

21             An electronic copy of each DOCUMENT that YOU have produced in

22   this action, or that is responsive to these Requests, that is or was created, prepared,

23   generated, maintained or transmitted in digital form.

24   **RESPONSE TO REQUEST FOR PRODUCTION NO. 274:**

25             Larian incorporates by reference the above-stated general objections as

26   if fully set forth herein.  Larian also specifically objects to this request on the

27   grounds that is overbroad, unduly burdensome and oppressive, particularly as to the

28   expense associated with producing to Mattel in electronic form documents that

                                    - 253 -

1   Larian has already produced, or will produce in response to these requests, in

2   another form, and seeks documents that are not relevant nor likely to lead to the

3   discovery of admissible evidence.

4   **REQUEST FOR PRODUCTION NO. 275:**

5          The metadata for each DOCUMENT that YOU have produced in this

6   action, or that is responsive to these Requests, that is or was created, prepared,

7   generated, maintained or transmitted in digital form.

8   **RESPONSE TO REQUEST FOR PRODUCTION NO. 275:**

9          Larian incorporates by reference the above-stated general objections as

10  if fully set forth herein.  Larian also specifically objects to this request on the

11  grounds that is it unduly burdensome and oppressive, particularly as to the expense

12  associated with producing metadata to Mattel for each digital document that Larian

13  has already produced, or will produce in response to these requests, if any and seeks

14  documents that are not relevant nor likely to lead to the discovery of admissible

15  evidence.  Larian also objects to this request to the extent it calls for the disclosure

16  of attorney-client privileged information or information protected from disclosure

17  by the work-product doctrine, joint defense or common interest privilege, or other

18  privilege.

19  **REQUEST FOR PRODUCTION NO. 276:**

20          To the extent not produced in response to any other Request for

21  Production, all DOCUMENTS and tangible things upon which YOU intend to rely

22  in this ACTION.

23  **RESPONSE TO REQUEST FOR PRODUCTION NO. 276:**

24          Larian incorporates by reference the above-stated general objections as

25  if fully set forth herein.  Larian also specifically objects to this request on the

26  grounds that it is overbroad and unduly burdensome in that it calls for all

27  documents and tangible things upon which Larian intends to rely in this action.

28  Larian also objects to this request on the grounds that it calls for legal conclusions.

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1   Larian also objects to this request on the grounds that it seeks information in

2   Mattel's possession and/or in the public record, and/or equally available to Mattel.

3   Larian also objects to this request to the extent it calls for the disclosure of attorney-

4   client privileged information or information protected from disclosure by the work-

5   product doctrine, joint defense or common interest privilege, or other privilege.

     Dated:     August _____, 2007

6

7                     DIANA M. TORRES
                  DALE M. CENDALI

8                     WILLIAM J. CHARRON
                  O'MELVENY & MYERS LLP

9

10                    By:_____/S_____

11                        Diana M. Torres
                  Attorneys for Plaintiff

12                    MGA Entertainment, Inc.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                     - 255 -         LARIAN'S RESPONSE TO MATTEL'S 1ST
                                        SET OF REQUESTS FOR PRODUCTION
                                        CV 04-9049 SGL (RNBX)

**PROOF OF SERVICE**

I, Mila Sucgang, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 400 South Hope Street, Los Angeles, California 90071-2899. On August 6, 20047 I served the within document:

**ISAAC LARIAN'S RESPONSES TO MATTEL, INC.'S FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS**

☒    by transmitting via electronic mail the document(s) listed above to the address set forth below on this date. .

☒    by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Michael T. Zeller
Quinn Emanuel Urquhart Oliver &
   Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
michaelzeller@quinnemanuel.com

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on August 6, 2007, at Los Angeles, California.

_____
Mila Sucgang

LA2:730244.1

Exhibit A - Page 258