# EXHIBIT C

# CONFIDENTIAL ATTORNEY'S EYES ONLY FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER