# EXHIBIT D

Transcript of Proceedings [Infante] 12/14/2007 10:49:00 AM

| | |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| | CENTRAL DISTRICT OF CALIFORNIA |
| 2 | EASTERN DIVISION |
| 3 | |
| 4 | CARTER BRYANT, an individual, |
| 5 | |
| | Plaintiff, |
| 6 | |
| | vs.   No. CV 04-9049 SGL |
| 7 | (RNBx) |
| | MATTEL, INC., a Delaware |
| 8 | corporation, |
| 9 | Defendants. |
| 10 | _____ |
| | Consolidated with MATTEL, INC. v. |
| 11 | BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. |
| 12 | _____ |
| 13 | |
| 14 | HEARING BEFORE THE HONORABLE EDWARD A. INFANTE |
| 15 | San Francisco, California |
| 16 | Friday, December 14, 2007 |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | Reported by: DANA M. FREED |
| 22 | CSR No. 10602 |
| 23 | JOB No. 76864 |
| 24 | |
| 25 | |

1   And that with respect to the hard drives, what

2   Mr. Kennedy fails to acknowledge is that we have

3   claims here that he destroyed evidence and destroyed

4   his hard drives.  Therefore, printing out responsive

5   documents doesn't address the issue.  We need access

6   to those hard drives, so we can image them to seek

7   what was destroyed.

8       With respect to the tax returns issue, the

9   reason that the tax returns are so critical here is,

10  as we've said, Mr. Larian testified under oath that he

11  made something in the neighborhood of $500,000 from

12  Bratz and everything else was put back into the

13  company.  I think his tax returns are critically

14  important, because that is something where he has

15  represented under oath that he has made.

16      With respect to the Larian versus Larian

17  arbitration, there is a reason to believe, Your Honor,

18  that the request to MGA that was limited to documents

19  that refer or relate to Bratz was inadequate.  We've

20  gotten something like four documents from MGA that

21  relate to that arbitration.  We know that there are

22  other documents.  We've gotten from other sources,

23  third parties, including documents that talk about

24  valuations of Bratz.  So clearly that request as

25  limited to MGA was inadequate to getting key relevant

Transcript of Proceedings [Infante]  12/14/2007  10:49:00 AM

1    I, the undersigned, a Certified Shorthand

2    Reporter of the State of California, do hereby

3    certify:

4        That the foregoing proceedings were taken

5    before me at the time and place herein set forth; that

6    any witnesses in the foregoing proceedings, prior to

7    testifying, were duly sworn; that a record of the

8    proceedings was made by me using machine shorthand

9    which was thereafter transcribed under my direction;

10   that the foregoing transcript is a true record of the

11   testimony given.

12       Further, that if the foregoing pertains to

13   the original transcript of a deposition in a Federal

14   Case, before completion of the proceedings, review of

15   the transcript [ ] was [ ] was not requested.

16       I further certify that I am neither

17   financially interested in the action nor a relative or

18   employee of any attorney or party to this action.

19       IN WITNESS WHEREOF, I have this date

20   subscribed my name.

21

22   Dated:

23

24         _____

           DANA FREED

25         CSR No. 10602