MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone: +1-415-773-5700
Facsimile: +1-415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: +1-213-629-2020
Facsimile: +1-213-612-2499

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. 2:04-cv-09049-SGL-RNBx<br><br>Consolidated with Case No. CV 04-9059 and Case No. CV 05-2727<br><br>**NOTICE OF LODGING IN SUPPORT OF MGA PARTIES' OPPOSITION TO MATTEL, INC.'S MOTION FOR PRECLUSIVE RELIEF OR, IN THE ALTERNATIVE, ACCESS TO ACTIVE FILES ON THE LARIAN HARD DRIVES**<br><br>Date: August 10, 2009<br>Time: 10:00 A.M.<br>Courtroom: 1<br>Judge: Hon. Stephen J. Larson |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE that MGA Entertainment, Inc., MGA Entertainment HK, Ltd., MGAE De Mexico, S.R.L. De C.V., and Isaac Larian hereby lodge the following documents with the Court in support of their Opposition to Motion for Preclusive Relief or, In the Alternative, Access to Active Files on the Larian Hard Drives:

1.  Mattel, Inc.'s Notice Of Motion And Motion Objecting To Portions Of Discovery Master's December 31, 2007 Order Regarding Hard Drives, previously filed on January 16, 2008, as Docket No. 1543.

2.  Reply Memorandum In Support Of Mattel, Inc.'s Motion Objecting To Portions Of Discovery Master's December 31, 2007 Order Regarding Hard Drives, previously filed on February 15, 2008, as Docket No. 2186.

Dated: July 27, 2009          Orrick, Herrington & Sutcliffe LLP


                              /s/ Annette Hurst
                              ───────────────────────────
                              Annette Hurst
                              Attorneys for MGA Parties