QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Robert O'Brien Pursuant to Order of January 6, 2009]**<br><br>[PUBLIC REDACTED] SUPPLEMENTAL DECLARATION OF MARSHALL M. SEARCY IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND THINGS IN RESPONSE TO MATTEL, INC.'S FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS TO MGAE DE MEXICO, S.R.L. DE C.V. (PHASE 2)<br><br>Date:    TBD<br>Time:   TBD<br>Place:   Arent Fox LLP<br><br>**Phase 2:**<br>Discovery Cut-off:  December 11, 2009<br>Pre-trial Conference:  March 1, 2010<br>Trial Date:  March 23, 2010 |

07975/3024899.1

SEARCY DECLARATION ISO MATTEL'S MOTION TO COMPEL RE MGA MEXICO

# DECLARATION OF MARSHALL M. SEARCY

I, Marshall M. Searcy, declare as follows:

1. I am a member of the bar of the State of California, and partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of excerpts of Mattel, Inc.'s First Set of Requests for Documents and Things Re Claims of Unfair Competition to MGA Entertainment, Inc., dated December 18, 2006.

3. Attached hereto as Exhibit 2 is a true and correct copy of the Discovery Master's Order Granting in Part and Denying in Part Mattel's Motion to Enforce the Court's Order of January 25, 2007, to Compel Production of Documents by Carter Bryant and for Sanctions, dated June 19, 2007.

4. Attached hereto as Exhibit 3 is a true and correct copy of the Court's Order Re Motions Heard on June 11, 2007, dated June 27, 2007.

5. Attached hereto as Exhibit 4 is a true and correct copy of the Discovery Master's Order Re: Mattel's Motions To Compel Farhad Larian, Kaye Scholer and Stern & Goldberg to Produce Documents, dated January 25, 2008.

6. Attached hereto as Exhibit 5 is a true and correct copy of excerpts of the MGA Parties' Opposition to Mattel's Motion to Compel Production of Documents Responsive to Third-Party Receiver Subpoenas Issued By Mattel, dated February 17, 2009.

7. Attached hereto as Exhibit 6 is a true and correct copy of the Discovery Master's Phase 2 Discovery Matter Order No. 3, dated March 10, 2009.

//
//
//

1  8. Attached hereto as Exhibit 7 is a true and correct copy of the
2 Discovery Master's Phase 2 Discovery Matter Order No. 1, dated February 12, 2009.
3
4  I declare under penalty of perjury under the laws of the United States
5 that the foregoing is true and correct.
6  Executed on July 27, 2009 at Los Angeles, California.
7
8  /s/ Marshall M. Searcy
   Marshall M. Searcy
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

07975/3024899.1

-2-
SEARCY DECLARATION ISO MATTEL'S MOTION TO COMPEL RE MGA MEXICO