QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>              Plaintiff,<br><br>       vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>              Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**[PUBLIC REDACTED]**<br>**DECLARATION OF MICHAEL T. ZELLER IN SUPPORT OF MATTEL, INC.'S MOTION TO MODIFY SCHEDULING ORDER**<br><br>Date:   TBD<br>Time:   TBD<br>Place:  TBD<br><br>**Phase 2:**<br>Disc. Cut-off:      Dec. 11, 2009<br>Pre-trial Con.:     Mar. 1, 2010<br>Trial Date:         Mar. 23, 2010 |

07975/3024783.1

ZELLER DEC ISO MATTEL'S MOTION TO MODIFY SCHEDULING ORDER

## DECLARATION OF MICHAEL T. ZELLER

I, Michael T. Zeller, declare as follows:

1. I am a member of the bars of the States of California, New York and Illinois and a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for plaintiff and counter-defendant, Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. To date, Mattel has not received a single document from MGA Mexico.

3. Mattel received its first production from Wachovia relating to the subpoena issued in January 2009 on March 16, 2009.

4. Mattel has not received information regarding even the identities of the principals, members or officers of Lexington Financial Limited ("Lexington"), let alone its source of funding.

5. Vision Capital, an alleged investor in Omni 808 whose principal is Isaac Larian's brother-in-law, claims to have been funded by Lexington. Vision Capital, LLC's ("Vision Capital") production as of this writing consists of only 149 pages of documents, the majority of which consist of previously produced Omni 808 corporate documents and Omni 808 promissory notes, and which includes an outdated MGA sales presentation. Although it was compelled by prior Order to do so, Vision Capital has produced no documents showing the source or the transfer of the $10 million allegedly provided by Vision Capital to Omni 808 to fund the acquisition of the Wachovia debt. Vision Capital has not even produced any loan agreement between Vision Capital and Lexington, much less any communications, other loan documents, checks, wire transfers or any other information relating to Lexington's alleged loan or other funding to Vision Capital.

6. Although it also was compelled by prior Order to do so, Omni 808 has not produced any documents purporting to document any wire transfers or

1  other fund transfers to Omni 808 from most of Omni 808's alleged investors,
2  including such alleged funding from Vision Capital, Leon Neman, Neil Kadisha,
3  Benjamin Nazarian, David Nazarian or Joseph Moinian.  For its part, OmniNet has
4  represented that it had no responsive documents to produce beyond those produced
5  by Omni 808.

6              7.     I contacted Annette Hurst, counsel for MGA, and Peter Villar,
7  counsel for the Omni parties and Vision Capital, by letter on July 13, 2009, July 21,
8  2009, and July 24, 2009, seeking confirmation that they had not withheld any
9  documents on the basis of an objection that the discovery related to non-parties over
10 whom the Court has not been shown to have jurisdiction.  Counsel for the Omni
11 parties and Vision Capital did not respond to any of my letters.  Counsel for MGA
12 stated that it had not withheld documents on that basis, but refused to withdraw its
13 objection.

14             8.     Mattel attempted to serve Shirin Salemnia at her home on eight
15 occasions between February 25, 2009 and March 8, 2009.  Two of those attempts
16 were stakeouts where the process server waited at her home for two-and-a-half
17 hours and four-and-a-half hours, respectively.  In one instance, a male resident
18 answered the door and said she was not there.  In each other instance, the process
19 server received no response.

20             9.     Attached hereto as Exhibit 1 is a true and correct copy of Mattel,
21 Inc.'s Motion to Compel MGA Mexico to Produce Documents and Things in
22 Response to Mattel's First, Second and Third Sets of Requests for Production to
23 MGA Mexico, dated July 22, 2009.

24             10.    Attached hereto as Exhibit 2 is a true and correct copy of  the
25 Stipulation Re Continuance of Date for *In Camera* Review, dated July 22, 2009.

26             11.    Attached hereto as Exhibit 3 is a true and correct copy of the
27 Stipulation for Continuance of Hearing Date on Mattel's Motion for Clarification of
28 June 18, 2009 Order Re the Escrow of Bratz Profits, dated July 17, 2009.

12. Attached hereto as Exhibit 4 is a true and correct copy of a letter from Jon Corey to Warrington Parker, dated July 24, 2009.

13. Attached hereto as Exhibit 5 is a true and correct copy of Mattel, Inc.'s Complaint in Case No. 04-9059 SGL (RNBx), dated April 27, 2004.

14. Attached hereto as Exhibit 6 is a true and correct copy of the Stipulation Permitting MGA Entertainment to Intervene in Case No. 04-9059, dated December 3, 2004.

15. Attached hereto as Exhibit 7 is a true and correct copy of MGA Entertainment, Inc.'s Complaint in Case No. CV 05-2727, dated April 13, 2005.

