QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>                        Plaintiff,<br><br>       vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>                        Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>**[PROPOSED] ORDER RE MATTEL, INC.'S EX PARTE APPLICATION FOR (1) RELIEF FROM THE TWENTY-DAY REQUIREMENT OF LOCAL RULE 7-3; AND (2) FOR EXPEDITED HEARING DATE OF AUGUST 17, 2009**<br><br>Hearing Date:  TBD<br>Time:                 TBD<br>Place:                TBD<br><br>**Phase 2**<br>Discovery Cut-Off:     December 11, 2009<br>Pre-Trial Conference: March 1, 2010<br>Trial Date:                    March 23, 2010 |

07975/3026881.1

[PROPOSED] ORDER RE MATTEL'S EX PARTE APPLICATION TO SET EARLIER HEARING DATE

| | |
|---|---|
| 1 | **[Proposed] Order** |
| 2 | Having considered Mattel's concurrently filed *ex parte* application for |
| 3 | (1) relief from the twenty-day requirement of Local Rule 7-3; and (2) for an |
| 4 | expedited hearing date of August 17, 2009, and good cause having been shown, IT |
| 5 | IS HEREBY ORDERED that: |
| 6 | The hearing on the Motion is set for August 17, 2009, at _____ |
| 7 | \_.m. in Courtroom 1. |
| 8 | |
| 9 | DATED: _____, 2009 |
| 10 | |
| 11 | _____ |
| 12 | Hon. Stephen G. Larson |

07975/3026881.1

-1-
[PROPOSED] ORDER RE MATTEL'S EX PARTE APPLICATION TO SET EARLIER HEARING DATE