FILED
Lodged order

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

2009 JUL 27 AM 11:48
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY _____

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S MOTION: (1) TO ENFORCE ORDER COMPELLING THE OMNI PARTIES TO PRODUCE DOCUMENTS, (2) TO STRIKE OBJECTIONS, AND (3) FOR SANCTIONS AND EXHIBITS TO THE SUPPORTING DECLARATION OF MICHAEL T. ZELLER<br><br>[[Proposed] Order Filed Concurrently Herewith]<br><br>Date: TBD<br>Time: TBD<br>Place: Courtroom 1 |

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2  entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully
3  requests that the Court order filed under seal Mattel, Inc.'s Motion (1) to Enforce
4  Order Compelling the Omni Parties to Produce Documents, (2) to Strike Objections,
5  and (3) for Sanctions, and certain exhibits to the supporting Declaration of Michael
6  T. Zeller.
7  The Motion and Declaration reference materials that the MGA Parties
8  and/or Mattel have designated "Confidential" or "Confidential -- Attorney's Eyes
9  Only" pursuant to the Protective Order. Accordingly, Mattel requests that the Court
10 order that the Motion and Exhibits be filed under seal.
11 In the alternative, Mattel requests that the Court declare that the Motion
12 and Exhibits are outside the definitions of "Confidential" and "Confidential --
13 Attorney's Eyes Only" as contained in the Stipulated Protective Order and order
14 them to be filed as part of the public record.

16 DATED: July 24, 2009           QUINN EMANUEL URQUHART OLIVER &
                                   HEDGES. LLP

18                                 By /s/ B. Dylan Proctor
19                                   B. Dylan Proctor
                                     Attorneys for Mattel, Inc.