QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

**FILED**
2009 JUL 27 AM 11:48
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>                Plaintiff,<br><br>      vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>                Defendant. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>**PROOF OF SERVICE**<br><br>**Phase 2**<br>Discovery Cut-off: December 11, 2009<br>Pre-trial Conference: March 1, 2010<br>Trial Date: March 23, 2010 |

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On July 24, 2009, I served true copies of the following document(s) described as on the parties in this action as follows:

### SEE ATTACHED DOCUMENT LIST

on the parties in this action as follows:

| | |
|---|---|
| Skadden, Arps, Slate, Meagher & Flom LLP<br>  Thomas J. Nolan, Esq.<br>  Jason Russell, Esq.<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA  90071<br>  tnolan@skadden.com<br>  jrussell@skadden.com | **Attorneys for *the MGA Parties*** |
| Scheper, Kim & Overland, LLP<br>  Mark E. Overland, Esq.<br>  Alexander H. Cote, Esq.<br>601 West Fifth Street, 12th Floor<br>Los Angeles, CA 90071<br>  moverland@obsklaw.com<br>  acote@obsklaw.com | **Attorneys for *Carlos Gustavo Machado Gomez*** |
| Orrick, Herrington & Sutcliffe, LLP<br>  Melinda Haag, Esq.<br>  Annette L. Hurst, Esq.<br>  Warrington S. Parker III, Esq.<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105<br>  mhaag@orrick.com<br>  ahurst@orrick.com<br>  wparker@orrick.com | **Attorneys for *the MGA Parties*** |

| | |
|---|---|
| Orrick, Herrington & Sutcliffe, LLP<br>　William A. Molinski, Esq.<br>777 South Figueroa Street, Suite 3200<br>Los Angeles, CA 90017<br>　wmolinski@orrick.com | **Attorneys for *the MGA Parties*** |
| Bingham McCutchen LLP<br>　Todd E. Gordinier, Esq.<br>　Peter N. Villar, Esq.<br>600 Anton Boulevard, 18th Floor<br>Costa Mesa, CA 92626-1924<br>　todd.gordinier@bingham.com<br>　peter.villar@bingham.com | **Attorneys for *the Omni 808 Investors, LLC*** |
| Ervin Cohen & Jessup LLP<br>　Byron Z. Moldo, Esq.<br>9401 Wilshire Blvd., 9th Floor<br>Beverly Hills, CA 90212-2974<br>　bmoldo@ecjlaw.com | **Attorneys for *Patrick Fraioli*** |

**BY ELECTRONIC MAIL TRANSMISSION:** By electronic mail transmission from josephsarles@quinnemanuel.com on July 24, 2009, by transmitting a PDF format copy of such document(s) to each such person at the e-mail address listed below their address(es). The document(s) was/were transmitted by electronic transmission and such transmission was reported as complete and without error.

　　I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

　　Executed on July 24, 2009, at Los Angeles, California.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Joseph Sarles

DOCUMENT LIST

(1) MATTEL, INC.'S MOTION MOTION: (1) TO ENFORCE ORDER COMPELLING THE OMNI PARTIES TO PRODUCE DOCUMENTS, (2) TO STRIKE OBJECTIONS, AND (3) FOR SANCTIONS;

(2) DECLARATION OF MICHAEL T. ZELLER IN SUPPORT OF MATTEL, INC.'S MOTION MOTION: (1) TO ENFORCE ORDER COMPELLING THE OMNI PARTIES TO PRODUCE DOCUMENTS, (2) TO STRIKE OBJECTIONS, AND (3) FOR SANCTIONS; and

(3) [PROPOSED] ORDER RE MATTEL, INC.'S MOTION MOTION: (1) TO ENFORCE ORDER COMPELLING THE OMNI PARTIES TO PRODUCE DOCUMENTS, (2) TO STRIKE OBJECTIONS, AND (3) FOR SANCTIONS