MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148008)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1-415-773-5700
Facsimile: +1-415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: +1-213-629-2020
Facsimile: +1-213-612-2499

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | Case No. CV 04-9049-SGL (RNBx) |
| Plaintiff, | Consolidated with: Case No. CV 04-9059 and Case No. CV 05-2727 |
| v. | |
| MATTEL, INC., a Delaware corporation, | **CERTIFICATE OF SERVICE** |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | |

OHS West:260701219.1                                    CERTIFICATE OF SERVICE

## CERTIFICATE OF SERVICE

I am a citizen of the United States, over eighteen years old, and not a party to this action. My place of employment and business address is Orrick, Herrington & Sutcliffe LLP, 1000 Marsh Road, Menlo Park, California 94025.

On July 28, 2009, I served the following documents:

1. **EXHIBIT C TO THE DECLARATION OF ANNETTE L. HURST IN SUPPORT OF MGA PARTIES' OPPOSITION TO MATTEL, INC.'S MOTION FOR PRECLUSIVE RELIEF OR, IN THE ALTERNATIVE, ACCESS TO ACTIVE FILES ON THE LARIAN HARD DRIVES [FILED UNDER SEAL]**

|  | |
|---|---|
|  | By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Menlo Park, California addressed as set forth below on July 28, 2009. |
|  | By transmitting via facsimile the document(s) listed above to the fax number(s) set forth below before 5:00 p.m. on July 28, 2009. |
|  | By causing personal delivery by WESTERN MESSENGER of the document(s) listed above to the person(s) at the address(es) set forth below. |
|  | By personally delivering the document(s) listed above to the person(s) at the address(es) set forth below. |
| X | By placing a true and correct copy of the document(s) in a Federal Express envelope addressed as set forth below and then sealing the envelope, affixing a pre-paid Federal Express air bill, and causing the envelope to be delivered to a Federal Express agent for delivery. |

**SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on July 28, 2009, at Menlo Park, California.

_____
Abby Ako-Nai

OHS West:260701219.1                 - 1 -                 CERTIFICATE OF SERVICE

## SERVICE LIST

<u>Counsel for Defendant-Appellee, Mattel. Inc.</u>
John B. Quinn, Esq.
johnquinn@quinnemanuel.com
Michael T. Zeller, Esq.
michaelzeller@quinnemanuel.com
Jon D. Corey, Esq.
Joncorey@quinnemanuel.com
Brett D. Proctor
dylanproctor@quinnemanuel.com
QUINN EMANUÉL URQUHART OLIVER & HEDGES, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543

<u>Counsel for Counter-Defendant, Carlos Gustavo Machado Gomez</u>
Mark E. Overland, Esq.
moverland@obsklaw.com
Alexander H. Cote, Esq.
acote@obsklaw.com
OVERLAND BORENSTEIN SCHEPER & KIM LLP
601 W. 5th Street, 12th Floor
Los Angeles, CA 90017

Jason D. Russell
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Suite 3400
Los Angeles, CA 90071


<u>Counsel for Limited Intervenor, Omni 808 Investors LLC</u>
Todd E. Gordinier, Esq.
Peter Villar, Esq.
todd.gordinier@bingham.com
BINGHAM MCCUTCHEN LLP
600 Anton Blvd., 18th Floor
Costa Mesa, CA 92626

## Ako-Nai, Abby

**From:** aako-nai@orrick.com
**Sent:** Monday, July 27, 2009 7:13 PM
**To:** michaelzeller@quinnemanuel.com; dylanproctor@quinnemanuel.com; jason.russell@skadden.com; todd.gordinier@bingham.com; peter.villar@bingham.com; moverland@scheperkim.com; acote@scheperkim.com
**Cc:** Hurst, Annette; Sutton, Theresa A.
**Subject:** Bryant v. Mattel, Inc. et al. (Part 1 of 2)

Counsel,

please see MGA's Oppposition to Mattel's Motion for Preclusive Relief which will be e-filed today.

Abby Ako-Nai
Secretary to Theresa A. Sutton
Tel: 650.614.7430
Fax: 650.614.7401
Email: aako-nai@orrick.com

File(s) will be available for download until **26 August 2009**:

Attachment: Hurst Decl. ISO Opposition to Mot. for Preclusive Relief.pdf, 65.88 KB   [Fingerprint: 4ccbed15f4d55543a1a44bdd5820d60c]
Attachment: Exhibit A Part 1 of 4.pdf, 4,791.03 KB   [Fingerprint: 3d256699aebd03eea8a49af0355f6e19]
Attachment: Exhibit A Part 2 of 4.pdf, 3,924.44 KB   [Fingerprint: 1414978dd68a9f4269e5e7d1403f0c55]
Attachment: Exhibit A Part 3 of 4.pdf, 3,759.89 KB   [Fingerprint: cf61cec76b5d91fed0ea9679fa8e2ca2]
Attachment: Exhibit A Part 4 of 4.pdf, 2,783.33 KB   [Fingerprint: 1537551752da463387c1d14905481c19]
Attachment: Exhibit B - 2008.02.25 Transcript of Proceedings [Larson] (Pages 13-22).pdf, 130.71 KB [Fingerprint: 0f007ac286eef39fa0c2b7050899468e]
Attachment: Exhibit D - 2007.12.14 Transcript of Proceedings [Infante].pdf, 94.21 KB   [Fingerprint: 8b10dd829c462fd07e4691dd2f843fa5]
Attachment: Exhibit C to Hurst Declaration - Filed Under Seal with.pdf, 125.65 KB   [Fingerprint: 9751198f0da2982d43bbfd1de514cce9]
Attachment: Notice of Lodging Dkt #s 1543 & 2186.pdf, 60.09 KB   [Fingerprint: 160cb106d9ac3fe13203f75eb66ddfd1]
Attachment: Exhibit 1 to Notice of Lodging- Mattel's Objections to Infante Order.pdf, 171.64 KB   [Fingerprint: 148547c151df0af41b5d0a251f8780ed]

You have received attachment link(s) within this email sent via Send a file. To retrieve the attachment(s), please click on the link(s).

