| | |
|---|---|
| 1 | MELINDA HAAG (State Bar No. 132612) |
| | mhaag@orrick.com |
| 2 | ANNETTE L. HURST (State Bar No. 148738) |
| | ahurst@orrick.com |
| 3 | WARRINGTON S. PARKER III (State Bar No. 148008) |
| | wparker@orrick.com |
| 4 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | The Orrick Building |
| 5 | 405 Howard Street |
| | San Francisco, CA  94105-2669 |
| 6 | Telephone:   +1-415-773-5700 |
| | Facsimile:    +1-415-773-5759 |
| 7 | |
| 8 | WILLIAM A. MOLINSKI (State Bar No. 145186) |
| | wmolinski@orrick.com |
| 9 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 777 South Figueroa Street, Suite 3200 |
| 10 | Los Angeles, CA  90017 |
| | Telephone:   +1-213-629-2020 |
| 11 | Facsimile:    +1-213-612-2499 |
| 12 | Attorneys for MGA Parties |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual | Case No. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with: CV 04-9059 CV 05-2727 |
| v. | **DISCOVERY MATTER** |
| MATTEL, INC., a Delaware Corporation | **[To Be Heard By Discovery Master Robert C. O'Brien]** |
| Defendant. | NOTICE OF ERRATA |
| AND CONSOLIDATED ACTIONS. | |

1  Plaintiff and Counter-defendant MGA Entertainment, Inc. ("MGAE") and
2  Counter-defendant Isaac Larian (collectively "MGA Parties") hereby file this notice
3  of errata regarding the above-captioned action.

4  On July 28, 2009, the MGA Parties filed a Notice of Manual Filing (Form G-
5  92) of the MGA Parties' Opposition to Motion to Compel MGAE and Issac Larian
6  to Produce Documents Responsive to Mattel's First Sets of Requests for Production
7  (Phase 2), and certain exhibits to the Declaration of Warrington S. Parker III in
8  support thereof, using the automated Case Management / Electronic Case Filing
9  system.  Due to a clerical error, no box was checked under the "Reason" section of
10 the form to explain why these documents will be filed manually.  They will be filed
11 manually because they are under seal. The MGA Parties are re-filing the Notice of
12 Manual Filing to correct the error.

Dated:    July 29, 2009              YAS RAOUF
                                     Orrick, Herrington & Sutcliffe LLP

                                     By:  ____/s/ Yas Raouf____
                                                Yas Raouf

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | |
| v. | |
| DEFENDANT(S). | **NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☐ Other

**Reason:**

☐ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☐ Manual Filing required (*reason*):

Date _____    Attorney Name _____

Party Represented

Note:   File one Notice in each case, each time you manually file document(s).

G-92 (03/09)                                    **NOTICE OF MANUAL FILING**