QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>APPLICATION TO FILE UNDER SEAL: (1) MATTEL, INC.'S REPLY IN SUPPORT OF MOTION TO COMPEL MGA MEXICO TO PRODUCE DOCUMENTS AND THINGS IN RESPONSE TO MATTEL'S FIRST, SECOND AND THIRD SETS OF REQUESTS FOR PRODUCTION TO MGA MEXICO; AND (2) EXHIBITS 2 AND 6 TO THE DECLARATION OF MARSHALL M. SEARCY III IN SUPPORT THEREOF<br><br>[[Proposed] Order Filed Concurrently Herewith]<br><br>Date: TBA<br>Time: TBA<br>Place: TBA |

07975/3026387.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1       Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2 entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully
3 requests that the Court order filed under seal (1) Mattel, Inc.'s Reply in Support of
4 Motion to Compel MGA Mexico to Produce Documents and Things in Response to
5 Mattel's First, Second and Third Sets of Requests for Production to MGA Mexico
6 (the "Reply") and (2) Exhibits 2 and 6 to the Declaration of Marshall M. Searcy III
7 in Support of Mattel's Reply (the "Exhibits").
8       The Reply and Exhibits reference materials that the MGA Parties
9 and/or Mattel have designated "Confidential" or "Confidential -- Attorney's Eyes
10 Only" pursuant to the Protective Order. Accordingly, Mattel requests that the Court
11 order that the Reply and Exhibits be filed under seal.
12       In the alternative, Mattel requests that the Court declare that the Reply
13 and Exhibits are outside the definitions of "Confidential" and "Confidential --
14 Attorney's Eyes Only" as contained in the Stipulated Protective Order and order
15 them to be filed as part of the public record.

17 DATED: July 27, 2009     QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

19                                     By /s/ Marshall M. Searcy III
20                                        Marshall M. Searcy III
                                         Attorneys for Mattel, Inc.