QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>[~~PROPOSED~~] ORDER GRANTING APPLICATION TO FILE UNDER SEAL: (1) MATTEL, INC.'S REPLY IN SUPPORT OF MOTION TO COMPEL MGA MEXICO TO PRODUCE DOCUMENTS AND THINGS IN RESPONSE TO MATTEL'S FIRST, SECOND AND THIRD SETS OF REQUESTS FOR PRODUCTION TO MGA MEXICO; AND (2) EXHIBITS 2 AND 6 TO THE DECLARATION OF MARSHALL M. SEARCY III IN SUPPORT THEREOF<br><br>Date:  TBA<br>Time:  TBA<br>Place: TBA |

07975/3026419.1

[PROPOSED] ORDER

# [~~PROPOSED~~] ORDER

Based on the concurrently filed Application to File Under Seal: (1) Mattel, Inc.'s Reply in Support of Motion to Compel MGA Mexico to Produce Documents and Things in Response to Mattel's First, Second and Third Sets of Requests for Production to MGA Mexico; and (2) Exhibits 2 and 6 to the Declaration of Marshall M. Searcy III in Support Thereof,

IT IS HEREBY ORDERED:

Mattel, Inc.'s Reply in Support of Motion to Compel MGA Mexico to Produce Documents and Things in Response to Mattel's First, Second and Third Sets of Requests for Production to MGA Mexico, and Exhibits 2 and 6 to the Declaration of Marshall M. Searcy III in Support Thereof are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: JUL 28 2009, 2009

Hon. Stephen G. Larson
United States District Judge

07975/3026419.1

-2-

[PROPOSED] ORDER