1  MELINDA HAAG (State Bar No. 132612)
   mhaag@orrick.com
2  ANNETTE L. HURST (State Bar No. 148738)
   ahurst@orrick.com
3  WARRINGTON S. PARKER III (State Bar No. 148008)
   wparker@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
5  405 Howard Street
   San Francisco, CA  94105-2669
6  Telephone:  +1-415-773-5700
   Facsimile:  +1-415-773-5759
7
   WILLIAM A. MOLINSKI (State Bar No. 145186)
8  wmolinski@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
9  777 South Figueroa Street, Suite 3200
   Los Angeles, CA  90017
10 Telephone:  +1-213-629-2020
   Facsimile:  +1-213-612-2499
11
   Attorneys for MGA Parties
12
13           UNITED STATES DISTRICT COURT
14           CENTRAL DISTRICT OF CALIFORNIA
15           EASTERN DIVISION
16 CARTER BRYANT, an individual,        Case No.  CV 04-9049-SGL (RNBx)
17        Plaintiff,                     Consolidated with:
                                         Case No. CV 04-9059
18     v.                               Case No. CV 05-2727
19 MATTEL, INC., a Delaware             [PROPOSED] ORDER RE
   corporation,                         APPLICATION TO FILE UNDER
20                                      SEAL
        Defendant.
21
22                                      Judge:      Hon. Stephen J. Larson
   AND CONSOLIDATED ACTIONS
23
24
25
26
27
28

1    The Court, having considered MGA Entertainment, Inc., MGA Entertainment

2  HK, LTD., MGA de Mexico, S.R.L. de C.V., and Isaac Larian's application for an

3  order to file under seal, and having found good cause to do so, it is HEREBY

4  ORDERED that said application is GRANTED in its entirety.

5    The Clerk shall maintain under Seal the following documents:

6

7    1.    **MGA PARTIES' OPPOSITION TO MOTION FOR
8          ADDITIONAL TIME TO CONDUCT THE DEPOSITION OF
9          ISAAC LARIAN; NOTICE AND CROSS-MOTION FOR
10         PROTECTIVE ORDER LIMITING THE SCOPE OF
           EXAMINATION AT FURTHER DEPOSITION OF MR.
           LARIAN**

11   2.    **Exhibit B to the DECLARATION OF YAS RAOUF IN SUPPORT
12         OF MGA PARTIES' OPPOSITION TO MOTION FOR
13         ADDITIONAL TIME TO CONDUCT THE DEPOSITION OF
14         ISAAC LARIAN; NOTICE AND CROSS-MOTION FOR
15         PROTECTIVE ORDER LIMITING THE SCOPE OF
           EXAMINATION AT FURTHER DEPOSITION OF MR.
           LARIAN**

16

17   3.    **Exhibit C to the DECLARATION OF YAS RAOUF IN SUPPORT
18         OF MGA PARTIES' OPPOSITION TO MOTION FOR
19         ADDITIONAL TIME TO CONDUCT THE DEPOSITION OF
20         ISAAC LARIAN; NOTICE AND CROSS-MOTION FOR
           PROTECTIVE ORDER LIMITING THE SCOPE OF
           EXAMINATION AT FURTHER DEPOSITION OF MR.
21         LARIAN**

22

23

24

25

26

27

28

1

4.   **DECLARATION OF FRANK D. RORIE IN SUPPORT OF MGA PARTIES' OPPOSITION TO MOTION FOR ADDITIONAL TIME TO CONDUCT THE DEPOSITION OF ISAAC LARIAN; NOTICE AND CROSS-MOTION FOR PROTECTIVE ORDER LIMITING THE SCOPE OF EXAMINATION AT FURTHER DEPOSITION OF MR. LARIAN**

It is so ORDERED.

Dated: ___JUL 28 2009___, 2009

_S G Larson_

Hon. Stephen J. Larson
United States District Court Judge

[PROPOSED] ORDER RE APPLICATION TO FILE
UNDER SEAL
CV 04-9049 SGL (RNBx))