| | |
|---|---|
| 1 | MELINDA HAAG (State Bar No. 132612) |
| | mhaag@orrick.com |
| 2 | ANNETTE L. HURST (State Bar No. 148738) |
| | ahurst@orrick.com |
| 3 | WARRINGTON S. PARKER III (State Bar No. 148008) |
| | wparker@orrick.com |
| 4 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | The Orrick Building |
| 5 | 405 Howard Street |
| | San Francisco, CA 94105-2669 |
| 6 | Telephone: +1-415-773-5700 |
| | Facsimile: +1-415-773-5759 |
| 7 | |
| 8 | WILLIAM A. MOLINSKI (State Bar No. 145186) |
| | wmolinski@orrick.com |
| 9 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 777 South Figueroa Street, Suite 3200 |
| 10 | Los Angeles, CA 90017 |
| | Telephone: +1-213-629-2020 |
| 11 | Facsimile: +1-213-612-2499 |
| 12 | Attorneys for MGA Parties |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual | Case No. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with:<br>CV 04-9059<br>CV 05-2727 |
| v. | |
| MATTEL, INC., a Delaware Corporation | **DISCOVERY MATTER** |
| | **[To Be Heard By Discovery Master Robert C. O'Brien]** |
| Defendant. | |
| AND CONSOLIDATED ACTIONS. | DECLARATION OF WARRINGTON S. PARKER III IN SUPPORT OF MGA PARTIES' OPPOSITION TO MOTION TO COMPEL MGA ENTERTAINMENT, INC. AND ISAAC LARIAN TO PRODUCE DOCUMENTS RESPONSIVE TO MATTEL'S FIRST SETS OF REQUESTS FOR DOCUMENTS (PHASE 2) |
| **[PUBLIC REDACTED VERSION OF EXHIBITS A, B, C, F, J, and Q]** | |

I, Warrington S. Parker, declare as follows:

1. I am an attorney at the law firm of Orrick, Herrington & Sutcliffe LLP ("Orrick"), counsel of record for MGA Entertainment, Inc. and Issac Larian (collectively "MGA Parties") in the above-captioned action. I am a member in good standing of the State Bar of California and am admitted to practice before this Court. I have personal knowledge of the facts set forth in this Declaration unless otherwise expressly stated, in which case it is on information and belief. If called as a witness, I could and would testify competently to such facts under oath.

2. Attached hereto as **Exhibit A** is a true and correct copy of MGA Parties' *Ex Parte* Application and Motion for Stay Pending Appeal; and Memorandum of Points and Authorities in Support Thereof, dated December 11, 2008.

3. Attached hereto as **Exhibit B** is a true and correct copy of the Compendium of Third Party Declarations in Support of the MGA Parties' *Ex Parte* Application and Motion to Stay Pending Appeal.

4. Attached hereto as **Exhibit C** is a true and correct copy of the May 12, 2009 Preliminary Report and Recommendations of Patrick A. Fraioli, Jr., Temporary Receiver.

5. Attached hereto as **Exhibit D** is a true and correct copy of Discovery Master O'Brien's Amended Order No. 11, dated March 31, 2009.

6. Attached hereto as **Exhibit E** is a true and correct copy of a portion of trial transcript of testimony by Isaac Larian during Phase 1 Proceedings.

7. Attached hereto as **Exhibit F** is a true and correct copy of Phase 1 Trial Exhibit 13931.

8. Attached hereto as **Exhibit G** is a true and correct copy of "Bratz" and "Jade" Trademark documents.

9. Attached hereto as **Exhibit H** is a true and correct copy of proceedings before Special Master O'Brien on March 4, 2009.

1    10.    Attached hereto as **Exhibit I** is a true and correct copy of Discovery
2 Master O'Brien's Order No. 3.

3    11.    Attached hereto as **Exhibit J** is a true and correct copy of Discovery
4 Master O'Brien's Order No. 27.

5    12.    Attached hereto as **Exhibit K** is a true and correct copy of Notice of
6 Subpoena Issued to Omni 808 Investors, LLC, dated January 9, 2009.

7    13.    Attached hereto as **Exhibit L** is a true and correct copy of Notice of
8 Subpoena Issued to OmniNet Capital, LLC, dated January 9, 2009.

9    14.    Attached hereto as **Exhibit M** is a true and correct copy of [Corrected]
10 Notice of Subpoena Issued to IGWT 826 Investments, LLC, dated January 12,
11 2009.

12    15.    Attached hereto as **Exhibit N** is a true and correct copy of [Corrected]
13 Notice of Subpoena Issued to IGWT Group, LLC, dated January 12, 2009.

14    16.    Attached hereto as **Exhibit O** is a true and correct copy of the District
15 Court's July 9, 2009 Order.

16    17.    Attached hereto as **Exhibit P** is a true and correct copy of the
17 Declaration of Scott B Kidman in Support of Mattel, Inc.'s Motion for Judgment as
18 A Matter of Law and Conditional Renewed Motion for Judgment as a Matter of
19 Law under Fed. R. Civ. P. 50(a), dated December 22, 2008.

20    18.    Attached hereto as **Exhibit Q** is a true and correct copy of the
21 December 23, 2008 Declaration John D. Corey in Support of Mattel, Inc.'s
22 Opposition to MGA Entertainment, Inc.'s *Ex Parte* Application to Stay Pending
23 Appeal, and Exhibits 22-24 thereto.

24    19.    On July 27, 2009, Peter N. Villar—counsel for Omni 808 Investors,
25 LLC; OmniNet Capital, LLC; Vision Capital, LLC; IGWT Group, LLC; and IGWT
26 826 Investments, LCC—confirmed that his clients produced documents consistent
27 with Discovery Master Order Nos. 3 and 27. Attached hereto as **Exhibit R** is true
28 and correct copy of a letter from Peter N. Villar to Michael T. Zeller, Esq., dated

1 | July 27, 2009.

2 |     20.    Attached hereto as **Exhibit S** is true and correct copy of the May 7, 2008 Discovery Order.

4 |     21.    Attached hereto as **Exhibit T** is a true and correct copy of a May 2007 Business Lawyer Article, "Solvency Tests" by J.B. Heaton.

6 |     22.    I have been informed and believe based thereon that Wachovia Corporation produced in excess of 10,000 pages of documents to Mattel in response to Mattel's subpoena. Attached hereto as **Exhibit U** is a true and correct copy of Notice of Subpoena Issued to Wachovia Corporation.

10 |     23.    Attached hereto as **Exhibit V** is a true and correct copy of [Corrected] Notice of Subpoena Issued to Visual Capital, LLC.

12 |     24.    I have been informed and believe based thereon that the MGA Parties, including Mr. Larian, supplemented their production of documents relating to financial information on April 29, 2009. I have been informed and believe these documents were produced with the Bates-stamp numbers MGA2 62171-6806.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed this 29th day of July, 2009, at San Francisco, California.

/s/ Warrington S. Parker III