1 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
 John B. Quinn (Bar No. 090378)
2 | (johnquinn@quinnemanuel.com)
 Michael T. Zeller (Bar No. 196417)
3 | (michaelzeller@quinnemanuel.com)
 Jon D. Corey (Bar No. 185066)
4 | (joncorey@quinnemanuel.com)
 865 South Figueroa Street, 10th Floor
5 | Los Angeles, California 90017-2543
 Telephone: (213) 443-3000
6 | Facsimile: (213) 443-3100

7 | Attorneys for Mattel, Inc.

8 |

9 |                    UNITED STATES DISTRICT COURT

10 |                  CENTRAL DISTRICT OF CALIFORNIA

11 |                          EASTERN DIVISION

12 | CARTER BRYANT, an individual,          CASE NO. CV 04-9049 SGL (RNBx)

13 |            Plaintiff,                   Consolidated with
                                            CV 04-09059
14 |     vs.                                CV 05-2727

15 | MATTEL, INC., a Delaware               **DECLARATION OF SCOTT B.**
 corporation,                              **KIDMAN IN SUPPORT OF**
16 |                                        **MATTEL, INC.'S MOTION FOR**
            Defendant.                      **JUDGMENT AS A MATTER OF**
17 |                                        **LAW AND CONDITIONAL**
 _____                    **RENEWED MOTION FOR**
18 |                                        **JUDGMENT AS A MATTER OF**
 AND CONSOLIDATED ACTIONS                  **LAW UNDER FED. R. CIV. P. 50(a)**
19 |

20 |                                        Date:  February 11, 2009
                                            Time:  TBA
21 |                                        Place: Courtroom 1

22 |                                        Phase 1(c)

23 |

24 |

25 |

26 |

27 |

28 |

07209/2739984.2

## DECLARATION OF SCOTT B. KIDMAN

I, Scott B. Kidman, declare as follows:

1.      I am a member of the bar of the State of California and a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2.      Attached as Exhibit 1 is a true and correct copy of TX 5-88. TX 5-88 is a Bratz sculpt drawing that Mattel owns. See Phase 1(a) Verdict Form at 1, a true and correct copy of which is attached hereto as Exhibit 2. Carter Bryant testified that he gave it to the sculptor, Margaret Leahy, to guide her as to what the Bratz sculpt should look like. See Trial Tr. 2561:22-2563:16; see also Trial Tr. 2567:23-25.

3.      Attached as Exhibit 3 is a true and correct copy of a photograph of TX 12286, a first generation Bratz Cloe doll released in 2001.

4.      Below, Exhibit 1 (TX 5-88) (left) is next to a photograph of TX 12286[1] (first generation Bratz Cloe doll released in 2001), without clothing (right).

---

[1] Pursuant to the Court's Order releasing the Trial Exhibits into the parties' custody, dated December 15, 2008, Mattel has not removed any Trial Exhibits from their packaging to create this declaration. Accordingly, in this declaration, any image of a Bratz doll outside of its packaging is not the actual Trial Exhibit marked at trial, but rather a duplicate doll with the same SKU number.

07209/2739984.2

-1-

Exhibit P - Page 621

5.      Attached as Exhibit 4 is a true and correct copy of a photograph of TX 14623, a Bratz Yasmin doll released in 2007.

6.      Below, Exhibit 1 (TX 5-88) (left) is next to a photograph of TX 14623 (Bratz Yasmin doll released in 2007), without clothing (right).

Exhibit P - Page 622



7.      Attached as Exhibit 5 is a true and correct copy of TX 323-32. TX 323-32 is a sculpt drawing that Mattel owns.  See Ex. 2 at 1.  Attached as Exhibit 6 is a true and correct copy of TX 13889, Mattel's copyright registration VAu 960-439 for the drawing identified as TX 323-32.

8.      Carter Bryant testified that he gave TX 323-32 to the sculptor, Margaret Leahy, to guide her as to what the Bratz sculpt should look like.  See Trial Tr. 2561:22-2563:16; see also Trial Tr. 2567:23-25.

9.      Below, Exhibit 5 (TX 323-32) (left) is next to a photograph of TX 12286 (first generation Bratz Cloe doll released in 2001), without clothing (right).  Lines have been superimposed to allow for easy assessment and comparison of features.

Exhibit P - Page 623



10.      Attached as Exhibit 7 is a true and correct copy of a photograph of TX 14629, a Bratz Cloe doll released in 2008.

11.      Below, Exhibit 5 (TX 323-32) (left) is next to a photograph of TX 14629 (Bratz Cloe doll released in 2008), without clothing (right).

