Name & Address:
William A. Molinski (State Bar No. 145186)
Orrick, Herrington & Sutcliffe LLP
777 South Figueroa Street, Suite 3200
Los Angeles, California 90017
(213) 629-2020
(213) 612-2499 (Facsimile)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| CARTER BRYANT | CASE NUMBER: CV 04-9049-SGL (RNBx) |
|---|---|
| PLAINTIFF(S) | |
| v. | |
| MATTEL, INC., a Delaware Corporation | NOTICE OF MANUAL FILING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**
Application to File Under Seal; Proposed Order re Application to File Under Seal; MGA's Notice of Motion & Motion to Compel Documents Responsive to Requests for Production Nos. 530 & 531 of MGA's Fifth Set of Requests for Production; Memo of P's & A's In Support Thereof; Exhibits G & L to the Declaration of William A. Molinski ISO MGA's Motion to Compel

**Document Description:**

- ☐ Administrative Record
- ☒ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]
- ☒ Other MGA's Notice of Motion & Motion to Compel Documents Responsive to Requests for Production Nos. 530 & 531 of MGA's Fifth Set of Requests for Production; Memo of P's & A's In Support Thereof; Application to File Under Seal; Proposed Order re Application to File Under Seal

**Reason:**

- ☒ Under Seal
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☒ Per Court order dated January 4, 2005
- ☐ Manual Filing required (*reason*):

July 29, 2009
Date

William A. Molinski
Attorney Name
MGA Parties
Party Represented

Note: File one Notice in each case, each time you manually file document(s).

G-92 (03/09)    NOTICE OF MANUAL FILING    American LegalNet, Inc.
www.FormsWorkflow.com