Name & Address:
Melanie D. Phillips (State Bar No. 245584)
Orrick, Herrington & Sutcliffe LLP
777 South Figueroa Street, Suite 3200
Los Angeles, California 90017
(213) 629-2020
(213) 612-2499 (Facsimile)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT<br><br>PLAINTIFF(S)<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation<br><br>DEFENDANT(S). | CASE NUMBER:<br>CV 04-9049-SGL (RNBx)<br><br>**NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**

Application to File Under Seal; Proposed Order re Application to File Under Seal; MGA Parties' Opposition To Mattel, Inc.'s Motion To Enforce Prior Court Orders And To Compel Re Interrogatory Nos. 68 & 69 And RFPS 75, 85, 95, 105 & 115 Of First Set Of Requests Re Unfair Competition; Exhibit E To Declaration of William A. Molinski In Support Of MGA Parties' Motion To Enforce Prior Court Orders And Compel Re Interratory Nos. 68 & 69 And RFPS 75, 85, 95, 105 & 115

**Document Description:**

- [ ] Administrative Record
- [x] Exhibits
- [ ] Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]
- [x] Other MGA Parties' Opposition To Mattel, Inc.'s Motion To Enforce Prior Court Orders And To Compel Re Interrogatory Nos. 68 & 69 And RFPS 75, 85, 95, 105 & 115 Of First Set Of Requests Re Unfair Competition

**Reason:**

- [x] Under Seal
- [ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- [ ] Electronic versions are not available to filer
- [x] Per Court order dated January 4, 2005
- [ ] Manual Filing required (*reason*):

| | |
|---|---|
| July 29, 2009 | Melanie D. Phillips |
| Date | Attorney Name |
| | MGA Parties |
| | Party Represented |

Note: File one Notice in each case, each time you manually file document(s).

G-92 (03/09)               NOTICE OF MANUAL FILING

American LegalNet, Inc.
www.FormsWorkflow.com