1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   John B. Quinn (Bar No. 090378)
2  (johnquinn@quinnemanuel.com)
   Michael T. Zeller (Bar No. 196417)
3  (michaelzeller@quinnemanuel.com)
   Jon D. Corey (Bar No. 185066)
4  (joncorey@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California  90017-2543
   Telephone:  (213) 443-3000
6  Facsimile:   (213) 443-3100

7  Attorneys for Mattel, Inc.

8            UNITED STATES DISTRICT COURT

9            CENTRAL DISTRICT OF CALIFORNIA

10                  EASTERN DIVISION

| | |
|---|---|
| 11  CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) Consolidated with |
| 12          Plaintiff, | Case No. CV 04-09059 Case No. CV 05-02727 |
| 13        vs. | Hon. Stephen G. Larson |
| 14  MATTEL, INC., a Delaware corporation, | APPLICATION TO FILE UNDER SEAL EXHIBITS 12, 18, 22, 24, 33, 34, 38, 43-46, |
| 15          Defendant. | 50, AND 60 TO DECLARATION OF MICHAEL T. ZELLER IN SUPPORT OF |
| 16 | MATTEL, INC.'S MOTION TO MODIFY SCHEDULING ORDER |
| 17  AND CONSOLIDATED ACTIONS | |

18                                    [[Proposed] Order Filed Concurrently
                                       Herewith]
19
                                       **Phase 2**
20                                     Discovery Cut-off:   December 11, 2009
                                       Pre-trial Conference:  March 1, 2010
21                                     Trial Date:  March 23, 2010

22

23

24

25

26

27

28

07975/3026830.1

_____
                              MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

Pursuant to <u>Local Rule</u> 79-5.1 and the Stipulated Protective Order entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal Exhibits 12, 18, 22, 24, 33, 34, 38, 43-46, 50, and 60 to the concurrently filed Declaration of Michael T. Zeller in Support of Mattel, Inc.'s Motion to Modify Scheduling Order (the "Declaration").

The Declaration includes materials that the MGA Parties, Mattel, and the Discovery Master have designated as "Confidential" or "Confidential -- Attorney's Eyes Only" pursuant to the Protective Order.  The MGA Parties have designated Exhibits 12, 18, 22, 24, 33, and 43-46 as "Confidential -- Attorney's Eyes Only."  Mattel has designated Exhibits 34, 38, and 50 as "Confidential -- Attorney's Eyes Only."  The Discovery Master has designated Exhibit 60 as "Confidential." Accordingly, Mattel requests that the Court order that the Declaration be filed under seal.

DATED:  July 27, 2009                    QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP


                                         By /s/ Cyrus S. Naim
                                            Cyrus S. Naim
                                            Attorneys for Mattel, Inc.

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service, 1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

On July 28, 2009, I served true copies of the following document(s) described as **APPLICATION TO FILE UNDER SEAL EXHIBITS 12, 18, 22, 24, 33, 34, 38, 43-46, 50, AND 60 TO DECLARATION OF MICHAEL T. ZELLER IN SUPPORT OF MATTEL, INC.'S MOTION TO MODIFY SCHEDULING ORDER** on the parties in this action as follows:

Thomas J. Nolan, Esq.                    William A. Molinski
Jason D. Russell, Esq.                    Orrick, Herrington & Sutcliffe, LLP
Skadden Arps Slate Meagher & Flom        777 South Figueroa Street
300 S. Grand Avenue, Suite 3400          Suite 3200
Los Angeles, CA 90071                     Los Angeles, CA 90017

Mark E. Overland, Esq.
Alexand H. Cote, Esq.
Overland Borenstein Scheper & Kim LLP
601 West Fifth Street, 125th Floor
Los Angeles, CA 90071

**BY PERSONAL SERVICE:**  I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 28, 2009, at Los Angeles, California.

Dave Quintana - NOW Legal Services, Inc.

07975/3025574.1

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On July 28, 2009, I served true copies of the following document(s) described as **APPLICATION TO FILE UNDER SEAL EXHIBITS 12, 18, 22, 24, 33, 34, 38, 43-46, 50, AND 60 TO DECLARATION OF MICHAEL T. ZELLER IN SUPPORT OF MATTEL, INC.'S MOTION TO MODIFY SCHEDULING ORDER** on the parties in this action as follows:

Melinda Haag                                        Todd E. Gordinier
Annette L. Hurst                                    Bingham McCutchen LLP
Warrington S. Parker III                            600 Anton Boulevard, 18th Floor
Orrick, Herrington & Sutcliffe, LLP                 Costa Mesa, CA 92626
The Orrick Building
405 Howard Street
San Francisco, CA 94105


Byron Z. Moldo, Esq.
Ervin Cohen & Jessup LLP
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California  90212-2974


**BY MAIL:**  I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California.  The envelope was mailed with postage thereon fully prepaid.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 28, 2009, at Los Angeles, California.

Yalonda J. Dekle

07975/3025437.1