1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
    John B. Quinn (Bar No. 090378)
2   (johnquinn@quinnemanuel.com)
    Michael T. Zeller (Bar No. 196417)
3   (michaelzeller@quinnemanuel.com)
    Jon D. Corey (Bar No. 185066)
4   (joncorey@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
6  Facsimile: (213) 443-3100

7  Attorneys for Mattel, Inc.

                UNITED STATES DISTRICT COURT

                CENTRAL DISTRICT OF CALIFORNIA

                      EASTERN DIVISION

11 CARTER BRYANT, an individual,        CASE NO. CV 04-9049 SGL (RNBx)
                                        Consolidated with
12              Plaintiff,              Case No. CV 04-09059
                                        Case No. CV 05-02727
13       vs.
                                        Hon. Stephen G. Larson
14 MATTEL, INC., a Delaware
   corporation,                         [PROPOSED] ORDER GRANTING
15                                      APPLICATION TO FILE UNDER SEAL
                Defendant.              EXHIBITS 12, 18, 22, 24, 33, 34, 38, 43-46,
16                                      50, AND 60 TO DECLARATION OF
                                        MICHAEL T. ZELLER IN SUPPORT OF
17 AND CONSOLIDATED ACTIONS             MATTEL, INC.'S MOTION TO MODIFY
                                        SCHEDULING ORDER

19                                      **Phase 2**
                                        Discovery Cut-off: December 11, 2009
20                                      Pre-trial Conference: March 1, 2010
                                        Trial Date: March 23, 2010

07975/3026841.1

[PROPOSED] ORDER

# [PR~~OPOS~~ED] ORDER

Based on the concurrently filed Application to File Under Seal Exhibits 12, 18, 22, 24, 33, 34, 38, 43-46, 50, and 60 to Declaration of Michael T. Zeller in Support of Mattel, Inc.'s Motion to Modify Scheduling Order,

IT IS HEREBY ORDERED:

Exhibits 12, 18, 22, 24, 33, 34, 38, 43-46, 50, and 60 to the concurrently filed Declaration of Michael T. Zeller in Support of Mattel, Inc.'s Motion to Modify Scheduling Order, are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: JUL 28 2009, 2009

_____
Hon. Stephen G. Larson
United States District Judge

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service, 1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

On July 28, 2009, I served true copies of the following document(s) described as **[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL EXHIBITS 12, 18, 22, 24, 33, 34, 38, 43-46, 50, AND 60 TO DECLARATION OF MICHAEL T. ZELLER IN SUPPORT OF MATTEL, INC.'S MOTION TO MODIFY SCHEDULING ORDER** on the parties in this action as follows:

Thomas J. Nolan, Esq.
Jason D. Russell, Esq.
Skadden Arps Slate Meagher & Flom
300 S. Grand Avenue, Suite 3400
Los Angeles, CA 90071

William A. Molinski
Orrick, Herrington & Sutcliffe, LLP
777 South Figueroa Street
Suite 3200
Los Angeles, CA 90017

Mark E. Overland, Esq.
Alexand H. Cote, Esq.
Overland Borenstein Scheper & Kim LLP
601 West Fifth Street, 125th Floor
Los Angeles, CA 90071

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 28, 2009, at Los Angeles, California.

Dave Quintana - NOW Legal Services, Inc.

07975/3025574.1

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On July 28, 2009, I served true copies of the following document(s) described as **[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL EXHIBITS 12, 18, 22, 24, 33, 34, 38, 43-46, 50, AND 60 TO DECLARATION OF MICHAEL T. ZELLER IN SUPPORT OF MATTEL, INC.'S MOTION TO MODIFY SCHEDULING ORDER** on the parties in this action as follows:

Melinda Haag
Annette L. Hurst
Warrington S. Parker III
Orrick, Herrington & Sutcliffe, LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105

Todd E. Gordinier
Bingham McCutchen LLP
600 Anton Boulevard, 18th Floor
Costa Mesa, CA 92626

Byron Z. Moldo, Esq.
Ervin Cohen & Jessup LLP
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974

**BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 28, 2009, at Los Angeles, California.

_/s/ Yalonda J. Dekle_
Yalonda J. Dekle

07975/3025437.1