1  MELINDA HAAG (State Bar No. 132612)
   mhaag@orrick.com
2  ANNETTE L. HURST (State Bar No. 148738)
   ahurst@orrick.com
3  WARRINGTON S. PARKER III (State Bar No. 148003)
   wparker@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
5  405 Howard Street
   San Francisco, CA 94105
6  Telephone:  +1-415-773-5700
   Facsimile:   +1-415-773-5759
7
   WILLIAM A. MOLINSKI (State Bar No. 145186)
8  wmolinski@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
9  777 South Figueroa Street, Suite 3200
   Los Angeles, CA  90017
10 Telephone:  +1-213-629-2020
   Facsimile:   +1-213-612-2499
11
   Attorneys for MGA Parties
12

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS<br><br>**Confidential – Attorney's Eyes Only Filed Under Seal Pursuant to Protective Order** | Case No. CV 04-9049 SGL (RNBx)<br><br>Consolidated with: Case No. CV 04-9059 and Case No. CV 05-2727<br>**DISCOVERY MATTER**<br>**[To Be Heard By Discovery Master Robert C. O'Brien]**<br><br>**DECLARATION OF WILLIAM A. MOLINSKI IN SUPPORT OF MGA'S MOTION TO COMPEL DOCUMENTS RESPONSIVE TO REQUESTS FOR PRODUCTION NOS. 530 AND 531 OF MGA'S FIFTH SET OF REQUESTS FOR PRODUCTION [PUBLIC VERSION]**<br><br>Date:  TBD<br>Time:  TBD<br>Place:  Arent Fox LLP<br><br>**Phase 2**<br>Discovery Cutoff:  December 11, 2009<br>Pretrial Conference: March 1, 2010<br>Trial Date:  March 23, 2010 |

I, William A. Molinski, declare as follows:

1. I am a partner at the law firm of Orrick, Herrington & Sutcliffe LLP, attorneys of record for Plaintiff and Counter-Defendant MGA Entertainment, Inc. and Counter-Defendants MGA Entertainment HK, Ltd., MGAE de Mexico S.R.L. de C.V., and Isaac Larian ("MGA Parties"). Based on this representation, I am familiar with the events, pleadings, and discovery in this action and, if called upon as a witness, I could and would testify competently to the matters stated herein of my own personal knowledge. I make this declaration in support of MGA's Motion To Compel Documents Responsive To Requests For Production Nos. 530 And 531 Of MGA's Fifth Set Of Requests For Production.

2. Attached hereto as **Exhibit A** are true and correct excerpts from MGA's Fifth Request for Production of Documents, which contain Requests Nos. 530 and 531.

3. Attached hereto as **Exhibit B** are true and correct excerpts from Mattel's Corrected Responses to MGA's Fifth Set of Requests for Production.

4. On July 13, 2009, we received a letter from Scott Watson of Quinn Emanuel, counsel for Mattel, asking that we meet and confer regarding requests that he claimed asked for the production of documents on behalf of Carlos Gustavo Machado Gomez, Mariana Trueba Almada, Pablo Vargas San Jose, Janine Brisbois and Ronald Brawer, all current or former employees of MGA or an MGA subsidiary. A true and correct copy of Mr. Watson's letter is attached hereto as **Exhibit C**.

5. On July 17, 2009, I wrote to Mr. Watson that we were willing to continue discussing Mattel's request for documents related to the payment of legal fees by MGA for certain witnesses, if Mattel would agree that any such agreement would also apply to MGA's requests for such information from Mattel. A true and correct copy of my email to Mr. Watson is attached hereto as **Exhibit D**.

6. On July 19, 2009, Mr. Watson responded to my email by saying

1  that if I believed "Mattel has somehow failed to comply with its own obligations"
2  with respect to the production of documents related to Mattel's payment of legal
3  fees for witnesses, then I "need to send a meet and confer letter." A true and
4  correct copy of Mr. Watson's email is attached hereto as **Exhibit E**.

5        7.    On July 20, 2009, per Mr. Watson's request, I sent him an email
6  asking that he meet and confer over Mattel's responses to MGA's Requests Nos.
7  530 and 531. A true and correct copy of my email is attached hereto as **Exhibit F**.

8        8.    On July 20, 2009, at 3:00 p.m., Mr. Watson and I met over
9  Requests Nos. 530 and 531. During that meet and confer, I asked Mr. Watson if he
10 would agree that any information we provided concerning MGA's payment of fees
11 also apply to Mattel's obligations in responding to MGA's Requests Nos. 530 and
12 531. Mr. Watson said he would consider this, but only if there was some global
13 agreement that also required MGA to provide such information for all witnesses in
14 the Rule 26 disclosures. With respect to Request No. 531, I explained how the fee
15 arrangement between Mattel and Quinn Emanuel could be relevant and
16 non-privileged if Quinn Emanuel was representing witnesses in this action at
17 Mattel's request and with Mattel funding. Mr. Watson said that they would not
18 agree to supplement Mattel's response to this request under any circumstances.

19       9.    Attached hereto as **Exhibit G** is a true and correct copy of
20 MGA's Supplemental Responses to Interrogatories Nos. 68 and 69.

21       10.    Attached hereto as **Exhibit H** is a true and correct copy of
22 excerpts from Mattel's First Set of Requests for Production Re Unfair Competition,
23 which contain Request for Production Nos. 75, 85, 95, 105 and 115.

24       11.    Attached hereto as **Exhibit I** is a true and correct copy of the
25 Discovery Master Order dated May 15, 2007.

26       12.    Attached hereto as **Exhibit J** is a true and correct copy of the
27 Court's Order dated June 27, 2007.

28       13.    Attached hereto as **Exhibit K** is a true and correct copy of the

1 | Discovery Master's Amended Order No. 11, dated March 31, 2009.

2 |     14.   Attached hereto as **Exhibit L** is a true and correct copy of the Discovery Master's Order No. 27 dated May 6, 2009.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed this 29th day of July, 2009, at Los Angeles, California.

_____
William A. Molinski