# EXHIBIT C

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100

July 13, 2009

**VIA E-MAIL AND U.S. MAIL**

Annette Hurst
Orrick, Herrington & Sutcliffe LLP
The Orrick Building,
405 Howard Street
San Francisco, CA 94104

Re:   <u>Mattel v. MGA Entertainment, Inc., et al.</u>

Dear Ms. Hurst:

I write pursuant to paragraph 5 of the Discovery Master Stipulation and Order to request a meet and confer in advance of an anticipated motion by Mattel to compel and for sanctions regarding MGA's production of documents in response to Request Nos. 75, 85, 95, 105, and 115 of Mattel, Inc.'s First Set of Requests for Documents and Things Re Claims of Unfair Competition to MGA Entertainment, Inc., dated December 18, 2006.

These Requests seek all documents relating to the payment of "compensation, money, or any item of value" to or for Carlos Gustavo Machado Gomez, Mariana Trueba Almada, Pablo Vargas San Jose, Janine Brisbois, and Ronald Brawer. MGA was ordered to provide all documents responsive to these Requests by the Discovery Master's Order Granting in Part and Denying in Part Mattel's Motion to Compel Production of Documents By MGA; Denying Request for Monetary Sanctions, dated August 14, 2007.

In its recent response to Interrogatory Nos. 68 and 69, MGA states that it has made a series of payments of legal fees for these individuals. MGA has produced no documents reflecting these

**quinn emanuel urquhart oliver & hedges, llp**

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100
TOKYO | Akasaka Twin Tower Main Building, 6th Floor, 17-22 Akasaka 2-Chome, Minato-ku, Tokyo 107-0052, Japan | TEL +81-3-5561-1711 FAX +81-3-5561-1712
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom | TEL +44-20-7653-2000 FAX +44-20-7653-2100

Exhibit C - Page 23

payments, although it is now clear that at least some such documents exist. MGA is therefore in violation of its obligations under the August 14, 2007 order.

Please let me know when MGA will be supplementing its production. In the alternative, let me know who will be handling this issue for defendants and when they are available to discuss it. In the event that we are unable to promptly resolve these matters, Mattel anticipates bringing a motion to compel, to enforce the prior Order and for sanctions.

I look forward to hearing from you.


Very truly yours,

Scott L. Watson
07975/3006321.1