# EXHIBIT E

**To:** Molinski, William
**Cc:** Hurst, Annette; Michael T Zeller; Scott Watson
**Subject:** RE: Meet & Confer

Bill,

MGA was ordered on August 14, 2007, to produce documents responsive to Requests 75, 85, 95, 105 and 115. If MGA will not immediately agree to produce all documents responsive to those requests, Mattel will file its motion. Mattel will not agree to limit MGA's obligation to do so, especially on the grounds of privilege, which was never asserted as an objection to those requests.

Moreover, if you believe that Mattel has somehow failed to comply with its own obligations as you have vaguely suggested, then you need to send a meet and confer letter as required by the Discovery Master Stipulation and Order. Those claims, however, do not excuse MGA's non-compliance.

I will not address your comments regarding my "authority." You and I both know that your initial email in this chain (purporting to confirm agreements we never reached) was inaccurate. I called you this afternoon to discuss the foregoing with you, but you have not returned my call.

Best,

Scott