# EXHIBIT G

# EXHIBIT G FILED UNDER SEAL