# EXHIBIT L

# EXHIBIT L FILED UNDER SEAL