1  MELINDA HAAG (State Bar No. 132612)
   mhaag@orrick.com
2  ANNETTE L. HURST (State Bar No. 148738)
   ahurst@orrick.com
3  WARRINGTON S. PARKER III (State Bar No. 148003)
   wparker@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
5  405 Howard Street
   San Francisco, CA 94105
6  Telephone: +1-415-773-5700
   Facsimile: +1-415-773-5759
7
   WILLIAM A. MOLINSKI (State Bar No. 145186)
8  wmolinski@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
9  777 South Figueroa Street, Suite 3200
   Los Angeles, CA 90017
10 Telephone: +1-213-629-2020
   Facsimile: +1-213-612-2499
11
   Attorneys for MGA ENTERTAINMENT, INC., MGA
12 ENTERTAINMENT HK, LTD.,
   MGAE de MEXICO, S.R.L. de C.V., and ISAAC
13 LARIAN

14

15                UNITED STATES DISTRICT COURT

16                CENTRAL DISTRICT OF CALIFORNIA

17                       EASTERN DIVISION

18 | CARTER BRYANT, an individual | Case No. CV 04-9049 SGL (RNBx)
19 | Plaintiff, | Consolidated with: Case No. CV 04-9059 and Case No. CV 05-2727
20 | v. | **DISCOVERY MATTER**
21 | MATTEL, INC., a Delaware Corporation | [To Be Heard by Discovery Master Robert O'Brien]
22 | |
23 | Defendant. | **CERTIFICATE OF SERVICE**
24 | AND CONSOLIDATED ACTIONS | Date: TBD
   |  | Time: TBD
   |  | Courtroom: TBD
25 |  |
26 |  | **Phase 2**
   |  | Discovery Cutoff: December 11, 2009
27 |  | Pretrial Conference: March 1, 2010
   |  | Trial Date: March 23, 2010
28

OHS West:260702295.1

CERTIFICATE OF SERVICE
CV 04-9049 SGL (RNBx)

# CERTIFICATE OF SERVICE

I, Maria Mercado-Navarro, declare:

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, 777 South Figueroa Street, Suite 3200, Los Angeles, California 90017.

I hereby certify that on July 29, 2009, I electronically filed the following documents with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties listed below:

1. MGA'S NOTICE OF MOTION AND MOTION TO COMPEL DOCUMENTS RESPONSIVE TO REQUESTS FOR PRODUCTION NOS. 530 AND 531 OF MGA'S FIRTH SET OF REQUESTS FOR PRODUCTION; MEMORANDUM OF POINTS AND AUTHORITIES [PUBLIC VERSION]

2. DECLARATION OF WILLIAM A. MOLINSKI IN SUPPORT OF MGA'S MOTION TO COMPEL DOCUMENTS RESPONSIVE TO REQUESTS FOR PRODUCTION NOS. 530 AND 531 OF MGA'S FIFTH SET OF REQUESTS FOR PRODUCTION [PUBLIC VERSION];

3. SEPARATE STATEMENT IN SUPPORT OF MGA ENTERTAINMENT, INC.'S MOTION TO COMPEL DOCUMENTS RESPONSIVE TO REQUESTS FOR PRODUCTION NOS. 530 AND 531 OF MGA'S FIFTH SET OF REQUESTS FOR PRODUCTION;

4. CERTIFICATE OF SERVICE.

**SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury that the foregoing is true and correct and that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 29, 2009, at Los Angeles, California.

/s/ Maria Mercado-Navarro
Maria Mercado-Navarro

| | |
|---|---|
| 1 | **PHASE 2 SERVICE LIST** |
| 2 | Counsel for Mattel. Inc. |
| | John B. Quinn, Esq. |
| 3 | johnquinn@quinnemanuel.com |
| | Michael T. Zeller, Esq. |
| 4 | michaelzeller@quinnemanuel.com |
| | Jon D. Corey, Esq. |
| 5 | Joncorey@quinnemanuel.com |
| | Brett D. Proctor |
| 6 | dylanproctor@quinnemanuel.com |
| | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP |
| 7 | 865 South Figueroa Street, 10th Floor |
| | Los Angeles, CA 90017-2543 |
| 8 | Telephone: (213) 443-3000 |
| | Facsimile: (213) 443-3100 |
| 9 | |
| | Counsel for Carlos Gustavo Machado Gomez |
| 10 | Mark E. Overland, Esq. |
| | moverland@scheperkim.com |
| 11 | Alexander H. Cote, Esq. |
| | acote@scheperkim.com |
| 12 | SCHEPER KIM & OVERLAND LLP |
| | 601 W. 5th Street, 12th Floor |
| 13 | Los Angeles, CA 90017 |
| | Telephone: (213) 613-4655 |
| 14 | Facsimile: (213) 613-4656 |
| 15 | |
| | Leah Chava Gershon, Esq. |
| 16 | leah@spertuslaw.com |
| | JAMES W. SPERTUS LAW OFFICES |
| | 1990 S. Bundy Drive, Suite 705 |
| 17 | Los Angeles, CA 90025 |
| | Telephone: (310) 584-7671 |
| 18 | Facsimile: (310) 826-4711 |
| 19 | Counsel for Limited Intervenor, Omni 808 Investors LLC |
| 20 | Todd E. Gordinier, Esq. |
| | todd.gordinier@bingham.com |
| 21 | BINGHAM MCCUTCHEN LLP |
| | 600 Anton Blvd., 18th Floor |
| 22 | Costa Mesa, CA 92626 |
| | Telephone: (714) 830-0600 |
| 23 | Facsimile: (714) 830-0700 |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

1  Additional Counsel:

2  Thomas J. Nolan, Esq.
   thomas.nolan@skadden.com
3  Raoul D. Kennedy, Esq.
   raoul.kennedy@skadden.com
4  Jason D. Russell, Esq.
   jason.russell@skadden.com
5  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   300 South Grand Avenue
6  Suite 3400
   Los Angeles, CA 90071-3144
7  Telephone:  (213) 687-5000
   Facsimile:   (213) 687-5600

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DECLARATION OF SERVICE**

I declare I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is USA Network, Inc., 350 S. Figueroa Street, Suite 196, Los Angeles, California 90071.

On July 29, 2009, I served the following documents:

1. **MGA'S NOTICE OF MOTION AND MOTION TO COMPEL DOCUMENTS RESPONSIVE TO REQUESTS FOR PRODUCTION NOS. 530 AND 531 OF MGA'S FIFTH SET OF REQUESTS FOR PRODUCTION ; MEMORANDUM OF POINTS AND AUTHORITIES [PUBLIC VERSION];**

2. **DECLARATION OF WILLIAM A. MOLINSKI IN SUPPORT OF MGA'S MOTION TO COMPEL DOCUMENTS RESPONSIVE TO REQUESTS FOR PRODUCTION NOS. 530 AND 531 OF MGA'S FIFTH SET OF REQUESTS FOR PRODUCTION [PUBLIC VERSION];**

3. **SEPARATE STATEMENT IN SUPPORT OF MGA ENTERTAINMENT, INC.'S MOTION TO COMPEL DOCUMENTS RESPONSIVE TO REQUESTS FOR PRODUCTION NOS. 530 AND 531 OF MGA'S FIFTH SET OF REQUESTS FOR PRODUCTION;**

4. **CERTIFICATE OF SERVICE**

[x]  by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below:

Robert C. O'Brien, Esq.
Discovery Master
Arent Fox LLP
555 West 5th Street, Suite 4800
Los Angeles, CA  90013

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 29, 2009, at Los Angeles, California.

```
                              /s/
                    _____
                    USA Network, Inc.
```