QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>                    Plaintiff,<br><br>         vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>                    Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>MATTEL, INC.'S REPLY IN SUPPORT OF *EX PARTE* APPLICATION FOR (1) RELIEF FROM THE TWENTY-DAY REQUIREMENT OF LOCAL RULE 7-3; AND (2) FOR EXPEDITED HEARING DATE OF AUGUST 17, 2009<br><br>Hearing Date: TBD<br>Time:              TBD<br>Place:             TBD<br><br>**Phase 2**<br>Discovery Cut-off:  December 11, 2009<br>Pre-trial Conference:  March 1, 2010<br>Trial Date:  March 23, 2010 |

07975/3029770.1

REPLY ISO EX PARTE APPLICATION TO SET EARLIER HEARING DATE

The importance of a prompt hearing on Mattel's motion for a continuance is obvious. Scheduled deadlines are rapidly approaching -- the discovery cutoff is already less than four and a half months away, not a large amount of time in this case. Even more importantly, the last date to submit expert reports is October 16, 2009, two and a half months away, and the deadline for amendments of Mattel's pleading is September 11, 2009, only six week from now. MGA asserts that the "first deadline sought to be extended by Mattel's Motion is the December 11 discovery cutoff," Opp. at 2, but that is incorrect. Each of these deadlines is at issue in Mattel's motion. If the hearing does not occur until the end of August or until September, there will be little or no time before the time for amendment and the expert deadlines become due. Mattel needs guidance as to whether it will be able to further develop the facts before expending unnecessary resources working with experts before critical facts are known. Mattel also needs guidance as to whether it will have time to further develop the facts before pursuing a further amendment. With deadlines this close, two weeks makes a difference.

MGA chastises Mattel for refusing to grant an extension as a matter of professional courtesy, noting that it has given Mattel other extensions in the past. As the Court knows, Mattel has also repeatedly given extensions as courtesies to MGA, including to its new counsel and based on new counsel's scheduled vacations.[1] Furthermore, as a courtesy, Mattel offered to let MGA take one or two additional days to file its opposition, leaving Mattel with less time to file its reply; MGA rejected that offer,[2] but Mattel nevertheless still stands by it and is willing to have its time for reply reduced if need be. Professional courtesy is not the issue

---

[1] See, e.g., Stipulation Re Continuance of Date for *In Camera* Review, dated July 22, 2009, Zeller Dec., Exh. 2; Stipulation for Continuance of Hearing Date on Mattel's Motion for Clarification of June 18, 2009 Order Re The Escrow of Bratz Profits, dated July 17, 2009, Zeller Dec., Exh. 3.

[2] See Exhibit 1 hereto.

1  here. Having an important motion that should be resolved expeditiously briefed on
2  less than the five weeks' notice MGA demands is the issue.

3  MGA states that it "would like the additional time to prepare a
4  complete opposition, which would have been the time allotted to us by Local Rule
5  7-3 anyway." Opp. at 2. Local Rule 7-3 does not afford defendants time to file an
6  opposition. The Rule is designed to ensure that the parties have adequately met and
7  conferred in good faith. There is no dispute that they have done that here. Briefing
8  schedules are dictated by Local Rule 7-9, which gives MGA a week to file an
9  opposition, which is all that Mattel is seeking here.

10  Mattel respectfully requests its motion be set for hearing on August 17,
11  2009.

13  DATED: July 27, 2009              QUINN EMANUEL URQUHART OLIVER &
14                                     HEDGES, LLP

15                                     By /s/ B. Dylan Proctor
16                                        B. Dylan Proctor
                                          Attorneys for Mattel, Inc.

07975/3029770.1

-2-
REPLY ISO EX PARTE APPLICATION TO SET EARLIER HEARING DATE