1  MELINDA HAAG (State Bar No. 132612)
   mhaag@orrick.com
2  ANNETTE L. HURST (State Bar No. 148738)
   ahurst@orrick.com
3  WARRINGTON S. PARKER III (State Bar No. 148003)
   wparker@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
5  405 Howard Street
   San Francisco, CA 94105
6  Telephone: +1-415-773-5700
   Facsimile:  +1-415-773-5759
7
   WILLIAM A. MOLINSKI (State Bar No. 145186)
8  wmolinski@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
9  777 South Figueroa Street, Suite 3200
   Los Angeles, CA 90017
10 Telephone: +1-213-629-2020
   Facsimile:  +1-213-612-2499
11
   Attorneys for MGA Parties
12

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 SGL (RNBx)<br><br>Consolidated with:<br>CV 04-9059<br>CV 05-2727<br><br>**DISCOVERY MATTER**<br><br>[To Be Heard By Discovery Master Robert C. O'Brien]<br><br>**NON-OPPOSITION TO MATTEL'S MOTION FOR ISSUANCE OF LETTERS OF REQUEST FOR VARGAS AND TRUEBA AND REQUEST FOR AMENDMENT OF LETTERS**<br><br>Date:  TBD<br>Time:  TBD<br>Place: Arent Fox LLP<br>**Phase 2**<br>Discovery Cutoff: December 11, 2009<br>Pretrial Conference: March 1, 2010<br>Trial Date: March 23, 2010 |

MGA Entertainment, Inc. ("MGA") does not oppose Mattel's Motion for Issuance of Letters of Request for Vargas and Trueba. MGA, in fact, would welcome these witnesses testifying at depositions so that they can confirm what they have stated in sworn declarations: ***that at no point did they use or disclose any Mattel confidential information while at MGA.*** This would prevent Mattel from insinuating, as Mattel does throughout its Third Amended Answer and Counterclaim (TACC) that these witnesses must have stolen Mattel's trade secret because they are being investigated in Mexico for such alleged theft – in an investigation that Mattel convinced Mexican authorities to undertake!

Mattel, in fact, ideally would like these witnesses to assert their right to remain silent, due to the risk of self-incrimination in the Mattel-orchestrated criminal proceedings in Mexico. That way Mattel can say, as it does with respect to Machado, that these witnesses "refused to answer questions about [other] misconduct and instead revoked the Fifth Amendment over 100 times." TACC, ¶ 61. So having created a situation in Mexico where these witnesses are forced to assert their right against self-incrimination, Mattel then seeks to have adverse, albeit not supportable, inferences drawn from that silence. MGA, therefore, would like to have these witnesses testify so that Mattel could not seek to rely on improper inferences of wrongdoing.

In the event these witnesses testify in Mexico, however, MGA requests that an additional topic be added to the Letters to allow for questioning by MGA on MGA's claims and defenses against Mattel. That topic is:

- Mattel's tortious, unfair and anti-competitive practices to banish MGA from the market as described in MGA's complaint against Mattel.

Both Vargas and Trueba are former employees of Mattel. As such, they are likely to have discoverable information concerning the unfair and anticompetitive practices described in MGA's complaint. They could know, for example, of Mattel's efforts in the market to "kill Bratz," through any means possible. They

would also have first hand knowledge of being required to execute onerous and one-sided documents before receiving their final pay checks in an effort to prevent them from seeking better employment from a competitor.

    Further, in the event the witnesses are deposed and testify, MGA requests that the Court extend the seven hour limit to allow for questioning by MGA. With a seven hour limit, MGA expects Mattel to use all or most of that time for its questioning, leaving little time for MGA to examine these witnesses. Sine these individuals are no longer employed by MGA, MGA will need to conduct its own examination to preserve their testimony for trial.

Dated:    July 29, 2009

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP


By: /s/ William A. Molinski
        William A. Molinski
        Attorneys for MGA Parties

## **CERTIFICATE OF SERVICE**

I, Maria Mercado-Navarro, declare:

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, 777 South Figueroa Street, Suite 3200, Los Angeles, California 90017-5855.

I hereby certify that on July 29, 2009, I electronically filed the following documents with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties listed below:

**NON-OPPOSITION TO MATTEL'S MOTION FOR ISSUANCE OF LETTERS OF REQUEST FOR VARGAS AND TRUEBA AND REQUEST FOR AMENDMENT OF LETTERS**

**SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury that the foregoing is true and correct and that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 29, 2009, at Los Angeles, California.

/s/ Maria Mercado-Navarro
Maria Mercado-Navarro

OHS West:260690672.1                    - 1 -

# PHASE 2 SERVICE LIST

Counsel for Mattel. Inc.
John B. Quinn, Esq.
johnquinn@quinnemanuel.com
Michael T. Zeller, Esq.
michaelzeller@quinnemanuel.com
Jon D. Corey, Esq.
Joncorey@quinnemanuel.com
Brett D. Proctor
dylanproctor@quinnemanuel.com
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA  90017-2543
Telephone: (213) 443-3000
Facsimile:  (213) 443-3100

Counsel for Carlos Gustavo Machado Gomez
Mark E. Overland, Esq.
moverland@scheperkim.com
Alexander H. Cote, Esq.
acote@scheperkim.com
SCHEPER KIM & OVERLAND LLP
601 W. 5th Street, 12th Floor
Los Angeles, CA  90017
Telephone:  (213) 613-4655
Facsimile:   (213) 613-4656

Leah Chava Gershon, Esq.
leah@spertuslaw.com
JAMES W. SPERTUS LAW OFFICES
1990 S. Bundy Drive, Suite 705
Los Angeles, CA  90025
Telephone:  (310) 584-7671
Facsimile:   (310) 826-4711

Counsel for Limited Intervenor, Omni 808 Investors LLC
Todd E. Gordinier, Esq.
todd.gordinier@bingham.com
BINGHAM MCCUTCHEN LLP
600 Anton Blvd., 18th Floor
Costa Mesa, CA  92626
Telephone:  (714) 830-0600
Facsimile:   (714) 830-0700

| | |
|---|---|
| 1 | Additional Counsel: |
| 2 | Thomas J. Nolan, Esq. |
| | thomas.nolan@skadden.com |
| 3 | Raoul D. Kennedy, Esq. |
| | raoul.kennedy@skadden.com |
| 4 | Jason D. Russell, Esq. |
| | jason.russell@skadden.com |
| 5 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| | 300 South Grand Avenue |
| 6 | Suite 3400 |
| | Los Angeles, CA 90071-3144 |
| 7 | Telephone: (213) 687-5000 |
| | Facsimile: (213) 687-5600 |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

## DECLARATION OF SERVICE

I declare I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is USA Network, Inc., 350 S. Figueroa Street, Suite 196, Los Angeles, California 90071.

On July 29, 2009, I served the following documents:

**NON-OPPOSITION TO MATTEL'S MOTION FOR ISSUANCE OF LETTERS OF REQUEST FOR VARGAS AND TRUEBA AND REQUEST FOR AMENDMENT OF LETTERS APPLICATION TO FILE UNDER SEAL;**

[X]  by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below:

Robert C. O'Brien, Esq.
Discovery Master
Arent Fox LLP
555 West 5th Street, Suite 4800
Los Angeles, CA  90013

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 29, 2009, at Los Angeles, California.

/s/
USA Network, Inc.

OHS West:260690672.1                        - 4 -