| | |
|---|---|
| 1 | MELINDA HAAG (State Bar No. 132612) |
|   | mhaag@orrick.com |
| 2 | ANNETTE L. HURST (State Bar No. 148738) |
|   | ahurst@orrick.com |
| 3 | WARRINGTON S. PARKER III (State Bar No. 148008) |
|   | wparker@orrick.com |
| 4 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|   | The Orrick Building |
| 5 | 405 Howard Street |
|   | San Francisco, CA  94105-2669 |
| 6 | Telephone:   +1-415-773-5700 |
|   | Facsimile:   +1-415-773-5759 |
| 7 | |
|   | WILLIAM A. MOLINSKI (State Bar No. 145186) |
| 8 | wmolinski@orrick.com |
|   | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 9 | 777 South Figueroa Street, Suite 3200 |
|   | Los Angeles, CA  90017 |
| 10 | Telephone:   +1-213-629-2020 |
|    | Facsimile:   +1-213-612-2499 |
| 11 | |
|    | Attorneys for MGA Parties |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | Case No.  CV 04-9049-SGL (RNBx) |
| Plaintiff, | |
| v. | **PROOF OF SERVICE BY EMAIL TO COUNSEL** |
| MATTEL, INC., a Delaware corporation, | |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | |

PROOF OF SERVICE

**PROOF OF SERVICE BY EMAIL TO COUNSEL**

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, The Orrick Building, 405 Howard Street, San Francisco, California 94105-2669. On July 29, 2009, I served the following document(s):

MGA PARTIES' OPPOSITION TO MOTION TO COMPEL MGA ENTERTAINMENT, INC. AND ISAAC LARIAN TO PRODUCE DOCUMENTS RESPONSIVE TO MATTEL'S FIRST SETS OF REQUESTS FOR DOCUMENTS (PHASE 2)

DECLARATION OF WARRINGTON S. PARKER III IN SUPPORT OF MGA PARTIES' OPPOSITION TO MOTION TO COMPEL MGA ENTERTAINMENT, INC. AND ISAAC LARIAN TO PRODUCE DOCUMENTS RESPONSIVE TO MATTEL'S FIRST SETS OF REQUESTS FOR DOCUMENTS (PHASE 2)

APPLICATION TO FILE UNDER SEAL

[PROPOSED] ORDER RE APPLICATION TO FILE UNDER SEAL

NOTICE OF MANUAL FILING

I served copies of said papers on July 29, 2009 by attaching them to an email addressed to:

Michael Zeller
michaelzeller@quinnemanuel.com

Dylan Proctor
dylanproctor@quinnemanuel.com

Jon Corey
joncorey@quinnemanuel.com

Jason Russell
jason.russell@skadden.com

Todd Gordinier
todd.gordinier@bingham.com

Peter Villar
peter.villar@bingham.com

Mark Overland
moverland@scheperkim.com

Alexander Cote
acote@scheperkim.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 29, 2009, at San Francisco, California.

*/s/ Yas Raouf*
Yas Raouf