MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148008)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1-415-773-5700
Facsimile: +1-415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: +1-213-629-2020
Facsimile: +1-213-612-2499

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 SGL (RNBx)<br><br>Consolidated with:<br>CV 04-9059<br>CV 05-2727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Robert C. O'Brien]**<br><br>NOTICE OF LODGING ISO MGA PARTIES' QUALIFIED OPPOSITION TO MATTEL'S EX PARTE APPLICATION TO SHORTEN TIME FOR HEARING ON MOTION FOR CONTINUANCE |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE that Plaintiff and Counter-defendant MGA Entertainment, Inc. ("MGAE") and Counter-defendant Isaac Larian (collectively "MGA Parties") hereby lodge the following documents with the Clerk of the Court in support of their Qualified Opposition to Mattel's Ex Parte Application to Shorten Time for Hearing on Motion for Continuance:

1. **[PROPOSED] ORDER RE MATTEL'S EX PARTE APPLICATION TO ADVANCE HEARING DATE ON MOTION TO EXTEND SCHEDULE**

Dated: July 29, 2009

ANNETTE L. HURST
ORRICK, HERRINGTON & SUTCLIFFE LLP

By:     /s/ Annette L. Hurst
            Annette L. Hurst
Attorneys for MGA Entertainment, Inc. and Isaac Larian