MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone: +1-415-773-5700
Facsimile: +1-415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: +1-213-629-2020
Facsimile: +1-213-612-2499

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 SGL (RNBx)<br><br>Consolidated with:<br>CV 04-9059<br>CV 05-2727<br><br>**[PROPOSED] ORDER RE MATTEL'S EX PARTE APPLICATION TO ADVANCE HEARING DATE ON MOTION TO EXTEND SCHEDULE** |

1 **[PROPOSED] ORDER**

2   Pursuant to the agreement of the parties and good cause appearing, Mattel's
3 Motion to Modify Scheduling Order is hereby set for hearing on August 31, 2009 at
4 10:00 a.m. The dates for filing opposition and reply briefs shall be calculated in
5 accordance with Local Rules 7-9 and 7-10.
6   IT IS SO ORDERED.

7

8 Dated: _____, 2009

9 Hon. Stephen G. Larson
United States District Court Judge