MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148008)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:   +1-415-773-5700
Facsimile:    +1-415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA  90017
Telephone:   +1-213-629-2020
Facsimile:    +1-213-612-2499

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual | Case No. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with:<br>CV 04-9059<br>CV 05-2727 |
| v. | **DISCOVERY MATTER** |
| MATTEL, INC., a Delaware Corporation | **[To Be Heard By Discovery Master Robert C. O'Brien]** |
| Defendant. | NOTICE OF ERRATA |
| AND CONSOLIDATED ACTIONS. | |

OHS West:260701354.1

Plaintiff and Counter-defendant MGA Entertainment, Inc. ("MGAE") and Counter-defendant Isaac Larian (collectively "MGA Parties") hereby file this notice of errata regarding the above-captioned action.

On July 24, 2009, the MGA Parties filed their Opposition to Motion for Additional Time to Conduct the Deposition of Issac Larian; Notice and Cross-Motion for Protective Order Limiting the Scope of Examination at Further Deposition of Mr. Larian ("the brief") and documents in support thereof using the automated Case Management / Electronic Case Filing system.  Due to a clerical error, the file marked as the Proposed Order contained the brief and not the Proposed Order.  The MGA Parties are filing the Proposed Order to correct the error.

Dated:    July 29, 2009

ANNETTE L. HURST
Orrick, Herrington & Sutcliffe LLP

By:    _____/s/ Annette L. Hurst_____
                 Annette L. Hurst

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

1   MELINDA HAAG (State Bar No. 132612)
    mhaag@orrick.com
2   ANNETTE L. HURST (State Bar No. 148738)
    ahurst@orrick.com
3   WARRINGTON S. PARKER III (State Bar No. 148008)
    wparker@orrick.com
4   ORRICK, HERRINGTON & SUTCLIFFE LLP
    The Orrick Building
5   405 Howard Street
    San Francisco, CA  94105-2669
6   Telephone:  +1-415-773-5700
    Facsimile:  +1-415-773-5759

7   WILLIAM A. MOLINSKI (State Bar No. 145186)
    wmolinski@orrick.com
8   ORRICK, HERRINGTON & SUTCLIFFE LLP
    777 South Figueroa Street, Suite 3200
9   Los Angeles, CA  90017
    Telephone:  +1-213-629-2020
10  Facsimile:   +1-213-612-2499

11  Attorneys for MGA Parties

12              UNITED STATES DISTRICT COURT

13             CENTRAL DISTRICT OF CALIFORNIA

14                    EASTERN DIVISION

15

16  CARTER BRYANT, an individual,      Case No.  CV 04-9049-SGL (RNBx)

17              Plaintiff,             Consolidated with:
                                       Case No. CV 04-9059
18       v.                            Case No. CV 05-2727

19  MATTEL, INC., a Delaware           **DISCOVERY MATTER**
    corporation,
                                       **[To Be Heard By Discovery Master
20              Defendant.             Robert C. O'Brien]**

21                                     [PROPOSED] ORDER RE MGA
                                       ENTERTAINMENT, INC. AND ISAAC
22  AND CONSOLIDATED ACTIONS           LARIAN'S CROSS-MOTION FOR
                                       PROTECTIVE ORDER LIMITING THE
23                                     SCOPE OF EXAMINATION AT
                                       FURTHER DEPOSITION OF MR.
24                                     LARIAN

25

26

27

28
    OHS West:260701354.1                          [PROPOSED ORDER] RE CROSS-MOTION FOR PROTECTIVE
                                                                                      ORDER
                                                                        CV 04-9049 SGL (RNBx)

After full consideration of all submissions of the parties, the evidence presented, and the argument of counsel, the Discovery Master hereby finds and concludes as follows:

1.      MGA Entertainment, Inc. ("MGAE") is a competitor of Mattel, and Mr. Larian is necessary to the conduct of its business.  Mr. Larian's prior deposition and trial testimony taken by Mattel encompasses more than nine hundred pages.  Mr. Larian has been previously examined on numerous topics, including all Phase 2 topics other than the new transactions that became part of the case when Mattel was granted leave to file its Third Amended Answer and Counterclaims ("TAAC").  Mattel's requested additional time with Mr. Larian of twenty-one hours is unduly burdensome.

2.      Mattel has not met its burden under Rules 30(d)(1) and 26(b)(2) of demonstrating that a fair examination requires any more additional deposition time with Mr. Larian than the four hours offered by counsel for the MGA Parties.  Mattel has not demonstrated that its prior opportunity to examine on Phase 2 issues was inadequate, nor has it shown that fair examination on the new transactions will require more than four hours.  The record does not support a conclusion that Mr. Larian impeded his prior deposition.  Mattel's assertion that MGAE's subsequent document productions justify further examination is not supported with any specifics, and furthermore is precluded by Magistrate Judge Block's prior order that Mattel's decision to depose Mr. Larian early in the case required it to assume the risk of later document productions.  Mattel may not unduly burden Mr. Larian because of its prior tactical choices.

3.      Mattel is ordered to examine the witness for the stipulated time on a date and time mutually agreeable to both parties, and if it determines that additional time is necessary it should engage in good faith meet and confer in an effort to reach an agreement for additional time, and if that fails it may return to the

[PROPOSED ORDER] RE CROSS-MOTION FOR PROTECTIVE
ORDER
CV 04-9049 SGL (RNBx)

1   Discovery Master without prejudice and with a complete record upon which to

2   evaluate its request for relief.

3         4.     Good cause exists to limit the scope of further examination to the new

4   transactions ("IGWT" and "Omni 808/Wachovia") identified in the TAAC.  Mattel

5   had proposed in requesting its additional twenty-one hours that it must examine Mr.

6   Larian in substantial part regarding topics upon which he has already been

7   examined at length, including the issues that were litigated in the Phase 1

8   Proceedings.  Given the breadth of issues in the case about which the witness has

9   previously been examined, requiring Mr. Larian to prepare on every possible topic

10  that may be of relevance in the case is also a substantial burden.  Accordingly, in

11  light of Mattel's prior opportunities to examine the witness, in order to obtain the

12  benefit of a full record on the issue of how much time is in fact required to examine

13  fairly on the new transactions, and in order to limit the burden to Mr. Larian and

14  MGAE of the prospect of repeated examination on topics already covered, MGAE

15  and Mr. Larian have shown good cause for a protective order limiting the subject

16  matter of examination at the resumed deposition.

17        Accordingly, it is hereby ORDERED that Mattel's Motion for Additional

18  Time for the Deposition of Isaac Larian is DENIED WITHOUT PREJUDICE

19  pursuant to the requirements provided herein, and MGAE and Mr. Larian's Cross-

20  Motion for Protective Order Limiting the Scope of Examination of Further

21  Deposition of Mr. Larian is GRANTED.  Mattel's further examination during the

22  stipulated four-hour period shall be limited to the "IGWT" and "Omni

23  808/Wachovia Transactions" first added to the TAAC.

24        It is so ORDERED.

25

26  Dated: _____, 2009   _____

27                       Discovery Master Robert C. O'Brien

28