ORIGINAL

1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     John B. Quinn (Bar No. 090378)
2    johnquinn@quinnemanuel.com
     Michael T. Zeller (Bar No. 196417)
3    (michaelzeller@quinnemanuel.com)
     Jon D. Corey (Bar No. 185066)
4    (joncorey@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California  90017-2543
   Telephone: (213) 443-3000
6  Facsimile:  (213) 443-3100

7  Attorneys for Mattel, Inc.

FILED
2009 JUL 28 PM 2:27
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

[Sealed (proposed) order]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09039<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>**APPLICATION TO FILE UNDER SEAL:**<br><br>**(1) MATTEL, INC.'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF DISCOVERY MASTER'S RECONSIDERATION OF PORTIONS OF DISCOVERY MASTER ORDER NO. 27 REGARDING MOTION TO COMPEL DOCUMENTS FROM BINGHAM MCCUTCHEN, AND**<br><br>**(2) EXHIBITS 1, 3, 5, 11, 12, 13, AND 19 TO THE SUPPORTING DECLARATION OF SCOTT B. KIDMAN**<br><br>[Proposed Order filed concurrently herewith] |

07975/3024888.1

APPLICATION TO FILE UNDER SEAL

## Application to File Under Seal

Pursuant to <u>Local Rule</u> 79-5.1 and the Stipulated Protective Order entered by the Court in this action, plaintiff Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal (1) Mattel's Supplemental Memorandum in Support of Discovery Master's Reconsideration of Portions of Discovery Master Order No. 27 Regarding Motion to Compel Documents from Bingham McCutchen, and (2) Exhibits 1, 3, 5, 11, 12, 13, and 19 to the Supporting Declaration of Scott B. Kidman.

The Motion and Kidman Declaration discuss, quote from or attach certain documents that the parties have designated as "Confidential" and/or "Confidential-Attorneys' Eyes Only" pursuant to the Protective Order. As these materials have been designated by the parties as "Confidential" and/or "Confidential-Attorneys' Eyes Only," Mattel requests that the Court order that the materials be filed under seal.

In the alternative, Mattel requests that the Court declare these materials be outside the definition of "Confidential" and/or "Confidential-Attorneys' Eyes Only" as contained in the Stipulated Protective Order and order it to be lodged as part of the public record.

DATED: July 27, 2009

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By  /s/ Scott B. Kidman
Scott B. Kidman
Attorneys for Mattel, Inc.