```
 1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
      John B. Quinn (Bar No. 090378)
 2    johnquinn@quinnemanuel.com
      Michael T. Zeller (Bar No. 196417)
 3    (michaelzeller@quinnemanuel.com)
      Jon D. Corey (Bar No. 185066)
 4    (joncorey@quinnemanuel.com)
    865 South Figueroa Street, 10th Floor
 5  Los Angeles, California  90017-2543
    Telephone:  (213) 443-3000
 6  Facsimile:   (213) 443-3100
 7  Attorneys for Mattel, Inc.
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with:<br>Case No. CV 04-09039<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>**[PROPOSED] ORDER RE APPLICATION TO FILE UNDER SEAL:**<br><br>**(1) MATTEL, INC.'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF DISCOVERY MASTER'S RECONSIDERATION OF PORTIONS OF DISCOVERY MASTER ORDER NO. 27 REGARDING MOTION TO COMPEL DOCUMENTS FROM BINGHAM MCCUTCHEN, AND**<br><br>**(2) EXHIBITS 1, 3, 5, 11, 12, 13, AND 19 TO THE SUPPORTING DECLARATION OF SCOTT B. KIDMAN** |

07975/3024892.1

[PROPOSED] ORDER RE APPLICATION TO FILE UNDER SEAL

# [PROPOSED] ORDER

Based on the concurrently filed Application to File Under Seal (1) Mattel's Supplemental Memorandum in Support of Discovery Master's Reconsideration of Portions of Discovery Master Order No. 27 Regarding Motion to Compel Documents from Bingham McCutchen, and (2) Exhibits 1, 3, 5, 11, 12, 13, and 19 to the Supporting Declaration of Scott B. Kidman, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Mattel's Supplemental Memorandum in Support of Discovery Master's Reconsideration of Portions of Discovery Master Order No. 27 Regarding Motion to Compel Documents from Bingham McCutchen, and Exhibits 1, 3, 5, 11, 12, 13, and 19 to the Supporting Declaration of Scott B. Kidman are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: JUL 28 2009 , 2009

_____
Hon. Stephen G. Larson
United States District Judge