QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>            Plaintiff,<br><br>     vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>            Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case Nos. CV 04-09059 and CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Robert O'Brien]**<br><br>**[PUBLIC REDACTED] SUPPLEMENTAL DECLARATION OF SCOTT B. KIDMAN IN SUPPORT OF MATTEL, INC.'S REPLY IN SUPPORT OF MATTEL, INC.'S MOTION AND MOTION FOR ADDITIONAL TIME TO CONDUCT THE DEPOSITION OF ISAAC LARIAN AND OPPOSITION TO CROSS-MOTION FOR PROTECTIVE ORDER LIMITING THE SCOPE OF EXAMINATION**<br><br>Hearing Date:   August 13, 2009<br>Time:           10:00 a.m.<br>Place:          Arent Fox, LLP<br><br>**Phase 2**<br><br>Discovery Cut-off:      Dec. 11, 2009<br>Pre-trial Conference:   Mar. 1, 2010<br>Trial Date:             Mar. 23, 2010 |

07209/3032804.1

Case No. CV 04-9049 SGL (RNBx)
[PUBLIC REDACTED] SUPPLEMENTAL KIDMAN DEC ISO MATTEL, INC.'S REPLY ISO MATTEL, INC.'S MOTION AND MOTION AND MOTION FOR ADDITIONAL TIME TO CONDUCT THE DEPOSITION OF ISAAC LARIAN

I, Scott B. Kidman, declare as follows:

1. I am a member of the bar of the State of California and a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of Mattel, Inc.'s Ex Parte Application for an Order to Show Cause re: Omni 808's Failure to Comply with Court Order or, in the Alternative, for an Order Shortening Time to Hear Motion for Such Relief, dated April 21, 2009.

3. Attached hereto as Exhibit 2 is a true and correct copy of Phase 2 Discovery Master's Order No. 21, dated April 23, 2009.

4. Attached hereto as Exhibit 3 is a true and correct copy of the Supplemental Declaration of Michael T. Zeller in Support of Mattel, Inc.'s Motion Objecting to Portions of Discovery Master Order No. 27 Re Mattel's Motion to Compel Documents from Bingham McCutchen, dated July 3, 2009.

5. Attached hereto as Exhibit 4 is a true and correct copy of Omni 808's Statement of Position Re Order To Show Cause Re Appointment of Permanent Receiver, dated May 14, 2009.

6. Attached hereto as Exhibit 5 is a true and correct copy of Phase 2 Discovery Master Order No. 33, dated May 18, 2009 ordering the depositions of Neil Kadisha and Leon Neman. To date, neither Neil Kadisha nor Leon Neman have appeared for depositions or provided nay dates by which they agree to appear.

7. Attached hereto as Exhibit 6 is a true and correct copy of Phase 2 Discovery Master Order No. 43, dated July 30, 2009.

8. Attached hereto as Exhibit 7 is a true and correct copy of an excerpt from the February 11, 2009 hearing transcript.

07209/3032804.1

-1-   Case No. CV 04-9049 SGL (RNBx)
[PUBLIC REDACTED] SUPPLEMENTAL KIDMAN DEC ISO MATTEL, INC.'S REPLY ISO MATTEL, INC.'S MOTION AND MOTION AND MOTION FOR ADDITIONAL TIME TO CONDUCT THE DEPOSITION OF ISAAC LARIAN

9. Attached hereto as Exhibit 8 is a true and correct copy of Phase II Discovery Master Order No. 3, dated March 10, 2009.

10. Attached hereto as Exhibit 9 is a true and correct copy of an excerpt from the August 7, 2009 a.m. trial transcript.

11. Attached hereto as Exhibit 10 is a true and correct copy of an excerpt from the August 15, 2008 trial transcript.

12. Attached hereto as Exhibit 11 is a true and correct copy of an excerpt from the December 30, 2008 hearing transcript.

13. Attached hereto as Exhibit 12 is a true and correct copy of excerpts from MGA's Response to Mattel, Inc.'s Amended Supplemental Interrogatory Regarding Defendants' Affirmative Defenses, dated January 7, 2009.

14. Attached hereto as Exhibit 13 is a true and correct copy of Judge Larson's Omnibus Order, dated July 9, 2009.

15. Attached hereto as Exhibit 14 is a true and correct copy of a letter from Amman Khan to Jon D. Corey dated February 10, 2009.

16. Attached hereto as Exhibit 15 is a true and correct copy of Exhibit 21 of the Declaration of Jason D. Russell in Support of MGA Parties' Motion for Partial Summary Judgment, dated March 7, 2008.

17. Attached hereto as Exhibit 16 is a true and correct copy of an excerpt from the August 15, 2008 trial transcript.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 30th day of July 2009, at Los Angeles, California.

/s/ Scott B. Kidman
Scott B. Kidman

07209/3032804.1

-3-   Case No. CV 04-9049 SGL (RNBx)

[PUBLIC REDACTED] SUPPLEMENTAL KIDMAN DEC ISO MATTEL, INC.'S REPLY ISO MATTEL, INC.'S MOTION AND MOTION AND MOTION FOR ADDITIONAL TIME TO CONDUCT THE DEPOSITION OF ISAAC LARIAN