Peter A. Davidson, SBN 76194
ERVIN COHEN & JESSUP LLP
9401 Wilshire Blvd., 9th Floor
Beverly Hills, CA 90212-2974
T: 310/273-6333 / F: 310/859-2325
E: bmoldo@ecjlaw.com
Attorneys for Patrick J. Fraioli, Jr., Monitor

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| CARTER BRYANT, an individual,<br><br>                                 Plaintiff,<br>v.<br><br>MATTEL, INC., a Delaware corporation,<br>                                 Defendant.<br>AND CONSOLIDATED ACTIONS. | CASE NUMBER: CV 04-09049 SGL (RNBx)<br>Consolidated with Case Nos. CV 04-09059 and CV 05-02727<br><br>NOTICE OF MANUAL FILING |
|---|---|

PLEASE TAKE NOTICE:

    The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**

    1. Application to File Under Seal:    Second Report of Monitor;

    2. Order to File Under Seal

**Document Description:**

- ☐ Administrative Record
- ☐ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]
- ☒ Other

**Reason:**

- ☒ Under Seal
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☐ Per Court order dated _____
- ☒ Manual Filing required (*reason*):    Per court order

| 7/31/09 | /s/ Peter A. Davidson |
|---|---|
| Date | Attorney Name |
| | Patrick J. Fraioli, Jr., Monitor |
| | Party Represented |

Note:  File one Notice in each case, each time you manually file document(s).