MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148008)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1-415-773-5700
Facsimile: +1-415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: +1-213-629-2020
Facsimile: +1-213-612-2499

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049-SGL (RNBx)<br>Consolidated with: Case No. CV 04-9059<br>and Case No. CV 05-2727<br><br>**DISCOVERY MATTER**<br>[To Be Heard by Discovery Master Robert O'Brien]<br><br>**DECLARATION OF CHRISTOPHER J. CHAUDOIR IN SUPPORT OF MGA ENTERTAINMENT, INC.'S MOTION TO COMPEL FURTHER RESPONSES TO MGA'S FIRST SET OF PHASE 2 REQUESTS FOR PRODUCTION AND TO COMPEL PRODUCTION OF DOCUMENTS**<br><br>Date:  TBD<br>Time:  TBD<br>Courtroom: TBD<br>**Phase 2**<br>Discovery Cutoff: December 11, 2009<br>Pretrial Conference: March 1, 2010<br>Trial Date: March 23, 2010 |

# DECLARATION OF CHRISTOPHER J. CHAUDOIR

I, Christopher J. Chaudoir, hereby declare as follows:

1. I am an associate at the law firm of Orrick, Herrington & Sutcliffe LLP, attorneys of record for Plaintiff and Counter-Defendant MGA Entertainment, Inc. and Counter-Defendants MGA Entertainment HK, Ltd., MGAE de Mexico S.R.L. de C.V., and Isaac Larian ("MGA Parties"). Based on this representation, I am familiar with the events, pleadings, and discovery in this action and, if called upon as a witness, I could and would testify competently to the matters stated herein of my own personal knowledge. I make this declaration in support of MGA's Motion To Compel Further Reponses To MGA's First Set of Phase 2 Requests for Production and to Compel Production of Responsive Documents.

2. Attached hereto as Exhibit 1 is a true and correct copy of MGA Entertainment, Inc's First Set of (Phase 2) Requests for Production of Documents and Things (the "Requests").

3. Attached hereto as Exhibit 2 is a true and correct copy of Mattel, Inc.'s Responses and Objections to MGA Entertainment, Inc.'s First Set of (Phase 2) Requests for Production of Documents and Things.

4. On July 8, 2009, I participated in a meet and confer conference call with Mr. Marshall Searcy, Ms Bridget Hauler, counsel for Mattel and Ms. Caroline Mankey, former counsel for the MGA Parties. During that conference call, Mr. Searcy confirmed that Ms. Mankey's July 7, 2009 letter accurately described previous meet and confer discussions concerning the Request. Mr. Searcy explained that he would provide a written response to Ms. Mankey's July 7, 2009 letter, "within a couple of days."

5. Ms. Mankey, Mr. Searcy and I also discussed the production of various personal computers of former Mattel employees and a protocol for that production. Mr. Searcy first offered to send a written proposal for a protocol to me, but then suggested that I should prepare the protocol and send it to him. To avoid

1  further delay, I agreed to prepare a draft protocol for the production of the personal
2  computers.
3      6.  Having not received a written response to Ms. Mankey's July 7, 2009
4  letter, on July 16, 2009, I sent a follow up letter to Mr. Searcy asking that the
5  written response be provided no later than the following day. A true and correct
6  copy of my letter is attached hereto as Exhibit 3.
7      7.  On July 16, 2009, I also provided Mr. Searcy with a draft protocol
8  concerning the production of computer hard drives from former Mattel employees.
9  A true and correct copy of my July 16, 2009 letter is attached hereto as Exhibit 4.
10     8.  To date, I have not received a written response to either of my letters.
11 Nor have I received any documents responsive to MGA's Requests.
12     9.  Attached hereto as Exhibit 5 is a true and correct copy of the Order
13 Appointing Discovery Master, dated January 6, 2009.
14     10. Attached hereto as Exhibit 6 is a true and correct copy Mattel's Notice
15 of Motion and Motion to Compel MGA Mexico To Produce Documents and Things
16 in Response to Mattel's First, Second and Third Sets of Requests for Production to
17 MGA Mexico; and Memorandum of Points and Authorities, Docket number 5971
18 (the "Mattel Motion").
19     11. Attached hereto as Exhibit 7 is a true and correct copy of the Order
20 Granting Mattel's Motion to Compel Production of Documents and Interrogatory
21 Responses by MGA, dated May 15, 2007.
22     12. Attached hereto as Exhibit 8 is a true and correct copy of [Redacted]
23 Mattel, Inc's Notice of Motion and Motion to Enforce Order Compelling MGA to
24 Provide Discovery, to Compel Responses to Contention Interrogatories and for
25 Sanctions.
26     13. Attached hereto as Exhibit 9 is a true and correct copy of [Public
27 Redacted] Mattel's Reply in Support of Mattel, Inc.'s Motion to Enforce Order
28 Compelling MGA to Provide Discovery, to Compel Responses to Contention

1   Interrogatories by MGA and for Sanctions.

2   14.   Attached hereto as Exhibit 10 is a true and correct copy of Order No. 17, dated April 14, 2009.

15.   Attached hereto as Exhibit 11 is a true and correct copy of a portion of the Transcript of February 11, 2009 Hearing.

16.   Attached hereto as Exhibit 12 is a true and correct copy of Order No. 11, dated March 30, 2009.

17.   The preparation and drafting of this motion and the supporting documents and preparing and drafting the anticipated reply will result in the expenditure of approximately $5,000 in attorneys' fees.

I declare under penalty of perjury under the laws of the United States the foregoing is true and correct, and that this declaration was executed this 31st day of July, 2009, at Los Angeles, California.

*/s/ Christopher J. Chaudoir*

Christopher J. Chaudoir