# EXHIBIT 2

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>              Plaintiff,<br><br>        vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>              Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with Case Nos. CV 04-09059 and CV 05-02727<br><br>DISCOVERY MATTER<br><br>MATTEL, INC.'S RESPONSES AND OBJECTIONS TO MGA ENTERTAINMENT, INC.'S FIRST SET OF (PHASE 2) REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS<br><br>Discovery Cut-off:  December 11, 2009<br>Pre-trial Conference:  March 1, 2010<br>Trial Date:  March 23, 2010 |

PROPOUNDING PARTY:        MGA ENTERTAINMENT, INC.

RESPONDING PARTY:        MATTEL, INC.

SET NO.:        ONE (PHASE 2)

NOS.:        1 - 68

07975/2901664.1

## **Preliminary Statement**

Mattel, Inc. ("Mattel") has not yet completed its investigation of the facts relating to this action, has not yet reviewed all documents relating to this action, has not yet interviewed all witnesses in this action, and has not yet received all requested discovery from defendants and third parties with regard to this action.  Defendants have also failed to produce witnesses for deposition and are withholding information and documents requested in violation of orders of the Discovery Master and the Court.  Consequently, Mattel reserves the right to amend and/or supplement its responses if and when additional facts or documents are discovered, disclosed or produced.  Additionally, because Mattel's responses are based on facts and documents that Mattel has identified to date, they do not preclude Mattel from later relying on facts discovered pursuant to further investigation or discovery or on subsequently discovered or generated documents.  Mattel's response to any of MGA Entertainment, Inc.'s ("MGA") First Set of (Phase 2) Requests for the Production of Documents and Things (the "Requests") is not to be construed as a waiver of any of its objections or its right to object to any other request.

## **General Objections**

Mattel generally objects to each of the Requests on each and every one of the following grounds, which are incorporated into and made a part of the response to each and every individual request:

1.     Mattel objects to the Requests on the grounds and to the extent that they seek to impose discovery obligations beyond those required or permitted by the Federal Rules of Civil Procedure.

2.     Mattel objects to the Requests on the grounds and to the extent they call for the production of documents subject to the attorney-client privilege, the

1  attorney work product doctrine, the right to privacy as set forth in the United States

2  and/or California Constitutions, or any other applicable law, privilege, immunity,

3  doctrine or other ground of privilege.  Mattel will not produce such privileged

4  documents.

5          3.      Mattel objects to the Requests on the grounds and to the extent

6  they are overly broad, unduly burdensome, oppressive or unreasonably cumulative.

7          4.      Mattel objects to the Requests on the grounds and to the extent

8  they seek information which is not relevant to the subject matter of this action nor

9  reasonably calculated to lead to the discovery of admissible evidence.

10         5.      Mattel objects to the Requests on the grounds and to the extent

11 they seek documents equally or more available to, or already in the possession,

12 custody or control of MGA.

13         6.      Mattel objects to the Requests on the grounds and to the extent

14 they seek documents not in Mattel's possession, custody or control.

15         7.      Mattel objects to the Requests on the grounds that they are unduly

16 burdensome and vague and ambiguous in that they purport to require Mattel to

17 identify and produce documents relating to matters that are currently known to and in

18 the possession, custody and control of defendants and third parties, including third

19 parties associated with defendants, and that are not known to Mattel.

20         8.      Mattel objects to the Requests on the grounds that they seek the

21 production of documents or information that are in the possession, custody and

22 control of independent parties over whom Mattel has no control, including without

23 limitation defendants, and seek the disclosure of information or documents that are in

24 the possession, custody and control of defendants or are publicly available and hence

25 equally available to all parties to this litigation.

26         9.      Mattel objects to the Requests on the ground and to the extent they

27 seek trade secret, proprietary or otherwise confidential information of Mattel or third

28 parties or would violate the terms of any agreement or contracts with third parties.

1    Any such documents that are produced, if any, will be produced only pursuant to and

2    in reliance upon the Protective Order entered in this case.

3          10.   Mattel objects to each and every Request that seeks "all"

4    documents which constitute, mention, refer or relate to a given topic on the grounds

5    of undue burden and oppression.  Mattel will make available for inspection and

6    copying those documents and tangible items, if any, that it is able to locate after a

7    reasonable, good-faith search for and review of non-privileged responsive documents.

8          11.   Mattel objects to each and every Request to the extent they seek

9    documents in the possession, custody or control of a foreign subsidiary of a party.

10   The MGA Defendants have objected that such documents are not within the scope of

11   requests to a domestic party.

12         12.   Mattel objects to each and every Request to the extent that they

13   seek documents already produced in this action.  Documents which have already been

14   produced will not be produced again in response to these requests.

15         13.   Objection to the production of any document or category of

16   documents described in the Requests, or agreement to produce any such documents,

17   is not and shall not be construed as an admission by Mattel that any such documents

18   or category of documents exist.  Where the responses indicate that Mattel will

19   produce such responsive documents, such documents, if any, will be produced if and

20   to the extent any such documents are in Mattel's possession, custody or control.

21         14.   Mattel objects to the time, place and manner of production

22   specified in defendant's Requests.  At a mutually agreeable time and place, Mattel

23   will produce such responsive, non-privileged documents and tangible things, if any

24   and to the extent not previously produced, in accordance with its responses at a time

25   and place and in a manner that is reasonable, convenient and mutually agreed upon

26   by the parties.

27

28

**EXHIBIT 2  Page 30**

## **RESPONSES TO REQUESTS FOR PRODUCTION**

Each of the following objections and responses to the Requests is expressly made subject to the above Preliminary Statement and General Objections, all of which are incorporated in each of the following objections and responses to specific Requests.  A statement that Mattel will produce documents or tangible things in response to a Request is not intended to suggest, nor should it be construed to mean, that any such documents or tangible things exist, or that they are in Mattel's possession, custody or control.

REQUEST FOR PRODUCTION NO. 1:

All DOCUMENTS REFERRING OR RELATING TO any efforts by MACHADO to damage the hard drive of his MATTEL personal computer as described in lines 24-25 on page 28 of MATTEL's Supplemental Responses and Objections to MGA's First Set of Interrogatories.

RESPONSE TO REQUEST FOR PRODUCTION NO. 1:

Mattel incorporates by reference the above-stated general objections as if fully set forth herein.  Mattel also specifically objects to this Request on the ground that it is premature because the subject matter of this Request will be the subject of expert testimony at trial.  Mattel objects to this Request to the extent it seeks to limit the expert testimony that Mattel may seek to introduce at trial.  Mattel will identify its experts and make related disclosures in accordance with the Court's orders and applicable rules.  Mattel further objects that this Request is premature because Defendants have not complied with their discovery obligations.  They have failed to produce witnesses for deposition and are withholding information and documents requested in violation of orders of the Discovery Master and the Court.  Mattel objects to the use of the terms "REFERRING OR RELATING TO" as vague, ambiguous, and overbroad.  Mattel further objects to this Request to the extent that it

1  calls for the disclosure of information subject to the attorney-client privilege, the

2  attorney work-product doctrine and other applicable privileges.  Mattel also objects to

3  this Request to the extent it seeks documents that are in the possession, custody and

4  control of a foreign subsidiary of a party.  MGA has objected that such documents are

5  not within the scope of requests to a domestic party.  Mattel further objects to this

6  Request to the extent that it may seek documents already produced by Mattel,

7  including documents stolen by MGA and other defendants.  Such documents will not

8  be produced again.

9          Subject to the foregoing objections, Mattel responds as follows:  At a

10  mutually agreeable time and place, Mattel will produce the non-privileged

11  documents, if any, that Mattel has been able to locate after a diligent search and

12  reasonable inquiry, to the extent not previously produced, that show efforts by

13  Defendant Machado to damage the electronic media or hard drive of the computer

14  assigned to him.

15

16  REQUEST FOR PRODUCTION NO. 2:

17          All DOCUMENTS REFERRING OR RELATING TO any directions

18  allegedly given by LARIAN or MGA to MACHADO, TRUEBA or VARGAS to

19  steal confidential and proprietary information from MATTEL and bring it with them

20  to MGA, as described in lines 20-23 on page 29 of MATTEL's Supplemental

21  Responses and Objections to MGA's First Set of Interrogatories.

22

23  RESPONSE TO REQUEST FOR PRODUCTION NO. 2:

24          Mattel incorporates by reference the above-stated general objections as if

25  fully set forth herein.  Mattel also specifically objects that this Request is premature

26  because Defendants have not complied with their discovery obligations.  Defendants

27  have failed to produce witnesses for deposition and are withholding information and

28  documents requested in violation of orders of the Discovery Master and the Court.

1   Mattel objects to the use of the terms "REFERRING OR RELATING TO" as vague,

2   ambiguous, and overbroad.  Mattel further objects to this Request to the extent that it

3   calls for the disclosure of information subject to the attorney-client privilege, the

4   attorney work-product doctrine and other applicable privileges.  Mattel also objects to

5   this Request to the extent it seeks documents that are in the possession, custody and

6   control of a foreign subsidiary of a party.  MGA has objected that such documents are

7   not within the scope of requests to a domestic party.  Mattel further objects to this

8   Request to the extent that it may seek documents already produced by Mattel,

9   including documents stolen by MGA and other defendants.  Such documents will not

10   be produced again.

11          Subject to the foregoing objections, Mattel responds as follows:  At a

12   mutually agreeable time and place, Mattel will produce non-privileged documents

13   responsive to this Request, if any, that Mattel has been able to locate after a diligent

14   search and reasonable inquiry, to the extent not previously produced.

15

16   REQUEST FOR PRODUCTION NO. 3:

17          DOCUMENTS sufficient to identify any computers assigned by

18   MATTEL to TRUEBA for use during her employment with MATTEL.

19

20   RESPONSE TO REQUEST FOR PRODUCTION NO. 3:

21          Mattel incorporates by reference the above-stated general objections as if

22   fully set forth herein.  Mattel also specifically objects to this Request on the ground

23   that it is premature because the subject matter of this Request will be the subject of

24   expert testimony at trial.  Mattel objects to this Request to the extent it seeks to limit

25   the expert testimony that Mattel may seek to introduce at trial.  Mattel will identify its

26   experts and make related disclosures in accordance with the Court's orders and

27   applicable rules.  Mattel further objects that this Request is premature because

28   Defendants have not complied with their discovery obligations.  They have failed to

**EXHIBIT 2 - Page 33**

1  produce witnesses for deposition and are withholding information and documents

2  requested in violation of orders of the Discovery Master and the Court.  Mattel also

3  objects to this Request to the extent that it seeks information not relevant to the

4  subject matter of this lawsuit or reasonably calculated to lead to the discovery of

5  admissible evidence.  Mattel further objects to this Request to the extent that it calls

6  for the disclosure of information subject to the attorney-client privilege, the attorney

7  work-product doctrine and other applicable privileges.  Mattel also objects to this

8  Request to the extent it seeks documents that are in the possession, custody and

9  control of a foreign subsidiary of a party.  MGA has objected that such documents are

10 not within the scope of requests to a domestic party.  Mattel further objects to this

11 Request to the extent that it may seek documents already produced by Mattel,

12 including documents stolen by MGA and other defendants.  Such documents will not

13 be produced again.

14         Subject to the foregoing objections, Mattel responds as follows:  At a

15 mutually agreeable time and place, Mattel will produce non-privileged documents, if

16 any, that Mattel has been able to locate after a diligent search and reasonable inquiry,

17 to the extent not previously produced, that may be sufficient to identify the personal

18 computer assigned to Trueba at the time that she resigned.

19

20 REQUEST FOR PRODUCTION NO. 4:

21         The hard drive(s) or any mirror image thereof (including but not limited

22 to any mirror image on any server or storage device) from any and all computers

23 assigned by MATTEL to TRUEBA for use during the last year of her employment

24 with MATTEL.

25

26 RESPONSE TO REQUEST FOR PRODUCTION NO. 4:

27         Mattel incorporates by reference the above-stated general objections as if

28 fully set forth herein.  Mattel further objects that this Request is premature because

1   Defendants have not complied with their discovery obligations.  They have failed to

2   produce witnesses for deposition and are withholding information and documents

3   requested in violation of orders of the Discovery Master and the Court.  Defendants

4   also refuse to produce hard drives or mirror images thereof to Mattel.  Mattel also

5   objects to this Request to the extent that it seeks information not relevant to the

6   subject matter of this lawsuit or reasonably calculated to lead to the discovery of

7   admissible evidence.  Mattel further objects that this Request is vague and

8   ambiguous.  Mattel further objects to the Request on the grounds that it seeks

9   documents that are not relevant to this action or likely to lead to the discovery of

10  admissible evidence.  Mattel further objects to this Request on the grounds that it

11  seeks confidential, proprietary and trade secret information, including such

12  information that has no bearing on the claims or defenses in this case.  Mattel also

13  objects to this Request to the extent it seeks documents that are in the possession,

14  custody and control of a foreign subsidiary of a party.  MGA has objected that such

15  documents are not within the scope of requests to a domestic party.

16

17  REQUEST FOR PRODUCTION NO. 5:

18          All DOCUMENTS REFLECTING that TRUEBA took from MATTEL

19  any of the documents identified in page 31, line 12, through page 32, line 24 of

20  MATTEL's Supplemental Responses and Objections to MGA's First Set of

21  Interrogatories.

22

23  RESPONSE TO REQUEST FOR PRODUCTION NO. 5:

24          Mattel incorporates by reference the above-stated general objections as if

25  fully set forth herein.  Mattel also specifically objects to this Request on the ground

26  that it is premature because the subject matter of this Request will be the subject of

27  expert testimony at trial.  Mattel objects to this Request to the extent it seeks to limit

28  the expert testimony that Mattel may seek to introduce at trial.  Mattel will identify its

-8-

**EXHIBIT 2  Page 35**

MATTEL, INC.'S RESPONSES TO MGA'S FIRST SET OF (PHASE 2) REQUESTS FOR PRODUCTION

1   experts and make related disclosures in accordance with the Court's orders and

2   applicable rules.  Mattel further objects that this Request is premature because

3   Defendants have not complied with their discovery obligations.  They have failed to

4   produce witnesses for deposition and are withholding information and documents

5   requested in violation of orders of the Discovery Master and the Court.  Mattel

6   objects to the use of the term "REFLECTING" as vague, ambiguous, and overbroad.

7   Mattel further objects to this Request to the extent that it calls for the disclosure of

8   information subject to the attorney-client privilege, the attorney work-product

9   doctrine and other applicable privileges.  Mattel further objects to this Request on the

10  ground and to the extent it seeks trade secret, proprietary or otherwise confidential

11  information of Mattel or third parties.  Any such documents that are produced, if any,

12  will be produced only pursuant to and in reliance upon the Protective Order entered in

13  this case.  Mattel also objects to this Request to the extent it seeks documents that are

14  in the possession, custody and control of a foreign subsidiary of a party.  MGA has

15  objected that such documents are not within the scope of requests to a domestic party.

16  Mattel further objects to this Request to the extent that it may seek documents already

17  produced by Mattel, including documents stolen by MGA and other defendants.

18  Such documents will not be produced again.

19          Subject to the foregoing objections, Mattel responds as follows:  At a

20  mutually agreeable time and place, Mattel will produce the non-privileged

21  documents, if any, that Mattel has been able to locate after a diligent search and

22  reasonable inquiry, to the extent not previously produced, that (a) Trueba took from

23  Mattel and (b) that show the theft of those documents.

24

25  REQUEST FOR PRODUCTION NO. 6:

26          All DOCUMENTS REFLECTING that any documents allegedly taken

27  by TRUEBA from MATTEL, including, without limitation, any of the documents

28  identified in page 31, line 12, through page 32, line 24 of MATTEL's Supplemental

1  Responses and Objections to MGA's First Set of Interrogatories, were given to MGA

2  by TRUEBA.

3

4  <u>RESPONSE TO REQUEST FOR PRODUCTION NO. 6</u>:

5      Mattel incorporates by reference the above-stated general objections as if

6  fully set forth herein.  Mattel also specifically objects to this Request on the ground

7  that it is premature because the subject matter of this Request will be the subject of

8  expert testimony at trial.  Mattel objects to this Request to the extent it seeks to limit

9  the expert testimony that Mattel may seek to introduce at trial.  Mattel will identify its

10 experts and make related disclosures in accordance with the Court's orders and

11 applicable rules.  Mattel further objects that this Request is premature because

12 Defendants have not complied with their discovery obligations.  They have failed to

13 produce witnesses for deposition and are withholding information and documents

14 requested in violation of orders of the Discovery Master and the Court.  Mattel

15 objects to the use of the term "REFLECTING" as vague, ambiguous, and overbroad.

16 Mattel further objects to this Request to the extent that it calls for the disclosure of

17 information subject to the attorney-client privilege, the attorney work-product

18 doctrine and other applicable privileges.  Mattel further objects to this Request on the

19 ground and to the extent it seeks trade secret, proprietary or otherwise confidential

20 information of Mattel or third parties.  Any such documents that are produced, if any,

21 will be produced only pursuant to and in reliance upon the Protective Order entered in

22 this case.  Mattel also objects to this Request to the extent it seeks documents that are

23 in the possession, custody and control of a foreign subsidiary of a party.  MGA has

24 objected that such documents are not within the scope of requests to a domestic party.

25 Mattel further objects to this Request to the extent that it may seek documents already

26 produced by Mattel, including documents stolen by MGA and other defendants.

27 Such documents will not be produced again.

28

1   Subject to the foregoing objections, Mattel responds as follows:  At a

2   mutually agreeable time and place, Mattel will produce the non-privileged

3   documents, if any, that Mattel has been able to locate after a diligent search and

4   reasonable inquiry, to the extent not previously produced that show that Trueba gave

5   to MGA and its subsidiaries and agents documents stolen from Mattel.

6

7   REQUEST FOR PRODUCTION NO. 7:

8   All DOCUMENTS REFLECTING that any documents allegedly taken

9   by TRUEBA from MATTEL, including, without limitation, any of the documents

10  identified in page 31, line 12, through page 32, line 24 of MATTEL's Supplemental

11  Responses and Objections to MGA's First Set of Interrogatories, were given to MGA

12  HK by TRUEBA.

13

14  RESPONSE TO REQUEST FOR PRODUCTION NO. 7:

15  Mattel incorporates by reference the above-stated general objections as if

16  fully set forth herein.  Mattel also specifically objects to this Request on the ground

17  that it is premature because the subject matter of this Request will be the subject of

18  expert testimony at trial.  Mattel objects to this Request to the extent it seeks to limit

19  the expert testimony that Mattel may seek to introduce at trial.  Mattel will identify its

20  experts and make related disclosures in accordance with the Court's orders and

21  applicable rules.  Mattel further objects that this Request is premature because

22  Defendants have not complied with their discovery obligations.  They have failed to

23  produce witnesses for deposition and are withholding information and documents

24  requested in violation of orders of the Discovery Master and the Court.  Mattel

25  objects to the use of the term "REFLECTING" as vague, ambiguous, and overbroad.

