# EXHIBIT 3



**ORRICK**

ORRICK, HERRINGTON & SUTCLIFFE LLP
777 SOUTH FIGUEROA STREET
SUITE 3200
LOS ANGELES, CALIFORNIA 90017-5855

tel +1-213-629-2020
fax +1-213-612-2499

WWW.ORRICK.COM

July 16, 2009

Christopher J. Chaudoir
(213) 612-2299
cchaudoir@orrick.com

Marshall M. Searcy, III, Esq.
QUINN, EMANUEL, URQUHART, OLIVER & HEDGES, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017-25433

Re:  Bryant v. Mattel, Inc. and consolidated actions

Dear Mr. Searcy:

Further to our discussion of Wednesday July 8, 2009 related to Mattel's Responses to MGA First Set of Phase 2 Requests for Production of Documents and Things, you had advised that you would provide a written response to Ms. Caroline Mankey's July 7, 2009 meet and confer letter in "a couple of days." It has now been one week and we have not received a response. Please provide us with the written response as soon as possible and in no event later than Friday, July 17, 2009.

Should you have any questions, please do not hesitate to contact me.

Very truly yours,

Christopher J. Chaudoir

cc:  Annette Hurst
     William A. Molinski
     Warrington Parker

OHS West:260695455.1

EXHIBIT 3  Page 115