# EXHIBIT 11

```
 1                UNITED STATES DISTRICT COURT
 2               CENTRAL DISTRICT OF CALIFORNIA
 3                       EASTERN DIVISION
 4                            - - -
 5       HONORABLE STEPHEN G. LARSON, JUDGE PRESIDING
 6                            - - -
 7   MATTEL, INC.,                 )
                                   )
 8                 Plaintiff,      )
                                   )
 9        vs.                      )  No. CV 04-09049
                                   )
10   MGA ENTERTAINMENT, INC., ET. AL., )
                                   )
11                 Defendants.     )
                                   )  Motions
12   AND CONSOLIDATED ACTIONS,     )
                                   )
13
14
15              REPORTER'S TRANSCRIPT OF PROCEEDINGS
16                     Riverside, California
17                  Wednesday, February 11, 2009
18                          10:03 A.M.
19
20
21
22
23            THERESA A. LANZA, RPR, CSR
             Federal Official Court Reporter
24             3470 12th Street, Rm. 134
             Riverside, California  92501
25                  951-274-0844
                WWW.THERESALANZA.COM
```

:dnesday, February 11, 2009                    Mattel. vs. MGA Entertainmei

EXHIBIT 11  Page 262

```
                                                                    2
 1   APPEARANCES:

 2   ON BEHALF OF MATTEL, INC.:

 3               QUINN EMANUEL
                 By:  JOHN QUINN
 4                    DYLAN PROCTOR
                      MICHAEL T. ZELLER
 5               865 S. FIGUEROA STREET,
                 10TH FLOOR
 6               LOS ANGELES, California  90017
                 213-624-7707
 7

 8   ON BEHALF OF MGA ENTERTAINMENT/ISAAC LARIAN:
     (Outgoing)
 9               SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
                 BY:  THOMAS J. NOLAN
10                    JASON RUSSELL
                 300 SOUTH GRAND AVENUE
11               LOS ANGELES, CALIFORNIA  90071-3144
                 213-687-5000
12

13   ON BEHALF OF MGA ENTERTAINMENT/ISAAC LARIAN:
     (Incoming)
14               GLASER, WEIL, FINK, JACOBS & SHAPIRO, LLP
                 BY:  JOEL KLEVENS
15               10250 Constellation Boulevard
                 Los Angeles, California  90067
16               310-553-3000

17               MITCHELL, SILBERBERG & KNUPP LLP
                 BY:  RUSSELL J. FRACKMAN
18               11377 West Olympic Boulevard,
                 Los Angeles, California  90064-1683
19               310-312-2000

20
     ON BEHALF OF DEFENDANT GUSTAVO MACHADO:
21
                 OVERLAND BORENSTEIN SCHEPER & KIM LLP
22               BY:  ALEXANDER H. COTE
                 601 West Fifth Street,
23               12th Floor
                 Los Angeles, California  90071
24               213-613-4660

25   / / /
```

Wednesday, February 11, 2009                    Mattel vs. MGA Entertainment

EXHIBIT 11  Page 263

```
 1                    I N D E X (Continued)

 2

 3   APPEARANCES (continued):

 4
     On behalf of OMNI 808:
 5

 6               BINGHAM McCUTCHEN LLP
                 BY:  Todd E. Gordinier
 7               600 Anton Boulevard
                 Costa Mesa, CA  92626-1924
 8               714-830-0622

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

:dnesday, February 11, 2009                    Mattel vs. MGA Entertainmer

EXHIBIT 11  Page 264

4

