1  MELINDA HAAG (State Bar No. 132612)
   mhaag@orrick.com
2  ANNETTE L. HURST (State Bar No. 148738)
   ahurst@orrick.com
3  WARRINGTON S. PARKER III (State Bar No. 148003)
   wparker@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
5  405 Howard Street
   San Francisco, CA 94105
6  Telephone: +1-415-773-5700
   Facsimile: +1-415-773-5759
7
   WILLIAM A. MOLINSKI (State Bar No. 145186)
8  wmolinski@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
9  777 South Figueroa Street, Suite 3200
   Los Angeles, CA 90017
10 Telephone: +1-213-629-2020
   Facsimile: +1-213-612-2499
11
   Attorneys for MGA Parties
12

13                UNITED STATES DISTRICT COURT

14               CENTRAL DISTRICT OF CALIFORNIA

15                     EASTERN DIVISION

16 | CARTER BRYANT, an individual, | Case No. CV 04-9049 SGL (RNBx)

17 |          Plaintiff, | Consolidated with: Case No. CV 04-9059 and Case No. CV 05-2727

18 | v. |

19 | MATTEL, INC., a Delaware | **DISCOVERY MATTER**
   | Corporation, | **[To Be Heard By Discovery Master Robert C. O'Brien]**
20 |

21 |          Defendant. | **DECLARATION OF WILLIAM A. MOLINSKI IN SUPPORT OF MGA'S OPPOSITION TO MATTEL'S**
22 |          | **MOTION (1) TO ENFORCE ORDER COMPELLING THE OMNI PARTIES**
23 |          | **TO PRODUCE DOCUMENTS, (2) TO STRIKE OBJECTIONS, (3) FOR**
   | AND CONSOLIDATED ACTIONS | **SANCTIONS**
24 |

25 |          | Date: TBD
   |          | Time:    TBD
26 |          | Place:    Arent Fox LLP
   |          | **Phase 2**
27 |          | Discovery Cutoff:    December 11, 2009
   |          | Pretrial Conference: March 1, 2010
28 |          | Trial Date:   March 23, 2010

## DECLARATION OF WILLIAM A. MOLINSKI

I, William A. Molinski, declare as follows:

1.      I am a partner at the law firm of Orrick, Herrington & Sutcliffe LLP, attorneys of record for Plaintiff and Counter-Defendant MGA Entertainment, Inc. and Counter-Defendants MGA Entertainment HK, Ltd., MGAE de Mexico S.R.L. de C.V., and Isaac Larian ("MGA Parties").  Based on this representation, I am familiar with the events, pleadings, and discovery in this action and, if called upon as a witness, I could and would testify competently to the matters stated herein of my own personal knowledge.  I make this declaration in support of the MGA Opposition to Mattel's Motion (1) To Enforce Order Compelling The OMNI Parties To Produce Documents, (2) To Strike Objections, (3) For Sanctions.

2.      Attached hereto as **Exhibit A** is a true and correct copy of a letter from Mike Zeller, counsel for Mattel, dated July 13, 2009.

3.      Attached hereto as **Exhibit B** is a true and correct copy of a letter I sent to Mr. Zeller dated July 16, 2009.

4.      Attached hereto as **Exhibit C** is a true and correct copy of a letter from Mr. Zeller to me dated July 21, 2009.

5.      Attached hereto as **Exhibit D** is a true and correct copy of a letter I sent to Mr. Zeller dated July 23, 2009.

6.      Attached hereto as **Exhibit E** is a true and correct copy of a letter from Mr. Zeller dated July 23, 2009.  This Motion was filed the next day, before I had a chance even to respond to Mr. Zeller's latest letter.

7.      I estimate costs of $3,000 in opposing this frivolous motion.

/ / /

/ / /

/ / /

/ / /

/ / /

DECLARATION OF WILLIAM A. MOLINSKI
CV-04-0049 SGL (RNBx)

1        I declare under penalty of perjury under the laws of the United States

2    that the foregoing is true and correct, and that this declaration was executed this

3    31st day of July, 2009, at Los Angeles, California.

4

5    _____

6                   William A. Molinski

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT

# A

WRITER'S DIRECT DIAL NO.
(213) 443-3180

WRITER'S INTERNET ADDRESS
michaelzeller@quinnemanuel.com

July 13, 2009

**VIA FACSIMILE AND U.S. MAIL**

Annette L. Hurst
Orrick, Herrington & Sutcliffe LLP
405 Howard Street
San Francisco, CA 94105-2669

Peter Villar, Esq.
Bingham McCutchen LLP
600 Anton Blvd.
Plaza Tower, 18th Floor
Costa Mesa, CA 92626

Re:    Mattel, Inc. adv. MGA Entertainment

Dear Counsel:

I write pursuant to paragraph 5 of the Discovery Master Stipulation and Order to request a meet and confer in advance of an anticipated motion by Mattel to compel and enforce the Discovery Master's Phase 2 Orders.

