MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone: +1-415-773-5700
Facsimile: +1-415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: +1-213-629-2020
Facsimile: +1-213-612-2499

Attorneys for MGA ENTERTAINMENT, INC., MGA ENTERTAINMENT HK, LTD.,
MGAE de MEXICO, S.R.L. de C.V., and ISAAC LARIAN

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 SGL (RNBx)<br><br>Consolidated with: Case No. CV 04-9059 and Case No. CV 05-2727<br><br>**DISCOVERY MATTER**<br>[To Be Heard by Discovery Master Robert O'Brien]<br><br>**CERTIFICATE OF SERVICE**<br><br>Date: TBD<br>Time: TBD<br>Courtroom: TBD<br><br>**Phase 2**<br>Discovery Cutoff: December 11, 2009<br>Pretrial Conference: March 1, 2010<br>Trial Date: March 23, 2010 |

OHS West:260704417.1

CERTIFICATE OF SERVICE
CV 04-9049 SGL (RNBx)

# **CERTIFICATE OF SERVICE**

I, Maria Mercado-Navarro, declare:

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, 777 South Figueroa Street, Suite 3200, Los Angeles, California 90017.

I hereby certify that on July 31, 2009, I electronically filed the following documents with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties listed below:

1. **MGA'S OPPOSITION TO MATTEL'S MOTION (1) TO ENFORCE ORDER COMPELLING THE OMNI PARTIES TO PRODUCE DOCUMENTS, (2) TO STRIKE OBJECTIONS, (3) FOR SANCTIONS [PUBLIC VERSION];**

2. **DECLARATION OF WILLIAM A. MOLINSKI IN SUPPORT OF MGA'S OPPOSITION TO MATTEL'S MOTION (1) TO ENFORCE ORDER COMPELLING THE OMNI PARTIES TO PRODUCE DOCUMENTS, (2) TO STRIKE OBJECTIONS, (3) FOR SANCTIONS;**

3. **CERTIFICATE OF SERVICE**

4. **PROOF OF MANUAL SERVICE TO NON-CM/ECF USERS.**

**SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury that the foregoing is true and correct and that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 31, 2009, at Los Angeles, California.

/s/ Maria Mercado-Navarro
Maria Mercado-Navarro

OHS West:260704417.1     - 1 -     CERTIFICATE OF SERVICE
CV 04-9049 SGL (RNBx)

# PHASE 2 SERVICE LIST

<u>Counsel for Mattel. Inc.</u>
John B. Quinn, Esq.
johnquinn@quinnemanuel.com
Michael T. Zeller, Esq.
michaelzeller@quinnemanuel.com
Jon D. Corey, Esq.
Joncorey@quinnemanuel.com
Brett D. Proctor
dylanproctor@quinnemanuel.com
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA  90017-2543
Telephone: (213) 443-3000
Facsimile:  (213) 443-3100

<u>Counsel for Carlos Gustavo Machado Gomez</u>
Mark E. Overland, Esq.
moverland@ scheperkim.com
Alexander H. Cote, Esq.
acote@ scheperkim.com
SCHEPER KIM & OVERLAND LLP
601 W. 5th Street, 12th Floor
Los Angeles, CA  90017
Telephone: (213) 613-4655
Facsimile:  (213) 613-4656

Leah Chava Gershon, Esq.
leah@spertuslaw.com
JAMES W. SPERTUS LAW OFFICES
1990 S. Bundy Drive, Suite 705
Los Angeles, CA  90025
Telephone: (310) 584-7671
Facsimile:  (310) 826-4711

<u>Counsel for Limited Intervenor, Omni 808 Investors LLC</u>
Todd E. Gordinier, Esq.
todd.gordinier@bingham.com
BINGHAM MCCUTCHEN LLP
600 Anton Blvd., 18th Floor
Costa Mesa, CA  92626
Telephone: (714) 830-0600
Facsimile:  (714) 830-0700

1  Additional Counsel:

2  Thomas J. Nolan, Esq.
   thomas.nolan@skadden.com
3  Raoul D. Kennedy, Esq.
   raoul.kennedy@skadden.com
4  Jason D. Russell, Esq.
   jason.russell@skadden.com
5  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   300 South Grand Avenue
6  Suite 3400
   Los Angeles, CA 90071-3144
7  Telephone: (213) 687-5000
   Facsimile:  (213) 687-5600

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28