MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148008)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1-415-773-5700
Facsimile: +1-415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: +1-213-629-2020
Facsimile: +1-213-612-2499

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant. | Case No. CV 04-9049-SGL (RNBx)<br><br>Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>**APPLICATION TO FILE UNDER SEAL**<br><br>Judge: Hon. Stephen G. Larson |
| AND CONSOLIDATED ACTIONS | |

OHS West:260701392.1

APPLICATION TO FILE UNDER SEAL
CV 04-9049 SGL (RNBX)

Pursuant to Civil Local Rule 79-5.1, MGA Entertainment, Inc. and Isaac Larian (collectively "MGA Parties") hereby submit this application for an order to file under seal the following documents:

1. MGA PARTIES' OPPOSITION TO MOTION TO COMPEL MGA ENTERTAINMENT, INC. AND ISAAC LARIAN TO PRODUCE DOCUMENTS RESPONSIVE TO MATTEL'S FIRST SETS OF REQUESTS FOR DOCUMENTS (PHASE 2)

2. EXHIBITS A, B, C, F, J and Q to DECLARATION OF WARRINGTON S. PARKER III IN SUPPORT OF MGA PARTIES' OPPOSITION TO MOTION TO COMPEL MGA ENTERTAINMENT, INC. AND ISAAC LARIAN TO PRODUCE DOCUMENTS RESPONSIVE TO MATTEL'S FIRST SETS OF REQUESTS FOR DOCUMENTS (PHASE 2)

The Declaration of Warrington S. Parker III in Support of MGA Parties' Opposition to Motion to Compel MGA Entertainment, Inc. and Isaac Larian to Produce Documents Responsive to Mattel's First Sets of Request for Documents (Phase 2) ("Parker Declaration") attaches:

1) As **Exhibit A**—the MGA Parties' *Ex Parte* Application and Motion for Stay Pending Appeal; and Memorandum of Point and Authorities in Support Thereof;

2) As **Exhibit B**—the Compendium of Third Party Declarations in Support of the MGA Parties' *Ex Parte* Application and Motion to Stay Pending Appeal;

3) As **Exhibit C**—the May 12, 2009 Preliminary Report and Recommendations of Patrick A. Fraioli, Jr., Temporary Receiver;

4) As **Exhibit F**— Phase 1 Trial Exhibit 13931;

5) As **Exhibit J**— Discovery Master O'Brien's Order No. 27; and

6) As **Exhibit Q**–the December 23, 2008 Declaration John D. Corey in Support of Mattel, Inc.'s Opposition to MGA Entertainment, Inc.'s *Ex Parte*

- 1 -

1  Application to Stay Pending Appeal, and exhibits 22-24 thereto.

2  Exhibits A, B, F, J, and Q are designated "Attorneys' Eyes Only" pursuant to a protective order entered in this Court on January 4, 2005. See Case 2:04-cv-09059-SGL-RNB Docket No. 54, attached hereto as Exhibit 1. They are so designated because they contain trade secrets and other confidential information that the MGA Parties believe in good faith will result in competitive disadvantage or harm if disclosed to another party to this action without restriction upon use or further disclosure.

Exhibit P was ordered filed under seal by Judge Larson and remains under seal. See Case 2:04-cv-09059-SGL-RNB Docket No. 54, attached hereto as Exhibit 2.

The MGA Parties' Opposition to Motion to Compel MGA Entertainment, Inc. and Isaac Larian to Produce Documents Responsive to Mattel's First Sets of Requests for Documents discuss the contents of Exhibits A, B, C, F, J, and Q. Accordingly, the MGA Parties believe that the foregoing documents should be filed under seal in order to maintain the confidentiality of the information contained therein and abide by the terms of the Court's order.

For the foregoing reasons, the MGA Parties respectfully request that the Court enter the concurrently filed [Proposed] Order granting this request to file the documents under seal.

Dated: July 29, 2009          ORRICK, HERRINGTON & SUTCLIFFE LLP

                              By: /s/ Warrington S. Parker III
                              Attorneys for MGA ENTERTAINMENT, INC.
                              and ISAAC LARIAN