MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148008)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1-415-773-5700
Facsimile: +1-415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: +1-213-629-2020
Facsimile: +1-213-612-2499

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049-SGL (RNBx)<br><br>Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>[~~PROPOSED~~] ORDER RE APPLICATION TO FILE UNDER SEAL<br><br>Judge: Hon. Stephen G. Larson |

The Court, having considered MGA Entertainment, Inc. and Isaac Larian's application for an order to file under seal, and having found good cause to do so, it is HEREBY ORDERED that said application is GRANTED in its entirety.

The Clerk shall maintain under Seal the following documents:

1. **MGA PARTIES' OPPOSITION TO MOTION TO COMPEL MGA ENTERTAINMENT, INC. AND ISAAC LARIAN TO PRODUCE DOCUMENTS RESPONSIVE TO MATTEL'S FIRST SETS OF REQUESTS FOR DOCUMENTS (PHASE 2)**

2. **Exhibits A, B, C, F, J and Q to DECLARATION OF WARRINGTON S. PARKER III IN SUPPORT OF MGA PARTIES' OPPOSITION TO MOTION TO COMPEL MGA ENTERTAINMENT, INC. AND ISAAC LARIAN TO PRODUCE DOCUMENTS RESPONSIVE TO MATTEL'S FIRST SETS OF REQUESTS FOR DOCUMENTS (PHASE 2)**

It is so ORDERED.

Dated: July 29, 2009

_____
Hon. Stephen G. Larson
United States District Court Judge