| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP |
| 2 | John B. Quinn (Bar No. 090378)<br>(johnquinn@quinnemanuel.com) |
| 3 | Michael T. Zeller (Bar No. 196417)<br>(michaelzeller@quinnemanuel.com) |
| 4 | Jon D. Corey (Bar No. 185066)<br>(joncorey@quinnemanuel.com) |
| 5 | 865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017-2543 |
| 6 | Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100 |
| 7 | Attorneys for Mattel, Inc. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>ORDER GRANTING APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S MOTION: (1) TO ENFORCE ORDER COMPELLING THE OMNI PARTIES TO PRODUCE DOCUMENTS, (2) TO STRIKE OBJECTIONS, AND (3) FOR SANCTIONS AND EXHIBITS TO THE SUPPORTING DECLARATION OF MICHAEL T. ZELLER<br><br>Date:  TBD<br>Time:  TBD<br>Place: Courtroom 1 |

## ORDER

Based on the concurrently filed Application to File Under Seal Mattel, Inc.'s Motion (1) to Enforce Order Compelling the Omni Parties to Produce Documents, (2) to Strike Objections, and (3) for Sanctions, and certain exhibits to the supporting Declaration of Michael T. Zeller,

IT IS HEREBY ORDERED:

Mattel, Inc.'s Motion (1) to Enforce Order Compelling the Omni Parties to Produce Documents, (2) to Strike Objections, and (3) for Sanctions, and certain exhibits to the supporting Declaration of Michael T. Zeller are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: July 29, 2009

Hon. Stephen G. Larson
United States District Judge