| | |
|---|---|
| 1 | MELINDA HAAG (State Bar No. 132612) |
| | mhaag@orrick.com |
| 2 | ANNETTE L. HURST (State Bar No. 148738) |
| | ahurst@orrick.com |
| 3 | WARRINGTON S. PARKER III (State Bar No. 148003) |
| | wparker@orrick.com |
| 4 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | The Orrick Building |
| 5 | 405 Howard Street |
| | San Francisco, CA 94105 |
| 6 | Telephone: +1-415-773-5700 |
| | Facsimile: +1-415-773-5759 |
| 7 | |
| | WILLIAM A. MOLINSKI (State Bar No. 145186) |
| 8 | wmolinski@orrick.com |
| | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 9 | 777 South Figueroa Street, Suite 3200 |
| | Los Angeles, CA 90017 |
| 10 | Telephone: +1-213-629-2020 |
| | Facsimile: +1-213-612-2499 |
| 11 | |
| 12 | Attorneys for MGA ENTERTAINMENT, INC., MGA ENTERTAINMENT HK, LTD., |
| 13 | MGAE de MEXICO, S.R.L. de C.V., and ISAAC LARIAN |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual | Case No. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with: Case No. CV 04-9059 and Case No. CV 05-2727 |
| v. | **DISCOVERY MATTER** |
| MATTEL, INC., a Delaware Corporation | [To Be Heard by Discovery Master Robert O'Brien] |
| Defendant. | **CERTIFICATE OF SERVICE** |
| AND CONSOLIDATED ACTIONS | Date: TBD<br>Time: TBD<br>Courtroom: TBD |
| | **Phase 2**<br>Discovery Cutoff: December 11, 2009<br>Pretrial Conference: March 1, 2010<br>Trial Date: March 23, 2010 |

# CERTIFICATE OF SERVICE

I, Maria Mercado-Navarro, declare:

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, 777 South Figueroa Street, Suite 3200, Los Angeles, California 90017-5855.

1. **APPLICATION TO FILE UNDER SEAL;**
2. **[PROPOSED] ORDER RE APPLICATION TO FILE UNDER SEAL;**
3. **MGA'S NOTICE OF MOTION AND MOTION TO COMPEL DOCUMENTS RESPONSIVE TO REQUESTS FOR PRODUCTION NOS. 530 AND 531 OF MGA'S FIFTH SET OF REQUESTS FOR PRODUCTION ; MEMORANDUM OF POINTS AND AUTHORITIES [FILED UNDER SEAL];**
4. **EXHIBITS G AND L TO THE DECLARATION OF WILLIAM A. MOLINSKI IN SUPPORT OF MGA'S MOTION TO COMPEL DOCUMENTS RESPONSIVE TO REQUESTS FOR PRODUCTION NOS. 530 AND 531 OF MGA'S FIFTH SET OF REQUESTS FOR PRODUCTION [FILED UNDER SEAL];**
5. **CERTIFICATE OF SERVICE**

On July 29, 2009, I served the following document:

[x] By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

[ ] By depositing a true and correct copy of the document(s) listed above with Fed Ex in Los Angeles, California, enclosed in a sealed envelope.

[x] (by Electronic Mail), I caused such documents to be transmitted by electronic mal to the offices of the addressee.

SEE ATTACHED SERVICE LIST

I am employed in the county from which the mailing occurred. On the date indicated above, I placed the sealed envelope(s) for collection and mailing at this firm's office business address indicated above. I am readily familiar with this firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the firm's correspondence

OHS West:260690672.1 - 2 -

would be deposited with the United States Postal Service on this same date with postage thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 29, 2009, at Los Angeles, California.

*/s/ Maria Mercado-Navarro*
Maria Mercado-Navarro

## PHASE 2 SERVICE LIST

Counsel for Mattel. Inc.
John B. Quinn, Esq.
johnquinn@quinnemanuel.com
Michael T. Zeller, Esq.
michaelzeller@quinnemanuel.com
Jon D. Corey, Esq.
Joncorey@quinnemanuel.com
Brett D. Proctor
dylanproctor@quinnemanuel.com
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Counsel for Carlos Gustavo Machado Gomez
Mark E. Overland, Esq.
moverland@scheperkim.com
Alexander H. Cote, Esq.
acote@scheperkim.com
SCHEPER KIM & OVERLAND LLP
601 W. 5th Street, 12th Floor
Los Angeles, CA 90017
Telephone: (213) 613-4655
Facsimile: (213) 613-4656

Leah Chava Gershon, Esq.
leah@spertuslaw.com
JAMES W. SPERTUS LAW OFFICES
1990 S. Bundy Drive, Suite 705
Los Angeles, CA 90025
Telephone: (310) 584-7671
Facsimile: (310) 826-4711

Counsel for Limited Intervenor, Omni 808 Investors LLC
Todd E. Gordinier, Esq.
todd.gordinier@bingham.com
BINGHAM MCCUTCHEN LLP
600 Anton Blvd., 18th Floor
Costa Mesa, CA 92626
Telephone: (714) 830-0600
Facsimile: (714) 830-0700

1   Additional Counsel:

2   Thomas J. Nolan, Esq.
    thomas.nolan@skadden.com
3   Raoul D. Kennedy, Esq.
    raoul.kennedy@skadden.com
4   Jason D. Russell, Esq.
    jason.russell@skadden.com
5   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
    300 South Grand Avenue
6   Suite 3400
    Los Angeles, CA 90071-3144
7   Telephone: (213) 687-5000
    Facsimile:  (213) 687-5600

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## DECLARATION OF SERVICE

I declare I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is USA Network, Inc., 350 S. Figueroa Street, Suite 196, Los Angeles, California 90071.

On July 29, 2009, I served the following documents:

1. **APPLICATION TO FILE UNDER SEAL;**

2. **[PROPOSED] ORDER RE APPLICATION TO FILE UNDER SEAL;**

3. **MGA'S NOTICE OF MOTION AND MOTION TO COMPEL DOCUMENTS RESPONSIVE TO REQUESTS FOR PRODUCTION NOS. 530 AND 531 OF MGA'S FIFTH SET OF REQUESTS FOR PRODUCTION ; MEMORANDUM OF POINTS AND AUTHORITIES [FILED UNDER SEAL];**

4. **EXHIBITS G AND L TO THE DECLARATION OF WILLIAM A. MOLINSKI IN SUPPORT OF MGA'S MOTION TO COMPEL DOCUMENTS RESPONSIVE TO REQUESTS FOR PRODUCTION NOS. 530 AND 531 OF MGA'S FIFTH SET OF REQUESTS FOR PRODUCTION [FILED UNDER SEAL];**

5. **CERTIFICATE OF SERVICE**

[X] by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below:

Robert C. O'Brien, Esq.
Discovery Master
Arent Fox LLP
555 West 5th Street, Suite 4800
Los Angeles, CA  90013

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 29, 2009, at Los Angeles, California.

/s/
USA Network, Inc.

OHS West:260690672.1          - 4 -