MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone: +1-415-773-5700
Facsimile: +1-415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: +1-213-629-2020
Facsimile: +1-213-612-2499

Attorneys for MGA PARTIES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 SGL (RNBx)<br><br>Consolidated with: Case No. CV 04-9059 and Case No. CV 05-2727<br><br>**DISCOVERY MATTER**<br>[To Be Heard by Discovery Master Robert O'Brien]<br><br>**CERTIFICATE OF SERVICE**<br><br>Date: TBD<br>Time: TBD<br>Courtroom: TBD<br><br>**Phase 2**<br>Discovery Cutoff: December 11, 2009<br>Pretrial Conference: March 1, 2010<br>Trial Date: March 23, 2010 |

# CERTIFICATE OF SERVICE

I, Maggie St. Germain, declare:

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, 777 South Figueroa Street, Suite 3200, Los Angeles, California 90017.

I hereby certify that on July 29, 2009, I electronically filed the following documents with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties listed below:

1. MGA'S PARTIES' OPPOSITION TO MATTEL, INC.'S MOTION TO ENFORCE PRIOR COURT ORDERS AND TO COMPEL RE INTERROGATORY NOS. 68 & 69 AND RFPS 75, 85, 95, 105 & 115 OF FIRST SET OF REQUESTS RE UNFAIR COMPETITION;

2. EXHIBIT E TO DECLARATION OF WILLIAM A. MOLINSKI IN SUPPORT OF MGA'S MOTION TO COMPEL DOCUMENTS RESPONSIVE TO REQUESTS FOR PRODUCTION NOS. 530 AND 531 OF MGA'S FIFTH SET OF REQUESTS FOR PRODUCTION;

3. CERTIFICATE OF SERVICE.

SEE ATTACHED SERVICE LIST

I declare under penalty of perjury that the foregoing is true and correct and that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 29, 2009, at Los Angeles, California.

                                              /s/ Maggie St. Germain  
                                                    Maggie St. Germain

# PHASE 2 SERVICE LIST

Counsel for Mattel. Inc.
John B. Quinn, Esq.
johnquinn@quinnemanuel.com
Michael T. Zeller, Esq.
michaelzeller@quinnemanuel.com
Jon D. Corey, Esq.
Joncorey@quinnemanuel.com
Brett D. Proctor
dylanproctor@quinnemanuel.com
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Counsel for Carlos Gustavo Machado Gomez
Mark E. Overland, Esq.
moverland@scheperkim.com
Alexander H. Cote, Esq.
acote@scheperkim.com
SCHEPER KIM & OVERLAND LLP
601 W. 5th Street, 12th Floor
Los Angeles, CA 90017
Telephone: (213) 613-4655
Facsimile: (213) 613-4656

Leah Chava Gershon, Esq.
leah@spertuslaw.com
JAMES W. SPERTUS LAW OFFICES
1990 S. Bundy Drive, Suite 705
Los Angeles, CA 90025
Telephone: (310) 584-7671
Facsimile: (310) 826-4711

| | |
|---|---|
| 1 | <u>Counsel for Limited Intervenor, Omni 808 Investors LLC</u> |
| 2 | Todd E. Gordinier, Esq.<br>todd.gordinier@bingham.com |
| 3 | BINGHAM MCCUTCHEN LLP<br>600 Anton Blvd., 18th Floor |
| 4 | Costa Mesa, CA 92626<br>Telephone: (714) 830-0600 |
| 5 | Facsimile: (714) 830-0700 |
| 6 | <u>Additional Counsel:</u> |
| 7 | Thomas J. Nolan, Esq.<br>thomas.nolan@skadden.com |
| 8 | Raoul D. Kennedy, Esq.<br>raoul.kennedy@skadden.com |
| 9 | Jason D. Russell, Esq.<br>jason.russell@skadden.com |
| 10 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>300 South Grand Avenue<br>Suite 3400 |
| 11 | Los Angeles, CA 90071-3144<br>Telephone: (213) 687-5000 |
| 12 | Facsimile: (213) 687-5600 |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |