ORIGINAL

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc.

*Lodged P/O*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>                Plaintiff,<br><br>        vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>                Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09039<br>Case No. CV 05-02727<br><br><u>Hon. Stephen G. Larson</u><br><br>**APPLICATION TO FILE UNDER SEAL:**<br><br>**(1) REPLY IN SUPPORT OF MATTEL, INC.'S MOTION FOR ADDITIONAL TIME TO CONDUCT THE DEPOSITION OF ISAAC LARIAN AND OPPOSITION TO CROSS-MOTION FOR PROTECTIVE ORDER LIMITING SCOPE OF EXAMINATION, AND**<br><br>**(2) EXHIBITS 1, 5, 12 AND 16 TO THE SUPPORTING SUPPLEMENTAL DECLARATION OF SCOTT B. KIDMAN**<br><br>[Proposed Order filed concurrently herewith] |

07209/3031252.1

APPLICATION TO FILE UNDER SEAL

## Application to File Under Seal

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, plaintiff Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal (1) Reply in Support of Mattel, Inc.'s Motion for Additional Time to Conduct the Deposition of Isaac Larian and Opposition to Cross-Motion for Protective Order Limiting Scope of Examination, and (2) Exhibits 1, 5, 12 and 16 to the Supporting Supplemental Declaration of Scott B. Kidman.

The Reply and Exhibits 1, 5, 12 and 16 from the Kidman Declaration discuss, quote from or attach certain documents that the parties have designated as "Confidential" and/or "Confidential-Attorneys' Eyes Only" pursuant to the Protective Order.    As these materials have been designated by the parties as "Confidential" and/or "Confidential-Attorneys' Eyes Only," Mattel requests that the Court order that the materials be filed under seal.

In the alternative, Mattel requests that the Court declare these materials be outside the definition of "Confidential" and/or "Confidential-Attorneys' Eyes Only" as contained in the Stipulated Protective Order and order it to be lodged as part of the public record.

DATED:  July 30, 2009        QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By _____
    Michael T. Zeller
    Attorneys for Mattel, Inc.

-1-