QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with:<br>Case No. CV 04-09039<br>Case No. CV 05-02727 |
| vs. | |
| MATTEL, INC., a Delaware corporation, | Hon. Stephen G. Larson |
| Defendant. | [~~PROPOSED~~] ORDER RE APPLICATION TO FILE UNDER SEAL: |
| AND CONSOLIDATED ACTIONS | (1) REPLY IN SUPPORT OF MATTEL, INC.'S MOTION FOR ADDITIONAL TIME TO CONDUCT THE DEPOSITION OF ISAAC LARIAN AND OPPOSITION TO CROSS-MOTION FOR PROTECTIVE ORDER LIMITING SCOPE OF EXAMINATION, AND |
| | (2) EXHIBITS 1, 5, 12 AND 16 TO THE SUPPORTING SUPPLEMENTAL DECLARATION OF SCOTT B. KIDMAN |

ORIGINAL

LODGED

07209/3031255.1

[PROPOSED] ORDER RE APPLICATION TO FILE UNDER SEAL

# [PROPOSED] ORDER

Based on the concurrently filed Application to File Under Seal (1) Reply in Support of Mattel, Inc.'s Motion for Additional Time to Conduct the Deposition of Isaac Larian And Opposition to Cross-Motion For Protective Order Limiting Scope Of Examination, and (2) Exhibits 1, 5, 12 and 16 to the Supporting Supplemental Declaration of Scott B. Kidman, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Mattel's Reply In Support Of Mattel, Inc.'s Motion for Additional Time to Conduct the Deposition of Isaac Larian and Opposition to Cross-Motion for Protective Order Limiting Scope of Examination, and Exhibits 1, 5, 12 and 16 to the Supporting Supplemental Declaration of Scott B. Kidman are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED:    July 31    , 2009

S.G. Larson

Hon. Stephen G. Larson
United States District Judge