| | |
|---|---|
| 1 | Bingham McCutchen LLP |
| 2 | TODD E. GORDINIER (SBN 82200)<br>todd.gordinier@bingham.com |
| 3 | PETER N. VILLAR (SBN 204038)<br>peter.villar@bingham.com |
| 4 | CRAIG A. TAGGART (SBN 239168)<br>craig.taggart@bingham.com |
| 5 | 600 Anton Boulevard<br>18th Floor |
| 6 | Costa Mesa, CA 92626-1924<br>Telephone: 714.830.0600 |
| 7 | Facsimile: 714.830.0700 |
| 8 | Attorneys for Non-parties<br>OMNI 808 INVESTORS, LLC, VISION |
| 9 | CAPITAL, LLC and OMNINET CAPITAL, LLC |

FILED 2009 JUL 31 PM 4:01 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. RIVERSIDE

Lodged (proposed) order

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 12 | CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx)<br>C/W Case No. CV 04-09059 |
| 13 | Plaintiff, | Case No. CV 05-2727 |
| 14 | v. | **DISCOVERY MATTER**<br>To be heard by Discovery Master |
| 15 | MATTEL, INC., a Delaware Corporation, | Robert C. O'Brien |
| 16 | Defendant. | **APPLICATION TO FILE UNDER SEAL OMNI 808 INVESTORS, LLC'S, VISION CAPITAL, LLC'S AND OMNINET CAPITAL, LLC'S MEMORANDUM IN OPPOSITION TO MATTEL, INC.'S MOTION: (1) TO ENFORCE ORDER COMPELLING OMNI PARTIES TO PRODUCE DOCUMENTS, (2) TO STRIKE OBJECTIONS, AND (3) FOR SANCTIONS; AND CROSS-REQUEST FOR SANCTIONS; AND DECLARATION OF PETER N. VILLAR** |
| 17-22 | | |
| 23 | | |
| 24 | | Date: TBD<br>Time: TBD |
| 25 | | Place: Arent Fox LLP<br>555 West Fifth Street<br>48th Floor |
| 26 | | Los Angeles, CA 90013 |
| 27 | AND CONSOLIDATED ACTIONS. | **Phase 2**:<br>Discovery Cut-off: Dec. 11, 2009<br>Pre-trial Conference: March 1, 2010 |
| 28 | | Trial Date: March 23, 2010 |

A/73108042.1

Pursuant to Central District Local Rule 79-5.1, the Stipulated Protective Order entered by the Court in this action on January 4, 2005, and the Court's Orders dated April 27, 2009 and May 21, 2009, Omni 808 Investors, LLC, Vision Capital, LLC and Omninet Capital, LLC hereby respectfully requests that the Court permit the following document to be filed under seal:

## APPLICATION TO FILE UNDER SEAL

OMNI 808 INVESTORS, LLC'S, VISION CAPITAL, LLC'S AND OMNINET CAPITAL, LLC'S MEMORANDUM IN OPPOSITION TO MATTEL, INC.'S MOTION: (1) TO ENFORCE ORDER COMPELLING OMNI PARTIES TO PRODUCE DOCUMENTS, (2) TO STRIKE OBJECTIONS, AND (3) FOR SANCTIONS; AND CROSS-REQUEST FOR SANCTIONS AND DECLARATION OF PETER N. VILLAR

DATED: July 31, 2009          Bingham McCutchen LLP


By: /s/ Todd E. Gordinier
    Todd E. Gordinier
    Attorneys for Non-parties Omni 808
    Investors, LLC, Omninet Capital, LLC
    and Vision Capital, LLC

**PROOF OF SERVICE BY E-MAIL TO COUNSEL**

I, Paul A. McConnell, am over eighteen years of age, not a party in this action, and employed in Orange County, California at 600 Anton Boulevard, Costa Mesa, California 92626-1924. On **July 31, 2009**, I served the attached:

**APPLICATION TO FILE UNDER SEAL**

**OMNI 808 INVESTORS, LLC'S, VISION CAPITAL, LLC'S AND OMNINET CAPITAL, LLC'S MEMORANDUM IN OPPOSITION TO MATTEL, INC.'S MOTION: (1) TO ENFORCE ORDER COMPELLING OMNI PARTIES TO PRODUCE DOCUMENTS, (2) TO STRIKE OBJECTIONS, AND (3) FOR SANCTIONS; AND CROSS-REQUEST FOR SANCTIONS**

I served copies of said papers on July 31, 2009 by attaching them to an e-mail addressed to:

Michael Zeller
michaelzeller@quinnemanuel.com

Dylan Proctor
dylanproctor@quinnemanuel.com

Jon Corey
joncorey@quinnemanuel.com

Jason Russell
jason.russell@skadden.com

Melinda Haag
mhaag@orrick.com

Annette L. Hurst
ahurst@orrick.com

Warrington S. Parker III
wparker@orrick.com

William A. Molinski
wmolinski@orrick.com

Mark Overland
moverland@scheperkim.com

Alexander Cote
acote@scheperkim.com

A/73108042.1                            - 1 -

1  I declare that I am employed in the office of a member of the bar of this
2  court at whose direction the service was made and that this declaration was
3  executed on **July 31, 2009**.

_____
Paul A. McConnell