1  THOMAS J. NOLAN (Bar No. 66992)
   (tnolan@skadden.com)
2  JASON D. RUSSELL (Bar No. 169219)
   (jrussell@skadden.com)
3  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   300 South Grand Avenue, Suite 3400
4  Los Angeles, CA 90071-3144
   Tel.: (213) 687-5000/Fax: (213) 687-5600
5
6  Attorneys for Counter-Defendants,
   MGA ENTERTAINMENT, INC., ISAAC LARIAN,
7  and MGA ENTERTAINMENT (HK) LIMITED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>Honorable Stephen G. Larson<br><br>**APPLICATION TO FILE UNDER SEAL:**<br><br>(1) MGA PARTIES' *EX PARTE* APPLICATION & MOTION FOR CLARIFICATION OF THE COURT'S ORDERS REGARDING ESCROW OF PROFITS; and MEMORANDUM OF POINTS & AUTHORITIES IN SUPPORT THEREOF;<br><br>(2) DECLARATION OF JASON D. RUSSELL IN SUPPORT THEREOF;<br><br>(3) DECLARATION OF STEPHEN SCHULTZ IN SUPPORT THEREOF. |

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action on January 4, 2005, MGA Entertainment, Inc., Isaac Larian, and MGA Entertainment (HK) Limited, (collectively, the "MGA Parties") hereby respectfully request that the Court order the following documents be filed under seal:

1. MGA Parties' *Ex Parte* Application and Motion for Clarification of the Court's Orders Regarding Escrow of Profits;

2. Declaration of Jason D. Russell in support thereof; and

3. Declaration of Stephen Schultz in support thereof.

Good cause exists for filing these documents under seal because (1) the *Ex Parte* Application and Motion and exhibits to the Declaration of Stephen Schultz contain confidential financial information and has been designated "CONFIDENTIAL – ATTORNEYS' EYES ONLY" pursuant to the Protective Order in place in this case; and (2) the Declaration of Jason D. Russell contains information reflecting communications with the Monitor and which are likely to be reflected in the Monitor's Reports, which this Court has ordered be filed under seal.

DATED: July 31, 2009          SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: /s/ Thomas J. Nolan /JKdC
Thomas J. Nolan
Attorneys for the MGA Parties