



LODGED

2009 JUL 31 PM 3:57

CLERK, U.S. DISTRICT COURT CENTRAL DIST. OF CALIF.

THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
JASON D. RUSSELL (Bar No. 169219)
(jrussell@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071-3144
Tel.: (213) 687-5000/Fax: (213) 687-5600

Attorneys for Counter-Defendants,
MGA ENTERTAINMENT, INC., ISAAC LARIAN,
and MGA ENTERTAINMENT (HK) LIMITED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>Honorable Stephen G. Larson<br><br>**~~[PROPOSED]~~ ORDER TO FILE UNDER SEAL:**<br><br>(1) MGA PARTIES' *EX PARTE* APPLICATION & MOTION FOR CLARIFICATION OF THE COURT'S ORDERS REGARDING ESCROW OF PROFITS; and MEMORANDUM OF POINTS & AUTHORITIES IN SUPPORT THEREOF;<br><br>(2) DECLARATION OF JASON D. RUSSELL IN SUPPORT THEREOF;<br><br>(3) DECLARATION OF STEPHEN SCHULTZ IN SUPPORT THEREOF. |

**ORDER**

Based on the concurrently filed Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that the following documents be filed under seal pursuant to Local Rule 79-5.1:

1. MGA Parties' *Ex Parte* Application and Motion for Clarification of the Court's Orders Regarding Escrow of Profits;

2. Declaration of Jason D. Russell in support thereof; and

3. Declaration of Stephen Schultz in support thereof.

DATED: 7-31-09

S G Larson

Hon. Stephen G. Larson
United States District Court Judge