LODGED

1  MELINDA HAAG (State Bar No. 132612)
   mhaag@orrick.com
2  ANNETTE L. HURST (State Bar No. 148738)
   ahurst@orrick.com
3  WARRINGTON S. PARKER III (State Bar No. 148008)
   wparker@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
5  405 Howard Street
   San Francisco, CA 94105-2669
6  Telephone: +1-415-773-5700
   Facsimile: +1-415-773-5759
7
   WILLIAM A. MOLINSKI (State Bar No. 145186)
8  wmolinski@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
9  777 South Figueroa Street, Suite 3200
   Los Angeles, CA 90017
10 Telephone: +1-213-629-2020
   Facsimile: +1-213-612-2499
11
   Attorneys for MGA Parties
12

13              UNITED STATES DISTRICT COURT
14              CENTRAL DISTRICT OF CALIFORNIA
15                    EASTERN DIVISION

| 16 | CARTER BRYANT, an individual, | Case No. CV 04-9049-SGL (RNBx) |
|---|---|---|
| 17 | Plaintiff, | Consolidated with: Case No. CV 04-9059 |
| 18 | v. | Case No. CV 05-2727 |
| 19 | MATTEL, INC., a Delaware corporation, | Honorable Stephen G. Larson |
| 20 | Defendant. | [PROPOSED] ORDER RE APPLICATION TO FILE UNDER SEAL |
| 21 | | |
| 22 | AND CONSOLIDATED ACTIONS | |
| 23 | | |

[PROPOSED] ORDER RE APPLICATION TO FILE UNDER SEAL
CV 04-9049 SGL (RNBx)

1    The Court, having considered the MGA Parties' application for an order to
2 file under seal, and having found good cause to do so, it is HEREBY ORDERED
3 that said application is GRANTED in its entirety.
4    The Clerk shall maintain under Seal the following document:

6    1. MGA'S OPPOSITION TO MATTEL'S MOTION (1) TO ENFORCE ORDER COMPELLING THE OMNI PARTIES TO PRODUCE DOCUMENTS, (2) TO STRIKE OBJECTIONS, (3) FOR SANCTIONS

9    It is so ORDERED.

12   Dated: July 31, 2009

           _____
           Hon. Stephen G. Larson
           United States District Court Judge