| | |
|---|---|
| 1 | MELINDA HAAG (State Bar No. 132612) |
| | mhaag@orrick.com |
| 2 | ANNETTE L. HURST (State Bar No. 148738) |
| | ahurst@orrick.com |
| 3 | WARRINGTON S. PARKER III (State Bar No. 148003) |
| | wparker@orrick.com |
| 4 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | The Orrick Building |
| 5 | 405 Howard Street |
| | San Francisco, CA  94105-2669 |
| 6 | Telephone:  +1-415-773-5700 |
| | Facsimile:  +1-415-773-5759 |
| 7 | |
| 8 | WILLIAM A. MOLINSKI (State Bar No. 145186) |
| | wmolinski@orrick.com |
| 9 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 777 South Figueroa Street, Suite 3200 |
| 10 | Los Angeles, CA  90017 |
| | Telephone:  +1-213-629-2020 |
| 11 | Facsimile:  +1-213-612-2499 |
| 12 | Attorneys for MGA Parties |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual | Case No. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with:<br>CV 04-9059<br>CV 05-2727 |
| v. | |
| MATTEL, INC., a Delaware Corporation | **DECLARATION OF WARRINGTON S. PARKER III IN SUPPORT OF MGA PARTIES' OPPOSITION TO MATTEL'S MOTION FOR CLARIFICATION OF JUNE 18, 2009 ORDER REGARDING ESCROW OF BRATZ PROFITS; EXHIBITS** |
| Defendant. | |
| AND CONSOLIDATED ACTIONS. | |
| | Date:       August 17, 2009<br>Time:       10:00 A.M.<br>Courtroom: 1<br>Judge:      Hon. Stephen J. Larson |

I, Warrington S. Parker, declare as follows:

1. I am an attorney at the law firm of Orrick, Herrington & Sutcliffe LLP, counsel of record for the MGA Parties in the above-captioned action. I am a member in good standing of the State Bar of California and am admitted to practice before this Court. I have personal knowledge of the facts set forth in this Declaration unless otherwise expressly stated, in which case it is on information and belief. If called as a witness, I could and would testify competently to such facts under oath.

2. Attached hereto as **Exhibit A** is a true and correct copy of an excerpt of the August 20, 2008 transcript.

3. Attached hereto as **Exhibit B** is a true and correct copy of an excerpt of the August 18, 2008 transcript.

4. Attached hereto as **Exhibit C** is a true and correct copy of an excerpt of the August 22, 2008 transcript.

5. Attached hereto as **Exhibit D** is a true and correct copy an excerpt of the June 15, 2009 transcript.

6. Attached hereto as **Exhibit E** is a true and correct copy of an excerpt from the August 20, 2009 transcript.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 3d day of August, 2009, at San Francisco, California.

*/s Warrington S. Parker III*
Warrington S. Parker III