# Exhibit C

```
 1                    UNITED STATES DISTRICT COURT

 2                   CENTRAL DISTRICT OF CALIFORNIA

 3                              ---

 4         HONORABLE STEPHEN G. LARSON, JUDGE PRESIDING

 5                              ---

 6  MATTEL, INC.,              :  PAGES 8285 - 8298
                                :
 7          PLAINTIFF,          :
                                :
 8     VS.                      :  NO. ED CV04-09049-SGL
                                :  [CONSOLIDATED WITH
 9  MGA ENTERTAINMENT, INC.,    :  CV04-9059 & CV05-2727]
    ET AL.,                     :
10                              :
            DEFENDANTS.         :
11  _____

12

13

14

15           REPORTER'S TRANSCRIPT OF PROCEEDINGS

16                   RIVERSIDE, CALIFORNIA

17                 FRIDAY, AUGUST 22, 2008

18                JURY DELIBERATIONS - DAY 3

19

20

21

22                          MARK SCHWEITZER, CSR, RPR, CRR
                            OFFICIAL COURT REPORTER
23                          UNITED STATES DISTRICT COURT
                            181-H ROYBAL FEDERAL BUILDING
24                          255 EAST TEMPLE STREET
                            LOS ANGELES, CALIFORNIA 90012
25                          (213) 663-3494
```

CERTIFIED COPY

Exhibit C - Page 20

```
 1              Riverside, California; Friday, August 22, 2008
 2                             3:06 P.M.
 3           THE COURT:  Good afternoon, Counsel.  The Court has
 4   received the following note.  Note No. 4 from the jury in
 5   Mattel versus MGA.  It's a two-part question.  The first
 6   question reads as follows:  "Can we find that the first
 7   generation dolls violate the copyright of Mattel but that
 8   subsequent generations of dolls do not violate the
 9   copyright?"
10           The second question, which I'll preface by saying
11   is not understandable or understood by the Court, reads as
12   follows:  "Our dilemma, colon, appropriation of first
13   generation, $4 million profit."
14           Mr. Holmes will provide each of you a copy of this
15   note.
16           Counsel?  Just so you know, my thoughts start off
17   the answer to the first question is easy enough.  It's simply
18   a yes.  The second one I'd be inclined to indicate that the
19   court does not understand what -- it's not even clear it is a
20   question, I guess, because there's no question mark.  It's
21   just a statement.
22           MR. ROTH:  Okay.  Agreed, your Honor.  I believe
23   that the answer to the first question is yes.  I think the
24   second question may have resulted from the nature of our
25   damages presentation where we offered a -- a chart that had a
```

Exhibit C - Page 21

```
 1          THE COURT:  So what would you suggest the Court do?
 2  If you disagree, I need some clear answers here.  Do you
 3  disagree with the Court's approach to say the Court does not
 4  understand your second question, and if so, what alternative
 5  language would you propose me sending to the jury?
 6          MR. ROTH:  I disagree with that and wonder if the
 7  Court respectfully would ask if there's a question regarding
 8  apportionment.  Are you -- the question could be is the jury
 9  wondering whether or not apportionment is appropriate for the
10  first generation of dolls.
11          THE COURT:  Okay.  Mr. Price?
12          MR. PRICE:  I think the answer to the first
13  question is yes, obviously.  The second question, I don't
14  think we should be trying to guess or speculate as to what
15  they are getting at.  I think the Court should say we
16  don't -- I don't understand, we don't understand the second
17  question, if indeed it's a question.  Or it might be just
18  saying that's why we're asking the first question.
19  Respectfully.
20          THE COURT:  I do think that that is -- that was the
21  Court's initial inclination, and I think that's the better
22  way to go.  First response, number one, I'm going to write
23  yes.
24          Number two, I'm going to say I do not understand
25  the question.
```

Exhibit C - Page 22

```
 1  going to say?
 2          MR. PRICE:  No, your Honor.
 3          THE COURT:  All right.  That will be what the Court
 4  will write, then.  Carefully review the instructions provided
 5  by the Court -- carefully review and consider the applicable
 6  instructions provided by the Court.
 7          Very well.  I know this is an anxious time for
 8  everybody.  Try to have as good a weekend as you can.  And
 9  I'll see you here Tuesday.  The jury will resume
10  deliberations at 9:00 A.M.  See you then.  Take care,
11  Counsel.
12
13              (Proceedings concluded at 4:45 P.M.)
14
15                      C E R T I F I C A T E
16
17          I hereby certify that pursuant to Title 28,
18  Section 753 United States Code, the foregoing is a true and
19  correct transcript of the stenographically reported
20  proceedings in the above matter.
21          Certified on Friday, August 22, 2008.
22
23                      _____
24                      MARK SCHWEITZER, CSR, RPR, CRR
                        Official Court Reporter
25                      License No. 10514
```

Exhibit C - Page 23