# Exhibit D

```
 1                    UNITED STATES DISTRICT COURT
                     CENTRAL DISTRICT OF CALIFORNIA
 2                         EASTERN DIVISION

 3      HON. STEPHEN G. LARSON, U.S. DISTRICT JUDGE PRESIDING

 4

 5   MATTEL, INC.

 6              Plaintiff,

 7        vs.                        CASE NO. CV 04-09049 SGL

 8   MGA ENTERTAINMENT, INC.,

 9              Defendant.

10

11
                    DATE:    June 15, 2009
12
                    TIME:    2:00 P.M.
13
                    PLACE:   United States Courthouse
14                           3470 12th Street
                             Riverside, CA
15

...

23
                       GARY D. GEORGE, RPR
24                170 N. Via Las Palmas Unit 1
                     Palm Springs, CA 92262
25                     (760) 699-5039
```

1  Honor. As the Court pointed out that's pretty much water under
2  the bridge. Nobody could tell us what that verdict on
3  infringement means. As we said that might have been the jury
4  reacting to their having -- Mr. Kennedy having blurted out the
5  concept there was an injunction. Their having introduced
6  evidence that MGA couldn't survive as a company. There is no
7  way --
8      I mean they offered various explanations for what that
9  $10,000,000 represented. Either it was at various times we
10 heard the first generation Bratz dolls or maybe the jury found
11 some small amount infringement in all the dolls. The fact of
12 the matter is nobody will ever know what that number came
13 from.
14     And this Court sitting as a Court in equity doing the
15 analysis on the injunction motion made its own determination
16 that these products are infringing. They are not entitled to
17 continue to sell those products. And if they are going to do
18 it at the end of this year for reasons that we all know and
19 have discussed it's not inequitable to require that that money
20 be escrowed, especially given the questions that have been
21 raised concerning MGA's handling of its own finances. And I
22 will just leave it at that. I won't characterize it.
23 The Court knows what I'm referring to.
24     THE COURT: And the Court is satisfied with the
25 current arrangement with the monitor in place. That's not a

```
 1                    C E R T I F I C A T E
 2
 3        I hereby certify that pursuant to Section 753, Title
 4   28, United States Code, the foregoing is a true and correct
 5   transcript of the stenographically reported proceedings held in
 6   the above-entitled matter and that the transcript page format
 7   is in conformance with the regulations of the Judicial
 8   Conference of the United States.
 9
10   Dated: June 17, 2009
11
12                              GARY D. GEORGE, RPR
                                Contract Court Reporter
13
14
15
16
17
18
19
20
21
22
23
24
25
```