# Exhibit E

8069

1  UNITED STATES DISTRICT COURT
2  CENTRAL DISTRICT OF CALIFORNIA
3  EASTERN DIVISION
4  - - -
5  HONORABLE STEPHEN G. LARSON, JUDGE PRESIDING
6  - - -
7  MATTEL, INC., )
   )
8  Plaintiff, )
   )
9  vs. ) No. CV 04-09049
   )
10 MGA ENTERTAINMENT, inc., et. Al., ) Trial Day 37
   ) morning session
11 Defendants. ) Pages 8069-8171
   )
12 AND CONSOLIDATED ACTIONS, )
   )
13
14
15 REPORTER'S TRANSCRIPT OF JURY TRIAL PROCEEDINGS
16 RIVERSIDE, CALIFORNIA
17 Wednesday, August 20, 2008
18 8:33 A.M.
19
20
21
22
23 THERESA A. LANZA, RPR, CSR
   Federal Official Court Reporter
24 3470 12th Street, Rm. 134
   RIVERSIDE, CALIFORNIA  92501
25 951-274-0344
   WWW.THERESALANZA.COM

CERTIFIED COPY

1      You've heard a lot in this case from MGA about what
2 they did with Mattel's drawings, the work they did on them, the
3 themes they added, the fashions they added, the accessories
4 they added.  None of that matters for purposes of infringement.
5 As the Court instructed you, the Court has determined what
6 elements of the works created Carter Bryant are protected under
7 copyright law.  These are the elements that you should consider
8 for the purpose of your comparison of each of the allegedly
9 infringing works under the extrinsic test.
10      So understand the first part of the test, the
11 extrinsic test, your job is to look at these elements that the
12 Court identified to you in the drawings, the head, the lips,
13 and the combination of all of the elements in the drawings --
14 to look at them and decide if they are substantially similar to
15 those elements that appear in the dolls.
16      There are, to be sure, other elements in the dolls,
17 dissimilar elements; but they don't matter for the purpose of
18 this test.  The question is whether MGA substantially copied
19 protectable elements from the drawings, not whether it added
20 other material.
21      As the Court instructed you, Mattel does not need to
22 establish that the works it alleges are infringing are
23 identical or virtually identical to the works that it owns, nor
24 that the allegedly infringing works do not contain any
25 noninfringing material.

1       If you look at the images, you can see that every
2  single Bratz doll, ever single one of them, has elements that
3  are substantially similar to those things that the Court has
4  identified to you as being protectable. And I'll show you that
5  in a moment.
6       The second step that the Court talked to you about is
7  the intrinsic test. And under that test, you have to ask
8  yourself if a child would think the drawings have the same
9  overall look and feel as the dolls.
10      And they clearly do. But I want to call two things
11 to your attention.
12      It is illegal for MGA, under the Court's instructions
13 of the law, to make what are called derivative works from the
14 Bryant drawings. As this instruction makes clear, a derivative
15 work is something that is based on a copyrighted work. MGA is
16 liable if you think a doll was based on or adapted from
17 Mr. Bryant's drawings. It doesn't have to be a copy of the
18 drawings. And there's no question that all of the Bratz
19 characters that MGA has touted to you as their creations are
20 derived from Mr. Bryant's drawings.
21      As this instruction makes clear, recasting,
22 transforming, or adapting Mattel's drawings is prohibited also.
23 So MGA cannot avoid Mattel's claims by pointing to things they
24 added to the Bryant designs or simply putting the designs or
25 the drawings in another form.

## CERTIFICATE

I hereby certify that pursuant to section 753, title 28, united states code, the foregoing is a true and correct transcript of the stenographically recorded proceedings held in the above-entitled matter and that the transcript page format is in conformance with the regulations of the judicial conference of the united states.



THERESA A. LANZA, RPR, CSR
Official COURT Reporter

8-21-08
Date