QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>　　　　Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case Nos. CV 04-9059 and CV 05-02727<br><br>**DISCOVERY MATTER**<br>**[To Be Heard By Discovery Master Robert O'Brien]**<br><br>DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL, INC.'S CROSS-MOTION REGARDING THE MGA PARTIES' MOTION TO COMPEL PREVIOUSLY COLLECTED CUSTODIAN INFORMATION OF PRODUCED DOCUMENTS AND TO REQUIRE FUTURE COLLECTION AND PRODUCTION OF CUSTODIAL DATA<br><br>Date: TBA<br>Time: TBA<br>Place: TBA<br><br>**Phase 2**<br>Discovery Cut-off: Dec. 11, 2009<br>Pre-trial Conference: Mar. 1, 2010<br>Trial Date: Mar. 23, 2010 |

## DECLARATION OF B. DYLAN PROCTOR

I, B. Dylan Proctor, declare as follows:

1. I am a member of the bar of the State of California and a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. I spoke with counsel for MGA, Annette Hurst, on July 15, 2009, to meet and confer regarding the limits on interrogatories and other issues. During that call, Ms. Hurst raised an issue regarding custodial information for documents produced in the action. Ms. Hurst stated that MGA wished to obtain such information for Mattel's productions, and that she recognized such obligations should be reciprocal. Ms. Hurst also explained that MGA, at one time, had custodial information for all productions except possibly the earliest ones, but that she was concerned that Skadden may not have preserved that information and was investigating the matter.

3. At my suggestion, Ms. Hurst sent a follow up letter to my partners, Michael Zeller and Marshall Searcy, later that day. I then sent a letter on this matter to Ms. Hurst on July 22, 2009, a true and correct copy of which is attached hereto as Exhibit 1. While Ms. Hurst and Mr. Searcy met and conferred the following day, I did not receive a response to this letter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 3rd day of August 2009, at Los Angeles, California.

_____
B. Dylan Proctor

# EXHIBIT 1

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100

July 22, 2009

BY EMAIL AND U.S. MAIL

Annette Hurst, Esq.
Orrick Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105

Re:   Mattel, Inc. v. MGA Entertainment, Inc. et al.

Dear Annette:

I am writing in response to your letter dated July 15, 2009 and our subsequent emails. We are considering your request, and my partner Marshall Searcy is available to confer with you about it at 5 p.m. today, or 11 a.m. tomorrow. To enable our call to be productive, please confirm whether the MGA parties are willing and able to provide reciprocal custodian information for their productions to date. As you will recall, when we spoke on July 15, 2009, you stated that while Skadden at one point had custodian information for the documents that had been previously produced, you were uncertain whether it retained that information. The answer to that question is material to our ability to respond to your proposal.

We look forward to hearing from you.

Very truly yours,

B. Dylan Proctor

07975/3019516.1

**quinn emanuel urquhart oliver & hedges, llp**

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100
TOKYO | Akasaka Twin Tower Main Building, 6th Floor, 17-22 Akasaka 2-Chome, Minato-ku, Tokyo 107-0052, Japan | TEL +81-3-5561-1711 FAX +81-3-5561-1712
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom | TEL +44-20-7653-2000 FAX +44-20-7653-2100