QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>    Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case Nos. CV 04-9059 and CV 05-02727<br><br>**DISCOVERY MATTER**<br>**[To Be Heard By Discovery Master Robert O'Brien]**<br><br>DECLARATION OF MARSHALL M. SEARCY III IN SUPPORT OF MATTEL, INC.'S CROSS-MOTION REGARDING THE MGA PARTIES' MOTION TO COMPEL PREVIOUSLY COLLECTED CUSTODIAN INFORMATION OF PRODUCED DOCUMENTS AND TO REQUIRE FUTURE COLLECTION AND PRODUCTION OF CUSTODIAL DATA<br><br>Date: TBA<br>Time: TBA<br>Place: TBA<br><br>**Phase 2**<br>Discovery Cut-off: Dec. 11, 2009<br>Pre-trial Conference: Mar. 1, 2010<br>Trial Date: Mar. 23, 2010 |

# DECLARATION OF MARSHALL M. SEARCY III

I, Marshall M. Searcy, III, declare as follows:

1. I am a member of the bar of the State of California and a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. On July 23, 2009, I met and conferred with counsel for MGA, Annette Hurst. At the beginning of the conference, I asked whether MGA remained willing to conduct a reciprocal exchange of custodial information. Ms. Hurst informed me that MGA would not consider such an exchange, as Mattel had not requested custodial information from MGA. I told her that Mattel had requested custodial information and, in any case, was requesting it at that point. MGA's counsel responded that Mattel's request was unclear and MGA would therefore not consider it. In light of MGA's apparent about face, I asked whether MGA had custodial information to exchange, to which MGA's counsel replied that I should "grow up" and asked "where were you raised?" I then observed that it sounded as though MGA did not know whether it had custodial information for its past production, and MGA's counsel replied "stop trying to bait me." MGA's counsel subsequently announced that Mattel should expect a motion and terminated the conference.

3. Attached hereto as Exhibit 1 is a true and correct copy of a letter I received from Annette Hurst, dated August 1, 2009.

4. Attached hereto as Exhibit 2 is a true and correct copy of a letter I wrote to Annette Hurst, dated August 1, 2009.

5. Attached hereto as Exhibit 3 is a true and correct copy of an email I received from Annette Hurst, dated August 2, 2009.

07975/3036166.1

SEARCY DECLARATION IN SUPPORT OF REPLY TO COMPEL MGA MEXICO PRODUCTION

6. Attached hereto as Exhibit 4 is a true and correct copy of page 13 from Mattel, Inc.'s First Set of Requests for Documents and Things Re Claims of Unfair Competition to MGA Entertainment, Inc.

7. Attached hereto as Exhibit 5 are a true and correct copies of excerpts from (1) Mattel, Inc.'s First Set of Requests for Documents and Things Re Claims of Unfair Competition to MGA Entertainment, Inc.; (2) Mattel, Inc.'s Second Set of Requests to MGA Entertainment, Inc. for Documents and Things Re Claims of Unfair Competition; (3) Mattel, Inc.'s First Set of Requests for Documents and Things to MGA Entertainment (HK) Limited; (4) Mattel, Inc.'s Second Set of Requests for Documents and Things to MGA Entertainment, Inc.; (5) Mattel, Inc.'s First Set of Requests for Documents and Things to Isaac Larian; (6) Mattel, Inc.'s Third Set of Requests for Documents and Things to MGA Entertainment, Inc.; (7) Mattel, Inc.'s Fourth Set of Requests for Documents and Things to MGA Entertainment, Inc.; (8) Mattel, Inc.'s First Set of Requests for Documents and Things to MGAE de Mexico, S.R.L de C.V.; (9) Mattel, Inc.'s Fifth Set of Requests for Documents and Things to MGA Entertainment, Inc.; (10) Mattel, Inc.'s Sixth Set of Requests for Documents and Things to MGA Entertainment, Inc.; (11) Mattel, Inc.'s Second Set of Requests for Documents and Things to Isaac Larian; (12) Mattel, Inc.'s Second Set of Requests for Documents and Things to MGA Entertainment (HK) Limited; (13) Mattel, Inc.'s Second Set of Requests for Documents and Things to MGAE de Mexico, S.R.L. de C.V.; (14) Mattel, Inc.'s Seventh Set of Requests for Documents and Things to MGA Entertainment, Inc.; (15) Mattel's Third Set of Requests for Documents and Things to MGAE de Mexico, S.R.L de C.V.; (16) Mattel, Inc.'s Third Set of Requests for Documents and Things to Isaac Larian; (17) Mattel, Inc.'s Third Set of Requests for Documents and Things to MGA Entertainment (HK) Limited; (18) Mattel, Inc.'s First Set of Requests for Documents and Things to Isaac Larian (Phase 2); (19) Mattel, Inc.'s First Set of Requests for Documents and Things to MGA Entertainment, Inc.

07975/3036166.1

SEARCY DECLARATION IN SUPPORT OF REPLY TO COMPEL MGA MEXICO PRODUCTION

1  (Phase 2); and (20) Mattel, Inc.'s First Set of Requests for Documents and Things to
2  MGAE de Mexico, S.R.L. de C.V. (Phase 2).

3      8.   Attached hereto as Exhibit 6 are a true and correct copies of
4  Request No. 94 from Mattel, Inc.'s First Set of Requests for Production of Documents
5  and Tangible Things to MGA Entertainment, Inc., and Request No. 275 from Mattel,
6  Inc.'s First Set of Requests for Documents and Things to Isaac Larian.

7      9.   Attached hereto as Exhibit 7 is a true and correct copy of MGA's
8  Opposition to Mattel, Inc.'s Motion to Compel Production of Metadata, dated
9  November 30, 2007.

10     10.   Attached hereto as Exhibit 8 is a true and correct copy of excerpts
11 from the January 3, 2008 Hearing Transcript.

12     11.   Attached hereto as Exhibit 9 is a true and correct copy of the
13 January 9, 2008 Order Regarding Mattel, Inc.'s Motion to Compel Production of
14 Metadata.

15     12.   Attached hereto as Exhibit 10 is a true and correct copy of excerpts
16 from the August 5, 2008 Trial Transcript.

17     13.   Attached hereto as Exhibit 11 is a true and correct copy of excerpts
18 from the August 6, 2008 Trial Transcript.

19     14.   Attached hereto as Exhibit 12 is a true and correct copy of Mattel,
20 Inc.'s Motion to Compel MGA Mexico to Produce Documents and Things in Response
21 to Mattel's First, Second and Third Sets of Requests for Production, dated July 15,
22 2009.

23 \\\
24 \\\
25 \\\
26 \\\
27 \\\
28

15. Attached hereto as Exhibit 13 is a true and correct copy of the MGA Parties' Opposition to Motion to Compel MGA Mexico to Product Documents and Things in Response to Mattel's First, Second and Third Sets of Requests for Production, dated July 22, 2009.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 3rd day of August 2009, at Los Angeles, California.

_____
Marshall M. Searcy III