| Name & Address: | |
|---|---|
| QUINN EMANUEL URQUHART OLIVER & HEDGES LLP<br>John B. Quinn (Bar No. 090378)<br>Michael T. Zeller (Bar No. 196417)<br>Jon D. Corey (Bar No. 185066)<br>Attorneys for Mattel, Inc. | |

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| CARTER BRYANT, an individual,<br><br>PLAINTIFF(S)<br>v.<br>MATTEL, INC., a Delaware corporation,<br><br>DEFENDANT(S). | CASE NUMBER: CV 04-9049 SGL (RNBx)<br><br>**NOTICE OF MANUAL FILING** |
|---|---|

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
Mattel Inc.'s Reply in Support of Motion to Compel MGA and Larian to Produce Documents Responsive to First Sets of Requests for Production (Phase 2); Exhibits to the Declaration of Christopher E. Price, App and Proposed Order

**Document Description:**

- [ ] Administrative Record
- [X] Exhibits
- [ ] Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Rule 79-5.4. Documents to be excluded, (h)]
- [X] Other

**Reason:**

- [X] Under Seal
- [ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- [ ] Electronic versions are not available to filer
- [X] Per Court order dated  January 4, 2005
- [ ] Manual Filing required (*reason*):

August 3, 2009
Date

Jon D. Corey
Attorney Name

Mattel, Inc.
Party Represented

Note: File one Notice in each case, each time you manually file document(s).