QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> MATTEL, INC., a Delaware corporation, <br><br> Defendant. <br><br> AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx) <br><br> Consolidated with <br> Case No. CV 04-09059 <br> Case No. CV 05-02727 <br><br> **DISCOVERY MATTER** <br><br> **[To Be Heard By Discovery Master Robert O'Brien Pursuant to Order of January 6, 2009]** <br><br> **DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL, INC.'S MOTION FOR ISSUANCE OF LETTERS OF REQUEST FOR VARGAS AND TRUEBA** <br><br> Date:  TBD <br> Time:  TBD <br> Place:  Arent Fox LLP <br><br> **Phase 2:** <br> Disc. Cut-off:  Dec. 11, 2009 <br> Pre-trial Con.:  Mar. 1, 2010 <br> Trial Date:  Mar. 23, 2010 |

07975/3037427.1

PROCTOR DECLARATION ISO MATTEL'S MOTION FOR LETTER OF REQUEST

## **DECLARATION OF B. DYLAN PROCTOR**

I, B. Dylan Proctor, declare as follows:

1. I am a member of the bar of the State of California, and partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of an email sent to me by Annette Hurst, dated July 26, 2009.

3. Attached hereto as Exhibit 2 is a true and correct copy of emails I sent to Ms. Hurst, dated July 30, 2009, and July 29, 2009. Ms. Hurst did not respond to any of these emails.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on August 3rd, 2009 at Los Angeles, California.

/s/ B. Dylan Proctor
B. Dylan Proctor