QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>            Plaintiff,<br><br>    vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>            Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case Nos. CV 04-09059 and CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Robert O'Brien]**<br><br>[PUBLIC REDACTED] SUPPLEMENTAL DECLARATION OF SCOTT L. WATSON IN SUPPORT OF MATTEL, INC.'S MOTION TO ENFORCE PRIOR COURT ORDERS AND TO COMPEL RE: INTERROGATORY NOS. 68 AND 69, AND RFPS 75, 85, 95, 105, AND 115 OF MATTEL'S FIRST SET OF REQUESTS RE UNFAIR COMPETITION<br><br>Hearing Date:    TBA<br>Time:                  TBA<br>Place:                  Arent Fox, LLP<br><br>**Phase 2**<br><br>Discovery Cut-off:     Dec. 11, 2009<br>Pre-trial Conference:  Mar. 1, 2010<br>Trial Date:                 Mar. 23, 2010 |

07975/3036216.1

SUPP. WATSON DEC ISO MATTEL'S MOTION TO ENFORCE

I, Scott L. Watson, declare as follows:

1. I am a member of the bar of the State of California and a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of further excerpts from the Trial Transcript, dated June 24, 2008.

3. Attached hereto as Exhibit 2 is a true and correct copy of further excerpts from the Deposition of Margaret Leahy, dated December 12, 2007.

4. Attached hereto as Exhibit 3 is a true and correct copy of the Court's Order dated April 8, 2008.

5. Attached hereto as Exhibit 4 is a true and correct copy of a letter I sent to Annette Hurst, dated July 13, 2009.

6. Attached hereto as Exhibit 5 is a true and correct copy of the Discovery Master's Phase 2 Discovery Matter Order No. 17, dated April 14, 2009.

7. Attached hereto as Exhibit 6 is a true and correct copy of the Discovery Master's Order Granting Mattel's Motion to Compel Production of Documents, dated January 25, 2007.

8. Attached hereto as Exhibit 7 is a true and correct copy of the Discovery Master's Order Granting Mattel's Motion to Compel Production of Documents and Interrogatory Responses by MGA, dated May 15, 2007.

9. Attached hereto as Exhibit 8 is a true and correct copy of the Discovery Master's Order Granting in Part and Denying in Part Mattel's Motion to Enforce the Court's Order of January 25, 2007, to Compel Production of Documents by Carter Bryant and for Sanctions, dated June 19, 2007.

10. Attached hereto as Exhibit 9 is a true and correct copy of the Court's Order Re Motions Heard on June 11, 2007.

11.     Attached hereto as Exhibit 10 is a true and correct copy of the Discovery Master's Order Re: Mattel's Motions To Compel Farhad Larian, Kaye Scholer and Stern & Goldberg to Produce Documents, dated January 25, 2008.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 3rd day of August, 2009, at Los Angeles, California.


    /s/ Scott L. Watson
Scott L. Watson

07975/3036216.1

-2-

WATSON DEC ISO MATTEL'S MOTION TO ENFORCE