MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1-415-773-5700
Facsimile: +1-415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: +1-213-629-2020
Facsimile: +1-213-612-2499

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>        Defendant. | Case No. CV 04-9049-SGL (RNBx)<br><br>**PROOF OF SERVICE BY MAIL TO COUNSEL** |
| AND CONSOLIDATED ACTIONS | |

OHS West:260702471.1

PROOF OF SERVICE

# PROOF OF SERVICE BY MAIL

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, The Orrick Building, 405 Howard Street, San Francisco, California 94105-2669. On August 3, 2009, I served the following document(s):

**MGA PARTIES' OPPOSITION TO MATTEL'S MOTION FOR CLARIFICATION OF JUNE 18, 2009 ORDER REGARDING ESCROW OF BRATZ PROFITS**

**DECLARATION OF WARRINGTON S. PARKER III IN SUPPORT OF MGA PARTIES' OPPOSITION TO MATTEL'S MOTION FOR CLARIFICATION OF JUNE 18, 2009 ORDER REGARDING ESCROW OF BRATZ PROFITS; EXHIBITS**

**NOTICE OF LODGING ISO MGA PARTIES' OPPOSITION TO MATTEL'S MOTION FOR CLARIFICATION OF JUNE 18, 2009 ORDER REGARDING ESCROW OF BRATZ PROFITS**

**NOTICE OF MANUAL FILING**

on the interested parties in this action by placing true and correct copies thereof in sealed envelope(s) addressed as follows:

**Jason Russell**
Skadden Arps Slate Meagher & Flom LLP
300 South Grand Avenue
Suite 3400
Los Angeles, CA 90071

**Todd Gordinier**
**Peter Villar**
Bingham McCutchen LLP
600 Anton Boulevard, 18th Floor
Costa Mesa, CA 92626

**Mark Overland**
**Alexander Cote**

OHS West:260702471.1   1   PROOF OF SERVICE

| | |
|---|---|
| 1 | Scheper Kim & Overland LLP |
| 2 | One Bunker Hill |
| | 601 West Fifth Street, |
| 3 | 12th Floor |
| 4 | Los Angeles, California 90071 |
| 5 | Patrick A Fraioli, Jr |
| | Ervin Cohen & Jessup LLP |
| 6 | 9401 Wilshire Boulevard, Ninth Floor |
| 7 | Beverly Hills, CA 90212-2974 |

I am employed in the county from which the mailing occurred. On the date indicated above, I placed the sealed envelope(s) for collection and mailing at this firm's office business address indicated above. I am readily familiar with this firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the firm's correspondence would be deposited with the United States Postal Service on this same date with postage thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 3, 2009, at San Francisco, California.


                                        /s/ *Rica Rivera*
                                        Rica Rivera

OHS West:260702471.1                 - 2 -                            PROOF OF SERVICE