QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
|---|---|
| Plaintiff, | Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727 |
| vs. | Hon. Stephen G. Larson |
| MATTEL, INC., a Delaware corporation, | APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S REPLY IN SUPPORT OF MOTION FOR PRECLUSIVE RELIEF OR, IN THE ALTERNATIVE, ACCESS TO ACTIVE FILES ON THE LARIAN HARD DRIVES |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | |
| | [[Proposed] Order Filed Concurrently Herewith] |
| | Date: TBA<br>Time: TBA<br>Place: TBA |

ORIGINAL

07975/3036747.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1       Pursuant to <u>Local Rule</u> 79-5.1 and the Stipulated Protective Order
2 entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully
3 requests that the Court order filed under seal Mattel, Inc.'s Reply in Support of
4 Motion for Preclusive Relief or, in the Alternative, Access to Active Files on the
5 Larian Hard Drives (the "Reply").

6       The Reply references materials that the MGA Parties and/or Mattel
7 have designated "Confidential" or "Confidential -- Attorney's Eyes Only" pursuant
8 to the Protective Order. Accordingly, Mattel requests that the Court order that the
9 Reply be filed under seal.

10       In the alternative, Mattel requests that the Court declare that the Reply
11 is outside the definitions of "Confidential" and "Confidential -- Attorney's Eyes
12 Only" as contained in the Stipulated Protective Order and order them to be filed as
13 part of the public record.

15 DATED: August 3, 2009       QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

17       By /s/ Marshall M. Searcy III
18          Marshall M. Searcy III
           Attorneys for Mattel, Inc.