Bingham McCutchen LLP
TODD E. GORDINIER (SBN 82200)
todd.gordinier@bingham.com
PETER N. VILLAR (SBN 204038)
peter.villar@bingham.com
CRAIG A. TAGGART (SBN 239168)
craig.taggart@bingham.com
600 Anton Boulevard
18th Floor
Costa Mesa, CA  92626-1924
Telephone:  714.830.0600
Facsimile:  714.830.0700

Attorneys for Non-party
BINGHAM MCCUTCHEN LLP

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Carter Bryant, and individual,<br><br>Plaintiff,<br><br>v.<br><br>Mattel, Inc., a Delaware Corporation,<br><br>Defendant.<br><br><br><br><br>AND CONSOLIDATED ACTIONS. | Case No. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No.<br>CV 04-09059 and Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br>**To be heard by Discovery Master**<br>**Robert C. O'Brien**<br><br>**APPLICATION TO FILE UNDER SEAL:**<br><br>**BINGHAM MCCUTCHEN LLP'S SUPPLEMENTAL MEMORANDUM REGARDING PORTION OF DISCOVERY MASTER ORDER NO. 27 REMANDED BY COURT FOR FURTHER CONSIDERATION; DECLARATION OF PETER N. VILLAR**<br><br>**Hearing:**<br>Date:            August 13, 2009<br>Time:           10:00 a.m.<br>Place:          Arent Fox, LLP<br><br>**Phase 2:**<br>Discovery Cut-off:      December 11, 2009<br>Pre-trial Conference:   March 1, 2010<br>Trial Date:                March 23, 2010 |

A/73109775.1

1    Pursuant to Central District Local Rule 79-5.1, the Stipulated Protective

2  Order entered by the Court in this action on January 4, 2005, and the Court's

3  Orders dated April 27, 2009 and May 21, 2009, Bingham McCutchen LLP hereby

4  respectfully requests that the Court permit the following document to be filed

5  under seal:

6        1.    Bingham McCutchen LLP'S Supplemental Memorandum

7  Regarding Portion of Discovery Master Order No. 27 Remanded by Court for

8  Further Consideration;

9        2.    Declaration of Peter N. Villar in Support of Bingham

10  McCutchen LLP'S Supplemental Memorandum Regarding Portion of Discovery

11  Master Order No. 27 Remanded by Court for Further Consideration

12

13  DATED:  August 3, 2009              Bingham McCutchen LLP

14

15                                By:   /s/  Todd E. Gordinier
                                        Todd E. Gordinier
16                                      Attorneys for Non-party
                                        Bingham McCutchen LLP
17

18

19

20

21

22

23

24

25

26

27

28

A/73109775.1                              1

1            **<u>PROOF OF SERVICE BY E-MAIL TO COUNSEL</u>**

2       I, Paul A. McConnell, am over eighteen years of age, not a party in this

3 action, and employed in Orange County, California at 600 Anton Boulevard, Costa

4 Mesa, California  92626-1924.  On **August 3, 2009**, I served the attached:

5               **APPLICATION TO FILE UNDER SEAL**

6 **BINGHAM MCCUTCHEN LLP'S SUPPLEMENTAL MEMORANDUM
REGARDING PORTION OF DISCOVERY MASTER ORDER NO. 27**

7 **REMANDED BY COURT FOR FURTHER CONSIDERATION;
DECLARATION OF PETER N. VILLAR**

8

9       I served copies of said papers on **August 3, 2009** by attaching them to an e-

10 mail addressed to:

11

12 Michael Zeller
michaelzeller@quinnemanuel.com

13 Dylan Proctor
dylanproctor@quinnemanuel.com

14

15 Jon Corey
joncorey@quinnemanuel.com

16 Jason Russell
jason.russell@skadden.com

17

18 Melinda Haag
mhaag@orrick.com

19 Annette L. Hurst
ahurst@orrick.com

20

21 Warrington S. Parker III
wparker@orrick.com

22 William A. Molinski
wmolinski@orrick.com

23

24 Mark Overland
moverland@scheperkim.com

25 Alexander Cote
acote@scheperkim.com

26

27

28

A/73109775.1          - 1 -

1        I declare that I am employed in the office of a member of the bar of this

2    court at whose direction the service was made and that this declaration was

3    executed on **August 3, 2009**.

4    _____

5                 Paul A. McConnell

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

A/73109775.1