Robert C. O'Brien (SBN 154372)
ARENT FOX LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065
Telephone: 213.629.7400
Facsimile: 213.629.7401
obrien.robert@arentfox.com

Discovery Master

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>CONSOLIDATED WITH MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | Case No. CV 04-09049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-2727<br><br>**PHASE 2 DISCOVERY MATTER**<br><br>**ORDER NO. 44, REGARDING:**<br><br>**(1) DEPOSITION OF NEIL KADISHA; and**<br><br>**(2) EXTENSION OF TIME FOR MATTEL, INC. TO FILE ITS OPPOSITION TO MGA'S MOTION TO COMPEL FURTHER RESPONSES TO MGA'S FIRST SET OF PHASE 2 INTERROGATORIES AND SECOND SET OF PHASE 2 REQUESTS FOR PRODUCTION** |

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

ORDER NO. 44
[Case No. CV 04-09049 SGL (RNBx)]

## I. THE DEPOSITION OF NEIL KADISHA

As part of Order No. 43, the Discovery Master ordered Neil Kadisha to sit for deposition within ten court days of July 30, 2009. Because he is out of the country until Saturday, August 22, 2009, Mr. Kadisha requests an extension of this deadline by approximately ten days. (Letter from Todd Gordinier to Robert C. O'Brien dated August 3, 2009, pp. 1 and 2).

Mattel, Inc. ("Mattel") opposes this request on the grounds that (1) Mr. Kadisha has been compelled to sit for his deposition on two prior occasions, (2) Mattel has sought Mr. Kadisha's deposition for several months, (3) Mr. Kadisha has been aware that he must be deposed for a substantial period of time, (4) Mr. Kadisha had ample time to resolve any scheduling issues, (5) any hardship imposed on Mr. Kadisha is one of his own making and (6) Mattel will be prejudiced by any additional delay. (Letter from Michael Zeller to Robert C. O'Brien dated August 3, 2009, pp. 1 – 3). Mattel further requests that the Discovery Master issue an Order to Show Cause why coercive sanctions should not be imposed and why Mr. Kadisha should not be sanctioned in the amount of $10,000 for each day he fails to appear beyond the current deadline of August 13, 2009. (*Id*., pp. 3 and 4).

The Discovery Master finds that good cause exists to extend Mr. Kadisha's deadline to sit for his deposition to the week of August 24, 2009 and that Mattel will not suffer any irreparable harm by this short delay. Counsel for Neil Kadisha shall immediately meet and confer with Mattel's counsel to determine a mutually agreeable date within the week of August 24, 2009 for Mr. Kadisha's deposition. If no such agreement can be reached, Mattel may select a date between August 24, 2009 and August 28, 2009 on which it wishes to proceed with the deposition. Absent extraordinary circumstances, Mr. Kadisha will be sanctioned if he fails to appear for his deposition as required by this Order. In addition, Mr. Kadisha is ordered to review his deposition testimony and make any changes thereto within ten court days of receiving the deposition transcript.

## II. EXTENSION OF TIME FOR MATTEL TO OPPOSE MGA'S MOTION TO COMPEL

On August 3, 2009, Mattel requested an extension of three court days in which to file its opposition to MGA Entertainment, Inc.'s ("MGA") Motion to Compel Further Responses to MGA's First Set of Phase 2 Interrogatories and Second Set of Requests for Production ("Opposition"). (Letter from Michael Zeller to Robert C. O'Brien dated August 3, 2009, pp. 1 and 3). Mattel admits that the deadline to file its Opposition has passed but claims that a calendaring error accounts for the mistake. (*Id.*, p. 1). It further argues that an extension is warranted because it needs the time to obtain declarations supporting its Opposition. (*Id.*).

MGA opposes the request for an extension because, among other things, (1) it was made after the Opposition was due, (2) it is difficult to fathom that a calendaring error occurred, (3) MGA needs the information sought by the motion to compel, and (4) Mattel has refused to grant extensions to MGA when desperately needed, including with respect to some documents that must be produced for *in camera* review today (i.e., August 4). (Letter from Annette Hurst to Robert C. O'Brien dated August 3, 2009, pp. 1 – 3).

The Discovery Master finds that good cause exists to extend Mattel's deadline to file the Opposition to August 5, 2009 and that MGA will not suffer any irreparable harm by this short delay. The Discovery Master also reminds MGA that if additional time is warranted for it to comply with any discovery issues or discovery orders, including with respect to producing documents for *in camera* review today (i.e., August 4), it may seek relief from the Discovery Master.

Dated: August 4, 2009

By: /s/ Robert C. O'Brien
ROBERT C. O'BRIEN
Discovery Master