MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:   +1-415-773-5700
Facsimile:    +1-415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA  90017
Telephone:   +1-213-629-2020
Facsimile:    +1-213-612-2499

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>            Plaintiff,<br><br>      v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>            Defendant. | Case No.  CV 04-9049-SGL (RNBx)<br><br>**PROOF OF SERVICE BY EMAIL TO COUNSEL** |
| AND CONSOLIDATED ACTIONS | |

OHS West:260701124.1

PROOF OF SERVICE

**PROOF OF SERVICE BY EMAIL TO COUNSEL**

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, The Orrick Building, 405 Howard Street, San Francisco, California 94105-2669. On August 4, 2009, I served the following document(s):

**MGA PARTIES' REPLY IN SUPPORT OF CROSS-MOTION FOR PROTECTIVE ORDER LIMITING THE SCOPE OF EXAMINATION AT FURTHER DEPOSITION OF MR. LARIAN**

**APPLICATION TO FILE UNDER SEAL**

**[PROPOSED] ORDER TO FILE UNDER SEAL**

**NOTICE OF MANUAL FILING**

I served copies of said papers on August 4, 2009 by attaching them to an email addressed to:

Michael Zeller
michaelzeller@quinnemanuel.com

Dylan Proctor
dylanproctor@quinnemanuel.com

Jon Corey
joncorey@quinnemanuel.com

Jason Russell
jason.russell@skadden.com

Todd Gordinier
todd.gordinier@bingham.com

Peter Villar
peter.villar@bingham.com

Mark Overland
moverland@scheperkim.com

Alexander Cote
acote@scheperkim.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 4, 2009, at San Francisco, California.

*/s/ Yas Raouf*
Yas Raouf