MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1-415-773-5700
Facsimile: +1-415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: +1-213-629-2020
Facsimile: +1-213-612-2499

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>         Plaintiff,<br><br>      v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>         Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049-SGL (RNBx)<br><br>**PROOF OF SERVICE BY MAIL TO COUNSEL** |

OHS West:260702471.1

PROOF OF SERVICE

# PROOF OF SERVICE BY MAIL

I am more than eighteen years old and not a party to this action.  My business address is Orrick, Herrington & Sutcliffe LLP, The Orrick Building, 405 Howard Street, San Francisco, California  94105-2669.  On August 4, 2009, I served the following document(s):

**MGA PARTIES' REPLY IN SUPPORT OF CROSS-MOTION FOR PROTECTIVE ORDER LIMITING THE SCOPE OF EXAMINATION AT FURTHER DEPOSITION OF MR. LARIAN**

**APPLICATION TO FILE UNDER SEAL**

**[PROPOSED] ORDER TO FILE UNDER SEAL**

**NOTICE OF MANUAL FILING**

on the interested parties in this action by placing true and correct copies thereof in sealed envelope(s) addressed as follows:

**Jason Russell**
Skadden Arps Slate Meagher & Flom LLP
300 South Grand Avenue
Suite 3400
Los Angeles, CA 90071

**Todd Gordinier**
**Peter Villar**
Bingham McCutchen LLP
600 Anton Boulevard, 18th Floor
Costa Mesa, CA 92626

**Mark Overland**
**Alexander Cote**
Scheper Kim & Overland LLP
One Bunker Hill
601 West Fifth Street,
12th Floor
Los Angeles, California 90071

OHS West:260702471.1                                    1                                    PROOF OF SERVICE

1            I am employed in the county from which the mailing occurred.  On the

2 date indicated above, I placed the sealed envelope(s) for collection and mailing at

3 this firm's office business address indicated above.  I am readily familiar with this

4 firm's practice for the collection and processing of correspondence for mailing with

5 the United States Postal Service.  Under that practice, the firm's correspondence

6 would be deposited with the United States Postal Service on this same date with

7 postage thereon fully prepaid in the ordinary course of business.

8                 I declare under penalty of perjury that the foregoing is true and correct.

9                 Executed on August 4, 2009, at San Francisco, California.

10

11

12                                 /s/ *Rica Rivera*
                                Rica Rivera

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

OHS West:260702471.1             - 2 -             PROOF OF SERVICE