**QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP**
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>       Plaintiff,<br><br>   vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>       Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>APPLICATION TO FILE UNDER SEAL REPLY IN SUPPORT OF MATTEL, INC.'S MOTION TO ENFORCE PRIOR COURT ORDERS AND TO COMPEL RE: INTERROGATORY NOS. 68 AND 69 AND RFPS 75, 85, 95, 105, AND 115 OF MATTEL'S FIRST SET OF REQUESTS RE UNFAIR COMPETITION; EXHIBIT 2 TO SUPPLEMENTAL DECLARATION OF SCOTT L. WATSON IN SUPPORT<br><br>[[Proposed] Order Filed Concurrently Herewith]<br><br>**Phase 2**<br>Discovery Cut-off: December 11, 2009<br>Pre-trial Conference: March 1, 2010<br>Trial Date: March 23, 2010 |

07975/3038513.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2  entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully
3  requests that the Court order filed under seal the Reply in Support of Mattel, Inc.'s
4  Motion to Enforce Prior Court Orders and to Compel Re: Interrogatory Nos. 68 and
5  69 and RFPs 75, 85, 95, 105, and 115 of Mattel's First Set of Requests Re Unfair
6  Competition (the "Reply"); and Exhibit 2 to the Supplemental Declaration of Scott
7  L. Watson in Support (the "Declaration").

8  The Declaration attaches a document at Exhibit 2 that the MGA Parties
9  have designated as "Confidential -- Attorney's Eyes Only" pursuant to the Protective
10 Order. The Reply references and quotes from documents that the MGA Parties have
11 designated as "Confidential -- Attorney's Eyes Only" pursuant to the Protective
12 Order. Accordingly, Mattel requests that the Court order that the Reply and Exhibit
13 2 to the Declaration be filed under seal.

14 In the alternative, Mattel requests that the Court declare the Declaration
15 be outside the definition of "Confidential" and/or "Confidential-Attorneys' Eyes
16 Only" as contained in the Stipulated Protective Order and order it to be lodged as
17 part of the public record.

20 DATED: August 3, 2009        QUINN EMANUEL URQUHART OLIVER &
                                 HEDGES, LLP


                                 By /s/ Cyrus S. Naim
                                    Cyrus S. Naim
                                    Attorneys for Mattel, Inc.

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On August 4, 2009, I served true copies of the following document(s) described as **APPLICATION TO FILE UNDER SEAL REPLY IN SUPPORT OF MATTEL, INC.'S MOTION TO ENFORCE PRIOR COURT ORDERS AND TO COMPEL RE: INTERROGATORY NOS. 68 AND 69 AND RFPS 75, 85, 95, 105, AND 115 OF MATTEL'S FIRST SET OF REQUESTS RE UNFAIR COMPETITION; EXHIBIT 2 TO SUPPLEMENTAL DECLARATION OF SCOTT L. WATSON IN SUPPORT** on the parties in this action as follows:

Thomas J. Nolan, Esq.
Jason D. Russell, Esq.
Skadden Arps Slate Meagher & Flom
300 S. Grand Avenue, Suite 3400
Los Angeles, CA 90071
thomas.nolan@skadden.com
jason.russell@skadden.com

Melinda Haag
Annette L. Hurst
Warrington S. Parker III
Orrick, Herrington & Sutcliffe, LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
mhaag@orrick.com
ahurst@orrick.com
wparker@orrick.com

William A. Molinski
Orrick, Herrington & Sutcliffe, LLP
777 South Figueroa Street
Suite 3200
Los Angeles, CA 90017
wmolinski@orrick.com

Mark E. Overland, Esq.
Alexand H. Cote, Esq.
Overland Borenstein Scheper & Kim LLP
601 West Fifth Street, 125th Floor
Los Angeles, CA 90071
moverland@scheperkim.com
acote@scheperkim.com

Todd E. Gordinier
Bingham McCutchen LLP
600 Anton Boulevard, 18th Floor
Costa Mesa, CA 92626
todd.gordinier@bingham.com

**BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 4, 2009, at Los Angeles, California.

Yalonda J. Dekle

07975/3006965.1