1  THOMAS J. NOLAN (Bar No. 66992)
   (tnolan@skadden.com)
2  JASON D. RUSSELL (Bar No. 169219)
   (jrussell@skadden.com)
3  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   300 South Grand Avenue, Suite 3400
4  Los Angeles, CA 90071-3144
   Tel.: (213) 687-5000/Fax: (213) 687-5600
5

6  Attorneys for Counter-Defendants,
   MGA ENTERTAINMENT, INC., ISAAC LARIAN,
7  and MGA ENTERTAINMENT (HK) LIMITED

8              UNITED STATED DISTRICT COURT
9             CENTRAL DISTRICT OF CALIFORNIA
10                    EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with Case No. 04-9059 and Case No. 05-2727 |
| v. | |
| MATTEL, INC., a Delaware corporation | PROOF OF SERVICE |
| Defendant. | |
| AND CONSOLIDATED ACTIONS. | |

PROOF OF SERVICE
Case No. CV 04-9049 SGL (RNBx)

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 300 South Grand Avenue, Suite 3400, Los Angeles, California 90071.

On **July 31, 2009**, I served the foregoing documents described as:

1. MGA Parties' *Ex Parte* Application and Motion for Clarification of the Court's Orders Regarding Escrow of Profits;

2. Declaration of Jason D. Russell in support thereof;

3. Declaration of Stephen Schultz in support thereof;

4. Application to File Under Seal;

5. Proposed Order to File Under Seal;

and

6. Proof of Service

on the counsel of record in this action addressed as follows:

**SEE ATTACHED SERVICE LIST**

(X) [E-MAIL OR ELECTRONIC SERVICE] Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed in the attached service list. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

Executed on **July 31, 2009**, in Los Angeles, California.

_____       _____
PRINT NAME                              SIGNATURE

## SERVICE LIST

| | |
|---|---|
| John Quinn, Esq.<br>Michael T. Zeller, Esq.<br>Jon D. Corey, Esq.<br>Quinn Emanuel Urquhart Oliver & Hedges, LLP<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, CA 90017-2543<br>johnquinn@quinnemanuel.com<br>michaelzeller@quinnemanuel.com<br>joncorey@quinnemanuel.com | Attorneys for Mattel, Inc.<br><br>SERVED BY EMAIL |
| Annette L. Hurst, Esq.<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105<br>ahurst@orrick.com | Attorneys for MGA Parties<br><br>SERVED BY EMAIL |
| Todd E. Gordinier, Esq.<br>Bingham McCutchen LLP<br>Plaza Tower<br>600 Anton Boulevard, 18th Floor<br>Costa Mesa, CA 92626-1924<br>todd.gordinier@bingham.com | Attorneys for Omni 808<br><br>SERVED BY EMAIL |

PROOF OF SERVICE
Case No. CV 04-9049 SGL (RNBx)