1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
    John B. Quinn (Bar No. 090378)
2   (johnquinn@quinnemanuel.com)
    Michael T. Zeller (Bar No. 196417)
3   (michaelzeller@quinnemanuel.com)
    Jon D. Corey (Bar No. 185066)
4   (joncorey@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
6  Facsimile: (213) 443-3100

7  Attorneys for Mattel, Inc.

8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA
10                  EASTERN DIVISION

11 CARTER BRYANT, an individual,    | CASE NO. CV 04-9049 SGL (RNBx)
12              Plaintiff,           | Consolidated with
                                     | Case No. CV 04-09059
13         vs.                       | Case No. CV 05-02727
14 MATTEL, INC., a Delaware          | Hon. Stephen G. Larson
   corporation,
15                                   | [PROPOSED] ORDER GRANTING
                Defendant.           | APPLICATION TO FILE UNDER SEAL
16                                   | MATTEL, INC.'S REPLY IN SUPPORT
                                     | OF MOTION FOR PRECLUSIVE RELIEF
17 AND CONSOLIDATED ACTIONS          | OR, IN THE ALTERNATIVE, ACCESS
                                     | TO ACTIVE FILES ON THE LARIAN
18                                   | HARD DRIVES

19                                   | Date:  TBA
                                     | Time:  TBA
20                                   | Place: TBA

21
22
23
24
25
26
27
28

07975/3026419.1

[PROPOSED] ORDER

# [~~PROPOSED~~] ORDER

Based on the concurrently filed Application to File Under Seal Mattel, Inc.'s Reply in Support of Motion for Preclusive Relief or, in the Alternative, Access to Active Files on the Larian Hard Drives,

IT IS HEREBY ORDERED:

Mattel, Inc.'s Reply in Support of Motion for Preclusive Relief or, in the Alternative, Access to Active Files on the Larian Hard Drives is ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: August 4, 2009

*/s/ S.G. Larson*
Hon. Stephen G. Larson
United States District Judge