Bingham McCutchen LLP
TODD E. GORDINIER (SBN 82200)
todd.gordinier@bingham.com
PETER N. VILLAR (SBN 204038)
peter.villar@bingham.com
CRAIG A. TAGGART (SBN 239168)
craig.taggart@bingham.com
600 Anton Boulevard
18th Floor
Costa Mesa, CA 92626-1924
Telephone: 714.830.0600
Facsimile: 714.830.0700

2009 AUG -3 PM 3:51

Attorneys for Non-party
BINGHAM MCCUTCHEN LLP

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Carter Bryant, and individual,<br><br>Plaintiff,<br><br>v.<br><br>Mattel, Inc., a Delaware Corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS. | Case No. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No.<br>CV 04-09059 and Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br>**To be heard by Discovery Master Robert C. O'Brien**<br><br>[~~PROPOSED~~] **ORDER TO FILE UNDER SEAL**<br><br>**BINGHAM MCCUTCHEN LLP'S SUPPLEMENTAL MEMORANDUM REGARDING PORTION OF DISCOVERY MASTER ORDER NO. 27 REMANDED BY COURT FOR FURTHER CONSIDERATION; DECLARATION OF PETER N. VILLAR**<br><br>**Hearing:**<br>Date: August 13, 2009<br>Time: 10:00 a.m.<br>Place: Arent Fox, LLP<br><br>**Phase 2:**<br>Discovery Cut-off: December 11, 2009<br>Pre-trial Conference: March 1, 2010<br>Trial Date: March 23, 2010 |

A/73109807.1

## ORDER

Based on the concurrently filed Application and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that the following document be filed under seal pursuant to Local Rule 79-5.1:

1. BINGHAM MCCUTCHEN LLP'S SUPPLEMENTAL MEMORANDUM REGARDING PORTION OF DISCOVERY MASTER ORDER NO. 27 REMANDED BY COURT FOR FURTHER CONSIDERATION

2. DECLARATION OF PETER N. VILLAR IN SUPPORT OF BINGHAM MCCUTCHEN LLP'S SUPPLEMENTAL MEMORANDUM REGARDING PORTION OF DISCOVERY MASTER ORDER NO. 27 REMANDED BY COURT FOR FURTHER CONSIDERATION

DATED: August 4, 2009

*/s/ S.G. Larson*
Hon. Stephen J. Larson
United States District Judge

A/73109807.1                                1

**PROOF OF SERVICE BY E-MAIL TO COUNSEL**

I, Paul A. McConnell, am over eighteen years of age, not a party in this action, and employed in Orange County, California at 600 Anton Boulevard, Costa Mesa, California 92626-1924. On **August 3, 2009**, I served the attached:

[PROPOSED] ORDER TO FILE UNDER SEAL

BINGHAM MCCUTCHEN LLP'S SUPPLEMENTAL MEMORANDUM REGARDING PORTION OF DISCOVERY MASTER ORDER NO. 27 REMANDED BY COURT FOR FURTHER CONSIDERATION; DECLARATION OF PETER N. VILLAR

I served copies of said papers on **August 3, 2009** by attaching them to an e-mail addressed to:

Michael Zeller
michaelzeller@quinnemanuel.com

Dylan Proctor
dylanproctor@quinnemanuel.com

Jon Corey
joncorey@quinnemanuel.com

Jason Russell
jason.russell@skadden.com

Melinda Haag
mhaag@orrick.com

Annette L. Hurst
ahurst@orrick.com

Warrington S. Parker III
wparker@orrick.com

William A. Molinski
wmolinski@orrick.com

Mark Overland
moverland@scheperkim.com

Alexander Cote
acote@scheperkim.com

A/73109807.1

- 1 -

1     I declare that I am employed in the office of a member of the bar of this
2 court at whose direction the service was made and that this declaration was
3 executed on **August 3, 2009**.

                                                      Paul A. McConnell

A/73109807.1                     - 2 -