QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case Nos. CV 04-09059 and CV 05-02727<br><br>**DISCOVERY MATTER**<br>**[To Be Heard By Discovery Master Robert O'Brien]**<br><br>[PUBLIC REDACTED] SUPPLEMENTAL DECLARATION OF MICHAEL T. ZELLER IN SUPPORT OF MATTEL, INC.'S MOTION: (1) TO ENFORCE ORDER COMPELLING THE OMNI PARTIES TO PRODUCE DOCUMENTS, (2) TO STRIKE OBJECTIONS, AND (3) FOR SANCTIONS<br><br>Date: TBD<br>Time: TBD<br>Place: TBD<br><br>Discovery: December 11: 2009<br>Pre-trial Conference: March 1, 2010<br>Trial Date: March 23, 2010 |

00505.07975/3039990.2

SUPPLEMENTAL DECLARATION OF MICHAEL T. ZELLER

SUPPLEMENTAL DECLARATION OF MICHAEL T. ZELLER

1. I am a member of the bars of the States of California, New York and Illinois and a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of Discovery Master Order No. 42, dated July 29, 2009.

3. Attached hereto as Exhibit 2 is a true and correct copy of relevant excerpts of a letter my partner, Jon Corey, sent to Peter Villar, counsel for the Omni Parties, on March 11, 2009.

4. Attached hereto as Exhibit 3 is a true and correct copy of the prior Discovery Master's May 15, 2007 Order.

5. Attached hereto as Exhibit 4 is a true and correct copy of the Court's July 2, 2007 Order.

6. Attached hereto as Exhibit 5 is a true and correct copy of Discovery Matter Order No. 6, dated March 13, 2009.

7. Attached hereto as Exhibit 6 is a true and correct copy of a letter I sent to Mr. Villar, dated August 4, 2009.

8. IGWT Group, LLC and IGWT 826 Investors, LLC, produced scores of pages of documents reflecting Isaac Larian's funding of $60 million of Omni 808's Wachovia debt acquisition. These documents were produced in response to virtually identical document requests that the Omni Parties were compelled to respond to in Discovery Master Order No. 27.

9. Attached hereto as Exhibit 7 is a true and correct copy of Discovery Master Order No. 17, dated April 14, 2009.

10. Attached hereto as Exhibit 8 is a true and correct copy of the MGA Parties' Objections to Mattel, Inc.'s Subpoena Issued to Shirin Salemnia.

1  11. Attached hereto as Exhibit 9 is a true and correct copy of a letter
2  Amman Khan, counsel for MGA, sent to Mr. Corey, dated March 11, 2009

4  I declare under penalty of perjury under the law of the United States that the
5  foregoing is true and correct.
6  Executed on August 5, 2009, at Los Angeles, California.

8  /s/ Michael T. Zeller
   Michael T. Zeller