1  Robert C. O'Brien (SBN 154372)
   ARENT FOX LLP
2  555 West Fifth Street, 48th Floor
   Los Angeles, CA  90013-1065
3  Telephone:   213.629.7400
   Facsimile:   213.629.7401
4  obrien.robert@arentfox.com

5  Discovery Master

6

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10                        EASTERN DIVISION

11

12  CARTER BRYANT, an individual,        Case No.  CV 04-09049 SGL (RNBx)

13              Plaintiff,
                                         Consolidated with
14         v.                            Case No. CV 04-09059
                                         Case No. CV 05-2727
15  MATTEL, INC., a Delaware
    corporation,                         **PHASE 2 DISCOVERY MATTER**
16
                Defendant.               **ORDER NO. 45, REGARDING:**
17
                                              **HEARING DATES FOR NEW**
18                                            **DISCOVERY MATTERS**

19

20

21  CONSOLIDATED WITH
    MATTEL, INC. v. BRYANT and
22  MGA ENTERTAINMENT, INC. v.
    MATTEL, INC.

23

24

25

26

27

28

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

                                              ORDER NO. 45
                                     [Case No. CV 04-09049 SGL (RNBx)]

1    The following discovery matters are set for hearing on the dates specified

2  below at the offices of Arent Fox LLP:

3  **August 19, 2009 at 10:00 a.m.**

4    1.    Motion for Issuance of Letters of Request for Vargas and Trueba filed

5  by Mattel, Inc. on or about July 22, 2009; Request for Amendment of Letters of

6  Request for Vargas and Trueba filed by MGA Entertainment, Inc. on or about July

7  29, 2009.[1]

8  **August 27, 2009 at 10:00 a.m.**

9    1.    Motion For Additional Time to Conduct the Deposition of Isaac Larian

10  filed by Mattel, Inc. on or about July 17, 2009; Cross-Motion of the MGA Parties

11  for Protective Order Limiting the Scope of Examination at Further Deposition of

12  Mr. Larian filed on or about July 24, 2009.

13    2.    The Motion to Compel Previously Collected Custodian Information of

14  Produced Documents and to Require Future Collection and Production of Custodial

15  Data filed by the MGA Parties on or about July 24, 2009; Cross-Motion of Mattel,

16  Inc. Regarding the MGA Parties' Motion to Compel Previously Collected

17  Custodian Information of Produced Documents and to Require Future Collection

18  and Production of Custodial Data filed on or about August 3, 2009.

19    3.    Motion to Enforce Prior Court Orders and to Compel Responses to

20  Interrogatory Nos. 68 and 69 and RFPs 75, 85, 105 and 115 of Mattel's 1st Set of

21  Requests for Production filed by Mattel, Inc. on or about July 22, 2009.

22    4.    Motion to Compel Further Responses to MGA's First Set of Phase 2

23  Interrogatories and Second Set of Phase 2 Requests for Production filed by MGA

24  Entertainment, Inc. on or about July 24, 2009.

25  **September 10, 2009 at 10:00 a.m.**

26    1.    Motion to Compel MGA Entertainment, Inc. and Isaac Larian to

27

28  _____
[1] The two motions previously scheduled for hearing on August 19, 2009 remain on calendar.

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

- 1 -

ORDER NO. 45
[Case No. CV 04-09049 SGL (RNBx)]

1  Produce Documents Responsive to Mattel's First Sets of Requests for Documents

2  (Phase 2) filed by Mattel, Inc. on or about July 22, 2009.

3         2.      Motion To Enforce Order Compelling The Omni Parties to Produce

4  Documents filed by Mattel, Inc. on or about July 24, 2009.

5         3.      Motion to Compel Documents Responsive to Requests for Production

6  Nos. 530 and 531 of MGA'S Fifth Set of Requests for Production filed by MGA

7  Entertainment, Inc. on or about July 29, 2009.

8         4.      Motion to Compel Further Responses to MGA's First Set of Phase 2

9  Requests For Production and For Production of Documents filed by MGA

10 Entertainment, Inc. on or about July 31, 2009.

11 Dated:          August 5, 2009

12

13                                     By:      /s/ Robert C. O'Brien
                                               ROBERT C. O'BRIEN
14                                             Discovery Master

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

- 2 -                    ORDER NO. 45
                                          [Case No. CV 04-09049 SGL (RNBx)]