QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

FILED
CLERK, U.S. DISTRICT COURT
AUG - 5 2009
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL REPLY IN SUPPORT OF MOTION TO COMPEL MGA ENTERTAINMENT, INC. AND ISAAC LARIAN TO PRODUCE DOCUMENTS RESPONSIVE TO FIRST SETS OF REQUESTS FOR DOCUMENTS (PHASE 2) AND EXHIBITS TO THE DECLARATION OF CHRISTOPHER E. PRICE IN SUPPORT OF REPLY<br><br>[[Proposed] Order filed concurrently]<br><br>Phase 2:<br>Disc. Cut-off:      December 11, 2009<br>Pre-trial Conf.:    March 1, 2010<br>Trial Date:         March 23, 2010 |

1    Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2 entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully
3 requests that the Court order filed under seal Mattel's Reply in Support of Motion to
4 Compel MGA Entertainment, Inc. and Isaac Larian to Produce Documents
5 Responsive to First Sets of Requests for Production (Phase 2) ("Reply") and
6 Exhibits 4, 8, 10, 11, and 12 through 26 to the Declaration of Christopher E. Price in
7 Support of Mattel's Motion ("Exhibits").
8    The Reply and Exhibits include materials that MGA, the Court, and
9 third-parties have designated as "Confidential" or "Confidential--Attorneys' Eyes
10 Only" pursuant to the Protective Order. Accordingly, Mattel requests that the Court
11 order that the Motion and Exhibits be filed under seal.
12    In the alternative, Mattel requests that the Court declare that the Reply
13 and Exhibits are outside the definitions of "Confidential" and "Confidential--
14 Attorneys' Eyes Only" as contained in the Stipulated Protective Order and order
15 them to be filed as part of the public record.

DATED: August 3, 2009        QUINN EMANUEL URQUHART OLIVER &
                             HEDGES, LLP


                             By /s/ Jon Corey
                                Jon Corey
                                Attorneys for Mattel, Inc.

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On August 3, 2009, I served true copies of the following document(s) described as on the parties in this action as follows: **MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL REPLY IN SUPPORT OF MOTION TO COMPEL MGA ENTERTAINMENT, INC. AND ISAAC LARIAN TO PRODUCE DOCUMENTS RESPONSIVE TO FIRST SETS OF REQUESTS FOR DOCUMENTS (PHASE 2) AND EXHIBITS TO THE DECLARATION OF CHRISTOPHER E. PRICE IN SUPPORT OF REPLY**

on the parties in this action as follows:

| | |
|---|---|
| Skadden, Arps, Slate, Meagher & Flom LLP<br>   Thomas J. Nolan, Esq.<br>   Jason Russell, Esq.<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90071<br>   tnolan@skadden.com<br>   jrussell@skadden.com | **Attorneys for** *the MGA Parties* |
| Scheper, Kim & Overland, LLP<br>   Mark E. Overland, Esq.<br>   Alexander H. Cote, Esq.<br>601 West Fifth Street, 12th Floor<br>Los Angeles, CA 90071<br>   moverland@obsklaw.com<br>   acote@obsklaw.com | **Attorneys for** *Carlos Gustavo Machado Gomez* |

| | | |
|---|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | Orrick, Herrington & Sutcliffe, LLP<br>　Melinda Haag, Esq.<br>　Annette L. Hurst, Esq.<br>　Warrington S. Parker III, Esq.<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105<br>　mhaag@orrick.com<br>　ahurst@orrick.com<br>　wparker@orrick.com | **Attorneys for** *the MGA Parties* |
| 8<br>9<br>10<br>11 | Orrick, Herrington & Sutcliffe, LLP<br>　William A. Molinski, Esq.<br>777 South Figueroa Street, Suite 3200<br>Los Angeles, CA 90017<br>　wmolinski@orrick.com | **Attorneys for** *the MGA Parties* |
| 12<br>13<br>14<br>15<br>16<br>17 | Bingham McCutchen LLP<br>　Todd E. Gordinier, Esq.<br>　Peter N. Villar, Esq.<br>600 Anton Boulevard, 18th Floor<br>Costa Mesa, CA 92626-1924<br>　todd.gordinier@bingham.com<br>　peter.villar@bingham.com | **Attorneys for** *the Omni 808 Investors,*<br>*LLC* |

18   **BY ELECTRONIC MAIL TRANSMISSION:** By electronic mail
19 transmission from chrisprice@quinnemanuel.com on August 3, 2009, by
transmitting a PDF format copy of such document(s) to each such person at the
20 e-mail address listed below their address(es). The document(s) was/were
transmitted by electronic transmission and such transmission was reported as
21 complete and without error.

22       I declare under penalty of perjury under the laws of the State of California
23 that the foregoing is true and correct.

24       Executed on August 3, 2009, at Los Angeles, California.

25

26

27                                              /s/ Christopher E. Price
                                                 Christopher E. Price
28

00505.07975/3035589.1                          -2-
                                                 REPLY IN SUPPORT OF MTC DOCUMENTS