QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727 |
| vs. | Hon. Stephen G. Larson |
| MATTEL, INC., a Delaware corporation, | [PROPOSED] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL REPLY IN SUPPORT OF MOTION TO COMPEL MGA ENTERTAINMENT, |
| Defendant. | INC. AND ISAAC LARIAN TO PRODUCE DOCUMENTS RESPONSIVE |
| AND CONSOLIDATED ACTIONS | TO FIRST SETS OF REQUESTS FOR DOCUMENTS (PHASE 2) AND EXHIBITS TO THE DECLARATION OF CHRISTOPHER E. PRICE IN SUPPORT OF REPLY |

Phase 2:
Disc. Cut-off:        December 11, 2009
Pre-trial Conf.:      March 1, 2010
Trial Date:           March 23, 2010

07209/2784753.1

[PROPOSED] ORDER

[~~PROPOSED~~] ORDER

Based on the concurrently filed Application to File Under Seal Mattel, Inc.'s Reply in Support of Motion to Compel MGA Entertainment, Inc. and Isaac Larian to Produce Documents Responsive to First Sets of Requests for Production (Phase 2) ("Reply") and Exhibits to the Declaration of Christopher E. Price in Support of Mattel, Inc.'s Motion, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Mattel Inc.'s Reply and Exhibits 4, 8, 10, 11, and 12 through 26, to the Declaration of Christopher E. Price in Support of Mattel, Inc.'s Motion are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED:   *August 5*   , 2009

Hon. Stephen G. Larson
United States District Judge

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On August 3, 2009, I served true copies of the following document(s) described as  on the parties in this action as follows:  **[PROPOSED] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL REPLY IN SUPPORT OF MOTION TO COMPEL MGA ENTERTAINMENT, INC. AND ISAAC LARIAN TO PRODUCE DOCUMENTS RESPONSIVE TO FIRST SETS OF REQUESTS FOR DOCUMENTS (PHASE 2) AND EXHIBITS TO THE DECLARATION OF CHRISTOPHER E. PRICE IN SUPPORT OF REPLY**

on the parties in this action as follows:

| | |
|---|---|
| Skadden, Arps, Slate, Meagher & Flom LLP<br>    Thomas J. Nolan, Esq.<br>    Jason Russell, Esq.<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA  90071<br>    tnolan@skadden.com<br>    jrussell@skadden.com | **Attorneys for *the MGA Parties*** |
| Scheper, Kim & Overland, LLP<br>    Mark E. Overland, Esq.<br>    Alexander H. Cote, Esq.<br>601 West Fifth Street, 12th Floor<br>Los Angeles, CA 90071<br>    moverland@obsklaw.com<br>    acote@obsklaw.com | **Attorneys for *Carlos Gustavo Machado Gomez*** |

00505.07975/3035589.1

-1-

| | |
|---|---|
| Orrick, Herrington & Sutcliffe, LLP<br>  Melinda Haag, Esq.<br>  Annette L. Hurst, Esq.<br>  Warrington S. Parker III, Esq.<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105<br>  mhaag@orrick.com<br>  ahurst@orrick.com<br>  wparker@orrick.com | **Attorneys for** *the MGA Parties* |
| Orrick, Herrington & Sutcliffe, LLP<br>  William A. Molinski, Esq.<br>777 South Figueroa Street, Suite 3200<br>Los Angeles, CA 90017<br>  wmolinski@orrick.com | **Attorneys for** *the MGA Parties* |
| Bingham McCutchen LLP<br>  Todd E. Gordinier, Esq.<br>  Peter N. Villar, Esq.<br>600 Anton Boulevard, 18th Floor<br>Costa Mesa, CA 92626-1924<br>  todd.gordinier@bingham.com<br>  peter.villar@bingham.com | **Attorneys for** *the Omni 808 Investors, LLC* |

    **BY ELECTRONIC MAIL TRANSMISSION:** By electronic mail transmission from chrisprice@quinnemanuel.com on August 3, 2009, by transmitting a PDF format copy of such document(s) to each such person at the e-mail address listed below their address(es). The document(s) was/were transmitted by electronic transmission and such transmission was reported as complete and without error.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    Executed on August 3, 2009, at Los Angeles, California.

/s/ Christopher E. Price
Christopher E. Price

00505.07975/3035589.1

REPLY IN SUPPORT OF MTC DOCUMENTS