QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>[To Be Heard By Discovery Master Robert C. O'Brien Pursuant To Protective Order of January 6, 2009]<br><br>**DECLARATION OF SCOTT L. WATSON IN SUPPORT OF MATTEL, INC.'S (1) RESPONSE TO MGA'S MOTION TO COMPEL DOCUMENTS RESPONSIVE TO REQUESTS FOR PRODUCTION NOS. 530 AND 531 AND (2) CROSS-MOTION TO COMPEL AND MOTION FOR LIMITED RECONSIDERATION OF ORDER NO. 11**<br><br>Hearing Date: TBD<br>Time: TBD<br>Place: Arent Fox LLP<br><br>**Phase 2:**<br>Discovery Cut-off: Dec. 11, 2009<br>Pre-trial Conference: Mar. 1, 2010<br>Trial Date: Mar. 23, 2010 |

**[PUBLIC REDACTED]**

# DECLARATION OF SCOTT L. WATSON

I, Scott L. Watson, declare as follows:

1. I am a member of the bar of the State of California and a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. After Mattel initiated a meet and confer with MGA regarding MGA's inadequate response to various discovery requests, including Interrogatory Nos. 68 and 69 (as compelled by Amended Order No. 11), MGA requested to meet and confer regarding its Requests for Production Nos. 530 and 531.

3. On July 20, 2009, I met and conferred with MGA's counsel, William Molinski, regarding MGA's requests. I explained to Mr. Molinski that MGA had previously successfully opposed a motion to compel on Mattel's Interrogatory No. 67, which sought a similar, but more limited, set of information from MGA, and conveyed to Mr. Molinski Mattel's view that the discovery MGA now sought was contrary to its prior position and the Discovery Master's ruling on that issue.

4. Mr. Molinski informed me that he was not aware of this history, and I directed him to Discovery Master's Amended Order No. 11.

5. I further explained to Mr. Molinski that if MGA had changed its position, and now believed that payment of legal fees for third parties is relevant and discoverable, Mattel would agree to a mutual exchange of such information. Mr. Molinski stated that he would confer with his client and let me know what MGA's position on these issues was. Instead of doing so, MGA filed its motion without any further discussions.

6. Attached as Exhibit 1 is a true and correct copy of Mattel's Supplemental Interrogatories, Nos. 67-69, dated January 9, 2008.

1   7.  Attached as Exhibit 2 is a true and correct copy of relevant
2   excerpts from MGA's Objections and Responses to Mattel's Supplemental Set of
3   Interrogatories, dated February 8, 2008.
4   8.  Attached as Exhibit 3 is a true and correct copy of Mattel's
5   Motion to Compel Responses to Interrogatories and Production of Documents by
6   MGA, dated February 10, 2009.
7   9.  Attached as Exhibit 4 is a true and correct copy of Phase 2
8   Discovery Matter Amended Order No. 11, dated March 31, 2009.
9   10. Attached as Exhibit 5 is a true and correct copy of MGA's
10  Opposition to Mattel's 2/10/09 Motion to Compel Responses to Interrogatories and
11  Production of Documents, dated February 18, 2009.
12  11. Attached as Exhibit 6 is a true and correct copy of Mattel's
13  Motion to Enforce Prior Court Orders and to Compel Re: Interrogatory Nos. 68 and
14  69, dated July 22, 2009.
15  12. Attached as Exhibit 7 is a true and correct copy of Discovery
16  Matter Order No. 3, dated March 10, 2009.
17  13. Attached as Exhibit 8 is a true and correct copy of Phase 1
18  Discovery Master's Order re Mattel's Motion to Compel, dated January 25, 2008.
19  14. Attached as Exhibit 9 is a true and correct copy of the Order
20  Denying Mattel's Motion for Protective Order Limiting the Temporal Scope of its
21  Privilege Log, dated May 6, 2008.
22
23
24
25
26
27  //
28  //

07975/3040186.1

-2-
WATSON DECL. ISO MATTEL'S RESPONSE AND CROSS-MOTION FOR LIMITED RECONSIDERATION

1  15. ███████████████████████████████
2  ███████████████████████████████.
3
4     I declare under penalty of perjury under the laws of the United States of
5  America that the foregoing is true and correct.
6     Executed on August 5, 2009, at Los Angeles, California.
7
8                                    /s/ Scott L. Watson
                                     Scott L. Watson
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28