Name & Address:
QUINN EMANUEL URQUHART OLIVER & HEDGES LLP
John B. Quinn (Bar No. 090378)
Michael T. Zeller (Bar No. 196417)
Jon D. Corey (Bar No. 185066)
Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CARTER BRYANT, an individual,

CASE NUMBER: CV 04-9049 SGL (RNBx)

PLAINTIFF(S)

v.

MATTEL, INC., a Delaware corporation,

### NOTICE OF MANUAL FILING

DEFENDANT(S).

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**

Mattel Inc.'s Opp. to MGA'S Mtn to Compel Further Responses to First Set of Phase 2 Interrogs. and Second Set of Phase 2 Requests for Prod; Opp to MGA's Seperate Statement; Decl of Proctor ISO; Decl of Moore ISO; Decl of Pantel ISO; Notice of Lodging; App to File Under Seal; [Proposed] Order re: App

**Document Description:**

- [ ] Administrative Record
- [x] Exhibits
- [ ] Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Rule 79-5.4. Documents to be excluded, (h)]
- [x] Other

**Reason:**

- [x] Under Seal
- [ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- [ ] Electronic versions are not available to filer
- [x] Per Court order dated   January 4, 2005
- [ ] Manual Filing required (*reason*):

August 6, 2009
Date

B. Dylan Proctor
Attorney Name

Mattel, Inc.
Party Represented

Note: File one Notice in each case, each time you manually file document(s).

G-92 (03/09)                    NOTICE OF MANUAL FILING                    CCD-G92