1  MELINDA HAAG (State Bar No. 132612)
   mhaag@orrick.com
2  ANNETTE L. HURST (State Bar No. 148738)
   ahurst@orrick.com
3  WARRINGTON S. PARKER III (State Bar No. 148003)
   wparker@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
5  405 Howard Street
   San Francisco, CA  94105-2669
6  Telephone:  +1-415-773-5700
   Facsimile:  +1-415-773-5759
7
   WILLIAM A. MOLINSKI (State Bar No. 145186)
8  wmolinski@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
9  777 South Figueroa Street, Suite 3200
   Los Angeles, CA  90017
10 Telephone:  +1-213-629-2020
   Facsimile:  +1-213-612-2499
11
12 Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant. | Case No.  CV 04-9049-SGL (RNBx)<br><br>Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>[PROPOSED] ORDER RE APPLICATION TO FILE UNDER SEAL<br><br>Judge:      Hon. Stephen G. Larson |
| AND CONSOLIDATED ACTIONS | |

1  The Court, having considered the MGA Parties' application for an order to
2  file under seal, and having found good cause to do so, it is HEREBY ORDERED
3  that said application is GRANTED in its entirety.
4  The Clerk shall maintain under Seal the following documents:

6  **1. MGA PARTIES' REPLY IN SUPPORT OF CROSS-MOTION**
7  **FOR PROTECTIVE ORDER LIMITING THE SCOPE OF**
8  **EXAMINATION AT FURTHER DEPOSITION OF MR.**
9  **LARIAN**

12  It is so ORDERED.

15  Dated: Aug 6, 2009

Hon. Stephen G. Larson
United States District Court Judge

- 1 -

[PROPOSED] ORDER RE APPLICATION TO FILE UNDER SEAL
CV 04-9049 SGL (RNBx)