QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| CARTER BRYANT, an individual,<br><br>　　　　　Plaintiff,<br><br>　　　vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>　　　　　Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-2727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Robert C. O'Brien]**<br><br>NOTICE OF LODGING IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA ENTERTAINMENT, INC.'S MOTION TO COMPEL FURTHER RESPONSES TO MGA'S FIRST SET OF PHASE 2 INTERROGATORIES AND SECOND SET OF PHASE 2 REQUESTS FOR PRODUCTION<br><br>Hearing Date:　TBA<br>Time:　　　　　TBA<br>Place:　　　　Arent Fox, LLP<br><br>Phase 2:<br>Disc. Cut-off:　December 11, 2009<br>Pre-trial Conf.:　March 1, 2010<br>Trial Date:　March 23, 2010 |

07975/3041607.1

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE that plaintiff Mattel, Inc. hereby lodges the following documents with the Discovery Master in support of its Opposition to MGA Entertainment, Inc.'s Motion to Compel Further Responses to MGA's First Set of Phase 2 Interrogatories and Second Set of Phase 2 Requests for Production:

1. Declaration of Marshall M. Searcy III in Support of Mattel, Inc.'s Motion for Protective Order re MGA's First Set of Phase 2 Interrogatories, dated June 29, 2009.

2. Declaration of Bridget A. Hauler in Support of Mattel, Inc.'s Motion for Protective Order re MGA's First Set of Phase 2 Interrogatories, dated June 26, 2009.

3. Supplemental Declaration of Marshall M. Searcy III in Support of Mattel, Inc.'s Motion for Protective Order re MGA's First Set of Phase 2 Interrogatories, dated July 13, 2009.

4. Supplemental Declaration of Bridget A. Hauler in Support of Mattel, Inc.'s Motion for Protective Order re MGA's First Set of Phase 2 Interrogatories, dated July 13, 2009.

5. Declaration of Michael T. Zeller in Support of Mattel, Inc.'s Motion to Modify Scheduling Order (Volume I), dated July 27, 2009.

6. Declaration of Michael T. Zeller in Support of Mattel, Inc.'s Motion to Modify Scheduling Order (Volume II), dated July 27, 2009.

DATED: August 5, 2009        QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Marshall M. Searcy III
Marshall M. Searcy, III
Attorneys for Mattel, Inc.