QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059 and<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>MATTEL, INC.'S NOTICE OF ERRATA REGARDING THE DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA ENTERTAINMENT, INC.'S MOTION TO COMPEL FURTHER RESPONSES TO MGA'S FIRST SET OF PHASE 2 INTERROGATORIES AND SECOND SET OF PHASE 2 REQUESTS FOR PRODUCTION<br><br>**Phase 2**<br>Discovery Cut-off:  Dec. 11, 2008<br>Pre-Trial Conference:  March 1, 2009<br>Trial Date:  March 23, 2009 |

07975/3043455.1

NOTICE OF ERRATA

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that in the document captioned Declaration of B. Dylan Proctor In Support Of Mattel, Inc.'s Opposition To MGA Entertainment, Inc.'s Motion To Compel Further Responses To MGA's First Set of Phase 2 Interrogatories And Second Set of Phase 2 Requests For Production (the "Declaration"), filed August 5, 2009, the following text was inadvertently omitted at 4:3-6:

22. Attached hereto as Exhibit 20 is a true and correct copy of excerpts from Transcript of Proceedings, dated December 14, 2007.

23. Attached hereto as Exhibit 21 is a true and correct copy of excerpts from Transcript of Proceedings, dated January 25, 2007.

DATED: August 6, 2009          QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

                               By /s/ B. Dylan Proctor
                                  B. Dylan Proctor
                                  Attorneys for Mattel, Inc.