UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.     CV 04-09049 SGL(RNBx)                                    Date: August 6, 2009

Title:       MATTEL, INC. V. MGA ENTERTAINMENT, INC., et al.
=================================================================
PRESENT:   HONORABLE STEPHEN G. LARSON, U.S. DISTRICT JUDGE

      Cindy Sasse                                              None Present
      Courtroom Deputy                                         Court Reporter

ATTORNEYS PRESENT FOR                    ATTORNEYS PRESENT FOR
PLAINTIFFS:                              DEFENDANTS:

None Present                             None Present

**PROCEEDINGS:**   **ORDER REGARDING MONITOR REPORTS; ORDER GRANTING IN PART EX PARTE APPLICATION; ORDER RE SCHEDULING MATTERS**

## I. MONITOR REPORTS

     The Court has received and reviewed the Second Report of the Monitor, to be filed under seal today.  The Court has also received and reviewed *in camera* the document referenced in the Second Report of the Monitor at 15:12-13, which the Court designates as Exhibit B to the Monitor's report.  That document, as the Court understands it, was the initial accounting provided to the Monitor; Exhibit A is an accounting that was subsequently provided to the Monitor.

     The Clerk shall file, under seal, the Second Report of the Monitor, as submitted to the Court; in so doing, the Clerk shall attach Exhibit B thereto.

     The Monitor shall serve on all counsel of record the Second Report of the Monitor, attaching both Exhibits A and B.  The Report and its Exhibits are designated "Attorney Eyes Only."

All future reports of the Monitor shall be filed under seal and designated "Attorney Eyes Only."

All future accountings provided to the Monitor shall, in the form and manner specified by the Monitor, be accompanied by the certification of the professional who prepared them.

## II. MGA EX PARTE APPLICATION REGARDING ESCROW OF PROFITS

The Court has also received and reviewed the Ex Parte Application for Clarification of the Court's Order Regarding Escrow of Profits (docket #6140). Essentially, the MGA parties seek a declaration that they are required to escrow profits previously defined by this Court only if a profit is shown on an annual basis. They contend that the profits shown for June, 2009, are mere "phantom" profits (as the previous monthly periods showed no profits, only losses). The MGA parties therefore seek return of approximately $650,000, which has been placed in escrow.

The Court previously ordered accounting "on a monthly basis." See May 21, 2009, Court Order, sections V.B.1.g. and V.B.2. For that reason, the Court **DENIES** the ex parte application. The MGA parties are **ORDERED** to comply with the Monitor's demand for the Bratz-related profits initially reported to him: $1,738,442.

Existing and further disputes regarding this issue shall be directed to the Monitor in the first instance, following the procedure set forth in section V.B.2. of the Court's May 21, 2009, Order. The Court will await the Monitor's Report and Recommendation regarding the escrowed amount and any other accounting-related matters. Upon service of any Report and Recommendation, any party may file under seal, within ten days of service of the Report and Recommendation, any objections to any portion of the Report and Recommendation.

## III. SCHEDULING MATTERS

The Court has in addition received and reviewed the following filings:

1. Stipulation for Continuance on Mattel's Motion (from August 10 to August 17) (docket #5975)

2. Ex Parte Application for Expedited Hearing Date regarding Motion to Modify Scheduling Order (docket #6051).

The Court is unable to accommodate counsel's chosen date of August 17, 2009, due to congestion of the Court's calendar. Nevertheless, in consideration of these requests, the Court makes the following order:

The hearing set for August 10, 2009, is hereby **VACATED**.

The matters list below are set for hearing on August 31, 2009, at 1:30 p.m., in Courtroom One of the above-referenced Court.  To the extent that the relevant briefs have not been filed (in which case no supplemental briefing is meant to be suggested by the Court), the August 31, 2009, matters are subject to the briefing schedule set forth below:

    Oppositions:    August 17
    Replies (if any):    August 24

Mattel's Motion for Preclusive Relief (docket #5760)

Mattel's Motion to Modify Scheduling Order (docket #6050)

Mattel's Motion for Clarification (docket #5783)

**IT IS SO ORDERED.**