QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S OPPOSITION TO MGA ENTERTAINMENT, INC.'S MOTION TO COMPEL FURTHER RESPONSES TO MGA'S FIRST SET OF PHASE 2 INTERROGATORIES AND SECOND SET OF PHASE 2 REQUESTS FOR PRODUCTION; SEPARATE STATEMENT; AND DECLARATIONS OF PROCTOR, PANTEL AND MOORE IN SUPPORT THEREOF<br><br>[[Proposed] Order Filed Concurrently Herewith]<br><br>**Phase 2**<br>Discovery Cut-off: December 11, 2009<br>Pre-trial Conference: March 1, 2010<br>Trial Date: March 23, 2010 |

07975/3042781.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2  entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully
3  requests that the Court order filed under seal Mattel's Opposition to MGA
4  Entertainment, Inc.'s Motion To Compel Further Responses To MGA's First Set Of
5  Phase 2 Interrogatories And Second Set Of Phase 2 Requests For Production (the
6  "Opposition"); Mattel's Opposition to MGA's Separate Statement Re MGA's First
7  Set Of Phase 2 Interrogatories And Second Set Of Phase 2 Requests For Production
8  (the "Separate Statement"); the Declaration Of B. Dylan Proctor ("Proctor
9  Declaration"); the Declaration of Lori Pantel ("Pantel Declaration"); and the
10 Declaration of Phil Moore (" Moore Declaration").

11 The Proctor Declaration attaches documents at Exhibit 3, 4, 14 and 15
12 that Mattel and the MGA Parties have designated as "Confidential" or "Confidential
13 -- Attorney's Eyes Only" pursuant to the Protective Order.  The contents of the
14 Pantel Declaration and Moore Declaration consist of material that Mattel has
15 designated as "Confidential -- Attorneys' Eyes Only" pursuant to the Protective
16 Order.  The Opposition and Separate Statement reference and quote from documents
17 that Mattel and the MGA Parties have designated as "Confidential -- Attorney's
18 Eyes Only" pursuant to the Protective Order.  Accordingly, Mattel requests that the
19 Court order that the Opposition, Separate Statement and Declarations be filed under
20 seal.

23 DATED:  August 6, 2009            QUINN EMANUEL URQUHART OLIVER &
                                     HEDGES, LLP

25                                   By /s/ Bridget A. Hauler
26                                      Bridget A. Hauler
                                        Attorneys for Mattel, Inc.