```
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
```

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>　　　　　Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S REPLY IN SUPPORT OF ITS MOTION: (1) TO ENFORCE ORDER COMPELLING THE OMNI PARTIES TO PRODUCE DOCUMENTS, (2) TO STRIKE OBJECTIONS, AND (3) FOR SANCTIONS, AND EXHIBIT 1 TO THE SUPPLEMENTAL DECLARATION OF MICHAEL T. ZELLER IN SUPPORT THEREOF<br><br>[[Proposed] Order Filed Concurrently Herewith]<br><br>Date:　　TBD<br>Time:　　TBD<br>Place:　　Courtroom 1 |

ORIGINAL

00505.07975/3039997.1

|   |   |
|---|---|
| 1 | Pursuant to <u>Local Rule</u> 79-5.1 and the Stipulated Protective Order |
| 2 | entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully |
| 3 | requests that the Court order filed under seal Mattel, Inc.'s Reply in support of its |
| 4 | Motion (1) to Enforce Order Compelling the Omni Parties to Produce Documents, |
| 5 | (2) to Strike Objections, and (3) for Sanctions (the "Reply"), and Exhibit 1 to the |
| 6 | Supplemental Declaration of Michael T. Zeller in support thereof (the "Exhibit"). |

The Reply references materials that the MGA Parties and/or Mattel have designated "Confidential" or "Confidential -- Attorney's Eyes Only" pursuant to the Protective Order. The Exhibit has been designated "Confidential" by the Discovery Master. Accordingly, Mattel requests that the Court order that the Reply and the Exhibit be filed under seal.

In the alternative, Mattel requests that the Court declare that the Reply is outside the definitions of "Confidential" and "Confidential -- Attorney's Eyes Only" as contained in the Stipulated Protective Order and order it to be filed as part of the public record.

DATED: August 5, 2009        QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Michael T. Zeller
   Michael T. Zeller
   Attorneys for Mattel, Inc.