THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
JASON D. RUSSELL (Bar No. 169219)
(jrussell@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA  90071-3144
Tel.: (213) 687-5000
Fax: (213) 687-5600

Attorneys for The MGA Parties


JOHN B. QUINN (Bar No. 090378)
(johnquinn@quinnemanuel.com)
MICHAEL T. ZELLER (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATED DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with Case No. 04-9059 and Case No. 05-2727 |
| v. | Honorable Stephen G. Larson |
| MATTEL, INC., a Delaware corporation, | |
| Defendant. | **[PROPOSED] ORDER APPROVING STIPULATION REGARDING MONITOR'S ACCESS TO MGA INFORMATION** |
| AND CONSOLIDATED ACTIONS. | |

[Proposed] Order Under Fed. R. Evid 502(d) Approving Monitor's Access to MGA Information
Case No. CV 04-9049 SGL (RNBx)

Pursuant to Federal Rule of Evidence 502(d), the stipulation of the parties, and for good cause appearing, it is hereby **ORDERED** that:

1. Allowing Monitor Patrick A. Fraioli, Jr. access to data stored by MGA Entertainment, Inc.'s ("MGA") enterprise resource planning software or other MGA computer systems, if any, shall not constitute a waiver of the attorney-client privilege or attorney work-product protection on the part of MGA, MGA Entertainment (HK) Ltd., MGAE de Mexico S.RL. de C.V. and/or Isaac Larian (collectively, the "MGA Parties") as to Mattel, as limited by the terms of the parties' Stipulation, or any other party in this action, nor as to any other person in any current or future proceeding, including without limitation, any proceedings in Federal or State courts.

2. Nothing in this Order shall be construed to grant, limit, diminish, compromise or waive Mattel's right or ability to argue that any data, information or materials, including without limitation any data, information or materials stored on MGA's enterprise resource planning software, are not privileged or protected by the work product doctrine or that attorney-client privilege or work product protection has been waived for any reason other than identified herein.  Furthermore, nothing in this Order shall be construed to grant, limit, diminish, compromise or waive Mattel's right or ability to argue that it should be entitled to access, production or disclosure of any data, information or materials, including without limitation such data, information or materials relied upon by the MGA Parties or the Monitor. for any reason in connection with this or any other litigation.

**IT IS SO ORDERED.**

DATED: _____

_____
Hon. Stephen G. Larson
United States District Court Judge