QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
johnquinn@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09039<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>**[To be heard by Discovery Master Robert C. O'Brien]**<br><br>[PUBLIC REDACTED] DECLARATION OF SCOTT L. WATSON IN SUPPORT OF MATTEL'S MOTION TO COMPEL FURTHER DEPOSITION OF RONALD BRAWER AND TO OVERRULE INSTRUCTIONS NOT TO ANSWER<br><br>Date: TBA<br>Time: TBA<br>Place: Arent Fox LLP<br>555 West Fifth St.<br>48th Floor<br>Los Angeles, CA 90013<br><br>**Phase 2**<br>Discovery Cut-off: Dec. 11, 2008<br>Pre-Trial Conference: March 1, 2009<br>Trial Date: March 23, 2009 |

07975/3045784.1

## DECLARATION OF SCOTT L. WATSON

I, Scott L. Watson, declare as follows:

1. I am a member of the bar of the State of California and a member of Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of excerpts of Mattel, Inc.'s Third Amended Answer In Case No. 05-2727 and Counterclaims, dated May 22, 2009.

3. Attached hereto as Exhibit 2 is a true and correct copy of Order Granting in Part and Denying in Part Mattel's Motion to Compel Responses to Interrogatory Nos. 27-44 and 46-50 by the MGA Parties, dated February 15, 2008.

4. Attached hereto as Exhibit 3 is a true and correct copy of excerpts of MGA Entertainment, Inc.'s Responses to Mattel, Inc.'s First Set of Interrogatories Re Claims of Unfair Competition, dated January 19, 2007.

5. Attached hereto as Exhibit 4 is a true and correct copy of excerpts of MGA Entertainment, Inc.'s Fourth Supplemental Response to Interrogatory No. 1 of Mattel, Inc.'s First Set of Interrogatories Re Claims of Unfair Competition, dated July 31, 2007.

6. Attached hereto as Exhibit 5 is a true and correct copy of excerpts of MGA Entertainment, Inc.'s Supplemental Disclosures and MGA Entertainment (HK) Limited, MGAE De Mexico S.R.L. De C.V., and Larian's Initial Disclosures Under Rule 26(a)(1), dated September 21, 2007.

7. Attached hereto as Exhibit 6 is a true and correct copy of Ron Brawer's MGA Application For Employment ("Brawer Employment Application"), dated October 5, 2004, bates--tamped MGA2 0048891-4.

8. Attached hereto as Exhibit 7 is a true and correct copy of Deposition Ex. 4237.

9.    Attached hereto as Exhibit 8 is a true and correct copy of Deposition Ex. 4238.

                10.   Attached hereto as Exhibit 9 is a true and correct copy of a document bates-stamped MGA 140968-78.

                11.   Attached hereto as Exhibit 10 is a true and correct copy of the Notice of Deposition for Ron Brawer, dated June 4, 2007.

                12.   Attached hereto as Exhibit 11 is a true and correct copy of a letter from David Hurwitz to Michael Zeller dated June 13, 2007.

                13.   Attached hereto as Exhibit 12 is a true and correct copy of a letter from Michael Zeller to Diana Torres dated June 26, 2007.

                14.   Attached hereto as Exhibit 13 is a true and correct copy of a letter from Michael Zeller to Diana Torres dated July 3, 2007.

                15.   Attached hereto as Exhibit 14 is a true and correct copy of a letter from Michael Zeller to James Jenal dated July 19, 2007.

                16.   Attached hereto as Exhibit 15 is a true and correct copy of an e-mail exchange between Jon Corey and opposing counsel, dated August 28, 2007 to September 11, 2007.

                17.   Attached hereto as Exhibit 16 is a true and correct copy of Mattel's Motion to Compel Deposition of Ron Brawer, dated September 12, 2007.

                18.   Attached hereto as Exhibit 17 is a true and correct copy of MGA's Opposition to Mattel's Motion to Compel Deposition of Ron Brawer, dated September 27, 2007.

                19.   Attached hereto as Exhibit 18 is a true and correct copy of a letter from Jon Corey to Raol Kennedy, dated November 26, 2007.

                20.   Attached hereto as Exhibit 19 is a true and correct copy of Mattel's Motion for Leave to Take Additional Discovery, dated November 19, 2007.

WATSON DECLARATION IN SUPPORT OF MOTION TO COMPEL BRAWER DEPOSITION

1  21.  Attached hereto as Exhibit 20 is a true and correct copy of an Order Granting in Part and Denying in Part Mattel's Motion for Leave to Take Additional Discovery, dated January 7, 2008.

22.  Attached hereto as Exhibit 21 is a true and correct copy of the Stipulation Re: The Deposition of Ron Brawer, dated January 28, 2008.

