QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>[~~PROPOSED~~] ORDER GRANTING APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S OPPOSITION TO MGA ENTERTAINMENT, INC.'S MOTION TO COMPEL FURTHER RESPONSES TO MGA'S FIRST SET OF PHASE 2 INTERROGATORIES AND SECOND SET OF PHASE 2 REQUESTS FOR PRODUCTION; SEPARATE STATEMENT; DECLARATIONS OF PROCTOR, PANTEL AND MOORE IN SUPPORT THEREOF<br><br>**Phase 2**<br>Discovery Cut-off: December 11, 2009<br>Pre-trial Conference: March 1, 2010<br>Trial Date: March 23, 2010 |

ORIGINAL

07975/3042787.1

[PROPOSED] ORDER

# [PROPOSED] ORDER

Based on the concurrently filed Application to File Under Seal Mattel, Inc.'s Opposition to MGA Entertainment, Inc.'s Motion To Compel Further Responses To MGA's First Set Of Phase 2 Interrogatories And Second Set Of Phase 2 Requests For Production; Separate Statement; Declarations of Proctor, Pantel and Moore In Support Thereof,

IT IS HEREBY ORDERED:

Mattel, Inc.'s Opposition to MGA Entertainment, Inc.'s Motion To Compel Further Responses To MGA's First Set Of Phase 2 Interrogatories And Second Set Of Phase 2 Requests For Production; Mattel, Inc.'s Opposition to MGA's Separate Statement Re MGA's First Set Of Phase 2 Interrogatories And Second Set Of Phase 2 Requests For Production; the Declaration of B. Dylan Proctor in support; the Declaration of Lori Pantel in support; and the Declaration of Phil Moore in support are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: Aug 7, 2009    _____
Hon. Stephen G. Larson
United States District Judge