QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>                    Plaintiff,<br><br>          vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>                    Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with:<br>Case No. CV 04-09039<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>[PROPOSED] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL:<br><br>(1) MATTEL'S RESPONSE TO MGA'S MOTION TO COMPEL DOCUMENTS RESPONSIVE TO REQUESTS FOR PRODUCTION NOS. 530 AND 531 AND CROSS-MOTION TO COMPEL AND MOTION FOR LIMITED RECONSIDERATION OF ORDER NO. 11;<br><br>(2) DECLARATION OF SCOTT L. WATSON; AND<br><br>(3) SEPARATE STATEMENT |

LODGED

ORIGINAL

2009 AUG -6 PM 1:41

07975/3041195.1

1

**[PROPOSED] ORDER**

2          Based on the concurrently filed Application to File Under Seal Mattel,

3 Inc's (1) Response to MGA's Motion to Compel Documents Responsive to

4 Requests for Production Nos. 530 and 531 and Cross-Motion for Limited

5 Reconsideration of Order No. 11, dated August 5, 2009 ("Response and Cross-

6 Motion"), (2) exhibits 2 and 3 and paragraph 15 of the Supporting Declaration of

7 Scott L. Watson, dated August 5, 2009 ("Watson Declaration") and (3) Mattel's

8 Separate Statement in Support of its Response and Cross-Motion, dated August 5,

9 2009 ("Mattel's Separate Statement"), and good cause appearing for the entry

10 thereof, IT IS HEREBY ORDERED that:

11          (1) Mattel's Response and Cross Motion, (2) Exhibits 2 and 3, and

12 Paragraph 15 to the Watson Declaration, and (3) Mattel's Separate Statement are

13 ORDERED filed under seal pursuant to Local Rule 79-5.1.

14

15

16 DATED:   *Aug 7*          , 2009          *S G Larson*

17                                          Hon. Stephen G. Larson
                                           United States District Judge

18

19

20

21

22

23

24

25

26

27

28

07975/3041195.1

- 1 -

[PROPOSED] ORDER RE APPLICATION TO FILE UNDER SEAL