QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S REPLY IN SUPPORT OF ITS MOTION: (1) TO ENFORCE ORDER COMPELLING THE OMNI PARTIES TO PRODUCE DOCUMENTS, (2) TO STRIKE OBJECTIONS, AND (3) FOR SANCTIONS AND EXHIBIT 1 TO THE SUPPLEMENTAL DECLARATION OF MICHAEL T. ZELLER IN SUPPORT THEREOF<br><br>Date: TBD<br>Time: TBD<br>Place: Courtroom 1 |

ORIGINAL LODGED

00505.07975/3040001.1

# [PROPOSED] ORDER

Based on the concurrently filed Application to File Under Seal Mattel, Inc.'s Reply in Support of Its Motion (1) to Enforce Order Compelling the Omni Parties to Produce Documents, (2) to Strike Objections, and (3) for Sanctions, and Exhibit 1 to the Supplemental Declaration of Michael T. Zeller in support thereof,

IT IS HEREBY ORDERED:

Mattel, Inc.'s Reply in support of Its Motion (1) to Enforce Order Compelling the Omni Parties to Produce Documents, (2) to Strike Objections, and (3) for Sanctions, and Exhibit 1 to the Supplemental Declaration of Michael T. Zeller in support thereof are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: Aug 7, 2009

_____
Hon. Stephen G. Larson
United States District Judge