QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
Michael T. Zeller (Bar No. 196417)
Jon D. Corey (Bar No. 185066)
Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>PLAINTIFF(S)<br>v.<br>MATTEL, INC., a Delaware corporation<br><br>DEFENDANT(S). | CASE NUMBER:<br>CASE NO. CV 04-9049 SGL (RNBx)<br><br>**NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**

Mattel's Notice of Motion and Motion to Compel Further Deposition of Ronald Brawer, and to Overrule Instructions Not to Answer; Declaration of Scott L. Watson in support thereof; Proof of Service regarding same; Application to File Under Seal and Proposed Order ReApplication to File Under Seal; Proof of Service.

**Document Description:**

☐ Administrative Record
☐ Exhibits
☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)
☑ Other

**Reason:**

☑ Under Seal
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☑ Per Court order dated January 4, 2005
☐ Manual Filing required (*reason*):

August 10, 2009                          B. Dylan Proctor
Date                                     Attorney Name

                                         Mattel, Inc.
                                         Party Represented

Note: File one Notice in each case, each time you manually file document(s).

G-92 (02/07)                    **NOTICE OF MANUAL FILING**