MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone:  +1-415-773-5700
Facsimile:   +1-415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA  90017
Telephone:  +1-213-629-2020
Facsimile:   +1-213-612-2499

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation,<br><br>　　　　　Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 SGL (RNBx)<br>Consolidated with: Case No. CV 04-9059 and Case No. CV 05-2727<br>**DISCOVERY MATTER**<br>**[To Be Heard By Discovery Master Robert C. O'Brien]**<br><br>**SUPPLEMENTAL DECLARATION OF WILLIAM A. MOLINSKI IN SUPPORT OF MGA'S REPLY TO OPPOSITION TO MOTION TO COMPEL DOCUMENTS RESPONSIVE TO REQUESTS FOR PRODUCTION NOS. 530 AND 531 OF MGA'S FIFTH SET OF REQUESTS FOR PRODUCTION**<br><br>Date:　　TBD<br>Time:　　TBD<br>Place:　　Arent Fox LLP<br><br>**Phase 2**<br>Discovery Cutoff:　December 11, 2009<br>Pretrial Conference: March 1, 2010<br>Trial Date:　March 23, 2010 |

1  I, William A. Molinski, declare as follows:

2  1. I am a partner at the law firm of Orrick, Herrington & Sutcliffe LLP, attorneys of record for Plaintiff and Counter-Defendant MGA Entertainment, Inc. and Counter-Defendants MGA Entertainment HK, Ltd., MGAE de Mexico S.R.L. de C.V., and Isaac Larian ("MGA Parties"). Based on this representation, I am familiar with the events, pleadings, and discovery in this action and, if called upon as a witness, I could and would testify competently to the matters stated herein of my own personal knowledge. I make this declaration in support of MGA's Reply to Opposition to Motion To Compel Documents Responsive To Requests For Production Nos. 530 And 531 Of MGA's Fifth Set Of Requests For Production.

2. Attached hereto as **Exhibit A** is a excerpt of a true and correct copy of Mattel, Inc.'s Notice of Motion and Motion to Compel Responses to Interrogatories and Production of Documents by MGA Entertainment, Inc., and Isaac Larian.

3. Attached hereto as **Exhibit B** is a excerpt of a true and correct copy of Mattel Inc.'s Separate Statement in Support of Its Motion to Compel Responses to Interrogatories and Production of Documents by MGA Entertainment, Inc., and Isaac Larian.

4. Attached hereto as **Exhibit C** is a excerpt of a true and correct copy of MGA Entertainment, Inc. and Isaac Larian's Opposition to Mattel, Inc.'s 2/10/09 Motion to Compel Responses to Interrogatories and Production of Documents.

5. Attached hereto as **Exhibit D** is a excerpt of a true and correct copy of MGA's Opposition to Separate Statement in Support of Mattel, Inc.'s Motion to Compel Responses to Interrogatories and Production of Documents by MGA Entertainment, Inc., and Isaac Larian.

6. Attached hereto as **Exhibit E** is a excerpt of a true and correct copy of Mattel, Inc.'s Reply in Support of Its Motion to Compel Responses to Interrogatories and Production of Documents by MGA Entertainment, Inc., and Isaac Larian.

7. The first – – and only– – time that Mattel raised the issue of Mattel's Interrogatory No. 67 was in the meet and confer we were conducting on MGA's Requests Nos. 530 and 531 on July 20, 2009. In that call, Scott Watson of Quinn Emanuel, suggested that if Mattel had to provide documents responsive to Request Nos. 530 and 531, MGA should have to respond to Mattel's Interrogatory No. 67. Mr. Watson made no mention in that call about making a motion to reconsider Order No. 11 or to compel responses to Interrogatory No. 67.

8. Mattel made no further effort to meet and confer over Interrogatory No. 67 or a request for reconsideration of Order No. 11. At no point did I or anyone at my firm receive a letter from Mattel asking for a meet and confer over Interrogatory No. 67, as required by the Discovery Master Stipulation and Order.

9. Attached as **Exhibit F** are copies of emails between Mr. Watson and me where Mr. Watson insists that a meet and confer can only take place if properly initiated by a letter that complies with the Discovery Master Stipulation and Order.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed this 10th day of August, 2009, at Los Angeles, California.

_____
William A. Molinski

# CERTIFICATE OF SERVICE

I, Maria Mercado-Navarro, declare:

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, 777 South Figueroa Street, Suite 3200, Los Angeles, California 90017-5855.

I hereby certify that on August 10, 2009, I electronically filed the following documents with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties listed below:

**SUPPLEMENTAL DECLARATION OF WILLIAM A. MOLINSKI IN SUPPORT OF MGA'S REPLY TO OPPOSITION TO MOTION TO COMPEL DOCUMENTS RESPONSIVE TO REQUESTS FOR PRODUCTION NOS. 530 AND 531 OF MGA'S FIFTH SET OF REQUESTS FOR PRODUCTION**

**SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury that the foregoing is true and correct and that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 10, 2009, at Los Angeles, California.

*/s/ Maria Mercado-Navarro*
Maria Mercado-Navarro

OHS West:260690672.1

- 1 -

**PHASE 2 DISCOVERY SERVICE LIST**

Counsel for Mattel, Inc.
Michael T. Zeller, Esq.
michaelzeller@quinnemanuel.com
Brett D. Proctor
dylanproctor@quinnemanuel.com
QUINN EMANUÉL URQUHART OLIVER & HEDGES, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Counsel for Carlos Gustavo Machado Gomez
Mark E. Overland, Esq.
moverland@scheperkim.com
Alexander H. Cote, Esq.
acote@scheperkim.com
SCHEPER KIM & OVERLAND LLP
601 W. 5th Street, 12th Floor
Los Angeles, CA 90017
Telephone: (213) 613-4655
Facsimile: (213) 613-4656

Counsel for Limited Intervenor, Omni 808 Investors LLC
Todd E. Gordinier, Esq.
todd.gordinier@bingham.com
BINGHAM MCCUTCHEN LLP
600 Anton Blvd., 18th Floor
Costa Mesa, CA 92626
Telephone: (714) 830-0600
Facsimile: (714) 830-0700

Additional Counsel:

Jason D. Russell, Esq.
jason.russell@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Ave., Suite 3400
Los Angeles, CA 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600