# EXHIBIT F

**From:** Molinski, William [mailto:wmolinski@orrick.com]
**Sent:** Friday, July 17, 2009 2:01 PM
**To:** Scott Watson
**c:** Hurst, Annette; Michael T Zeller
**Subject:** RE: Meet & Confer

Scott,
As I mentioned on the call, MGA is truly interested in trying to reach some agreement on these issues that will obviate the need to involve the Court or Discovery Master. As I indicated, which you seemed unaware, the Discovery Master has already addressed the underlying substance of the issue as to what materials regarding payment of fees are privileged and what are not. I would like to meet with you on these issues, but need to know in advance that you have the authority to reach some agreement on these issues. If your agreements are not agreements on behalf of your clients, then I see little point in meeting and conferring.
Further, as I indicated in my email yesterday and reiterated today, this same issue is raised in the motions to compel by Mattel against MGA de Mexico. I need to know that we are truly resolving this issue. So I am prepared to discuss this with you (assuming you have authority to reach agreements) but need to know that (1) it will resolve the same issue vis-a-vis the motion to compel against MGA de Mexico, and (2) Mattel agrees that whatever we agree on this issue will be binding as to similar requests served on Mattel. Please confirm you (and Mattel) agree with this. If so, I think we can have a productive call designed to resolve these issues.
Regards,
Bill



ORRICK

**BILL A. MOLINSKI**

**ORRICK, HERRINGTON & SUTCLIFFE LLP**
777 SOUTH FIGUEROA STREET
SUITE 3200
LOS ANGELES, CA 90017-5855

tel 213-612-2256
fax 213-612-2499

**To:** Molinski, William
**Cc:** Hurst, Annette; Michael T Zeller; Scott Watson
**Subject:** RE: Meet & Confer

Bill,

MGA was ordered on August 14, 2007, to produce documents responsive to Requests 75, 85, 95, 105 and 115. If MGA will not immediately agree to produce all documents responsive to those requests, Mattel will file its motion. Mattel will not agree to limit MGA's obligation to do so, especially on the grounds of privilege, which was never asserted as an objection to those requests.

Moreover, if you believe that Mattel has somehow failed to comply with its own obligations as you have vaguely suggested, then you need to send a meet and confer letter as required by the Discovery Master Stipulation and Order. Those claims, however, do not excuse MGA's non-compliance.

I will not address your comments regarding my "authority." You and I both know that your initial email in this chain (purporting to confirm agreements we never reached) was inaccurate. I called you this afternoon to discuss the foregoing with you, but you have not returned my call.

Best,

Scott