# Exhibit 1


# ORRICK

ORRICK, HERRINGTON & SUTCLIFFE LLP
THE ORRICK BUILDING
405 HOWARD STREET
SAN FRANCISCO, CALIFORNIA 94105-2669

tel +1-415-773-5700
fax +1-415-773-5759

WWW.ORRICK.COM

August 1, 2009

Annette L. Hurst
(415) 773-4585
ahurst@orrick.com

VIA ELECTRONIC MAIL: MARSHALLSEARCY@QUINNEMANUEL.COM
AND VIA FACSIMILE: (213) 443-3100

Marshall M. Searcy, III, Esq.
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 19th Floor
Los Angeles, CA 90017

Re:   Carter Bryant v. Mattel, Inc. and consolidated actions

Dear Marshall:

In the second letter I sent you on July 23, I requested that Mattel identify any outstanding obligation that it believed required any of the MGA Parties to produce custodial data. To my knowledge, this request has never been answered. If Mattel ever provides a basis for its demand for custodial data, we are prepared to meet and confer promptly regarding such a request. Since I have not heard back from you, it appears that Mattel is unable to identify any basis for its demand for custodial data. Mattel's threat to file a cross-motion on the issue remains patently baseless, and if it does so, we are prepared to seek sanctions for Mattel's blatant refusal to engage in any semblance of good faith meet and confer.

Sincerely yours,

Annette L. Hurst

cc:   Mike Zeller, Esq.

Exhibit 1 - Page 12