# Exhibit 2

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL: (213) 443-3000 FAX: (213) 443-3100

August 3, 2009

VIA E-MAIL

Annette Hurst, Esq.
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669

Re:   Mattel v. MGA

Dear Annette:

I write in response to your most recent email. We disagree that Mattel's opposition to MGA's motion to compel custodial data was due on Friday. MGA's motion was filed after 6 p.m. last Friday and the filing was not completed until 8:30 p.m. Accordingly, any opposition Mattel intends to file is due on Monday.

As to MGA's apparent non-retention of custodial data for its own past productions, MGA's threats, insults and stonewalling on this issue speak volumes, and we certainly intend to bring them to the Discovery Master's attention. It is also abundantly clear that any further requests for assurances that MGA has not destroyed its custodial information will be met only with further stonewalling and threats.

Very truly yours,

/s/ Marshall M. Searcy III

Marshall M. Searcy III

07975/3036447.1

**quinn emanuel urquhart oliver & hedges, llp**

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL (415) 875-6600 FAX (415) 875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065-2139 | TEL (650) 801-5000 FAX (650) 801-5100
CHICAGO | 250 South Wacker Drive, Suite 230, Chicago, Illinois 60606-6301 | TEL (312) 463-2961 FAX (312) 463-2962
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom | TEL +44(0) 20 7653 2000 FAX +44(0) 20 7653 2100
TOKYO | Akasaka Twin Tower Main Bldg., 6th Fl., 17-22 Akasaka 2-Chome, Minato-ku, Tokyo 107-0052, Japan | TEL +81 3 5561-1711 FAX +81 3 5561-1712

Exhibit 2 - Page 13