QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL FURTHER DEPOSITION OF RONALD BRAWER, AND TO OVERRULE INSTRUCTIONS NOT TO ANSWER; AND EXHIBITS 1, 3-4, 6-9, 23-24, 29-38, 41-42 AND 44 TO THE DECLARATION OF SCOTT L. WATSON IN SUPPORT THEREOF<br><br>[[Proposed] Order Filed Concurrently Herewith]<br><br>**Phase 2**<br>Discovery Cut-off: December 11, 2009<br>Pre-trial Conference: March 1, 2010<br>Trial Date: March 23, 2010 |

Lodged (proposed) order

FILED
2009 AUG 10 PM 3:34
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY ___

ORIGINAL

07975/3047390.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal Mattel, Inc.'s Notice of Motion and Motion to Compel Further Deposition of Ronald Brawer, and To Overrule Instructions Not to Answer (the "Motion"); and Exhibits 1, 3-4, 6-9, 23-24, 29-38, 41-42 and 44 to the Declaration of Scott L. Watson in support thereof ("Watson Declaration").

The Motion quotes from documents that Mattel and the MGA Parties have designated as "Confidential -- Attorney's Eyes Only" pursuant to the Protective Order. The Watson Declaration attaches documents at Exhibits 1, 3-4, 6-9, 23-24, 29-38, 41-42 and 44 that Mattel and the MGA Parties have designated as "Confidential" or "Confidential -- Attorney's Eyes Only" pursuant to the Protective Order. Accordingly, Mattel requests that the Court order that the Motion and Watson Declaration be filed under seal.

DATED: August 10, 2009

QUINN EMANUEL URQUHART OLIVER & HEDGES. LLP

By /s/ Tamar Buchakjian
Tamar Buchakjian
Attorneys for Mattel, Inc.