QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
johnquinn@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**PROOF OF SERVICE** |

07975/3041084.1

PROOF OF SERVICE

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On August 7, 2009, I served true copies of the following document(s) described as

1) MATTEL, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL FURTHER DEPOSITION OF RONALD BRAWER, AND TO OVERRULE INSTRUCTIONS NOT TO ANSWER

2) DECLARATION OF SCOTT L. WATSON IN SUPPORT OF MATTEL'S MOTION TO COMPEL FURTHER DEPOSITION OF RONALD BRAWER AND TO OVERRULE INSTRUCTIONS NOT TO ANSWER

on the parties in this action as follows:

| | |
|---|---|
| Skadden, Arps, Slate, Meagher & Flom LLP<br>  Thomas J. Nolan, Esq.<br>  Jason Russell, Esq.<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90071<br>  tnolan@skadden.com<br>  jrussell@skadden.com | **Attorneys for** *the MGA Parties*<br><br><br><br>**Telephone:** 213-687-5000<br>**Facsimile:** 213-687-5600 |
| Scheper, Kim & Overland, LLP<br>  Mark E. Overland, Esq.<br>  Alexander H. Cote, Esq.<br>601 West Fifth Street, 12th Floor<br>Los Angeles, CA 90071<br>  moverland@scheper.com | **Attorneys for** *Carlos Gustavo Machado Gomez* |
| Orrick, Herrington & Sutcliffe, LLP<br>  Melinda Haag, Esq.<br>  Annette L. Hurst, Esq.<br>  Warrington S. Parker III, Esq.<br>The Orrick Building | **Attorneys for** *the MGA Parties* |

| | |
|---|---|
| 405 Howard Street<br>San Francisco, CA 94105<br>mhaag@orrick.com<br>ahurst@orrick.com<br>wparker@orrick.com | |
| Orrick, Herrington & Sutcliffe, LLP<br>William A. Molinski, Esq.<br>777 South Figueroa Street, Suite 3200<br>Los Angeles, CA 90017<br>wmolinski@orrick.com | **Attorneys for** *the MGA Parties* |
| Bingham McCutchen LLP<br>Todd E. Gordinier, Esq.<br>Peter N. Villar, Esq.<br>600 Anton Boulevard, 18th Floor<br>Costa Mesa, CA 92626-1924<br>todd.gordinier@bingham.com<br>peter.villar@bingham.com | **Attorneys for** *the Omni 808 Investors, LLC* |

**BY ELECTRONIC MAIL TRANSMISSION:** By electronic mail transmission from shandaconners@quinnemanuel.com on , by transmitting a PDF format copy of such document(s) to each such person at the e mail address listed below their address(es). The document(s) was/were transmitted by electronic transmission and such transmission was reported as complete and without error.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 7, 2009, at Los Angeles, California.

Tamar Buchakjian