Name & Address:
William A. Molinski (State Bar No. 145186)
Orrick, Herrington & Sutcliffe LLP
777 South Figueroa Street, Suite 3200
Los Angeles, California 90017
(213) 629-2020
(213) 612-2499 (Facsimile)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| CARTER BRYANT | CASE NUMBER: |
| --- | --- |
| PLAINTIFF(S) | CV 04-9049-SGL (RNBx) |
| v. | |
| MATTEL, INC., a Delaware Corporation | NOTICE OF MANUAL FILING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**

Application to File Under Seal; Proposed Order re Application to File Under Seal; MGA's Reply to Opposition to MGA's Motion to Compel Documents Responsive to Requests for Production Nos. 530 and 531 of MGA'S Fifth Set of Requests for Production.

**Document Description:**

☐ Administrative Record
☐ Exhibits
☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]
☒ Other MGA's Reply to Opposition to MGA's Motion to Compel Documents Responsive to Requests for Production Nos. 530 and 531 of MGA'S Fifth Set of Requests for Production, .Application to File Under Seal; Proposed Order re Application to File Under Seal

**Reason:**

☒ Under Seal
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☒ Per Court order dated January 4, 2005
☐ Manual Filing required (*reason*):

| August 11, 2009 | William A. Molinski |
| --- | --- |
| Date | Attorney Name |
| | MGA Parties |
| | Party Represented |

Note:   File one Notice in each case, each time you manually file document(s).

G-92 (03/09)        NOTICE OF MANUAL FILING

American LegalNet, Inc.
www.FormsWorkflow.com