1  MELINDA HAAG (State Bar No. 132612)
   mhaag@orrick.com
2  ANNETTE L. HURST (State Bar No. 148738)
   ahurst@orrick.com
3  WARRINGTON S. PARKER III (State Bar No. 148003)
   wparker@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
5  405 Howard Street
   San Francisco, CA 94105
6  Telephone:  +1-415-773-5700
   Facsimile:   +1-415-773-5759
7
8  WILLIAM A. MOLINSKI (State Bar No. 145186)
   wmolinski@orrick.com
9  ORRICK, HERRINGTON & SUTCLIFFE LLP
   777 South Figueroa Street, Suite 3200
   Los Angeles, CA  90017
10 Telephone:  +1-213-629-2020
   Facsimile:   +1-213-612-2499
11
   Attorneys for MGA Parties
12
                   UNITED STATES DISTRICT COURT
13
                 CENTRAL DISTRICT OF CALIFORNIA
14
                        EASTERN DIVISION
15

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation<br><br>Defendant.<br><br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 SGL (RNBx)<br><br>Consolidated with:<br>CV 04-9059<br>CV 05-2727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Robert C. O'Brien]**<br><br>**MGA PARTIES' MOTION FOR RECONSIDERATION OF ORDER NO. 42 REGARDING IN CAMERA REVIEW OF DOCUMENTS PROTECTED BY ATTORNEY-CLIENT PRIVILEGE**<br><br>**[Declaration of Warrington S. Parker III, filed concurrently]** |

**CONFIDENTIAL—ATTORNEYS' EYES ONLY—FILED UNDER SEAL**

Case 2:04-cv-09049-SGL-RNB    Document 6240    Filed 08/11/2009    Page 1 of 1

Name & Address:

Yas Raouf (State Bar No. 254962)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| CARTER BRYANT, an individual | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | Case No. CV 04-9049 SGL (RNBx) |
| v. | |
| MATTEL, INC., a Delaware Corporation | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**

Application to File Under Seal; [Proposed] Order; MGA Parties' Motion for Reconsideration of Order No. 42 re: In Camera Review of Documents Protected by Attorney-Client Privilege ("Motion for Reconsideration"); Exhibit 1 to Declaration of Warrington S. Parker III in Support of Motion for Reconsideration.

**Document Description:**

☐　　Administrative Record

☑　　Exhibits

☐　　Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☐　　Other  Application to File Under Seal; [Proposed] Order; MGA Parties' Motion for Reconsideration of Order No. 42 re: In Camera Review of Documents Protected by Attorney-Client Privilege

**Reason:**

☑　　Under Seal

☐　　Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐　　Electronic versions are not available to filer

☐　　Per Court order dated _____

☐　　Manual Filing required (*reason*):

August 11, 2009 _____          Yas Raouf _____
Date                                       Attorney Name

                                           MGA Parties _____
                                           Party Represented

Note:  File one Notice in each case, each time you manually file document(s).