1  MELINDA HAAG (State Bar No. 132612)
   mhaag@orrick.com
2  ANNETTE L. HURST (State Bar No. 148738)
   ahurst@orrick.com
3  WARRINGTON S. PARKER III (State Bar No. 148003)
   wparker@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
5  405 Howard Street
   San Francisco, CA  94105-2669
6  Telephone:  +1-415-773-5700
   Facsimile:   +1-415-773-5759
7
   WILLIAM A. MOLINSKI (State Bar No. 145186)
8  wmolinski@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
9  777 South Figueroa Street, Suite 3200
   Los Angeles, CA  90017
10 Telephone:  +1-213-629-2020
   Facsimile:   +1-213-612-2499
11
   Attorneys for MGA Parties
12

13                UNITED STATES DISTRICT COURT

14                CENTRAL DISTRICT OF CALIFORNIA

15                        EASTERN DIVISION

16

17 | CARTER BRYANT, an individual | Case No. CV 04-9049 SGL (RNBx)

18 | Plaintiff, | Consolidated with:
                | CV 04-9059
19 | v.          | CV 05-2727

20 | MATTEL, INC., a Delaware | **DECLARATION OF WARRINGTON S. PARKER III IN SUPPORT OF MGA PARTIES' MOTION FOR RECONSIDERATION OF ORDER NO. 42 REGARDING IN CAMERA REVIEW OF DOCUMENTS PROTECTED BY ATTORNEY-CLIENT PRIVILEGE; EXHIBITS**
21 | Corporation
22 | Defendant.
23 | AND CONSOLIDATED ACTIONS.
24
25
26
27
28

1  I, Warrington S. Parker, declare as follows:

2  1. I am an attorney at the law firm of Orrick, Herrington & Sutcliffe LLP, counsel of record for the MGA Parties in the above-captioned action. I am a member in good standing of the State Bar of California and am admitted to practice before this Court. I have personal knowledge of the facts set forth in this declaration unless otherwise expressly stated, in which case it is on information and belief. If called as a witness, I could and would testify competently to such facts under oath.

2. Attached hereto as **Exhibit 1** is a true and correct copy of an excerpt of the July 18, 2006 transcript of the deposition of Isaac Larian.

3. Attached hereto as **Exhibit 2** is a true and correct copy of an excerpt of the August 6, 2009 transcript of the hearing before the Discovery Master.

4. Attached hereto as **Exhibit 3** is a true and correct copy of Mattel's Copyright Registrations.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 11th day of August, 2009, at San Francisco, California.

*/s Warrington S. Parker III*
Warrington S. Parker III