MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1-415-773-5700
Facsimile: +1-415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: +1-213-629-2020
Facsimile: +1-213-612-2499

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | Case No. CV 04-9049-SGL (RNBx) |
| Plaintiff, | |
| v. | **PROOF OF SERVICE BY EMAIL TO COUNSEL** |
| MATTEL, INC., a Delaware corporation, | |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | |

OHS West:260701124.1

PROOF OF SERVICE

| | |
|---|---|
| 1 | **PROOF OF SERVICE BY EMAIL TO COUNSEL** |
| 2 | I am more than eighteen years old and not a party to this action. My business |
| 3 | address is Orrick, Herrington & Sutcliffe LLP, The Orrick Building, 405 Howard |
| 4 | Street, San Francisco, California 94105-2669. On August 11, 2009, I served the |
| 5 | following document(s): |
| 6 | |
| 7 | **MGA PARTIES' MOTION FOR RECONSIDERATION OF ORDER NO. 42 REGARDING IN CAMERA REVIEW OF DOCUMENTS** |
| 8 | **PROTECTED BY ATTORNEY-CLIENT PRIVILEGE; EXHIBITS** |
| 9 | **DECLARATION OF WARRINGTON S. PARKER III IN SUPPORT OF MGA PARTIES' MOTION FOR RECONSIDERATION OF ORDER NO.** |
| 10 | **42 REGARDING IN CAMERA REVIEW OF DOCUMENTS** |
| 11 | **PROTECTED BY ATTORNEY-CLIENT PRIVILEGE; EXHIBITS** |
| 12 | **NOTICE OF MANUAL FILING** |
| 13 | |
| 14 | **APPLICATION TO FILE UNDER SEAL** |
| 15 | **[PROPOSED] ORDER** |
| 16 | |
| 17 | I served copies of said papers on August 11, 2009 by attaching them to an email |
| 18 | addressed to: |
| 19 | Michael Zeller |
| 20 | michaelzeller@quinnemanuel.com |
| 21 | Dylan Proctor |
| 22 | dylanproctor@quinnemanuel.com |
| 23 | Jon Corey |
| 24 | joncorey@quinnemanuel.com |
| 25 | Jason Russell |
| 26 | jason.russell@skadden.com |
| 27 | |
| 28 | I declare under penalty of perjury that the foregoing is true and correct. |

OHS West:260701124.1  1  PROOF OF SERVICE

1 | Executed on August 11, 2009, at San Francisco, California.

*/s/ Annette L. Hurst*
Annette L. Hurst