QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   John B. Quinn (Bar No. 90378)
   (johnquinn@quinnemanuel.com)
   Michael T. Zeller (Bar No. 196417)
   (michaelzeller@quinnemanuel.com)
   Jon D. Corey (Bar No. 185066)
   (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>                    Plaintiff,<br><br>          vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>                    Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>DISCOVERY MATTER<br>[To Be Heard by Discovery Master Robert C. O'Brien Pursuant to Order of January 6, 2009]<br><br>[PUBLIC REDACTED] DECLARATION OF SCOTT L. WATSON IN SUPPORT OF MATTEL, INC.'S NOTICE OF MOTION AND MOTION FOR LEAVE TO TAKE ADDITIONAL DEPOSITIONS |

## DECLARATION OF SCOTT WATSON

I, Scott Watson, declare as follows:

1.     I am a member of the bar of the State of California.  I am a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel").  I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2.     Attached hereto as Exhibit 1  is a true and correct copy of the Court's February 12, 2007 Scheduling Order.

3.     Attached hereto as Exhibit 2 is a true and correct copy of the Court's January 7, 2008 Order.

4.     Attached hereto as Exhibit 3 is a true and correct copy of Mattel's Motion for Leave to Take Additional Discovery, dated November 19, 2007.

5.     Attached hereto as Exhibit 4 is a true and correct copy of MGA's Complaint, dated April 13, 2005.

6.     Attached hereto as Exhibit 5 is a true and correct copy of the Court's May 21, 2009 Order.

7.     Attached hereto as Exhibit 6 is a true and correct copy of Mattel's Third Amended Answer & Counterclaims, dated May 22, 2009.

8.     Attached hereto as Exhibit 7 is a true and correct copy of the MGA Parties' Answer and Affirmative Defenses to Mattel, Inc.'s Third Amended Answer and Counterclaims, dated June 29, 2009.

9.     Attached hereto as Exhibit 8 is a true and correct copy of the MGA Parties' Opposition to Mattel's Motion for Leave to File Third Amended Answer & Counterclaims, dated April 27, 2009.

10.     Attached hereto as Exhibit 9 is a true and correct copy of the deposition notice and subpoena of Shirin Salemnia, dated September 4, 2007.

1          11.     Attached hereto as Exhibit 10 is a true and correct copy of the

2    deposition notice and subpoena of Pablo Vargas, dated September 13, 2007.

3          12.     Attached hereto as Exhibit 11 is a true and correct copy of the

4    deposition notice and subpoena of Mariana Treuba, dated September 13, 2007.

5          13.     Attached hereto as Exhibit 12 is a true and correct copy of the

6    deposition notice and subpoena of Fred Mashian, dated January 23, 2009.

7          14.     Attached hereto as Exhibit 13 is a true and correct copy of the

8    deposition notice and subpoena of Neil Kadisha, dated January 23, 2009.

9          15.     Attached hereto as Exhibit 14 is a true and correct copy of the

10   deposition notice and subpoena of Leon Neman, dated February 6, 2009.

11         16.     Attached hereto as Exhibit 15 is a true and correct copy of the

12   Phase 2 Discovery Matter Order No. 11, dated March 30, 2009.

13         17.     Attached hereto as Exhibit 16 is a true and correct copy of the

14   Phase 2 Discovery Matter Order No. 43, dated July 30, 2009.

15         18.     Attached hereto as Exhibit 17 is a true and correct copy of a

16   letter from T. Gordinier to the Discovery Master, dated August 3, 2009.

17         19.     Attached hereto as Exhibit 18 is a true and correct copy of the

18   Phase 2 Discovery Matter Order No. 44, dated August 4, 2009.

19         20.     Attached hereto as Exhibit 19 is a true and correct copy of the

20   deposition notice and subpoena of Patrick Ma, dated July 28, 2009.

21         21.     Attached hereto as Exhibit 20 is a true and correct copy of the

22   deposition notice and subpoena of Susan Kim, dated August 5, 2009.

23         22.     Attached hereto as Exhibit 21 is a true and correct copy of the

24   deposition notice and subpoena of Janine Brisbois, dated September 14, 2007.

