# EXHIBIT 4

-FILED

1  DALE M. CENDALI
   (of counsel, not admitted in California)
2  DIANA M. TORRES (S.B. #162284)
   PAULA E. AMBROSINI (S.B. #193126)
3  O'MELVENY & MYERS LLP
   400 South Hope Street
4  Los Angeles, CA 90071-2899
   Telephone: (213) 430-6000
5  Facsimile: (213) 430-6407
   email:     dtorres@omm.com
6
   PATRICIA GLASER (S.B. # 55668)
7  CHRISTENSEN, MILLER, FINK,
   JACOBS, GLASER, WEIL &
8  SHAPIRO LLP
   10250 Constellation Boulevard, 19th Floor
9  Los Angeles, CA 90067
   Telephone: (310) 553-3000
10 Facsimile: (310) 556-2920

11 Attorneys for Plaintiff
   MGA Entertainment, Inc.
12

13
                  UNITED STATES DISTRICT COURT
14
                CENTRAL DISTRICT OF CALIFORNIA
15
                    CV 05-02727 CBM (RZx)
16 MGA ENTERTAINMENT, INC.,          Case No.

17              Plaintiff,           COMPLAINT FOR FALSE
                                     DESIGNATION OF ORIGIN,
18      v.                           AFFILIATION, ASSOCIATION OR
                                     SPONSORSHIP (15 U.S.C. § 1125
19 MATTEL, INC., a Delaware          (a)); UNFAIR COMPETITION (15
   Corporation, and DOES 1-10,       U.S.C. § 1125 (a), Cal. Bus. & Prof.
20                                   Code § 17200 et seq. and California
                Defendants.          Common Law); DILUTION (15
21                                   U.S.C. § 1125 (c), Cal. Bus. & Prof
                                     Code § 14330 and California Common
22                                   Law); AND UNJUST ENRICHMENT

23                                   DEMAND FOR JURY TRIAL

24

25

26

27

28

EXHIBIT 4
PAGE 44

1        Plaintiff MGA Entertainment, Inc. for its complaint against

2    Defendants Mattel, Inc. and DOES 1-10 alleges and avers as follows:

3

4                      **PARTIES**

5    1.    Plaintiff MGA Entertainment, Inc. ("MGA") is a California

6    corporation organized and existing under the laws of the State of California, with a

7    principal place of business in Van Nuys, California.

8    2.    MGA is informed and believes, and based thereon alleges, that

9    Defendant Mattel, Inc. ("Mattel") is a Delaware corporation with a principal place

10    of business in El Segundo, California.

11    3.    MGA is ignorant of the true names and capacities of the defendants

12    sued herein under the fictitious names DOES 1 through 10 inclusive. MGA will

13    seek leave of court to amend this complaint to allege such names and capacities

14    when they are ascertained. MGA is informed and believes, and based thereon

15    alleges, that each of the fictitiously named DOE defendants is responsible in some

16    manner for the wrongful conduct alleged herein. MGA further alleges that each

17    defendant acted in concert with, as agent or representative for, or at the request or

18    on behalf of another or Mattel. Each charging allegation contained herein is,

19    therefore, also hereby alleged against each fictitiously named DOE defendant.

20

21             **JURISDICTION AND VENUE**

22    4.    Through this action MGA asserts claims against Mattel arising under

23    the Lanham Act, 15 U.S.C. Sections 1125 (a) and (c), California Business and

24    Professions Code Sections 17200 *et seq.*, California Business and Professions Code

25    Section 14330 and California common law. This Court has original subject matter

26    jurisdiction over MGA's federal claims pursuant to 15 U.S.C. Sections 1116 and

27    1121, 28 U.S.C. Section 1338(a), and 28 U.S.C. Section 1331, and supplemental

28

EXHIBIT  4

PAGE  47

1  subject matter jurisdiction over MGA's state law claims pursuant to 28 U.S.C.

2  Section 1367(a).

3       5.     This Court has specific personal jurisdiction over Mattel, as it has

4  purposefully committed, within the State of California, the acts from which these

5  claims arise and/or has committed tortious acts outside California, knowing and

6  intending that such acts would cause injury to MGA within the state. The Court

7  also has general personal jurisdiction over Mattel, as it conducts continuous,

8  systematic and routine business within the State of California and the County of

9  Los Angeles.

10       6.     Venue is proper in the United States District Court for the Central

11  District of California pursuant to 28 U.S.C. Sections 1391(b) and 1391(c).

12

13  **FACTUAL BACKGROUND**

14       7.     MGA seeks by this action to halt Mattel's habitual and unfair tactics of

15  competition-by-intimidation and serial copycatting of MGA's products, which

16  Mattel has used in an unbridled effort to cause confusion in the market place and

17  eliminate MGA as a competitor in the toy and fashion doll market long dominated

18  and controlled by Mattel.

19       8.     MGA is a privately-held company in the San Fernando Valley that

20  began in 1979 as a small consumer electronics business. In 1987, the company

21  made its first foray into the toy business when it secured rights to market handheld

22  LCD games featuring licensed Nintendo® characters. Building on that small

23  success, the company began marketing products for popular licensed properties

24  such as the "Power Rangers"® and "Hello Kitty"®. This little-known but

25  successful company, however, was propelled into the limelight after its daring

26  release in June 2001 of an innovative line of fashion dolls called "BRATZ".

27  "BRATZ" are multi-ethnic fashion dolls that sport a fresh new urban and

28  contemporary look and fashion. At the time of the release of "BRATZ", "Barbie"

2

EXHIBIT 4
PAGE 48

1    sales were in a slump, Mattel was in turmoil, and the market was ripe for something

2    new, exciting and inventive.  "BRATZ" fit the bill.  It is the first fashion doll that

3    has been able to seriously challenge "Barbie" for market share, and begin to loosen

4    Mattel's 50-year iron-fisted grip on the fashion doll market.

5        9.    Mattel has not taken kindly to the challenge.  Either unable or

6    unwilling to compete against "BRATZ" fairly, and on a level-playing field, Mattel

7    has, instead, taken a more expeditious approach, resorting to unfair and anti-

8    competitive business practices.  Wielding its substantial clout and influence in the

9    toy industry, Mattel has tried to muscle MGA out of business.  MGA is informed

10   and believes that Mattel has intimidated, coerced and threatened retailers, licensees,

11   suppliers and others in the industry – both in the U.S. and internationally – in order

12   to inhibit and stifle MGA's ability to compete with Mattel and to prevent MGA

13   from obtaining licensees, contracts and supplies for its products.  Mattel has also

14   serially imitated and copy-catted the look of MGA products, trade dress,

15   trademarks, themes, ideas, advertising and packaging, including for the "BRATZ"

16   line of dolls.  MGA brings this action to stop Mattel's tortious, unfair and anti-

17   competitive conduct and to recover the extensive damage that Mattel's illicit

18   behavior has caused, and continues to cause, MGA.  Mattel's own website states:

19   "As the global leader in the toy industry, we believe that how we achieve success is

20   just as important as the success itself."  It also proclaims that "unwavering integrity

21   defines our corporate culture on every level, guiding how we work and how we do

22   business."  Mattel's own corporate governance standards require it to "play by the

23   rules," complete fairly and be a good corporate citizen.  Mattel's actions, however,

24   speak louder than its words.

