# EXHIBIT 57

1

1                UNITED STATES DISTRICT COURT

2               CENTRAL DISTRICT OF CALIFORNIA

3                     EASTERN DIVISION

4                        - - -

5        HONORABLE STEPHEN G. LARSON, JUDGE PRESIDING

6                        - - -

7    CARTER BRYANT, ET. AL.,              )

8                    PLAINTIFFS,          )
                                          )
9              VS.                        )   NO. ED CV 04-09049
                                          )   (LEAD LOW NUMBER)
10   MATTEL, INC., ET. AL.,               )
                                          )
11                   DEFENDANTS.          )   MOTIONS
                                          )
12   AND CONSOLIDATED ACTIONS,            )
                                          )
13   _____)

14

15            REPORTER'S TRANSCRIPT OF PROCEEDINGS

16                 RIVERSIDE, CALIFORNIA

17                MONDAY, JANUARY 7, 2008

18                    10:11 A.M.

19

20

21

22

23              THERESA A. LANZA, RPR, CSR
              FEDERAL OFFICIAL COURT REPORTER
24               3470 12TH STREET, RM. 134
              RIVERSIDE, CALIFORNIA  92501
25                   951-274-0844
              CSR11457@SBCGLOBAL.NET

CERTIFIED COPY

2

```
 1  | APPEARANCES:
 2  | ON BEHALF OF CARTER BRYANT:
 3  |                         KEKER & VAN NEST
    |                         BY:  CHRISTA M. ANDERSON
 4  |                         710 SANSOME STREET
    |                         SAN FRANCISCO, CALIFORNIA  94111-1704
 5  |                         415-391-5400
 6  |
    | ON BEHALF OF MATTEL:
 7  |
    |                         QUINN EMANUEL
 8  |                         BY:  JOHN QUINN
    |                         BY:  MICHAEL T. ZELLER
 9  |                         865 S. FIGUEROA STREET,
    |                         10TH FLOOR
10  |                         LOS ANGELES, CALIFORNIA  90017
    |                         213-624-7707
11  |
12  | ON BEHALF OF MGA ENTERTAINMENT:
13  |                         SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
    |                         BY:  THOMAS J. NOLAN
14  |                         BY:  CARL ALAN ROTH
    |                         BY:  AMY S. PARK
15  |                         300 SOUTH GRAND AVENUE
    |                         LOS ANGELES, CALIFORNIA  90071-3144
16  |                         213-687-5000
17  |
    | ON BEHALF OF GUSTAVO MACHADO:
18  |
    |                         OVERLAND BORENSTEIN COTE & KIM LLP
19  |                         BY:  MARK E. OVERLAND
    |                         300 SOUTH GRAND AVENUE
20  |                         SUITE 2750
    |                         LOS ANGELES, CALIFORNIA  90071
21  |                         213-613-4660
22  |
23  |
24  | / / /
25  | / / /
```

JANUARY 7, 2008                 BRYANT VS. MATTEL    EXHIBIT 57

PAGE 282

3

1   APPEARANCES (CONT'D):

2

3   ON BEHALF OF NON-PARTY KAYE SCHOLER:

4                   KAYE SCHOLER LLP
                    BY:  BRYANT S. DELGADILLO
5                   1999 AVENUE OF THE STARS
                    SUITE 1600
6                   LOS ANGELES, CALIFORNIA  90067-6048
                    310-788-1341
7

8   ON BEHALF OF NON-PARTY STERN & GOLDBERG:

9                   STERN & GOLDBERG:
                    BY:  KIEN C. TIET
10                  6345 BALBOA BOULEVARD,
                    SUITE 200
11                  ENCINO, CALIFORNIA  91316
                    818-758-3940
12

13  ON BEHALF OF NON-PARTY FARHAD LARIAN:

14                  CHRISTENSEN, GLASER, FINK,
                       JACOBS, WEIL & SHAPIRO, LLP
15                  BY:  ALISA MORGENTHALER LEVER
                    10250 CONSTELLATION BOULEVARD
16                  LOS ANGELES, CALIFORNIA  90067
                    310-553-3000
17

18  ON BEHALF OF DEFENDANTS CLOONAN, MARLOW,
    HALPERN, LEAHY, AND ARONT:
19
                    KEATS MCFARLAND & WILSON, LLP
20                  BY:  LARRY W. MCFARLAND
                    9720 WILSHIRE BOULEVARD
21                  BEVERLY HILLS, CALIFORNIA  90212
                    310-777-3750
22

23

24

25

JANUARY 7, 2008                    BRYANT VS. MATTEL


EXHIBIT 57
PAGE 288

4

1                               I N D E X

2                                                      PAGE

3   MOTIONS.......................................    5

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

JANUARY 7, 2008                    BRYANT VS. MATTEL

EXHIBIT 57
PAGE 289

5

1       RIVERSIDE, CALIFORNIA; MONDAY, JANUARY 7, 2008; 10:11 A.M.

2                              -oOo-

3           THE CLERK:  CALLING CALENDAR ITEM NUMBER FOUR,

4    CARTER BRYANT, PLAINTIFF, VERSUS MATTEL, CASE NUMBER CV-04-9059

5    AND THE CONSOLIDATED DOCKET NUMBERS CV-04-9049 AND 05-2727.                    10:11

6           MAY WE HAVE COUNSEL PLEASE STATE YOUR APPEARANCES FOR

7    THE RECORD.

8           MR. NOLAN:  TOM NOLAN, CARL ROTH, AND AMY PARK ON

9    BEHALF OF MGA.

10          MS. ANDERSON:  CHRISTA ANDERSON ON BEHALF OF                           10:11

11   CARTER BRYANT.

12          MR. OVERLAND:  MARK OVERLAND ON BEHALF OF

13   MR. MACHADO.

14          MR. MCFARLAND:  LARRY MCFARLAND ON BEHALF OF

15   MS. CLOONAN, MS. LEAHY, MS. MARLOW, MS. ARONT, AND MS. HALPERN.    10:11

16          MS. MORGENTHALER:  ALISA MORGENTHALER, OF CHRISTENSEN

17   GLASER, ON BEHALF OF NONPARTY FARHAD LARIAN.

18          MR. TIET:  KIEN TIET ON BEHALF OF NONPARTY STERN

19   & GOLDBERG.

20          MR. DELGADILLO:  BRYANT DELGADILLO ON BEHALF OF               10:11

21   NONPARTY KAYE SCHOLER, LLP.

22          MR. QUINN:  JOHN QUINN AND MIKE ZELLER ON BEHALF OF

23   MATTEL.

24          THE COURT:  THE COURT HAS SEVERAL MATTERS BEFORE IT

25   ON THIS MATTER.  I HAVE THE MOST RECENTLY FILED MGA'S AND          10:12

EXHIBIT 57
PAGE 790

1    THE SCHEDULES.  MATTEL CAME IN ON THEIR DISCLOSURES IN JANUARY

2    OF 2007 AND IDENTIFIED SOME 155 FACTUAL WITNESSES, 70 OF WHICH

3    THEY WANTED TO TAKE A PARTICULAR INTEREST IN.  THEY PROPOSED AT

4    THAT TIME, WITH FULL KNOWLEDGE OF ALL OF THE ISSUES IN THIS

5    CASE, AND HAVING BOTH DISCLOSURES IN FRONT OF THEM, A TOTAL OF        10:35

6    50 DEPOSITIONS.

7         NOW, I READ THE TRANSCRIPT, YOUR HONOR, AND WITH ALL

8    DUE RESPECT, I DON'T THINK YOU AND YOUR CLERK -- BECAUSE THE

9    TRANSCRIPT REFLECTS THAT YOU CONSULTED WITH YOUR CLERK WITH

10   RESPECT TO THIS, AND YOU CAME OUT WITH A NUMBER OF 24.  YOU          10:35

11   NEVER SAID THAT WAS JUST A HORSEBACK KIND OF ANALYSIS.  YOU

12   SAID THAT THEIR NUMBERS WERE DISCONCERTING TO YOU.  AND I

13   BELIEVE THE REASON WHY YOU SAID THAT IS BECAUSE, YOUR HONOR,

14   THAT ALTHOUGH THIS IS A LARGE CASE, THIS ISN'T THE LARGEST CASE

15   AROUND.                                                             10:35

16        I MEAN, MY GOSH, THIS CASE AND THE POSITIONS THAT ARE

17   NOW BEING TAKEN BY MATTEL, WHERE THEY NEED 50 MORE ON TOP OF

18   THE 22 DEPOSITIONS THAT THEY'VE TAKEN, WHICH, WHEN YOU THINK

19   ABOUT IT, JUDGE, IS 22 MORE THAN THEY ASKED YOU FOR AT THE TIME

20   OF THE DISCLOSURE, WITHOUT A LOT OF NEW INFORMATION AVAILABLE.      10:35

21   I THINK, OF THE 50 WITNESSES THAT THEY'RE ASKING PERMISSION TO

22   TAKE, ONLY SIX NAMES ARE NEW.  YOU DO THE MATH.  THE OTHERS

23   WERE ALL IN THE DISCLOSURES.

24        THE COURT:  WHAT ABOUT THOSE SIX NEW WITNESSES?

25        MR. NOLAN:  IF THOSE SIX NEW ADDITIONAL WITNESSES,           10:36

```
 1  YOUR HONOR, RELATE TO PHASE ONE, I'M WILLING TO WORK SOMETHING
 2  OUT WITH THEM IN THAT REGARD.  I'M NOT TRYING TO CUT THEM OFF
 3  AT THE KNEES AND SAY, 'LISTEN, TOUGH LUCK, YOU BLEW 24.'  HE'S
 4  TALKING ABOUT HE HAD TO TAKE THE DEPOSITION OF A REPORTER TO
 5  JUSTIFY SOMETHING.  I WASN'T INVOLVED IN THAT.  I GUESS THE        10:36
 6  SOFT ISSUE HE DIDN'T WANT TO GO TO IS, WHY DID THEY TAKE
 7  CARTER BRYANT'S NIECE TO TALK ABOUT THE COMPUTER THAT WAS GIVEN
 8  TO HER AS A GIFT?  BUT THAT'S ALL IN THE BACK.
 9          .      WHAT I'M INTERESTED IN, YOUR HONOR, IS TRYING THIS
10  CASE ON A SCHEDULE THAT YOU TOLD US TO GET READY FOR.             10:36
11          THE COURT:  I AM AS WELL.
12          MR. NOLAN:  MAY I JUST MAKE A -- BECAUSE I THINK,
13  FRANKLY, THINKING ABOUT ALL OF THIS LAST NIGHT, I HAVE A
14  PROPOSAL THAT, I THINK, ALLOWS THIS TO MAKES SENSE.
15          THE COURT:  LET ME HEAR IT.                               10:36
16          MR. NOLAN:  AND THIS IS NOT BEHIND CURTAIN ONE OR
17  CURTAIN TWO OR CURTAIN THREE.
18          HERE'S WHAT I THINK MAKES ABSOLUTE SENSE, HAVING DONE
19  THIS A LITTLE BIT MYSELF IN BIG CASES BEFORE:
20          MOST OF WHAT THEY'RE ASKING FOR IS PHASE TWO STUFF.      10:37
21  RIGHT NOW, IN FRONT OF US, WE'RE STARING AT A HARD CUTOFF OF
22  JANUARY 28TH.  AND WE'LL LIVE WITH IT, JUDGE.  WE CAN LIVE WITH
23  IT, IF WE GET COOPERATION FROM MATTEL.  AND I'LL DEAL WITH THE
24  EX-PARTE APPLICATIONS IN JUST A MINUTE, BUT HERE'S MY PROPOSAL,
25  YOUR HONOR:                                                       10:37
```

