# EXHIBIT H

**From:** Molinski, William [mailto:wmolinski@orrick.com]
**Sent:** Friday, July 17, 2009 2:01 PM
**To:** Scott Watson
 '**c:** Hurst, Annette; Michael T Zeller
**Subject:** RE: Meet & Confer

Scott,

As I mentioned on the call, MGA is truly interested in trying to reach some agreement on these issues that will obviate the need to involve the Court or Discovery Master. As I indicated, which you seemed unaware, the Discovery Master has already addressed the underlying substance of the issue as to what materials regarding payment of fees are privileged and what are not. I would like to meet with you on these issues, but need to know in advance that you have the authority to reach some agreement on these issues. If your agreements are not agreements on behalf of your clients, then I see little point in meeting and conferring.

Further, as I indicated in my email yesterday and reiterated today, this same issue is raised in the motions to compel by Mattel against MGA de Mexico. I need to know that we are truly resolving this issue. So I am prepared to discuss this with you (assuming you have authority to reach agreements) but need to know that (1) it will resolve the same issue vis-a-vis the motion to compel against MGA de Mexico, and (2) Mattel agrees that whatever we agree on this issue will be binding as to similar requests served on Mattel. Please confirm you (and Mattel) agree with this. If so, I think we can have a productive call designed to resolve these issues.

Regards,
Bill



O R R I C K

**BILL A. MOLINSKI**

**ORRICK, HERRINGTON & SUTCLIFFE LLP**
777 SOUTH FIGUEROA STREET
SUITE 3200
LOS ANGELES, CA 90017-5855

t/ 213 612 2250
f/ 213 612 2499