# EXHIBIT J

## Molinski, William

**From:** Molinski, William
**Sent:** Monday, July 20, 2009 1:54 PM
**To:** 'Scott Watson'; Michael T Zeller
**Cc:** Hurst, Annette
**Subject:** Meet and Confer

Scott:

As I indicated last week, any discussion we have on the topic of what documents should be produced regarding the payment of attorneys fees for former employees should also address MGA's requests on that issue. As a result, I request that we include in our discussion today Mattel's responses to MGA's requests nos. 530 and 531. If you are unwilling to do so today, please let me know when we can meet and confer on those responses. What I would like to discuss is whether Mattel has provided or will agree to provide the same categories of documents regarding Mattel's payment of fees on behalf of former employees and other third parties as you are seeking from MGA concerning the payment of fees on behalf of Machado et al.

Bill



ORRICK

**BILL A. MOLINSKI**

**ORRICK, HERRINGTON & SUTCLIFFE LLP**
777 SOUTH FIGUEROA STREET
SUITE 3200
LOS ANGELES, CA 90017-5855

tel 213-612-2256
fax 213-612-2499
mobile 310-502-7580
wmolinski@orrick.com

www.orrick.com