QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
|---|---|
| Plaintiff, | Consolidated with Case Nos. CV 04-09059 & CV 05-2727 |
| vs. | Hon. Stephen G. Larson |
| MATTEL, INC., a Delaware corporation, | MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S NOTICE OF MOTION AND MOTION FOR LEAVE TO TAKE ADDITIONAL DEPOSITIONS; AND CERTAIN EXHIBITS TO THE DECLARATION OF SCOTT L. WATSON IN SUPPORT THEREOF |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | |
| | [[Proposed] Order filed concurrently] |
| | **Phase 2:** Discovery Cut-off: Dec. 11, 2009 Pre-trial Conference: March 1, 2010 Trial Date: March 23, 2010 |

07975/3046733.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2  entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully
3  requests that the Court order filed under seal Mattel, Inc.'s Notice of Motion and
4  Motion For Leave To Take Additional Depositions, and Exhibits 6, 8, 24, 25, 28,
5  31-33, 35-52, 54, 63-67 and 72-73 to the Declaration of Scott L. Watson In Support
6  Thereof.
7  The Motion references materials that the MGA Parties and/or Mattel
8  have designated "Confidential" or "Confidential -- Attorney's Eyes Only" pursuant
9  to the Protective Order. Accordingly, Mattel requests that the Court order that the
10 Motion be filed under seal.

12 DATED: August 11, 2009          QUINN EMANUEL URQUHART OLIVER &
                                   HEDGES, LLP

14                                 By /s/ Michael T. Zeller
15                                    Michael T. Zeller
                                      Attorneys for Mattel, Inc.