1  MELINDA HAAG (State Bar No. 132612)
   mhaag@orrick.com
2  ANNETTE L. HURST (State Bar No. 148738)
   ahurst@orrick.com
3  WARRINGTON S. PARKER III (State Bar No. 148003)
   wparker@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
5  405 Howard Street
   San Francisco, CA  94105-2669
6  Telephone:  +1-415-773-5700
   Facsimile:   +1-415-773-5759
7
   WILLIAM A. MOLINSKI (State Bar No. 145186)
8  wmolinski@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
9  777 South Figueroa Street, Suite 3200
   Los Angeles, CA  90017
10 Telephone:  +1-213-629-2020
   Facsimile:   +1-213-612-2499
11
   Attorneys for MGA Parties
12

13            UNITED STATES DISTRICT COURT

14           CENTRAL DISTRICT OF CALIFORNIA

15               EASTERN DIVISION

| | |
|---|---|
| 16  CARTER BRYANT, an individual, | Case No.  CV 04-9049-SGL (RNBx) |
| 17            Plaintiff, | Consolidated with: CV 04-9059 |
| 18       v. | CV 05-2727 |
| 19  MATTEL, INC., a Delaware corporation, | **DISCOVERY MATTER** |
| 20            Defendant. | **[To Be Heard by Discovery Master Robert C. O'Brien]** |
| 21 | |
| 22  AND CONSOLIDATED ACTIONS | **PROOF OF SERVICE BY HAND DELIVERY** |
| 23 | |
| 24 | |

## PROOF OF SERVICE BY HAND DELIVERY

I, Emmanuel Lomeli, declare I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 350 S. Figueroa Street, Suite 196, Los Angeles, California 90071.

On August 12, 2009, I served the following documents:

**1.      APPENDIX A TO BRIEF IN SUPPORT OF MGA PARTIES' MOTION FOR RECONSIDERATION OF ORDER NO. 42 REGARDING IN CAMERA REVIEW OF DOCUMENTS PROTECTED BY ATTORNEY-CLIENT PRIVILEGE**

**2.      NOTICE OF MANUAL FILING**

**3.      APPLICATION TO FILE UNDER SEAL**

**4.      [PROPOSED] ORDER**

by hand-delivering true and correct copies of those documents to:

**Michael Zeller, Esq.**
**Dylan Proctor, Esq.**
**Jon Corey, Esq.**
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017

Executed on August 12, 2009, at Los Angeles, California.

I declare under penalty of perjury that the foregoing is true and correct.

Emmanuel Lomeli

USA Network, Inc.