1   MELINDA HAAG (State Bar No. 132612)
    mhaag@orrick.com
2   ANNETTE L. HURST (State Bar No. 148738)
    ahurst@orrick.com
3   WARRINGTON S. PARKER III (State Bar No. 148003)
    wparker@orrick.com
4   ORRICK, HERRINGTON & SUTCLIFFE LLP
    The Orrick Building
5   405 Howard Street
    San Francisco, CA 94105
6   Telephone:  +1-415-773-5700
    Facsimile:   +1-415-773-5759
7
    WILLIAM A. MOLINSKI (State Bar No. 145186)
8   wmolinski@orrick.com
    ORRICK, HERRINGTON & SUTCLIFFE LLP
9   777 South Figueroa Street, Suite 3200
    Los Angeles, CA  90017
10  Telephone:  +1-213-629-2020
    Facsimile:   +1-213-612-2499
11
    Attorneys for MGA Parties
12

13              UNITED STATES DISTRICT COURT

14              CENTRAL DISTRICT OF CALIFORNIA

15                    EASTERN DIVISION

| | |
|---|---|
| 16 CARTER BRYANT, an individual | Case No. CV 04-9049 SGL (RNBx) |
| 17         Plaintiff, | Consolidated with: Case No. CV 04-9059 and Case No. CV 05-2727 |
| 18 v. | **DISCOVERY MATTER** |
| 19 MATTEL, INC., a Delaware Corporation | [To Be Heard by Discovery Master Robert O'Brien] |
| 20 | |
| 21         Defendant. | **CERTIFICATE OF SERVICE** |
| 22 AND CONSOLIDATED ACTIONS | Date:       TBD |
| 23 | Time:       TBD<br>Courtroom:  TBD |
| 24 | **Phase 2** |
| 25 | Discovery Cutoff:   December 11, 2009<br>Pretrial Conference: March 1, 2010<br>Trial Date:  March 23, 2010 |

26

27

28

## PROOF OF SERVICE

I, Maria Mercado-Navarro, declare:

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, 777 South Figueroa Street, Suite 3200, Los Angeles, California 90017-5855.

On August 12, 2009, I served the following document:

1. **OPPOSITION TO CROSS-MOTION TO COMPEL AND MOTION FOR LIMITED RECONSIDERATION OF ORDER NO. 11;**

2. **DECLARATION OF WILLIAM A. MOLINSKI IN SUPPORT OF OPPOSITION TO CROSS-MOTION TO COMPEL AND MOTION FOR LIMITED RECONSIDERATION OF ORDER NO. 11;**

3. **MGA ENTERTAINMENT INC.'S SEPARATE STATEMENT IN OPPOSITION TO MATTEL'S CROSS-MOTION TO COMPEL AND FOR LIMITED RECONSIDERATION OF ORDER NO. 11;**

☒ By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐ By depositing a true and correct copy of the document(s) listed above with Fed Ex in Los Angeles, California, enclosed in a sealed envelope.

☒ (by Electronic Mail), I caused such documents to be transmitted by electronic mal to the offices of the addressee.

## SEE ATTACHED SERVICE LIST

I am employed in the county from which the mailing occurred. On the date indicated above, I placed the sealed envelope(s) for collection and mailing at this firm's office business address indicated above. I am readily familiar with this firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the firm's correspondence would be deposited with the United States Postal Service on this same date with postage thereon fully prepaid in the ordinary course of business.

1    I declare under penalty of perjury that the foregoing is true and correct.

2    Executed on August 12, 2009, at Los Angeles, California.

3

4

5                                    *Maria Mercado-Navarro*

6                                    Maria Mercado-Navarro

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# PHASE 2 DISCOVERY SERVICE LIST

1

2   <u>Counsel for Carlos Gustavo Machado Gomez</u>

3   Mark E. Overland, Esq.
    moverland@scheperkim.com

4   Alexander H. Cote, Esq.

5   acote@scheperkim.com
    SCHEPER KIM & OVERLAND LLP

6   601 W. 5th Street, 12th Floor

7   Los Angeles, CA  90017
    Telephone: (213) 613-4655

8   Facsimile:   (213) 613-4656

9

10  <u>Counsel for Limited Intervenor, Omni 808 Investors LLC</u>
    Todd E. Gordinier, Esq.

11  todd.gordinier@bingham.com
    Peter Villar, Esq.

12  peter.villar@bingham.com

13  BINGHAM MCCUTCHEN LLP

14  600 Anton Blvd., 18th Floor
    Costa Mesa, CA  92626

15  Telephone:  (714) 830-0600
    Facsimile:   (714) 830-0700

16

17  <u>Additional Counsel:</u>
    Jason D. Russell, Esq.

18  jason.russell@skadden.com
    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

19  300 South Grand Ave., Suite 3400
    Los Angeles, CA 90071-3144

20  Telephone:  (213) 687-5000
    Facsimile:   (213) 687-5600

21

22

23

24

25

26

27

28

## DECLARATION OF SERVICE

I Emmanuel Lomeli, declare I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is USA Network, Inc., 350 S. Figueroa Street, Suite 196, Los Angeles, California 90071.

On August 12, 2009, I served the following documents:

1.  **OPPOSITION TO CROSS-MOTION TO COMPEL AND MOTION FOR LIMITED RECONSIDERATION OF ORDER NO. 11;**

2.  **DECLARATION OF WILLIAM A. MOLINSKI IN SUPPORT OF OPPOSITION TO CROSS-MOTION TO COMPEL AND MOTION FOR LIMITED RECONSIDERATION OF ORDER NO. 11;**

3.  **MGA ENTERTAINMENT INC.'S SEPARATE STATEMENT IN OPPOSITION TO MATTEL'S CROSS-MOTION TO COMPEL AND FOR LIMITED RECONSIDERATION OF ORDER NO. 11;**

☒ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below:

<u>Counsel for Mattel. Inc.</u>
Michael T. Zeller, Esq.
michaelzeller@quinnemanuel.com
Brett D. Proctor
dylanproctor@quinnemanuel.com
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 12, 2009, at Los Angeles, California.

Emmanuel Lomeli                                    
USA Network, Inc.

# DECLARATION OF SERVICE

I Emmanuel Lomeli, declare I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is USA Network, Inc., 350 S. Figueroa Street, Suite 196, Los Angeles, California 90071.

On August 12, 2009, I served the following documents:

1.   **OPPOSITION TO CROSS-MOTION TO COMPEL AND MOTION FOR LIMITED RECONSIDERATION OF ORDER NO. 11;**

2.   **DECLARATION OF WILLIAM A. MOLINSKI IN SUPPORT OF OPPOSITION TO CROSS-MOTION TO COMPEL AND MOTION FOR LIMITED RECONSIDERATION OF ORDER NO. 11;**

3.   **MGA ENTERTAINMENT INC.'S SEPARATE STATEMENT IN OPPOSITION TO MATTEL'S CROSS-MOTION TO COMPEL AND FOR LIMITED RECONSIDERATION OF ORDER NO. 11;**

☒   by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below:

Robert C. O'Brien, Esq.
Discovery Master
Arent Fox LLP
555 West 5th Street, Suite 4800
Los Angeles, CA  90013

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 12, 2009, at Los Angeles, California.

Emmanuel Lomeli _____         _____
                                        USA Network, Inc.