LODGED

1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
    John B. Quinn (Bar No. 090378)
2   (johnquinn@quinnemanuel.com)
    Michael T. Zeller (Bar No. 196417)
3   (michaelzeller@quinnemanuel.com)
    Jon D. Corey (Bar No. 185066)
4   (joncorey@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
6  Facsimile: (213) 443-3100

7  Attorneys for Mattel, Inc.

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                    EASTERN DIVISION

11 CARTER BRYANT, an individual,          CASE NO. CV 04-9049 SGL (RNBx)
                                          Consolidated with
12              Plaintiff,                Case Nos. CV 04-09059 & CV 05-2727

13      vs.                               Hon. Stephen G. Larson

14 MATTEL, INC., a Delaware               [~~PROPOSED~~] ORDER RE MATTEL,
   corporation,                           INC.'S APPLICATION TO FILE UNDER
15                                        SEAL MATTEL, INC.'S NOTICE OF
                Defendant.                MOTION AND MOTION FOR LEAVE TO
16                                        TAKE ADDITIONAL DEPOSITIONS;
                                          AND CERTAIN EXHIBITS TO THE
17 AND CONSOLIDATED ACTIONS               DECLARATION OF SCOTT L. WATSON
                                          IN SUPPORT THEREOF
18

19                                        **Phase 2:**
                                          Discovery Cut-off:    Dec. 11, 2009
20                                        Pre-trial Conference: March 1, 2010
                                          Trial Date: March 23, 2010
21

22

23

24

25

26

27

28

07975/3046735.1

                                                              [PROPOSED] ORDER

1

2  [~~PROPOSED~~] ORDER

3

4   Based on the concurrently filed Application to File Under Seal Mattel,
5 Inc.'s Notice of Motion and Motion For Leave To Take Additional Depositions, and
6 Exhibits 6, 8, 24, 25, 28, 31-33, 35-52, 54, 63-67 and 72-73 to the Declaration of
7 Scott L. Watson In Support Thereof, and good cause appearing for the entry thereof,
8 IT IS HEREBY ORDERED:

9   Mattel, Inc.'s Notice of Motion and Motion For Leave To Take
10 Additional Depositions, and Exhibits 6, 8, 24, 25, 28, 31-33, 35-52, 54, 63-67 and
11 72-73 to the Declaration of Scott L. Watson In Support Thereof are ORDERED
12 filed under seal pursuant to Local Rule 79-5.1.

13

14 DATED: August 11, 2009  _____
15                         Hon. Stephen G. Larson
                           United States District Judge