QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL FURTHER DEPOSITION OF RONALD BRAWER, AND TO OVERRULE INSTRUCTIONS NOT TO ANSWER; AND EXHIBITS 1, 3-4, 6-9, 23-24, 29-38, 41-42 AND 44 TO THE DECLARATION OF SCOTT L. WATSON IN SUPPORT THEREOF<br><br>**Phase 2**<br>Discovery Cut-off: December 11, 2009<br>Pre-trial Conference: March 1, 2010<br>Trial Date: March 23, 2010 |

07975/3047447.1

[PROPOSED] ORDER

# [~~PROPOSED~~] ORDER

Based on the concurrently filed Application to File Under Seal Mattel, Inc.'s Notice of Motion and Motion to Compel Further Deposition of Ronald Brawer, and To Overrule Instructions Not to Answer; and Exhibits 1, 3-4, 6-9, 23-24, 29-38, 41-42 and 44 to the Declaration Of Scott L. Watson in support thereof,

IT IS HEREBY ORDERED:

Mattel, Inc.'s Notice of Motion and Motion to Compel Further Deposition of Ronald Brawer, and To Overrule Instructions Not to Answer; and Exhibits 1, 3-4, 6-9, 23-24, 29-38, 41-42 and 44 to the Declaration Of Scott L. Watson in support are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: August 11, 2009

_____
Hon. Stephen G. Larson
United States District Judge