MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1-415-773-5700
Facsimile: +1-415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: +1-213-629-2020
Facsimile: +1-213-612-2499

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | Case No. CV 04-9049-SGL (RNBx) |
| Plaintiff, | Consolidated with:<br>CV 04-9059<br>CV 05-2727 |
| v. | |
| MATTEL, INC., a Delaware corporation, | **DISCOVERY MATTER** |
| Defendant. | [To Be Heard by Discovery Master Robert C. O'Brien] |
| AND CONSOLIDATED ACTIONS | **PROOF OF SERVICE BY HAND DELIVERY** |

## PROOF OF SERVICE BY HAND DELIVERY

1. I, Jeffrey Lopez, declare I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 350 S. Figueroa Street, Suite 196, Los Angeles, California 90071.

On August 13, 2009, I served the following documents:

1. **EX PARTE APPLICATION FOR STAY OF ORDER NO. 42 PENDING A FINAL DECISION ADJUDICATING THE PRIVILEGE ISSUES RAISED IN THE ORDER**

2. **AMENDED NOTICE OF MANUAL FILING**

3. **APPLICATION TO FILE UNDER SEAL**

4. **[PROPOSED] ORDER**

by hand-delivering true and correct copies of those documents to:

**Michael Zeller, Esq.**
**Dylan Proctor, Esq.**
**Jon Corey, Esq.**
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017

Executed on August 13, 2009, at Los Angeles, California.

I declare under penalty of perjury that the foregoing is true and correct.

Jeffrey Lopez            *[signature] Jeff Lopez*
                         USA Network, Inc.

OHS West:260710737.1            - 1 -            CV-04-9049 SGL (RNBx)
                                                 PROOF OF SERVICE BY HAND DELIVERY