Robert C. O'Brien (SBN 154372)
ARENT FOX LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065
Telephone: 213.629.7400
Facsimile: 213.629.7401
obrien.robert@arentfox.com

Discovery Master

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>　　　　　Defendant. | Case No. CV 04-09049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-2727<br><br>**PHASE 2 DISCOVERY MATTER**<br><br>**ORDER NO. 47, REGARDING:**<br><br>**(1) NEW HEARING DATE FOR TWO DISCOVERY MATTERS PREVIOUSLY SET FOR HEARING;**<br><br>**(2) A HEARING DATE FOR NEW DISCOVERY MATTER; and**<br><br>**(3) THE UPDATED HEARING SCHEDULE** |
| CONSOLIDATED WITH MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | |

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

ORDER NO. 47
[Case No. CV 04-09049 SGL (RNBx)]

## I. NEW HEARING DATE FOR TWO DISCOVERY MATTERS PREVIOUSLY SET FOR HEARING

Pursuant to the parties' request at yesterday's hearing, the Discovery Master (1) continues the hearing on the Motion to Enforce Prior Court Orders and to Compel Responses to Interrogatory Nos. 68 and 69 and RFPs 75, 85, 105 and 115 of Mattel's 1st Set of Requests for Production filed by Mattel, Inc. from August 27, 2009 to September 3, 2009, and (2) advances the hearing on the Motion to Compel Documents Responsive to Requests for Production Nos. 530 and 531 of MGA's Fifth Set of Requests for Production filed by MGA Entertainment, Inc. from September 10, 2009 to September 3, 2009.

## II. HEARING DATE FOR NEW DISCOVERY MATTER

The Discovery Master also sets Mattel's Cross-Motion to Compel and Motion for Limited Reconsideration of Order No. 11 for hearing on September 3, 2009 at the offices of Arent Fox LLP at 10:00 a.m.[1]

## III. THE UPDATED HEARING SCHEDULE

For the convenience of the parties and to ensure that there is no confusion regarding the hearing schedule, a summary of all motions presently scheduled to be heard by the Discovery Master at the offices of Arent Fox, LLP is set forth below along with the accompanying date and time for each hearing.

**August 19, 2009 at 10:00 a.m.**

1. Motion to Compel Responses from MGAE De Mexico, S.R.L. De C.V. to 1st Set of Requests for Documents and Things (Phase 2) filed by Mattel, Inc. on or about July 15, 2009.

2. Motion to Compel Responses from MGAE De Mexico, S.R.L. De C.V. to 1st, 2nd and 3rd Sets of Requests for Production filed by Mattel, Inc. on or

---

[1] The Discovery Master understands that there are three additional motions that have not yet been fully briefed (i.e., (1) MGA's Motion for Reconsideration of Order No. 42, (2) Mattel's Motion to Compel Further Deposition of Ronald Brawer and to Overrule Instructions Not to Answer, and (3) Mattel's Motion for Leave to Take Additional Depositions) which may or may not require hearing dates to be set in the future.

about July 15, 2009.

3. Motion for Issuance of Letters of Request for Vargas and Trueba filed by Mattel, Inc. on or about July 22, 2009; Request for Amendment of Letters of Request for Vargas and Trueba filed by MGA Entertainment, Inc. on or about July 29, 2009.

**August 27, 2009 at 10:00 a.m.**

1. Motion For Additional Time to Conduct the Deposition of Isaac Larian filed by Mattel, Inc. on or about July 17, 2009; Cross-Motion of the MGA Parties for Protective Order Limiting the Scope of Examination at Further Deposition of Mr. Larian filed on or about July 24, 2009.

2. The Motion to Compel Previously Collected Custodian Information of Produced Documents and to Require Future Collection and Production of Custodial Data filed by the MGA Parties on or about July 24, 2009; Cross-Motion of Mattel, Inc. Regarding the MGA Parties' Motion to Compel Previously Collected Custodian Information of Produced Documents and to Require Future Collection and Production of Custodial Data filed on or about August 3, 2009.

3. Motion to Compel Further Responses to MGA's First Set of Phase 2 Interrogatories and Second Set of Phase 2 Requests for Production filed by MGA Entertainment, Inc. on or about July 24, 2009.

**September 3, 2009 at 10:00 a.m.**

1. Motion to Enforce Prior Court Orders and to Compel Responses to Interrogatory Nos. 68 and 69 and RFPs 75, 85, 105 and 115 of Mattel's 1st Set of Requests for Production filed by Mattel, Inc. on or about July 22, 2009.

2. Motion to Compel Documents Responsive to Requests for Production Nos. 530 and 531 of MGA'S Fifth Set of Requests for Production filed by MGA Entertainment, Inc. on or about July 29, 2009; Cross-Motion to Compel and Motion for Limited Reconsideration of Order No. 11 filed by Mattel, Inc. on or about August 5, 2009.

**September 10, 2009 at 10:00 a.m.**

1. Motion to Compel MGA Entertainment, Inc. and Isaac Larian to Produce Documents Responsive to Mattel's First Sets of Requests for Documents (Phase 2) filed by Mattel, Inc. on or about July 22, 2009.

2. Motion To Enforce Order Compelling The Omni Parties to Produce Documents filed by Mattel, Inc. on or about July 24, 2009.

3. Motion to Compel Further Responses to MGA's First Set of Phase 2 Requests For Production and For Production of Documents filed by MGA Entertainment, Inc. on or about July 31, 2009.

Dated: August 14, 2009

By: /s/ Robert C. O'Brien
ROBERT C. O'BRIEN
Discovery Master

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

- 3 -

ORDER NO. 47
[Case No. CV 04-09049 SGL (RNBx)]