1  Robert C. O'Brien (SBN 154372)
   ARENT FOX LLP
2  555 West Fifth Street, 48th Floor
   Los Angeles, CA  90013-1065
3  Telephone:  213.629.7400
   Facsimile:   213.629.7401
4  obrien.robert@arentfox.com

5  Discovery Master

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                    EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>CONSOLIDATED WITH MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | Case No. CV 04-09049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-2727<br><br>**PHASE 2 DISCOVERY MATTER**<br><br>**ORDER NO. 48, REGARDING:**<br><br>*EX PARTE* **APPLICATION OF MGA ENTERTAINMENT, INC. AND ISAAC LARIAN FOR AN ORDER STAYING THE ENFORCEMENT OF ORDER NO. 42 PENDING A FINAL DECISION ADJUDICATING THE PRIVILEGE ISSUES RAISED IN THE ORDER** |

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

ORDER NO. 48
[Case No. CV 04-09049 SGL (RNBx)]

The Discovery Master, having reviewed (1) the *ex parte* application of MGA Entertainment, Inc. and Isaac Larian (collectively, "MGA Parties") for a stay of Order No. 42 pending a final decision adjudicating the privilege issues raised therein (the "Application"), as well as (2) the Opposition to the Application filed by Mattel, Inc., hereby **ORDERS** as follows:

1. The MGA Parties have no obligation to produce the documents required to be submitted for *in camera* review pursuant to Order No. 42 until their recently filed Motion for Reconsideration is resolved by the Discovery Master.

2. Notwithstanding the foregoing, the MGA Parties shall take all steps necessary to ensure that the documents can be promptly delivered to the Discovery Master for *in camera* review in the event their Motion for Reconsideration is denied.

Dated: August 14, 2009

By: /s/ Robert C. O'Brien
ROBERT C. O'BRIEN
Discovery Master