# Exhibit 1

# Valle & Associates

11911 San Vicente Blvd., Suite 324   Los Angeles, California 90049
Tel 310-476-0300   Fax 310-476-0333   www.valleassociates.com

April 9, 2009

**VIA MESSENGER**

Mr. Jon D. Corey
Quinn, Emanuel, Urquhart, Oliver & Hedges, LLP
865 South Figueroa St., 10th Flr.
Los Angeles, CA 90017

Re:   *Mattel, Inc. v. MGA Entertainment, Inc., et al.*

Dear Jon,

As per the terms of the Joint Stipulation for Extension of Time to Produce Documents, please find enclosed a CD containing the first part of IGWT Group, LLC's and IGWT 826 Investments, LLC's production of documents (bates no. IGWT 00001 – IGWT 13068).

If you have any questions or concerns, please do not hesitate to contact me.

Very truly yours,

Ilan Wisnia

Enclosure (1)

Exhibit 1 - Page 6

# Valle & Associates

11911 San Vicente Blvd., Suite 324   Los Angeles, California 90049
Tel 310-476-0300   Fax 310-476-0333   www.valleassociates.com

April 15, 2009

**VIA MESSENGER**

Mr. Jon D. Corey
Quinn, Emanuel, Urquhart, Oliver & Hedges, LLP
865 South Figueroa St., 10th Flr.
Los Angeles, CA 90017

Re:   *Mattel, Inc. v. MGA Entertainment, Inc., et al.*

Dear Jon,

As per the terms of the Joint Stipulation for Extension of Time to Produce Documents, please find enclosed a CD containing the second part of IGWT Group, LLC's and IGWT 826 Investments, LLC's production of documents (bates no. IGWT 13069 – IGWT 51268).

If you have any questions or concerns, please do not hesitate to contact me.

Very truly yours,

Ilan Wisnia

Enclosure (1)

Exhibit 1 - Page 7

# Valle & Associates

11911 San Vicente Blvd., Suite 324  Los Angeles, California 90049
Tel 310-476-0300  Fax 310-476-0333  www.valleassociates.com

April 17, 2009

**VIA MESSENGER**

Mr. Jon D. Corey
Quinn, Emanuel, Urquhart, Oliver & Hedges, LLP
865 South Figueroa St., 10th Flr.
Los Angeles, CA 90017

Re:  *Mattel, Inc. v. MGA Entertainment, Inc., et al.*

Dear Jon,

As per the terms of the Joint Stipulation for Extension of Time to Produce Documents, please find enclosed an external hard drive containing the third part of IGWT Group, LLC's and IGWT 826 Investments, LLC's production of documents (bates no. IGWT 51629 – IGWT 103033).

If you have any questions or concerns, please do not hesitate to contact me.

Very truly yours,

Ilan Wisnia

Enclosure (1)

Exhibit 1 - Page 8

# Valle & Associates

11911 San Vicente Blvd., Suite 324   Los Angeles, California 90049
Tel 310-476-0300   Fax 310-476-0333   www.valleassociates.com

May 6, 2009

**VIA MESSENGER**

Mr. Michael T. Zeller
Quinn, Emanuel, Urquhart, Oliver & Hedges, LLP
865 South Figueroa St., 10th Flr.
Los Angeles, CA 90017

Re:   *Mattel, Inc. v. MGA Entertainment, Inc., et al.*

Dear Michael,

Enclosed, please find the Privilege Log for the recent production by IGWT Group, LLC and IGWT 826 Investments, LLC. In turn, please be advised that during the process of compiling this log we discovered certain additional documents to have been inadvertently excluded from our prior production. As such, these documents are hereby included in the enclosed CD (bates no. IGWT 103034 – IGWT 103787).

If you have any questions or concerns, please do not hesitate to contact me.

Very truly yours,

Ilan Wisnia

Enclosures (2)

Exhibit 1 - Page 9