# Exhibit 2

## Confidential--Attorney's Eyes Only Filed Under Seal Pursuant to Protective Order

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| PLAINTIFF(S) <br> v. <br> DEFENDANT(S). | CASE NUMBER: <br><br> **NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

    The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**

**Document Description:**

☐    Administrative Record

☐    Exhibits

☐    Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☐    Other

**Reason:**

☐    Under Seal

☐    Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐    Electronic versions are not available to filer

☐    Per Court order dated _____

☐    Manual Filing required (*reason*):

_____        _____
Date                                                               Attorney Name

                                                                                     _____
                                                                                     Party Represented

Note:    File one Notice in each case, each time you manually file document(s).

G-92 (03/09)                                        **NOTICE OF MANUAL FILING**