1  MELINDA HAAG (State Bar No. 132612)
   mhaag@orrick.com
2  ANNETTE L. HURST (State Bar No. 148738)
   ahurst@orrick.com
3  WARRINGTON S. PARKER III (State Bar No. 148003)
   wparker@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
5  405 Howard Street
   San Francisco, CA  94105-2669
6  Telephone:  +1-415-773-5700
   Facsimile:   +1-415-773-5759
7
   WILLIAM A. MOLINSKI (State Bar No. 145186)
8  wmolinski@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
9  777 South Figueroa Street, Suite 3200
   Los Angeles, CA  90017
10 Telephone:  +1-213-629-2020
   Facsimile:   +1-213-612-2499
11
   Attorneys for MGA Parties
12

13            UNITED STATES DISTRICT COURT
14            CENTRAL DISTRICT OF CALIFORNIA
15                    EASTERN DIVISION
16

| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS. | Case No. CV 04-9049 SGL (RNBx)<br><br>Consolidated with:<br>CV 04-9059<br>CV 05-2727<br><br>**DECLARATION OF YAS RAOUF IN SUPPORT OF MGA PARTIES' OPPOSITION TO MATTEL'S MOTION TO MODIFY SCHEDULING ORDER**<br><br>Date:        August 31, 2009<br>Time:       10:00 A.M.<br>Courtroom: 1<br>Judge:      Stephen G. Larson |
|---|---|

1  I, Yas Raouf, declare as follows:

2  1. I am a member of the Bar of the State of California and admitted to practice before this Court, and an associate with the law firm of Orrick, Herrington & Sutcliffe LLP, counsel to MGA Entertainment, Inc., MGA Entertainment HK, Ltd., MGAE De Mexico, S.R.L. De C.V., and Isaac Larian (collectively, the "MGA Parties"). I make this declaration in support of the MGA Parties' Opposition to Mattel's Motion to Modify Scheduling Order. I have personal knowledge of the facts set forth in this Declaration unless otherwise expressly stated, in which case it is on information and belief. If called as a witness, I could and would testify competently to such facts under oath.

2. On information and belief, the parties conducted 172 depositions in this matter prior to the September 2, 2008 stay of discovery for Phase 2. Deponents in 39 of these depositions were expert witness; the 135 remaining deponents were lay witnesses.

3. On February 4, 2008, the Court stayed Phase 2 discovery in this action. Up through that date, Mattel conducted fact witness depositions comprising seventy volumes in this case. Based upon my review of the transcripts, curing the period of the stay and prior to the time that it was lifted in early 2009, Mattel also conducted (pursuant to a Court order authorizing the depositions) the depositions of Jorge Castilla on October 22, 2008, and Carlos Gustavo Machado Gomez on October 14, 2008. Both were directly relevant to Phase 2 issues.

4. The transcript indicates that Mattel deposed Susana Kuemmerle on January 28, 2008.

5. Based upon my review of transcripts produced by court reporters for depositions taken in this action, Mattel's questions of the following people in the following volumes of their testimony included testimony relevant to Mattel's Phase 2 Counterclaims as indicated. (This is not a complete summary of the entire contents of all issues discussed in the depositions.)

| Deponent | Deposition Date | Phase 2 matters |
|---|---|---|
| Nana Ashong | 01/28/08 | Misappropriation of trade secrets ("Misappropriation") |
| Schuyler Bacon | 09/27/07 | Misappropriation; RICO; conspiracy |
| Matt Bousquette | 05/17/08 | Misappropriation; RICO & Conspiracy |
| Ronald Brawer | 02/05/08 | Conversion, RICO; Conspiracy |
| Kerri Brode | 08/15/07 | RICO |
| Ana Cabrera | 05/08/08 | RICO; Conspiracy |
| Jorge Castilla | 10/22/08 | Conversion; Misappropriation; RICO; Conspiracy |
| Nick Contreras | 01/28/08 | Conversion; RICO; Unfair Competition |
| Paula Garcia | 05/24/07 | RICO; Conspiracy; Unfair Competition |
| Paula Garcia | 05/25/07 | Conversion; RICO; Conspiracy; Unfair Competition |
| Kami Bryant-Gillmore | 05/08/08 | RICO; Conspiracy |
| Gustavo Gomez | 10/14/08 | Conversion; Misappropriation; RICO; Conspiracy; Unfair Competition |
| Daphne Gronich | 05/02/08 | Misappropriation; RICO; Conspiracy |
| Rachel Harris | 02/26/08 | RICO; Conspiracy |
| Samir Khare | 09/20/07 | Conversion; RICO; Conspiracy; Unfair Competition |
| Samir Khare | 01/23/08 | Conversion; RICO; Conspiracy; Unfair Competition |
| Samir Khare | 05/14/08 | RICO; Conspiracy |
| Mitchell Kamarck | 01/28/08 | RICO; Conspiracy |
| Fred Kawashima | 06/19/07 | Conversion; Unfair Competition |
| Susana Kuemmerle | 01/28/08 | Conversion; RICO; Conspiracy; Unfair Competition |
| Isaac Larian | 07/18/06 | RICO; Conspiracy; Unfair Competition |
| Farhad Larian | 05/06/08 | RICO; Conspiracy |
| David Laughton | 06/11/08 | RICO |
| Kenneth Lockhart | 06/14/07 | RICO |
| Peter Marlow | 05/02/08 | RICO; Conspiracy; Unfair Competition |

| Peter Marlow | 06/16/08 | RICO; Conspiracy; Unfair Competition |
|---|---|---|
| Veronica Marlow | 12/28/07 | RICO; Conspiracy; Unfair Competition |
| Beatriz Morales | 04/29/08 | Misappropriation; RICO; Conspiracy; Unfair Competition |
| David Rosenbaum | 01/25/08 | RICO |
| Joe Tiongco | 05/09/08 | RICO |
| Lisa Tonnu | 07/19/07 | RICO |
| Lisa Tonnu | 09/24/07 | RICO |
| Lisa Tonnu | 09/25/07 | RICO |
| Lisa Tonnu | 01/17/08 | RICO |
| Lisa Tonnu | 01/24/08 | RICO |
| Anne Wang | 01/28/08 | RICO |

6. I have worked with our technical litigation support personnel to determine the number of distinct bates numbered pages found in the production databases maintained by MGA for its files in this case. I instructed them to provide me with an accurate count of the numbers of distinctly numbered pages produced by all parties that are maintained in such databases. Based upon the information provided by them to me, I am informed and believe and thereupon state that MGA has produced 4,105,479 distinctly numbered pages to date; Mattel has produced 936,340. Third parties have produced 158,593 pages, which may include some duplicates. The total number of production pages, then, is 5,200,412.

7.    Based upon my review of the discovery pleadings served in the case and the review of my colleagues for purposes of summarizing discovery pleadings served in the case, Mattel has propounded at least 119 interrogatories, 3104 requests for production, and 4754 requests for admission.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 17th day of August, 2009, at San Francisco, California.

                                            */s/ Yas Raouf*
                                            Yas Raouf