1   Robert C. O'Brien (SBN 154372)
    ARENT FOX LLP
2   555 West Fifth Street, 48th Floor
    Los Angeles, CA  90013-1065
3   Telephone:   213.629.7400
    Facsimile:   213.629.7401
4   obrien.robert@arentfox.com

5   Discovery Master

6

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                   EASTERN DIVISION

11

12   CARTER BRYANT, an individual,          Case No.  CV 04-09049 SGL (RNBx)

13              Plaintiff,
                                            Consolidated with
14        v.                                Case No. CV 04-09059
                                            Case No. CV 05-2727
15   MATTEL, INC., a Delaware
     corporation,                           **PHASE 2 DISCOVERY MATTER**

16              Defendant.                   **ORDER NO. 49, REGARDING:**

17                                             **TAKING OFF CALENDAR THE
                                               MOTIONS SCHEDULED FOR
18                                             HEARING ON AUGUST 19, 2009**

19

20
     CONSOLIDATED WITH
21   MATTEL, INC. v. BRYANT and
     MGA ENTERTAINMENT, INC. v.
22   MATTEL, INC.

23

24

25

26

27

28

The Discovery Master, having considered the papers filed in support of and in opposition to the (1) Motion to Compel Responses from MGAE De Mexico, S.R.L. De C.V. to 1st Set of Requests for Documents and Things (Phase 2) filed by Mattel, Inc. on or about July 15, 2009, (2) Motion to Compel Responses from MGAE De Mexico, S.R.L. De C.V. to 1st, 2nd and 3rd Sets of Requests for Production filed by Mattel, Inc. on or about July 15, 2009, (3) Motion for Issuance of Letters of Request for Vargas and Trueba filed by Mattel, Inc. on or about July 22, 2009, and (4) Request for Amendment of Letters of Request for Vargas and Trueba filed by MGA Entertainment, Inc. on or about July 29, 2009 (collectively, the "Motions"), and having determined that oral argument is not necessary to resolve the Motions, hereby **ORDERS** that *all* Motions set for hearing on August 19, 2009 are taken off calendar.  A ruling on the Motions will be issued promptly.

Dated:      August 17, 2009

By: _/s/ Robert C. O'Brien_
ROBERT C. O'BRIEN
Discovery Master