1  MELINDA HAAG (State Bar No. 132612)
   mhaag@orrick.com
2  ANNETTE L. HURST (State Bar No. 148738)
   ahurst@orrick.com
3  WARRINGTON S. PARKER III (State Bar No. 148003)
   wparker@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
5  405 Howard Street
   San Francisco, CA 94105
6  Telephone: +1-415-773-5700
   Facsimile: +1-415-773-5759
7
   WILLIAM A. MOLINSKI (State Bar No. 145186)
8  wmolinski@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
9  777 South Figueroa Street, Suite 3200
   Los Angeles, CA 90017
10 Telephone: +1-213-629-2020
   Facsimile: +1-213-612-2499
11
   Attorneys for MGA Parties
12

13                 UNITED STATES DISTRICT COURT

14                CENTRAL DISTRICT OF CALIFORNIA

15                       EASTERN DIVISION

16 | CARTER BRYANT, an individual, | Case No. CV 04-9049 SGL (RNBx)
17 |            Plaintiff,          | Consolidated with: Case No. CV 04-9059 and Case No. CV 05-2727
18 | v.                             | **DISCOVERY MATTER**
19 | MATTEL, INC., a Delaware       | [To Be Heard By Discovery Master Robert C. O'Brien]
20 | Corporation,                   |
21 |            Defendant.          | **SUPPLEMENTAL DECLARATION OF WILLIAM A. MOLINSKI IN RESPONSE TO MOTION FOR ISSUANCE OF LETTERS OF REQUEST FOR VARGAS AND TRUEBA AND REQUEST FOR AMENDMENT OF LETTERS**
22 |                                |
23 | AND CONSOLIDATED ACTIONS       |
24 |                                | Date:  TBD
25 |                                | Time:  TBD
                                      Place: Arent Fox LLP
26
27                                   **Phase 2**
                                      Discovery Cutoff: December 11, 2009
28                                    Pretrial Conference: March 1, 2010
                                      Trial Date: March 23, 2010

1    I, William A. Molinski, declare as follows:

2    1.     I am an attorney at the law firm of Orrick, Herrington & Sutcliffe LLP, attorneys of record for Plaintiff and Counter-Defendant MGA Entertainment, Inc. and Counter-Defendants MGA Entertainment HK, Ltd., MGAE de Mexico S.R.L. de C.V., and Isaac Larian ("MGA Parties").  Based on this representation, I am familiar with the events, pleadings, and discovery in this action and, if called upon as a witness, I could and would testify competently to the matters stated herein of my own personal knowledge.  I make this supplemental declaration in response to Mattel's motion for issuance of letters of request for Vargas and Trueba.

2.     On July 29, 2009, MGA filed a Non-Opposition to Mattel's Motion for the Issuance of Letters of Request for Vargas and Trueba And Request For Amendment Of Letters.  In that Non-Opposition, MGA indicated that it did not oppose the depositions of Vargas and Trueba, but did object to the one-sided Letters of Request that Mattel sought to have issued by the Court.

3.     Mattel responded objecting to MGA's response for, *inter alia*, failing to attach a form of Letters of Request that would include a more balanced approach to the Requests.

4.     Attached hereto as **Exhibit A** is a Proposed Letter of Request that contains a more balanced description of the procedural background and includes topics that would include the claims asserted by MGA against Mattel, for, *inter alia*, unfair competition and trade dress infringement.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1  I declare under penalty of perjury under the laws of the United States
2  that the foregoing is true and correct, and that this declaration was executed this
3  17th day of August, 2009, at Los Angeles, California.

_____
William A. Molinski