QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>  Plaintiff,<br><br>  vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>  Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>DISCOVERY MATTER<br><br>[To Be Heard By Discovery Master Robert C. O'Brien Pursuant To Order of January 6, 2009]<br><br>**[PUBLIC REDACTED]<br>SUPPLEMENTAL DECLARATION OF SCOTT L. WATSON IN SUPPORT OF MATTEL, INC.'S CROSS-MOTION TO COMPEL AND MOTION FOR LIMITED RECONSIDERATION OF ORDER NO. 11**<br><br>Hearing Date:   Sep. 3, 2009<br>Time:                 10:00 a.m.<br>Place:                Arent Fox LLP<br><br>**Phase 2:**<br>Discovery Cut-off:      Dec. 11, 2009<br>Pre-trial Conference:   Mar. 1, 2010<br>Trial Date:                 Mar. 23, 2010 |

# DECLARATION OF SCOTT L. WATSON

I, Scott L. Watson, declare as follows:

1. I am a member of the bar of the State of California and a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel").  I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Attached as Exhibit 1 is a true and correct copy of a letter I sent to Thomas Nolan and Jason Russell, dated January 28, 2009.

3. I met and conferred with defendants' counsel regarding Interrogatory No. 67, among others, on February 6, 2009.  Attached as Exhibit 2 is a true and correct copy of a confirming letter I sent to Amman Khan, dated February 6, 2009.  I met and conferred with defendants' counsel again on February 9, 2009.

4. Attached as Exhibit 3 is a true and correct copy of excerpts of Mattel, Inc.'s Separate Statement in Support of Its Motion to Compel Responses to Interrogatories and Production of Documents by MGA Entertainment, Inc. and Isaac Larian, dated February 10, 2009.

5. Attached as Exhibit 4 is a true and correct copy of the Discovery Master's Phase 2 Discovery Matter Order No. 6, dated March 13, 2009.

6. Attached as Exhibit 5 is a true and correct copy of the Discovery Master's Order Granting Mattel's Motion to Compel Production of Documents, dated January 25, 2007.

7. Attached as Exhibit 6 is a true and correct copy of the Discovery Master's Order Granting Mattel's Motion to Compel Production of Documents and Interrogatory Responses by MGA, dated May 15, 2007.

8. Attached as Exhibit 7 is a true and correct copy of the Court's Order dated July 2, 2007.

1  I declare under penalty of perjury under the laws of the United States of
2  America that the foregoing is true and correct.
3  Executed on August 17, 2009, at Los Angeles, California.
4
5  /s/ Scott L. Watson
   Scott L. Watson
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

07975/3057560.1

-2-
WATSON DECL. ISO MATTEL'S RESPONSE AND CROSS-MOTION FOR LIMITED RECONSIDERATION