MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:   +1-415-773-5700
Facsimile:   +1-415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA  90017
Telephone:   +1-213-629-2020
Facsimile:   +1-213-612-2499

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | Case No.  CV 04-9049-SGL (RNBx) |
| Plaintiff, | |
| v. | **PROOF OF SERVICE BY MAIL TO COUNSEL** |
| MATTEL, INC., a Delaware corporation, | |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | |

OHS West:260702471.1

PROOF OF SERVICE

## PROOF OF SERVICE BY MAIL

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, The Orrick Building, 405 Howard Street, San Francisco, California 94105-2669. On August 17, 2009, I served the following document(s):

**MGA PARTIES' OPPOSITION TO MATTEL'S MOTION TO MODIFY SCHEDULING ORDER**

**DECLARATION OF ANNETTE L. HURST IN SUPPORT OF MGA PARTIES' OPPOSITION TO MATTEL'S MOTION TO MODIFY SCHEDULING ORDER**

**DECLARATION OF YAS RAOUF IN SUPPORT OF MGA PARTIES' OPPOSITION TO MATTEL'S MOTION TO MODIFY SCHEDULING ORDER**

**NOTICE OF MANUAL FILING**

**APPLICATION TO FILE UNDER SEAL**

**[PROPOSED] ORDER**

on the interested parties in this action by placing true and correct copies thereof in sealed envelope(s) addressed as follows:

> Jason Russell
> Skadden Arps Slate Meagher & Flom LLP
> 300 South Grand Avenue, Suite 3400
> Los Angeles, CA 90071

> Todd Gordinier
> Peter Villar
> Bingham McCutchen LLP
> 600 Anton Boulevard, 18th Floor
> Costa Mesa, CA 92626

> Mark Overland
> Alexander Cote
> Scheper Kim & Overland LLP
> One Bunker Hill
> 601 West Fifth Street, 12th Floor
> Los Angeles, CA 90071

OHS West:260702471.1                         1                         PROOF OF SERVICE

1  Patrick A. Fraioli, Jr.
2  Ervin Cohen & Jessup LLP
3  9401 Wilshire Boulevard, Ninth Floor
   Beverly Hills, CA 90212-2974

4        I am employed in the county from which the mailing occurred. On the
5  date indicated above, I placed the sealed envelope(s) for collection and mailing at
6  this firm's office business address indicated above. I am readily familiar with this
7  firm's practice for the collection and processing of correspondence for mailing with
8  the United States Postal Service. Under that practice, the firm's correspondence
9  would be deposited with the United States Postal Service on this same date with
10 postage thereon fully prepaid in the ordinary course of business.

11       I declare under penalty of perjury that the foregoing is true and correct.
12       Executed on August 17, 2009, at San Francisco, California.

                                */s/ Rica Rivera*
                                     Rica Rivera