QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>MATTEL, INC.'S *EX PARTE* APPLICATION TO SET HEARING DATE; AND<br><br>MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF<br><br>[Declaration of Scott B. Kidman and [Proposed] Order filed concurrently herewith]<br><br>Hearing Date:  TBD<br>Time:              TBD<br>Place:             TBD<br><br>**Phase 2**<br>Discovery Cut-off:  December 11, 2009<br>Pre-trial Conference:  March 1, 2010<br>Trial Date:  March 23, 2010 |

EX PARTE APPLICATION TO SET HEARING DATE

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Pursuant to Local Rule 7-19, Mattel, Inc. ("Mattel") respectfully submits this *ex parte* application in connection with its concurrently filed Motion for Leave to File Fourth Amended Answer and Counterclaims (the "Motion") for an order setting the hearing on the Motion for a date that comports with the Court's September 11, 2009 deadline for amending the pleadings related to Phase 2.

Mattel makes this application on the grounds that, in its Order dated May 21, 2009, the Court set September 11, 2009 as the deadline for amending pleadings related to Phase 2. However, it is unclear from the Court's Order whether September 11, 2009 is the deadline for filing the motion for leave to amend or the deadline by which the motion for leave must be heard. Mattel is filing its motion today, on August 17, 2009, more than 21 days before September 11, 2009. However, the next available hearing date on the Court's calendar that provides the standard 21-days' notice is September 21, 2009. To avoid any dispute, Mattel seeks to have the Motion heard as soon as practicable after September 7, 2009 but in any event by a date that comports with the September 11, 2009 deadline for amending pleadings related to Phase 2, to the extent the Motion must be heard by that date.

Pursuant to Local Rule 7-19, Mattel gave notice of this *ex parte* application to counsel for the MGA parties, William A. Molinski, Orrick, Herrington & Sutcliffe LLP, 777 South Figueroa Street, Suite 3200, Los Angeles, CA 90017, and Jason Russell, Skadden, Arps, Slate, Meagher & Flom LLP, 300 South Grand Avenue, Suite 3400, Los Angeles, CA 90071, and counsel for Carlos Gustavo Machado Gomez, Mark Overland and Alexander Cote, Scheper Kim and Overland LLP, 601 West Fifth Street, 12th Floor, Los Angeles, CA 90071.[1] The MGA parties' counsel has informed Mattel that they oppose this *ex parte*

---

[1] See Declaration of Scott B. Kidman ("Kidman Dec."), dated August 17, 2009 and filed concurrently herewith, ¶¶ 3-5, Exhs. 2 and 3.

application.[2]  Mr. Machado's counsel has not indicated whether they intends to oppose this *ex parte* application.[3]

This application is based on this Application and the accompanying memorandum of points and authorities, the concurrently filed Declaration of Scott B. Kidman, Mattel's concurrently filed Motion for Leave to File Fourth Amended Answer and Counterclaims and the memorandum of points and authorities and declarations in support thereof, the concurrently lodged Proposed Fourth Amended Answer and Counterclaims, the pleadings and other papers on file in this action, and all other matters of which the Court may take judicial notice.

DATED:  August 17, 2009           QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

                                  By /s/ Michael T. Zeller
                                      Michael T. Zeller
                                      Attorneys for Mattel, Inc.

---

[2] Id. at ¶ 6.
[3] Id. at ¶ 7.

## MEMORANDUM OF POINTS AND AUTHORITIES

In its Order dated May 21, 2009, the Court set September 11, 2009 as the deadline for amending pleadings related to Phase 2.[4] However, it is unclear from the Court's Order whether September 11, 2009 is the deadline for filing the motion for leave to amend or the deadline by which the motion for leave must be heard. Mattel is filing the Motion today, on August 17, 2009, more than 21 days before September 11, 2009. However, the next available hearing date on the Court's calendar that provides the standard 21-days' notice is September 21, 2009. To avoid any subsequent dispute, Mattel respectfully requests that the Court set the hearing on the Motion for the earliest practicable date after September 7, 2009 that comports with the September 11, 2009 deadline for amending the pleadings related to Phase 2, to the extent a hearing prior to that date is required (Mattel has no objection to a September 21, 2009 hearing date should that satisfy the Court's deadline). Because Mattel is not asking that the Motion be heard on less than the standard 21-days' notice, the MGA parties will not be prejudiced by the relief sought, as they will still have the full amount of time contemplated by Local Rule 7-9 to oppose Mattel's Motion.

DATED: August 17, 2009

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Michael T. Zeller
Michael T. Zeller
Attorneys for Mattel, Inc.

---

[4] May 21, 2009 Order at 4, Kidman Dec., Exh. 1.