QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>**[PROPOSED] ORDER RE MATTEL, INC.'S *EX PARTE* APPLICATION TO SET HEARING DATE**<br><br>Hearing Date: TBD<br>Time: TBD<br>Place: TBD<br><br>**Phase 2**<br>Discovery Cut-Off: December 11, 2009<br>Pre-Trial Conference: March 1, 2010<br>Trial Date: March 23, 2010 |

07975/3058276.1

**[Proposed] Order**

Having considered Mattel, Inc.'s concurrently filed e*x parte* application to set a hearing date on Mattel's Motion for Leave to File Fourth Amended Answer and Counterclaim, and good cause having been shown, IT IS HEREBY ORDERED that:

The hearing on Mattel's Motion for Leave to File Fourth Amended Answer and Counterclaims is set for _____, 2009 at _____ _.m. in Courtroom 1.

DATED: _____, 2009

_____
Hon. Stephen G. Larson