QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>   Plaintiff,<br><br> vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>   Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059 and<br>Case No. CV 05-02727<br><br>[PUBLIC REDACTED] DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MOTION OF MATTEL, INC. FOR LEAVE TO FILE FOURTH AMENDED ANSWER AND COUNTERCLAIMS<br><br>Hearing Date:  September 21, 2009<br>Time:  10:00 a.m.<br>Place:  Courtroom 1<br><br>**Phase 2**<br>Discovery Cut-off:  December 11, 2009<br>Pre-trial Conference:  March 1, 2010<br>Trial Date:  March 23, 2010 |

07975/3058223.1

# DECLARATION OF B. DYLAN PROCTOR

I, B. Dylan Proctor, declare as follows:

1. I am a member of the bar of the State of California, admitted to practice in the Central District of California and elsewhere, and a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). Except where otherwise indicated, I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of Mattel's Inc.'s Complaint in Case No. 04-9059 SGL (RNBx), dated April 27, 2004.

3. Attached hereto as Exhibit 2 is a true and correct copy of the Stipulation Permitting MGA Entertainment to Intervene in Case No. 04-9059, dated December 3, 2004.

4. Attached hereto as Exhibit 3 is a true and correct copy of MGA Entertainment Inc.'s Complaint in Case No. CV 05-2727, dated April 13, 2005.

5. Attached hereto as Exhibit 4 is a true and correct copy of the Order Consolidating Case Nos. CV 04-9049, CV 9059 and CV 05-2727, dated June 19, 2006.

6. Attached hereto as Exhibit 5 is a true and correct copy of the Order Regarding Mattel's Motion for Leave to Amend, dated January 11, 2007.

7. Attached hereto as Exhibit 6 is a true and correct copy of the February 12, 2007 hearing transcript.

8. Attached hereto as Exhibit 7 is a true and correct copy of the Final Verdict Form as Given, dated July 17, 2008.

9. Attached hereto as Exhibit 8 is a true and correct copy of the Phase B Jury Instructions as Given, dated August 20, 2008.

10. Attached hereto as Exhibit 9 is a true and correct copy of the Phase B Verdict Form as Given, dated August 26, 2008.

11.     Attached hereto as Exhibit 10 is a true and correct copy of the December 3, 2008 Order.

12.     Attached hereto as Exhibit 11 is a true and correct copy of the January 7, 2009 Order.

13.     Attached hereto as Exhibit 12 is a true and correct copy of the MGA Parties' *Ex Parte* Application and Motion for Stay Pending Appeal, dated December 9, 2008.

14.     Attached hereto as Exhibit 13 is a true and correct copy of the MGA Parties' Ninth Circuit Emergency Motion For Stay Pending Appeal, dated December 19, 2008.

15.     Attached hereto as Exhibit 14 is a true and correct copy of the MGA Parties' *Ex Parte* Application and Motion for Stay Pending Appeal, dated May 8, 2008.

16.     Attached hereto as Exhibit 15 is a true and correct copy of the Declaration of Brian Wing In Support of the MGA Parties' Request for a Stay, dated December 11, 2008.

17.     Attached hereto as Exhibit 16 is a true and correct copy of the Declaration of John Woolard in Support of the MGA Parties Request for Further Stay, dated May 7, 2009.

18.     Attached hereto as Exhibit 17 is a true and correct copy of Mattel's Opposition to MGA's *Ex Parte* Application for Stay Pending Appeal, dated December 23, 2008.

19.     Attached hereto as Exhibit 18 is a true and correct copy of Mattel, Inc.'s Opposition to Appellant's Emergency Motion for Stay Pending Appeal, dated December 26, 2008.

20.     Attached hereto as Exhibit 19 is a true and correct copy of Mattel, Inc.'s Opposition to MGA Parties' *Ex Parte* Application and Motion for Stay Pending Appeal, dated May 14, 2009.

21. Attached hereto as Exhibit 20 is a true and correct copy of the Order Granting Motion for Leave to File a Third Amended Answer and Counterclaim, dated May 21, 2009.

22. Attached hereto as Exhibit 21 is a true and correct copy of Mattel, Inc.'s Third Amended Answer and Counterclaims, dated May 22, 2009.

23. Attached hereto as Exhibit 22 is a true and correct copy of a letter from Jason D. Russell to Michael T. Zeller, dated May 26, 2009.

24. Attached hereto as Exhibit 23 is a true and correct copy of a document called MGA's 2009 Price List, as produced by MGA.

25. Attached hereto as Exhibit 24 is a true and correct copy of MGA's Reply In Support of Their Emergency Motion For Stay Pending Appeal, dated June 4, 2009.

26. Attached hereto as Exhibit 25 is a true and correct copy of the Supplemental Declaration of Michael T. Zeller In Support of Mattel's Objections and Responses to Submission of Letter from Sears Holdings, dated June 8, 2009.

27. Attached hereto as Exhibit 26 is a true and correct copy of a document called MGA's Spring 2007 Price List, as produced by MGA.

28. Attached hereto as Exhibit 27 is a true and correct copy of a document called MGA's Fall 2007 Price List, as produced by MGA.

29. Attached hereto as Exhibit 28 is a true and correct copy of MGA's Spring 2008 Price List, as produced by MGA.

30. Attached hereto as Exhibit 29 is a true and correct copy of a document called MGA's 2009 Profit and Loss Forecast, as produced by MGA.

31. Attached hereto as Exhibit 30 is a true and correct copy of an email from Andrea Masingale to Firaza Rasheed and Mark Pacis, dated February 11, 2009, Bates numbered IGWT93137-39, as produced by IGWT.

