EXHIBIT A

# EMPLOYEE CONFIDENTIAL INFORMATION AND INVENTIONS AGREEMENT

I acknowledge that Mattel, Inc. (the "Company") operates in a competitive environment and that it enhances its opportunities to succeed by establishing certain policies, including those included in this Agreement. This Agreement is designed to make clear that: (i) I will maintain the confidentiality of the Company's trade secrets; (ii) I will use those trade secrets for the exclusive benefit of the Company; (iii) inventions that I create will be owned by the Company; (iv) my prior and continuing activities separate from the Company will not conflict with the Company's development of its proprietary rights; and (v) when and if my employment with the Company terminates I will not use my prior position with the Company to the detriment of the Company. In consideration of my employment with the Company and other good and valuable consideration, I agree that:

**1. Provisions Related to Trade Secrets**

(a) I acknowledge that the Company possesses and will continue to develop and acquire valuable Proprietary Information (as defined below), including information that I may develop or discover as a result of my employment with the Company. The value of that Proprietary Information depends on it remaining confidential. The Company depends on me to maintain that confidentiality, and I accept that position of trust.

(b) As used in the Agreement, "Proprietary Information" means any information (including formula, pattern, compilation, device, method, technique or process) that derives independent economic value, actual or potential, from not being generally known to the public or to other persons who can obtain economic value from its disclosure or use, and includes information on the Company, its customers, suppliers, joint ventures, licensors, licensees, distributors and other persons and entities with whom the Company does business.

(c) I will not disclose or use at any time either during or after my employment with the Company, any Proprietary Information except for the exclusive benefit of the Company as required by my duties for the Company, or as the Company expressly may consent to in writing. I will cooperate with the Company and use my best efforts to prevent the unauthorized disclosure, use or reproduction of all Proprietary Information.

(d) Upon leaving employment with the Company for any reason, I immediately will deliver to the Company all tangible, written, graphical, machine readable and other materials (including all copies) in my possession or under my control containing or disclosing Proprietary Information.

**2. Ownership of Inventions**

(a) I agree to communicate to the Company as promptly and fully as practicable all inventions (as defined below) conceived or reduced to practice by me (alone or jointly by others) at any time during my employment by the Company. I hereby assign to the Company and/or its nominees all my right, title and interest in such inventions, and all my right, title and interest in any patents, copyrights, patent applications or copyright applications based thereon. I will assist the Company and/or its nominees (without charge but at no expense to me) at any time in every proper way to obtain for its and/or their own benefit, patents and copyrights for all such inventions anywhere in the world and to enforce its and/or their rights in legal proceedings.

(b) As used in this Agreement, the term "Inventions" includes, but is not limited to, all discoveries, improvements, processes, developments, designs, know-how, data computer programs and formulae, whether patentable or unpatentable.

(c) Any provision in this agreement requiring me to assign my rights in any invention does not apply to an invention which qualifies under the provision of Section 2870 of the California Labor Code. That section provides that the requirement to assign "shall not apply to an invention that the employee developed entirely on his or her own time without using the employer's equipment, supplies, facilities or trade secret information except for those inventions that either (1) relate at the time of conception or reduction to practice of the invention to the employer's business, or actual or demonstrably anticipated research or development of the employer; or (2) result from any work performed by the employee for the employer." I understand that I bear the burden of proving that an invention qualifies under Section 2870.

(d) I hereby irrevocably designate and appoint the Company and each of its duly authorized officers and agents as my agent and attorney-in-fact to act for and in my behalf and stead to execute and file any document and to do all other lawfully permitted acts to further the prosecution, issuance and enforcement of patents, copyrights and other proprietary rights with the same force and effect as if executed and delivered by me.

**3. Conflicts with Other Activities**

(a) My employment with the Company requires my undivided attention and effort. Therefore, during my employment with the Company, I will fully comply with the Company's Conflict of Interest Policy, as it may be amended from time to time. I shall not, without the Company's express written consent, engage in any employment or business other than for the Company, or invest in or assist (in any manner) any business competitive with the business or future business plans of the Company.

**4. Miscellaneous**

(a) My obligations under this Agreement may not be modified or terminated, in whole or in part, except in writing signed by a Vice-President of the Company. Any waiver by the Company of a breach on any provision of this Agreement will not operate or be construed as a waiver of any subsequent breach.

(b) Each provision of this Agreement will be treated as a separate and independent clause, and the unenforceability of any one provision will in no way impair the enforceability of any other provision. If any provision is held to be unenforceable, such provision will be construed by the appropriate judicial body by limiting or reducing it to the minimum extent necessary to make it legally enforceable.

(c) My obligation under this Agreement will survive the termination of my employment, regardless of the manner of such termination. This Agreement will inure to the benefit of and be binding upon the successors and assigns of the the Company.

(d) I understand that the provisions of this Agreement are a material condition to my employment with the Company. I also understand that this Agreement is not an employment contract, and nothing in this Agreement creates any right to my continuous employment by the Company, or to my employment for any particular term.

(e) Any breach of this Agreement likely will cause irreparable harm to the Company for which money damages could not reasonably or adequately compensate the Company. Accordingly, I agree that the Company will be entitled to injunctive relief to enforce this Agreement, in addition to damages and other available remedies.

(f) This agreement will be governed by and interpreted in accordance with the laws of the State of California.

(g) This Agreement contains the complete agreement between the Company and me concerning the subject matter hereof and supersedes all other agreements and understandings. This Agreement may be executed in counterparts. This Agreement will be deemed effective as of the start of Employee's employment with the Company.

**CAUTION: THIS AGREEMENT CREATES IMPORTANT OBLIGATIONS OF TRUST AND AFFECTS THE EMPLOYEE'S RIGHTS TO INVENTIONS THE EMPLOYEE MAY MAKE DURING HIS OR HER EMPLOYMENT.**

Carter H. Bryant
Employee Signature

CARTER H. BRYANT
Employee Name (print)

01/04/99
Date

MATTEL, INC.
By: Teresa Newcomb
Signature

TERESA NEWCOMB
Name of Witness (print)

EXHIBIT B

# CONFLICT OF INTEREST QUESTIONNAIRE

MATTEL

BRYANT, CARTER H. — PROJECT DESIGNER

Name (Last, First, M.I.) — Job Title — Department

Instructions: The purpose of this questionnaire is to confirm the propriety of relations between our key employees and our suppliers and competitors. Please read the definitions below and Mattel's policies concerning Conflicts of Interest. Then answer the questions by checking the correct answer. Base your answers on personal knowledge. There is no need to make inquiries or seek additional information since lack of knowledge of a situation indicates that there is no conflict of interest. Your answers to questions 1 through 8 should cover the past twelve months and the term "you" should include members of your immediate family.

