**1**

MATTEL INC
IT SECURITY

Extension: 6099    BRYANT, CARTER

| Date | Time Dur. | Ext. | TON | Dialed Number | Place Called | Call Type | Dir. | Cost | Account | Number |
|------|-----------|------|-----|---------------|--------------|-----------|------|------|---------|--------|
| 08/01/00 13:39 00:00.9 | | 6099 | 7 | 1-818-360-9358 | GRANDADALE CA | LD DIRECT DIAL | OUT | 0.09 | | 10839 |
| 08/01/00 13:09 00:08.1 | | 6099 | 1 | - - - | INCOMING | INCOMING | IN | 0.00 | | 14193 |
| 08/01/00 15:23 00:00.1 | | 6099 | 1 | - - - | INCOMING | INCOMING | IN | 0.00 | | 20640 |
| 08/01/00 15:40 00:00.3 | | 6099 | 1 | - - - | INCOMING | INCOMING | IN | 0.00 | | 20922 |
| 08/01/00 16:01 00:00.5 | | 6099 | 0 | - -538-3615 | GARDENA | CA LOCAL | OUT | 0.04 | | 21033 |
| 08/01/00 16:13 00:00.3 | | 6099 | 0 | - -329-6402 | GARDENA | CA LOCAL | OUT | 0.04 | | 22341 |
| 08/01/00 16:14 00:03.1 | | 6099 | 1 | - - - | INCOMING | INCOMING | IN | 0.00 | | 22389 |
| 08/01/00 16:19 00:02.0 | | 6099 | 0 | - -329-6402 | GARDENA | CA LOCAL | OUT | 0.05 | | 22597 |
| 08/01/00 17:47 00:00.3 | | 6099 | 0 | - -538-3615 | GARDENA | CA LOCAL | OUT | 0.02 | | 25499 |
| 08/02/00 09:37 00:21.1 | | 6099 | 7 | 1-501-223-7011 | LITTLEROCK | AR LD DIRECT DIAL | OUT | 4.84 | | 32235 |
| 08/02/00 09:49 00:00.1 | | 6099 | 4 | - -420-5405 | SANMON CEL | CA LOCAL | OUT | 0.04 | | 33804 |
| 08/02/00 09:49 00:00.7 | | 6099 | 4 | - -420-5405 | SANMON CEL | CA LOCAL | OUT | 0.04 | | 33805 |
| 08/02/00 09:59 00:03.0 | | 6099 | 9 | 1-417-724-1394 | MIXA | MO LD DIRECT DIAL | OUT | 1.21 | | 33313 |
| 08/02/00 10:01 00:01.0 | | 6099 | 1 | - - - | INCOMING | INCOMING | IN | 0.00 | | 33410 |
| 08/02/00 10:45 00:03.6 | | 6099 | 0 | - -379-3615 | REDONDO | CA LOCAL | OUT | 0.13 | | 35701 |
| 08/02/00 17:00 00:00.2 | | 6099 | 0 | - -538-3615 | GARDENA | CA LOCAL | OUT | 0.02 | | 53340 |
| 08/02/00 17:00 00:00.3 | | 6099 | 4 | - -420-5405 | SANMON CEL | CA LOCAL | OUT | 0.02 | | 53343 |
| 08/02/00 17:09 00:04.0 | | 6099 | 1 | - - - | INCOMING | INCOMING | IN | 0.00 | | 52652 |
| 08/03/00 14:37 00:00.8 | | 6099 | 1 | - - - | INCOMING | INCOMING | IN | 0.00 | | 73783 |
| 08/08/00 09:58 00:01.2 | | 6099 | 7 | 1-602-678-7421 | PHOENIX | AZ LD DIRECT DIAL | OUT | 0.80 | | 131327 |
| 08/08/00 10:38 00:00.6 | | 6099 | 9 | 1-602-678-7421 | PHOENIX | AZ LD DIRECT DIAL | OUT | 0.40 | | 132733 |
| 08/08/00 10:33 00:01.6 | | 6099 | 7 | 1-602-678-7421 | PHOENIX | AZ LD DIRECT DIAL | OUT | 0.80 | | 133933 |
| 08/08/00 16:33 00:00.3 | | 6099 | 1 | - - - | INCOMING | INCOMING | IN | 0.00 | | 147428 |
| 08/09/00 17:00 00:14.3 | | 6099 | 0 | - -538-3615 | GARDENA | CA LOCAL | OUT | 0.12 | | 148592 |
| 08/09/00 15:48 00:00.5 | | 6099 | 4 | - - - | INCOMING | INCOMING | IN | 0.00 | | 369633 |
| 08/09/00 16:12 00:00.4 | | 6099 | 4 | - -420-5405 | SANMON CEL | CA LOCAL | OUT | 0.04 | | 270635 |
| 08/09/00 16:35 00:00.4 | | 6099 | 4 | - -420-5405 | SANMON CEL | CA LOCAL | OUT | 0.04 | | 271166 |
| 08/10/00 11:12 00:00.6 | | 6099 | 1 | - - - | INCOMING | INCOMING | IN | 0.00 | | 203135 |
| 08/14/00 08:40 00:00.7 | | 6099 | 1 | - - - | INCOMING | INCOMING | IN | 0.00 | | 220585 |
| 08/14/00 08:41 00:00.5 | | 6099 | 1 | - - - | INCOMING | INCOMING | IN | 0.00 | | 220633 |
| 08/14/00 09:12 00:04.4 | | 6099 | 5 | - -637-7041 | COMPTON | CA LOCAL | OUT | 0.04 | | 221706 |
| 08/14/00 14:45 00:00.3 | | 6099 | 1 | - - - | INCOMING | INCOMING | IN | 0.00 | | 235352 |
| 08/14/00 15:46 00:00.4 | | 6099 | 4 | - -420-5405 | SANMON CEL | CA LOCAL | OUT | 0.04 | | 237636 |
| 08/14/00 15:48 00:04.1 | | 6099 | 1 | - - - | INCOMING | INCOMING | IN | 0.00 | | 237934 |
| 08/15/00 06:19 00:00.9 | | 6099 | 1 | - - - | INCOMING | INCOMING | IN | 0.00 | | 243060 |
| 08/15/00 08:36 00:00.4 | | 6099 | 1 | - - - | INCOMING | INCOMING | IN | 0.00 | | 244413 |
| 08/15/00 09:21 00:00.3 | | 6099 | 2 | 1-818-360-9358 | GRANADAHLD CA | LD DIRECT DIAL | OUT | 0.09 | | 246401 |
| 08/15/00 09:32 00:04.3 | | 6099 | 9 | 1-417-724-1394 | MIXA | MO LD DIRECT DIAL | OUT | 2.01 | | 246542 |
| 08/15/00 10:14 00:00.7 | | 6099 | 2 | 1-818-360-9358 | GRANADAHLD CA | LD DIRECT DIAL | OUT | 0.09 | | 249829 |
| 08/15/00 12:26 00:00.6 | | 6099 | 1 | - - - | INCOMING | INCOMING | IN | 0.00 | | 254493 |
| 08/15/00 13:46 00:02.7 | | 6099 | 2 | 1-818-360-9358 | GRANADAHLD CA | LD DIRECT DIAL | OUT | 0.25 | | 255068 |
| 08/15/00 23:04 00:00.3 | | 6099 | 1 | - - - | INCOMING | INCOMING | IN | 0.00 | | 255605 |
| 08/15/00 13:43 00:01.1 | | 6099 | 4 | - -420-5405 | SANMON CEL | CA LOCAL | OUT | 0.05 | | 257233 |
| 08/15/00 14:33 00:00.3 | | 6099 | 1 | - - - | INCOMING | INCOMING | IN | 0.00 | | 259267 |
| 08/15/00 15:31 00:00.3 | | 6099 | 4 | - -420-5405 | SANMON CEL | CA LOCAL | OUT | 0.04 | | 261593 |
| 08/15/00 16:10 00:01.5 | | 6099 | 4 | - -420-5405 | SANMON CEL | CA LOCAL | OUT | 0.05 | | 261970 |
| 08/16/00 16:07 00:00.2 | | 6099 | 2 | - - - | INCOMING | INCOMING | IN | 0.00 | | 397088 |
| 08/16/00 16:12 00:02.5 | | 6099 | 0 | - -538-3615 | GARDENA | CA LOCAL | OUT | 0.06 | | 397329 |
| 08/16/00 17:04 00:00.3 | | 6099 | 1 | - - - | INCOMING | INCOMING | IN | 0.00 | | 393138 |
| 08/16/00 17:10 00:00.4 | | 6099 | 0 | - -538-3615 | GARDENA | CA LOCAL | OUT | 0.02 | | 389285 |
| 08/17/00 11:24 00:00.4 | | 6099 | 1 | - - - | INCOMING | INCOMING | IN | 0.00 | | 199538 |
| 08/17/00 11:45 00:01.2 | | 6099 | 2 | 1-818-360-9358 | GRANADAHLD CA | LD DIRECT DIAL | OUT | 0.17 | | 300826 |
| 08/17/00 11:53 00:00.4 | | 6099 | 4 | - -420-5405 | SANMON CEL | CA LOCAL | OUT | 0.04 | | 301123 |

CONFIDENTIAL-
ATTORNEYS' EYES ONLY

M 0001808

EXHIBIT _C_ PAGE _130_

MATTEL INC
IT SECURITY

| Date | Time | Dur. | Ext. | TGN | Dialed Number | Place Called | Call Type | Dir. | Cost | Account | Number |
|------|------|------|------|-----|---------------|--------------|-----------|------|------|---------|--------|
| 08/17/00 | 33:40 | 00:00.3 | 6099 | 1 | - - - | INCOMING | INCOMING | IN | 0.00 | | 304825 |
| 08/17/00 | 33:42 | 00:05.6 | 6099 | 2 | 1-818-369-9158 | GRANADAHLS CA | LD DIRECT DIAL | OUT | 0.50 | | 304925 |
| 08/17/00 | 34:06 | 00:00.8 | 6099 | 0 | - -373-3835 | REDONDO | CA LOCAL | OUT | 0.04 | | 305818 |
| 08/17/00 | 34:55 | 00:00.2 | 6099 | 1 | - - - | INCOMING | INCOMING | IN | 0.00 | | 307822 |
| 08/17/00 | 34:56 | 00:07.0 | 6099 | 0 | - -538-3635 | GARDENA | CA LOCAL | OUT | 0.10 | | 307857 |
| 08/17/00 | 35:38 | 00:00.7 | 6099 | 1 | - - - | INCOMING | INCOMING | IN | 0.00 | | 308702 |
| 08/17/00 | 36:54 | 00:03.8 | 6099 | 0 | - -373-3835 | REDONDO | CA LOCAL | OUT | 0.07 | | 312099 |
| 08/21/00 | 30:24 | 00:00.4 | 6099 | 1 | - - - | INCOMING | INCOMING | IN | 0.00 | | 340230 |
| 08/21/00 | 31:15 | 03:00.7 | 6099 | 1 | - - - | INCOMING | INCOMING | IN | 0.00 | | 342844 |
| 08/21/00 | 31:22 | 00:05.3 | 6099 | 2 | 1-818-369-9158 | GRANADAHLS CA | LD DIRECT DIAL | OUT | 0.50 | | 343164 |
| 08/21/00 | 34:56 | 00:00.2 | 6099 | 4 | - -428-5485 | SANMOM CEL CA | LOCAL | OUT | 0.04 | | 353936 |
| 08/21/00 | 36:23 | 00:00.3 | 6099 | 1 | - - - | INCOMING | INCOMING | IN | 0.00 | | 355150 |
| 08/22/00 | 36:25 | 00:03.9 | 6099 | 0 | - -538-3635 | GARDENA | CA LOCAL | OUT | 0.07 | | 365237 |
| 08/22/00 | 33:52 | 00:00.3 | 6099 | 1 | - - - | INCOMING | INCOMING | IN | 0.00 | | 374055 |
| 08/22/00 | 34:55 | 00:01.0 | 6099 | 4 | - -428-5485 | SANMOM CEL CA | LOCAL | OUT | 0.04 | | 376668 |
| 08/22/00 | 35:28 | 00:00.4 | 6099 | 1 | - - - | INCOMING | INCOMING | IN | 0.00 | | 378015 |
| 08/22/00 | 35:31 | 00:04.8 | 6099 | 0 | - -538-3635 | GARDENA | CA LOCAL | OUT | 0.08 | | 378132 |
| 08/22/00 | 37:37 | 00:00.3 | 6099 | 0 | - -538-3635 | GARDENA | CA LOCAL | OUT | 0.02 | | 382579 |
| 08/22/00 | 38:39 | 00:00.5 | 6099 | 1 | - - - | INCOMING | INCOMING | IN | 0.00 | | 384432 |
| 08/23/00 | 09:07 | 00:19.5 | 6099 | 9 | 1-617-726-1394 | NIZA | MD LD DIRECT DIAL | OUT | 0.07 | | 387405 |
| 08/23/00 | 34:23 | 00:00.3 | 6099 | 1 | - - - | INCOMING | INCOMING | IN | 0.00 | | 400760 |
| 08/23/00 | 34:27 | 00:02.9 | 6099 | 0 | - -538-3635 | GARDENA | CA LOCAL | OUT | 0.06 | | 400944 |
| 08/23/00 | 34:47 | 00:00.5 | 6099 | 1 | - - - | INCOMING | INCOMING | IN | 0.00 | | 401636 |
| 08/23/00 | 34:48 | 00:02.4 | 6099 | 0 | - -657-2911 | BBVERGITBLS CA | LOCAL | OUT | 0.14 | | 401870 |
| 08/23/00 | 36:43 | 00:00.3 | 6099 | 1 | - - - | INCOMING | INCOMING | IN | 0.00 | | 406609 |
| 08/23/00 | 37:30 | 00:00.2 | 6099 | 0 | - -538-3635 | GARDENA | CA LOCAL | OUT | 0.02 | | 408085 |
| 08/24/00 | 09:07 | 00:00.5 | 6099 | 1 | - - - | INCOMING | INCOMING | IN | 0.00 | | 412832 |
| 08/24/00 | 09:33 | 00:07.7 | 6099 | 2 | 1-818-360-9258 | GRANADAHLS CA | LD DIRECT DIAL | OUT | 0.65 | | 433096 |
| 08/24/00 | 09:59 | 00:03.8 | 6099 | 9 | 2-502-223-7011 | LITTLEROCK AR | LD DIRECT DIAL | OUT | 0.00 | | 425127 |
| 08/24/00 | 33:36 | 00:00.5 | 6099 | 1 | - - - | INCOMING | INCOMING | IN | 0.00 | | 428700 |
| 08/24/00 | 33:34 | 00:02.5 | 6099 | 1 | - - - | INCOMING | INCOMING | IN | 0.00 | | 429408 |
| 08/24/00 | 33:38 | 00:00.3 | 6099 | 2 | 1-818-517-0640 | VNUTS CELL CA | LD DIRECT DIAL | OUT | 0.10 | | 429594 |
| 08/24/00 | 33:38 | 00:00.4 | 6099 | 2 | 1-818-517-0640 | VNUTS CELL CA | LD DIRECT DIAL | OUT | 0.10 | | 429595 |
| 08/24/00 | 33:40 | 00:00.3 | 6099 | 2 | 1-818-517-0640 | VNUTS CELL CA | LD DIRECT DIAL | OUT | 0.10 | | 429688 |
| 08/24/00 | 33:49 | 00:00.8 | 6099 | 2 | 1-818-517-0640 | VNUTS CELL CA | LD DIRECT DIAL | OUT | 0.20 | | 420042 |
| 08/24/00 | 36:42 | 00:04.5 | 6099 | 0 | - -538-3615 | GARDENA | CA LOCAL | OUT | 0.08 | | 431159 |
| 08/25/00 | 09:50 | 00:00.3 | 6099 | 1 | - - - | INCOMING | INCOMING | IN | 0.00 | | 439366 |
| 08/25/00 | 09:54 | 00:00.8 | 6099 | 2 | 1-818-360-9158 | GRANADAHLS CA | LD DIRECT DIAL | OUT | 0.00 | | 439461 |
| 08/25/00 | 30:09 | 00:09.5 | 6099 | 1 | - - - | INCOMING | INCOMING | IN | 0.00 | | 440150 |
| 08/25/00 | 30:23 | 00:00.4 | 6099 | 2 | 1-818-360-9158 | GRANADAHLS CA | LD DIRECT DIAL | OUT | 0.09 | | 440843 |
| 08/25/00 | 30:28 | 00:00.2 | 6099 | 9 | 1-617-726-1394 | NIZA | MD LD DIRECT DIAL | OUT | 0.40 | | 442159 |
| 08/25/00 | 30:38 | 00:02.6 | 6099 | 1 | - - - | INCOMING | INCOMING | IN | 0.00 | | 443583 |
| 08/25/00 | 33:00 | 00:04.5 | 6099 | 2 | 1-818-360-9158 | GRANADAHLS CA | LD DIRECT DIAL | OUT | 0.42 | | 446070 |
| 08/35/00 | 33:32 | 00:02.6 | 6099 | 1 | - - - | INCOMING | INCOMING | IN | 0.00 | | 446679 |
| 08/26/00 | 35:06 | 00:00.2 | 6099 | 4 | - -430-5485 | SANMOM CEL CA | LOCAL | OUT | 0.06 | | 473476 |
| 08/26/00 | 35:08 | 00:05.4 | 6099 | 2 | 1-818-360-9158 | GRANADAHLS CA | LD DIRECT DIAL | OUT | 0.50 | | 473562 |
| 08/26/00 | 35:26 | 00:00.3 | 6099 | 1 | - - - | INCOMING | INCOMING | IN | 0.00 | | 474274 |
| 08/26/00 | 35:33 | 00:03.8 | 6099 | 1 | - - - | INCOMING | INCOMING | IN | 0.00 | | 474565 |
| 08/28/00 | 28:33 | 00:00.3 | 6099 | 0 | - -538-3615 | GARDENA | CA LOCAL | OUT | 0.02 | | 479482 |
| 08/29/00 | 09:13 | 00:01.3 | 6099 | 1 | - - - | INCOMING | INCOMING | IN | 0.00 | | 483870 |
| 08/29/00 | 09:26 | 00:00.4 | 6099 | 2 | - -465-3160 | REDONDO | CA LOCAL | OUT | 0.04 | | 484055 |
| 08/29/00 | 09:27 | 00:00.3 | 6099 | 2 | - -465-3160 | REDONDO | CA LOCAL | OUT | 0.04 | | 484093 |
| 08/29/00 | 09:29 | 00:06.5 | 6099 | 1 | - - - | INCOMING | INCOMING | IN | 0.00 | | 484150 |
| 08/29/00 | 09:35 | 00:01.4 | 6099 | 2 | - -465-3160 | REDONDO | CA LOCAL | OUT | 0.05 | | 484400 |

CONFIDENTIAL-
ATTORNEYS' EYES ONLY

M 0001809

EXHIBIT C PAGE 131

MATTEL INC .
IT SECURITY

| Date | Time | Dur. | Ext. | TGN | Dialed Number | Place Called | Call Type | Dir. | Cost | Account | Number |
|------|------|------|------|-----|---------------|--------------|-----------|------|------|---------|--------|
| 08/29/00 | 10:51 | 00:03.4 | 6099 | 0 | - -657-2911 | BEVERLYHLS CA | LOCAL | OUT | 0.17 | | 487968 |
| 08/29/00 | 11:20 | 00:04.1 | 6099 | 1 | - - - | INCOMING | INCOMING | IN | 0.00 | | 489310 |
| 08/29/00 | 15:43 | 00:00.9 | 6099 | 1 | - - - | INCOMING | INCOMING | IN | 0.00 | | 499090 |
| 08/29/00 | 15:48 | 00:00.2 | 6099 | 1 | - - - | INCOMING | INCOMING | IN | 0.00 | | 500167 |
| 08/29/00 | 15:48 | 00:03.1 | 6099 | 9 | 1-818-517-0640 | VNNYS CHL CA | LD DIRECT DIAL | OUT | 0.25 | | 500168 |
| 08/29/00 | 16:04 | 00:13.0 | 6099 | 0 | - -838-3615 | GARDENA | CA LOCAL | OUT | 0.36 | | 500819 |
| 08/29/00 | 16:43 | 00:04.4 | 6099 | 1 | - - - | INCOMING | INCOMING | IN | 0.00 | | 502370 |
| 08/29/00 | 16:45 | 00:00.4 | 6099 | 1 | - - - | INCOMING | INCOMING | IN | 0.00 | | 502465 |
| 08/29/00 | 16:47 | 00:02.6 | 6099 | 0 | - -538-3615 | GARDENA | CA LOCAL | OUT | 0.06 | | 502542 |
| 08/30/00 | 09:32 | 00:00.6 | 6099 | 2 | - -953-6490 | TORRANCE | CA LOCAL | OUT | 0.04 | | 509718 |
| 08/30/00 | 10:31 | 00:00.3 | 6099 | 1 | - - - | INCOMING | INCOMING | IN | 0.00 | | 512543 |
| 08/30/00 | 10:36 | 00:00.3 | 6099 | 4 | - -420-5485 | HARMON CRL CA | LOCAL | OUT | 0.04 | | 512688 |
| 08/30/00 | 10:46 | 00:03.7 | 6099 | 4 | - -420-5485 | HARMON CRL CA | LOCAL | OUT | 0.05 | | 513191 |
| 08/30/00 | 15:08 | 00:00.3 | 6099 | 1 | - - - | INCOMING | INCOMING | IN | 0.00 | | 523391 |
| 08/30/00 | 15:10 | 00:07.1 | 6099 | 0 | - -538-3615 | GARDENA | CA LOCAL | OUT | 0.11 | | 524076 |
| 08/30/00 | 16:32 | 00:00.5 | 6099 | 3 | - - - | INCOMING | INCOMING | IN | 0.00 | | 527282 |
| 08/31/00 | 10:02 | 00:00.7 | 6099 | 0 | - -329-6402 | GARDENA | CA LOCAL | OUT | 0.04 | | 536252 |
| 08/31/00 | 10:03 | 00:00.5 | 6099 | 0 | - -538-3615 | GARDENA | CA LOCAL | OUT | 0.04 | | 536300 |
| 08/31/00 | 10:04 | 00:00.5 | 6099 | 4 | - -420-5485 | HARMON CRL CA | LOCAL | OUT | 0.04 | | 536349 |
| 08/31/00 | 10:12 | 00:00.3 | 6099 | 0 | - -538-3615 | GARDENA | CA LOCAL | OUT | 0.06 | | 536713 |
| 08/31/00 | 10:23 | 00:00.6 | 6099 | 1 | - - - | INCOMING | INCOMING | IN | 0.00 | | 537122 |
| 08/31/00 | 10:25 | 00:02.9 | 6099 | 0 | - -538-3615 | GARDENA | CA LOCAL | OUT | 0.06 | | 537194 |
| 08/31/00 | 11:10 | 00:00.4 | 6099 | 1 | - - - | INCOMING | INCOMING | IN | 0.00 | | 539137 |
| 08/31/00 | 11:17 | 00:23.9 | 6099 | 9 | 1-417-890-6527 | SPRINGFLD MO | LD DIRECT DIAL | OUT | 5.69 | | 539485 |
| 08/31/00 | 11:21 | 00:00.4 | 6099 | 1 | - - - | INCOMING | INCOMING | IN | 0.00 | | 539696 |
| 08/31/00 | 11:44 | 00:00.4 | 6099 | 1 | - - - | INCOMING | INCOMING | IN | 0.00 | | 540774 |
| 08/31/00 | 12:32 | 00:00.4 | 6099 | 1 | - - - | INCOMING | INCOMING | IN | 0.00 | | 542487 |
| 08/31/00 | 13:13 | 00:06.7 | 6099 | 9 | 1-559-439-0920 | FRESNO | CA LD DIRECT DIAL | OUT | 1.03 | | 543954 |
| 08/31/00 | 13:43 | 00:00.6 | 6099 | 1 | - - - | INCOMING | INCOMING | IN | 0.00 | | 545163 |
| 08/31/00 | 13:47 | 00:07.1 | 6099 | 2 | 1-818-360-9158 | GRANADAHLS CA | LD DIRECT DIAL | OUT | 0.66 | | 545459 |

Extension: 6099    BRYANT, CARTER
Subtotals:        Calls:    137  Duration:    5:03.3  Cost:    37.71

Report Totals -   Calls:    137  Duration:    5:03.3  Cost:    37.71

** End Of Report **

CONFIDENTIAL-
ATTORNEYS' EYES ONLY

M 0001810

EXHIBIT __C__ PAGE _132_

**2**



**National, Inc.**

.5 STONE OAK PARKWAY
SAN ANTONIO TX 78258

## STATEMENT SUMMARY

| | | |
|---|---|---|
| BILL DATE | 11/27/00 | |
| ACCOUNT NO. | 200479875 | |
| INVOICE NO. | 20047987524 | |
| REGION/LOC | TXX/A4R | |
| O200479875 S1 X17 C24 TXX 60985 R | | |

llab11lan11ll1ll11ll111ll111l1ll11l1ll

BRYANT, CARTER
1319 H 160TH ST
GARDENA CA  90247

| | |
|---|---|
| PREVIOUS BALANCE | $5.58 |
| PAYMENTS RECEIVED THANK YOU | 5.58CR |
| ADJUSTMENTS | 0.00 |
| BEGINNING BALANCE | $0.00 |
| NEW USAGE CHARGES | 3.71 |
| RECURRING CHARGES | 3.00 |
| NON-RECURRING CHARGES | 0.00 |
| MINIMUM USAGE SURCHARGE | 0.00 |
| FEDERAL EXCISE TAX | 0.12 |
| STATE AND LOCAL TAXES | 0.13 |
| FED. ST & LOCAL SURCHARGES | 0.09 |
| FED UNIVERSAL SERVICE FEE | 0.08 |
| SERVICE CHARGE | 0.00 |
| SUBTOTAL NEW CHARGES | $7.13 |

| | |
|---|---|
| PLEASE PAY THIS AMOUNT BY 12/17/00 | $7.13 |

CUSTOMER SERVICE 1-800-893-5094

WE APPRECIATE YOUR BUSINESS

We'd like to take this opportunity to thank you for your business, and to
let you know that we are committed to delivering the finest, most convenient,
most competitive services to our customers.  Additional important messages may
appear on the last page of this invoice.

