**58**

| | |
|---|---|
| **From:** | Cecilia Kwok |
| **Sent:** | Tuesday, December 19, 2000 8:45 PM |
| **To:** | Judy Rich; Mercedeh Ward; Wendy Reed |
| **Cc:** | Samuel WONG; Paula Treantafelles |
| **Subject:** | Bratz 12/19 conference call recap |

Dear ALL,

Enclosed is the meeting recap of the conference call with Mercedeh/ Paula/ Samuel for your reference:

1. Mercedeh commented the fabric swatch sent on 12/16.
Enclosed is the fabric matrix with Mercedeh's comment. We will release ALL the construction approved fabric accordingly.

FabricSwatchComm
ent12-19.xls (...

2. We advised that we found there were many new fabric as per the fabric matrix sent from Wendy on 12/12 (HK received this on 12/15). Reviewed these new fabric with Mercedeh, basically there are some new fabric/ material added. Enclosed is the fabric matrix for all the new fabric with Mercedeh's comment.
(FYI: the fabric matrix showed ALL the fabric which are different from the one advised when Mercedeh in HK)

NewFabricSwatchC
omment12-19.xl...

3. LA will send the die cut pattern & fabric for the fashion pack to HK on 12/22.
4. The Carry Bag for Bratz moved to 2002 per LA.
5. LA will send the wax sculpting for the shoes to HK on 12/20.
6. Mercedeh approved the parting line for the body, arms & legs as per email on 12/12/00.
7. Mercedeh requested to have the engineering drawing for the tooling for her approval before release tooling. We will send the drawing together with the working prototype for LA approval before we release tooling.

Regards,
Cecilia

ATTORNEY'S EYES
ONLY

MGA000113

EXHIBIT ___C___ PAGE __309__

## FIONA FABRIC SHEET

8/4/2004

| Position | MGA Provided Material Description | EL Suggested Material Fabric Swatch Submitted on 12/14 & 12/16 | LA comment | MOQ |
|---|---|---|---|---|
| Skirt/ Backpack | 11/7 C.R. - Printed polysueded brushed tricot (Original: Leopard Print Fuzzy Velboa) | 44" Super Brush Tricot 2C | | |
| Pants | 2 tone Indigo/ silver metallic denim 6 oz (Use backside of fabric) | 52" 6 OZ LT Wt Denim | 12/19: Construction Approved. | 2,000 |
| Pants trim | 6mm braid w/ 2mm white w/silver lurex fringe | 6mm braid w/ 2mm white lurex fringe | 12/19: Construction Approved | 1,000 |
| Jacket | 2 tone Indigo/ silver metallic denim 6 oz (Use front of fabric) | 52" 6 OZ LT Wt Denim | 12/19: Suggested to selvage the fringe from the Denim fabric. EL need to come back with suggestion. | |
| T Shirt | Aqua Lightweight Poly w/ silver logo | 58" Nylon Jersey | 12/19: Construction Approved | 1,000 |
| Headband | Aqua & lightbrown vinyl snakeskin print/embossed w/ tricot lining | 58" Snake Skin Vinyl | 12/19: Need Thicker Fabric. (Not see through) | 1,000 |
| Backpack piping | Aqua Pearlised PU coated nylon interlock | 54" PU Clothes - Aqua Pearlised OPTION 1 *(Fabric submitted on 12/14 in red color)* | 12/19: Construction Approved | 2,000 |
| Backpack | Oyster white nylon woven fabric | 58" 210D Nylon | 12/19: Construction Approved but need more Pearlised | 1,000 |
| Backpack piping | Aqua Pearlized PU coated nylon interlock | 54" PU Clothes - Aqua Pearlised OPTION 2 *(Fabric submitted on 12/16 in blue color)* | 12/19: Construction Approved. 12/19: Use the option 1 (Fabric submitted on 12/14 in red color) | 1,000 500 |

ATTORNEY'S EYES ONLY

MGA000114

Page 1 of 1

EXHIBIT ___C___ PAGE 310

8/4/2004

# YASMIN FABRIC SHEET

| Position | MGA Provided Material Description | EL Suggested Material Fabric Swatch Submitted on 12/14 & 12/15 | LA comment | MOQ |
|---|---|---|---|---|
| PANTS | 11/7 C.R. - POPLIN (ORIGINAL: OYSTER WHITE LIGHTWEIGHT CANVAS) | 43" POPLIN | 12/19: Construction Approved. | 1,000 |
| SKIRT | 2 TONE SHINY PINK/INDIGO | 52" NF 1047 DENIM (DYED) | 12/19: DROPPED. Use the Hoppily Bouncy fabric (construction & color.) | 1,000 |
| SKIRT TRIM | W/ COLORED MESH W/ PLAIN SILVER GLITTER | 54" W/ COLORED MESH W/ PLAIN SILVER GLITTER | 12/19: DROPPED & will use engineering print on the skirt. | |
| TOP | LAVENDER MOIRE STRETCH PANNE KNIT | 58" PANNE KNIT - 1 WAY | 12/19: Construction Approved. There should be waves on the fabric. | 1,000 |
| TOP | NYLON INTERLOCK | 58" 180G PK KNIT | 12/19: NOT APPROVED. NEED RESUBMITTED. WE NEED THE NYLON INTERLOCK. | 1,000 |
| TOP SLEEVES | DEEP PERIWINKLE BLUE 15D TRICOT W/ SILVER SPARLE | 44" COLOR 15D TRICOT W/ SILVER DOT - PERIWINKLE BLUE | 12/19: Construction Approved. | 1,000 |
| PANTS RIBBON | MULTI-COLOR TRIM 1/2" | 1/2" RIBBON 3C (SUBSTITUTION MATERIAL) | 12/19: Construction Approved. | 50,000 |
| SKIRT TRIM | 10MM PLUM COLORED SCALLOPED EDGE BRAID | 10MM PLUM COLORED SCALLOPED EDGE BRAID | 12/19: Construction Approved. | |
| HEADKERCHIEF | SUEDED POLY BRUSHED TRICOT | 58" SUPER BRUSHED TRICOT | 12/19: Construction Approved. | 1,000 |
| HEADKERCHIEF TRIM | 3MM FLOCK RIBBON | 3MM FLOCK RIBBON | 12/19: Construction Approved. | 3,000 |
| BACKPACK | SUEDED BRUSHED TRICOT W/ 3C SILKSCREEN | 58" 280G SUPER BRUSH BRUSH TRICOT W/ 3C PRINTED | 12/19: Construction Approved. | 2,000 |
| CORD FOR TOP & BACKPACK | NO SUGGESTED MATERIAL | 1.5MM NYLON STING | 12/19: Construction Approved. | |

ATTORNEY'S EYES ONLY

MGA0001115

Page 1 of 1

EXHIBIT __C__ PAGE 311.

## JADE FABRIC SHEET

8/4/2004

| Position | MGA Provided Material Description | EL Suggested Material Fabric Swatch Submitted on 12/14 & 12/16 | LA comment | MOQ |
|---|---|---|---|---|
| T-SHIRT | PINK SINGLE KNIT W/ PEARLIZED SILKSCREENED KITTY LOGO | 58" SINGLE KNIT - PINK | 12/19: Construction Approved. | 1,000 |
| T-SHIRT SLEEVES | RED/ PINK SINGLE KNIT | 58" SINGLE KNIT - PRINTED 2C | 12/19: Construction Approved. | 1,000 |
| TOP | 11/7 C.R. TO MET YARN TO CLEAR OR TRANSPARENT (ORIGINAL: CRANBERRY RED CREPE KNIT W/ PURPLE GLITTER) | 44" SILVER THREAD JERSEY | 12/19: Construction Approved. | 1,000 |
| PANTS | 11/7 CHNAGED TO 50D TRICOT W/ CZ W/ PRINT OR EMBOSSED ( ORIGINAL: OLIVE GREEN POLY SATIN W/ TEXTURE) | 54" 50D TRICOT W/. CHINTZ - OLIVE GREEN | 12/19: Construction Approved. | 1,000 |
| SKIRT | DARK DENIM W/ FINE SILVER SPARKLE | 52" DENIM - W/ FINE SILVER SPARKLE | 12/19: Construction & Color Approved. | 1,000 |
| SKIRT TRIM | ORIGINAL: CRIMSON VELBOA | 58" 3MM 480G BOA | 12/19: Construction Approved. | 1,000 |
| PANTS TRIM | 3/16" STRIPED RIBBON | 3/16" RIBBON 3C PRINT (SUBSTITUTED MATERIAL) | 12/19: Construction & Width Approved. | 5,000 |
| BEANNIE | MULTI COLORED DOUBLE KNIT | 29" 2 X 2 RIB KNIT - 6C | 12/19: Construction Approved. | |
| BEANNIE BRAIDS | EMBROIDERY YARN | EMBROIDERY YARN | 12/19: Construction Approved. | |
| BACK PACK | SILVER LT WGHT NYLON | 50" LIGHT WT NYLON | 12/19: Construction & Color Approved. | 1,000 |
| BACK PACK CORD | NO SUGGESTED MATERIAL | SILVER CORD | 12/19: Construction & Color Approved. But need to Improve the ending & no fray. | |

ATTORNEY'S EYES ONLY

Page 1 of 1

MGA000116

EXHIBIT ___C___ PAGE _312_

## KADEISHA FABRIC SHEET

8/4/2004

| Position | MGA Provided Material Description | EL Suggested Material Fabric Swatch Submitted on 12/14 & 12/16 | LA Comment | MOQ |
|---|---|---|---|---|
| SKIRT | DARK BLUE POPLIN | 43" POPLIN – DARK BLUE | 12/19: Construction Approved. | 1,000 |
| T-SHIRT | PUMPKIN SINGLE KNIT | 58" SINGLE KNIT – PUMPKIN COLOR | 12/19: Construction Approved. | 1,000 |
| T-SHIRT SLEEVES | 2 X 2 RIB KNIT | 29" 2 X 2 RIB KNIT – 6C | 12/19: Construction Approved. | 1,000 |
| PANTS | WHITE TWILL: LIGHTWEIGHT | 43" T/C COTTON TWILL – WHITE | 12/19: Construction Approved. | 1,000 |
| BACKPACK | LIGHT BLUE WOVEN NYLON | 44" NYLON – LIGHT BLUE | 12/19: Construction Approved. | 1,000 |
| BACK PACK STRAPS | GG (GROSGRAIN) BRAID | 6-7MM GROSGRAIN RIB | 12/19: Construction Approved. | 1,000 |
| BACKPACK STRAP/ HANDLE/ STRIPES | 3MM BRAID | 3MM BRAID – GRAY/ WHITE | 12/19: Construction Approved. | |
| HALTER TOP | USE LARGER SILVER FOIL DOTS PRTD ON POLY W/LOCK W/ ALLOVER PRT OVER ALL | 44" SILVER DOT PRINT | 12/19: Construction Approved. Needed rainbow color (pink, orange, yellow) on the fabric or on the foil. | |
| HAT | 2 X 2 RIB KNIT | 58" 2 X 2 RIB KNIT - W/ SILVER SPARKLE | 12/19: Construction Approved. Needed to see the silver sparkle effect. | |
| SKIRT/ BACKPACK | ROUND ORANGE ELASTIC | 1.5MM ELASTIC ORANGE | 12/19: diameter & construction approved. But no shiny effect. | |
| SKIRT PICKET | ORANGE MESH | 58" MESH – ORANGE | 12/19: Construction Approved. | 1,000 |

ATTORNEY'S EYES ONLY

MGA000117

EXHIBIT ___C___ PAGE 23

5/4/2004

# FASHION PACK 1 FABRIC SHEET

| Position | MGA Provided Material Description | EL Suggested Material Fabric Swatch Submitted on 12/14 & 12/16 | LA Comment | MOQ |
|---|---|---|---|---|
| PANTS TRIM | PRINTED RIBBON WITH COLORED BEAD TRIM | SUBSTITUTE MATERIAL | 12/19: Since HK cannot find the bead, LA will advise new direction on 12/20. | 3,000 |
| PANTS | PANNE KNIT | 58" PANNE KNIT - 1 WAY | 12/19: Construction Approved. | 1,000 |
| TOP | 11/7 C.R. CHANGED TO MET YARN TO CLEAR OR TRANSPARENT ORIGINAL : FVCSHIA NOVELTY KNIT W/ SPARKLE) | 44" SILVER THREAD JERSEY - PURPLE | 12/19: Construction Approved. | 1,000 |

ATTORNEY'S EYES ONLY

Page 1 of 1

MGA000118

EXHIBIT __C__ PAGE 314

# FASHION PACK 2 FABRIC SHEET

8/4/2004

| Position | MGA Provided Material Description | EL Suggested Material Fabric Swatch Submitted on 12/14 & 12/16 | LA Comment | MOQ |
|---|---|---|---|---|
| TANK TOP | PALE YELLOW "WAFFLE-WEAVE" | 50" 190G/M2 T/C JACQ. KNIT - YELLOW | 12/19: NOT APPROVED. NEED IMPROVED FABRIC. The Waffle weave is too large. | 1,000 |
| PANTS | TIGER PRINTED S/KNIT C/ POLY | 58" 300G SINGLE KNIT 1C | 12/19: Construction Approved. | 1,000 |
| PILLOW | PER 11/15 MEETING RECAP CHANGED TO 3-4 MM VELBOA (ORIGINAL: 6MM RAYON PILE PLUSH) | 58" 3MM VELBOA | 12/19: Construction Approved. | 1,000 |
| BLINDER | PER 11/15 MEETING RECAP CHANGED TO 2-3 MM VELBOA (ORIGINAL: LIGHT BLUE PLUSH 10MM) | 58" 3MM VELBOA - YELLOW | 12/19: Construction Approved. | 1,000 |
| BLINDER (LINING) | LIGHT BLUE 40D TRICOT W/ SHEEN | 56" 40D TRICOT - LIGHT BLUE | 12/19: Construction Approved. | 1,000 |
| BLINDERS | LIGHT BLUE 1/16" ROUND ELASTIC BAND (2MM) | 2MM ELASTIC | 12/19: Awaiting fabric sample submission. | |
| PANTS STRIP | NO SUGGESTION | 1.5MM CORD | 12/19: Construction Approved. | |

ATTORNEY'S EYES ONLY

MGA000119

Page 1 of 1

EXHIBIT _C_ PAGE _315_

## FASHION PACK 3 FABRIC SHEET

8/4/2004

| Position | MGA Provided Material Description | EL Suggested Material Fabric Swatch Submitted on 12/14 & 12/16 | LA Comment | MOQ |
|---|---|---|---|---|
| T-SHIRT | LIGHT BLUE SINGLE KNIT | 58" SINGLE KNIT - LIGHT BLUE | 12/19: Construction Approved. | 1,000 |
| T SHIRT SLEEVES | CRIMSON RED SINGLE KNIT | 58" SINGLE KNIT - CRIMSON RED | 12/19: Construction Approved. | 1,000 |
| PANTS | HEATHERY PLUM SINGLE KNIT | 60" 300G 1 X 1 SINGLE KNIT - HEATHERY PLUM | 12/19: Construction & Color Approved. | 600 |
| BACK PACK | CHINTZ FINISH ON TAFFETA | 58" POLY SATIN CHINTZ - OLIVE | 12/19: Construction Approved. But No texture on it. | 2,000 |
| BACK PACK TRIM | 6MM CRIMSON RED BRAID | 6MM CRIMSON RED BRAID | 12/19: Construction Approved. | 4,000 |

ATTORNEY'S EYES ONLY

Page 1 of 1

MGA000120

EXHIBIT ___C___ PAGE 316

## *NEW FABRIC MATRIX COMMENT*

8/4/2004

| Character | Position | Material Description | LA Comment |
|---|---|---|---|
| FIONA | PANTS | LIGHTWEIGHT DARK DENIM W/ COARSE SILVER SPARKLE | 12/19: Dropped. Use the fabric submitted from EL. |
| FIONA | SKIRT / BACKPACK (FRONT) | LEOPARD PRINT FUZZY VELBOA | 12/19: Dropped. Use the fabric submitted from EL. |
| FIONA | UNDERWEAR (ATTACH TO SKIRT) | LIGHT BROWN 15D TRICOT | 12/19: Changed to white color for ALL 4 dolls pack. |
| FIONA | BACKPACK (CLOSURE DETAIL) | 1/4W X 3/4L BLACK GROSSGRAIN RIBBON | 12/19: Dropped |
| FIONA | JACKET | 5 X 1/8 SILVER STUDS | 12/19: Need EL submit sample for approval & cost. |
| FIONA | TOP | 4 / 1/16 SILVER STUDS | 12/19: Need EL submit sample for approval & cost. |
| FIONA | HEADBAND | 1/8 W X 1 3/4 L WHITE ELASTIC | 12/19: Need EL submit sample for approval. |
| FIONA | BACKPACK PIPING CORD | OFF WHITE CORD FOR PIPING | 12/19: This will be wrapped inside the Aqua Pearlized vinyl in order to make the piping in round shape. Need EL submit sample for approval. |
| JADE | TOP | RED LUREX W/ PURPLE METALLIC THREADS | 12/19: Dropped. Use the fabric submitted from EL. |
| JADE | PANTS | OLIVE GREEN STRETCH POLY SATIN W/ TEXTURE | 12/19: Used the fabric sent from EL on 12/16. LA will provide artwork for the texture. |
| JADE | BEANNIE | MULTI-COLOR DOUBLE KNIT WOVEN | 12/19: Dropped. Use the fabric submitted from EL. |
| JADE | BACKPACK TIE | GRAY CORD | 12/19: Dropped. Use the fabric submitted from EL. |
| JADE | UNDER WEAR (ATTACH TO SKIRT) | DARK BLUE 15D TRICOT | 12/19: Changed to white color for ALL 4 dolls pack. |
| JADE | SKIRT TRIM LINING | CRIMSOM 15D TRICOT | 12/19: Changed to denim color for ALL the lining of denim for ALL 4 doll packs. |
| JADE | BACKPACK | 1/4 THICK POLYESTER BATTING | |
| YASMIN | PANTS | OYSTER WHITE LIGHTWEIGHT CANVAS | 12/19: Dropped. Use the fabric submitted from EL. |
| YASMIN | TOP | LAVENDER MOIRE STRETCH VELVET | 12/19: Dropped. Use the fabric submitted from EL. |
| YASMIN | BACKPACK & HEAD KERCHIEF TRIM | LIGHT BROWN "ULTRASUEDE" BRUSH TRICOT (HEADKERCHIEF TRIM 3/16W X 10L) | 12/19: Dropped. Use the fabric submitted from EL. EL will advise the new color on 12/20. |
| YASMIN | BACKPACK | 1/8W X 1 1/2L ELASTIC BAND | 12/19: Try to find similar in open market. |

