**89**

Jan. 20, 2001

Hi Cecelia,

Here are the revised chips for the Bratz deco. Hopefully we have addressed all your questions.

One thing that we need to add is a deco for the scalp for all dolls. The scalps need to be painted before being rooted so that no "flesh" colors show through. There are swatches included for each character's scalp color.

I notated answers on the digital photos that you had marked in red with questions and sent these back to you.

Please do not hesitate to email me if you have further questions.

Sincerely,
Carter Bryant

ATTORNEY'S EYES ONLY

BRYANT 00376

EXHIBIT ___C___ PAGE 389

90

| | |
|---|---|
| From: | Paula Treantafelles |
| Sent: | Monday, February 05, 2001 10:14 AM |
| To: | Cecilia Kwok; Judy Rich; Carter Bryant |
| Cc: | Samuel Wong |
| Subject: | RE: BRATZ SCHEDULES 2/2 |

Can your vendor make 2 handmade samples (one cost reduced version and one exactly against paint master)?  Then we will compare and confirm which version to proceed to masks with

Please make sure that you send these submissions to Carter in my absence.

-----Original Message-----
| | |
|---|---|
| From: | Cecilia Kwok |
| Sent: | Monday, February 05, 2001 1:46 AM |
| To: | Paula Treantafelles; Judy Rich |
| Cc: | Samuel Wong |
| Subject: | RE: BRATZ SCHEDULES 2/2 |

Paula,

The deco samples with 18 ops (No cost impact version) will be handmade samples.  This is just for you to decide which version (18 ops or the deco master from LA) will be used for production.  That is, NO paint mask will be developed.  After receipt of your decision, EL will develop the paint mask & submit the counter sample for your approval.

FYI: the handmade sample is the faster method to develop the sample for your selection.  Moreover, we needed to pay the cost of the paint mask if we drop this set of paint mask.  So we suggested to send one set of the handmade samples without any cost impact for your selection first.

Please kindly accept this.

Regards,
Cecilia

-----Original Message-----
| | |
|---|---|
| From: | Paula Treantafelles |
| Sent: | Saturday, February 03, 2001 1:30 AM |
| To: | Cecilia Kwok; Judy Rich |
| Cc: | Samuel Wong |
| Subject: | RE: BRATZ SCHEDULES 2/2 |

Cecilia

I need you to submit 2 deco samples in parallel.  One cost reduced version and one exactly against the submission I sent to you.  I will expect to receive these samples on 2/13.

Please send these samples directly to LA.

-----Original Message-----
| | |
|---|---|
| From: | Cecilia Kwok |
| Sent: | Friday, February 02, 2001 3:42 AM |
| To: | Judy Rich; Paula Treantafelles |
| Cc: | Samuel Wong |

ATTORNEY'S EYES ONLY          MGA000603

EXHIBIT  C  PAGE 390

**Subject:**     RE: BRATZ SCHEDULES 2/2

Dear all,

Here's are the comment for the Bratz schedule. This schedule is valid for both doll packs & fashion packs.

Re: Softgoods
- Lab Dip Swatch (HK): 2/14 (Send out from HK)
- Final Fabric Approval (LA): 2/19
- Fabric Delivery: 4/3

The schedule change was due to the color change requested from LA.

Re: Rotocast
- Paint master spec release (LA): this is not released on 1/11, the spec sent was not complete & returned to LA on 1/18. HK received the deco spec today. (2/2)

Since there is cost impact for this deco head, we will submit a counter sample without cost impact for LA selection.
- Counter sample without cost impact: 2/13 (Sent out from HK)
- LA selection: 2/19
- Paint master sample for approval: 3/12
- Final appearance/ approval: 3/16

There will be no PS impact for the above development schedule.

Regards,
Cecilia

-----Original Message-----
**From:**     Judy Rich
**Sent:**     Saturday, January 20, 2001 8:44 AM
**To:**     Cecilia Kwok
**Cc:**     Paula Treantafelles; Samuel Wong
**Subject:**     BRATZ SCHEDULES

Cecilia,

I know that dates have been flying back and forth fast and furiously as everyone's working to get Bratz out at the end of April. I've tried to update the Bratz schedules accordingly. I reviewed the attached with Paula yesterday, and I believe they are correct, or very close to it. If you have a chance to review them before you leave, please let me know if these are the dates that you're working toward. If not, please let Paula and me know.

Thanks and have a wonderful holiday!

Judy
<< File: Bratz.xls >>
Judy Rich
Project Planner
Product Development

ATTORNEY'S EYES ONLY          MGA000604

EXHIBIT _C_ PAGE _391_

MGA Entertainment
jrich@mgae.com
818/894-2525 x173
www.mgae.com

ATTORNEY'S EYES
ONLY

MGA000605

EXHIBIT ___C___ PAGE 392

91

From: Paula Treantafelles
Sent: Monday, January 22, 2001 4:18 PM
To: Cecilia Kwok; Samuel Wong
Cc: Carter Bryant; Judy Rich
Subject: BRATZ fabric

Please note that my comments/approval on the following fabric submissions:

- yasmin headkercheif:  approved for construction only
- low prfile velcro:  approved
- purse for fashion pack 1:
  -color of beads and purse fabric approved
  -construction of purse fabric is approved
  -shape of beads not approved
- white nylon construction for cloe's backpack:  I reviewed the 1st and 2nd submissions of cloe's backpack.  I prefer the first submission.  I need you to resubmit a thicker version of the 1st submission.  If this is not possible maybe we can double layer this construction?
- I do not like the white and gray double knit submission sent for sasha's hat.  I will discuss with Carter.  I will advise tomorrow

I expect to receive another set of fabric swatches for review/approval.  I will comment tomorrow by email.

ATTORNEY'S EYES
ONLY

MGA000612

EXHIBIT _C_ PAGE 393

92

| | |
|---|---|
| **From:** | Paula Treantafelles |
| **Sent:** | Monday, January 22, 2001 12:29 PM |
| **To:** | Cecilia Kwok; Carter Bryant |
| **Cc:** | Judy Rich |

Cecilia

Please advise when you will re-send deco samples of shoes for Sasha tennis shoes, FP1 and FP3.

