**112**

From:           Paula Treantafelles ·
Sent:           Friday, February 16, 2001 5:53 PM
To:             Cecilia Kwok
Subject:        RE: Bratz Lab Dip Swatch

Please begin to send the pending approval submissions to me.  I will work with Carter to advise approval immediately.

-----Original Message-----
From:       Cecilia Kwok
Sent:       Friday, February 16, 2001 5:50 PM
To:         Paula Treantafellas
Subject:    Bratz Lab Dip Swatch

Dear Paula,

I got some swatches for your approval.  Please advise if I should send these to you or to Carter.  I needed your reply asap since I will send them by today.

Regards,
Cecilia

ATTORNEY'S EYES ONLY

MGA000574

EXHIBIT C PAGE 422

**113**

**From:**      Paula Treantafelles
**Sent:**      Friday, February 16, 2001 1:26 PM
**To:**        Carter Bryant

cool.  maybe I can pull something off so that I can cook at my house and have everyone over.  I will let you know.   keep sundy open for me.

Can you pull some PMS colors for me against the logo color (with maybe slightly purple hue)

ATTORNEY'S EYES ONLY

MGA000588

EXHIBIT __C__ PAGE 423

114

| | |
|---|---|
| **From:** | Paula Treantafelles |
| **Sent:** | Friday, February 16, 2001 6:25 PM |
| **To:** | Cecilia Kwok |
| **Cc:** | Samuel Wong; Carter Bryant |

I want you to know that I was going to confirm the color of the brush today but I realize I need till Monday.  I will confirm the color of the brush on Monday

ATTORNEY'S EYES
ONLY

MGA000573

EXHIBIT _C_ PAGE 424

115

From:       Paula Treantafelles
Sent:       Monday, February 19, 2001 2:22 PM
To:         Carter Bryant
Subject:    RE: BRATZ deco samples

Yes.  Come over so that we can call them tonight.  Can you be at my place by 8:00?

-----Original Message-----
From: Bryant598@cs.com [mailto:Bryant598@cs.com]
Sent: Monday, February 19, 2001 12:32 PM
To: PTreantafelles@mgae.com
Subject: Re: BRATZ deco samples

Thanks Paula,

will you be available to do a conference call with them tonight on this? I
can come over to your place if you'd like.

I'm pretty sure we will need to walk them through this over the phone,
because I have a feeling that what they are going to see from this email is
that we are requesting CHANGES to the face, which we aren't, with the
exeption of Yasmin's eye color.

Mainly what I hope they understand is that the original paint masters need to
be matched, in every way, much more closely.

Carter

ATTORNEY'S EYES
ONLY

MGA000568

EXHIBIT ___C___ PAGE 425

116

From:        Paula Treantafelles
Sent:        Monday, February 19, 2001 10:50 AM
To:          Cecilia Kwok; Carter Bryant; Samuel Wong; Judy Rich
Subject:     BRATZ deco samples

Cecilia and Samuel

I reviewed the deco samples with Carter last night (we called you but I guess you guys were at lunch).

They looked very good.  Thank you.

Please note that I want to proceed with the non-cost reduced version. Per an earlier email you noted that current cost assumes 18 deco operations per head but LA submitted paint masters that were 4 operations too many (22 deco operations). Please note after reviewing the cost reduced version against the paint masters I realized that there is a significant difference in aesthetics. I dont think that we should jeopardize the face paint (one of the most important and favorite aspects of these dolls among kids and retailers) for 4 deco operations. I expect that we can get EL to eat these 4 addition paint operations given the number of units we expect to produce.

Please note comments/revisions related to all 4 dolls:
- Eyes are painted to close together. Please reference paint master
- White in eyes are too perfect white.  Can we tone the white deco down a bit so that this white is not so bright?
- Lips need to be more iridescent and glossy/shinny and translucent
- Middle shadow color is not correct.  It needs to be less orange hue and instead more brown.
- There needs to more less defined line between middle and upper shadow  where middle shadow should blend more and into the upper shadow. Right now it seems like too much upper shadow.

