**126**

| | |
|---|---|
| From: | Paula Treantafelles |
| Sent: | Monday, February 26, 2001 10:29 AM |
| To: | Carter Bryant |
| Subject: | RE: Return Yarn samples for Sasha's Hat |

yep

-----Original Message-----
From: Bryant598@cs.com [mailto:Bryant598@cs.com]
Sent: Monday, February 26, 2001 9:55 AM
To: PTreantafelles@mgae.com
Subject: Fwd: Return Yarn samples for Sasha's Hat

Paula,

can you please return that card of samples to Cecilia?

Thanks.
Carter

ATTORNEY'S EYES ONLY

MGA0C0549

EXHIBIT __C__ PAGE 446

127

| | |
|---|---|
| From: | Paula Treantafelles |
| Sent: | Monday, February 26, 2001 9:33 AM |
| To: | Cecilia Kwok; Carter Bryant |
| Subject: | RE: Return Yarn samples for Sasha's Hat |

I will send to you today.

-----Original Message-----
| | |
|---|---|
| From: | Cecilia Kwok |
| Sent: | Monday, February 26, 2001 2:21 AM |
| To: | Carter; Paula Treantafelles |
| Subject: | Return Yarn samples for Sasha's Hat |

Dear Carter,

As per 2/15 email, confirmed to return the color yarn samples for Sasha's Hat back to HK. Please advise AWB#. Thanks.

Regards,
Cecilia

ATTORNEY'S EYES ONLY

MGA000550

EXHIBIT C PAGE 447

128

| | |
|---|---|
| From: | Paula Treantafelles |
| Sent: | Monday, February 26, 2001 11:11 AM |
| To: | Samuel Wong; Cecilia Kwok; Carter Bryant |
| Subject: | ... my comments/approvals |

Please note the following comments on the submissions sent on 2/23:

- Toddler Tobitha- thank you for sending the T/C cotton fabric swatches to LA. I want to still proceed with the twill submission I approved on 2/17

T-shirt heat transfer for Fashion Pack 3- approved.

Yasmin backpack- approved.

CONFIDENTIAL -
ATTORNEYS EYES ONLY

MGA000548

MGA0000548 B

EXHIBIT C PAGE 448

129

| | |
|---|---|
| From: | Paula Treantafelles |
| Sent: | Tuesday, February 27, 2001 9:22 AM |
| To: | Aileen Storer |
| Subject: | FW: Bratz Brush Tooling sample |
| Attachments: | MVC-025F.JPG; MVC-024F.JPG; MVC-023F.JPG; MVC-026F.JPG; brushteeth.jpg; MVC-030F.JPG; MVC-028F.JPG |

Aileen

For your reference .. these are digital photos of the BRATZ brush

-----Original Message-----
| | |
|---|---|
| From: | Cecilia Kwok |
| Sent: | Monday, February 26, 2001 11 39 PM |
| To: | Paula Treantafelles; Carter Bryant |
| Cc: | Samuel Wong; Judy Rich. |
| Subject: | RE. Bratz Brush Tooling sample |

Paula/ Carter,

Please see the photos of the sculpting on the back of the brush for your comment/ approval.

 

MVC-025F.JPG (54 MVC-024F JPG (50 MVC-023F JPG (47
KB) KB) KB)

Front view & close up:



MVC-026F.JPG (50 KB)

Side view of the sculpting for you review the height of the sculpting:

Please also see our comment on the brush teeth.
1. The arrangement of the teeth should be closed to our current brush for the SV dolls. We suggested to added 5 more teeth on the brush. Enclosed is the photo of the brush & the position of the addition teeth. which marked in



brushteeth.jpg (48 KB)

red spots

FYI: there will be 2 teeth on the 1st roll.
2. The dimension of the teeth should be same as our current brush teeth for the SV dolls. Enclosed are the photos comparing the two brush teeth for your reference.

 

MVC-030F.JPG (48 MVC-028F.JPG (53
KB) KB)

Regards,
Cecilia

-----Original Message-----
| | |
|---|---|
| From: | Paula Treantafelles |
| Sent: | Tuesday, February 27, 2001 1 04 AM |
| To: | Cecilia Kwok; Carter Bryant |
| Cc: | Samuel Wong, Judy Rich |

1

CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA004260

EXHIBIT C PAGE 449

**Subject:** RE. Bratz Brush Tooling sample

Cecilia

The photos of the brush attached below look GREAT! I will advise my approval as soon as I receive the actual tooling sample.

.Its seems like the teeth on brush in the attached photos look very thick. I will evaluate when I recieve the tooling sample.

I will wait for your photos of the sculpting detail for the back of the brush

-----Original Message-----
**From:** Cecilia Kwok
**Sent:** Monday, February 26, 2001 2:47 AM
**To:** Paula Treantafelles; Carter
**Cc:** Samuel WONG, Judy Rich
**Subject:** Bratz Brush Tooling sample

Dear Paula/ Carter,

Via Fedex (2/24), sent the Bratz Brush tooling sample for your comment.

Please note that there is no sculpting on the Back of the Brush. We will email the photos to you by tomorrow for your comment. If you required, we can send out the sample by tomorrow.

Enclosed is the photo of the samples sent for your quick reference.
« File: DSC00012.JPG » « File: DSC00013.JPG » « File: DSC00014.JPG » « File: DSC00015.JPG » « File: DSC00016.JPG »
Regards,
Cecilia

2

CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA004261

EXHIBIT C PAGE 450



<28>


<28>CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA004263

EXHIBIT C PAGE 432</28>
</28>



CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA004264

EXHIBIT C  PAGE 453



CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA004265

C PAGE 454





CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA004267

EXHIBIT C   PAGE 456

