145

| From: | Isaac Larian |
| Sent: | Monday, April 02, 2001 4:46 PM |
| To: | Eckerd Drugs - Craig Cunningham |
| Cc: | Eckerd Drugs - Kurt Broder; Patrick Williams; Jennifer Maurus |
| Subject: | Fall 2001 |

Hi Craig,

Hope all is well.

Please meet Pat Williams of MGA over the net. He is our Sr. Vp of sales and knows a lot about the drug business.

Craig, have you made your fall 2001 final decisions yet?

We had quoted a few items to you. Bratz, Insectobots and Palm Puppies are the hottest products we have and everyone is on them.

Please advise.

Best Regards,

Isaac

MGA001105

CONFIDENTIAL -
ATTORNEYS EYES ONLY

MGA0001105 B

EXHIBIT C PAGE 490

146

From: Isaac Larian
Sent: Tuesday, April 03, 2001 10:34 AM
To: Walmart - Ron Stover
Subject: RE: Bratz

Ron,

Thanks for getting back to me and your support.

Did you get the Fed Ex package on Bratz? Can we ship you some goods early ( in May) if few stores so you can see the rate of sales?

Take care.

Isaac

-----Original Message-----
From: Ron Stover [mailto:rjstove@wal-mart.com]
Sent: Tuesday, April 03, 2001 6:17 AM
To: Mga Entertainme - Isaac Larian
Subject: RE: Bratz

Isaac,
Still working on the planograms. We have made our tab selections. Your items
made the modular but did not make the tabs.
Regards,
Ron Stover

> -----Original Message-----
> From:    Isaac Larian [SMTP:ilarian@mgae.com]
> Sent:    Monday, April 02, 2001 8:56 PM
> To: Walmart - Ron Stover
> Subject:  Bratz
>
> Hi Ron,
>
> Did you receive the fed ex package I sent you?
>
> Also, are you guys done with Planogram , promotions and tabs?
>
> Did Bratz and Mrs. Field make any promotions?  If yes, we need to know
> urgently so we can plan additional production.
>
> Thanks you again for all your support and business.
>
> Isaac Larian
> CEO
> MGA Entertainment.
> 16730 Schoenborn Street
> North Hills, California, USA 91343-6122
> Visit our website at
> http://www.mgae.com
> 818-894-3150

*********************************************************************
This email and any files transmitted with it are confidential
and intended solely for the individual or entity to

MGA001099

CONFIDENTIAL -
ATTORNEYS EYES ONLY

MGA0001099 B

EXHIBIT ___C___ PAGE _491_

whom they are addressed.  If you have received this email
in error destroy it immediately.
***************************************************************

2

CONFIDENTIAL -
ATTORNEYS EYES ONLY

MGA001100

MGA0001100 B

EXHIBIT __C__ PAGE_ 492

147

| | |
|---|---|
| **From:** | Isaac Larian |
| **Sent:** | Tuesday, April 03, 2001 10:34 AM |
| **To:** | Walmart - Ron Stover |
| **Subject:** | RE: Bratz |

Ron,

Thanks for getting back to me and your support.

Did you get the Fed Ex package on Bratz?  Can we ship you some goods early ( in May) if few stores so you can see the rate of sales?

Take care.

Isaac

-----Original Message-----
From: Ron Stover [mailto:rjstove@wal-mart.com]
Sent: Tuesday, April 03, 2001 4:17 AM
To: Mga Entertainme - Isaac Larian
Subject: RE: Bratz

Isaac,
Still working on the planograms. We have made our tab selections. Your items
made the modular but did not make the tabs.
Regards,
Ron Stover

> -----Original Message-----
> From:     Isaac Larian [SMTP:ilarian@mgae.com]
> Sent:     Monday, April 02, 2001 8:56 PM
> To: Walmart - Ron Stover
> Subject:  Bratz
>
> Hi Ron,
>
> Did you receive the fed ex package I sent you?
>
> Also, are you guys done with Planogram , promotions and tabs?
>
> Did Bratz and Mrs. Field make any promotions?  If yes, we need to know
> urgently so we can plan additional production.
>
> Thanks you again for all your support and business.
>
> Isaac Larian
> CEO
> MGA Entertainment.
> 16730 Schoenburn Street
> North Hills, California, USA 91343-6122
> Visit our website at
> http://www.mgae.com
> 818-894-3150

*****************************************************************
This email and any files transmitted with it are confidential
and intended solely for the individual or entity to

1

MGA001099

CONFIDENTIAL -
ATTORNEYS EYES ONLY

MGA0001099 B

EXHIBIT __C__ PAGE _493_

whom they are addressed.  If you have received this email
in error destroy it immediately.
********************************************************************

2

CONFIDENTIAL -
ATTORNEYS EYES ONLY

MGA001100

EXHIBIT____C____ PAGE _494_        MGA0001100 B

**148**

| From: | John.Young@walgreens.com |
|---|---|
| Sent: | Thursday, April 05, 2001 6:48 AM |
| To: | Isaac Larian |
| Subject: | RE: 2001 Selection and forecast |

We will be adding the Power Ranger Game to our listing I believe to replace
the DBZ game. If there are any additions to this already extensive listing
I will let you know on 4/16.

Isaac Larian

"'John.Young@walgreens.com'"    &lt;ilarian@mgae .com&gt;    To: &lt;John.Young@walgreens.com&gt;

cc:

04/04/2001    Subject:    RE: 2001 Selection and forecast
11:06 PM

John,

You are too kind to me.

Thanks for the Hot Hoops listing. It is a GREAT staple item.

