159

From:       Isaac Larian
Sent:       Thursday, April 19, 2001 1:09 AM
To:       Stephen Lee
Subject:       RE: Production with packaging sales samples we discussed in HK

We really need Insectobots ( special) in packaging to get big orders.

   ——Original Message——
From:     Stephen Lee
Sent:     Wednesday, April 18, 2001 9:27 PM
To:     Isaac Larian
Subject:     RE: Production with packaging sales samples we discussed in HK

Dear Isaac,

Please note the 6 sets of Bratz and 8 pieces of Scooter Samantha samples we sent yesterday are in packaging. The working sample of Monkey See Monkey Do sent to Jonathan and Lora yesterday is without packaging.

For the samples of Palm Puppies and Insectobot to be dispatched within this week, they will not be in packaging because we only received the artwork of Palm Puppies last Wednesday and the package mold of Insectobot is just completed & under debug.

Best regards,
Stephen S.C. Lee
www.mgae.com

SL/ec

   ——Original Message——
From:     Isaac Larian
Sent:     Wednesday, April 18, 2001 11:18 PM
To:     Stephen Lee
Cc:     Eric Yip; Alex Fan; Ringo Tam
Subject:     RE: Production with packaging sales samples we discussed in HK

Thanks.

I hope they are in packaging.

We desperately need Palm Puppies and Insectobots and Monkey

   ——Original Message——
From:     Stephen Lee
Sent:     Wednesday, April 18, 2001 2:23 AM
To:     Isaac Larian
Cc:     Eric Yip; Alex Fan; Ringo Tam
Subject:     RE: Production with packaging sales samples we discussed in HK

Please note that 6 sets of Bratz, and 8 sets of Scooter doll for sales samples purpose are dispatched today to your attention as requested. Please kindly distribute this sample as appropriate. Other samples will get sent out before this week end.

Thanks

CONFIDENTIAL -
ATTORNEYS EYES ONLY

MGA001219

MGA0001219 B

EXHIBIT __C__ PAGE 523

Best regards,
Stephen S.C. Lee
www.mgae.com

-----Original Message-----
From:   Isaac Larian
Sent:   Wednesday, April 11, 2001 11:24 PM
To:     Stephen Lee
Subject:    Production with packaging sales samples we discussed in HK
Importance:  High

we BADLY need :

Bratz, Palm Puppies, Monkey, Scooter doll, Insecbobots.

When can we get?

Isaac Larian
CEO
MGA Entertainment.
16730 Schoenborn Street
North Hills, California, USA 91343-6122
Visit our website at
http://www.mgae.com
818-894-3150

2

MGA001220

CONFIDENTIAL -
ATTORNEYS EYES ONLY

MGA0001220 B

EXHIBIT _C_ PAGE 524

160

From:       Isaac Larian
Sent:       Thursday, April 19, 2001 10:24 AM
To:         Victoria O'Connor
Subject:    RE: Bratz licensing in Venezuela

lets discuss when I get there.

-----Original Message-----
From:       Victoria O'Connor
Sent:       Thursday, April 19, 2001 7:54 AM
To:         Isaac Larian
Subject:    FW: Bratz licensing in Venezuela

I misunderstood. Avi wants to be our exclusive distributor of all Bratz licensed products in Venezuela.

-----Original Message-----
From:       Martin Hitch
Sent:       Wednesday, April 18, 2001 5:42 PM
To:         Victoria O'Connor
Subject:    RE: Bratz licensing in Venezuela

Victoria,

I think we missed the point here, Avi is not interested in licensing, he is interested in being the agent for Venezuela to ensure that the right products are licensed. Essentially he will sell the Brand locally (there is no way we can do this ourselves) and we get the royalty.

Please confirm licensing show dates and set up information, I will attend NY at this time and want to set up some meetings for visits to our booth. Let me know whether you require any assistance from an international stand point.

