**EXHIBIT  D**

# EXHIBIT D

## TABLE OF COMMUNICATIONS

| Number | Date | Type of Communication | Bates Reference |
|---|---|---|---|
| 1. | 3/9/2002-3/12/2002 | Email from Paula Treantafelles to Isaac Larian, Abe Mirza, Beth Cahill; Email from Isaac Larian to Victoria O'Connor, Dave Malacrida, Aileen Storer, Paula Treantafelles, Margo Chazen, Dianna Eisenberg, copy to Abe Mirza, Julie Mote, Beth Cahill. | MGA 3801819-MGA 3801822 |
| 2. | 2/6/2003 | Email from Dee Dee Valencia to Isaac Larian; Email from Isaac Larian to Dee Dee Valencia | MGA 3801558 |
| 3. | 7/14/2003 | Email from Chris Palmeri to Isaac Larian; Email from Isaac Larian to Isaac Larian | MGA 3805091 |
|  | 7/28/03 | Business Week article by Christopher Palmeri titled "To Really Be A Player, Mattel Needs Hotter Toys" | M 0074054-M 0074056 |
| 4. | in or about December 2003 | Patent Application for Doll with Aesthetic Changeable Footgear | MGA 0825485-MGA 0825495 |
| 5. | 3/5/2004 | Chicago Sun-Times article by Denise O'Neal titled "Bratz packers are what's cool in doll world" | M 0070398-M 0070399 |
| 6. | 3/29/2004 | San Fernando Valley Business Journal article by Jeff Weiss titled "Immigrant's Creative Company Shakes Up Toy Industry" | Exhibit 6000 |
| 7. | 5/14/2004 | Affidavit of Isaac Larian, redacted version admitted during Phase 1 trial | MGA 0868039, MGA 0868040, MGA 0868090 |

EXHIBIT D
PAGE 639

00505.07975/2870497.2

1

| | |
|---|---|
| **From:** | Isaac Larian |
| **To:** | Victoria O'Connor; Dave Malacrida; Aileen Storer; Paula Treantafelles; Margo Chazen; Dianna Eisenberg |
| **CC:** | Abe Mirza; Julie Mote; Beth Cahill |
| **BCC:** | |
| **Sent Date:** | 2002-03-12 12:17:42:953 |
| **Received Date:** | 2002-03-12 12:17:42:953 |
| **Subject:** | FW: Hi |
| **Attachments:** | |

Victoria, Dave: Who gave David Dees info and what he does for us to this Yahoo lady and why?

This Yahoo lady is giving us too much legal grief even though she does not mean it.

Please DO NOT send any information or reply to her e mails unless you have cleared it with me.

Julie/Beth/ Abe:                                    There must be no mention about Mattel or any of their properties, Carter , any MGA Bratz arts ,etc.

-----Original Message-----
From: Paula Treantafelles
Sent: Monday, March 11, 2002 5:55 PM
To: Isaac Larian; Abe Mirza; Beth Cahill
Subject: FW: Hi

-----Original Message-----
From: David Dees [mailto:davodees@hotmail.com]
Sent: Saturday, March 09, 2002 12:37 PM
To: bryant598@cs.com
Subject: Hi

Hi Carter,

I thought you would enjoy this letter i wrote to the Bratzworld club on Yahoo. It starts off with the club leader introducing it. Dees.

Hello!

I'm posting a wonderful letter from David Dees- the guy who does the awesome art we love to look at on the Bratz website and on posters and wherever Bratz girls are. I just want to post it to its own message so I can save that as a text file in the David Dees folder in files so you can read it anytime you like. We've



EXHIBIT
4507

CONFIDENTIAL – ATTORNEYS' EYES ONLY

MGA 3801819

EXHIBIT   D
PAGE   640        4507 - 1

EX 4507-0001

always liked it that MGA communicates with the Bratz fans and this takes it even further into VERY COOL land.

Make sure you also check out his portfolio for all the other stuff he does- you've probably seen lots of it- he's extremely talented!

Okay enough from me- I'll post his letter right after this
:)
snowflakebebe

>Hello my name is Christian (I'm a girl!) and I do a fan list for the Bratz
>dolls and I was wondering if you could post and maybe share some of your
>other Bratz art that we may not have seen (we have lots of it in the files
>section) - or talk about your experience working on the illustrations of
>the
>Bratz. I am in contact with MGA and they have endorsed this "fan club" so
>if
>I need to get permission from them for anything I can ask- but I hope
>you'll
>share some art if you can. We have the link to your portfolio up in our
>files and bookmark section. Come visit sometime :) We love your art. Its
>a
>big part of the fun of the Bratz :)

Hi Christian,

Thanks so much for your letter and interest in the world of Bratz. I talked to the art director at MGA , and she said that of course i am not the one to be releasing any Bratz art ahead of time, so i will check and see if i can post some of that older airbrush art for you. She also said MGA is in the process of building a new website that is going to be packed to the hilt with cool art of all the new fashions, and believe me, they are wild and colorful as i just finished about thirty new pieces of art that will amaze you.

I work freelance as an illustrator and have my own studio at home where i paint at my leisure, but if a job comes in you can be sure that it is usually being rushed. My immediate live-in family consists of two furry felines. A crosseyed siamese mix named Buddy, and a female red striped tabby named Goose.

I am swamped right now with colorizing lots of the new wacky funk styles, and there are new hats and boas and tops that I got a kick out of. However I can't take credit for creating the Bratz Dolls, or even the first Bratz illustrations, for that honor would go to a fellow named Carter Bryant*, who is truly a genius of fashion and the soul and only person who first drew those great pouty lips and that extreme look that only our heros share. I have never met him personally, but on the phone and emails he is certainly the nicest sincere fellow ever, and very optimistic and complementary about my art in his approach. It felt good early on when he would tell me i was doing a good job bringing them to life. Can you tell I am a fan of his as

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT ___D___
PAGE ___641___   4507-2

MGA 3801820

EX 4507-0002

well?

Let me tell you about MGA. It is located in North Hills, California, at the west end of the beautiful San Fernando Valley, where i lived for many years, but now i live in Salt Lake, where the Olympics just were. Anyway, when you walk into the big, high ceiling lobby there is a real pretty receptionist with reddish brown hair (and that sometimes wears leopard prints), and if you look to the left you will see the stairs wind up to the second floor where all the cool stuff happens. And as you start up them there is, to the right, a little rock garden with plants, and it always has some of the new toys, like robot dogs, insectobots, or baby dolls sitting in there as if they are playing. As you get to the top of the stairs, that is if you can get permission to come up to this top secret place, the first thing you notice to your right is two big doors opening into a spacious office with a fancy glass desk, usually covered with toys, and sitting there working busily away is a great fellow named Isaac, who is the owner, president, and creator of most of the MGA toys. He always seems to leave his doors open and when i stop by to pick up a job i glance in and wave if he happens to look up.

The first big area past there has lots of low partitioned cubicles with all the business people who keep the finances working, but then the next rows are the package and advertising designers, which is sort of the front line of the creativity, and as you continue up the steps there is a silly sign hanging that says Design Farm, and that is the beginning of the art studios. It always freaks me out to go in there because it is a busy beehive of toy ideas and designers flying around like a tornado. It is a big open room with black walls and bright lights shining down spotlighting the work areas, and colorful toys and wacky new ideas and drawings lining the walls. The middle area has a long table work table covered with new toy packages being assembled for the first time, with most of the mocked up packages being created by cutting and pasting by hand, and only after the idea is shown through many approval lines is it mass produced. Sometimes a whole new line of Bratz accessories will be displayed, and i am amazed at the details of the clothes at such a small scale. When i pop in i am usually asked for my opinion about the new toys, such as if i think they will be popular or how to promote them, and i am always happy to put in my two cents. There are about a dozen or so design areas with computers that surround the work table, and at each station is someone with more talent than you can imagine all corraled into one group. That is why they come up with such great stuff. There is also a window on one wall and whenever i look out of it, it is stunning to look down into the warehouse which quite a large expanse of big boxes and lifts carrying them around. I guess that is the tour.

About working on the illustrations, well they are all colored on the computer. The best thing i can say is that i finally figured out a great way to paint their hair that flows great, and looks sort of real. But that is in the last group of art i just finished and it will available to you soon i suppose. If you have any suggestions about any of the art i always welcome your viewpoint.

CONFIDENTIAL – ATTORNEYS' EYES ONLY

MGA 3801821

EXHIBIT ___D___
PAGE ___642___    4507-3

EX 4507-0003

Anyway that is about it. I will send in anything that i am allowed to release to you guys, or check my website for new art that i am putting up all the time. Feel free to download any art that you like off my site. See ya. david.

(* You can do a google.com search under Carter Bryant and you can see some things he has done.

-snowflakebebe)

WOW what a cool letter... i have to say again that everyone so far involved with the Bratz company is so cool, and responds personally and actually takes some time.... as for Carter Bryant i searched and searched and came up with nothing. so if any one find his website, can you post the URL.. ;) many thanks...

Pink Glitter
>>Vayne<<
xxx

Get your FREE download of MSN Explorer at http://explorer.msn.com/intl.asp.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

EXHIBIT __D__
PAGE __643__   4507 - 4

MGA 3801822

EX 4507-0004

2

| From: | Isaac Larian |
| To: | Dee Dee Valencia |
| CC: | |
| BCC: | |
| Sent Date: | 2003-02-06 20:05:14:687 |
| Received Date: | 2003-02-06 20:05:14:687 |
| Subject: | RE: Bratz |
| Attachments: | |

Good ideas.

Lets share with the team after NY and execute.

-----Original Message-----
From: Dee Dee Valencia
Sent: Thursday, February 06, 2003 11:59 AM
To: Isaac Larian
Subject: RE: Bratz

Okay ... I am jotting down my first thought .... I'll think more. Had experience in past lives in collectible market....

Limited Edition Collectible # of pcs low low low - build for the future

SELLING - DISTRIBUTION
-Go for 2 partners; 1 TV (QVC) and other Hallmark sold in Collectibles Section (next would be ornaments with Hallmark)
-Offer the first 1,000 to our fan club members - 1st come first serve - build frenzy then you can advertise that the remaining # is going to be on QVC and in Hallmark only for a limited time.
-This strategy would also help, 'literally presell' the program to QVC & Hallmark. Built in demand, advertised, slam dunk!
-After market sales - will boom - ebay,... keep track of it .. powerful ...

FEATURES:
-Signed by....???? - I know we want to keep Carter under wraps ...

-Custom / Original art of girls as the certificate of authenticity - framed for room and showing off to friends

-The box is JUST AS IMPORTANT as THE PRODUCT in the collectible market. So packaging needs to be authentic and out of this world.

Product Ideas:
-Porcelain real hair, real fabrics as accents - high high detail
-Tie to well known hip fashion designer that designed clothing for extra equity
-Set of 4 dolls 6"-8"high (size smaller than mass market dolls - these are display only pcs)
-They need to be sold in a showcase cool environment - funky - this is part of the display in their room
-Something exclusive for the girl herself ... exclusive fashion bag is my first thought.

