ORIGINAL

1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     John B. Quinn (Bar No. 090378)
2    johnquinn@quinnemanuel.com
     Michael T. Zeller (Bar No. 196417)
3    (michaelzeller@quinnemanuel.com)
     Jon D. Corey (Bar No. 185066)
4    (joncorey@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
6  Facsimile: (213) 443-3100

7  Attorneys for Mattel, Inc.

8                UNITED STATES DISTRICT COURT

9                CENTRAL DISTRICT OF CALIFORNIA

10                     EASTERN DIVISION

11 | CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx)
12 | Plaintiff, | Consolidated with
13 | vs. | Case No. CV 04-09039
   |  | Case No. CV 05-02727
14 | MATTEL, INC., a Delaware | Hon. Stephen G. Larson
15 | corporation, | APPLICATION TO FILE UNDER SEAL:
16 | Defendant. |
17 | AND CONSOLIDATED ACTIONS | MATTEL, INC.'S RESPONSE MEMORANDUM IN OPPOSITION TO MGA PARTIES' *EX PARTE* APPLICATION FOR STAY OF ORDER NO. 42 PENDING A FINAL DECISION ADJUDICATING THE PRIVILEGE ISSUES RAISED IN THE ORDER

[Proposed Order filed concurrently herewith]

07975/3057545.1

APPLICATION TO FILE UNDER SEAL

### Application to File Under Seal

Pursuant to <u>Local Rule</u> 79-5.1 and the Stipulated Protective Order entered by the Court in this action, plaintiff Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal Mattel's Response Memorandum in Opposition to the MGA Parties' *Ex Parte* Application for a Stay of Order No. 42 Pending a Final Decision Adjudicating the Privilege Issues Raised in the Order, dated August 14, 2009 ("Mattel's Response").

Mattel's Response discusses and quotes certain information or documents that the parties have designated as "Confidential" and/or "Confidential-Attorneys' Eyes Only" pursuant to the Protective Order. As these materials have been designated by the parties as "Confidential" and/or "Confidential-Attorneys' Eyes Only," Mattel requests that the Court order Mattel's Response be filed under seal.

In the alternative, Mattel requests that the Court declare Mattel's Response to be outside the definition of "Confidential" and/or "Confidential-Attorneys' Eyes Only" as contained in the Stipulated Protective Order and order it to be lodged as part of the public record.

DATED: August 17, 2009        QUINN EMANUEL URQUHART OLIVER & HEDGES. LLP


By/s/ B. Dylan Proctor
   B. Dylan Proctor
   Attorneys for Mattel, Inc.