QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL MOTION FOR LEAVE TO FILE FOURTH AMENDED ANSWER AND COUNTERCLAIMS AND DOCUMENTS IN SUPPORT THEREOF<br><br>[[Proposed] Order filed concurrently] |

1 | Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2 | entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully
3 | requests that the Court order filed under seal Mattel's Motion for Leave to File Its
4 | Fourth Amended Answer and Counterclaims (the "Motion"); Exhibits 12-19, 21, 23-
5 | 30, 33-37, 40, 45, 47-49, 51 and 57 to the Declaration of B. Dylan Proctor In
6 | Support Thereof (the "Declaration"); and Tabs 1, 4, 5, and 7 to Exhibit E, and
7 | Exhibit F, to Mattel, Inc.'s [Proposed] Fourth Amended Answer and Counterclaims
8 | (the "Counterclaims").

9 | The Motion, Declaration, and Counterclaims include materials that
10 | MGA and third parties have designated as "Confidential" or "Confidential--
11 | Attorneys' Eyes Only" pursuant to the Protective Order. Accordingly, Mattel
12 | requests that the Court order that the Motion, Declaration, and Counterclaims be
13 | filed under seal.

15 | DATED: August 17, 2009        QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ B. Dylan Proctor
B. Dylan Proctor
Attorneys for Mattel, Inc.