MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone:  +1-415-773-5700
Facsimile:   +1-415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA  90017
Telephone:  +1-213-629-2020
Facsimile:   +1-213-612-2499

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 SGL (RNBx)<br><br>Consolidated with:<br>CV 04-9059<br>CV 05-2727<br><br>**MGA PARTIES' OPPOSITION TO MATTEL'S EX PARTE APPLICATION TO "SET HEARING DATE"**<br><br>**Date:  TBD**<br>**Time:  TBD**<br>**Dep't:  TBD**<br><br>**Hon. Stephen G. Larson**<br><br><br>**Phase 2**<br>**Discovery Cutoff:  Dec. 11, 2009**<br>**Pretrial Conf.:       Mar. 1, 2010**<br>**Trial:                    Mar. 23, 2010** |

**OPPOSITION TO EX PARTE APPLICATION TO "SET HEARING DATE"**

Plaintiff and Counter-Defendant MGA Entertainment, Inc., as well as Counter-Defendants Isaac Larian, MGAE de Mexico S.R.L. de C.V., and MGA Entertainment (HK) Ltd. (collectively, "MGA Parties") hereby submit this Opposition to Mattel's Ex Parte Application to "Set Hearing Date" ("Application" or "App.").

1.      Mattel's Application is not an application to "set" a hearing date on the Motion for Leave to File Fourth Amended Answer and Counterclaims.  Instead, it is an Application to *advance* the hearing date from September 21, 2009 so that it can meet the existing Court-ordered deadline to amend pleadings and avoid the "good cause" standard required to modify that Order under Rule 16(b).  The Application is an implicit admission by Mattel that it cannot meet the "good cause" standard to amend its pleading after the deadline for doing so.  The Application should be denied for several reasons.

2.      First, there is no ambiguity in the Court's May 21 Order.  It says the deadline for "amending the pleadings" is September 11, 2009.  It does not say the deadline for filing motions to amend the pleadings is September 11.  A pleading cutoff means that a party has to accomplish the act by the deadline, not simply file a motion to accomplish the act.  *See* 1983 Advisory Committee's Note to Rule 16 ("[The deadline] assures that at some point both the parties and the pleadings will be fixed, by setting a time within which *joinder of parties shall be completed and the pleadings amended*") (emphasis added).  The whole reason that the Court issued the order was because of the last disagreement amongst the parties about whether a prior deadline had been set to amend the pleadings under Rule 16(b)(3).  Mattel's argument that the Order is ambiguous is frivolous.

3.      Second, according to the Court's website, the fact of the Court's unavailability for hearings on September 7, 2009 *has been published since February 5, 2009.*  Exhibit A (attached) at 2 (showing "last update" to September 7

hearing date as 2/5/2009 05:23:23 p.m.).  This is only one of the reasons why Mattel cannot demonstrate good cause to amend the scheduling order to allow it to amend after the deadline.  Mattel has had notice that the Court was unavailable on the hearing date immediately prior to the deadline at all times since the Court issued its May 21 Minute Order setting September 11 as the deadline to amend pleadings. Mattel's exercise of reasonable diligence would have resulted in filing a motion in time to meet a deadline of which it had full notice.

4.      Third, MGA requires the additional time to oppose the Motion to Amend afforded by a notice in accordance with the Court's availability on September 21, because Mattel failed to engage in any meaningful meet and confer regarding the Motion and MGA needs the time to oppose it because it was never provided reasonable notice of what the amended pleading would contain.  When Mattel sent its meet and confer letter pursuant Local Rule 7-3, MGA immediately responded by asking for a copy of the proposed amended pleading showing the changes so that the parties could engage in a meaningful discussion.  *Mattel refused to provide the amended pleading.*  Accordingly, the Motion filed on August 18 *is the first time that MGA has ever seen the proposed amended pleading*.

5.      The proposed Fourth Amended Answer and Counterclaims purports to add (a) an entire new RICO racketeering enterprise, (b) four new defendants, (c) ten new purported conspirators, (d) the IGWT entities to the Copyright Infringement claim *even though that claim has already been tried*, (e) changes the racketeering theories to include the trade secret misappropriation theories for the first time, (f) adds Bratz inventory to the conversion claim *which has already been tried*, (g) now tries to add defendants to the Uniform Fraudulent Transfer Act whom MGA expressly noted were necessary parties when Mattel last amended that claim, (h) adds numerous new broad agency and aiding and abetting allegations, and (i) an entirely new claim purporting to state a theory of "Breach of Constructive Trust." *See* Proctor Decl. Ex. 58.