16. Attached hereto as Exhibit 8 is a true and correct copy of the public redacted version of Mattel, Inc.'s Second Amended Answer In Case No. 05-2727 and Counter-Claims, dated July 12, 2007, with exhibits omitted.

17. Attached hereto as Exhibit 9 is a true and correct copy of excerpts of the Amended Answer and Affirmative Defenses of MGA Entertainment Inc., MGA Entertainment (HK) Limited and MGAE de Mexico S.R.L. de C.V. to Mattel, Inc.'s Second Amended Answer and Counterclaims, dated September 19, 2007.

18. Attached hereto as Exhibit 10 is a true and correct copy of excerpts of the hearing transcript dated October 31, 2007.

19. Attached hereto as Exhibit 11 is a true and correct copy of excerpts of the hearing transcript dated July 7, 2008.

20. Attached hereto as Exhibit 12 is a true and correct copy of excerpts of MGA's and Carter Bryant's Opposition to Mattel's Ex Parte Applications to Compel Additional Depositions, dated January 30, 2008.

21. Attached hereto as Exhibit 13 is a true and correct copy of the Discovery Master's Order Granting in Part Mattel's Motion to Compel MGA To Produce Communications Regarding This Action, dated April 14, 2008.

1  22. Attached hereto as Exhibit 14 is a true and correct copy of the
2  Discovery Master's Order Granting in Part and Denying in Part Mattel's Motion to
3  Compel Production of Documents and Things By MGA Entertainment, Inc., dated
4  April 14, 2008.

5  23. Attached hereto as Exhibit 15 is a true and correct copy of the
6  Order Granting MGA Parties' Motion for Clarification Regarding Portions of
7  February 15, 2008 Order Granting in Part and Denying in Part Mattel's Motion to
8  Compel Responses to Interrogatory Nos. 27-44 and 46-50 by the MGA Parties,
9  dated April 22, 2008.

10  24. Attached hereto as Exhibit 16 is a true and correct copy of
11  MGA's Preliminary Response to Mattel's Motion for Letters of Request, dated
12  February 15, 2008.

13  25. Attached hereto as Exhibit 17 is a true and correct copy of the
14  Joint Report to Discovery Master Regarding Pending Discovery Motions, dated
15  March 28, 2008.

16  26. Attached hereto as Exhibit 18 is a true and correct copy of the
17  MGA Parties' Notice of Motion and Motion to Quash Receiver Subpoenas Issued
18  By Mattel, dated February 3, 2009.

19  27. Attached hereto as Exhibit 19 is a true and correct copy of the
20  Discovery Master's Phase 2 Discovery Matter Order No. 17, dated April 14, 2009.

21  28. Attached hereto as Exhibit 20 is a true and correct copy of the
22  Discovery Master's Phase 2 Discovery Matter Order No. 34, dated May 18, 2009.

23  29. Attached hereto as Exhibit 21 is a true and correct copy of
24  excerpts of the hearing transcript dated February 11, 2009.

25  30. Attached hereto as Exhibit 22 is a true and correct copy of the
26  Declaration of Brian Wing in Support of the MGA Parties' Request for a Stay, dated
27  December 11, 2008.

28

07975/3024783.1
-5-
ZELLER DEC ISO MATTEL'S MOTION TO MODIFY SCHEDULING ORDER

|   |   |
|---|---|
| 1 | 31. Attached hereto as Exhibit 23 is a true and correct copy of a |
| 2 | UCC Financing Statement Amendment dated September 9, 2008. |
| 3 | 32. Attached hereto as Exhibit 24 is a true and correct copy of |
| 4 | excerpts of the public redacted version of the MGA Parties' Opposition to Mattel, |
| 5 | Inc.'s Motion for Leave to File Third Amended Answer and Counterclaims, dated |
| 6 | April 27, 2009. |
| 7 | 33. Attached hereto as Exhibit 25 is a true and correct copy of the |
| 8 | Court's Order dated May 21, 2009. |
| 9 | 34. Attached hereto as Exhibit 26 is a true and correct copy of |
| 10 | excerpts of the hearing transcript dated May 18, 2009. |
| 11 | 35. Attached hereto as Exhibit 27 is a true and correct copy of |
| 12 | excerpts of the transcript for Nightline, dated December 22, 2006. |
| 13 | 36. Attached hereto as Exhibit 28 is a true and correct copy of |
| 14 | Mattel, Inc.'s First Set of Requests for Document and Things to Isaac Larian (Phase |
| 15 | 2), dated January 8, 2009. |
| 16 | 37. Attached hereto as Exhibit 29 is a true and correct copy of |
| 17 | Mattel, Inc.'s First Set of Requests for Document and Things to MGA Entertainment |
| 18 | Inc. (Phase 2), dated January 8, 2009. |
| 19 | 38. Attached hereto as Exhibit 30 is a true and correct copy of the |
| 20 | Notice of Deposition of Shirin Salemnia, dated January 7, 2009. |
| 21 | 39. Attached hereto as Exhibit 31 is a true and correct copy of the |
| 22 | Notice of Deposition of Mariana Trueba, dated January 7, 2009. |
| 23 | 40. Attached hereto as Exhibit 32 is a true and correct copy of the |
| 24 | Notice of Deposition of Pablo Vargas, dated January 7, 2009. |
| 25 | 41. Attached hereto as Exhibit 33 is a true and correct copy of the |
| 26 | MGA Parties' Corrections to the Opposition to Mattel, Inc.'s Ex Parte Application |
| 27 | for Appointment of Receiver or For Alternative Relief, dated December 31, 2008. |
| 28 |   |