7/28/2009

## Ako-Nai, Abby

**From:** aako-nai@orrick.com
**Sent:** Monday, July 27, 2009 7:33 PM
**To:** michaelzeller@quinnemanuel.com; dylanproctor@quinnemanuel.com; jason.russell@skadden.com; todd.gordinier@bingham.com; peter.villar@bingham.com; moverland@scheperkim.com; acote@scheperkim.com
**Cc:** Hurst, Annette; Sutton, Theresa A.
**Subject:** Bryant v. Mattel, Inc. et al. (Part 2 of 2)

Counsel,

please see part 2 of MGA's Oppposition to Mattel's Motion for Preclusive Relief which will be e-filed today.

Abby Ako-Nai
Secretary to Theresa A. Sutton
Tel: 650.614.7430
Fax: 650.614.7401
Email: aako-nai@orrick.com

File(s) will be available for download until **26 August 2009**:

Attachment: Exhibit 2 to Notice fo Lodging - Mattel's reply re objections to Infante Order.pdf, 132.34 KB [Fingerprint: 7a36fa99de0aa7a9777ab615d9d30529]
Attachment: MGA's Opp to Mot for Preclusive Relief.pdf, 162.15 KB   [Fingerprint: eb2713e3ec9406a2a469cf6f3b599ab9]

You have received attachment link(s) within this email sent via Send a file. To retrieve the attachment (s), please click on the link(s).

7/28/2009

From: Origin ID: HGTA (650)614-7400
Nana Ako-Nai
Orrick Herrington & Sutcliffe LLP
1000 Marsh Road

Menlo Park, CA 94025

FedEx Express

Ship Date: 28JUL09
ActWgt: 1 LB
CAD: 1350775/WBUS0200
Account#: S *********

Delivery Address Bar Code

Ref #   0022161-002003/006399
Invoice #
PO #
Dept #

SHIP TO: (123)123-1234        BILL SENDER
**Todd E. Gordinier/ Peter Villar**
**Bingham McCutchen LLP**
**600 Anton Blvd Fl 18**

**Costa Mesa, CA 926267221**

TRK# 7901 8256 0179
0201

WED - 29JUL    A1
PRIORITY OVERNIGHT
DSR

92626
CA-US
SNA


WZ TWHA

- - - FOLD on this line and place in shipping pouch with **bar code and delivery address** visible - - -

1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains the terms and conditions of shipping and information useful for tracking your package.

http://ncpsship01/index.php                                                                7/28/2009

From: Origin ID: HGTA (650)614-7400
Nana Ako-Nai
Orrick Herrington & Sutcliffe LLP
1000 Marsh Road

Menlo Park, CA 94025



SHIP TO: (123)123-1234        BILL SENDER
Mark E. Overland/ Alexander H. Cote
Overland Borenstein Scheper & Kim
601 W 5th St Fl 12

Los Angeles, CA 900712004

Ship Date: 28JUL09
ActWgt: 1 LB
CAD: 1350775/WBUS0200
Account#: S *********

Delivery Address Bar Code

Ref #      0022161-002003/006399
Invoice #
PO #
Dept #

TRK# 7912 3520 3833     WED - 29JUL    A1
0201                    PRIORITY OVERNIGHT
                        DSR



90071
CA-US
LAX

- - - - FOLD on this line and place in shipping pouch with **bar code and delivery address** visible

1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains the terms and conditions of shipping and information useful for tracking your package.

http://ncpsship01/index.php                                              7/28/2009

From: Origin ID: HGTA  (650)614-7400
Nana Ako-Nai
Orrick Herrington & Sutcliffe LLP
1000 Marsh Road

Menlo Park, CA 94025

SHIP TO: (123)123-1234         BILL SENDER
Michael T. Zeller/ Brett D. Proctor
Quinn Emanuel Urquhart, et al.
865 S Figueroa St Fl 10

Los Angeles, CA 900175003

Ship Date: 28JUL09
ActWgt: 1 LB
CAD: 1350775/WBUS0200
Account#: S *********

Delivery Address Bar Code

Ref #   0022161-002003/006399
Invoice #
PO #
Dept #



TRK# 0201  7915 0184 7714

WED - 29JUL         A1
PRIORITY OVERNIGHT
DSR

90017
CA-US
LAX

WZ EMTA



--- FOLD on this line and place in shipping pouch with **bar code and delivery address** visible ---

1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains the terms and conditions of shipping and information useful for tracking your package.

http://ncpsship01/index.php

7/28/2009

From: Origin ID: HGTA (650)614-7400
Nana Ako-Nai
Orrick Herrington & Sutcliffe LLP
1000 Marsh Road

Menlo Park, CA 94025



Ship Date: 28JUL09
ActWgt: 1 LB
CAD: 1350775/WBUS0200
Account#: S *********

Delivery Address Bar Code

SHIP TO: (213)687-5000   **BILL SENDER**
Jason D. Russell
Skadden Arps Slate Meagher & Flom
300 S Grand Ave Ste 3400

Los Angeles, CA 900713137

Ref #   0022161-002003/006399
Invoice #
PO #
Dept #

TRK# 0201   7912 3526 7915

WED - 29JUL   A1
**PRIORITY OVERNIGHT**
DSR

**90071**
CA-US
LAX



**WZ EMTA**

- - - FOLD on this line and place in shipping pouch with **bar code and delivery address** visible

1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains the terms and conditions of shipping and information useful for tracking your package.