KIDMAN DECLARATION ISO MATTEL'S MOTION FOR JUDGMENT AS A MATTER OF LAW

Exhibit P - Page 624



12.     Attached as Exhibit 8 is a true and correct copy of a photograph of a Bratz Movie Cloe doll released in 2007. Exhibit 8 uses the same body and head sculpt as TX 17731, a Bratz movie doll about which MGA's Leon Diguerian testified at trial. See Trial Tr. 7213:4-18.

13.     Below, Exhibit 1 (TX 5-88) (left) is next to a photograph of TX 14623 (Bratz Yasmin doll released in 2007), without clothing (middle), which is next to a photograph of Exhibit 8 (Bratz Movie Cloe doll released in 2007) without clothing (right).

Exhibit P - Page 625



14.     Attached as Exhibit 9 is a true and correct copy of TX 5-74. TX 5-74 is a drawing that Mattel owns pursuant to the jury's Phase 1(a) Verdict and this Court's rulings prior to Phase 1(b) deliberations. See Ex. 2 at 1.

15.     Attached as Exhibit 10 are true and correct copies of TX 13888 and TX 13898, Mattel's copyright registrations VAu 715-273 and VAu 964-319 for the drawing identified as TX 5-74.

16.     Attached as Exhibit 45 is a true and correct copy of a photograph of TX 1136. TX 1136 is a Bratz sculpt owned by Mattel. See Ex. 2 at 5. Ms. Garcia testified that the sculpt of which TX 1135 and TX 1136 are castings was intended to "translate" Bryant drawings into a three-dimensional representation. See Trial Tr. 642:7-25; 644:25-645:6 ("I asked Margaret to create a sculpt to match what she understood to be the drawings in Carter's portfolio"); 651:14-652:7; 800:6-17 (in creating the sculpt, "the exercise was to create a 3D version of those 2D drawings").

17.     Below, Exhibit 1 (TX 5-88) (left) is next to a photograph of TX 12286 (first generation Bratz Cloe doll released in 2001), without clothing (middle),

Exhibit P - Page 626

1  which is next to a photograph of TX 14629 (Bratz Cloe doll released in 2008)

2  without clothing (right).



16        18.    Attached as Exhibit 11 is a true and correct copy of a photograph

17  of TX 17730, a Bratz Tess Play Sportz Dance doll released in 2007.

18        19.    Below, one of the faces from TX 5-74 (left) is next to a

19  photograph of the face of TX 17730 (Bratz Tess Play Sportz Dance doll released in

20  2007) (right). Lines have been superimposed to allow for easy assessment and

21  comparison of features.



07209/2739984.2

KIDMAN DECLARATION ISO MATTEL'S MOTION FOR JUDGMENT AS A MATTER OF LAW

Exhibit P - Page 627

1    21.    Attached as Exhibit 12 is a true and correct copy of TX 778. TX

2    778 is a drawing that Mattel owns. <u>See</u> Ex. 2 at 1. Attached as Exhibit 13 is a true

3    and correct copy of TX 13875, Mattel's copyright registration VA 1-378-650 for the

4    drawing identified as TX 778.

5    22.    Attached as Exhibit 14 hereto is a true and correct copy of a

6    photograph of TX 18652, a Bratz Sasha Play Sportz (RC-Xtreme!) Skateboarding

7    doll released in 2007.

8    23.    Below, one of the faces from TX 778 (left) is next to a

9    photograph of the face of TX 18652 (Bratz Sasha Play Sportz (RC-Xtreme!)

10   Skateboarding doll released in 2007) (right). Lines have been superimposed to

11   allow for easy assessment and comparison of features.

12

13

14

15   

16

17

18

19

20

21   24.    Attached as Exhibit 15 is a true and correct copy of TX 10-0012.

22   Attached as Exhibit 44 is a true and correct copy of TX 13874, Mattel's copyright

23   registration VA 1-378-649 for the drawing identified as TX 10-0012.

24   25.    Attached as Exhibit 16 is a true and correct copy of TX 1109.

25   TX 1109 is a drawing that Mattel owns pursuant to the jury's Phase 1(a) Verdict and

26   this Court's rulings prior to Phase 1(b) deliberations. <u>See</u> Ex. 2 at 4. Attached as

27   Exhibit 43 is a true and correct copy of TX 13892, Mattel's copyright registration

28   VAu 964-308 for the drawing identified as TX 1109.

26.     Below are photographs of the heads of TX 3-0013, TX 1109, and TX 12286 (first generation Bratz Cloe doll released in 2001), next to each other (left to right) for comparison.