26  Mattel further objects to this Request to the extent that it calls for the disclosure of

27  information subject to the attorney-client privilege, the attorney work-product

28  doctrine and other applicable privileges.  Mattel further objects to this Request on the

-11-

**EXHIBIT 2  Page 38**

MATTEL, INC.'S RESPONSES TO MGA'S FIRST SET OF (PHASE 2) REQUESTS FOR PRODUCTION

1     ground and to the extent it seeks trade secret, proprietary or otherwise confidential

2     information of Mattel or third parties.  Any such documents that are produced, if any,

3     will be produced only pursuant to and in reliance upon the Protective Order entered in

4     this case.  Mattel also objects to this Request to the extent it seeks documents that are

5     in the possession, custody and control of a foreign subsidiary of a party.  MGA has

6     objected that such documents are not within the scope of requests to a domestic party.

7     Mattel further objects to this Request to the extent that it may seek documents already

8     produced by Mattel, including documents stolen by MGA and other defendants.

9     Such documents will not be produced again.

10           Subject to the foregoing objections, Mattel responds as follows:  At a

11     mutually agreeable time and place, Mattel will produce the non-privileged

12     documents, if any, that Mattel has been able to locate after a diligent search and

13     reasonable inquiry, to the extent not previously produced that show that Trueba gave

14     to MGA and its subsidiaries and agents documents stolen from Mattel.

15

16     <u>REQUEST FOR PRODUCTION NO. 8</u>:

17           All DOCUMENTS REFLECTING that any documents allegedly taken

18     by TRUEBA from MATTEL, including, without limitation, any of the documents

19     identified in page 31, line 12, through page 32, line 24 of MATTEL's Supplemental

20     Responses and Objections to MGA's First Set of Interrogatories, were given to MGA

21     MEXICO by TRUEBA.

22

23     <u>RESPONSE TO REQUEST FOR PRODUCTION NO. 8</u>:

24           Mattel incorporates by reference the above-stated general objections as if

25     fully set forth herein.  Mattel also specifically objects to this Request on the ground

26     that it is premature because the subject matter of this Request will be the subject of

27     expert testimony at trial.  Mattel objects to this Request to the extent it seeks to limit

28     the expert testimony that Mattel may seek to introduce at trial.  Mattel will identify its

**EXHIBIT 2, Page 39**

experts and make related disclosures in accordance with the Court's orders and applicable rules.  Mattel further objects that this Request is premature because Defendants have not complied with their discovery obligations.  They have failed to produce witnesses for deposition and are withholding information and documents requested in violation of orders of the Discovery Master and the Court.  Mattel objects to the use of the term "REFLECTING" as vague, ambiguous, and overbroad. Mattel further objects to this Request to the extent that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges.  Mattel further objects to this Request on the ground and to the extent it seeks trade secret, proprietary or otherwise confidential information of Mattel or third parties.  Any such documents that are produced, if any, will be produced only pursuant to and in reliance upon the Protective Order entered in this case.  Mattel also objects to this Request to the extent it seeks documents that are in the possession, custody and control of a foreign subsidiary of a party.  MGA has objected that such documents are not within the scope of requests to a domestic party. Mattel further objects to this Request to the extent that it may seek documents already produced by Mattel, including documents stolen by MGA and other defendants. Such documents will not be produced again.

Subject to the foregoing objections, Mattel responds as follows:  At a mutually agreeable time and place, Mattel will produce the non-privileged documents, if any, that Mattel has been able to locate after a diligent search and reasonable inquiry, to the extent not previously produced that show that Trueba gave to MGA and its subsidiaries and agents documents stolen from Mattel.

REQUEST FOR PRODUCTION NO. 9:

All DOCUMENTS REFLECTING that any documents allegedly taken by TRUEBA from MATTEL, including, without limitation, any of the documents identified in page 31, line 12, through page 32, line 24 of MATTEL's Supplemental

**EXHIBIT 2  Page 40**
MATTEL, INC.'S RESPONSES TO MGA'S FIRST SET OF (PHASE 2) REQUESTS FOR PRODUCTION

1  Responses and Objections to MGA's First Set of Interrogatories, were given to

2  LARIAN by TRUEBA.

3

4  RESPONSE TO REQUEST FOR PRODUCTION NO. 9:

5          Mattel incorporates by reference the above-stated general objections as if

6  fully set forth herein.  Mattel also specifically objects to this Request on the ground

7  that it is premature because the subject matter of this Request will be the subject of

8  expert testimony at trial.  Mattel objects to this Request to the extent it seeks to limit

9  the expert testimony that Mattel may seek to introduce at trial.  Mattel will identify its

10  experts and make related disclosures in accordance with the Court's orders and

11  applicable rules.  Mattel further objects that this Request is premature because

12  Defendants have not complied with their discovery obligations.  They have failed to

13  produce witnesses for deposition and are withholding information and documents

14  requested in violation of orders of the Discovery Master and the Court.  Mattel

15  objects to the use of the term "REFLECTING" as vague, ambiguous, and overbroad.

16  Mattel further objects to this Request to the extent that it calls for the disclosure of

17  information subject to the attorney-client privilege, the attorney work-product

18  doctrine and other applicable privileges.  Mattel further objects to this Request on the

19  ground and to the extent it seeks trade secret, proprietary or otherwise confidential

20  information of Mattel or third parties.  Any such documents that are produced, if any,

21  will be produced only pursuant to and in reliance upon the Protective Order entered in

22  this case.  Mattel also objects to this Request to the extent it seeks documents that are

23  in the possession, custody and control of a foreign subsidiary of a party.  MGA has

24  objected that such documents are not within the scope of requests to a domestic party.

25  Mattel further objects to this Request to the extent that it may seek documents already

26  produced by Mattel, including documents stolen by MGA and other defendants.

27  Such documents will not be produced again.

28

1        Subject to the foregoing objections, Mattel responds as follows:  At a

2   mutually agreeable time and place, Mattel will produce the non-privileged

3   documents, if any, that Mattel has been able to locate after a diligent search and

4   reasonable inquiry, to the extent not previously produced that show that Trueba gave

5   to MGA and its subsidiaries and agents documents stolen from Mattel.

6

7   REQUEST FOR PRODUCTION NO. 10:

8        All DOCUMENTS REFLECTING that any documents allegedly taken

9   by TRUEBA from MATTEL, including, without limitation, any of the documents

10  identified in page 31, line 12, through page 32, line 24 of MATTEL's Supplemental

11  Responses and Objections to MGA's First Set of Interrogatories, gave MGA an

12  "unfair competitive advantage," as referenced on page 32, lines 25 through 27, of

13  MATTEL's Supplemental Responses and Objections to MGA's First Set of

14  Interrogatories.

15

16  RESPONSE TO REQUEST FOR PRODUCTION NO. 10:

17       Mattel incorporates by reference the above-stated general objections as if

18  fully set forth herein.  Mattel also specifically objects to the use of the term

19  "REFLECTING" as vague, ambiguous, and overbroad.  Mattel further objects to this

20  Request on the ground and to the extent it seeks trade secret, proprietary or otherwise

21  confidential information of Mattel or third parties.  Any such documents that are

22  produced, if any, will be produced only pursuant to and in reliance upon the

23  Protective Order entered in this case.  Mattel further objects that this Request is

24  premature because Defendants have not complied with their discovery obligations.

25  They have failed to produce witnesses for deposition and are withholding information

26  and documents requested in violation of orders of the Discovery Master and the

27  Court.  Mattel further objects to this Request on the ground that it is premature

28  because the subject matter of this Request will be the subject of expert testimony at

EXHIBIT 2  Page 42

1   trial. Mattel objects to this Request to the extent it seeks to limit the expert testimony

2   that Mattel may seek to introduce at trial. Mattel will identify its experts and make

3   related disclosures in accordance with the Court's orders and applicable rules. Mattel

4   further objects to this Request to the extent that it calls for the disclosure of

5   information subject to the attorney-client privilege, the attorney work-product

6   doctrine and other applicable privileges. Mattel also objects to this Request to the

7   extent it seeks documents that are in the possession, custody and control of a foreign

8   subsidiary of a party. MGA has objected that such documents are not within the

9   scope of requests to a domestic party. Mattel further objects to this Request to the

10   extent that it may seek documents already produced by Mattel, including documents

11   stolen by MGA and other defendants. Such documents will not be produced again.

12   Mattel also objects to this Request because it seeks documents that are in the MGA

13   Parties' exclusive possession, custody and control.

14

15   REQUEST FOR PRODUCTION NO. 11:

16          All DOCUMENTS REFLECTING that any documents allegedly taken

17   by TRUEBA from MATTEL, including, without limitation, any of the documents

18   identified in page 31, line 12, through page 32, line 24 of MATTEL's Supplemental

19   Responses and Objections to MGA's First Set of Interrogatories, gave MGA HK an

20   "unfair competitive advantage," as referenced on page 32, lines 25 through 27, of

21   MATTEL's Supplemental Responses and Objections to MGA's First Set of

22   Interrogatories.

23

24   RESPONSE TO REQUEST FOR PRODUCTION NO. 11:

25          Mattel incorporates by reference the above-stated general objections as if

26   fully set forth herein. Mattel also specifically objects to the use of the term

27   "REFLECTING" as vague, ambiguous, and overbroad. Mattel further objects to this

28   Request on the ground and to the extent it seeks trade secret, proprietary or otherwise

confidential information of Mattel or third parties.  Any such documents that are produced, if any, will be produced only pursuant to and in reliance upon the Protective Order entered in this case.  Mattel further objects that this Request is premature because Defendants have not complied with their discovery obligations. They have failed to produce witnesses for deposition and are withholding information and documents requested in violation of orders of the Discovery Master and the Court.  Mattel further objects to this Request on the ground that it is premature because the subject matter of this Request will be the subject of expert testimony at trial.  Mattel objects to this Request to the extent it seeks to limit the expert testimony that Mattel may seek to introduce at trial.  Mattel will identify its experts and make related disclosures in accordance with the Court's orders and applicable rules.  Mattel further objects to this Request to the extent that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges.  Mattel also objects to this Request to the extent it seeks documents that are in the possession, custody and control of a foreign subsidiary of a party.  MGA has objected that such documents are not within the scope of requests to a domestic party.  Mattel further objects to this Request to the extent that it may seek documents already produced by Mattel, including documents stolen by MGA and other defendants.  Such documents will not be produced again. Mattel also objects to this Request because it seeks documents that are in the MGA Parties' exclusive possession, custody and control.  Mattel does not possess documents regarding how MGA HK obtained an unfair competitive advantage.

REQUEST FOR PRODUCTION NO. 12:

All DOCUMENTS REFLECTING that any documents allegedly taken by TRUEBA from MATTEL, including, without limitation, any of the documents identified in page 31, line 12, through page 32, line 24 of MATTEL's Supplemental Responses and Objections to MGA's First Set of Interrogatories, gave MGA

1   MEXICO an "unfair competitive advantage," as referenced on page 32, lines 25

2   through 27, of MATTEL's Supplemental Responses and Objections to MGA's First

3   Set of Interrogatories.

4

5   <u>RESPONSE TO REQUEST FOR PRODUCTION NO. 12:</u>

6           Mattel incorporates by reference the above-stated general objections as if

7   fully set forth herein.  Mattel also specifically objects to the use of the term

8   "REFLECTING" as vague, ambiguous, and overbroad.  Mattel further objects to this

9   Request on the ground and to the extent it seeks trade secret, proprietary or otherwise

10  confidential information of Mattel or third parties.  Any such documents that are

11  produced, if any, will be produced only pursuant to and in reliance upon the

12  Protective Order entered in this case.  Mattel further objects that this Request is

13  premature because Defendants have not complied with their discovery obligations.

14  They have failed to produce witnesses for deposition and are withholding information

15  and documents requested in violation of orders of the Discovery Master and the

16  Court.  Mattel further objects to this Request on the ground that it is premature

17  because the subject matter of this Request will be the subject of expert testimony at

18  trial.  Mattel objects to this Request to the extent it seeks to limit the expert testimony

19  that Mattel may seek to introduce at trial.  Mattel will identify its experts and make

20  related disclosures in accordance with the Court's orders and applicable rules.  Mattel

21  further objects to this Request to the extent that it calls for the disclosure of

22  information subject to the attorney-client privilege, the attorney work-product

23  doctrine and other applicable privileges.  Mattel also objects to this Request to the

24  extent it seeks documents that are in the possession, custody and control of a foreign

25  subsidiary of a party.  MGA has objected that such documents are not within the

26  scope of requests to a domestic party.  Mattel further objects to this Request to the

27  extent that it may seek documents already produced by Mattel, including documents

28  stolen by MGA and other defendants.  Such documents will not be produced again.

Mattel also objects to this Request because it seeks documents that are in the MGA Parties' exclusive possession, custody and control.

REQUEST FOR PRODUCTION NO. 13:

DOCUMENTS sufficient to identify any computers assigned by MATTEL to VARGAS for use during his employment with MATTEL.

RESPONSE TO REQUEST FOR PRODUCTION NO. 13:

Mattel incorporates by reference the above-stated general objections as if fully set forth herein.  Mattel also specifically objects to this Request on the ground that it is premature because the subject matter of this Request will be the subject of expert testimony at trial.  Mattel objects to this Request to the extent it seeks to limit the expert testimony that Mattel may seek to introduce at trial.  Mattel will identify its experts and make related disclosures in accordance with the Court's orders and applicable rules.  Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence.  Mattel further objects that this Request is premature because Defendants have not complied with their discovery obligations.  They have failed to produce witnesses for deposition and are withholding information and documents requested in violation of orders of the Discovery Master and the Court.  Mattel also objects to this Request to the extent that it seeks information not relevant to the subject matter of this lawsuit or reasonably calculated to lead to the discovery of admissible evidence.  Mattel further objects to this Request to the extent that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges.  Mattel also objects to this Request to the extent it seeks documents that are in the possession, custody and control of a foreign subsidiary of a party.  MGA has objected that such documents are not within the scope of requests to a domestic party.  Mattel further objects to this

**EXHIBIT 2 - Page 46**

1   Request to the extent that it may seek documents already produced by Mattel,

2   including documents stolen by MGA and other defendants.  Such documents will not

3   be produced again.

4          Subject to the foregoing objections, Mattel responds as follows:  At a

5   mutually agreeable time and place, Mattel will produce non-privileged documents, if

6   any, that Mattel has been able to locate after a diligent search and reasonable inquiry,

7   to the extent not previously produced, that may be sufficient to identify the personal

8   computer assigned to Vargas at the time that he resigned.

9

10  REQUEST FOR PRODUCTION NO. 14:

11          The hard drive(s) or any mirror image thereof (including but not limited

12  to any mirror image on any server or storage device) from any and all computers

13  assigned by MATTEL to VARGAS for using during the last year of his employment

14  with MATTEL.

15

16  RESPONSE TO REQUEST FOR PRODUCTION NO. 14:

17          Mattel incorporates by reference the above-stated general objections as if

18  fully set forth herein.  Mattel further objects that this Request is premature because

19  Defendants have not complied with their discovery obligations.  They have failed to

20  produce witnesses for deposition and are withholding information and documents

21  requested in violation of orders of the Discovery Master and the Court.  Defendants

22  also refuse to produce hard drives or mirror images thereof to Mattel.  Mattel also

23  objects to this Request to the extent that it seeks information not relevant to the

24  subject matter of this lawsuit or reasonably calculated to lead to the discovery of

25  admissible evidence.  Mattel further objects that this Request is vague and

26  ambiguous.  Mattel further objects to the Request on the grounds that it seeks

27  documents that are not relevant to this action or likely to lead to the discovery of

28  admissible evidence.  Mattel further objects to this Request on the grounds that it

-20-

**EXHIBIT 2 - Page 47**

MATTEL, INC.'S RESPONSES TO MGA'S FIRST SET OF (PHASE 2) REQUESTS FOR PRODUCTION

1    seeks confidential, proprietary and trade secret information, including such

2    information that has no bearing on the claims or defenses in this case.  Mattel also

3    objects to this Request to the extent it seeks documents that are in the possession,

4    custody and control of a foreign subsidiary of a party.  MGA has objected that such

5    documents are not within the scope of requests to a domestic party.

6

7    <u>REQUEST FOR PRODUCTION NO. 15</u>:

8         All DOCUMENTS REFLECTING that VARGAS took from MATTEL

9    any of the documents identified in page 31, line 12, through page 32, line 24 of

10    MATTEL's Supplemental Responses and Objections to MGA's First Set of

11    Interrogatories.

12

13    <u>RESPONSE TO REQUEST FOR PRODUCTION NO. 15</u>:

14         Mattel incorporates by reference the above-stated general objections as if

15    fully set forth herein.  Mattel also specifically objects to this Request on the ground

16    that it is premature because the subject matter of this Request will be the subject of

17    expert testimony at trial.  Mattel objects to this Request to the extent it seeks to limit

18    the expert testimony that Mattel may seek to introduce at trial.  Mattel will identify its

19    experts and make related disclosures in accordance with the Court's orders and

20    applicable rules.  Mattel further objects that this Request is premature because

21    Defendants have not complied with their discovery obligations.  They have failed to

22    produce witnesses for deposition and are withholding information and documents

23    requested in violation of orders of the Discovery Master and the Court.  Mattel

24    objects to the use of the term "REFLECTING" as vague, ambiguous, and overbroad.

25    Mattel further objects to this Request to the extent that it calls for the disclosure of

26    information subject to the attorney-client privilege, the attorney work-product

27    doctrine and other applicable privileges.  Mattel further objects to this Request on the

28    ground and to the extent it seeks trade secret, proprietary or otherwise confidential

-21-

**EXHIBIT 2 - Page 48**

1   information of Mattel or third parties.  Any such documents that are produced, if any,

2   will be produced only pursuant to and in reliance upon the Protective Order entered in

3   this case.  Mattel also objects to this Request to the extent it seeks documents that are

4   in the possession, custody and control of a foreign subsidiary of a party.  MGA has

5   objected that such documents are not within the scope of requests to a domestic party.

6   Mattel further objects to this Request to the extent that it may seek documents already

7   produced by Mattel, including documents stolen by MGA and other defendants.

8   Such documents will not be produced again.

9          Subject to the foregoing objections, Mattel responds as follows:  At a

10  mutually agreeable time and place, Mattel will produce the non-privileged

11  documents, if any, that Mattel has been able to locate after a diligent search and

12  reasonable inquiry, to the extent not previously produced, that (a) Vargas took from

13  Mattel and, (b) that show the theft of those documents.

14

15  REQUEST FOR PRODUCTION NO. 16:

16          All DOCUMENTS REFLECTING that any documents allegedly taken

17  by VARGAS from MATTEL, including, without limitation, any of the documents

18  identified in page 31, line 12, through page 32, line 24 of MATTEL's Supplemental

19  Responses and Objections to MGA's First Set of Interrogatories, were given to MGA

20  by VARGAS.