```
 1                    I N D E X
 2                                              Page
 3   Motions.....................................  4
 4
 5
...
25
```

:dnesday, February 11, 2009                    Mattel vs. MGA Entertainmer

EXHIBIT 11  Page 265

90

| | |
|---|---|
| 1  with opposing counsel -- | |
| 2           THE COURT: I'm somewhat disappointed that the lead | |
| 3  counsel is not present here today, because this was the hearing | |
| 4  that was designated previously on several occasions as the time | |
| 5  that we would be discussing the resolution of Phase 1 and the | 02:24 |
| 6  scheduling of Phase 2. But I will give you some latitude on | |
| 7  that point. | |
| 8           MR. NOLAN: I appreciate that, Your Honor. | |
| 9           On Friday we'll have our submissions. | |
| 10          Thank you very much. | 02:24 |
| 11          THE COURT: Very well. | |
| 12          The last issue I want to take up is the scheduling of | |
| 13  Phase 2 at this time, and I had asked counsel previously to | |
| 14  come prepared to discuss and to commit to those dates. | |
| 15          Essentially, I want to come up with five dates: A | 02:24 |
| 16  discovery cutoff date, a dispositive motion cutoff date, a | |
| 17  pretrial conference date, a trial date, and a mandatory | |
| 18  settlement conference cutoff date; so those are the five dates. | |
| 19          I'll hear from either side on this. | |
| 20          There's now nobody on the defense counsel table for | 02:24 |
| 21  MGA. This is somewhat disconcerting. Someone is going to have | |
| 22  to come forward and pick this up. | |
| 23          (Laughter.) | |
| 24          MR. ZELLER: One thing, Your Honor, if I may just | |
| 25  start with this. The Court about a month ago lifted the | 02:25 |

:dnesday, February 11, 2009                               Mattel vs. MGA Entertainmer

EXHIBIT 11  Page 266

|     |     |     |
| --- | --- | --- |
| 1   | For the record, I previously indicated that all stays | |
| 2   | on discovery have been lifted. All discovery matters should | |
| 3   | rightfully be referred to the Discovery Master. And I'll let | |
| 4   | it go at that. | |
| 5   | MR. ZELLER: And that no discovery issues or no | 02:37 |
| 6   | requests for discovery are premature at this point, because | |
| 7   | that's the other term they are using on this. | |
| 8   | THE COURT: I will instruct the Discovery Master this | |
| 9   | afternoon, in no uncertain terms, that there is no stay on any | |
| 10  | discovery related to this case at all. There's no longer a | 02:37 |
| 11  | Phase 1/Phase 2 distinction. | |
| 12  | As I indicated, I thought that I made this clear | |
| 13  | before. If it's not, it will be expressly set forth in the | |
| 14  | minutes coming out of today's hearing. | |
| 15  | There is no stay on discovery. Period. | 02:37 |
| 16  | MR. ZELLER: And we're fully entitled to the | |
| 17  | financial information that -- | |
| 18  | THE COURT: Lets leave it at that, Counsel. | |
| 19  | Thank you, Mr. Zeller. | |
| 20  | MR. RUSSELL: Could I say one thing, since | 02:38 |
| 21  | Mr. Zeller injected this. | |
| 22  | When he's talking about this stay -- and this is the | |
| 23  | twilight between Phase 1 and Phase 2 counsel -- they | |
| 24  | promulgated a series of receiver-related discovery which we | |
| 25  | contend and run your Honor's orders saying let's talk it out of | 02:38 |

:dnesday, February 11, 2009                                   Mattel vs. MGA Entertainmer

EXHIBIT 11  Page 267

102

1  move forward.
2          MR. ZELLER: Thank you, Your Honor.
3          THE COURT: Thank you, counsel.
4          MR. FRACKMAN: I'm last, and I think I'll be the
5  shortest. On the issue of streamlining discovery, I've read
6  the Court's prior orders concerning the number of depositions,
7  for example, and I confess, I'm a bit confused.
8          We would request from the Court that there be a
9  reasonable limit placed on Phase 2 depositions. I don't know
10 whether that comes to Your Honor or whether that goes to the
11 discover referee.
12         THE COURT: In the first instance, that would go to
13 the discovery referee. The limits that were placed were limits
14 that were placed on the earlier discovery phase.
15         To be clear again, I have placed no limits, no
16 restrictions, other than what is set forth in the rules of
17 civil procedure and in local rule 37 on discovery from this