As you know, by Order dated July 9, 2009, Judge Larson vacated that portion of the Discovery Master's Order No. 27 which had restricted discovery of materials that relate to a non-party over whom the Court has not been shown to have jurisdiction. See July 9, 2009 Order at 5.

We expect the MGA Parties' and Bingham's clients to confirm in writing that no documents either compelled by Order or that were agreed to be produced have been withheld on the basis of such a jurisdictional contention, given that it has been rejected by Judge Larson. Likewise, we expect the MGA Parties' confirmation that no information was withheld from its interrogatory responses on that basis. Should we not receive such confirmation and should we not otherwise be able to resolve this matter amicably, Mattel contemplates that it will bring a motion to enforce prior Orders compelling production and to compel.

Exhibit A - Page 3

I look forward to hearing from you.

I look forward to hearing from you.

Very truly yours,

Michael T. Zeller

cc:     Jason Russell, Esq.


07975/2995442.2

2

# EXHIBIT

# B



ORRICK

William A. Molinski
(213) 612-2256
wmolinski@orrick.com

*VIA EMAIL AND U.S. MAIL*

July 16, 2009

Michael T. Zeller, Esq.
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
865 S. Figueroa St. 10th Floor
Los Angeles, California 90017

Re:     <u>Carter Bryant v. Mattel, Inc. and consolidated actions</u>

Dear Mr. Zeller:

I write in response to your letter addressed to Annette Hurst dated July 13, 2009, concerning Judge Larson's ruling dated July 9, 2009 concerning discovery over non-parties. We respectfully disagree with your interpretation of both the Order by Judge Larson and the Discovery Master's Order No. 27.

The issue before the Discovery Master was whether a subpoena directed to a non-party's counsel in the United States can compel the production of documents provided to its counsel by a party over whom no jurisdiction has been demonstrated, and no proper subpoena has been directed. The Discovery Master held that Lexington's counsel was not required to produce such documents, but in so ruling stated that the Court would not endorse a rule that allowed Mattel to "obtain any information in connection with the Subpoena that *concerns* Lexington." (emphasis added).

Judge Larson found that to the extent the Discovery Master imposed a blanket prohibition on discovery of materials that are in the possession of a subpoena recipient, but that are "related" to a non-party over whom the Court has not been shown to have jurisdiction, such a blanket prohibition is rejected. Judge Larson did not, as your letter suggests, reject all jurisdictional challenges to subpoenas or other discovery requests. Nor did Judge Larson hold that counsel are required to produce any documents in their possession provided to them by parties outside of the Court's jurisdiction.

OHS West:260694339.1

**Exhibit B - Page 5**


ORRICK

Michael T. Zeller
July 16, 2009
Page 2

Given the above, we are not clear on what it is that you are asking us to confirm. If there are
particular requests that you would like to discuss or particular non-party documents you believe are
implicated by this ruling, we are happy to discuss with you.

Very truly yours,

William A. Molinski

WAM/mmn

OHS West:260694339.1

# EXHIBIT

# C

# quinn emanuel trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL: (213) 443-3000 FAX: (213) 443-3100

WRITER'S DIRECT DIAL NO.
**(213) 443-3180**

WRITER'S INTERNET ADDRESS
**michaelzeller@quinnemanuel.com**

July 21, 2009

**BY EMAIL AND U.S. MAIL**

William A. Molinski, Esq.            Peter Villar, Esq.
Orrick, Herrington & Sutcliffe LLP   Bingham McCutchen LLP
777 South Figueroa Street            600 Anton Blvd.
Suite 3200                           Plaza Tower, 18th Floor
Los Angeles, CA 90017-5855           Costa Mesa, CA 92626

Re:     Mattel, Inc. adv. MGA Entertainment

Dear Counsel:

I am writing further to our meet and confer of earlier today.

First, in response to Bill's question, the following are examples in which the MGA parties objected on ostensible jurisdictional grounds to Mattel's written discovery requests:  General Objection Nos. 14 and 15 of Larian's Response to Mattel, Inc.'s Third Set of Requests for Documents and Things to Isaac Larian, dated February 21, 2008; General Objection Nos. 11 and 12 of Larian's Response to Mattel Inc.'s Second Set of Requests for Documents and Things to Isaac Larian, dated January 11, 2008; General Objection Nos. 14 and 15 of MGA HK's Response to Mattel, Inc.'s Third Set of Requests for Documents and Things to MGA Entertainment (HK) Limited, dated February 21, 2008; and General Objection Nos. 14 and 15 of MGA's Response to Mattel, Inc.'s Seventh Set of Requests for Documents and Things to MGA Entertainment, Inc., dated February 21, 2008.