23.  On January 29, 2008, seven days before Mr. Brawer's deposition, MGA produced over 300,000 pages of documents. Attached hereto as Exhibit 22 is a true and correct copy of a letter to Scott B. Kidman from Andrew C. Temkin, dated January 29, 2008 confirming that production. Mattel could not review these documents prior to Mr. Brawer's deposition, and was unable to question Mr. Brawer on them. Since his deposition, MGA has produced over 234,000 documents. Of the documents produced after his deposition, over 800 contain Mr. Brawer's name on them, and many others are relevant to issues about which Mr. Brawer has knowledge.

24.  Attached hereto as Exhibit 23 is a true and correct copy of excerpts of Mattel's First Supplemental Objections and Responses to Interrogatory Nos. 20-23 and 28 in MGA Entertainment Inc.'s Second Set of Interrogatories, dated July 30, 2009, dated July 31, 2009.

25.  Attached hereto as Exhibit 24 is a true and correct copy of a document bates-stamped MGA2 0048906.

26.  On January 29, 2009, Mattel requested that MGA schedule additional dates to continue Mr. Brawer's deposition and that Mr. Brawer provide full and complete answers to the questions he was instructed not to answer when his deposition resumed. Attached hereto as Exhibit 25 is a true and correct copy of a letter from Michael Zeller to Thomas Nolan, Jason Russell, Carl Roth, and Patricia Glaser, dated January 29, 2009.

27.  MGA's counsel would not agree to additional testimony. Attached hereto as Exhibit 26 is a true and correct copy of a letter from Amman

1  Khan to Jon Corey, dated February 10, 2009. The parties were also unable to reach
2  agreement regarding counsel's improper instructions not to answer certain questions
3  during Mr. Brawer's deposition. See Exhibit 26.

4     28.   I further met and conferred with William Molinski on August 6,
5  2009, but we were unable to reach agreement regarding the issues raised in Mattel's
6  motion. See Exhibits 27 & 28.

7     29.   Attached hereto as Exhibit 27 is a true and correct copy of the
8  letter from Michael Zeller to Annette Hurst, dated July 31, 2009.

9     30.   Attached hereto as Exhibit 28 is a true and correct copy of the
10  letter from William Molinski to Michael Zeller, dated August 4, 2009.

11     31.   Attached hereto as Exhibit 29 is a true and correct copy of a
12  document bates-stamped MGA 3862416.

13     32.   Attached hereto as Exhibit 30 is a true and correct copy of a
14  document bates-stamped MGA 4050679.

15     33.   Attached hereto as Exhibit 31 is a true and correct copy of a
16  document bates-stamped IGWT 79682-85.

17     34.   Attached hereto as Exhibit 32 is a true and correct copy of
18  deposition exhibit 4239.

19     35.   Attached hereto as Exhibit 33 is a true and correct copy of
20  deposition exhibit 4243.

21     36.   Attached hereto as Exhibit 34 is a true and correct copy of
22  deposition exhibit 4245.

23     37.   Attached hereto as Exhibit 35 is a true and correct copy of
24  deposition exhibit 4246.

25     38.   Attached hereto as Exhibit 36 is a true and correct copy of
26  deposition exhibit 4248.

27     39.   Attached hereto as Exhibit 37 is a true and correct copy of
28  deposition exhibit 4249.

40. Mr. Brawer's name appears on nearly 30,000 produced documents, totalling over 200,000 pages.

41. Attached hereto as Exhibit 38 is a true and correct copy of a document bates-stamped MGA 4049334-35.

42. Attached hereto as Exhibit 39 is a true and correct copy of the Order Granting in Part Bryant's Motion to Overrule Instructions Not to Answer During the Deposition of Alan Kaye, dated May 4, 2007.

43. Attached hereto as Exhibit 40 is a true and correct copy of the Order Granting Mattel's Motion for an Extension of Time to Depose Paula Garcia in Her Individual Capacity and as a 30(b)(6) Designee, dated August 14, 2007.

44. Attached hereto as Exhibit 41 is a true and correct copy of excerpts of the deposition of Ronald Brawer, dated February 5, 2008.

45. Attached hereto as Exhibit 42 is a true and correct copy of a document bates-stamped IGWT 75786-811.

46. Attached hereto as Exhibit 43 is a true and correct copy of the Nightline interview, dated December 23, 2006.

47. Attached hereto as Exhibit 44 is a true and correct copy of excerpts from the deposition of Alan Kaye, dated June 21, 2007.

48. Attached hereto as Exhibit 45 is a true and correct copy of an article in the Israeli newspaper Baba-Buba, dated July 17, 2009, with certified translation.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 7, 2009, at Los Angeles, California.

Scott L. Watson