25         23.     Attached hereto as Exhibit 22 is a true and correct copy of the

26   Phase 2 Discovery Matter Order No. 35, dated May 21, 2009.

27         24.     Attached hereto as Exhibit 23 is a true and correct copy of the

28   Request for Judicial Assistance issued by the Court, dated May 21, 2009.

1           25.     Attached hereto as Exhibit 24 is a true and correct copy of

2    MGA's Supplemental Response to Interrogatory No. 2 Of Mattel, Inc.'s First Set of

3    Interrogatories Re Claims of Unfair Competition, dated June 20, 2007.

4           26.     Attached hereto as Exhibit 25 is a true and correct copy of

5    MGA's Fourth Supplemental Response to Interrogatory No. 1 of Mattel, Inc.'s First

6    Set of Interrogatories Re Claims of Unfair Competition, dated July 31, 2007.

7           27.     Attached hereto as Exhibit 26 is a true and correct copy of the

8    Phase 2 Discovery Matter Order No. 3, dated March 10, 2009.

9           28.     Attached hereto as Exhibit 27 is a true and correct copy of the

10   Phase 2 Discovery Matter Order No. 21, dated April 23, 2009.

11          29.     Attached hereto as Exhibit 28 is a true and correct copy of the

12   Phase 2 Discovery Matter Order No. 27, dated May 6, 2009.

13          30.     Attached hereto as Exhibit 29 is a true and correct copy of Omni

14   808's *Ex Parte* Application for Leave to Intervene, dated February 3, 2009.

15          31.     Attached hereto as Exhibit 30 is a true and correct copy of the

16   Court's April 27, 2009 Order.

17          32.     Attached hereto as Exhibit 31 is a true and correct copy of an

18   August 28, 2008 e-mail from P. Carson to M. Kupietzky, et. al, Bates No.

19   OMNI0005674-5677.

20          33.     Attached hereto as Exhibit 32 is a true and correct copy of a

21   UCC Financing Statement, dated Aug 29, 2008.

22          34.     Attached hereto as Exhibit 33 is a true and correct copy of Omni

23   808 Investors, LLC, Summary of Uses and Funds, Bates No. IGWT08663.

24          35.     Attached hereto as Exhibit 34 is a true and correct copy of the

25   Vision Capital, LLC, Certificate of Formation, dated August 19, 2008.

26          36.     Attached hereto as Exhibit 35 is a true and correct copy of the

27   Declaration of Michael T. Zeller In Support Of Mattel, Inc.'s Opposition to Omni

28   808's *Ex Parte* Application to Intervene, dated February 5, 2009.

37.     Attached hereto as Exhibit 36 is a true and correct copy of a July 23, 2003 e-mail from I. Larian to R. Gerevas and L. Farahnik, Bates No. MGA1165380-81.

38.     Attached hereto as Exhibit 37 is a true and correct copy of the Declaration of Brian Wing In Support Of the MGA Parties' Request for a Stay, dated December 11, 2008.

39.     Attached hereto as Exhibit 38 is a true and correct copy of the Declaration of Brian Wing In Support Of MGA's Correction to the Opposition to Mattel's *Ex Parte* Application for Receiver, dated December 31, 2008.

40.     Attached hereto as Exhibit 39 is a true and correct copy of the Declaration of John Woolard In Support of the MGA Parties' Request for Further Stay, dated May 7, 2009.

41.     Attached hereto as Exhibit 40 is a true and correct copy of the Declaration of John Woolard In Support of the MGA Parties' Opposition to Mattel's *Ex Parte* Application for a Receiver, dated December 29, 2008.

42.     Attached hereto as Exhibit 41 is a true and correct copy of Omni 808's Memorandum In Support Of Its Request To Strike Summary and Responsive Reports of Ronald L. Durkin, dated June 8, 2009.

43.     Attached hereto as Exhibit 42 is a true and correct copy of an October 10, 2008 e-mail from I. Larian to S. Makabi, et. al, Bates No. IGWT77459.

44.     Attached hereto as Exhibit 43 is a true and correct copy of a September 27, 2008 e-mail from I. Larian to S. Makabi, et. al, Bates No. IGWT78128.

45.     Attached hereto as Exhibit 44 is a true and correct copy of an October 20, 2008 e-mail from P. Carson to T. Baker, N.Kadisha, et al, Bates No. IGWT03692-93.

46.     Attached hereto as Exhibit 45 is a true and correct copy of an October 16, 2008 e-mail from L. Tonnu to M. Kupietzky, et al, Bates No. IGWT00016-19.

47.     Attached hereto as Exhibit 46 is a true and correct copy of an October 17, 2008 e-mail from L. Tonnu to A. Larian, S. Makabi and M. Kupietzky, Bates No. IGWT03249.

48.     Attached hereto as Exhibit 47 is a true and correct copy of the Secured Delayed Draw Demand Note, dated October 16, 2008, Bates No. WACHOVIA002752-2764.

49.     Attached hereto as Exhibit 48 is a true and correct copy of the Operating Agreement of IGWT 826 Investments, LLC, Bates No. IGWT05233-05263.

50.     Attached hereto as Exhibit 49 is a true and correct copy of a February 20, 2009 e-mail from I. Larian to J. Pisoni, Bates No. IGWT14266.