25

26

27

28

3

EXHIBIT 4
PAGE 49

## Mattel History and Performance

10.    Mattel is the world's largest toy company, but it owes its immense success chiefly to a single product: "Barbie." Since her debut in 1959, "Barbie" has been the fuel for Mattel's growth and success, turning Mattel into an international powerhouse. By the late 1990's, Mattel's annual sales of the doll approached or topped $1.8 billion and Mattel stock reached a record high of approximately $45.00 a share. At that time, the average American girl had eight "Barbie" dolls, and "Barbie" was the world's best-selling toy.

11.    Mattel's reliance on a single, 40-year old product for as much as 50% of its business turned out to be a risky business model, however. Resting on its laurels, Mattel failed to react to the shifting tastes of consumers, changing dynamics in the industry, and an increasing focus on technologically advanced and interactive toys. "Barbie's" record sales fell into a tailspin. According to one report, Adrienne Fontanella, Mattel's "Barbie" brand president, would later be quoted as saying that, "The world changed very quickly, and we missed a beat. . . Barbie wasn't talking to girls. She just wasn't hitting it."

12.    Sales began to plunge in 1997, and Mattel began posting a series of net income losses. In the first quarter of 1998, sales of the "Barbie" brand dropped 17%. This steep slide was followed by another in the second quarter, when sales fell again, down by 15%. By the end of 1998, Mattel reported an overall 14% decline in "Barbie" sales for the year and analysts were using words such as "devastating" and "a catastrophe" to describe Mattel's earnings. The company's stock fell as much as 27% in a single day. "Barbie" was having a crisis.

13.    Jill Barad, who had taken over as Mattel's chairman and chief executive in January 1997, at the height of Mattel's success, had to do something fast. Instead of focusing on and investing in new product development, however, which would obviously take time, Mattel embarked on a series of acquisitions that were seemingly aimed at quickly diversifying the company's product line and

4

EXHIBIT 4
PAGE 50

1    reducing its reliance on "Barbie" and on traditional retailers, such as Toys-R-Us

2    and Wal-Mart. Mattel spent a reported $881 million in March 1997 to purchase

3    Tyco Toys and acquire the "Matchbox" toy car brand. Just more than a year later,

4    it spent $700 million for the Pleasant Co., a mail-order doll company and maker of

5    the "American Girl" doll collection. And in December 1998, Mattel announced

6    plans to fork out a monumental $3.5 billion to buy the Learning Company,

7    followed quickly by Mattel's purchase, in March 1999, of a software company,

8    Purple Moon.

9        14.    Despite these acquisitions, the company continued to struggle. The

10   retail environment and buying patterns had unquestionably changed, but Mattel had

11   not kept up. Despite Mattel's feverish acquisitions, Mattel's mainstay and primary

12   profit-generator was still "Barbie." But "Barbie" had grown stale, and sales

13   languished. Posting additional losses in the first quarter of 1999, Mattel announced

14   that it would lay off 3,000 employees – 10% of its work force.

15       15.    Mattel's stock plummeted again in late 1999, dropping 30% on

16   Mattel's announcement that it would fall as much as 55% short of analysts' earning

17   estimates for the third quarter. Mattel blamed its troubles primarily on its

18   expensive, $3.5 billion acquisition of the Learning Company, which had turned out

19   to be a disaster fraught with licensing and distribution problems, bad debt, high

20   product returns and high advertising costs.

21       16.    By early 2000, Mattel's stock had crashed to as low as $8 per share,

22   and some analysts considered Mattel vulnerable to a takeover. Investors clamored

23   for Ms. Barad's resignation, and got their wish.

24       17.    Jill Barad resigned from Mattel in February 2000.

25       18.    For three months, the company was without a permanent chief

26   executive until Robert Eckert took the helm in May 2000. Mr. Eckert had spent 23

27   years at Kraft Foods, a subsidiary of Altria Group, Inc., and was widely credited

28

5

EXHIBIT __4__
PAGE __51__

1  with reviving its ailing cheese business. Investors looked for him to do the same
2  for Mattel.

3      19.   Upon his arrival at Mattel, Mr. Eckert's promise, according to *Wall*
4  *Street Journal* reports, was to deliver a "leaner and meaner" Mattel.

5      20.   The "leaner" Mattel came quickly. Mr. Eckert laid off hundreds,
6  closed factories in the United States, shipped production to Mexico, and sold off the
7  Learning Company at a fraction of what Mattel had paid for it. It helped Mattel's
8  bottom-line, but did nothing to spur sales growth. Even under Mr. Eckert's "leaner
9  meaner" leadership, domestic "Barbie" sales remained in a slump into 2001. In an
10  industry that had become increasingly driven by consumer whims and fads, and the
11  hot, must-have toys of the moment, Mattel remained disinterested in devoting its
12  resources to searching for or developing a new blockbuster toy. Mr. Eckert's
13  business plan was not to diversify, but to build upon and expand sales of its existing
14  brands. Mattel was, after all, still generating billions in revenue despite the decline
15  of "Barbie." And so, Mattel remained committed to its age-worn icon and its two
16  other core brands, Fisher-Price and Hot Wheels, with each of the three accounting
17  for approximately a third of the company's sales.

18      21.   Then came the competition – MGA's "BRATZ".

19

20  **"BRATZ" Dolls Revolutionize The Fashion Doll Market**

21      22.   "BRATZ" challenged "Barbie's" half-century domination of the
22  fashion-doll market like nothing ever before had been able to do.

23      23.   MGA unveiled a preliminary sample of the "BRATZ" doll at the Hong
24  Kong Toy Fair in January 2001, while continuing to finalize the product throughout
25  that spring. Finished products were first shipped in May 2001. MGA introduced
26  the line to consumers in June 2001.

27

28

6

EXHIBIT 4
PAGE 62

24.   Unlike "Barbie" dolls, the "BRATZ" line of dolls and branded products sported a hip, multi-ethnic urban look that appealed to contemporary teenage and pre-teen girls.

### MGA's "BRATZ"



25.   At approximately 9.5 to 10 inches tall, the "BRATZ" dolls were intentionally shorter than "Barbie" dolls and looked like no other, with disproportionately large heads, big, dramatic eyes and lips, small, thin bodies, oversized feet (to emphasize shoe fashion and to stand on their own, unlike "Barbie," which requires a stand), and up-to-date fashions.

7

EXHIBIT 4
PAGE 53

1    26.    Indeed, the classic "Barbie" look was nowhere to be seen in these

2    dolls; they would never be confused with "Barbie".