JANUARY 7, 2008                    BRYANT VS. MATTEL

EXHIBIT 57
PAGE 292

1    THAT THE PARTIES FOCUS ON PHASE ONE DISCOVERY.  IF

2  JOHN QUINN OR MIKE ZELLER COMES TO ME AND SAYS, 'WE NEED THREE

3  MORE WITNESSES FOR DEPOSITION FOR PHASE ONE ISSUES,' I'M FINE.

4  WE MADE THAT PROPOSAL.  BUT IT'S ALWAYS 50 OR NOTHING.

5        LET'S FOCUS AND NARROW THE ISSUES TO BRING THIS CASE      10:37

6  HOME FOR YOU, YOUR HONOR, ON THE SCHEDULE THAT YOU HAVE SET AND

7  EVERYBODY HAS BEEN LIVING UP TO.

8        LET'S TALK ABOUT TODAY SAYING TO THE PARTIES,

9  'COMPLETE DEPOSITIONS BY JANUARY 28TH.  IF YOU HAVE, HOWEVER,

10  SCHEDULING ISSUES' -- BECAUSE ONE, FOR INSTANCE, MATT            10:38

11  (UNINTELLIGIBLE) IS OUT OF TOWN.  THEY WANT ISAAC LARIAN ONCE

12  MORE, BUT ISAAC HAS TO GO TO THE HONG KONG TOY FAIR IN NEW

13  YORK; SO THERE'S A SCHEDULING ISSUE WITH RESPECT TO HIM THAT WE

14  MIGHT NOT BE ABLE TO GET HIM IN BEFORE JANUARY 28TH.  LET'S

15  WORK TOGETHER TO IDENTIFY --                                     10:38

16        THE COURT:  SLOW DOWN.

17        MR. NOLAN:  THERE CAN BE A LITTLE BIT OF WIGGLE ROOM

18  ON THE 28TH, BUT WE TRY TO GET EVERYTHING IN BY THE 28TH.

19  WE'LL DOUBLE TRACK; WE'LL TRIPLE TRACK.  I MEAN, EVERYBODY HAS

20  TOO MANY LAWYERS ON THIS CASE.  WE CAN DO THAT.                  10:38

21        THE COURT:  SO ARE YOU SAYING THAT YOU WOULD BE

22  WILLING TO WAIVE ANY OBJECTIONS OR YOU'D STIPULATE TO AN

23  INCREASE IN THE NUMBER OF DEPOSITIONS?

24        MR. NOLAN:  FOR A VERY LIMITED NUMBER.

25        THE COURT:  FOR PHASE ONE.                                 10:38

JANUARY 7, 2008          BRYANT VS. MATTEL      EXHIBIT  57

PAGE  793

24

```
 1          MR. NOLAN:  IF THEY'RE RELATED TO PHASE ONE.

 2          WHY SHOULD WE, RIGHT NOW, JUDGE, WITH JUDGE INFANTE

 3   BURIED, WITH YOUR HONOR -- I MEAN, THE ELECTRONIC FILING

 4   SYSTEM -- I'M AFRAID WE'RE GOING TO BURN THE SYSTEM WITH THE

 5   NUMBER OF DOCUMENTS THAT ARE BEING FILED IN THIS CASE.          10:39

 6          THE COURT:  SOMEONE BROKE THE PLASTIC COURTESY BOX

 7   THAT WE HAD IN THE BACK.

 8          MR. NOLAN:  THAT WAS QUINN EMANUEL.

 9          THE COURT:  YOU'RE SURE IT WAS?

10          MR. NOLAN:  I'M POSITIVE; THEY FILED MORE PAPERS THAN   10:39

11   ANYBODY ELSE.

12          THE COURT:  SOMEBODY BROKE IT.

13          MR. NOLAN:  BUT TO BE SERIOUS, YOUR HONOR -- LET'S

14   COME BACK TO MY OTHER PROPOSAL THAT WE FOCUS ON PHASE ONE.

15          THERE ARE HEARINGS THAT ARE CURRENTLY SCHEDULED FOR     10:39

16   JUDGE INFANTE ON FEBRUARY 8TH.  THEY'RE ALL, EXCEPT FOR ONE,

17   COMPLETELY BRIEFED.  THEY'RE ALL READY TO GO.  JUDGE INFANTE

18   HAS BEEN DOING THE LORD'S WORK.  IT IS UNBELIEVABLE THE AMOUNT

19   OF WORK THAT HE HAS BEEN DOING IN THIS CASE, ON TOP OF ALL OF

20   HIS OTHER CLIENTS THAT HE HAS COMMITTED.  AND EVEN KNOWING THAT 10:39

21   WE HAVE JANUARY 28TH COMING UP, HE CAN'T HEAR SOME VERY

22   SIGNIFICANT MOTIONS UNTIL FEBRUARY 8TH.

23          THE EXPERT REPORTS IN THIS CASE ARE DUE

24   FEBRUARY 11TH.  MANY OF THE ISSUES ON THE FEBRUARY 8TH CALENDAR

25   ARE ISSUES THAT DIRECTLY RELATE TO GETTING DOCUMENTS NECESSARY  10:40
```

59

1                    CERTIFICATE

2

3    I HEREBY CERTIFY THAT PURSUANT TO SECTION 753, TITLE 28, UNITED
     STATES CODE, THE FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF
4    THE STENOGRAPHICALLY RECORDED PROCEEDINGS HELD IN THE ABOVE-
     ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE FORMAT IS IN
5    CONFORMANCE WITH THE REGULATIONS OF THE JUDICIAL CONFERENCE OF
     THE UNITED STATES.

6

7                                                    1-16-08
     THERESA A. LANZA, CSR, RPR                        DATE
8    FEDERAL OFFICIAL COURT REPORTER

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

JANUARY 7, 2008                    BRYANT VS. MATTEL    EXHIBIT  51
                                                       PAGE  795

# EXHIBIT 58

1

1                  UNITED STATES DISTRICT COURT

2              CENTRAL DISTRICT OF CALIFORNIA

3                    EASTERN DIVISION

4                    - - -

5     HONORABLE STEPHEN G. LARSON, JUDGE PRESIDING

6                    - - -

7  MATTEL, INC.,           )

8             Plaintiff,  )

9        vs.           )  No. CV 04-09049

10  MGA ENTERTAINMENT, INC., ET. AL., )

11            Defendants.  )

12  AND CONSOLIDATED ACTIONS,      )  Motions

13

14

15       REPORTER'S TRANSCRIPT OF PROCEEDINGS

16           Riverside, California

17        Wednesday, February 11, 2009

18             10:03 A.M.

19

20

21

22

23         THERESA A. LANZA, RPR, CSR
          Federal Official Court Reporter
24         3470 12th Street, Rm. 134
         Riverside, California  92501
25            951-274-0844
          WWW.THERESALANZA.COM

2

```
 1   APPEARANCES:

 2   ON BEHALF OF MATTEL, INC.:

 3                        QUINN EMANUEL
                          By:  JOHN QUINN
 4                             DYLAN PROCTOR
                               MICHAEL T. ZELLER
 5                        865 S. FIGUEROA STREET,
                          10TH FLOOR
 6                        LOS ANGELES, California  90017
                          213-624-7707
 7

 8   ON BEHALF OF MGA ENTERTAINMENT/ISAAC LARIAN:
     (Outgoing)
 9                        SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
                          BY:  THOMAS J. NOLAN
10                             JASON RUSSELL
                          300 SOUTH GRAND AVENUE
11                        LOS ANGELES, CALIFORNIA  90071-3144
                          213-687-5000
12

13   ON BEHALF OF MGA ENTERTAINMENT/ISAAC LARIAN:
     (Incoming)
14                        GLASER, WEIL, FINK, JACOBS & SHAPIRO, LLP
                          BY:  JOEL KLEVENS
15                        10250 Constellation Boulevard
                          Los Angeles, California  90067
16                        310-553-3000

17                        MITCHELL, SILBERBERG & KNUPP LLP
                          BY:  RUSSELL J. FRACKMAN
18                        11377 West Olympic Boulevard,
                          Los Angeles, California  90064-1683
19                        310-312-2000

20
     ON BEHALF OF DEFENDANT GUSTAVO MACHADO:
21
                          OVERLAND BORENSTEIN SCHEPER & KIM LLP
22                        BY:  ALEXANDER H. COTE
                          601 West Fifth Street,
23                        12th Floor
                          Los Angeles, California  90071
24                        213-613-4660

25   / / /
```

EXHIBIT 58
PAGE 297

3

```
1                      I N D E X (Continued)

2

3    APPEARANCES (continued):

4

     On behalf of OMNI 808:
5

6                         BINGHAM McCUTCHEN LLP
                          BY:   Todd E. Gordinier
7                         600 Anton Boulevard
                          Costa Mesa, CA  92626-1924
8                         714-830-0622

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

EXHIBIT 58
PAGE 288

4

```
 1                              I N D E X

 2                                                    Page

 3     Motions.......................................    4

 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1   Riverside, California; Wednesday, February 11, 2009; 10:03 A.M.
 2                               -oOo-
 3            THE CLERK:  Calling calendar item one, in the matter
 4   of Mattel Incorporated versus MGA Entertainment Incorporated,
 5   Case Number CV 04-9049.                                        00:03
 6            Counsel, please state your appearances for the
 7   record.
 8            MR. QUINN:  John Quinn, Mike Zeller, Dylan Proctor
 9   for Mattel.
10            MR. NOLAN:  Tom Nolan, Jason Russell,                 00:03
11   Jennifer del Castillo on MGA and Isaac Larian's post trial
12   chamber on motions and motion for remittitur on Phase 1.
13            MR. COTE:  Alexander Cote on behalf of
14   Gustavo Machado.  I'll be sitting back in the gallery.
15            MR. KLEVENS:  Joel Klevens of Glaser Weil for the MGA 00:03
16   defendants.
17            MR. FRACKMAN:  Russell Frackman of Mitchell,
18   Silberberg & Knupp for the MGA defendants.
19            MR. GORDINIER:  Todd Gordinier for Omni 808.
20            THE COURT:  Counsel, good morning.                    00:04
21            We have several matters on calendar this morning to
22   take up.  I have the judgment as a matter of law by Mattel; I
23   have a motion for judgment as a matter of law from MGA; I have
24   MGA's motion for remittitur; I have the ex-parte application by
25   Omni 808 to intervene for limited purpose; I have MGA's request 00:04
```

EXHIBIT 58
PAGE 800

1       The question for the discovery master will be whether

2   or not the disputed discovery request is related or relevant to

3   the trial that has now been scheduled for March or not.  I can

4   see tremendous overlap between, for example, discovery on

5   financial condition of the company as it relates to damages in          02:42

6   the Phase 2 and also issues that the receiver is looking at.

7   And without making a ruling on any of this, I would not suggest

8   for a moment that these are mutually exclusive categories.

9       MR. RUSSELL:  They may not be, Your Honor.  That's

10  the reason why Mr. O'Bryan in the first instance should deal          02:42

11  with it.  Because if you take it the way we take it, this might

12  not be Phase 2 discovery.

13      THE COURT:  You can make that argument to

14  Mr. O'Bryan.

15      MR. RUSSELL:  Thank you, Your Honor.                              02:43

16      MR. ZELLER:  And just so it's clear, what Mr. Russell

17  is articulating is a basis as to why MGA has refused to give us

18  any financial --

19      THE COURT:  Mr. Zeller, I'm going to cut you off

20  here.  Take that up with the Discovery Master.  I don't mean to       02:43

21  cut you off, but I think I made my position as clear as I can

22  today that there is nothing from this Court which is precluding

23  any discovery that is properly sought for the trial that is

24  scheduled.

25      Whatever has happened has happened and we need to                 02:43

102

1  move forward.

2          MR. ZELLER:  Thank you, Your Honor.

3          THE COURT:  Thank you, counsel.

4          MR. FRACKMAN:  I'm last, and I think I'll be the

5  shortest.  On the issue of streamlining discovery, I've read          02:43

6  the Court's prior orders concerning the number of depositions,

7  for example, and I confess, I'm a bit confused.

8          We would request from the Court that there be a

9  reasonable limit placed on Phase 2 depositions.  I don't know

10 whether that comes to Your Honor or whether that goes to the          02:44

11 discover referee.

12         THE COURT:  In the first instance, that would go to

13 the discovery referee.  The limits that were placed were limits

14 that were placed on the earlier discovery phase.

15         To be clear again, I have placed no limits, no          02:44

16 restrictions, other than what is set forth in the rules of

17 civil procedure and in local rule 37 on discovery from this

18 point until March 23rd.

19         If the parties wish to stipulate, they may.  If the

20 parties think that the Court needs to be involved in this in          02:44

21 the first instance, that needs to go to the Discovery Master.

22         MR. FRACKMAN:  I think we're prepared to follow the

23 federal rules, Your Honor.  Thank you.

24         THE COURT:  Very good.

25         MR. ZELLER:  I feel like I'm being more difficult at          02:44

EXHIBIT 58
PAGE 802

```
 1    the end than I should be.

 2             Just so it's clear, because as I understood it,

 3    there, of course, are the limits under the Federal Rules of ten

 4    depositions.  We, of course, have -- and I thought that the

 5    parties --                                                        02:45

 6             THE COURT:  You did more than ten depositions.

 7             MR. ZELLER:  Correct.  And I think both sides have.

 8             THE COURT:  Yes.

 9             MR. ZELLER:  Or then there were limits the Court did

10    put on the case, as we understood it; I want to say the number   02:45

11    was 24, but I could be off slightly, that the Court did modify

12    the limits already.

13             THE COURT:  I allowed for additional depositions.

14    But those were all in the context of the first phase.  We now

15    have new counsel coming in.  I'm certainly not going to suggest   02:45

16    you're all done with discovery.

17             MR. ZELLER:  Absolutely.

18             THE COURT:  Maybe I should.  Maybe I should say the

19    limits have all been filled in spades and we're done and let's

20    go to trial.                                                      02:45

21             MR. ZELLER:  That's what I'm trying to understand is

22    is the Court's view on this, because the Court had

23    previously -- and I don't recall the mechanics of how we got

24    there, but the Court essentially increased the limit to, I

25    think, 24.                                                        02:45
```

104

```
 1              THE COURT:  Whatever limits I imposed, if I did not
 2     use the precise language that I should have, let me make it
 3     clear now:  That was applied to the discovery phase.  That's
 4     now water under the bridge.  It is over.
 5              We are starting with a clean slate, a new discovery      02:46
 6     master, new counsel for MGA, and we are going to build this up
 7     and we'll go from here.  If there's a discovery dispute, please
 8     take it to the Discovery Master.
 9              MR. ZELLER:  That helps clarify it quite a bit, Your
10     Honor.                                                            02:46
11              The other component is that at least with respect to
12     Phase 1, when we asked the question of where should we take a
13     request for leave to take additional depositions or serve
14     additional interrogatories and the like, the Court previously
15     directed that the motions be made to Your Honor.  And the Court  02:46
16     may recall that, in fact, in the first phase, Mattel did make
17     such a motion that was granted.
18              THE COURT:  Regarding what, again?
19              MR. ZELLER:  Increasing the limits.
20              THE COURT:  That is something which I am going to        02:46
21     change for this.  I think in the first instance that should be
22     directed to the Discovery Master.  You both have full right to
23     appeal any decision from that, but I think it's best that the
24     Discovery Master function essentially as the Magistrate Judge
25     in this case and handle all of those from the get-go.  And       02:47
```

ednesday, February 11, 2009          58          Mattel vs. MGA Entertainmen

PAGE 804

105

```
 1   we'll go from there.