32. Attached hereto as Exhibit 31 is a true and correct copy of the Phase 2 Discovery Master Order No. 3, dated March 10, 2009.

33. Attached hereto as Exhibit 32 is a true and correct copy of the Phase 2 Discovery Master Order No. 21, dated April 23, 2009.

34. Attached hereto as Exhibit 33 is a true and correct copy of the Phase 2 Discovery Master Order No. 27, dated May 6, 2009.

35. Attached hereto as Exhibit 34 is a true and correct copy of a document called Omni 808 Investors, LLC's Summary Use of Funds, as produced by IGWT.

36. Attached hereto as Exhibit 35 is a true and correct copy of a document called Operating Agreement of IGWT 826 Investments, LLC, as produced by IGWT.

37. Attached hereto as Exhibit 36 is a true and correct copy of an e-mail correspondence between I. Larian, N. Kadisha and J. Moinian, dated July 25, 2008, Bates numbers OMNI0007355, as produced by Omni 808.

38. Attached hereto as Exhibit 37 is a true and correct copy of an e-mail correspondence between I. Larian, N. Kadisha, A. Stern and B. Wing, dated February 13, 2009, Bates numbered OMNI0002515, as produced by Omni 808.

39. Attached hereto as Exhibit 38 is a true and correct copy of Omni 808's *Ex Parte* Application For Leave to Intervene, dated February 3, 2009.

40. Attached hereto as Exhibit 39 is a true and correct copy of the April 27, 2009 Order.

41. Attached hereto as Exhibit 40 is a true and correct copy of Mattel, Inc.'s Motion for Leave to File Third Amended Answer and Counterclaim, dated April 8, 2009.

42. Attached hereto as Exhibit 41 is a true and correct copy of the Phase 2 Discovery Master Order No. 11, dated March 30, 2009.

43. Attached hereto as Exhibit 42 is a true and correct copy of a document called IGWT Group's Registration Information, as shown on the Secretary of State's website.

44. Attached hereto as Exhibit 43 is a true and correct copy of a document called IGWT 826 Investments, LLC's Registration Information, as shown on the Secretary of State's website.

45. Attached hereto as Exhibit 44 is a true and correct copy of a document called Omni 808 Investors, LLC's Certificate of Status and Articles of Organization, as indicated by the Secretary of State information.

46. Attached hereto as Exhibit 45 is a true and correct copy of the Phase 2 Discovery Master Order No. 33, dated May 18, 2009.

47. Attached hereto as Exhibit 46 is a true and correct copy of the Phase 2 Discovery Master Order No. 43, dated July 30, 2009.

48. Attached hereto as Exhibit 47 is a true and correct copy of Mattel, Inc.'s Corrected *Ex Parte* Application for Disclosure of MGA 2009 Product Line Information in Advance of May 18, 2009 Hearing on MGA's *Ex Parte* Application for Stay, dated May 11, 2009.

49. Attached hereto as Exhibit 48 is a true and correct copy of an excerpt of Mattel's Inc.'s First Supplemental Objections and Responses to Interrogatory Nos. 20-23 and 28 In MGA's Second Set of Interrogatories at Second Supplemental Response To Interrogatory No. 22, dated at July 31, 2009.

50. Attached hereto as Exhibit 49 is a true and correct copy of MGA's Opposition to Mattel's Motion for Leave to File TAAC, dated April 27, 2009.

51. Attached hereto as Exhibit 50 is a true and correct copy of excerpts from the hearing transcript, dated May 18, 2009.

52. Attached hereto as Exhibit 51 is a true and correct copy of the MGA Parties' Corrections to the Opposition to Mattel, Inc.'s *Ex Parte* Application for Appointment of a Receiver or for Alternative Relief, dated December 31, 2008.

53. Attached hereto as Exhibit 52 is a true and correct copy of excerpts from the hearing transcript, dated February 11, 2009.

54. Attached hereto as Exhibit 53 is a true and correct copy of excerpts from the hearing transcript, dated March 4, 2009.

55. Attached hereto as Exhibit 54 is a true and correct copy of Mattel, Inc.'s First Set of Requests for Documents and Things to Isaac Larian (Phase 2), dated January 7, 2009.

56. Attached hereto as Exhibit 55 is a true and correct copy of Mattel, Inc.'s First Set of Requests for Documents and Things to MGA Entertainment, Inc. (Phase 2), dated January 7, 2009.

57. Attached hereto as Exhibit 56 is a true and correct copy of excerpts of Mattel's Responses to Requests for Documents and Things to MGA Entertainment, Inc. (Phase 2), dated February 6, 2009.

58. Attached hereto as Exhibit 57 is a true and correct copy of Mattel, Inc.'s Motion to Compel MGA Entertainment, Inc. and Isaac Larian to Produce Documents Responsive to Mattel's First Set of Requests for Documents (Phase 2), dated July 22, 2009.

59. Attached hereto as Exhibit 58 is a true and correct copy of a redline version of the proposed Fourth Amended Answer and Counterclaims.

//
//
//
//
//
//
//
//
//
//
//

60. Prior to April 9, 2009, the IWGT entities nor Omni 808 had produced any documents. The IGWT entities first produced on April 9, 2009 with subsequent productions on April 15, 2009, April 17, 2009 and May 6 2009. Omni 808's first production was on April 28, 2009, with subsequent productions on May 22, 2009 and June 30, 2009.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration was executed on August 17, 2009 at Los Angeles, California.

/s/ B. Dylan Proctor
B. Dylan Proctor