Mattel Supplier is interpreted broadly for purposes of this questionnaire. A Mattel supplier is any person, partnership, trust, corporation, or other enterprise which during the past twelve months has done business or currently contemplates doing business with Mattel or any Mattel subsidiary.

Mattel Competitor is interpreted broadly for purposes of this questionnaire. A Mattel competitor is any person, partnership, trust, corporation, or other enterprise which has done business or contemplates doing business in any field that is in competition with Mattel or any Mattel subsidiary.

Interest means direct or indirect ownership of any stock, bond, option or right to purchase any security, share in profits, investment, partnership interest or other profit participation or equity interest whatsoever. Interest also means any agreement to perform services for or consult with or to deliver materials to or to receive compensation of any kind from any supplier or competitor. You may disregard mutual investment trusts and publicly-owned corporations whose securities are traded publicly, in which you own not more than $25,000 in market value, but not to exceed 10% of an individual's net worth.

Recipient of any commission, etc., means receipt of anything of value, in cash or in kind, over $60 on any one occasion or over $300 total during the past twelve months.

○ YES ● NO 1. Have you owned, directly or indirectly, any interest in a Mattel supplier?

○ YES ● NO 2. Have you owned, directly or indirectly, and interest in a Mattel competitor?

○ YES ● NO 3. Have you been the recipient of any commission, fee, loan, trip, gift, benefit or anything else of value that is derived in any way from a Mattel supplier?

● YES ○ NO 4. Have you been the recipient of any commission, fee, loan, trip, gift, benefit or anything else of value that is derived in any way from a Mattel competitor?

● YES ○ NO 5. Have you or any relative of yours by blood or marriage been a director, officer, consultant, agent, employee, or representative of or acted for any Mattel competitor in any capacity?

○ YES ● NO 6. Have you or any relative of yours by blood or marriage been a director, officer, consultant, agent, employee, or representative of or acted for any Mattel supplier in any capacity?

○ YES ● NO 7. Have you engaged in any activity including the acquisition or ownership of any interest, for personal profit, not expressly within the scope of the foregoing with respect to any supplier or competitor?

○ YES ● NO 8. Excepting normal everyday transactions (purchase of toys, etc.) have you engaged in any business venture or transaction involving a Mattel supplier or competitor or engaged in any activity which could be objectively construed as being a conflict of interest or allegiance?

○ YES ● NO 9. Are you aware of any activity of any employee which you believe could be construed as a potential conflict of interest with Mattel?

If your answer to any of the above questions is "yes," please explain in the space below:

4, 5; freelance design & artwork in 1998, from appx. 5/98 - 11/98 for the Ashton-Drake galleries.

I certify that I have read Mattel's policies concerning Conflict of Interest and the answers to the above questions are true. I understand that failure to answer this questionnaire fully and truthfully constitutes grounds for immediate termination of my employment. I agree not to divulge any company information to unauthorized recipients. I also agree to notify my superior immediately of any changes in my situation that would cause me to answer any of the above questions differently. I further certify that, to the best of my knowledge, neither I nor any member of my immediate family is or has been engaged in any capacity which creates a Conflict of Interest.

Signature: Carter H. Bryant — Date: 01/04/98

EXHIBIT C

**EXHIBIT C**

**TABLE OF COMMUNICATIONS**

| Number | Date | Type of Communication | Bates Reference |
|---|---|---|---|
| 1 | 8/2000 | Phone calls from Carter Bryant to Veronica Marlow on 8/24, 8/24, 8/24, 8/24 and 8/29 (Ph. No. 818-517-0640). | M 0001808 - M 0001810 |
| 2 | 10/26/2000 - 11/8/2000 | Phone calls from Carter Bryant to Hong Kong on 10/26 (Phone No. 852 23120101). | BRYANT 01294 - BRYANT 01296 |
| 3 | 10/23/2000 - 11/21/2000 | Phone calls from Carter Bryant to Hong Kong on 10/26, 11/12 and 11/15 (Ph. Nos. 852 29268008 and 852 27215215). | BRYANT 01297 - BRYANT 01299 |
| 4 | 1/22/01-2/21/01 | Phone calls from Carter Bryant to Hong Kong on 2/18, 2/18 and 2/18 (Ph. No. 852 29268008). | BRYANT 01300-BRYANT 01303 |
| 5 | 9/12/2000 - 9/13/2000 | Email from Victoria O'Connor to Isaac Larian; Email from Isaac Larian to Victoria O'Connor | MGA 0064571 |
| 6 | 9/14/2000 | Facsimile transmission from Carter Bryant to David Rosenbaum (attorney for MGA) | MGA007337 - MGA007340 |
| 7 | 9/17/2000 | Facsimile transmission from Carter Bryant to Kinuyo Shichijyo | BRYANT 01200 - BRYANT 01201 |
| 8 | 9/19/2000 | Email from David Rosenbaum to Carter Bryant, Victoria O'Connor and Isaac Larian | MGA001355 |
| 9 | 9/27/2000 | Email from Paula Treantafelles to Franki Tsang et al. | MGA000422 |
| 10 | 10/3/2000 - 10/4/2000 | Email from Mercedeh Ward to Isaac Larian; Email from Isaac Larian to Victoria O'Connor and Michele Thompson | MGA 0064572 |
| 11 | 10/4/2000 | Emails from David Rosenbaum to Anne Wang (attorney for Carter Bryant) and Victoria O'Connor | MGA001318-27, MGA001329 |
| 12 | 10/5/2000 | Email from Carter Bryant to Isaac Larian; Email from Isaac Larian to Carter Bryant et al. | MGA000423 |
| 13 | 10/5/2000 | Email from Isaac Larian to Carter Bryant et al. | MGA 0064575 |