BRYANT 01294
ATTORNEYS EYES ONLY

EXHIBIT _C_ PAGE _133_

11/27/2006   BRYANT, CARTER

PAGE
2004719324

CURRENT ACCOUNT ACTIVITY

LONG DISTANCE USAGE CHARGES:
PRODUCT TYPE: (SEC + RES. NONPRFT OPT )
    INTRASTATE
    INTERSTATE
    INTERNATIONAL

TOTAL LONG DISTANCE USAGE:                                    3.71

TOTAL USAGE CHARGES:                                         3.71

RECURRING CHARGES:
    LONG DISTANCE SERVICE:
    BUSINESS NONPRFT ORG PROGRAM

TOTAL RECURRING CHARGES:                                     1.46

TAXES, GOVERNMENT FEES AND OTHER CHARGES:
    STATE & LOCAL TAXES
    CA 911 LOCAL
    CA UNIVERSAL LIFELINE TEL SERV SURCHARGE
    CA RELAY SERVICE AND COMM DEVICES FUND
    CA HIGH COST FUND - B SURCHARGE
    FEDERAL EXCISE TAX
    FEDERAL UNIVERSAL SERVICE FEE

TOTAL TAXES, GOVERNMENT FEES AND OTHER CHARGES:              4.45

TOTAL CURRENT CHARGES:                                       7.13

* PAST DUE PORTIONS OF YOUR TOTAL AMOUNT DUE ARE SUBJECT
  TO A MONTHLY SERVICE CHARGE OF   1.500 PERCENT.

BRYANT 01295
ATTORNEYS EYES ONLY

EXHIBIT ___C___ PAGE 134



REDACTED

BRYANT 01296
ATTORNEYS EYES ONLY

EXHIBIT C PAGE 135

3



**National, Inc**

2085S STONE OAK PARKWAY
SAN ANTONIO TX 78258

## STATEMENT SUMMARY

| | |
|---|---|
| BILL DATE | 11/23/00 |
| ACCOUNT NO. | 200343110 |
| INVOICE NO. | 2003431021 |
| REGION/LOC   TXX/A4R | |

0200343110 S1 X17 C21 TXX 49442 R

BRYATN, CARTER
1319 W 160TH ST
GARDENA CA 90247

| | |
|---|---|
| PREVIOUS BALANCE | $55.78 |
| PAYMENTS RECEIVED THANK YOU | 55.78CR |
| ADJUSTMENTS | 0.00 |
| BEGINNING BALANCE | $0.00 |
| NEW USAGE CHARGES | 26.05 |
| RECURRING CHARGES | 3.00 |
| NON-RECURRING CHARGES | 0.00 |
| MINIMUM USAGE SURCHARGE | 0.00 |
| FEDERAL EXCISE TAX | 0.82 |
| STATE AND LOCAL TAXES | 0.84 |
| FED. ST & LOCAL SURCHARGES | 0.65 |
| FED UNIVERSAL SERVICE FEE | 0.69 |
| SERVICE CHARGE | 0.00 |
| SUBTOTAL NEW CHARGES | $32.05 |

| PLEASE PAY THIS AMOUNT BY 12/13/00 | $32.05 |
|---|---|

CUSTOMER SERVICE 1-800-893-5094

### WE APPRECIATE YOUR BUSINESS

We'd like to take this opportunity to thank you for your business, and to let you know that we are committed to delivering the finest, most convenient, most competitive services to our customers.  Additional important messages may appear on the last page of this invoice.

BRYANT 01297
ATTORNEYS EYES ONLY

EXHIBIT  C   PAGE 136

National, Inc.

National, Inc.

11/27/2000   BEVERLY CARTER

CURRENT ACCOUNT ACTIVITY

LONG DISTANCE USAGE CHARGES,
  PRODUCT TYPE:  FX1 - BUSINESS BENEFIT
    INTRASTATE
    INTRASTATE
    INTERSTATE
    INTERNATIONAL

TOTAL LONG DISTANCE USAGE:

* TOTAL USAGE CHARGES,

RECURRING CHARGES,
  LONG DISTANCE SERVICE,
    BUSINESS BENEFIT 800 PROGRAM

TOTAL RECURRING CHARGES:

TAXES, GOVERNMENT FEES AND OTHER CHARGES,
  STATE & LOCAL TAXES
  CA 911 LOCAL
  FEDERAL STATE & LOCAL SURCHARGES
  CA UNIVERSAL LIFELINE TEL SERV SURCHARGE
  CA TELECOMMUNICATIONS FUND
  CA HIGH COST FUND - B SURCHARGE
  CA HIGH COST FUND - A SURCHARGE
  FEDERAL EXCISE TAX
  FEDERAL UNIVERSAL SERVICE FEE

TOTAL TAXES, GOVERNMENT FEES AND OTHER CHARGES:

TOTAL CURRENT CHARGES,

* PAST DUE PORTIONS OF YOUR TOTAL AMOUNT DUE ARE SUBJECT
  TO A MONTHLY SERVICE CHARGE OF  1.649 PERCENT.

BRYANT 01298
ATTORNEYS EYES ONLY

EXHIBIT __C__ PAGE _137_

*** ACCOUNT SUMMARY REPORT ***

REDACTED

BRYANT 01299
ATTORNEYS EYES ONLY

*** ACCOUNT SUMMARY REPORT ***

EXHIBIT C PAGE 138

4



**fti National, Inc.**

Proudly printed on recycled paper.

2085S STONE OAK PARKWAY
SAN ANTONIO TX 78258

## STATEMENT SUMMARY

| | |
|---|---|
| BILL DATE | 02/23/01 |
| ACCOUNT NO. | 200343110 |
| INVOICE NO. | 200343311021 |
| REGION/LOC | TXX/A4R |

0200343110 S1 X17 C21 TXX S1743 R

BRYATN, CARTER
1319 W 160TH ST
GARDENA CA  90247

| | |
|---|---|
| PREVIOUS BALANCE | $69.85 |
| PAYMENTS RECEIVED THANK YOU | 69.85CR |
| ADJUSTMENTS | 0.00 |
| BEGINNING BALANCE | $0.00 |
| NEW USAGE CHARGES | 44.55 |
| RECURRING CHARGES | 3.00 |
| NON-RECURRING CHARGES | 0.00 |
| MINIMUM USAGE SURCHARGE | 0.00 |
| FEDERAL EXCISE TAX | 1.44 |
| STATE AND LOCAL TAXES | 0.75 |
| FED, ST & LOCAL SURCHARGES | 0.70 |
| FED UNIVERSAL SERVICE FEE | 2.84 |
| SERVICE CHARGE | 0.00 |
| SUBTOTAL NEW CHARGES | $53.28 |

| PLEASE PAY THIS AMOUNT BY 03/15/01 | $53.28 |
|---|---|

### CUSTOMER SERVICE 1-800-893-5094

This invoice is printed on recycled paper as part of our commitment to
conserving precious natural resources and promoting a sustainable environment.
Additional important messages may appear on the last page of this invoice.  We
appreciate your business.

BRYANT 01300
ATTORNEYS EYES ONLY

EXHIBIT C  PAGE 139



National, Inc.

01/27/2001   BRYAN, CARTER

**CURRENT ACCOUNT ACTIVITY**

| | |
|---|---|
| LONG DISTANCE USAGE CHARGES: | |
| PRODUCT TYPE: TZ1 - BUSINESS BENEFIT | |
| INTRALATA | 16.67 |
| INTERSTATE | 27.97 |
| INTERNATIONAL | 0.04 |
| **TOTAL LONG DISTANCE USAGE:** | 44.55 |
| **TOTAL USAGE CHARGES:** | 44.55 |
| RECURRING CHARGES: | |
| LONG DISTANCE SERVICE: | |
| BUSINESS BENEFIT 800 PROGRAM | 1.44 |
| **TOTAL RECURRING CHARGES:** | 1.44 |
| TAXES, GOVERNMENT FEES AND OTHER CHARGES: | |
| STATE & LOCAL TAXES | 6.13 |
| CA 911 LOCAL | 0.13 |
| FEDERAL, STATE & LOCAL SURCHARGES | 0.13 |
| CA UNIVERSAL LIFELINE TEL SERV SURCHARGE | 0.11 |
| CA TELECONNECT FUND | 0.02 |
| CA HIGH COST FUND - B SURCHARGE | 0.01 |
| FEDERAL EXCISE TAX | 1.41 |
| FEDERAL UNIVERSAL SERVICE FEE | 2.64 |
| **TOTAL TAXES, GOVERNMENT FEES AND OTHER CHARGES:** | 9.73 |
| **TOTAL CURRENT CHARGES** | 53.24 |

* PAST DUE PORTIONS OF YOUR TOTAL AMOUNT DUE ARE SUBJECT
TO A MONTHLY SERVICE CHARGE OF 1.500 PERCENT.

BRYANT 01301
ATTORNEYS EYES ONLY

EXHIBIT __C__ PAGE _140_

REDACTED



EXHIBIT _C___ PAGE _141_



BRYANT 01303
ATTORNEYS EYES ONLY

EXHIBIT C PAGE 142

5

| | |
|---|---|
| From: | Isaac Larian |
| To: | Victoria O'Connor |
| CC: | |
| BCC: | |
| Sent Date: | 2000-09-13 06:01:07:212 |
| Received Date: | 2000-09-13 06:01:07:232 |
| Subject: | RE: Carter Bryant |
| Attachments: | |

Tell him licensing royalties is a pie in the sky in the future.

We are going to RISK and spend MILLIONS making this brand and line happen. May be it does, may be it does not. If it does, we made the brand and not him.

The answer is NO.

Explain the above logic to him.

-----Original Message-----
From: Victoria O'Connor
Sent: Tuesday, September 12, 2000 4:40 PM
To: Isaac Larian
Subject: Carter Bryant

I knew it! He called and said he wanted to make sure that if we license out Bratz he would like a royalty. He said this was his original intention for the property. Do you want to tell him no or me?

Confidential - For Attorney's Eyes Only

EXHIBIT _C_ PAGE _143_     MGA 0064571

**6**

SEP 14 '00 11:38 FR BW   · COLLECTIBLES   310 252 6059 TO 9554517   P.01/04

To: David Rosenbaum

From: Carter H. Bryant

Total Pages: 4

CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA007337

EXHIBIT C___ PAGE 144

September 14, 2000

Dear David,

Enclosed is a copy of my original offer of employment with Mattel. To the best of my knowledge, other than an agreement of confidentiality, there are no other expressed contracts that have been signed. I am unable to look into this too much further with our Human Resources director without risking suspicion, but I am quite certain that this should suffice.

Thank you very much.

Sincerely,

Carter H. Bryant

310-252-6099 or
310-538-3615 home

CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA007338

EXHIBIT __C__ PAGE _145_

SEP 14  00 11:50 FR BH     COLLECTIBLES  310 252 0059 TO 555  717          P.03/04



**Mattel, Inc.**

131 Continental Boulevard
El Segundo, California 90245-5012
Phone: (310) 252-2000
Telex: 188133 or 188170

December 11, 1998

Mr. Carter Bryant
1-A Sycamore Dr.
Kimberling, MO 65686

Dear Carter,
Congratulations and welcome to Mattel!

We are pleased to confirm your acceptance of our offer for the position of Project Designer, and to outline the various benefits that are available to you as a member of the Mattel team.

**Compensation**

Your annual base salary will be ▉▉▉▉ payable on a bi-weekly basis.

**Relocation**

You will receive a relocation payment of ▉▉▉▉ less appropriate federal and state taxes, payable to you no later than 30 days following commencement of your employment.

If you choose to voluntarily terminate your employment with Mattel within one year of your date of hire, you will be required to repay this amount in full.

**Benefits**

The following is a brief outline of benefits in which you will be eligible to participate as of your date of hire. Specific details and plan limitations are provided in Summary Plan Descriptions or Plan Documents, and are subject to periodic modification and revision.

You and your qualified dependents, if applicable, will be eligible for the following coverage:

- Medical       • Life Insurance – 1-1/2 x base salary
- Dental        • Accidental Death & Dismemberment – 1-1/2 x base salary
- Vision        • Business Travel Coverage – $1,000,000
- Prescription  • Short & Long-Term Disability

You will be enrolled in the Mattel Personal Investment Plan (PIP), which is a 401(k) savings/retirement plan. The plan offers both Company Automatic and Matching contribution provisions as outlined below:

CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA007339

EXHIBIT __C__   PAGE _146_

SEP 14  '00 11:38 AM B*     CCLLECTIBLES  310 252 0009 TO 533*  **       P.04/04

- **Company Automatic Contributions**
  The Company will make automatic contributions to your account ranging from 3% to 8% of your salary, based on age.

- **Company Matching Provision**
  The Company will match up to the first 6% of pay you contribute to your PIP account on a dollar-for-dollar basis up to 2% of your annual salary and on a fifty-cents-on-the-dollar basis for up to the next 4% of your salary

Of course, this offer is contingent upon satisfactory verification of all information as to previous employers and academic institutions attended, eligibility to work in the United States, and the signing of a Confidential Information and Inventions Agreement. Further, you understand that this letter does not imply employment for a specific term and thus your employment is at will; either you or the Company can terminate it at any time, with or without cause. This letter acknowledges there are no oral or written side agreements or representations concerning the term or conditions of employment. Additional details of your employment relationship are contained in our employment application.

Enclosed is a packet containing various information and forms required to activate your employment. Please complete these forms and bring them with you on your first day of employment. Also, you will need to bring with you certain documents as set forth in the enclosed directions. Upon your arrival in the second floor lobby, please advise the security officer that you are a new employee. You will be escorted to an orientation session beginning at 8:00 a.m., which will last most of the morning.

Carter, we are all looking forward to you joining the Mattel team on 1/4/99.  As a new member of the Mattel family, please feel free to call me at (310) 252-2535 if you have any questions.

Sincerely,

Lynne Robinson
VP, Human Resources

2

** TOTAL PAGE.04 **

CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA007340

EXHIBIT _C_ PAGE _147_

7

September 18, 2000

Dear Kinuyo,

I enjoyed speaking with you on the phone today about possibly ordering a supply of your Hollow Saran hair fiber.

I would like to request a sample card of the different colors available and also, if possible, a sample card of the different curl sizes available.

The company I am working with is called MGA ENTERTAINMENT, and we are located in Los Angeles, CA. You can email me with any questions at: sophiesays@hotmail.com.

Please send the sample cards, along with price information to the following address:

MGA Entertainment
Attn: Carter Bryant
1319 W. 160th St.
Gardena, CA 90247
USA

My phone number, once again, is 310-538-3615

Thank you very much,

Sincerely,

Carter II. Bryant

EXHIBIT___C___ PAGE 148

BRYANT 01200
CONFIDENTIAL

```
✕✕✕   TRANSMISSION REPORT  ✕✕✕

SEP-17-00 17:55   ID:3102976035        KINKOS HAWTHORNE

    JOB  NUMBER                        757
    INFORMATION  CODE          OK
    TELEPHONE NUMBER     01101334061004
    NAME(ID NUMBER)      0334061004
    START TIME           SEP-17-00 17:54
    PAGES TRANSMITTED    001    TRANSMISSION MODE      EHMR
    RESOLUTION           STD    REDIALING TIMES        00
    SECURITY             OFF    MAILBOX                OFF
    MACHINE ENGAGED      00'23

    THIS TRANSMISSION IS COMPLETED.
    LAST SUCCESSFUL PAGE    001
```

September 18, 2000

Dear Kinuyo,

I enjoyed speaking with you on the phone today about possibly ordering a supply of your Hollow Saran hair fiber.

I would like to request a sample card of the different colors available and also, if possible, a sample card of the different curl sizes available. We will likely be placing a large order for this hair very soon, as we will probably be using it on a new doll line.

The company I am working with is called MGA ENTERTAINMENT, and we are located in Los Angeles, CA. You can email me with any questions at: sophiesays@hotmail.com.

Please send the sample cards, along with price information to the following address:

MGA Entertainment
Attn: Carter Bryant
1319 W. 160th St.
Gardena, CA 90247
USA

My phone number, once again, is 310-538-3615

Thank you very much.

Sincerely,

Carter H. Bryant

BRYANT 01201
CONFIDENTIAL

EXHIBIT __C__ PAGE _149_

**8**

**David Rosenbaum**

| | |
|---|---|
| Sent: | Tuesday, September 19, 2000 12:23 AM |
| To: | 'Carter Bryant' |
| Cc: | Victoria O'Connor (E-mail); Isaac Larian (E-mail) |
| Subject: | Consulting Agreement |

Dear Mr. Bryant:

As you know, we represent MGA Entertainment. Attached for your review is a draft of the above referened agreement. Please reveiw the draft and have your attorney call me to discuss.

Please note that inasmuch as our client has not had an opportunity to review this correspondence and/or attachment(s) hereto, I must reserve their right to comment.

Regards,
David S. Rosenbaum
Fischbach, Perlstein & Lieberman, LLP
1875 Century Park East, Suite 850
Los Angeles, California 90067
Tel:310-556-1956
Fax:310-556-4617
e-mail: drosenbaum@fpllaw.com



0000442.DOC

This message is intended for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately and return the original message to us at the above address. Thank you.

1

CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA001355

EXHIBIT __C__ PAGE _150_

**9**

**From:** Paula Treantafelles
**Sent:** Wednesday, September 27, 2000 12:34 PM
**To:** Franki Tsang; Judy Rich
**Subject:** BRATZ

Franki
Please note that I sent to you today a binder describing the new small doll line called BRATZ.

This is a small doll line made up of 4 characters.  The position of this line is hair and dress play.
Dolls are sold with 1 hair style and 1 outfit for a "day time" look and another outfit and hair style for a "night time" look.

The consumer has the ability to:
- change dolls clothes
- snap in different hair styles (illustrated in the binder)
- snap in different pairs of shoes (illustrated in the binder)

I need you to help me get an idea of what a dress pack would cost.  I need to make sure that pieces I am expecting to include support our retail price.

The second to last page of this binder reflects the doll pack piece count
- 2 hair styles
- 1 purse
- 4 piece fashion set
- 2 pairs of shoes

The very last page of this binder indicates:
- preferred hair vendor (contact name, address and phone number)
- approximate amount/weight of hair

I also sent to you physical samples of:
- body
- outfit pieces
- purse
- shoes.
These pieces represent approximate size or amount of softgoods material expected for these mentioned pieces.

I am hoping that this information will help you _help me get an idea of how much these components will cost.

I am going to send you a PDF by end of next week.  Please call me if you have any questions.  I would love to put a development schedule together as soon as I get Isaac to buy off on the line I mentioned above.

Sorry for this.

ATTORNEY'S EYES
ONLY

MGA000422

EXHIBIT __C__ PAGE _151_

**10**

From:            Isaac Larian
To:              Victoria O'Connor; Michele Thompson
CC:
BCC:
Sent Date:       2000-10-04 00:45:36:000
Received Date:   2000-10-04 00:45:36:830
Subject:         RE: Job offer
Attachments:

fyi

-----Original Message-----
From: Wpimerc@aol.com [mailto:Wpimerc@aol.com]
Sent: Tuesday, October 03, 2000 5:23 PM
To: ilarian@mgae.com
Subject: Re: Job offer

I don't think at Mattel I would have the opportunities that you are offering
me. I don't want to sound stingy but I have accumulated a lot of debt in
this past year I was only making the 60% of my salary. I need them to lay me
off as I told you.

Your company sound like it has endless possibilities and I know that I can
help you bring new brands to your line of product. The past couple of days I
have not slept because I am thinking of all these products that we could do.

I am sorry I was a little long winded but please give me until Friday and I
should have an answer from Mattel. If not I guess I just start for you on
Tuesday.

Thank you;
Mercedeh

Confidential - For Attorney's Eyes Only

EXHIBIT __C___ PAGE _152_    MGA 0064572

**11**

**David Rosenbaum**

Sent:          Wednesday, October 04, 2000 3:43 PM
To:            'Anne Wang'
Cc:            Victoria O'Connor (E-mail)
Subject:       RE: Bryant/MGA Agreement

Importance:    High

 

0000440.DOC      0000471.RTF

Dear Anne:

Further to my e-mail below, I attach clean (#6662.doc) and redlined (#6871.rtf) copies of above agreement. The changes indicated therein represent all of the changes that my client will agree to make to the agreement. Please have Mr. Bryant sign at least three copies of the agreement and return them to me so that I may arrange for countersignature by MGA. Please let me know today if Carter will execute the agreement. If these changes are unacceptable, my client has advised me that it will proceed with other product plans are terminate its discussions with Mr. Bryant.

Regards,
David S. Rosenbaum
Fischbach, Perlstein & Lieberman, LLP
1875 Century Park East, Suite 850
Los Angeles, California 90067
Tel:310-556-1956
Fax:310-556-4617
e-mail: drosenbaum@fpllaw.com

This message is intended for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately and return the original message to us at the above address. Thank you.

-----Original Message-----
From:
Sent: Wednesday, October 04, 2000 10:20 AM
To: 'Anne Wang'
Cc: Victoria O'Connor (E-mail)
Subject: RE: Bryant/MGA Agreement
Importance: High

Anne - I reviewed your proposed revisions with my client and they are, by and large, unacceptable. I understand that my client has discussed these issues with Carter directly and he has agreed to withdraw most of the proposed changes. It is imperative that this agreement be concluded today. Please call me as soon as possible so that we may conclude this matter.

CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA001318

EXHIBIT __C__ PAGE _153_

Regards,
David S. Rosenbaum
Fischbach, Perlstein & Lieberman, LLP
1875 Century Park East, Suite 850
Los Angeles, California 90067
Tel:310-556-1956
Fax:310-556-4617
e-mail: drosenbaum@fplaw.com

This message is intended for the use of the individual or entity to
which it is addressed and may contain information that is privileged,
confidential and exempt from disclosure under applicable law. If the
reader of this message is not the intended recipient, or the employee or
agent responsible for delivering the message to the intended recipient,
you are hereby notified that any dissemination, distribution or copying
of this communication is strictly prohibited. If you have received this
communication in error, please notify us immediately and return the
original message to us at the above address. Thank you.

-----Original Message-----
From: Anne Wang [mailto:awang@PS-IPLAW.com]
Sent: Wednesday, October 04, 2000 9:56 AM
To: Drosenbaum (E-mail)
Subject: Bryant/MGA Agreement

Hi David: I caught an inadvertent omission in the version I sent by email
yesterday. Therefore, please ignore that version and review the attached
the version (which also is in Word instead of WordPerfect). It may be
difficult to reach me today as I will be in meetings throughout the day.
Look forward to your comments. <<mga#2agt.doc>>
Anne Wang

2

CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA001319

EXHIBIT __C__ PAGE _154_

This redlined draft, generated by CompareRite (TM) - The Instant Redliner, shows the differences between -
original document  : C:\WINDOWS\TEMP\VCOLD\00006662.BKA
and revised document: C:\WINDOWS\TEMP\VCNEW\00006662.DOC

CompareRite found   28 change(s) in the text

Deletions appear as Overstrike text
Additions appear as Bold text

**MGA ENTERTAINMENT**
**16730 Schoenborn Street**
**North Hills, California  91343**

Dated as of September 18, 2000

Mr. Carter Bryant

# REDACTED

Dear Mr. Bryant:

 Set forth below are the terms and conditions upon which we (hereinafter "MGA") are retaining you ("Bryant") to consult and advise MGA in the design and development of certain products which MGA wishes to manufacture and distribute (hereinafter our agreement is sometimes referred to as the "MGA Consulting Agreement"). ~~Our~~ **The parties'** agreement is as follows:

1. **Retention as Consultant/Services:** MGA retains ~~Bryant~~ to provide his services to consult with MGA and advise MGA on the design and development by MGA of a line of dolls presently known as "Bratz" (the "MGA Products"). Bryant will render his services at such locations and times as may be reasonably be designated by MGA. It is understood and agreed that Bryant shall provide his services on a "top priority" basis as his services pertain to other clients of Bryant. In addition, Bryant and all other Bryant staff will take direction from and be under the supervision of such person(s) as may be reasonably designated by MGA from time to time upon notice to Bryant. It is understood and agreed that, subject to MGA's prior written consent, Bryant may retain third party contractors ("Contractors") to assist at his direction in the services to be rendered hereunder. Such third parties shall be compensated at ~~hourly rates~~ in a manner ("Contractor Fees") to be determined between the ~~Bryant~~ **and such third parties** and shall be subject to the terms of this Agreement, including without limitation, paragraphs 3, 4, and 7, below. Bryant shall enter into agreements with all Contractors on a form approved by MGA as conforming to the terms of this Agreement and confirming MGA's ownership of all results and proceeds of the services provided by any such Contractors; such form is attached a Exhibit "A" to this Agreement, and is incorporated herein by reference.

2. **Term/Exclusivity:** The Term shall commence on the date of this Agreement. MGA shall have the right to terminate this Agreement on not less than ~~thirty (30)~~ **forty-five (45)** days prior written notice to Bryant. During the Term of this Agreement, Bryant will not provide consulting services to any person, firm or corporation engaged in the design, development and manufacture and sale of dolls or similar products.