ATTORNEY'S EYES ONLY

MGA000121

EXHIBIT ___C___ PAGE *317*

## NEW FABRIC MATRIX COMMENT

8/4/2004

| | | | |
|---|---|---|---|
| YASMIN | TOP | 1/16W X 6L PERIWINKLE BLUE CORD | 12/19: Need to submit sample for approval. |
| YASMIN | BACKPACK TRIM | BROWN "ULTRASUEDED" BRUSH TRICOT (NEW COLOR) | 12/19: Will advise the new color on 12/20. |
| YASMIN | HEADERCHIEF | PLUM "ULTRASUEDED" BRUSH TRIOT (NEW COLOR) | 12/19: LA will advise the new color on 12/20. |
| KADEISHA | HALTER TOP | TRICOT W/ SPARKLE & SEQUINS HOMBRED EFFECT, HOT PINT, ORANGE & YELLOW | 12/19: Dropped. Use the fabric submitted from EL. |
| KADEISHA | HAT | GRAY & SILVER 1" POM-POM | 12/19: Need EL submit sample for approval & cost. |
| KADEISHA | SKIRT | 2X 5/16 DIAMETER DARK BLUE BUTTOM | 12/19: Need EL submit sample for approval & cost. |
| KADEISHA | | ORANGE BROWN THREAD WHITE GRAY, ORANGE & DARK BLUE THREAD, WHITE & BLACK LOW PROFILE VELCRO | 12/19: need color thread to match with the outfit from open market. Try to match velcro color with the outfit from open market. EL need submit sample for approval. |
| KADEISHA | BELT | MOLDED SOFT PLASTIC CHAIN (GOLD) | 12/19: Will reflect this in the tooling cost & product cost. |
| KADEISHA | BACKPACK | LIGHT BLUE NYLON W/ PU | 12/19: Dropped. Use the fabric submitted from EL. |
| KADEISHA | BACKPACK PIPING & TIE | DARK BLUE NYLON | |
| KADEISHA | BACKPACK STRIPES | 1/4W X 4 1/2L X 2 DARK BLUE, ORANGE & WHITE RIBBON | 12/19: Dropped. Use the fabric submitted from EL. |
| KADEISHA | BACKPACK PIPING | CORD FOR PIPING | 12/19: Dropped. Use the fabric submitted from EL. |
| KADEISHA | UNDER WEAR | DARK BLUE 15D TRICOT | 12/19: Changed to white color for ALL 4 dolls pack. |
| KADEISHA | "FANCY" TOP NECK TIE | 2 X 1/16W X 4L ORANGE SATIN RIBBON | 12/19: LA will advise the position for this material on 12/20. EL need to submit sample for approval |
| KADEISHA | TOP LINING | ORANGE 15D TRICOT | 12/19: LA will confirm if this fabric needed to add on 12/20. EL will submit sample for approval |
| KADEISHA | T-SHIRT SLEEVES & NECK TRIM | MULTI-COLOR PRINT DOUBLE KNIT | 12/19: Dropped. Use the fabric submitted from EL. |
| KADEISHA | HAT | LIGHT WEIGHT DOUBLE KNIT W/ SILVER SPARKLE | 12/19: Dropped. Use the fabric submitted from EL. |

ATTORNEY'S EYES ONLY

MGA000122

EXHIBIT _C_ PAGE _318_

**From:**      Cecilia Kwok
**Sent:**      Tuesday, December 19, 2000 8:45 PM
**To:**        Judy Rich; Mercedeh Ward; Wendy Reed
**Cc:**        Samuel WONG; Paula Treantafelles
**Subject:**   Bratz 12/19 conference call recap

Dear ALL,

Enclosed is the meeting recap of the conference call with Mercedeh/ Paula/ Samuel for your reference:

1. Mercedeh commented the fabric swatch sent on 12/16.
Enclosed is the fabric matrix with Mercedeh's comment. We will release ALL the construction approved fabric accordingly.

FabricSwatchComm
ent12-19.xls (...

2. We advised that we found there were many new fabric as per the fabric matrix sent from Wendy on 12/12 (HK received this on 12/15). Reviewed these new fabric with Mercedeh, basically there are some new fabric/ material added. Enclosed is the fabric matrix for all the new fabric with Mercedeh's comment.
(FYI: the fabric matrix showed ALL the fabric which are different from the one advised when Mercedeh in HK)

NewFabricSwatchC
omment12-19.xl...

3. LA will send the die cut pattern & fabric for the fashion pack to HK on 12/22.
4. The Carry Bag for Bratz moved to 2002 per LA.
5. LA will send the wax sculpting for the shoes to HK on 12/20.
6. Mercedeh approved the parting line for the body, arms & legs as per email on 12/12/00.
7. Mercedeh requested to have the engineering drawing for the tooling for her approval before release tooling. We will send the drawing together with the working prototype for LA approval before we release tooling.

Regards,
Cecilia

ATTORNEY'S EYES ONLY

MGA000113

EXHIBIT _C_ PAGE _319_

2004

# FIONA FABRIC SHEET

| Position | MGA Provided Material-Description | EL Suggested Material Fabric Swatch Submitted on 12/14 & 12/16 | LA comment | MOQ |
|---|---|---|---|---|
| Skirt/ Backpack | 11/7 C.R. - Printed polysueded brushed tricot (Original: Leopard Print Fuzzy Velboa) | 44" Super Brush Tricot 2C | 12/19: Construction Approved. | 2,000 |
| Pants | 2 tone indigo/ silver metallic denim 6 oz (Use backside of fabric) | 52" 6 OZ LT W1 Denim | 12/19: Construction Approved | 1,000 |
| Pants trim | 6mm braid w/ 2mm white w/silver lurex fringe | 6mm braid w/ 2mm fringe | 12/19: Suggested to selvage the fringe from the Denim fabric. EL need to come back with suggestion. | |
| Jacket | 2 tone indigo/ silver metallic denim 6 oz (Use front of fabric) | 52" 6 OZ LT W1 Denim- | 12/19: Construction Approved | 1,000 |
| T Shirt | Aqua Lightweight Poly w/ silver logo | 58" Nylon Jersey | 12/19: Need Thicker Fabric. (Not see through) | 1,000 |
| Headband | Aqua & light brown vinyl snakeskin print/embossed w/ tricot lining | 58" Snake Skin Vinyl | 12/19: Construction Approved | 2,000 |
| Backpack piping | Aqua Pearlized PU coated nylon interlock | 54" PU Clothes - Aqua Pearlised *OPTION 1 (Fabric submitted on 12/14 in red color)* | 12/19: Construction Approved but need more Pearlised | 1,000 |
| Backpack | Oyster white nylon woven fabric | 58" 210D Nylon | 12/19: Construction Approved. | 1,000 |
| Backpack piping | Aqua Pearlized PU coated nylon interlock | 54" PU Clothes - Aqua Pearlised *OPTION 2 (Fabric submitted on 12/16 in blue color)* | 12/19: Use the option 1 (Fabric submitted on 12/14 in red color) | 500 |

Page 1 of 1

ATTORNEY'S EYES ONLY

MGA000114

EXHIBIT ___C___ PAGE 320

8/4/2004

## YASMIN FABRIC SHEET

| Position | MGA Provided Material Description | EL Suggested Material Fabric Swatch Submitted on 12/14 & 12/16 | LA comment | MOQ |
|---|---|---|---|---|
| PANTS | 11/7 C.R. - POPLIN (ORIGINAL: OYSTER WHITE LIGHTWEIGHT CANVAS) | 43" POPLIN | 12/9: Construction Approved. | 1,000 |
| SKIRT | 2 TONE SHINY PINK/INDIGO | 52" NF 1047 DENIM (DYED) | 12/9: DROPPED. Use the Hoppity Bouncy fabric (construction & color). | 1,000 |
| SKIRT TRIM | W/ COLORED MESH W/ PLAIN SILVER GLITTER | 54" W/ COLORED MESH W/ PLAIN SILVER GLITTER | 12/9: DROPPED & will use engineering print on the skirt. | |
| TOP | LAVENDER MOIRE STRETCH PANNE KNIT | 58" PANNE KNIT - 1 WAY | 12/9: Construction Approved. There should be waves on the fabric. | 1,000 |
| TOP | NYLON INTERLOCK | 58" 180G PK KNIT | 12/9: NOT APPROVED. NEED RESUBMITTED. WE NEED THE NYLON INTERLOCK. | 1,000 |
| TOP SLEEVES | DEEP PERIWINKLE BLUE 15D TRICOT W/ SILVER SPARLE | 44" COLOR 15D TRICOT W/ SILVER DOT - PERIWINKLE BLUE | 12/9: Construction Approved. | 1,000 |
| PANTS RIBBON | MULTI-COLOR TRIM 1/2" | 1/2" RIBBON 3C (SUBSTITUTION MATERIAL) | 12/9: Construction Approved. | 50,000 |
| SKIRT TRIM | 10MM PLUM COLORED SCALLOPPED EDGE BRAID | 10MM PLUM COLORED SCALLOPPED EDGE BRAID | 12/9: Construction Approved. | |
| HEADKERCHIEF | SUEDED POLY BRUSHED TRICOT | 58" SUPER BRUSHED TRICOT | 12/9: Construction Approved. | 1,000 |
| HEADKERCHIEF TRIM | 3MM FLOCK RIBBON | 3MM FLOCK RIBBON | 12/9: Construction Approved. | 3,000 |
| BACKPACK | SUEDED BRUSHED TRICOT W/ 3C SILKSCREEN | 58" 260G SUPER BRUSH TRICOT W/ 3C PRINTED | 12/9: Construction Approved. | 2,000 |
| CORD FOR TOP & BACKPACK | NO SUGGESTED MATERIAL | 1.5MM NYLON STING | | |

ATTORNEY'S EYES ONLY

MGA000115

Page 1 of 1

EXHIBIT  C  PAGE 321

# JADE FABRIC SHEET

8/~/2004

| Position | MGA Provided Material Description | EL Suggested Material Fabric Swatch Submitted on 12/14 & 12/16 | LA comment | MOQ |
|---|---|---|---|---|
| T-SHIRT | PINK SINGLE KNIT W/ PEARLIZED SILKSCREENED KITTY LOGO | 58" SINGLE KNIT - PINK | 12/19: Construction Approved. | 1,000 |
| T-SHIRT SLEEVES | RED/ PINK SINGLE KNIT | 58" SINGLE KNIT - PRINTED 2C | 12/19: Construction Approved. | 1,000 |
| TOP | 11/7 C.R. TO MET YARN TO CLEAR OR TRANSPARENT (ORIGINAL: CRANBERRY RED CREPE KNIT W/ PURPLE GLITTER) | 44" SILVER THREAD JERSEY | 12/19: Construction Approved. | 1,000 |
| PANTS | 11/7 CHNAGED TO 50D TRICOT W/ C2 W/ PRINT OR EMBOSSED ( ORIGINAL: OLIVE GREEN POLY SATIN W/ TEXTURE) | 54" 50D TRICOT W. CHINTZ - OLIVE GREEN | 12/19: Construction Approved. | 1,000 |
| SKIRT | DARK DENIM W/ FINE SILVER SPARKLE | 52" DENIM - W/ FINE SILVER SPARKLE | 12/19: Construction & Color Approved. | 1,000 |
| SKIRT TRIM | ORIGINAL: CRIMSON VELBOA | 58" 3MM 480G BOA | 12/19: Construction Approved. | 1,000 |
| PANTS TRIM | 3/16" STRIPED RIBBON | 3/16" RIBBON 3C PRINT (SUBSTITUTED MATERIAL) | 12/19: Construction & Width Approved. | 5,000 |
| BEANNIE | MULTI COLORED DOUBLE KNIT | 29" 2 X 2 RIB KNIT - 6C | 12/19: Construction Approved. | |
| BEANNIE BRAIDS | EMBROIDERY YARN | EMBROIDERY YARN | 12/19: Construction Approved. | |
| BACK PACK | SILVER LT WGHT NYLON | 50" LIGHT WT NYLON | 12/19: Construction & Color Approved. | 1,000 |
| BACK PACK CORD | NO SUGGESTED MATERIAL | SILVER CORD | 12/18: Construction & Color Approved.  But need to improve the ending & no fray. | |

ATTORNEY'S EYES ONLY

MGA000116

EXHIBIT _C_ PAGE _322_

8/4/2004

# KADEISHA FABRIC SHEET

| Position | MGA Provided Material Description | EL Suggested Material Fabric Swatch Submitted on 12/14 & 12/16 | LA Comment | MOQ |
|---|---|---|---|---|
| SKIRT | DARK BLUE POPLIN | 43" POPLIN - DARK BLUE | 12/19: Construction Approved. | 1,000 |
| T SHIRT | PUMPKIN SINGLE KNIT | 58" SINGLE KNIT - PUMPKIN COLOR | 12/19: Construction Approved. | 1,000 |
| T-SHIRT SLEEVES | 2 X 2 RIB KNIT | 29" 2 X 2 RIB KNIT - 6C | 12/19: Construction Approved. | 1,000 |
| PANTS | WHITE TWILL: LIGHTWEIGHT | 43" T/C COTTON TWILL - WHITE | 12/19: Construction Approved. | 1,000 |
| BACKPACK | LIGHT BLUE WOVEN NYLON | 44" NYLON - LIGHT BLUE | 12/19: Construction Approved. | 1,000 |
| BACK PACK STRAPS | GG (GROSGRAIN) BRAID | 6-7MM GROSGRAIN RIB | 12/19: Construction Approved. | |
| BACKPACK STRAP/ HANDLE/ STRIPES | 3MM BRAID | 3MM BRAID - GRAY/ WHITE | 12/19: Construction Approved. | |
| HALTER TOP | USE LARGER SILVER FOIL DOTS PRTD ON POLY I/LOCK W/ ALLOVER PRT OVER ALL | 44" SILVER DOT PRINT | 12/19: Construction Approved. Needed rainbow color (pink, orange, yellow) on the fabric or on the foil. | |
| HAT | 2 X 2 RIB KNIT | 58" 2 X 2 RIB KNIT - W/ SILVER SPARKLE | 12/19: Construction Approved. Needed to see the silver sparkle effect. | |
| SKIRT/ BACKPACK | ROUND ORANGE ELASTIC | 1.5MM ELASTIC ORANGE | 12/19: diameter & construction approved. But no shiny effect. | |
| SKIRT PICKET | ORANGE MESH | 58" MESH - ORANGE | 12/19: Construction Approved. | 1,000 |

ATTORNEY'S EYES ONLY

MGA000117

EXHIBIT _C_ PAGE _323_

8/4/2004

# FASHION PACK 1 FABRIC SHEET

| Position | MGA Provided Material Description | EL Suggested Material Fabric Swatch Submitted on 12/14 & 12/16 | LA Comment | MOQ |
|---|---|---|---|---|
| PANTS TRIM | PRINTED RIBBON WITH COLORED BEAD TRIM | SUBSTITUTE MATERIAL | 12/16: Since HK cannot find the bead, LA will advise new direction on 12/20. | 3,000 |
| PANTS | PANNE KNIT | 58" PANNE KNIT - 1 WAY | 12/19: Construction Approved. | 1,000 |
| TOP | 11/7 C.R. CHANGED TO MET YARN (ORIGINAL: FVCSHIA NOVELTY KNIT W/ SPARKLE) TO CLEAR OR TRANSPARENT | 44" SILVER THREAD JERSEY - PURPLE | 12/19: Construction Approved. | 1,000 |

ATTORNEY'S EYES ONLY

Page 1 of 1

MGA000118

EXHIBIT ___C___ PAGE 324

## FASHION PACK 2 FABRIC SHEET

8/4/2004

| Position | MGA Provided Material Description | EL Suggested Material Fabric Swatch Submitted on 12/14 & 12/16 | LA Comment | MOQ |
|---|---|---|---|---|
| TANK TOP | PALE YELLOW "WAFFLE-WEAVE" | 50" 190G/M2 T/C JACQ. KNIT - YELLOW | 12/19: NOT APPROVED. NEED IMPROVED FABRIC. The Waffle weave is too large. | 1,000 |
| PANTS | TIGER PRINTED S/KNIT C/ POLY | 58" 300G SINGLE KNIT 1C. | 12/19: Construction Approved. | 1,000 |
| PILLOW | PER 11/15 MEETING RECAP CHANGED TO 3-4 MM VELBOA (ORIGINAL: 6MM RAYON PILE PLUSH) | 58" 3MM VELBOA | 12/19: Construction Approved. | 1,000 |
| BLINDER | PER 11/15 MEETING RECAP CHANGED TO 2-3 MM VELBOA (ORIGINAL: LIGHT BLUE PLUSH 10MM) | 58" 3MM VELBOA - YELLOW | 12/19: Construction Approved. | 1,000 |
| BLINDER (LINING) | LIGHT BLUE 40D TRICOT W/ SHEEN | 56" 40D TRICOT - LIGHT BLUE | 12/19: Construction Approved. | 1,000 |
| BLINDERS | LIGHT BLUE 1/16" ROUND ELASTIC BAND (2MM) | 2MM ELASTIC | 12/19: Awaiting fabric sample submission. | |
| PANTS STRIP | NO SUGGESTION | 1.5MM CORD | 12/19: Construction Approved. | |