Please also note that I sent to you the revised deco specs for face deco. Please advise when LA can expect to see first submission against these specs.

ATTORNEY'S EYES ONLY

MGA000613

EXHIBIT __C__ PAGE 394

93

From:        Bryant598@cs.com
Sent:        Wednesday, January 24, 2001 11:29 AM
To:          CKwok@mgae.com
Cc:          PTreantafelles@mgae.com
Subject:     Bratz fabric swatch approval 1/22

Dear Cecelia,

Paula and I have received and reviewed the fabric swatches dated 1/22 and have the following comments:

Cloe skirt and backpack- Not approved; needs to be closer to construction approved on 12/26/00 (44" super brushed tricot 2C). Also, the background color should not be white; can you please have this printed on a background of either 467 or 468 U.

Jade Tshirt transfer logo- Approved; very nice!

Beannie braid- Approved
Jade Pants trim- selection #1, 5mm Approved
Sasha backpack logo- Approved
Sasha skirt and backpack orange elastic- Approved
Fashion Pack 1 Pants trim- Approved
Fashion Pack 2 ribbon for top- Not Approved; can you please try either PMS color of 365 or 372. Color submitted is too dark.
Fashion Pack 3 pant cord and backpack trim- Approved
Jade's hat and Sasha sleeve printing- Approved; we were actually very pleased with the quality of the printing. Please proceed with supplied artwork.
Sasha's hat- Not Approved; please refer to original sample fabric and match more closely- fabric needs to have silver threads in it- also, the color is too dark and has too "yellow" of a cast. Please resubmit samples--is anything available on open market that more closely resembles our original swatch?

Thank you very much!
Sincerely,
Carter Bryant

P.S. Toy fair samples look great! Thank you!!!

ATTORNEY'S EYES
ONLY

MGA000381

EXHIBIT __C__ PAGE 395

94

| | |
|---|---|
| **From:** | Paula Treantafelles |
| **Sent:** | Wednesday, January 24, 2001 5:39 PM |
| **To:** | Carter Bryant |
| **Subject:** | RE: Bratz personality profiles |

Carter
I could not open the attached.  can you reformat or fax to me?

-----Original Message-----
From: Bryant598@cs.com [mailto:Bryant598@cs.com]
Sent: Wednesday, January 24, 2001 5:33 PM
To: PTreantafelles@mgae.com
Subject: Bratz personality profiles

Hi Paula,

I always feel so corny doing these sorts of things, but I hope this will help
the actresses get into character!!!
Feel free to add/delete as you see fit.
Bye for now.

Carter

ATTORNEY'S EYES ONLY          MGA000611

EXHIBIT ____C____ PAGE _396_

**95**

From:      Paula Treantafelles
Sent:      Friday, January 26, 2001 9:39 AM
To:      Carter Bryant
Subject:      RE: BRATZ STUFF

Carter:

The sewn samples in correct construction will be sent to LA on 2/9.  I will hand them
off to Veronica on as soon as I receive them.  Final revised patterns must be submitted
to HK on week later.  They need to countersample and then LA approved by 2/26.

I will bring you two FedEx envelopes tonight

We have to finalize the hispanic model by end of day with Victoria and Isaac.  We have
to commit today.  I will let you know as soon as I know.

Come by tonight.  I am not doing anything.  I am exhausted.  Lets lay out the clothes,
shoes and accessories for each girl and admire all the cool stuff we got.  I also want
to put together all of the receipts and put together my expense account.  Lets work out
the $$ stuff.

I will be at a focus group today from 3-7  I will call you on the road when I am
returning home

I am excited to see all the stuff you got.

-----Original Message-----
From: Bryant598@cs.com [mailto:Bryant598@cs.com]
Sent: Thursday, January 25, 2001 10:23 PM
To: PTreantafelles@mgae.com
Subject: BRATZ STUFF

HI Paula!
Just a couple things- did you get your revised patterns from Veronica? I
don't remember exactly when they were due, just want to make sure you got
them!

Also, can you get me 2 more of those big office depot box lids? Those are
really nice for laying and transporting the dolls in once they're put
together. Thanks!

Got some great stuff today for the models; Jade's platform shoes, a beannie,
Cloe's boots and backpack, picked up the wigs; just have one more pair of
shoes to get each for Cloe and Yasmin....any word on the Yasmin model? I'd
like to get all the shopping wrapped up tomorrow (1/26) if possible.

Thanks Paula--do you want to get together tomorrow evening to go through all
this stuff we bought?

Carter

ATTORNEY'S EYES ONLY      MGA000610

EXHIBIT _C_ PAGE 397

96

**From:**      Paula Treantafelles
**Sent:**      Tuesday, January 30, 2001 9:36 AM
**To:**      Judy Rich; Carter Bryant
**Cc:**      Colleen O'Higgins; Cecilia Kwok; Samuel Wong
**Subject:**      RE: FINAL FABRIC APPROVALS FOR BRATZ

In my absence Carter will be fabric approving the pending swatches. They need to be sent directly to his house. he will advise immediately by email.

-----Original Message-----
**From:**     Judy Rich
**Sent:**     Tuesday, January 30, 2001 8:59 AM
**To:**      Paula Treantafelles
**Cc:**      Colleen O'Higgins; Cecilia Kwok; Samuel Wong
**Subject:**   FINAL FABRIC APPROVALS FOR BRATZ

Paula,

I'm concerned that we've got final fabric approval deadlines approaching for Bratz on 2/16, and you're going to be in NY that week. Do you plan on having fabric approved before you leave, or are you making arrangements to approve fabric in NY? Please advise.

Thanks.

Judy

Judy Rich
Project Planner
Product Development
MGA Entertainment
jrich@mgae.com
818/894-2525 x173
www.mgae.com

ATTORNEY'S EYES ONLY

MGA000609

EXHIBIT _C_ PAGE _398_

97

From:           Paula Treantafelles
Sent:           Tuesday, January 30, 2001 9:36 AM
To:             Judy Rich; Carter Bryant
Cc:             Colleen O'Higgins; Cecilia Kwok; Samuel Wong
Subject:        RE: FINAL FABRIC APPROVALS FOR BRATZ

In my absence Carter will be fabric approving the pending swatches. They need to be sent directly to his house. he will advise immediately by email.