Chloe:
- Inner lips (not liner) is incorrect shade of pink.  This pink needs to be lighter and less purple. Please make sure that the lips look more iridescent and shinny (please reference paint master)
- Pink eye shadow directly below eyebrow needs to be slightly, slightly darker

Yasmin:
- You are missing a middle shadow color. Please reference paint master. There should be a second middle shadow that is slightly blue and should be applied lightly above the current middle shadow.
- The eyeshadow lines seem very defined and less blended than spec'ed in the paint master and other deco samples you submitted.
- As a parallel path please resubmit with iris and line around iris colors with a bit darker brown and with slightly less pink iris highlight
- Please more strongly define the line that separates middle shadow from lid

Sasha:
- inner lips color (not liner) is not correct
- Upper eye shadow color is not correct (less silver and more gold) and needs to be a bit more translucent
- brown used for iris outline, lip liner  and middle  shadow is not correct (it needs to be more brown –less red tone)
- There needs to more less defined line between middle and upper shadow  where middle shadow should blend more and into the upper shadow.  Right now it seems like too much upper shadow.

ATTORNEY'S EYES ONLY                          MGA000569

EXHIBIT __C__ PAGE 426

Jade:
- Eye shape is incorrect. This shape needs to be more elongated (not the same eye shape as the other girls)
- Lip color is incorrect. Please reference paint master
- Upper shadow (color right below the eyebrow) is a bit too translucent. The pink needs to be slight more apparent.
- There needs to more less defined line between middle and upper shadow where middle shadow should blend more and into the upper shadow. Right now it seems like too much upper shadow.
- Eyebrow color is not correct. This color needs to be a bit darker brown and less orange hue
- The middle shadow color can be slightly improved by adding a bit more pink hue (less orange)

ATTORNEY'S EYES
ONLY

MGA000570

EXHIBIT  C   PAGE 421

**117**

| | |
|---|---|
| From: | Paula Treantafelles |
| Sent: | Tuesday, February 20, 2001 10:58 AM |
| To: | Cecilia Kwok |
| Cc: | Carter Bryant |
| Subject: | RE: Bratz Extra Sewn Samples |

Carter will be sending to you by overnite mail.

Carter
I will call you with the FED EX number.  Please advise the AWB number as soon as you send it.

-----Original Message-----
From:      Cecilia Kwok
Sent:      Tuesday, February 20, 2001 2:49 AM
To:        Paula Treantafelles
Subject:   Bratz Extra Sewn Samples

Dear Paula,

As per telephone call this morning, please send back all the sewn samples for TF back to HK since we were requested to have many Sales samples in early of March.  If possible, please send some more fabric for us to develop these Sales samples.

Thanks,
Cecilia

ATTORNEY'S EYES ONLY

MGA000566

EXHIBIT C  PAGE 428

118

| From: | Paula Treantafelles |
|---|---|
| Sent: | Tuesday, February 20, 2001 10:58 AM |
| To: | Cecilia Kwok |
| Cc: | Carter Bryant |
| Subject: | RE: Bratz Extra Sewn Samples |

Carter will be sending to you by overnite mail.

Carter
I will call you with the FED EX number.  Please advise the AWB number as soon as you send it.

-----Original Message-----
From:   Cecilia Kwok
Sent:   Tuesday, February 20, 2001 2:49 AM
To:     Paula Treantafelles
Subject: Bratz Extra Sewn Samples

Dear Paula,

As per telephone call this morning, please send back all the sewn samples for TF back to HK since we were requested to have many Sales samples in early of March.  If possible, please send some more fabric for us to develop these Sales samples.

Thanks,
Cecilia

ATTORNEY'S EYES ONLY

MGA000566

EXHIBIT C PAGE 429

119

**From:** Paula Treantalelles
**Sent:** Wednesday, February 21, 2001 10:23 AM
**To:** Cecilia Kwok; Carter Bryant
**Cc:** Samuel Wong; Judy Rich
**Subject:** RE: BRATZ fabric comments/approvals against submissions sent on 2/16

Please use the lighter of the two versions for both Dynamite Dance and Yasmin's skirt.

-----Original Message-----
**From:** Cecilia Kwok
**Sent:** Tuesday, February 20, 2001 3:49 PM
**To:** Paula Treantalelles; Carter Bryant
**Cc:** Samuel Wong; Judy Rich
**Subject:** RE: BRATZ fabric comments/approvals sent on 2/16

Paula/ Carter,

For the Yasmin's skirt trim & Dynamit Dance Pants trim, we suggested to use the same color in order to reduce the MOQ. The MOQ for this elastic trim is 15,000yds. Please advise.