Can you please let me know the list of items you will buy from us ( I
already know about Hot Hoops, Prayer Angels and Bratz and Deluxe 2
sports,
Nintendo KC games and XC games). As long as we have the list of items,
we
can plan ahead and receiving actual orders on 4/16 will be ok.

Thanks again for all your support and business.

Isaac

-----Original Message-----
From: John.Young@walgreens.com [mailto:John.Young@walgreens.com]
Sent: Wednesday, April 04, 2001 6:01 AM
To: Isaac Larian
Subject: RE: 2001 Selection and forecast

1

CONFIDENTIAL -
ATTORNEYS EYES ONLY

MGA001040

MGA0001040 B

EXHIBIT _C_ PAGE 495

Isaac, you're the best! You never stop selling. I did forget to mention that we are adding the Hot Hoops to our listing and will be advertising this item in the fall. I am adding a Walkie Talkie unit but low price non licensed. We are passing on the Super Value dolls but we are not carrying any one elses either. I will be placing our orders for our fall listings the week of 4/16 for shipment 7/1-7/15. Will this be a problem?

| | Isaac Larian | | |
|---|---|---|---|
| *"John.Young@walgreens.com'" | \<ilarian@mgae .com\> | To: | \<John.Young@walgreens.com\> |
| | | cc: | |
| and | 04/03/2001 | Subject: | RE: 2001 Selection |
| forecast | 07:07 PM | | |

John,

Nobody is getting the DBZ license that we know of.

The people who have this licensing rights ( I understand that their deal is through end of 2003) are very tough people to deal with ( have sued many people) and , as a result many vendors are shying away from them.

I will have Julie send you the Power Ranger sample.

I represent to you that Power Ranger's item will do more than DBZ .

Also, you should know 2 other major drug chains in the USA which have following items in stores this spring are having a PHENOMENAL success with them and will do it big promotion this fall:

Hot Hoops ( you were considering this at one time, we gave you a great POE)

Power Rangers Action Figure Walkie talkie

Super Value Dolls

Prayer Angels ( HUGE!).

Take care and thanks for all your support.

Isaac

-----Original Message-----

2

CONFIDENTIAL -
ATTORNEYS EYES ONLY

MGA001041

MGA0001041 B

EXHIBIT ___C___ PAGE _496_

From: John.Young@walgreens.com [mailto:John.Young@walgreens.com]
Sent: Tuesday, April 03, 2001 2:03 PM
To: Isaac Larian
Subject: RE: 2001 Selection and forecast

I need both programs asap as well as a sample of the Power Ranger item. Do
you know who is getting the license for the DBZ item? It is selling very
well for us and I don't mind making room for a great item (ie: Power
Rangers) but I also hate to lose a great item.

| | Isaac Larian | | |
| --- | --- | --- | --- |
| | <ilarian@mgae | To: | |
| "'John.Young@walgreens.com'" | .com> | <John.Young@walgreens.com> | |
| | | cc: | |
| | 04/03/2001 | Subject:   RE: 2001 Selection | |
| and forecast | | | |
| | 03:42 PM | | |

Dear John,

1- Bratz: Thanks.

2-Prayer Angles: You had told me before that this was selected. Is that
still the case?

3- Hand Held Games: I understand. I need a favor from you. Our license
for
Dragon Ball Z is expiring by June 3rd . We are offering you a very
special
deal on those ( Julie will get to you on them shortly). For FALL I like
to
ask you to replace the DBZ with our Power Rangers 2 games in one. It is
at
the same price as DBZ, power rangers RIGHT NOW IS A MUCH STRONGER
LICENSE
AND it is two games in one , A BETTER VALUE.

Please advise

BEST REGARDS,

Isaac

-----Original Message-----
From: John.Young@walgreens.com [mailto:John.Young@walgreens.com]
Sent: Tuesday, April 03, 2001 1:25 PM

                                    1

                                                        MGA001042

CONFIDENTIAL -
ATTORNEYS EYES ONLY

                                            MGA0001042 B

EXHIBIT___C___ PAGE 497

To: Isaac Larian
Subject: RE: 2001 Selection and forecast


As you know we have added the Bratz Doll line to our fall listing. However
as of now your listing for hand held games remains the same and we will be
ordering similar quantities to what we did last year.


|  | Isaac Larian | | |
|---|---|---|---|
|  | <ilarian@mgae .com> | To: | <John.Young@walgreens.com> |
| "'John.Young@walgreens.com'" |  | cc: |  |
|  | 04/03/2001 | Subject: | RE: 2001 Selection and forecast |
| forecast |  |  |  |
|  | 02:37 PM |  |  |



Thanks John,

If you can tell me the items now, I can plan early.

Please e mail the list of the items today if you can.

Isaac

-----Original Message-----
From: John.Young@walgreens.com [mailto:John.Young@walgreens.com]
Sent: Tuesday, April 03, 2001 11:45 AM
To: Isaac Larian
Subject: Re: 2001 Selection and forecast


Final selections have been made. I will have final numbers to by 4/16. Will
this be to late?


|  | Isaac Larian | | |
|---|---|---|---|
|  | <ilarian@mgae | To: | Walgreens - John Young |
|  | .com> | <jyoung@walgreens.com> | |
|  |  | cc: | |

MGA001043

CONFIDENTIAL -
ATTORNEYS EYES ONLY

MGA0001043 B

EXHIBIT __C__ PAGE __498__

03/27/2001          Subject:     2001 Selection and forecast
05:43 AM

Dear John,

Hope all is well.

I hate to be a pest. But, do you have final selection and numbers? It is really getting late.

If you have already advised Olen or Pat, please ignore this e mail.