Thanks
MH

-----Original Message-----
From:       Victoria O'Connor
Sent:       Wednesday, April 18, 2001 3:09 PM
To:         Kreisel Dist. - Avi Kreisel
Cc:         Martin Hitch; Isaac Larian; Clemionna Jarrin
Subject:    RE: Bratz licensing in Venezuela

Dear Mr. Kreisel:

Thank you for your interest in Bratz. Have you visited our website (although still under construction) www.bratzpack.com?

I would be interested in discussing licensing opportunities in Venezuela. Will you be at The Licensing Show in NY, June 12-14? The Bratz will be exhibited in booth 1886. If you will be there, perhaps we can schedule a time to meet?

If you do not plan to attend, please let me know the categories in which you are interested in licensing. Thanks again.

Best regards,

Victoria O'Connor
Licensing Director
MGA Entertainment

CONFIDENTIAL
ATTORNEYS EYES ONLY

MGA001208

MGA0001208 B

EXHIBIT _C_ PAGE 525

-----Original Message-----
From:       Martin Hitch
Sent:       Wednesday, April 18, 2001 2:28 PM
To:         Isaac Larian; Victoria O'Connor
Cc:         Kreisel Dist. - Avi Kreisel; Chmeatina Jarin
Subject:    Bratz licensing in Venezuela

Victoria/Isaac,

By copy of this e-mail please contact Avi Kreisel in Venezuela regarding the licensing of Bratz. We have
agreed a contract with Avi to distribute Bratz for a three year term with an option to renew for an additional 2
years. Avi will also represent other key MGA products in the market.

Distribuidora Kreisel S.A. are a major player representing Trendmasters, Toymax and Nikko among other in
addition to MGA, they also have experience selling the entire packaging in the market, i.e., product and
license options.

Avi would like to represent the Brand in it's entirety and would like to discuss ASAP how to proceed. Please
be aware that timing is critical to ensure a successful launch in the market.

Thanks for your help

Martin Hitch
VP, International Sales
MGA Entertainment
Tel. +415.333.4233
www.mgae.com
<< File: Martin Hitch (E-mail).vcf >>

2

CONFIDENTIAL -
ATTORNEYS EYES ONLY

MGA001209

MGA0001209 B

EXHIBIT __C__ PAGE __526__

161

| From: | Paula Treantafelles |
|---|---|
| Sent: | Monday, April 30, 2001 6:46 AM |
| To: | Carter Bryant; Paula Treantafelles |
| Subject: | RE: Bratz FEP samples |

Carter
The belt will be aqua.  I am trying to work with HK to make the final adjustments.  I am happy that you were happy with the samples you saw because these were still pretty rough.  Hair grooming and hair packout still need much improvement.  Also the deco you saw is still not correct.

Thank you for your positive words below.  It helps so much.  I will call you later today.

-----Original Message-----
From: Bryant598@cs.com [mailto:Bryant598@cs.com]
Sent: Friday, April 27, 2001 10:03 PM
To: PTreantafelles@mgae.com
Subject: Bratz FEP samples

HI Paula! I stopped into MGA today, you and Nana were out. Victoria showed me the FEP samples....they look great! I know you are making some improvements....one question....Cloe's belt is still dark blue...I am really really hoping that it is getting changed to aqua. It needs to match her shirt; it is too dark against her pants and doesn't show up.

Otherwise, they look great and I think with some hair grooming and making sure all their pants stay down by their feet...ha ha...they are going to be so cool!

Talk to you soon Paula!
Carte

ATTORNEY'S EYES ONLY

M?????0654

EXHIBIT __C__ PAGE 527

162

From:           Carter Bryant
To:             Paula Treantafelles
CC:
BCC:
Sent Date:      2001-05-01 23:28:48:000
Received Date:
Subject:        Bratz spring break 2002
Attachments:

Hi Paula,

I'm still deciding colors/fabrics for each girl, so I don't know all of the colors we should get just yet, but here are a few colors to get HK started with the plastic pieces for this segment.