I'll think more.... we should absolutely utilize the Bratz Fan Club more. They 'expect' to be the first ones to know what is up and coming for Bratz. This is a built in base for exclusive or allocated or presold sell of goods.

DD

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT _D_
PAGE _644_

MGA 3801558
EX 4942-0001

# THIS PAGE

# INTENTIONALLY

# LEFT

# BLANK

EXHIBIT ___D___

PAGE ___645___

**3**

| From: | Isaac Larian (President / CEO) |
|---|---|
| To: | Isaac Larian (President / CEO) |
| CC: | |
| BCC: | |
| Sent Date: | 2003-07-14 17:52:29:375 |
| Received Date: | 2003-07-14 17:52:29:437 |
| Subject: | Fw: Fact-checking |
| Attachments: | |

Isaac Larian
CEO
MGA Entertainment Inc.
A Consumer Entertainment Product Company
16730 Schoenborn St
North Hills, Ca. 91343-6122
Tel : 818-894-3150
Fax : 818-894-1267

-----Original Message-----
From: Chris Palmeri <chris_palmeri@businessweek.com>
To: Larianl1@mgae.com <Larianl1@mgae.com>
Sent: Mon Jul 14 18:01:48 2003
Subject: Fact-checking

Isaac,

I have a Mattel story running this week that features Bratz prominently.
I quote you as saying: Like they say in business school, no risk, no
reward. I describe you as the chief executive of privately-held MGA
Entertainment, Inc. of North Hills, Calif.  We say that through May of
this year, Bratz had doll sales in the U.S. of $22 million vs. $27
million for traditional Barbie and $4 million for My Scene. We say that,
overall, Bratz will do about $500 million in sales this year, vs. $1.5
billion for Barbie. We describe you as a 49 year old Iranian immigrant,
trained as a civil engineer, who modeled Bratz after your own children
who wear midriff-bearing shirts, low-rise jeans and baseball caps.

Is all of that accurate? Please let me know asap. And thanks for your
help.

213 480-5225

CONFIDENTIAL

EXHIBIT __D__
PAGE ___446___

MGA 3805091

(IPS)
Exhibit no. 4941
Date: 3/26/08
Larian, I. P. Pytron



# ANNUAL RETIREMENT GUIDE

The McGraw·Hill Companies

# BusinessWeek

JULY 28, 2003                                                www.businessweek.com

## CITI'S NEXT ACT

**STOCK VS. OPTIONS**
THE NEW EXEC COMP GAME

**STRATEGIES**
► YAHOO!
► GENERAL MILLS
► MATTEL

**GE**
MEET CHARLENE BEGLEY, A RISING STAR

**INVESTING**
HOW OUR WALL STREET COLUMN PERFORMED

**CHUCK PRINCE**
Sandy Weill's top troubleshooter is the unlikely choice to become CEO. Does he have the right stuff to lead the world's most important bank? PAGE 30

HOXBBGO0 **ACK LOT 9016A*C033
0JL121210091 0#300116    #X003676
071994
HAR 22 04  0975
7099
GARY JOLICOPUR
2121 GATES AVE B
REDONDO BEACH CA  90278-2067

EXHIBIT __D.__
PAGE __647__


Exhibit no. 631
Date: 8/30/07
Mabelde Pyburn

M 0074054

631.1



## The Corporation

**COMMENTARY**
*By Christopher Palmeri*

# TO REALLY BE A PLAYER MATTEL NEEDS HOTTER TOYS

**FIRST-CAME BRATZ...**

| | |
|---|---|
| MAKER | MGA Entertainment |
| DEBUT | 2001 |
| NAMES | Yasmin, Sasha, Cloe, Jade, and Meygan |
| MOTTO | The girls with a passion for fashion |
| NEW RIDE | Late-night stretch limo |

M 0074055

EXHIBIT D
PAGE 648

631.2

That should help boost sales. But it's even more important that Mattel prove it can respond to nimble upstarts as well as traditional big rivals like Hasbro Inc. After all, it took the company more than a year to launch a competitor to MGA Entertainment's Bratz. My Scene Barbie didn't hit stores until last October and has yet to make a dent in Bratz's success. At its Santa Monica (Calif.) store recently, Toy "R" Us Inc. devoted just a sliver of the shelf space to My Scene that it did to Bratz. And My Scene dolls were being offered at 2 for 1. "It's not really catching ground," says Sean P. McGowan, toy industry analyst at Harris Nesbitt Gerard Inc.

Mattel will start tossing in a cell phone with 300 free minutes if you buy four of the $13.99 dolls. It also plans to add accessories and boy versions—Hudson, River, and Bryant.

Barbie isn't the only Mattel

stalwart under attack. Its Fisher-Price unit, long the king of preschool, is losing sales to newcomer LeapFrog Enterprises Inc., whose electronic interactive books have captured 19% of the $2.9 billion preschool toy and electronic-learning aid markets. Eckert is counting on a successful launch in August for Power-Touch, Mattel's version of LeapFrog's popular interactive book. PowerTouch is operated by pointing a finger at an image or a word, instead of the stylus used in LeapFrog's original products. That's key for younger kids. "It's much easier for her to use," says Christopher Coye, a Los Angeles-area parent whose 4-year-old tested a PowerTouch. Still, LeapFrog releases a finger-operated system in August, too.

Over the long term, Eckert puts at risk one of the strongest toy companies around if he can't instill innovation and rapid reaction in his much-tightened organization. To his credit, he is making it crystal clear that he doesn't want ideas to linger in the pipeline. When Matchbox brand managers mentioned this year that they had designed a toy firehouse that could be shipped with no assembly required, Eckert told them to get it out by fall. "Why wait?" he says. "If you've got it, sell it." And not a moment too soon: Sales of Match's Hot Wheels and Matchbox cars fell 6% in the first quarter, thanks to competition for boys' attention from action figures like Hasbro's resurgent G.I. Joe and Transformers.

The question is how much Eckert needs to tweak his model. He probably cut back too much, for instance, on marketing. In 1998, Mattel's advertising and promotional spending totaled $631 million, or 13.8% of sales. By last year, it had fallen to $562 million, or 11.2% of sales. Aggressive television marketing boosted sales of Hot Wheels cars in Spain last year, and a strong new campaign could help Mattel toys here.

Mattel won't live or die on every new toy it develops. But it can't just rely on Barbie, either. If she they say in business school—no risk, no reward," says Isaac Larian, one privately held rival. He should know. He got his idea for ultra-sleek Bratz from his own kids' run-around-in-navel-baring tops and hip-huggers. As Bratz is tugging away something that he feels are right in front of you.

...THEN, MY-
SCENE BARBIE

MAKER     Mattel
REDUT     2002
NAMES     Barbie, Madison,
          Chelsea, and
          Nolee
MOTTO     We are My-
          Scene
HER RIDE  ...Jetta
          ...motorcycle
          Bratz and Girlfriends, Mattel

## BusinessWeek

# Manage your account online

Now you can manage your subscription through the Internet. You may change your delivery address, check your account status, renew your subscription, pay your invoice, report a missing or damaged copy, or suspend delivery of your magazine through our Customer Service site. You may go directly to www.businessweek.com/service.htm or follow these simple steps:

1. Go to www.businessweek.com.
2. Scroll down the left side listings until you reach the "Customer Service" link.
3. Click on the "Customer Service" link.
4. Scroll down below and click on US/Canadian subscribers link.



NOTE: You will ... t number, which appears on the label of your magazine.

For individual subscriptions, changes, or inquiries:
Phone: (800) 635-1200
Email: bwcustomerservice@neodata.com

Education Department
Phone: (800) 843-7352
Fax: (800) 876-9416
Email: bw_group@businessweek.com
Web Site:
www.resourcecenter.businessweek.com

M 0074056

EXHIBIT D
PAGE 649      6313

4

Matter No. 15904-142

UNITED STATES PATENT APPLICATION

For

## DOLL WITH AESTHETIC CHANGEABLE FOOTGEAR

Inventor:    Isaac Larian

OPPENHEIMER

OPPENHEIMER WOLFF & DONNELLY LLP
2029 Century Park East, Suite 3800
Los Angeles, California 90067
(310) 788-5000
Fax (310) 788-5100

Attorney Matter No. 15904-142



LA: 333498 v01 02/13/2003

EXHIBIT ___D___       MGA 0825485
PAGE ___650___

# DOLL WITH AESTHETIC CHANGEABLE FOOTGEAR

## FIELD OF THE INVENTION

[0001]   This invention relates to dolls or toy figures with changeable footgear.

## BACKGROUND OF THE INVENTION

[0002]   It has previously been proposed to make dolls with shoes, boots or footgear which may be changed, and patents which relate to such arrangements include the following:

[0003]

| L. Schmetzer | U.S. Pat. No. 187,322 | Granted February 13, 1877 |
| G. Doebrich | U.S. Pat. No. 831,330 | Granted September 18, 1906 |
| F. Steiff | U.S. Pat. No. 898,018 | Granted September 8, 1908 |
| P.H. Young | U.S. Pat. No. 2,175,789 | Granted October 10, 1939 |
| G.H. Calverley | U.S. Pat. No. 2,662,335 | Granted December 15, 1953 |
| S.F. Speers et al. | U.S. Pat. No. 3,475,042 | Granted October 28, 1969 |
| H.J. Solson et al. | U.S. Pat. No. 3,624,960 | Granted December 7, 1971 |
| Goldfarb et al. | U.S. Pat. No. 3,782,027 | Granted January 1, 1974 |
| Port | U.S. Pat. No. 4,030,240 | Granted June 21, 1977 |
| Lambert | U.S. Pat. No. 4,137,115 | Granted January 30, 1979 |
| Rahmstorf | U.S. Pat. No. 4,185,412 | Granted January 29, 1980 |
| Keiji | U.S. Pat. No. 4,643,691 | Granted February 17, 1987 |
| Schiavo et al. | U.S. Pat. No. 4,729,751 | Granted March 8, 1988 |
| Fogarty et al. | U.S. Pat. No. 1,186,673 | Granted February 16, 1993 |
| Larson | U.S. Pat. No. 5,588,895 | Granted December 31, 1996 |
| Kulchyski | U.S. Pat. No. 5,803,787 | Granted September 8, 1998 |
| Toft | U.S. Pat. No. 6,179,685 | Granted January 30, 2001 |
| Asmussen et al. | U.S. Pat. No. 6,203,396 | Granted March 20, 2001 |

[0004]   In reviewing these patents, the appearance of the resultant dolls or figures is relatively "clunky" and not aesthetically pleasing.

## SUMMARY OF THE INVENTION

[0005]   In accordance with the present invention a more aesthetically pleasing and elegant doll with changeable footgear, includes open work shoes with exposed portions of the feet matching the color and texture of the exposed legs; and straps of the shoes extend around the lower legs at the separation point where the removable foot/shoe assemblies mate with the lower leg.  With this configuration, the straps of the shoes conceal the joint between the leg and the foot/shoe assembly, resulting in a more realistic and elegant doll construction.