1    6.    Explaining all of the myriad reasons why this pleading should not be

2    allowed will take the full time allotted with the Motion set for hearing on

3    September 21.

4    7.    For all of the foregoing reasons, the Ex Parte Application to advance

5    the hearing date on the Motion from September 21, 2009 to an earlier date prior to

6    September 11, 2009 should be denied.

7    Dated: August 18, 2009            Respectfully submitted,

8                                       ORRICK, HERRINGTON & SUTCLIFFE LLP

9

10                                      By: _____

11                                            Annette L. Hurst
                                              Attorneys for MGA Parties

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case 2:04-cv-09049-DOC-RNB    Document 6320    Filed 08/18/09    Page 5 of 10    Page ID #:209422

# Motion Calendar

## Closed Dates

| Judge | Date | CV Motions | CR Motions | Last Updated |
|---|---|---|---|---|
| **Abrams** | | | | |
| | 08/25/2009 | Closed | | 07/24/2009 01:28:33 PM |
| **Anderson** | | | | |
| | 09/07/2009 | Closed | Closed | 12/17/2008 12:29:54 PM |
| | 10/12/2009 | Closed | Closed | 12/17/2008 12:29:55 PM |
| **Carney** | | | | |
| | 09/07/2009 | Closed | Closed | 01/12/2009 09:43:33 AM |
| | 10/12/2009 | Closed | Closed | 01/12/2009 09:43:33 AM |
| **Carter** | | | | |
| | 09/07/2009 | Closed | Closed | 11/26/2008 08:26:04 AM |
| | 10/12/2009 | Closed | Closed | 11/26/2008 08:26:04 AM |
| **Chooljian** | | | | |
| | 09/08/2009 | Closed | | 06/16/2009 03:07:37 PM |
| | 11/03/2009 | Closed | | 08/17/2009 04:30:23 PM |
| **Collins** | | | | |
| | 08/31/2009 | Closed | Closed | 07/14/2009 07:37:30 AM |
| | 09/07/2009 | Closed | Closed | 07/14/2009 07:42:45 AM |
| | 09/28/2009 | Closed | Closed | 07/14/2009 07:37:30 AM |
| | 10/12/2009 | Closed | Closed | 07/14/2009 07:42:46 AM |
| | 10/19/2009 | Closed | Closed | 07/14/2009 07:37:31 AM |
| **Cooper** | | | | |
| | 08/24/2009 | Closed | | 07/27/2009 07:39:22 AM |
| | 09/07/2009 | Closed | Closed | 11/24/2008 10:31:48 AM |
| | 09/28/2009 | Closed | Closed | 03/16/2009 02:51:21 PM |
| | 10/12/2009 | Closed | Closed | 11/24/2008 10:31:48 AM |
| | 11/02/2009 | Closed | Closed | 07/16/2009 02:24:03 PM |
| **Fairbank** | | | | |
| | 09/07/2009 | Closed | Closed | 01/27/2009 01:55:12 PM |
| | 10/12/2009 | Closed | Closed | 01/27/2009 01:55:12 PM |
| | 11/23/2009 | Closed | Closed | 01/27/2009 02:08:34 PM |
| | 11/30/2009 | Closed | | 03/03/2009 02:59:04 PM |