42. Attached hereto as Exhibit 34 is a true and correct copy of Mattel, Inc.'s Notice of Motion and Motion for Leave to File Third Amended Answer and Counterclaims dated April 8, 2009.

43. Attached hereto as Exhibit 35 is a true and correct copy of the public redacted version of Mattel, Inc.'s Third Amended Answer and Counterclaims, with exhibits omitted.

44. Attached hereto as Exhibit 36 is a true and correct copy of the MGA Parties' Motion to Compel Previously Collected Custodian Information of Produced Documents and to Require Future Collection and Production of Custodial Data; Motion for Sanctions, dated July 24, 2009

45. Attached hereto as Exhibit 37 is a true and correct copy of Mattel, Inc.'s Motion to Compel MGA Mexico to Produce Documents and Things in Response to Mattel's First, Second and Third Sets of Requests for Production to MGA Mexico, dated July 15, 2009.

46. Attached hereto as Exhibit 38 is a true and correct copy of Mattel, Inc.'s Notice of Motion and Motion to Enforce Prior Court Orders and to Compel Re: Interrogatory Nos. 68 and 69 and RFPs 75, 85, 95, 105, and 115 of Mattel's First Set of Requests Re Unfair Competition, dated July 22, 2009.

47. Attached hereto as Exhibit 39 is a true and correct copy of Mattel, Inc.'s Notice of Motion and Motion: (1) To Enforce Order Compelling The Omni Parties To Produce Documents, (2) To Strike Objections, and (3) For Sanctions, dated July 24, 2009.

48. Attached hereto as Exhibit 40 is a true and correct copy of the Discovery Master's Order Granting in Part and Denying in Part Mattel's Motion to Compel Responses to Interrogatory Nos. 27-44 and 46-50 by the MGA Parties, dated February 15, 2008.

49. Attached hereto as Exhibit 41 is a true and correct copy of the Court's Order Granting Mattel, Inc.'s Motion Objecting to Portions of Discovery

Master's December 31, 2007 Order Regarding Hard Drives, dated February 27, 2008.

50. Attached hereto as Exhibit 42 is a true and correct copy of the Discovery Master's Order Granting in Part and Denying in Part Mattel's Motion to Compel Production of Documents By MGA; Denying Request for Monetary Sanctions, dated August 13, 2007.

51. Attached hereto as Exhibit 43 is a true and correct copy of the Supplemental Response of MGA Entertainment, Inc. to Interrogatory Nos. 68 and 69 Pursuant to Discovery Master's Order of March 31, 2009, dated June 15, 2009. To the best of my knowledge, MGA has not produced any documents relating to the payments of legal fees mentioned in Interrogatory Response No. 68. To the best of my knowledge, MGA also has not produced any documents related to the payments to Ron Brawer mentioned in Interrogatory Response No. 69 dated 3/17/2008, 4/7/2006, 3/31/2006, 12/12/2005, 5/1/2005, or 12/17/2004, nor any documents related to the payments to Gustavo Machado dated 3/17/2008 and 3/15/2007.

52. Attached hereto as Exhibit 44 is a true and correct copy of excerpts of a document produced by MGA at Bates numbers MGA 0331949 – MGA 0331968.

53. Attached hereto as Exhibit 45 is a true and correct copy of excerpts of a document produced by MGA at Bates numbers MGA 0602410 – MGA 0602598.

54. Attached hereto as Exhibit 46 is a true and correct copy of excerpts of a document produced by MGA at Bates numbers MGA 0218357 – MGA 0218452.

55. Attached hereto as Exhibit 47 is a true and correct copy of excerpts of MGAE de Mexico S.R.L. de C.V.'S Objections and Responses to Mattel, Inc.'s First Set of Requests For Documents and Things, dated December 21, 2007.