  

27.     Below are photographs of TX 10-0003, TX 1109, and TX 12286 (first generation Bratz Cloe doll released in 2001) next to each other (left to right) for comparison.

  

Exhibit P - Page 629

1      28.    Attached as Exhibit 17 is a true and correct copy of TX 1152-19.

2 TX 1152-19 is a drawing that Mattel owns pursuant to the jury's Phase 1(a) Verdict

3 and this Court's rulings prior to Phase 1(b) deliberations.  See Ex. 2 at 3.

4      29.    Attached as Exhibit 18 is a true and correct copy of TX 1110.

5 TX 1110 is a drawing that Mattel owns pursuant to the jury's Phase 1(a) Verdict and

6 this Court's rulings prior to Phase 1(b) deliberations.  See Ex. 2 at 4.

7      30.    Attached as Exhibit 19 is a true and correct copy of TX 17561, a

8 photograph of a first generation Bratz Yasmin doll released in 2001.

9      31.    Below are photographs of the heads of TX 1152-19, TX 1110,

10 and TX 17561 (first generation Bratz Yasmin doll released in 2001) (left to right)

11 for comparison.

  

20      32.    Below are photographs of TX 1152-19, TX 1110, and TX 17561

21 (first generation Bratz Yasmin doll released in 2001) next to each other (left to right)

22 for comparison.

Exhibit P - Page 630



33.     Attached as Exhibit 20 is a true and correct copy of TX 734-0001.  TX 734-0001 is a drawing that Mattel owns pursuant to the jury's Phase 1(a) Verdict and this Court's rulings prior to Phase 1(b) deliberations.  See Ex. 2 at 3.

34.     Attached as Exhibit 21 is a true and correct copy of TX 1107. TX 1107 is a drawing that Mattel owns pursuant to the jury's Phase 1(a) Verdict and this Court's rulings prior to Phase 1(b) deliberations.  See Ex. 2 at 4.

35.     Attached as Exhibit 22 is a true and correct copy of TX 504, a photograph of a first generation Bratz Jade doll released in 2001.

36.  Below are photographs of the heads of TX 734-0001, TX 1107, and TX 504 (first generation Bratz Jade doll released in 2001) (left to right) for comparison.

  

37.  Below are photographs of TX 734-0001, TX 1107, and TX 504, a first generation Bratz Jade doll released in 2001 (left to right) for comparison.

  

38.  Attached as Exhibit 23 is a true and correct copy of TX 10-0012. TX 3-0005 is a drawing that Mattel owns pursuant to the jury's Phase 1(a) Verdict and this Court's rulings prior to Phase 1(b) deliberations.  See Ex. 2 at 3.

**Exhibit P - Page 632**

1    39.    Attached as Exhibit 24 is a true and correct copy of TX 1108.

2  TX 1108 is a drawing that Mattel owns pursuant to the jury's Phase 1(a) Verdict and

3  this Court's rulings prior to Phase 1(b) deliberations.  See Ex. 2 at 4.

4    40.    Attached as Exhibit 25 is a true and correct copy of TX 17558, a

5  photograph of a first generation Bratz Sasha doll released in 2001.

6    41.    Below are photographs of the heads of TX 10-0012, TX 1108,

7  and TX 17558 (first generation Bratz Sasha doll released in 2001) (left to right) for

8  comparison.



18    42.    Below are photographs of TX 10-0012 and TX 17558 (first

19  generation Bratz Sasha doll) (left to right) for comparison.

KIDMAN DECLARATION ISO MATTEL'S MOTION FOR JUDGMENT AS A MATTER OF LAW

07209/2739984.2

**Exhibit P - Page 633**



43.     Attached as Exhibit 26 is a true and correct copy of TX 14062, a photograph of a Bratz Cloe doll released in 2006.

44.     Attached as Exhibit 27 hereto is a true and correct copy of TX 14628, a photograph of a Bratz Cloe doll released in 2007.

45.     Attached as Exhibit 28 is a true and correct copy of TX 14629, a photograph of a Bratz Cloe doll released in 2008.

46.     Below are photographs of the heads of TX 12286 (first generation Bratz Cloe doll), TX 14062 (Bratz Cloe doll released in 2006), TX 14628 (Bratz Cloe doll released in 2007), and TX 14629 (Bratz Cloe doll released in 2008) next to each other (left to right) for comparison.

Exhibit P - Page 634



47.    Attached as Exhibit 29 is a true and correct copy of TX 14036, a photograph of a Bratz Yasmin doll released in 2006.