21

22  RESPONSE TO REQUEST FOR PRODUCTION NO. 16:

23          Mattel incorporates by reference the above-stated general objections as if

24  fully set forth herein.  Mattel also specifically objects to this Request on the ground

25  that it is premature because the subject matter of this Request will be the subject of

26  expert testimony at trial.  Mattel objects to this Request to the extent it seeks to limit

27  the expert testimony that Mattel may seek to introduce at trial.  Mattel will identify its

28  experts and make related disclosures in accordance with the Court's orders and

applicable rules.  Mattel further objects that this Request is premature because Defendants have not complied with their discovery obligations.  They have failed to produce witnesses for deposition and are withholding information and documents requested in violation of orders of the Discovery Master and the Court.  Mattel objects to the use of the term "REFLECTING" as vague, ambiguous, and overbroad. Mattel further objects to this Request to the extent that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges.  Mattel further objects to this Request on the ground and to the extent it seeks trade secret, proprietary or otherwise confidential information of Mattel or third parties.  Any such documents that are produced, if any, will be produced only pursuant to and in reliance upon the Protective Order entered in this case.  Mattel also objects to this Request to the extent it seeks documents that are in the possession, custody and control of a foreign subsidiary of a party.  MGA has objected that such documents are not within the scope of requests to a domestic party. Mattel further objects to this Request to the extent that it may seek documents already produced by Mattel, including documents stolen by MGA and other defendants. Such documents will not be produced again.

Subject to the foregoing objections, Mattel responds as follows:  At a mutually agreeable time and place, Mattel will produce the non-privileged documents, if any, that Mattel has been able to locate after a diligent search and reasonable inquiry, to the extent not previously produced that show that Vargas gave to MGA and its subsidiaries and agents documents stolen from Mattel.

REQUEST FOR PRODUCTION NO. 17:

All DOCUMENTS REFLECTING that any documents allegedly taken by VARGAS from MATTEL, including, without limitation, any of the documents identified in page 31, line 12, through page 32, line 24 of MATTEL's Supplemental

-23-

**EXHIBIT 2 - Page 50**

1   Responses and Objections to MGA's First Set of Interrogatories, were given to MGA

2   HK by VARGAS.

3

4   RESPONSE TO REQUEST FOR PRODUCTION NO. 17:

5               Mattel incorporates by reference the above-stated general objections as if

6   fully set forth herein.  Mattel also specifically objects to this Request on the ground

7   that it is premature because the subject matter of this Request will be the subject of

8   expert testimony at trial.  Mattel objects to this Request to the extent it seeks to limit

9   the expert testimony that Mattel may seek to introduce at trial.  Mattel will identify its

10  experts and make related disclosures in accordance with the Court's orders and

11  applicable rules.  Mattel further objects that this Request is premature because

12  Defendants have not complied with their discovery obligations.  They have failed to

13  produce witnesses for deposition and are withholding information and documents

14  requested in violation of orders of the Discovery Master and the Court.  Mattel

15  objects to the use of the term "REFLECTING" as vague, ambiguous, and overbroad.

16  Mattel further objects to this Request to the extent that it calls for the disclosure of

17  information subject to the attorney-client privilege, the attorney work-product

18  doctrine and other applicable privileges.  Mattel further objects to this Request on the

19  ground and to the extent it seeks trade secret, proprietary or otherwise confidential

20  information of Mattel or third parties.  Any such documents that are produced, if any,

21  will be produced only pursuant to and in reliance upon the Protective Order entered in

22  this case.  Mattel also objects to this Request to the extent it seeks documents that are

23  in the possession, custody and control of a foreign subsidiary of a party.  MGA has

24  objected that such documents are not within the scope of requests to a domestic party.

25  Mattel further objects to this Request to the extent that it may seek documents already

26  produced by Mattel, including documents stolen by MGA and other defendants.

27  Such documents will not be produced again.

28

-24-

**EXHIBIT 2 - Page 51**

MATTEL, INC.'S RESPONSES TO MGA'S FIRST SET OF (PHASE 2) REQUESTS FOR PRODUCTION

1    Subject to the foregoing objections, Mattel responds as follows:  At a

2    mutually agreeable time and place, Mattel will produce the non-privileged

3    documents, if any, that Mattel has been able to locate after a diligent search and

4    reasonable inquiry, to the extent not previously produced that show that Vargas gave

5    to MGA and its subsidiaries and agents documents stolen from Mattel.

6

7    REQUEST FOR PRODUCTION NO. 18:

8    All DOCUMENTS REFLECTING that any documents allegedly taken

9    by VARGAS from MATTEL, including, without limitation, any of the documents

10   identified in page 31, line 12, through page 32, line 24 of MATTEL's Supplemental

11   Responses and Objections to MGA's First Set of Interrogatories, were given to MGA

12   MEXICO by VARGAS.

13

14   RESPONSE TO REQUEST FOR PRODUCTION NO. 18:

15   Mattel incorporates by reference the above-stated general objections as if

16   fully set forth herein.  Mattel also specifically objects to this Request on the ground

17   that it is premature because the subject matter of this Request will be the subject of

18   expert testimony at trial.  Mattel objects to this Request to the extent it seeks to limit

19   the expert testimony that Mattel may seek to introduce at trial.  Mattel will identify its

20   experts and make related disclosures in accordance with the Court's orders and

21   applicable rules.  Mattel further objects that this Request is premature because

22   Defendants have not complied with their discovery obligations.  They have failed to

23   produce witnesses for deposition and are withholding information and documents

24   requested in violation of orders of the Discovery Master and the Court.  Mattel

25   objects to the use of the term "REFLECTING" as vague, ambiguous, and overbroad.

26   Mattel further objects to this Request to the extent that it calls for the disclosure of

27   information subject to the attorney-client privilege, the attorney work-product

28   doctrine and other applicable privileges.  Mattel further objects to this Request on the

-25-

**EXHIBIT 2  Page 52**

ground and to the extent it seeks trade secret, proprietary or otherwise confidential information of Mattel or third parties. Any such documents that are produced, if any, will be produced only pursuant to and in reliance upon the Protective Order entered in this case. Mattel also objects to this Request to the extent it seeks documents that are in the possession, custody and control of a foreign subsidiary of a party. MGA has objected that such documents are not within the scope of requests to a domestic party. Mattel further objects to this Request to the extent that it may seek documents already produced by Mattel, including documents stolen by MGA and other defendants. Such documents will not be produced again.

Subject to the foregoing objections, Mattel responds as follows: At a mutually agreeable time and place, Mattel will produce the non-privileged documents, if any, that Mattel has been able to locate after a diligent search and reasonable inquiry, to the extent not previously produced that show that Vargas gave to MGA and its subsidiaries and agents documents stolen from Mattel.

REQUEST FOR PRODUCTION NO. 19:

All DOCUMENTS REFLECTING that any documents allegedly taken by VARGAS from MATTEL, including, without limitation, any of the documents identified in page 31, line 12, through page 32, line 24 of MATTEL's Supplemental Responses and Objections to MGA's First Set of Interrogatories, were given to LARIAN by VARGAS.

RESPONSE TO REQUEST FOR PRODUCTION NO. 19:

Mattel incorporates by reference the above-stated general objections as if fully set forth herein. Mattel also specifically objects to this Request on the ground that it is premature because the subject matter of this Request will be the subject of expert testimony at trial. Mattel objects to this Request to the extent it seeks to limit the expert testimony that Mattel may seek to introduce at trial. Mattel will identify its

EXHIBIT 2  Page 53

1  experts and make related disclosures in accordance with the Court's orders and

2  applicable rules.  Mattel further objects that this Request is premature because

3  Defendants have not complied with their discovery obligations.  They have failed to

4  produce witnesses for deposition and are withholding information and documents

5  requested in violation of orders of the Discovery Master and the Court.  Mattel

6  objects to the use of the term "REFLECTING" as vague, ambiguous, and overbroad.

7  Mattel further objects to this Request to the extent that it calls for the disclosure of

8  information subject to the attorney-client privilege, the attorney work-product

9  doctrine and other applicable privileges.  Mattel further objects to this Request on the

10  ground and to the extent it seeks trade secret, proprietary or otherwise confidential

11  information of Mattel or third parties.  Any such documents that are produced, if any,

12  will be produced only pursuant to and in reliance upon the Protective Order entered in

13  this case.  Mattel also objects to this Request to the extent it seeks documents that are

14  in the possession, custody and control of a foreign subsidiary of a party.  MGA has

15  objected that such documents are not within the scope of requests to a domestic party.

16  Mattel further objects to this Request to the extent that it may seek documents already

17  produced by Mattel, including documents stolen by MGA and other defendants.

18  Such documents will not be produced again.

19         Subject to the foregoing objections, Mattel responds as follows:  At a

20  mutually agreeable time and place, Mattel will produce the non-privileged

21  documents, if any, that Mattel has been able to locate after a diligent search and

22  reasonable inquiry, to the extent not previously produced that show that Vargas gave

23  to MGA and its subsidiaries and agents documents stolen from Mattel.

24

25  REQUEST FOR PRODUCTION NO. 20:

26         All DOCUMENTS REFLECTING that any documents allegedly taken

27  by VARGAS from MATTEL, including, without limitation, any of the documents

28  identified in page 31, line 12, through page 32, line 24 of MATTEL's Supplemental

1  Responses and Objections to MGA's First Set of Interrogatories, gave MGA an

2  "unfair competitive advantage," as referenced on page 32, lines 25 through 27, of

3  MATTEL's Supplemental Responses and Objections to MGA's First Set of

4  Interrogatories.

5

6  RESPONSE TO REQUEST FOR PRODUCTION NO. 20:

7          Mattel incorporates by reference the above-stated general objections as if

8  fully set forth herein.  Mattel also specifically objects to the use of the term

9  "REFLECTING" as vague, ambiguous, and overbroad.  Mattel further objects to this

10  Request on the ground and to the extent it seeks trade secret, proprietary or otherwise

11  confidential information of Mattel or third parties.  Any such documents that are

12  produced, if any, will be produced only pursuant to and in reliance upon the

13  Protective Order entered in this case.  Mattel further objects that this Request is

14  premature because Defendants have not complied with their discovery obligations.

15  They have failed to produce witnesses for deposition and are withholding information

16  and documents requested in violation of orders of the Discovery Master and the

17  Court.  Mattel further objects to this Request on the ground that it is premature

18  because the subject matter of this Request will be the subject of expert testimony at

19  trial.  Mattel objects to this Request to the extent it seeks to limit the expert testimony

20  that Mattel may seek to introduce at trial.  Mattel will identify its experts and make

21  related disclosures in accordance with the Court's orders and applicable rules.  Mattel

22  further objects to this Request to the extent that it calls for the disclosure of

23  information subject to the attorney-client privilege, the attorney work-product

24  doctrine and other applicable privileges.  Mattel also objects to this Request to the

25  extent it seeks documents that are in the possession, custody and control of a foreign

26  subsidiary of a party.  MGA has objected that such documents are not within the

27  scope of requests to a domestic party.  Mattel further objects to this Request to the

28  extent that it may seek documents already produced by Mattel, including documents

07975/2901664.1

-28-

MATTEL, INC.'S RESPONSES TO MGA'S FIRST SET OF (PHASE 2) REQUESTS FOR PRODUCTION

EXHIBIT 2  Page 55

1   stolen by MGA and other defendants.  Such documents will not be produced again.

2   Mattel also objects to this Request because it seeks documents that are in the MGA

3   Parties' exclusive possession, custody and control.

4

5   <u>REQUEST FOR PRODUCTION NO. 21</u>:

6         All DOCUMENTS REFLECTING that any documents allegedly taken

7   by VARGAS from MATTEL, including, without limitation, any of the documents

8   identified in page 31, line 12, through page 32, line 24 of MATTEL's Supplemental

9   Responses and Objections to MGA's First Set of Interrogatories, gave MGA HK an

10  "unfair competitive advantage," as referenced on page 32, lines 25 through 27, of

11  MATTEL's Supplemental Responses and Objections to MGA's First Set of

12  Interrogatories.

13

14  <u>RESPONSE TO REQUEST FOR PRODUCTION NO. 21</u>:

15        Mattel incorporates by reference the above-stated general objections as if

16  fully set forth herein.  Mattel also specifically objects to the use of the term

17  "REFLECTING" as vague, ambiguous, and overbroad.  Mattel further objects to this

18  Request on the ground and to the extent it seeks trade secret, proprietary or otherwise

19  confidential information of Mattel or third parties.  Any such documents that are

20  produced, if any, will be produced only pursuant to and in reliance upon the

21  Protective Order entered in this case.  Mattel further objects that this Request is

22  premature because Defendants have not complied with their discovery obligations.

23  They have failed to produce witnesses for deposition and are withholding information

24  and documents requested in violation of orders of the Discovery Master and the

25  Court.  Mattel further objects to this Request on the ground that it is premature

26  because the subject matter of this Request will be the subject of expert testimony at

27  trial.  Mattel objects to this Request to the extent it seeks to limit the expert testimony

28  that Mattel may seek to introduce at trial.  Mattel will identify its experts and make

1  related disclosures in accordance with the Court's orders and applicable rules.  Mattel

2  further objects to this Request to the extent that it calls for the disclosure of

3  information subject to the attorney-client privilege, the attorney work-product

4  doctrine and other applicable privileges.  Mattel also objects to this Request to the

5  extent it seeks documents that are in the possession, custody and control of a foreign

6  subsidiary of a party.  MGA has objected that such documents are not within the

7  scope of requests to a domestic party.  Mattel further objects to this Request to the

8  extent that it may seek documents already produced by Mattel, including documents

9  stolen by MGA and other defendants.  Such documents will not be produced again.

10  Mattel also objects to this Request because it seeks documents that are in the MGA

11  Parties' exclusive possession, custody and control.

12

13  REQUEST FOR PRODUCTION NO. 22:

14          All DOCUMENTS REFLECTING that any documents allegedly taken

15  by VARGAS from MATTEL, including, without limitation, any of the documents

16  identified in page 31, line 12, through page 32, line 24 of MATTEL's Supplemental

17  Responses and Objections to MGA's First Set of Interrogatories, gave MGA

18  MEXICO an "unfair competitive advantage," as referenced on page 32, lines 25

19  through 27, of MATTEL's Supplemental Responses and Objections to MGA's First

20  Set of Interrogatories.

21

22  RESPONSE TO REQUEST FOR PRODUCTION NO. 22:

23      Mattel incorporates by reference the above-stated general objections as if fully

24  set forth herein.  Mattel also specifically objects to the use of the term

25  "REFLECTING" as vague, ambiguous, and overbroad.  Mattel further objects to this

26  Request on the ground and to the extent it seeks trade secret, proprietary or otherwise

27  confidential information of Mattel or third parties.  Any such documents that are

28  produced, if any, will be produced only pursuant to and in reliance upon the

Protective Order entered in this case.  Mattel further objects that this Request is premature because Defendants have not complied with their discovery obligations. They have failed to produce witnesses for deposition and are withholding information and documents requested in violation of orders of the Discovery Master and the Court.  Mattel further objects to this Request on the ground that it is premature because the subject matter of this Request will be the subject of expert testimony at trial.  Mattel objects to this Request to the extent it seeks to limit the expert testimony that Mattel may seek to introduce at trial.  Mattel will identify its experts and make related disclosures in accordance with the Court's orders and applicable rules.  Mattel further objects to this Request to the extent that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges.  Mattel also objects to this Request to the extent it seeks documents that are in the possession, custody and control of a foreign subsidiary of a party.  MGA has objected that such documents are not within the scope of requests to a domestic party.  Mattel further objects to this Request to the extent that it may seek documents already produced by Mattel, including documents stolen by MGA and other defendants.  Such documents will not be produced again. Mattel also objects to this Request because it seeks documents that are in the MGA Parties' exclusive possession, custody and control.

REQUEST FOR PRODUCTION NO. 23:

DOCUMENTS sufficient to identify any computers assigned by MATTEL to MACHADO for use during his employment with MATTEL.

RESPONSE TO REQUEST FOR PRODUCTION NO. 23:

Mattel incorporates by reference the above-stated general objections as if fully set forth herein.  Mattel also specifically objects to this Request on the ground that it is premature because the subject matter of this Request will be the subject of

expert testimony at trial.  Mattel objects to this Request to the extent it seeks to limit the expert testimony that Mattel may seek to introduce at trial.  Mattel will identify its experts and make related disclosures in accordance with the Court's orders and applicable rules.  Mattel further objects that this Request is premature because Defendants have not complied with their discovery obligations.  They have failed to produce witnesses for deposition and are withholding information and documents requested in violation of orders of the Discovery Master and the Court.  Mattel also objects to this Request to the extent that it seeks information not relevant to the subject matter of this lawsuit or reasonably calculated to lead to the discovery of admissible evidence.  Mattel further objects to this Request to the extent that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges.  Mattel also objects to this Request to the extent it seeks documents that are in the possession, custody and control of a foreign subsidiary of a party.  MGA has objected that such documents are not within the scope of requests to a domestic party.  Mattel further objects to this Request to the extent that it may seek documents already produced by Mattel, including documents stolen by MGA and other defendants.  Such documents will not be produced again.

Subject to the foregoing objections, Mattel responds as follows:  At a mutually agreeable time and place, Mattel will produce non-privileged documents, if any, that Mattel has been able to locate after a diligent search and reasonable inquiry, to the extent not previously produced, that are sufficient to identify the computer assigned to Machado at the time that he resigned.

REQUEST FOR PRODUCTION NO. 24:

The original damaged hard drive from MACHADO's computer at MATTEL, as described in lines 3-9 on page 28 of MATTEL's Supplemental Responses and Objections to MGA's First Set of Interrogatories.

**EXHIBIT 2  Page 59**
MATTEL, INC.'S RESPONSES TO MGA'S FIRST SET OF (PHASE 2) REQUESTS FOR PRODUCTION

1  RESPONSE TO REQUEST FOR PRODUCTION NO. 24:

2          Mattel incorporates by reference the above-stated general objections as if

3  fully set forth herein.  Mattel further objects that this Request is premature because

4  Defendants have not complied with their discovery obligations.  They have failed to

5  produce witnesses for deposition and are withholding information and documents

6  requested in violation of orders of the Discovery Master and the Court.  Defendants

7  also refuse to produce hard drives or mirror images thereof to Mattel.  Mattel further

8  objects that this Request is vague and ambiguous.  Mattel further objects to the

9  Request on the grounds that it seeks documents that are not relevant to this action or

10  likely to lead to the discovery of admissible evidence.  Mattel further objects to this

11  Request on the grounds that it seeks confidential, proprietary and trade secret

12  information, including such information that has no bearing on the claims or defenses

13  in this case.  Mattel also objects to this Request to the extent it seeks documents that

14  are in the possession, custody and control of a foreign subsidiary of a party.  MGA

15  has objected that such documents are not within the scope of requests to a domestic

16  party.