18 point until March 23rd.
19         If the parties wish to stipulate, they may. If the
20 parties think that the Court needs to be involved in this in
21 the first instance, that needs to go to the Discovery Master.
22         MR. FRACKMAN: I think we're prepared to follow the
23 federal rules, Your Honor. Thank you.
24         THE COURT: Very good.
25         MR. ZELLER: I feel like I'm being more difficult at

Wednesday, February 11, 2009                    Mattel vs. MGA Entertainment

EXHIBIT 11  Page 268

103

| | |
|---|---|
| 1 | the end than I should be. |
| 2 | Just so it's clear, because as I understood it, |
| 3 | there, of course, are the limits under the Federal Rules of ten |
| 4 | depositions. We, of course, have -- and I thought that the |
| 5 | parties -- |
| 6 | THE COURT: You did more than ten depositions. |
| 7 | MR. ZELLER: Correct. And I think both sides have. |
| 8 | THE COURT: Yes. |
| 9 | MR. ZELLER: Or then there were limits the Court did |
| 10 | put on the case, as we understood it; I want to say the number |
| 11 | was 24, but I could be off slightly, that the Court did modify |
| 12 | the limits already. |
| 13 | THE COURT: I allowed for additional depositions. |
| 14 | But those were all in the context of the first phase. We now |
| 15 | have new counsel coming in. I'm certainly not going to suggest |
| 16 | you're all done with discovery. |
| 17 | MR. ZELLER: Absolutely. |
| 18 | THE COURT: Maybe I should. Maybe I should say the |
| 19 | limits have all been filled in spades and we're done and let's |
| 20 | go to trial. |
| 21 | MR. ZELLER: That's what I'm trying to understand is |
| 22 | is the Court's view on this, because the Court had |
| 23 | previously -- and I don't recall the mechanics of how we got |
| 24 | there, but the Court essentially increased the limit to, I |
| 25 | think, 24. |

Wednesday, February 11, 2009                    Mattel vs. MGA Entertainment

**EXHIBIT 11  Page 269**

104

1  THE COURT: Whatever limits I imposed, if I did not
2  use the precise language that I should have, let me make it
3  clear now: That was applied to the discovery phase. That's
4  now water under the bridge. It is over.
5  We are starting with a clean slate, a new discovery     02:46
6  master, new counsel for MGA, and we are going to build this up
7  and we'll go from here. If there's a discovery dispute, please
8  take it to the Discovery Master.
9  MR. ZELLER: That helps clarify it quite a bit, Your
10 Honor.                                                          02:46
11 The other component is that at least with respect to
12 Phase 1, when we asked the question of where should we take a
13 request for leave to take additional depositions or serve
14 additional interrogatories and the like, the Court previously
15 directed that the motions be made to Your Honor. And the Court 02:46
16 may recall that, in fact, in the first phase, Mattel did make
17 such a motion that was granted.
18 THE COURT: Regarding what, again?
19 MR. ZELLER: Increasing the limits.
20 THE COURT: That is something which I am going to      02:46
21 change for this. I think in the first instance that should be
22 directed to the Discovery Master. You both have full right to
23 appeal any decision from that, but I think it's best that the
24 Discovery Master function essentially as the Magistrate Judge
25 in this case and handle all of those from the get-go. And     02:47

:dnesday, February 11, 2009                Mattel vs. MGA Entertainmer

EXHIBIT 11  Page 270

```
                                                                     105

 1   we'll go from there.
 2             MR. ZELLER:  Thank you.
 3             THE COURT:  Anything further?
 4             Thank you.  Good day.
 5
 6
 7
 8
 9
10                            CERTIFICATE
11
12   I hereby certify that pursuant to section 753, title 28, United
     States Code, the foregoing is a true and correct transcript of
13   the stenographically recorded proceedings held in the above-
     entitled matter and that the transcript page format is in
14   conformance with the regulations of the Judicial Conference of
     the United States.
15
16   _____           _____
     THERESA A. LANZA, CSR, RPR                    Date
17   Federal Official Court Reporter
18
19
20
21
22
23
24
25
```

:dnesday, February 11, 2009                    Mattel vs. MGA Entertainmer

EXHIBIT 11  Page 271