Second, as I have requested, please confirm in writing that your respective clients have not withheld (and will not withhold) documents which either were compelled by Order or were agreed to be produced on the basis that the documents concern activities, persons or entities outside the United States or otherwise concern activities, persons or entities over which

## quinn emanuel urquhart oliver & hedges, llp

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, NY 10010 | TEL (212) 849-7000 FAX (212) 849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, CA 94111 | TEL (415) 875-6600 FAX (415) 875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, CA 94065 | TEL (650) 801-5000 FAX (650) 801-5100
CHICAGO | 250 South Wacker Drive, Suite 230, Chicago, IL 60606 | TEL (312) 463-2961 FAX (312) 463-2962
LONDON | 16 Old Bailey, London EC4M 7EG United Kingdom | TEL +44(0) 20 7653 2000 FAX +44(0) 20 7653 2100
TOKYO | Akasaka Twin Tower Main Bldg., 6th Fl., 17-22 Akasaka 2-Chome, Minato-ku, Tokyo 107-0052 Japan | TEL +81 3 5561-1711 FAX +81 3 5561-1712

Exhibit C - Page 7

jurisdiction has allegedly not been established. Alternatively, if any such documents have in fact been withheld on this basis, then please provide me a reasonable date certain by which they will be produced.

I would appreciate a response no later than Friday morning. If we cannot resolve this matter by that time, Mattel intends to proceed with a motion to strike objections, to compel and to enforce.

I look forward to hearing from you.

Very truly yours,

Michael T. Zeller

cc:    Annette L. Hurst, Esq.
       Jason Russell, Esq.

07975/2995442.2

2

Exhibit C - Page 8

# EXHIBIT

# D



ORRICK, HERRINGTON & SUTCLIFFE LLP
777 SOUTH FIGUEROA STREET
SUITE 3200
LOS ANGELES, CALIFORNIA 90017-5855

tel +1-213-629-2020
fax +1-213-612-2499

WWW.ORRICK.COM

VIA EMAIL AND U.S. MAIL

July 23, 2009

William A. Molinski
(213) 612-2256
wmolinski@orrick.com

Michael T. Zeller, Esq.
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
865 S. Figueroa St. 10th Floor
Los Angeles, California  90017

Re:     Carter Bryant v. Mattel, Inc. and consolidated actions

Dear Mr. Zeller:

I write in response to your letter dated July 13, 2009.  As we have indicated earlier, we believe that you have misstated both Judge Larson and the Discovery Master's Orders.  That being said, and to avoid unnecessary motions practice, I can confirm that no documents compelled by Order or that were agreed to be produced have been withheld on the basis that those documents relate to a non-party over whom the Court has not been shown to have jurisdiction.

This will also confirm that you informed both me and Peter Villar on our call this week that Mattel has similarly not withheld any documents on this basis.  I trust this resolves this matter to your satisfaction.

Very truly yours,

William A. Molinski

WAM/mmn

cc:     Peter Villar, Esq.
        Jason D. Russell, Esq.

**Exhibit D - Page 9**

# EXHIBIT

# E

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL: (213) 443-3000 FAX: (213) 443-3100

WRITER'S DIRECT DIAL NO.
(213) 443-3180

WRITER'S INTERNET ADDRESS
michaelzeller@quinnemanuel.com

July 23, 2009

**BY EMAIL AND U.S. MAIL**

William A. Molinski, Esq.
Orrick, Herrington & Sutcliffe LLP
777 South Figueroa Street
Suite 3200
Los Angeles, CA 90017-5855

Re:   Mattel, Inc. adv. MGA Entertainment

Dear Bill:

Thank you for your letter of this afternoon.

I appreciate your confirming that the MGA parties have not withheld any documents on the basis that they relate to a person or entity over whom the Court has not been shown to have jurisdiction. However, as noted in my earlier letter, the MGA parties have asserted written objections to producing documents relating to activities outside the United States or relating to non-parties. Please confirm that MGA is withdrawing those objections.

I look forward to hearing from you.

Very truly yours,

Michael T. Zeller

**quinn emanuel urquhart oliver & hedges, llp**

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, NY 10010 | TEL (212) 849-7000 FAX (212) 849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, CA 94111 | TEL (415) 875-6600 FAX (415) 875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, CA 94065 | TEL (650) 801-5000 FAX (650) 801-5100
CHICAGO | 250 South Wacker Drive, Suite 230, Chicago, IL 60606 | TEL (312) 463-2961 FAX (312) 463-2962
LONDON | 16 Old Bailey, London EC4M 7EG United Kingdom | TEL +44(0) 20 7653 2000 FAX +44(0) 20 7653 2100
TOKYO | Akasaka Twin Tower Main Bldg., 6th Fl., 17-22 Akasaka 2-Chome, Minato-ku, Tokyo 107-0052 Japan | TEL +81 3 5561-1711 FAX +81 3 5561-1712

Exhibit E - Page 10

cc:    Peter Villar, Esq.
       Annette L. Hurst, Esq.
       Jason Russell, Esq.

Exhibit E - Page 11