51.     Attached hereto as Exhibit 50 is a true and correct copy of a January 21, 2009 e-mail from I. Larian to J. Hurst, et al, Bates No. IGWT14434-35.

52.     Attached hereto as Exhibit 51 is a true and correct copy of an excerpt of Mattel's Inc.'s First Supplemental Objections and Responses to Interrogatory Nos. 20-23 and 28 In MGA's Second Set of Interrogatories at Second Supplemental Response To Interrogatory No. 22, dated at July 31, 2009.

53.     Attached hereto as Exhibit 52 is a true and correct copy of an excerpt of the Phase 2 Discovery Matter Order No. 33, dated May 18, 2009.

54.     Attached hereto as Exhibit 53 is a true and correct copy of the Notice of Application in the Ontario Superior Court of Justice, dated July 3, 2009.

55.     Attached hereto as Exhibit 54 is a true and correct copy of an the Amended and Restated Subordinated Promissory Note, dated October 16, 2008, Bates No. OMNI0000028-38.

1        56.      Attached hereto as Exhibit 55 is a true and correct copy of IGWT

2   Group's Secretary of State Registration, filed June 26, 2008.

3        57.      Attached hereto as Exhibit 56 is a true and correct copy of an

4   excerpt of the February 12, 2007 Scheduling Conference hearing transcript.

5        58.      Attached hereto as Exhibit 57 is a true and correct copy of an

6   excerpt of the January 7, 2008 hearing transcript.

7        59.      Attached hereto as Exhibit 58 is a true and correct copy of an

8   excerpt of the February 11, 2009 hearing transcript.

9        60.      Attached hereto as Exhibit 59 is a true and correct copy of an

10  excerpt of the May 18, 2009 hearing transcript.

11       61.      Attached hereto as Exhibit 60 is a true and correct copy of an

12  excerpt of the March 4, 2009 hearing transcript.

13       62.      Attached hereto as Exhibit 61 is a true and correct copy of an

14  excerpt from the December 22, 2006 Nightline transcript.

15       63.      Attached hereto as Exhibit 62 is a true and correct copy of the

16  Declaration of Susan Kim, dated August 1, 2008.

17       64.      Attached hereto as Exhibit 63 is a true and correct copy of an

18  excerpt of Mattel's Inc.'s First Supplemental Objections and Responses to

19  Interrogatory Nos. 20-23 and 28 In MGA's Second Set of Interrogatories at Second

20  Supplemental Response To Interrogatory No. 22, dated at July 31, 2009.

21       65.      Attached hereto as Exhibit 64 is a true and correct copy of a list

22  of MGA promissory notes, Bates No. IGWT02208-02215.

23       66.      Attached hereto as Exhibit 65 is a true and correct copy of an

24  August 22, 2008 e-mail between M. Kupietzy and J. Pisoni, Bates No. IGWT03284.

25       67.      Attached hereto as Exhibit 66 is a true and correct copy of an

26  excerpt from the Wachovia Field Examination Report, Bates No.

27  WACHOVIA004160, 65.

28

68.     Attached hereto as Exhibit 67 is a true and correct copy of an October 23, 2008 email from L. Tonnu to T. Baker, et al, Bates No. IGWT00102-111.

69.     Attached hereto as Exhibit 68 is a true and correct copy of the Wachovia production cover letter, dated March 13, 2009.

70.     Attached hereto as Exhibit 69 is a true and correct copy of a deposition notice to Shirin Salemnia, dated January 7, 2009.

71.     Attached hereto as Exhibit 70 is a true and correct copy of e-mails from Dylan Proctor to Annette Hurst, dated July 29-30, 2009.

72.     Attached hereto as Exhibit 71 is a true and correct copy of the deposition notice to Peter Carson, dated August 3, 2009.

73.     Attached hereto as Exhibit 72 is a true and correct copy of a letter and attachment from Wachovia to MGA, dated November 8, 2007, Bates No. WACHOVIA3874-78.

74.     Attached hereto as Exhibit 73 is a true and correct copy of a Wachovia memorandum re August 2007 Amendment, Bates No. WACHOVIA 4005-10.

75.     On July 29, 2009, my partner Dylan Proctor sent two emails to Annette Hurst seeking to meet and confer regarding this motion.  On July 30, 2009, Mr. Proctor sent a third email to Ms. Hurst regarding this contemplated motion.  MGA's counsel did not respond to Mattel's efforts to meet and confer on this motion.  Mr. Proctor's email correspondence is attached hereto as Exhibit 70.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on August 11, 2009 at Los Angeles, California.

/s/ Scott L. Watson
Scott L. Watson

07975/3049623.1

-8-

DECLARATION OF SCOTT L. WATSON