3         **MGA's "BRATZ"**                **Mattel's "Barbie"**

 

12    27.    Featuring and embodying the slogan "The Girls With a Passion for

13    Fashion!", "BRATZ" dolls revitalized, transformed and expanded the fashion doll

14    market, in particular proving popular among "tween" age girls – those between

15    childhood and adolescence – who had been all but abandoned as a market by

16    Mattel.

17    28.    The "BRATZ" line – with its unique and distinctive look – is well

18    recognized and has been critically acclaimed and praised by consumers, retailers

19    and toy industry analysts alike. In 2001, the "BRATZ" line won the Toy Industry

20    Association ("TIA") People's Choice Toy of the Year Award, the Family Fun Toy

21    of the Year Award and Toy Wishes Hot Pick Award. In 2002, the "BRATZ" line

22    again won the TIA People's Choice Toy of the Year Award and the Family Fun

23    Toy of the Year Award. LIMA, the licensing industry's official arm, awarded

24    MGA's "BRATZ" the best character license of the year as well as the overall best

25    licensed property of the year for 2003. MGA's "BRATZ" also earned the coveted

26    TIA "Property of the Year" and "Girl Toy of the Year" for 2003, as well as the

27    Family Fun Toy of the Year Award. MSNBC named "BRATZ" the "Hottest Toy

28    of the Year," and both MGA and "BRATZ" received several other accolades in

8

EXHIBIT 4
PAGE 54

1  2004, including the Suppliers Performance Award by Retail Category (the
2  "SPARC" award) in the Girls' Toys category sponsored by DSN Retailing
3  Today/Apparel Merchandising.

4      29.    Although but a tiny fraction of Mattel's size, with "BRATZ", MGA
5  was able to chip away at Mattel's stranglehold on the fashion doll market, gaining
6  shelf space and market share as "Barbie" sales remained flat or, at times, declined.

7      30.    The competition that MGA (once a licensee of Mattel!) and "BRATZ"
8  posed to Mattel was unexpected and unwelcomed by Mattel. Where "Barbie" had
9  once enjoyed a 90% share of the fashion doll market in 1997, that share had already
10  slipped to 85% or less by the time of the release of "BRATZ". With the company
11  still struggling under Mr. Eckert to overcome prior years of declining sales and
12  mounting debt, "Barbie," Mattel -- and Mr. Eckert -- simply could not afford the
13  untimely competition. Mr. Eckert's "leaner" Mattel was not enough to battle more
14  potential erosion in "Barbie's" market share. Mattel had to combat "BRATZ" and
15  MGA, and in the process revealed Mr. Eckert's "meaner" Mattel.

16

17  **Mattel's Response to "BRATZ" and Efforts to Thwart MGA's Competition**

18      31.    Mattel was not poised to nimbly respond to "BRATZ" with a new,
19  creative product of its own -- indeed, it had been antithetical to Mattel's corporate
20  culture and mentality for Mattel to even conceive that a product might vie for shelf
21  space with "Barbie", let alone be available for sale to consumers mere months after
22  first being shown to retailers. Mattel had to take a more expeditious route.

23      32.    Instead of fairly competing, Mattel waged war against MGA using a
24  wide-array of tortious, unfair and anti-competitive practices including systematic,
25  serial copycatting and intellectual property infringement, aided by intimidation,
26  threats and other acts of unfair competition and anti-competitive conduct, all with
27  one goal in mind -- to banish MGA from the market -- or minimize its ability to
28  capture any meaningful share before it could do any real harm to Mattel.

9



EXHIBIT 4
PAGE 53

Mattel's serial copycatting and intellectual property infringement

33.     Mattel's serial copycatting of MGA's product lines began with the "BRATZ" dolls themselves, but quickly extended to MGA's packaging, themes, accessories, advertising and even other product lines.

34.     The first four "BRATZ" dolls that MGA launched in 2001, named Jade, Yasmin, Cloe and Sasha, met their wannabe "BRATZ PACK" members in October 2002 with Mattel's launch of three "My Scene" dolls named Madison, Chelsea and "Barbie." This was no ordinary "Barbie", however. Indeed, not even close. Mattel designed its "My Scene" dolls to evoke the unique and distinctive look of the "BRATZ" – also with disproportionately oversized heads, artfully made-up almond-shaped eyes, large, overly-lined and lipsticked lips, trendy, hip clothes and hair styles, and over-sized feet.

**Mattel's Traditional "Barbie"**          **Mattel's "My Scene" Doll**

circa 2002          circa 2004

  

  

EXHIBIT 4
PAGE 56

35.     These confusingly similar "BRATZ" imitators may have been originally intended to buy Mattel time while it worked to release another product the following summer, called "Flavas". MGA's founder, Isaac Larian, was quoted by the media as having predicted that the move would backfire on Mattel, and it did. Released in July 2003, Mattel's "Flavas" dolls took the urban, "hip-hop" look too far, and were widely viewed as portraying a trampy, "bad-girl" image. The dolls were not well-received, and rumor has it that Mattel had to sell them at below cost prices to get rid of inventory. Most apparently wound up in discount bins, and Mattel has seemingly abandoned the line.

36.     Realizing that "My Scene" was its best bet for riding MGA's successful coattails and capitalizing on the unique and inherently distinctive look that MGA had developed in its "BRATZ" dolls – and MGA's substantial goodwill – Mattel has systematically proceeded to modify the "My Scene" dolls since their original release, particularly their eyes, to increase their similarity to "BRATZ" more and more over time.

37.     Indeed, when Mattel found out that its initial line of "My Scene" dolls had trouble competing with "BRATZ", they simply *became* "BRATZ", in every version, whether blonde, brunette or African American. A few pictures here are worth a thousand words.

### BLONDE

| Mattel's Traditional "Barbie" | Mattel's Original "My Scene" | Mattel's Recent "My Scene" |
|---|---|---|
|  |  |  |

11

EXHIBIT 4
PAGE 57

| Mattel's Traditional "Barbie" | Mattel's Original "My Scene" | Mattel's Recent "My Scene" |
|---|---|---|
|  |  |  |

## BRUNETTE

| Mattel's Traditional "Theresa" | Mattel's Original "My Scene" | Mattel's Recent "My Scene" |
|---|---|---|
|  |  |  |
|  | |  |

12

EXHIBIT 4
PAGE 58

1

## AFRICAN AMERICAN

2
3

| Mattel's Traditional "Barbie" | Mattel's Original "My Scene" | Mattel's Recent "My Scene" |









38.   The original "My Scene" eye, as shown here, for example, has recently turned into a virtual carbon-copy of the "BRATZ" eye.