 2            MR. ZELLER:   Thank you.

 3            THE COURT:   Anything further?

 4            Thank you.  Good day.

 5

 6

 7

 8

 9

10                        CERTIFICATE

11

12   I hereby certify that pursuant to section 753, title 28, United
     States Code, the foregoing is a true and correct transcript of
13   the stenographically recorded proceedings held in the above-
     entitled matter and that the transcript page format is in
14   conformance with the regulations of the Judicial Conference of
     the United States.
15

16   _____        2-13-09
     THERESA A. LANZA, CSR, RPR              Date
17   Federal Official Court Reporter

18

19

20

21

22

23

24

25
```

EXHIBIT 58
PAGE 805

Mattel vs. MGA Entertainme:

# EXHIBIT 59

1

1  UNITED STATES DISTRICT COURT

2  CENTRAL DISTRICT OF CALIFORNIA

3  EASTERN DIVISION

4  - - -

5  HONORABLE STEPHEN G. LARSON, JUDGE PRESIDING

6  - - -

7  MATTEL, INC.,                          )
                                          )
8                     Plaintiff,          )
                                          )
9          vs.                            )  No. CV 04-09049
                                          )
10  MGA ENTERTAINMENT, INC., ET. Al.,     )
                                          )
11                    Defendants.         )  MOTIONS
                                          )
12  AND CONSOLIDATED ACTIONS,             )
                                          )

13

14

15  REPORTER'S TRANSCRIPT OF PROCEEDINGS

16  RIVERSIDE, CALIFORNIA

17  MONDAY, MAY 18, 2009

18  1:52 P.M.

19

20

21

22

23  THERESA A. LANZA, RPR, CSR
    Federal Official Court Reporter
24  3470 12th Street, Rm. 134
    Riverside, California  92501
25  951-274-0844
    www.theresalanza.com

2

```
1   APPEARANCES:

2
    On behalf of Mattel, Inc.:
3
                        QUINN EMANUEL
4                       By:   JOHN QUINN
                              MICHAEL T. ZELLER
5                             DYLAN PROCTOR
                              SCOTT B. KIDMAN
6                       865 S. FIGUEROA STREET,
                        10th Floor
7                       Los Angeles, California   90017
                        213-624-7707
8
                        KLEE, TUCHIN, BOGDANOFF & STERN LLP
9                       BY:   DAVID M. STERN
                        1999 Avenue of the Stars
10                      Thirty-Ninth Floor
                        Los Angeles, CA   90067
11                      310-407-4025

12

13  On Behalf of MGA Entertainment/Isaac Larian:

14                      SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
                        BY:   THOMAS J. NOLAN
15                            JASON RUSSELL
                              CARL ROTH
16                      300 South Grand Avenue
                        Los Angeles, California   90071-3144
17                      213-687-5000

18                      GLASER, WEIL, FINK, JACOBS
                         HOWARD & SHAPIRO, LLP
19                      BY:   PATRICIA GLASER
                        BY:   JOEL N. KLEVENS
20                      10250 Constellation Blvd.
                        Los Angeles, CA   90067
21                      310-553-3000

22                      MITCHELL SILBERBERG & KNUPP LLP
                        BY:   RUSSELL J. FRACKMAN
23                      11377 West Olympic Blvd.
                        Los Angeles, CA   90064-1683
24                      310-312-2000

25  /  /  /
    /  /  /
```

```
 1   APPEARANCES (cont'd):

 2
     On Behalf of MGA Entertainment/Isaac Larian:
 3
                          PACHULSKI STANG ZIEHL & JONES
 4                        BY:   JAMES I. STANG
                          BY:   RICHARD PACHULSKI
 5                        10100 Santa Monica Blvd.,
                          11th Floor
 6                        Los Angeles, CA  90067-4100
                          310-277-6910
 7

 8   On Behalf of Isaac Larian:

 9                        JEFFER MANGELS BUTLER & MARMARO LLP
                          BY:   JOSEPH A. EISENBERG
10                        1900 Avenue of the Stars
                          7th Floor
11                        Los Angeles, CA  90067-4308
                          310-203-8080
12

13   On Behalf of Defendants Omni 808:

14                        BINGHAM McCUTCHEN LLP
                          BY:   TODD E. GORDINIER
15                        BY:   PETER N. VILLAR
                          600 Anton Boulevard,
16                        18th Floor
                          Costa Mesa, CA  92626-1924
17                        714-830-0622

18
     On Behalf of Crum & Forster:
19
                          MUSICK, PEELER & GARRETT LLP
20                        BY:   JENNIFER M. KOKES
                          One Wilshire Boulevard
21                        Los Angeles, CA  90017
                          213-629-7618
22

23   ALSO PRESENT:        Patrick A. Fraioli, Jr.,
                          Ambassador Pierre Prosper
24                        Robert O'Bryan
                          Michael J. Bidart
25
```

4

```
1                        I N D E X

2                                                    PAGE

3    MOTIONS...................................         5

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Monday, May 18, 2009    EXHIBIT 59    Mattel vs. MGA, et. Al.
                        PAGE  809

```
 1            Riverside, California; Monday, May 18, 2009; 1:52 P.M.
 2                                 -oOo-
 3            THE CLERK:  Calling calendar item number 18,
 4   Case Number CV 04-09049-SGL, Mattel, Inc., v. MGA
 5   Entertainment, Inc., et al.                                    01:52
 6            Counsel, please state your appearances for the
 7   record.
 8            MR. QUINN:  John Quinn, Mike Zeller, Dylan Proctor
 9   for Mattel.
10            MS. GLASER:  Patricia Glaser for MGA.               01:52
11            MR. KLEVENS:  Joel Klevens for MGA.
12            MR. FRACKMAN:  Russell Frackman for MGA and
13   Mr. Larian.
14            MR. EISENBERG:  Joseph Eisenberg appearing on behalf
15   of Mr. Larian.                                               01:52
16            MR. NOLAN:  Tom Nolan on behalf of MGA and
17   Isaac Larian.
18            MR. STANG:  James Stang and Richard Pachulski
19   appearing for MGA.
20            MR. GORDINIER:  Todd Gordinier appearing for        01:53
21   Omni 8 Oasis, with my partner Peter Villar.
22            THE COURT:  Good afternoon to you all.
23            We have several matters on calendar this afternoon
24   that the Court wants to get through.
25            The first matter that I'd like to take up is Mattel's  01:53
```

EXHIBIT 59
PAGE  8/0

18

1   the cases we cited, the Dubai Islamic Bank case, where the

2   employees there, like the employees here, were accused of being

3   part of the misconduct that was at issue in the lawsuit.  And

4   they were demoted.  They continued to be employed, and their

5   interests were found to still be aligned with the corporation.        02:09

6            THE COURT:  But what's not clear to the Court,

7   though, is exactly what role they play at present.

8            MR. KIDMAN:  Well, I think what the record shows is,

9   Mr. Vargas is still responsible for sales and Ms. Trueba is

10  still responsible for marketing and public relations.  But         02:09

11  there's been no evidence that their positions have changed,

12  other than characterizations of these people as being mid-level

13  employees by mere virtue of the fact that they happen to report

14  to somebody else.  As we submit, that's true of everyone but

15  the CEO.                                                            02:10

16           On the alignment of interests issue, Mr. Klevens

17  referred to the fact that these individuals are represented by

18  separate counsel in Mexico.  We've been attempting to get --

19  and I believe there's court orders requiring them to produce

20  information as to who's paying those legal fees.  That              02:10

21  information hasn't been produced, despite court orders.

22           We think we know what the information will show.  But

23  the point being, they have not been deposed.  They have not

24  asserted the Fifth Amendment.  Speculation about what they

25  might do in the future, whether MGA may toss these people aside     02:10

Monday, May 18, 2009  EXHIBIT 59   Mattel vs. MGA, et. Al.
PAGE  8/1

19

1  in the future and distance themselves, whether the witnesses

2  may choose to distance themselves, is not relevant for the

3  purposes of the inquiry today: Are their interests aligned?

4  Their continued employment is sufficient on that point.

5          As I've mentioned, the law is clear that the                    02:11

6  burden -- and Mr. Klevens talked about burden -- the burden is

7  a modest one for purposes of getting the deposition, which is a

8  different issue than under Rule 32, whether that testimony will

9  ultimately bind.

10         **THE COURT:**  I understand.                                    02:11

11         Very well.  Thank you, Counsel.

12         The Court next wants to take up the motion -- again,

13  this is Mattel's motion -- for leave to file a third amended

14  answer and counterclaim.

15         I'm going to start with the defense on this.                     02:11

16         The Court is tentatively of the mind, based on the

17  papers, that leave should be freely given in this case for the

18  amendment.  The Court, probably on its own oversight, although

19  nobody else raised it at the time of the scheduling conference

20  on this phase of the litigation, did not set a cutoff for         02:11

21  amending or adding parties.  We probably should have set a

22  cutoff, but looking back at the scheduling conference order, we

23  didn't.  So it would seem that the Rule 15 standard applies.

24         The defense does a very good job of explaining how

25  unquestionably the addition of the claims, the parties, and        02:12

Monday, May 18, 2009    EXHIBIT 59  Mattel vs. MGA, et. Al.
                        PAGE 8/2

```
 1   then, arguably, the necessary parties that would have to flow

 2   from that would exceedingly complicate an already exceedingly

 3   complicated case.

 4          I don't know if that's really relevant to the issue

 5   of whether or not amendments should be afforded.  It's a          02:12

 6   complicated case to begin with.  It will be more complicated.

 7   As much as I might like there to be, there's not a cutoff in

 8   terms of complication, where I could just say, 'This is too

 9   much; we're stopping here.'

10          So that's kind of where I am right now, Ms. Glaser.        02:12

11          I'm going to give you the first opportunity to

12   respond, given my tentative thoughts.

13          MS. GLASER:  Your Honor -- and I don't want to be

14   glib, because obviously, these are serious allegations being

15   made, which we believe 95 percent of them have no basis in fact  02:13

16   or law.

17          But, Your Honor, under your theory, if Mr. Larian

18   runs a stop sign out here in front of the courthouse tomorrow,

19   can we amend the complaint and include that as well, simply

20   because we have a Rule 15 and that rules -- the Court wishes      02:13

21   to --

22          THE COURT:  Well, no.  The Court doesn't have

23   jurisdiction over a stop sign out in front of the courthouse.

24          MS. GLASER:  My point is this -- and, again, let's

25   start with the RICO -- the predicate acts.                       02:13
```

1        **THE COURT:**  The Court does have jurisdiction over

2    RICO.

3        **MS. GLASER:**  Thank you, Your Honor.

4        Under the rubric of a fraudulent conveyance, we have

5    a whole new theory, a whole new theory.  There is no legitimate      02:13

6    reason to add these claims to the lawsuit.  This is a separate

7    and distinct counterclaim, with 17 new individuals.  And to

8    blindly come in and tell Your Honor, in a reply brief, 'not to

9    worry, it's all alter ego anyway, so what's the problem,' is

10   offensive to everybody in this courtroom.  That is not the          02:14

11   appropriate standard.  And that is not the law.  And it's

12   certainly not the truth.

13       Again, each one of these people are entities; they

14   have to be served.  A number of them, presumably -- I don't

15   know that for a fact -- are going to object to jurisdiction.        02:14

16   There are alter-ego issues, by Mattel's own description.  At

17   least ten different entities are going to have to be litigated.

18   The 2008 financial transactions have no relationship whatsoever

19   to Mattel's other claims of predicate acts and RICO, et cetera.

20   There are no damages yet.  There is a contingent final              02:15

21   judgment, and there's an appeal.

22       It is no surprise to Your Honor that MGA doesn't

23   agree with the verdict, and we'll be appealing.

24       **THE COURT:**  I understand.

25       **MS. GLASER:**  That's contingent.                            02:15

125

1          MS. GLASER:  And we haven't had the benefit of that.

2     I think if we're paying -- at least temporarily, we at least

3     ought to see --

4          THE COURT:  Part of what will occur at this point is

5     a complete accounting of all money spent during the 20-day        05:05

6     temporary receivership.  You will be receiving that shortly

7     from Mr. Fraioli, which will account for all of the money

8     spent.  And on a going-forward basis, the Court will specify

9     how future payments are to be made.

10          And as I indicated before, at the end of the day,          05:05

11     everyone will have the opportunity to revisit the issue of cost

12     sharing.

13          MS. GLASER:  Thank you very much.

14          THE COURT:  Is there anything further?

15          MR. QUINN:  No, Your Honor.                                05:06

16          THE COURT:  Have a good evening.

17          (Court is adjourned.)

18                         CERTIFICATE

19

20     I hereby certify that pursuant to section 753, title 28, United
       States Code, the foregoing is a true and correct transcript of
21     the stenographically recorded proceedings held in the above-
       entitled matter and that the transcript page format is in
22     conformance with the regulations of the Judicial Conference of
       the United States.
23

24     _____        May 29, 2009
       THERESA A. LANZA, CSR, RPR                    Date
25     Federal Official Court Reporter

Monday, May 18, 2009                                Mattel vs. MGA, et. Al.



EXHIBIT 59
PAGE 813

# EXHIBIT 60

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

CARTER BRYANT, an individual,

      Plaintiff,

    vs.

MATTEL, INC., a Delaware
corporation,

      Defendants.

No. CV 04-9049 SGL (RNBx)
Consolidated with
Nos. CV 04-9405 and
05-2727

**CERTIFIED COPY**

AND CONSOLIDATED ACTIONS.