EXHIBIT C
PAGE 113

| Number | Date | Type of Communication | Bates Reference |
|---|---|---|---|
| 14 | 10/16/2000 - 10/17/2000 | Email from Paula Treantafelles to Cecilia Kwok et al.; Email from Judy Rich to Isaac Larian et al.; Email from Mercedeh Ward to Judy Rich et al.; Email from Isaac Larian to Mercedeh Ward et al. | MGA 0009131R-MGA 0009132R |
| 15 | 10/17/2000 | Email from Paula Treantafelles to Isaac Larian et al.; Email from Isaac Larian to Paula Treantafelles et al. | MGA 0009128R |
| 16 | 10/17/2000 - 10/23/2000 | Email from Paula Treantafelles to Cecilia Kwok et al.; Email from Cecilia Kwok to Paula Treantafelles et al.; Email from Mercedeh Ward to Cecilia Kwok et al.; Email from Samuel Wong to Mercedeh Ward et al.; Emails from Paula Treantafelles to Samuel Wong et al.; Email from Samuel Wong to Paula Treantafelles et al.; Emails from Carter Bryant to Paula Treantafelles; Email from Paula Treantafelles to Carter Bryant | MGA 0052031 - MGA 0052036 |
| 17 | 10/18/2000 | Email from Mercedeh Ward to Franki Tsang et al.; Email from Samuel Wong to Mercedeh Ward et al. | MGA000425 - MGA000426 |
| 18 | 10/20/2000 | Email from Kerri Legg to Steve Linker and Liz Hogan et al. | MGA0008032 - MGA0008034 |
| 19 | 10/23/2000 - 10/26/2000 | Email from Isaac Larian to Mercedeh Ward and Paula Treantafelles; Email from Mercedeh Ward to Isaac Larian and Paula Treantafelles; Email from Isaac Larian to Franki Tsang et al. | MGA 0065335 |
| 20 | 10/24/2000 | Email from Carter Bryant to Kinuyo Shichijyo; Email from Carter Bryant to Paula Treantafelles | MGA000427 - MGA000428 |
| 21 | 10/24/2000 - 10/25/2000 | Email from Carter Bryant to Kinuyo Shichijyo; Email from Carter Bryant to Paula Treantafelles; Email from Paula Treantafelles to Carter Bryant et al. | MGA005053 B - MGA005055 B |
| 22 | 10/25/2000 | Fed Ex shipment of Bratz sculpting from Mercedeh Ward to Samuel Wong and Paula Treantafelles et al. | MGA000015-MGA000017 |
| 23 | 10/25/2000 - 10/26/2000 | Emails from Cecilia Kwok to Paula Treantafelles et al.; Email from Paula Treantafelles to Cecilia Kwok et al. | MGA000542 - MGA000544 |

| Number | Date | Type of Communication | Bates Reference |
|---|---|---|---|
| 24 | 10/25/2000 - 10/27/2000 | Email from Ben Ton to Mercedeh Ward; Email from Mercedeh Ward to Samuel Wong and Paula Treantafelles et al.; Emails from Paula Treantafelles to Mercedeh Ward et al.; Emails from Cecilia Kwok to Paula Treantafelles et al.; Email from Mercedeh Ward to Cecilia Kwok et al.; Email from Carter Bryant to Cecilia Kwok et al.; Email from Mercedeh Ward to Carter Bryant et al. | MGA000015-MGA000017 |
| 25 | 10/25/2000 - 11/2/2000 | Emails from Cecilia Kwok to Paula Treantafelles et al.: Emails from Paula Treantafelles to Cecilia Kwok et al.: Email from Isaac Larian to Paula Treantafelles et al.: Email from Paula Treantafelles to Isaac Larian et al.: Email from Isaac Larian to Paula Treantafelles et al. | MGA 0046799 - MGA 0046802 |
| 26 | 10/26/2000 | Email from Cecilia Kwok to Mercedeh Ward et al. | MGA 006396 - MGA 006397 |
| 27 | 10/26/2000 | Email from Mercedeh Ward to Samuel Wong and Paula Treantafelles et al. | MGA000012 - MGA000013 |
| 28 | 10/26/2000 | Facsimile transmission from Carter Bryant to Cecilia Kwok | BRYANT 00219 |
| 29 | On or about 10/26/2000 | Fed Ex shipment containing Bratz sculpting from Mercedeh Ward to Samuel Wong and Paula Treantafelles et al. | MGA000012 - MGA000013 |
| 30 | 10/26/2000 - 10/27/2000 | Email from Isaac Larian to Colleen O'Higgins et al.; Email from Paul Warner to Isaac Larian et al.; Email from Colleen O'Higgins to Paul Warner et al.; Email from Paul Warner to Colleen O'Higgins et al.; Email from Isaac Larian to Paul Warner et al. | MGA 0009121R - MGA 0009123R |
| 31 | 10/27/2000 | Email from Kerri Legg to Paula Treantafelles and Carter Bryant et al.: Email from Carter Bryant to Kerri Legg et al. | MGA 0046672 |
| 32 | 10/30/2000 | Email from Cecilia Kwok to Paula Treantafelles et al.: Email from Mercedeh Ward to Cecilia Kwok et al.: Email from Paula Treantafelles to Mercedeh Ward | MGA000019-MGA000021 |
| 33 | 10/30/2000 - 11/2/2000 | Email from Cecilia Kwok to Paula Treantafelles et al.: Email from Mercedeh Ward to Cecilia Kwok et al.; Emails from Samuel Wong to Mercedeh Ward et al.: Email from Mercedeh Ward to Samuel Wong et al.; | MGA000037 - MGA000042 |

| Number | Date | Type of Communication | Bates Reference |
|---|---|---|---|
| | | Email from Victor Lee to Mercedeh Ward et al.; Email from Mercedeh Ward to Victor Lee et al. | |
| 34 | 11/1/2000 | Email from Paula Treantafelles to Jimmy Cheng et al. | MGA 0053419 - MGA 0053420 |
| 35 | 11/2/2000 - 11/6/2000 | Emails from Victor Lee to Mercedeh Ward and Paula Treantafelles et al.; Emails from Mercedeh Ward to Victor Lee and Paula Treantafelles et al. | MGA000043 - MGA000045 |
| 36 | 11/3/2000 - 11/4/2000 | Email from Carter Bryant to Paula Treantafelles; Email from Paula Treantafelles to Isaac Larian and Carter Bryant et al.; Email from Isaac Larian to Carter Bryant and Paula Treantafelles et al. | MGA000047 |
| 37 | 11/6/2000 - 12/1/2000 | Emails from Samuel Wong to Paula Treantafelles et al.; Emails from Paula Treantafelles to Samuel Wong et al.; Email from Franki Tsang to Paula Treantafelles et al. | MGA000071 - MGA000074 |
| 38 | 11/8/2000 | Email from Carter Bryant to Paula Treantafelles | MGA000046 |
| 39 | 11/8/2000 | Email from Carter Bryant to Paula Treantafelles | MGA 0046656 |
| 40 | 11/9/2000 | Email from Isaac Larian to All in Sales Global and All in Marketing | MGA 0052683 - MGA 0052684 |
| 41 | 11/10/2000 | Email from Mercedeh Ward to Cecilia Kwok et al. | MGA 0046660 |
| 42 | 11/11/2000 - 11/13/2000 | Email from Judy Rich to Cecilia Kwok and Mercedeh Ward; Email from Cecilia Kwok to Judy Rich and Mercedeh Ward | MGA000049 |
| 43 | 11/15/2000 | Email from Cecilia Kwok to Paula Treantafelles et al. | MGA 0046875 - MGA 0046882 |
| 44 | 11/21/2000 | Email from Paula Treantafelles to Mercedeh Ward et al. | MGA0004611 B - MGA0004616 B |
| 45 | 11/21/2000 | Email from Paula Treantafelles to Samuel Wong et al.; Email from Franki Tsang to Paula Treantafelles et al.; Email from Cecilia Kwok to Paula Treantafelles et al. | MGA 0046580 - MGA 0046599 |
| 46 | 11/26/2000 | Email from Stephen Lee to Isaac Larian; | MGA004251 |