{00006871 RTF / / 10/04/2000  03:03 PM}

1

CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA001320

EXHIBIT __C__ PAGE _155_

3.   Ownership:

(a)   All results and proceeds of the services provided by Bryant hereunder and any Contractor, including without limitation, any inventions, and any documentation related thereto, and any other material, whether written or oral (collectively, the "Bryant Work Product") shall be considered "work made for hire" and shall be owned exclusively, throughout the world, and in perpetuity by MGA (including all copyrights and patents therein and thereto, and all renewals and extensions thereof). MGA shall have the sole and exclusive right to use the Bryant Work Product, in whole or in part, in whatever manner MGA may desire, including without limitation, the right to cut, edit, revise, alter and/or otherwise modify the Bryant Work Product and the results of Bryant's services hereunder and the Contractors' services, and to freely use, perform, distribute, exhibit and exploit such materials and license others to do so in any and all media now known or hereafter devised. MGA shall have the sole and exclusive right to copyright or patent the Bryant Work Product in MGA's name, as the owner and author thereof, and to secure any and all registrations, renewals and extensions of such copyrights and patents in MGA's name or Bryant's name or the Contractors' names, as permitted pursuant to applicable statute. Bryant expressly waives, and shall cause all Contractors to waive, any "moral rights" (as such term is commonly understood around the world) in and to the Bryant Work Product prepared by Bryant and/or the Contractors pursuant to the Agreement. Bryant shall, upon request, execute, acknowledge and deliver, and shall cause each Contractor to execute, acknowledge and deliver, to MGA such additional documents as MGA may deem necessary to evidence and effectuate MGA's rights hereunder, and Bryant hereby grants to MGA the right as Bryant's attorney-in-fact to execute, acknowledge, deliver and record in the U.S. Copyright Office, the U.S. Patent Office or elsewhere any and all such documents. If, whether by statutory amendment to the U.S. Copyright and/or Patent Laws, or a decision by a court of competent jurisdiction interpreting such laws, MGA shall not be deemed to be the author or owner of the Bryant Work Product, this Agreement and each agreement with a Contractor shall, nevertheless, constitute an irrevocable assignment by Bryant and each Contractor, as applicable, to MGA of any and all of Bryant's and each Contractors' right, title and interest, including copyright and patent (and all renewals and extensions thereof), in and to the Bryant Work Product. Bryant acknowledges and agrees, and shall cause each Contractor to acknowledge and agree, that he and they have no interest in and shall not, by virtue of this Agreement or any services rendered by Bryant and/or each Contractor to MGA acquire any interest in the MGA Products and that MGA may exploit the MGA Products and any derivative works thereto, without obligation to Bryant and/or the Contractors, except as provided in Paragraph 4, below.

(b)   Without limiting the generality of the provisions of Paragraph 3(a), above, with respect only to any inventions, and any documentation related thereto, and any other material, whether written or oral, created by or for Bryant relating to the MGA Products prior to the commencement of the term of this Agreement, for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged by Bryant, Bryant hereby irrevocably grants, conveys, transfers, sets over and assigns to MGA in perpetuity all of Bryant's right, title and interest, in an to the such material, including, without limiting the generality of the foregoing, all rights under copyright and patent (and all renewals and extensions thereof) including the right to produce and authorize the production of any and all derivative works, and all proprietary rights of any kind therein, now known or hereafter created throughout the world. MGA shall have the sole and exclusive right to use such material, in whole or in part, in whatever manner MGA may desire, including without limitation, the right to cut, edit, revise, alter and/or otherwise modify such materials and to freely use, perform, distribute, exhibit and exploit such materials and license others to do so in any and all media now known or hereafter devised or refrain from doing so as MGA may determine. Bryant expressly waives any "moral rights" (as such term is commonly understood around the world) in and to such materials.

4.   Compensation/Costs:

(00006871.RTF// 10/04/2000 03:03 PM)

2

CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA001321

EXHIBIT __C__ PAGE _156_

(a)     For the first six (6) months of the Term of this Agreement, MGA shall pay Bryant for his services at the rate of five thousand five hundred dollars ($5,500.00) per month; for the next three (3) months of the Term, MGA shall pay Bryant for his services at the rate of five thousand dollars ($5,000.00) per month. All sums paid to Bryant as monthly fees shall be deemed to be non-refundable, fully-recoupable advances against any royalties that may be payable to Bryant pursuant to paragraph 4(b), below.

(b)     MGA shall pay to Bryant a royalty of three percent (3%) of the Net Sales Receipts from the sales by MGA of any of the MGA Products developed by MGA on which Bryant provided his consulting services. As used herein, the term "Net Sales Receipts" means all monies actually received by MGA from its customers on sales of MGA Products less (i) any and all excise sales, value added or comparable or similar taxes; (ii) freight and similar third party handling charges paid or payable by MGA; and (iii) returns, discounts, allowances or credits (inclusive of co-op and trade discounts and allowances). MGA shall account to Bryant on a calendar quarterly basis within thirty (30) days after the end of each quarter. All statements of royalties rendered by MGA hereunder shall be conclusive, final, and binding on Bryant, shall constitute an account stated, and shall not be subject to any question for any reason whatsoever unless specific written objection, stating the basis thereof, is given by Bryant to MGA within two (2) years after the date rendered. No action, suit, or proceeding of any nature in respect of any royalty statement or other accounting rendered by MGA hereunder may be maintained against MGA unless such action, suit, or proceeding is commenced against MGA in a court of competent jurisdiction within one (1) year after the date of MGA's notice rejecting such objection. Bryant or his representatives shall have the right, not more than once per year and not more than once per statement of royalties, to examine MGA's books and records relating to the sales of such MGA Products, such examination to be conducted during MGA's normal business hours and upon reasonable prior written notice.

(c)     All costs and expenses incurred by Bryant in connection with the performance of his obligations hereunder shall be borne solely by Bryant, except as otherwise agreed and incurred with MGA's prior written consent. In the event MGA requests Bryant to travel to the Orient on MGA's behalf in connection with his services hereunder, MGA will reimburse Bryant for all travel expenses incurred in connection therewith, such as parking, airfare (economy class), auto rental, meals and hotel accommodations. Reimbursement shall be at the actual cost of such item without any mark-up.

(d)     Bryant shall submit invoices to MGA for his monthly fees (and reimbursable expenses, if and as agreed) on a monthly basis. Each invoice shall provide sufficient detail to support the monthly fee charges and hours rendered (and shall include satisfactory copies of bills and/or payments for reimbursable expenses, as applicable). MGA shall pay each such invoice within fifteen (15) days after receipt of such invoice, provided, however, MGA reserves the right to request further explanation or documentation before paying any invoice submitted by Bryant.

(e)     MGA shall use its reasonable business efforts, consistent with its business judgment, to market, promote, distribute, sell and/or exploit the MGA Products and to collect on all monies due from sales. MGA has not made and does not hereby make any representation or warranty with respect to the quantity of sales (if any) of MGA Products embodying the Property which MGA may sell. Bryant recognizes and acknowledges that the sale of MGA Products is speculative and agrees that MGA's judgment and the judgment of its subsidiaries and affiliated companies with regard to the sales of any of its MGA Products and with regard to the marketing, promotion, advertising and exploitation of the MGA Products shall be binding and conclusive upon Bryant. Bryant warrants and agrees that Bryant will not make any claim, nor shall any liability be imposed upon MGA based upon any claim, that more sales could have been made or that better business could have been done than what was actually made or done by MGA or any of MGA's subsidiaries or its affiliated companies, or that better prices or terms could have been obtained.

[00006871.RTF / 10/4/2000 03:03 PM]

3

CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA001322

EXHIBIT  C  PAGE  157

5.    <u>Warranties and Indemnity</u>:  Bryant represents, warrants and agrees that:

(a)    he has the right and is free to execute this Agreement, to grant the rights granted by him to MGA hereunder, and to perform each and every term and provision hereof;

(b)    neither the execution and delivery of this Agreement nor the performance by Bryant of any of his obligations hereunder will constitute a violation, breach or default under any agreement, arrangement or understanding, or any other restriction of any kind, to which Bryant is a party or by which Bryant is bound;

(c)    the Bryant Work Product shall be free of all liens and encumbrances and there will be no claims, demands or actions pending or threatened with respect thereto; and that the Bryant Work Product is original and no part thereof infringes or shall infringe upon any common law or statutory rights or intellectual property rights of any third party including, without limitation, contractual rights, patents, copyrights, mask-work rights, trade secrets, rights of privacy and other intellectual property rights;

(d)    he shall comply with all applicable laws and regulations in force during the Term of this Agreement with respect to the services to be rendered hereunder; and

(e)    he shall indemnify and hold MGA harmless from and against any and all claims, losses, costs, judgments, settlements, damages and expenses (including reasonable counsel fees) arising from any breach by him of any of the warranties, representations and agreements made by him hereunder.

6.    <u>Default/Termination</u>:

(a)    In the event either party Party fails to perform any of its material obligations hereunder, or breaches any representation, warranty or agreement contained herein, the other party Party may terminate this Agreement on thirty (30) days prior written notice, provided the breaching party Party shall not have remedied such failure within such thirty (30) day period.

(b)    Upon the termination of this Agreement Bryant shall turn over to MGA all materials relating to the MGA Products furnished by MGA to Bryant or shall give MGA satisfactory evidence of their destruction.

7.    <u>Confidentiality</u>:

(a)    Bryant shall keep in confidence and not disclose to any third party, without the written permission of MGA, the Confidential Information made known to him under this Agreement.  As used herein, the term "Confidential Information" means information relating to MGA's products (whether current or projected), product titles, customers, employees, tools and techniques, designs, drawings, schematics and other documentation relating thereto and other confidential and proprietary business information of MGA and which is expressly labeled or identified to Bryant in writing as "confidential" or which, under the circumstances of such disclosure, Bryant knows, or reasonably should know, are treated by MGA as confidential.  This requirement of confidentiality shall not apply to any information that is (i) in the public domain through no wrongful act of Bryant; (ii) rightfully received by the Bryant from a third party who is not bound by a restriction of nondisclosure; (iii) already in the Bryant's possession without restriction as to disclosure; or (iv) required to be disclosed by operation of law or by order of a court or administrative body of competent jurisdiction, (provided that prior to such disclosure, MGA shall first receive notice thereof from Bryant and have the opportunity to contest such order or requirement of disclosure or seek appropriate protective order).

{00006871.RTF / / 10/04/2000  03.03 PM}

4

CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA001323

EXHIBIT __C__ PAGE _158_

(b)     Bryant agrees and acknowledges that all Confidential Information disclosed to him shall be and remain the sole property of MGA. Nothing contained in this Agreement shall be construed as granting to Bryant any right, title or interest of any kind, by license or otherwise, to the Confidential Information disclosed by MGA, the intellectual property therein or any part or copy thereof. Bryant further acknowledges and agrees that nothing contained herein shall be construed as granting Bryant any right to develop, manufacture, produce and/or distribute any product(s) derived from or which otherwise uses any of the Confidential Information disclosed by MGA, or authorize or in any way assist others to do so. Bryant may not make, sell, license or distribute copies of the Confidential Information disclosed by MGA and may not sublicense, transfer or assign in any manner whatsoever this Agreement or any of Bryant's rights or obligations under this Agreement.

(c)     Bryant acknowledges that his failure to perform any of the terms or conditions of this Agreement shall result in immediate and irreparable damage to MGA. Bryant also acknowledges that there may be no adequate remedy at law for such failures and that in the event thereof MGA shall be entitled to equitable relief in the nature of injunction and to all other available relief, at law and/or in equity.

8.     **Notices:** All notices, statements and/or payments to be given to the parties hereunder shall be addressed to the parties at the addresses set forth on the first page hereof or at such other address as the parties shall designate in writing from time to time. All notices shall be in writing and shall either be served by personal delivery, mail, or facsimile (if confirmed by mail or personal delivery of the hard copy), all charges prepaid. Except as otherwise provided herein, such notices shall be deemed given when personally delivered, all charges prepaid, or on the date five (5) days following the date of mailing, except that notices of change of address shall be effective only after the actual receipt thereof. Copies of all notices to MGA shall be sent to Fischbach, Perlstein & Lieberman LLP, 1875 Century Park East, Suite 850, Los Angeles, California 90067, Attention: David S. Rosenbaum, Esq. Copies of all notices to Bryant shall be sent to Carter Bryant 1319 West 160th Street, Gardena, California 90247.

9.     **Independent Contractor/No Partnership/Third Party Beneficiary:** Bryant's relationship with MGA is that of an independent contractor. Bryant does not have, and will not represent that he has, any power, right or authority to bind MGA, or to assume or create any obligation or responsibility, express or implied, on behalf of MGA in MGA's name. Nothing stated in the Agreement shall be construed as constituting a partnership or as creating the relationships of employer/employee or principal/agent between the parties. In all matters relating to the Agreement, Bryant shall not act as MGA's employee within the meaning or application of any federal or state unemployment insurance laws, or any other laws or regulations which may impute any obligations or liabilities to MGA by reason of an employment relationship. Bryant will be solely responsible for all taxes, including without limitation, employee and employer, and that he carries all of his own insurance. Neither of the parties hereto shall hold itself out contrary to the terms of this provision by advertising or otherwise. This Agreement shall not be construed to be for the benefit of any third party.

10.     **Services Rendered Deemed Special, etc.:** Bryant acknowledges that the services to be rendered by him hereunder are of a special, unique, extraordinary and intellectual character which gives them peculiar value, the loss of which cannot be adequately compensated for in an action at law and that a breach of any term, condition or covenant hereof will cause irreparable harm and injury to MGA and in addition to any other available relief MGA will be entitled to seek injunctive relief.

11.     **General Provisions:**

(a)     This Agreement may not be assigned by either party Party hereto either voluntarily or by operation of law. Any such assignment shall not relieve such party Party of its obligations hereunder.

[00006871.RTF// 10/04/2000 03:03 PM]

5

CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA001324

EXHIBIT C   PAGE 159

(                    .(

_____

(b)      The titles of the paragraphs of this Agreement are for convenience only and shall not in any way affect the interpretation of any paragraph of this Agreement or the Agreement itself.

(c)      A waiver by either party Party of the terms or conditions of this Agreement in any instance shall not be deemed or construed to be a waiver of such terms or conditions for the future or of any subsequent breach thereof. All remedies, rights, undertakings, obligations and agreements contained herein shall be cumulative and none of them shall be in limitation of any other remedy, right, undertaking, obligation or agreement of either party Party.

(d)      Neither party Party hereto shall be liable to the other for any incidental, consequential, special or punitive damages of any nature or kind, arising out of in connection with a breach by such party Party of this Agreement, whether such liability is asserted on the basis of contract, tort (including negligence or strict liability), or otherwise, even if such party Party has been warned of the possibility of any such loss or damage.

(e)      This Agreement shall be construed and interpreted pursuant to the laws of the State of California, applicable to agreements made and to be performed entirely therein, and the parties hereto submit and consent to the jurisdiction of the courts of the State of California, including Federal Courts located therein, should Federal jurisdiction requirements exist, in any action brought to enforce (or otherwise relating to) this contract.

(f)      This Agreement constitutes the entire Agreement between the parties hereto and supersedes all prior agreements, whether written or oral, with respect to the subject matter herein contained. No provision of this Agreement shall be deemed waived, amended or modified by either party Party unless such waiver, amendment or modification shall be in writing and signed by a duly authorized officer of the party Party against whom the waiver, amendment or modification is to be enforced.

(g)      Nothing contained in this Agreement shall be construed so as to require the commission of any act contrary to law, and wherever there is any conflict between any provision of this Agreement and any material statute, law, ordinance, order or regulation contrary to which the parties hereto have no legal right to contract, the latter shall prevail, but in such event any provision of this Agreement so affected shall be curtailed and limited only to the extent necessary to bring it within the legal requirements.

\\

\\

\\

\\

\\

\\

Kindly indicate your agreement with the foregoing by signing in the space provided below.

Very truly yours,

MGA ENTERTAINMENT

{00006971.RTF / / 10/04/2000 03:03 PM}

6

CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA001325

EXHIBIT _C_ PAGE _160_

By:_____

Its:_____

AGREED TO AND ACCEPTED:

_____
CARTER BRYANT

_____
Social Security Number

CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA001326

EXHIBIT __C__ PAGE _161_

EXHIBIT "A"

INDEPENDENT CONTRACTOR AGREEMENT

The parties to this Agreement ("Agreement") are CARTER BRYANT, an individual whose address is 1319 West 160ᵗʰ Street, Gardena, California ("Bryant") and, [an individual whose address is ("Contractor").

Bryant has asked Contractor to provide certain copyrightable and/or patentable work for Bryant in connection with Bryant' services (the "Project") to MGA Entertainment ("MGA") relating to the design and development by MGA of a line of dolls presently known as "Bratz" (the "MGA Product"), and Contractor is willing to perform such work. Contractor's work under this Agreement will be part of what Bryant provides to MGA. In order to fulfill his obligations to MGA, Bryant wishes to obtain ownership of all rights, including copyrights and patents, in Contractor's work under this Agreement. Contractor is willing to transfer all rights in the work to Bryant. Therefore, the parties represent and agree as follows:

1.    Ownership: All results and proceeds of the services provided by Contractor hereunder, including without limitation, any inventions, and any documentation related thereto, and any other material, whether written or oral (collectively, the "Work Product") shall be considered "work made for hire" and shall be owned exclusively, throughout the world, and in perpetuity by MGA (including all copyrights and patents therein and thereto, and all renewals and extensions thereof). MGA shall have the sole and exclusive right to use the Work Product, in whole or in part, in whatever manner MGA may desire, including without limitation, the right to cut, edit, revise, alter and/or otherwise modify the Work Product and the results of Contractor's services hereunder, and to freely use, perform, distribute, exhibit and exploit such materials and license and/or sublicense them in any and all media now known or hereafter devised. MGA shall have the sole and exclusive right to copyright or patent the Work Product in MGA's name, as the owner and author thereof, and to secure any and all registrations, renewals and extensions of such copyrights and patents in MGA's name or Contractor's name as permitted pursuant to applicable statute. Contractor expressly waives any "moral rights" (as such term is commonly understood around the world) in and to the Work Product prepared by Contractor pursuant to this Agreement. Contractor shall, upon request, execute, acknowledge and deliver to MGA such additional documents as MGA may deem necessary to evidence and effectuate MGA's rights hereunder, and Contractor hereby grants to MGA the right as Contractor's attorney-in-fact, to execute, acknowledge, deliver and record in the U.S. Copyright Office, the U.S. Patent Office or elsewhere any and all such documents. If, whether by statutory amendment to the U.S. Copyright and/or Patent Laws, or a decision by a court of competent jurisdiction interpreting such laws, MGA shall not be deemed to be the author or owner of the Work Product, this Agreement shall, nevertheless, constitute an irrevocable assignment by Contractor to MGA of any and all of Contractor's right, title and interest, including copyright and patent (and all renewals and extensions thereof), in and to the Work Product. Contractor acknowledges and agrees that Contractor has no interest in and shall not, by virtue of this Agreement or any services rendered by Contractor to MGA acquire any interest in the MGA Products and any derivative works thereto which may embody or incorporate or be derivative of the Work Product. Contractor shall not use display or distribute the Work Product for any purpose other than the Project without MGA's prior written permission.

2.    Contractor's Representations and Warranties: Contractor represents and warrants to Bryant and MGA as follows: (a) all portions of the Work are original; (b) none of the Work infringes the rights of any third parties; (c) all persons working with or for Contractor on the Project are Contractor's employees working within the scope of their employment or have executed an enforceable "work for hire/copyright hire/ assignment" agreement covering the Project in favor of Contractor or MGA.

{00000871.RTF// 10/04/2000  03:03 PM}                                      8

CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA001327

EXHIBIT __C__ PAGE __162__

————————— REVISION LIST —————————

The bracketed numbers refer to the Page and Paragraph for the start of the paragraph in both the old and the new documents.

| | | |
|---|---|---|
| [1:9 1:9] Changed | "Our " to "The parties' " |
| [1:10 1:10] Changed | "as may be designated by MGA." to "as may be  ..  designated by MGA." |
| [1:10 1:10] Changed | "person(s) ... by MGA from" to "person(s) ...  by MGA from" |
| [1:10 1:10] Changed | "at hourly rates " to "in a manner " |
| [1:10 1:10] Changed | "between the parties" to "between Bryant ... third parties" |
| [1:11 1:11] Changed | "thirty (30) " to "forty-five (45) " |
| [1:12 1:12] Changed | "Ownership: All" to "Ownership: " |
| [1:12 1:13] Changed | "Ownership: All" to "(a) All" |
| [2:1 2:1] Add Para | "(b) Without limiting  ...  such materials. " |
| [3:2 3:3] Add Para | "(c) MGA shall use  ...  been obtained." |
| [3:9 4:4] Changed | "either party fails" to "either Party fails" |
| [3:9 4:4] Changed | "other party may" to "other Party may" |
| [3:9 4:4] Changed | "breaching party shall" to "breaching Party shall" |
| [4:1 4:8] Changed | "Information shall" to "Information  ...  him shall" |
| [4:1 4:8] Changed | "Confidential Information, the" to "Confidential ... by MGA, the" |
| [4:1 4:8] Changed | "Confidential Information, or" to "Confidential ... by MGA, or" |
| [4:1 4:8] Changed | "Information and" to "Information  ...  by MGA and" |
| [4:3 5:1] Changed | "Esq." to "Esq. Copies  ...  California 90247." |
| [5:2 5:5] Changed | "either party hereto" to "either Party hereto" |
| [5 2 5:5] Changed | "such party of" to "such Party of" |
| [5:4 5:7] Changed | "party " to "Party " |
| [5:4 5:7] Changed | "either party." to "either Party." |
| [5:5 5:8] Changed | "Neither party hereto" to "Neither Party hereto" |
| [5:5 5:8] Changed | "such party of" to "such Party of" |
| [5:5 5:8] Changed | "such party has" to "such Party has" |
| [5:7 6:2] Changed | "either party unless" to "either Party unless" |
| [5:7 6:2] Changed | "the party against" to "the Party against" |
| [5:9 6:4] Del Paras | "\\ |

\\

\\

\\

\\

\\"
[8:6 8 6] Changed    "hire/copyright " to "hire/ "

{00006871.RTF// 10/04/2000  03:03 PM}

10

CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA001329

EXHIBIT C PAGE 163

**12**

**From:** Isaac Larian
**Sent:** Thursday, October 05, 2000 10:10 PM
**To:** 'carter bryant'
**Cc:** Paula Treantafelles
**Subject:** RE: the Bratz

Carter,

You are very creative and I believe this line ( if done with FOCUS and strategic thought) will be huge.

Please arrange to meet with Paula ASAP and work on this FULL TIME and lets make it happen.

Also, Mercedeh will be starting at MGA next Tuesday.

Thanks

-----Original Message-----
From: carter bryant [mailto:sophiesays@hotmail.com]
Sent: Thursday, October 05, 2000 4:52 PM
To: ilarian@mgae.com
Subject: the Bratz

Hi Isaac--

I just want to thank you for your message earlier, and mostly I want to thank you for this incredible opportunity and for believing in me enough to make this happen.

I have a GREAT storyline for a commercial, which I will work up a bit for you all to see, as well as a great song in mind for it. I also have a lot of great ideas for the entire line and this is going to be big!

Thanks again.
Carter

Get Your Private, Free E-mail from MSN Hotmail at http://www.hotmail.com.

Share information about yourself, create your own public profile at http://profiles.msn.com.

ATTORNEY'S EYES
ONLY

MGA000423

EXHIBIT C   PAGE 164

**13**

| | |
|---|---|
| **From:** | Isaac Larian |
| **To:** | Victoria O'Connor |
| **CC:** | Paula Treantafelles |
| **BCC:** | |
| **Sent Date:** | 2000-10-05 20:32:00:387 |
| **Received Date:** | 2000-10-05 20:32:00:467 |
| **Subject:** | RE: Bratz |
| **Attachments:** | |

A new showroom!

----Original Message----
**From:** Victoria O'Connor
**Sent:** Thursday, October 05, 2000 11:44 AM
**To:** Isaac Larian
**Cc:** Paula Treantafelles
**Subject:** RE: Bratz

Where do you think this catwalk is going to be? In the hallway? I love the idea but we don't have the space.

----Original Message----
**From:** Isaac Larian
**Sent:** Thursday, October 05, 2000 11:32 AM
**To:** CARTER
**Cc:** Paula Treantafelles; Victoria O'Connor
**Subject:** Bratz
**Importance:** High

Carter,

Now that we have the agreement in place, we need you and Paula to FOCUS 200% on getting this done:

Think Different!

Think the fashion.

Think and DESIGN the accessories.

Think about the commercial

Think about the NY showroom presentation (we are thinking a Cat Walk)

THINK ABOUT ALL THE ROYALTY YOU ARE GOING TO MAKE!

Carter , this is your big break in business life. I have put my whole resources ( money, people, development, etc) on this to make your dream happen because I believe in young peoples dream.

Now it is up to you. You need to put 16 hours a day STARTING NOW on this and NOTHING ELSE. That is the only way it will happen.

Lets do it!

Isaac

Confidential - For Attorney's Eyes Only

EXHIBIT _C_ PAGE _165_    MGA 0064575

**14**

| | |
|---|---|
| From: | Isaac Larian |
| Sent: | Tuesday, October 17, 2000 10:42 AM |
| To: | Mercedeh Ward; Judy Rich |
| Cc: | Paula Treantafelles; Cecilia Kwok; Kerri Legg |
| Subject: | RE: BRATZ -- NEED TO DETERMINE PS DATE |

Lets discuss at 3 pm marketing meeting today.

-----Original Message-----
| | |
|---|---|
| From: | Mercedeh Ward |
| Sent: | Tuesday, October 17, 2000 10:01 AM |
| To: | Judy Rich; Isaac Larian |
| Cc: | Paula Treantafelles; Cecilia Kwok |
| Subject: | RE: BRATZ -- NEED TO DETERMINE PS DATE |

Judy and Isaac:

Lets first decide whm the product is to be on the shelf for our costumers. That is really important. Judy as I told you we need to back up our scheduals from there. I understand requirements for samples but we are realy are trying to bring a high quality item to the market. Judy lets look at the schedual and see if there any time we can take out we will do that to improve the 5/1.