Page 1 of 1

ATTORNEY'S EYES ONLY

MGA000119

EXHIBIT __C__ PAGE _325_

# FASHION PACK 3 FABRIC SHEET

8/4/2004

| Position | MGA Provided Material Description | EL Suggested Material - Fabric Swatch Submitted on 12/14 & 12/15 | LA Comment | MOQ |
|---|---|---|---|---|
| T-SHIRT | LIGHT BLUE SINGLE KNIT | 58" SINGLE KNIT - LIGHT BLUE | 12/19: Construction Approved. | 1,000 |
| T-SHIRT SLEEVES | CRIMSON RED SINGLE KNIT | 58" SINGLE KNIT - CRIMSON RED | 12/19: Construction Approved. | 1,000 |
| PANTS | HEATHERY PLUM SINGLE KNIT | 60" 300G 1 X 1 SINGLE KNIT - HEATHERY PLUM | 12/19: Construction & Color Approved. | 600 |
| BACK PACK | CHINTZ FINISH ON TAFFETA | 58" POLY SATIN CHINTZ - OLIVE | 12/19: Construction Approved. But No texture on it. | 2,000 |
| BACK PACK TRIM | 6MM CRIMSON RED BRAID | 6MM CRIMSON RED BRAID | 12/19: Construction Approved. | 4,000 |

Page 1 of 1

ATTORNEY'S EYES ONLY

MGA000120

EXHIBIT _C_ PAGE 326

59

## NEW FABRIC MATRIX COMMENT

8/4/2004

| Character | Position | Material Description | LA Comment |
|---|---|---|---|
| FIONA | PANTS | LIGHTWEIGHT DARK DENIM W/ COARSE SILVER SPARKLE | 12/19: Dropped. Use the fabric submitted from EL. |
| FIONA | SKIRT / BACKPACK (FRONT) | LEOPARD PRINT FUZZY VELBOA | 12/19: Dropped. Use the fabric submitted from EL. |
| FIONA | UNDERWEAR (ATTACH TO SKIRT) | LIGHT BROWN 15D TRICOT | 12/19: Changed to white color for ALL 4 dolls pack. |
| FIONA | BACKPACK (CLOSURE DETAIL) | 1/4W X 3/4L BLACK GROSSGRAIN RIBBON | 12/19: Dropped |
| FIONA | JACKET | 5 X 1/8 SILVER STUDS | 12/19: Need EL submit sample for approval & cost. |
| FIONA | TOP | 4 / 1/16 SILVER STUDS | 12/19: Need EL submit sample for approval & cost. |
| FIONA | HEADBAND | 1/8 W X 1 3/4 L WHITE ELASTIC | 12/19: Need EL submit sample for approval. |
| FIONA | BACKPACK PIPING CORD | OFF WHITE CORD FOR PIPING | 12/19: This will be wrapped inside the Aqua Pearlized vinyl in order to make the piping in round shape. Need EL submit sample for approval. |
| JADE | TOP | RED LUREX W/ PURPLE METALLIC THREADS | 12/19: Dropped. Use the fabric submitted from EL. |
| JADE | PANTS | OLIVE GREEN STRETCH POLY SATIN W/ TEXTURE | 12/19: Used the fabric sent from EL on 12/16. LA will provide artwork for the texture. |
| JADE | BEANNIE | MULTI-COLOR DOUBLE KNIT WOVEN | 12/19: Dropped. Use the fabric submitted from EL. |
| JADE | BACKPACK TIE | GRAY CORD | 12/19: Dropped. Use the fabric submitted from EL. |
| JADE | UNDER WEAR (ATTACH TO SKIRT) | DARK BLUE 15D TRICOT | 12/19: Changed to white color for ALL 4 dolls pack. |
| JADE | SKIRT TRIM LINING | CRIMSOM 15D TRICOT | 12/19: Changed to denim color for ALL the lining of denim for ALL 4 doll packs. |
| JADE | BACKPACK | 1/4 THICK POLYESTER BATTING | |
| YASMIN | PANTS | OYSTER WHITE LIGHTWEIGHT CANVAS | 12/19: Dropped. Use the fabric submitted from EL. |
| YASMIN | TOP | LAVENDER MOIRE STRETCH VELVET | 12/19: Dropped. Use the fabric submitted from EL. |
| YASMIN | BACKPACK & HEAD KERCHIEF TRIM | LIGHT BROWN "ULTRASUEDE" BRUSH TRICOT (HEADKERCHIEF TRIM 3/16W X 10L) | 12/19: Dropped. Use the fabric submitted from EL. EL will advise the new color on 12/20. |
| YASMIN | BACKPACK | 1/8W X 1 1/2L ELASTIC BAND | 12/19: Try to find similar in open market. |

ATTORNEY'S EYES ONLY

MGA000121

EXHIBIT __C__ PAGE _327_

## NEW FABRIC MATRIX COMMENT

8/4/2004

| | | | |
|---|---|---|---|
| YASMIN | TOP | 1/16W X 6L PERIWINKLE BLUE CORD | 12/19: Need to submit sample for approval. |
| YASMIN | BACKPACK TRIM | BROWN "ULTRASUEDED" BRUSH TRICOT (NEW COLOR) | 12/19: Will advise the new color on 12/20. |
| YASMIN | HEADERCHIEF | PLUM "ULTRASUEDED" BRUSH TRIOT (NEW COLOR) | 12/19: LA will advise the new color on 12/20. |
| KADEISHA | HALTER TOP | TRICOT W/ SPARKLE & SEQUINS HOMBRED EFFECT, HOT PINT, ORANGE & YELLOW | 12/19: Dropped.  Use the fabric submitted from EL. |
| KADEISHA | HAT | GRAY & SILVER 1" POM-POM | 12/19: Need EL submit sample for approval & cost. |
| KADEISHA | SKIRT | 2X 5/16 DIAMETER DARK BLUE BUTTOM | 12/19: Need EL submit sample for approval & cost. |
| KADEISHA | | ORANGE BROWN THREAD WHITE GRAY, ORANGE & DARK BLUE THREAD, WHITE & BLACK LOW PROFILE VELCRO | 12/19: need color thread to match with the outfit from open market. Try to match velcro color with the outfit from open market.  EL need submit sample for approval. |
| KADEISHA | BELT | MOLDED SOFT PLASTIC CHAIN (GOLD) | 12/19: Will reflect this in the tooling cost & product cost. |
| KADEISHA | BACKPACK | LIGHT BLUE NYLON W/ PU | 12/19: Dropped.  Use the fabric submitted from EL. |
| KADEISHA | BACKPACK PIPING & TIE | DARK BLUE NYLON | |
| KADEISHA | BACKPACK STRIPES | 1/4W X 4 1/2L X 2 DARK BLUE, ORANGE & WHITE RIBBON | 12/19: Dropped.  Use the fabric submitted from EL. |
| KADEISHA | BACKPACK PIPING | CORD FOR PIPING | 12/19: Dropped.  Use the fabric submitted from EL. |
| KADEISHA | UNDER WEAR | DARK BLUE 15D TRICOT | 12/19: Changed to white color for ALL 4 dolls pack. |
| KADEISHA | "FANCY" TOP NECK TIE | 2 X 1/16W X 4L ORANGE SATIN RIBBON | 12/19: LA will advise the position for this material on 12/20.  EL need to submit sample for approval |
| KADEISHA | TOP LINING | ORANGE 15D TRICOT | 12/19: LA will confirm if this fabric needed to add on 12/20.  EL will submit sample for approval |
| KADEISHA | T-SHIRT SLEEVES & NECK TRIM | MULTI-COLOR PRINT DOUBLE KNIT | 12/19: Dropped.  Use the fabric submitted from EL. |
| KADEISHA | HAT | LIGHT WEIGHT DOUBLE KNIT W/ SILVER SPARKLE | 12/19: Dropped.  Use the fabric submitted from EL. |

ATTORNEY'S EYES ONLY

MGA000122

EXHIBIT _C_ PAGE _328_

**60**

| | |
|---|---|
| From: | Samuel Wong |
| Sent: | Tuesday, December 19, 2000 10:45 PM |
| To: | Mercedeh Ward; Judy Rich |
| Cc: | Paula Treantafelles; Cecilia Kwok |
| Subject: | RE: Bratz shoes sculpting |

Mercedeh,

We need the information right away. Please state clearly on the distribution of the number of the shoes, boot and slipper for these 6 sculpting. That is : how many sculpture out of 6 is for boot, how many for shoe, and how many for slipper. Please also advise if each sculpture will be different from each other ( eg : in case there are two boots, is suclpture of each boot is different from each other or not, OR, you just use one sculptuer for the boot, and only seperate them by decorate it with different paints ).

Judy,

Please help and make sure HK can get the information tomorrow so that we can complete our tooling quote and send TRA to LA for sign off, thanks!

Best regards
Samuel (12/20/00)

-----Original Message-----
| | |
|---|---|
| From: | Cecilia Kwok |
| Sent: | Wednesday, December 20, 2000 9:21 AM |
| To: | Mercedeh Ward |
| Cc: | Paula Treantafelles; Judy Rich; Samuel Wong |
| Subject: | RE: Bratz shoes sculpting |

Dear Mercedeh,.

Noted your schedule.  We are preparing the tooling quote together with the spraying mask quote for the TRA.
Please confirm there are 6 different sculpting for the shoes.
Please advise the no. of shoes, boot, slipper for these 6 sculpting, we need this for better tooling quote.
Please advise the no. of different deco for all these 6 sculpting, this is for the spraying mask quote.

Regards,
Cecilia

-----Original Message-----
| | |
|---|---|
| From: | Mercedeh Ward |
| Sent: | Wednesday, December 20, 2000 5:52 AM |
| To: | Cecilia Kwok |
| Cc: | Paula Treantafelles; Judy Rich; Samuel Wong |
| Subject: | RE: Bratz shoes sculpting |

Cecilia;

I have the tooling aid for the shoes.  Sculpting was completed on 12/15/00, and record molds are completed 12/18/00.  I am sending tooling aids and the samples needed for TF to you today.

I am also sending torsos that are primer painted white, you will have to paint the correct skin color and then assemble them for toy fair.

Regards;

*Mercedeh Ward*

ATTORNEY'S EYES
ONLY

MGA000124

EXHIBIT __C__ PAGE _329_

Sr. Product Design/Engineer Manager
MGA Entertainment
(818) 894-2525 X105
http:\\www.mgae.com

-----Original Message-----
From:       Cecilia Kwok
Sent:       Tuesday, December 19, 2000 3:44 AM
To:  Mercedeh Ward
Cc:  Paula Treantafelles; Judy Rich; Samuel WONG
Subject:        Bratz shoes sculpting

Dear Mercedeh,

As per conference call this morning, the sculpting for the wax will be sent on 12/20.
There will be 6 different sculpting for the shoes. Please advise how many different deco for the doll
pack & fashion pack.
We need this information to have the tooling quotation.

Regards,
Cecilia

ATTORNEY'S EYES
ONLY

MGA000125

EXHIBIT _C_ PAGE 330

**61**

| From: | Cecilia Kwok |
| Sent: | Wednesday, December 20, 2000 4:54 PM |
| To: | Mercedeh Ward |
| Cc: | Samuel Wong; Judy Rich |
| Subject: | RE: URGENT BRATZ HAIR COLORS |

Mercedeh,

We also need to know the curl size for Sasha.
Please advise.

Regards,
Cecilia

-----Original Message-----
| From: | Mercedeh Ward |
| Sent: | Thursday, December 21, 2000 7:46 AM |
| To: | Cecilia Kwok |
| Cc: | Samuel Wong; Judy Rich |
| Subject: | RE: URGENT BRATZ HAIR COLORS |

Please see my comments

*Mercedeh Ward*
Sr. Product Design/Engineer Manager
MGA Entertainment
(818) 894-2525 X105
http://www.mgae.com

-----Original Message-----
| From: | Judy Rich |
| Sent: | Wednesday, December 20, 2000 11:58 AM |
| To: | Cecilia Kwok |
| Cc: | Samuel Wong; Mercedeh Ward |
| Subject: | RE: URGENT BRATZ HAIR COLORS |

Cecilia,

Fiona is now Chloe (the white doll) and Kadeisha is now Sasha (the black doll).

Judy
Judy Rich
Project Planner
Product Development
MGA Entertainment
jrich@mgae.com
818/894-2525 x173
www.mgae.com

-----Original Message-----
| From: | Cecilia Kwok |
| Sent: | Tuesday, December 19, 2000 11:33 PM |
| To: | Mercedeh Ward |

CONFIDENTIAL -
ATTORNEYS EYES ONLY

1

MGA000530

MGA0000530 B

EXHIBIT ___C___ PAGE _331_

Cc:          Samuel Wong; Judy Rich
Subject:     RE: URGENT BRATZ HAIR COLORS

Dear Mercedeh,

There are new names for the Bratz.  Please advise the new name for Fiona, & Kadeisha.
Please see our comment below.

Regards,
Cecilia

-----Original Message-----
From:  Mercedeh Ward
Sent: Wednesday, December 20, 2000 11:27 AM
To: Samuel Wong; Cecilia Kwok
Subject: FW: URGENT BRATZ HAIR COLORS
Importance: High

Mercedeh Ward
Sr. Product Design/Engineer Manager
MGA Entertainment
(818) 894-2525 X 105
http://www.mga-e.com

-----Original Message-----
From: Bryant598@cs.com [mailto:Bryant598@cs.com]
Sent: Tuesday, December 19, 2000 6:03 PM
To: MWard@mgae.com
Cc: PTreantafeldkos@mgae.com
Subject: URGENT BRATZ HAIR COLORS

Hi Merci here are the bratz hair colors and curl sizes that you needed. This
is my best educated guess on the curl sizes but I am pretty sure they are
going to look great.

CHLOE: HB519 curl size, straight
YASMIN: HB522 curl size, 20 mm
JADE: HB9601 curl size, straight
[Cecilia] We will release these three directly.
SASHA: HB441/9601 blend--she will also get tiny braids of 441/9601 blend
[Cecilia] Please advise if these two hair color are in same usage or not.  If not, please advise the usage
of HB441 & 9601 [Mercedeh Ward]  Same hair usage.  when we say blend that means that you take one
strand of HB441 and one strand of 9601 and you use them at the same of time.

Ok, that's it.
Hope your day is going better.

Carter

CONFIDENTIAL -
ATTORNEYS EYES ONLY

2

MGA000531

MGA0000531 B

EXHIBIT __C__ PAGE_ 332

**62**

From:           Paula Treantafelles
Sent:           Wednesday, December 20, 2000 2:26 PM
To:             Jimmy Cheng; Samuel Wong; Cecilia Kwok; Ringo Tam; Frankl Tsang; Mercedeh Ward;
                Becky Harris
Subject:        RE: HK and NY TF samples

Attachments:    tf samples.xls

OK one more revision.  I apologize.

tf samples.xls (21
    KB)

-----Original Message-----
From:           Paula Treantafelles
Sent:           Wednesday, December 20, 2000 10:09 AM
To:             Jimmy Cheng; Samuel Wong; Cecilia Kwok; Ringo Tam; Frankl Tsang; Mercedeh Ward; Becky Harris
Cc:             Issac Larian
Subject:        HK and NY TF samples

Please note the revisions made to the attached.
« File: tf samples.xls »


Please note the MDB2 international requirements listed on the attached

Isaac
Please understand that I needed to decrease the number of BRATZ samples for NYTF.  We will have 6 of each
doll (24 dolls) and 6 of each fashion pack (18 packs).

...To put things in perspective our LA pointer will still have to paint 66 pairs of shoes and 24 heads before NY.
Its a lot of work.

CONFIDENTIAL -
ATTORNEYS EYES ONLY

                                    MGA000140

                                                        MGA0000140 B

                    EXHIBIT  C  PAGE 333

| | HKTF samples | NYTF samples | In package |
|---|---|---|---|
| | 1 white working<br>1 black working | 12 white working<br>4 black working | of 12, 2 in package<br>of 4, 1 in package |
| | 6 white working<br>0 black working | 12 white working<br>4 black working | of 12, 2 in package<br>of 4, 2 in package |
| | 2 white working<br>0 black working | 12 white working<br>4 black working | of 12, 6 in package<br>of 4, 2 in package |
| | NOTHING | 12 white working<br>12 aa working | of 12, 6 in package<br>of 12, 6 in package |
| | 1 Cloe<br>1 Jade<br>1 Yasmin<br>1 Sasha | 6 Cloe<br>6 Jade<br>6 Yasmin<br>6 Sasha | of 6, 2 in package<br>of 6, 2 in package<br>of 6, 2 in package<br>of 6, 2 in package |
| | 1 Pajama Power-Cloe<br>1 Study Hall Style-Sasha<br>1 With It Wear-Yasmin | 6 Pajama Power<br>6 Study Hall Style<br>6 With It Wear | of 6, 2 in package<br>of 6, 2 in package<br>of 6, 2 in package |
| | 10 white<br>8 AA | Use samples from HKTF | of 10, 4 in package<br>of 8, 2 in package |
| | 10 white (2 in TRU pin tub)<br>8 AA | Use samples from HKTF | of 10, 4 in package<br>of 8, 2 in package |
| | 1 white<br>8 AA | 10 white<br>8 AA | of 10, 4 in package<br>of 8, 2 in package |
| | 1 caucasion working by 1/6<br>6 caucasion working by 1/10 | | |

CONFIDENTIAL -
ATTORNEYS EYES ONLY

MGA000141

MGA0000141 B

EXHIBIT _C_ PAGE _334_

**63**

| | |
|---|---|
| **From:** | Samuel Wong |
| **Sent:** | Tuesday, December 19, 2000 10:45 PM |
| **To:** | Mercedeh Ward; Judy Rich |
| **Cc:** | Paula Treantafelles; Cecilia Kwok |
| **Subject:** | RE: Bratz shoes sculpting |

Mercedeh,

We need the information right away. Please state clearly on the distribution of the number of the shoes, boot and slipper for these 6 sculpting. That is : how many sculpture out of 6 is for boot, how many for shoe, and how many for slipper. Please also advise if each sculpture will be different from each other ( eg : In case there are two boots, is sucipture of each boot is different from each other or not, OR, you just use one sculptuer for the boot, and only seperate them by decorate it with different paints ).