-----Original Message-----
From:        Judy Rich
Sent:        Tuesday, January 30, 2001 8:59 AM
To:          Paula Treantafelles
Cc:          Colleen O'Higgins; Cecilia Kwok; Samuel Wong
Subject:     FINAL FABRIC APPROVALS FOR BRATZ

Paula,

I'm concerned that we've got final fabric approval deadlines approaching for Bratz on 2/16, and you're going to be in NY that week. Do you plan on having fabric approved before you leave, or are you making arrangements to approve fabric in NY? Please advise.

Thanks.

Judy

Judy Rich
Project Planner
Product Development
MGA Entertainment
jrich@mgae.com
818/894-2525 x173
www.mgae.com

ATTORNEY'S EYES ONLY

MGA000609

EXHIBIT __C__ PAGE 399

98

| From: | Paula Treantafeles |
|---|---|
| Sent: | Wednesday, January 31, 2001 11:32 AM |
| To: | Carter Bryant |

Carter
I didnt want to wake you up so I wanted to drop this email instead.

Can you come in on Friday morning to talk with Steven about the rooting and grooming masters for BRATZ. Can you be in by 10:00? I want to make sure that the rooting and grooming masters are released by next Thursday to HK. I will be in NY so I thought Friday would be a good time to check in.

I am also going to have him do the rooting and grooming masters for Tabitha and MD02. So I will discuss these with him on Friday as well

MGA000608

CONFIDENTIAL -
ATTORNEYS EYES ONLY

MGA0000608 B

EXHIBIT C PAGE 400

| From: | Paula Treantafelles |
|---|---|
| Sent: | Friday, February 02, 2001 7:09 PM |
| To: | Cecilia Kwok; Carter Bryant |
| Cc: | Samuel Wong |
| Subject: | RE: Bratz Meeting Recap 2/2 |

Carter
I am leaving work right now. I called you but Richard said that you were sleeping.  Call me.  We need to talk about the below and issue related to Yasmin's headkercheif.

Cecilia
I will call you as soon as I discuss with Carter.

-----Original Message-----
From: Cecilia Kwok
Sent: Friday, February 02, 2001 4:35 PM
To: Bryant598@cs.com; Paula Treantafelles
Cc: Samuel WONG
Subject: RE: Bratz Meeting Recap 2/2


Dear all,

We sent 3 thickness - 15D, 30D & 50D Tricot for the lining & underwear on 12/23 & 12/27. It was commented that the 15D tricot was too thin & needed to be thicker.  Hence, HK sent the 30D & 50D for selection. Finally, decided to use 50D for ALL the Lining & Underwear.  Please clarify if All the lining & Underwear changed to 15D Tricot in White color.

Regards,
Cecilia

-----Original Message-----
From: Bryant598@cs.com [mailto:Bryant598@cs.com]
Sent: Saturday, February 03, 2001 8:31 AM
To: CKwok@mgae.com
Subject: Re: Bratz Meeting Recap 2/2


Cecelia,

regarding the lining for Cloe pants and jacket; you had written 50D tricot-it MUST BE 15D tricot, not 50D, otherwise, the clothing WILL NOT FIT THE DOLL.

Please confirm.

thank you,
Carter Bryant

ATTORNEY'S EYES ONLY        MGA000606

EXHIBIT ___C___ PAGE 401

| | |
|---|---|
| From: | Paula Treantafelles |
| Sent: | Monday, February 05, 2001 10:17 AM |
| To: | Carter Bryant; Cecilia Kwok |
| Cc: | Paula Treantafelles |
| Subject: | RE: Bratz Meeting Recap 2/2 |

Carter
Please make sure that you advise Cecilia on Yasmin's headkercheif. We need to proceed
with the less favorit construction originally approved by Mercedeh to prevent cost and
schedule impact.

-----Original Message-----
From: Bryant598@cs.com [mailto:Bryant598@cs.com]
Sent: Friday, February 02, 2001 11:24 PM
To: CKwok@mgae.com
Cc: PTreantafelles@mgae.com
Subject: Re: Bratz Meeting Recap 2/2

When we originally spoke of this, I thought we were only changing the
underwear to 50d.
I have confirmed with Paula, please change all linings and underwear to 15D.

Thank you.
Carter Bryant

ATTORNEY'S EYES
ONLY

MGA000602

EXHIBIT __C__ PAGE 402

From:       Paula Treantafelles
Sent:       Monday, February 05, 2001 10:28 AM
To:         Carter Bryant
Subject:    RE: Bratz Meeting Recap 2/2

Carter
Here is my NY info.

New York Helmsley
212 490 8900

I will be in NY until the 15th.

I will be in the office on the 16th

I will miss ya.

Thanks so much for all of your help.

-----Original Message-----
From: Bryant598@cs.com [mailto:Bryant598@cs.com]
Sent: Monday, February 05, 2001 10:28 AM
To: PTreantafelles@mgae.com
Subject: Re: Bratz Meeting Recap 2/2

I did.

Carter

ATTORNEY'S EYES ONLY          MGA000600

EXHIBIT ___C___ PAGE 403

**102**

From:       Paula Treantafelles
Sent:       Monday, February 05, 2001 2:33 PM
To:         Cecilia Kwok; Carter Bryant; Judy Rich; 'Peter Marlow'; Samuel Wong; 'Sarah Halpern'
Cc:         Kerri Brode
Subject:    stuff to be sent while I am away

**BRATZ:**

-rooting master releases to HK on 2/8 (Steve make sure that you give these masters to Kerri so that she can send them to HK for you)

**Singing Bouncy Baby:**

-SG package release to HK on Monday 2/12 (fabric swatches, sewn sample, final pattern) Veronica please make sure that you give this SG package to Kerri so that she can send them to HK.

**Toddler Tabitha:**

-Fabric art release for overall jeans on 2/12  (Sarah lets discuss if this release is ok for you. Please make sure that you send this art by email to me and I will forward to HK)
-deco master release on 2/21
-rooting masters release to HK 2/21

**MDB2:**

-rooting masters release on 2/21
-deco master release on 2/21

Samuel and Cecilia-
I apologize for the 2/21 releases. Please advise whether/not these 2/21 releases will impact schedule.