Regards,
Cecilia

-----Original Message-----
**From:** Paula Treantalelles
**Sent:** Wednesday, February 21, 2001 3:25 AM
**To:** Cecilia Kwok; Carter Bryant; Samuel Wong; Judy Rich
**Subject:** BRATZ fabric comments/approvals aginst submissions sent on 2/16

Cloe:
skirt and backpack– please proceed with the original version (submitted on 1/22) with white background
aqua lightweight poly t-shirt material– approved.

Yasmin:
pants ribbon– noted that tou will resubmit with 234U but graphics and additional colors are approved.
skirt trim: please use option A on Yasmin's skirt and option B on Dynamite Dance.
wave patter for apnne knit– approved.

Sasha:
rib knit for hat– approved for construction.

These fabrics are looking absolutely incredible.

Cecilia
Thank you so so much

ATTORNEY'S EYES
ONLY

MGA000561

EXHIBIT __C__ PAGE _430_

**120**

From:         Paula Treantafelles
Sent:         Friday, February 23, 2001 11:16 AM
To:           Cecilia Kwok; Carter Bryant
Cc:           Samuel Wong
Subject:     RE:  BRATZ fabric comments/approvals against submissions sent on 2/16

yes

   ----Original Message----
   From:      Cecilia Kwok
   Sent:      Wednesday, February 21, 2001 7:08 PM
   To:        Paula Treantafelles; Carter Bryant
   Cc:        Samuel Wong
   Subject:   RE: BRATZ fabric comments/approvals against submissions sent on 2/16

   Paula/ Carter,

   That is use Option B for trim on both Dynamite Dance & Yasmin's skirt.

   Regards,
   Cecilia

     -----Original Message-----
     From:     Paula Treantafelles
     Sent:     Thursday, February 22, 2001 2:23 AM
     To:       Cecilia Kwok; Carter Bryant
     Cc:       Samuel Wong; Judy Rich
     Subject: RE:  BRATZ fabric comments/approvals against submissions sent on 2/16

     Please use the lighter of the two versions for both Dynamite Dance and Yasmin's skirt.

       -----Original Message-----
       From:     Cecilia Kwok
       Sent:     Tuesday, February 20, 2001 3:49 PM
       To: Paula Treantafelles; Carter Bryant
       Cc:  Samuel Wong; Judy Rich
       Subject:      RE: BRATZ fabric comments/approvals against submissions sent on 2/16

       Paula/ Carter,

       For the Yasmin's skirt trim & Dynamit Dance Pants trim, we suggested to use the same color in order
       to reduce the MOQ.  The MOQ for this elastic trim is 15,000yds.  Please advise.

       Regards,
       Cecilia

         -----Original Message-----
         From:      Paula Treantafelles
         Sent:      Wednesday, February 21, 2001 3:25 AM
         To:        Cecilia Kwok; Carter Bryant; Samuel Wong; Judy Rich
         Subject:    BRATZ fabric comments/approvals aginast submissions sent on 2/16

         Cloe:

         skirt and backpack- please proceed with the original version (submitted on 1/22) with white
         background
         aqua lightweight poly t-shirt material-  approved.

ATTORNEY'S EYES
ONLY

MGA000556

EXHIBIT _____C_____ PAGE 431

Yasmin:
pants ribbon- noted that tou will resubmit with 234U but graphics and additional colors are approved.
skirt trim: please use option A on Yasmin's skirt and option B on Dynamite Dance.
wave patter for apnne knit- approved.

Sasha:
rib knit for hat- approved for construction.


These fabrics are looking absolutely incredible.

Cecilia
Thank you so so much

ATTORNEY'S EYES
ONLY

MGA000557

EXHIBIT ___C___ PAGE 432

121

**From:** Paula Treantafelles
**Sent:** Friday, February 23, 2001 9:13 AM
**To:** Carter Bryant
**Subject:** RE: Sales samples fabrics

No problem.  I have a bag of fabric sitting in my office.  I am sending it to HK
immediately.  I sent extra sewn samples to HK on Wednesday.  I am going to ask Hk to
improvise with the little fabric that are missing.  They can put pressure on the evndotr
to come uip with comprable fabric since they are very cliear on our construction and
color expectations.  Please note that the retailers expect that the Sales samples need
to be very close but not absolutely perfect.  They saw the final designs in HK and NY.