Isaac Larian
CEO
MGA Entertainment.
16730 Schoenborn Street
North Hills, California, USA 91343-6122
Visit our website at
http://www.mgae.com
818-894-3150

CONFIDENTIAL -
ATTORNEYS EYES ONLY

MGA001044

MGA0001044 B

EXHIBIT __C__ PAGE 499

| From: | Paula Treantafelles |
|---|---|
| Sent: | Thursday, April 05, 2001 10:24 AM |
| To: | Cecilia Kwok; Samuel Wong |
| Subject: | RE: Bratz deco. 4/4 |

Please noted my comments below

-----Original Message-----
From:       Cecilia Kwok
Sent:       Wednesday, April 04, 2001 2:46 AM
To:         Samuel Wong; Paula Treantafelles
Subject:    RE: Bratz deco. 4/4

Dear all,

Please see my comment below.

Regards,
Cecilia

-----Original Message-----
From:       Samuel Wong
Sent:       Wednesday, April 04, 2001 2:28 PM
To:         Paula Treantafelles
Cc:         Cecilia Kwok
Subject:    Bratz deco.

Paula,

here is the conclusionon made between you and I against Cecilia's e-mail dated 4/3 regarding the deco. Please read the following and kindly give us the confirmation on each point :

Cloe : pearlize effect on our 3/19 submission is approved. But the color of the lips need to be lighter. I picked up PMS 198C which is close to your paint master. HK will take this color as basic and do fine adjustment on the paint to match your paint master as close as possible. **Please confirm HK can do final approval in HK in order to save time back & forth in order to support the PS date. (HK will send you picture for ref. ). Any further change would be on a running change basis.**
eyeshadow - confirm to follow exactly our 3/19 submit sample for production.
other than the above two mentioned things, the rest of the deco is approved. **Please confirm.**

Yasmin : the lips color and pearlize effect on our 3/19 sample is approved, the beauty mark needs to follow or 3/31 sample other than these mentioned two things, the rest of the deco is approved. **Please confirm.**

Sasha : the lips color is OK and the only thing that need to be change is on the lip's line. Again, I picked up PMS 168C which is close to your paint master. HK will take this color as basic and do fine adjustment on the paint to match your paint master as close as possible. **Please confirm HK can do the final approval in HK in order to save timeback & forth in order to support PS date ( HK will send you picture for ref.) Any further change is on a running change basis.**
    regarding the overlap, proceed with the current submission on 3/31 and make further improvement as a running change basis. *[Cecilia]* No there should be no running change or we needed to pay for the development cost for the 4 sets of spray masks since EL will based on this spray mask duplicate the other 3 sets accordingly.
*[Paula]* Noted.
    *[Cecilia]* Paula requested to add a little yellow for the white portion of the eyes. This also will be

CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA004383

EXHIBIT ___C___ PAGE 500

approved in HK to save time in order to support PS date.  Please confirm.

*[Paula]* Please do not impliment this change in eyeball color immediately.  Please proceed with white you submitted on 3/19 or 3/31 and submit sampe with less white as soon as it is available.  If it looks good then we will running change it into production.

other than the above mentioned, the rest of the deco is approved. Please also confirm.

Jade : eyeshadow follow our 3/19 submission sample. lip color follow the 3/31 submission sample. other than the above mentioned, the rest of the deco is approved. Please confirm.

thanks & best regards
Samuel (4/3/01 in LA)

CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA004384

EXHIBIT ___C___ PAGE _501_

From:       Isaac Larian
Sent:       Monday, April 09, 2001 7:07 PM
To:         Dave Malacrida
Cc:         Lon Ross; Victoria O'Connor; Paula Treantafelles
Subject:    RE: Kids Choice Awards

l like to do something with Bratz if we can.

-----Original Message-----
From: Dave Malacrida
Sent: Monday, April 09, 2001 4:11 PM
To: Isaac Larian
Cc: Lon Ross; Victoria O'Connor
Subject: RE: Kids Choice Awards


Isaac:
Just to remind, you requested me to contact in regards to doing a BRATZ
promotion to create an early Buzz.  Is there anything you would like to
do in regards to BRATZ, or is it too soon?  If it is too soon (this show
is one week from this Saturday), then can we get some Hello Kitty Girls
product (if we have it], and I will check with Jim on any Boys stuff?

Dave Malacrida
Public Relations Director
MGA Entertainment
Voice: 818-894-2525 x178
http://www.mgae.com

-----Original Message-----
From: Isaac Larian
Sent: Monday, April 09, 2001 3:47 PM
To: Dave Malacrida
Cc: Lon Ross; Victoria O'Connor
Subject: RE: Kids Choice Awards


Ask Jim what we have left over.

-----Original Message-----
From: Dave Malacrida
Sent: Monday, April 09, 2001 3:25 PM
To: Isaac Larian
Cc: Lon Ross; Victoria O'Connor
Subject: FW: Kids Choice Awards


Isaac:
Here is the trail of my emails w/Nick.....I haven't spoke to his
Marketing contact yet, but what do we have to offer by 4/21 here in L.A.
What can be done, (or what should we offer?)
Many Thanks!