Floral bag 1: 218U
Woven bag 1: 528U
Woven bag 2: 130U 2X
Sunglasses (unframed style):636U
Sunglasses (framed style): 130U 2X

that's it for now! If it's possible, I'll try to keep everything confined to these 4 colors so we're not all over the map!
more later.

Carter

Confidential - For Attorney's Eyes Only

EXHIBIT __C__ PAGE _528_

MGA 0051621

163

| From: | Franki Tsang |
|---|---|
| To: | Paula Treantafelles; Rachel Harris; Samuel Wong; Cecilia Kwok |
| CC: | Aileen Storer; Janet Lam; Nana Ashong |
| BCC: | |
| Sent Date: | 2001-05-07 23:01:58.765 |
| Received Date: | 2001-05-07 23:03:39.353 |
| Subject: | RE: Bratz Die Line |
| Attachments: | |

Paula,
1. Diva Stars sample received. Cecilia/Samuel will respond.
2. We are packing out to fulfill urgent shipment. Per Rachel's comment, should we stop pack-out, fix the
'problem' then ship the goods or if you can accept running change.
We are not taking excuse but would find out if die-vinyl was included in the FMA.

Regards,
FT

-----Original Message-----
From: Paula Treantafelles
Sent: Tuesday, May 08, 2001 1:07 AM
To: Rachel Harris; Samuel Wong; Cecilia Kwok; Frankl Tsang
Cc: Aileen Storer; Janet Lam; Nana Ashong
Subject: RE: Bratz Die Line

Nana
Can you please send a Diva Stars package for HK's reference?

Rachel
What is the status on decreasing overall size of the front panel? We need to be prepared with an
answer either way during Sales line review tomorrow

-----Original Message-----
From: Rachel Harris
Sent: Friday, May 04, 2001 11:49 AM
To: Samuel Wong; Cecilia Kwok; Frankl Tsang
Cc: Aileen Storer; Janet Lam; Paula Treantafelles; Nana Ashong
Subject: Bratz Die Line

Please make sure that the die on the inserts are as close as possible.

PLEASE look at the Diva Starz box and see how close they were able to cut this die. The
Bratz package does not look good with the current die. We cannot have this go out in
stores like it is.

Thank you for your cooperation,

Rachel R. Harris
Creative Director
MGA Entertainment
rharris@mgae.com
http://www.mgae.com
818.894.2525 xt.134

Confidential - For Attorney's Eyes Only

EXHIBIT ___C___ PAGE 529                    MGA 0052265

*818.894.8094 FAX*

Confidential - For Attorney's Eyes Only

EXHIBIT ___C___ PAGE 530   MGA 0052266

164

| From: | Stephen Lee |
|---|---|
| To: | Paula Treantafelles |
| CC: | Isaac Larian; Nana Ashong; Cyndi Kwan; Cecilia Kwok; Stanley Li |
| BCC: | |
| Sent Date: | 2001-05-10 07:53:52:531 |
| Received Date: | 2001-05-10 07:55:38:385 |
| Subject: | RE: Production at Early Light - Bratz |
| Attachments: | |

Dear Paula,

The colour deviation on the printed card has already been accepted by the buyer. Besides, it does not make sense to forward a sample to you because it is solely the decision of the buyer in France and there is nothing you can do.

Best regards,
Stephen S.C. Lee
www.mgae.com

SL/eo

-----Original Message-----
From: Paula Treantafelles
Sent: Thursday, May 10, 2001 1:59 AM
To: Stephen Lee; Isaac Larian
Cc: Cyndi Kwan; Cecilia Kwok; Stanley Li; Nana Ashong
Subject: RE: Production at Early Light

Stephen

Re: BRATZ

Is there anyway that you can send me a sample representing color deviation on printed cards? I would like to see what you are referring to in your below

Noted that production just began but can you confirm what is causing defectives? Is it something found generally specific to units that failed? ...like "snap on" shoes, articulation in knee, aesthetic issues?