-1-

EXHIBIT ___D___
PAGE ___651___

MGA 0825486

Matter No. 15904-142

[0006]   Additional features which may be included would involve the use of colored shoes and shoe straps which contrast sharply with the exposed skin areas of the foot; and snap-in mechanical arrangements for assembling the shoe/foot assemblies to the legs of the doll.

[0007]   Other objects, features and advantages will become apparent from a consideration of the following detailed description, and from the accompanying drawings.

BRIEF DESCRIPTION OF THE DRAWINGS

[0008]   Fig. 1 shows a doll provided with changeable shoes or footgear, illustrating the principles of the invention;

[0009]   Fig. 2 is an enlarged cross-sectional view taken along the plane indicated at 2-2 of Fig. 1; and

[0010]   Figs. 3 – 5 illustrate alternative shoes or foot/shoe assemblies shown mounted on one leg of the doll of Fig. 1.

DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

[0011]   While the specification describes particular embodiments of the present invention, those of ordinary skill can devise variations of the present invention without departing from the inventive concepts.

[0012]   Referring more particularly to the drawings, Fig. 1 shows a doll 12 formed of known materials employed for dolls, such as resilient plastic material.  The doll 12 has lower legs 14, 16 and foot and shoe assemblies 18, 20 for mounting on the lower legs 14, 16, respectively.

[0013]   Fig. 2 is an enlarged cross-sectional view taken in the plane indicated at 2 – 2 in Fig. 1.

[0014]   In order to removably secure the shoe and foot assemblies 18, 20 to the legs 14, 16, the leg 14 has an enlarged protuberance 22 which snaps into a recess 24 in the assembly 18; and similarly, as shown in Fig. 2, the leg 16 has an enlarged protuberance 26 which locks into a recess 28 in the shoe and foot assembly 20.

2

EXHIBIT __D__
PAGE __652__

MGA 0825487

Matter No. 15904-142

[0015]  It is desirable that the separation points 30 and 32 be concealed or made less noticeable, to provide a more realistic appearance.  This is accomplished by providing the shoes with the appearance of a strap 34 on assembly 18, and strap 36 on assembly 20.  With the upper edge of the simulated strap enlargements 34, 36 coincident with the separation points 30, 32, the separation points are not conspicuous.

[0016]  This effect is enhanced by the exposed skin areas 42 on assembly 18 and 44 on assembly 20.  Further, the color and texture of the lower legs 14, 16 are substantially the same as the color and texture of the exposed feet areas 42 and 44.

[0017]  Figs. 3, 4 and 5 illustrate typical alternative shoe styles which may be employed with the doll 12 of Fig. 1.  Thus, a shoe/foot assembly may be selected of a color to match the color of a dress to be worn by the doll, or may be selected for special activities such as beach wear or formal occasions.

[0018]  In Fig. 3 the leg 52, separation point 54, and upper strap 56 on the foot/shoe assembly 58, are shown.  In addition, the skin area 60 of the foot/shoe assembly 58 is substantially the same as that of the leg 52.

[0019]  Fig. 4 shows another alternative shoe/foot configuration 64 mounted on the leg 66 at separation point 68.  As in the arrangements of Figs. 1 – 3, the simulated strap 70 conceals the separation point 68, and the skin area 72 of the foot matches that of the lower leg 66.

[0020]  Fig. 5 is a similar showing of a shoe/foot assembly 76 mounted on the lower leg 78 of the doll at separation point 80.  The simulated strap 82 serves to camouflage the separation point.  In Fig. 5 the shoe is shown darkened to emphasize that different colored shoes may be employed, and that it is desirable that the shoe color contrast sharply with the skin color for more effective concealment or camouflaging of the separation point.  For specific examples, the shoe colors may be blue, green, red, black or some combination thereof.

[0021]  Return to Fig. 2 of the drawings, it may be noted that the protuberance 26 has a larger cross-sectional configuration than the mouth 27 of the opening 28.  Accordingly, with both the doll legs 16, 18 and the foot/shoe assemblies 18 and 20 being of resilient

⊥

EXHIBIT __D__
PAGE ___653___

MGA 0825488

Matter No. 15904-142

material, the protuberance 26 may be snapped through the mouth 27 of the opening 28, and thereafter the shoe/foot assemblies are firmly held onto the legs 14, 16 of the doll.

[0022]  In the foregoing detailed description, specific embodiments of the invention have been described.  However, it is to be understood that various changes and modifications may be made without departing from the spirit and scope of the invention. Thus, by way of example and not of limitation instead of having the protuberance 26 on the leg 16 and the recess 28 on the shoe/foot assemblies, this configuration may be reversed, with the protuberance on the shoe/foot assembly, and the recess on the doll legs.  Further, instead of a single protuberance and mating recess, other snap-together arrangements may be employed, using more than one protuberance/recess, or a snap-in ring and mating ring shaped recess could be used.  It is also noted that, instead of using resilient plastic for the doll, stiffer plastic could be employed, and the foot/shoe assemblies may be attached using a simple concealed mechanical latch.  Accordingly, the invention is not limited to the exact embodiments described hereinabove and shown in the drawings.

EXHIBIT __D__
PAGE __654__

MGA 0825489

Matter No. 15904-142

WE CLAIM:

1.    A doll with changeable footgear comprising:

a torso having a body and legs, said legs having a predetermined skin color and texture;

a pair of foot/shoe assemblies, each including an open shoe with straps, with the shoe being open to expose at least part of the foot, the foot having substantially the same predetermined skin color and texture;

each said assembly being removable secured to one of said legs at the lower leg or ankle of said doll at a separation point;

each said assembly and lower legs having a snap-together joint with a protuberance on one part and a mating recess on the other part; and

a simulated strap forming part of said shoe extending around said assembly at said separation point.

2.    A doll as defined in claim 1 wherein the shoe portion of the foot/shoe assembly is colored to contrast sharply with the exposed skin areas of the foot.

3.    A doll with changeable footgear as defined in claim 1 further including a plurality of different sets of shoes of different styles for selectively mounting on said legs.

4.    A doll as defined in claim 1 wherein said doll and said foot/shoe assemblies are formed of resilient plastic material.

5.    A doll with changeable footgear comprising:

a torso having a body and legs, said legs having a predetermined color;

a pair of foot/shoe assemblies, each including an open shoe with straps, with the shoe being open to expose at least part of the foot, the foot having substantially the same predetermined color;

each said assembly being removable secured to one of said legs at the lower leg or ankle of said doll at a separation point;

5

EXHIBIT __D__
PAGE __655__

MGA 0825490

Matter No. 15904–142

each said assembly and lower legs having a joint for releasably securing the foot/shoe assemblies to the legs; and

a simulated strap forming part of said shoe extending around said assembly at said separation point.

6.   A doll as defined in claim 5 wherein the shoe portion of the foot/shoe assembly is colored to contrast sharply with the exposed skin areas of the foot.

7.   A doll with changeable footgear as defined in claim 5 further including a plurality of different sets of shoes of different styles for selectively mounting on said legs.

8.   A doll as defined in claim 5 wherein said doll and said foot/shoe assemblies are formed of resilient plastic material.

9.   A doll with changeable footgear comprising:

a torso having a body and legs, said legs having a predetermined color;

a pair of foot/shoe assemblies, each including an open shoe with straps, with the shoe being open to expose at least part of the foot, the foot having substantially the same predetermined color;

each said assembly being removable secured to one of said legs at the lower leg or ankle of said doll at a separation point;

each said assembly and lower legs having a snap-together joint; and

a simulated strap forming part of said shoe extending around said assembly at said separation point.

10.   A doll as defined in claim 9 wherein the shoe portion of the foot/shoe assembly is colored to contrast sharply with the exposed skin areas of the foot.

11.   A doll with changeable footgear as defined in claim 9 further including a plurality of different sets of shoes of different styles for selectively mounting on said legs.

12.   A doll as defined in claim 9 wherein said doll and said foot/shoe assemblies are formed of resilient plastic material.

8.

EXHIBIT __D__
PAGE __656__

MGA 0825491

Matter No. 15904–142

13. A doll with changeable footgear comprising:

a torso having a body and legs;

a pair of foot/shoe assemblies, each including an open shoe with straps, with the shoe being open to expose at least part of the foot;

each said assembly being removable secured to one of said legs at the lower leg or ankle of said doll at a separation point;

each said assembly and lower legs having a joint for releasably securing the foot/shoe assemblies to the legs; and

a simulated strap forming part of said shoe extending around said assembly at said separation point.

14. A doll as defined in claim 13 wherein the shoe portion of the foot/shoe assembly is colored to contrast sharply with the exposed skin areas of the foot.

15. A doll with changeable footgear as defined in claim 13 further including a plurality of different sets of shoes of different styles for selectively mounting on said legs.

16. A doll as defined in claim 13 wherein said doll and said foot/shoe assemblies are formed of resilient plastic material.

17. A doll as defined in claim 13 wherein said exposed parts of the feet have substantially the same color as said legs.

2.

EXHIBIT __D__
PAGE ___657___

MGA 0825492

Matter No. 15904-142

## Doll With Aesthetic Changeable Footgear

ABSTRACT OF THE DISCLOSURE

A doll with changeable footgear includes a torso with legs, and a pair of foot/shoe assemblies mounted on the legs at separation points; and each foot shoe assembly has exposed skin of a color and texture substantially matching the skin of the legs, and the simulated shoes include simulated straps extending around the foot/shoe assembly immediately adjacent the separation point on each leg. Each foot/shoe assembly may be mounted on one of the doll legs, employing a protuberance on one part and a recess on the other part, with a snap-in locking fit between the two parts. The simulated shoes may be of a sharply contrasting color relative to the skin color.

a

EXHIBIT ___D___
PAGE ___458___

MGA 0825493

1/2



FIG. 1

FIG. 2

EXHIBIT __D__
PAGE __659__

MGA 0825494

2/2



FIG. 3

FIG. 4



FIG. 5

EXHIBIT __D__
PAGE __660__

MGA 0825495

5

# Factiva

**Dow Jones & Reuters**

Weekend Plus

**Bratz packers are what's cool in doll world**

Denise I. O'Neal
897 words
5 March 2004
Chicago Sun-Times
North City Zone
55
English
Copyright (c) 2004 Bell & Howell Information and Learning Company. All rights reserved.

Bratz dolls are leaving America's sweetheart -- Barbie -- eating their dust.

Who are these fly girls with the funky wardrobe and devoted tween following?

In 2001, MGA Entertainment introduced Cloe, Sasha, Yasmin and Jade. The fashion divas have since skyrocketed to success. Four boy Bratz have been added to the line: Dylan, Eitan, Koby and Cameron. New friends on occasion will appear in exclusive themed sets.

Isaac Larian, CEO of MGA Entertainment, explains why he decided to have dolls make brief appearances in the line.

"Just like in any neighborhood, new friends arrive and others move on," he says. "Children have to adjust to old friends exiting and new friends arriving in their lives."

More than a fad product imitating life through the eyes of tweens, Larian wanted to incorporate aspects of real life and values associated with the real world in his dolls.

"We wanted a respectable product that reflected the lifestyle of schoolgirls and fashionable trends, but also one that represented clean fun with learning values," he says.