Exhibit A - page 1

▼Feess
    09/07/2009 Closed        Closed        01/08/2009 04:07:58 PM
    10/12/2009 Closed        Closed        01/08/2009 03:40:19 PM
▼Fischer
    09/07/2009 Closed        Closed        12/03/2008 10:03:36 AM
    10/12/2009 Closed        Closed        12/03/2008 10:03:36 AM
    10/19/2009 Closed        Closed        12/03/2008 09:47:28 AM
    12/28/2009 Closed        Closed        12/03/2008 09:52:55 AM
▼Goldman
    09/08/2009 Closed                      12/16/2008 10:33:50 AM
    11/24/2009 Closed                      12/16/2008 10:33:51 AM
    12/22/2009 Closed                      12/16/2008 10:39:50 AM
    12/29/2009 Closed                      12/16/2008 10:39:50 AM
▼Guilford
    09/07/2009 Closed        Closed        01/05/2009 03:22:45 PM
    10/12/2009 Closed        Closed        01/05/2009 03:22:44 PM
▼Gutierrez
    08/31/2009 Closed                      08/05/2009 12:10:54 PM
    09/07/2009 Closed        Closed        11/07/2008 04:09:55 PM
    09/14/2009 Closed                      08/14/2009 04:01:57 PM
    10/12/2009 Closed        Closed        11/07/2008 04:09:55 PM
▼Hatter
    09/07/2009 Closed        Closed        12/17/2008 01:31:14 PM
    10/12/2009 Closed        Closed        12/17/2008 01:31:11 PM
▼Hillman
    09/07/2009 Closed        Closed        01/30/2009 03:44:47 PM
    10/12/2009 Closed        Closed        01/30/2009 03:44:47 PM
▼King
    09/07/2009 Closed        Closed        08/04/2009 03:22:34 PM
    10/12/2009 Closed        Closed        08/04/2009 03:22:34 PM
▼Klausner
    09/07/2009 Closed        Closed        07/31/2008 01:58:24 PM
    10/12/2009 Closed        Closed        07/31/2008 01:58:24 PM
▼Larson
    08/24/2009 Closed                      05/06/2009 02:38:48 PM
    08/31/2009 Closed                      07/23/2009 02:15:51 PM
    09/07/2009 Closed        Closed        02/05/2009 05:23:23 PM
    09/14/2009 Closed                      08/10/2009 05:18:11 PM

Exhibit A - page 2

| | | | |
|---|---|---|---|
| 09/28/2009 Closed | | 02/05/2009 05:12:20 PM |
| 10/12/2009 Closed | Closed | 02/05/2009 05:23:23 PM |

**Lew**

| | | |
|---|---|---|
| 11/11/2009 Closed | Closed | 11/24/2008 03:19:24 PM |
| 12/29/2009 Closed | Closed | 11/24/2008 03:19:24 PM |
| 12/30/2009 Closed | Closed | 11/24/2008 03:13:43 PM |

**Marshall**

| | | |
|---|---|---|
| 09/07/2009 Closed | Closed | 07/13/2009 01:54:34 PM |
| 09/14/2009 Closed | Closed | 07/13/2009 01:49:16 PM |

**Matz**

| | | |
|---|---|---|
| 09/07/2009 Closed | Closed | 12/17/2008 12:29:55 PM |
| 10/12/2009 Closed | Closed | 12/17/2008 12:29:54 PM |

**Morrow**

| | | |
|---|---|---|
| 08/24/2009 Closed | | 04/03/2009 08:13:21 AM |
| 08/31/2009 Closed | | 06/10/2009 03:08:00 PM |
| 09/07/2009 Closed | Closed | 04/21/2009 03:00:55 PM |
| 09/14/2009 Closed | | 07/16/2009 04:41:39 PM |
| 09/21/2009 Closed | | 07/22/2009 05:01:44 PM |
| 09/28/2009 Closed | | 08/06/2009 01:30:46 PM |
| 10/05/2009 Closed | | 08/14/2009 04:45:37 PM |
| 10/12/2009 Closed | Closed | 04/21/2009 03:00:55 PM |
| 10/19/2009 Closed | | 08/13/2009 05:45:51 PM |

**Mumm**

| | | |
|---|---|---|
| 08/25/2009 Closed | Closed | 07/13/2009 04:27:21 PM |
| 09/01/2009 Closed | Closed | 07/13/2009 04:27:21 PM |
| 09/08/2009 Closed | Closed | 07/13/2009 04:27:21 PM |

**Nakazato**

| | | |
|---|---|---|
| 11/19/2009 Closed | | 03/05/2009 08:50:49 AM |
| 11/26/2009 Closed | Closed | 03/05/2009 08:56:13 AM |
| 12/24/2009 Closed | | 06/18/2009 10:53:41 AM |
| 12/31/2009 Closed | | 03/05/2009 08:50:49 AM |