56. Attached hereto as Exhibit 48 is a true and correct copy of the Court's Order dated July 9, 2009.

57. Attached hereto as Exhibit 49 is a true and correct copy of MGAE de Mexico's Responses to First Set of Requests for Documents and Things (Phase 2), dated May 18, 2009.

58. Attached hereto as Exhibit 50 is a true and correct copy of Mattel, Inc.'s Notice of Motion and Motion to Compel Production of Documents and Things in Response to Mattel, Inc.'s First Set of Requests for Documents and Things to MGAE de Mexico, S.R.L. de C.V., dated July 15, 2009.

59. Attached hereto as Exhibit 51 is a true and correct copy of the Discovery Master's Phase 2 Discovery Master Order No. 35, with exhibit omitted.

60. Attached hereto as Exhibit 52 is a true and correct copy of Mattel, Inc.'s Notice of Motion and Motion for Issuance of Letters of Request for Vargas and Trueba, dated July 22, 2009.

61. Attached hereto as Exhibit 53 is a true and correct copy of an article from El Economista titled Barbie acaba con las Bratz; se van de Mexico, dated April 29, 2009, and accompanying certified translation.

62. Attached hereto as Exhibit 54 is a true and correct copy of a letter from Jon Corey to Amman Khan, dated January 27, 2009.

63. Attached hereto as Exhibit 55 is a true and correct copy of the Notice of Deposition of Shirin Salemnia, dated January 7, 2009.

64. Attached hereto as Exhibit 56 is a true and correct copy of a letter from Amman Khan to Jon Corey, dated January 28, 2009.

65. Attached hereto as Exhibit 57 is a true and correct copy of a letter from Jon Corey to Amman Khan, dated February 5, 2009.

66. Attached hereto as Exhibit 58 is a true and correct copy of a letter from Amman Khan to Jon Corey, dated February 7, 2009.

67. Attached hereto as Exhibit 59 is a true and correct copy of a letter from Amman Khan to Jon Corey, dated March 10, 2009.

68. Attached hereto as Exhibit 60 is a true and correct copy of the Discovery Master's Phase 2 Discovery Matter Order No. 33, dated May 18, 2009.

69. Attached hereto as Exhibit 61 is a true and correct copy of a letter from Peter Villar to Michael Zeller, dated July 22, 2009.

70. Attached hereto as Exhibit 62 is a true and correct copy of a letter from Peter Villar to Michael Zeller, dated July 15, 2009.

71. Attached hereto as Exhibit 63 is a true and correct copy of a letter I sent to Peter Villar, dated July 24, 2009.

72. Attached hereto as Exhibit 64 is a true and correct copy of a letter from Peter Villar to Discovery Master O'Brien, dated July 24, 2009.

73. Attached hereto as Exhibit 65 is a true and correct copy of the Discovery Master's Phase 2 Discovery Matter Order No. 3, dated March 10, 2009.

74. Attached hereto as Exhibit 66 is a true and correct copy of excerpts of the transcript of the hearing before the Discovery Master dated March 4, 2009.

75. Attached hereto as Exhibit 67 is a true and correct copy of a letter from Peter Villar to Jon Corey, dated April 17, 2009.

76. Attached hereto as Exhibit 68 is a true and correct copy of the Discovery Master's Phase 2 Discovery Matter Order No. 21, dated April 23, 2009.

77. Attached hereto as Exhibit 69 is a true and correct copy of excerpts of the Responses to Requests for Documents and Things to MGA Entertainment, Inc. (Phase 2), dated February 6, 2009.

78. Attached hereto as Exhibit 70 is a true and correct copy of an email from Annette Hurst to Dylan Proctor, dated July 26, 2009.

79. Attached hereto as Exhibit 71 is a true and correct copy of MGA Entertainment, Inc.'s Opposition to Mattel, Inc.'s Motion For Protective Order Regarding MGA's First Set of Phase 2 Interrogatories, dated July 7, 2009.

80. Attached hereto as Exhibit 72 is a true and correct copy of an email from Annette Hurst to Scott Watson, dated July 14, 2009.

81. Attached hereto as Exhibit 73 is a true and correct copy of MGAE de Mexico, S.R.L. de C.V.'s Opposition to Mattel, Inc.'s Motion to Compel Production of Documents and Consolidated Actions and Things in Response to Mattel, Inc.'s First Set of Requests for Production (Phase 2), dated July 22, 2009.

82. Attached hereto as Exhibit 74 is a true and correct copy of a letter from B. Dylan Proctor to Annette Hurst dated July 22, 2009.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 27, 2009, at Los Angeles, California.

      /s/ Michael T. Zeller
      Michael T. Zeller