48.    Attached as Exhibit 30 is a true and correct copy of TX 14624, a photograph of a Bratz Yasmin doll released in 2008.

49.    Below are photographs of the heads of TX 17561 (first generation Bratz Yasmin doll released in 2001), TX 14036 (Bratz Yasmin doll released in 2006), TX 14623 (Bratz Yasmin doll released in 2007), and TX 14624 (Bratz Yasmin doll released in 2008) next to each other (left to right) for comparison.



50.    Attached as Exhibit 31 is a true and correct copy of TX 14416, a photograph of a Bratz Jade doll released in 2006.

51.    Attached as Exhibit 32 is a true and correct copy of TX 18663, a photograph of a Bratz Jade doll released in 2007.

52.    Attached as Exhibit 33 is a true and correct copy of TX 14627, a photograph of a Bratz Jade doll released in 2008.

53.    Below are photographs of the heads of TX 504 (first generation Bratz Jade doll released in 2001), TX 14416 (Bratz Jade doll released in 2006), TX

-15-

02209/2739984.2

Exhibit P - Page 635

18663 (Bratz Jade doll released in 2007), and TX 14627 (Bratz Jade doll released in 2008) (next to each other (left to right) for comparison.

   

54.   Attached as Exhibit 34 is a true and correct copy of TX 14061, a photograph of the head of a Sasha doll released in 2006.

55.   Attached as Exhibit 35 is a true and correct copy of TX 17728, a photograph of the head of a Sasha doll released in 2007.

56.   Attached as Exhibit 36 is a true and correct copy of TX 14626, a photograph of the head of a Sasha doll released in 2008.

57.   Below are photographs of the heads of TX 17558 (first generation Bratz Sasha doll released in 2001), TX 14061 (Bratz Sasha doll released in 2006), TX 17728 (Bratz Sasha doll released in 2007), and TX 14626 (Bratz Sasha doll released in 2008) next to each other (left to right) for comparison.

   

58.   Attached as Exhibit 37 is a true and correct copy of a photograph of TX 17571, a Bratz Meygan Strut It doll released in 2002.

59.   Attached as Exhibit 38 is a true and correct copy of a photograph of TX 17580, a Bratz Meygan Wild Life Safari doll released in 2004.

Exhibit P - Page 636

60. Attached as Exhibit 39 is a true and correct copy of a photograph of TX 14125, a Bratz Meygan Sportz Blazin' Bowlin' doll released in 2005.

61. Below are photographs of the heads of TX 17571 (Bratz Meygan Strut It doll released in 2002), TX 17580 (Bratz Meygan Wild Life Safari doll released in 2004), and TX 14125 (Bratz Meygan Sportz Blazin' Bowlin' doll released in 2005) next to each other (left to right) for comparison.

  

62. Attached as Exhibit 40 is a true and correct copy of a photograph of TX 17581, a Bratz Cloe doll released in 2007.

63. Attached as Exhibit 41 is a true and correct copy of TX 302-5. TX 302-5 is a drawing that Mattel owns pursuant to the jury's Phase 1(a) Verdict and this Court's rulings prior to Phase 1(b) deliberations. See Ex. 2 at 3.

64. Below, the head of TX 302-5 (left) is next to TX 17581 (Bratz Cloe doll released in 2007) (right) for comparison.

 

Exhibit P - Page 637

65. Below, the head of TX 1109 (left) is next to TX 14629 (Bratz Cloe doll released in 2008) (right) for comparison.

 

66. Below, the head of TX 1110 (left) is next to TX 14624 (Bratz Yasmin doll released in 2008) (right) for comparison.

 

67. Below, the head of TX 302-5 (left) is next to TX 14629 (Bratz Cloe doll released in 2008) (right) for comparison.

 

-18-

KIDMAN DECLARATION ISO MATTEL'S MOTION FOR JUDGMENT AS A MATTER OF LAW

Exhibit P - Page 638

68.     Attached as Exhibit 42 is a true and correct copy of TX 725.  TX 725 is a drawing that Mattel owns.  See Ex. 2 at 3.

69.     Below, the head of TX 725 (left) is next to TX 18663 (Bratz Jade doll released in 2007) (right) for comparison.

 

70.     Below TX 5-74 (left) is next to the face of TX 14624 (Bratz Yasmin doll released in 2008) (right) for comparison.

KIDMAN DECLARATION ISO MATTEL'S MOTION FOR JUDGMENT AS A MATTER OF LAW

Exhibit P - Page 639

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 22, 2008, at Los Angeles, California.

Scott B. Kidman

Exhibit P - Page 640