17

18  REQUEST FOR PRODUCTION NO. 25:

19          The hard drive(s) or any mirror image thereof (including but not limited

20  to any mirror image on any server or storage device) from any and all computers

21  assigned by MATTEL to MACHADO for use during the last year of his employment

22  with MATTEL.

23

24  RESPONSE TO REQUEST FOR PRODUCTION NO. 25:

25          Mattel incorporates by reference the above-stated general objections as if

26  fully set forth herein.  Mattel further objects that this Request is premature because

27  Defendants have not complied with their discovery obligations.  They have failed to

28  produce witnesses for deposition and are withholding information and documents

EXHIBIT 2 - Page 60

1  requested in violation of orders of the Discovery Master and the Court.  Defendants

2  also refuse to produce hard drives or mirror images thereof to Mattel.  Mattel also

3  objects to this Request to the extent that it seeks information not relevant to the

4  subject matter of this lawsuit or reasonably calculated to lead to the discovery of

5  admissible evidence.  Mattel further objects that this Request is vague and

6  ambiguous.  Mattel further objects to the Request on the grounds that it seeks

7  documents that are not relevant to this action or likely to lead to the discovery of

8  admissible evidence.  Mattel further objects to this Request on the grounds that it

9  seeks confidential, proprietary and trade secret information, including such

10  information that has no bearing on the claims or defenses in this case.  Mattel also

11  objects to this Request to the extent it seeks documents that are in the possession,

12  custody and control of a foreign subsidiary of a party.  MGA has objected that such

13  documents are not within the scope of requests to a domestic party.

14

15  REQUEST FOR PRODUCTION NO. 26:

16          All DOCUMENTS REFLECTING that MACHADO took from

17  MATTEL any of the documents identified in page 31, line 12, through page 32, line

18  24 of MATTEL's Supplemental Responses and Objections to MGA's First Set of

19  Interrogatories.

20

21  RESPONSE TO REQUEST FOR PRODUCTION NO. 26:

22          Mattel incorporates by reference the above-stated general objections as if

23  fully set forth herein.  Mattel also specifically objects to this Request on the ground

24  that it is premature because the subject matter of this Request will be the subject of

25  expert testimony at trial.  Mattel objects to this Request to the extent it seeks to limit

26  the expert testimony that Mattel may seek to introduce at trial.  Mattel will identify its

27  experts and make related disclosures in accordance with the Court's orders and

28  applicable rules.  Mattel further objects that this Request is premature because

-34-

**EXHIBIT 2 - Page 61**

MATTEL, INC.'S RESPONSES TO MGA'S FIRST SET OF (PHASE 2) REQUESTS FOR PRODUCTION

1  Defendants have not complied with their discovery obligations.  They have failed to
2  produce witnesses for deposition and are withholding information and documents
3  requested in violation of orders of the Discovery Master and the Court.  Mattel
4  objects to the use of the term "REFLECTING" as vague, ambiguous, and overbroad.
5  Mattel further objects to this Request to the extent that it calls for the disclosure of
6  information subject to the attorney-client privilege, the attorney work-product
7  doctrine and other applicable privileges.  Mattel further objects to this Request on the
8  ground and to the extent it seeks trade secret, proprietary or otherwise confidential
9  information of Mattel or third parties.  Any such documents that are produced, if any,
10  will be produced only pursuant to and in reliance upon the Protective Order entered in
11  this case.  Mattel also objects to this Request to the extent it seeks documents that are
12  in the possession, custody and control of a foreign subsidiary of a party.  MGA has
13  objected that such documents are not within the scope of requests to a domestic party.
14  Mattel further objects to this Request to the extent that it may seek documents already
15  produced by Mattel, including documents stolen by MGA and other defendants.
16  Such documents will not be produced again.

17         Subject to the foregoing objections, Mattel responds as follows:  At a
18  mutually agreeable time and place, Mattel will produce the non-privileged
19  documents, if any, that Mattel has been able to locate after a diligent search and
20  reasonable inquiry, to the extent not previously produced, that (a) Machado took from
21  Mattel and, (b) that show the theft of those documents.

22

23  REQUEST FOR PRODUCTION NO. 27:

24         All DOCUMENTS REFLECTING that any documents allegedly taken
25  by MACHADO from MATTEL, including, without limitation, any of the documents
26  identified in page 31, line 12, through page 32, line 24 of MATTEL's Supplemental
27  Responses and Objections to MGA's First Set of Interrogatories, were given to MGA
28  by MACHADO.

RESPONSE TO REQUEST FOR PRODUCTION NO. 27:

Mattel incorporates by reference the above-stated general objections as if fully set forth herein.  Mattel also specifically objects to this Request on the ground that it is premature because the subject matter of this Request will be the subject of expert testimony at trial.  Mattel objects to this Request to the extent it seeks to limit the expert testimony that Mattel may seek to introduce at trial.  Mattel will identify its experts and make related disclosures in accordance with the Court's orders and applicable rules.  Mattel further objects that this Request is premature because Defendants have not complied with their discovery obligations.  They have failed to produce witnesses for deposition and are withholding information and documents requested in violation of orders of the Discovery Master and the Court.  Mattel objects to the use of the term "REFLECTING" as vague, ambiguous, and overbroad. Mattel further objects to this Request to the extent that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges.  Mattel further objects to this Request on the ground and to the extent it seeks trade secret, proprietary or otherwise confidential information of Mattel or third parties.  Any such documents that are produced, if any, will be produced only pursuant to and in reliance upon the Protective Order entered in this case.  Mattel also objects to this Request to the extent it seeks documents that are in the possession, custody and control of a foreign subsidiary of a party.  MGA has objected that such documents are not within the scope of requests to a domestic party. Mattel further objects to this Request to the extent that it may seek documents already produced by Mattel, including documents stolen by MGA and other defendants. Such documents will not be produced again.

Subject to the foregoing objections, Mattel responds as follows:  At a mutually agreeable time and place, Mattel will produce the non-privileged documents, if any, that Mattel has been able to locate after a diligent search and

-36-
MATTEL, INC.'S RESPONSES TO MGA'S FIRST SET OF (PHASE 2) REQUESTS FOR PRODUCTION

EXHIBIT 2  Page 63

1 reasonable inquiry, to the extent not previously produced, that (a) Machado took from

2 Mattel and, (b) that show the theft of those documents.

3

4 REQUEST FOR PRODUCTION NO. 28:

5         All DOCUMENTS REFLECTING that any documents allegedly taken

6 by MACHADO from MATTEL, including, without limitation, any of the documents

7 identified in page 31, line 12, through page 32, line 24 of MATTEL's Supplemental

8 Responses and Objections to MGA's First Set of Interrogatories, were given to MGA

9 HK by MACHADO.

10

11 RESPONSE TO REQUEST FOR PRODUCTION NO. 28:

12         Mattel incorporates by reference the above-stated general objections as if

13 fully set forth herein.  Mattel also specifically objects to this Request on the ground

14 that it is premature because the subject matter of this Request will be the subject of

15 expert testimony at trial.  Mattel objects to this Request to the extent it seeks to limit

16 the expert testimony that Mattel may seek to introduce at trial.  Mattel will identify its

17 experts and make related disclosures in accordance with the Court's orders and

18 applicable rules.  Mattel further objects that this Request is premature because

19 Defendants have not complied with their discovery obligations.  They have failed to

20 produce witnesses for deposition and are withholding information and documents

21 requested in violation of orders of the Discovery Master and the Court.  Mattel

22 objects to the use of the term "REFLECTING" as vague, ambiguous, and overbroad.

23 Mattel further objects to this Request to the extent that it calls for the disclosure of

24 information subject to the attorney-client privilege, the attorney work-product

25 doctrine and other applicable privileges.  Mattel further objects to this Request on the

26 ground and to the extent it seeks trade secret, proprietary or otherwise confidential

27 information of Mattel or third parties.  Any such documents that are produced, if any,

28 will be produced only pursuant to and in reliance upon the Protective Order entered in

-37-

**EXHIBIT 2 - Page 64**

1   this case.  Mattel also objects to this Request to the extent it seeks documents that are

2   in the possession, custody and control of a foreign subsidiary of a party.  MGA has

3   objected that such documents are not within the scope of requests to a domestic party.

4   Mattel further objects to this Request to the extent that it may seek documents already

5   produced by Mattel, including documents stolen by MGA and other defendants.

6   Such documents will not be produced again.

7             Subject to the foregoing objections, Mattel responds as follows:  At a

8   mutually agreeable time and place, Mattel will produce the non-privileged

9   documents, if any, that Mattel has been able to locate after a diligent search and

10  reasonable inquiry, to the extent not previously produced, that (a) Machado took from

11  Mattel and, (b) that show the theft of those documents.

12

13  REQUEST FOR PRODUCTION NO. 29:

14            All DOCUMENTS REFLECTING that any documents allegedly taken

15  by MACHADO from MATTEL, including, without limitation, any of the documents

16  identified in page 31, line 12, through page 32, line 24 of MATTEL's Supplemental

17  Responses and Objections to MGA's First Set of Interrogatories, were given to MGA

18  MEXICO by MACHADO.

19

20  RESPONSE TO REQUEST FOR PRODUCTION NO. 29:

21            Mattel incorporates by reference the above-stated general objections as if

22  fully set forth herein.  Mattel also specifically objects to this Request on the ground

23  that it is premature because the subject matter of this Request will be the subject of

24  expert testimony at trial.  Mattel objects to this Request to the extent it seeks to limit

25  the expert testimony that Mattel may seek to introduce at trial.  Mattel will identify its

26  experts and make related disclosures in accordance with the Court's orders and

27  applicable rules.  Mattel further objects that this Request is premature because

28  Defendants have not complied with their discovery obligations.  They have failed to

1  produce witnesses for deposition and are withholding information and documents

2  requested in violation of orders of the Discovery Master and the Court.  Mattel

3  objects to the use of the term "REFLECTING" as vague, ambiguous, and overbroad.

4  Mattel further objects to this Request to the extent that it calls for the disclosure of

5  information subject to the attorney-client privilege, the attorney work-product

6  doctrine and other applicable privileges.  Mattel further objects to this Request on the

7  ground and to the extent it seeks trade secret, proprietary or otherwise confidential

8  information of Mattel or third parties.  Any such documents that are produced, if any,

9  will be produced only pursuant to and in reliance upon the Protective Order entered in

10  this case.  Mattel also objects to this Request to the extent it seeks documents that are

11  in the possession, custody and control of a foreign subsidiary of a party.  MGA has

12  objected that such documents are not within the scope of requests to a domestic party.

13  Mattel further objects to this Request to the extent that it may seek documents already

14  produced by Mattel, including documents stolen by MGA and other defendants.

15  Such documents will not be produced again.

16       Subject to the foregoing objections, Mattel responds as follows:  At a

17  mutually agreeable time and place, Mattel will produce the non-privileged

18  documents, if any, that Mattel has been able to locate after a diligent search and

19  reasonable inquiry, to the extent not previously produced that show that Machado

20  gave to MGA and its subsidiaries and agents documents stolen from Mattel.

21

22  REQUEST FOR PRODUCTION NO. 30:

23       All DOCUMENTS REFLECTING that any documents allegedly taken

24  by MACHADO from MATTEL, including, without limitation, any of the documents

25  identified in page 31, line 12, through page 32, line 24 of MATTEL's Supplemental

26  Responses and Objections to MGA's First Set of Interrogatories, were given to

27  LARIAN by MACHADO.

28

1    RESPONSE TO REQUEST FOR PRODUCTION NO. 30:

2            Mattel incorporates by reference the above-stated general objections as if

3    fully set forth herein.  Mattel also specifically objects to this Request on the ground

4    that it is premature because the subject matter of this Request will be the subject of

5    expert testimony at trial.  Mattel objects to this Request to the extent it seeks to limit

6    the expert testimony that Mattel may seek to introduce at trial.  Mattel will identify its

7    experts and make related disclosures in accordance with the Court's orders and

8    applicable rules.  Mattel further objects that this Request is premature because

9    Defendants have not complied with their discovery obligations.  They have failed to

10   produce witnesses for deposition and are withholding information and documents

11   requested in violation of orders of the Discovery Master and the Court.  Mattel

12   objects to the use of the term "REFLECTING" as vague, ambiguous, and overbroad.

13   Mattel further objects to this Request to the extent that it calls for the disclosure of

14   information subject to the attorney-client privilege, the attorney work-product

15   doctrine and other applicable privileges.  Mattel further objects to this Request on the

16   ground and to the extent it seeks trade secret, proprietary or otherwise confidential

17   information of Mattel or third parties.  Any such documents that are produced, if any,

18   will be produced only pursuant to and in reliance upon the Protective Order entered in

19   this case.  Mattel also objects to this Request to the extent it seeks documents that are

20   in the possession, custody and control of a foreign subsidiary of a party.  MGA has

21   objected that such documents are not within the scope of requests to a domestic party.

22   Mattel further objects to this Request to the extent that it may seek documents already

23   produced by Mattel, including documents stolen by MGA and other defendants.

24   Such documents will not be produced again.

25           Subject to the foregoing objections, Mattel responds as follows:  At a

26   mutually agreeable time and place, Mattel will produce the non-privileged

27   documents, if any, that Mattel has been able to locate after a diligent search and

28

1  reasonable inquiry, to the extent not previously produced that show that Machado

2  gave to MGA and its subsidiaries and agents documents stolen from Mattel.

3

4  REQUEST FOR PRODUCTION NO. 31:

5        All DOCUMENTS REFLECTING that any documents allegedly taken

6  by MACHADO from MATTEL, including, without limitation, any of the documents

7  identified in page 31, line 12, through page 32, line 24 of MATTEL's Supplemental

8  Responses and Objections to MGA's First Set of Interrogatories, gave MGA an

9  "unfair competitive advantage," as referenced on page 32, lines 25 through 27, of

10  MATTEL's Supplemental Responses and Objections to MGA's First Set of

11  Interrogatories.

12

13  RESPONSE TO REQUEST FOR PRODUCTION NO. 31:

14        Mattel incorporates by reference the above-stated general objections as if

15  fully set forth herein.  Mattel also specifically objects to the use of the term

16  "REFLECTING" as vague, ambiguous, and overbroad.  Mattel further objects to this

17  Request on the ground and to the extent it seeks trade secret, proprietary or otherwise

18  confidential information of Mattel or third parties.  Any such documents that are

19  produced, if any, will be produced only pursuant to and in reliance upon the

20  Protective Order entered in this case.  Mattel further objects that this Request is

21  premature because Defendants have not complied with their discovery obligations.

22  They have failed to produce witnesses for deposition and are withholding information

23  and documents requested in violation of orders of the Discovery Master and the

24  Court.  Mattel further objects to this Request on the ground that it is premature

25  because the subject matter of this Request will be the subject of expert testimony at

26  trial.  Mattel objects to this Request to the extent it seeks to limit the expert testimony

27  that Mattel may seek to introduce at trial.  Mattel will identify its experts and make

28  related disclosures in accordance with the Court's orders and applicable rules.  Mattel

1   further objects to this Request to the extent that it calls for the disclosure of

2   information subject to the attorney-client privilege, the attorney work-product

3   doctrine and other applicable privileges.  Mattel also objects to this Request to the

4   extent it seeks documents that are in the possession, custody and control of a foreign

5   subsidiary of a party.  MGA has objected that such documents are not within the

6   scope of requests to a domestic party.  Mattel further objects to this Request to the

7   extent that it may seek documents already produced by Mattel, including documents

8   stolen by MGA and other defendants.  Such documents will not be produced again.

9   Mattel also objects to this Request because it seeks documents that are in the MGA

10  Parties' exclusive possession, custody and control.  Mattel does not possess

11  documents regarding how MGA obtained an unfair competitive advantage.

12

13  REQUEST FOR PRODUCTION NO. 32:

14          All DOCUMENTS REFLECTING that any documents allegedly taken

15  by MACHADO from MATTEL, including, without limitation, any of the documents

16  identified in page 31, line 12, through page 32, line 24 of MATTEL's Supplemental

17  Responses and Objections to MGA's First Set of Interrogatories, gave MGA HK an

18  "unfair competitive advantage," as referenced on page 32, lines 25 through 27, of

19  MATTEL's Supplemental Responses and Objections to MGA's First Set of

20  Interrogatories.

21

22  RESPONSE TO REQUEST FOR PRODUCTION NO. 32:

23          Mattel incorporates by reference the above-stated general objections as if

24  fully set forth herein.  Mattel also specifically objects to the use of the term

25  "REFLECTING" as vague, ambiguous, and overbroad.  Mattel further objects to this

26  Request on the ground and to the extent it seeks trade secret, proprietary or otherwise

27  confidential information of Mattel or third parties.  Any such documents that are

28  produced, if any, will be produced only pursuant to and in reliance upon the

**EXHIBIT 2  Page 69**

Protective Order entered in this case.  Mattel further objects that this Request is premature because Defendants have not complied with their discovery obligations. They have failed to produce witnesses for deposition and are withholding information and documents requested in violation of orders of the Discovery Master and the Court.  Mattel further objects to this Request on the ground that it is premature because the subject matter of this Request will be the subject of expert testimony at trial.  Mattel objects to this Request to the extent it seeks to limit the expert testimony that Mattel may seek to introduce at trial.  Mattel will identify its experts and make related disclosures in accordance with the Court's orders and applicable rules.  Mattel further objects to this Request to the extent that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges.  Mattel also objects to this Request to the extent it seeks documents that are in the possession, custody and control of a foreign subsidiary of a party.  MGA has objected that such documents are not within the scope of requests to a domestic party.  Mattel further objects to this Request to the extent that it may seek documents already produced by Mattel, including documents stolen by MGA and other defendants.  Such documents will not be produced again. Mattel also objects to this Request because it seeks documents that are in the MGA Parties' exclusive possession, custody and control.

REQUEST FOR PRODUCTION NO. 33:

All DOCUMENTS REFLECTING that any documents allegedly taken by MACHADO from MATTEL, including, without limitation, any of the documents identified in page 31, line 12, through page 32, line 24 of MATTEL's Supplemental Responses and Objections to MGA's First Set of Interrogatories, gave MGA MEXICO an "unfair competitive advantage," as referenced on page 32, lines 25 through 27, of MATTEL's Supplemental Responses and Objections to MGA's First Set of Interrogatories.