### Original Mattel "My Scene" Eye



13

EXHIBIT 4
PAGE 59

39.     The "My Scene" eye pictured above, for instance, has lashes that radiate almost straight out, circumferentially, from the eyelids and, although the eye is more almond shaped than a "Barbie" eye, the eye is not so sleepy and heavy lidded as a "BRATZ" eye and is only lightly shadowed. The new "My Scene" eye, in contrast, is dramatically more similar to a "BRATZ" eye, as shown below in a side-by-side comparison. The doe-eyed innocent look of the "My Scene" eye shown above is gone; replaced with a sultrier look, characteristic of "BRATZ." The new "My Scene" eye, as shown below, boasts lashes that sweep out and away from the outer corner of the eye, just like the "BRATZ" eye. The new "My Scene" eye is also more heavy lidded and thickly lined, and the make-up is more markedly pronounced and dramatic.

**MGA's "BRATZ" Eye**                          **New Mattel "My Scene" Eye**

     

40.     Indeed, the progression of the "My Scene" eye, as it has departed from "Barbie" and edged closer and closer to "BRATZ", is readily apparent from virtually every angle, as shown here:

14

EXHIBIT 4
PAGE 60

**BLONDE**

Mattel's Traditional "Barbie"   Mattel's Original "My Scene"   Mattel's Recent "My Scene"

**BRUNETTE**

Mattel's Traditional "Theresa"   Mattel's Original "My Scene"   Mattel's Recent "My Scene"

15

PAGE 161



Mattel's
**Traditional "Theresa"**

Mattel's
**Original "My Scene"**

Mattel's
**Recent "My Scene"**

## AFRICAN AMERICAN

Mattel's
**Traditional "Barbie"**

Mattel's
**Original "My Scene"**

Mattel's
**Recent "My Scene"**

16

EXHIBIT 4
PAGE 162

41.     Mattel has not stopped at the eyes, however.  Mattel has also incrementally but steadily modified its "My Scene" packaging, and the manner in which the dolls are displayed, to more closely mimic the packaging, trade-dress and overall look and total image of MGA's "BRATZ".

42.     To illustrate, Mattel's "My Scene" dolls were initially marketed like this:

### Mattel's Early "My Scene" Packaging

 

43.     Little by little, however, the packaging has changed, creeping ever closer and closer to the open and transparent style of the "BRATZ" packaging. First, the panels seen running down each side of the front of the "My Scene" box shown above, framing the doll and giving the packaging a closed-in look, were changed as shown here:

### Intermediate Mattel "My Scene" Packaging



17



EXHIBIT 4
PAGE 63

44.     Mattel replaced this intermediate packaging style with another that looked even more similar to the "BRATZ" packaging, as shown here in a side-by-side comparison:

| MGA's "BRATZ" "Wintertime Wonderland" Packaging | Mattel's "My Scene" "Chillin' Out" Packaging |
|---|---|




45.     Then later, Mattel changed its packaging and product display yet again to look even more closely and confusingly similar to MGA's packaging and "*tout ensemble,*" as shown here

| MGA's "BRATZ" "SPORTZ" Packaging | Mattel's Recent "My Scene" "MIAMI GETAWAY" Packaging |
|---|---|




18

EXHIBIT 4
PAGE 44

46.     In this incarnation, Mattel notably abandoned the signature figure-eight style design that had appeared on its prior "My Scene" packaging, making this recent version clearer and more transparent on the front and sides than ever before, and much more like "BRATZ", accordingly.  Mattel also discarded its traditional, rectangular shaped box and, like "BRATZ", adopted an unusual, non-rectangular shaped box.  Mattel even adopted the "flying banner" ribbon-style slogan running across the middle of the box, similar to that used on the "BRATZ" packaging.

47.     As if these pointed and deliberate efforts to confuse and mislead consumers were not enough, Mattel exacerbated the confusion, and furthered the impression that the "My Scene" line and the "BRATZ" line are related, by taking up MGA's practice of regularly releasing new dolls in connection with·a theme – but not just *any* theme, often *MGA's theme.*

48.     For example, when MGA released its "Wintertime Wonderland" theme in Fall 2003, Mattel released its "Chillin Out!" theme.  Each doll in MGA's line came with winter-sports accessories, such as a snowboard or skis and ski boots.  Each doll in Mattel's line featured winter sports accessories, also including snowboards or ski and ski boots.  Even MGA's color schemes and some of the clothing styles seemed to have made their way into the Mattel products.

49.     When MGA released its "Formal Funk" theme, Mattel released its "Night on the Town" theme.  "BRATZ Formal Funk" was an elaborately themed line with its dolls in hip formalwear; so was Mattel's "Night on the Town."

50.     When MGA released its distinctive "Sun-Kissed Summer" theme, Mattel released its confusingly similar "Jammin' in Jamaica" theme.  Each line featured a bright blue-and-orange color scheme, beach accessories, such as surfboards, and beachwear clothing.  Mattel's "Jammin' in Jamaica" "Guava Gulch Tiki Lounge" playset also contained elements remarkably similar to MGA's "Sun-Kissed Summer" playset.

19

EXHIBIT 4
PAGE 115

1       51.    Mattel also began running television commercials for its "My Scene"

2   dolls bearing a remarkable similarity to "BRATZ" commercials, combining live

3   action with animated sequences set to similar sounding pop music and lyrics.

4       52.    Mattel even stooped so low as to mimic "BRATZ" accessories and

5   related products in order to further create consumer confusion in the marketplace.

6       · 53.    For instance, when MGA came up with its distinctive "BRATZ"·

7   "Runway Disco", Mattel came out with a "My Scene" Sound Lounge with

8   packaging that imitated MGA's trapezoidal box.

9       54.    Mattel's conduct cannot be explained by sheer coincidence, nor is it

10  merely fair competition. It is a calculated and intentional effort unquestionably

11  designed to trade off of MGA's hard work and goodwill, create confusion in the

12  marketplace, steal MGA's thunder and momentum, and dilute and blur away the

13  novelty and distinctiveness of MGA's products. Out of the seemingly endless

14  possibilities that Mattel could have chosen for a new line of dolls, packaging,

15  themes, color schemes, commercials, accessories and playsets, Mattel deliberately

16  chose *not* to come out with something unique, new or different and has, instead,

17  focused its efforts and resources on flooding the market with something so close to

18  "BRATZ" that the public will, can, and does, simply mistake it for "BRATZ".

19      55.    As yet another example of this, when MGA came out with a "BRATZ"

20  "Funky Fashion Makeover Head," Mattel came out with a confusingly similar ··

21  indeed, practically identical – "My Scene" styling head.

22

23

24

25

26

27

28

20

EXHIBIT $\mathcal{Y}$
PAGE $44$

**MGA's "BRATZ"**
**"Funky Fashion Makeover Head"**

**Mattel's "My Scene"**
**"Stylin' Head"**

   

   

56.    Indeed, Mattel's "My Scene" styling head is so close to the "BRATZ"
styling head that even the press have mistakenly pictured and identified it as
MGA's "BRATZ". The picture of Mattel's "My Scene" styling head shown below,
for instance, appeared in the press with a caption indicating that the child was trying
out different hairstyles "on a *Bratz* hair and makeup doll head."