REPORTER'S TRANSCRIPT OF PROCEEDINGS

Los Angeles, California

Wednesday, March 4, 2009

Volume 1

Reported by:
CHERYL R. KAMALSKI
CSR No. 7113

Job No. 106479

EXHIBIT 100
PAGE 814





877.955.3855
www.sarnoffcourtreporters.com

IRVINE ◦ LOS ANGELES ◦ SAN FRANCISCO ◦ LAS VEGAS ◦ SAN DIEGO

SARNOFF
Court Reporters and
Legal Technologies

TRANSCRIPT OF PROCEEDINGS                    03/04/09

1              UNITED STATES DISTRICT COURT
             CENTRAL DISTRICT OF CALIFORNIA
2                  EASTERN DIVISION

3

4    CARTER BRYANT, an individual,

5         vs.                       No. CV 04-9049 SGL (RNBx)
                                    Consolidated with
6    MATTEL, INC., a Delaware       Nos. CV 04-9405 and
     corporation,                   05-2727
7
              Defendants.
8

9

10

11    _____

     AND CONSOLIDATED ACTIONS.
12    _____

13

14

15

16        REPORTER'S TRANSCRIPT OF PROCEEDINGS, Volume 1,

17    taken at 555 West Fifth Street, 48th Floor, Los Angeles,

18    California, beginning at 10:08 a.m. and ending at

19    12:12 p.m. on Wednesday, March 4, 2009, before

20    CHERYL R. KAMALSKI, Certified Shorthand Reporter No. 7113.

21

22

23

24

25

                                                          2

EXHIBIT 60
PAGE 812

```
 1   APPEARANCES:
 2
 3   Discovery Master:
 4        ROBERT C. O'BRIEN
          Attorney at Law
 5        555 West Fifth Street, Suite 4800
          Los Angeles, California  90013-1065
 6        (213) 629-7400
 7   For Defendant Mattel, Inc.:
 8        QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
          BY:  MICHAEL T. ZELLER
 9        BY:  JON COREY
          Attorneys at Law
10        865 South Figueroa Street, 10th Floor
          Los Angeles, California 90017
11        (213) 624-7707
12        MATTEL, INC.
          BY:   JILL E. THOMAS
13        Assistant General Counsel
          333 Continental Boulevard
14        El Segundo, California 90245-5012
          (310) 252-2000
15
     For Defendants MGA and Isaac Larian:
16
          SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
17        BY:   JASON D. RUSSELL
          BY:   JENNIFER K. DEL CASTILLO
18        Attorneys at Law
          300 South Grand Avenue
19        Los Angeles, California 90071
          (213) 687-5000
20
     For Defendant IGWT Group and IGWT 826 Investments:
21
          VALLE & ASSOCIATES
22        BY:   JEFFREY B. VALLE
          BY:   ILAN WISNIA
23        Attorneys at Law
          11911 San Vicente Boulevard, Suite 324
24        Los Angeles, California 90049
          (310) 476-0300
25
```

3

EXHIBIT _4D_
PAGE _818_

TRANSCRIPT OF PROCEEDINGS                    03/04/09

```
 1    APPEARANCES (Continued):

 2

 3    For 808 Investors, LLC, Vision Capital, LLC, and OmniNet
      Capital, LLC:

 4
              BINGHAM McCUTCHEN LLP
 5            BY:   TODD E. GORDINIER
              BY:   PETER VILLAR
 6            Attorneys at Law
              600 Anton Boulevard, 18th Floor
 7            Costa Mesa, California 92626-1924
              (714) 830-0622
 8
      Also Present:
 9
              STEPHEN HAUSS
10            CRAIG HOLDEN

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

                                                              4

EXHIBIT
PAGE