| Number | Date | Type of Communication | Bates Reference |
|---|---|---|---|
| | | Email from Isaac Larian to Paula Treantafelles et al. | |
| 47 | 11/28/2000 - 11/30/2000 | Email from Paul Warner to Isaac Larian; Email from Isaac Larian to Paul Warner et al.; Emails from Eric Yip to Isaac Larian et al; Emails from Isaac Larian to Eric Yip et al. | MGA 0009205 - MGA 0009208 |
| 48 | 12/1/2000 | Email from Carter Bryant to Paula Treantafelles | MGA000075 |
| 49 | 12/1/2000 | Email from Carter Bryant to Paula Treantafelles | MGA000076 |
| 50 | 12/8/2000 | Email from Mercedeh Ward to Cecilia Kwok and Samuel Wong | MGA 0046463 - MGA 0046467 |
| 51 | 12/9/2000 - 12/13/2000 | Email from Isaac Larian to Stephen Lee et al.; Emails from Samuel Wong to Isaac Larian et al.; Emails from Isaac Larian to Samuel Wong et al. | MGA 0009351 - MGA 0009353 |
| 52 | 12/10/2000 - 12/20/2000 | Email from Mercedeh Ward to Sarah Halpern; Email from Mercedeh Ward to Samuel Wong et al. | MGA000147 - MGA000149 |
| 53 | 12/12/2000 | Fed Ex shipment containing patterns, swatch cards and fabric for Bratz from MGA Los Angeles to Samuel Wong and Cecilia Kwok | MGA000131 - MGA000132 |
| 54 | 12/13/2000 - 12/20/2000 | Email from Wendy Reed to Samuel Wong et al.; Email from Cecilia Kwok to Wendy Reed et al.; Emails from Mercedeh Ward to Cecilia Kwok et al.; Email from Cecilia Kwok to Mercedeh Ward et al. | MGA000131 - MGA000132 |
| 55 | 12/15/2000 | Email from Samuel Wong to Mercedeh Ward and Paula Treantafelles et al.; Email from Paula Treantafelles to Samuel Wong and Mercedeh Ward et al. | MGA000091 - MGA000092 |
| 56 | 12/15/2000 - 12/18/2000 | Emails from Samuel Wong to Mercedeh Ward and Paula Treantafelles et al.; Email from Samuel Wong to Judy Rich et al.; Emails from Judy Rich to Samuel Wong et al.; Email from Mercedeh Ward to Samuel Wong et al. | MGA000097 - MGA000104 |
| 57 | 12/15/2000 - 12/26/2000 | Email from Franki Tsang to All in Marketing & PD (LA) and All in Product Development (HK) et al.; Email from Isaac Larian to Franki Tsang et al.; Email from Paula Treantafelles | MGA000212 - MGA000217 |

| Number | Date | Type of Communication | Bates Reference |
|---|---|---|---|
| | | to Isaac Larian et al.; Email from Mercedeh Ward to Paula Treantafelles and Isaac Larian et al.; Email from Cecilia Kwok to Mercedeh Ward and Paula Treantafelles et al.; Emails from Franki Tsang to Mercedeh Ward and Paula Treantafelles et al.; Email from Mercedeh Ward to Franki Tsang and Paula Treantafelles et al.; Emails from Paula Treantafelles to Franki Tsang and Mercedeh Ward et al.; Email from Sarah Chui to Paula Treantafelles et al. | |
| 58 | On or about 12/16/2000 | Package of fabric swatches sent from MGA Los Angeles to MGA Hong Kong | MGA000113 - MGA000122 |
| 59 | 12/19/2000 | Email from Cecilia Kwok to Mercedeh Ward and Judy Rich et al. | MGA000113 - MGA000122 |
| 60 | 12/19/2000 - 12/20/2000 | Emails from Cecilia Kwok to Mercedeh Ward et al.; Email from Mercedeh Ward to Cecilia Kwok et al.; Email from Samuel Wong to Mercedeh Ward et al. | MGA000124 - MGA000125 |
| 61 | 12/19/2000 - 12/21/2000 | Email from Carter Bryant to Mercedeh Ward et al.; Email from Mercedeh Ward to Samuel Wong et al.; Emails from Cecilia Kwok to Mercedeh Ward et al.; Email from Judy Rich to Cecilia Kwok et al.; Email from Mercedeh Ward to Cecilia Kwok et al. | MGA000530 B - MGA000531 B |
| 62 | 12/20/2000 | Emails from Paula Treantafelles to Jimmy Cheng et al. | MGA000140 B - MGA000141 B |
| 63 | On or about 12/20/2000 | Package of tooling aids and samples sent from MGA Los Angeles to MGA Hong Kong | MGA000124 - MGA000125 |
| 64 | 12/21/2000 - 12/22/2000 | Email from Cecilia Kwok to Mercedeh Ward et al.; Email from Samuel Wong to Mercedeh Ward et al.; Email from Mercedeh Ward to Samuel Wong et al. | MGA000190 |
| 65 | 12/21/2000 - 12/27/2000 | Emails from Cecilia Kwok to Mercedeh Ward et al.; Email from Paula Treantafelles to Cecilia Kwok and Mercedeh Ward et al. | MGA000253 |
| 66 | 12/22/2000 | Email from Franki Tsang to Mercedeh Ward and Paula Treantafelles et al.; Email from Isaac Larian to Franki Tsang, Mercedeh Ward and Paula Treantafelles et al. | MGA000524 B - MGA000528 B |
| 67 | 12/22/2000 | Email from Samuel Wong to Judy Rich, Mercedeh Ward, Paula Treantafelles and | MGA000197 - MGA000199 |