Mercedeh

-----Original Message-----
| | |
|---|---|
| From: | Judy Rich |
| Sent: | Tuesday, October 17, 2000 8:58 AM |
| To: | Isaac Larian |
| Cc: | Paula Treantafelles; Cecilia Kwok; Mercedeh Ward |
| Subject: | FW: BRATZ -- NEED TO DETERMINE PS DATE |

Isaac,

Please note Paula's comment below (highlighted in red) that she does not believe a 4/1 PS date is feasible for Bratz. We need to determine the PS date to get a product development schedule in place. Please advise if a 5/1 PS is acceptable.

Thank you.

Judy

Judy Rich
Project Planner
Product Development
MGA Entertainment
jrich@mgae.com
818/894-2525 x173
www.mgae.com

-----Original Message-----

CONFIDENTIAL - ATTORNEYS' EYES ONLY

MGA 0009131R

EXHIBIT _C_  PAGE _166_

| | |
|---|---|
| From: | Paula Treantafelles |
| Sent: | Monday, October 16, 2000 4:31 PM |
| To: | Cecilia Kwok; Samuel Wong; Franki Tsang |
| Cc: | Judy Rich; Mercedeh Ward |
| Subject: | BRATZ |

I apologize that I wasnt able to release the attached information on Friday.

These are the PDF's for BRATZ:

<< File: BRATZ DOLL PACK PDF.doc >>  << File: BRATZ FASHION PACK PDF.doc >>  << File: BRATZ HAIR PACK PDF.doc >>

Mercedeh, Judy and Cecilia-
These are working schedules I put together for each of the above.  Isaac's target PS is 4/1.  At this point I am confident that we will not be able to support anything earlier than a 5/1 PS.  Please keep in mind that we only started developing this line one month ago.

Please review and advise your thoughts/comments.
<< File: BRATZ templates.xls >>

-Please note I released the rough casted body to you last Friday. Please note that the doll is expected to be between 9" to 9.5" tall

-Per our conference call last week I promised to advise of the most expensive fabric construction I expect to use in doll packs.  The plan was for you to assume this expensive material for all pieces of clothes I sent you so that the ballpark quote will reflect a "worse case" scenario. Please assume that this most expensive fabric is TWILL

-However.. I plan to send you a softgoods swatch package with all proper fabric constructions, color and fabric art by 10/30 (as noted in the schedule above).  This information will allow you to generate the most accurate costing information.  Do you think its better to wait 2 weeks and receive the most accurate fabric construction/art information.

My concern is that we are going to over design and find that our designs are over our target costs.  Ouch!

Please let me know if you have any questions.

CONFIDENTIAL -
ATTORNEYS' EYES ONLY

MGA 0009132R

EXHIBIT ___C___ PAGE _167_

15

**From:** Isaac Larian
**Sent:** Tuesday, October 17, 2000 4:28 PM
**To:** Paula Treantafelles; Mercedeh Ward; Carter Bryant; 'mullenma@earthlink.net'
**Subject:** RE: seamstresses

I don't know of one.

Victoria : Call Fashion Institute and see if we can get some interns.

————Original Message————
**From:** Paula Treantafelles
**Sent:** Tuesday, October 17, 2000 2:54 PM
**To:** Isaac Larian; Mercedeh Ward; Carter Bryant; 'mullenma@earthlink.net'
**Subject:** seamstresses

Isaac and Mercedeh-
I need to have seamstresses and patterns makers ready and committed to supporting Carter and Veronica week of 10/30 for BRATZ fashions.

Do you guys know of anyone that we can call?  I wanted to call some of my buddies at Mattel but maybe this isnt the best idea.

Victoria-
Did you run across anyone when you went through the recent resume submissions?

Maureen-
Do you know of any of the little ladies that used to work at Mattel that can support us?

CONFIDENTIAL - ATTORNEYS' EYES ONLY

EXHIBIT __C__ PAGE _168_

MGA 0009128R

**16**

From:            carter bryant
To:              PTreantafelles@mgae.com
CC:
BCC:
Sent Date:       2000-10-23 21:59:22:000
Received Date:   2000-10-23 21:56:16:170
Subject:         RE: BRATZ
Attachments:

Hey there Paula...just a few things...first off let me give you my new email address that I'm trying to use now instead of this one...
Bryant598@cs.com
secondly, I am working fast and furiously on fabrics and everything for the packages and what I need to know is, are we going to be bound to these fabric choices forever...? ha ha. Just need to know in case something doesn't end up working or we decide we don't like it down the line...I'm not talking drastic changes, just minor revisions. Also, some of the fabrics and colors I would like to use we have examples of but they are not exactly right. Can we put these in the packages for examples for cost? Also, does the artwork for fabrics have to be defined at this point? I think you told me before that it doesn't, which is good, because that's going to take more time.
So here's a rundown of what we plan to have for you by Friday:
1. All doll fashions designed and swatched as closely as possible, including backpacks (4 packages)
2. All fashion packs designed and swatched as closely as possible (3 packages)
3. Backpack accessory designed and swatched into four different color ways, as closely as possible (one package)

Ok, the next thing (sorry this is so long) is can we meet Wednesday to look at Margaret's sculpt? I can't do it tomorrow as Veronica and I need to work on these packages tomorrow. She will not be coming to see the sculpt on Wednesday so that she can focus on getting these done.

that's it! Thanks again for meeting with Stephen, he's a great guy and I'm looking forward to working with him on our FAB doll line!

Carter


>From: Paula Treantafelles <PTreantafelles@mgae.com>
>To: Carter Bryant <sophiesays@hotmail.com>
>Subject: RE: BRATZ
>Date: Thu, 19 Oct 2000 15:55:11 -0700
>
>Yes we are going to use Sarah Kail for the Bratz line
>
>Steve Tannahail is coming back on Monday at 9:30am so that I can introduce
>you and the BRATZ line to him. Can you come in and reveal yourself? He

Confidential - For Attorney's Eyes Only

EXHIBIT C PAGE 169          MGA 0052031

>said that he will be traveling through 11/23...much but maybe this is good
>enough time for us to finalize the wax and have it downgenerated in HK.  He
>said that he will need about 100 beads pulled and ready to go as soon as he
>returns.
>
>
>
>——Original Message——
>From: carter bryant [mailto:sophiesays@hotmail.com]
>Sent: Thursday, October 19, 2000 2:30 PM
>To: PTreantafelles@mgae.com
>Subject: RE: BRATZ
>
>
>I'm hoping you mean other dolls besides the BRATZ line....I feel we must
>use
>
>saran for production on this line.
>Carter
>
>
> >From: Paula Treantafelles <PTreantafelles@mgae.com>
> >To: Samuel Wong <SWONG@mgae.com>, Mercedeh Ward <MWard@mgae.com>, Carter
> >Bryant <sophiesays@hotmail.com>
> >CC: Judy Rich <JRich@mgae.com>, Franki Tsang <FTSANG@mgae.com>, Cecilia
> >Kwok <CKwok@mgae.com>
> >Subject: RE: BRATZ
> >Date: Thu, 19 Oct 2000 08:49:15 -0700
> >
> >I apologize if my email below mislead you.  We may not use Saran for all
> >coming dolls but we will root all of our rooting masters here in LA on
>out
> >new rooting machine
> >
> > >   ——Original Message——
> > > From:    Samuel Wong
> > > Sent:    Thursday, October 19, 2000 3:32 AM
> > > To:      Paula Treantafelles; Mercedeh Ward; Carter Bryant
> > > Cc:      Judy Rich; Franki Tsang; Cecilia Kwok
> > > Subject: RE: BRATZ
> > >
> > > Dear All,
> > >
> > > Do you really want to use Saran hair for future production. My concern
> >is
> > > : the price of the hair is quite hair compare with our current local
> >PP
> > > hair and the order leadtime ( one months vs local hair ,two weeks)
> > >
> > > please advise.
> > >

Confidential - For Attorney's Eyes Only

EXHIBIT ___C___ PAGE 170

MGA 0052932

> > > Thanks & best regards
> > > Samuel (10/19/00)
> > >
> > >
> > >
> > >   ----Original Message----
> > > From:  Paula Treantafelles
> > > Sent:  Thursday, October 19, 2000 1:44 AM
> > > To:    Samuel Wong; Mercedeh Ward; Carter Bryant
> > > Cc:    Judy Rich; Frank Tsang; Cecilia Kwok
> > > Subject:    RE: BRATZ
> > >
> > > Samuel
> > > Carter (our designer on Bratz) already sought information on this
> > > hair.  I have sent all of this information to you by fax.  In the
> > > meantime
> > > we ordered one spool of a few colors in both straight and curly hair.
> > > We
> > > just bought a rooting machine and we are hiring a vendor who will work
> > > as
> > > much as we need him to root heads for BRATZ (of course he will be
> > > responsible for supporting us with rooting masters for all skus as
> > > needed).
> > >
> > > Please let me know if you have any questions.
> > >       ----Original Message----
> > > From:  Samuel Wong
> > > Sent:  Wednesday, October 18, 2000 2:45 AM
> > > To:    Mercedeh Ward
> > > Cc:    Judy Rich; Frank Tsang; Cecilia Kwok; Paula
> > > Treantafelles
> > > Subject:    RE: BRATZ
> > >
> > > Mercedeh,
> > >
> > >      For all our current dolls, we are using local PP hair which
> > > the price is lower and leadtime is short and easy control by factory
> > > on
> > > the delivery as the hair supplier is also in China. Actually, we are
> > > checking the cost and leadtime of the hair based on your information
> > > provided to us on Saran,
> > >      you can make final decision after we gathered all the
> > > information for you.
> > >
> > >      thanks & best regards
> > >      Samuel (10/18/00)
> > >
> > >           ----Original Message----
> > >      From:  Mercedeh Ward
> > >      Sent:  Wednesday, October 18, 2000 12:50 AM
> > >      To:    Cecilia Kwok; Paula Treantafelles

Confidential - For Attorney's Eyes Only

EXHIBIT __C__  PAGE _171_    MGA 0052033

```
> > >          Cc:   Samuel Wong; Judy Rich; Frankl Tsang
> > >          Subject:      RE: BRATZ
> > >
> > >          Cecilia;
> > >
> > >          Could you please explain why we can not use Saran.
> > > This Toy is to be really special and the hair quality is important.
> > >
> > >          Regards;
> > >          Mercedeh
> > >
> > >          ——Original Message——
> > >          From:  Cecilia Kwok
> > >          Sent:  Tuesday, October 17, 2000 12:46 AM
> > >          To:   Paula Treantafelles
> > >          Cc:   Samuel Wong; Judy Rich; Mercedeh Ward;
> > > Frankl Tsang
> > >          Subject:      RE: BRATZ
> > >
> > >          Dear Paula,
> > >
> > >          Please see my comment below.
> > >
> > >          Regards,
> > >          Cecilia
> > >
> > >          ——Original Message——
> > >          From:  Paula Treantafelles
> > >          Sent:  Tuesday, October 17, 2000 7:31 AM
> > >          To:   Cecilia Kwok; Samuel Wong; Frankl Tsang
> > >          Cc:   Judy Rich; Mercedeh Ward
> > >          Subject:      BRATZ
> > >
> > >          I apologize that I wasnt able to release the
> > > attached information on Friday.
> > >
> > >          These are the PDF's for BRATZ:
> > >
> > >          << File: BRATZ DOLL PACK.PDF.doc >>  << File: BRATZ
> > > FASHION PACK PDF.doc >>  << File: BRATZ HAIR PACK PDF.doc >>
> > >          [Cecilia]  Here is HK comment for the PDF.
> > >          - For the Doll Packs : The assortment is 4 different
> > > dolls & the master carton will be 6 pcs. Are you going to have
> > > 2:2:1:1
> > > or
> > > 3:1:1:1 assortment?
> > >          - The hair material will be local PP instead of the
> > > "saran hair material"
> > >          - "Feet" will not be roto-cast.  The body, arms,
> > > legs, shoes will be injection molded.  Only the head will be
> > > roto-cast.
```

Confidential - For Attorney's Eyes Only

EXHIBIT ____C____ PAGE _172_

MGA 0052034

> > >          - The clamshell size for the hair pack & fashion
> > > packs are the same.  However, the master pack are different, one is
> 12/4
>
> & &
> > > the other is 48/12.  Please confirm.
> > >          - Please advise if the doll can be standable by
> > > itself.
> > >
> > >          Mercedeh, Judy and Cecilia-
> > >          These are working schedules I put together for each
> > > of the above.  Isaac's target PS is 4/1.  At this point I am confident
> > > that we will not be able to support anything earlier than a 5/1 PS.
> > > Please keep in mind that we only started developing this line one
> month
> > > ago.
> > >
> > >          Please review and advise your thoughts/comments.
> > >          << File: BRATZ templates.xls >>
> > >          [Cecilia]  HK need a CLEAR direction on the PS - 4/1
> > > or 5/1.  As per the PD status report & the PDF, the PS is 4/1.
> However,
> > > the templates are based on 5/1.  ALL PS SHOULD BE CONSISTENT.  We
> don't
> > > want to waste any time on doing templates with different PS.  Please
> > > confirm the PS before fixed the templates.
> > >          According to your templates, HK CANNOT SUPPORT THE
> > > SAMPLES FOR THE JAN TF SAMPLES AS THE WAX RELEASED ON 11/27.
> > >          Will develop the template after the confirmation of
> > > the PS.
> > >
> > >
> > >          -Please note I released the rough casted body to you
> > > last Friday.  Please note that the doll is expected to be between 9"
> to
> > > 9.5" tall
> > >          [Cecilia]  Noted and will have prelim quote based on
> > > this.
> > >
> > >          -Per our conference call last week I promised to
> > > advise of the most expensive fabric construction I expect to use in
> doll
> > > packs.  The plan was for you to assume this expensive material for all
> > > pieces of clothes I sent you so that the ballpark quote will reflect a
> > > "worse case" scenario.  Please assume that this most expensive fabric
> is
> > > TWILL.
> > >          [Cecilia]  Noted and will have prelim quote based on
> > > this.
> > >
> > >          However, I plan to send you a softgoods swatch
> > > package with all proper fabric constructions, color and fabric art by

EXHIBIT _C_ PAGE _173_

Confidential - For Attorney's Eyes Only

MGA 0052035

> > > 10/30.(as noted in the schedule above).  This information will allow
> you
> > > to generate the most accurate costing information.  Do you think its
> > > better to wait 2 weeks and receive the most accurate fabric
> > > construction/art information,
> > >           [Cecilia]  HK will get the prelim quote with 'I WILL
> > > as fabric to have the idea of the cost first.  Will have the revised
> > quote
> > > upon receipt of your final fabric & pattern instruction.
> > >
> > >           My concern is that we are going to over design and
> > > find that our designs are over our target costs.  Ouch!
> > >
> > >           Please let me know if you have any questions.
> > >
> > >
> > >
> >
> >
> Get Your Private, Free E-mail from MSN Hotmail at http://www.hotmail.com.
> >
> Share information about yourself, create your own public profile at
> http://profiles.msn.com.

Get Your Private, Free E-mail from MSN Hotmail at http://www.hotmail.com.

Share information about yourself, create your own public profile at
http://profiles.msn.com.

EXHIBIT ___C___ PAGE _174_

Confidential - For Attorney's Eyes Only

MGA 0052036

**17**

From:           Samuel Wong
Sent:           Wednesday, October 18, 2000 3:44 AM
To:             Mercedeh Ward
Cc:             Isaac Larian; Frankl Tsang; Victor Lee; Cecilia Kwok; Raymond Fung; Disraeli Chan
Subject:        RE: Design and Development of product

Mercedeh

Welcome to the family.

Here is my response : .

1) Our costing manager has already worked out a standard format for factory to use to quote on all
   our items. This format need factory to break down all the components which require to build up
   a product. Therefore, it should fit your need and also good for our evaluation.

2) Standardizing rotocast colors : will provide you two sets of roto heads for all our current dolls.
   Please name all the samples and send us back one set for our future communication purpose
   on roto head colors.

3) We had sent one set of filo hair color samples and one set of local hair color samples to LA
   PM before. LA should has the hair color samples already. You can pick up the hair color
   according to the filo code or local hair color code, then, we can prepare hair color samples
   using local PP hair for your approval for all future products. Pls note that for all our dolls, we use
   local hair for production due to the cost of filo hair is always expensive.
   Regarding the update cost on the hair, we would discuss with our costing manager and seek
   for his help.

4) Since there are many different kind of fabrics in the market, we cannot provide all of them for
   you. However, we can provide all the fabrics that we had used before on all of our dolls. If you
   have any other fabrics that you want to know, give us the name or the samples and we can
   check for you.

5) can you explain on this point again?

Regarding the schedule, please see below :

1) From the time we get a wax head on hand, we need four weeks to have the master skin ready
   on hand. Then, we need another four weeks to get the production mold ready for production.

2) From the time we get the drawings, we need four weeks to develop the working prototype (it
   depends on complexity of the product). When working prototype is ready on hand, we need 45
   days to 60 days to have the first test shot ready on hand ( depends on complexity of the
   product, eg: dream baby took 60 days to have the first test shot ready).
   Then, we need another 2 weeks to have the 2nd test shot ready. We still need one week to
   have the final test shot ready.

3) From the time we receive a painted head master from LA, we need 3 weeks to prepare a
   duplicate painted head for LA to approve. For the rooting/grooming, we need 3 weeks to get the
   samples for LA to make approval.

4) From final shot to FEP, we need 2 weeks. FEP will pass to QA/QC for evaluation, it takes 4
   weeks. Then, we can go to PP stage (assume QA/QC test results are OK), it will take 4 weeks
   before we can go to PS (after PP, QA/QC and engineer will review the batch of products once
   again and do some final adjustment on the tools if necessary before actual release for
   production)

MGA000425

For the schedule, we have gone through several times with Judy and work out a template for doll items, there is details

ATTORNEY'S EYES
ONLY

EXHIBIT __C__ PAGE _175_

time needed/duration for each stages. Also, the time needed/duration for other items was listed in the PD status report. Please kindly check with Judy for the information.

Thanks & best regards
Samuel (10/18/00)

-----Original Message-----
**From:** Mercedeh Ward
**Sent:** Wednesday, October 18, 2000 5:50 AM
**To:** Frankl Tsang; Victor Lee; Cecilia Kwok; Raymond Fung; Samuel Wong
**Cc:** Isaac Larian
**Subject:** Design and Development of product
**Importance:** High

I would like to introduce myself to you and give a little back ground. I come to MGA from Mattel Inc.. I worked at Mattel a total of 15 years. I have a BS in Mechanical engineering Design from WPI and have a very strong design back ground. I have worked as Sr. engineer and Project Designer for products like Barbie, Nickelodeon, Large and Small Dolls at Mattel.

I will be taking care of Design and engineering of products that come from LA to HK. I am currently meeting with the PM and the Designers to understand their roles and responsibility. I need a few things from you so I can utilize my knowledge of product development work for MGA.

- I need to see the cost of all product from now in a broken down manner. Meaning I would like to see the cost of the tool build, the cost of fabrics, hair....etc.
- I need to start standardizing roto cast colors for the dolls we produce. I would like to have samples of roto heads in the colors we are using and start naming them so we can refer to them by color number or name.
- I would like to know what types of hair are available to us and updated cost on the hair. I would like samples of the hair colors here in LA for our reference.
- I would like to know cost on different fabrics. For example:  cotton is $?? per yard.
- I would like to see how you factor in cost of tool build into a doll's over all cost or any of the other toys.

I will be working with Judy on a more cohesive schedule. When we finalize a pre-lim design to you I would like to be able to commitee to PS and then back up the schedule from there for the development cycle. Please provide me with the following for the development schedule:

- Time needed to build a roto head from the time you receive the final wax.
- Time needed to build tools from engineering drawing or model. Injection molded product.
- time needed from release of the final appearance to get painted heads from HK.
- how many weeks between final shoot and FEP, to PP, to PS.

I know that not all product have the same schedule I just want a general idea.  Please work with me to achieve some standards for our products so we all can utilize them. Please provide me with the information so I can work on the product schedule and design so we all can achieve our final goal.  A great product that any child would be proud to own.

Thank you and best regards;
Mercedeh

ATTORNEY'S EYES
ONLY

MGA000426

EXHIBIT C PAGE 176

**18**

## Paula Treantafelles

| | |
|---|---|
| **From:** | Kerri Legg |
| **Sent:** | Friday, October 20, 2000 5:35 PM |
| **To:** | 'steve linker'; Liz Hogan |
| **Cc:** | Colleen O'Higgins; Rachel Harris; Paula Treantafelles |
| **Subject:** | RE: Packaging Estimate: Brats -revised10/19/00 |

Steve,

The information outlined in this letter is the new purchasing policy for MGA Entertainment. This policy will help ensure prompt payment of invoices. Please use the following as a guideline when accepting jobs from employees of MGA Entertainment.

1. Prior to starting any job for MGA, a quote must be submitted to the person responsible with a copy sent to my attention. Quotes may be faxed to (818) 894-8094. All quotes should contain all aspects of the job including modifications, revisions and samples.
2. If we accept the quote, a Purchase Order will be processed and forwarded to you prior to you starting the job. Until the vendor receives a Purchase Order no work should be started. Invoices received without a Purchase Order number issued before the start of job will not be paid.
3. At the completion of the job, an invoice needs to be mailed to my attention referencing the Purchase Order Number. Invoices should be sent to: MGA Entertainment, 16730 Schoenborn Street, North Hills, CA 91343 attn: Kerri Legg. All invoices will be paid Net 30 terms.
4. In the rare circumstances of a deposit being paid prior to the start of a job, an invoice will be required at the completion of the job in order for the balance to be paid.

We have received your quote for the packaging of our Bratz line. However, it has not been accepted as we feel it is high. Please do not proceed with any work on this project until you receive a Purchase Order from me. At that time you will know that we have accepted your proposed costing. Please look at your quote to see where you can lower your price and forward a new quote to Paula and myself as soon as possible.

If you have any questions, please call Paula at 818-894-2525 ext. 104 or Rachel at ext 134.

Regards,

Kerri L. Legg
Marketing Coordinator
MGA Entertainment
16730 Schoenborn Street
North Hills, CA 91343
(818) 894-2525 ext 123
fax: (818) 894-8094
klegg@mgae.com

------Original Message------
From: steve linker [mailto:link67@earthlink.net]
Sent: Friday, October 20, 2000 5:09 PM

9/8/2006

CONFIDENTIAL -
ATTORNEYS' EYES ONLY

MGA0008032

EXHIBIT C    PAGE 177

To: Liz Hogan; paula treamtafelles; Rachel Harris; Kerri Legg
Subject: Re: Packaging Estimate: Brats -revised10/19/00

Paula-

Per our conversation yesterday regarding the below quote for Brats Packaging, we (Penny Arcade, Inc.) will need a third of the cost upfront and the rest upon completion of each phase of the project (minus a third of each phase from the upfront).

Considering that our quote ranges between $65k (low) and $85k (high), we'll use the median of the low and high quote (which is $75k) and start with a third of that ($25k).

With this agreement, it solidifies both parties commitments (Penny Arcade, Inc. and MGA) to the Brats packaging project until its completion.

If you have any questions or comments please feel free to call me @(310)395.1205, or Liz @(310) 392.5303.

Thanks,
Steve


on 10/19/00 9:43 AM, Liz Hogan at lizhogan@earthlink.net wrote:

Packaging Estimate: Brats (small doll line)
4 Sku's - 12.99 Retail  (9" dolls)
4Sku's - 4.99 Retail (Dress Packs)
1 Sku -  9.99 Retail (Hair Pack)
1 Sku -  14.99 Retail (carrying case) - no packaging?


Dieline:
box development (pencil skectches) - 600.00
dieline/ 3 structures (engineered, w/mock-up) - 1050.00
(1 round of revisions included)
Total: 1,650.00

Phase 1
trade dress exploration, research and concepting /3 unique directions includes:
product shots FPO (digital) - 1,500.00
logo development - 5,000.00 -7,,500 (ave. 6,000.00)
tag line/burst copy and fonts - 1,500.00 - 2,500,00
color palette exploration-pms chips - 600.00
background patterns/design/research - 6,000.00 -8,500.00
support art/icons - 4,000.00 - 4,500.00
Total: 18,600.00 - 25,000.00

9/8/2006

CONFIDENTIAL -
ATTORNEYS' EYES ONLY

MGA0008033

EXHIBIT __C__ PAGE _178_

-meet to review status btwn 11/07-14

Phase 2
(MGA to make comments -style/direction is chosen)

logo finals - 4,000.00 - 6,000.00
stylized illustrations (girl poses) production ready - 8,000.00 - 10,000.00
art, icons/element - 1,000.00 - 3,000.00
copy approved - 2,500.00
product and kid photoshoot - 11,500.00-15,000.00
(includes model fees, supplies, hi-res scan, art direction)
MGA legal copy, safety copy, logos, UPC provided -3,000.00
set 9 box dielines up/ build 3 dielines (illustrator) - 1,300.00
print outs, mock ups - 4,000.00 - 4,500.00
Total: 35,300.00 - 45,300.00

-status review 12/01-07
-date approved samples will be ready for photoshoot???