Judy,

Please help and make sure HK can get the information tomorrow so that we can complete our tooling quote and send TRA to LA for sign off, thanks!

Best regards
Samuel (12/20/00)

-----Original Message-----
**From:** Cecilia Kwok
**Sent:** Wednesday, December 20, 2000 9:21 AM
**To:** Mercedeh Ward
**Cc:** Paula Treantafelles; Judy Rich; Samuel Wong
**Subject:** RE: Bratz shoes sculpting

Dear Mercedeh,

Noted your schedule.  We are preparing the tooling quote together with the spraying mask quote for the TRA.
Please confirm there are 6 different sculpting for the shoes.
Please advise the no. of shoes, boot, slipper for these 6 sculpting, we need this for better tooling quote.
Please advise the no. of different deco for all these 6 sculpting, this is for the spraying mask quote.

Regards,
Cecilia

-----Original Message-----
**From:** Mercedeh Ward
**Sent:** Wednesday, December 20, 2000 5:52 AM
**To:** Cecilia Kwok
**Cc:** Paula Treantafelles; Judy Rich; Samuel Wong
**Subject:** RE: Bratz shoes sculpting

Cecilia;

I have the tooling aid for the shoes. Sculpting was completed on 12/15/00, and record molds are completed 12/18/00.  I am sending tooling aids and the samples needed for TF to you today.

I am also sending torsos that are primer painted white, you will have to paint the correct skin color and then assemble them for toy fair.

Regards;

*Mercedeh Ward*

ATTORNEY'S EYES
ONLY

MGA000124

EXHIBIT ___C___ PAGE _835_

Sr. Product Design/Engineer Manager
MGA Entertainment
(818) 894-2525 X105
http:\\www.mgae.com

-----Original Message-----
From:        Cecilia Kwok
Sent:        Tuesday, December 19, 2000 3:44 AM
To:  Mercedeh Ward
Cc:  Paula Treantafelles; Judy Rich; Samuel WONG
Subject:      Bratz shoes sculpting

Dear Mercedeh,

As per conference call this morning, the sculpting for the wax will be sent on 12/20.
There will be 6 different sculpting for the shoes. Please advise how many different deco for the doll
pack & fashion pack.
We need this information to have the tooling quotation.

Regards,
Cecilia

ATTORNEY'S EYES ONLY          MGA000125

EXHIBIT __C__ PAGE _336_

**64**

From:          Mercedeh Ward
Sent:          Friday, December 22, 2000 9:43 AM
To:            Samuel Wong; Judy Rich
Cc:            Paula Treantafelles
Subject:       RE: Bratz wax pattern

Why would I object?  Please start your tooling.

Mercedeh Ward
Sr. Product Design/Engineer Manager
MGA Entertainment
(818) 894-2525 X105
http:\\www.mgae.com


-----Original Message-----
From: Samuel Wong
Sent: Thursday, December 21, 2000 1:56 AM
To: Mercedeh Ward; Judy Rich
Cc: Paula Treantafelles
Subject: RE: Bratz wax pattern


Mercedeh,

If we don't receive any objection from you tomorrow morning (12/22/00 - HK time) , we
will release to proceed making the master mold and production mold in order to have roto
skin ready to send out from HK on 1/10/01 as committed during the confernece call with
Isaac/Paula/you on 12/19 ( HK time).

best regards
Samuel (12/21/00)
-----Original Message-----
From: Cecilia Kwok
Sent: Thursday, December 21, 2000 2:33 PM
To: Mercedeh Ward
Cc: Samuel WONG; Judy Rich; Paula Treantafelles
Subject: FW: Bratz wax pattern


Mercedeh,

We modified the nose of the two head sculpture as per previous email (due to unbalance
nose).
Enclosed is the photos for your comment.

Regards,
Cecilia

ATTORNEY'S EYES
ONLY                          MGA000190

EXHIBIT  C  PAGE 337

**65**

From:          Paula Treantafelles
Sent:         Wednesday, December 27, 2000 9:50 AM
To:            Cecilia Kwok; Mercedeh Ward
Cc:            Samuel Wong; Judy Rich; Colleen O'Higgins
Subject:     RE: Bratz wax pattern

Samuel and Cecilia

In truth I never saw a significant issue with the nose before you adjusted it.  Its very
difficult to see the adjustments reflected in the attached.   I trust that you only
further improved the nose.  Please proceed.

Colleen
FYI.
-----Original Message-----
From: Cecilia Kwok
Sent: Wednesday, December 27, 2000 2:14 AM
To: Mercedeh Ward
Cc: Samuel WONG; Paula Treantafelles; Judy Rich
Subject: FW: Bratz wax pattern

Resend the photo for your comment.

Regards,
Cecilia

-----Original Message-----
From: Cecilia Kwok
Sent: Thursday, December 21, 2000 2:39 PM
To: Mercedeh Ward
Cc: Samuel Wong; Judy Rich; Paula Treantafelles
Subject: FW: Bratz wax pattern

Mercedeh,

We modified the nose of the two head sculpture as per previous email (due to unbalance
nose). Enclosed is the photos for your comment.

Regards,
Cecilia

ATTORNEY'S EYES
ONLY       MGA000253

EXHIBIT __C__ PAGE _338_

66

From:          Isaac Larian
Sent:          Friday, December 22, 2000 11:50 PM
To:            Frankl Tsang; Mercedeh Ward; Paula Treantafelles
Cc:            Stephen Lee; Samuel Wong; Cecilia Kwok
Subject:       RE: HK TF and Product Meeting Recap

Frankie is right.

Can HK make duplicate samples here?

-----Original Message-----
From:          Frankl Tsang
Sent:          Friday, December 22, 2000 4:56 PM
To:            Mercedeh Ward; Paula Treantafelles
Cc:            Stephen Lee; Isaac Larian; Samuel Wong; Cecilia Kwok
Subject:       RE: HK TF and Product Meeting Recap

Paula doesn't understand how crazy the HKTF gonna to be.  It doesn't make sense that we can only display 4 pcs. (one each) of 6" Bratz against a 4 x 3 feet wall panel setting for this item - and we have 100 appointments. We can't tell every customer including our major accounts that we are not able to send samples for evaluation/finalization in HK.

Regardless whether we can get perfect samples (not the right fabric material etc.), we are working on some back up counter measures to support this at this end.  Since, I would envision the embarrassment over here when we are lacking of samples esp. when we are encountering competition from Hasbro, Mattel, Jakks and Blue Box vs this Small Dolls category.

Regards,
FT

-----Original Message-----
From:          Mercedeh Ward
Sent:          Saturday, December 23, 2000 1:29 AM
To:            Frankl Tsang; Paula Treantafelles
Cc:            Stephen Lee; Isaac Larian; Samuel Wong; Cecilia Kwok
Subject:       RE: HK TF and Product Meeting Recap
Importance:    High

Dear Frankl;

Paula has said that only one set of dolls will be necessary for HK TF and that is what will be sent out to you by her.  Please take with Paula on the sample requirements.

*Mercedeh Ward*
Sr. Product Design/Engineer Manager
MGA Entertainment
(818) 894-2525 X105
http://www.mgae.com

-----Original Message-----
From:          Frankl Tsang
Sent:          Tuesday, December 19, 2000 9:16 AM
To:            Mercedeh Ward; Paula Treantafelles
Cc:            Stephen Lee; Isaac Larian; Samuel Wong; Cecilia Kwok
Subject:       RE: HK TF and Product Meeting Recap

Dear Mercedeh,

Hoping that everything is under control.  HK concerns very much your statement below stating that "If I don't receive the heads Monday or Tuesday this week we will not have samples".

CONFIDENTIAL -
ATTORNEYS EYES ONLY                                   MGA000524

MGA0000524 B

EXHIBIT  C  PAGE 339

Please confirm that 2 sets of complete samples will be made available for HKTF since we need to confirm to HK-Sales Support about this and start to decorate the wall panel.

-----Original Message-----
From:       Cecilia Kwok
Sent:       Tuesday, December 19, 2000 5:24 PM
To:         Mercedeh Ward; Paula Treantafelles
Cc:         Stephen Lee; Frankl Tsang; Isaac Larian; Samuel WONG
Subject:    RE: HKTF and Product Meeting Recap

Mercedeh/ Paula,

We received some of the fabric for the Doll Packs for duplication TF samples but not complete/ enough.
Enclosed is the list of fabric missing from the packaging. << File: fabricforTF.xls >>   We also did receive the reference sample for EL duplication. As per conference this morning, LA will sent out one set of ref sample by 12/20.
Per conference call this morning, advised that the roto heads were already received by LA. For the Fashion Pack, the fabric & die cut will not be ready by 12/22 & we will not receive them until 12/27. HK do not have enough time to duplicate the samples for HK TF, therefore, please develop Two-Three  sets samples to support HK TF.  We will duplicate the NYTF samples after receive all the fabric later.
For the torso & shoes, as there is a test mold in LA, please develop all the samples (both for HK & NY TF) & we will point the deco.

Regards,
Cecilia

-----Original Message-----
From:       Mercedeh Ward
Sent:       Tuesday, December 19, 2000 1:28 AM
To:         Paula Treantafelles; Isaac Larian
Cc:         Cecilia Kwok; Stephen Lee; Frankl Tsang
Subject:    RE: HK TF and Product Meeting Recap

Isaac and Paula;

I am having two sets of torsos and feet made up.  I have also supplied HK with enough fabric to make two sets of fashions.  We just need the heads to be rooted and painted.  I will talk with Anna (who paints the heads and see if she can supply the two sets of heads).
I am still waiting to receive the rooted heads. If I don't receive the heads Monday or Tuesday this week we will not have samples.

*Mercedeh Ward*
Sr. Product Design/Engineer Manager
MGA Entertainment
(818) 894-2525 X105
http://www.mgae.com

-----Original Message-----
From:       Paula Treantafelles
Sent:       Monday, December 18, 2000 11:14 AM
To:         Isaac Larian; Frankl Tsang; All in Marketing & PD (LA); All in Product Development (HK)
Cc:         Jim Olmstead; Cecilia Kwok; Disraeli Chan; Stanley Li; Stephen Lee; Eric Yip
Subject:    RE: HKTF and Product Meeting Recap

CONFIDENTIAL -
ATTORNEYS EYES ONLY                     2                                    MGA000525

MGA0000525 B

EXHIBIT __C__ PAGE _340_

Isaac-

BRATZ HKTF samples- I have advised you many times that we will only have one set of dolls and fashions available for HKTF. You understood each time and asked that we try to make an additional set available. This information was noted on the EXCEL spreadsheet you approved 2 weeks ago.

-----Original Message-----
From:       Isaac Larian
Sent:       Saturday, December 16, 2000 7:25 PM
To:         Frank Tseng; All in Marketing & PD (LA); All in Product Development (HK)
Cc:         Jim Olmstead; Cecilia Kwok; Disraeli Chan; Stanley Li; Stephen Lee; Eric Yip
Subject:    RE: HKTF and Product Meeting Recap

see below

-----Original Message-----
From:       Frank Tseng
Sent:       Friday, December 15, 2000 8:05 AM
To:         All in Marketing & PD (LA); All in Product Development (HK)
Cc:         Isaac Larian; Jim Olmstead; Cecilia Kwok; Disraeli Chan; Stanley Li; Stephen Lee; Eric Yip
Subject:    HKTF and Product Meeting Recap

HKTF

1. Plan-o-gram - LA to build.
2. End Cap - Colleen to take care in HK.
3. Color FX Casino side-kick requested by Gary Thomson - Due to the packaging size, this one is not good for side-kick. HK is not going to do anything.
4. Mechanical Art and Die Vinyl for 3-D clamshell packaging development - Rachel will send on this Friday (LA time)
5. Product Sheet Outstanding - LA will send on this Friday.
6. Catalog Sheet - Isaac wants to check cost for printing 1,000 sheets only - FT will check and respond by return.

Product

1. Realbot - Isaac approves to move forward with Kin Yat. HK needs to finalize Unit Cost and adequate tooling to support 200K projection for 2001. Targets for 7/1 PS. [Isaac Larian]

NEED 6/1 PS date or we don't have a product. Also, plan production and tool for 200k from June to October 10.

1. RoboVision3 - Cost impact. HK located a source capable to provide total solution in kit form at around   Taking others like packaging and casing together, this for sure will exceed the target cost Isaac anticipates. HK will move forward for toy fair samples first. Jonathan advises that CH #2 and #3 might not be legal in USA, will update.
2. [Isaac Larian]

I need a price and PS date.
1. Final Fantasy License - Per Isaac, okay to by-pass licensor approval in order to support the 7/13 movie launch and goods must be arrive in USA 2-3 weeks before the movie launch. For WT specially, Isaac approves to attach a 9V battery box to the soles of Aki's shoes. HK will send final illustration. HK needs to support 5/1 PS and get tooling released ASAP by all means.

CONFIDENTIAL -
ATTORNEYS EYES ONLY                3          **REDACTED**                MGA000526

MGA0000526 B

EXHIBIT  _C_  PAGE _341_

2. - [Isaac Larian]

Need 4-15 PS.

1. Jump Rope Doll - Issac approves revised price of     with larger box.

2. Bratz - Final sample of fabric with pattern sent per Mercedeh. Mercedeh stresses that she has made clear and finalize everything whilst in HK. As a matter fact, HKPM/EL has been locating some of the fabric materials and getting the pattern done will take time and LA keeps changing the doll spec. vs cost impact. HKPM will communicate directly with Mercedeh to finalize.

*Note: We would have maximum two sets samples for HKTF - in this case, we might not have available samples for buyer's finalization in HK.*
[Isaac Larian]

WHY CAN'T WE HAVE MORE SAMPLES? 2 IS NOT ENOUGH.

1. Toddler Tabiter - This is a replacement of MDB-2 for US market. Per PT, needs new head and deco eyes. Arms, hands, legs and outfit patterns will be sent on 12/20. Issac approves to tool up new roto mold for juice bottle without the MBD logo. This will be a 200K projection item per Issac.

2. MDB-1 with new head only will be selling to international accounts. Project will be 75-100K per Issac.

8. Cheerleader - PT confirms to take just 1-color (no blue) paint on shoes.
9. Bath-time - PT confirms to change the hair color only. Cecilia will send digital photo today to show the hair styling.
   Note: Both items
   - Issac approves to stick with OLD packaging for forthcoming orders/shipments.
   - PT okay to let HK to approve the new fabrics vs sample submission from WS.
   - Issac approves the ship-dates vs Bathtime and Cheerleader as covered in the e.mail earlier.

10 Palm Puppies - Needs to clarify the final packaging size vs LA indicated size of 7.5 x 5.0 x 9.0 instead of 7 x 5 x 4". Per HK, this leads to over a dollar cost increase vs the larger packaging and buller plush skin to use. HK will elaborate with EL to nail down the plush cost and in parallel, Issac will verify with his brother-in-law in LA. As well; HK will put in writing to explain the cost breakdown leading to the high price increase from EL. This is a 1 million pieces forecast per Issac.
11 [Isaac Larian]

PRICE IS NOT APPROVED OR ACCEPTABLE.
Palm Killies - This is a 500K forecast item per Issac.
   Note: Both items
   - Issac demands for 5/1 PS instead of 6/1 PS now. HK to work out and respond.
   - [Isaac Larian]
   [Isaac Larian] palm puppy WAS 4/1 PS DATE

Options: a handle with the packaging depending on cost impact.

HK Comment: Issac approved the first cost of     and released tooling in October. HK is now stuck owing to the change of plush materials and a larger box. HK is not in a position to challenge for the changes but just want to remind that this will impact schedule slippage as a result if this project can not be finalized. Upon finalization, LA needs to commit MA booking for long lead time materials. It is contradict to our original plan/target cost - HK elaborated to meet then target but this has been ruined vs the demanded

CONFIDENTIAL -
ATTORNEYS EYES ONLY

**REDACTED**

MGA000527

MGA0000527 B

EXHIBIT _____C_____ PAGE 342

-changes now at

Please back up vs shortcomings.

REDACTED

CONFIDENTIAL -
ATTORNEYS EYES ONLY

s

MGA000528

MGA0000528 B

EXHIBIT ___C___ PAGE _343_

**67**

| From: | Paula Treantafelles |
|---|---|
| Sent: | Friday, December 22, 2000 5:55 PM |
| To: | Samuel Wong; Judy Rich; Mercedeh Ward; Carter Bryant |
| Cc: | Isaac Larian; Cecilia Kwok; Victor Lee; Frankl Tsang; Stephen Lee |
| Subject: | RE: Bratz's Pending Issues |

Please note my comments below

Please note that we were not able to send to you the pending fabrics and the fashion pack fabric swatches and patterns. The vendor will release them to me as soon as Isaac pays her on Tuesday. ..sorry I am trying.