Please note that these 2/21 releases will be submitted on the 8% larger heads. I still have not received product sized heads. Is this 8% larger head going to cause your vendor issues or do you prefer that we submit these releases on product sized heads.

CONFIDENTIAL -
ATTORNEYS EYES ONLY

MGA000599

MGA0000599 B

EXHIBIT __C__ PAGE _404_

103

From:           Paula Treantafelles
Sent:          Friday, February 16, 2001 5:23 PM
To:            Cecilia Kwok
Subject:       RE: Bratz - Tooling sample for the Belt

I will send it on Monday

-----Original Message-----
From: Cecilia Kwok
Sent: Friday, February 16, 2001 5:00 PM
To: Paula Treantafelles
Subject: RE: Bratz - Tooling sample for the Belt

Paula,

Please send it back.   Thanks.

Regards,
Cecilia

-----Original Message-----
From: Paula Treantafelles
Sent: Saturday, February 17, 2001 4:46 AM
To: Carter Bryant; Paula Treantafelles; Cecilia Kwok
Subject: RE: Bratz - Tooling sample for the Belt

Please note that I approved this sample by email while I was in NY.

Cecilia
Do you need me to send this sample back to you?

-----Original Message-----
From: Bryant598@cs.com [mailto:Bryant598@cs.com]
Sent: Monday, February 05, 2001 11:30 PM
To: PTreantafelles@mgae.com
Subject: Fwd: Bratz - Tooling sample for the Belt

Paula,

I think this looks really good....what do you think?

Carter

ATTORNEY'S EYES
ONLY

MGA000576

EXHIBIT __C__ PAGE 405

104

**From:**       Paula Treantafelles
**Sent:**       Friday, February 16, 2001 5:53 PM
**To:**         Cecilia Kwok
**Subject:**    RE: Bratz Pending Fabric Schedule 2/12

Cecilia
Please send to me an updatd list reflecting current status on pending softgood approvals?

-----Original Message-----
**From:**       Cecilia Kwok
**Sent:**       Monday, February 12, 2001 4:10 AM
**To:**         Paula Treantafelles; Lon Ross; Carter
**Cc:**         Samuel WONG; Judy Rich; Victor Lee
**Subject:**    Bratz Pending Fabric Schedule 2/12

Dear all,

Enclosed is the updated summary for the Pending Fabric submission for your reference. Some of the schedule changed due to EL internal rejection some of the fabric submission but they will not slip our PS (4/28) schedule. Moreover, we will keep on pushing EL to submit the fabric earlier.

Re: Cloe
    1.  Skirt/ Backpack: Construction Approved, but needed to change the Background Color (468U). Will submit on 2/14
    2.  T-shirt: Will submit on 2/15.
    3.  Headband: Will submit on 2/17.
    4.  Heat Transfer Logo on T-Shirt. Need color change & will submit on 2/22.

Re: Yasmin
    1.  Top: Panne Knit. Wave pattern samples sent on today (2/12). Lab dip swatch will submit on 2/17.
    2.  Top Sleeves: Will submit on 2/14.
    3.  Pants Ribbon: Will submit on 2/22.
    4.  Skirt Trim: Will submit on 2/15.
    5.  Headkerchief: Die cut sample in correct fabric construction will submit on 2/15.
    6.  Backpack: will submit on 2/17.

Re: Sasha
    1.  Hat: Confirmed it is acceptable to have lab dip submission of the yard & the construction sample of the silver thread.
    Lab dip yard & Construction sample will submit on 2/14.
    2.  Pom Pom on the Hat. Will submit on 2/14.

Re: Fashion Pack #3
    1.  T-shirt Sleeves: Will submit on 2/14.
    2.  Heat Transfer logo on t-shirt. Will submit on 2/22.

Regards,
Cecilia

ATTORNEY'S EYES
ONLY

MGA000582

EXHIBIT ___C___ PAGE 466

105

From:         Paula Treantafelles
Sent:         Friday, February 16, 2001 1:45 PM
To:           Rachel Harris; Colleen O'Higgins; Carter Bryant
Subject:      RE: changes made in NY

Thanks for your input.  I already revised Carter's designs attached in the below.  Its totally BRATZ'ed out.

-----Original Message-----
From:         Rachel Harris
Sent:         Friday, February 16, 2001 8:56 AM
To:           Colleen O'Higgins; Carter Bryant; Paula Treantafelles
Subject:      RE: changes made in NY

Comment for Bratz Only

If we add a brush it needs to look very cool not cute and girly.

_____

From:         Samuel Wong
Sent:         Monday, February 12, 2001 4:09 AM
To:           Lun Ross; Rachel Harris; Jim Olmstead; Colleen O'Higgins; Judy Rich; Carter Bryant
Cc:           Disraeli Chan; Cecilia Kwok; Ringo Tam; Victor Lee; Franki Tsang
Subject:      RE: changes made in NY

Dear All,

The following is a long message and pls kindly study patiently and advise us point by point for our follow up, thanks for your attention in advance!

See my comments :

Tabitha :

1) Noted, will drop the hat.

2) pls advise when the hair clip sample will go out from NY. Will LA provide new design, if so, when will the design ready for our follow up. We suppose the hair clip is injection part, therefore, we need to build one additional tooling and please be reminded that there will have cost impact. Actual cost impact will advise upon receipt the design. Please hurry up your design in order for us to start tooling and review the cost. ( Pls.note our following advise regarding Isaac's target cost against our current quoted unit cost and take into consideration wether we should add the hairclips or not and re-confirm HK for the final decision. )

3) Regarding the purse : please be reminded that Isaac is requesting to cost reduce this item to Right now, our cost is USD         and we still cannot achieve Isaac's target cost. if add the purse which means the unit cost will go up and even further away from Isaac's target cost. Pls take into consideration before LA make final decision whether the purse should be added in or not.

4) Regarding the stuff that you are waiting for :
material of single knit for T-shirt and material of cotton twill for overall ( jean ) were sent out for material construction approval on 2/9 to New York already. The envelop was sent to Paula's attention.

5) Regarding the art for T-shirt, flower icon for jeans ( overall ) pocket and ribbon for trim of pant :
Per your seperate e-mail 2/12, your designer cannot provide the new art for the jeans.