Thanks so much for your help

-----Original Message-----
From: Bryant598cs.com [mailto:Bryant598@cs.com]
Sent: Thursday, February 22, 2001 5:39 PM
To: PTreantafelles@mgae.com
Subject: Fwd: Sales samples fabrics

Paula,

I apologize for this past message....I'm sorry I guess I was just worried
that we didn't have enough to send for all these samples to be made...! But,
I checked with Veronica on the amounts that were sent, and I think we are
actually fine. So nothing else needs to be bought/sent with the exeption of
some additional fabric for Yasmin's little top which I will buy and send via
FedEx directly to Cecilia tomorrow. Anyway, sorry about that, I know that's
the last thing you need on your plate right now!!!

Hope all is well,

Carter

ATTORNEY'S EYES
ONLY

MGA000560

EXHIBIT _C_ PAGE 433

122

| From: | Paula Treantafelles |
|---|---|
| Sent: | Monday, February 26, 2001 9:27 AM |
| To: | Cecilia Kwok; Carter Bryant |
| Cc: | Samuel Wong |
| Subject: | RE: Eye Deco for Bratz 2/22 |

Noted, I was concerned that the overlap process was going to be rejected. I will wait for your submission with overlap detail and I agree... please proceed to re-develop spray masks against the original process (non-overlap)

-----Original Message-----
From: Cecilia Kwok
Sent: Sunday, February 25, 2001 11:27 PM
To: Paula Treantafelles; Carter Bryant
Cc: Samuel Wong
Subject: RE: Eye Deco for Bratz 2/22

Paula,

Please note that once we started the spray mask with the overlap option and found that was not acceptable, we need to re-develop the spray mask. That will be cost for the new spray mask & schedule impact.
The photo may be not very clear and difficult to make the decision. Via Fedex today (2/26), sent the sample for you review again in order to make sure that the effect by the overlap process is what you want.

Regards,
Cecilia

-----Original Message-----
From: Paula Treantafelles
Sent: Saturday, February 24, 2001 5:01 AM
To: Cecilia Kwok; Carter Bryant
Cc: Samuel Wong
Subject: RE: Eye Deco for Bratz 2/22

I think that this overlap process might work - I like it. Please submit complete deco samples against this overlap process.

-----Original Message-----
From: Cecilia Kwok
Sent: Thursday, February 22, 2001 1:50 AM
To: Paula Treantafelles; Carter
Cc: Samuel WONG
Subject: Eye Deco for Bratz 2/22

Paula/ Carter,

As per previous email, suggested to overlap the spraying printing of Upper & Middle Shadow. Enclosed are the photo of the effect. Please note that the colors & Shapes (both Upper & Middle Shadow) are INCORRECT. This is only for you to review the overlap printing effect. We still find there are two define lines - between upper shadow & the overlap section and between overlap section & lower shadow. This become 3 define colors (upper shadow/ overlap section/ lower shadow) instead of 2 (upper & lower shadow).
We needed to move forward for the spray mask, please comment/ advise by return asap.
« File: MVC-021F.JPG »  « File: MVC-020F.JPG »

Regards,
Cecilia

ATTORNEY'S EYES ONLY

MGA000551

EXHIBIT ___C___ PAGE 434

123

| | |
|---|---|
| From: | Paula Treantafelles |
| Sent: | Friday, February 23, 2001 12:45 PM |
| To: | Cecilia Kwok; Samuel Wong; Carter Bryant; Judy Rich |
| Subject: | fabric swatch submission sent on 2/20 |

Please note:

Cloe t-shirt logo- approved
Yasmin top- options C, D and E are not any closer to original color submission so please proceed with version submitted on 1/6

ATTORNEY'S EYES
ONLY

MGA000554

EXHIBIT ___C___ PAGE 435

124

| | |
|---|---|
| From: | Paula Treantafelles |
| Sent: | Friday, February 23, 2001 10:57 AM |
| To: | Cecilia Kwok; Carter Bryant |
| Subject: | RE: Bratz Face Deco 18ops |

I am sending them back today.

-----Original Message-----
From: Cecilia Kwok
Sent: Friday, February 23, 2001 2:31 AM
To: Paula Treantafelles
Subject: RE: Bratz Face Deco 18ops

Dear Paula,

Please also send these (4 heads) samples back to HK ASAP.