Dave Malacrida
Public Relations Director
MGA Entertainment
Voice: 818-894-2525 x178
http://www.mgae.com

CONFIDENTIAL -
ATTORNEYS EYES ONLY

MGA001030

MGA0001030 B

EXHIBIT ___C___ PAGE _502_

-----Original Message-----
From: Cogland, Gary [mailto:Gary.Cogland@nick.com]
Sent: Monday, April 09, 2001 3:05 PM
To: 'Dave Malacrida'
Subject: RE: Kids Choice Awards

Hi Dave. The show is Saturday 4/21.  Marketing asked if there were any
boy-skewing product as well since Nick has a 50/50 balance boy/girl.  I
will
get you a name of someone in Marketing as well.
Regards, Gary

-----Original Message-----
From: Dave Malacrida [mailto:DMalacrida@mgae.com]
Sent: Monday, April 09, 2001 5:49 PM
To: Nickelodeon - Gary Cogland
Subject: RE: Kids Choice Awards

Many Thanks Gary, although I think I received some mis-information in
regards to the date of the show.. I look forward in any capacity to
speaking
with the NICK Marketing contact about the event.
Best Regards,

Dave Malacrida
Public Relations Director
MGA Entertainment
Voice: 818-894-2525 x178
http://www.mgae.com

-----Original Message-----
From: Cogland, Gary [mailto:Gary.Cogland@nick.com]
Sent: Monday, April 09, 2001 12:38 PM
To: 'Dave Malacrida'
Subject: RE: Kids Choice Awards

Hi Dave.
I just wanted to let you know that I've passed your message along to our
marketing dept. to see if there are any opportunities at the KCA.  I
will
let you know what I find out.
Regards,
Gary

-----Original Message-----
From: Dave Malacrida [mailto:DMalacrida@mgae.com]
Sent: Thursday, April 05, 2001 8:26 PM
To: Nickelodeon - Gary Cogland
Subject: Kids Choice Awards

Hello Gary,
Do you remember me (hope so!), we met last year here in California, I
have
now been promoted to Director of Public Relations here at MGA.  We
continue
to enjoy the benefits of advertising MGA products on the NICK Family of
networks and I look forward to hearing about the Fall 2001 Line-up.
Also,

2

MGA001031

CONFIDENTIAL -
ATTORNEYS EYES ONLY

MGA0001031 B

EXHIBIT C PAGE 503

Victoria O' Connor, MGA's Director of Licensing, just told me that The Kid's
Choice Awards are happening here in Los Angeles in a few weeks.  We wanted
to know if there was any opportunity to "Sneak" MGA's hot new Fashion Dolls
"BRATZ" to the Public at this time.  It would be truly exciting indeed, the
Press and Buzz these Dolls have been generating (since Toy Fair) has been
tremendous (We are doing the Licensing show in June for BRATZ as well!) and
we will certainly be advertising them during NICK come this Fall.  I am
attaching a digital shot of the BRATZ and look forward to hearing from you
soon to see if there is anything I can do for the upcoming Awards show, and
to say hello as well.
Best Regards,

Dave Malacrida
Public Relations Director
MGA Entertainment
Voice: 818-894-2525 x178
http://www.mgae.com

   <<bratz.jpg>>

                                    J                    MGA001032

CONFIDENTIAL -
ATTORNEYS EYES ONLY

                              MGA0001032 B

                         EXHIBIT ___C___ PAGE _504_

151

From:        Isaac Larian
Sent:        Friday, April 06, 2001 7:42 PM
To:          Concentra - Pedro Feist
Subject:     FW: Our Order nr. 064/01


concentra
011301.doc

Martin Hitch
[E-mail].vcf

Pedro,

Hope all is well.

Please read below.

I have also concerns.

As you know, I told CEFA, and other Spanish distributors  that they can NOT sell any products in Portugal.

But, if you are going to do our key items and we are telling them they can't either, then as you can see we have a problem!

The KEY products that fall under this are:

VR3D, Me and My Shadow, Palm Puppies and Insectobots. ALL of these are NOT products that EVERYONE in Europe is doing or is after.

Please read below the comments from Martin  and advise ASAP.

All the best ,

Isaac

-----Original Message-----
From: Martin Hitch
Sent: Friday, April 06, 2001 5:19 PM
To: Ana Monica
Cc: 'M.G. America - Cyndi Kwan'; Isaac Larian
Subject: RE: Our Order nr. 064/01

Dear Miguel,

Thanks for your confirmation, please be aware of the following

1. Scooter Samantha: Best price FOB HK is ´        TVC will be available by 6/1/01

2. Reference your order requirements, it will be necessary for Concentra to either test or agree to the cost of testing for Scooter Samantha. Also be advised that we currently only show the green point on the product packaging, Cyndi will confirm if this can be added to your carton markings.

As far as Bratz goes, I am very disappointed in your commitment of only 2,000pcs. For your information, we have agreed a three year pan European Deal with Bandai that excluded Portugal in favor of Concentra. The Bandai deal includes TV support in all territories along with POP

**REDACTED**

CONFIDENTIAL -
ATTORNEYS EYES ONLY

MGA001061

MGA0001061 B

EXHIBIT C PAGE 525

material, PR launch along with commitment through 2003. The projection for Spain alone in 2001 is 120,000units hence my disappointment with your current proposal. Please urgently confirm your media plans and full year forecasts on this brand along with projections for 2002/3 before we progress any further.

Also at Hong Kong toy fair there were many products on which you requested pricing (see attached), please confirm your direction on these as well as the above.

Thanks for your help
Martin Hitch
VP, International Sales
MGA Entertainment
Tel. +415.333.4233
www.mgae.com

-----Original Message-----
From: Ana Monica [mailto:ana_monica@concentra.pt]
Sent: Friday, April 06, 2001 12:09 PM
To: 'M. G. America - Martin Hitch'
Cc: 'M.G. America - Cyndi Kwan'
Subject: Our Order nr. 064/01

Dear Martin,

We are confirming our Opening Order of the following products :

Opening Order nr. 064/01

Item  Description Price Qtty
246787     Scooter Samantha  **   4.000
246521     Bratz Int. Asst.       2.000

Delivery: June

** Scooter Samantha : We are going to advertising on TV this item and need
your special effort on the price. We need maximum USD     to reach the
necessary retail price and have enough media budget.