-----Original Message-----
From: Stephen Lee
Sent: Wednesday, May 09, 2001 3:14 AM
To: Isaac Larian
Cc: Paula Treantafelles; Cyndi Kwan; Cecilia Kwok; Stanley Li
Subject: Production at Early Light

Dear Isaac,

According to Early Light, the problem with Wow Wee is because of the try-me function that exhausted

Confidential - For Attorney's Eyes Only

EXHIBIT __C__ PAGE 531

MGA 0047234

the unit quickly, and thus caused the return. Believe it or not, we cannot verify this explanation. Wow Wee returned to Early Light 3 containers of supposedly defective units and they are still under negotiation. However, Early Light is now sitting with these 3 containers in Hong Kong and cannot ship them back to China for re-work or disposal due to the China Customs restriction.

I rushed to Early Light yesterday because we found a colour deviation on the printed cards for the Bratz shipment to Bandai France. We also found some aesthetic deviations. (This item does not have any electronic or mechanical involvement so aesthetics can be treated as major.)

We already sent samples to Bandai France and are awaiting their confirmation of acceptance after reviewing the colour deviation on the printed cards. As for product aesthetics, the problem is now under control. A major problem is one of the roto heads bears an engraving of MCA (instead of MGA) at the back. I told Early Light that we would not accept a single production piece with such wrong engraving and they must 100% sort them out from the production lot.

We also inspected the production lines of various items. Probably due to the fact that production just started, the on line defective rate was 30% for Bratz. We also reviewed the production of 5K Palm Puppies for Vivids inspection tomorrow, and found that the on line defective rate was about 15% on average over 5 styles. The highest defective rate came from the Flip Over puppy which was about 22%. Situation should improve when production gets smooth.

Insectobot units are under molding and colour spraying. Will have quality inspection on next Tuesday.


Best regards,
Stephen S.C. Lee
www.mgae.com <http://www.mgae.com/>

SL/ec

——Original Message——
From: Isaac Larian
Sent: Tuesday, May 08, 2001 1:44 PM
To: Stephen Lee
Subject: RE: for your review

Please keep me posted.

Frankly, due to big Wow Wee problems for the TRY me on animals, a lot of retailers are questioning EL quality and if they can produce good quality products. Please let Francis and Wilson know of this and improve.

Isaac

    ——Original Message——
    From: Stephen Lee
    Sent: Monday, May 07, 2001 10:07 PM
    To: Isaac Larian
    Cc: Paula Treantafelles; Nana Ashong
    Subject: RE: for your review

    Dear Isaac,

    Just received the comparable packaging. Their die-cut is very sharp and there is a risk of over-cutting into the graphics of the product. The problem is Early Light left too much margin. Samuel is

Confidential - For Attorney's Eyes Only

EXHIBIT _C_ PAGE 532

MGA 0047235

going to reply you in more details.

However, there is a major quality problem with Early Light on the Bratz dolls for Bandai. I doubt very much if we can meet the 5/12 ship date. The problems are mainly on aesthetics and colour off on packaging. I had a very strong discussion with Francis Chui himself and I am now leaving for the Early Light factory in China to review the status.

Best regards,
Stephen S.C. Lee
www.mgae.com

SL/ec

-----Original Message-----
From: Stephen Lee
Sent: Monday, May 07, 2001 4:19 PM
To: Isaac Larian
Cc: Paula Treantafelles; Nana Ashong
Subject: RE: for your review

Dear Isaac,

I do not want to make any comment until we receive the package in question.

Best regards,
Stephen S.C. Lee
www.mgae.com

SL/ec

-----Original Message-----
From: Isaac Larian
Sent: Saturday, May 05, 2001 3:09 AM
To: Stephen Lee
Cc: Paula Treantafelles; Nana Ashong
Subject: FW: for your review
Importance: High

Stephen,

I will have Nana send to MGA HK today, a comparable package where the die cuts we want were able to be done on the packaging to your attention, together with copy of " Winners and Losers" boards.

After you get these, please sit down with the Bratz Product manager in HK ,SHOW THEM THE COMPETITION PACKAGE AS WELL AS OURS and let me know by next Thursday, why another toy company can do something but MGA people in HK say we can not do the exact same thing for MGA product!