The Bratz are moving into another medium this year, starring in their first direct-to-DVD movie titled, "The Bratz Go Hollywood." The movie is set for a late-summer release. The dolls also will star in an animated feature film, which is expected to be released in late 2005.

Doll products new for 2004 include Bratz Petz cats Brigitte, Kendall, Jolie and Daphne; Bratz Wild Life, an exclusive set featuring Neyra, Meyghan and Fianna; Bratz Girls Nite Out, with Cloe, Sasha, Yasmin, Jade and Dana preparing for Saturday night fun; Sun-kissed Summer, with Cloe, Yasmin, Sasha, Jade and Dana dressed in beach attire; Best Friends Beach Party, with friends Callista and Nejila spending a day at the beach; Best Friends Pajama Party, with Brighia and Zana in a themed slumber party setting, and Flower Fairies, featuring Rose, Daisy and Sunflower, a trio of scented dolls.

Larian, along with his brother and brother-in-law, founded ABC Electronics, a trading company dealing in consumer electronics, in 1982. In the late '80s, the company began focusing primarily on hand- held electronic games and changed its name to Micro Games of America.



M 0070398

EXHIBIT _D_
PAGE _661_

632.1

When Larian's daughter was 7, he noticed she had become bored with Barbie dolls. He decided to again change the focus of his company, wanting to create a doll product for girls ages 7 to 13. The dolls would have to be urban dolls representing America's multi- ethnicity. They also had to reflect the trends and attitudes of the tween generation.

"We were looking for a new toy to challenge Barbie. Something that would span girls' interest in dolls for a few more years," says Larian.

Larian began shopping around for interested vendors. Getting negative response because of the company name, Larian once again changed the company's name, shortening it to MGA Entertainment. That done, Larian needed a name for his dolls.

His creative team decided the name should be catchy and not have more than six letters. When looking at sketches and pitching ideas, someone said the dolls look like little brats. Keeping with today's trend of making names more "cool" by changing the spelling, MGA executives decided to replace the "s" with a "z."

The Bratz were born and have been making big strides in the doll world ever since. A team of more than 15 designers are responsible for making certain the dolls always sport the latest fashions, accessories and hair styles.

For Larian and his creative team, not only have they struck gold with their product but they are having fun with the dolls as well.

"We are like children in a candy store -- everything is exciting," says Larian. "We don't have plans laid out for the Bratz. We come up with new ideas as we go along and we are having fun doing it."

To keep on top of what tweens are interested in, MGA polls children in the dolls' targeted age group. That formula, along with the company's strong sense of ethics and responsibility to children, have turned the Bratz into one of the best-selling products worldwide.

Larian also is compelled to produce a product that is affordable for all.

"I think children are very precious gifts, and it's our job in the toy industry to look beyond pricing to create products to stretch children's imagination and to not cheat any child out of the opportunity to be able to enjoy products," says Larian.

Bratz dolls are available in most toy stores. The company's Web site also has a free Bratz Fan Club that children can join. For more information, visit www.bratzpack.com.

EVENTS: The Winnetka Antiques Fair takes place this weekend at the Winnetka Community House. Fifty dealers from across the country will showcase their wares. Dealers from England and Portugal also will be on hand. Hours for the event are 10 a.m. to 8 p.m. today, 10 a.m. to 6 p.m. Saturday and 11 a.m. to 5 p.m. Sunday. Admission is $12, good for all three days. The Winnetka Community House is at 620 Lincoln, Winnetka. For more information, call (847) 446-0537.

The popular line of Bratz dolls include Cloe, Yasmin, Jade, Dana and Sasha.

Document CHI0000020040305e0350000r

© 2004 Dow Jones Reuters Business Interactive LLC (trading as Factiva). All rights reserved.

M 0070399

EXHIBIT ___D___
PAGE ___662___   632.2

**6**

Immigrant's Creative Company Shakes Up Toy Industry

By JEFF WEISS; Contributing Reporter
1,098 words
29 March 2004
San Fernando Valley Business Journal
English
2004 San Fernando Valley Business Journal. All rights reserved.

Large Business Award - MGA Entertainment, North Hills

Only 16 years old, with a mere $750 in his pocket, and with parents across the globe in Iran, Isaac Larian never expected to eventually be the founder of one of the fastest growing toy companies in the world.

Initially undecided whether to emigrate to the United States or to Israel, Larian opted to pursue the American dream. The Business Journal's recipient of the family business Best Large Company award, MGA Entertainment, is the end product of Larian's hard work, determination, and foresight in capitalizing upon opportunity.

Yet before becoming a toy mogul, Larian set out to forge a career in the civil engineering industry before realizing his true talents lay elsewhere.

"I came here to get a civil engineering degree because I thought I'd be a civil engineer and go back to Iran and build infrastructure," Larian said. "I graduated in 1978 from Cal State Los Angeles but I never worked as an engineer. Shortly after graduating, the (Iranian) revolution broke out and I discovered that engineering wasn't for me. I was more of an entrepreneur."

The following year Larian and his brother Farhad founded MGA as a consumer electronics company. Their first foray into the toy industry didn't come until 1987 when Isaac saw the opportunity to manufacture Nintendo's hand-held electronic games.

"I'm an entrepreneur and in 1987 I saw an opportunity to become the distributor for Nintendo's hand-held games. I just saw opportunity. Most entrepreneurs do that," Larian said.

After two years in the hand-held video game industry, MGA left the toy game and returned to consumer

Page 229    © 2005 Dow Jones Reuters Business Interactive LLC (trading as Factiva). All rights reserved.

EXHIBIT 6000
Deponent  Weiss
Date 7/26/05  Page SL
WWW.TOUR30OK.COM

EXHIBIT    D
PAGE    663

electronics. Returning in 1993 to produce Mighty Morphin Power Rangers accessories, MGA never left the toy industry, having its first breakthrough item with 1997's wildly successful Singing Bouncing Baby Doll.

"Singing Bouncing Baby was our first doll and it was a huge hit," Larian said. "We ended up winning Family Fun Toy of the Year which is the Oscars of the toy industry. We ended up doing in excess of a million pieces," said Larian.

Introducing Bratz

But MGA's greatest success came later, with the introduction of 2001's Bratz dolls. Against all odds, Larian pioneered a line of dolls able to undercut the success of Barbie, the only company to do so since Barbie's 1959 debut.

However, the modest Larian is quick to acknowledge others for contributing to the company's success. A close knit family, Larian's sister, Shirin Makabi, is the company's director of travel and expenses. Shirin's husband, Eli Makabi, is MGA's vice-president in charge of traffic in sales. In addition, the Makabis co-own the business with Larian. But Larian family involvement does not stop there; Larian's children have played a crucial role in MGA's development.

"My oldest son, 17-year-old Jason, is very creative and a music writer. He has come up with some of our popular toys," Larian said. "He came up with Commandobot—a robot that was the first ever robot toy to work on voice recognition. It was a fantastic seller that was featured in Wired magazine. It was Jason's idea for Bratz."

Larian's other children have also been key to product development.

"Yasmin, my 15-year-old daughter, is involved in the business as well. She's particularly interested in fashion and focus groups. One of the Bratz is named after her," Larian said. "My 10-year-old son, Cameron, is also the namesake for one of the boy Bratz. Cameron comes up with different product ideas. One of our best ideas was a winter wonderland Bratz line. We were on a family ski vacation and he said 'Dad, you should do a Bratz winter break.' So we did it and it sold wonderfully."

Thanking the employees

Larian also credits the company's 430 employees for much of MGA's success.

"Our success is due to the passion of the people we have working for us. Each one has contributed to our success because they are passionate about the company and winning."

Page 230      © 2005 Dow Jones Reuters Business Interactive LLC (trading as Factiva). All rights reserved.

EXHIBIT   D
PAGE     664

EX 6000-0002

With business booming, a Bratz licensing deal with 20th Century Fox has been inked. A Bratz DVD and a Bratz feature film are soon on the way.

"The Bratz are a true phenomenon that has taken the toy/doll industry by storm," Jim Gianopulos, chairman of Fox Filmed Entertainment, said. "They are more than just toys; they reflect the cultural diversity and contemporary style that kids relate to. That kind of success and impact on young people make the company a natural in a major motion picture, and we look forward to turning the Bratz figures into major motion picture stars."

MGA's projected revenue for 2004 is $1 billion and the company has openings for 110 employees in a variety of positions. Although MGA's success is now assured, there were obstacles along the way.

"I noticed some discrimination when I first got into the business world. I think that after living here for 33 years, there is unfortunately discrimination whether you're Jewish, Persian, black or whatever," Larian said. "But it made me stronger to go out and fight. People become resilient and they get angry and they need to turn that anger into positive energy."

Larian has certainly come a great distance from being a teenager with inclinations towards civil engineering and less than a thousand dollars in his pocket. Thanks to MGA, Barbie's pedestal seems a little less secure.

"I'm having a lot of fun and enjoying what I'm doing here right now and I think as long as you have fun at your job, it's a great thing," Larian said. "I believe that in life you have to have passion for what you do and if you lose that passion you shouldn't do it. My vision is for MGA to become a multibillion-dollar entertainment company and specialize in other things besides just toys."

Looking back on the whirlwind rise of MGA, Larian still seems a bit surprised by the amount of success he's encountered.

"My life is proof that dreams come true. You can't give up. They were definitely moments of self-doubt. I just didn't want to fail, I always had that desire to win," Larian said. "We've made history by unseating Barbie and for a small San Fernando Valley company to do that is a miracle."

Document SFVBJ00020041020e03t0003p

Page 231        © 2005 Dow Jones Reuters Business Interactive LLC (trading as Factiva). All rights reserved.

EXHIBIT ___D___
PAGE ___665___

EX 6000-0003

**7**

Claimant
Isaac Larian
First
Exhibits IL 1 and ILA-D
*14*.05.04

IN THE HIGH COURT OF JUSTICE

CHANCERY DIVISION

INTELLECTUAL PROPERTY

B E T W E E N:

MGA ENTERTAINMENT, INC.

Claimant

- and -

THOMAS CHRISTOPHER JOSEPH METSON

Defendant

AFFIDAVIT OF ISAAC LARIAN

I, ISAAC LARIAN, of 16730 Schoenborn Street, North Hills, California, CA 91343, USA

MAKE OATH and say as follows:

(53 pgs)

Exhibit no. *947*
Date: *11/9/07*
*Woodman* P. Pyburn

Confidential - Attorney's Eyes Only

EXHIBIT __D__  MGA 0868039

PAGE __666__

EX 947-0001

8.   I established the Claimant and was the inspiration behind the BRATZ dolls.  I have been the main driving force behind the success of the Claimant.

EXHIBIT __D__
PAGE ____667

Confidential - Attorney's Eyes Only

MGA 0868040

EX 947-0002

211. In the circumstances, I respectfully request that this Honourable Court should grant the injunction and disclosure order sought by the Claimant in this action.