**Olguin**

| | | |
|---|---|---|
| 09/23/2009 Closed | Closed | 08/17/2009 10:57:25 AM |
| 10/07/2009 Closed | Closed | 08/13/2009 01:54:01 PM |
| 12/23/2009 Closed | Closed | 08/17/2009 10:57:25 AM |
| 12/30/2009 Closed | Closed | 08/17/2009 10:57:25 AM |

**Pfaelzer**

| | | |
|---|---|---|
| 09/07/2009 Closed | Closed | 01/14/2009 10:58:20 AM |

Exhibit A - page 3

|  |  |  |  |
|---|---|---|---|
| 10/12/2009 Closed | Closed | 01/14/2009 10:58:21 AM |
| **Phillips** | | | |
| 09/07/2009 Closed | Closed | 06/15/2009 05:25:35 PM |
| 10/12/2009 Closed | Closed | 06/15/2009 05:25:35 PM |
| **Pregerson** | | | |
| 09/07/2009 Closed | Closed | 11/28/2007 02:38:56 PM |
| 10/12/2009 Closed | Closed | 11/28/2007 02:38:56 PM |
| 12/21/2009 Closed | Closed | 11/28/2007 02:44:30 PM |
| 12/28/2009 Closed | Closed | 11/28/2007 02:44:30 PM |
| 01/04/2010 Closed | Closed | 11/28/2007 02:49:47 PM |
| 01/18/2010 Closed | Closed | 11/28/2007 02:49:48 PM |
| 02/15/2010 Closed | Closed | 11/28/2007 02:49:47 PM |
| 05/31/2010 Closed | Closed | 11/28/2007 02:49:48 PM |
| 07/05/2010 Closed | Closed | 11/28/2007 02:49:47 PM |
| 09/06/2010 Closed | Closed | 11/28/2007 02:49:48 PM |
| 10/11/2010 Closed | Closed | 11/28/2007 02:55:17 PM |
| 12/20/2010 Closed | Closed | 11/28/2007 02:55:17 PM |
| 12/27/2010 Closed | Closed | 11/28/2007 02:55:16 PM |
| **Real** | | | |
| 08/24/2009 Closed | | 10/07/2008 02:25:03 PM |
| 08/31/2009 Closed | | 10/07/2008 02:25:03 PM |
| 09/07/2009 Closed | Closed | 10/07/2008 02:36:43 PM |
| 09/14/2009 Closed | | 10/07/2008 02:25:06 PM |
| 09/28/2009 Closed | | 10/07/2008 02:25:07 PM |
| 10/12/2009 Closed | Closed | 10/07/2008 02:36:42 PM |
| 10/26/2009 Closed | | 10/07/2008 02:25:06 PM |
| 11/09/2009 Closed | | 10/07/2008 02:25:06 PM |
| 11/23/2009 Closed | | 10/07/2008 02:25:07 PM |
| 11/30/2009 Closed | | 10/07/2008 02:25:07 PM |
| 12/14/2009 Closed | | 10/07/2008 02:25:02 PM |
| 12/28/2009 Closed | | 10/07/2008 02:25:07 PM |
| **Selna** | | | |
| 09/07/2009 Closed | Closed | 01/06/2009 09:11:48 AM |
| 10/12/2009 Closed | Closed | 01/06/2009 09:11:49 AM |
| 11/30/2009 Closed | Closed | 01/06/2009 09:11:49 AM |
| 12/28/2009 Closed | Closed | 01/06/2009 09:11:49 AM |
| **Snyder** | | | |
| 09/07/2009 Closed | Closed | 04/07/2009 12:22:58 PM |

Exhibit A - page 4

| | | | |
|---|---|---|---|
| 10/12/2009 Closed | Closed | 04/07/2009 12:22:59 PM | |

**Stotler**

| | | | |
|---|---|---|---|
| 08/24/2009 Closed | Closed | 11/19/2008 12:34:56 PM | |
| 08/31/2009 Closed | Closed | 11/19/2008 12:34:56 PM | |
| 09/07/2009 Closed | Closed | 11/19/2008 11:46:06 AM | |
| 10/12/2009 Closed | Closed | 11/19/2008 11:46:07 AM | |
| 11/30/2009 Closed | | 11/19/2008 11:34:24 AM | |
| 12/21/2009 Closed | | 11/19/2008 11:34:23 AM | |
| 12/28/2009 Closed | | 11/19/2008 11:34:23 AM | |