RESPONSE TO REQUEST FOR PRODUCTION NO. 33:

Mattel incorporates by reference the above-stated general objections as if fully set forth herein.  Mattel also specifically objects to the use of the term "REFLECTING" as vague, ambiguous, and overbroad.  Mattel further objects to this Request on the ground and to the extent it seeks trade secret, proprietary or otherwise confidential information of Mattel or third parties.  Any such documents that are produced, if any, will be produced only pursuant to and in reliance upon the Protective Order entered in this case.  Mattel further objects that this Request is premature because Defendants have not complied with their discovery obligations. They have failed to produce witnesses for deposition and are withholding information and documents requested in violation of orders of the Discovery Master and the Court.  Mattel further objects to this Request on the ground that it is premature because the subject matter of this Request will be the subject of expert testimony at trial.  Mattel objects to this Request to the extent it seeks to limit the expert testimony that Mattel may seek to introduce at trial.  Mattel will identify its experts and make related disclosures in accordance with the Court's orders and applicable rules.  Mattel further objects to this Request to the extent that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges.  Mattel also objects to this Request to the extent it seeks documents that are in the possession, custody and control of a foreign subsidiary of a party.  MGA has objected that such documents are not within the scope of requests to a domestic party.  Mattel further objects to this Request to the extent that it may seek documents already produced by Mattel, including documents stolen by MGA and other defendants.  Such documents will not be produced again. Mattel also objects to this Request because it seeks documents that are in the MGA Parties' exclusive possession, custody and control.

1   REQUEST FOR PRODUCTION NO. 34:

2           All DOCUMENTS REFLECTING that MACHADO, TRUEBA or

3   VARGAS delivered an "internal line list to LARIAN or another MGA officer during

4   their negotiations with MGA," as set forth in lines 7-8 on page 33 of MATTEL's

5   Supplemental Responses and Objections to MGA's First Set of Interrogatories.

6

7   RESPONSE TO REQUEST FOR PRODUCTION NO. 34:

8           Mattel incorporates by reference the above-stated general objections as if

9   fully set forth herein.  Mattel also specifically objects to this Request on the ground

10  that it is premature because the subject matter of this Request will be the subject of

11  expert testimony at trial.  Mattel objects to this Request to the extent it seeks to limit

12  the expert testimony that Mattel may seek to introduce at trial.  Mattel will identify its

13  experts and make related disclosures in accordance with the Court's orders and

14  applicable rules.  Mattel further objects that this Request is premature because

15  Defendants have not complied with their discovery obligations.  They have failed to

16  produce witnesses for deposition and are withholding information and documents

17  requested in violation of orders of the Discovery Master and the Court.  Mattel

18  objects to the use of the term "REFLECTING" as vague, ambiguous, and overbroad.

19  Mattel further objects to this Request to the extent that it calls for the disclosure of

20  information subject to the attorney-client privilege, the attorney work-product

21  doctrine and other applicable privileges.  Mattel further objects to this Request on the

22  ground and to the extent it seeks trade secret, proprietary or otherwise confidential

23  information of Mattel or third parties.  Any such documents that are produced, if any,

24  will be produced only pursuant to and in reliance upon the Protective Order entered in

25  this case.  Mattel also objects to this Request to the extent it seeks documents that are

26  in the possession, custody and control of a foreign subsidiary of a party.  MGA has

27  objected that such documents are not within the scope of requests to a domestic party.

28  Mattel further objects to this Request to the extent that it may seek documents already

-45-

MATTEL, INC.'S RESPONSES TO MGA'S FIRST SET OF (PHASE 2) REQUESTS FOR PRODUCTION

**EXHIBIT 2 - Page 72**

1  produced by Mattel, including documents stolen by MGA and other defendants.

2  Such documents will not be produced again.

3          Subject to the foregoing objections, Mattel responds as follows:  At a

4  mutually agreeable time and place, Mattel will produce the non-privileged

5  documents, if any, that Mattel has been able to locate after a diligent search and

6  reasonable inquiry, to the extent not previously produced that show that Machado,

7  Trueba, and Vargas delivered a Mattel internal line list to MGA or an officer of

8  MGA.

9

10  REQUEST FOR PRODUCTION NO. 35:

11          All DOCUMENTS REFLECTING that MGA's alleged access to

12  MATTEL's confidential business plans or methods caused MGA to increase its

13  market share in Mexico.

14

15  RESPONSE TO REQUEST FOR PRODUCTION NO. 35:

16          Mattel incorporates by reference the above-stated general objections as if

17  fully set forth herein.  Mattel also specifically objects to this Request on the ground

18  that it is premature because the subject matter of this Request will be the subject of

19  expert testimony at trial.  Mattel objects to this Request to the extent it seeks to limit

20  the expert testimony that Mattel may seek to introduce at trial.  Mattel will identify its

21  experts and make related disclosures in accordance with the Court's orders and

22  applicable rules.  Mattel further objects that this Request is premature because

23  Defendants have not complied with their discovery obligations.  They have failed to

24  produce witnesses for deposition and are withholding information and documents

25  requested in violation of orders of the Discovery Master and the Court.  Defendant

26  MGA Mexico also has not produced many relevant documents relating to this

27  Request.  Mattel objects to the use of the terms "REFLECTING" and "MGA" as

28  vague, ambiguous, and overbroad.  Mattel further objects to this Request to the extent

-46-

**EXHIBIT 2 - Page 73**

1  that it calls for the disclosure of information subject to the attorney-client privilege,

2  the attorney work-product doctrine and other applicable privileges.  Mattel further

3  objects to this Request on the ground and to the extent it seeks trade secret,

4  proprietary or otherwise confidential information of Mattel or third parties.  Any such

5  documents that are produced, if any, will be produced only pursuant to and in reliance

6  upon the Protective Order entered in this case.  Mattel also objects to this Request to

7  the extent it seeks documents that are in the possession, custody and control of a

8  foreign subsidiary of a party.  MGA has objected that such documents are not within

9  the scope of requests to a domestic party.  Mattel further objects to this Request to the

10  extent that it may seek documents already produced by Mattel, including documents

11  stolen by MGA and other defendants.  Such documents will not be produced again.

12

13  REQUEST FOR PRODUCTION NO. 36:

14          All DOCUMENTS REFLECTING that MGA's alleged access to

15  MATTEL's confidential business plans or methods caused MGA MEXICO to

16  increase its market share in Mexico.

17

18  RESPONSE TO REQUEST FOR PRODUCTION NO. 36:

19          Mattel incorporates by reference the above-stated general objections as if

20  fully set forth herein.  Mattel also specifically objects to this Request on the ground

21  that it is premature because the subject matter of this Request will be the subject of

22  expert testimony at trial.  Mattel objects to this Request to the extent it seeks to limit

23  the expert testimony that Mattel may seek to introduce at trial.  Mattel will identify its

24  experts and make related disclosures in accordance with the Court's orders and

25  applicable rules.  Mattel further objects that this Request is premature because

26  Defendants have not complied with their discovery obligations.  They have failed to

27  produce witnesses for deposition and are withholding information and documents

28  requested in violation of orders of the Discovery Master and the Court.  Defendant

1  MGA Mexico also has not produced many relevant documents relating to this
2  Request.  Mattel objects to the use of the terms "REFLECTING" and "MGA" as
3  vague, ambiguous, and overbroad.  Mattel further objects to this Request to the extent
4  that it calls for the disclosure of information subject to the attorney-client privilege,
5  the attorney work-product doctrine and other applicable privileges.  Mattel further
6  objects to this Request on the ground and to the extent it seeks trade secret,
7  proprietary or otherwise confidential information of Mattel or third parties.  Any such
8  documents that are produced, if any, will be produced only pursuant to and in reliance
9  upon the Protective Order entered in this case.  Mattel also objects to this Request to
10 the extent it seeks documents that are in the possession, custody and control of a
11 foreign subsidiary of a party.  MGA has objected that such documents are not within
12 the scope of requests to a domestic party.  Mattel further objects to this Request to the
13 extent that it may seek documents already produced by Mattel, including documents
14 stolen by MGA and other defendants.  Such documents will not be produced again.
15
16 REQUEST FOR PRODUCTION NO. 37:
17          All DOCUMENTS REFLECTING that Mexican authorities seized from
18 MGA's offices electronic and paper copies of a large number of MATTEL trade
19 secrets, as alleged in lines 14-20 of page 33 of MATTEL's Supplemental Responses
20 and Objections to MGA's First Set of Interrogatories.
21
22 RESPONSE TO REQUEST FOR PRODUCTION NO. 37:
23          Mattel incorporates by reference the above-stated general objections as if
24 fully set forth herein.  Mattel further objects that this Request is premature because
25 Defendants have not complied with their discovery obligations.  They have failed to
26 produce witnesses for deposition and are withholding information and documents
27 requested in violation of orders of the Discovery Master and the Court.  Mattel
28 objects to the use of the term "REFLECTING" as vague, ambiguous, and overbroad.

**EXHIBIT 2  Page 75**

1  Mattel further objects to this Request to the extent that it calls for the disclosure of

2  information subject to the attorney-client privilege, the attorney work-product

3  doctrine and other applicable privileges.  Mattel also objects to this Request to the

4  extent it seeks documents that are in the possession, custody and control of a foreign

5  subsidiary of a party.  MGA has objected that such documents are not within the

6  scope of requests to a domestic party.  Mattel further objects to this Request to the

7  extent that it may seek documents already produced by Mattel, including documents

8  stolen by MGA and other defendants.  Such documents will not be produced again.

9         Subject to the foregoing objections, Mattel responds as follows:  At a

10  mutually agreeable time and place, Mattel will produce the non-privileged

11  documents, if any, that Mattel has been able to locate after a diligent search and

12  reasonable inquiry, to the extent not previously produced showing that Mexico law

13  enforcement officials executed a search warrant on the main office of the Mexican

14  subsidiary of MGA and seized electronic and physical documents authored by Mattel

15  and that contain Mattel trade secrets and other confidential and proprietary

16  information.

17

18  REQUEST FOR PRODUCTION NO. 38:

19         All DOCUMENTS REFLECTING that Ron BRAWER "removed

20  proprietary and trade secret information from MATTEL that he did not return," as

21  alleged in lines 9-10 on page 35 of MATTEL's Supplemental Responses and

22  Objections to MGA's First Set of Interrogatories.

23

24  RESPONSE TO REQUEST FOR PRODUCTION NO. 38:

25         Mattel incorporates by reference the above-stated general objections as if

26  fully set forth herein.  Mattel further objects that this Request is premature because

27  Defendants have not complied with their discovery obligations.  They have failed to

28  produce witnesses for deposition and are withholding information and documents

1  requested in violation of orders of the Discovery Master and the Court.  Mattel

2  objects to the use of the term "REFLECTING" as vague, ambiguous, and overbroad.

3  Mattel further objects to this Request to the extent that it calls for the disclosure of

4  information subject to the attorney-client privilege, the attorney work-product

5  doctrine and other applicable privileges.  Mattel also objects to this Request to the

6  extent it seeks documents that are in the possession, custody and control of a foreign

7  subsidiary of a party.  MGA has objected that such documents are not within the

8  scope of requests to a domestic party.  Mattel further objects to this Request to the

9  extent that it may seek documents already produced by Mattel, including documents

10  stolen by MGA and other defendants.  Such documents will not be produced again.

11       Subject to the foregoing objections, Mattel responds as follows:  At a

12  mutually agreeable time and place, Mattel will produce non-privileged documents

13  responsive to this Request, if any, that Mattel has been able to locate after a diligent

14  search and reasonable inquiry, to the extent not previously produced.

15

16  REQUEST FOR PRODUCTION NO. 39:

17       All DOCUMENTS REFLECTING that Ron BRAWER "has targeted

18  certain MATTEL employees who have broad access to MATTEL proprietary

19  information in an effort to induce and encourage them to join MGA and to steal or

20  otherwise wrongfully misappropriate MATTEL confidential information and secrets,"

21  as alleged in lines 17-21 on page 35 of MATTEL's Supplemental Responses and

22  Objections to MGA's First Set of Interrogatories.

23

24  RESPONSE TO REQUEST FOR PRODUCTION NO. 39:

25       Mattel incorporates by reference the above-stated general objections as if

26  fully set forth herein.  Mattel further objects that this Request is premature because

27  Defendants have not complied with their discovery obligations.  They have failed to

28  produce witnesses for deposition and are withholding information and documents

**EXHIBIT 2 - Page 77**

1  requested in violation of orders of the Discovery Master and the Court. Mattel

2  objects to the use of the term "REFLECTING" as vague, ambiguous, and overbroad.

3  Mattel further objects to this Request on the grounds that it seeks documents equally

4  or more available to, or already in the possession, custody or control of MGA. Mattel

5  further objects to this Request to the extent that it calls for the disclosure of

6  information subject to the attorney-client privilege, the attorney work-product

7  doctrine and other applicable privileges. Mattel also objects to this Request to the

8  extent it seeks documents that are in the possession, custody and control of a foreign

9  subsidiary of a party. MGA has objected that such documents are not within the

10  scope of requests to a domestic party. Mattel further objects to this Request to the

11  extent that it may seek documents already produced by Mattel, including documents

12  stolen by MGA and other defendants. Such documents will not be produced again.

13  Subject to the foregoing objections, Mattel responds as follows: At a

14  mutually agreeable time and place, Mattel will produce non-privileged documents

15  responsive to this Request, if any, that Mattel has been able to locate after a diligent

16  search and reasonable inquiry, to the extent not previously produced.

17

18  REQUEST FOR PRODUCTION NO. 40:

19  All DOCUMENTS REFLECTING that MGA made an effort to induce

20  or encourage BRISBOIS to steal MATTEL confidential information and trade

21  secrets, as alleged in lines 2-6 on page 36 of MATTEL's Supplemental Responses and

22  Objections to MGA's First Set of Interrogatories.

23

24  RESPONSE TO REQUEST FOR PRODUCTION NO. 40:

25  Mattel incorporates by reference the above-stated general objections as if

26  fully set forth herein. Mattel further objects that this Request is premature because

27  Defendants have not complied with their discovery obligations. Defendants have

28  failed to produce witnesses for deposition and are withholding information and

-51-

**EXHIBIT 2 - Page 78**

1   documents requested in violation of orders of the Discovery Master and the Court.

2   Defendants have also refused to produce Brisbois or an MGA Canada representative

3   for deposition or to produce documents on their behalf.  Mattel objects to the use of

4   the term "REFLECTING" as vague, ambiguous, and overbroad.  Mattel further

5   objects to this Request on the grounds that it seeks documents equally or more

6   available to, or already in the possession, custody or control of MGA.  Mattel further

7   objects to this Request to the extent that it calls for the disclosure of information

8   subject to the attorney-client privilege, the attorney work-product doctrine and other

9   applicable privileges.  Mattel also objects to this Request to the extent it seeks

10   documents that are in the possession, custody and control of a foreign subsidiary of a

11   party.  MGA has objected that such documents are not within the scope of requests to

12   a domestic party.  Mattel further objects to this Request to the extent that it may seek

13   documents already produced by Mattel, including documents stolen by MGA and

14   other defendants.  Such documents will not be produced again.

15            Subject to the foregoing objections, Mattel responds as follows:  At a

16   mutually agreeable time and place, Mattel will produce the non-privileged documents

17   responsive to this Request, if any, that Mattel has been able to locate after a diligent

18   search and reasonable inquiry, to the extent not previously produced, showing MGA's

19   inducement of Brisbois to steal Mattel trade secrets and confidential information.

20

21   REQUEST FOR PRODUCTION NO. 41:

22            All DOCUMENTS REFLECTING that BRISBOIS took from MATTEL

23   the documents listed on page 37, line 5 through page 38, line 5 of MATTEL's

24   Supplemental Responses and Objections to MGA's First Set of Interrogatories.

25

26   RESPONSE TO REQUEST FOR PRODUCTION NO. 41:

27            Mattel incorporates by reference the above-stated general objections as if

28   fully set forth herein.  Mattel also specifically objects to this Request on the ground

1   that it is premature because the subject matter of this Request will be the subject of

2   expert testimony at trial.  Mattel objects to this Request to the extent it seeks to limit

3   the expert testimony that Mattel may seek to introduce at trial.  Mattel will identify its

4   experts and make related disclosures in accordance with the Court's orders and

5   applicable rules.  Mattel further objects that this Request is premature because

6   Defendants have not complied with their discovery obligations.  They have failed to

7   produce witnesses for deposition and are withholding information and documents

8   requested in violation of orders of the Discovery Master and the Court.  Defendants

9   have also refused to produce Brisbois or an MGA Canada representative for

10  deposition or to produce documents on their behalf.  Mattel objects to the use of the

11  term "REFLECTING" as vague, ambiguous, and overbroad.  Mattel further objects to

12  this Request to the extent that it calls for the disclosure of information subject to the

13  attorney-client privilege, the attorney work-product doctrine and other applicable

14  privileges.  Mattel further objects to this Request on the ground and to the extent it

15  seeks trade secret, proprietary or otherwise confidential information of Mattel or third

16  parties.  Any such documents that are produced, if any, will be produced only

17  pursuant to and in reliance upon the Protective Order entered in this case.  Mattel also

18  objects to this Request to the extent it seeks documents that are in the possession,

19  custody and control of a foreign subsidiary of a party.  MGA has objected that such

20  documents are not within the scope of requests to a domestic party.  Mattel further

21  objects to this Request to the extent that it may seek documents already produced by

22  Mattel, including documents stolen by MGA and other defendants.  Such documents

23  will not be produced again.

24         Subject to the foregoing objections, Mattel responds as follows:  At a

25  mutually agreeable time and place, Mattel will produce the non-privileged

26  documents, if any, that Mattel has been able to locate after a diligent search and

27  reasonable inquiry, to the extent not previously produced, that (a) Brisbois took from

28  Mattel and, (b) that show the theft of those documents.

1   REQUEST FOR PRODUCTION NO. 42:

2          All DOCUMENTS REFLECTING that BRISBOIS and/or MGA used

3   trade secrets stolen from MATTEL for MGA's benefit, as alleged in lines 12-14 on

4   page 38 of MATTEL's Supplemental Responses and Objections to MGA's First Set

5   of Interrogatories.

6

7   RESPONSE TO REQUEST FOR PRODUCTION NO. 42:

8          Mattel incorporates by reference the above-stated general objections as if

9   fully set forth herein.  Mattel also specifically objects to this Request on the ground

10  that it is premature because the subject matter of this Request will be the subject of

11  expert testimony at trial.  Mattel objects to this Request to the extent it seeks to limit

12  the expert testimony that Mattel may seek to introduce at trial.  Mattel will identify its

13  experts and make related disclosures in accordance with the Court's orders and

14  applicable rules.  Mattel further objects that this Request is premature because

15  Defendants have not complied with their discovery obligations.  They have failed to

16  produce witnesses for deposition and are withholding information and documents

17  requested in violation of orders of the Discovery Master and the Court.  Defendants

18  have also refused to produce Brisbois or an MGA Canada representative for

19  deposition or to produce documents on their behalf.  Mattel objects to the use of the

20  term "REFLECTING" as vague, ambiguous, and overbroad.  Mattel further objects to

21  this Request to the extent that it calls for the disclosure of information subject to the

22  attorney-client privilege, the attorney work-product doctrine and other applicable

23  privileges.  Mattel further objects to this Request on the ground and to the extent it

24  seeks trade secret, proprietary or otherwise confidential information of Mattel or third

25  parties.  Any such documents that are produced, if any, will be produced only

26  pursuant to and in reliance upon the Protective Order entered in this case.  Mattel also

27  objects to this Request to the extent it seeks documents that are in the possession,

28  custody and control of a foreign subsidiary of a party.  MGA has objected that such

1  documents are not within the scope of requests to a domestic party.  Mattel further

2  objects to this Request to the extent that it may seek documents already produced by

3  Mattel, including documents stolen by MGA and other defendants.  Such documents

4  will not be produced again.