Hairstyle practice



21

EXHIBIT 4
PAGE 47

1    57.    Creating further confusion, Mattel's television commercial for its "My

2    Scene" styling head was like watching a re-run of MGA's commercial for its

3    "Funky Fashion Makeover Head".

4    58.    At one point in time, Mattel also used a portion of the "BRATZ" dolls'

5    now-famous trademarked tag line "The Girls With a Passion for Fashion" on

6    Mattel's' website for its "Diva Starz" dolls, asking its website users:  "Do you have

7    a passion for fashion?"

8    59.    Mattel has even recently come out with a confusingly similar line of

9    "My Scene" plush pets, which adopt the distinctive look of MGA's "BRATZ" line.

10   The "My Scene" pets feature large, humanlike eyes and wear clothing making them

11   remarkably and confusingly similar to "BRATZ" products, including "BRATZ

12   PETZ", as seen in this example where the pets each wear a jacket, a cap and carry a

13   purse:

**MGA's "BRATZ Dogz"**        **Mattel's "My Scene" dog**

                    

21   60.    And here too, Mattel chose to package its pets the same way that MGA

22   packaged its "BRATZ PETZ", sitting in an open box, with no top and with partial

23   side panels that slope from a narrow front panel to a higher back panel.

24   61.    Indeed, the similarity of the "My Scene" pets to "BRATZ PETZ" has

25   confused even sophisticated retailers who have mistakenly merchandised "My

26   Scene" dogs in the middle of the "BRATZ" section of a retail display, next to and

27   as if they were part of MGA's "BRATZ Petz" line.  It comes as no surprise that

28

EXHIBIT 4
PAGE 168

1    customers too have been confused.

2    62.    Indeed, Mattel's television commercials and "My Scene" products
3    have become so confusingly similar to MGA's that even advertising executives
4    have expressed concern. One went so far as to say that although imitation is the
5    best form of flattery, what the individual had seen at Mattel's showroom, and how
6    its "My Scene" dolls now look so confusingly similar to "BRATZ", was
7    "shocking." This person further opined that it was clear that Mattel is intending to
8    confuse customers and capture "BRATZ" market share, and even asked MGA if it
9    was considering legal action.

10    63.    The press also has taken notice of Mattel's attempts to confuse
11    consumers. On or about February 18, 2005, a visitor to MGA's showroom from a
12    prominent news publication stated, "Oh my, I just came from Mattel's showroom
13    and their new 'My Scene' packaging is just like 'BRATZ' minus the handle."
14    Another member of the press visiting MGA's showroom offered the unsolicited
15    comment, "have you seen the new 'My Scene' dolls eyes are exactly like
16    'BRATZ'?" Yet another opined that Mattel's "My Scene" line was exactly like
17    "BRATZ", indeed, so much so that the reporter confusingly thought that Mattel had
18    bought "BRATZ", and still another has commented on Mattel's imitation of MGA.
19    On or about February 16, 2005, during an interview of a Mattel representative on
20    local network news in New York, "My Scene Barbie" was displayed by a Mattel
21    representative. During conversation about the dolls, the interviewer exclaimed that
22    they looked like "BRATZ". The Mattel representative just laughed – but this is no
23    laughing matter. This colloquy was available for replay and viewing, and was even
24    transcribed, on the internet.

25    64.    Customers too have been similarly confused. Some actually contacted
26    MGA seeking to purchase "My Scene" dolls.

27    65.    Mattel's conduct is planned, deliberate and intentional. Mattel has
28    systematically, copied, imitated and liberally borrowed many of the distinctive,

23



EXHIBIT 4
PAGE 69

1  essential elements that identify and make "BRATZ" dolls "BRATZ" dolls, diluting

2  the brand, creating customer confusion, and unfairly stifling competition.

3      66.    Ironically, Mattel sued one of its other competitors in Europe for doing

4  much the same thing: "systematically copying and borrowing elements" from "My

5  Scene", on grounds that "this conduct constitutes unfair competition and passing

6  off." Indeed it does.

7      67.    What is more, Mattel's conduct has reached beyond "BRATZ" and

8  "BRATZ"-related products to include other new MGA toy lines.

9      68.    For example, MGA's "4-Ever Best Friends" line was the obvious, and

10  well-recognized model for Mattel's "Wee 3 Friends" line.  Mattel even adopted

11  changes to the color scheme of its similarly-shaped packaging to create confusion

12  with MGA's distinctive packaging.

13

14  **MGA's "4-Ever Best Friends"**          **Mattel's "Wee 3 Friends"**

15

16

17            

18

19

20

21

22

23            

24

25

26

27

28

EXHIBIT 4
PAGE 70

69.   In the second half of 2002, MGA's "Mommy's Little Patient," originally designed as the first in a series of "Mommy's Little . . ." dolls, was followed by Mattel's "Little Mommy" doll.

| MGA's<br>"Mommy's Little Patient" | Mattel's<br>"Little Mommy Potty Training Baby Doll" |
| --- | --- |
|  |  |

70.   Sparing nothing, Mattel has also extended its monkey-see monkey-do behavior into its boys' line. When MGA came out with its "Alien Racers" line of toy racing vehicles, for instance, Mattel rushed to revamp and rename one of its "Hot Wheels" lines. Although well-known and clearly branded for decades as "Hot Wheels", Mattel's answer to MGA's "Alien Racers" was to re-brand and market its Hot Wheels Highway 35 line under an "AcceleRacerS" logo. MGA's line consists of "extreme" radio controlled racing vehicles marketed in connection with a strong, almost battle-like, science fiction theme. MGA's logo accentuates the "A", "R", and "S" in compressed block lettering. Mattel's line also consists of extreme racing vehicles marketed in connection with a strong, almost battle-like, theme. Mattel's logo too accentuates the "A", "R", and "S" in compressed block lettering.

25

EXHIBIT  4
PAGE  71

71.     Here, too, Mattel's mimicry has spilled over into Mattel's advertising and thematic presentation and marketing of this toy line. In particular, Mattel has adopted MGA's "other-worldly" theme in its commercials. For instance, in Mattel's commercials, the product, whose logo appears as "AcceleRacerS", now compete against alien-like Cyborgs engaged in a "race to save the world," mimicking MGA's alien theme and commercials in which MGA's "Alien Racers" are engaged in a "race to save the universe."

72.     None of this is coincidence. Mattel has deliberately adopted a pattern and practice of coming out with variations of MGA's products to create confusion in the marketplace, interfere with MGA's business and divert profits away from MGA. Mattel says, on its website, that it is in the business of creating "[t]he world's premier toy brands [of] today and tomorrow." It seemingly does so, however, by borrowing liberally from its competitors, even when it refreshes its own existing brands and products.