```
 1              Los Angeles, California, Wednesday, March 4, 2009
 2                        10:08 a.m. - 12:12 p.m.
 3
 4              MR. O'BRIEN:  On the record.
 5              Thanks for coming up.
 6              By the way, in the future, if there's anything
 7    that you need here at the office, logisticwise, if you get
 8    here early, we can make conference rooms and that sort of
 9    thing available to you.  These will be discovery disputes
10    primarily -- well, they will all be discovery disputes, I
11    don't know if there's a need for graphics or projections
12    of that sort of thing, but we can certainly make all those
13    tools available to you, as well, if they're useful to you
14    in your presentations.
15              My name's Robert O'Brien, for those of us that
16    haven't met.  I'm sure we'll get to know each other given
17    the number of motions pending at this point.
18              Maybe, before I make a few introductory comments,
19    we can go through and get appearances stated for the
20    record.  Start here, Jason, and just work around the table
21    that way, in no particular preference.
22              MR. RUSSELL:  Okay.  Jason Russell, appearing for
23    the MGA parties.
24              MS. DEL CASTILLO:  Jennifer del Castillo for the
25    MGA parties.
```

EXHIBIT
PAGE

1           MR. GORDINIER:  Todd Gordinier and Peter Villar

2     for the Omni and Vision parties.

3           MR. HOLDEN:  Craig Holden, in-house for MGA.

4           MR. VALLE:  Jeff Valle for IGWT Group &

5     Investments.

6           MR. ZELLER:  Then for Mattel you have Mike

7     Zeller.  Good morning.  John Corey, Jill Thomas and

8     Stephen Hauss.

9           MR. O'BRIEN:  Okay.  Who will be making the --

10    everyone can argue when we get to that time, so there's

11    plenty of time, and certainly everyone will have a chance.

12    I don't mind if you divide up motions and that sort of

13    thing.  But if people are going to be arguing, I wouldn't

14    mind getting a couple of business cards, only because I

15    don't want to appear to be favoring those of you who I

16    know and don't know, and I'll get those -- Mike, of

17    course -- if you can send those up, that will be great.

18          I spoke with Judge Larson shortly after the

19    appointment and he wanted me to convey a couple of points

20    to you.  I think he made some of those clear.  I saw the

21    transcript from the last hearing -- if you don't have a

22    card, don't worry about it -- number 1, he wants all of

23    the discovery issues coming to me in the first instance.

24    When I say in the first instance, I'm merely an appendage

25    of the Court, so everyone will have an opportunity, if you

6

EXHIBIT 60
PAGE 821

 1    compel is improper and should be denied for both serious
 2    substantive and procedural reasons.  If we're going to
 3    have these rules, they have a purpose, they have to be
 4    followed.  And the Court's very order, the Court's
 5    standing order says if this isn't done, it won't be
 6    considered.  They now are walking away from these other
 7    orders and they want to rely on the discovery stipulation
 8    and order which, of course, I had no knowledge of when we
 9    were having this discussion.  As you're well aware of,
10    they didn't even comply with that.  Perhaps if they had,
11    and set out, as they're required to do in writing, what it
12    is they want, why they want it, let's talk about it, let's
13    sit down and discuss it, we could, perhaps, have narrowed
14    it.   In fact, both I and my colleague told Mr. Corey we
15    were pretty sure we could satisfy himself with respect to
16    the bona fides of the transaction.  That was rejected.
17            MR. O'BRIEN:  Let me ask you this question.
18    You've said the discovery's overbroad.  What narrow
19    request could Mattel make that you believe would be proper
20    under the circumstances here?  In other words, what kind
21    of request do you think would be, as a third party?  I
22    mean, I understand you don't want to respond to anything,
23    it's a burden.  But assuming there's always a burden in
24    responding to discovery, what narrow request, based on
25    your understanding of the issues in phase 2, would be

50

EXHIBIT  60
PAGE  822

1    proper for your -- that you wouldn't come in here and file

2    a motion to quash?

3            MR. GORDINIER:  What documents do we have that

4    show that either Mr. Larian or MGA paid money into this to

5    purchase this debt?  I can tell you there are none.  This

6    is a ready, fire, aim situation.  The allegations that

7    were made and were made publicly are unconscionable and

8    can't be undone.

9            MR. O'BRIEN:  What other areas?  For example,

10   would the payment history with respect to the debt from

11   MGA to 808, assuming there is one, I don't know if this is

12   a balloon payment or that sort of thing --

13           MR. GORDINIER:  I assume that's in MGA's

14   financial statements, but -- I mean, I assume that they've

15   made payments.  I don't know the answer to that, that's

16   reflected on their financial statements, which I'm

17   assuming have been exchanged, but I don't know that.

18           MR. O'BRIEN:  Mr. Russell said that there was

19   discovery that was taken of Wachovia in phase 1.  I was

20   not involved in the case.  I don't know what discovery was

21   taken of Wachovia.  But, presumably -- but it sounds like,

22   and I'll let Mr. Zeller answer this and Mr. Russell

23   address it as well, but if there was discovery in phase 1

24   that was proper as to Wachovia in establishing the debt

25   and looking at the payment terms, and all that sort of

EXHIBIT __100__
PAGE __823__

1   thing, would that same sort of discovery be proper

2   vis-a-vis 808 --

3        MR. GORDINIER:  We absolutely offered -- we

4   offered, without knowing any of this, to give them the

5   deal documents.  Absolutely.  I don't know that it's

6   proper.  I think it's overbroad and I think it's

7   premature, but I'll just tell you, we offered to give them

8   the deal documents.  There's no secret there.  We did buy

9   the debt at a discount.  You've read the transcript.  I

10  told Judge Larson my client wants to make money at this,

11  and so he made a business decision that -- you know,

12  Wachovia has its own reasons for doing what it's doing

13  that we all can kind of guess -- but I don't know.  My

14  client had his own reasons for doing what he's doing.  The

15  only thing that seems to relate to all this is do they

16  have -- are there any documents that show the disgorgement

17  thing, or whatever he's trying to argue, and I'm not

18  familiar with the phase 2 -- but I have no problem

19  conceptually giving them the deal documents.  None at all.

20  But that doesn't entitle them to look at all records that

21  reflect all my nonparty entities, all documents detailing

22  or setting forth.  Read through them; they're overbroad

23  and they're improper.

24        MR. O'BRIEN:  What about performance, the

25  performance of the loan.

52

EXHIBIT 10
PAGE 824

1          I, the undersigned, a Certified Shorthand

2     Reporter of the State of California, do hereby certify:

3          That the foregoing proceedings were taken

4     before me at the time and place herein set forth; that

5     any witnesses in the foregoing proceedings, prior to

6     testifying, were duly sworn; that a record of the

7     proceedings was made by me using machine shorthand

8     which was thereafter transcribed under my direction;

9     that the foregoing transcript is a true record of the

10    testimony given.

11         Further, that if the foregoing pertains to

12    the original transcript of a deposition in a Federal

13    Case, before completion of the proceedings, review of

14    the transcript [  ] was [  ] was not requested.

15         I further certify I am neither financially

16    interested in the action nor a relative or employee

17    of any attorney or party to this action.

18         IN WITNESS WHEREOF, I have this date

19    subscribed my name.

20

21    Dated:  _____MAR 0 9 2009_____

22

23                    _Cheryl R. Kamalski_____
                      CHERYL R. KAMALSKI
24                    CSR No. 7113

25


EXHIBIT  60
PAGE  825

# EXHIBIT 61

Westlaw.                                                                    NewsRoom

12/23/06 ABCNIGHTLINE (No Page)                                              Page 1


12/23/06 ABC Nightline (Pg. Unavail. Online)
2006 WLNR 22434503

                              ABC Nightline
                  Copyright 2006 American Broadcasting Company

                            December 23, 2006


                                 NIGHTLINE


[SHOW: ABC Nightline] [AIRDATE: 12/22/06] [AIRTIME: 23:35] [ANCHOR: MARTIN BASHIR]
[ANCHOR LOCATION: NEW YORK, NY USA] [STORY: NIGHTLINE]

TOPIC:

CONTENT:

GRAPHICS: NIGHTLINE

GRAPHICS: BRAWL IN THE DOLLHOUSE

MARTIN BASHIR (ABC NEWS): Tonight on 'Nightline," brawl in the dollhouse.  After
almost 50 years of domination, Barbie is facing brash new competition from the
Bratz dolls.  Billions of dollars are on the line.  It's a toy story where nobody
is playing nice.

GRAPHICS: CHRISTMAS JOURNEY

MARTIN BASHIR (ABC NEWS): A Christmas journey.  Retracing the root historians say
Joseph and Mary would have taken from Nazareth to Bethlehem.  The dangers, the
difficulties, then and today.

GRAPHICS: FANTASY VS REALITY

MARTIN BASHIR (ABC NEWS): Fantasy versus reality.  It seems like the perfect gift
for a romantic holiday season.  So why do so many of us get it wrong?  Tonight, we
take you inside one store that thinks it has the answer.

MATT NEELY (STOCKING FELLA): The 34B should look good.

ANNOUNCER: From the global resources of ABC News, with Terry Moran in Washington,
Martin Bashir and Cynthia McFadden in New York City, this is 'Nightline," December
22nd, 2006.

GRAPHICS: NIGHTLINE: DECEMBER 22, 2006

REPORTER: JOHN BERMAN
REPORTER LOCATION: LOS ANGELES, CA USA

TOPIC:

            ©  2007 Thomson/West.  No Claim to Orig. U.S. Govt. Works.

EXHIBIT 61
PAGE 826

M 0062148

12/23/06 ABCNIGHTLINE (No Page)                                              Page 2

CONTENT: BARBIE, BRATZ, MATTEL, MICRO GAMES OF AMERICA, CHUCK SCOTHON

MARTIN BASHIR (ABC NEWS): (Off-camera)  Good evening.  Many of us have spent at
least part of today rushing around the shops looking for that perfect Christmas
present particularly for our children.  Toys are now big business.  Almost $11
billion will be spent on them during the holiday season alone.  And nowhere is the
business more competitive than in the world of dolls.  Yes.  Barbie has long been
the biggest-selling toy doll of all, but now there's a serious challenger.  And in
the fight to be number one nobody's backing down.  Here's ABC's John Berman.

JOHN BERMAN (ABC NEWS): (Voiceover)  In this corner, measuring nine inches tall
with big eyes and even bigger bling, the challenger, Bratz.  And in this corner,
with flowing blond hair and impossibly disproportionate bust, a 47-year undisputed,
undefeated champion from Mattel, Barbie.  Now you might think the world of dolls
isn't the kind of place for a knock down, drag out brawl but you'd be wrong.

ISAAC LARIAN (CEO: Ken is not gonna save Barbie.  Barbie is not gonna save Barbie.
And the leadership that they have at Mattel right now, it's not gonna save Barbie.

JOHN BERMAN (ABC NEWS): (Off-camera)  You sound like a linebacker on a football
team.  You're like taunting Mattel.

ISAAC LARIAN (CEO: It's good.  It's good for the business.

JOHN BERMAN (ABC NEWS): (Off-camera)  It's good?  Trash talking in the doll
business is good?

ISAAC LARIAN (CEO: I'm not trash talking.  I'm telling - I'm talking about the
facts.

JOHN BERMAN (ABC NEWS): (Voiceover)  Meet Isaac Larian.  The seemingly nice man who
wants to pummel Barbie.  He is the CEO of Micro Games of America, which makes the
Bratz doll.  He might not strike you as the doll kind of guy.  He came to the US
from Iran with nothing.

ISAAC LARIAN (CEO: I came here in 1971 with a one-way ticket and $750 in my pocket
and a big American dream.  And I have lived the American dream.

JOHN BERMAN (ABC NEWS): (Voiceover)  Larian went from washing dishes to building a
toy company to the American dream on steroids.  Largely due to this big-eyed, big-
headed cartoonish doll.  When Larian first saw the Bratz design in 2001, he thought
they looked like aliens.

JOHN BERMAN (ABC NEWS): (Off-camera)  Do you still they look like aliens?

ISAAC LARIAN (CEO: No.  I think now they look beautiful.  I've grown to like them.

JOHN BERMAN (ABC NEWS): (Voiceover)  Last year's $2 billion in sales can make many
things beautiful.  Larian now says Bratz has a 40% market share and is the number
two doll in the US market.  Number two for now.  Larian claims his Bratz girls are
breathing down the lanky plastic neck of number one.  That would be Barbie.

JOHN BERMAN (ABC NEWS): (Off-camera)  What's wrong with Barbie?

ISAAC LARIAN (CEO: It's time for her to retire.  She's been around for too long.

JOHN BERMAN (ABC NEWS): (Voiceover)  And you want to help Barbie retire?

©  2007 Thomson/West.  No Claim to Orig. U.S. Govt. Works.

EXHIBIT __4 1
PAGE __8 2 7
M 0062149

12/23/06 ABCNIGHTLINE (No Page)                                      Page 3


ISAAC LARIAN (CEO: Yes, I would help her retire.  I would throw a party for her.

CHUCK SCOTHON (SENIOR VICE PRESIDENT MATTEL - GIRLS DIVISION): He's welcome to throw a party for Barbie any time he wants, but it won't be a retirement party. She has been and will remain the number one fashion doll in the industry.

JOHN BERMAN (ABC NEWS): (Voiceover) Meet Chuck Scothon.  A senior Mattel executive and former high school offensive lineman.  His product is the long-legged goliath of the toy business.  Since she was first created in 1959, Barbie has been an icon among icons with almost absurd success.  One study found that 90% of American girls between 3 and 10-years-old owns a Barbie doll.

CHUCK SCOTHON (SENIOR VICE PRESIDENT MATTEL - GIRLS DIVISION): Now, we're traveling through the world of fairytopia.

JOHN BERMAN (ABC NEWS): (Voiceover) Scothon doesn't like to talk about Bratz.  Let alone the fact that they might pose a challenge.

JOHN BERMAN (ABC NEWS): (Off-camera) How was it, do you think, this become a story?

CHUCK SCOTHON (SENIOR VICE PRESIDENT MATTEL - GIRLS DIVISION): I think a lot of people like to talk about the underdog and the leadership positions.  I think at the end of the day it's really about making more out of something than there really is.

JOHN BERMAN (ABC NEWS): (Voiceover) But last year, Barbie might have started to show her age.  Sales dropped 13%, just as Bratz were getting white hot.

JOHN BERMAN (ABC NEWS): (Off-camera) Is Barbie in danger?

CHUCK SCOTHON (SENIOR VICE PRESIDENT MATTEL - GIRLS DIVISION): Not in the least. Barbie has been and will continue to be the number one fashion doll.

JOHN BERMAN (ABC NEWS): (Voiceover) Barbie has rebounded a bit this year, but Isaac Larian is not impressed.  He says he has the key to cool.  A multicultural doll with the edgy sassy attitude girls want these days.