| Number | Date | Type of Communication | Bates Reference |
|---|---|---|---|
| | | Isaac Larian et al.; Email from Paula Treantafelles to Samuel Wong et al. | |
| 68 | On or about 12/23/2000 | Package containing Bratz working sample sent from MGA Hong Kong to MGA Los Angeles per instructions from MGA Los Angeles | MGA000091 - MGA000092 |
| 69 | 12/26/2000 | Email from Cater Bryant to Paula Treantafelles and Victoria O'Connor | MGA000202 |
| 70 | 12/26/2000 | Email from Mercedeh Ward to Samuel Wong et al. | MGA000211 |
| 71 | 12/26/2000 | Email from Paula Treantafelles to Carter Bryant and Mercedeh Ward | MGA000219 |
| 72 | 12/27/2000 | Email from Carter Bryant to Mercedeh Ward | MGA000248 |
| 73 | 12/27/2000 | Email from Cecilia Kwok to Paula Treantafelles and Mercedeh Ward et al.; Email from Mercedeh Ward to Cecilia Kwok and Paula Treantafelles et al. | MGA000249 - MGA000250 |
| 74 | 12/27/2000 | Email from Carter Bryant to Paula Treantafelles | MGA000255 |
| 75 | 12/27/2000 | Email from Cecilia Kwok to Paula Treantafelles and Mercedeh Ward et al.; Email from Mercedeh Ward to Cecilia Kwok and Paula Treantafelles et al. | MGA000482 B |
| 76 | 12/27/2000 | Emails from Mercedeh Ward to Samuel Wong et al.; Email from Samuel Wong to Mercedeh Ward et al. | MGA000234 - MGA000236 |
| 77 | 12/27/2000 | Email from Paula Treantafelles to Samuel Wong et al. | MGA000256 |
| 78 | 12/27/2000 | Email from Paula Treantafelles to Samuel Wong, Cecilia Kwok and Mercedeh Ward | MGA000254 |
| 79 | 12/28/2000 - 12/29/2000 | Email from Cecilia Kwok to Mercedeh Ward et al.; Email from Samuel Wong to Mercedeh Ward et al.; Email from Mercedeh Ward to Samuel Wong et al. | MGA000322 |
| 80 | 12/29/2000 | Email from Paula Treantafelles to Carter Bryant and Mercedeh Ward et al. | MGA000333 |
| 81 | 1/4/2001 - 1/6/2001 | Email from Cecilia Kwok to Janet Lam; Email from Janet Lam to Judy Rich et al.; | MGA 0009177 - MGA 0009178.5 |

| Number | Date | Type of Communication | Bates Reference |
|---|---|---|---|
| | | Email from Judy Rich to Isaac Larian et al.; Email from Samuel Wong to Colleen O'Higgins et al.; Email from Isaac Larian to Samuel Wong et al. | |
| 82 | 1/5/2001 | Email from Cecilia Kwok to Paula Treantafelles et al.; Email from Samuel Wong to Cecilia Kwok et al. | MGA 0048571 |
| 83 | 1/10/2001 | Email from Isaac Larian to Eva Chuck et al. | MGA003727 B - MGA003728 B |
| 84 | 1/11/2001 | Email from Carter Bryant to Paula Treantafelles | MGA000365 |
| 85 | 1/15/2001 - 1/17/2001 | Email from Paula Treantafelles to Samuel Wong et al.; Emails from Cecilia Kwok to Paula Treantafelles et al.; Email from Paula Treantafelles to Cecilia Kwok et al. | MGA000369 - MGA000370 |
| 86 | 1/16/2001 | Email from Paula Treantafelles to Samuel Wong et al.; Email from Cecilia Kwok to Paula Treantafelles et al. | MGA000366 - MGA000368 |
| 87 | 1/17/2001 - 1/18/2001 | Email from Carter Bryant to Cecilia Kwok et al.; Email from Paula Treantafelles to Carter Bryant et al. | MGA000380 |
| 88 | 1/17/2001 - 1/18/2001 | Emails from Cecilia Kwok to Paula Treantafelles et al.; Email from Paula Treantafelles to Cecilia Kwok et al. | MGA000371 - MGA000378 |
| 89 | 1/20/2001 | Letter from Carter Bryant to Cecilia Kwok | BRYANT 00376 |
| 90 | 1/20/2001 - 2/5/2001 | Email from Judy Rich to Cecilia Kwok et al.; Email from Cecilia Kwok to Judy Rich et al.; Emails from Paula Treantafelles to Cecilia Kwok et al.; Email from Cecilia Kwok to Paula Treantafelles et al. | MGA000603 - MGA000605 |
| 91 | 1/22/2001 | Email from Paula Treantafelles to Cecilia Kwok et al. | MGA000612 |
| 92 | 1/22/2001 | Email from Paula Treantafelles to Cecilia Kwok et al. | MGA000613 |
| 93 | 1/24/2001 | Email from Carter Bryant to Cecilia Kwok et al. | MGA000381 |
| 94 | 1/24/2001 | Email from Carter Bryant to Paula Treantafelles; Email from Paula Treantafelles to Carter Bryant | MGA000611 |

| Number | Date | Type of Communication | Bates Reference |
|---|---|---|---|
| 95 | 1/25/2001 - 1/26/2001 | Email from Carter Bryant to Paula Treantafelles; Email from Paula Treantafelles to Carter Bryant | MGA000610 |
| 96 | 1/30/2001 | Email from Judy Rich to Paula Treantafelles et al.; Email from Paula Treantafelles to Judy Rich and Carter Bryant et al. | MGA000609 |
| 97 | On or about 1/30/2001 | Shipment of fabric swatches for Bratz from MGA Los Angeles to Carter Bryant | MGA000609 |
| 98 | 1/31/2001 | Email from Paula Treantafelles to Carter Bryant | MGA000608 B |
| 99 | 2/2/2001 - 2/3/2001 | Email from Carter Bryant to Cecilia Kwok; Email from Cecilia Kwok to Carter Bryant et al.; Email from Paula Treantafelles to Cecilia Kwok et al. | MGA000606 |
| 100 | 2/2/2001 | Email from Carter Bryant to Cecilia Kwok and Paula Treantafelles; Email from Paula Treantafelles to Carter Bryant and Cecilia Kwok | MGA000602 |
| 101 | 2/5/2001 | Email from Paula Treantafelles to Carter Bryant | MGA000600 |
| 102 | 2/5/2001 | Email from Paula Treantafelles to Cecilia Kwok et al. | MGA000599 B |
| 103 | 2/5/2001 - 2/17/2001 | Email from Carter Bryant to Paula Treantafelles; Email from Paula Treantafelles to Carter Bryant et al.; Email from Cecilia Kwok to Paula Treantafelles; Email from Paula Treantafelles to Cecilia Kwok | MGA000576 |
| 104 | 2/12/2001 - 2/16/2001 | Email from Cecilia Kwok to Paula Treantafelles et al.; Email from Paula Treantafelles to Cecilia Kwok | MGA000582 |
| 105 | 2/12/2001 - 2/16/2001 | Email from Lon Ross to Rachel Harris et al.; Email from Samuel Wong to Lon Ross et al.; Email from Rachel Harris to Colleen O'Higgins et al.; Email from Paula Treantafelles to Rachel Harris et al. | MGA000583 B - MGA000587 B |
| 106 | 2/14/2001 - 2/16/2001 | Email from Carter Bryant to Cecilia Kwok; Email from Cecilia Kwok to Carter Bryant et al.; Email from Paula Treantafelles to Cecilia Kwok et al. | MGA000589 |