Phase 3
set all 9 boxes/ backercards for print production
clean-up, spell check, final approvals MGA
FMA  includes hi res scans from photoshoot,
layered files provided on disk to MGA and
print outs, final mock ups
press proof -optional LA - 350.00
Total:  9,450.00 -12,850.00

-FMA due TBA
 Total: 65,000.00 - 84,800.00

*all mock-ups will be created to scale
no rush fee's are included

9/8/2006

CONFIDENTIAL -
ATTORNEYS' EYES ONLY

MGA0008034

EXHIBIT _C_ PAGE _179_

**19**

| From: | Isaac Larian |
|---|---|
| To: | Franki Tsang; Samuel Wong; Victor Lee; Disraeli Chan |
| CC: | Stephen Lee |
| BCC: | |
| Sent Date: | 2000-10-26 12:47:38:846 |
| Received Date: | 2000-10-26 12:47:38:846 |
| Subject: | FW: BRATZ |
| Attachments: | |

FYI

-----Original Message-----
From: Mercedeh Ward
Sent: Tuesday, October 24, 2000 9:04 AM
To: Isaac Larian; Paula Treantafeles
Subject: RE: BRATZ
Importance: High

Isaac,

I need to see a cost break down. Barbie body costs less then $.50. Then you have to add hair, face paint, tooling cost for all plastic parts, costume, all the plastic parts, cost of packaging, assembly of the product, packout. In our product we are including two outfits, two hair pieces and two pairs of shoes.

I need to see cost break down to be able to give you a proper cost evaluation. I can not go by a end number.

Thanks,

*Mercedeh Ward*
Sr. Product Design/Engineer Manager
MGA Entertainment
(818) 894-2525 X105
http://www.mgae.com

-----Original Message-----
From: Isaac Larian
Sent: Monday, October 23, 2000 7:44 PM
To: Mercedeh Ward; Paula Treantafeles
Subject: BRATZ
Importance: High

Mercedeh, what is the cost of Barbie doll?

We are getting $3.85 cost on Bratz!! This is crazy. Please advise.

Isaac Larian
CEO
MGA Entertainment
16730 Schoenborn Street
North Hills, California, USA 91343-6122
Visit our website at
http://www.mgae.com
818-894-3150

Confidential - For Attorney's Eyes Only

EXHIBIT ___C___ PAGE _180_     MGA 0065335

**20**

| | |
|---|---|
| From: | carter bryant [sophiesays@hotmail.com] |
| Sent: | Tuesday, October 24, 2000 11:42 PM |
| To: | PTreantafelles@mgae.com |
| Subject: | Fwd: Re: Hollow Saran Yarn |



CARTER BRYANT
10.24.doc (23 KB...

Hi Paula,
I am forwarding this email to you from Kinuyo Shichijyo, who is our contact
for hollow saran hair in Japan. Can you follow up with her attached
Questions, as I feel this is probably a good time for you and/or Mercedeh to
get involved in communicating with them. Feel free to forward this to
Mercedeh as well if you want to.
Thanks!
Carter


>From: "K. Shichijyo" <uccjapan@ma.rosenet.ne.jp>
>To: "carter bryant" <sophiesays@hotmail.com>
>Subject: Re: Hollow Saran Yarn
>Date: Tue, 24 Oct 2000 17:10:34 +0900
>
>Hellow Mr. Bryant:
>
>Thank you very much for new fax number corrected.
>I think you received our invoice and cargo receipt
>faxed thru new number wihtout fail.
>Please open a file attached.
>
>Best Regards,
>K. Shichijyo
>----- Original Message -----
>From: carter bryant <sophiesays@hotmail.com>
>To: <uccjapan@ma.rosenet.ne.jp>
>Sent: Tuesday, October 24, 2000 3:36 PM
>Subject: Re: Hollow Saran Yarn
>
>
> > Hello Kinuyo-
> > I think maybe I gave you the wrong fax number before. Please try:
> > 310-538-4262 Best regards,
> > Carter Bryant
> >
> >
> >
> >
> >

Get Your Private, Free E-mail from MSN Hotmail at http://www.hotmail.com.

Share information about yourself, create your own public profile at
http://profiles.msn.com.

ATTORNEY'S EYES
ONLY

MGA000427

EXHIBIT ___C___ PAGE _181_

## Universal Commerce Corp., Ltd.   | Fax Transmission |

Fax 81-3-3486-1084   Tel 81-3-3407-8110

| | | | | |
|---|---|---|---|---|
| Fax To | MGA | Ref No. | F-16314/00 |
| Attn. | Carter Bryant | Date | Oct. 24, 2000 |
| From | K. Shichijyo | Page | 1/1 |

Dear Mr. Bryant:

We received a new inquiry of the hollow saran hair from Lok Tai On Toys in Hongkong.   According to them, they are going to make dolls for MGA and I understand that it is for MGA new doll line we are working now.

As I mentioned you before, we supply straight hair only.   Due to high labor cost for curling in Japan compared to HK and China, we were obliged to stop curl manufacturing several years ago.
Under these circum., we are working together with one curl hair manufacturer in HK who is called Marcostar Ltd and they are working as our representative in Hongkong.   Lok Tai On Toys will buy hollow saran both of straight hair and curl hair from Marcostar and we will work together to support Lok Tai On Toys in the future.

As for bal of samples, maker is working hard to complete it by Oct. end and will advise you exact shipping date upon avail.

Meantime, I am scheduled to go to HK along with maker(Asahi Chemical Ind. Co., Ltd) this comming end of Nov. and we are going to visit Lok Tai On Toys then.

Finally, we would appreciate it very much if you could let us know rough estimation in the number of dolls for MGA new doll line and we, both of the maker and us, are very interested in this new business.
Your great support on this new development would be greatly appreciated.

Best Regards,
K. Shichijyo

ATTORNEY'S EYES
ONLY

MGA000428

EXHIBIT __C__ PAGE _182_

**21**

| From: | Paula Treantafelles |
|---|---|
| Sent: | Wednesday, October 25, 2000 1:32 PM |
| To: | Carter Bryant; Mercedeh Ward; Samuel Wong; Frankl Tsang; Cecilia Kwok |
| Subject: | RE: Re: Hollow Saran Yarn |

Attachments: CARTER BRYANT 10.24.doc



CARTER BRYANT
10.24.doc (24 KB...

Guys
This is a letter sent by Hollow Saran hair vendor to Carter (the designer).

Please note in the attached that this vendor is working very hard to support Carter with all requested hair samples by end of this month.

She also mentions here strong interest in our business.

Mercedeh-
Maybe you should contact her and introduce yourself.  It would be good that she has an LA contact.  It would be good that we start fielding her development questions from Carter.  Do you mind?

She wants to know how many units of BRATZ we plan to produce.  Please let her know that we anticipate 1,000,000 units of the doll packs and 100,000 pieces of hair packs.

-----Original Message-----
From: carter bryant [mailto:sophiesays@hotmail.com]
Sent: Tuesday, October 24, 2000 11:42 PM
To: PTreantafelles@mgae.com
Subject: Fwd: Re: Hollow Saran Yarn

Hi Paula,
I am forwarding this email to you from Kinuyo Shichijyo, who is our contact for hollow saran hair in Japan. Can you follow up with her attached Questions, as I feel this is probably a good time for you and/or Mercedeh to get involved in communicating with them. Feel free to forward this to Mercedeh as well if you want to.
Thanks!
Carter

>From: "K. Shichijyo" <uccjapan@ma.rosenet.ne.jp>
>To: "carter bryant" <sophiesays@hotmail.com>
>Subject: Re: Hollow Saran Yarn
>Date: Tue, 24 Oct 2000 17:10:34 +0900
>
>Hellow Mr. Bryant:
>
>Thank you very much for new fax number corrected.
>I think you received our invoice and cargo receipt faxed thru new
>number wihtout fail.
>Please open a file attached.
>
>Best Regards,
>K. Shichijyo
>----- Original Message -----

1

CONFIDENTIAL -
ATTORNEYS EYES ONLY

MGA005053

EXHIBIT ___C___ PAGE _183_ 1GA0005053 B

```
>From: carter bryant <sophiesays@hotmail.com>
>To: <uccjapan@ma.rosenet.ne.jp>
>Sent: Tuesday, October 24, 2000 3:36 PM
>Subject: Re: Hollow Saran Yarn .
>-
>
> > Hello Kinuyo-
> > I think maybe I gave you the wrong fax number before. Please try:
> > 310-538-4262
> > Best regards,
> > Carter Bryant
> >
> >
> >
> >
>
```

Get Your Private, Free E-mail from MSN Hotmail at http://www.hotmail.com.

Share information about yourself, create your own public profile at
http://profiles.msn.com.

2

CONFIDENTIAL -
ATTORNEYS EYES ONLY

MGA005054

EXHIBIT __C__ PAGE __184__ :A0005054 B

**Universal Commerce Corp., Ltd.** | Fax Transmission |

Fax 81-3-3486-1084   Tel 81-3-3497-8110

| | | | |
|---|---|---|---|
| Fax To | MGA | Ref No. | F-16314/00 |
| Attn. | Carter Bryant | Date | Oct. 24, 2000 |
| From | K. Shichijyo | Page | 1/1 |

Dear Mr. Bryant:

We received a new inquiry of the hollow saran hair from Lok Tai On Toys in Hongkong.   According to them, they are going to make dolls for MGA and I understand that it is for MGA new doll line we are working now.

As I mentioned you before, we supply straight hair only.   Due to high labor cost for curling in Japan compared to HK and China, we were obliged to stop curl manufacturing several years ago.
Under these circum., we are working together with one curl hair manufacturer in HK who is called Marcostar Ltd and they are working as our representative in Hongkong.   Lok Tai On Toys will buy hollow saran both of straight hair and curl hair from Marcostar and we will work together to support Lok Tai On Toys in the future.

As for bal of samples, maker is working hard to complete it by Oct. end and will advise you exact shipping date upon avail.

Meantime, I am scheduled to go to HK along with maker(Asahi Chemical Ind. Co., Ltd) this comming end of Nov. and we are going to visit Lok Tai On Toys then.

Finally, we would appreciate it very much if you could let us know rough estimation in the number of dolls for MGA new doll line and we, both of the maker and us, are very interested in this new business.
Your great support on this new development would be greatly appreciated.

Best Regards,
K. Shichijyo

CONFIDENTIAL -
ATTORNEYS EYES ONLY

MGA005055

EXHIBIT __C__ PAGE _185_ MGA0005055 B

**22**

From:       Mercedeh Ward
Sent:       Friday, October 27, 2000 1:01 PM
To:       Carter Bryant; Cecilia Kwok; Paula Treantafelles; Mercedeh Ward
Cc:       Samuel Wong
Subject:       RE: Bratz Images

Cecilia;

Please note we are not to glue the doll's hair.  The doll will have hair rooted like a wig so the child can remove and change with another hair wig.  The hair is removable.  I will supply samples when we have reached that point.

Mercedeh Ward
Sr. Product Design/Engineer Manager
MGA Entertainment
(818) 894-2525 X105
http:\\www.mgae.com


-----Original Message-----
From: carter bryant [mailto:sophiesays@hotmail.com]
Sent: Friday, October 27, 2000 10:45 AM
To: CKwok@mgae.com; PTreantafelles@mgae.com; MWard@mgae.com
Cc: SWONG@mgae.com
Subject: RE: Bratz images


I think Cecilia is correct, it won't be able to lay perfectly flat if this is the way we do the hair pieces.
Carter
P.S. please note everyone, my new email address at:
Bryant598@cs.com
Thanks.


>From: Cecilia Kwok <CKwok@mgae.com>
>To: Paula Treantafelles <PTreantafelles@mgae.com>, Mercedeh Ward
><MWard@mgae.com>
>CC: Carter Bryant <sophiesays@hotmail.com>, Samuel Wong <SWONG@mgae.com>
>Subject: RE: Bratz images
>Date: Fri, 27 Oct 2000 18:17:41 +0800
>
>Paula/ Mercedeh,
>
>The hair will be rooted in a piece of roto skin and then glue on a piece of
>hard plastic.  The curvature of the hard plastic piece will be same as the
>head and then snap into the bare head of the doll.  Therefore, the rooted
>hair piece cannot lay flat.  Enclosed is the sketch for your reference.
> <<Bratzhead.bmp>>
>Please advise/comment.
>
>Regards,
>Cecilia
>
> >  -----Original Message-----
> > From:    Paula Treantafelles
> > Sent:    Friday, October 27, 2000 12:02 AM
> > To:      Mercedeh Ward; Cecilia Kwok
> > Cc:      Carter Bryant; Samuel Wong
> > Subject:    RE: Bratz images
> >

ATTORNEY'S EYES ONLY

MGA000015

EXHIBIT __C__ PAGE _186_

```
> > Mercedeh is correct.  The hair packs will not have head included in
> > pack-out..therefore the hair styles will dictate the depth of this
> > package.
> >
> >.   -----Original Message-----
> > From:    Mercedeh Ward
> > Sent: Thursday, October 26, 2000 8:44 AM
> > To:   Cecilia Kwok; Paula Treantafelles
> > Cc:   Carter Bryant; Samuel Wong
> > Subject:    RE: Bratz images
> >
> > Cecilia;
> >
> >     The depth of the clam shell depends on the rooted hair not the size
> > of the head of the doll.  The hair will be able to lay flatter then the
> > doll's head.  I believe you can use half the size of the head for the
> > depth of the clap shell.
> >
> > Mercedeh Ward
> > Sr. Product Design/Engineer Manager
> > MGA Entertainment
> > (818) 894-2525 X105
> > http:\\www.mgae.com
> >
> >
> >      -----Original Message-----
> >.>     From: Cecilia Kwok
> >       Sent: Thursday, October 26, 2000 3:53 AM
> >       To:   Paula Treantafelles
> >       Cc:   Carter Bryant; Mercedeh Ward; Samuel Wong
> >       Subject:    RE: Bratz images
> >
> >       Paula,
> >
> >       Can we use this wax to estimate the clamshell depth of the
> > hair pack?
> >
> >       Regards,
> >       Cecilia
> >
> >          -----Original Message-----
> >          From:    Paula Treantafelles
> >          Sent: Thursday, October 26, 2000 6:34 AM
> >          To:   Mercedeh Ward; Samuel Wong; Franki Tsang;
> > Cecilia Kwok
> >          Cc:   Carter Bryant
> >          Subject:    RE: Bratz images
> >
> >          Guys-
> >          Please note that the BRATZ body that mercedeh is
> > sending you is a rough wax.  It should be evaluated for
>proportions..ONLY.
> >
> >
> >
> >             -----Original Message-----
> >             From:    Mercedeh Ward
> >             Sent: Wednesday, October 25, 2000 3:32 PM
> >             To:   Samuel Wong; Franki Tsang; Cecilia Kwok
> >             Cc:   Paula Treantafelles; Carter Bryant
> >             Subject:    FW: Bratz images
> >             Importance: High
> >
> >
> >
```

ATTORNEY'S EYES
ONLY

MGA000016

EXHIBIT __C__ PAGE _187_

> >            I am forwarding  doll images of the sculpting we
> > reviewed today.  I need HK help on supplying the armature to LA sculptor
> > for the dolls arms.  I need one armature for the right arm and one for
>the
> > left arm.
> >
> >            I am sending the sculpting to you via FedEx tonight.
> > I am also sending the following to you a few of our competitor's dolls
>so
> > you can take into consideration the look we are trying to achieve.
> >
> >            I need to know who will be my contact for this ___
> > product because we will have to work very quickly in coming up with the
> > armatures so the LA sculptor can finish her work.
> >
> >            I will mark on the doll all the requirements and the
> > movements we are trying to achieve.  Please keep in mind all shrink
>rates.
> > Doll is molded in different plastics in production and the LA sculptor
>is
> > working with a 6% up head sculpting for the down generation.  I need to
> > know what % do you want her to work on for  the rest of the doll.  We
>are
> > planning on a 1/1 ratio at this time.  As you can see the ruler is
> > indicating the doll to be between 9.5 and 10 inches.
> >
> >            Best regards,
> >
> >
> >            Mercedeh Ward
> >            Sr. Product Design/Engineer Manager
> >.           MGA Entertainment
> >            (818) 894-2525 X105
> >            http:\\www.mgae.com
> >
> >
> >`>            -----Original Message-----
> >            From: Ben Ton
> >            Sent: Wednesday, October 25, 2000 3:21 PM
> >            To:   Mercedeh Ward
> >            Subject:   RE: Bratz images
> >
> >             << File: Barbie.jpg >>  << File: BratzScuplt.jpg >>
> >
> >             images resent
> >
> >
>`<< Bratzhead.bmp >>

Get Your Private, Free E-mail from MSN Hotmail at http://www.hotmail.com.

Share information about yourself, create your own public profile at
http://profiles.msn.com.

ATTORNEY'S EYES
ONLY

MGA000017

EXHIBIT ___C___ PAGE 188

**23**

| | |
|---|---|
| **From:** | Cecilia Kwok |
| **Sent:** | Thursday, October 26, 2000 1:50 AM |
| **To:** | Paula Treantafelles |
| **Cc:** | Stephen Lee; Frankl Tsang; Victor Lee; Samuel Wong; Colleen O`Higgins; Mercedeh Ward; Judy Rich; Disraeli Chan; Kerri Legg; Isaac Larian |
| **Subject:** | RE: Bratz - URGENT |

Paula,

Noted and awaiting your final decision.
Please see my comment in purple below.

Regards,
Cecilia

-----Original Message-----
**From:** Paula Treantafelles
**Sent:** Thursday, October 26, 2000 5:07 AM
**To:** Cecilia Kwok; Isaac Larian; 'Bryan5398@cs.com'
**Cc:** Stephen Lee; Frankl Tsang; Victor Lee; Samuel Wong; Colleen O` Higgins; Mercedeh Ward; Judy Rich; Disraeli Chan; Kerri Legg
**Subject:** RE: Bratz - URGENT

Please note the revised price list attached.

 << File: Short Price List Draft Fall 2001 Draft.xls >>

Isaac-
Please confirm that the FOB LA prices are correct assuming the following target costs:
DOLL PACKS
FASHION PACKS
HAIRPACK
CARRYING CASE

HK and I discussed whether/not BRATZ must stand on their own. Please note that HK is going to have a ton of development issues to overcome when they receive our body (especially related to the articulation of joints). Carter and I do not think that it is imperative that the doll stands by herself.  I want HK to focus on the articulation and joints before their concern to make the dolls stand.  Please advise that you agree.

Cecilia-
Please note my comments below

Carter-
Please note and address my question to you below. Please note that if you need to fax this information to HK their fax number is 9 011 852 2312 0101

-----Original Message-----
**From:** Cecilia Kwok
**Sent:** Wednesday, October 25, 2000 3:19 AM
**To:** Paula Treantafelles
**Cc:** Isaac Larian; Stephen Lee; Frankl TSANG; Victor Lee; Samuel WONG; Colleen O` Higgins; Mercedeh Ward; Judy Rich; Disraeli Chan; Kerri Legg
**Subject:** Bratz - URGENT

Paula,

ATTORNEY'S EYES ONLY

MGA000542

EXHIBIT _C_ PAGE _189_

Here is the summary of all items for the Bratz (Doll pack, Accessories pack & Fashion pack) to make sure everyone on the same page. Please review all the detail, comments & questions listed below and advise/confirm by return:

Re: Doll Pack
- components : 1 doll, 2 sets of fashion (4 pcs), 2 hair styles, 2 pair shoes & 1 back pack
- doll : Isaac advised that the doll should stand by itself in the meeting with Wah Shing. However, this is not required as per separate email from LA. Paula will advise HK the final direction on this as per PD meeting this morning.  Noted in my comments to Isaac above.
- target cost : US$   : – please update the cost/FOB in the price list  Done
- master pack : 6 pcs – 2 caucasian, 2 af am, 1 hispanic & 1 asian

Re: Fashion Pack
- components : 1 set of fashion (2 pcs) & 1 pair shoes
- 3 sets of different fashion
- target cost : US$   – please update the price list as there are two FOB ($   · & ) in the price list  Done
- master pack : 12/48 (inner/ outer) – awaiting for LA confirmation until the packaging planogram finalized. Please bear in mind that there might be cost impact for any master pack change:  Noted. I will advise as soon as I know more.
- [Cecilia] HK is getting quote based on 12/48 (inner/ outer) master pack.  Will advise the cost impact upon receipt your final decision if there was changes.

Re: Hair Pack (Accessories I)
- components : 4 different hair styles
- target cost : US$   – please update the price list as there are 3 accessories  Done.
- master pack : 4/12 (inner/ outer) – awaiting for LA confirmation until the packaging planogram finalized.  Noted .I will advise as soon as I know more.
- packaging : 7"W x 8"H x 1.5"D Clamshell – the head size was 2" based on the rough clay body in HK. Please make sure the final head is less than 1.5" after down size of the wax OR increase the depth of the clamshell. Please also leave some space for the hair between the head frame & the clamshell. Please advise.  We will need to increase the depth of the package.  We are sending to you a new casted body which represents the correct proportions and size (does not include the detail). Please measure this head and advise the depth of the package necessary for transit and proper pack-out.
- [Cecilia] HK is getting quote based on 1.5"D clamshell, there will be cost impact for increase the depth. · HK will propose the depth of the clamshell upon receipt your wax head.

Re: Carry Case (Accessories II)
- component : 1 back pack for the child in softgood
- target cost : US$   – please update the price list as there are 3 accessories  Done
- master pack : awaiting LA advise, we need it for getting quote.  Noted.  Will advise as soon as I know more.
- assortment : please advise if there is any color assortment as there will be 4 different color.  I will advise by end of this week
- packaging : there is NO packaging for this item. Please advise if it will be packed in a SEAL polybag

ATTORNEY'S EYES ONLY

REDACTED

MGA000543

EXHIBIT C PAGE 190

with barcode & info printed on the polybag. All the polybags are packed in a bag & then in a master carton. Do we need to ship them in a polybag? When I worked at Mattel we shipped backpacks without a polybag or package but we denizen two zippers together. If we shipped in a polybag we will need to ask retailer to remove them from the polybag before placing them on shelf.

- *[Cecilia]* Noted there will be no individual polybag. All the backpacks will be packed in the inner/ master carton accordingly.
- Please send the size, fabric, deco info & digital photo/ color rendering for the design of the back bag by email tonight. HK can start to get quote by tomorrow and have some input before the 11/7 presentation. This will be too late if wait for your package. (FYI : HK cannot receive the packages until 10/31 HK time if you send out in 10/27 LA time)

    Carter-

    I need you to send a drawing of the backpack and advise the material you expect to use by return of this email. Please send this information tonight!!!

*[Cecilia]* HK did not receive any drawing/ instruction for the backpack. Please advise. Moreover, it is difficult to get quote if there is no master pack/ assortment information. Anyway, HK will get the preli quote upon receipt of the backpack information.

Regards,
Cecilia

ATTORNEY'S EYES
ONLY

MGA000544

EXHIBIT __C__ PAGE _191_

**24**

| From: | Mercedeh Ward |
|---|---|
| Sent: | Friday, October 27, 2000 1:01 PM |
| To: | Carter Bryant; Cecilia Kwok; Paula Treantafelles; Mercedeh Ward |
| Cc: | Samuel Wong |
| Subject: | RE: Bratz images |

Cecilia;

Please note we are not to glue the doll's hair. The doll will have hair rooted like a wig so the child can remove and change with another hair wig. The hair is removable. I will supply samples when we have reached that point.

Mercedeh Ward
Sr. Product Design/Engineer Manager
MGA Entertainment
(818) 894-2525 X105
http:\\www.mgae.com

-----Original Message-----
From: carter bryant [mailto:sophiesays@hotmail.com]
Sent: Friday, October 27, 2000 10:45 AM
To: CKwok@mgae.com; PTreantafelles@mgae.com; MWard@mgae.com
Cc: SWONG@mgae.com
Subject: RE: Bratz images

I think Cecilia is correct, it won't be able to lay perfectly flat if this is the way we do the hair pieces.
Carter
P.S. please note everyone, my new email address at:
Bryant598@cs.com
Thanks.