LA is understanding that we owe you only the following. I will advise release as soon as I get commitment from my vendor. I know that they are late. I am trying...:

- Jade's t-shirt sleeves
- Yasmin's skirt yoke
- Yasmin's backpack
- Fashion pack 3 T-shirt logo
- Fashion pack 3 t shirt sleeves

----Original Message----

| From: | Samuel Wong |
|---|---|
| Sent: | Friday, December 22, 2000 2:16 AM |
| To: | Judy Rich; Mercedeh Ward; Paula Treantafelles |
| Cc: | Isaac Larian; Cecilia Kwok; Victor Lee; Frankl Tsang; Stephen Lee |
| Subject: | RE: Bratz's Pending Issues |

Judy/ Mercedeh/ Paula,

Please note that we are running behind schedule already, therefore, we need all the information and printing art/pattern immediately. LA, please read the following detaily and support us for all we need, we have a diffcult time to hold the schedule in case we cannot provide factory the information immediately, thanks for help in advance :

Here are our questions :

Have received the followings files on 12/21 & 12/22. Please confirm the followings:

- Jadestripe.ai : please advise if it is the pattern for the Beannie of Jade (2 x 2 Rib Knit) YES
- Jadelogo.ai : this is for the logo on the T-shirt of Jade. Per Mercedeh in HK, this should be a 3-color Heat Transfer logo. But the one just received is a 5-color Heat Transfer logo. There may be cost impact for the additional colors. OK
- Jadetrim.ai
- Yasmintrim.ai
- Sashastripe.ai : this is the pattern for the T-shirt sleeves & necktrim for Sasha YES
- Sashalogo.ai : this is for the logo on the backpack of Sasha. Per Mercedeh in HK, this should be a 3-color Heat Transfer logo. But the one just received is a 5-color Heat Transfer logo. There may be cost impact for the additional colors. OK
- Cloelogo.ai : this is for the logo on the t-shirt of Cloe. Per Mercedeh in HK, this should be a 1-color Heat Transfer logo. But the one just received is a 1-color + silver foil Heat Transfer logo. Since the logo is very small, it may be not possible to have silver foil. Moreover, there may be cost impact for the additional silver foil. OK make it one color silver only
- pack1trim.ai

ATTORNEY'S EYES ONLY

MGA000197

EXHIBIT _C_ PAGE _344_

- pack2trim.ai : this is should be printed on white ribbon wrap around the pillow in Fashion pack 2. However, needed 1/4" seam along both sides of the ribbon. Therefore, the final width of the ribbon will be 3/4". Please confirm if it is acceptable. No the fabric does not need seam allowance. Sew directly on top with clear thread.

- pajamaprincess.ai : this is for the logo on the top of Pajama Power (Fashion pack 2). Per Mercedeh in HK, this should be a 3- or 4-color Heat Transfer logo. But the one just received is a 9-color Heat Transfer logo. There may be cost impact for the additional colors. OK

- pajama.jpeg : please advise this pattern is for which piece of outfit of pajama power (Fashion pack 2). PANTS

- sashatrim.ai : please advise if it is for the backpack strap/ handle. No it is for the side of the backpack only.

- anaimal.jpeg : please advise this pattern is for which doll & which piece of outfit CLOE. Skirt and backpack

**We are still waiting for the followings pattern and graphic, please note that HK need the following information immediately in order to hold the 5/15 PS schedule. We are already miss our target date, please e-mail us immediately. ( THIS IS IMPORTANT !!!!!!! ) LA, please provide immediately to help HK to hold the PS 5/15.**

Listed all the other pattern / graphic which needed to provide us before 12/22 for your quick reference:
- Cloe's skirt/ backpack sent today by email
- snaskeskin print for Cloe's headband sent today by email
- Jade's t-shirt sleeves still waiting on engineered print
- texture for Jade's pants sent today by email
- 3 colors for Jade's beannie braids These are included in the swatch sheets. You dont need artwork for these
- logo on Jade's backpack sent today by email
- Yasmin's skirt yoke still waiting on engineered print
- scalloped edge for Yasmin's skirt trim we do not plan to send you artwork for this. Please source a similar trim from the open market
- Yasmin's backpack still waiting on engineered print
- Sasha's t-shirt logo sent today by email
- Pajama Power's (Fashion Pack 2) pants sent today by email
- Fashion pack 3 T-shirt logo -still waiting on engineered print
- Fashion pack 3 t shirt sleevesstill waiting on engineered print

**Besides, we are waiting for LA direction of the following since we mentioned that EL cannot find these fanbrics, and Mercedeh advised us during the conference call with HK on 12/19 and 12/20 that she will give us direction on using other material to replace them. Therefore, Please advise immediately.**

We also waiting for the direction of the following pending issues:
- Pants & Jacket Trim of Cloe : EL advised that they could not find this kind of trim & needed further direction.
- Pants trim of Fashion Pack 3 : EL advised that they could not find this kind of beat along the trim & needed further direction.
Please source through Legend. These are trims that will need to be created.

ATTORNEY'S EYES ONLY

MGA000198

EXHIBIT ___C___ PAGE _345_

- Belt Drawing/ design for Cloe, Jade & Sasha for Tooling. If there is no drawings, please confirm if HK should follow exactly same as the what you attached on the 12/4 fabric summary sheet? Please confirm.
YES. Please follow the sample attached on the 12/4 fabric sheet.

Thanks & best regards
Samuel (12/22/00)

ATTORNEY'S EYES
ONLY

MGA000199

EXHIBIT C PAGE 346

**68**

| From: | Paula Treantafelles |
|---|---|
| Sent: | Friday, December 15, 2000 12:59 PM |
| To: | Samuel Wong; Mercedeh Ward |
| Cc: | Franki Tsang; Stephen Lee; Victor Lee; Isaac Larian |
| Subject: | RE: Bratz development schedule |

Samuel
Thank you for considering this extremely aggressive schedule for BRATZ. Noted all changes must be approved by Isaac first. LA will support your requirements noted below.

Mercedeh
I will live and die by the revised schedule. Please send me a copy as soon as it is available.

----Original Message----

| From: | Samuel Wong |
|---|---|
| Sent: | Friday, December 15, 2000 2:51 AM |
| To: | Mercedeh Ward; Paula Treantafelles |
| Cc: | Franki Tsang; Stephen Lee; Victor Lee; Isaac Larian |
| Subject: | Bratz development schedule |

EVERYBODY, PLEASE READ THE FOLLOWING SCHEDULE DETAILY. IN ORDER FOR HK TO HOLD THE FOLLOWING SCHEDULE, LA HAS TO HELP TO ACHIEVE ALL OUR REQUEST DATE, OTHERWISE, HK CANNOT HOLD SCHEDULE.
BESIDES, DUE TO THE TIGHT SCHEDULE, ONCE WE GOT APPROVAL FROM LA, IF LA REQUEST TO MAKE CHANGE ON SOME OF APPROVED ITEMS, HK HAS TO RECEIVE APPROVAL FROM ISAAC FIRST. PLEASE NOTE.

Mercedeh/Paula,

Here is the schedule :

1) Based on tool can be started on 12/30/2000.
   ( HK will send out working sample on 12/23, this sample will show articulated functions. LA has to approve the sample before 12/29-HK time, so that HK can release tooling on 12/30)

2) 1st test shot will be ready on 3/10/2001.

3) EP samples will be ready for QA/QC testing on 3/22/2001.

4) FEP samples will be ready for QA/QC final review and testing on 4/16/2001.

5) PP will be start on 4/30/2001.

6) PS will be start on 5/15/2001.

7) 1st inspection on 5/30/2001.

8) 1st OBS will be ready on 6/10/2001.

The above schedule is based on the following conditions, LA has to stick with the conditions, anything change will impact on the schedule.

a) HK will send out all the fabrics that we sourced according to the information that Mercedeh gave us in HK on 12/20/2000 for LA to make the approval on the fabric construction. If HK cannot find the exact fabric construction, then, HK will send substitution for LA to do approval. LA has to give approval before 12/27/2000 - HK time. ATTORNEY'S EYES ONLY

ATTORNEY'S EYES ONLY

MGA000091

EXHIBIT _C_ PAGE _347_

b) Upon receive fabric construction approval from LA on/before 12/27/2000 -HK time. HK will prepare lab dip colors and printing pattern for LA to do approval on color/printing pattern approval. This will send out on 1/18/2001. LA has to give approval on/before 1/29/2001- HK time. Upon receive approval, HK will release factory to go ahead to purchase the fabrics for production.
To acheive this schedule, HK has to receive LA's printing artwork and PMS color on fabrics no later than 12/22/2000- HK time.

c) LA has to advise the hair color code, curl size filament of the Saran hair supplier before 12/20- HK time, so that HK can place order according to the information given by LA immediately to the Saran hair supplier in Japan since the leadtime of ordering this Saran Hair is very long.

d) HK need to receive LA's rooting master on 2/26/2001 - HK time. HK will then send rooting sample to LA for approval on 3/20/2001. LA has to give approval on our rooting sample no later than 3/24 - HK time.

d) HK need to receive paint master from LA on 2/10/2001 - HK time. HK will then send painted sample to LA for approval on 3/6/2001. LA has to give approval no later than 3/10/2001 - HK time.

e) HK has to receive the FMA from LA for the packaging on 3/1/2001.
This is because, HK wants to have packaging at the FEP stage so that we can test on the packaging to see if there are any potential and hidden problem on the construction. Here, we reserve 1 wk. for minor touch up, another few days for film processing. Another week for factory to submit us the print proof for approval before we release mass production.

ATTORNEY'S EYES
ONLY

MGA000092

EXHIBIT __C__ PAGE _340_

**69**

| From: | Bryant598@cs.com |
|---|---|
| Sent: | Tuesday, December 26, 2000 11:28 AM |
| To: | PTreantafelles@mgae.com |
| Cc: | VO'Conner@mgae.com |
| Subject: | NYTF BRATZ fashions |

Hi Paula,

. I left you a message about this, but just to reiterate:

I called a friend of mine from my fashion design-school days to help me find some leads for a full-service vendor who can create copies of the dolls' fashions and fabrics for NYTF.

I think it would be in the very best interests of MGA to use a full service vendor, who has their own resources as far as samplemakers, etc., to create these fashions. Otherwise it will be like assembling a whole new team of samplemakers, patternmaker, etc. to do it on our own, and I don't think there is time to do all that what with quotes for all of them, etc., and I think that it would end up costing much more anyway.

That said, we need a vendor who can:
see either the sketches or the dolls' fashions and fabrics and replicate them to fit the models. They will need to find their own fabrics and make patterns. The fabrics needn't be exactly what we've used on the dolls, I don't think, but should be close approximations. Since the fabrics we used to create the dolls were mainly from existing, store-bought garments, it would be impossible for us to supply them with exact fabrics in the quantity that they will need to replicate them at human scale, they will simply have to source out similar fabrics themselves. A good full service custom costume company should be able to do this and have the resources to do it in time.

The following vendor came highly recommended and I suggest that Victoria call them and tell them what you are looking for and get quotes. I will supply more vendor leads as I get them.

*Western Costumes, located in North Hollywood. Works with major studios and is one of the largest custom costume houses in L.A. 818-760-0900. They will be open  Jan. 2, 2001.

That's it for now!
Carter

ATTORNEY'S EYES
ONLY                           MGA000202

EXHIBIT __C__ PAGE _349_

**70**

| | |
|---|---|
| From: | Mercedeh Ward |
| Sent: | Tuesday, December 26, 2000 5:00 PM |
| To: | Samuel Wong; Cecilia Kwok |
| Cc: | Paula Treantafelles; Judy Rich; Isaac Larian; Colleen O'Higgins; Victor Lee; Frankl Tsang |
| Subject: | Bratz Model |
| | |
| Importance: | High |

Paula has asked me to look at the model you have sent and make comments. I will need the engineering drawings on the doll torso and I would like to see the wall thickness that they are specifying. If you can not supply this to me I would like to know if I can cut into one of the legs to see the way the inner leg is put together. Please note the following that I see with out having to take the torso apart. The following needs to be corrected:

- Arms are at different distances from the center of the body.
- When arms are at the dolls side right arm is at an angle to the body, left arm is almost parallel to the body. Both arms should be in the same position when down at the dolls side. Left arm is a better position.
- Somehow the arms have twisted down towards the ground. It might have been because you corrected the parting line. Please confirm.
- When the arms are raised above the dolls head they are at different angle to the body need to correct.
- The hips of the doll have expanded. We need to look at reducing them down. I really need to see the engineering drawings so I can do the modification I do have some suggestions but I do not know the wall thickness and what is the quality control requirements the you are holding.
- In the co molding process the dolls legs have moved to the outside. As the flexible material is over the leg armature. I can feel the leg armature throw the skin. The leg armature needs to follow the same center line as the out side skin. Looking at the right leg the leg armature is to the left of the centerline. This has to be corrected or will have major returns on this product.
- The leg connectors do not seem strong enough to pass a 25lb pull test. (Mattel's quality test)
- I am not sure that the child will be able to put the shoes on and off very easily on the knob at the ankle. I had asked if this could be minimized before please revisit.
- I do not see any lap joints on the two torso halves. We need them so the body will not split. The male/female pins and bosses are not enough. You are going to have a pinching problem.
- The neck plug also is missing the top part that stays in the dolls head. This will ensure that the dolls head will not come off at a 25lb pull test.

Please provide the engineering drawings to me.

Regards;

*Mercedeh Ward*

Sr. Product Design/Engineer Manager
MGA Entertainment
(818) 894-2525 X105
http:\\www.mgae.com

ATTORNEY'S EYES ONLY

MGA000211

EXHIBIT _C_ PAGE _350_

**71**

| From: | Paula Treantafelles |
|---|---|
| Sent: | Tuesday, December 26, 2000 8:04 PM |
| To: | Carter Bryant; Mercedeh Ward |
| Subject: | Bratz open vs closed mouth |

Carter

OK 2 lip styles for BRATZ (open and closed).... I need to understand which version is intended for which dolls.

I also need you to convince me that we need 2 lip versions.

ATTORNEY'S EYES
ONLY

MGA000219

EXHIBIT C PAGE 851

**72**

| From: | Bryant598@cs.com |
|---|---|
| Sent: | Wednesday, December 27, 2000 8:54 AM |
| To: | MWard@mgae.com |
| Subject: | Re: |

yeah we did....i think we could ask HK to go to Legends to see if it can be
developed; if there is no way it can,or not enough time, I am fine with a
tiny fringe trim as long as there is some kind of fringe trim, that's the
look of those pants.

Carter

ATTORNEY'S EYES ONLY

MGA000248

EXHIBIT __C__ PAGE 352

**73**

**From:**         Mercedeh Ward
**Sent:**         Wednesday, December 27, 2000 9:04 AM
**To:**           Cecilia Kwok; Paula Treantafelles
**Cc:**           Victor Lee; Franki Tsang; Samuel Wong; Judy Rich
**Subject:**      RE: Bratz's Pattens

*Mercedeh Ward*
Sr. Product Design/Engineer Manager
MGA Entertainment
(818) 894-2525 X105
http:\\www.mgae.com

-----Original Message-----
**From:**        Cecilia Kwok
**Sent:**        Wednesday, December 27, 2000 4:56 AM
**To:**          Paula Treantafelles; Mercedeh Ward
**Cc:**          Victor Lee; Franki Tsang; Samuel Wong; Judy Rich
**Subject:**     RE: Bratz's Pattens

Dear all,

Here are the summary for Bratz.

1. Pending graphic from LA
[*Mercedeh Ward*] You will receive these when the designer comes back from vacation.
- Jade's t-shirt sleeves
- Yasmin's skirt yoke
- Yasmin's backpack
- Fashion pack 3 T-shirt logo
- Fashion pack 3 t shirt sleeves
- snuskeskin print for Cloe's headband

2. Comment on the received patterns
- graphic on the white ribbon wrap around the pillow in Fashion pack 2 : No the fabric does not need seam allowance. Sew directly on top with clear thread. EL will check this & advise.
- [*Mercedeh Ward*] We do want tot sew the ribbon into the seam.
- Logo on the t-shirt of Cloe: Per Mercedeh in HK
- [*Mercedeh Ward*] this was agreed by Carter and then changed. I don't have the authority to make such a judgment per Isaac.
- , this should be a 1-color Heat Transfer logo. But the one just received is a 1-color + silver foil Heat Transfer logo. Since the logo is very small, it may be not possible to have silver foil
- [*Mercedeh Ward*] you print the one color onto the silver foil.
- . Moreover, there may be cost impact for the additional silver foil. OK make it one color silver only. Please confirm only ONE color (silver) for the logo.
- [*Mercedeh Ward*] Paula needs to give design direction
- sashatrim.ai : please advise if it is for the backpack strap/ handle. No it is for the side of the backpack only. Please noted that SAME TRIM will be used for the strap, handle & stripes of the backpack when Mercedeh in HK [*Mercedeh Ward*] Please remember there were two people in HK. Since the trip to HK Carter ahs made changes. The handle and straps are made of the same materials as the

ATTORNEY'S EYES ONLY        MGA000249

EXHIBIT _C_ PAGE 353

backpack material now. the strip on the side as he agreed in HK.
- texture for Jade's pants (jadesharkrepeat.jpg)/ pants for pajama power (pajama.jpg)/ pattern on skirt & backpack for Cloe (anaimal.jpg) : These are files in jpg format.  We need the files in illustrator (ai) in order to make sure that the scales are the one you expected.  (FYI: the scale of jpg file can be changed.)
- *[Mercedeh Ward]* You an import a JPG file into Illustrator or Photoshop.  The reason the designer had forwarded the JPG files is that it makes the files smaller.  We can have her send a disk to you.  Paula will you let Sarah know.

3. Pending Issues
- Colors for Jade's beannie braids:  These are included in the swatch sheets.  You dont need artwork for these.  Will ask EL to source according to the swatch sheets. *[Mercedeh Ward]*  Braids were approved on the phone on our conversation on 11/14/00
- scalloped edge for Yasmin's skirt trim: we do not plan to send you artwork for this.  Please source a similar trim from the open market. *[Mercedeh Ward]*  Now I am really confused is this written by Paula or Cecilia?  Who is not supplying art?  HK or LA?  Will ask EL to source according to the swatch sheets.
- Pants & Jacket Trim of Cloe :  As per telephone call this morning, we advised that EL already tried to source these kind of trim from Legend but not available.  LA will advise further direction on 12/28.
- *[Mercedeh Ward]* I have suggested to Paula this needs to change.
- Pants tram of Fashion Pack 3 : As per telephone call this morning, we advised that EL already tried to source these kind of trim from Legend but not available.  LA advised that they already removed the beats & will send the update swatch to us.
- *[Mercedeh Ward]* I have already suggested to Paula to change this
- Belt Drawing/ design for Cloe, Jade & Sasha for Tooling. If there is no drawings, please confirm if HK should follow exactly same as the what you attached on the 12/4 fabric summary sheet?  Please confirm.  YES. Please follow the sample attached on the 12/4 fabric sheet.  Noted. *[Mercedeh Ward]*  There should be some kind of drawing for HK to follow, Sarah can do that.