**REDACTED**

CONFIDENTIAL -
ATTORNEYS EYES ONLY

MGA000583

MGA0000583 B

EXHIBIT ___C___ PAGE 407

Regarding the revised eye deco and lips for white version - will send out to New York for Paula's final review and approval on 2/13 (HK time).

Regarding the revised hair color for AA version according to your - will send out to Paula for final review and approval on 2/13 (HK time)

Regarding the 2nd version - the prescanning of this 2nd version verbally advised by the laboratory today is passed. The certificate will be properly relased on 3/10. Factory is working on the production schedule of this 2nd version based on the certificate release on 3/10 and will advise us tomorrow. Will advise upon receipt the information.

NOTE : REGARDING THE SILVER COLOR ON THE SCOOTER, CURRENTLY THE SALES SAMPLES THAT WE ARE PREPARING FOR YOUR SHOW US ALL BY SPRAY PAINTED. WE WILL NOT USE SPRAY PAINTS FOR THE SILVER COLOR IN ACTUAL PRODUCTION. INSTEAD, ALL THE SILVER COLOR IS THE MOLDING COLOR ( PER THE CURRENT QUOTATION). WE WILL SEND YOU SAMPLES FOR YOUR REFERENCE TOMORROW BETWEEN THE MOLDING SILVER COLOR AND SPRAY PAINT SILVER COLOR.

Regarding the revised deco. sample for the scooter wheel base, handle grip, shoes, r/c unit and helmet will be ready to send out to New York for Paula's approval on 2/15 (our time).

Jump Rope Doll :

Regarding the revise packaging structure dimension to match the SV sku - please use the current SV glit box and shows us how to layout the Jump rope doll and her accessory inside the packaging so that we can mock up one sample for your review. Pls. advise.

Pls advise if Rachel have any preliminary art or any box construction that you can show us for reference ?

Regarding to add back one hair scrunchie : please note that we have to build a new toolings. The tool is 2 cav/2up mold and cost is          Please confirm we can proceed the toolings or not? In addition, there is an cost impact, the cost will increase          Please confirm this cost increase is confirm or not?

Regarding the jump rope for doll and child in correct color - samples will be sent on 2/13.
Regarding the revised sewn sample : sample will be sent out on 2/13 ( with this revised sewn pattern sample, the swich at the back of the doll is exposed so that customers can see it more clearly.) Please confirm this revised sewn sample is approved upon receipt. Sample will be sent to New York for Paula's approval.

Regarding the AA eye and lip deco - will be sent on 2/15.

Regarding Isaac's challenging : HK comes up with a sample that when the child pick up the doll while she is jumping the rope, the jumping action will stop immediately but the doll is still singing the song ( ie: mechanism will be stopped but the song will keep go on - ). We will show you the video tomorrow ( the sample that we will send for your review the revised sewn pattern has already incorporate with this modification on the mechanism, pls review upon receipt the sample). Besides, we have softened the clutch to overcome the concern of the pinch points, the revised sample will be ready to send out on 2/20 (per our checking with Laboratory, it is passed).

Peek a boo :

Noted you want to remove the acetate from the top panel and add to the area that is currently kept open for this item. Our concern is : the top panel become weak if we take away the acetate which is use for reinforce this area. We have to do transit / carton drop to verify the result. Will let you know our findings before this weekend.

Per our schedule, LA is going to provide us with FMA on 2/28. Do you have any new construction design for this gift box? or the construction will be same as the current super value doll? pls advise.

Bratz :

Regarding adding a J-hook - noted and will prepare sample for your review accordingly.

Regarding the handle on the both the doll and fashion pack - noted the customers like the handle.
Is it confirm to have this handle in production ? Please note that this handle will be clear handle, no color. Pls confirm

REDACTED

CONFIDENTIAL -
ATTORNEYS EYES ONLY

MGA000584

MGA0000584 B

EXHIBIT __C__ PAGE _408_

It is approved and accepted.

Regarding add a brush :
<<File: brushit.JPG>> <<File: brushsd.JPG>>
Pls see the attached pictures for our suggest size for this brush ( approx. : 3.5" (L) x 1"(wide) ).
Pls. confirm if this size is OK with you or not? If so, we will cost it out ( additional cost to the unit and tooling cost)
based on this size for your ref.
If we put the brush in the base which means customers cannot see it and we may need to print something to alert
customers to avoid them to throw the base away after taking out the doll from the gift box without taking out the
brush. Pls. advise your thought.

Regarding the deco sample, we will have one full set deco samples (ie: 4 samples) with our current quoted 18 spray
operations and one full set of deco samples (ie: 4 samples) as per your provide decoration master for your review
and compare and make final decision on whether we should use the 18 spray operations or spray as per your
provided deco. master for production on 2/14. PLEASE BE REMINDED THAT PER OUR PREVIOUS ADVISE,
THERE WILL HAVE COST IMPACT IF LA FINAL DECIDE TO FOLLOW YOUR DECO. MASTER FOR THE
PRODUCTION.

Regarding the hair rooting sample : HK received the hair rooting master from LA today ( 2/12). Will advise the
delivery date of our counter sample after reviewed with factory.

Revised Singing Bouncy Baby :

HK recieved LA revised Singing Bouncy Baby sample and information about the revised singing bouncy baby today
(2/12). Noted this change is on a running change basis. Wait for your further direction on the hair spec and
rooting master information after your return to office.

Thanks & best regards
Samuel (2/12/01)
        —Original Message—
    From:    Lon Roos
    Sent:    Monday, February 12, 2001 1:36 AM
    To:      Rachel Harris; Jim Olmstead; Samuel Wong; Cecilia Kwok; Colleen O'Higgins; Judy Rich; Ringo Tam; Victor Lee; Carter Bryant
    Subject: changes made in NY...

    Tabitha
    *    drop the hat
    *    add about 3 very small hair clip to pull back front part of hair (I will send a sample to Samuel from NY)
    *    look to possibly adding a purse large enough to hold all the accessories (3 clips, 1 brush, 3 spoons, 1 juice
         box and 1 food dish). Please note that this is only being considered... this is not a direction.

    LA's next steps:
    -rooting master release on 2/22
    -deco master release on 2/22
    -program release on 2/10
    -rough sewn sample of purse (I will commit as soon as I return to LA).