Thanks,
Cecilia

-----Original Message-----
From: Bryant598@cs.com [mailto:Bryant598@cs.com]
Sent: Friday, February 23, 2001 1:20 PM
To: CKwok@mgae.com
Subject: Re: Bratz Face Deco 18ops

Paula has them; I will have her send them when she can.

Carter

ATTORNEY'S EYES ONLY

MGA000558

EXHIBIT _C_ PAGE 436

| | |
|---|---|
| From: | Paula Treantalelles |
| Sent: | Tuesday, February 27, 2001 9:22 AM |
| To: | Aileen Storer |
| Subject: | FW: Bratz Brush Tooling sample |
| | |
| Attachments: | MVC-025F.JPG; MVC-024F.JPG; MVC-023F.JPG; MVC-026F.JPG; brushteeth.jpg; MVC-030F.JPG; MVC-028F.JPG |

Aileen

For your reference .. these are digital photos of the BRATZ brush

-----Original Message-----
From:     Cecilia Kwok
Sent:     Monday, February 26, 2001 11:39 PM
To:       Paula Treantalelles; Carter Bryant
Cc:       Samuel Wong; Judy Rich
Subject:  RE: Bratz Brush Tooling sample

Paula/ Carter,

Please see the photos of the sculpting on the back of the brush for your comment/ approval.

  

MVC-025F.JPG (54   MVC-024F.JPG (50   MVC-023F.JPG (47
KB)                KB)                KB)

Front view & close up:



MVC-026F.JPG (50
KB)

Side view of the sculpting for you review the height of the sculpting:

Please also see our comment on the brush teeth.

1. The arrangement of the teeth should be closed to our current brush for the SV dolls.  We suggested to added 5 more teeth on the brush.  Enclosed is the photo of the brush & the position of the addition teeth, which marked in



brushteeth.jpg (48
KB)

red spots

FYI: there will be 2 teeth on the 1st roll.

2. The dimension of the teeth should be same as our current brush teeth for the SV dolls.  Enclosed are the photos comparing the two brush teeth for your reference.

 

MVC-030F.JPG (48   MVC-028F.JPG (53
KB)                KB)

Regards,
Cecilia

-----Original Message-----
From:     Paula Treantalelles
Sent:     Tuesday, February 27, 2001 1:04 AM
To:       Cecilia Kwok; Carter Bryant
Cc:       Samuel Wong, Judy Rich

1

CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA004260

EXHIBIT ____C____ PAGE 437

**Subject:**      RE: Bratz Brush Tooling sample

Cecilia
The photos of the brush attached below look GREAT! I will advise my approval as soon as I receive the actual tooling sample.

.Its seems like the teeth on brush in the attached photos look very thick. I will evaluate when I recieve the tooling sample.

I will wait for your photos of the sculpting detail for the back of the brush

-----Original Message-----
**From:**      Cecilia Kwok
**Sent:**      Monday, February 26, 2001 2:47 AM
**To:**        Paula Treantafelles; Carter
**Cc:**        Samuel WONG, Judy Rich
**Subject:**   Bratz Brush Tooling sample

Dear Paula/ Carter,

Via Fedex (2/24), sent the Bratz Brush tooling sample for your comment.

Please note that there is no sculpting on the Back of the Brush. We will email the photos to you by tomorrow for your comment. If you required, we can send out the sample by tomorrow.

Enclosed is the photo of the samples sent for your quick reference.
‹‹ File: DSC00012.JPG ›› ‹‹ File: DSC00013.JPG ›› ‹‹ File: DSC00014.JPG ›› ‹‹ File: DSC00015.JPG ›› ‹‹ File: DSC00016.JPG ››
Regards,
Cecilia

2

CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA004261

EXHIBIT __C__ PAGE 438



CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA004262

EXHIBIT __C__ PAGE 439



CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA004283

EXHIBIT____C____PAGE 440



CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA004264

EXHIBIT __C__ PAGE 441



CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA004265

EXHIBIT ___ C ___ PAGE 442



CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA004266

EXHIBIT ___C___ PAGE **443**



CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA004267

EXHIBIT ___C___ PAGE __444__



CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA004268

EXHIBIT ____ PAGE 445