We are sending you attached our order requirements that we need you to
provide us a.s.a.p. for every ordered items. We will be waiting for your

information.


Please confirm by return.

Best regards,
Miguel Feist

2

CONFIDENTIAL -
ATTORNEYS EYES ONLY

MGA001062

MGA0001062 B

EXHIBIT ___C___ PAGE 506



Hong Kong Showroom
Room 1001, 10/F, Empire Center
68 Mody Road
Tsimshatsui East
Kowloon, Hong Kong

To:     Concentra

Attn:   Pedro Feist

Re:     2001 Improved pricing

From:   Martin Hitch

Date:   1/9/00

CC:     Cyndi Kwan
        Clementina Jarrie

Pedro,

Please see below those items where I can offer improved pricing.

| ITEM | DESCRIPTION | OLD PRICE | NEW PRICE |
|------|-------------|-----------|-----------|
| 247593 | Mega Mic | | |
| 247784 | One Man Jam 2 | | |
| 249112 | Drum Maker | | |
| 243632 | DJ Mixer (without AM transmitter) | | |
| 247678 | Insectobots | | |
| 250005 | Monkey See Monkey Do | | |
| 240082 | Me and My Shadow | | |
| 248521 | Bratz | | |
| 249115 | Bratz Fashion Pack | | |
| Asst. | FX VR 3D (excluding snowboarding)* | | |
| 245124 | Commando Bot 2 | | |

* I cannot include item# 242611 Snowboarding VR3D in the special price offer of        , this item remains *    FOB Hong Kong.

I can be reached at.

HK Cell #        or in the Hong Kong Showroom on 2929-8008

Regards,

Martin Hitch

MGA001063

CONFIDENTIAL -
ATTORNEYS EYES ONLY

MGA0001063 B

EXHIBIT __C__ PAGE _507_

## Martin Hitch
V.P. International Sales

MHitch@mgae.com          ( Preferred Internet )

Version
2.1

Name
        Family:  Hitch
        First:   Martin
        Middle:
        Prefix:
        Suffix:

Formatted Name
        Martin  Hitch

Title
        V.P. International Sales

Electronic Mail Address     ( Preferred Internet )
        MHitch@mgae.com

Last Revision
        20010307T162553Z

CONFIDENTIAL -
ATTORNEYS EYES ONLY

MGA001064

MGA0001064 B

EXHIBIT __C__ PAGE _508_

152

| | |
|---|---|
| From: | Paula Treantafelles |
| Sent: | Tuesday, April 10, 2001 6:46 PM |
| To: | Carter Bryant |
| Cc: | Cecilia Kwok |
| Subject: | FW: Existing Fabric |

Carter

Please note that HK will be sending the 1 yard of each 2001 fabric on 4/17. We should receive it in LA by 4/20.

Thanks Cecilia

-----Original Message-----
| | |
|---|---|
| From: | Cecilia Kwok |
| Sent: | Tuesday, April 10, 2001 6:36 PM |
| To: | Paula Treantafelles |
| Subject: | RE: Existing Fabric |

Dear Paula,

The fabric will be sent on 4/17.

Regards,
Cecilia

-----Original Message-----
| | |
|---|---|
| From: | Paula Treantafelles |
| Sent: | Saturday, April 07, 2001 7:45 AM |
| To: | Cecilia Kwok |
| Subject: | |

Cecilia

Please send as soon as possible 1 yard of every fabric used in 2001 doll packs and fashion packs ... in correct color nd construction to LAO asap.

ATTORNEY'S EYES ONLY

MGA000635

EXHIBIT __C__ PAGE 509

153

From:      Isaac Larian
Sent:      Tuesday, April 10, 2001 8:02 PM
To:      Concentra - Pedro Feist
Subject:      RE: Our Order nr. 064/01

Dear Pedro,

We were certainly not late with VR30 ( was very successful in Spain market the year before!) and Me and My Shadow ( the No 1 selling feature plush in the USA ). I ask you to at least please reconsider and add these two items.

As for Bratz, FYI, Bandai Spain's OPENING order to ship in June is 100,000!! Kreisel in VZ booked 80k. JWH in Australia booked 100k. You can verify these. Is your forecast of 2,000 pcs a mistake?

Please advise.

Isaac

-----Original Message-----
From: Soc.Rep.Concentra, Lda. [mailto:concentra@mail.telepac.pt]
Sent: Tuesday, April 10, 2001 9:45 AM
To: 'Isaac Larian'
Subject: RE: Our Order nr. 064/01

Dear Isaac,

Your lines are rather unfair. As you know, this year MGA was particularly late with everything.
You do not have a problem, as you say, as we are here.

However, we can not introduce new products after presenting our range, which happened by end of last month. We still manage to include Bratz and Scooter Samantha, and plan the other items for next year.

Please also do not forget that we still have an issue, which is very delicate and important, as we have a lot of defective merchandise of Commandobot.

Dear Isaac ; We are the only ones in our country, and we have no competition, even from the Spanish suppliers. What is wrong is offering products to customers after their purchases season, which give us only a part of the business, and compromise the success for the coming year.

Please accept my best regards.
Pedro Feist

-----Original Message-----
From: Isaac Larian [SMTP:ilarian@mgae.com]
Sent: sábado, 7 de Abril de 2001 1:42
To: Concentra - Pedro Feist
Subject: FW: Our Order nr. 064/01

<< File: concentra 01301.doc >> << File: Martin Ritch [E-mail].vcf >>
Pedro,

Hope all is well.

MGA001027

CONFIDENTIAL -
ATTORNEYS EYES ONLY

MGA0001027 B

EXHIBIT __C__ PAGE _570_

Please read below.

I have also concerns.

As you know, I told CEFA, and other Spanish distributors that they can NOT sell any products in Portugal.