-----Original Message-----
From: Nana Ashong
Sent: Friday, May 04, 2001 12:04 PM
To: Isaac Larian
Cc: Didi Brown

Confidential - For Attorney's Eyes Only

EXHIBIT C PAGE 533

MGA 0047236

Subject: for your review

Per Isaac Larian:

The present die cut on the Bratz packaging is overwhelmingly large. The original artwork sent from LA illustrated a die line with 1mm of bleed. Our examination of competitive product status that a closer die-line (as well as sharp angle cuts) are possible for such packaging.

Please revise the die-cut of all Bratz packaging to reflect the original 1mm bleed to offer a crisper look to the final product.

Thank You,
Nana

Nana Ashong
Associate Product Manager
MGA Entertainment
nashong@mgae.com
http://www.mgae.com
818.894.2525 ext. 171
818.894.8094 FAX

Confidential - For Attorney's Eyes Only

EXHIBIT ____C____ PAGE 534    MGA 0047237

165

| From: | Paula Treantafelles |
|---|---|
| Sent: | Wednesday, May 09, 2001 10:50 AM |
| To: | Cecilia Kwok; Samuel Wong; Carter Bryant |
| Cc: | Nana Ashong |
| Subject: | RE: status and next steps on BRATZ |

Please see my comments below

Carter

To ensure I do not create any confusion... please repond to Cecilia on the following questions which she poses in the below.

Re: Cloe

1. What is the usage of the White Twill - for the skirt?

2. What is the usage of the medium blue (washed out) denim?

3. What is the usage of the silver studs - for the decoration on the belt?

4. There is some decoration on the pants as per your photo sent, please advise if this is engineering print/ silkscreen.

5. There is texture on the pants as per the fabric matrix, please advise if there any file for the texture provided.

6. Color reference for necklace (I guess she has not yet received a swatch)

—Original Message—
| From: | Cecilia Kwok |
|---|---|
| Sent: | Wednesday, May 09, 2001 3:42 AM |
| To: | Paula Treantafelles; Samuel Wong |
| Cc: | Nana Ashong |
| Subject: | RE: status and next steps on BRATZ |

Dear All,

Please see my comment below.

Regards,
Cecilia

—Original Message—
| From: | Paula Treantafelles |
|---|---|
| Sent: | Wednesday, May 09, 2001 10:44 AM |
| To: | Cecilia Kwok; Samuel Wong |
| Cc: | Nana Ashong |
| Subject: | status and next steps on BRATZ |

Please note the pending 2001 BRATZ submissions:

- improved articulation
- *[Cecilia]* Will send improved samples on 5/15.
- . improved hair pack out against backpanel insert for Sasha and Jade
- *[Cecilia]* Will sent the samples on 5/12.
- improved poster (we sent you the CD with correct background color today)
- *[Cecilia]* Will advise upon receive the CD.
- submission with hed packed against backpanel insert with hangtag
- *[Cecilia]* Two samples will be sent 5/12.
- build up of "Free BRAZ poster inside" against back panel
- *(Cecilia]* The samples will be sent on 5/19.
- package with improved die cut (2.5mm)

CONFIDENTIAL -
ATTORNEYS EYES ONLY

MGA000666

MGA0000666 B

EXHIBIT ___C___ PAGE: 535

- *[Cecilia]* Checking with EL, will advise by 5/11.