Sworn at  14730 SchoeNborN St.        )
          NorTh Hills, CA. 91343       )
                                       )

          May 14, 2004

Before me      Joseph David Newcomb

JOSEPH DAVID NEWCOMB
Commission # 1464241
Notary Public - California
Los Angeles County
My Comm. Expires Jan 27, 2006

346

M17447.115/LT:327391.2/abd                52

EXHIBIT ___D___
PAGE ___668___

Confidential - Attorney's Eyes Only

MGA 0868090

EX 947-0052

**EXHIBIT  E**

**EXHIBIT E**

**TABLE OF COMMUNICATIONS**

| Number | Date | Type of Communication | Bates Reference |
|---|---|---|---|
| 1. | 7/29/2008 | Omninet Capital, LLC's offer letter to Wachovia | WACHOVIA 005575-WACHOVIA 005579 |
| 2. | 8/19/2008 | Vision Capital, LLC's certificate of formation filed with the Delaware Secretary of State | N/A |
| 3. | 8/28/2008 | UCC Financing Statement | N/A |
| 4. | 9/3/2008 | Senior Promissory Note | WACHOVIA 001890-WACHOVIA 001907 |
| 5. | 9/3/2008 | Master Assignment and Exchange Agreement | WACHOVIA 010802-WACHOVIA 010859 |
| 6. | 10/30/2006, 5/14/2007, 9/9/2008 | UCC Financing Statement and Amendments | N/A |
| 7. | 11/14/2008, 10/16/2008 | Letter from Brian Wing to Thomas Cambern; Secured Delayed Draw Demand Note | WACHOVIA 002752-WACHOVIA 002764 |

EXHIBIT  E
PAGE  669

1

# REDACTED

# SUBJECT TO

# PROTECTIVE ORDER

2

# *Delaware*

PAGE  1

### *The First State*

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED ARE TRUE AND CORRECT COPIES OF ALL DOCUMENTS ON FILE OF "VISION CAPITAL, LLC" AS RECEIVED AND FILED IN THIS OFFICE.

THE FOLLOWING DOCUMENTS HAVE BEEN CERTIFIED:

CERTIFICATE OF FORMATION, FILED THE NINETEENTH DAY OF AUGUST, A.D. 2008, AT 12:36 O'CLOCK P.M.

AND I DO HEREBY FURTHER CERTIFY THAT THE AFORESAID CERTIFICATES ARE THE ONLY CERTIFICATES ON RECORD OF THE AFORESAID LIMITED LIABILITY COMPANY, "VISION CAPITAL, LLC".

4589295    8100H

081207227

You may verify this certificate online at corp.delaware.gov/authver.shtml

*Harriet Smith Windsor*
Harriet Smith Windsor, Secretary of State

AUTHENTICATION: 7032931

DATE: 12-17-08

EXHIBIT _E_
PAGE _675_

08/19/2008 11:39 FAX 3026528597          DELAWARE CORP          → SECY OF STATE          ☑002

State of Delaware
Secretary of State
Division of Corporations
Delivered 12:41 PM 08/19/2008
FILED 12:36 PM 08/19/2008
SRV 080883130 - 4589295 FILE

## CERTIFICATE OF FORMATION

### OF

### VISION CAPITAL, LLC

This Certificate of Formation of VISION CAPITAL, LLC the ("Company"), is being executed by the undersigned for the purpose of forming a limited liability company pursuant to the Delaware Limited Liability Company Act.

1. The name of the Company is VISION CAPITAL, LLC.

2. The address of the registered office of the Company in Delaware is 800 Delaware Avenue, City of Wilmington, New Castle County, 19801. The Company's registered agent at that address is Delaware Corporations LLC.

IN WITNESS WHEREOF, the undersigned, an authorized person, has caused this Certificate of Formation to be duly executed as of the 19th day of August, 2008.

DELAWARE CORPORATIONS LLC,
Authorized Person

By: _____

Robin G. Brooks, Vice President

EXHIBIT __E__
PAGE __676__

**3**

**UCC FINANCING STATEMENT**

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
FRED MASHIAN
3102747601

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

FRED MASHIAN
9265 SUNSET BOULEVARD
SUITE 630
LOS ANGELES, CA 90069
USA

DOCUMENT NUMBER: 18230930802
FILING NUMBER: 09-7170418100
FILING DATE: 08/28/2008 14:33
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| VISION CAPITAL, LLC, A DELAWARE LIMITED LIABILITY COMPANY | | | |

OR

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1525 SOUTH BROADWAY | LOS ANGELES | CA | 90015 | USA |

| 1d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID#, if any |
|---|---|---|---|---|
| | | LLC | DE | 4589295   ☐ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |

OR

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 2d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID#, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| LEXINGTON FINANCIAL LIMITED, A NEVIS COMPANY | | | |

OR

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 33-35 DAWS LANE | LONDON | | NW7 4SD | UK |

4. This FINANCING STATEMENT covers the following collateral:
ALL OF DEBTOR'S RIGHT, TITLE AND INTEREST IN MEMBERSHIP INTERESTS OF OMNI 805 INVESTORS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY,
SECRETARY OF STATE FILING #200822610026.

| 5. ALT. DESIGNATION: ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING |
|---|
| 6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS   Attach Addendum [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]   [optional] ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2 |

8. OPTIONAL FILER REFERENCE DATA

FILING OFFICE COPY

EXHIBIT _E_
PAGE _677_

**4**

# REDACTED

# SUBJECT TO

# PROTECTIVE ORDER

**5**

# REDACTED

# SUBJECT TO

# PROTECTIVE ORDER

**6**

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
Ann Jones, Paralegal (404) 881-7563

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

CT Corporation System
2295 Gateway Oaks Drive
Ste 185
Sacramento CA 95833

06-7090317861
10/30/2006 16:46

FILED
CALIFORNIA
SOS      SECRETARY OF STATE

10214810002 UCC 1 FILING

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - Insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| MGA Entertainment (Mexico), Inc. | | | | |

OR

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
|---|---|---|---|---|

| 1c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|
| 16380 Roscoe Blvd., Suite 200 | Van Nuys | | CA | 91406 | USA |

| 1d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any | |
|---|---|---|---|---|---|
| 20-0998523 | | Corporation | California | CA C2643976 | ☐ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - Insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|

OR

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
|---|---|---|---|---|

| 2c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|

| 2d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any | |
|---|---|---|---|---|---|
| | | | | | ☐ NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - Insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Wachovia Bank, National Association, as Agent | | | | |

OR

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
|---|---|---|---|---|

| 3c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|
| One South Broad Street, PA 4830 | Philadelphia | | PA | 19107 | USA |

4. This FINANCING STATEMENT covers the following collateral:

All of the Debtor's right, title and interest in the following, whether now owned or hereafter acquired: (a) subject to the limitation set forth in Exhibit A attached hereto, equity interests in MGAE de Mexico SRL de CV, (b) related assets and (c) proceeds thereof, all as more particularly described on Exhibit A attached hereto.

| 5. ALTERNATIVE DESIGNATION [if applicable] | ☐ LESSEE/LESSOR | ☐ CONSIGNEE/CONSIGNOR | ☐ BAILEE/BAILOR | ☐ SELLER/BUYER | ☐ AG. LIEN | ☐ NON-UCC FILING |
|---|---|---|---|---|---|---|
| 6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] | | | ☐ All Debtors | ☐ Debtor 1 | ☐ Debtor 2 |
| 8. OPTIONAL FILER REFERENCE DATA | | | | | | |

File with California Secretary of State          MN16768845-1

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 07/29/98)
Gardner 19513/315438

**EXHIBIT ___E___**
**PAGE ___154___**

1821481.0002

**Exhibit A**

Debtor:
MGA Entertainment (Mexico), Inc.
16380 Roscoe Blvd., Suite 200
Van Nuys, California 91406

Secured Party:
Wachovia Bank, National Association, as Agent
One South Broad Street, PA 4830
Philadelphia, Pennsylvania 19107

All of Debtor's right, title and interest in, to and under the following (collectively, the "Collateral"):

(a)     all Equity Interests now or hereafter acquired or held by Debtor in the issuer (the "Issuer") described in Schedule 1 attached hereto;

(b)     all payments due or to become due to Debtor in respect of any of the foregoing;

(d)     all of Debtor's claims, rights, powers, privileges, authority, puts, calls, options, security interests, liens and remedies, if any, in respect of any of the foregoing;

(e)     all of Debtor's rights to exercise and enforce any and every right, power, remedy, authority, option and privilege of Debtor relating to any of the foregoing including, without limitation, any power to (i) terminate, cancel or modify any agreement, (ii) execute any instruments and to take any and all other action on behalf of and in the name of Debtor in respect of any of the foregoing and the applicable Issuer thereof, (iii) exercise voting rights or make determinations, (iv) exercise any election (including, but not limited to, election of remedies), (v) exercise any "put", right of first offer or first refusal, or other option, (vi) exercise any right of redemption or repurchase, (vii) give or receive any notice, consent, amendment, waiver or approval, (viii) demand, receive, enforce, collect or receipt for any of the foregoing, (ix) enforce or execute any checks, or other instruments or orders, and (x) file any claims and to take any action in connection with any of the foregoing;

(f)     all certificates and instruments representing or evidencing any of the foregoing;

(g)     all other rights, titles, interests, powers, privileges and preferences pertaining to any of the foregoing; and

(h)     all Proceeds of any of the foregoing.

Notwithstanding the foregoing, Debtor has only granted a security interest in (x) 65% (or such greater percentage that, due to a change in an applicable law after October 27, 2006, (A) could not reasonably be expected to cause the undistributed earnings of the Issuer as determined for United States federal income tax purposes to be treated as a deemed dividend to the Issuer's United States parent and (B) could not reasonably be expected to cause any material adverse tax consequences) of the issued and outstanding Equity Interest of the Issuer entitled to vote (within the meaning of Treas. Reg. Section 1.956-2(c)(2)) and (y) 100% of the issued and outstanding Equity Interest of the Issuer not entitled to vote (within the meaning of Treas. Reg. Section 1.956-2(c)(2)).

As used herein:

"Equity Interest" means, with respect to any Person, any share of capital stock of (or other ownership interests in) such Person, any warrant, option or other right for the purchase or other

LEGAL02/30133146v1

A - 1

EXHIBIT __E__
PAGE __755__

acquisition from such Person of any share of capital stock of (or other ownership interests in) such Person, any security convertible into or exchangeable for any share of capital stock of (or other ownership interests in) such Person or warrant, right or option for the purchase or other acquisition from such Person of such shares (or such other ownership interests), and any other ownership interest in such Person (including, without limitation, partnership, member or trust interests therein), whether voting or nonvoting, and whether or not such share, warrant, option, right or other interest is authorized or otherwise existing on any date of determination.

"Person" means an individual, corporation, partnership, limited liability company, association, trust or unincorporated organization, or a government or any agency or political subdivision thereof.