**Turchin**

| | | | |
|---|---|---|---|
| 09/07/2009 Closed | Closed | 12/18/2008 01:29:10 PM | |
| 10/12/2009 Closed | Closed | 12/18/2008 01:29:09 PM | |

**Walsh**

| | | | |
|---|---|---|---|
| 09/10/2009 Closed | | 08/13/2009 01:48:43 PM | |
| 10/08/2009 Closed | | 08/13/2009 01:54:02 PM | |
| 11/12/2009 Closed | | 08/13/2009 01:59:27 PM | |
| 11/26/2009 Closed | Closed | 12/17/2008 11:57:06 AM | |

**Walter**

| | | | |
|---|---|---|---|
| 09/07/2009 Closed | Closed | 06/19/2009 01:55:19 PM | |
| 10/12/2009 Closed | Closed | 06/19/2009 01:55:18 PM | |

**Wilson**

| | | | |
|---|---|---|---|
| 09/07/2009 Closed | Closed | 10/07/2008 02:36:44 PM | |
| 10/12/2009 Closed | Closed | 10/07/2008 02:36:43 PM | |

**Wistrich**

| | | | |
|---|---|---|---|
| 08/24/2009 Closed | Closed | 06/04/2009 09:50:51 AM | |
| 09/07/2009 Closed | Closed | 11/14/2008 04:32:46 PM | |
| 09/14/2009 Closed | Closed | 07/14/2009 11:37:48 AM | |
| 09/21/2009 Closed | Closed | 07/28/2009 04:17:34 PM | |
| 09/28/2009 Closed | | 11/14/2008 04:10:36 PM | |
| 10/12/2009 Closed | Closed | 11/14/2008 04:32:46 PM | |
| 10/26/2009 Closed | | 11/14/2008 04:10:36 PM | |
| 11/09/2009 Closed | | 11/14/2008 04:16:10 PM | |
| 11/30/2009 Closed | | 11/14/2008 04:16:11 PM | |
| 12/28/2009 Closed | | 11/14/2008 04:16:11 PM | |

**Woehrle**

| | | | |
|---|---|---|---|
| 09/29/2009 Closed | | 07/15/2009 02:50:17 PM | |
| 11/03/2009 Closed | | 07/15/2009 02:55:55 PM | |
| 11/24/2009 Closed | | 07/15/2009 02:55:54 PM | |

Exhibit A - page 5

Case 2:04-cv-09049-DOC-RNB   Document 6320   Filed 08/18/09   Page 10 of 10   Page ID
#:209427

| | | | |
|---|---|---|---|
| 12/22/2009 Closed | | 07/15/2009 03:12:24 PM |
| 12/29/2009 Closed | | 07/15/2009 03:12:23 PM |
| **Wright** | | |
| 09/07/2009 Closed | Closed | 11/19/2008 02:43:12 PM |
| 10/12/2009 Closed | Closed | 11/19/2008 02:43:11 PM |
| **Wu** | | |
| 09/07/2009 Closed | Closed | 12/10/2008 12:19:28 PM |
| 10/01/2009 Closed | Closed | 06/29/2009 11:26:04 AM |
| 10/05/2009 Closed | Closed | 06/29/2009 11:26:04 AM |
| 10/12/2009 Closed | Closed | 12/10/2008 12:19:29 PM |
| 11/26/2009 Closed | Closed | 12/10/2008 12:19:28 PM |
| **Zarefsky** | | |
| 08/24/2009 Closed | Closed | 06/16/2009 05:14:43 PM |
| 09/07/2009 Closed | Closed | 06/12/2009 01:32:10 PM |
| 09/28/2009 Closed | | 06/12/2009 01:32:10 PM |
| 10/12/2009 Closed | Closed | 06/17/2009 11:03:10 AM |
| 12/21/2009 Closed | Closed | 06/17/2009 10:57:50 AM |
| 12/28/2009 Closed | Closed | 06/17/2009 10:57:50 AM |

Exhibit A - page 6