5  　　　　　　Subject to the foregoing objections, Mattel responds as follows:  At a

6  mutually agreeable time and place, Mattel will produce non-privileged documents

7  responsive to this Request, if any, that Mattel has been able to locate after a diligent

8  search and reasonable inquiry, to the extent not previously produced.

9

10  REQUEST FOR PRODUCTION NO. 43:

11  　　　　　　All DOCUMENTS REFLECTING that any documents allegedly taken

12  by BRISBOIS from MATTEL were given to MGA by BRISBOIS.

13

14  RESPONSE TO REQUEST FOR PRODUCTION NO. 43:

15  　　　　　　Mattel incorporates by reference the above-stated general objections as if

16  fully set forth herein.  Mattel also specifically objects to this Request on the ground

17  that it is premature because the subject matter of this Request will be the subject of

18  expert testimony at trial.  Mattel objects to this Request to the extent it seeks to limit

19  the expert testimony that Mattel may seek to introduce at trial.  Mattel will identify its

20  experts and make related disclosures in accordance with the Court's orders and

21  applicable rules.  Mattel further objects that this Request is premature because

22  Defendants have not complied with their discovery obligations.  They have failed to

23  produce witnesses for deposition and are withholding information and documents

24  requested in violation of orders of the Discovery Master and the Court.  Defendants

25  have also refused to produce Brisbois or an MGA Canada representative for

26  deposition or to produce documents on their behalf.  Mattel objects to the use of the

27  term "REFLECTING" as vague, ambiguous, and overbroad.  Mattel further objects to

28  this Request to the extent that it calls for the disclosure of information subject to the

1   attorney-client privilege, the attorney work-product doctrine and other applicable

2   privileges.  Mattel further objects to this Request on the ground and to the extent it

3   seeks trade secret, proprietary or otherwise confidential information of Mattel or third

4   parties.  Any such documents that are produced, if any, will be produced only

5   pursuant to and in reliance upon the Protective Order entered in this case.  Mattel also

6   objects to this Request to the extent it seeks documents that are in the possession,

7   custody and control of a foreign subsidiary of a party.  MGA has objected that such

8   documents are not within the scope of requests to a domestic party.  Mattel further

9   objects to this Request to the extent that it may seek documents already produced by

10  Mattel, including documents stolen by MGA and other defendants.  Such documents

11  will not be produced again.

12          Subject to the foregoing objections, Mattel responds as follows:  At a

13  mutually agreeable time and place, Mattel will produce the non-privileged

14  documents, if any, that Mattel has been able to locate after a diligent search and

15  reasonable inquiry, to the extent not previously produced that show that Brisbois gave

16  to MGA and its subsidiaries and agents documents stolen from Mattel.

17

18  REQUEST FOR PRODUCTION NO. 44:

19          All DOCUMENTS REFLECTING that any documents allegedly taken

20  by BRISBOIS from MATTEL were given to MGA HK by BRISBOIS.

21

22  RESPONSE TO REQUEST FOR PRODUCTION NO. 44:

23          Mattel incorporates by reference the above-stated general objections as if

24  fully set forth herein.  Mattel also specifically objects to this Request on the ground

25  that it is premature because the subject matter of this Request will be the subject of

26  expert testimony at trial.  Mattel objects to this Request to the extent it seeks to limit

27  the expert testimony that Mattel may seek to introduce at trial.  Mattel will identify its

28  experts and make related disclosures in accordance with the Court's orders and

1 applicable rules.  Mattel further objects that this Request is premature because

2 Defendants have not complied with their discovery obligations.  They have failed to

3 produce witnesses for deposition and are withholding information and documents

4 requested in violation of orders of the Discovery Master and the Court.  Defendants

5 have also refused to produce Brisbois or an MGA Canada representative for

6 deposition or to produce documents on their behalf.  Mattel objects to the use of the

7 term "REFLECTING" as vague, ambiguous, and overbroad.  Mattel further objects to

8 this Request to the extent that it calls for the disclosure of information subject to the

9 attorney-client privilege, the attorney work-product doctrine and other applicable

10 privileges.  Mattel further objects to this Request on the ground and to the extent it

11 seeks trade secret, proprietary or otherwise confidential information of Mattel or third

12 parties.  Any such documents that are produced, if any, will be produced only

13 pursuant to and in reliance upon the Protective Order entered in this case.  Mattel also

14 objects to this Request to the extent it seeks documents that are in the possession,

15 custody and control of a foreign subsidiary of a party.  MGA has objected that such

16 documents are not within the scope of requests to a domestic party.  Mattel further

17 objects to this Request to the extent that it may seek documents already produced by

18 Mattel, including documents stolen by MGA and other defendants.  Such documents

19 will not be produced again.

20         Subject to the foregoing objections, Mattel responds as follows:  At a

21 mutually agreeable time and place, Mattel will produce the non-privileged

22 documents, if any, that Mattel has been able to locate after a diligent search and

23 reasonable inquiry, to the extent not previously produced that show that Brisbois gave

24 to MGA and its subsidiaries and agents documents stolen from Mattel.

25

26 REQUEST FOR PRODUCTION NO. 45:

27         All DOCUMENTS REFLECTING that any documents allegedly taken

28 by BRISBOIS from MATTEL were given to MGA MEXICO by BRISBOIS.

RESPONSE TO REQUEST FOR PRODUCTION NO. 45:

Mattel incorporates by reference the above-stated general objections as if fully set forth herein.  Mattel also specifically objects to this Request on the ground that it is premature because the subject matter of this Request will be the subject of expert testimony at trial.  Mattel objects to this Request to the extent it seeks to limit the expert testimony that Mattel may seek to introduce at trial.  Mattel will identify its experts and make related disclosures in accordance with the Court's orders and applicable rules.  Mattel further objects that this Request is premature because Defendants have not complied with their discovery obligations.  They have failed to produce witnesses for deposition and are withholding information and documents requested in violation of orders of the Discovery Master and the Court.  Defendants have also refused to produce Brisbois or an MGA Canada representative for deposition or to produce documents on their behalf.  Mattel objects to the use of the term "REFLECTING" as vague, ambiguous, and overbroad.  Mattel further objects to this Request to the extent that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges.  Mattel further objects to this Request on the ground and to the extent it seeks trade secret, proprietary or otherwise confidential information of Mattel or third parties.  Any such documents that are produced, if any, will be produced only pursuant to and in reliance upon the Protective Order entered in this case.  Mattel also objects to this Request to the extent it seeks documents that are in the possession, custody and control of a foreign subsidiary of a party.  MGA has objected that such documents are not within the scope of requests to a domestic party.  Mattel further objects to this Request to the extent that it may seek documents already produced by Mattel, including documents stolen by MGA and other defendants.  Such documents will not be produced again.

Subject to the foregoing objections, Mattel responds as follows:  At a mutually agreeable time and place, Mattel will produce the non-privileged

**EXHIBIT 2   Page 85**

1   documents, if any, that Mattel has been able to locate after a diligent search and

2   reasonable inquiry, to the extent not previously produced that show that Brisbois gave

3   to MGA and its subsidiaries and agents documents stolen from Mattel.

4

5   REQUEST FOR PRODUCTION NO. 46:

6          All DOCUMENTS REFLECTING that any documents allegedly taken

7   by BRISBOIS from MATTEL were given to LARIAN by BRISBOIS.

8

9   RESPONSE TO REQUEST FOR PRODUCTION NO. 46:

10          Mattel incorporates by reference the above-stated general objections as if

11   fully set forth herein.  Mattel also specifically objects to this Request on the ground

12   that it is premature because the subject matter of this Request will be the subject of

13   expert testimony at trial.  Mattel objects to this Request to the extent it seeks to limit

14   the expert testimony that Mattel may seek to introduce at trial.  Mattel will identify its

15   experts and make related disclosures in accordance with the Court's orders and

16   applicable rules.  Mattel further objects that this Request is premature because

17   Defendants have not complied with their discovery obligations.  They have failed to

18   produce witnesses for deposition and are withholding information and documents

19   requested in violation of orders of the Discovery Master and the Court.  Defendants

20   have also refused to produce Brisbois or an MGA Canada representative for

21   deposition or to produce documents on their behalf.  Mattel objects to the use of the

22   term "REFLECTING" as vague, ambiguous, and overbroad.  Mattel further objects to

23   this Request to the extent that it calls for the disclosure of information subject to the

24   attorney-client privilege, the attorney work-product doctrine and other applicable

25   privileges.  Mattel further objects to this Request on the ground and to the extent it

26   seeks trade secret, proprietary or otherwise confidential information of Mattel or third

27   parties.  Any such documents that are produced, if any, will be produced only

28   pursuant to and in reliance upon the Protective Order entered in this case.  Mattel also

1 objects to this Request to the extent it seeks documents that are in the possession,

2 custody and control of a foreign subsidiary of a party.  MGA has objected that such

3 documents are not within the scope of requests to a domestic party.  Mattel further

4 objects to this Request to the extent that it may seek documents already produced by

5 Mattel, including documents stolen by MGA and other defendants.  Such documents

6 will not be produced again.

7 　　　　Subject to the foregoing objections, Mattel responds as follows:  At a

8 mutually agreeable time and place, Mattel will produce the non-privileged

9 documents, if any, that Mattel has been able to locate after a diligent search and

10 reasonable inquiry, to the extent not previously produced that show that Brisbois gave

11 to MGA and its subsidiaries and agents documents stolen from Mattel.

12

13 REQUEST FOR PRODUCTION NO. 47:

14 　　　　DOCUMENTS sufficient to identify any computers assigned by

15 MATTEL to BRISBOIS for use during her employment with MATTEL.

16

17 RESPONSE TO REQUEST FOR PRODUCTION NO. 47:

18 　　　　Mattel incorporates by reference the above-stated general objections as if

19 fully set forth herein.  Mattel also specifically objects to this Request on the ground

20 that it is premature because the subject matter of this Request will be the subject of

21 expert testimony at trial.  Mattel objects to this Request to the extent it seeks to limit

22 the expert testimony that Mattel may seek to introduce at trial.  Mattel will identify its

23 experts and make related disclosures in accordance with the Court's orders and

24 applicable rules.  Mattel further objects that this Request is premature because

25 Defendants have not complied with their discovery obligations.  They have failed to

26 produce witnesses for deposition and are withholding information and documents

27 requested in violation of orders of the Discovery Master and the Court.  Defendants

28 have also refused to produce Brisbois or an MGA Canada representative for

1  deposition or to produce documents on their behalf.  Mattel also objects to this

2  Request to the extent that it seeks information not relevant to the subject matter of

3  this lawsuit or reasonably calculated to lead to the discovery of admissible evidence.

4  Mattel further objects to this Request to the extent that it calls for the disclosure of

5  information subject to the attorney-client privilege, the attorney work-product

6  doctrine and other applicable privileges.  Mattel also objects to this Request to the

7  extent it seeks documents that are in the possession, custody and control of a foreign

8  subsidiary of a party.  MGA has objected that such documents are not within the

9  scope of requests to a domestic party.  Mattel further objects to this Request to the

10  extent that it may seek documents already produced by Mattel, including documents

11  stolen by MGA and other defendants.  Such documents will not be produced again.

12       Subject to the foregoing objections, Mattel responds as follows:  At a

13  mutually agreeable time and place, Mattel will produce non-privileged documents, if

14  any, that Mattel has been able to locate after a diligent search and reasonable inquiry,

15  to the extent not previously produced, that are sufficient to identify the personal

16  computer assigned to Brisbois at the time that she resigned.

17

18  REQUEST FOR PRODUCTION NO. 48:

19       The hard drive(s) or any mirror image thereof (including but not limited

20  to any mirror image on any server or storage device) from any and all computers

21  assigned by MATTEL to BRISBOIS for use during the last year of her employment

22  with MATTEL.

23

24  RESPONSE TO REQUEST FOR PRODUCTION NO. 48:

25       Mattel incorporates by reference the above-stated general objections as if

26  fully set forth herein.  Mattel further objects that this Request is premature because

27  Defendants have not complied with their discovery obligations.  They have failed to

28  produce witnesses for deposition and are withholding information and documents

requested in violation of orders of the Discovery Master and the Court.  Defendants have also refused to produce Brisbois or an MGA Canada representative for deposition or to produce documents on their behalf.  Defendants also refuse to produce hard drives or mirror images thereof to Mattel.  Mattel also objects to this Request to the extent that it seeks information not relevant to the subject matter of this lawsuit or reasonably calculated to lead to the discovery of admissible evidence. Mattel further objects that this Request is vague and ambiguous.  Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence.  Mattel further objects to this Request on the grounds that it seeks confidential, proprietary and trade secret information, including such information that has no bearing on the claims or defenses in this case.  Mattel also objects to this Request to the extent it seeks documents that are in the possession, custody and control of a foreign subsidiary of a party.  MGA has objected that such documents are not within the scope of requests to a domestic party.

REQUEST FOR PRODUCTION NO. 49:

DOCUMENTS sufficient to identify any computers assigned by MATTEL to CASTILLA for use during his employment with MATTEL.

RESPONSE TO REQUEST FOR PRODUCTION NO. 49:

Mattel incorporates by reference the above-stated general objections as if fully set forth herein.  Mattel also specifically objects to this Request on the ground that it is premature because the subject matter of this Request will be the subject of expert testimony at trial.  Mattel objects to this Request to the extent it seeks to limit the expert testimony that Mattel may seek to introduce at trial.  Mattel will identify its experts and make related disclosures in accordance with the Court's orders and applicable rules.  Mattel further objects that this Request is premature because

1   Defendants have not complied with their discovery obligations.  They have failed to

2   produce witnesses for deposition and are withholding information and documents

3   requested in violation of orders of the Discovery Master and the Court.  Mattel also

4   objects to this Request to the extent that it seeks information not relevant to the

5   subject matter of this lawsuit or reasonably calculated to lead to the discovery of

6   admissible evidence.  Mattel further objects to this Request to the extent that it calls

7   for the disclosure of information subject to the attorney-client privilege, the attorney

8   work-product doctrine and other applicable privileges.  Mattel further objects to this

9   Request to the extent that it may seek documents already produced by Mattel,

10  including documents stolen by MGA and other defendants.  Such documents will not

11  be produced again.

12          Subject to the foregoing objections, Mattel responds as follows:  At a

13  mutually agreeable time and place, Mattel will produce non-privileged documents, if

14  any, that Mattel has been able to locate after a diligent search and reasonable inquiry,

15  to the extent not previously produced, that identify the personal computer assigned to

16  Castilla at the time that he resigned.

17

18  REQUEST FOR PRODUCTION NO. 50:

19          The hard drive(s) or any mirror image thereof (including but not limited

20  to any mirror image on any server or storage device) from any and all computers

21  assigned by MATTEL to CASTILLA for use during the last year of his employment

22  with MATTEL.

23

24  RESPONSE TO REQUEST FOR PRODUCTION NO. 50:

25          Mattel incorporates by reference the above-stated general objections as if

26  fully set forth herein.  Mattel further objects that this Request is premature because

27  Defendants have not complied with their discovery obligations.  They have failed to

28  produce witnesses for deposition and are withholding information and documents

**EXHIBIT 2, Page 90**

1   requested in violation of orders of the Discovery Master and the Court.  Defendants

2   also refuse to produce hard drives or mirror images thereof to Mattel.  Mattel also

3   objects to this Request to the extent that it seeks information not relevant to the

4   subject matter of this lawsuit or reasonably calculated to lead to the discovery of

5   admissible evidence.  Mattel further objects that this Request is vague and

6   ambiguous.  Mattel further objects to the Request on the grounds that it seeks

7   documents that are not relevant to this action or likely to lead to the discovery of

8   admissible evidence.  Mattel further objects to this Request on the grounds that it

9   seeks confidential, proprietary and trade secret information, including such

10  information that has no bearing on the claims or defenses in this case.  Mattel also

11  objects to this Request to the extent it seeks documents that are in the possession,

12  custody and control of a foreign subsidiary of a party.  MGA has objected that such

13  documents are not within the scope of requests to a domestic party.

14          Subject to the foregoing objections, Mattel responds as follows: On April

15  13, 2009, Mattel produced to MGA a forensic image of the Castilla-specific

16  electronic media pursuant to the Discovery Master's Order No. 6 compelling Mattel

17  to produce copies of its "communications with law enforcement authorities" and

18  "copies of any documents that it has provided to law enforcement authorities."

19

20  REQUEST FOR PRODUCTION NO. 51:

21          All DOCUMENTS REFLECTING that CASTILLA took from

22  MATTEL the documents listed on page 42, line 6 through page 43, line 17 of

23  MATTEL's Supplemental Responses and Objections to MGA's First Set of

24  Interrogatories.

25

26  RESPONSE TO REQUEST FOR PRODUCTION NO. 51:

27          Mattel incorporates by reference the above-stated general objections as if

28  fully set forth herein.  Mattel also specifically objects to this Request on the ground

1   that it is premature because the subject matter of this Request will be the subject of

2   expert testimony at trial.  Mattel objects to this Request to the extent it seeks to limit

3   the expert testimony that Mattel may seek to introduce at trial.  Mattel will identify its

4   experts and make related disclosures in accordance with the Court's orders and

5   applicable rules.  Mattel further objects that this Request is premature because

6   Defendants have not complied with their discovery obligations.  They have failed to

7   produce witnesses for deposition and are withholding information and documents

8   requested in violation of orders of the Discovery Master and the Court.  Mattel

9   objects to the use of the term "REFLECTING" as vague, ambiguous, and overbroad.

10  Mattel further objects to this Request to the extent that it calls for the disclosure of

11  information subject to the attorney-client privilege, the attorney work-product

12  doctrine and other applicable privileges.  Mattel further objects to this Request on the

13  ground and to the extent it seeks trade secret, proprietary or otherwise confidential

14  information of Mattel or third parties.  Any such documents that are produced, if any,

15  will be produced only pursuant to and in reliance upon the Protective Order entered in

16  this case.  Mattel also objects to this Request to the extent it seeks documents that are

17  in the possession, custody and control of a foreign subsidiary of a party.  MGA has

18  objected that such documents are not within the scope of requests to a domestic party.

19  Mattel further objects to this Request to the extent that it may seek documents already

20  produced by Mattel, including documents stolen by MGA and other defendants.