73.     MGA has suffered extensive injury from Mattel's conduct. Mattel's habitual, serial simulation of MGA's products, product lines and trade dress has allowed Mattel to take a free ride on the extensive amount of time, expense and creative development MGA expends on developing new products, product packaging and presentation, giving Mattel an unfair advantage, and making it virtually impossible for MGA to compete with Mattel on a level playing field.

**Mattel's additional unfair, manipulative, anti-competitive conduct**

74.     This already substantial injury has been exacerbated by the strong-arm tactics, and other illegitimate, unfair and anti-competitive means that Mattel has used to manipulate the market and ensure that its control and domination of the industry can continue unabated.

EXHIBIT 4
PAGE 72

75.   For example, wielding the litigation privilege as a potential shield for intimidating conduct, Mattel has sent threatening letters to several of its former employees who now work for MGA warning them not to disclose *even publicly available information* about Mattel, including the names and positions of Mattel employees. Mattel even went so far as to sue one of its former senior executives, after he had the temerity to resign and join MGA in October 2004. Not only was Mattel's lawsuit dismissed for failure to state a viable claim, but Mattel thereafter seemingly could not muster up a shred of evidence sufficient to support an amended complaint. As a result, Mattel's case against its former executive was dismissed with prejudice.

76.   Mattel has also warned a number of companies, including the biggest publishing entity in the United Kingdom, not to license MGA products, or risk retribution. The threats are not idle. In May 2004, Mattel terminated one of its licensees, apparently in retribution for licensing "BRATZ". While some companies have been courageous enough to take the risk, others have not, and MGA has lost valuable licensing opportunities as a result.

77.   Mattel has used similar intimidation to pressure distributors and retailers, particularly in foreign countries, not to distribute "BRATZ", to reduce shelf and display space for "BRATZ" and to place "BRATZ" in unfavorable locations at retail outlets.

78.   When MGA faced a shortage of doll hair in October 2002, MGA is informed and believes that the reason for that shortage was that Mattel had locked MGA out by buying up the supply from the two main hair supply companies.

79.   Mattel has also manipulated the retail market. For instance, Mattel merchandisers have been caught tampering with MGA's retail displays, replacing favorably located MGA merchandise with Mattel merchandise instead. MGA is also informed and believes that Mattel has falsely told a major United States retailer that MGA was giving another major United States retailer below-market pricing

27

EXHIBIT 4
PAGE 73

1    and falsely told a United Kingdom retailer that MGA was discontinuing one of its

2    lines, in order to make such line less attractive to buyers and thereby attempt to

3    increase sales of the competitive Mattel product and improve its own sales, at

4    MGA's expense.

5         80.   Even supposedly unbiased and impartial industry organizations have

6    fallen prey to Mattel's abusive wield of power, to MGA's detriment.

7         81.   NPD Funworld ("NPD"), for one, is the leading supplier of sales

8    statistics in the toy industry. Accurate NPD statistics are essential for efficient

9    product-line management. Without these statistics, it is difficult, if not impossible,

10    for toy companies to assess and measure the relative success of their products in

11    key categories. It is, however, a subscription service, and NPD restricts the manner

12    in which its subscribers may use the data it provides.

13         82.   Mattel has regularly ignored the restrictions – using NPD data about

14    Mattel's comparative standing relative to other companies in press releases and in

15    communications with retailers and financial investors who are not NPD subscribers.

16         83.   Mattel generates substantially more annual subscription revenue for

17    NPD than does MGA, and carries more clout.

18         84.   After MGA had subscribed to the service for more than 12 years, NPD

19    terminated MGA's subscription in 2003 theoretically on the grounds that MGA

20    misused NPD data in a press release.

21         85.   MGA is informed and believes that the termination was the result of

22    pressure from Mattel, notwithstanding Mattel's own frequent violations of NPD's

23    restrictions.

24         86.   In addition to this, the market share numbers that NPD generates are

25    heavily dependent on the category in which NPD places a particular product. MGA

26    is informed and believes that Mattel also pressured NPD into changing certain

27    product classifications for its "BRATZ" products in order to manipulate the data

28


EXHIBIT 4
PAGE 79

1    and preserve Mattel's market share rankings in the critical fashion doll category –

2    and thereby lower MGA's.

3        87.    The Children's Advertising Review Unit ("CARU") is another

4    organization that, upon information and belief, appears to have been subject to

5    improper influence by Mattel. CARU is the toy industry's supposedly independent

6    self-regulatory body in charge of maintaining standards in advertising. CARU's

7    approval is considered critical within the toy industry to avoiding regulatory action

8    by the Federal Trade Commission.

9        88.    CARU is heavily subsidized by Mattel.

10       89.    Upon information and belief, Mattel has used its influence as a major

11   contributor to CARU's budget to induce CARU to place onerous restrictions on

12   MGA advertisements, and require MGA to amend aspects of commercials that have

13   gone unchallenged in other parties' commercials.

14       90.    As a result of CARU's restrictions, MGA has been forced to incur

15   unnecessary costs for reshooting and producing or re-editing its commercials.

16       91.    On several occasions, CARU has also either strongly suggested, if not

17   also required, that MGA respond to inquiries about its website policies and make

18   substantial changes to the "BRATZ" website notably and significantly in excess of

19   restrictions imposed on Mattel and others.

20       92.    Even TIA, the toy industry's trade association, is apparently not

21   untainted by Mattel's influence and power. Each year, TIA presents the Toy-of-

22   the-Year Awards, the most prestigious of which had been the award for Toy of the

23   Year. Winning the Toy of the Year Award is a significant achievement that not

24   only very likely increases the sales of the winning toy, but also denotes the winning

25   company as a leader in toy innovation and generates substantial goodwill with

26   retailers, distributors, licensees, and customers.

27       93.    For the years 2000 (the first year of the award), 2001 and 2002, the

28   Toy of the Year award was chosen by consumer vote. The awards ceremony was

29



EXHIBIT  4
PAGE  75

1    then held the following year, at a dinner in New York. (For example, the awards
2    dinner for the year 2000 award was held in February 2001). Leap Frog won the
3    2000 People's Choice Toy of the Year Award and MGA won the 2001 and 2002
4    People's Choice Toy of the Year Awards. With the 2003 Toy of the Year Award,
5    however, the rules suddenly changed. Now, the award is selected by members of
6    the industry.

7        94.    Upon information and belief, this change was orchestrated by a Fisher
8    Price (a Mattel subsidiary) executive who, until recently, served as the Chairman of
9    TIA.

10       95.    Perhaps not surprisingly given this change in the winner selection
11   procedures, "Hokey Pokey Elmo" ("Elmo"), a Fisher Price toy, won for the year
12   2003 (awarded in 2004), beating out the other leading nominee, "BRATZ Formal
13   Funk Super Stylin' Runway Disco."

14       96.    TIA has refused to provide MGA with the vote count procedure and
15   totals for this award, despite repeated requests.

16       97.    MGA is also informed and believes that Mattel was instrumental in
17   attempting to keep MGA from participating as a sponsor in this year's "Kids'
18   Choice Awards."