ISAAC LARIAN (CEO: The kids look at Bratz dolls and they think they are teenagers. And we ask them how old do you think Bratz dolls are?  They say they are teenagers. And when they look at Barbie doll they think it's old mom.

JOHN BERMAN (ABC NEWS): (Off-camera) They think mom when they look at Barbie dolls?

CHUCK SCOTHON (SENIOR VICE PRESIDENT MATTEL - GIRLS DIVISION): What I would suggest and say to that is, first of all if Barbie, for some girls, reminds them of their mothers, I would think of nothing better.  The most important job a woman can have in many ways is being a mom.

JOHN BERMAN (ABC NEWS): (Voiceover) There is no mistaking a Bratz doll for a mom.

JOHN BERMAN (ABC NEWS): (Off-camera) I look at that Bratz doll.  She's wearing, you know, the leopard skin top, she's got the sequins, she's got the hairs, I mean, you know, people have compared them to street walkers.  They look a little, you know, trashy.

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

EXHIBIT 6
PAGE 828
M 0062150

· 12/23/06 ABCNIGHTLINE (No Page)                                                    Page 4

ISAAC LARIAN (CEO: They don't look trashy to me. And this is - I think trashy is
in the eye of the adults. When we show these to the little girls, and we have done
that over and over, everybody said they're beautiful. They never say they look
like a streetwalker.

JOHN BERMAN (ABC NEWS): (Voiceover)  Barbie is clearly going for a different image. ·
What image, you ask?

CHUCK SCOTHON (SENIOR VICE PRESIDENT MATTEL - GIRLS DIVISION): First and foremost,
I would say the Barbie doll is truly based on some great values for little girls.
The courage, inspiration, imaginative play.

JOHN BERMAN (ABC NEWS): (Voiceover)  Whatever that means exactly, Barbie is famous
for having careers like Doctor Barbie and Astronaut Barbie. The Bratz dolls?
Well, they like...

CARTOON VOICEOVER (GROUP): Shopping.

JOHN BERMAN (ABC NEWS): (Voiceover)  This is their motto.

ISAAC LARIAN (CEO: The girls with the passion for fashion.

JOHN BERMAN (ABC NEWS): (Off-camera)  The girls with the passion for fashion.

ISAAC LARIAN (CEO: Right.

JOHN BERMAN (ABC NEWS): (Off-camera)  What's that about?

ISAAC LARIAN (CEO: They have good fashion.  It's okay to look good.   It's okay, who
said that you have to, who said that girls don't have to look good?

JOHN BERMAN (ABC NEWS): (Off-camera)  And Barbie doesn't look good?  I could tell
you, there are a lot of people who think Barbie looks good.

ISAAC LARIAN (CEO: I don't know.  The consumers who are buying Bratz doll don't
think Barbie is good.

JOHN BERMAN (ABC NEWS): (Voiceover)  If all this is true why hasn't Bratz yet
overtaken Barbie as number one? According to Larian...

ISAAC LARIAN (CEO: We would have beaten them up this year and year before if they
had not engaged in, what I call, really unfair competition.

JOHN BERMAN (ABC NEWS): (Off-camera)  Really unfair competition? Those are
fighting words.

ISAAC LARIAN (CEO: They are fighting words.

JOHN BERMAN (ABC NEWS): (Voiceover)  The Barbie-Bratz battle has moved beyond the
Barbie dream house to the courthouse.  Round one.  Mattel filed a lawsuit alleging
that the designer of the Bratz concept came up with the idea when he was working at
Mattel.  Round two, Isaac Larian sued back saying that Mattel tried to corner the
market on doll hair, and more seriously that Mattel ripped off the Bratz concept
for a new line of Barbie dolls. The MyScene dolls.

JOHN BERMAN (ABC NEWS): (Off-camera) This is, the MyScene Barbies are what has, to

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

EXHIBIT
PAGE
M 0062151

12/23/06 ABCNIGHTLINE (No Page)                                          Page 5

some extent, they're in the center of a little bit of a controversy now because Bratz says these look just like their dolls.

CHUCK SCOTHON (SENIOR VICE PRESIDENT MATTEL - GIRLS DIVISION): Okay.

JOHN BERMAN (ABC NEWS): (Off-camera) I mean, don't you see the resemblance between MyScene Barbie and the Bratz doll?

CHUCK SCOTHON (SENIOR VICE PRESIDENT MATTEL - GIRLS DIVISION): What we see is an evolution to the Barbie brand. And again, the Barbie brand is made up of dolls that target girls of every age because it's really an evolution of where the Barbie doll has been with a little bit more animated look, but not necessarily something that's been inspired by the competition at all.

JOHN BERMAN (ABC NEWS): (Voiceover) The cases are still pending, but both companies say they are confident they will win the legal battle, though they say it differently.

CHUCK SCOTHON (SENIOR VICE PRESIDENT MATTEL - GIRLS DIVISION): I'm not really gonna talk about the legal piece of this. I have all the confidence in the world that the justice system and that, that our attorneys can work through those issues.

ISAAC LARIAN (CEO: When we're done with Mattel, we will get them for billions of dollars, not only for this, but for defamation.

JOHN BERMAN (ABC NEWS): (Voiceover) Who will prevail in this doll brawl? It's one thing to be hot. Bratz are hot, but another to be iconic.

ISAAC LARIAN (CEO: We're gonna become number one. I promise you that.

CHUCK SCOTHON (SENIOR VICE PRESIDENT MATTEL - GIRLS DIVISION): I can't speak to his guarantee. What I can speak to is I believe that Barbie will continue to be the number fashion doll around the globe.

JOHN BERMAN (ABC NEWS): (Off-camera) We're talking about dolls. I mean, shouldn't everyone be able to play nice?

ISAAC LARIAN (CEO: They have gotten away too much with bullying everybody around. And somebody has to stand up to them. I will.

JOHN BERMAN (ABC NEWS): (Off-camera) So you're gonna fight them on the schoolyard?

ISAAC LARIAN (CEO: I'm gonna fight, I'm gonna, not in the school schoolyard. I'm gonna fight them in the courthouse.

JOHN BERMAN (ABC NEWS): (Off-camera) And with this thing?

ISAAC LARIAN (CEO: With this thing and many other things. But all 100% the old American fashion way.

JOHN BERMAN (ABC NEWS): (Voiceover) Merry Christmas. I'm John Berman for 'Nightline" in Los Angeles.

MARTIN BASHIR (ABC NEWS): (Off-camera) The doll wars in a store near you.

GRAPHICS: ROAD TO BETHLEHEM

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

EXHIBIT _l0l_
PAGE _832_

M 0062152

12/23/06 ABCNIGHTLINE (No Page)                                                    Page 6

MARTIN BASHIR (ABC NEWS): (Voiceover) And just ahead on 'Nightline," retracing the
journey that has inspired millions for centuries. In the footsteps of Joseph and
Mary.

GRAPHICS: STOCKING FELLAS

MARTIN BASHIR (ABC NEWS): (Voiceover) And stocking fellas. One store's solution
to the challenge of buying lingerie. It's a 'Sign of the times."

ANNOUNCER: ABC News 'Nightline," brought to you by...

COMMERCIAL BREAK

REPORTER: WILF DINNICK
REPORTER LOCATION: NAZARETH, ISRAEL

TOPIC:

CONTENT: CHRISTMAS STORY, CHURCH OF NATIVITY, JESUS, MARY, JOSEPH, ISRAEL

MARTIN BASHIR (ABC NEWS): (Off-camera) It's easy and commonplace to sentimentalize
the Christmas story. Mary and Joseph, traveling for days on a donkey from their
home in Nazareth to Bethlehem. Mary eventually giving birth to Jesus in a stable
because there was no room for them at the inn. It wasn't an easy journey back
then, but imagine making the same trek today in 2006. Here's ABC's Wilf Dinnick.

WILF DINNICK (ABC NEWS): (Voiceover) A heavily pregnant woman, traveling across
deserts, through ancient cities and river crossings. The story of a trip inspiring
Christians around the world. The gospel according to Luke says it began in
Nazareth, a city where it's believed an angel told Mary she would have a son named
Jesus.

WILF DINNICK (ABC NEWS): (Off-camera) Today, Nazareth is a city of about 70,000
people. But back in Joseph and Mary's day, it was only a small village of about
1,000. Now, to get to Bethlehem, it's actually only 65 miles, as the crow flies
but Joseph and Mary, they had a complicated route. We're gonna take the exact same
route. Well, they had a donkey. We've got this car.

WILF DINNICK (ABC NEWS): (Voiceover) The Bible does not have details of the
journey. But historians told us, Mary and Joseph probably did not take the direct
way to Bethlehem because then, like today, the Middle East was a complicated,
sometimes dangerous, place. From Nazareth they headed east to the Jordan River to
avoid hostile territory controlled by the Samaritans who hated Jews. They crossed
the river by foot to the ancient city of Bet She'an. Then through the Jordan
Valley, land that was controlled by Jewish kings, back into Israel, over the Jordan
River again and through the ancient city of Jericho passed Jerusalem and then on to
Bethlehem. Steve Pfann sees similarities between today and 2,000 years ago.

STEPHEN PFANN (PRESIDENT: There is an interesting parallel that can be drawn with
border crossings, and police at the border, soldiers at the border, questions of
taxation and other types of things put more into a modern context.

WILF DINNICK (ABC NEWS): (Voiceover) So, we drove from Nazareth to the Jordan
River. It was in shallow areas like this where Mary and Joseph simply walked
across the river.

ISRAELI SECURITY PERSONNEL (MALE): But you don't understand. Hey, I'm telling you,

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

EXHIBIT
PAGE

M 0062153

12/23/06 ABCNIGHTLINE (No Page)                                    Page 7

there is a problem.

WILF DINNICK (ABC NEWS): (Voiceover)  But today, crossing the Jordan is not so
simple.  We were greeted by Israeli security.

WILF DINNICK (ABC NEWS): (Off-camera)  The security here is so tight in fact that
they won't even let us shoot here, even though we have permission.  This is the
Jordan Valley and this as far as we can come here because this is now an
international border.

WILF DINNICK (ABC NEWS): (Voiceover)  So from here on in, it was hidden cameras
only.  Passport checks, departure tax and duty-free.

WILF DINNICK (ABC NEWS): (Off-camera)  And then we have to get on a bus to make the
very short trip from Israel to Jordan.  This is how you have to do it in 2006.

WILF DINNICK (ABC NEWS): (Voiceover)  I did manage to sneak a few shots as we
crossed the Jordan River.  On the other side, Jordanians were also nervous about
our cameras.

WILF DINNICK (ABC NEWS): (Off-camera)  We face yet another delay here.  This is now
on the Jordanian side and the security here says we can't actually use the camera,
even though we applied for permission weeks ago, they somehow have lost our
permission.  So we're trying to go down to the Jordan Valley now, as quickly as we
can, and then we'll cross over to the Israeli side.

WILF DINNICK (ABC NEWS): (Voiceover)  The Jordan Valley is flat, perfect for
traveling.  In Joseph and Mary's day there would have been hardly anything here.
Today, plenty of busy Arab towns.

WILF DINNICK (ABC NEWS): (Off-camera)  Okay, let's go in.  A lot has changed over
the last 2,000 years but one thing that has remained the same is the type of bread
made almost exactly the same way as when Joseph and Mary made their journey.

WILF DINNICK (ABC NEWS): (Voiceover)  Then back into Israel, just before the border
closes.

WILF DINNICK (ABC NEWS): (Off-camera)  We're now gonna cross the Jordan River for
the second time here, where Mary and Joseph would have waded across on their way to
Bethlehem.

WILF DINNICK (ABC NEWS): (Voiceover)  Then on to the ancient town of Jericho, it is
Palestinian and the Israeli army demands special ID to enter.

WILF DINNICK (ABC NEWS): (Off-camera)  Could I get a falafel with hummus and pita?
Pita, yeah.  Okay.

WILF DINNICK (ABC NEWS): (Voiceover)  This was a chance for Mary and Joseph to rest
before the final, grueling leg of the trip, which was a treacherous road that was
yet again blocked for us by the Israeli army.

WILF DINNICK (ABC NEWS): (Off-camera)  This is the part of the trip we cannot do by
car.  This is the ancient route between Jericho and Bethlehem.  The silence here is
amazing, the view is stunning, but it must have been a daunting part of the journey
for Mary and Joseph.

WILF DINNICK (ABC NEWS): (Voiceover)  The last stretch of the journey that Mary and

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

EXHIBIT _____
PAGE _____

M 0062154

12/23/06 ABCNIGHTLINE (No Page)                                         Page 8

Joseph took into Bethlehem is now impossible.  Blocked by Israel's security wall.
Even Bethlehem itself is cut off by the wall.  We had to drive through this gate
controlled by Israeli soldiers.

WILF DINNICK (ABC NEWS): (Off-camera)  We finally arrive in Bethlehem, and that's
the church of the nativity behind us.  Now our trip took 15 hours, we crossed two
international borders and dozens of military checkpoints.  Joseph and Mary's trip
took about a week.

WILF DINNICK (ABC NEWS): (Voiceover)  But on our trip, we met at least one
historian who believes Joseph and Mary's journey never happened.  The gospel
according to Luke says the couple made the trip to Bethlehem for a Roman census,
but historians now know there was no census at the time.

REVEREND JEROME MURPHY-O'CONNOR (ECOLE BIBLIQUE: I have no problem with the
divinity of Christ.  I have no problem with his birth in Bethlehem.  It's just the
colorful little bits that writers, storytellers, felt inclined to add.  Those, we
can legitimately question.

WILF DINNICK (ABC NEWS): (Voiceover)  He also believes, like many other historians,
the couple already lived in Bethlehem and went to Nazareth later to look for work.
But don't tell that to anyone here.  In the Church of the Nativity, in this small
spot where it's believed Mary gave birth to Jesus.  For the faithful, a miracle,
after such a grueling journey.

REVEREND JEROME MURPHY-O'CONNOR (ECOLE BIBLIQUE: It's an extremely good yarn, and
that's why it has survived because people prefer good yarns to the truth.

WILF DINNICK (ABC NEWS): (Voiceover)  And it is a good story.  And for us, an
amazing journey.  Wilf Dinnick for "Nightline" in Bethlehem.

MARTIN BASHIR (ABC NEWS): (Off-camera)  The Christmas journey then and now.  And
when we come back, Santa's little helpers like you've never seen them before.  It's
a "Sign of the Times."

GRAPHICS: SIGN OF THE TIMES

COMMERCIAL BREAK

ANNOUNCER: 'Nightline" continues from New York City with Martin Bashir.

REPORTER: NICK WATT
REPORTER LOCATION: LONDON, ENGLAND

TOPIC:

CONTENT: LINGERIE, STOCKING FELLA, MARKS AND SPENCER, MYLA

MARTIN BASHIR (ABC NEWS): (Off-camera)  It seems like the perfect gift, the sexy
little outfit for the one we love this Christmas.  If only it were that simple.
According to experts, men are simply hopeless at choosing lingerie.  So now, a
department store in Britain is employing Santa's little helpers to guide men away
from any lingerie land mines and, according to ABC's Nick Watt, it's a "Sign of the
Times."

MATT NEELY (STOCKING FELLA): (Inaudible) nice, actually.  You guys doing okay?
Finding everything you want?  Yeah?

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

EXHIBIT __6__
PAGE __833__
M 0062155

12/23/06 ABCNIGHTLINE (No Page)                                      Page 9


CUSTOMER (MALE): Yeah, we're fine.

CUSTOMER (FEMALE): Yes, thank you,

CUSTOMER (MALE): Thank you, sir.

MATT NEELY (STOCKING FELLA): Give me a shout if you need any more help.

NICK WATT (ABC NEWS): (Voiceover) Here at Marks and Spencer they noticed a lot of
lingerie returned by women after Christmas. The problem? Men were buying it.
Matt Neely is part of the solution.

MATT NEELY (STOCKING FELLA): We were given all sorts of training about the styles