| Number | Date | Type of Communication | Bates Reference |
|---|---|---|---|
| 107 | 2/16/2001 | Email from Paula Treantafelles to Cecilia Kwok et al. | MGA000590 |
| 108 | 2/14/2001 - 2/27/2001 | Emails from Cecilia Kwok to Paula Treantafelles et al.; Emails from Paula Treantafelles to Cecilia Kwok et al.; Emails from Rachel Harris to Paula Treantafelles et al.; Email from Cecilia Kwok to Rachel Harris et al.; Email from Paula Treantafelles to Rachel Harris et al. | MGA 0048576 - MGA 0048579 |
| 109 | 2/15/2001 - 2/16/2001 | Emails from Cecilia Kwok to Carter Bryant et al.; Email from Paula Treantafelles to Cecilia Kwok et al. | MGA000579 |
| 110 | 2/15/2001 - 2/19/2001 | Emails from Cecilia Kwok to Paula Treantafelles et al.; Emails from Paula Treantafelles to Cecilia Kwok et al. | MGA000571 - MGA000572 |
| 111 | 2/16/2001 | Email from Carter Bryant to Paula Treantafelles; Email from Paula Treantafelles to Carter Bryant | MGA000575 |
| 112 | 2/16/2001 | Email from Cecilia Kwok to Paula Treantafelles; Email from Paula Treantafelles to Cecilia Kwok | MGA000574 |
| 113 | 2/16/2001 | Email from Paula Treantafelles to Carter Bryant | MGA000588 |
| 114 | 2/16/2001 | Email from Paula Treantafelles to Cecilia Kwok et al. | MGA000573 |
| 115 | 2/19/2001 | Email from Carter Bryant to Paula Treantafelles; Email from Paula Treantafelles to Carter Bryant | MGA000568 |
| 116 | 2/19/2001 | Email from Paula Treantafelles to Cecilia Kwok et al. | MGA000569 - MGA000570 |
| 117 | 2/20/2001 | Email from Cecilia Kwok to Paula Treantafelles; Email from Paula Treantafelles to Cecilia Kwok and Carter Bryant | MGA000566 |
| 118 | On or about 2/20/2001 | Fed Ex shipment of Bratz sewn samples from Carter Bryant to Cecilia Kwok | MGA000566 |
| 119 | 2/20/2001 - 2/21/2001 | Emails from Paula Treantafelles to Cecilia Kwok et al.; Email from Cecilia Kwok to Paula Treantafelles et al. | MGA000561 |

| Number | Date | Type of Communication | Bates Reference |
|---|---|---|---|
| 120 | 2/21/2001 - 2/23/2001 | Emails from Paula Treantafelles to Cecilia Kwok et al.; Emails from Cecilia Kwok to Paula Treantafelles et al. | MGA000556 - MGA000557 |
| 121 | 2/22/2001 - 2/23/2001 | Email from Carter Bryant to Paula Treantafelles; Email from Paula Treantafelles to Carter Bryant | MGA000560 |
| 122 | 2/22/2001 - 2/26/2001 | Emails from Cecilia Kwok to Paula Treantafelles et al.; Emails from Paula Treantafelles to Cecilia Kwok et al. | MGA000551 |
| 123 | 2/23/2001 | Email from Paula Treantafelles to Cecilia Kwok et al. | MGA000554 |
| 124 | 2/23/2001 | Email from Carter Bryant to Cecilia Kwok; Email from Cecilia Kwok to Paula Treantafelles; Email from Paula Treantafelles to Cecilia Kwok and Carter Bryant | MGA000558 |
| 125 | On or about 2/24/2001 | Fed Ex shipment of Bratz brush tooling sample sent from Cecilia Kwok to Paula Treantafelles and Carter Bryant | MGA004260 - MGA004268 |
| 126 | 2/26/2001 | Email from Carter Bryant to Paula Treantafelles; Email from Paula Treantafelles to Carter Bryant | MGA000549 |
| 127 | 2/26/2001 | Email from Cecilia Kwok to Carter Bryant and Paula Treantafelles; Email from Paula Treantafelles to Cecilia Kwok and Carter Bryant | MGA000550 |
| 128 | 2/26/2001 | Email from Paula Treantafelles to Samuel Wong et al. | MGA000548 B |
| 129 | 2/26/2001 - 2/27/2001 | Emails from Cecilia Kwok to Paula Treantafelles et al.; Email from Paula Treantafelles to Cecilia Kwok et al. | MGA004260 - MGA004268 |
| 130 | 2/27/2001 | Email from Paula Treantafelles to Cecilia Kwok et al. | MGA000546 - MGA000547 |
| 131 | 2/27/2001 | Email from Paula Treantafelles to Cecilia Kwok et al. | MGA000545 |
| 132 | 3/1/2001 - 3/5/2001 | Email from Cecilia Kwok to Paula Treantafelles; Email from Paula Treantafelles to Cecilia Kwok; Email from Cecilia Kwok to Paula Treantafelles et al.; Email from Paula Treantafelles to Cecilia Kwok et al. | MGA000634 |

| Number | Date | Type of Communication | Bates Reference |
|---|---|---|---|
| 133 | On or about 3/2/2001 | Fed Ex shipment of production fabric from MGA Hong Kong to MGA Los Angeles | MGA000634 |
| 134 | 3/5/2001 - 3/6/2001 | Emails from Paula Treantafelles to Cecilia Kwok et al.; Email from Cecilia Kwok to Paula Treantafelles et al. | MGA000625 - MGA000626 |
| 135 | 3/6/2001 | Emails from Cecilia Kwok to Paula Treantafelles et al.; Emails from Paula Treantafelles to Cecilia Kwok et al. | MGA000621 - MGA000622 |
| 136 | 3/10/2001 | Email from Isaac Larian to John Young | MGA001289 B - MGA001290 B |
| 137 | 3/10/2001 - 3/11/2001 | Email from Carter Bryant to Paula Treantafelles; Email from Paula Treantafelles to Carter Bryant | MGA000620 B |
| 138 | 3/11/2001 | Email from Carter Bryant to Paula Treantafelles; Email from Paula Treantafelles to Carter Bryant | MGA000618 |
| 139 | 3/25/2001 - 3/26/2001 | Email from Carter Bryant to Paula Treantafelles; Email from Paula Treantafelles to Carter Bryant | MGA000617 |
| 140 | 3/27/2001 - 4/04/2001 | Emails from Isaac Larian to John Young | MGA001278 B - MGA001282 B |
| 141 | 3/28/2001 & 4/5/2001 | Email from Stephen Lee to Earlylight and Isaac Larian; Email from Isaac Larian to Isaac Larian | MGA000747 B |
| 142 | On or about 3/28/2001 | Letter from Isaac Larian to Ron Stover | MGA001116 B - MGA001117 B |
| 143 | 3/28/2001 - 3/29/2001 | Emails from Stephen Lee to Isaac Larian et al.; Emails from Isaac Larian to Stephen Lee | MGA001113 B - MGA001114 B |
| 144 | 3/30/2001 | Email from Cecilia Kwok to Janet Lam; Email from Janet Lam to Judy Rich and Cecilia Kwok; Email from Judy Rich to Paula Treantafelles; Email from Paula Treantafelles to Isaac Larian et al. | MGA 0049106 - MGA 0049113 |
| 145 | 4/2/2001 | Email from Isaac Larian to Craig Cunningham et al. | MGA0001105 B |
| 146 | 4/2/2001 - 4/3/2001 | Emails from Isaac Larian to Ron Stover | MGA001099 B - MGA001100 B |

| Number | Date | Type of Communication | Bates Reference |
|---|---|---|---|
| 147 | On or about 4/3/2001 | Fed Ex shipment on Bratz from Isaac Larian to Ron Stover | MGA001099 B - MGA001100 B |
| 148 | 4/3/2001 - 4/4/2001 | Emails from Isaac Larian to John Young | MGA001040 B - MGA001044 B |
| 149 | 4/4/2001 - 4/5/2001 | Email from Samuel Wong to Paula Treantafelles et al.; Email from Cecilia Kwok to Samuel Wong et al.; Email from Paula Treantafelles to Cecilia Kwok et al. | MGA004383 - MGA004384 |
| 150 | 4/5/2001 - 4/9/2001 | Emails from Dave Malacrida to Gary Cogland; Emails from Dave Malacrida to Isaac Larian et al.; Emails from Isaac Larian to Dave Malacrida et al. | MGA001030 B - MGA001032 B |
| 151 | 4/6/2001 | Email from Martin Hitch to Ana Monica and Isaac Larian et al.; Email from Isaac Larian to Pedro Feist | MGA001061 B - MGA001064 B |
| 152 | 4/7/2001 - 4/10/2001 | Email from Paula Treantafelles to Cecilia Kwok; Email from Cecilia Kwok to Paula Treantafelles; Email from Paula Treantafelles to Carter Bryant and Cecilia Kwok | MGA000635 |
| 153 | 4/10/2001 | Email from Isaac Larian to Pedro Feist | MGA001027 B - MGA001029 B |
| 154 | 4/11/2001 - 4/19/2001 | Emails from Isaac Larian to Stephen Lee; Email from Stephen Lee to Isaac Larian et al.; Email from Isaac Larian to Stephen Lee et al.; Email from Stephen Lee to Isaac Larian | MGA001219 B - MGA001220 B |
| 155 | 4/11/2001 - 4/12/2001 | Email from Stephen Lee to Isaac Larian et al.; Email from Isaac Larian to Kerri Brode et al. | MGA000766 B - MGA000767 B |
| 156 | 4/15/2001 | Email from Isaac Larian to Aldo Horvat | MGA000746 |
| 157 | 4/15/2001 | Email from Isaac Larian to Stephen Lee and Stanley Li | MGA000748 B - MGA000750 B |
| 158 | 4/17/2001 - 4/19/2001 | Email from Isaac Larian to Stephen Lee et al.; Email from Stanley Li to Isaac Larian et al.; Email from Patrick Williams to Isaac Larian; Email from Isaac Larian to Patrick Williams et al. | MGA001213 B - MGA001214 B |
| 159 | On or about 4/18/2001 | Shipment of Bratz and Scooter Samantha sales samples from Stephen Lee to Isaac Larian | MGA001219 B - MGA001220 B |



EXHIBIT C
PAGE 125

| Number | Date | Type of Communication | Bates Reference |
|---|---|---|---|
| 160 | 4/18/2001 - 4/19/2001 | Email from Martin Hitch to Isaac Larian et al.; Email from Victoria O'Connor to Avi Kreisel and Isaac Larian et al.; Email from Martin Hitch to Victoria O'Connor; Email from Victoria O'Connor to Isaac Larian; Email from Isaac Larian to Victoria O'Connor | MGA001208 B - MGA001209 B |
| 161 | 4/27/2001 - 4/30/2001 | Email from Carter Bryant to Paula Treantafelles; Email from Paula Treantafelles to Carter Bryant | MGA000654 |
| 162 | 5/1/2001 | Email from Carter Bryant to Paula Treantafelles | MGA 0051621 |
| 163 | 5/4/2001 | Email from Rachel Harris to Samuel Wong et al.; Email from Paula Treantafelles to Rachel Harris et al.; Email from Franki Tsang to Paula Treantafelles et al. | MGA 0052265 - MGA 0052266 |
| 164 | 5/4/2001 - 5/10/2001 | Email from Nana Ashong to Isaac Larian and Didi Brown; Email from Isaac Larian to Stephen Lee et al.; Emails from Stephen Lee to Isaac Larian et al.; Email from Isaac Larian to Stephen Lee; Email from Paula Treantafelles to Stephen Lee et al.; Email from Stephen Lee to Paula Treantafelles et al. | MGA 0047234 - MGA 0047237 |
| 165 | 5/9/2001 | Emails from Paula Treantafelles to Cecilia Kwok et al.; Email from Cecilia Kwok to Paula Treantafelles et al. | MGA000666 B - MGA000667 B |
| 166 | 5/9/2001 | Email from Carter Bryant to Cecilia Kwok et al. | MGA 0046316 |
| 167 | 5/10/2001 - 5/11/2001 | Email from Sarah Chui to HK Product Development and Cecilia Kwok et al.; Email from Franki Tsang to Isaac Larian; Email from Isaac Larian to Paula Treantafelles et al.; Email from Paula Treantafelles to Carter Bryant | MGA 0051427 - MGA 0051435 |
| 168 | 5/14/2001 | Email from Paula Treantafelles to Cecilia Kwok et al. | MGA000655 |
| 169 | On or about 12/22/2003 | BRATZ Group Drawing Copyright Registration transmitted by MGA to the Copyright Office | M 0110188 - M 0110192 |
| 170 | On or about 12/22/2003 | CLOE Drawing Copyright Registration transmitted by MGA to the Copyright Office | M 0110193 - M 0110197 |

| Number | Date | Type of Communication | Bates Reference |
|---|---|---|---|
| 171 | On or about 12/22/2003 | JADE Drawing Copyright Registration transmitted by MGA to the Copyright Office | M 0110179 - M 0110183 |
| 172 | On or about 12/22/2003 | SASHA Drawing Copyright Registration transmitted by MGA to the Copyright Office | M 0110184 - M 0110187 |
| 173 | On or about 12/22/2003 | YASMIN Drawing Copyright Registration transmitted by MGA to the Copyright Office | M 0110198 - M 0110202 |
| 174 | Shortly before 7/18/2003 | Statements made by Isaac Larian to reporters reflected and transmitted in the newspaper article entitled "Dolled Up: To Lure Older Girls, Mattel Brings in Hip-Hop Crowd" by Maureen Tkacik in The Wall Street Journal | M 0012536 - M 0012539 |
| 175 | Shortly before 7/28/2003 | Statements made by Isaac Larian to reporters reflected and transmitted in the newspaper article entitled "To Really Be a Player, Mattel Needs Hotter Toys" by Christopher Palmer in Business Week | M 0074057 - M 0074059 |
| 176 | Shortly before 12/26/2003 | Statements made by Isaac Larian to reporters reflected and transmitted in the newspaper article entitled "Meet the Bratz" in The Telegraph | M 0074224 - M 0074225 |
| 177 | Shortly before 3/5/2004 | Statements made by Isaac Larian to reporters reflected and transmitted in the newspaper article entitled "Bratz packers are what's cool in doll world" by Denise I. O'Neal in Chicago Sun-Times | M 0070398 - M 0070399 |
| 178 | Shortly before 3/29/2004 | Statements made by Isaac Larian to reporters reflected and transmitted in the newspaper article entitled "Immigrant's Creative Company Shakes Up Toy Industry" by Jeff Weiss in San Fernando Valley Business Journal | M 0101133 - M 0101135 |
| 179 | Shortly before 4/3/2005 | Statements made by Isaac Larian to reporters reflected and transmitted in the newspaper article entitled "Counterfeit Toys No Fun for True Makers" by Brent Hopkins in Los Angeles Daily News | M 0070439 - M 0070441 |
| 180 | 3/15/2004 | Email from Susana Kuemmerle to "plot04@aol.com" et al. | M 0059788 |
| 181 | 3/16/2004 | Email from Susana Kuemmerle to "plot04@aol.com" | M 0059789 |

| Number | Date | Type of Communication | Bates Reference |
|---|---|---|---|
| 182 | 3/22/2004 - 3/23/2004 | Email from "plot04@aol.com" to Isaac Larian et al.; Email from Isaac Larian to "plot04@aol.com" et al.; Email from Marlene Parker to Isaac Larian and "plot04@aol.com" | M 0059790 - M 0059792 |
| 183 | 3/25/2004 | Email from Mariana Trueba Almada to Carlos Gustavo Machado Gomez | M 0059785 |
| 184 | 3/30/2004 | Letter to Carlos Gustavo Machado Gomez from Isaac Larian | M 0059766 - M 0059767 |
| 185 | 3/30/2004 | Letter to Mariana Trueba Almada from Isaac Larian | M 0059771 - M 0059772 |
| 186 | 3/30/2004 | Letter to Pablo Vargas San Jose from Isaac Larian | M 0059776 - M 0059778 |
| 187 | 3/30/2004 & 4/12/2004 | Email from Thomas Park to "plot04@aol.com" and Isaac Larian; Email from Thomas Park to "plot04@aol.com" | M 0059808 - M 0059809 |
| 188 | 4/2/2004 | Email from Maria de Carmen Mendez to Isaac Larian, Thomas Park and Susana Kuemmerle | M 0059812 |
| 189 | 4/4/2004 | Email from Maria de Carmen Mendez to Susana Kuemmerle | M 0059814 |
| 190 | 4/7/2004 | Email from Maria de Carmen Mendez to Thomas Park | M 0059815 |
| 191 | 4/12/2004 | Email from Susana Kuemmerle to "plot04@aol.com" | M 0059832 |
| 192 | 4/14/2004 | Email from "plot04@aol.com" to Isaac Larian and Thomas Park; Email from Isaac Larian to "plot04@aol.com" et al. | M 0059818 - M 0059819 |
| 193 | 4/14/2004 | Email from "plot04@aol.com" to Thomas Park et al. | M 0059826 - M 0059827 |
| 194 | 4/14/2004 - 4/15/2004 | Email from Susana Kuemmerle to Isaac Larian and Thomas Park; Email from Susana Kuemmerle to "plot04@aol.com" | M 0059828 |
| 195 | 4/15/2004 | Email from "plot04@aol.com" to Jean Paul Farah et al. | M 0059833 |
| 196 | 4/15/2004 | Email from Jean Paul Farah to "plot04@aol.com" et al. | M 0059829 - M 0059830 |

| Number | Date | Type of Communication | Bates Reference |
|---|---|---|---|
| 197 | 4/15/2004 | Email from "plot04@aol.com" to Thomas Park et al. | M 0059831 |
| 198 | 4/15/2004 | Email from Karla Papayanopulos Carvajal to Mariana Trueba Almada | M 0059784 |
| 199 | 4/15/2004 | Email from Mariana Trueba Almada to Andrea Ramirez | M 0059834 - M 0059835 |
| 200 | 4/15/2004 | Email from Mariana Trueba Almada to Carlos Gustavo Machado Gomez | M 0059786 |
| 201 | 4/15/2004 | Email from Mariana Trueba Almada to Carlos Gustavo Machado Gomez | M 0059787 |
| 202 | 4/16/2004 | Email from Pablo Vargas San Jose to Mattel de Mexico | M 0059782 - M 0059783 |
| 203 | 2/9/2004 - 4/19/2004 | Telephone calls from Carlos Gustavo Machado Gomez to MGA Entertainment, Inc., Susana Kuemmerle and Maria C. Mendez; from Mariana Trueba Almada to Maria C. Mendez; and from Pablo Vargas San Jose to Ritch, Heather and Mueller. | |



EXHIBIT C
PAGE 129