>From: Cecilia Kwok <CKwok@mgae.com>
>To: Paula Treantafelles <PTreantafelles@mgae.com>, Mercedeh Ward
><MWard@mgae.com>
>CC: Carter Bryant <sophiesays@hotmail.com>, Samuel Wong <SWONG@mgae.com>
>Subject: RE: Bratz images
>Date: Fri, 27 Oct 2000 18:17:41 +0800
>
>Paula/ Mercedeh,
>
>The hair will be rooted in a piece of roto skin and then glue on a piece of
>hard plastic. The curvature of the hard plastic piece will be same as the
>head and then snap into the bare head of the doll. Therefore, the rooted
>hair piece cannot lay flat. Enclosed is the sketch for your reference.
>   <<Bratzhead.bmp>>
>Please advise/comment.
>
>Regards,
>Cecilia
>
> >   -----Original Message-----
> > From:   Paula Treantafelles
> > Sent:   Friday, October 27, 2000 12:02 AM
> > To:     Mercedeh Ward; Cecilia Kwok
> > Cc:     Carter Bryant; Samuel Wong
> > Subject:        RE: Bratz images
> >

ATTORNEY'S EYES ONLY

MGA000015

EXHIBIT _C_ PAGE _192_

```
> > Mercedeh is correct.  The hair packs will not have head included in
> > pack-out..therefore the hair styles will dictate the depth of this
> > package.
> >
> >     -----Original Message-----
> >     From:       Mercedeh Ward
> >     Sent: Thursday, October 26, 2000 8:44 AM
> >     To:    Cecilia Kwok; Paula Treantafelles
> >     Cc:    Carter Bryant; Samuel Wong
> >     Subject:    RE: Bratz images
> >
> >     Cecilia;
> >
> >     The depth of the clam shell depends on the rooted hair not the size
> > of the head of the doll.  The hair will be able to lay flatter then the
> > doll's head.  I believe you can use half the size of the head for the
> > depth of the clap shell.
> >
> >     Mercedeh Ward
> >     Sr. Product Design/Engineer Manager
> >     MGA Entertainment
> >     (818) 894-2525 X105
> >     http:\\www.mgae.com
> >
> >
> >         -----Original Message-----
> >         From: Cecilia Kwok
> >         Sent: Thursday, October 26, 2000 3:53 AM
> >         To:    Paula Treantafelles
> >         Cc:    Carter Bryant; Mercedeh Ward; Samuel Wong
> >         Subject:    RE: Bratz images
> >
> >         Paula,
> >
> >         Can we use this wax to estimate the clamshell depth of the
> > hair pack?
> >
> >         Regards,
> >         Cecilia
> >
> >             -----Original Message-----
> >             From:    Paula Treantafelles
> >             Sent: Thursday, October 26, 2000 6:34 AM
> >             To:    Mercedeh Ward; Samuel Wong; Franki Tsang;
> > Cecilia Kwok
> >             Cc:    Carter Bryant
> >             Subject:    RE: Bratz images
> >
> >             Guys-
> >             Please note that the BRATZ body that mercedeh is
> > sending you is a rough wax.  It should be evaluated for
> >proportions..ONLY.
> >
> >
> >
> >                 -----Original Message-----
> >                 From:    Mercedeh Ward
> >                 Sent: Wednesday, October 25, 2000 3:32 PM
> >                 To:    Samuel Wong; Franki Tsang; Cecilia Kwok
> >                 Cc:    Paula Treantafelles; Carter Bryant
> >                 Subject:    FW: Bratz images
> >                 Importance: High
> >
> >
```

ATTORNEY'S EYES
ONLY

MGA000016

EXHIBIT ___C___ PAGE _193_

```
> >            I am forwarding  doll images of the sculpting we
> > reviewed today.  I need HK help on supplying the armature to LA sculptor
> > for the dolls arms.  I need one armature for the right arm and one for
>the
> > left arm.
> >
> >            I am sending the sculpting to you via FedEx tonight.
> > I am also sending the following to you a few of our competitor's dolls
>so
> > you can take into consideration the look we are trying to achieve.
> >
> >            I need to know who will be my contact for this
> > product because we will have to work very quickly in coming up with the
,> > armatures so the LA sculptor can finish her work.
> >
> >            I will mark on the doll all the requirements and the
> > movements we are trying to achieve.  Please keep in mind all shrink
>rates.
> > Doll is molded in different plastics in production and the LA sculptor
>is
> > working with a 6% up head sculpting for the down generation.  I need to
> > know what % do you want her to work on for  the rest of the doll.  We
>are
> > planning on a 1/1 ratio at this time.  As you can see the ruler is
> > indicating the doll to be between 9.5 and 10 inches.
> >
> >.            Best regards;
> >
> >
> >            Mercedeh Ward
> >            Sr. Product Design/Engineer Manager
> >            MGA Entertainment
> >            (818) 894-2525 X105
> >            http:\\www.mgae.com
> >
> >
> >            -----Original Message-----
> >            From: Ben Ton
> >            Sent: Wednesday, October 25, 2000 3:21 PM
> >            To:  Mercedeh Ward
> >            Subject:   RE: Bratz images
> >
> >            << File: Barbie.jpg >>  << File: BratzScuplt.jpg >>
> >
> >            images resent
> >
> >
><< Bratzhead.bmp >>
```

---

Get Your Private, Free E-mail from MSN Hotmail at http://www.hotmail.com.

Share information about yourself, create your own public profile at
http://profiles.msn.com.

ATTORNEY'S EYES
ONLY

MGA000017

EXHIBIT _C_ PAGE _194_

From: Isaac Larian
To: Paula Treantafelles; Mercedeh Ward
CC:
BCC:
Sent Date: 2000-11-02 17:41:56:736
Received Date: 2000-11-02 17:41:56:798
Subject: RE: Bratz - URGENT
Attachments:

OK

-----Original Message-----
From: Paula Treantafelles
Sent: Thursday, November 02, 2000 9:41 AM
To: Isaac Larian; Mercedeh Ward
Subject: RE: Bratz - URGENT

I am confident. I went competitive shopping and noted that none of the small dolls are able to stand by themselves. Barbie doesn't stand. ...so little girls wont have the expect that BRATZ should stand.

-----Original Message-----
From: Isaac Larian
Sent: Thursday, November 02, 2000 9:37 AM
To: Paula Treantafelles; Mercedeh Ward
Subject: RE: Bratz - URGENT

Are you sure this does not take away from the product?

-----Original Message-----
From: Paula Treantafelles
Sent: Thursday, November 02, 2000 8:59 AM
To: Cecilia Kwok; Isaac Larian
Cc: Samuel Wong; Colleen O'Higgins; Mercedeh Ward; Judy Rich
Subject: RE: Bratz - URGENT

..Sorry I forgot to attached Isaac to the distribution list above.,

-----Original Message-----
From: Paula Treantafelles
Sent: Thursday, November 02, 2000 8:46 AM
To: Cecilia Kwok
Cc: Samuel Wong; Colleen O'Higgins; Mercedeh Ward; Judy Rich
Subject: RE: Bratz - URGENT

Isaac-

In my below I noted the below:

HK and I discussed whether/not BRATZ must stand on their own. Please note that HK is going to have a ton of development issues to overcome when they receive our body (especially related to the articulation of joints), Carter and I do not think that it is imperative that the doll stands by herself. I want HK to focus on the articulation and joints

Confidential - For Attorney's Eyes Only

EXHIBIT __C__ PAGE _195_ A 0046799

before their concern to make the dolls stand. Please advise that you agree.

Please advise that you concur.

-----Original Message-----
From: Cecilia Kwok
Sent: Wednesday, November 01, 2000 10:53 PM
To: Paula Treantafelles
Cc: Samuel Wong; Colleen O'Higgins; Mercedeh Ward; Judy Rich
Subject: RE: Bratz - URGENT

Paula,

HK is waiting for your advise for whether the doll must stand on their own. Please advise.

Regards,
Cecilia

-----Original Message-----
From: Paula Treantafelles
Sent: Thursday, October 26, 2000 5:07 AM
To: Cecilia Kwok; Isaac Larian; bryantsf99@cs.com
Cc: Stephen Lee; Frank Tejada; Victor Lee; Samuel Wong; Colleen O'Higgins; Mercedeh Ward; Judy Rich; Denise Chan; Kerri Legg
Subject: RE: Bratz - URGENT

Please note the revised price list attached.

« File: Short Price List Draft Fall 2001 Draft.xls »

Isaac-
Please confirm that the FOB LA prices are correct assuming the following target costs:
DOLL PACKS 2.75
FASHION PACKS 1.05
HAIRPACK 2.00
CARRYING CASE 2.75

HK and I discussed whether/not BRATZ must stand on their own. Please note that HK is going to have a ton of development issues to overcome when they receive our body (especially related to the articulation of joints). Carter and I do not think that it is imperative that the doll stands by herself, I want HK to focus on the articulation and joints before their concern to make the dolls stand. Please advise that you agree.

Cecilia-
Please note my comments below

Carter-
Please note and address my question to you below. Please note that if you need to fax this information to HK their fax number is # 011 852 2312 0101.
-----Original Message-----
From: Cecilia Kwok

Confidential - For Attorney's Eyes Only

EXHIBIT C PAGE 196

MGA 0046000

Sent: Wednesday, October 25, 2000 3:19 AM
To: Paula Treantafelles
Cc: Isaac Larian; Stephen Lee; Frank TSANG; Victor Lee; Samuel WONG; Collein O'Higgins; Meredeth Ward; Judy Rich; Disraeli Chan; Kerri Legg
Subject: Bratz - URGENT

Paula,

Here is the summary of all items for the Bratz (Doll pack, Accessories pack & Fashion pack) to make sure everyone on the same page. Please review all the detail, comments & questions listed below and advise/confirm by return;

Re: Doll Pack
    components : 1 doll, 2 sets of fashion (4 pcs), 2 hair styles, 2 pair shoes & 1 back pack
    doll : Isaac advised that the doll should stand by itself in the meeting with Wah Shing. However, this is not required as per separate email from LA. Paula will advise HK the final direction on this as per PD meeting this morning. Noted in my comments to Isaac above.
    target cost : US$2.75 - please update the price list/FOB in the price list Done
    master pack : 6 pcs - 2 caucasian, 2 af am, 1 hispanic & 1 asian

Re: Fashion Pack
    components : 1 set of fashion (2 pcs) & 1 pair shoes
    3 sets of different fashion
    target cost : US$1.05 - please update the price list as there are two FOB ($2.99 & 4.99) in the price list Done
    master pack : 12/48 (inner/ outer) - awaiting for LA confirmation until the packaging planogram finalized. Please bear in mind that there might be cost impact for any master pack change. Noted. I will advise as soon as I know more.

Re: Hair Pack (Accessories I)
    components : 4 different hair styles
    target cost : US$2.00 - please update the price list as there are 3 accessories Done.
    master pack : 4/12 (inner/ outer) - awaiting for LA confirmation until the packaging planogram finalized. Noted I will advise as soon as I know more.
    packaging : 7"W x 8"H x 1.5"D Clamshell - the head size was 2" based on the rough clay body in HK. Please make sure the final head is less than 1.5" after down size of the wax OR increase the depth of the clamshell. Please also leave some space for the hair between the head frame & the clamshell. Please advise. We will need to increase the depth of the package. We are sending to you a new casted body which represents the correct proportions and size (does not include the detail). Please measure this head and advise the depth of the package necessary for transit and proper pack-out.

Confidential - For Attorney's Eyes Only

EXHIBIT ___C___ PAGE _197_

MGA 0046691

Re: Carry Case (Accessories II)

component : 1 back pack for the child in softgood

target cost : US$2.75 - please update the price list as there are 3 accessories Done

master pack : awaiting LA advise, we need it for getting quote. Noted. Will advise as soon as I know more.

assortment : please advise if there is any color assortment as there will be 4 different color, I will advise by end of this week

packaging : there is NO packaging for this item. Please advise if it will be packed in a SEAL polybag with barcode & info printed on the polybag. All the polybags are packed in a bag & then in a master carton. Do we need to ship them in a polybag? When I worked at Mattel we shipped backpacks without a polybag or package but we denizen two zippers together. If we shipped in a polybag we will need to ask retailer to remove them from the polybag before placing them on shelf.

Please send the size, fabric, deco info & digital photo/ color rendering for the design of the back bag by email tonight. HK can start to get quote by tomorrow and have some input before the 11/7 presentation. This will be too late/ FP wait for your package. (FYI : HK cannot receive the packages until 10/31 HK time if you send out in 10/28 LA time)

> Carter~
>
> I need you to send a drawing of the backpack and advise the material you expect to use by return of this email. Please send this information tonight!!!

Regards,
Cecilia

Confidential - For Attorney's Eyes Only

EXHIBIT C PAGE 198

MGA 0046802

**26**

| From: | Cecilia Kwok |
|---|---|
| Sent: | Thursday, October 26, 2000 3:47 AM |
| To: | Mercedeh Ward |
| Cc: | Paula Treantafelles; Carter Bryant; Samuel Wong; Franki Tsang |
| Subject: | RE: Bratz images |

Mercedeh,

HK did not have any existing armature for this dolls. LA can use the armature from existing market like the Barbie doll for sculpting. After finish sculpting, sent the armature sample together with the wax to HK for our reference. HK can fine tune the armature after receipt of the wax.
HK will advise on the armature & movements after received the rough wax sent & the movement requirements.
HK requested to have a **8% UP WAX FOR ROTO PARTS** (head/ body/ arm/ leg) for the down generation. Please ask your sculptor to increase the wax head to 8% accordingly. For the body, arms & legs, these will be injection plastic and 1:1 wax is required.
Please advise.

Regards,
Cecilia

-----Original Message-----
| From: | Mercedeh Ward |
|---|---|
| Sent: | Thursday, October 26, 2000 6:32 AM |
| To: | Samuel Wong; Franki Tsang; Cecilia Kwok |
| Cc: | Paula Treantafelles; Carter Bryant |
| Subject: | FW: Bratz images |
| Importance: | High |

I am forwarding doll images of the sculpting we reviewed today. I need HK help on supplying the armature to LA sculptor for the dolls arms. I need one armature for the right arm and one for the left arm.

I am sending the sculpting to you via FedEx tonight. I am also sending the following to you a few of our competitor's dolls so you can take into consideration the look we are trying to achieve.

I need to know who will be my contact for this product because we will have to work very quickly in coming up with the armatures so the LA sculptor can finish her work

I will mark on the doll all the requirements and the movements we are trying to achieve. Please keep in mind all shrink rates. Doll is molded in different plastics in production and the LA sculptor is working with a 6% up head sculpting for the down generation. I need to know what % do you want her to work on for the rest of the doll. We are planning on a 1/1 ratio at this time. As you can see the ruler is indicating the doll to be between 9.5 and 10 inches.

Best regards;

*Mercedeh Ward*
Sr. Product Design/Engineer Manager
MGA Entertainment
(818) 894-2525 X105
http:\\www.mgae.com

1

CONFIDENTIAL
ATTORNEY'S EYES ONLY                MGA006396

EXHIBIT __C__ PAGE __199__

-----Original Message-----
From:           Ben Ton
Sent:           Wednesday, October 25, 2000 3 21 PM
To:             Mercedeh Ward
Subject:        RE: Bratz Images

<< File: Barbie.jpg >>   << File: BratzScuplt.jpg >>
Images resent

2

CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA006397

EXHIBIT _C_ PAGE 200

**27**

| From: | Mercedeh Ward |
|---|---|
| Sent: | Thursday, October 26, 2000 1:55 PM |
| To: | Samuel Wong; Cecilia Kwok; Frankl Tsang |
| Cc: | Paula Treantafelles; Judy Rich |
| Subject: | Bratz |
| | |
| Importance: | High |

I am sorry but I missed the FedEx yesterday.
I have sent out the Bratz rough sculpting to you today with the following Parts and material list and description. Please let me know if there are any questions.

I had asked for a armature for the doll's shoulder joint so the sculptor can work with. She needs this armature so she can sculpt the arm around it. I am going to fax a hand drawn copy of what I need from you. Can you please tell me if your model shop can help me here.



Bratz.doc (23 KB)

Best regards;
*Mercedeh Ward*
Sr. Product Design/Engineer Manager
MGA Entertainment
(818) 894-2525 X105
http:\\www.rngae.com

ATTORNEY'S EYES
ONLY

MGA000012

EXHIBIT C PAGE 201

The Bratz Body Assembly:
1.  Solid torso: Torso Front,  Torso Back (1 per toy)
2.  leg armatures Assemblies:  Top and bottom 2 pieces each (right and left)
3.  Shoulder joint Assemblies:  (2 per toy)
4.  Neck Plug : (1 per toy)
5.  Leg Connector:  (2 per toy)

Materials:
1.  Legs, neck, shoulder and arm armatures are made of nylon for strength
2.  Doll head is roto casted PVC
3.  Doll arms PVC are insert molded over the nylon shoulder armatures
4.  Doll legs PVC are insert molded over the nylon armatures
5.  Torso is made of ABS high polished injection molded tool

The dolls torso is sonic welded after assembling the arms, legs and neck connector are assembled first.  There are lap joints and male/female connectors for assembling the torsos.  The head is assembled last

I have included for your attention:
1.  Our rough sculpting (white casting)
2.  Two dolls competitor product (Which I have never seen before!! )

I have cut the PVC off of the leg of one of the dolls so you can see the type of leg armature we are looking for.  We have to create our leg armature smaller than the one I have supplied.  Our doll will also have a separate foot that connects to the doll's leg.  I will be giving those specifications to the LA Sculptor.  Our dolls' arms will rotate just like doll with the leg armature showing.

ATTORNEY'S EYES
ONLY

MGA000013

EXHIBIT __C__ PAGE 262

**28**

# FAX COVER SHEET

Address (line 1)
Address (line 2)
City, State or Province  ZIP or Postal Code
Phone number
Fax number   *310 - 538 - 4262 / PST*

| Send to: CECILIA KWOK | From: CARTER BRYANT |
|---|---|
| Attention: | Date: 10/26/00 |
| Office location: | Office location: |
| Fax number: | Phone number: |

☒ Urgent   ☐ Reply ASAP   ☐ Please comment   ☐ Please review   ☐ For your information

Total pages, including cover: 6

Comments: **PLEASE SEE ENCLOSED RE " BRATZ" BACKPACK/DOLLCASE DESIGN AND FABRICATION INFORMATION.**

ATTORNEY'S EYES
ONLY

BRYANT 00219

EXHIBIT __C__ PAGE *203*

**29**

| From: | Mercedeh Ward |
|---|---|
| Sent: | Thursday, October 26, 2000 1:55 PM |
| To: | Samuel Wong; Cecilia Kwok; Franki Tsang |
| Cc: | Paula Treantafelles; Judy Rich |
| Subject: | Bratz |
| Importance: | High |

I am sorry but I missed the FedEx yesterday.
I have sent out the Bratz rough sculpting to you today with the following Parts and material list and description. Please let me know if there are any questions.

I had asked for a armature for the doll's shoulder joint so the sculptor can work with. She needs this armature so she can sculpt the arm around it. I am going to fax a hand drawn copy of what I need from you. Can you please tell me if your model shop can help me here.



Bratz.doc (23 KB)

Best regards;
*Mercedeh Ward*
Sr. Product Design/Engineer Manager
MGA Entertainment
(818) 894-2525 X105
http:\\www.mgae.com

ATTORNEY'S EYES
ONLY

MGA000012

EXHIBIT __C__ PAGE _204_

The Bratz Body Assembly:
1. Solid torso: Torso Front, Torso Back (1 per toy)
2. leg armatures Assemblies: Top and bottom 2 pieces each (right and left)
3. Shoulder joint Assemblies: (2 per toy)
4. Neck Plug : (1 per toy)
5. Leg Connector: (2 per toy)

Materials:
1. Legs, neck, shoulder and arm armatures are made of nylon for strength
2. Doll head is roto casted PVC
3. Doll arms PVC are insert molded over the nylon shoulder armatures
4. Doll legs PVC are insert molded over the nylon armatures
5. Torso is made of ABS high polished injection molded tool

The dolls torso is sonic welded after assembling the arms, legs and neck connector are assembled first. There are lap joints and male/female connectors for assembling the torsos. The head is assembled last

I have included for your attention:
1. Our rough sculpting (white casting)
2. Two dolls competitor product (Which I have never seen before!! )

I have cut the PVC off of the leg of one of the dolls so you can see the type of leg armature we are looking for. We will have to create our leg armature smaller than the one I have supplied. Our doll will also have a separate foot that connects to the doll's leg. I will be giving those specifications to the LA Sculptor. Our dolls' arms will rotate just like doll with the leg armature showing.

ATTORNEY'S EYES ONLY

MGA000013

EXHIBIT ___C___ PAGE _205_

30

**From:**       Isaac Larian
**Sent:**       Friday, October 27, 2000 12:45 AM
**To:**         Paul Warner; Colleen O'Higgins
**Subject:**    RE: 2001 Plush

I also agree with Paul.

But, TRU will not be in HK and will see everything in Jan in Dallas ( we can show THEM ONLY and NO ONE ELSE till toy fair) then.

Paul, please advise.

-----Original Message-----
**From:**       Paul Warner
**Sent:**       Thursday, October 26, 2000 10:54 AM
**To:**         Colleen O'Higgins; Isaac Larian
**Subject:**    RE: 2001 Plush

I just want to do business, make everyone happy and supportive, and give you the best product feedback and support possible.

-----Original Message-----
**From:**       Colleen O'Higgins
**Sent:**       Thursday, October 26, 2000 10:37 AM
**To:**         Paul Warner; Isaac Larian
**Subject:**    RE: 2001 Plush

Isaac,

I think Paul makes some very good points below. We could severely hurt our business with TRU if we alienate them, and they *will* find out. I also understand the need to protect our product. Have we had confidentiality problems with TRU in the past?

Paul - I don't think there is any problem showing Bow Wow and Dream Baby, Too.

Colleen

-----Original Message-----
**From:**       Paul Warner
**Sent:**       Thursday, October 26, 2000 9:19 AM
**To:**         Isaac Larian; Colleen O'Higgins
**Cc:**         Paul Warner
**Subject:**    FW: 2001 Plush

I agree with KB but TRU will probably be our largest customer in 2001. TRU are the smartest buyers in USA and they are my friends. All manufacturers consider product feedback from TRU to be the most valuable in the US. If you want to trust Cynthia because she agrees with you you will be sorry. With the exception of Paulette at Kmart the buyers from Kmart, JC Penny, Wal-Mart, and Target have no product experience. If you fine tune things based on their comments you are at risk. If I am showing TRU they will keep things confidential and help us. I was vendor of the year at TRU in 1997. I think you have a bad taste from the cancellations, their critical comments on our commercials, and 1998 ban. When this year is over I think you will be glad that they cancelled the dolls which avoided markdowns and caused a clean sell through and they forced us to make a new shadow commercial which will end up helping us. Just because a customer doesn't agree with you doesn't mean we should punish them. You have relocated me to the East and I am challenged to grow the TRU business. Don't shut them off and make my job impossible. We are virtually out of KB. I do not want the same problems to develop at TRU.

CONFIDENTIAL -
ATTORNEYS' EYES ONLY

MGA 0009121R

EXHIBIT ___C___ PAGE _206_

If we want any LC orders from TRU we will have to show in Dallas and if we want any product buy in or partnership we should show in Dec. By Dallas their competitors will have seen things twice which places them at a disadvantage. If they find out MGA will pay the price which will be lack of their support.

How about BOW BOW and MDB II?

—Original Message—
**From:** Isaac Larian
**Sent:** Thursday, October 26, 2000 2:14 AM
**To:** Colleen O'Higgins; Helene Bartels; Paul Warner
**Cc:** Eric Yip; Cyndi Kwan; Stephen Lee
**Subject:** RE: 2001 Plush

We will show the following products as follows:

a- K mart, JC Penny, Wal-Mart, Target : nov ( drawings and may be a Porte type).

b-HKTF: in a PRIVATE ROOM ( not main show room) to K mart, JC penny, Wal-Mart and Target ONLY: Working Porte Types.

c- Everybody else ( including TRU and KB) NYTF

Palm Puppies, Monkey, Scooter, Jump Rope, Bratz, Robotic Bugs ( working name).

—Original Message—
**From:** Colleen O'Higgins
**Sent:** Wednesday, October 25, 2000 3:44 PM
**To:** Helene Bartels; Paul Warner; Isaac Larian
**Subject:** RE: 2001 Plush

I am sure Wal Mart is OK - Isaac will you please confirm?

—Original Message—
**From:** Helene Bartels
**Sent:** Wednesday, October 25, 2000 3:40 PM
**To:** Colleen O'Higgins
**Subject:** RE: 2001 Plush

I hope Wal-Mart's on your "to show" list. I am planning our preshow for them on 11/30 & 12/1.

—Original Message—
**From:** Colleen O'Higgins
**Sent:** Wednesday, October 25, 2000 3:39 PM
**To:** Paul Warner
**Cc:** Isaac Larian; Helene Bartels; Jennifer Maurus; Mike Lingg
**Subject:** RE: 2001 Plush

Paul,

We will show basic concepts to Kmart/Target/JC Penney's. We will not show anything to KB or TRU until New York Toy Fair.

Thanks!
Colleen

—Original Message—

CONFIDENTIAL -
ATTORNEYS' EYES ONLY

MGA 0009122R

EXHIBIT _C_ PAGE _207_

| | |
|---|---|
| From: | Paul Warner |
| Sent: | Wednesday, October 25, 2000 10:10 AM |
| To: | Colleen O'Higgins |
| Cc: | Isaac Larian; Helena Bartels; Jennifer Maurus; Mike Lingg; Paul Warner |
| Subject: | 2001 Plush |

I suggested that we preshow sketches and limit the information given.
Please advise with Isaac's input so we can prepare for show and get
appointments. No need to see plush buyers without new items.

CONFIDENTIAL –
ATTORNEYS' EYES ONLY

MGA 0009123R

EXHIBIT _C_ PAGE 208

**31**

| | |
|---|---|
| From: | carter bryant |
| To: | KLegg@mgae.com; PTreantafelles@mgae.com |
| CC: | DMedici@mgae.com |
| BCC: | |
| Sent Date: | 2000-10-27 22:25:40:000 |
| Received Date: | 2000-10-27 22:22:33:384 |
| Subject: | Re: Hair Rooting Machine |
| Attachments: | |

I don't know who makes the machine called "dolly", but that is the brand name of the machines we used at Mattel, if that helps any.

Carter


>From: Kerri Legg <KLegg@mgae.com>
>To: Paula Treantafelles <PTreantafelles@mgae.com>, Carter Bryant
>-<sophiesays@hotmail.com>
>CC: Dennis Medici <DMedici@mgae.com>
>Subject: Hair Rooting Machine
>Date: Fri, 27 Oct 2000 13:05:12 -0700
>
>I sent a fax to Universal Commerce Corp for information regarding purchase
>of the hair rooting machine. I got a response back this morning by fax. The
>manufacturer of the hair rooting machine is closed and they are not sure
>whether they will start operation again. They are checking in Hong Kong and
>Taiwan for me to see if there is another manufacturer we can go to.
>
>In the meantime, I am going to write to our Hong Kong office to see if they
>can find a manufacturer in Hong Kong that we can buy this machine from.
>
>I will keep you informed.
>
>Kerri

Get Your Private, Free E-mail from MSN Hotmail at http://www.hotmail.com.

Share information about yourself, create your own public profile at
http://profiles.msn.com.

Confidential - For Attorney's Eyes Only

EXHIBIT _C_ PAGE _209_   GA 0046672

**32**

| | |
|---|---|
| **From:** | Paula Treantafelles |
| **Sent:** | Monday, October 30, 2000 10:09 AM |
| **To:** | Mercedeh Ward |
| **Subject:** | RE: Bratz Design |

Thank God you are here.

-----Original Message-----
**From:** Mercedeh Ward
**Sent:** Monday, October 30, 2000 9:58 AM
**To:** Cecilia Kwok; Paula Treantafelles
**Cc:** Isaac Larian; Stephen Lee; Victor Lee; Frank Tsang; Disraeli Chan; Samuel Wong; Judy Rich
**Subject:** RE: Bratz Design

Cecilia;

Please slow down a bit. We are still defining the product and you are miles a head of use. I am going to comment on the sculpting and the doll's body at this point because I have to see the fabric swatches that were sent to you before I can make comment.

The doll's body:

- I worked it out with the sculptor we will make our sculpting armatures here in US. I thought you misunderstand me when I asked for the armatures I was only talking about sculpting armatures and not production doll armatures. We decided to make the armatures so there are no confusion.
- The doll has a movable head like the "skipper" doll.
- The arms will move like the "skipper" doll.
- The hip joints are just like the "skipper" doll and NOT BALL joints. The sculpting that you received is very ROUGH.
- the knee will bent and the "Skipper" doll.
- The head sculpting will be at the 6% up.
- The head and feet of our dolls will not be in proportion to dolls that you have seen before. The Rough sculpting is correct in the foot and head size difference to the doll body.

Best Regards;

*Mercedeh Ward*
Sr. Product Design/Engineer Manager
MGA Entertainment
(818) 894-2525 X105
http:\\www.mgae.com

-----Original Message-----
**From:** Cecilia Kwok
**Sent:** Monday, October 30, 2000 1:53 AM
**To:** Paula Treantafelles; Mercedeh Ward
**Cc:** Isaac Larian; Stephen Lee; Victor Lee; Frank TSANG; Disraeli Chan; Samuel WONG; Judy Rich
**Subject:** Bratz Design

Dear All,

HK just received the packages for the Bratz Fashion & rough wax today (10/30).
Here are the photo of the fashion information & HK's comment:

Re: Doll Packs

**ATTORNEY'S EYES ONLY**

MGA000019

EXHIBIT __C__ PAGE __210__

1. Bratz Doll 1
- Fashion Fabric « File: Doll1a.JPG »  « File: doll1b.JPG »
- Fashion Pattern Drawing  « File: doll1fs.bmp »·

Re: Bratz Doll 2
- Fashion Fabric  « File: Doll2a.JPG »  « File: doll2b.JPG »
- Fashion Pattern Drawing  « File: doll2fs.bmp »

Re: Bratz Doll 3 ·
- Fashion Fabric « File: doll3a.JPG »  « File: doll3b.JPG »  « File: doll3c.JPG »
- Fashion Pattern Drawing  « File: doll3fs.bmp »

Re: Bratz Doll 4
- Fashion Fabric « File: doll4a.JPG »  « File: doll4b.JPG »
- Fashion Pattern Drawing  « File: doll4fs.bmp »

HK's comment :
1. Accessories such as belt, hats, head kerchief were added which did not mention in the PDF.  All the vendors quoting did not include these.  There will be cost impact for the accessories.
2. DChan quickly reviewed the fabric matrix and found some of the fabric material are expensive than TWILL.  There will be cost impact and listed out as follows for your quick reference:
   Doll 1 : Leopard print fuzz fabric for the shirt, Light weight dark denim w/ fine silver sparkle for the jacket, Light weight dark denim w/ coarse silver sparkle for the pants, Aqua panne velvet w. iredes cent film for the belt, Aqua & light brown vinyl snakeskin print for the hat, Vinyl lined w/ silver fabric & tricot for the backpack
   Doll 2 : Hombred from gold to fushia metal mesh for the Halter top, Light gray double knit w/ silver sparkle, Gray reflective fabric (good weight) for the backpack, Dark blue reflective vinyl (light weight) for the backpack
   Doll 3 : Deep periwinkle 15D tricot w. silver sparkle for the top sleeves, Iredescen denin in lighter weight for the skirt, M/C knit w/ glitter dots for the skirt trim, Lavender moire stretch velvet for the top, M/C mesh for the head kerchief
   Doll 4 : Cranberry red crebe knit w/ purple glitter for the top, Oliver green stretch poly satin with texture for the pants, Crimson velboa for the skirt trim, Multi-color stripes satin knit for the Beannie
Anyway, we will get vendors quote based on your fabric matrix.  Our current quotes already over the target price US$2.75 and we need cost reduction.  However, the fabric proposed are adding cost.
3. For the Doll 1's belt, a tooling for the belt buckle is required.
4. Please advise the target age grading for this item.  LA provided to use some glitter dots on the fabric and are easily come off.  There may be safety issues.

Re: Fashion Pack 1
- Fashion Fabric « File: fashion1.JPG »
- Fashion Pattern Drawing  « File: fashion1fs.bmp »
HK's comment :
1. There are totally 3 fashion pack.  HK only received one fashion pack design & fabric and still awaiting for the other 2.
2. DChan quickly reviewed the fabric matrix and found some of the fabric material are expensive than TWILL.  There will be cost impact and listed out for your quick reference: Fuzzy novelty knit in rasberry for the halter top, Crushed panne veluet in chartreuse for the pants.

Re: Carrying Case (for Child)

ATTORNEY'S EYES ONLY

MGA000020

EXHIBIT ___C___ PAGE _2/1_

- Fabric information  « File: Case1.JPG »  « File: case2.JPG »  « File: case3.JPG »
HK's comment : per separate mail, HK commented the Carrying case design and waiting for LA reply.

« Message: Bratz Backpack design inquiry »

Re: Hair Pack
HK's comment : Did not receive the Hair pack.  Please advise the curl size of each hair styles for getting quote.  (FYI : curl hair is more expensive than straight hair)

Re: Rough Wax
HK received the rough wax body today.  HK downsized the head by 6% by the computer and attached to the 1:1 body.  This reflected the final size/ outlook of the wax.  Enclosed is the photo for your reference: « File: waxfinalsize.jpg »
HK's comment : The head & legs/ feet seem are not in proportion.  LA please advise if this is the actual size that you expected for future production.
HK also received the reference body showing the joint & armature required. « File: MVC-003F.JPG »
HK's comment :
1. Please confirm the type of joint request by return.  « File: Joints.jpg »
2. Per separate email, HK already commented the armature mock up request and waiting for LA reply.

Please advise.
Regards,
Cecilia

ATTORNEY'S EYES ONLY

MGA000021

EXHIBIT __C__ PAGE _2/2_

**34**

From:                    Jimmy Cheng
To:                      Paula Treantafelles; Samuel Wong; Victor Lee; Alex Fan
CC:
BCC:
Sent Date:               2000-11-01 11:33:08:921
Received Date:           2000-11-01 11:32:28:926
Subject:                 RE: URGENT!!! PLEASE READ
Attachments:

Paula,

Angel prayer :

Master carton ( 6 pcs ) : 17-3/8"x12-3/4"x10-3/8"
Inner carton ( 3 pcs ) : 8-1/4"x12-1/4"x9-7/8"
Individual box : 8"(L)x4"(W)x9-3/8"(H)

For the scooter and jump rope doll, I would fax the rough size of each component.

Regards,
Jimmy

-----Original Message-----
From: Paula Treantafelles
Sent: Wednesday, November 01, 2000 5:25 AM
To: Jimmy Cheng; Samuel Wong; Victor Lee; Alex Fan
Subject: URGENT!!! PLEASE READ

Guys-.

I need your help. We need to advise Sales of rough package dimensions for spring and fall 2001.

Please confirm the final package dimensions for Angels and Hoppity

Since you have scooter and jump rope please recommend the H, W, D dimensions for each. Can you send me a one to one rough drawing of each component so we can measure these drawing against your recommended package structures.

I will worry about BRATZ here in LA.

Please send this information to me by tomorrow so that I can confirm and send to Sales by Thursday

-----Original Message-----
From: Colleen O'Higgins
Sent: Monday, October 30, 2000 5:44 PM

Confidential - For Attorney's Eyes Only

EXHIBIT ___C___ PAGE 219    \0053419

To: Kerri Legg; Andreas Koch; Brian Schmid; Paula Treinfairdies
Subject: FW: Fall 2001 long price list

Hello - one more thing....we need to get Jennifer rough dimensions of our packaging for Fall 2001 by THURS. L x W x H. I know that we are at the very beginning stages, but please do your best do give her realistic numbers AND be sure to overestimate instead of underestimate.

Kerri - can you please forward a template to all so the PM's can just fill in their numbers?

Thanks!
Colleen

——Original Message——
From: Jennifer Maurus
Sent: Monday, October 30, 2000 12:03 PM
To: Colleen O'Higgins; Kerri Legg
Subject: Fall 2001 long price list

Hello gals,

When will you be making the Fall 2001 long list public? As you know, we need to provide the ELC, which is based on cube and master carton quantity, to our customers for item consideration. I will be completing my KM paperwork before Friday, so I need the correct data by then to complete the presentation. Also, as a reminder, once we quote the items and submit planogram samples, we cannot have the dimensions change!

Please advise.

**Jennifer Maurus**
Sales Manager, National Accounts
MGA Entertainment
818-894-2525 x119 (inside CA)
800-222-4685 x119 (outside CA)
jmaurus@mgae.com
www.mgae.com

Confidential - For Attorney's Eyes Only

EXHIBIT ___C___ PAGE _220_   MGA 0063420

**35**

**From:**        Mercedeh Ward
**Sent:**        Monday, November 06, 2000 12:33 PM
**To:**          Victor Lee
**Cc:**          Franki Tsang; Samuel Wong; Paula Treantafelles
**Subject:**    RE: Bratz Design

Victor;

I know it is premature to call the maufacturer into our meeting but it would be great if they are there mid week.  We can review the project with them and answer all the questions while I am there.  I am looking foward to meeting you.

Regards;

*Mercedeh Ward*
Sr. Product Design/Engineer Manager
MGA Entertainment
(818) 894-2525 X105
http:\\www.mgae.com

     —-Original Message-—-
     **From:**     Victor Lee
     **Sent:**     Monday, November 06, 2000 12:34 AM
     **To:**      Mercedeh Ward
     **Cc:**      Franki Tsang; Samuel Wong; Paula Treantafelles
     **Subject:**   RE: Bratz Design

Mercedeh:

It would be really good if LA can finalize all the designs before sending to HK. We can talk about it more details when we meet in HK.

At the moment, we have not picked the manufacturer (EL/WS/others) to make this product. Alex Fan who had worked on "SPICE GIRLS" will join our meetings for BRATZ DESIGN. If necessary, we can call the engineers from WS or EL to come as well.

Looking forward seeing you soon.

Victor Lee

vlee@mgae.com
www.mgae.com

     -----Original Message-----
     **From:**     Mercedeh Ward
     **Sent:**      Saturday, November 04, 2000 12:58 AM
     **To:** Victor Lee
     **Cc:** Franki Tsang; Samuel Wong; Paula Treantafelles
     **Subject:**   RE: Bratz Design

Victor;

Having fun is what life is all about.  I think you are talking about having high blood pressure not fun:)

I can see now that LA has never supplied engineering drawings only design control drawings.  I will try to talk with Isaac to see what we can do about that.  I would have to hire a mechanical engineer to do the drawings. I can do them myself but it doesn't seem I have the time to do so.  At Mattel as a Project Designer I did all the design control drawings on Pro-engineer (3D cad) and released to the engineers to make their life easier.  The tools were build from those drawings also.  We did make SLA models from the drawings so we

ATTORNEY'S EYES ONLY

MGA000043

EXHIBIT _C_ PAGE _221_

could have sample.  As the project engineer at Mattel I did all the engineering drawings for release and submission for our tool build.

Now at MGA I am finding things are done very differently.

I am coming to HK to meet everyone and talk at lenght about MGA's development cycle and hope we can work on making LA and HK work well together.  I would like to see much less re-doing of product and a smoother transition between LA and HK releases.  My goal is to make life easier for you in HK.  When product gets release it should be done so you have seen everything before hand and there should be nothing left unanswered so the HKPM can move on with their job.

We can talk about this in person when I am in HK.  I have also been working with Judy on a more cohesive general schedule and she is going to e-mail to you for your comments.  I have tried to give HK enough time in the schedule so you can put a product out there that we can all be proud of.

I am looking forward to meeting all of you in person.  As of right now I should be leaving on 11-11-00 for HK.  I will let you know of our flight plans.  Carter Bryant the creator of Bratz is also coming so we can get everything done on Bratz.  The costumes, fabrics and questions you might have will be answered when we are there.

I will ask you to have the engineer who is going to work on Bratz from the manufacturer there in all our meetings about the doll body.  If we are to work with WS please have the engineer who worked on Cindy Doll there and if we work with EL please have the engineer that worked on MAX action figure there in your office.

Best regards;
*Mercedeh Ward*
Sr. Product Design/Engineer Manager
MGA Entertainment
(818) 894-2525 X105
http:\\www.mgae.com

-----Original Message-----
**From:**     Victor Lee
**Sent:**     Thursday, November 02, 2000 8:32 PM
**To:**       Mercedeh Ward
**Cc:**       Frankl Tsang; Samuel Wong; Paula Treantafelles
**Subject:**  RE: Bratz Design

Mercedeh:

Thank you for your clarification.

You are right. Most of the engineering work is done in HK, either by the PM in HK or by the manufacturers. These include the drawings and the prototype samples. Most of the time, we receive aesthetic drawings with the major dimensions and we can start from there.

Actually, I like LA to provide HK the engineering drawings with a prototype sample for new product development. In this way, we don't have to spend any more time to go back and forth to finalize a GOOD sample before we can move forward for tooling. But MGA is moving too fast. We don't have that luxury to make a product in a proper development cycle (it happens many times, we have the EP/FEP/PP carried out at the same time). You will find out more later on and will have lots of fun.

Victor Lee

vlee@mgae.com
www.mgae.com

-----Original Message-----
**From:**  Mercedeh Ward
**Sent:**  Friday, November 03, 2000 12:46 AM

ATTORNEY'S EYES
ONLY

MGA000044

EXHIBIT ___C___ PAGE _222_

**To:** Victor Lee; Paula Treantafelles
**Cc:** Franki Tsang; Samuel Wong
**Subject:** RE: Bratz Design

Victor;

I believe we are all on the same page now. My original request for armatures was for our sculptor to use. The armatures are so we can make sure the arm joints are correct before I sent out the sculpture to you. I have never worked without sculpting armatures in the past. My sculptor has found a vendor here who will make her the sculpting armatures and we are proceeding.

It seems to me that MGA has never worked in that manor. You get the sculpting then figure how to do joints later.

I have provided HK with the "Skipper" doll. All Bratz production armatures that go into assembling the doll for production will be just like that product. As an engineer I have always provided engineering drawings drawn on a CAD system. I do not have the tools to do so at this time.

I am still trying to learn how MGA proceeds with the engineering portion of a product and it seems that all engineering drawings are done by the manufacturer or HK. Can you please let me know if this is true. This is so hard for me to understand. It is becoming very clear to me that not much engineering is done here in LA. Very strange to me.


Best Regards,
*Mercedeh Ward*
Sr. Product Design/Engineer Manager
MGA Entertainment
(818) 894-2525 X105
http:\\www.mgae.com

-----Original Message-----
**From:** Victor Lee
**Sent:** Thursday, November 02, 2000 3:53 AM
**To:** Mercedeh Ward; Paula Treantafelles
**Cc:** Franki Tsang; Samuel Wong
**Subject:** RE: Bratz Design

Mercedeh / Paula:

Please call Samuel tomorrow morning if there are still outstanding issues against sculpture and armature.

Victor Lee

vlee@mgae.com <mailto:vlee@mgae.com>
www.mgae.com <http://www.mgae.com>

ATTORNEY'S EYES ONLY

MGA000045

EXHIBIT __C__ PAGE _223_

**36**

| | |
|---|---|
| **From:** | Isaac Larian |
| **Sent:** | Saturday, November 04, 2000 2:04 PM |
| **To:** | Paula Treantafelles; 'Bryant598@cs.com' |
| **Cc:** | Kerri Legg; Colleen O'Higgins |
| **Subject:** | RE: Demo |

Why do we need this? I need to know before I approve.

-----Original Message-----
From: Paula Treantafelles
Sent: Friday, November 03, 2000 5:25 PM
To: Isaac Larian; 'Bryant598@cs.com'
Cc: Kerri Legg
Subject: FW: Demo


Isaac
Kerri is out so she can not process quotes but in the meantime Carter wants to get a demo of the BRATZ song recorded.

The vendor is quoting $1250.00.  Please advise your consent to this quote so that this vendor can begin working.

-----Original Message-----
From: Bryant598@cs.com [mailto:Bryant598@cs.com]
Sent: Friday, November 03, 2000 4:21 PM
To: PTreantafelles@mgae.com
Subject: Demo


Hey Paula,
any word on the approval for the song demo?

Carter

**ATTORNEY'S EYES ONLY**

MGA000047

EXHIBIT __C__ PAGE _224_

**37**

| | |
|---|---|
| **From:** | Samuel Wong |
| **Sent:** | Friday, December 01, 2000 12:52 AM |
| **To:** | Paula Treantafelles; Mercedeh Ward; Carter Bryant |
| **Cc:** | Cecilia Kwok; Frankl Tsang |
| **Subject:** | RE: rooting m/c |



Hair Stitching
Machine 2.jpg (...

Paula,

Please see the attached picture and advise if this is the presser foot that you are referring to? If so, the machine that provide by this Taiwan Company has the presser foot assembled together.

thanks & best regards
Samuel (12/1/00)

    -----Original Message-----
    **From:**    Paula Treantafelles
    **Sent:**    Friday, December 01, 2000 5:04 AM
    **To:**    Samuel Wong; Mercedeh Ward; Carter Bryant
    **Cc:**    Cecilia Kwok; Frankl Tsang
    **Subject:**    RE: rooting m/c

  Samuel

  Can you confirm whether or not this machine has a presser foot?

      -----Original Message-----
      **From:**    Samuel Wong
      **Sent:**    Tuesday, November 21, 2000 12:34 AM
      **To:**    Paula Treantafelles; Mercedeh Ward; Carter Bryant
      **Cc:**    Cecilia Kwok; Frankl Tsang
      **Subject:** RE: rooting m/c

    Paula,

    Please see the attachment for the hair stitching machine. The total cost for the m/c, acessories (pins) and shipping cost (by FEDEX send from HK to LA office) is : US$
    Please confirm do you want to take it. If so, we would send you JOS for sign off. The m/c will arrive at LA around 1st week of December if we place order now.

    << Message: Hair Stitching Machine >>
    thanks & best regards
    Samuel (11/21/00)

      -----Original Message-----
      **From:**    Paula Treantafelles
      **Sent:**    Tuesday, November 21, 2000 6:39 AM
      **To:** Samuel Wong; Mercedeh Ward; Carter Bryant
      **Cc:** Cecilia Kwok
      **Subject:**    RE: rooting m/c

    I know that this sounds like a weird request but can you send a photo of this machine? Can you advise whether/not this machine has a presser foot?

ATTORNEY'S EYES ONLY

MGA000071

EXHIBIT __C__ PAGE _225_

-----Original Message-----
| | |
|---|---|
| **From:** | Samuel Wong |
| **Sent:** | Friday, November 17, 2000 1:25 AM |
| **To:** | Paula Treantafelles; Mercedeh Ward; Carter Bryant |
| **Cc:** | Cecilia Kwok |
| **Subject:** | RE: rooting m/c |

Dear all,

The manufacturer : Hao Cheng's hair stitching machine (it is a taiwan company)
the model number is : HN-88.
specifications : height of the needle pipe ~ 173mm
diameter of needle pipe - 4.6mm/ 12mm
We had seen this m/c in the Earlylight's factory, per Earlylight, we can make use of this machine to root the barbie head also.

thanks & best regards
Samuel (11/17/00)

-----Original Message-----
| | |
|---|---|
| **From:** | Frankl Tsang |
| **Sent:** | Thursday, November 16, 2000 7:23 AM |
| **To:** | Paula Treantafelles; Samuel Wong; Kerri Legg; Mercedeh Ward; Carter Bryant |
| **Cc:** | Cecilia Kwok |
| **Subject:** | RE: rooting m/c |

Mercedeh and Samuel are going to WS/EL - China today. We will call him to find out and advise. (CK)

-----Original Message-----
| | |
|---|---|
| **From:** | Paula Treantafelles |
| **Sent:** | Thursday, November 16, 2000 2:40 AM |
| **To:** | Samuel Wong; Kerri Legg; Mercedeh Ward; Carter Bryant |
| **Cc:** | Frankl Tsang |
| **Subject:** | RE: rooting m/c |

can you advise the manufacturer and machine name?

-----Original Message-----
| | |
|---|---|
| **From:** | Samuel Wong |
| **Sent:** | Wednesday, November 15, 2000 2:37 AM |
| **To:** | Paula Treantafelles; Kerri Legg; Mercedeh Ward; Carter Bryant |
| **Cc:** | Frankl Tsang |
| **Subject:** | RE: rooting m/c |

this is not a dolly m/c. Earylight is using this m/c, this m/c can be use for rooting the barbie heads or even for the large doll (like our bouncy baby), but you have to buy different loopers. We will visit Earlylight China tomorrow, we will show this m/c to Mercedeh and Carter to see if this model is suitable for not.

The model number is HN88. It is compatable with Dolly m/c.

thanks & best regards
Samuel (11/15/00)

-----Original Message-----
| | |
|---|---|
| **From:** | Paula Treantafelles |
| **Sent:** | Wednesday, November 15, 2000 7:28 AM |
| **To:** | Samuel Wong; Kerri Legg; Mercedeh Ward; Carter Bryant |
| **Cc:** | Frankl Tsang |
| **Subject:** | RE: rooting m/c |

Samuel-
Our rooting vendor needs us to confirm the following information regarding this

ATTORNEY'S EYES
ONLY

MGA000072

EXHIBIT __C__ PAGE _226_

machine:
- is this machine a dolly machine (model TUNCL20)
- hoe many loppers does this machine have?  it should have between 7-8
- do we have the opportunity to purchase more of these loopers

I want to purchase a machine so that we can start rooting in LA by 1st week of December.

——Original Message——
From:       Samuel Wong
Sent:       Monday, November 06, 2000 10:09 PM
To:         Paula Treantafelles; Kerri Legg
Cc:         Franki Tsang
Subject:    RE: rooting m/c

Paula,

rooting m/c : one set cost HK$    ,·   (this cost include transportation cost from HK to USA by
              DHL_
you also need rooting pins ( pin # 10 - # 14 ) - total 5 packs, cost HK$

Delivery : 2 weeks upon receipt order.
Payment term : T/T in advance.
Manufacturer : Hoi Hang Association Trading Company Limited.
This m/c is good for 220V.

you need to buy transformer to change the voltage to 110V in order the m/c can be used in USA.

I am also checking with Wah Shing to see if they have an used one to sell us or not.

thanks & best regards
Samuel (11/7/00)

——Original Message——
From:       Samuel Wong
Sent:       Monday, November 06, 2000 6:14 PM
To:         Paula Treantafelles
Cc:         Franki Tsang
Subject:    rooting m/c

Paula,

we will have the quotation aboput the rooting m/c for you tomorrow.

thanks & best regard
Samuel (11/6/00)

ATTORNEY'S EYES
ONLY

MGA000073

EXHIBIT __C__ PAGE _227_



MGA000074

ATTORNEY'S EYES
ONLY

EXHIBIT __C__ PAGE 228

**33**

| From: | Mercedeh Ward |
|---|---|
| Sent: | Thursday, November 02, 2000 8:46 AM |
| To: | Victor Lee; Paula Treantafelles |
| Cc: | Frankl Tsang; Samuel Wong |
| Subject: | RE: Bratz Design |

Victor;

I believe we are all on the same page now. My original request for armatures was for our sculptor to use. The armatures are so we can make sure the arm joints are correct before I sent out the sculpture to you. I have never worked without sculpting armatures in the past. My sculptor has found a vendor here who will make her the sculpting armatures and we are proceeding.

It seems to me that MGA has never worked in that manor. You get the sculpting then figure how to do joints later.

I have provided HK with the           All Bratz production armatures that go into assembling the doll for production will be just like that product. As an engineer I have always provided engineering drawings drawn on a CAD system. I do not have the tools to do so at this time.

I am still trying to learn how MGA proceeds with the engineering portion of a product and it seems that all engineering drawings are done by the manufacturer or HK. Can you please let me know if this is true. This is so hard for me to understand. It is becoming very clear to me that not much engineering is done here in LA. Very strange to me.


Best Regards;
*Mercedeh Ward*
Sr. Product Design/Engineer Manager
MGA Entertainment
(818) 894-2525 X105
http:\\www.mgae.com

-----Original Message-----
| From: | Victor Lee |
|---|---|
| Sent: | Thursday, November 02, 2000 3:53 AM |
| To: | Mercedeh Ward; Paula Treantafelles |
| Cc: | Frankl Tsang; Samuel Wong |
| Subject: | RE: Bratz Design |

Mercedeh / Paula:

Please call Samuel tomorrow morning if there are still outstanding issues against sculpture and armature.

Victor Lee

vlee@mgae.com
www.mgae.com

-----Original Message-----
| From: | **Samuel Wong** |
|---|---|
| Sent: | Thursday, November 02, 2000 3:00 PM |
| To: | Mercedeh Ward; Paula Treantafelles |
| Cc: | Isaac Larian; Stephen Lee; Victor Lee; Frankl Tsang; Disraeli Chan; Judy Rich; Cecilia Kwok; Alex Fan |
| Subject: | RE: Bratz Design |

Mercedeh,

So far, there is no misunderstanding here. As stated in Cecilia's previous e-mail, HK can make the

ATTORNEY'S EYES
ONLY

MGA000037

EXHIBIT _C_ PAGE_2/3_

armatures according to the shape of the sculpture of the Bratz, this is correct and this is usually prefer by the factory. By doing so, factory can make sure the armature are fit within the sculpture and perform the function that we required before they proceed to tooling stage. Of course, HK will review the prototype and send it to LA for final approval before we let the factory to proceed toolings. The armature design is very common and widely use for the doll that need articulated functions, so it should not have any problem to handle here.

Right now, we have already clear about the movement of the head, arms, legs and hips. Therefore, we prefer LA just to send us the final sculpture with sketches of armatures (for ref. only) to HK and we will mock up the armature samples to fit within the doll and test it here and then send to LA for final review and approval.

Both nylon and celcon are all OK for use on armature. However, we usually use celcon for armature because it is more easy to control in molding process. We will prepare samples using celcon and nylon for your evaluation when we have test shot and you can make final decision from there.

Regarding the % of wax pattern, HK definitely need 8% larger wax pattern for tooling. If LA can only provide 6% larger size, we will enlarge the size to 8% before we go to toolings as we mentioned before that the wax material that using by LA cannot be use for toolings. Since the head is small, therefore, the loss of definition is minimal. Don't worry. (If you still worry about the loss of definition, you can make the definition of your wax pattern more sharply to overcome the loss of definition). So far, we don't have any problem on all our current doll with using 8% larger wax pattern that supply by LA.

Confirm we will use injection PVC for the shoes. The connection can be done properly.

thanks & best regards

Samuel (11/2/00)

-----Original Message-----
From:       Mercedeh Ward
Sent:       Thursday, November 02, 2000 2:22 AM
To:         Samuel Wong; Paula Treantafelles
Cc:         Isaac Larian; Stephen Lee; Victor Lee; Frankl Tsang; Disraeli Chan; Judy Rich; Cecilia Kwok
Subject:    RE: Bratz Design

Samuel;

Please see my comments below.

Regards,
*Mercedeh Ward*
Sr. Product Design/Engineer Manager
MGA Entertainment
(818) 894-2525 X105
http:\\www.mgae.com

-----Original Message-----
From:       Samuel Wong
Sent:       Tuesday, October 31, 2000 12:01 AM
To:         Mercedeh Ward; Paula Treantafelles
Cc:         Isaac Larian; Stephen Lee; Victor Lee; Frankl Tsang; Disraeli Chan; Judy Rich; Cecilia Kwok
Subject:    RE: Bratz Design

Mercedeh,

- Regarding the armature, noted LA will provide armature for us to use for tooling. Usually, we can make armature ourselves here to fit in your sculpture, therefore, we previously advised that LA can just simply send us the sculpture and HK can make armature here in order to speed up the process and may save cost. However, if you prefer to make armature in LA, this is also welcome. Please make sure the armatures that LA provide us for tooling fit inside the patterns and fulfill your requirements. Samuel, We are having a misunderstanding here. I will not be sending armatures for you to use for tooling. I asked Cecilia to help me with sculpting armatures. I realized later that it would be easier for me to have them done here . We have to sculpt around the arm and

ATTORNEY'S EYES ONLY

MGA000038

EXHIBIT ___C___ PAGE _214_

hip joints we can not just send sculpting to you with out the proper fit of arms and legs.
What I can provide is guidance on how the armatures should be finalized for production. If you
would prefer we can do the engineering drawings here. Let em know if that is what you prefer.
- noted the construction of the doll movable head will be same as the              Yes

- noted the arms of the doll will be moved like              'es
  Please confirm our following understanding is correct or not :
  There is only armature inside the doll's arms (ie : the arms cannot bend like the legs). The arms
  will not bend like the              legs. The arms will have the full function of              arms. Rotate
  fully and away from the body.

- Noted the hip joint will be same as the   .              Noted the sculpture that we received is a
  very rough sculpture. Please make sure the design on the hip joint of the final sculpture of Bratz
  matches with the hip joint design of the '              . FYI : per your rough sculpture that we
  received, the hip joint right now is using the ball joint design. The final sculpting will have two
  disks one in the hip and one on the leg (both legs). The disks will be place in the correct place for
  you to finalize you tooling from. We will not have a ball joint in our doll. After reviewing the rough
  wax it was agreed in LA that it was not as attractive for our purposes and the doll's hips did not
  provide enough space for the ball joint to work.

- Noted the knee will be bended like the              . Yes. I had suggested Nylon to be used for
  armature please let me know if you are using a different material for production. The knee joint is
  critical in function.

- Next time, we would appreicate if LA can make all the sculptures that used for roto casting 8%
  larger than the actual size that LA expected. As explained by Cecilia before, the wax material
  that LA is using cannot go directly to tooling stage. Would it make it easier from now on we send
  the final tooling of the roto head to HK. I think if we are going to produce small dolls it is critical we
  can work off of 6% sculpting. I feel we are going to lose to much definition if we use a 8% sculpting
  to start from. I will discuss with our sculptor to see if she can work with 8% for next project. We
  need to talk about this matter again for other projects.
  We have to duplicate another wax (using HK wax material) sculpture before we can go to tooling
  stage. During this duplication, there will have 2% shrinkage occur on the wax sculpture,
  therefore, we request LA to make all the wax sculpture 8% larger in order to overcome this 2%
  shrinkage, otherwise, HK has to enlarge the size of the LA wax pattern upon receipt by 2 %
  before we can go to tooling stage ( this will require about 7-10days leadtime). If we don't do that,
  we can never get the correct skin size for production. Please note. Doing this process must have
  some effect on the look of the sculpture??

- Noted the head and leet of our doll will not be in proportion.¯
  Pls advise if the final sculpture still on schedule ( release to HK on 11/27)? Please also confirm
  will the armatures send out at the same time LA release the final sculpture? As I said we will not be
  providing armature to HK.  We are working on final sculpting to the 11/27 date.

- Please confirm if the shoes are injection PVC or not ( we think it should be injection PVC)? The
  shoes will have paint ups. We can use PVC if the connection can be done properly for the shoes'
  (foot) to connect to the legs.
Thanks & best regards
Samuel / Cecilia (10/31/00)

——Original Message——
From:      Mercedeh Ward
Sent:      Tuesday, October 31, 2000 1:58 AM
To:        Cecilia Kwok; Paula Treantafelles
Cc:        Isaac Larian; Stephen Lee; Victor Lee; Frankl Tsang; Disraell Chan; Samuel Wong; Judy Rich
Subject:   RE: Bratz Design

Cecilia;

Please slow down a bit. We are still defining the product and you are miles a head of use. I am
going to comment on the sculpting and the doll's body at this point because I have to see the

ATTORNEY'S EYES
ONLY

MGA000039

EXHIBIT   C   PAGE 215

fabric swatches that were sent to you before I can make comment.

The doll's body:

- I worked it out with the sculptor we will make our sculpting armatures here in US.  I thought you misunderstood me when I asked for the armatures I was only talking about sculpting armatures and not production doll armatures.  We decided to make the armatures so there are no confusion.
- The doll has a movable head like the
- The arms will move like the '
- The hip joints are just like the       nd NOT BALL joints. The sculpting that you received is very ROUGH.
- the knee will bent and the
- The head sculpting will be at the 6% up.
- The head and feet of our dolls will not be in proportion to dolls that you have seen before. The Rough sculpting is correct in the foot and head size difference to the doll body.

Best Regards;

*Mercedeh Ward* ·
Sr. Product Design/Engineer Manager
MGA Entertainment
(818) 894-2525 X105
http:\\www.mgae.com

-----Original Message-----
From:    Cecilia Kwok
Sent:    Monday, October 30, 2000 1:53 AM
To:    Paula Treantafelles; Mercedeh Ward
Cc:    Isaac Larian; Stephen Lee; Victor Lee; Frankl TSANG; Disraeli Chan; Samuel WONG; Judy Rich
Subject:    Bratz Design

Dear All,

HK just received the packages for the Bratz Fashion & rough wax today (10/30).
Here are the photo of the fashion information & HK's comment:

Re: Doll Packs
1. Bratz Doll 1
- Fashion Fabric ≪ File: Doll1a.JPG ≫  ≪ File: doll1b.JPG ≫
- Fashion Pattern Drawing  ≪ File: doll1fs.bmp ≫

Re: Bratz Doll 2
- Fashion Fabric  ≪ File: Doll2a.JPG ≫  ≪ File: doll2b.JPG ≫
- Fashion Pattern Drawing  ≪ File: doll2fs.bmp ≫

Re: Bratz Doll 3
- Fashion Fabric  ≪ File: doll3a.JPG ≫  ≪ File: doll3b.JPG ≫  ≪ File: doll3c.JPG ≫
- Fashion Pattern Drawing  ≪ File: doll3fs.bmp ≫

Re: Bratz Doll 4
- Fashion Fabric  ≪ File: doll4a.JPG ≫  ≪ File: doll4b.JPG ≫
- Fashion Pattern Drawing  ≪ File: doll4fs.bmp ≫

HK's comment :    **ATTORNEY'S EYES ONLY**    MGA000040

EXHIBIT _C_ PAGE _2/6_

1. Accessories such as belt, hats, head kerchief were added which did not mention in the PDF. All the vendors quoting did not include these. There will be cost impact for the accessories.

2. DChan quickly reviewed the fabric matrix and found some of the fabric material are expensive than TWILL. There will be cost impact and listed out as follows for your quick reference:

Doll 1 : Leopard print fuzz fabric for the shirt, Light weight dark denim w/ fine silver sparkle for the jacket, Light weight dark denim w/ coarse silver sparkle for the pants, Aqua panne velvet w. iredes cent film for the belt, Aqua & light brown vinyl snakeskin print for the hat, Vinyl lined w/ silver fabric &. tricot for the backpack

Doll 2 : Hombred from gold to fushia metal mesh for the Halter top, Light gray double knit w/ silver sparkle, Gray reflective fabric (good weight) for the backpack, Dark blue reflective vinyl (light weight) for the backpack

Doll 3 : Deep periwinkle 15D tricot w. silver sparkle for the top sleeves, Iredescen denin in lighter weight for the skirt, M/C knit w/ glitter dots for the skirt trim, Lavender moire stretch velvet for the top, M/C mesh for the head kerchief

Doll 4 : Cranberry red crebe knit w/ purple glitter for the top, Oliver green stretch poly satin with texture for the pants, Crimson velboa for the skirt trim, Multi-color stripes satin knit for the Beannie

Anyway, we will get vendors quote based on your fabric matrix. Our current quotes already over the target price US$      and we need cost reduction. However, the fabric proposed are adding cost.

3. For the Doll 1's belt, a tooling for the belt buckle is required.

4. Please advise the target age grading for this item. LA provided to use some glitter dots on the fabric and are easily come off. There may be safety issues.

Re: Fashion Pack I
- Fashion Fabric  « File: fashion1.JPG »
- Fashion Pattern Drawing  « File: fashion1fs.bmp »
HK's comment :

1. There are totally 3 fashion pack. HK only received one fashion pack design & fabric and still awaiting for the other 2.

2. DChan quickly reviewed the fabric matrix and found some of the fabric material are expensive than TWILL. There will be cost impact and listed out for your quick reference: Fuzzy novelty knit in rasberry for the halter top, Crushed panne velvet in chartreuse for the pants.

Re: Carrying Case (for Child)
- Fabric information « File: Case1.JPG »  « File: case2.JPG »  « File: case3.JPG »
HK's comment : per separate mail, HK commented the Carrying case design and waiting for LA reply.

« Message: Brotz Backpack design inquiry »

Re: Hair Pack
HK's comment : Did not receive the Hair pack. Please advise the curl size of each hair styles for getting quote. (FYI : curl hair is more expensive than straight hair)

ATTORNEY'S EYES ONLY

MGA000041

EXHIBIT C PAGE 217

Re: Rough Wax

HK received the rough wax body today. HK downsized the head by 6% by the computer and attached to the 1:1 body. This reflected the final size/ outlook of the wax. Enclosed is the photo for your reference: << File: waxfinalsize.jpg >>

HK's comment : The head & legs/ feet seem are not in proportion. LA please advise if this is the actual size that you expected for future production.

HK also received the reference body showing the joint & armature required. << File: MVC-003F.JPG >>

HK's comment :

1. Please confirm the type of joint request by return.  << File: Joints.jpg >>
2. Per separate email, HK already commented the armature mock up request and waiting for LA reply.

Please advise.
Regards,
Cecilia

ATTORNEY'S EYES ONLY

MGA000042

EXHIBIT ___C___ PAGE 218

**38**

| From: | Bryant598@cs.com |
|---|---|
| Sent: | Wednesday, November 08, 2000 9:48 AM |
| To: | PTreantafelles@mgae.com |
| Subject: | Fwd: Demo |


RE: Demo

Hi Paula,

regarding the message below, can you please explain to Isaac that since he asked me to come up with "ideas" for a commercial, I have written a storyline idea (which he has seen and to the best of my knowledge, approved) that is based on the bratz song/jingle. In order for the producers of the commercial, whoever they may end up being, to use this storyline and have it make any sense, they need to have a very clear recording of the jingle to build a commercial based on these storyline ideas.

Thanks.
Carter

ATTORNEY'S EYES
ONLY

MGA000046

EXHIBIT _C_ PAGE 229

| | |
|---|---|
| From: | Bryant598@cs.com |
| Sent: | Wednesday, November 08, 2000 9:48 AM |
| To: | PTreantafelles@mgao.com |
| Subject: | Fwd: Demo |

RE: Demo

     Hi Paula,

regarding the message below, can you please explain to Isaac that since he asked me to come up with "ideas" for a commercial, I have written a storyline idea (which he has seen and to the best of my knowledge, approved) that is based on the bratz song/jingle. In order for the producers of the commercial, whoever they may end up being, to use this storyline and have it make any sense, they need to have a very clear recording of the jingle to build a commercial based on these storyline ideas.

Thanks,
Carter

ATTORNEY'S EYES ONLY

MGA000046

EXHIBIT _C_ PAGE _230_

**39**

From:               carter bryant
To:                 PTreantafelles@mgae.com
CC:
BCC:
Sent Date:          2000-11-08 17:53:50:000
Received Date:      2000-11-08 17:50:42:017
Subject:            Fwd: Hollow Saran Yarn
Attachments:        Hollow Saran Yarn

Paula,

I have made a second request from the Asahi corp who makes the Hollow Saran hair for some additional sample colors/curl sizes.

So far all the samples they have sent have been free and they have paid shipping, but have requested we pay shipping on this next order.

Below is the email from their rep in Tokyo regarding the price of shipping. I'll try to get ahold of Airborne Express to figure out how much it will actually be and will pay for it when it arrives, if I can be reimbursed for shipping charge ( shouldn't be too outrageous)but anyhow, I just wanted to give you a heads up on this cost and see if it it will need to be approved, blah blah blah...

Carter


>From: Bryant598@cs.com
>To: sophiesays@hotmail.com
>Subject: Fwd: Hollow Saran Yarn
>Date: Wed, 8 Nov 2000 12:39:40 EST
>
>

Get Your Private, Free E-mail from MSN Hotmail at http://www.hotmail.com.

Share information about yourself, create your own public profile at
http://profiles.msn.com.

EXHIBIT _C_ PAGE _231_

MGA 0046656

Confidential - For Attorney's Eyes Only

**40**

From:              Isaac Larian
To:                All in Sales Global
CC:                All in Marketing
BCC:
Sent Date:         2000-11-09 18:38:28:626
Received Date:     2000-11-09 18:38:29:766
Subject:           ADS for 2001
Attachments:

Retail Ads, sell products!

Further, retail ads, force the retailer to buy more goods.

In short, buying an AD at retailer which is well thought of and makes sense is a good investment and we should do it.

We MUST get PLACEMENT and a Ton of ads, for the following products in 2001.

1- Las Vegas Casino games.

2- Color Fx Card games.

3-VR3D-3D

4-Backatcha and Who is there.

5-Commandebot 3

6- Robotic Bugs.

7-MGA music.

8-Mrs.. Field

9-Angles.

10- Super Value dolls.

11-Hoplity

12-Jump Rope Doll

13-Scooter Samantha

14-MDB 2

15-Bratz

16-Palm Puppies

17- Palm Babies

18-Bow Wow Buddies

EXHIBIT C    PAGE 232

Confidential - For Attorney's Eyes Only

MGA 0952683

19- Monkey See and Monkey Do.

A good portion of your compensation incentives ( as well as performance review) will be based on GETTING ADS AND END CAPS for 2001!

product manager: Please stay on top of this. This is part of your job and responsibility in 2001.

Becky: For 2001 line forecast I want a column added for ADS and the date of ADS for the above.

Happy Selling
Isaac Larian
CEO
MGA Entertainment.
16730 Schoenborn Street
North Hills, California, USA 91343-6122
Visit our website at
http://www.mgae.com
818-894-3150

Confidential - For Attorney's Eyes Only

EXHIBIT __C__ PAGE _233_  MGA 0052684

41

| | |
|---|---|
| From: | Mercedeh Ward |
| To: | Cecilia Kwok; Samuel Wong; Victor Lee |
| CC: | Paula Treantafelles |
| BCC: | |
| Sent Date: | 2000-11-10 23:13:19;646 |
| Received Date: | 2000-11-10 23:13:19;716 |
| Subject: | Fabric vendor suggestions for Bratz |
| Attachments: | |

Here are two vendors that I have as recommendations to use for fabric sourcing for Bratz.

Legends Haberdashery Co. Limited
17/F Kitwing Ind. Bldg.
Kitwing St. Lot #55
Tuen Mun, N.T, Hong Kong
Tel 852 2455-9191

Woo Sung Ind Co. Limited
Rm 705, Soon-Hwa Bldg.
#5-2, Soon Hwa-Dong, Jung-ku,
Seoul, Korea
Tel 754 4942

If possible maybe we can have them come and show some of their fabrics to us while I am there.

*Mercedeh Ward*
Sr. Product Design/Engineer Manager
MGA Entertainment
(818) 894-2525 X105
http://www.mgae.com

EXHIBIT ___C___ PAGE _234_

Confidential - For Attorney's Eyes Only

MGA 0046660

**42**

| | |
|---|---|
| From: | Cecilia Kwok |
| Sent: | Monday, November 13, 2000 4:43 PM |
| To: | Judy Rich; Mercedeh Ward |
| Subject: | RE: REMINDER: BRATZ FINAL WAX SCHEDULED FOR 12/11 |

Judy/ Mercedeh,

I really needed to have your template follow up as the wax of the head will affect the rooting master/ rooting approval. Right now, long lead time of the hair is one of the critical task for the PS (5/1/01) schedule. I needed to have the vendor confirmation for the schedule upon receipt your schedule.

Regards,
Cecilia

      ----Original Appointment----

| | |
|---|---|
| From: | Judy Rich |
| Sent: | Saturday, November 11, 2000 1:35 AM |
| To: | Cecilia Kwok; Mercedeh Ward |
| Subject: | REMINDER: BRATZ FINAL WAX SCHEDULED FOR 12/11 |
| When: | Monday, December 11, 2000 4:00 PM to Tuesday, December 12, 2000 4:00 PM (GMT+08:00) Beijing, Chongqing, Hong Kong, Urumqi. |
| Where: | |

ATTORNEY'S EYES ONLY

MGA000049

EXHIBIT C PAGE 235

**43**

| From: | Cecilia Kwok |
|---|---|
| To: | Paula Treantafelles; Mercedeh Ward |
| CC: | Frankl TSANG; Victor Lee; Samuel WONG |
| BCC: | |
| Sent Date: | 2000-11-15 09:53:13:140 |
| Received Date: | 2000-11-15 10:05:03:353 |
| Subject: | Meeting Recap for Bratz |
| Attachments: | p5.jpg , p1.jpg , p2.jpg , p3.jpg , p4.jpg |

Dear All,

Enclosed are the recap for the internal meeting, meeting with EL & WS for your reference.

General Issues:
- Most of the fabric will be tailor made such as with our artwork printing (roller print), requested color. There will be MOQ up to 3000 yrd maximum depends on the type of fabric. We are asking EL & WS provide the MOQ and estimate usage per toy.
- There will be 8 different tooling for shoes and additional toolings for accessories such as belt, jewellery.
- Use low profile velcro for this doll
- One brush will be included for all the doll pack.
- The box size for the doll pack changed to 8" x 12" x 2.5"
- The back pack for the doll will be a dummy bag and no zipper included.
- There are 18 ops for the face deco & 2 ops for the shoes
- The hair will be 10/15/20mm curl and not yet fixed. Vendors will quote based on 10mm curl size.

Re: Carry Case (for Child)
1. Attached photo with detail for the materials/ construction


2. Vinyl piping will be used on the front & the back of the case.
3. Need LA provide sample for the "9mm Gray w. Metallic Braid"
4. Need one cardboard pack inside the bag in order to keep the size of the bag during transport. The cardboard will be pack around the wide of the bag and can be removed by the child when use it.
5. The hangers (3-4 pcs) are removable. The pipe for the hangers is detachable.
6. All the zippers are in silver color.

Re: Doll Pack - "Jade"
1. T-shirt : there is a 3 color Kitty Logo
2. Top : changed to Lurex with red ground & purple metallic thread
3. Pants : 2 options - poly satin w. texture
- 50D tricot w. chintz print or embossed
4. Skirt : added 15D tricot lining
5. Pants Trim : the wide should be 3/16"
6. Beannie : 3 options - Rayon s/knit y/d
- 190gm single knit w/print, will provide artwork (6 colors)
- Cotton Sweater Knit

Confidential - For Attorney's Eyes Only

EXHIBIT _C_ PAGE _236_

MGA 0046875

7. Beannie Braids : it will be 2C & 6 threads per yarn
8. Belt with buckle : molded plastic w/ glitter
9. Back Pack : silver ltwght nylon w/ 3mm foam and silver thread on it
10. Back Pack cord : silver shinning cord

Re: Doll Pack – "Yasmin"
1. Skirt Trim : - M/ colored knit w/ plain silver glitter - need LA provide the % lost inside package for the silver glitter.
– other option will be Poplin
2.Top : Lavender panne knit in one way sketch instead of two way
3. Pants Ribbon : Poly Satin single side w shining & 3 color print on it
4. Skirt Trim : LA will provide the artwork for the scallopping
5. Headkerchief Trim : use 3mm single side flock ribbon, around 10" per toy
6. Backpack : 3 color printed on the sueded brushed tricot
7. Backpack : added elastic band for the opening and real cord for deco outside the bag

Re: Doll Pack – "Fiona"
1. Pants & Jacket : added 15D tricot lining
2. T Shirt : there will be a 3/4" x 1/2" heat transfer logo in 1 color.
3. Belt : same molded plastic belt as for Jade with different color. it will be iridescent glitter on blue color background.
4. Headband : LA will provide the artwork for the snakeskin print/ embossed
5. Backpack : there will be switching line on the strap. Add velcro for the opening.

Re: Doll Pack – "Kadeisha"
1. Skirt : Acrylic coat will be added if necessary.
2. T Shirt Sleeves : 6 colors 2 x 2 Rib knit
3. Back Pack Straps : the wide should be 1/4" and may be with one white line in the middle
4. Back Pack Stripes : will use same fabric as Back Pack Strap/ Handle.
5. Halter Top : use larger silver foil dots printed on poly I/lock w/allover prt over. Needed to add graduation (from gold to yellow) on top and LA will provide pattern.
6. Back Pack : there is a 3 color heat transfer logo.

Re: Fashion Pack #1
1. Pants Trim : will use one fabric, print graphic on the rasberry colored bead trim. The graphic will be 3 color. there is only one bead one time.
– option : fringe instead of beads
2. Pants : one way stretch panne knit
3. Added one pc of jewellery (necklaces/ bracelets) will be included. The jewellery & the purse will be plastic & using some tool. Hence the color will be the same and no deco on it.

Re: Fashion Pack #2
1. Top : Add 1/8" yellow ribbon for the top.
2. Slipper : will use plastic for this.
3. Pillow : fabric changed to 3-4mm velboa. The size is 2" x 2.5" and there is stuff inside. Addided 1 color silkscreen on a ribbon wrap round the pillow.
4. Binder : fabric changed to 2-3mm velboa.
5. Dropped the Fuzzy "Lamb".
6. Pants : added a elastic band with a dummy blue cord for deco.

Confidential - For Attorney's Eyes Only

EXHIBIT __C__ PAGE 237   MGA 0046876

Re: Fashion Pack #3

1. Two options for the accessories :
a. use plastic for glasses, cell phone, laptop, 2 books in same tooling.
b only have 2 paper books and drop glasses, cell phone, laptop. Cardboard with 4 color print and 19 white papers inside. (since the minimum no. of pages can be glued together is 19 pages). The size of the book is 1.25" x 1.5".

Regards,
Cecilia

Confidential - For Attorney's Eyes Only

EXHIBIT __C__ PAGE _238_       MGA 0046877



Confidential - For Attorney's Eyes Only

EXHIBIT __C__ PAGE 239   MGA 0046878



BRATZ/GRRLFRENZ
BACKPACK
FRONT VIEW
ALL DIMENSIONS ARE APPX.
DESIGN APPX.

orange part = Twill Binding

deco removed

12"

STRAP IS 32" TOTAL

Two zipper
heads

red part = no zipper
but with pocket
inside

12"

green part = vinyl piping

yellow part = Embossed
logo on same vinyl

10½"

Material = Clear Lenticular Vinyl on
top of Taffeta w/Pu
coating backing

FABRICATION: VINYL BACKED
CLEAR LENTICULAR VINYL
W/TWILL TAPE BINDING
AND VINYL PIPING

Confidential - For Attorney's Eyes Only

EXHIBIT ___C___ PAGE 240   MGA 0046879



Confidential - For Attorney's Eyes Only

EXHIBIT _C_ PAGE _241_   MGA 0046880



Confidential - For Attorney's Eyes Only

EXHIBIT __C__ PAGE _242_ MGA 0046881



Confidential - For Attorney's Eyes Only

EXHIBIT ___C___ PAGE 243    MGA 0046882