*Regards,*
*Cecilia*

ATTORNEY'S EYES
ONLY                    MGA000250

EXHIBIT C  PAGE 354

**From:** Bryant598@cs.com
**Sent:** Wednesday, December 27, 2000 10:51 AM
**To:** PTreantafelles@mgae.com
**Subject:** LEADS FOR NYTF COSTUMES; BRATZ

Hi Paula! Here are some more leads for you and/or Victoria for costumes for
NYTF. I don't know if the last 3 leads would be able to help, but I think the
first 3 should be great resources.
Please forward this to Victoria too, as I don't have her email address.
Thanks a bunch!
Carter

American Costume Co.
818-764-2239

Elizabeth Courtney Costumes
818-763-8615

Motion Picture Costume Co.
818-764-8191

Warner Bros.
818-954-5693

Disney Costumes
818-560-1056

Universal Costumes
818-777-2722

ATTORNEY'S EYES
ONLY                    MGA000255

EXHIBIT _C_ PAGE 355

| | |
|---|---|
| From: | Mercedeh Ward |
| Sent: | Wednesday, December 27, 2000 9:07 AM |
| To: | Cecilia Kwok; Paula Treantafelles |
| Cc: | Disraeli Chan; Samuel Wong; Judy Rich; Victor Lee |
| Subject: | RE: Bratz updated quote from EL |

In HK defense I will say that when we met in HK my understand was that nothing was going to change after we left. The changes came from Carter and Veronica and I have already told them that some were not necessary. But they aid we should still cost. For example the silver studs.....

*Mercedeh Ward*
Sr. Product Design/Engineer Manager
MGA Entertainment
(818) 894-2525 X105
http://www.mgae.com

———Original Message———
| | |
|---|---|
| From: | Cecilia Kwok |
| Sent: | Wednesday, December 27, 2000 5:17 AM |
| To: | Paula Treantafelles; Mercedeh Ward |
| Cc: | Disraeli Chan; Samuel WONG; Judy Rich; Victor Lee |
| Subject: | Bratz updated quote from EL |

Dear all,

Enclosed are the updated EL's quote for your reference. Please noted that the cost are NOT FINAL & FOR YOUR REFERENCE ONLY. HK is still studying the cost & will advise later.

‹‹ OLE Object: Microsoft Excel Worksheet ››

REMARK:

1. The cost impact for increase the hair from 15gm to 25gm is US$0.125/pc. This is NOT INCLUDED in the above cost.

2. The cost are quoted based on the die cut pattern provided for TF. However, the counter sample from EL found that the size of some of the outfit is not large enough. We are checking & will advise by tomorrow.

3. The cost above did NOT INCLUDE the additional materials like the buttons/ silver studs/ pom pom etc. EL still sourcing these material & will advise.

4. As per pattern files received these few days, there are addition color(s) for some of the patterns. There will be cost impact for the fabric. Moreover, there will be COST IMPACT (US$388/ HK$3,000 for each color) for the roller.

5. As per logo files received these few days, there are addition color(s) for some of the logos. There will be cost impact for the logo. Moreover, the MOQ for each Heat Transfer logo is around 30K pieces. (Suggestion : use silkscreen method to replace the Heat Transfer label & cut down the no. of colors in order to save cost.)

Regards,
Cecilia

CONFIDENTIAL - ATTORNEYS EYES ONLY

MGA000482

MGA0000482 B

EXHIBIT _C_ PAGE 356

**76**

| | |
|---|---|
| From: | Mercedeh Ward |
| Sent: | Wednesday, December 27, 2000 8:38 AM |
| To: | Samuel Wong |
| Cc: | Paula Treantafelles; Judy Rich; Isaac Larian; Colleen O`Higgins; Victor Lee; Franki Tsang; Cecilia Kwok |
| Subject: | RE: Bratz Model |
| | |
| Importance: | High |

Please see my comments

*Mercedeh Ward*
Sr. Product Design/Engineer Manager
MGA Entertainment
(818) 894-2525 X105
http:\\www.mgae.com

-----Original Message-----
| | |
|---|---|
| From: | Samuel Wong |
| Sent: | Wednesday, December 27, 2000 2:47 AM |
| To: | Mercedeh Ward |
| Cc: | Paula Treantafelles; Judy Rich; Isaac Larian; Colleen O`Higgins; Victor Lee; Franki Tsang; Cecilia Kwok |
| Subject: | RE: Bratz Model |

PLEASE SEE MY COMMENTS BELOW :
-----Original Message-----
| | |
|---|---|
| From: | Mercedeh Ward |
| Sent: | Wednesday, December 27, 2000 9:00 AM |
| To: | Samuel Wong; Cecilia Kwok |
| Cc: | Paula Treantafelles; Judy Rich; Isaac Larian; Colleen O`Higgins; Victor Lee; Franki Tsang |
| Subject: | Bratz Model |
| Importance: | High |

Paula has asked me to look at the model you have sent and make comments. I will need the engineering drawings on the doll torso and I would like to see the wall thickness that they are specifying. If you can not supply this to me I would like to know if I can cut into one of the legs to see the way the inner leg is put together. Please note the following that I see with out having to take the torso apart. The following needs to be corrected:

- Arms are at different distances from the center of the body.
- *[Samuel Wong]* THIS IS NOTED AND COMMENTED TO FACTORY WHEN WE RECEIVED THE SAMPLE. WE HAD COMMENTED TO LA ON 12/22 WHEN WE SENT THE SAMPLE OUT. THE RIGHT ARM IS NOT CORRECT AND PROTRUDE A LITTLE BIT WHEN COMPAREED WITH LEFT ARM. THIS WILL BE FIXED AND NOT HAPPEN IN FUTURE PRODUCTION
- *[Mercedeh Ward]* ok
- When arms are at the dolls side right arm is at an angle to the body, left arm is almost parallel to the body. Both arms should be in the same position when shown at the dolls side. Left arm is a better position.
- *[Samuel Wong]* SAME COMMENTS AS ABOVE.
- *[Mercedeh Ward]* ok
- Somehow the arms have twisted down towards the ground. It might have been because you corrected the parting line. Please confirm.
- *[Samuel Wong]* NO, THE PARTING LINE ARE SAME AS WHAT WE SHOWED TO LA APPROVED ON 12/12. WE ARE FOLLOWING EXACTLY THE SAME PARTING LINE, NO CHANGE.
- *[Mercedeh Ward]* they are different but I will take your work on this.
- When the arms are raised above the dolls head they are at different angle to the body need to correct.
- *[Samuel Wong]* THIS IS DUE TO THE RIGHT ARM PROTRUDE A LITTLE BIT OUTWARD, SAME PROBLEM AS MENTIONED IN THE ABOVE COMMENT # 1, CORRECT?
- *[Mercedeh Ward]* ok
- The hips of the doll have expanded. We need to look at reducing them down. I really need to see the

ATTORNEY'S EYES
ONLY                         MGA000234

EXHIBIT C PAGE 357

engineering drawings so I can do the modification I do have some suggestions but I do not know the wall thickness and what is the quality control requirements the you are holding. *[Samuel Wong]*  DO YOU MEAN THE SHAPE OF THE HIP NEED TO BE CHANGED, PLEASE KINDLY NOTE THAT THE WORKNG SAMPLE THAT WE SENT IS FOLLOWING EXACTLY YOUR PROVIDED PATTERN. IF YOU WANT TO EXPAND THE HIP, YOU HAVE TO GIVE US A NEW PATTERN AND SEND TO US AGAIN FOR DUPLICATION. IF YOU WANT TO CHANGE THE SHAPE OF THE HIP, WE NEED NEW PATTERN, WE CANNOT BASE ON ONLY THE DIMENSIONS CHANGE ON ENGINEERING DRAWINGS.

- *[Mercedeh Ward]*  I think you misread my comment.  The hips that we have received back are much wider than the tooling aid I sent you.  Please compare the two you will see that the sample you sent to use has wider hips then out tooling aid to you.  We want the hips to be the same as what we have already sent to you.

- FACTORY IS STILL PREPARING THE ENGINEERING DRAWINGS, THEY WILL BE READY TO SEND ON 1/2/01.
- *[Mercedeh Ward]*  I still want to see these.
- THE WALL THICKNESS OF THE BODY WILL BE BETWEEN 1.5MM TO 1.8 MM.
- *[Mercedeh Ward]*  ok
- In the co molding process the dolls legs have moved to the outside.  As the flexible material is over the leg armature.  I can feel the leg armature throw the skin.  The leg armature needs to follow the same center line as the out side skin.  Looking at the right leg the leg armature is to the left of the centerline.  This has to be corrected or will have major returns on this product...
- *[Samuel Wong]*  CONFIRM THE LEG ARMATURE WILL BE IN THE CENTRE. WHEN PREPARE THIS WORKING SAMPLE, LEG ARMATURE MOVED TO THE SIDE IS DUE TO POOR WORKMANSHIP WHEN POUR THE PU MATERIAL TO COVER ON TOP OF THE ARMATURE. THIS WILL NOT HAPPEN IN PRODUCTION.
- *[Mercedeh Ward]*  ok.  Make sure there is enough wall thickness that can cover the armature.
- The leg connectors do not seem strong enough to pass a 25lb pull test. (Mattel's quality test)
- *[Samuel Wong]*  THE LEGS WILL BE COVERED BY THE PVC MATERIAL. YOU CANNOT PULL THE LEG ARMATURE DIRECTLY. THE LEG ARMATURE WILL BE MOLDED IN POM MATERIAL
- *[Mercedeh Ward]*  I understand that the legs will be covered by PVC material.  If a child takes the doll and have it facing her and pulls the legs apart to the side of the doll.  The leg connector can not come apart.
- I am not sure that the child will be able to put the shoes on and off very easily on the knob at the ankle.  I had asked if this could be minimized before please revisit.
- *[Samuel Wong]*  PER OUR PREVIOUS CONFERENCE CALL, YOU ADVISED THAT THE INSERT FORCE FOR THE CHILD TO PUT ON THE SHOES SHOULD NOT EXCEED 5 POUNDS. FACTORY IS TAKING THIS AS SPEC. TO CONTROL THE INSERT FORCE NOT EXCEED 5 POUNDS.
- *[Mercedeh Ward]*  The undercut sees to more than 5 lbs.  For their tooling they should cut the tool less an then adjust.  The way this is designed if it is more than 5lbs to pull the legs off they will have to go back and weld the tool so they can reduce the force.
- I do not see any lap joints on the two torso halves.  We need them so the body will not split.  The male/female pins and bosses are not enough.  You are going to have a pinching problem.
- *[Samuel Wong]*  THE LAP JOINT WILL BE MADE INTO THE TOOLINGS.
- *[Mercedeh Ward]*  ok
- The neck plug also is missing the top part that stays in the dolls head.  This will ensure that the dolls head will not come off at a 25lb pull test.
- *[Samuel Wong]*  THIS IS NOTED AND THIS WILL BE MADE IN THE TOOLINGS.
- *[Mercedeh Ward]*  ok

Please provide the engineering drawings to me.
*[Samuel Wong]*  ENGINEERING DRAWINGS WILL BE READY TO SEND ON 1/3/01.
*[Mercedeh Ward]*  ok

*[Samuel Wong]*  SINCE THE ENGINEERING DRAWINGS WILL ONLY BE READY TO SEND ON 1/3/01, CAN WE BASE ON THE WORKING SAMPLE THAT YOU HAD REVIEWED AND TOGETHER WITH THE INFOIRMATION THAT I REPLIED YOU IN THE ABOVE TO START THE TOOLINGS OR YOU NEED TO SEE ALL THE ENGINEERING DRAWINGS BEFORE APPROVE US FOR TOOLING START, PLEASE ADVISE.
*[Mercedeh Ward]*  please make the hips smaller (measuring from outer part of one leg to the outer part of the other leg.) than what you sent us.  Please make the hips the same size as our tooling aid that has already been sent to you.

ATTORNEY'S EYES ONLY

MGA000235

EXHIBIT __C__ PAGE 358

( IF YOU DECIDE TO CHANGE THE HIP, WE CANNOT START TOOLING ON THE BODY UNTIL WE RECEIVE THE NEW PATTERN, THEREFORE, PLEASE ADVISE IF THE SHAPE OF THE HIP IS GOING TO CHANGE OR NOT )

*[Mercedeh Ward]* I don't know what you want me to say here.  You should start the tooling and adjust your model to match our tooling aid that was sent to you.  What is different is the upper leg.  Your model is much rounder than ours.  I will fax something to you today so you can see the difference.

THANKS & BEST REGARDS
SAMUEL ( 12/27/00 )
Regards;
*Mercedeh Ward*
Sr. Product Design/Engineer Manager
MGA Entertainment
(818) 894-2525 X105
http:\\www.mgae.com

ATTORNEY'S EYES ONLY

MGA000236

EXHIBIT ___C___ PAGE 359

**77**

| | |
|---|---|
| **From:** | Paula Treantafelles |
| **Sent:** | Wednesday, December 27, 2000 1:22 PM |
| **To:** | Samuel Wong; Franki Tsang; Cecilia Kwok; Mercedeh Ward; Colleen O'Higgins; Ringo Tam; Jimmy Cheng |
| **Subject:** | stuff for HKTF |

Please note that the following (components for HKTF) will be sent to HK by priority mail tomorrow (vs. today):

- 6 rooted/groomed and painted jump rope heads
- 2 rooted/groomed and painted scooter heads
- 4 assembled BRATZ dolls (dressed, painted shoes/faces and hair wigs)
- 4 small boards (one for each BRATZ doll) with the additional fashion pieces
- 3 boards with sewn fashion pieces (one for each BRATZ fashion pack)
- 7 presentation boards (one for each BRATZ doll and fashion pack)

I will send digital photos of each BRATZ doll (hair style, outfit, face deco, shoe deco) and fashion pack tomorrow morning before we pack them up.

ATTORNEY'S EYES ONLY

MGA000256

EXHIBIT _C_ PAGE _360_

78

**From:** Paula Treantafelles
**Sent:** Wednesday, December 27, 2000 10:07 AM
**To:** Samuel Wong; Cecilia Kwok; Mercedeh Ward
**Subject:** open vs closed mouth

Samuel and Cecilia

I apologize for the confusion. I learned this morning that proceeding with both lip styles will not impose additional tooling cost or schedule impact. Therefore please proceed with both mouth versions.

open mouth = sasha and yasmin
closed mouth = cloe and jade

Again.. I apologize for the confusion.

ATTORNEY'S EYES ONLY

MGA000254

EXHIBIT _C_ PAGE 36 /

79

| | |
|---|---|
| From: | Mercedeh Ward |
| Sent: | Friday, December 29, 2000 9:55 AM |
| To: | Samuel Wong |
| Cc: | Cecilia Kwok; Judy Rich; Paula Treantafelles |
| Subject: | RE: Part line of shoes-Bratz |
| | |
| Importance: | High |

Samuel;

I sent a fax to your attention just pointing out the places I am concerned about and I made my suggestion on where I recommend the parting lines should be. It is just a suggestion. The way the sculptor made the shoes was so the parting line run the same way the slipper's parting line would run. I made the suggestion that the parts should be made of ABS last night so the shrink can be controlled in production. Your suggestion is PVC. PVC is the ideal material to use for the shoes but I feel the heals on these shoes are so thick that we will have problems.

If you are reassuring me that we will not have problems in production then I will be okay with this.

Mercedeh Ward
Sr. Product Design/Engineer Manager
MGA Entertainment
(818) 894-2525 X105
http:\\www.mgae.com

-----Original Message-----
From: Samuel Wong
Sent: Friday, December 29, 2000 1:42 AM
To: Mercedeh Ward
Cc: Cecilia Kwok; Judy Rich; Paula Treantafelles
Subject: FW: Partline of shoes-Bratz

Mercedeh,

Mercedeh,

Per today's PD meeting, you approve the parting line as per our siggestions ( see pictures ). HK will control the shrinkage and we will use PVC material for the shoes. Please note.

thanks & best regards
Samuel (12/29/00)

-----Original Message-----
From: Cecilia Kwok
Sent: Thursday, December 28, 2000 6:11 PM
To: Mercedeh Ward
Cc: Paula Treantafelles; Samuel WONG; Judy Rich
Subject: FW: Partline of shoes-Bratz

Dear Mercedeh,

Enclosed is the proposed parting line for the 3 shoes, they changed the parting line of sneaker & healed shoe. Please comment if these are acceptable.

Regards.
Cecilia

ATTORNEY'S EYES ONLY

MGA000322

EXHIBIT _C_ PAGE 362

80

| From: | Paula Treantafelles |
|---|---|
| Sent: | Friday, December 29, 2000 1:19 PM |
| To: | Carter Bryant; Mercedeh Ward |
| Cc: | Colleen O'Higgins |

Carter-
To ensure that we offer the same perceived value among all fashion packs I have dropped some packout pieces. Each sku will have a shirt, pants, pair of shoes and bag.

Pajama Power: tank top, pj bottoms, slippers and pillow (Mercedeh suggested that we make this a pillow that can transform into sleepover bag)

Study Hall Style:  pants, shirt, pair of shoes and school bag

Dynamite Dance:  pants, shirt, pair of shoes and purse.


Mercedeh-
Please communicate this information to HK.  Thanks.

ATTORNEY'S EYES
ONLY

MGA000333

EXHIBIT ___C___ PAGE _363_

**81**

From: Isaac Larian
Sent: Saturday, January 06, 2001 8:32 AM
To: Samuel Wong
Cc: Stephen Lee; Paula Treantafelles; Mercedeh Ward; Judy Rich
Subject: FW: Bratz Tooling Quote - FOR YOUR APPROVAL

Importance: High

Follow Up Flag: Follow up
Due By: Friday, January 05, 2001 5:00 PM
Flag Status: Flagged

Attachments: Microsoft Excel 97; ToolingTRA.xls

I signed this but price is too high.

-----Original Message-----
From: Samuel Wong
Sent: Friday, January 05, 2001 11:55 PM
To: Colleen O'Higgins; Mercedeh Ward; Paula Treantafelles; Isaac Larian
Cc: Judy Rich; Cecilia Kwok; Franki Tsang; Stephen Lee; Stanley Li;
Victor Lee
Subject: FW: Bratz Tooling Quote - FOR YOUR APPROVAL
Importance: High


Dear All,

We need the signature badly so that we can proceed toolings right away. Again,
please note that the tooling quote is based on weekly capacity for each doll is
12K max. There are 4 dolls, therefore, the total weekly capacity is 48K
altogether.

thanks & best regards
Samuel (1/6/01)

-----Original Message-----
From: Judy Rich
Sent: Saturday, January 06, 2001 1:08 AM
To: Isaac Larian
Cc: Paula Treantafelles; Mercedeh Ward; Colleen O'Higgins; Janet Lam;
Samuel Wong; Cecilia Kwok
Subject: FW: Bratz Tooling Quote - FOR YOUR APPROVAL
Importance: High


Isaac,

I just learned that Mercedeh will not be in today.  In the interest of time,
would you sign the TRA?  Please note, however, that Paula has not yet seen an
engineering body.

Thank you.

Judy

Judy Rich

CONFIDENTIAL -
ATTORNEYS' EYES ONLY

MGA 0009177

EXHIBIT C PAGE 364

Project Planner
Product Development
MGA Entertainment
jrich@mgae.com
818/894-2525 x173
www.mgae.com

-----Original Message-----
From: Janet Lam
Sent: Thursday, January 04, 2001 7:27 PM
To: Judy Rich
Cc: Cecilia Kwok
Subject: FW: Bratz Tooling Quote

Dear Judy,
Please kindly counter sign and get Mercedeh & Isaac for approval.
Tks, Janet

-----Original Message-----
From:        Cecilia Kwok
Sent: Friday, January 05, 2001 10:38 AM
To:   Janet Lam
Subject:    FW: Bratz Tooling Quote

  Dear Janet,

Enclosed are the files of the TRA & the tooling description, please get LA
approval.
Thanks,
Cecilia

CONFIDENTIAL -
ATTORNEYS' EYES ONLY

EXHIBIT __C__ PAGE 365        MGA 0009178

# MGA  ENTERTAINMENT

## TOOLING RELEASE AUTHORIZATION

TO :          ISAAC/ STEPHEN                    DATE :      January 5, 2001

FROM :       R & D - Cecilia Kwok

Please advise your official authorization to release the tooling described as below. Please sign and return the copy for records.

ITEM# :
DESCRIPTION :  BRATZ (DOLL PACKS & FASHION PACKS)
VENDOR :       EARLY LIGHT

| Tools Description | No. of Tools | Charges | 1st Shot |
|---|---|---|---|
| Tools/ Spraying masks/ Sonic Horns for doll | 14 | HK$489,000 | 3/10/2001 |
| Tools/ Spraying masks for shoes | 13 | HK$280,000 | |
| Tools for accessory/ Rollers for Fabric Print | | HK$77,000 | |

TOTAL :   HK$846,000/ US$109,444

REMARKS :
1. Tooling description : please see document attached.
2. Tooling payment: 40% deposit, 30% 1st shot, 30% balance.
3. Tooling start on 12/30/2000, 1st shot on 3/10/01, Final shot on 4/16/01.
4. Weekly cap: 12K / each doll pack (48K for 4 doll packs)

EVALUATED BY  CECILIA / SAMUEL                  APPROVED BY:
              CECILIA KWOK/ SAMUEL WONG                                      JUDY RICH
              (Project Executive/ Product manager)                          (Project Planner)

APPROVED BY :      VICTOR                        APPROVED BY :
                   VICTOR LEE                                               MERCEDEH WARD
                   (R & D)                                                  (Sr Product Manager)

APPROVED BY :    STEPHEN LEE                     APPROVED BY :      IL 1-5-2000
                 STEPHEN LEE                                        ISAAC LARIAN (President)
                 (Managing Director)

MGA 0009178.1

oolingTRA.xls

EXHIBIT  C  PAGE 366

| | | | | | |
|---|---|---|---|---|---|
| TO | : MGA | O/REF | : | | |
| ATTN | : CECILIA KWOK | DATE | : | 4-Jan-01 | |
| FROM | : Jackie Chan | FAX NO. | : | 23120101 | |
| C.C. | : F.CHOI / W.NG - P.1 | PAGE | : | 1 OF 4 | |
| | R.CHENG / K.HUI / Y.K.LEE | | | | |

## RE : BRATZ - DOLL PACK TOOLING COST (48K)

PER YOUR REQUEST, WE HEREBY WOULD LIKE TO SUBMIT OUR REVISED TOOLING COST W/ BREAKDOWN (Rev.06) FOR YOUR REFERENCE. PLS REVIEW & ADVISE, THKS.

| DESC | US$ TOOLING COST |
|---|---|
| NUDE FIGURE | 63,260 |
| ~~WIGS~~ Deleted | 0 |
| SHOES | 36,223 |
| ACCESSORIES | 9,961 |
| TOTAL : | 109,444 |

REMARKS :

1  PLS REFER TO THE ATTACHED BREAKDOWN FOR DETAILS.
2  PLS NOTE THAT THE ABOVE TOOLING COST IS BASED ON :
   - WEEKLY CAPACITY 48K PCS (SHARED W/ 4 DOLL PACKS) &
   - 4 UP TOOLS FOR QUOTING
3  PER YOUR LATEST INFO.,
   - 2 STYLES OF ROTO HEAD
   - 7 DIFFERENT STYLES OF SHOES (I.E. 7 SETS OF TOOLS)
4  THE ROLLER CHARGE FOR THE FABRIC BEING ATTACHED.
   THE NUMBER OF COLORS WILL BE REVISED ONCE FINALIZED.
5  Per the e-mail on 14Dec, there will be no wig for the doll. The hair will be rooted to the head directly. The sheet for the wigs had been removed.
6  As the asst ratio had been changed on the e-mail date 12/29, the tooling for shoes re-arranged.

CONFIDENTIAL -
ATTORNEYS' EYES ONLY

BEST REGARDS,

MGA 0009178.2

EXHIBIT C PAGE 36.7

# MGA ENTERTAINMENT STANDARD QUOTE SHEET
## TOOLING AND LINE TOOLING COST

TO : DISRAELI CHAN  
FROM : Jackie Chan  
PRODUCT NUMBER :  

DATE : 4-Jan-01  
VENDOR :  
PRODUCT NAME : BRATZ - DOLL PACK FIGURE  

REVISION :  
REF. NO. :  

| NO. | TOOLING/LINE TOOLING TYPE | DESCRIPTION | CAV/IP | MATL. | M/C SIZE (OZ) | CYCLE TIME (sec) | DAILY RATE | COST (RKD) | REMARKS |
|---|---|---|---|---|---|---|---|---|---|
| 1 | ROTO | HEAD STYLE "A" | 50 / 50 | ROTO PVC | - | - | 4,000 | 15,000 | |
| | ROTO | HEAD STYLE "B" | 50 / 50 | ROTO PVC | - | - | 4,000 | 15,000 | |
| 2 | INJ | TORSO FRONT (COMMON) | 4 / 4 | ABS | 7 | 15 | 8,146 | 46,000 | |
| | | TORSO REAR (COMMON) | 4 / 4 | | | | | | |
| 3 | INJ | UPPER LEG INSERT L/R (COMMON) | 4 / 2 | POM | 7 | 28 | 5,091 | 42,000 | |
| 3A | INJ (DUPLICATE) | LOWER LEG INSERT L/R (COMMON) | 4 / 2 | | | | | | |
| | | HIP JOINT INSERT L/R (COMMON) | 8 / 2 | POM | 7 | 28 | 5,091 | 40,000 | |
| 4 | INJ | SHOULDER JOINT INSERT L/R (COMMON) | 4 / 2 | STR01 | 4 | 30 | 4,752 | 36,000 | |
| | | NECK PLUG (COMMON) | 2 / 2 | | | | | | |
| 4A | INJ (DUPLICATE) | | 2 / 2 | | | | | | |
| | | | 10 / 2 | STR01 | 4 | 30 | 4,752 | 34,000 | |
| 5 | INJ | LEG L/R (INSERT MOLD) (COMMON) | 2 / 1 | PVC | 10 | 35 | 2,037 | 38,000 | |
| 5A | INJ (DUPLICATE) | | 2 / 1 | PVC | 10 | 35 | 2,037 | 36,000 | |
| 5B | INJ (DUPLICATE) | | 2 / 1 | PVC | 10 | 35 | 2,037 | 36,000 | |
| 5C | INJ (DUPLICATE) | | 2 / 1 | PVC | 10 | 35 | 2,037 | 36,000 | |
| 6 | INJ | ARM L/R (INSERT MOLD) (COMMON) | 4 / 2 | PVC | 7 | 35 | 4,073 | 40,000 | |
| 6A | INJ (DUPLICATE) | | 4 / 2 | PVC | 7 | 35 | 4,073 | 38,000 | |
| 7 | LINE | SPRAYING MASK (18 OPS / DOLL) X 4 DOLLS | | | | | | 25,000 | |
| 8 | LINE | SONIC HORNS (TORSO) X 4 SETS | | | | | | 12,000 | |

TOTAL (RKD) 489,000.  
TOTAL (USD) 63,250

MGA 0009178.3

CONFIDENTIAL
ATTORNEYS' EYES ONLY

EXHIBIT ___C___ PAGE 368

## MGA ENTERTAINMENT STANDARD QUOTE SHEET
### TOOLING AND LINE TOOLING COST

TO: DISRAELI CHAN
FROM: Jackie Chan
PRODUCT NUMBER:

DATE: 4-Jun-01
VENDOR: EARLY LIGHT
PRODUCT NAME: BRATZ - DOLL PACK (SHOES)

REVISION:
REF. NO.:

| NO. | TOOLING/LINE TOOLING TYPE | DESCRIPTION | CAV/UP | MAT'L | M/C SIZE (OZ) | CYCLE TIME (sec) | DAILY RATE | COST (HKD) | REMARKS |
|---|---|---|---|---|---|---|---|---|---|
| 11 | INJ | HIGH HEELED PLATFORM SHOE #1 | 6 / 1 | PVC | 7 | 40 | 3,346 | 53,000 | |
| 12 | INJ | PLATFORM SANDALS #2 | 4 / 2 | PVC | 7 | 35 | 4,073 | 40,000 | |
| 13 | INJ | SNEAKERS #3 | 4 / 2 | PVC | 7 | 35 | 4,073 | 40,000 | |
| 14 | INJ | SLIPPERS #4 | 2 / 1 | PVC | 7 | 35 | 2,037 | 42,000 | |
| | | SHORT BOOT #5 | 2 / 1 | | | | | | |
| 15 | LINE | SPRAY MASK (HIGH HEELED PLATFORM SHOE) | | | | | | 2,000 | |
| 16 | LINE | SPRAY MASK (PLATFORM SANDALS) | | | | | | 2,000 | |
| 17 | LINE | SPRAY MASK (SNEAKERS) | | | | | | 2,000 | |
| 18 | LINE | SPRAY MASK (SLIPPERS) | | | | | | 2,000 | |
| | | SPRAY MASK (SHORT BOOT) | | | | | | 2,000 | |
| 20 | INJ | CONSTRUCTION BOOT #6 | 4 / 1 | PVC | 7 | 35 | 4,073 | 46,000 | |
| 21 | INJ | TALL FLOWER BOOT #7 | 4 / 2 | PVC | 4 | 35 | 4,073 | 46,000 | |
| 21 | LINE | SPRAY MASK (CONSTRUCTION BOOT) | | | | | | 2,000 | |
| 24 | LINE | SPRAY MASK (TALL FLOWER BOOT) | | | | | | 2,000 | |

TOTAL (HKD): 280,000
TOTAL (USD): 35,223

Per the e-mail on 14Dec, the no. of tooling for the shoes had been changed from 5 sets to 6 sets.
Per the e-mail on 20Dec, the no. of spray mask should be 11 sets since some shoes will be with 2 different sizes.
Per the e-mail on 21Dec, the no. of shoes and spray mask should be 7 sets.
Per the e-mail on 29Dec, the asst. ratio had been changed, so the tooling for the shoes should be re-arrange as above.

MGA 0009178.4

CONFIDENTIAL
ATTORNEYS' EYES ONLY

EXHIBIT C PAGE 369

## MGA ENTERTAINMENT STANDARD QUOTE SHEET
### TOOLING AND LINE TOOLING COST

TO : DISRA.ELI CHAN  
FROM : Jackie Chan  
PRODUCT NUMBER :

DATE : 4-Jan-01  
VENDOR : EARLY LIGHT  
PRODUCT NAME : BRATZ - DOLL PACK (ACCESSORY)

REVISION  
REF. NO.

| NO. | TOOLING/LINE TOOLING TYPE | DESCRIPTION | CAV/UP | MATL | M/C SIZE (OZ) | CYCLE TIME (sec) | DAILY RATE | COST (HKD) | REMARKS |
|---|---|---|---|---|---|---|---|---|---|
| 24 | INJ | BRUSH (COMMON) DELETED | 4 / 4 | PP | 3 | 24 | 8,146 | | |
| 26 | INJ | BELT (COMMON FOR FIONA, JADE & KADEISHA) | 4 / 4 | PVC | 4 | 14 | 8,146 | 32,000 | |
| 27 | INJ | SHOES-ACCESSORY DELETED | 4 / 4 | ABS | 3 | 25 | 2,037 | | |
| 28 | INJ | BELT-KADEISHA DELETED | 4 / 4 | PVC | 4 | 25 | 8,146 | | |
| 29 | LINE | ROLLER FOR FABRIC PRINTING HK$30,000 EACH COLOR (TOTAL 15 COLORS) | | | | | | 45,000 | |
| | | 2 COLORS FOR FIONA'S SKIRT AND BACKPACK--SUPER TRICOT | | | | | | | | |
| | | 1 COLORS FOR YASMIN'S BACKPACK--SUPER TRICOT | | | | | | | | |
| | | 3 COLORS FOR YASMIN'S SKIRT--1041 DENIM | | | | | | | | |
| | | 2 COLORS FOR JADE'S SLEEVES--SINGLE KNIT | | | | | | | | |
| | | 1 COLORS FOR FASHION PACK #2--SINGLE KNIT | | | | | | | | |
| | | 2 COLORS FOR FASHION PACK #3--SINGLE KNIT | | | | | | | | |
| | | Per the e-mail on 14Dec, the brush and the accessory had been removed. | | | | | | | | |
| | | Per the info on 20Dec, there will be an addition mold for the belt of Kadeisha. | | | | | | | | |
| | | Per the tele-con on 30 Dec, the mold of Kadeisha's belt will be deleted. The Kadeisha will use the same belt of Jade and Fiona. | | | | | | | | |
| | | | | | | | TOTAL (HKD) | 77,000 | |
| | | | | | | | TOTAL (USD) | 9,961 | |

CONFIDENTIAL -  
ATTORNEYS' EYES ONLY

MGA 0009178.5

EXHIBIT C PAGE 370

**82**

| | |
|---|---|
| **From:** | Samuel Wong |
| **To:** | Cecilia Kwok; Paula Treantafelles |
| **CC:** | Victor Lee; Frankl Tsang; Judy Rich; Mercedeh Ward |
| **BCC:** | |
| **Sent Date:** | 2001-01-05 09:59:02:578 |
| **Received Date:** | 2001-01-05 09:59:00:787 |
| **Subject:** | RE: Bratz Updated Schedule |
| **Attachments:** | |

Isaac insists the schedule need to be moved up. We are doing whatever we can to speed up the schedule. Therefore, please help to fill up our need and request as best as you can. Thank you in advance.

Best regards,
Samuel (1/5/01)

-----Original Message-----
**From:** Cecilia Kwok
**Sent:** Friday, January 05, 2001 5:55 PM
**To:** Paula Treantafelles
**Cc:** Samuel WONG; Victor Lee; Frankl TSANG; Judy Rich; Mercedeh Ward
**Subject:** Bratz Updated Schedule

Dear Paula,

Have meeting with Isaac this afternoon, the PS for Bratz move up to 5/1/01.
When you received the fabric artwork from the designer on 1/5 (LA Time), please **email the files to HK** instead of by Fedex.
We will have the updated schedule early next week.

Regards,
Cecilia

Confidential - For Attorney's Eyes Only

MGA 0048571

**83**

| From: | Isaac Larian |
| Sent: | Wednesday, January 10, 2001 9:49 PM |
| To: | Eva Chuck |
| Cc: | Eric Yip; Helene Bartels; Patrick Williams; Lon Ross |
| Subject: | Letter to Walmart- Please edit and give to Eric to send with the samples right away. |

1-11-2001

Mr. Ron Stover

Wal-Mart

Dear Ron,

Thanks for your call.

1- Mrs. Field cookie factory:

I am sending you herewith the accessories. Each unit will contain the following:

3 assorted mixes.

1 Baking Tool

1 Spatula

1 Cookie Spoon

1 Muffin Spoon

1 Dipping Cup

1 Butter warming lid

1 Muffin Pan

1 Cookie/ Brownie Pan

4 Baking Tips cards

1 Recipe Booklet

3 money –saving coupons worth $10 for shopping any Mrs. Field Cookie products.

Total 18 pcs of accessories and coupons.

All of these will be prominently featured in the final packaging

2- Bratz:

We are sending you samples herewith. Please note these are duplicate samples for product selection purposes only. The final product will have a much better face paint and accessories (as you saw in the showroom).

MGA003727

4/20/2004

CONFIDENTIAL –
ATTORNEYS EYES ONLY

EXHIBIT __C__ PAGE 372     MGA0003727 B

If there are any further questions, please feel free to call me at my cell phone 9405-4387

Thank you for your consideration.

Sincerely.

Isaac Larian

4/20/2004

CONFIDENTIAL -
ATTORNEYS EYES ONLY

MGA003728

EXHIBIT ___C___ PAGE 373

MGA0003728 B

84

| | |
|---|---|
| From: | Bryant598@cs.com |
| Sent: | Thursday, January 11, 2001 12:10 PM |
| To: | PTreantafelles@mgae.com |
| Subject: | Yasmin's Backpack Design |

Hi Paula, can you forward this to the appropriate people on our team? Thanks.

Hi everyone on Bratz team,

I think there has been some miscommunication on this backpack which I'm afraid I may be at fault for; I apologize. .

Please understand that at one point we had talked about creating a print on a 'lace' fabric to make the backpack appear as if it were real crocheted fabric.

After talking with our fabric designer Sarah Halpern. I decided that maybe this was not the best route to take, and decided to create the ENTIRE body of the backpack as an engineered print made to SIMULATE crocheted lace on top of a solid color. This reflects the fabric artwork you have now. We should NOT print this design on any lace at all, rather, we should print it on the brushed tricot fabric that was called out on the design spec sheets. This should allow us to do an engineered print much easier, allow us to use all the colors necessary, hopefully, and may give us more options other than using a silk-screening process.

Unfortunately, I'm not sure I communicated this change to everyone, which I think is the reason for the confusion, but I hope this clears things up, and again I apologize for the miscommunication!

Thanks.
Carter Bryant

ATTORNEY'S EYES ONLY          MGA000365

EXHIBIT _C_ PAGE _374_

85

| From: | Cecilia Kwok |
|---|---|
| Sent: | Tuesday, January 16, 2001 4:50 PM |
| To: | Paula Treantafelles; Carter Bryant |
| Cc: | Judy Rich; Samuel Wong |
| Subject: | RE: Bratz Hair |

Dear all,

We confirmed the hair code for each doll are:
Cloe : HB519 straight hair
Yasmin : HB522 20mm curl
Jade : HB9601 straight hair
Sasha : HB 312 straight hair

There was no change & same as before.
Please confirm.

Regards,
Cecilia

-----Original Message-----
From:      Paula Treantafelles
Sent:      Wednesday, January 17, 2001 12:40 AM
To:        Cecilia Kwok; Carter Bryant
Cc:        Judy Rich; Samuel Wong
Subject:   RE: Bratz Hair

Cecilia
Did you confirm the hair colors with Carter last night at our conference call. We wanted to discuss before you released the FMA

-----Original Message-----
From:      Cecilia Kwok
Sent:      Monday, January 15, 2001 10:15 PM
To:        Paula Treantafelles
Cc:        Judy Rich; Samuel Wong
Subject:   RE: Bratz Hair

Dear all,

Noted and will release the all hair MA with 500D/10F for production accordingly.

Regards,
Cecilia

-----Original Message-----
From:      Paula Treantafelles
Sent:      Tuesday, January 16, 2001 6:14 AM
To:  Samuel Wong; Cecilia Kwok
Subject:

Per your earlier inquiry .. please note that we will be using 500D/10F in saran hair

ATTORNEY'S EYES ONLY

MGA000369

EXHIBIT C PAGE 375

material

ATTORNEY'S EYES ONLY

MGA000370

EXHIBIT C PAGE 376

86

| | |
|---|---|
| From: | Cecilia Kwok |
| Sent: | Tuesday, January 16, 2001 2:35 AM |
| To: | Paula Treantafelles; Colleen O'Higgins; Judy Rich; Carter Bryant |
| Cc: | Samuel Wong; Victor Lee |
| Subject: | RE: BRATZ pending softgoods approval |

Dear all,

Please see my additional comments that discuss in today conference call (1/16 HK Time).

Re: Final Die Cut Pattern & Ref Samples
LA will advise if there is any fine tune for the die cut pattern. The DDD for the Final Die Cut Pattern is 2/15/01.
We requested to have one full set of the sewn reference sample. Confirmed to use the samples for HK TF.

Carter, I added some PMS requested, please double check & reply us. Thanks.
Paula, Please double check & confirm my comments.

Regards,
Cecilia

> -----Original Message-----
> From:    Paula Treantafelles
> Sent:    Tuesday, January 16, 2001 12:59 PM
> To:      Samuel Wong; Cecilia Kwok; Colleen O'Higgins; Judy Rich; Carter Bryant; Victor Lee
> Subject: BRATZ pending softgoods approval

The following fabric is still pending approval. Noted that approval must be confirmed by 2/16:

Sasha-
- pompom for color
- fabric art for sleeve printed on white single knit construction.
  [Cecilia] Use approved single knit construction for the Fashion Pack#2 T-shirt
- backpack light blue nylon
- 7mm stripe for side of backpack
- [Cecilia] The 3mm Braid – gray/ white dropped
- orange elastic for the skirt pockets and drawstring for bottom of skirt
- rainbow print for shirt.  CARTER- please send PMS colors for the rainbow print for top
  [Cecilia] We also need the PMS colors for the background. We also advised that there will be no fabric swatch for approval.
- belt in correct color.     CARTER- please advise PMS color for belt
- yarn colors for hat
  [Cecilia] Dropped the 2x2 Rib knit and changed to double knit with same sparkle effect. We are checking with EL & will advise by tomorrow.
- heat transfer logo
- new deco color to replace pumpkin deco   CARTER- please advise PMS color
  [Cecilia] This is for the new deco for the sneaker shoes.

[Cecilia] Approved the white color of the pants sent on 12/15.
[Cecilia] Dropped the button for the skirt
[Cecilia] The backpack piping : use fabric in any construction, but with the correct color.

ATTORNEY'S EYES
ONLY

MGA000366

EXHIBIT ___C___ PAGE 377

Yasmin-
- skirt trim in correct color
  *[Cecilia]* The skirt trim design & construction sent on 1/13 approved.  Need lab dip submission.
- pannae knit in correct color
  *[Cecilia]* This is for the Top. Will send two swatch - one is for the color & one is for the wave effect
- submission of shirt with wave detail
- sleeves for top in correct color
- pants ribbon in correct color
- headkercheif, headkercheif ribbon and backpack challenge vendor to improve contraction
  *[Cecilia]* will only have the improved construction of the head kerchief.  Will stick on the 3mm flock ribbon for the head kerchief ribbon.
- submit headkercheif, headkercheif ribbon and backpack in correct color in currently approved construction
- backpack engineering print  HK to work with vendor to decrease number of colors used
  *[Cecilia]* This should be provided from CARTER.
- skirt engineering print  Hk to work with vendor to decrease number of colors used
  *[Cecilia]* This should be provided from CARTER.

Jade:
- color submission for trim of skirt
- submission of engineering print for sleeves
- lab dip for bodice of t-shirt in correct color
- stripes on pants in correct colors
- lab dip of pants in correct color
- double knit beenie with engineering print
- strings for beenie in the correct colors
- heat transfer logo
- *[Cecilia]* The skirt use some fabric (color & construction) as the Cloe's Pants & Jacket.
- *[Cecilia]* belt in correct color.    CARTER- please advise PMS color for belt

Chloe:
- aqua lightweight poly in correct color
- white woven nylon for color approval
  *[Cecilia]* This is for the backpack
- pu pearlized blue trim for backpack
- headband with our submitted engineering print.
- heat transfer logo.
- *[Cecilia]* Accepted to use silver paint instead of the silver foil for the heat transfer logo.
*[Cecilia]* Approved the swatch (color & construction) sent on 1/6 for the Pants' trim
*[Cecilia]* Approved the denim color sewn with the Pants' trim for the Jacket & Pants both color & construction. (The pants trim sent on 1/6).  This fabric will also be used on Jade's skirt.
*[Cecilia]* Approved both the color & construction for the 3mm & 2mm silver studs which sent on 12/27.
*[Cecilia]* Super Brush Tricot with pattern for the Skirt & Backpack
*[Cecilia]* belt in correct color.    CARTER- please advise PMS color for belt

Study Hall Style:
- trim for backpack
- cord for pants in correct color
- *[Cecilia]* The color of the cord will be match with the color of the pants
- silkscreen submission for t-shirt

ATTORNEY'S EYES ONLY

MGA000367

EXHIBIT ___C___ PAGE _378_

- *[Cecilia]* We use engineering print for the T-shirt sleeves & Heat Transfer label for the logo on the T-shirt. We will submit both for approval.
- heat transfer logo

Pajama Power:
- white single knit for t-shirt
- ribbon for top for correct color
- *[Cecilia]* PLEASE CONFIRM THE COLOR.  THIS RIBBON ORIGINALLY IN YELLOW COLOR MATCH WITH THE COLOR OF THE TOP FABRIC.  PLEASE ADVISE IF THERE ANY CHANGES FOR THE COLOR OF THE RIBBON
- pants with engineering print
- revised purple deco for socks CARTER- please advise correct PMS color
- *[Cecilia]* Approved the pillow trim with pattern which sewn on the TF samples
*[Cecilia]* The Heat Transfer logo on the Top approved.

Dynamite Dance:
- beads that match the approved shirt color
  *[Cecilia]* This is for the purse.  The size of the beads needed to be a little bit bigger than the one for TF sample.  The shape should be not in round shape.
- sewing submission of purse in approved shirt color and construction
  *[Cecilia]* The purse will be stuffed with tissue paper.
- trim for pants
- HK to submit shoes with iridescent overspray
  *[Cecilia]* New deco color for the shoes will be advised.  CARTER - PLEASE ADVISE.
  *[Cecilia]* Comment on the purse for the TF sample
  1. The overall size needed to be smaller
  2. The handle is too long & not from both end of the purse.  The handle should be in the middle of the purse same as the HK TF sample.

PLEASE NOTE THAT ALL SHOE DECO HAS BEEN APPROVED FOR COLOR AND APPLICATION WITH THE EXCEPTION TO THE REVISIONS NOTED ABOVE FOR PAJAMA POWER, SASHA TENNIS SHOE AND DYNAMITE DANCE.
*[Cecilia]* CONFIRMED NO GLITTERING OR IRIDESCENT FINISHING FOR ALL THE SHOES EXCEPT THE ONE FOR DYNAMYTE DANCE (FASHION PACK #1)
- Accepted to use white velcro for all the outfit
- HK will quote the cost different for the low profit velcro
- Confirmed to use 50D tricot in white for the underwear
- Confirmed Yasmin & Sasha used the opened mouth and Cloe & Jade used the closed mouth in production

ATTORNEY'S EYES ONLY

MGA000368

EXHIBIT __C__ PAGE _379_

**87**

From:       Paula Treantafelles
Sent:       Thursday, January 18, 2001 2:04 PM
To:         Carter Bryant; Cecilia Kwok; Samuel Wong
Subject:    RE: BRATZ pending softgoods approval

Here are the other comments/approval against submissions sent on 1/16

Fashion Pack 2:
pants-Carter commented in below.  Please submit for approval.
pants strip:  approved for color and construction

Sasha:
pants-approved for color and construction

Jade:
skirt trim- not approved.  There is too much·brown in this sample.  Pease challenge vendor to resubmit with more red

Yasmin
cord for top:  approved for color and construction

Cloe:
backpack nylon woven:  color is approved.  construction is very good but needs to be thicker.  please resubmit
backpack piping:  approved for color and construction.

-----Original Message-----
From: Bryant598@cs.com [mailto:Bryant598@cs.com]
Sent: Wednesday, January 17, 2001 10:34 PM
To: CKwok@mgae.com
Cc: PTreantafelles@mgae.com
Subject: Re: BRATZ pending softgoods approval


Hi Cecelia,

Paula and I were just reviewing the submission for the print for the pants for fashion pak #2, "pajama power" and both felt that the colors were too light. Can I request PMS changes for this print?

I don't have the original PMS color call-outs in front of me, so I'll just have to sort of name the colors off.

For the blue background and accents on the clouds, can we change this color to 2905U.
For the green moons, can we change to 367U.
For the yellow stars, can we change to 106U.

Also, on the top for this fashion pack, I asked for a white ribbon I think. I promise not to change my mind again, but can we find a green close to PMS color 367U? This color, or a comparable color should be available on open market.

Thank you very much Cecelia.

Sincerely,
Carter

ATTORNEY'S EYES ONLY          MGA000380

EXHIBIT _C_ PAGE _380_

**88**

| | |
|---|---|
| From: | Cecilia Kwok |
| Sent: | Wednesday, January 17, 2001 10:27 PM |
| To: | Paula Treantafelles; Judy Rich; Carter Bryant |
| Cc: | Samuel Wong; Victor Lee |
| Subject: | RE: Bratz Deco Inquiry |

Dear all,

Enclosed are the photo of the color chip available for each doll for your reference.



whitedeco1-18.JPG
(37 KB)

White:



asiandeco1-18.JPG
(34 KB)

Asian:



hispanicdeco1-18.J
PG (38 KB)

Hispanic:



blackdeco1-18.JPG
(40 KB)

Black:

We also have two except color chips on hand - one is for white doll & one is for black doll.



MVC-060F.JPG (33
KB)

Since the photo may be not clear enough, listed the chips available for your reference:

Re: White
- Lip Liner                          Eye-liner
- Lips & Upper Shadow                Eye-Shadow Highlight
- Iris
- Iris Highlight
- Eye Shadow

Re: Asian
- Shadow
- Iris Highlight
- Lip Liner & Middle Shadow
- Iris & Brows

Re: Hispanic
- Shadow                            Iris & Brows
- Iris Highlight                    Shadow Highlight
- Middle Shadow
- Iris Highlight

ATTORNEY'S EYES
ONLY

MGA000371

EXHIBIT _C_ PAGE 381

- Lips

Re: Black

- Lower Shadow Highlight        Lips
- Lower Shadow                  Liner
- Upper Eye-Shadow              Iris Highlight
- Iris                          Iris Highlight

Please confirm if you still need me to send back to Carter.
Please advise Carter's Tel no to send the deco spec to Carter.

Regards,
Cecilia

-----Original Message-----
**From:**     Paula Treantafelles
**Sent:**     Thursday, January 18, 2001 11:03 AM
**To:**       Cecilia Kwok; Judy Rich; Carter Bryant
**Cc:**       Samuel Wong; Victor Lee
**Subject:**  RE: Bratz Deco Inquiry

Cecilia-

To ensure that Carter advises you correctly on your questions below.. please send back the color chips to LA office so that he:
- can sit with vendor and confirm which color should be applied to which part of face art
- which color chips were never sent to you.

Please send to him by overnite mail.

Please send these color chips directly to Carter:
Carter Bryant
1319 West 160th St
Gardena, CA 90247

-----Original Message-----
**From:**     Cecilia Kwok
**Sent:**     Wednesday, January 17, 2001 12:27 AM
**To:**       Paula Treantafelles; Judy Rich
**Cc:**       Samuel WONG; Victor Lee
**Subject:**  Bratz Deco Inquiry

Dear all,

Rec'd the face deco specification on 1/15 & have the following comments.

1. Please advise the PMS for the blusher for all the characters.
2. We received the deco master on the closed mouth roto head. However, Yasmin & Sasha will use the opened mouth roto head. Please advise if there is any other color (such as white color for the teeth) on the mouth other than the lips & lips liner. Enclosed is the photo for the opened mouth roto head for your reference. « File: Openmouth.jpg »

Please advise ALL PMS/ color indication below.
Re: White doll - Cloe
- there is no PMS/ color indication for the Brows, Middle shadow, Iris outline, Outline between the middle & lower shadow and the Eye concers

ATTORNEY'S EYES ONLY

MGA000372

EXHIBIT __C__ PAGE 382

- there is some deco on the paint master but did not show in the drawing of the eyes. Marked on the color on the photo for your reference. These colors should be appear on the final product. Please confirm.

« File: whiteeye2.jpg »  « File: whiteeye1.jpg »

Re: Asian doll - Jade
- there is no PMS/ color indication for the Lips, Upper shadow, Eye liner, Shadow highlight, Iris outline, Outline between middle & lower shadow and the Eye concers
- there is some deco on the paint master but did not show in the drawing of the eyes. Marked on the color on the photo for your reference. These colors should be appear on the final product. Please confirm.

« File: Asianeye2.jpg »  « File: Asianeye1.jpg »

Re: Hispanic - Yasmin
- there is no PMS/ color indication for the Lips liner, Lips highlight, Upper shadow, Eye liner, Spots under the eye, Outline between middle & lower shadow and the Eye concers.
- there is some deco on the paint master but did not show in the drawing of the eyes. Marked on the color on the photo for your reference. These colors should be appear on the final product. Please confirm.

« File: hispaniceye2.jpg »  « File: hispaniceye1.jpg »

Re: Black - Sasha
- there is no PMS/ color indication for the Lip line, Middle shadow, Outline between middle & lower shadow and the Eye concers.
- There is a PMS for the Liner, this is for Brows or Eye line or Both. If not, please advise the PMS.
- there is some deco on the paint master but did not show in the drawing of the eyes. Marked on the color on the photo for your reference. These colors should be appear on the final product. Please confirm.

« File: blackeye2.jpg »  « File: blackeye1.jpg »

Pointed the missing color indication on the drawing of the eye for your reference.  « File: bratzdeco2.jpg » « File: bratzdeco1.jpg »

Regards,
Cecilia

ATTORNEY'S EYES ONLY

MGA000373

EXHICIT _C_ PAGE 383



ATTORNEY'S EYES ONLY

MGA000374

EXHIBIT C PAGE 384



ATTORNEY'S EYES ONLY

MGA000375

EXHIBIT __C__ PAGE 385



ATTORNEY'S EYES
ONLY

MGA000376

EXHIBIT __C__ PAGE _386_



ATTORNEY'S EYES
ONLY

MGA000377

EXHIBIT __C__ PAGE _387_



ATTORNEY'S EYES ONLY          MGA000378

EXHIBIT __C__ PAGE _388_