    I am waiting for:
    -fabric submission for construction and art for shirt, flower icon for jeaqn pocket and ribbon for trim on pants
    -product sized head
    -skins of new arms and legs

    MDB2:

    LA's next steps:
    -rooting master release on 2/22
    -deco master release on 2/22

    I am still waiting for:
    -product sized head

CONFIDENTIAL -
ATTORNEYS EYES ONLY                    MGA000585

MGA0000585 B

EXHIBIT ___C___ PAGE 409

**Scooter**
- We will need to make sure that we add the frequency version on the package.  I suggest that we add a label so that it is easier for the vendor to control.  Samuel-please advise your thoughts.
- Retailers feel strongly that we pack th4e helmet on the insert below the r/c unit vs packin with helmet on th4e head.

**LA's next steps:**
-FMA release

**I am waiting for:**
-revised eye deco and lips for white version
-revised hair color for aa versions
-revised deco for scooter wheel base, handle grips, shoes, r/c unit and helmet

Please advise when the 2nd frequency version wiliol be shipped after inital PS.  Please advise how many weeks from shippement of 1st frequency 1st shipment.

**Jump Rope Doll**
- revise package structure dimensions to match that of SV skus but we will not add the same graphics or line look to the art
- add back the hair brush and.1 hair scrunchie

**LA's next steps:**
-FMA release

**I am waiting for:**
-jump rope for doll and child in correct color
-revised sewn sample
- -aa eye and lip deco

Isaac advised that he challeneged the HK on how improve issues related to pinch points and accessibility to the on/off switch. Please advise your status and information

**Peek a boo**
- Retailers want to remove the acetate from the top front panel and add it to the area that we kept open (exposed) in past SV skus.  The objective is to keep the top front panel open to encourage the consumer to use try me without damaging the acetate.

**BRATZ**
- Reatilers want to add a jhook to the back panel so that if they choose to merchandise these units by Fhook they can fold it up from the back panel.
- They like the handels on both the doll and fashin packs
- Look into possibility of adding a small brush to promote hair play. This is only a consideration... not a direfction and I want to consider packing this accessory in the base so that it is not visible in pack out.  I dont want this accessory to discourage the older target market.

I know that development is moving forward.  Please keep me cc'ed on all related emails.

Please advise when you will be sending the deco and rooting countersamples to LA. I know that you have already advised but I dont have my laptop here for reference.

**Revised Singing**
- The loved the new design
- New softgoods package will be released to HK tomorrow (Monday)

CONFIDENTIAL -
ATTORNEYS EYES ONLY

MGA000586

MGA0000586 B

EXHIBIT ___C___ PAGE 410

- We will use current skin color and eye deco art and colors used on Hoppity Bouncy Baby
- As soon as I return to the office I will ask my hair vendor to release specs and roorling masters. We will use the same hair color and curl size submitted on the NYTF samples.

PLEASE NOT THAT WE WILL BE SHIPPING THIS RERVISED SINGING BOUNCY BABY AS A RUNNING CHANGE AS SOON AS WE HAVE IT AVAILABLE.

CONFIDENTIAL -
ATTORNEYS EYES ONLY

MGA000587

MGA0000587 B

EXHIBIT __C__ PAGE 411

106

| From: | Paula Treantafelles |
|---|---|
| Sent: | Friday, February 16, 2001 1:21 PM |
| To: | Cecilia Kwok; Carter Bryant |
| Cc: | Samuel Wong |
| Subject: | RE: Bratz Hand Paint Deco Samples?ATTN PAULA |

Carter
Lets discuss this deco stuff this weekend.  I will call you so we can plan on one day.

-----Original Message-----
From: Cecilia Kwok
Sent: Wednesday, February 14, 2001 11:47 PM
To: Bryant598@cs.com; Paula Treantafelles
Cc: Samuel WONG
Subject: RE: Bratz Hand Paint Deco Samples?ATTN PAULA

Carter,

As I said before, the color will be different if using different painting methods even using same color.  This also happens in hand painting method such as apply different amount of paint. Anyway, we will ask Early Light try to use same color for the upper & lid shadow.  But this will be similar effect as the Hand paint sample which sent two days ago.  We will ask vendor to follow the 3D deco master accordingly.

Regards,
Cecilia

-----Original Message-----
From: Bryant598@cs.com [mailto:Bryant598@cs.com]
Sent: Thursday, February 15, 2001 1:00 PM
To: CKwok@mgae.com
Subject: Re: Bratz Hand Paint Deco Samples?ATTN PAULA

Cecilia,

yes, you're right! Color is and beauty is very subjective!

For the upper shadow for Yasmin, I am quite positive that our vendor here in L.A. used the same color for Yasmin's lid shadow as for the upper shadow.

Let's use the same color for the upper shadow as the lid shadow (not the lid highlight).

Thanks again!
Carter

ATTORNEY'S EYES ONLY

MGA000589

EXHIBIT C PAGE 412

107

| | |
|---|---|
| From: | Paula Treantafelles |
| Sent: | Friday, February 16, 2001 1:20 PM |
| To: | Cecilia Kwok; Judy Rich |
| Cc: | Samuel Wong |
| Subject: | RE: Bratz Hand Paint Deco Samples?ATTN PAULA |

Cecilia
I am back in the office.  I want us to talk tonight.  I will discuss this deco situation with Carter this weekend and I will advise no later than Monday.  But before I meet with him I want to make sure that I understand HK's position.  Call me.

-----Original Message-----
From: Cecilia Kwok
Sent: Wednesday, February 14, 2001 11:47 PM
To: Bryant598@cs.com; Paula Treantafelles
Cc: Samuel WONG
Subject: RE: Bratz Hand Paint Deco Samples?ATTN PAULA

Carter,

As I said before, the color will be different if using different painting methods even using same color.  This also happens in hand painting method such as apply different amount of paint. Anyway, we will ask Early Light try to use same color for the upper & lid shadow.  But this will be similar effect as the Hand paint sample which sent two days ago.  We will ask vendor to follow the 3D deco master accordingly.

Regards,
Cecilia

-----Original Message-----
From: Bryant598@cs.com [mailto:Bryant598@cs.com]
Sent: Thursday, February 15, 2001 1:00 PM
To: CKwok@mgae.com
Subject: Re: Bratz Hand Paint Deco Samples?ATTN PAULA

Cecilia,

yes, you're right! Color is and beauty is very subjective!

For the upper shadow for Yasmin, I am quite positive that our vendor here in L.A. used the same color for Yasmin's lid shadow as for the upper shadow.

Let's use the same color for the upper shadow as the lid shadow (not the lid highlight).

Thanks again!
Carter

ATTORNEY'S EYES ONLY       MGA000590

EXHIBIT __C__ PAGE 413

108

| | |
|---|---|
| From: | Paula Treantafelles |
| To: | Cecilia Kwok; Rachel Harris |
| CC: | Samuel Wong |
| BCC: | |
| Sent Date: | 2001-02-27 22:08:53:018 |
| Received Date: | 2001-02-27 22:08:53:018 |
| Subject: | RE: Bratz Packaging Cost |
| Attachments: | |

This looks good. When can you snd us a sample?

Rachel
What do you think?

----Original Message----
From:   Cecilia Kwok
Sent:   Tuesday, February 27, 2001 2:35 AM
To:     Paula Treantafelles; Rachel Harris
Cc:     Samuel Wong
Subject:    RE: Bratz Packaging Cost

Paula/ Rachel,

Enclosed are the photo of the packaging which we are developing for your comment.
1. The front of the packaging: << File: front.JPG >>
The sides of the packaging are not vertical (not 90 deg) with the bottom panel.
The construction of the packaging: << File: construction1.jpg >>
2. There is a trim (around 5 mm) on both sides and the trim will folded to the back of the packaging.
These will be used to trap the insert and the back panel. This also make sure that the back panel will
not fall towards to the front when pack out. << File: Trimdimension1.jpg >>  << File: Sidetrim1.jpg >>

3. There is a trim (around 3 mm) on the top panel similar to the one on the side and the trim will
folded to the back of the packaging. The portion folded to the back will be used to make the J-
Hook.

4. There is a trim (around 3 mm) on the bottom panel. << File: Bottomtrim1.jpg >>

Regards,
Cecilia

----Original Message----
From:   Paula Treantafelles
Sent:   Saturday, February 24, 2001 2:55 AM
To:     Rachel Harris; Cecilia Kwok
Cc:     Samuel Wong
Subject:    RE: Bratz Packaging Cost

Confidential - For Attorney's Eyes Only

EXHIBIT _____ C _____ PAGE 414

MGA 0048576

Yes. Can you still explain to me what HK is suggesting for packag structure?

-----Original Message-----
From:    Rachel Harris
Sent:    Thursday, February 22, 2001 6:44 AM
To:      Paula Treantafelles; Cecilia Kwok
Cc:      Samuel Wong
Subject:    RE: Bratz Packaging Cost

Great! Thank you

Paula, Do you still need info on the package?

From:    Cecilia Kwok
Sent:    Thursday, February 22, 2001 1:24 AM
To:      Rachel Harris; Paula Treantafelles
Cc:      Samuel Wong
Subject:    RE: Bratz Packaging Cost

Rachel/ Paula,

We are developing the mock up sample for the Packaging & checking the feasibility. We will take the photo of the sample for you review on 2/28. If that is acceptable, we will advise the cost on 3/2.

Please wait.

Regards,
Cecilia

-----Original Message-----
From:    Rachel Harris
Sent:    Wednesday, February 21, 2001 10:57 PM
To:      Paula Treantafelles; Cecilia Kwok
Cc:      Isaac Larian; Samuel Wong; Stephen Lee; Franki Tsang; Victor Lee; Disraeli Chan
Subject:    RE: Bratz Updated quote & Breakdown

Cecelia, Will the cost change based on the drawing you send us yesterday?

Rachel

From:    Cecilia Kwok
Sent:    Friday, February 16, 2001 6:11 PM
To:      Paula Treantafelles; Rachel Harris
Cc:      Isaac Larian; Samuel Wong; Stephen Lee; Franki Tsang; Victor Lee; Disraeli Chan

Confidential - For Attorney's Eyes Only

EXHIBIT ___C___ PAGE 415

GA 0048577

Subject:     RE: Bratz Updated quote & Breakdown

Paula,

The cost shown on the Packing/ Transportation (US$1.063 for doll pack) is based on a PVC packaging with handle & using paper label for graphic & logos. Please note that this US$1.063 did not include the newly added J-Hook. That is same as the packaging samples for TF. Please note that this is not injection PVC, it is only thick acetate sheet. That is similar to LA samples which we received for HKTF.

The cost impact for 5-C silkscreen art on the front panel was US$0.06 as listed below.

We are checking the cost for the J-Hook since we cannot use the current PVC acetate to form the J-Hook because the material used for the J-Hook must be thicker in order hold the whole weight of the product & packaging. Will advise the cost impact upon receipt the quote from EL.

Regards,
Cecilia

-----Original Message-----
From:   Paula Treantafelles
Sent:   Saturday, February 17, 2001 9:57 AM
To:     Cecilia Kwok; Rachel Harris
Cc:     Isaac Larian; Samuel Wong; Stephen Lee; Franki Tsang; Victor Lee; Disrael Chan
Subject:   RE: Bratz Updated quote & Breakdown

Thank you.  What assumptions are made on packaging for the below?
Silkscreen art for front panel?  molded acetate package material?

-----Original Message-----
From:   Cecilia Kwok
Sent:   Wednesday, February 14, 2001 2:31 AM
To:     Paula Treantafelles; Lon Ross
Cc:     Isaac Larian; Samuel WONG; Stephen Lee; Franki TSANG; Victor Lee; Disrael Chan
Subject:   Bratz Updated quote & Breakdown

Dear All,

Here are the updated unit costs for Bratz Doll Packs.  Please noted that we are still studying the cost & there are some minor changes required.  Will advise the Fashion Pack Cost by tomorrow.

Re: Unit Cost
Cloe:   US$3.753 (FOL)
Yasmin: US$3.649 (FCL)
Jade:   US$3.643 (FCL)
Sasha:  US$3.637 (FCL)
The average cost is US$3.671

Confidential - For Attorney's Eyes Only

EXHIBIT __C__ PAGE 416

MGA 0048578

**109**

From:           Paula Treantafelles
Sent:           Friday, February 16, 2001 3:05 PM
To:             Cecilia Kwok; Carter Bryant
Cc:             Samuel Wong
Subject:        RE: Logo for the Bratz Brush

Looks good.

----Original Message----
From:           Cecilia Kwok
Sent:           Thursday, February 15, 2001 8:42 PM
To:             Carter; Paula Treantafelles
Cc:             Samuel WONG
Subject:        RE: Logo for the Bratz Brush

One more photo: << File: MVC-127F.JPG >>

-----Original Message-----
From:           Cecilia Kwok
Sent:           Friday, February 16, 2001 12:43 PM
To:             'Carter'; Paula Treantafelles
Cc:             Samuel Wong
Subject:        Logo for the Bratz Brush

Dear Carter/ Paula,

I incorporated the logo into your brush drawings. Found that the circle on the logo will be too thin for molding. Vendor suggested to add the thickness of the circle to 1mm. Please accept.

Enclosed are the photos for your reference. << File: MVC-129F.JPG >> << File: MVC-128F.JPG >> << File: brushlogo.jpg >>

Regards,
Cecilia

ATTORNEY'S EYES
ONLY                    MGA000579

EXHIBIT C  PAGE 418

110

| From: | Paula Treantafelles |
|---|---|
| Sent: | Monday, February 19, 2001 8:40 AM |
| To: | Cecilia Kwok |
| Cc: | Carter Bryant; Samuel Wong; Judy Rich |
| Subject: | RE: Bratz brush - URGENT |

Cecilia
Please note that brush color should be molded in PMS247C

-----Original Message-----
From:     Cecilia Kwok
Sent:     Sunday, February 18, 2001 11:20 PM
To:       Paula Treantafelles
Cc:       Carter Bryant; Samuel Wong; Judy Rich
Subject:  RE: Bratz brush - URGENT

Dear Paula,

Noted and will move forward with Design 3. Awaiting the color direction from LA.
There will be a tooling sample sent on 2/24 and LA approval on 3/2.

Regards,
Cecilia

-----Original Message-----
From:     Paula Treantafelles
Sent:     Saturday, February 17, 2001 5:00 AM
To:       Cecilia Kwok
Cc:       Carter Bryant; Samuel Wong; Judy Rich
Subject: RE: Bratz brush - URGENT

Carter

Design 3 is MUCH better! I love it. Thanks. Did you confirm with HK on color for the brush?

I am concerned about molding it in white..I think it might look kinda cheap in this color. What do you think about
using color we are using for the BRATZ letters in the logo?

Cecilia
Please proceed with design 3. I agree with you comments on thickening the halo (circle) and slightly
enlarging the stars. Please advise nexts steps. I realize that schedule is tight. Can we see something before
you proceed to tooling?

-----Original Message-----
From:     Cecilia Kwok
Sent:     Thursday, February 15, 2001 10:51 PM
To: Paula Treantafelles
Cc: Carter; Samuel WONG; Judy Rich
Subject:       Bratz brush - URGENT

Dear Paula,

Enclosed is the summary of the Bratz & need your decision by tomorrow.

1. There are three designs available & need your selection.

MGA000571

ATTORNEY'S EYES
ONLY

EXHIBIT C PAGE 419

<< File: BRATZB~1.TIF >> Here are 3 designs for the Bratz brush, each varying slightly. Top to bottom, let's call them design 1 (top), design 2 (middle) and design 3 (bottom).
The slightly dotted line around each of the brushes represents a slightly beveled edge. The design elements (logo, stars,halo, etc. should be a slight relief (raised). The brush measurements are as follows:

design 1: 2 7/8" long x 1" wide
design 2: 2 5/8" long x 1 1/2" wide
design 3: 2 7/8" long x 1 1/4" wide

Carter's recommendation is for brush design 3.

2. We will use the final "Bratz" logo for the words & circle on the top. However, the stars on the logo are too small. We will use the stars on the logo, enlarge them & incorporate into Carter's drawing. Moreover, the circle on top of the logo is too thin & we will enlarge the thickness to 1mm.
Enclosed are photos after incorporated the logo on them. << File: brushdesign1.jpg >> << File: brushdesign2.jpg >> << File: brushdesign3.jpg >>

3. The length of the brush teeth is 9/16". The diameter of the teeth will be same as our brush for super value doll.
4. We still waiting for the color of the brush.

Regards,
Cecilia

ATTORNEY'S EYES ONLY          MGA000572

EXHIBIT C PAGE 420

111

| | |
|---|---|
| **From:** | Paula Treantafelles |
| **Sent:** | Friday, February 16, 2001 5:38 PM |
| **To:** | Carter Bryant |
| **Subject:** | RE: Bratz brush - URGENT |

yeah lets get together on sunday to go over paint masters

I think that we should go a bit more purple.  How about PMS 253

-----Original Message-----
From: Bryant598@cs.com [mailto:Bryant598@cs.com]
Sent: Friday, February 16, 2001 1:34 PM
To: PTreantafelles@mgae.com
Subject: Re: Bratz brush - URGENT


Yes, I think we could meet you Sunday....we as in??? I talked to Veronica
today,she is busy this weekend, but maybe we could set up little celebration
party maybe for next weekend and invite everyone who worked on/helped create
the Bratz?? Maybe at Cheesecake factory or something....?

anyway, back to work....ha ha. Yes, I really want to get the faces perfect,
that's my #1 goal as I think it is yours, so.....do you want to do this on
Sunday too?

How about for the brush PMS color 246U? Check it out and tell me what you
think.
Carter

ATTORNEY'S EYES
ONLY

MGA000575

EXHIBIT C PAGE 421

<u>Re: Cost Breakdown</u>

<< OLE Object: Microsoft Excel Worksheet >>

Remark:
- Original quotes (showed in sub-total) are based on paper label for the logo/graphic on packaging.
- Original quotes (showed in sub-total) are based on 18ops for the Face Deco. The cost impact above is the addition ops compared with the deco master.

Regards,
Cecilia

Confidential - For Attorney's Eyes Only

EXHIBIT __C__ PAGE __41__

MGA 0048579