But, if you are going to do our key items and we are telling them they can't either, then as you can see we have a problem!

The KEY products that fall under this are:

VR3D, Me and My Shadow, Palm Puppies and Insectobots. ALL of these are NOT products that EVERYONE in Europe is doing or is after.

Please read below the comments from Martin and advise ASAP.

All the best ,

Isaac

-----Original Message-----
From: Martin Hitch
Sent: Friday, April 06, 2001 5:19 PM
To: Ana Monica
Cc: 'M.G. America - Cyndi Kwan'; Isaac Larian
Subject: RE: Our Order nr. 064/01

Dear Miguel,

Thanks for your confirmation, please be aware of the following

1. Scooter Samantha: Best price FOB HK is          TVC will be available by
6/1/01

2. Reference your order requirements, it will be necessary for Concentra to
either test or agree to the cost of testing for Scooter Samantha. Also be
advised that we currently only show the green point on the product packaging. Cyndi will confirm if this can be added to your carton markings.

As far as Bratz goes, I am very disappointed in your commitment of only 2,000pcs. For your information, we have agreed a three year pan European Deal with Bandai that excluded Portugal in favor of Concentra. The Bandai deal includes TV support in all territories along with POP material, PR launch along with commitment through 2003. The projection for Spain alone in 2001 is 120,000units hence my disappointment with your current proposal. Please urgently confirm your media plans and full year forecasts on this brand along with projections for 2002/3 before we progress any further.

Also at Hong Kong toy fair there were many products on which you requested pricing (see attached), please confirm your direction on these as well as the above.

2

CONFIDENTIAL -
ATTORNEYS EYES ONLY

MGA001028

REDACTED

MGA0001028 B

Exhibit ___C___ Page 51/

Thanks for your help
Martin Hitch
VP, International Sales
MGA Entertainment
Tel. +415.333.4233
www.mgae.com

----Original Message----
From: Ana Munica [mailto:ana_monica@concentra.pt]
Sent: Friday, April 06, 2001 12:09 PM
To: 'M. G. America - Martin Hitch'
Cc: 'M.G. America - Cyndi Kwan'
Subject: Our Order nr. 064/01

Dear Martin,

We are confirming our Opening Order of the following products :

Opening Order nr. 064/01

Item  Description Price Qty
246707     Scooter Samantha  **    4.000
248521     Beatz Int. Asst.             2.900

Delivery: June

** Scooter Samantha : We are going to advertising on TV this item and
need
your special effort on the price. We need maximum USD.        reach the
necessary retail price and have enough media budget.

We are sending you attached our order requirements that we need you to
provide us a.s.a.p. for every ordered items. We will be waiting for your
information.

Please confirm by return.

Best regards,
Miguel Feist

REDACTED

3

CONFIDENTIAL -
ATTORNEYS EYES ONLY

MGA001029

MGA0001029 B

Exhibit ___C___ PAGE 572

154

From:        Isaac Larian
Sent:        Thursday, April 19, 2001 1:09 AM
To:          Stephen Lee
Subject:     RE: Production with packaging sales samples we discussed in HK

We really need Insectobots ( special) in packaging to get big orders.

-----Original Message-----
From:        Stephen Lee
Sent:        Wednesday, April 18, 2001 9:27 PM
To:          Isaac Larian
Subject:     RE: Production with packaging sales samples we discussed in HK

Dear Isaac,

Please note the 6 sets of Bratz and 8 pieces of Scooter Samantha samples we sent yesterday are in packaging. The working sample of Monkey See Monkey Do sent to Jonathan and Lora yesterday is without packaging.

For the samples of Palm Puppies and Insectobot to be dispatched within this week, they will not be in packaging because we only received the artwork of Palm Puppies last Wednesday and the package mold of Insectobot is just completed & under debug.

Best regards,
Stephen S.C. Lee
www.mgae.com

SL/cc

-----Original Message-----
From:        Isaac Larian
Sent:        Wednesday, April 18, 2001 11:18 PM
To:          Stephen Lee
Cc:          Eric Yip; Alex Fan; Ringo Tam
Subject:     RE: Production with packaging sales samples we discussed in HK

Thanks.

I hope they are in packaging.

We desperately need Palm Puppies and Insectobots and Monkey

-----Original Message-----
From:        Stephen Lee
Sent:        Wednesday, April 18, 2001 2:23 AM
Cc:          Eric Yip; Alex Fan; Ringo Tam
Subject:     RE: Production with packaging sales samples we discussed in HK

Please note that 6 sets of Bratz and 8 sets of Scooter doll for sales samples purpose are dispatched today to your attention as requested. Please kindly distribute this sample as appropriate. Other samples will get sent out before this week end.

Thanks

CONFIDENTIAL -
ATTORNEYS EYES ONLY

MGA001219

MGA0001219 B

EXHIBIT __C__ PAGE 573

Best regards,
Stephen S.C. Lee
www.mgae.com

-----Original Message-----
From:   Isaac Larian
Sent:   Wednesday, April 11, 2001 11:24 PM
To:     Stephen Lee
Subject:    Production with packaging sales samples we discussed in HK
Importance:  High

we BADLY need :

Bratz, Palm Puppies, Monkey, Scooter doll, Insectobots.

When can we get7

Isaac Larian
CEO
MGA Entertainment.
16730 Schoenborn Street
North Hills, California, USA 91343-6122
Visit our website at
http://www.mgae.com
818-894-3150

2

CONFIDENTIAL -
ATTORNEYS EYES ONLY

MGA001220

MGA0001220 B

EXHIBIT _C_ PAGE 574

**155**

From: Isaac Larian
Sent: Thursday, April 12, 2001 2:40 AM
To: Patrick Williams; Kerri Brode; Becky Harris
Subject: FW: Production with packaging sales samples we discussed in HK

For sales , fyi.

-----Original Message-----
From: Stephen Lee
Sent: Thursday, April 12, 2001 12:38 AM
To: Isaac Larian
Cc: Ringo Tang; Alex Fan
Subject: RE: Production with packaging sales samples we discussed in HK

Dear Isaac,

Please note the following sample availability dates:

| DESCRIPTION | QUANTITY | DATE |
|---|---|---|
| Bratz | 6 sets | 4/17 |
| Palm Puppies | 12 sets | 4/19-20 |
| Scooter Samantha | 8 sets | 4/17 |
| Insectobots | 4 sets | 4/17 * |
| - ditto - | 6 sets | 4/19 |

* We are supposed to have 8 sets of Insectobot on 4/17 but we need to give 4 sets to Cyndi for European buyer.

Sample of Monkey See Monkey Do is not available because the unit is using OTP and we found a problem with PCB bonding.  Hopefully we will get one sample out this Saturday directly from Early Light but we cannot get confirmation pending verification by our people at the factory this afternoon.

Best regards,
Stephen S.C. Lee
www.mgae.com

SL/cc

-----Original Message-----
From: Isaac Larian
Sent: Wednesday, April 11, 2001 11:24 PM
To: Stephen Lee
Subject: Production with packaging sales samples we discussed in HK
Importance: High

we BADLY need :

Bratz, Palm Puppies, Monkey, Scooter doll, Insectobots.

When can we get?

Isaac Larian

1

CONFIDENTIAL -
ATTORNEYS EYES ONLY

MGA000766

MGA0000766 B

EXHIBIT _C_ PAGE 515

CEO
MGA Entertainment,
16730 Schoenborn Street
North Hills, California, USA 91343-6122
Visit our website at
http://www.mgae.com
818-894-3150

2

CONFIDENTIAL –
ATTORNEYS EYES ONLY

MGA000767

MGA0000767 B

EXHIBIT __C__ PAGE 576

156

| | |
|---|---|
| From: | Isaac Lanan |
| Sent: | Sunday, April 15, 2001 12 32 PM |
| To: | GIG ITALY- Aldo Horvat |
| Subject: | Selection |

Dear Aldo,

Hope all is well

When can we expect your orders Iro Bratz and Palm Puppies? Due to huge demand, we will run out of production capacity soon and need your orders

Please advise ASAP

Best Regards,

Isaac Lanan
CEO
MGA Entertainment.
16730 Schoenborn Street
North Hills, California, USA 91343-6122
Visit our website at
http //www mgae com
· 818-894-3150

CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA000746

EXHIBIT __C__ PAGE 57

157

From:        Isaac Larian
Sent:        Sunday, April 15, 2001 12:23 PM
To:          Stephen Lee; Stanley Li
Subject:     2001 Forecast - 0220.rev.11.xls


2001 Forecast -
0220.rev.11.xl...

If everything goes well, this is my new forecast. please keep in HK confidential for now.

MGA000748

CONFIDENTIAL –
ATTORNEYS EYES ONLY

MGA0000748 B

C   578



| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| | Description | P.S. Date | (USED) FOB H.K. | PO/OK | | Total K |
| 4 | Description | | | | | Date 02/20/01 |
| 5 | Le Vegas casino corner | 4/14/2001 | | 10 | | |
| 6 | Travel Vegas slot TV | 4/14/2001 | | 200 | | |
| 7 | Poker classic card game | 4/14/2001 | | 50 | | |
| 8 | Casino classic games assortment | 4/14/2001 | | 80 | | |
| 9 | Nintendo classic keychain games | 4/14/2001 | | 250 | | |
| 10 | Pen Games Assortment | 4/14/2001 | | 10 | | |
| 11 | Keychain games 2001 | 2/14/2001 | | 200 | | |
| 12 | Deluxe sports 2 keys - new pkg | 4/14/2001 | | 1200 | | |
| 13 | Large Pinball game | 2/31/2001 | | 0 | | |
| 14 | Hot Hoops | TBA | | 0 | | |
| 15 | Pinball | TBA | | 500 | | |
| 16 | Color FX VR3D games | TBA | | 200 | | |
| 17 | Color FX VR3D snowboarding, and Skate Board new | 6/28/01 | | 200 | | |
| 18 | Commodore64 | 7/26/2001 | | 0 | | |
| 19 | Laser-Bots assort TV | 7/13/2001 | | 1600 | | |
| 20 | Commodore64 3 TV (best resolution) | 5/1/2001 | | 100 | | |
| 21 | Possession | 5/1/2001 | | 1600 | | |
| 22 | Que Man Jam II (global) (international) | 8/15/2001 | | | | |
| 23 | Que Man Jam III | A/O | | | | |
| 24 | Dom Maker | 8/15/2001 | | 125 | | |
| 25 | Que Man Jam II | 8/17/2001 | | 0 | | |
| 26 | Dom Maker | 5/1/2001 | | 150 | | |
| 27 | Sonic Tabletop pinball game | 5/1/2001 | | 0 | | |
| 28 | Poke rangers ultra Zords VW slot | 5/1/2001 | | 260 | | |
| 29 | Poke rangers time force earphone LCD game | 4/7/2001 | | 100-550 | | |
| 30 | Poke rangers time force earphone pinball | 4/7/2001 | | 180 | | |
| 31 | Poke rangers time force electronic top bop slot | A/O | | 150 | | |
| 32 | Power Invaders sword | 5/1/2001 | | 0 | | |
| 33 | Power Invaders night vision communicator | 8/17/2001 | | 10 | | |
| 34 | Matchmaker Journal | A/O | | 0 | | |
| 35 | Be Beautiful Compact | A/O | | 0 | | |
| 36 | itsy Jewelry | A/O | | 30 | | |
| 37 | Hello Kitty Matchmaker Journal | A/O | | 200 | | |
| 38 | Hello Kitty Be Beautiful Journal | A/O | | 15 | | |

REDACTED

CONFIDENTIAL -
ATTORNEYS EYES ONLY

MGA000749

MGA0000749 B

EXHIBIT C PAGE 519

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 13 | Hello Kitty Virtual Crush | | | | | |
| 37 | Mrs. Field's Tiny Baking Fly | | | | | |
| 27 | Kidz Dolls | 6/7/2005 | | 15 | | |
| 41 | Power Angle Hair | 6/7/2005 | | 100 | | |
| 42 | Power Angle Ball | 6/7/2005 | | 100 | | |
| 41 | My Chart Baby INTERNATIONAL | AJG | | 500 | | |
| 41 | Scooter Samantha TV | 5/14/01 | | 40 | | |
| 41 | Booster Samantha TV | 4/1/2005 | | 500 | | |
| 44 | My Trooper | 9/1/2005 | | 100 | | |
| 45 | Gina | 4/29/2001 | 11.99 | 3000-4000 | | 34470 |
| 46 | Palm Puppies / Kitten | AG4 & 07/01 | | 3500-4000 | | |
| 44 | Mx & My Shadow INTERNATIONAL | AJG | | 0 | | |
| 47 | Mx & My Shadow (New) | 6/7/2001 | | 750 | | |
| 48 | Mx & My Shadow (New) | 6/1/2005 | | 50 | | |
| 49 | Mx & My Kitty | 6/1/2005 | | 50 | | |
| 50 | Sooner Bes Memory Car TV | 6/1/01 | | 50 | | |
| 31 | Power Babies TV | AJG | | 50 | | |
| 32 | Hooplay Bounce Baby | AJG | | 240 | | |
| 25 | Time Fashion Pack | 4/29/01 | | 33 | | |
| 24 | Ballerina | 5/1/01 | 4.49 | 75 | | 1518 |
| 15 | Sky Velvet | 5/1/01 | | 33 | | |
| 24 | | | | | Total: | |
| 27 | | | | | | |
| 58 | ** The total amount is based on the unit forecast or benefits. | | | | | |

REDACTED

CONFIDENTIAL –
ATTORNEYS EYES ONLY

MGA000750

MGA0000750 B

EXHIBIT ___C___ PAGE 520

**158**

| | |
|---|---|
| From: | Isaac Larian |
| Sent: | Thursday, April 19, 2001 2:25 AM |
| To: | Patrick Williams |
| Cc: | Jim Olmstead; Stanley Li |
| Subject: | RE: Getting sales increased |
| | |
| Importance: | High |

Stanley: Why so late for Bratz and Insectobots? I need you to improve please ( specially Insectobots)

Pat:
I had Dennis pull out the orders we have. We can get products in stores faster ( domestic from LA ) so they can see how it does!

Scooter: Get orders , 900 TRU; 480 Target, 900 Wal-Mart, 600 KB, 120 Ames for ship from LA 5-28th.

Palm Puppies: 900 Wal-Mart, 900 TRU, 480 kb, 240 Ames, 480 for Target. for ship 5-28 from LA.

Please get with the sales force and reps right away and get these orders.

Insectobots and Bratz: Lets wait for Stanley to improve to MAY ship date.

-----Original Message-----
From:      Patrick Williams
Sent:      Tuesday, April 17, 2001 7:26 AM
To:        Isaac Larian
Subject:   FW: Getting sales increased

This schedule does not really call for customers to move orders up.

-----Original Message-----
From:      Stanley Li
Sent:      Tuesday, April 17, 2001 4:31 AM
To:        Isaac Larian
Cc:        Patrick Williams; Jim Olmstead; Stephen Lee; Lawrie Chan
Subject:   RE: Getting sales increased

Based on the updated allocation from LA, we will probably to ship 3k each to LA at the following schedule :

| Item Description | Qty. | ETD (HK) |
|---|---|---|
| Scooter Samantha | 3000 pcs. | 5/11/2001 |
| Palm Puppies | 3000 pcs. | 5/11/2001 |
| Bratz | 3000 pcs. | 6/1/2001 |
| Insectobot | 3000 pcs. | 6/8/2001 |

Jim, please review and release the LA transfer accordingly.

Thanks n best regards,

-----Original Message-----
From:      Isaac Larian
Sent:      Tuesday, April 17, 2001 10:06 AM
To: Stephen Lee; Stanley Li
Cc: Patrick Williams; Jim Olmstead

MGA001213

CONFIDENTIAL -
ATTORNEYS EYES ONLY

MGA0001213 B

EXHIBIT C PAGE 521

**Subject:**   Getting sales increased
**Importance:**       High

In order to get our sales increased this year, we should order and bring in some early production products to the market ASAP. This way retailers can get an early read and increase their orders.

The key items are:

Insectobots

Bratz

Palm Puppies

Scooter Samantha.

Please come back to me as when can we get production quantity of 3-5,000+?

Pat: Once we get this information, we should go to key people such as Wal-Mart, Target, K mart, TRU and ask them to write an early order.

Isaac Larian
CEO
MGA Entertainment.
16730 Schoenborn Street
North Hills, California, USA 91343-6122
Visit our website at
http://www.mgae.com
818-894-3150

2

CONFIDENTIAL –
ATTORNEYS EYES ONLY

MGA001214

MGA0001214 B

EXHIBIT __C__ PAGE _522_