Please note the pending 2002 BRATZ submissions:
- sample with hair mechanism representative of actual product size and revised part line and improved mechanism.
- *[Cecilia]* Test molds for the head (roto mold) & hair cap (injection mold) cost HK$8,000/ US$1025. However, these are only for testing & may be wasted. Please confirm/ approve this cost in order to start building the test molds.
- *[Paula]* Please send a JOS. I will speak with Isaac before I sign so he is clear that this testmold is only to prove out a possible feature.
- current costs for 14.99 doll packs (assuming 2001 package structure material and insert, hair grams weight, doll, brush, poster). We will advise which of the additional pairs of shoes we want to include for each character as soon as we receive this information.
- *[Cecilia]* EL still sourcing some of the fabrics and will try to advise the prelim cost on 5/11. Moreover, please advise the information below:

    Re: Cloe
    1. What is the usage of the White Twill – for the skirt?
    2. What is the usage of the medium blue (washed out) denim?
    3. What is the usage of the silver studs – for the decoration on the belt?
    4. There is some decoration on the pants as per your photo sent, please advise if this is engineering print/ silkscreen.
    5. There is texture on the pants as per the fabric matrix, please advise if there any file for the texture provided.

- commitment to sending accessory pieces per Carter's line drawing for 5/23 sales presentation meeting.
- *[Cecilia]* The accessory pieces will send out on 5/19. Please advise if these send to LAO or directly to Carter.
- *[Paula]* Please send directly to Carter

Please note that we will send to you the rough sftgoods patterns and fabric swatch reference (2001 material) by end of this month
*[Cecilia]* Noted and waiting.

Please also note that per line review this afternoon we will continue to hip BRAZ fashion packs AS IS in spring 2002. No changes to fashion or package.
*[Cecilia]* Noted.

CONFIDENTIAL -
ATTORNEYS EYES ONLY

MGA000667

MGA0000667 B

EXHIBIT __C__ PAGE 536

166

| | |
|---|---|
| From: | Carter Bryant |
| To: | Cecilia Kwok |
| CC: | Paula Treantafelles; Nana Ashong |
| BCC: | |
| Sent Date: | 2001-05-09 06:21:43:000 |
| Received Date: | |
| Subject: | Bratz Spring Break molded pieces |
| Attachments: | |

Hi everyone,

Here are the final colors for our Spring Break Bratz 2002 line molded pieces. None of the selected colors have changed from before, only their assigned pieces and characters. These are the colors we will use for our final product.

Cecilia, I know I asked for different color configurations from you earlier, please just go ahead with what is already being done, as those pieces are for presentation only and not the final "product" colors/configurations. Also, I will fax you notated hard copies of the drawings of the new fashions for your reference.

Please use this email message to reference any other drawings or notes you may already have and consider this final color direction.

Yasmin will get: unframed sunglass style in 219U pink
                 flowered tote bag in 696U aqua
Jade will get: framed sunglass style in 130U 2X orange
                 flowered totebag in 219U pink
Sasha will get: white visor
                 framed sunglass style in 295U navy
                 woven tote bag in 130U 2X orange
Cloe will get: silver visor
                 unframed sunglass style in 636 U aqua
                 woven tote bag in 295U navy
This combination represents each girl getting different colored accessories. None of the colors are repeated twice for any one accessory which should give us a nice color mix.

-Carter

Confidential - For Attorney's Eyes Only

EXHIBIT ___C___ PAGE _____

MGA 0046316

**167**

| From: | Paula Treantafelles |
|---|---|
| To: | Carter Bryant |
| CC: | |
| BCC: | |
| Sent Date: | 2001-05-11 20:39:51:626 |
| Received Date: | 2001-05-11 20:39:51:626 |
| Subject: | FW: our new idol |
| Attachments: | girl.pps |

Check this out. HK got crazy with a camera

-----Original Message-----
From: Isaac Larian
Sent: Thursday, May 10, 2001 7:41 PM
To: Paula Treantafelles; Nana Ashong; Victoria O'Connor; Lon Ross
Subject: FW: our new idol

-----Original Message-----
From: Frankl Tsang
Sent: Thursday, May 10, 2001 7:32 PM
To: Isaac Larian
Subject: FW: our new idol

Please take a look and see if you would like to put this into the website. By Sarah. :)

-----Original Message-----
From: Sarah Chui
Sent: Thursday, May 10, 2001 11:39 AM
To: HK Product Development; Cecilia Kwok
Cc: Stephen Lee
Subject: our new idol

I just catch some pose from our product!

-Sarah

Confidential - For Attorney's Eyes Only

EXHIBIT ___C___ PAGE 530 



EXHIBIT ____ PAGE 539

Confidential - For Attorney's Eyes Only

MGA 0051428



Confidential - For Attorney's Eyes Only

EXHIBIT ___C___ PAGE 540 MGA 0051428



EXHIBIT ___C___ PAGE 541

MGA 0051430

Confidential - For Attorney's Eyes Only



Confidential - For Attorney's Eyes Only

EXHIBIT ___C___ PAGE 542
MGA 0051431



Confidential - For Attorney's Eyes Only

EXHIBIT ___ PAGE 543

MGA 0051432



Confidential - For Attorney's Eyes Only

EXHIBIT ___C___ PAGE 544

MGA 0051433



Confidential - For Attorney's Eyes Only

EXHIBIT ___C___ PAGE _545_ MGA 0051434





Confidential - For Attorney's Eyes Only

EXHIBIT ___C___ PAGE 546  MGA 0051435

168

| | |
|---|---|
| From: | Paula Treantafelles |
| Sent: | Monday, May 14, 2001 10:44 AM |
| To: | Cecilia Kwok |
| Cc: | Carter Bryant; Nana Ashong |
| Subject: | package received 5/14 |

Cecilia

Please note. I recieved the improved articulated BRATZ body. It works great! Thanks.

I also received the fabric construction submissions. I will review with Carter asap and advise approval/comments

Please also confirm status on product cost for doll packs. We agreed last week that you would advise this information by last Friday.

Thanks.

ATTORNEY'S EYES ONLY

MGA000655

EXHIBIT __C__ PAGE 547

169



LIBRARY OF CONGRESS

*Copyright Office*
*of the United States*
WASHINGTON D.C.

THIS IS TO CERTIFY that the attached additional certificate is a claim of copyright for the work entitled BRATZ GROUP DRAWING registered under number VA 1-218-488

THIS IS TO CERTIFY ALSO that the attached photocopies are a true representation of the work entitled BRATZ GROUP DRAWING deposited in the Copyright Office on December 22 2003 registered under number VA 1-218-488.

IN WITNESS WHEREOF the seal of this Office is affixed hereto on May 17 2004

Marybeth Peters
Register of Copyrights

By       Tracie M. Coleman
Head
Certifications and Documents
Section
Information and Reference
Division

Use of this material is governed by the U.S. copyright law 17 U.S.C.
101 et seq



EXHIBIT __  **548**   M 0110188



## Certificate of Registration

This certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1-251-666

EFFECTIVE DATE OF REGISTRATION

DEC 2 2 2003

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Title of This Work ▼

BRATZ Group Drawing

NATURE OF THIS WORK See instructions

color drawing

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

NAME OF AUTHOR ▼
Carter Bryant

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of USA
Domiciled in

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See instructions
☐ 3 Dimensional sculpture   ☐ Map   ☐ Technical drawing
☑ 2 Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

NAME OF AUTHOR ▼

Dates of Birth and Death
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of
Domiciled in

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See instructions
☐ 3 Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2 Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

Year in Which Creation of This Work Was Completed
1998
Year in all cases

Date and Nation of First Publication of This Particular Work
Month February   Day 12   Year 2001
USA

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

MGA Entertainment Inc 16730 Schoenborn Street
North Hills CA 91343 6122

APPLICATION RECEIVED
DEC 2 2 2003
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
DEC 2 2 2003
FUNDS RECEIVED

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

Assignment

MORE ON BACK ▶   Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
See detailed instructions.   Sign the form at line 8

DO NOT WRITE HERE
Page 1 of

549 0110189





EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
☐ Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

PREVIOUS REGISTRATION

DERIVATIVE WORK OR COMPILATION

DEPOSIT ACCOUNT

CORRESPONDENCE

arry W McFarland   Keats McFarland & Wilson LLP
9720 Wilshire Boulevard Penthouse Suite
Beverly Hills California 90212

Area code and daytime telephone number   ( 3 ) 248 3830

Email   lmcfarland@kmw.aw.com

CERTIFICATION

MGA Entertainment Inc

Typed or printed name and date ▼

Larry W McFarland                          December 16 2002

Handwritten signature (X) ▼

X

Certificate
will be
mailed in
window
envelope
to this
address

Name ▼
Larry W McFarland   Keats McFarland & Wilson LLP

Number/Street/Apt ▼
9720 Wilshire Boulevard Penthouse Suite

City/State/ZIP ▼
Beverly Hills California 90212

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. June 2002—20,000   Web Rev. June 2002   ⊛ Printed on recycled paper     U.S. Government Printing Office: 2000-461-113/20,021

EXHIBIT  C  PAGE  350       M 0110190

μ  – 218 – 489

EXHIBIT C    537  M 0110191



HIBIT _C_ F.

332   M 0110192

170



LIBRARY OF CONGRESS

*Copyright Office*
*of the United States*

WASHINGTON D.C.

THIS IS TO CERTIFY that the attached additional certificate is a claim of copyright for the work entitled CLOE DRAWING registered under number VA 1-218-490.

THIS IS TO CERTIFY ALSO that the attached photocopies are a true representation of the work entitled CLOE DRAWING deposited in the Copyright Office on December 22 2003 registered under number VA 1-218-490.

IN WITNESS WHEREOF the seal of this Office is affixed hereto on May 17 2004

Marybeth Peters
Register of Copyrights

By Tracie M Coleman
Head
Certifications and Documents
Section
Information and Reference
Division

Use of this material is governed by the U S copyright law 17 U.S.C 101 et seq.

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

FORM VA
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

VA 1-208-498

EFFECTIVE DATE OF REGISTRATION

DEC 22 2003

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Title of This Work ▼

CLOE Drawing

NATURE OF THIS WORK ▼ See instructions

color drawing

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give  Volume ▼  Number ▼  Issue Date ▼  On Pages ▼

**2**

NAME OF AUTHOR ▼

Carter Bryant

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NOTE

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3 Dimensional sculpture   ☐ Map   ☐ Technical drawing
☑ 2 Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

Name of Author ▼

Dates of Birth and Death
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ▶
Domiciled in ▶

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3 Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2 Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**3**

Year in Which Creation of This Work Was Completed
1998
Year   This information must be given ONLY if this work has been published.

Date and Nation of First Publication of This Particular Work
Complete this information   Month February   Day 12   Year 2001
ONLY if this work has been published.   U.S.A.   Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
MGA Entertainment Inc  16730 Schoenborn Street
North Hills CA  91343 6122

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Assignment

APPLICATION RECEIVED
DEC 22 2003
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
DEC 22 2003
FUNDS RECEIVED

MORE ON BACK ▶   Complete all applicable spaces (numbers 5-9) on the reverse side of this page.   See detailed instructions.   Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

554  M 0110184

EXAMINED BY

CHECKED BY

CORRESPONDENCE
Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET

PREVIOUS REGISTRATION

DERIVATIVE WORK OR COMPILATION

DEPOSIT ACCOUNT

CORRESPONDENCE

Larry W. McFarland   Keats McFarland & Wilson LLP
9720 Wilshire Boulevard  Penthouse Suite
Beverly Hills  California

mcfarland@kmwlaw.com

CERTIFICATION

MGA Entertainment, Inc.

Larry W. McFarland                                          Date  December 16, 2003

Handwritten signature (X)

X

Certificate
will be
mailed in
window
envelope
to this
address

Name ▼
Larry W. McFarland  Keats McFarland & Wilson LLP
Number/Street/Apt ▼
9720 Wilshire Boulevard  Penthouse Suite
City/State/Zip ▼
Beverly Hills California  90212

Rev. June 2002—90,000   Web Rev. June 2002   Printed on recycled paper

EXHIBIT ___   PAGE ___ 555   M 0110195

EXHIBIT __C__ PAGE 550

M 0110196



EX. ___ PAGE 557   M 0110197