"Proceeds" means all proceeds (including proceeds of proceeds) of any of the Collateral including all: (a) rights, benefits, distributions, premiums, profits, dividends, interest, cash, instruments, documents of title, accounts, contract rights, inventory, equipment, general intangibles, payment intangibles, deposit accounts, chattel paper, and other property from time to time received, receivable, or otherwise distributed in respect of or in exchange for, or as a replacement of or a substitution for, any of the Collateral, or proceeds thereof (including any cash, Equity Interests, or other instruments issued after any recapitalization, readjustment, reclassification, merger or consolidation with respect to the Issuers and any security entitlements, as defined in Section 8-102(a)(17) of the UCC, with respect thereto); (b) "proceeds," as such term is defined in Section 9-102(a)(64) of the UCC; (c) proceeds of any insurance, indemnity, warranty, or guaranty (including guaranties of delivery) payable from time to time with respect to any of the Collateral, or proceeds thereof; and (d) payments (in any form whatsoever) made or due and payable to Debtor from time to time in connection with any requisition, confiscation, condemnation, seizure or forfeiture of all or any part of the Collateral, or proceeds thereof.

EXHIBIT ___E___

PAGE ___756___

10214810002

## SCHEDULE 1

MGA Entertainment (Mexico), Inc.
Pledged Equity Interests

| Issuer | Jurisdiction of Formation | Class of Equity Interest | Certificate Number (if any) | Percentage of Ownership |
|---|---|---|---|---|
| MGAE de Mexico SRL de CV | Mexico | Shares Parte Social | N/A | 65% |

EXHIBIT  E
PAGE  757

**FILING OFFICER STATEMENT**

**INTERNAL USE ONLY**

1.Identification of the Record to which this FILING OFFICER STATEMENT relates.

    1a. INITIAL FINANCING STATEMENT #: 067090317861

    1b. RECORD TO WHICH THIS STATEMENT RELATES:

DOCUMENT NUMBER: 10268190001
FILING NUMBER: 0670908369
FILE DATE/TIME: 11/3/2006 1:34:00 PM

THE ABOVE SPACE IS FOR THE CA FILING OFFICE USE ONLY

2.  Describe the inaccuracy or mistake on the part of the file office:

☒ Debtor    ☐ Secured Party
☐ Name and Address not Indexed.
☒ Name Indexed Incorrectly
☐ Address Indexed Incorrectly

☐ File Date entered incorrectly
☐ Wrong Action type entered
☐ Wrong Filing Type entered
☐ Filed in Error
☐ Other

3. Describe filing office administrative action taken as a result of inaccuracy or mistake (Including date of each action).

☐ Added Name:
☐ Address:
☒ Corrected Name from: MGA EMTERTAINMENT (MEXICO), INC.
☒ To: MGA ENTERTAINMENT (MEXICO), INC.
☐ Corrected Address from:
☐ To:
☐ Corrected File Date from    to
☐ Re-entered the UCC3    as a
☐ Changed the Filing Type from    to
☐ Document Deleted
☐ Other:

4. Additional Explanation (if applicable):

11/03/2006 13:34

EXHIBIT ___E___

PAGE ___758___

**UCC FINANCING STATEMENT AMENDMENT**

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
Ann Jones, Paralegal (404) 881-7563

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

```
┌                                              ┐
  UCC Direct Services
  1232 Q St
  Sacramento CA 95814
  Account 10010537
  CDD
└                                              ┘
```

07-71137422
05/14/2007 11:35

FILED
CAL.1230018
SECRETARY OF STATE
SOS

12648550803   UCC 2 FILING

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #
06-70903 17861 filed 10/30/06

1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.
☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c. ☐ DELETE name: Give record name to be deleted in item 6a or 6b. ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

6. CURRENT RECORD INFORMATION:
6a. ORGANIZATION'S NAME

OR  6b. INDIVIDUAL'S LAST NAME    |    FIRST NAME    |    MIDDLE NAME    |    SUFFIX

7. CHANGED (NEW) OR ADDED INFORMATION:
7a. ORGANIZATION'S NAME

OR  7b. INDIVIDUAL'S LAST NAME    |    FIRST NAME    |    MIDDLE NAME    |    SUFFIX

7c. MAILING ADDRESS    |    CITY    |    STATE  |  POSTAL CODE  |  COUNTRY

7d. TAX ID #: SSN OR EIN | ADD'L INFO RE. 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any
ORGANIZATION DEBTOR                                                                          ☐ NONE

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☒ restated collateral description, or describe collateral ☐ assigned.

All of the Debtor's right, title and interest in the following, whether now owned or hereafter acquired: (a) subject to the limitation set forth in Exhibit A attached hereto, equity interests in MGAH de Mexico SRL de CV, (b) related assets and (c) proceeds thereof, all as more particularly described on Exhibit A attached hereto.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.
9a. ORGANIZATION'S NAME
Wachovia Bank, National Association, as Agent

OR  9b. INDIVIDUAL'S LAST NAME    |    FIRST NAME    |    MIDDLE NAME    |    SUFFIX

10. OPTIONAL FILER REFERENCE DATA
   File with California Secretary of State; Debtor Name: MGA Entertainment (Mexico), Inc.

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 07/29/98)
Gardner I9513/315458

EXHIBIT    E
PAGE    759

## Exhibit A

Debtor:
MGA Entertainment (Mexico), Inc.
16380 Roscoe Blvd., Suite 200
Van Nuys, California 91406

Secured Party:
Wachovia Bank, National Association, as Agent
One South Broad Street, PA 4830
Philadelphia, Pennsylvania 19107

All of Debtor's right, title and interest in, to and under the following (collectively, the "Collateral"):

(a)     all Equity Interests now or hereafter acquired or held by Debtor in Issuer (the "Issuer") described in Schedule 1 attached hereto;

(b)     all payments due or to become due to Debtor in respect of any of the foregoing;

(c)     all of Debtor's claims, rights, powers, privileges, authority, puts, calls, options, security interests, liens and remedies, if any, in respect of any of the foregoing;

(d)     all of Debtor's rights to exercise and enforce any and every right, power, remedy, authority, option and privilege of Debtor relating to any of the foregoing including, without limitation, any power to (i) terminate, cancel or modify any agreement, (ii) execute any instruments and to take any and all other action on behalf of and in the name of Debtor in respect of any of the foregoing and the applicable Issuer thereof, (iii) exercise voting rights or make determinations, (iv) exercise any election (including, but not limited to, election of remedies), (v) exercise any "put", right of first offer or first refusal, or other option, (vi) exercise any right of redemption or repurchase, (vii) give or receive any notice, consent, amendment, waiver or approval, (viii) demand, receive, enforce, collect or receipt for any of the foregoing, (ix) enforce or execute any checks, or other instruments or orders, and (x) file any claims and to take any action in connection with any of the foregoing;

(e)     all certificates and instruments representing or evidencing any of the foregoing;

(f)     all other rights, titles, interests, powers, privileges and preferences pertaining to any of the foregoing; and

(g)     all Proceeds of any of the foregoing.

Notwithstanding the foregoing, (x) in no event shall the Debtor be required to subject to the Lien of the Pledge Agreement or any other loan document more than 65% (or such greater percentage that, due to a change in an Applicable Law after October 27, 2006, (A) could not reasonably be expected to cause the undistributed earnings of such Foreign Subsidiary as determined for United States federal income tax purposes to be treated as a deemed dividend to such Foreign Subsidiary's United States parent and (B) could not reasonably be expected to cause any material adverse tax consequences) of the issued and outstanding Equity Interest of a Foreign Subsidiary entitled to vote (within the meaning of Treas. Reg. Section 1.956-2(c)(2)) determined on a collective basis, but (y) the Debtor shall be required to subject to the Lien of the Pledge Agreement 100% of the issued and outstanding Equity Interest of a Foreign Subsidiary not entitled to vote (within the meaning of Treas. Reg. Section 1.956-2(c)(2)).

EXHIBIT __E__
PAGE __760__

As used herein:

"Equity Interest" means, with respect to any Person, any share of capital stock of (or other ownership interests in) such Person, any warrant, option or other right for the purchase or other acquisition from such Person of any share of capital stock of (or other ownership interests in) such Person, any security convertible into or exchangeable for any share of capital stock of (or other ownership interests in) such Person or warrant, right or option for the purchase or other acquisition from such Person of such shares (or such other ownership interests), and any other ownership interest in such Person (including, without limitation, partnership, member or trust interests therein), whether voting or nonvoting, and whether or not such share, warrant, option, right or other interest is authorized or otherwise existing on any date of determination.

"Person" means an individual, corporation, partnership, limited liability company, association, trust or unincorporated organization, or a government or any agency or political subdivision thereof.

"Proceeds" means all proceeds (including proceeds of proceeds) of any of the Collateral including all: (a) rights, benefits, distributions, premiums, profits, dividends, interest, cash, instruments, documents of title, accounts, contract rights, inventory, equipment, general intangibles, payment intangibles, deposit accounts, chattel paper, and other property from time to time received, receivable, or otherwise distributed in respect of or in exchange for, or as a replacement of or a substitution for, any of the Collateral, or proceeds thereof (including any cash, Equity Interests, or other instruments issued after any recapitalization, readjustment, reclassification, merger or consolidation with respect to the Issuers and any security entitlements, as defined in Section 8-102(a)(17) of the UCC, with respect thereto); (b) "proceeds," as such term is defined in Section 9-102(a)(64) of the UCC; (c) proceeds of any insurance, indemnity, warranty, or guaranty (including guaranties of delivery) payable from time to time with respect to any of the Collateral, or proceeds thereof; and (d) payments (in any form whatsoever) made or due and payable to Debtor from time to time in connection with any requisition, confiscation, condemnation, seizure or forfeiture of all or any part of the Collateral, or proceeds thereof.

EXHIBIT   E  
PAGE   761

1264955003

SCHEDULE 1

MGA Entertainment (Mexico), Inc.
Pledged Equity Interests

| Issuer | Jurisdiction of Formation | Class of Equity Interest | Certificate Number (if any) | Percentage of Ownership |
|---|---|---|---|---|
| MGAE de Mexico SRL de CV | Mexico | Shares Parte Social | N/A | 100% |

12649650013

LEGAL02/30237046v2

EXHIBIT __E__
PAGE __762__

**08–71714107**
**09/09/2008 16:03**

**UCC FINANCING STATEMENT AMENDMENT**

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

74-0000456-2

**CL@S**
Information Services

WWW.CLASINFO.COM
3030 QUALET WAY, SUITE 100
GLENDALE, CA 91421
TEL 818.243.3400 / 888.992.3166
FAX 818.243.3500

second number   10:36 AM RW

FILED
California
SECRETARY OF STATE

18335690005   UCC 3 FILING

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #   06-7090317861   10/30/06

1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☒ ASSIGNMENT (full): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☐ Secured Party of record.  Check only one of these two boxes.

Also check one of the following three boxes and provide appropriate information in items 6 and 7.

☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.

☐ DELETE name: Give record name to be deleted in item 6a or 6b.

☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

6. CURRENT RECORD INFORMATION:

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|

OR

| 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

7. CHANGED (NEW) OR ADDED INFORMATION:

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OMNI 808 Investors LLC, as Agent | | | |

OR

| 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 9420 Wilshire Blvd., Suite 400 | Beverly Hills | CA | 90212 | USA |

| 7d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | Limited Liability Company | California | ☐ NONE |

8. AMENDMENT (COLLATERAL CHANGE): check only one box.

Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment).  If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Wachovia Bank, National Association, as Agent | | | |

OR

| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

10. OPTIONAL FILER REFERENCE DATA

Debtor: MGA Entertainment (Mexico), Inc.                                    CA-SOS

FILING OFFICE COPY – NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 07/29/98)

A/72646973.1/3001762-0000301273

EXHIBIT   E
PAGE   763

**7**

# REDACTED

# SUBJECT TO

# PROTECTIVE ORDER

**EXHIBIT  F**

**EXHIBIT F**

**TABLE OF COMMUNICATIONS**

| Number | Date | Type of Communication | Bates Reference |
|---|---|---|---|
| 1 | 8/28/2008 | Email from Shirin Makabi to David Witek, et al. | IGWT 0007465 - IGWT 0007466 |
| 2 | 8/28/2008 | Email from David Witek to Jessica Bulen, et al. | IGWT 0001224 |
| 3 | 9/2/2008 | Email from Shirin Makabi to David Witek, et al. | IGWT 0002686 - IGWT 0002689 |
| 4 | 9/22/2008 | Email from Jeanine Pisoni to Moshe Kupietzky; Email from Jeanine Pisoni to David Witek and Moshe Kupietzky. | IGWT 0003290 - IGWT 0003291 |
| 5 | 9/30/2008 | Email from Michelle Darringer to Moshe Kupietzky. | IGWT 0002725 |
| 6 | 10/17/2008 | Email from Lisa Tonnu to Moshe Kupietzky, et al.; Email from Lisa Tonnu to Moshe Kupietzky, et al. | IGWT 0003239 - IGWT 0003241 |
| 7 | 10/17/2008 | Email from Lisa Tonnu to David Witek, et al. | IGWT 0003244 - IGWT 0003245 |
| 8 | 10/17/2008 | Email from Lisa Tonnu to Tiffanie Baker, et al. | OMNI 0004064 - OMNI 0004066 |
| 9 | 10/17/2008 | Email from Lisa Tonnu to Tiffanie Baker, et al. | IGWT 0000024 - IGWT 0000026 |
| 10 | 10/17/2008 | Email from Lisa Tonnu to Angela Larian, Shirin Makabi and Moshe Kupietzky; Email from Lisa Tonnu to Moshe Kupietzky, et al. | IGWT 0003249 - IGWT 0003251 |
| 11 | 10/21/2008 | Email from Lisa Tonnu to Tiffanie Baker, et al. | IGWT 0000138 - IGWT 0000141 |
| 12 | 10/21/2008 | Email from Shirin Makabi to Tiffanie Baker, et al.; Email from Lisa Tonnu to Tiffanie Baker, et al. | IGWT 0000012 - IGWT 0000015 |
| 13 | 10/21/2008 | Email from Lisa Tonnu to David Witek, Tiffanie Baker, et al.; Email from Lisa Tonnu to Tiffanie Baker, et al. | IGWT 0000132 - IGWT 0000137 |
| 14 | 10/21/2008 - 10/22/2008 | Email from Lisa Tonnu to Tiffanie Baker; Email from Lisa Tonnu to Tiffanie Baker; Email from Lisa Tonnu to Tiffanie Baker, et al. | IGWT 0000150 - IGWT 0000155 |

EXHIBIT _F_

PAGE _177_

| Number | Date | Type of Communication | Bates Reference |
|--------|------|----------------------|-----------------|
| 15 | 10/22/2008 | Email from Isaac Larian to Moshe Kupietzky, et al.; Email from Shirin Makabi to Moshe Kupietzky, et al.; Email from Shirin Makabi to David Witek, et al. | IGWT 0014598 - IGWT 0014600 |
| 16 | 10/27/2008 | Email from Angela Larian to David Witek. | IGWT 0009432 - IGWT 0009433 |
| 17 | 10/27/2008 | Email from Lisa Tonnu to David Witek. | IGWT 0016872 |
| 18 | 9/11/2008 | Email from Lisa Tonnu to David Witek. | IGWT 0016969 - IGWT 0016970 |
| 19 | 7/09/2008 | Email from Brad Schneider to Erica Gately. | IGWT 0013397 - IGWT 0013398 |
| 20 | 7/18/2008 - 7/25/2008 | Email from Michelle Darringer to Moshe Kupietzky, et al.; Email from Moshe Kupietzky to Michelle Darringer, et al.; Email from Michelle Darringer to Moshe Kupietzky, et al.; Email from Michelle Darringer to Moshe Kupietzky. | IGWT 0002722 - IGWT 0002724 |
| 21 | 8/08/2008 | Email from Brad Schneider to Larry Falcon. | IGWT 0052194 - IGWT 0052195 |
| 22 | 8/09/2008 | Email from Brad Schneider to Shirin Makabi. | IGWT 0052557 - IGWT 0052558 |
| 23 | 8/13/2008 | Email from Brad Schneider to Phil U. Walper. | IGWT 0052913 - IGWT 0052915 |
| 24 | 8/25/2008 | Email from Barbara Leitner to Phil Walper. | IGWT 0013509 - IGWT 0013510 |
| 25 | 8/29/2008 | Email from Brad Schneider to Jeremy Winburn. | IGWT 0013624 |
| 26 | 9/03/2008 | Email from Barbara Leitner to Margo Lackore, et al. | IGWT 0016326 - IGWT 0016328 |
| 27 | 9/04/2008 | Email from Brad Schneider to Jason Arbeiter, et al. | IGWT 0052440 - IGWT 0052441 |
| 28 | 9/09/2009 | Email from Barbara Leitner to Jason Arbeiter, et al. | IGWT 0016349 - IGWT 0016350 |

EXHIBIT __F__
PAGE __118__

| Number | Date | Type of Communication | Bates Reference |
|---|---|---|---|
| 29 | 10/07/2008 - 10/09/2008 | Email from Barbara Leitner to Jimmy Tawil, et al.;  Email from Brad Schneider to Jimmy Tawil, et al.; Email from Brad Schneider to Jimmy Tawil; Email from Brad Schneider to Jimmy Tawil. | IGWT 0018942 - IGWT 0018943 |
| 30 | 10/08/2008 - 10/09/2009 | Email from Odelynne Mendoza to Candy Barney, et al.; Email from Odelynne Mendoza to Candy Barney, et al. | IGWT 0016149 - IGWT 0016152 |
| 31 | 10/06/2008 - 10/14/2008 | Email from Mark Teitelman  to Jason Arbeiter and Annie, et al.; Email from Mark Teitelman to Jason Arbeiter, et al.;  Email from Brad Schneider  to Ruby@jrctoys.com, et al.;  Email from Mark Teitelman to Ruby@jrctoys.com, et al.; Email from Odelynne Mendoza to Ruby@jrctoys.com, et al.; Email from Brad Schneider to Ruby@jrctoys.com, et al. | IGWT 0016386 - IGWT 0016388 |
| 32 | 10/17/2008 | Email from Brad Schneider to Isaac Larian, et al. | IGWT 0052547 - IGWT 0052548 |
| 33 | 10/22/2008 - 10/23/2008 | Email from Mark Teitelman to Jason Arbeiter; Email from Mark Teitelman to Jason Arbeiter, Annie, Melissa, et al.; Email from Mark Teitelman to Jason Arbeiter, et al.; Email from Mark Teitelman to Jason Arbeiter, et al.; Email from Mark Teitelman to Jason Arbeiter, et al. | IGWT 0016428 - IGWT 0016431 |
| 34 | 10/23/2008 | Email from Mark Teitelman to Jason Arbeiter, et al. | IGWT 0016436 - IGWT 0016437 |
| 35 | 11/10/2008 - 11/13/2008 | Email from Robert Nora to Jimmy Tawil, et al.; Email from Robert Nora to Jimmy Tawil, et al.; Email from Robert Nora to Jimmy Tawil; Email from Brad Schneider to Jimmy Tawil, et al.; Email from Brad Schneider to Jimmy Tawil; Email from Brad Schneider to Jimmy Tawil, et al.; Email from John Baker to Jimmy Tawil, et al.; Email from Barbara Leitner to Jimmy Tawil, et al.; Email from Brad Schneider to Jimmy Tawil, et al. | IGWT 0078410 - IGWT 0078416 |
| 36 | 9/23/2008 - 11/17/2008 | Email from Brad Schneider to Mary Jane Lunetta, et al.; Email from Brad Schneider to Mary Jane Lunetta, et al. | IGWT 0016109 - IGWT 0016110 |
| 37 | 11/06/2008, 12/03/2008 | Email from Mark Teitelman to Jason Arbeiter, et al.; Email from Mark Teitelman to Jason Arbeiter, et al. | IGWT 0016478 - IGWT 0016480 |

EXHIBIT __F__
PAGE __779__

| Number | Date | Type of Communication | Bates Reference |
|---|---|---|---|
| 38 | 12/04/2008 | Email from Mark Teitelman to Jason Arbeiter, et al. | IGWT 0016481 - IGWT 0016483 |
| 39 | 12/01/2008 - 12/05/2008 | Email from Odelynne Mendoza to Sheryl Kotzer, et al.; Email from Armineh Hacopian to Sheryl Kotzer, et al.; Email from Armineh Hacopian to Sheryl Kotzer, et al.; Email from Barbara Leitner to Mike Kotzer, Howie Kotzer, et al. | IGWT 0013766 - IGWT 0013768 |
| 40 | 10/06/2008, 12/31/2008 1/05/2009 | Email from Mark Teitelman to Vanlora Allen et al.; Email from Mark Teitelman to Vanlora Allen, et al.; Forwarded email from Barbara Leitner to Vanlora Allen. | IGWT 0016323 - IGWT 0016325 |
| 41 | 1/07/2009 - 1/08/2009 | Email from Mark Teitelman to Frank Rainville, et al.; Email from Mark Teitelman to Frank Rainville, et al. | IGWT 0016038 - IGWT 0016039 |
| 42 | 1/08/2009 - 1/12/2009 | Email from Mark Teitelman to Mary Kisling, et al.; Email from Mark Teitelman to Mary Kisling, et al; Email from Mark Teitelman to Mary Kisling, et al.; Email from Mark Teitelman to Mary Kisling; Email from Mark Teitelman to Mary Kisling. | IGWT 0016125 - IGWT 0016127 |
| 43 | 8/1/2008 | Email from Koren Kordes on behalf of Neil Kadisha to Tom Cambern. | OMNI0007311 - OMNI0007312 |
| 44 | 8/19/2008 | Facsimile from Neil Kadisha to Bank Leumi. | OMNI0010383 |
| 45 | 8/29/2008 | Email from Neil Kadisha to Moshe Kupietzky. | IGWT 0003314 - IGWT 0003315 |
| 46 | 9/3/2008 | Facsimile from Neil Kadisha to US Bank. | IGWT 0003769 |
| 47 | 9/3/2008 | Email from Neil Kadisha to Joseph Moinian, et al. | OMNI0004492 - OMNI0004493 |
| 48 | 7/29/2008 | Letter emailed from Michael Daniel to Tom Cambern. | WACHOVIA 0005575 - WACHOVIA 0005579 |
| 49 | 7/29/2008 | Email from Michael Daniel to Barry Dastin, et al.; Email from Michael Daniel to Barry Dastin, et al.; Email from Michael Daniel to Tom Cambern, et al. | OMNI 0007327 - OMNI 0007328 |

EXHIBIT ___F___
PAGE ___180___

| Number | Date | Type of Communication | Bates Reference |
|--------|------|----------------------|-----------------|
| 50 | 7/29/2008 | Email from Peter Carson to John Fouhey, et al.; Email from Peter Carson to John Fouhey, et al.; Email from Michael Daniel to Tom Cambern, et al. | OMNI 0007316 - OMNI 0007317 |
| 51 | 8/7/2008 | Email from Mark Spitzer to Hugh McCullough, Tom Cambern, et al. | OMNI 0007276 |
| 52 | 8/18/2008 | Email from Steve Miller to Hugh McCullough; Email from Steve Miller to Hugh McCullough. | OMNI 0007141 |
| 53 | 8/26/2008 | Email from Peter Carson to Hugh McCullough; Email from Peter Carson to Hugh McCullough; Email from Peter Carson to Hugh McCullough, et al. | OMNI 0007057 - OMNI 0007059 |
| 54 | 8/21/2008, 8/26/2008 | Email from Peter Carson to David Witek, Hugh McCullough, et al.; Email from Steve Miller to Moshe Kupietzky, et al. | OMNI 0006870 - OMNI 0006873 |
| 55 | 8/27/2008 | Email from Peter Carson to Moshe Kupietzky, et al. | OMNI 0006783 - OMNI 0006784 |
| 56 | 8/28/2008 | Email from Peter Carson to David Witek, et al. | OMNI 0005710 - OMNI 0005712 |
| 57 | 8/28/2008 | Email from Peter Carson to Moshe Kupietzky, et al.; Email from Peter Carson to David Witek, et al. | OMNI 0005674 - OMNI 0005677 |
| 58 | 8/28/2008 | Email from Kevin Tanna to Moshe Kupietzky, et al.; Email from Peter Carson to David Witek, et al. | IGWT 0003323 - IGWT 0003325 |
| 59 | 8/29/2008 | Email from Aaron Borden to Hugh McCullough, et al. | OMNI 0005489 |
| 60 | 8/29/2008 | Email from Peter Carson to Moshe Kupietzky, et al. | IGWT 0003316 - IGWT 0003317 |
| 61 | 9/2/2008 | Email from Peter Carson to Hugh McCullough, Moshe Kupietzky, et al. | OMNI 0005194 - OMNI 0005195 |
| 62 | 9/2/2008 | Email from Peter Carson to David Witek, Hugh McCullough, et al.; Email from Peter Carson to Hugh McCullough, Moshe Kupietzky, et al.; Email from Peter Carson to Moshe Kupietzky, Hugh McCullough, et al. | OMNI 0005170 - OMNI 0005174 |
| 63 | 9/2/2008 | Email from Peter Carson to Moshe Kupietzky, John Fouhey, et al. | OMNI 0005158 - OMNI 0005160 |

EXHIBIT ___F___

PAGE ___781___

| Number | Date | Type of Communication | Bates Reference |
|---|---|---|---|
| 64 | 9/2/2008 | Email from Peter Carson to Hugh McCullough, et al. | OMNI 0005108 - OMNI 0005109 |
| 65 | 9/2/2008 | Email from Peter Carson to Moshe Kupietzky, Hugh McCullough, et al.; Email from Peter Carson to Moshe Kupietzky, Hugh McCullough, et al. | OMNI 0005070 - OMNI 0005073 |
| 66 | 9/3/2008 | Email from Peter Carson to Hugh McCullough, David Witek, et al. | OMNI 0004857 |
| 67 | 9/3/2008 | Email from Peter Carson to Hugh McCullough, et al.; Email from Peter Carson to Hugh McCullough, et al. | OMNI 0004505 - OMNI 0004506 |
| 68 | 9/3/2008 | Email from Peter Carson to David Witek, Hugh McCullough, et al.; Email from Peter Carson to David Witek, Hugh McCullough, et al.; Email from Peter Carson to Hugh McCullough, David Witek, et al. | OMNI 0004517 - OMNI 0004523 |
| 69 | 9/3/2008 | Email from Peter Carson to Hugh McCullough, Moshe Kupietzky, et al. | OMNI 0004501 |
| 70 | 9/3/2008 | Email from Kevin Tanna to Hugh McCullough, Moshe Kupietzky, et al.; Email from Peter Carson to Hugh McCullough, Moshe Kupietzky, et al. | OMNI 0004499 - OMNI 0004500 |
| 71 | 10/20/2008 - 10/23/2008 | Email from Peter Carson to Tiffanie Baker, et al.; Email from Peter Carson to Tiffanie Baker, et al.; Email from Peter Carson to Tiffanie Baker, et al.; Email from Peter Carson to Tiffanie Baker, et al.; Email from Peter Carson to Tiffanie Baker, et al.; Email from Peter Carson to Tiffanie Baker, et al. | IGWT 0000964 - IGWT 0000973 |

EXHIBIT F
PAGE 782

1

# REDACTED

# SUBJECT TO

# PROTECTIVE ORDER

2

# REDACTED

# SUBJECT TO

# PROTECTIVE ORDER

**3**

# REDACTED

# SUBJECT TO

# PROTECTIVE ORDER

**4**

# REDACTED

# SUBJECT TO

# PROTECTIVE ORDER

**5**

# REDACTED

# SUBJECT TO

# PROTECTIVE ORDER

**6**

# REDACTED

# SUBJECT TO

# PROTECTIVE ORDER

7

# REDACTED

# SUBJECT TO

# PROTECTIVE ORDER

8

# REDACTED

# SUBJECT TO

# PROTECTIVE ORDER

9

# REDACTED

# SUBJECT TO

# PROTECTIVE ORDER

10

# REDACTED

# SUBJECT TO

# PROTECTIVE ORDER

**11**

# REDACTED

# SUBJECT TO

# PROTECTIVE ORDER

**12**

# REDACTED

# SUBJECT TO

# PROTECTIVE ORDER

**13**

# REDACTED

# SUBJECT TO

# PROTECTIVE ORDER

**14**

# REDACTED

# SUBJECT TO

# PROTECTIVE ORDER

**15**

# REDACTED

# SUBJECT TO

# PROTECTIVE ORDER

**16**

# REDACTED

# SUBJECT TO

# PROTECTIVE ORDER

**17**

# REDACTED

# SUBJECT TO

# PROTECTIVE ORDER

**18**

# REDACTED

# SUBJECT TO

# PROTECTIVE ORDER

**19**

# REDACTED

# SUBJECT TO

# PROTECTIVE ORDER

**20**

# REDACTED

# SUBJECT TO

# PROTECTIVE ORDER

21

# REDACTED

# SUBJECT TO

# PROTECTIVE ORDER

**22**

# REDACTED

# SUBJECT TO

# PROTECTIVE ORDER

**23**

# REDACTED

# SUBJECT TO

# PROTECTIVE ORDER

**24**

# REDACTED

# SUBJECT TO

# PROTECTIVE ORDER

**25**

# REDACTED

# SUBJECT TO

# PROTECTIVE ORDER

**26**

# REDACTED

# SUBJECT TO

# PROTECTIVE ORDER

27

# REDACTED

# SUBJECT TO

# PROTECTIVE ORDER

**28**

# REDACTED

# SUBJECT TO

# PROTECTIVE ORDER

**29**

# REDACTED

# SUBJECT TO

# PROTECTIVE ORDER

30

# REDACTED

# SUBJECT TO

# PROTECTIVE ORDER

**31**

# REDACTED

# SUBJECT TO

# PROTECTIVE ORDER

**32**

# REDACTED

# SUBJECT TO

# PROTECTIVE ORDER

33

# REDACTED

# SUBJECT TO

# PROTECTIVE ORDER

**34**

# REDACTED

# SUBJECT TO

# PROTECTIVE ORDER

**35**

# REDACTED

# SUBJECT TO

# PROTECTIVE ORDER

36

# REDACTED

# SUBJECT TO

# PROTECTIVE ORDER

**37**

# REDACTED

# SUBJECT TO

# PROTECTIVE ORDER

**38**

# REDACTED

# SUBJECT TO

# PROTECTIVE ORDER

**39**

# REDACTED

# SUBJECT TO

# PROTECTIVE ORDER

**40**

# REDACTED

# SUBJECT TO

# PROTECTIVE ORDER

**41**

# REDACTED

# SUBJECT TO

# PROTECTIVE ORDER

**42**

# REDACTED

# SUBJECT TO

# PROTECTIVE ORDER

**43**

# REDACTED

# SUBJECT TO

# PROTECTIVE ORDER

**44**

# REDACTED

# SUBJECT TO

# PROTECTIVE ORDER

**45**

# REDACTED

# SUBJECT TO

# PROTECTIVE ORDER

**46**

# REDACTED

# SUBJECT TO

# PROTECTIVE ORDER

**47**

# REDACTED

# SUBJECT TO

# PROTECTIVE ORDER

**48**

# REDACTED

# SUBJECT TO

# PROTECTIVE ORDER

**49**

# REDACTED

# SUBJECT TO

# PROTECTIVE ORDER

# REDACTED

# SUBJECT TO

# PROTECTIVE ORDER

**51**

# REDACTED

# SUBJECT TO

# PROTECTIVE ORDER

**52**

# REDACTED

# SUBJECT TO

# PROTECTIVE ORDER

**53**

# REDACTED

# SUBJECT TO

# PROTECTIVE ORDER

**54**

# REDACTED

# SUBJECT TO

# PROTECTIVE ORDER

55

# REDACTED

# SUBJECT TO

# PROTECTIVE ORDER

**56**

# REDACTED

# SUBJECT TO

# PROTECTIVE ORDER

**57**

# REDACTED

# SUBJECT TO

# PROTECTIVE ORDER

**58**

# REDACTED

# SUBJECT TO

# PROTECTIVE ORDER

**59**

# REDACTED

# SUBJECT TO

# PROTECTIVE ORDER

**60**

# REDACTED

# SUBJECT TO

# PROTECTIVE ORDER

**61**

# REDACTED

# SUBJECT TO

# PROTECTIVE ORDER

**62**

# REDACTED

# SUBJECT TO

# PROTECTIVE ORDER

**63**

# REDACTED

# SUBJECT TO

# PROTECTIVE ORDER

**64**

# REDACTED

# SUBJECT TO

# PROTECTIVE ORDER

**65**

# REDACTED

# SUBJECT TO

# PROTECTIVE ORDER

**66**

# REDACTED

# SUBJECT TO

# PROTECTIVE ORDER

**67**

# REDACTED

# SUBJECT TO

# PROTECTIVE ORDER

68

# REDACTED

# SUBJECT TO

# PROTECTIVE ORDER

**69**

# REDACTED

# SUBJECT TO

# PROTECTIVE ORDER

70

# REDACTED

# SUBJECT TO

# PROTECTIVE ORDER

71

# REDACTED

# SUBJECT TO

# PROTECTIVE ORDER