21  Such documents will not be produced again.

22          Subject to the foregoing objections, Mattel responds as follows:  At a

23  mutually agreeable time and place, Mattel will produce the non-privileged

24  documents, if any, that Mattel has been able to locate after a diligent search and

25  reasonable inquiry, to the extent not previously produced, that (a) Castilla took from

26  Mattel and, (b) that show the theft of those documents.

27

28

1   REQUEST FOR PRODUCTION NO. 52:

2             All DOCUMENTS REFLECTING that CASTILLA has used proprietary

3   and confidential information taken from MATTEL to improve MGA's sales

4   forecasting and inventory planning, as alleged in lines 1-3 on page 44 of MATTEL's

5   Supplemental Responses and Objections to MGA's First Set of Interrogatories.

6

7   RESPONSE TO REQUEST FOR PRODUCTION NO. 52:

8             Mattel incorporates by reference the above-stated general objections as if

9   fully set forth herein.  Mattel also specifically objects to this Request on the ground

10  that it is premature because the subject matter of this Request will be the subject of

11  expert testimony at trial.  Mattel objects to this Request to the extent it seeks to limit

12  the expert testimony that Mattel may seek to introduce at trial.  Mattel will identify its

13  experts and make related disclosures in accordance with the Court's orders and

14  applicable rules.  Mattel further objects that this Request is premature because

15  Defendants have not complied with their discovery obligations.  They have failed to

16  produce witnesses for deposition and are withholding information and documents

17  requested in violation of orders of the Discovery Master and the Court.  Defendants

18  have also refused to produce Brisbois or an MGA Canada representative for

19  deposition or to produce documents on their behalf.  Mattel objects to the use of the

20  term "REFLECTING" as vague, ambiguous, and overbroad.  Mattel further objects to

21  this Request to the extent that it calls for the disclosure of information subject to the

22  attorney-client privilege, the attorney work-product doctrine and other applicable

23  privileges.  Mattel further objects to this Request on the ground and to the extent it

24  seeks trade secret, proprietary or otherwise confidential information of Mattel or third

25  parties.  Any such documents that are produced, if any, will be produced only

26  pursuant to and in reliance upon the Protective Order entered in this case.  Mattel also

27  objects to this Request to the extent it seeks documents that are in the possession,

28  custody and control of a foreign subsidiary of a party.  MGA has objected that such

1   documents are not within the scope of requests to a domestic party.  Mattel further

2   objects to this Request to the extent that it may seek documents already produced by

3   Mattel, including documents stolen by MGA and other defendants.  Such documents

4   will not be produced again.

5          Subject to the foregoing objections, Mattel responds as follows:  At a

6   mutually agreeable time and place, Mattel will produce non-privileged documents

7   responsive to this Request, if any, that Mattel has been able to locate after a diligent

8   search and reasonable inquiry, to the extent not previously produced.

9

10  REQUEST FOR PRODUCTION NO. 53:

11         All DOCUMENTS REFLECTING that any documents allegedly taken

12  by CASTILLA from MATTEL were given to MGA by CASTILLA.

13

14  RESPONSE TO REQUEST FOR PRODUCTION NO. 53:

15         Mattel incorporates by reference the above-stated general objections as if

16  fully set forth herein.  Mattel also specifically objects to this Request on the ground

17  that it is premature because the subject matter of this Request will be the subject of

18  expert testimony at trial.  Mattel objects to this Request to the extent it seeks to limit

19  the expert testimony that Mattel may seek to introduce at trial.  Mattel will identify its

20  experts and make related disclosures in accordance with the Court's orders and

21  applicable rules.  Mattel further objects that this Request is premature because

22  Defendants have not complied with their discovery obligations.  They have failed to

23  produce witnesses for deposition and are withholding information and documents

24  requested in violation of orders of the Discovery Master and the Court.  Mattel

25  objects to the use of the term "REFLECTING" as vague, ambiguous, and overbroad.

26  Mattel further objects to this Request to the extent that it calls for the disclosure of

27  information subject to the attorney-client privilege, the attorney work-product

28  doctrine and other applicable privileges.  Mattel further objects to this Request on the

1   ground and to the extent it seeks trade secret, proprietary or otherwise confidential

2   information of Mattel or third parties.  Any such documents that are produced, if any,

3   will be produced only pursuant to and in reliance upon the Protective Order entered in

4   this case.  Mattel also objects to this Request to the extent it seeks documents that are

5   in the possession, custody and control of a foreign subsidiary of a party.  MGA has

6   objected that such documents are not within the scope of requests to a domestic party.

7   Mattel further objects to this Request to the extent that it may seek documents already

8   produced by Mattel, including documents stolen by MGA and other defendants.

9   Such documents will not be produced again.

10          Subject to the foregoing objections, Mattel responds as follows:  At a

11   mutually agreeable time and place, Mattel will produce the non-privileged

12   documents, if any, that Mattel has been able to locate after a diligent search and

13   reasonable inquiry, to the extent not previously produced that show that Castilla gave

14   to MGA and its subsidiaries and agents documents stolen from Mattel.

15

16   REQUEST FOR PRODUCTION NO. 54:

17          All DOCUMENTS REFLECTING that any documents allegedly taken

18   by CASTILLA from MATTEL were given to MGA HK by CASTILLA.

19

20   RESPONSE TO REQUEST FOR PRODUCTION NO. 54:

21          Mattel incorporates by reference the above-stated general objections as if

22   fully set forth herein.  Mattel also specifically objects to this Request on the ground

23   that it is premature because the subject matter of this Request will be the subject of

24   expert testimony at trial.  Mattel objects to this Request to the extent it seeks to limit

25   the expert testimony that Mattel may seek to introduce at trial.  Mattel will identify its

26   experts and make related disclosures in accordance with the Court's orders and

27   applicable rules.  Mattel further objects that this Request is premature because

28   Defendants have not complied with their discovery obligations.  They have failed to

1   produce witnesses for deposition and are withholding information and documents

2   requested in violation of orders of the Discovery Master and the Court.  Mattel

3   objects to the use of the term "REFLECTING" as vague, ambiguous, and overbroad.

4   Mattel further objects to this Request to the extent that it calls for the disclosure of

5   information subject to the attorney-client privilege, the attorney work-product

6   doctrine and other applicable privileges.  Mattel further objects to this Request on the

7   ground and to the extent it seeks trade secret, proprietary or otherwise confidential

8   information of Mattel or third parties.  Any such documents that are produced, if any,

9   will be produced only pursuant to and in reliance upon the Protective Order entered in

10  this case.  Mattel also objects to this Request to the extent it seeks documents that are

11  in the possession, custody and control of a foreign subsidiary of a party.  MGA has

12  objected that such documents are not within the scope of requests to a domestic party.

13  Mattel further objects to this Request to the extent that it may seek documents already

14  produced by Mattel, including documents stolen by MGA and other defendants.

15  Such documents will not be produced again.

16          Subject to the foregoing objections, Mattel responds as follows:  At a

17  mutually agreeable time and place, Mattel will produce the non-privileged

18  documents, if any, that Mattel has been able to locate after a diligent search and

19  reasonable inquiry, to the extent not previously produced that show that Castilla gave

20  to MGA and its subsidiaries and agents documents stolen from Mattel.

21

22  REQUEST FOR PRODUCTION NO. 55:

23          All DOCUMENTS REFLECTING that any documents allegedly taken

24  by CASTILLA from MATTEL were given to MGA MEXICO by CASTILLA.

25

26  RESPONSE TO REQUEST FOR PRODUCTION NO. 55:

27          Mattel incorporates by reference the above-stated general objections as if

28  fully set forth herein.  Mattel also specifically objects to this Request on the ground

**EXHIBIT 2  Page 96**

1  that it is premature because the subject matter of this Request will be the subject of

2  expert testimony at trial.  Mattel objects to this Request to the extent it seeks to limit

3  the expert testimony that Mattel may seek to introduce at trial.  Mattel will identify its

4  experts and make related disclosures in accordance with the Court's orders and

5  applicable rules.  Mattel further objects that this Request is premature because

6  Defendants have not complied with their discovery obligations.  They have failed to

7  produce witnesses for deposition and are withholding information and documents

8  requested in violation of orders of the Discovery Master and the Court.  Mattel

9  objects to the use of the term "REFLECTING" as vague, ambiguous, and overbroad.

10 Mattel further objects to this Request to the extent that it calls for the disclosure of

11 information subject to the attorney-client privilege, the attorney work-product

12 doctrine and other applicable privileges.  Mattel further objects to this Request on the

13 ground and to the extent it seeks trade secret, proprietary or otherwise confidential

14 information of Mattel or third parties.  Any such documents that are produced, if any,

15 will be produced only pursuant to and in reliance upon the Protective Order entered in

16 this case.  Mattel also objects to this Request to the extent it seeks documents that are

17 in the possession, custody and control of a foreign subsidiary of a party.  MGA has

18 objected that such documents are not within the scope of requests to a domestic party.

19 Mattel further objects to this Request to the extent that it may seek documents already

20 produced by Mattel, including documents stolen by MGA and other defendants.

21 Such documents will not be produced again.

22          Subject to the foregoing objections, Mattel responds as follows:  At a

23 mutually agreeable time and place, Mattel will produce the non-privileged

24 documents, if any, that Mattel has been able to locate after a diligent search and

25 reasonable inquiry, to the extent not previously produced that show that Castilla gave

26 to MGA and its subsidiaries and agents documents stolen from Mattel.

27

28

REQUEST FOR PRODUCTION NO. 56:

All DOCUMENTS REFLECTING that any documents allegedly taken by CASTILLA from MATTEL were given to LARIAN by CASTILLA.

RESPONSE TO REQUEST FOR PRODUCTION NO. 56:

Mattel incorporates by reference the above-stated general objections as if fully set forth herein.  Mattel also specifically objects to this Request on the ground that it is premature because the subject matter of this Request will be the subject of expert testimony at trial.  Mattel objects to this Request to the extent it seeks to limit the expert testimony that Mattel may seek to introduce at trial.  Mattel will identify its experts and make related disclosures in accordance with the Court's orders and applicable rules.  Mattel further objects that this Request is premature because Defendants have not complied with their discovery obligations.  They have failed to produce witnesses for deposition and are withholding information and documents requested in violation of orders of the Discovery Master and the Court.  Mattel objects to the use of the term "REFLECTING" as vague, ambiguous, and overbroad. Mattel further objects to this Request to the extent that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges.  Mattel further objects to this Request on the ground and to the extent it seeks trade secret, proprietary or otherwise confidential information of Mattel or third parties.  Any such documents that are produced, if any, will be produced only pursuant to and in reliance upon the Protective Order entered in this case.  Mattel also objects to this Request to the extent it seeks documents that are in the possession, custody and control of a foreign subsidiary of a party.  MGA has objected that such documents are not within the scope of requests to a domestic party. Mattel further objects to this Request to the extent that it may seek documents already produced by Mattel, including documents stolen by MGA and other defendants. Such documents will not be produced again.

-71-
MATTEL, INC.'S RESPONSES TO MGA'S FIRST SET OF (PHASE 2) REQUESTS FOR PRODUCTION

**EXHIBIT 2, Page 98**

1    Subject to the foregoing objections, Mattel responds as follows:  At a
2    mutually agreeable time and place, Mattel will produce the non-privileged
3    documents, if any, that Mattel has been able to locate after a diligent search and
4    reasonable inquiry, to the extent not previously produced that show that Castilla gave
5    to MGA and its subsidiaries and agents documents stolen from Mattel.

6

7    REQUEST FOR PRODUCTION NO. 57:

8    All DOCUMENTS REFLECTING that MGA used any alleged trade
9    secrets owned by MATTEL, except for any BRATZ INJUNCTION EXHIBITS, for
10   any purpose.

11

12   RESPONSE TO REQUEST FOR PRODUCTION NO. 57:

13   Mattel incorporates by reference the above-stated general objections as if
14   fully set forth herein.  Mattel also specifically objects to this Request on the ground
15   that it is premature because the subject matter of this Request will be the subject of
16   expert testimony at trial.  Mattel objects to this Request to the extent it seeks to limit
17   the expert testimony that Mattel may seek to introduce at trial.  Mattel will identify its
18   experts and make related disclosures in accordance with the Court's orders and
19   applicable rules.  Mattel further objects that this Request is premature because
20   Defendants have not complied with their discovery obligations.  They have failed to
21   produce witnesses for deposition and are withholding information and documents
22   requested in violation of orders of the Discovery Master and the Court.  Mattel
23   objects to the use of the term "REFLECTING" as vague, ambiguous, and overbroad.
24   Mattel further objects to this Request on the ground that it is irrelevant and overbroad
25   in that it is not limited to the trade secrets that Mattel alleges were stolen.  Mattel also
26   objects to this Request because it is an interrogatory and not a proper document
27   request.  Mattel further objects to this Request to the extent that it calls for the
28   disclosure of information subject to the attorney-client privilege, the attorney work-

1  product doctrine and other applicable privileges.  Mattel further objects to this

2  Request on the ground and to the extent it seeks trade secret, proprietary or otherwise

3  confidential information of Mattel or third parties.  Any such documents that are

4  produced, if any, will be produced only pursuant to and in reliance upon the

5  Protective Order entered in this case.  Mattel also objects to this Request to the extent

6  it seeks documents that are in the possession, custody and control of a foreign

7  subsidiary of a party.  MGA has objected that such documents are not within the

8  scope of requests to a domestic party.  Mattel further objects to this Request to the

9  extent that it may seek documents already produced by Mattel, including documents

10  stolen by MGA and other defendants.  Such documents will not be produced again.

11          Subject to the foregoing objections, Mattel responds as follows:  At a

12  mutually agreeable time and place, Mattel will produce non-privileged documents

13  responsive to this Request, if any, that Mattel has been able to locate after a diligent

14  search and reasonable inquiry, to the extent not previously produced.

15

16  REQUEST FOR PRODUCTION NO. 58:

17          All DOCUMENTS REFLECTING that MGA HK used any alleged trade

18  secrets owned by MATTEL, except for any BRATZ INJUNCTION EXHIBITS, for

19  any purpose.

20

21  RESPONSE TO REQUEST FOR PRODUCTION NO. 58:

22          Mattel incorporates by reference the above-stated general objections as if

23  fully set forth herein.  Mattel also specifically objects to this Request on the ground

24  that it is premature because the subject matter of this Request will be the subject of

25  expert testimony at trial.  Mattel objects to this Request to the extent it seeks to limit

26  the expert testimony that Mattel may seek to introduce at trial.  Mattel will identify its

27  experts and make related disclosures in accordance with the Court's orders and

28  applicable rules.  Mattel further objects that this Request is premature because

-73-

**EXHIBIT 2  Page 100**

1   Defendants have not complied with their discovery obligations.  They have failed to

2   produce witnesses for deposition and are withholding information and documents

3   requested in violation of orders of the Discovery Master and the Court.  Mattel

4   objects to the use of the term "REFLECTING" as vague, ambiguous, and overbroad.

5   Mattel further objects to this Request on the ground that it is irrelevant and overbroad

6   in that it is not limited to the trade secrets that Mattel alleges were stolen.  Mattel also

7   objects to this Request because it is an interrogatory and not a proper document

8   request.  Mattel further objects to this Request to the extent that it calls for the

9   disclosure of information subject to the attorney-client privilege, the attorney work-

10  product doctrine and other applicable privileges.  Mattel further objects to this

11  Request on the ground and to the extent it seeks trade secret, proprietary or otherwise

12  confidential information of Mattel or third parties.  Any such documents that are

13  produced, if any, will be produced only pursuant to and in reliance upon the

14  Protective Order entered in this case.  Mattel also objects to this Request to the extent

15  it seeks documents that are in the possession, custody and control of a foreign

16  subsidiary of a party.  MGA has objected that such documents are not within the

17  scope of requests to a domestic party.  Mattel further objects to this Request to the

18  extent that it may seek documents already produced by Mattel, including documents

19  stolen by MGA and other defendants.  Such documents will not be produced again.

20          Subject to the foregoing objections, Mattel responds as follows:  At a

21  mutually agreeable time and place, Mattel will produce non-privileged documents

22  responsive to this Request, if any, that Mattel has been able to locate after a diligent

23  search and reasonable inquiry, to the extent not previously produced.

24

25  REQUEST FOR PRODUCTION NO. 59:

26          All DOCUMENTS REFLECTING that MGA MEXICO used any

27  alleged trade secrets owned by MATTEL, except for any BRATZ INJUNCTION

28  EXHIBITS, for any purpose.

**EXHIBIT 2  Page 101**

RESPONSE TO REQUEST FOR PRODUCTION NO. 59:

Mattel incorporates by reference the above-stated general objections as if fully set forth herein. Mattel also specifically objects to this Request on the ground that it is premature because the subject matter of this Request will be the subject of expert testimony at trial. Mattel objects to this Request to the extent it seeks to limit the expert testimony that Mattel may seek to introduce at trial. Mattel will identify its experts and make related disclosures in accordance with the Court's orders and applicable rules. Mattel further objects that this Request is premature because Defendants have not complied with their discovery obligations. They have failed to produce witnesses for deposition and are withholding information and documents requested in violation of orders of the Discovery Master and the Court. Mattel objects to the use of the term "REFLECTING" as vague, ambiguous, and overbroad. Mattel further objects to this Request on the ground that it is irrelevant and overbroad in that it is not limited to the trade secrets that Mattel alleges were stolen. Mattel also objects to this Request because it is an interrogatory and not a proper document request. Mattel further objects to this Request to the extent that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges. Mattel further objects to this Request on the ground and to the extent it seeks trade secret, proprietary or otherwise confidential information of Mattel or third parties. Any such documents that are produced, if any, will be produced only pursuant to and in reliance upon the Protective Order entered in this case. Mattel also objects to this Request to the extent it seeks documents that are in the possession, custody and control of a foreign subsidiary of a party. MGA has objected that such documents are not within the scope of requests to a domestic party. Mattel further objects to this Request to the extent that it may seek documents already produced by Mattel, including documents stolen by MGA and other defendants. Such documents will not be produced again.

1    Subject to the foregoing objections, Mattel responds as follows:  At a

2    mutually agreeable time and place, Mattel will produce non-privileged documents

3    responsive to this Request, if any, that Mattel has been able to locate after a diligent

4    search and reasonable inquiry, to the extent not previously produced.

5

6    REQUEST FOR PRODUCTION NO. 60:

7    All DOCUMENTS REFLECTING that LARIAN used any alleged trade

8    secrets owned by MATTEL, except for any BRATZ INJUNCTION EXHIBITS, for

9    any purpose.

10

11   RESPONSE TO REQUEST FOR PRODUCTION NO. 60:

12   Mattel incorporates by reference the above-stated general objections as if

13   fully set forth herein.  Mattel also specifically objects to this Request on the ground

14   that it is premature because the subject matter of this Request will be the subject of

15   expert testimony at trial.  Mattel objects to this Request to the extent it seeks to limit

16   the expert testimony that Mattel may seek to introduce at trial.  Mattel will identify its

17   experts and make related disclosures in accordance with the Court's orders and

18   applicable rules.  Mattel further objects that this Request is premature because

19   Defendants have not complied with their discovery obligations.  They have failed to

20   produce witnesses for deposition and are withholding information and documents

21   requested in violation of orders of the Discovery Master and the Court.  Mattel

22   objects to the use of the term "REFLECTING" as vague, ambiguous, and overbroad.

23   Mattel further objects to this Request on the ground that it is irrelevant and overbroad

24   in that it is not limited to the trade secrets that Mattel alleges were stolen.  Mattel also

25   objects to this Request because it is an interrogatory and not a proper document

26   request.  Mattel further objects to this Request to the extent that it calls for the

27   disclosure of information subject to the attorney-client privilege, the attorney work-

28   product doctrine and other applicable privileges.  Mattel further objects to this

**EXHIBIT 2   Page 103**

1   Request on the ground and to the extent it seeks trade secret, proprietary or otherwise

2   confidential information of Mattel or third parties.  Any such documents that are

3   produced, if any, will be produced only pursuant to and in reliance upon the

4   Protective Order entered in this case.  Mattel also objects to this Request to the extent

5   it seeks documents that are in the possession, custody and control of a foreign

6   subsidiary of a party.  MGA has objected that such documents are not within the

7   scope of requests to a domestic party.  Mattel further objects to this Request to the

8   extent that it may seek documents already produced by Mattel, including documents

9   stolen by MGA and other defendants.  Such documents will not be produced again.

10           Subject to the foregoing objections, Mattel responds as follows:  At a

11  mutually agreeable time and place, Mattel will produce non-privileged documents

12  responsive to this Request, if any, that Mattel has been able to locate after a diligent

13  search and reasonable inquiry, to the extent not previously produced.

14

15  REQUEST FOR PRODUCTION NO. 61:

16           All DOCUMENTS REFLECTING, REFERRING OR RELATING TO

17  any payment by MATTEL to any government or law enforcement authorities in any

18  country in connection with any actual, requested or proposed investigation and/or

19  prosecution of the alleged theft of MATTEL's trade secrets by BRISBOIS,

20  CASTILLA, VARGAS, TRUEBA and/or MACHADO.

21

22  RESPONSE TO REQUEST FOR PRODUCTION NO. 61:

23           Mattel incorporates by reference the above-stated general objections as if

24  fully set forth herein.  Mattel also specifically objects to this Request on the grounds

25  that it is vague and ambiguous and assumes facts.  Mattel further objects to the use of

26  the terms "REFLECTING, REFERRING OR RELATING TO" as vague, ambiguous,

27  and overbroad."

28

1    Subject to the foregoing objections, Mattel responds as follows:  There

2  are no documents responsive to this Request.

3

4  REQUEST FOR PRODUCTION NO. 62:

5    All DOCUMENTS REFLECTING, REFERRING OR RELATING TO

6  any gifts given by MATTEL to any government or law enforcement authorities in

7  any country in connection with any actual, requested or proposed investigation and/or

8  prosecution of the alleged theft of MATTEL's trade secrets by BRISBOIS,

9  CASTILLA, VARGAS, TRUEBA and/or MACHADO.

10

11  RESPONSE TO REQUEST FOR PRODUCTION NO. 62:

12    Mattel incorporates by reference the above-stated general objections as if

13  fully set forth herein.  Mattel also specifically objects to this Request on the grounds

14  that it is vague and ambiguous and assumes facts.  Mattel further objects to the use of

15  the terms "REFLECTING, REFERRING OR RELATING TO" as vague, ambiguous,

16  and overbroad."

17    Subject to the foregoing objections, Mattel responds as follows:  There

18  are no documents responsive to this Request.

19

20  REQUEST FOR PRODUCTION NO. 63:

21    All DOCUMENTS REFLECTING, REFERRING OR RELATING TO

22  any compensation, monetary or non-monetary, given by MATTEL to any

23  government or law enforcement authorities in any country in connection with any

24  actual, requested or proposed investigation and/or prosecution of the alleged theft of

25  MATTEL's trade secrets by BRISBOIS, CASTILLA, VARGAS, TRUEBA and/or

26  MACHADO.

27

28

**EXHIBIT 2  Page 105**

1  RESPONSE TO REQUEST FOR PRODUCTION NO. 63:

2        Mattel incorporates by reference the above-stated general objections as if

3  fully set forth herein.  Mattel also specifically objects to this Request on the grounds

4  that it is vague and ambiguous and assumes facts.  Mattel further objects to the use of

5  the terms "REFLECTING, REFERRING OR RELATING TO" as vague, ambiguous,

6  and overbroad."

7        Subject to the foregoing objections, Mattel responds as follows:  There

8  are no documents responsive to this Request.

9

10  REQUEST FOR PRODUCTION NO. 64:

11        DOCUMENTS sufficient to identify with specificity any alleged trade

12  secret owned by MATTEL that YOU contend was misappropriated by or on behalf of

13  MGA, except for any BRATZ INJUNCTION EXHIBITS.

14

15  RESPONSE TO REQUEST FOR PRODUCTION NO. 64:

16        Mattel incorporates by reference the above-stated general objections as if

17  fully set forth herein.  Mattel also specifically objects to this Request because it is an

18  interrogatory and not a proper document request.  Mattel further objects to this

19  Request on the grounds that it is vague, ambiguous, and overbroad.  Mattel also

20  specifically objects to this Request on the ground that it is premature because the

21  subject matter of this Request will be the subject of expert testimony at trial.  Mattel

22  objects to this Request to the extent it seeks to limit the expert testimony that Mattel

23  may seek to introduce at trial.  Mattel will identify its experts and make related

24  disclosures in accordance with the Court's orders and applicable rules.  Mattel further

25  objects that this Request is premature because Defendants have not complied with

26  their discovery obligations.  They have failed to produce witnesses for deposition and

27  are withholding information and documents requested in violation of orders of the

28  Discovery Master and the Court.  Mattel further objects to this Request to the extent

**EXHIBIT 2  Page 106**

1  that it calls for the disclosure of information subject to the attorney-client privilege,

2  the attorney work-product doctrine and other applicable privileges.  Mattel further

3  objects to this Request on the ground and to the extent it seeks trade secret,

4  proprietary or otherwise confidential information of Mattel or third parties.  Any such

5  documents that are produced, if any, will be produced only pursuant to and in reliance

6  upon the Protective Order entered in this case.  Mattel also objects to this Request to

7  the extent it seeks documents that are in the possession, custody and control of a

8  foreign subsidiary of a party.  MGA has objected that such documents are not within

9  the scope of requests to a domestic party.  Mattel further objects to this Request to the

10  extent that it may seek documents already produced by Mattel, including documents

11  stolen by MGA and other defendants.  Such documents will not be produced again.

12         Subject to the foregoing objections, Mattel responds as follows:  At a

13  mutually agreeable time and place, Mattel will produce non-privileged documents, if

14  any, that Mattel has been able to locate and identify after a diligent search and

15  reasonable inquiry, to the extent not previously produced, that were misappropriated

16  from Mattel for or on behalf of MGA.

17

18  REQUEST FOR PRODUCTION NO. 65:

19         DOCUMENTS sufficient to identify with specificity each alleged trade

20  secret owned by MATTEL that YOU contend was used by MGA, except for any

21  BRATZ INJUNCTION EXHIBITS.

22

23  RESPONSE TO REQUEST FOR PRODUCTION NO. 65:

24         Mattel incorporates by reference the above-stated general objections as if

25  fully set forth herein.  Mattel also specifically objects to this Request because it is an

26  interrogatory and not a proper document request.  Mattel further objects to this

27  Request on the grounds that it is vague, ambiguous, and overbroad.  Mattel also

28  specifically objects to this Request on the ground that it is premature because the

1  subject matter of this Request will be the subject of expert testimony at trial.  Mattel

2  objects to this Request to the extent it seeks to limit the expert testimony that Mattel

3  may seek to introduce at trial.  Mattel will identify its experts and make related

4  disclosures in accordance with the Court's orders and applicable rules.  Mattel further

5  objects that this Request is premature because Defendants have not complied with

6  their discovery obligations.  They have failed to produce witnesses for deposition and

7  are withholding information and documents requested in violation of orders of the

8  Discovery Master and the Court.  Mattel further objects to this Request to the extent

9  that it calls for the disclosure of information subject to the attorney-client privilege,

10 the attorney work-product doctrine and other applicable privileges.  Mattel further

11 objects to this Request on the ground and to the extent it seeks trade secret,

12 proprietary or otherwise confidential information of Mattel or third parties.  Any such

13 documents that are produced, if any, will be produced only pursuant to and in reliance

14 upon the Protective Order entered in this case.  Mattel also objects to this Request to

15 the extent it seeks documents that are in the possession, custody and control of a

16 foreign subsidiary of a party.  MGA has objected that such documents are not within

17 the scope of requests to a domestic party.  Mattel further objects to this Request to the

18 extent that it may seek documents already produced by Mattel, including documents

19 stolen by MGA and other defendants.  Such documents will not be produced again.

20          Subject to the foregoing objections, Mattel responds as follows:  At a

21 mutually agreeable time and place, Mattel will produce non-privileged documents, if

22 any, that Mattel has been able to locate and identify after a diligent search and

23 reasonable inquiry, to the extent not previously produced, that were misappropriated

24 from Mattel for or on behalf of MGA.

25

26 REQUEST FOR PRODUCTION NO. 66:

27          All DOCUMENTS REFLECTING any damage, loss or injury caused to

28 MATTEL by reason of any alleged misappropriation by MGA of any of MATTEL'S

1 │ alleged trade secrets, except for any BRATZ INJUNCTION EXHIBITS, that YOU

2 │ allege in YOUR COUNTERCLAIMS.

3 │

4 │ <u>RESPONSE TO REQUEST FOR PRODUCTION NO. 66</u>:

5 │       Mattel incorporates by reference the above-stated general objections as if

6 │ fully set forth herein.  Mattel also specifically objects to this Request on the grounds

7 │ that it is vague and ambiguous.  Mattel objects to the use of the term

8 │ "REFLECTING" as being vague, ambiguous, and overbroad.  Mattel further objects

9 │ to the Request on the ground that it is premature because the subject matter of this

10 │ Request will be the subject of expert testimony at trial.  Mattel objects to this Request

11 │ to the extent it seeks to limit the expert testimony that Mattel may seek to introduce at

12 │ trial.  Mattel will identify its experts and make related disclosures in accordance with

13 │ the Court's orders and applicable rules.  Mattel further objects that this Request is

14 │ premature because Defendants have not complied with their discovery obligations by

15 │ failing to produce witnesses for deposition and withholding information and

16 │ documents requested in violation of orders of the Discovery Master and the Court.

17 │ Mattel further objects that this Request is premature in that Mattel has not yet

18 │ calculated its damages, nor is Mattel required to elect a damages theory at this point.

19 │ Mattel further objects to this Request to the extent that it calls for the disclosure of

20 │ information subject to the attorney-client privilege, the attorney work-product

21 │ doctrine and other applicable privileges.  Mattel further objects to this Request on the

22 │ ground and to the extent it seeks trade secret, proprietary or otherwise confidential

23 │ information of Mattel or third parties.  Any such documents that are produced, if any,

24 │ will be produced only pursuant to and in reliance upon the Protective Order entered in

25 │ this case.  Mattel also objects to this Request to the extent it seeks documents that are

26 │ in the possession, custody and control of a foreign subsidiary of a party.  MGA has

27 │ objected that such documents are not within the scope of requests to a domestic party.

28 │ Mattel further objects to this Request to the extent that it may seek documents already

-82-

**EXHIBIT 2  Page 109**

1  produced by Mattel, including documents stolen by MGA and other defendants.

2  Such documents will not be produced again.

3

4  REQUEST FOR PRODUCTION NO. 67:

5          All DOCUMENTS REFLECTING any damage, loss or injury caused to

6  MATTEL by reason of any violation of the Racketeer Influenced and Corrupt

7  Organization Act that YOU allege in the Second Counterclaim of YOUR

8  COUNTERCLAIMS.

9

10  RESPONSE TO REQUEST FOR PRODUCTION NO. 67:

11          Mattel incorporates by reference the above-stated general objections as if

12  fully set forth herein.  Mattel also specifically objects to this Request on the grounds

13  that it is vague and ambiguous.  Mattel objects to the use of the term

14  "REFLECTING" as being vague, ambiguous, and overbroad.  Mattel further objects

15  to the Request on the ground that it is premature because the subject matter of this

16  Request will be the subject of expert testimony at trial.  Mattel objects to this Request

17  to the extent it seeks to limit the expert testimony that Mattel may seek to introduce at

18  trial.  Mattel will identify its experts and make related disclosures in accordance with

19  the Court's orders and applicable rules.  Mattel further objects that this Request is

20  premature because Defendants have not complied with their discovery obligations by

21  failing to produce witnesses for deposition and withholding information and

22  documents requested in violation of orders of the Discovery Master and the Court.

23  Mattel further objects that this Request is premature in that Mattel has not yet

24  calculated its damages, nor is Mattel required to elect a damages theory at this point.

25  Mattel further objects to this Request to the extent that it calls for the disclosure of

26  information subject to the attorney-client privilege, the attorney work-product

27  doctrine and other applicable privileges.  Mattel further objects to this Request on the

28  ground and to the extent it seeks trade secret, proprietary or otherwise confidential

**EXHIBIT 2  Page 110**

information of Mattel or third parties.  Any such documents that are produced, if any, will be produced only pursuant to and in reliance upon the Protective Order entered in this case.  Mattel also objects to this Request to the extent it seeks documents that are in the possession, custody and control of a foreign subsidiary of a party.  MGA has objected that such documents are not within the scope of requests to a domestic party. Mattel further objects to this Request to the extent that it may seek documents already produced by Mattel, including documents stolen by MGA and other defendants. Such documents will not be produced again.

REQUEST FOR PRODUCTION NO. 68:

All DOCUMENTS REFLECTING any other damage, loss or injury caused to MATTEL by reason of any act or omission alleged in those of MATTEL'S COUNTERCLAIMS being tried in PHASE 2.

RESPONSE TO REQUEST FOR PRODUCTION NO. 68:

Mattel incorporates by reference the above-stated general objections as if fully set forth herein.  Mattel also specifically objects to this Request on the grounds that it is vague and ambiguous.  Mattel objects to the use of the term "REFLECTING" as being vague, ambiguous, and overbroad.  Mattel further objects to the Request on the ground that it is premature because the subject matter of this Request will be the subject of expert testimony at trial.  Mattel objects to this Request to the extent it seeks to limit the expert testimony that Mattel may seek to introduce at trial.  Mattel will identify its experts and make related disclosures in accordance with the Court's orders and applicable rules.  Mattel further objects that this Request is premature because Defendants have not complied with their discovery obligations by failing to produce witnesses for deposition and withholding information and documents requested in violation of orders of the Discovery Master and the Court. Mattel further objects that this Request is premature in that Mattel has not yet

**EXHIBIT 2   Page 111**

1  calculated its damages, nor is Mattel required to elect a damages theory at this point.

2  Mattel further objects to this Request to the extent that it calls for the disclosure of

3  information subject to the attorney-client privilege, the attorney work-product

4  doctrine and other applicable privileges.  Mattel further objects to this Request on the

5  ground and to the extent it seeks trade secret, proprietary or otherwise confidential

6  information of Mattel or third parties.  Any such documents that are produced, if any,

7  will be produced only pursuant to and in reliance upon the Protective Order entered in

8  this case.  Mattel also objects to this Request to the extent it seeks documents that are

9  in the possession, custody and control of a foreign subsidiary of a party.  MGA has

10  objected that such documents are not within the scope of requests to a domestic party.

11  Mattel further objects to this Request to the extent that it may seek documents already

12  produced by Mattel, including documents stolen by MGA and other defendants.

13  Such documents will not be produced again.

14

15  DATED:  April 27, 2009          QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

16

17                                              By /s/ Jon Corey

18                                                 Jon Corey
                                                   Attorneys for Mattel, Inc.

19

20

21

22

23

24

25

26

27

28

1   QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
      John B. Quinn (Bar No. 090378)
2     (johnquinn@quinnemanuel.com)
      Michael T. Zeller (Bar No. 196417)
3     (michaelzeller@quinnemanuel.com)
      Jon D. Corey (Bar No. 185066)
4     (joncorey@quinnemanuel.com)
    865 South Figueroa Street, 10th Floor
5   Los Angeles, California  90017-2543
    Telephone:  (213) 443-3000
6   Facsimile:  (213) 443-3100

7   Attorneys for Mattel, Inc.

8

9                     UNITED STATES DISTRICT COURT

10                 CENTRAL DISTRICT OF CALIFORNIA

11                         EASTERN DIVISION

12

13  CARTER BRYANT, an individual,          CASE NO. CV 04-9049 SGL
                                           (RNBx)
14            Plaintiff,
                                           Consolidated with:
15       vs.                               CV 04-09059
                                           CV 05-02727
16  MATTEL, INC., a Delaware
    corporation,
17                                         **PROOF OF SERVICE**
              Defendant.
18

19  and CONSOLIDATED ACTIONS

20

21

22

23

24

25

26

27

28

GL581/2903843.1

                                    -1-

## PROOF OF SERVICE

I am employed in the County of San Francisco, State of California.  I am over the age of eighteen years and not a party to the within action; my business address is 50 California Street, 22nd Floor, San Francisco, California 94111.

On April 27, 2009, I served true copies of the following document described as:

Mattel Inc.'s Responses and Objections to MGA Entertainment, Inc.'s First Set of (Phase 2)
Requests for Production of Documents and Things

on the parties in this action as follows:

| | |
|---|---|
| Mitchell, Silberberg, & Knupp, LLP | Skadden, Arps, Slate, Meagher, & Flom LLP |
| Russell J. Frackman, Esq. | Thomas J. Nolan, Esq. |
| 11377 W. Olympic Blvd. | Jason Russell, Esq. |
| Los Angeles, CA 90064 | 300 South Grand Avenue, Suite 3400 |
| *Attorneys for the MGA Parties* | Los Angeles, CA 90071 |
| | *Attorneys for the MGA Parties* |
| | |
| Overland Borenstein Scheper & Kim | Glaser, Weil, Fink, Jacobs, & Shapiro, LLP |
| Mark E. Overland, Esq. | Patricia L. Glaser, Esq. |
| Alexander H. Cote, Esq. | 10250 Constellation Blvd., |
| 601 W. 5th Street, 12th Floor | 19th Floor |
| Los Angeles, CA 90017 | Los Angeles, CA 90067 |
| *Attorneys for*: | *Attorneys for the MGA Parties* |
| *Carlos Gustavo Machado Gomez* | |

**BY MAIL:**  I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at San Francisco, California. The envelopes were mailed with postage thereon fully prepaid.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 27, 2009, at San Francisco, California.

Susanne Globig