19       98.    Mattel has clearly engaged in tortious, illegal and unethical behavior in
20   its unfettered efforts to disrupt, if not destroy, MGA. Indeed, this is apparently
21   Mattel's current *modus operandi* when it comes to "competing" in the industry.
22   The once immensely successful "LeapFrog" interactive learning product, for
23   example, has apparently been one of Mattel's other recent victims.

24       99.    Mattel may not shield its illegal, unfair and unethical business practices
25   from the public eye. It is time for the truth to be told, and the world to know of
26   Mattel's unfair, unethical and illegal business practices and unfair competition.
27   "Barbie" does not "play nice" with others (particularly her competitors), and needs
28   to be taught how "to share" (at least in the fashion doll marketplace). She cannot be

30

EXHIBIT _4_
PAGE _76_

1   allowed to continue to be the playground bully and trample on the rights of others,

2   including MGA.

3      100. As a result of Mattel's manipulative, illegal, unfair, unethical and anti-

4   competitive conduct, MGA has suffered and, unless abated, will continue to suffer

5   lost sales, lost licensing fees, lost contracts, lost relationships, lost business

6   opportunities and other damages and harm for which there is no adequate remedy at

7   law. Its ability to enter new markets and product lines has been hampered and

8   delayed. Its production costs have increased, its reputation and relationships with

9   important players in the industry have been negatively impacted, the value of its

10   business has been diminished, and its ability to attract, hire and retain employees

11   has been affected.

12

13                  **FIRST CLAIM FOR RELIEF**

14   **(False Designation of Origin or Affiliation in Violation of 15 U.S.C. § 1125 (a))**

15      101. MGA repeats and realleges the allegations contained in paragraphs 1

16   through 100 of this Complaint and incorporates them by reference as though fully

17   and completely set forth herein.

18      102. MGA's "BRATZ" line has a unique and distinctive style and

19   distinctive characteristics, such as the disproportionately large head, large dramatic

20   eyes with a distinctive presentation (including the eye shape, make-up and lashes),

21   pouty, plump lips with a distinctive presentation (including the lip shape and make-

22   up), small, thin bodies, oversized feet, and up-to-date fashions. MGA's "BRATZ"

23   line is known for and recognized by the total image that is presented by its product

24   and the style and arrangement of the packaging and display. This "*tout ensemble*"

25   is representatively described and depicted herein. The characteristics of MGA's

26   "BRATZ" line, alone or in combination, have come to identify the "BRATZ" line

27   and its source, MGA, and thus serve as protectable trade dress. MGA's trade dress

28   in its "BRATZ" line is purely aesthetic and non-functional or, if any utility exists, it

EXHIBIT 4
PAGE 77

1    is not essential to the purpose, quality or source identifying attributes of the

2    aesthetics. MGA's trade dress in its "BRATZ" line is inherently distinctive or has

3    acquired distinction within the meaning of the Lanham Act.

4        103. Similarly, MGA's "BRATZ PETZ," part of the "BRATZ" line, also

5    has its own unique and distinctive characteristics, such as the humanlike eye and

6    unusual appearance of the animals dressed in clothing. MGA's "BRATZ PETZ"

7    line has become known for and recognized by the total image that is presented by

8    the product and the style and arrangement of its packaging. This *"tout ensemble"* is

9    representatively described and depicted herein. The characteristics of MGA's

10    "BRATZ PETZ", alone or in combination, have come to identify the "BRATZ

11    PETZ" line and its source, MGA, and thus serve as protectable trade dress. MGA's

12    trade dress in its "BRATZ PETZ" line is purely aesthetic and non-functional or, if

13    any utility exists, it is not essential to the purpose, quality or source identifying

14    attributes of the aesthetics. MGA's trade dress in its "BRATZ PETZ" line is

15    inherently distinctive or has acquired distinction within the meaning of the Lanham

16    Act.

17        104. Mattel's production, sale and marketing of "My Scene" dolls,

18    including styling heads and doll heads, and "My Scene" pets that are confusingly

19    similar to MGA's "BRATZ" line (including its "BRATZ PETZ"), without MGA's

20    permission or consent, constitutes designation and use of a term, symbol, device or

21    combination thereof that is false or misleading within the meaning of 15 U.S.C.

22    Section 1125 and is likely to cause confusion, or to cause mistake, or to deceive as

23    to the affiliation, connection, or association, or as to the origin, sponsorship, or

24    approval of Mattel's goods or commercial activities, within the meaning of 15

25    U.S.C. Section 1125. MGA has been damaged by Mattel's acts.

26        105. Mattel's conduct has been intentional and willful, and is calculated

27    specifically to trade off the goodwill that MGA has developed in its successful

28    "BRATZ" line. By its aforesaid acts, particularly its imitation of the distinctive

32

EXHIBIT 4
PAGE 28

1  features of MGA's "BRATZ" line in connection with goods sold and distributed in

2  interstate commerce, Mattel has infringed and is likely to continue to infringe on

3  MGA's substantial rights in and to the "BRATZ" line trade dress. In so doing,

4  Mattel has falsely represented and designated to the public generally and consumers

5  of fashion doll products specifically the source and origin of Mattel's "My Scene"

6  fashion doll products in violation of 15 U.S.C. § 1125(a).

7      106. MGA has been damaged by, and Mattel has profited from, Mattel's

8  wrongful conduct in an amount to be proven at trial.

9      107. For each act of infringement, MGA is entitled to recover its actual

10  damages as well as Mattel's profits from such infringement.

11      108. Monetary relief alone, however, is not adequate to address fully the

12  irreparable injury that Mattel's illegal actions have caused and will continue to

13  cause MGA, if not enjoined. MGA is therefore entitled to preliminary and

14  permanent injunctive relief to stop Mattel's ongoing infringement of MGA's trade

15  dress.

16               **SECOND CLAIM FOR RELIEF**

17       **(Unfair Competition in Violation of 15 U.S.C. § 1125 (a) and Unfair**

18      **Competition and Unfair Business Practices in Violation of Cal. Bus. & Prof.**

19               **Code § 17200 *et seq.* and California Common Law)**

20      109. MGA repeats and realleges the allegations contained in paragraphs 1

21  through 108 of this Complaint and incorporates them by reference as though fully

22  and completely set forth herein.

23      110. Mattel has deliberately and, indeed, repeatedly adopted, imitated and

24  mimicked the make-up, appearance, features, trade dress, and image of MGA's

25  products, packaging and advertising, including its repackaging and refreshing of

26  older Mattel toys. Mattel's actions were and are done with the intent to deceive

27  consumers, cause confusion and mistake, and interfere with the ability of

28  consumers to identify the source of goods by appearance and packaging. By this

33



EXHIBIT 4
PAGE 29

1    conduct, Mattel pirates and exploits, by subliminal or conscious association with
2    MGA, the goodwill and reputation of MGA and derives benefit therefrom.

3        111.  Mattel has particularly and deliberately poached upon the commercial
4    magnetism of MGA's "BRATZ" and the success of "BRATZ". Mattel's conduct
5    has been intentional and willful, and is calculated specifically to trade off the
6    goodwill that MGA has developed in its successful "BRATZ" line.

7        112.  By its acts, including its intentional imitation of the distinctive features
8    of MGA's "BRATZ" dolls, which has progressively become closer and closer, as
9    well as its imitation of "BRATZ" themes, packaging and the overall look, feel and
10   total image of the "BRATZ" line, imitation of other MGA products, packaging and
11   advertising, and other conduct alleged herein, Mattel has engaged in unfair
12   competition under both federal and California state law.

13       113.  Mattel has also willfully and maliciously used its power, influence and
14   intimidation to threaten certain retailers, suppliers, licensees, distributors and
15   manufacturers so as to limit, if not prevent, MGA from doing business with these
16   retailers, suppliers, licensees, distributors and manufacturers, using its power and
17   influence to intimidate and manipulate industry bodies. Mattel has further used its
18   power and influence to attempt to, if not actually, intimidate and threaten MGA's
19   current and potential employees so as to cause MGA competitive injury.

20       114.  Alone, in combination, or in totality, Mattel's actions discussed and
21   alleged herein constitute unfair competition and unfair business practices within the
22   meaning of federal law, California statutory law and/or California common law.

23       115.  As a result of its conduct, Mattel has derived substantial monetary and
24   non-monetary benefit and business advantage. Mattel has also wrongfully diverted
25   profits away from MGA and to Mattel and, on information and belief, deprived
26   MGA of the patronage of a large number of actual and potential customers.

27       116.  MGA has been damaged by, and Mattel has profited from, Mattel's
28   wrongful conduct in an amount to be proven at trial.

34



EXHIBIT  4
PAGE  80

1    117.  Monetary relief alone, however, is not adequate to address fully the
2    irreparable injury that Mattel's actions have caused and will continue to cause
3    MGA, if not enjoined.  MGA is therefore entitled to preliminary and permanent
4    injunctive relief to stop Mattel, and all persons acting in concert with Mattel, from
5    engaging in acts of unfair competition and unfair business practices.

6    118.  MGA is further entitled to relief whereby Mattel is ordered to pay
7    restitution for damages resulting from Mattel's unfair competition and unfair
8    business practices.

9    ### THIRD CLAIM FOR RELIEF

10   **(Dilution in Violation of 15 U.S.C. § 1125 (c); Cal. Bus. & Prof. Code § 14330**
11   **and California Common Law)**

12   119.  MGA repeats and realleges the allegations contained in paragraphs 1
13   through 118 of this Complaint and incorporates them by reference as though fully
14   and completely set forth herein.

15   120.  The look and trade dress of the MGA products referenced herein are
16   distinctive and famous, and have been since before Mattel launched its similar
17   versions.  By its aforesaid acts, Mattel caused and continues to cause blurring and
18   dilution of the distinctive look of MGA's products and trade dress, which
19   previously served as a unique source identifier for MGA, within the meaning of the
20   Lanham Act, California Business and Professions Code § 14330 and/or California
21   common law.

22   121.  Mattel's conduct has been intentional and willful, calculated
23   specifically to trade on MGA's goodwill and reputation and to cause dilution of
24   MGA's famous marks, particularly those connected with MGA's famous and
25   successful "BRATZ" doll head, "BRATZ" doll product line, "BRATZ Funky
26   Fashion Makeover Head" and "BRATZ PETZ" line.

27   122.  MGA has been damaged by, and Mattel has profited from, Mattel's
28   wrongful conduct in an amount to be proven at trial.

35



EXHIBIT __4__
PAGE __81__

1        123. Monetary relief alone, however, is not adequate to address fully the

2   irreparable injury that Mattel's actions have caused and will continue to cause

3   MGA, if not enjoined. MGA is therefore entitled to preliminary and permanent

4   injunctive relief to stop Mattel's ongoing dilution.

5                   **FOURTH CLAIM FOR RELIEF**

6                     **(Unjust Enrichment)**

7        124. MGA repeats and realleges the allegations contained in paragraphs 1

8   through 123 of this Complaint and incorporates them by reference as though fully

9   and completely set forth herein.

10       125. As a result of the conduct alleged herein, Mattel has been unjustly

11   enriched to MGA's detriment. MGA seeks a worldwide accounting and

12   disgorgement of all ill-gotten gains and profits resulting from Mattel's inequitable

13   activities.

14

15                    **PRAYER FOR RELIEF**

16      WHEREFORE, MGA prays for relief, as follows:

17     1.    That Mattel, its agents, servants and employees and all persons acting

18   in concert be restrained preliminarily and permanently from directly or indirectly:

19          a.    using confusingly similar trade dress;

20          b.    improperly influencing, or attempting to improperly influence,

21              standard-setting and industry organizations;

22          c.    engaging in unfair competition and unfair business practices;

23              and

24          d.    diluting MGA's trade dress;

25     2.    For general and actual damages, according to proof at trial but

26   believed to reach or exceed tens of millions of dollars;

27     3.    For the disgorgement of all profits derived by Mattel for its acts of:

28          a.    false designation of origin or affiliation;

36



EXHIBIT  4

PAGE  82

1          b.     unfair competition and unfair business practices; and

2          c.     dilution;

3     4.    For costs of suit and reasonable attorneys' fees;

4     5.    For punitive and/or exemplary damages as a result of Mattel's willful

5     and malicious conduct to the extent allowable by law; and

6     6.    For such other and further relief as the Court deems just and proper.

7

8     Dated:    April 13, 2005              PATRICIA GLASER
                                           CHRISTENSEN, MILLER, FINK,
9                                          JACOBS, GLASER, WEIL &
                                           SHAPIRO LLP
10
                                           DALE M. CENDALI
11                                         DIANA M. TORRES
                                           PAULA E. AMBROSINI
12                                         O'MELVENY & MYERS LLP

13

14

15                                         By: _____
                                              Diana M. Torres
16                                         Attorneys for Plaintiff
                                           MGA ENTERTAINMENT, INC.

17

18

19

20

21

22

23

24

25

26

27

28

37

EXHIBIT   4
PAGE   83

1

## DEMAND FOR JURY TRIAL

2

3      MGA hereby demands a jury trial on all triable issues.

4

5   Dated:        April 13, 2005          PATRICIA GLASER
                                          CHRISTENSEN, MILLER, FINK,
6                                         JACOBS, GLASER, WEIL &
                                          SHAPIRO LLP

7                                         DALE M. CENDALI
                                          DIANA M. TORRES
8                                         PAULA E. AMBROSINI
                                          O'MELVENY & MYERS LLP
9

10                                        By:
11                                            Diana M. Torres
                                          Attorneys for Plaintiff
12                                        MGA ENTERTAINMENT, INC.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT 4
PAGE 84