of bra and what function it performs in terms pushing it together or lifting up, or
squashing it down.

MATT NEELY (STOCKING FELLA): There we are.

NICK WATT (ABC NEWS): (Voiceover) Two hundred stocking fellas were sent out to
help hapless husbands.

MATT NEELY (STOCKING FELLA): That's quite sweet.

CUSTOMER (MALE): Mm-hmm.

MATT NEELY (STOCKING FELLA): Okay?

CUSTOMER (MALE): No.

MATT NEELY (STOCKING FELLA): You know, if the guys are wandering around not really
know what they're doing, or kind of skirting around the outside too afraid to step
in.

NICK WATT (ABC NEWS): (Voiceover) He helps the unromantic.

NICK WATT (ABC NEWS): (Off-camera) Do you always buy underwear for Christmas?

CUSTOMER (MALE): No.

NICK WATT (ABC NEWS): (Off-camera) So why this year?

CUSTOMER (MALE): Because I've run out of ideas.

MATT NEELY (STOCKING FELLA): Yeah.

NICK WATT (ABC NEWS): (Voiceover) He helps the clueless.

MATT NEELY (STOCKING FELLA): What color are you looking for?

CUSTOMER (MALE): Well...

NICK WATT (ABC NEWS): (Voiceover) He even helps those who think they know better.

NICK WATT (ABC NEWS): (Off-camera) Do you have the right size?

CUSTOMER (MALE): I have the right size, yeah.

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

EXHIBIT _61_

PAGE _834_

M 0062156

12/23/06 ABCNIGHTLINE (No Page)                                    Page 10


NICK WATT (ABC NEWS): (Off-camera)  Color?

CUSTOMER (MALE): Well, color is my, my choice really, actually.

MATT NEELY (STOCKING FELLA): Hopefully, the presence of another man in the
department will put them at ease.

NICK WATT (ABC NEWS): (Off-camera)  Now, this is Myla, an upmarket lingerie
boutique where they have a very different philosophy.  Here, they only employ
women.

TAMARA DAVIES (MANAGER: I would say 75% of my customers are men.

NICK WATT (ABC NEWS): (Off-camera)  Are men?

TAMARA DAVIES (MANAGER: Are men.  Male.

NICK WATT (ABC NEWS): (Voiceover)  Men, like Anatoly (PH).

TAMARA DAVIES (MANAGER: Do you know what she likes?  Do you know what color?

CUSTOMER (MALE): Colors, yeah, yeah.

TAMARA DAVIES (MANAGER: Size?

CUSTOMER (MALE): Size, yeah.  I think, it's a must if you - you have to know your
woman.

NICK WATT (ABC NEWS): (Voiceover)  But even at Myla, some men aren't quite so sure
about the size.

TAMARA DAVIES (MANAGER: So they're like this, or, I mean, as a woman, you know,
female working here, we have men come in and said, 'She's your size, what size are
you?"

NICK WATT (ABC NEWS): (Voiceover)  So, there's one bonus of a female assistant but
it's not male bonding.

NICK WATT (ABC NEWS): (Off-camera)  And how do you put them at ease?

TAMARA DAVIES (MANAGER: Smiling, 'Hello, how are you today?"  Talk about the
weather.

NICK WATT (ABC NEWS): (Off-camera)  Bit of humor?

TAMARA DAVIES (MANAGER: A bit of humor, yes.  We do that.

NICK WATT (ABC NEWS): (Off-camera)  Do you flirt a little bit?

TAMARA DAVIES (MANAGER: Yes, a little.

NICK WATT (ABC NEWS): (Off-camera)  Apparently a lot of men end up buying two
pairs, something safe and something saucy that they're both gonna enjoy.

NICK WATT (ABC NEWS): (Voiceover)  As Bridget Jones found out in the movie, safe
can also be sexy.

            ©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

EXHIBIT 101
PAGE 885
M 0062157

12/23/06 ABCNIGHTLINE (No Page)                                        Page 11


CLIP FROM "BRIDGET JONES'S DIARY"

HUGH GRANT (ACTOR): Oh, absolutely enormous panties. No, no, don't apologize. I like them. Hello, mommy.

TAMARA DAVIES (MANAGER: Men don't wanna leave here. I got a guy here in yesterday, and he was looking around. He spent about half an hour, and he said to me, 'I just, I just don't wanna leave. I wanna stay here forever."

MATT NEELY (STOCKING FELLA): It's a 34B, which will be no good.

NICK WATT (ABC NEWS): (Voiceover) I wonder if any one's ever said that...

MATT NEELY (STOCKING FELLA): Yeah.

NICK WATT (ABC NEWS): (Voiceover) ...to a stocking fella? I'm Nick Watt for "Nightline" in Lingerie Land.

MARTIN BASHIR (ABC NEWS): (Off-camera) And in case you're wondering, I bought my wife a rather fetching handbag. And when we come back, a special look at the achievements and events of the past year.

COMMERCIAL BREAK

MARTIN BASHIR (ABC NEWS): (Off-camera) Next week on "Nightline," a look at some memorable moments and provocative people we've covered during 2006. The year in entertainment, power, money and love. It's all part of our special series beginning on Christmas Day with the 'Year in Jesus." We hope you'll join us. But that's our report for tonight. I'm Martin Bashir. For Cynthia McFadden, Terry Moran, and all of us at ABC News, good night America and have a very happy and peaceful Christmas.

FOR INFORMATION ON ORDERING A VIDEO OR TRANSCRIPT COPY OF ABC NEWS OR ABC NEWS NOW PROGRAMMING, PLEASE VISIT THE SECURE ONLINE ORDER FORM LOCATED AT WWW.TRANSCRIPTS.TV

---- INDEX REFERENCES ----

COMPANY: MATTEL INC; ABC NEWS; BRATZ F C; REACH TRADE AND MARKETING; ABC

INDUSTRY: (TV (1TV19); Underwear (1UN06); Entertainment (1EN08); Gen Y Entertainment (1GE14); TV Programming (1TV26); Games & Toys (1GA05); Gen Y TV (1GE33); Apparel (1AP19); Consumer Products & Services (1CO62); Children's Apparel (1CH40); Apparel & Textiles (1AP20))

REGION: (Americas (1AM92); North America (1NO39); Mediterranean (1ME20); Middle East (1MI23); USA (1US73); Palestine (1PA37); New York (1NE72); Israel (1IS16); Arab States (1AR46))

Language: EN

OTHER INDEXING: (MARTIN BASHIR (ABC NEWS); MARTIN BASHIR (ABC NEWS); MARTIN BASHIR (ABC NEWS); MATT NEELY (STOCKING FELLA); ANNOUNCER; MARTIN BASHIR (ABC NEWS); JOHN BERMAN (ABC NEWS); ISAAC LARIAN (CEO; JOHN BERMAN (ABC NEWS); ISAAC LARIAN (CEO; JOHN BERMAN (ABC NEWS); ISAAC LARIAN (CEO; JOHN BERMAN (ABC NEWS); ISAAC LARIAN (CEO; JOHN BERMAN (ABC NEWS); JOHN BERMAN (ABC NEWS); ISAAC LARIAN (CEO; JOHN

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

EXHIBIT 101
PAGE 834

M 0062158

12/23/06 ABCNIGHTLINE (No Page)                                          Page 12

BERMAN (ABC NEWS); JOHN BERMAN (ABC NEWS); ISAAC LARIAN (CEO; JOHN BERMAN (ABC
NEWS); ISAAC LARIAN (CEO; CHUCK SCOTHON (SENIOR VICE PRESIDENT MATTEL - GIRLS
DIVISION); JOHN BERMAN (ABC NEWS); CHUCK SCOTHON (SENIOR VICE PRESIDENT MATTEL -
GIRLS DIVISION); JOHN BERMAN (ABC NEWS); JOHN BERMAN (ABC NEWS); CHUCK SCOTHON
(SENIOR VICE PRESIDENT MATTEL - GIRLS DIVISION); JOHN BERMAN (ABC NEWS); JOHN
BERMAN (ABC NEWS); CHUCK SCOTHON (SENIOR VICE PRESIDENT MATTEL - GIRLS DIVISION);
JOHN BERMAN (ABC NEWS); ISAAC LARIAN (CEO; JOHN BERMAN (ABC NEWS); CHUCK SCOTHON
(SENIOR VICE PRESIDENT MATTEL - GIRLS DIVISION); JOHN BERMAN (ABC NEWS); JOHN
BERMAN (ABC NEWS); ISAAC LARIAN (CEO; JOHN BERMAN (ABC NEWS); CHUCK SCOTHON (SENIOR
VICE PRESIDENT MATTEL - GIRLS DIVISION); JOHN BERMAN (ABC NEWS); CARTOON VOICEOVER
(GROUP); JOHN BERMAN (ABC NEWS); ISAAC LARIAN (CEO; JOHN BERMAN (ABC NEWS); ISAAC
LARIAN (CEO; JOHN BERMAN (ABC NEWS); ISAAC LARIAN (CEO; JOHN BERMAN (ABC NEWS);
ISAAC LARIAN (CEO; JOHN BERMAN (ABC NEWS); ISAAC LARIAN (CEO; JOHN BERMAN (ABC
NEWS); ISAAC LARIAN (CEO; JOHN BERMAN (ABC NEWS); JOHN BERMAN (ABC NEWS); CHUCK
SCOTHON (SENIOR VICE PRESIDENT MATTEL - GIRLS DIVISION); JOHN BERMAN (ABC NEWS);
CHUCK SCOTHON (SENIOR VICE PRESIDENT MATTEL - GIRLS DIVISION); JOHN BERMAN (ABC
NEWS); CHUCK SCOTHON (SENIOR VICE PRESIDENT MATTEL - GIRLS DIVISION); ISAAC LARIAN
(CEO; JOHN BERMAN (ABC NEWS); ISAAC LARIAN (CEO; CHUCK SCOTHON (SENIOR VICE
PRESIDENT MATTEL - GIRLS DIVISION); JOHN BERMAN (ABC NEWS); ISAAC LARIAN (CEO; JOHN
BERMAN (ABC NEWS); ISAAC LARIAN (CEO; JOHN BERMAN (ABC NEWS); ISAAC LARIAN (CEO;
JOHN BERMAN (ABC NEWS); MARTIN BASHIR (ABC NEWS); MARTIN BASHIR (ABC NEWS); MARTIN
BASHIR (ABC NEWS); ANNOUNCER; MARTIN BASHIR (ABC NEWS); WILF DINNICK (ABC NEWS);
WILF DINNICK (ABC NEWS); WILF DINNICK (ABC NEWS); STEPHEN PFANN (PRESIDENT; WILF
DINNICK (ABC NEWS); ISRAELI SECURITY PERSONNEL (MALE); WILF DINNICK (ABC NEWS);
WILF DINNICK (ABC NEWS); WILF DINNICK (ABC NEWS); WILF DINNICK (ABC NEWS); WILF
DINNICK (ABC NEWS); WILF DINNICK (ABC NEWS); WILF DINNICK (ABC NEWS); WILF DINNICK
(ABC NEWS); WILF DINNICK (ABC NEWS); WILF DINNICK (ABC NEWS); WILF DINNICK (ABC
NEWS); WILF DINNICK (ABC NEWS); WILF DINNICK (ABC NEWS); WILF DINNICK (ABC NEWS);
WILF DINNICK (ABC NEWS); WILF DINNICK (ABC NEWS); WILF DINNICK (ABC NEWS); REVEREND
JEROME MURPHY-O'CONNOR (ECOLE BIBLIQUE; WILF DINNICK (ABC NEWS); REVEREND JEROME
MURPHY-O'CONNOR (ECOLE BIBLIQUE; WILF DINNICK (ABC NEWS); MARTIN BASHIR (ABC NEWS);
ANNOUNCER; MARTIN BASHIR (ABC NEWS); MATT NEELY (STOCKING FELLA); CUSTOMER (MALE);
CUSTOMER (FEMALE); CUSTOMER (MALE); MATT NEELY (STOCKING FELLA); NICK WATT (ABC
NEWS); MATT NEELY (STOCKING FELLA); MATT NEELY (STOCKING FELLA); NICK WATT (ABC
NEWS); MATT NEELY (STOCKING FELLA); CUSTOMER (MALE); MATT NEELY (STOCKING FELLA);
CUSTOMER (MALE); MATT NEELY (STOCKING FELLA); NICK WATT (ABC NEWS); NICK WATT (ABC
NEWS); CUSTOMER (MALE); NICK WATT (ABC NEWS); CUSTOMER (MALE); MATT NEELY (STOCKING
FELLA); NICK WATT (ABC NEWS); MATT NEELY (STOCKING FELLA); CUSTOMER (MALE); NICK
WATT (ABC NEWS); NICK WATT (ABC NEWS); CUSTOMER (MALE); NICK WATT (ABC NEWS);
CUSTOMER (MALE); MATT NEELY (STOCKING FELLA); NICK WATT (ABC NEWS); TAMARA DAVIES
(MANAGER; NICK WATT (ABC NEWS); TAMARA DAVIES (MANAGER; NICK WATT (ABC NEWS);
TAMARA DAVIES (MANAGER; CUSTOMER (MALE); TAMARA DAVIES (MANAGER; CUSTOMER (MALE);
NICK WATT (ABC NEWS); TAMARA DAVIES (MANAGER; NICK WATT (ABC NEWS); NICK WATT (ABC
NEWS); TAMARA DAVIES (MANAGER; NICK WATT (ABC NEWS); TAMARA DAVIES (MANAGER; NICK
WATT (ABC NEWS); TAMARA DAVIES (MANAGER; NICK WATT (ABC NEWS); NICK WATT (ABC
NEWS); HUGH GRANT (ACTOR); TAMARA DAVIES (MANAGER; MATT NEELY (STOCKING FELLA);
NICK WATT (ABC NEWS); MATT NEELY (STOCKING FELLA); NICK WATT (ABC NEWS); MARTIN
BASHIR (ABC NEWS); MARTIN BASHIR (ABC NEWS))   (ABC; ABC NEWS; BASHIR; BETHLEHEM;
BIBLE; BRATZ; BRAWL; CHRISTMAS; CHRISTMAS JOURNEY; CHUCK; CONTENT; CONTENT: BARBIE;
CONTENT: CHRISTMAS; CONTENT: LINGERIE; CYNTHIA MCFADDEN TERRY MORAN; DIARY;
DIVISION; DOLLHOUSE; FANTASY; FELLAS; GRAPHICS; GRAPHICS: BRAWL; GRAPHICS:
CHRISTMAS; GRAPHICS: FANTASY; GRAPHICS: SIGN; HUGH; ISAAC; JEWISH; JOSEPH; JOURNEY;
KEN; LUKE; MARTIN BASHIR; MARY GRAPHICS: STOCKING; MATT; MATTEL; NICK; NIGHTLINE;
NIGHTLINE: DECEMBER; PALESTINIAN; SIGN; STOCKING; TAMARA; TERRY MORAN; TOPIC; USA)
(Astronaut Barbie; Barbie; Barbies; BRATZ; BRATZ DOLL WARS; Cynthia McFadden;
Doctor Barbie; Finding; Hey; Isaac; Isaac Larian; JOHN BERMAN; Jordanians; Largely;
Larian; Mary; Matt Neely; MyScene Barbie; Passport; Round; Steve Pfann)

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

EXHIBIT _____

PAGE _____

M 0062159

12/23/06 ABCNIGHTLINE (No Page)                          Page 13


Word Count: 5025
12/23/06 ABCNIGHTLINE (No Page)



END OF DOCUMENT

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

EXHIBIT _____
PAGE _____
M 0062160

# EXHIBIT 62

1 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
2 | John B. Quinn (Bar No. 090378)
johnquinn@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
3 | (michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
4 | (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
5 | Los Angeles, California 90017-2543
Telephone: (213) 443-3000
6 | Facsimile: (213) 443-3100

7 | Attorneys for Mattel, Inc.

8 | UNITED STATES DISTRICT COURT

9 | CENTRAL DISTRICT OF CALIFORNIA

10 | EASTERN DIVISION

11 |

12 | CARTER BRYANT, an individual,       CASE NO. CV 04-9049 SGL (RNBx)
Consolidated with
Plaintiff,                           Case Nos. CV 04-09059 & CV 05-2727

13 | vs.

14 | MATTEL, INC., a Delaware            DECLARATION OF YOON JUNG
corporation,                         KIM AKA SUSAN JUNG KIM

15 |

16 | Defendant.

17 | AND CONSOLIDATED ACTIONS.

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

-1-

DECLARATION OF YOON JUNG KIM

EXHIBIT 102   M 0926823
PAGE 839

## DECLARATION OF YOON JUNG KIM AKA SUSAN KIM

I, Yoon Jung Kim, declare as follows:

1.    I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2.    From December 2003 to August 2008, I was employed by Mattel, Inc. ("Mattel"). When I first started, I joined Mattel as a Category Analyst for Target. Nick Contreras was my boss at the time. Mr. Contreras was employed by Mattel as a Senior Manager at that time. Once I started at Mattel I worked closely with Mr. Contreras, and, to a large extent, viewed him as my mentor. Over the years I was promoted on numerous occasions. I left Mattel last year to enroll in Harvard Business School. When I left, I was employed at Mattel as a Senior Marketing Manager.

3.    In approximately late October 2004, I learned that Mr. Contreras had resigned from Mattel, and was leaving to join MGA Entertainment, Inc. ("MGA"). Shortly thereafter, Mr. Contreras invited me to join him for a lunch meeting. That lunch took place on or around the week of November 1, 2004, about one week after he had resigned from Mattel. We met at the P.F. Chang's at the border of Manhattan Beach and El Segundo, California, off of Rosecrans Boulevard.

4.    During the lunch meeting, Mr. Contreras expressed an interest in having me join him at MGA, and suggested I could dictate the employment terms I desired. I understood that I would get a substantial raise if I were to join MGA.

5.    At this same meeting where he offered me a job at MGA, Mr. Contreras also asked me for my assistance. He told me that he needed some files from Mattel, handed me a thumb drive and asked me to download the files. I do not recall all the files he asked me to download, but I recall they included Mattel's "Target_CBT" folder on the drive shared by the "Target Customer Business Team."

-1-

DECLARATION OF YOON JUNG KIM

EXHIBIT _____

PAGE _____   M 0926824

1   They specifically included the "Target Point of Sale Report" and presentations from

2   the "Target Presentations" folder. In asking me to do this, he claimed to me that it

3   was legal to download these files, and that he just needed them for "formatting."

4        I declare under penalty of perjury under the laws of the United States of

5   America that the foregoing is true and correct.

6        Executed on June 30 , 2009, at New York, New York.

7

8

9                     Yoon Jung Kim aka Susan Kim

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

DECLARATION OF YOON JUNG KIM

EXHIBIT 02
PAGE 841

M 0926825

# EXHIBIT 63

**THIS EXHIBIT IS FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER**

# EXHIBIT 64

**THIS EXHIBIT IS FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER**

# EXHIBIT 65

**THIS EXHIBIT IS FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**

# EXHIBIT 66

**THIS EXHIBIT IS FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER**

# EXHIBIT 67

**THIS EXHIBIT IS FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER**

# EXHIBIT 68

# DAVIS POLK & WARDWELL

1600 EL CAMINO REAL
MENLO PARK, CA 94025
650 752 2000
FAX 650 752 2111

NEW YORK
WASHINGTON, D.C.
LONDON
PARIS
FRANKFURT
MADRID
TOKYO
BEIJING
HONG KONG

NEAL A. POTISCHMAN
650 752 2021
NEAL.POTISCHMAN@DPW.COM

RECEIVED

MAR 1 6 2009

March 13, 2009

**Re:** **Non-Party Subpoena in *Bryant v. Mattel Inc.*, CV 04-09049**

Jon D. Corey, Esq.
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543

Dear Jon:

Per our prior correspondence, enclosed please find a disc containing materials that bear Bates numbers WACHOVIA 001826 through WACHOVIA 011912, which we are providing in response to Mattel's January 12, 2009 subpoena to Wachovia Corporation. The materials include non-privileged documents from the MGA "credit file" (WACHOVIA 001826 through WACHOVIA 002022), from workout officers' desk files (WACHOVIA 002023 through WACHOVIA 005885), from Wachovia's ACBS SyndTrak system (WACHOVIA 005886 through WACHOVIA 008200), and from a closing set of the MGA/OmniNet Capital, LLC transaction (WACHOVIA 008201 through WACHOVIA 011912).

We have designated the documents "CONFIDENTIAL" pursuant to the protective order entered in this case on January 4, 2005.

EXHIBIT 48
PAGE 849

Jon D. Corey, Esq.                    2                    March 13, 2009

Please do not hesitate to let me know if you have any questions.

Very truly yours,

Neal A. Potischman

Enclosure
cc w/ enc:     Robert J. Herrington

By Overnight Courier

EXHIBIT _68_
PAGE _870_

# EXHIBIT 69

1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   John B. Quinn (Bar No. 090378)
2  johnquinn@quinnemanuel.com
   Michael T. Zeller (Bar No. 196417)
3  (michaelzeller@quinnemanuel.com)
   Jon D. Corey (Bar No. 185066)
4  (joncorey@quinnemanuel.com)
   Timothy L. Alger (Bar No. 160303)
5  (timalger@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
6  Los Angeles, California 90017-2543
   Telephone:  (213) 443-3000
7  Facsimile:  (213) 443-3100

8  Attorneys for Mattel, Inc.

9

10                UNITED STATES DISTRICT COURT

11              CENTRAL DISTRICT OF CALIFORNIA

12                    EASTERN DIVISION

| | |
|---|---|
| 13  CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| 14       Plaintiff, | Consolidated with |
| 15       vs. | Case No. CV 04-09059<br>Case No. CV 05-02727 |
| 16  MATTEL, INC., a Delaware corporation, | NOTICE OF DEPOSITION OF SHIRIN SALEMNIA |
| 17       Defendant. | Date:   February 6, 2009 |
| 18  | Time:   9:00 a.m. |
| 19  AND CONSOLIDATED CASES | Place.: Quinn Emanuel Urquhart Oliver & Hedges |
| 20  | 865 S. Figueroa St., 10th Floor Los Angeles, CA 90017 |

21

22

23

24

25

26

27

28

01-07

NOTICE OF DEPOSITION

1    TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2        PLEASE TAKE NOTICE that Mattel, Inc. will take the deposition of

3 Shirin Salemnia on February 6, 2009 beginning at 9:00 a.m., at the offices of Quinn

4 Emanuel Urquhart Oliver & Hedges, LLP, 865 S. Figueroa St., Los Angeles, CA

5 90017.

6        PLEASE TAKE FURTHER NOTICE that the deposition will take

7 place upon oral examination before a duly authorized notary public or other officer

8 authorized to administer oaths at depositions, and will continue from day to day,

9 Sundays, Saturdays and legal holidays excepted, until completed.

10        PLEASE TAKE FURTHER NOTICE that, pursuant to <u>Fed. R. Civ.</u>

11 <u>P.</u> 30(b)(2), the deposition will be videotaped. Mattel also reserves the right to use

12 Livenote or other technology for real-time transcription of the testimony.

13

14 DATED: January 7, 2009       QUINN EMANUEL URQUHART OLIVER &
                                    HEDGES, LLP

15

16                          By_____

17                             Jon D. Corey
                            Attorneys for Mattel, Inc.

18

19

20

21

22

23

24

25

26

27

28

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
 John B. Quinn (Bar No. 090378)
 johnquinn@quinnemanuel.com
 Michael T. Zeller (Bar No. 196417)
 (michaelzeller@quinnemanuel.com)
 Jon D. Corey (Bar No. 185066)
 (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**Proof of Service** |

1                 **PROOF OF SERVICE**

2        I am employed in the County of Los Angeles, State of California.  I am over

3 the age of eighteen years and not a party to the within action; my business address is

4 1301 West 2nd St. #206, Los Angeles, California 90026.

5        On January 7, 2009, I served true copies of the following documents

6 described as:

7                 **SEE LIST ATTACHED**

8 on the parties in this action as follows:

9  Thomas Nolan, Esq.             Mark E. Overland, Esq.
  Jason Russell, Esq.              Alexander H. Cote, Esq.

10 Skadden, Arps, Slate, Meagher & Flom   Overland Borenstein Scheper & Kim
  LLP                              LLP

11 300 South Grand Avenue           300 South Grand Avenue, Suite 2750
  Suite 3400                       Los Angeles, CA 90071-3144

12 Los Angeles, CA 90071

13     [√]  **PERSONAL:**  By personally delivering the document listed above to

14 the person(s) at the address(es) set forth above.

15

16        I declare that I am employed in the office of a member of the bar of this court

17 at whose direction the service was made

18        Executed on January 7, 2009, at Riverside, California.

19

20

21                         Dave Quintana

22

23

24

25

26

27

28

07209/2601262.1

                         -2-                  Case No. CV 04-9049 SGL (RNBx)

1. NOTICE OF DEPOSITION OF SHIRIN SALEMNIA
2. NOTICE OF DEPOSITION OF MARIANA TRUEBA
3. NOTICE OF DEPOSITION OF PABLO VARGAS
4. PROOF OF SERVICE

-4-

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
|---|---|
| Plaintiff, | Consolidated with |
| | Case No. CV 04-09059 |
| vs. | Case No. CV 05-02727 |
| MATTEL, INC., a Delaware corporation, | **Amended Proof of Service** |
| Defendant. | |

07209/2601262.3

-1-

1                          **PROOF OF SERVICE**

2       I am employed in the County of Los Angeles, State of California.  I am over

3 the age of eighteen years and not a party to the within action; my business address is

4 1301 West 2nd St. #206, Los Angeles, California 90026.

5       On January 7, 2009, I served true copies of the following documents

6 described as:

7                          **SEE LIST ATTACHED**

8 on the parties in this action as follows:

9 Thomas Nolan, Esq.                Mark E. Overland, Esq.
    Jason Russell, Esq.                Alexander H. Cote, Esq.
10 Skadden, Arps, Slate, Meagher & Flom     Overland Borenstein Scheper & Kim
    LLP                              LLP
11 300 South Grand Avenue           601 W. 5th St.
    Suite 3400                       12th Floor
12 Los Angeles, CA 90071            Los Angeles, CA 90017

13      [√]   **PERSONAL:** By personally delivering the document listed above to

14 the person(s) at the address(es) set forth above.

15

16       I declare that I am employed in the office of a member of the bar of this court

17 at whose direction the service was made

18       Executed on January 8, 2009, at Riverside, California.

19

20

21                                  Dave Quintana

22

23

24

25

26

27

28

1  1.    NOTICE OF DEPOSITION OF PABLO VARGAS

2  2.    NOTICE OF DEPOSITION OF MARIANA TRUEBA

3

4  3.    NOTICE OF DEPOSITION OF SHIRIN SALEMNIA

5  4.    PROOF OF SERVICE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

07209/2601262.307209/2                  –3–            Case No. CV 04-9049 SGL (RNBx)
01262.1

PROOF OF SERVICE

1

# EXHIBIT 70

## Valerie Lozano

| | |
|---|---|
| **From:** | Dylan Proctor |
| **Sent:** | Thursday, July 30, 2009 9:13 PM |
| **To:** | MGA / Bryant Team |
| **Subject:** | FW: Deposition limits |

B. Dylan Proctor
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Direct: (213) 443-3112
Main Phone: (213) 443-3000
Main Fax:  (213) 443-3100
E-mail:  dylanproctor@quinnemanuel.com
Web:  www.quinnemanuel.com

The information contained in this e-mail message is intended only for the personal and
confidential use of the recipient(s) named above.  This message may be an attorney-client
communication and/or work product and as such is privileged and confidential.  If the
reader of this message is not the intended recipient or agent responsible for delivering
it to the intended recipient, you are hereby notified that you have received this document
in error and that any review, dissemination, distribution, or copying of this message is
strictly prohibited.  If you have received this communication in error, please notify us
immediately by e-mail, and delete the original message.

-----Original Message-----
From: Dylan Proctor
Sent: Thursday, July 30, 2009 9:12 PM
To: Dylan Proctor; 'ahurst@orrick.com'
Subject: RE: Deposition limits

Annette, there are two additional witnesses whose names we inadvertently left off the list
below -- John Woolard and Peter Carson.  Please let me know if you have questions.  Best
regards--

B. Dylan Proctor
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Direct: (213) 443-3112
Main Phone: (213) 443-3000
Main Fax:  (213) 443-3100 '
E-mail:  dylanproctor@quinnemanuel.com
Web:  www.quinnemanuel.com

The information contained in this e-mail message is intended only for the personal and
confidential use of the recipient(s) named above.  This message may be an attorney-client
communication and/or work product and as such is privileged and confidential.  If the
reader of this message is not the intended recipient or agent responsible for delivering
it to the intended recipient, you are hereby notified that you have received this document
in error and that any review, dissemination, distribution, or copying of this message is
strictly prohibited.  If you have received this communication in error, please notify us
immediately by e-mail, and delete the original message.

-----Original Message-----
From: Dylan Proctor
Sent: Wednesday, July 29, 2009 6:29 PM

1

To: 'ahurst@orrick.com'
Subject: Re: Deposition limits

Actually, there is a typo in the below I need to correct -- the motion we'll be filing, if we can't obtain agreement, is a motion for relief from the ten deposition limit.

Dylan Proctor
Quinn Emanuel Urquhart Oliver & Hedges LLP
865 South Figueroa Street, 3rd Floor
Los Angeles, CA    90017

Direct:   (213) 443-3112
Main Phone:   (213) 443-3000
Main Fax:   (213) 443-3100

E-mail:   dylanproctor@quinnemanuel.com
Web:   www.quinnemanuel.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above.  This message may be an attorney-client communication and/or work product and as such is privileged and confidential.  If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited.  If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

----- Original Message -----
From: Dylan Proctor
To: 'ahurst@orrick.com' <ahurst@orrick.com>
Sent: Wed Jul 29 18:25:07 2009
Subject: Deposition limits

Annette,

I write regarding the depositions limits issues we've discussed previously. We've listed below the depositions we are currently aware of that we intend to take.  We are fine not agreeing in advance to a specific number, as you have proposed.  That said, we do need assurances that defendants will not oppose our taking at least the following depositions (not including expert depositions of course) to avoid a motion to exceed the limits.  Please note that this list does not include depositions of witnesses who have already been deposed as to whom Mattel requires additional time, such as Mr. Larian, MGA and MGA Hong Kong.

Please let us know, promptly, if MGA will agree not to rely on the 10 deposition rule to oppose the taking of the following depositions:  Pablo Vargas, Mariana Trueba, Janine Brisbois, Patrick Ma,   Edmond Lee, Neil Kadisha, Benjamin Nazarian, Joseph Moinian, Vision Capital, LLC, David Nazarian, Arsalan Gozini, Elahe Pezeshkifar, Angela Larian, Shirin Makabi, Jahangir Eli Makabi, Fred Mashian, Leon Neman, Tom Allison, Susan Kim, Brian Wing, Leon Farahnik, Lexington Financial Limited, The Bank of Ireland, Cerberus, Silverpoint, IGWT Group, LLC, IGWT 826 Investments, LLC, Wachovia.   If we do not hear back by midday Friday, we'll proceed with a motion to compel. Best regards--

Dylan Proctor
Quinn Emanuel Urquhart Oliver & Hedges LLP
865 South Figueroa Street, 3rd Floor
Los Angeles, CA    90017

Direct:   (213) 443-3112
Main Phone:   (213) 443-3000
Main Fax:   (213) 443-3100

E-mail:   dylanproctor@quinnemanuel.com
Web:   www.quinnemanuel.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above.   This message may be an attorney-client communication and/or work product and as such is privileged and confidential.   If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited.   If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

# EXHIBIT 71

1   QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
      John B. Quinn (Bar No. 90378)
2     (johnquinn@quinnemanuel.com)
      Michael T. Zeller (Bar No. 196417)
3     (michaelzeller@quinnemanuel.com)
      Jon D. Corey (Bar No. 185066)
4     (joncorey@quinnemanuel.com)
      865 South Figueroa Street, 10th Floor
5   Los Angeles, California 90017-2543
      Telephone: (213) 443-3000
6   Facsimile: (213) 443-3100

7   Attorneys for Mattel, Inc.

8                      UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10                         EASTERN DIVISION

11

12   CARTER BRYANT, an individual,        CASE NO. CV 04-09049 SGL (RNBx)

13              Plaintiff,                 Consolidated with Case Nos. CV 04-
                                           9059 and CV 05-2727
14        v.
                                           NOTICE OF DEPOSITION OF PETER
15   MATTEL, INC., a Delaware              CARSON
     Corporation,
16                                         Date:    August 25, 2009
                                           Time:    9:00 a.m.
17              Defendant,                 Place.:  Quinn Emanuel Urquhart Oliver
                                                    & Hedges
18                                                  50 California St., 22nd Floor
                                                    San Francisco, CA 94111
19
                                           **Phase 2:**
20                                         Discovery Cut-off:     Dec. 11, 2009
                                           Pre-trial Conference:  Mar. 1, 2010
21   _____          Trial Date:            Mar. 23, 2010
22   AND CONSOLIDATED CASES

23

24

25

26

27                                         EXHIBIT __71__

28                                         PAGE __882__

1            TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2               PLEASE TAKE NOTICE that Mattel, Inc. will take the deposition of

3 Peter Carson on August 25, 2009 beginning at 9:00 a.m., at the offices of Quinn

4 Emanuel Urquhart Oliver & Hedges, LLP, 50 California St., 22nd Floor, San

5 Francisco, CA 94111.

6               PLEASE TAKE FURTHER NOTICE that the deposition will take

7 place upon oral examination before a duly authorized notary public or other officer

8 authorized to administer oaths at depositions, and will continue from day to day,

9 Sundays, Saturdays and legal holidays excepted, until completed.

10             PLEASE TAKE FURTHER NOTICE that, pursuant to <u>Fed. R. Civ. P.</u>

11 30(b)(2), the deposition will be videotaped. Mattel also reserves the right to use

12 Livenote or other technology for real-time transcription of the testimony.

13

14 DATED: August 3, 2009       QUINN EMANUEL URQUHART OLIVER &
                           HEDGES. LLP

15

16                By <u>/s/ Michael T. Zeller</u>

17                  Michael T. Zeller
                    Attorneys for Mattel. Inc.

18

19

20

21

22

23

24

25

26

27                                EXHIBIT 71

28                                PAGE 883

-2-

# EXHIBIT 72

**THIS EXHIBIT IS FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER**

# EXHIBIT 73

**THIS EXHIBIT IS FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER**