EXHIBIT 16

1 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
2 | John B. Quinn (Bar No. 090378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
3 | (michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
4 | (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
5 | Los Angeles, California 90017-2543
Telephone: (213) 443-3000
6 | Facsimile: (213) 443-3100

7 | Attorneys for Mattel, Inc.

8

9 | UNITED STATES DISTRICT COURT

10 | CENTRAL DISTRICT OF CALIFORNIA

11 | EASTERN DIVISION

12

13 | CARTER BRYANT, an individual,

14 | Plaintiff,

15 | vs.

16 | MATTEL, INC., a Delaware corporation,

17 | Defendant.

18

19 | AND CONSOLIDATED ACTIONS

20

21

22

23

24 | PROPOUNDING PARTY: MGA ENTERTAINMENT, INC.

25 | RESPONDING PARTY: MATTEL, INC.

26 | SET NO.: ONE (PHASE 2)

27 | NOS.: 4, 10-12, 14, 20-22, 24-25, 31-33, 35-36, 48, 66-68

28

---

CASE NO. CV 04-9049 SGL (RNBx)
Consolidated with Case Nos. CV 04-09059 and CV 05-02727

DISCOVERY MATTER

MATTEL, INC.'S FIRST SUPPLEMENTAL RESPONSES AND OBJECTIONS TO MGA ENTERTAINMENT, INC.'S FIRST SET OF (PHASE 2) REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS

Discovery Cut-off: December 11, 2009
Pre-trial Conference: March 1, 2010
Trial Date: March 23, 2010

EXHIBIT ___\0___
PAGE ___383___

07975/3050065.1

MATTEL, INC.'S RESPONSES TO MGA'S FIRST SET OF (PHASE 2) REQUESTS FOR PRODUCTION

## **Preliminary Statement**

Mattel, Inc. ("Mattel") has not yet completed its investigation of the facts relating to this action, has not yet reviewed all documents relating to this action, has not yet interviewed all witnesses in this action, and has not yet received all requested discovery from defendants and third parties with regard to this action. Defendants have also failed to produce witnesses for deposition and are withholding information and documents requested in violation of orders of the Discovery Master and the Court. Consequently, Mattel reserves the right to amend and/or supplement its responses if and when additional facts or documents are discovered, disclosed or produced. Additionally, because Mattel's responses are based on facts and documents that Mattel has identified to date, they do not preclude Mattel from later relying on facts discovered pursuant to further investigation or discovery or on subsequently discovered or generated documents. Mattel's response to any of MGA Entertainment, Inc.'s ("MGA") First Set of (Phase 2) Requests for the Production of Documents and Things (the "Requests") is not to be construed as a waiver of any of its objections or its right to object to any other request.

## **General Objections**

Mattel generally objects to each of the Requests on each and every one of the following grounds, which are incorporated into and made a part of the response to each and every individual request:

1.      Mattel objects to the Requests on the grounds and to the extent that they seek to impose discovery obligations beyond those required or permitted by the Federal Rules of Civil Procedure.

2.      Mattel objects to the Requests on the grounds and to the extent they call for the production of documents subject to the attorney-client privilege, the

07975/3050065.1

-1-

**EXHIBIT** 16

**PAGE** 334

MATTEL, INC.'S RESPONSES TO MGA'S FIRST SET OF (PHASE 2) REQUESTS FOR PRODUCTION

1   attorney work product doctrine, the right to privacy as set forth in the United States

2   and/or California Constitutions, or any other applicable law, privilege, immunity,

3   doctrine or other ground of privilege.  Mattel will not produce such privileged

4   documents.

5           3.     Mattel objects to the Requests on the grounds and to the extent

6   they are overly broad, unduly burdensome, oppressive or unreasonably cumulative.

7           4.     Mattel objects to the Requests on the grounds and to the extent

8   they seek information which is not relevant to the subject matter of this action nor

9   reasonably calculated to lead to the discovery of admissible evidence.

10           5.     Mattel objects to the Requests on the grounds and to the extent

11   they seek documents equally or more available to, or already in the possession,

12   custody or control of MGA.

13           6.     Mattel objects to the Requests on the grounds and to the extent

14   they seek documents not in Mattel's possession, custody or control.

15           7.     Mattel objects to the Requests on the grounds that they are unduly

16   burdensome and vague and ambiguous in that they purport to require Mattel to

17   identify and produce documents relating to matters that are currently known to and in

18   the possession, custody and control of defendants and third parties, including third

19   parties associated with defendants, and that are not known to Mattel.

20           8.     Mattel objects to the Requests on the grounds that they seek the

21   production of documents or information that are in the possession, custody and

22   control of independent parties over whom Mattel has no control, including without

23   limitation defendants, and seek the disclosure of information or documents that are in

24   the possession, custody and control of defendants or are publicly available and hence

25   equally available to all parties to this litigation.

26           9.     Mattel objects to the Requests on the ground and to the extent they

27   seek trade secret, proprietary or otherwise confidential information of Mattel or third

28   parties or would violate the terms of any agreement or contracts with third parties.

EXHIBIT __16__
PAGE __330__

07975/3050065.1

-2-

MATTEL, INC.'S RESPONSES TO MGA'S FIRST SET OF (PHASE 2) REQUESTS FOR PRODUCTION

1  Any such documents that are produced, if any, will be produced only pursuant to and
2  in reliance upon the Protective Order entered in this case.

3      10.    Mattel objects to each and every Request that seeks "all"
4  documents which constitute, mention, refer or relate to a given topic on the grounds
5  of undue burden and oppression.  Mattel will make available for inspection and
6  copying those documents and tangible items, if any, that it is able to locate after a
7  reasonable, good-faith search for and review of non-privileged responsive documents.

8      11.    Mattel objects to each and every Request to the extent they seek
9  documents in the possession, custody or control of a foreign subsidiary of a party.
10 The MGA Defendants have objected that such documents are not within the scope of
11 requests to a domestic party.

12      12.    Mattel objects to each and every Request to the extent that they
13 seek documents already produced in this action.  Documents which have already been
14 produced will not be produced again in response to these requests.

15      13.    Objection to the production of any document or category of
16 documents described in the Requests, or agreement to produce any such documents,
17 is not and shall not be construed as an admission by Mattel that any such documents
18 or category of documents exist.  Where the responses indicate that Mattel will
19 produce such responsive documents, such documents, if any, will be produced if and
20 to the extent any such documents are in Mattel's possession, custody or control.

21      14.    Mattel objects to the time, place and manner of production
22 specified in defendant's Requests.  At a mutually agreeable time and place, Mattel
23 will produce such responsive, non-privileged documents and tangible things, if any
24 and to the extent not previously produced, in accordance with its responses at a time
25 and place and in a manner that is reasonable, convenient and mutually agreed upon
26 by the parties.

27
28

EXHIBIT __16__
PAGE __306__

07975/3050065.1

## **RESPONSES TO REQUESTS FOR PRODUCTION**

Each of the following objections and responses to the Requests is expressly made subject to the above Preliminary Statement and General Objections, all of which are incorporated in each of the following objections and responses to specific Requests. A statement that Mattel will produce documents or tangible things in response to a Request is not intended to suggest, nor should it be construed to mean, that any such documents or tangible things exist, or that they are in Mattel's possession, custody or control.

REQUEST FOR PRODUCTION NO. 4:

The hard drive(s) or any mirror image thereof (including but not limited to any mirror image on any server or storage device) from any and all computers assigned by MATTEL to TRUEBA for use during the last year of her employment with MATTEL.

FIRST SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 4:

Mattel incorporates by reference the above-stated general objections as if fully set forth herein. Mattel further objects that this Request is premature because Defendants have not complied with their discovery obligations. They have failed to produce witnesses for deposition and are withholding information and documents requested in violation of orders of the Discovery Master and the Court. Defendants also refuse to produce hard drives or mirror images thereof to Mattel. Mattel also objects to this Request to the extent that it seeks information not relevant to the subject matter of this lawsuit or reasonably calculated to lead to the discovery of admissible evidence. Mattel further objects that this Request is vague and ambiguous. Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence. Mattel further objects to this Request on the grounds that it

EXHIBIT 16

PAGE 387

1  seeks confidential, proprietary and trade secret information, including such
2  information that has no bearing on the claims or defenses in this case.  Mattel also
3  objects to this Request to the extent it seeks documents that are in the possession,
4  custody and control of a foreign subsidiary of a party.  MGA has objected that such
5  documents are not within the scope of requests to a domestic party.

6      Subject to the foregoing objections, Mattel responds as follows:  At a
7  mutually agreeable time and place and in a manner that will protect Mattel's
8  privileged information, Mattel will produce forensic images of any electronic storage
9  media assigned to Trueba at the time of her resignation from Mattel that are in
10  Mattel's possession, custody or control, excluding any privileged information
11  contained therein.

12

13  REQUEST FOR PRODUCTION NO. 10:

14      All DOCUMENTS REFLECTING that any documents allegedly taken
15  by TRUEBA from MATTEL, including, without limitation, any of the documents
16  identified in page 31, line 12, through page 32, line 24 of MATTEL's Supplemental
17  Responses and Objections to MGA's First Set of Interrogatories, gave MGA an
18  "unfair competitive advantage," as referenced on page 32, lines 25 through 27, of
19  MATTEL's Supplemental Responses and Objections to MGA's First Set of
20  Interrogatories.

21

22  FIRST SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO.
23  10:

24      Mattel incorporates by reference the above-stated general objections as if
25  fully set forth herein.  Mattel also specifically objects to the use of the term
26  "REFLECTING" as vague, ambiguous, and overbroad.  Mattel further objects to this
27  Request on the ground and to the extent it seeks trade secret, proprietary or otherwise
28  confidential information of Mattel or third parties.  Any such documents that are

EXHIBIT __10__
PAGE __378__

07975/3050065.1
-5-
MATTEL, INC.'S RESPONSES TO MGA'S FIRST SET OF (PHASE 2) REQUESTS FOR PRODUCTION

1  produced, if any, will be produced only pursuant to and in reliance upon the
2  Protective Order entered in this case. Mattel further objects that this Request is
3  premature because Defendants have not complied with their discovery obligations.
4  They have failed to produce witnesses for deposition and are withholding information
5  and documents requested in violation of orders of the Discovery Master and the
6  Court. Mattel further objects to this Request on the ground that it is premature
7  because the subject matter of this Request will be the subject of expert testimony at
8  trial. Mattel objects to this Request to the extent it seeks to limit the expert testimony
9  that Mattel may seek to introduce at trial. Mattel will identify its experts and make
10 related disclosures in accordance with the Court's orders and applicable rules. Mattel
11 further objects to this Request to the extent that it calls for the disclosure of
12 information subject to the attorney-client privilege, the attorney work-product
13 doctrine and other applicable privileges. Mattel also objects to this Request to the
14 extent it seeks documents that are in the possession, custody and control of a foreign
15 subsidiary of a party. MGA has objected that such documents are not within the
16 scope of requests to a domestic party. Mattel further objects to this Request to the
17 extent that it may seek documents already produced by Mattel, including documents
18 stolen by MGA and other defendants. Such documents will not be produced again.
19 Mattel also objects to this Request because it seeks documents that are in the MGA
20 Parties' exclusive possession, custody and control.

21          Subject to the foregoing objections, Mattel responds as follows: At a
22 mutually agreeable time and place, Mattel will produce the non-privileged documents
23 in its possession, custody or control, if any, that Mattel has been able to locate after a
24 diligent search and reasonable inquiry, to the extent not previously produced, that
25 show that documents taken from Mattel by Trueba gave MGA an unfair competitive
26 advantage.

27

28

EXHIBIT ___16___
PAGE ___329___

MATTEL, INC.'S RESPONSES TO MGA'S FIRST SET OF (PHASE 2) REQUESTS FOR PRODUCTION

1  REQUEST FOR PRODUCTION NO. 11:

2           All DOCUMENTS REFLECTING that any documents allegedly taken

3  by TRUEBA from MATTEL, including, without limitation, any of the documents

4  identified in page 31, line 12, through page 32, line 24 of MATTEL's Supplemental

5  Responses and Objections to MGA's First Set of Interrogatories, gave MGA HK an

6  "unfair competitive advantage," as referenced on page 32, lines 25 through 27, of

7  MATTEL's Supplemental Responses and Objections to MGA's First Set of

8  Interrogatories.

9

10  FIRST SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO.

11  11:

12           Mattel incorporates by reference the above-stated general objections as if

13  fully set forth herein.  Mattel also specifically objects to the use of the term

14  "REFLECTING" as vague, ambiguous, and overbroad.  Mattel further objects to this

15  Request on the ground and to the extent it seeks trade secret, proprietary or otherwise

16  confidential information of Mattel or third parties.  Any such documents that are

17  produced, if any, will be produced only pursuant to and in reliance upon the

18  Protective Order entered in this case.  Mattel further objects that this Request is

19  premature because Defendants have not complied with their discovery obligations.

20  They have failed to produce witnesses for deposition and are withholding information

21  and documents requested in violation of orders of the Discovery Master and the

22  Court.  Mattel further objects to this Request on the ground that it is premature

23  because the subject matter of this Request will be the subject of expert testimony at

24  trial.  Mattel objects to this Request to the extent it seeks to limit the expert testimony

25  that Mattel may seek to introduce at trial.  Mattel will identify its experts and make

26  related disclosures in accordance with the Court's orders and applicable rules.  Mattel

27  further objects to this Request to the extent that it calls for the disclosure of

28  information subject to the attorney-client privilege, the attorney work-product

EXHIBIT 16

PAGE 320

1   doctrine and other applicable privileges.  Mattel also objects to this Request to the
2   extent it seeks documents that are in the possession, custody and control of a foreign
3   subsidiary of a party.  MGA has objected that such documents are not within the
4   scope of requests to a domestic party.  Mattel further objects to this Request to the
5   extent that it may seek documents already produced by Mattel, including documents
6   stolen by MGA and other defendants.  Such documents will not be produced again.
7   Mattel also objects to this Request because it seeks documents that are in the MGA
8   Parties' exclusive possession, custody and control.  Mattel does not possess
9   documents regarding how MGA HK obtained an unfair competitive advantage.

10          Subject to the foregoing objections, Mattel responds as follows:  At a
11   mutually agreeable time and place, Mattel will produce the non-privileged documents
12   in its possession, custody or control, if any, that Mattel has been able to locate after a
13   diligent search and reasonable inquiry, to the extent not previously produced, that
14   show that documents taken from Mattel by Trueba gave MGA HK an unfair
15   competitive advantage.

16

17   REQUEST FOR PRODUCTION NO. 12:

18          All DOCUMENTS REFLECTING that any documents allegedly taken
19   by TRUEBA from MATTEL, including, without limitation, any of the documents
20   identified in page 31, line 12, through page 32, line 24 of MATTEL's Supplemental
21   Responses and Objections to MGA's First Set of Interrogatories, gave MGA
22   MEXICO an "unfair competitive advantage," as referenced on page 32, lines 25
23   through 27, of MATTEL's Supplemental Responses and Objections to MGA's First
24   Set of Interrogatories.

25

26

27

28

EXHIBIT ___ꟼ___

PAGE ___331___

1 | FIRST SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO.
2 | 12:

3 |         Mattel incorporates by reference the above-stated general objections as if
4 | fully set forth herein.  Mattel also specifically objects to the use of the term
5 | "REFLECTING" as vague, ambiguous, and overbroad.  Mattel further objects to this
6 | Request on the ground and to the extent it seeks trade secret, proprietary or otherwise
7 | confidential information of Mattel or third parties.  Any such documents that are
8 | produced, if any, will be produced only pursuant to and in reliance upon the
9 | Protective Order entered in this case.  Mattel further objects that this Request is
10 | premature because Defendants have not complied with their discovery obligations.
11 | They have failed to produce witnesses for deposition and are withholding information
12 | and documents requested in violation of orders of the Discovery Master and the
13 | Court.  Mattel further objects to this Request on the ground that it is premature
14 | because the subject matter of this Request will be the subject of expert testimony at
15 | trial.  Mattel objects to this Request to the extent it seeks to limit the expert testimony
16 | that Mattel may seek to introduce at trial.  Mattel will identify its experts and make
17 | related disclosures in accordance with the Court's orders and applicable rules.  Mattel
18 | further objects to this Request to the extent that it calls for the disclosure of
19 | information subject to the attorney-client privilege, the attorney work-product
20 | doctrine and other applicable privileges.  Mattel also objects to this Request to the
21 | extent it seeks documents that are in the possession, custody and control of a foreign
22 | subsidiary of a party.  MGA has objected that such documents are not within the
23 | scope of requests to a domestic party.  Mattel further objects to this Request to the
24 | extent that it may seek documents already produced by Mattel, including documents
25 | stolen by MGA and other defendants.  Such documents will not be produced again.
26 | Mattel also objects to this Request because it seeks documents that are in the MGA
27 | Parties' exclusive possession, custody and control.

EXHIBIT _14_
PAGE _332_

1   Subject to the foregoing objections, Mattel responds as follows:  At a
2   mutually agreeable time and place, Mattel will produce the non-privileged documents
3   in its possession, custody or control, if any, that Mattel has been able to locate after a
4   diligent search and reasonable inquiry, to the extent not previously produced, that
5   show that documents taken from Mattel by Trueba gave MGA Mexico an unfair
6   competitive advantage.

7

8   REQUEST FOR PRODUCTION NO. 14:

9   The hard drive(s) or any mirror image thereof (including but not limited
10  to any mirror image on any server or storage device) from any and all computers
11  assigned by MATTEL to VARGAS for using during the last year of his employment
12  with MATTEL.

13

14  FIRST SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO.
15  14:

16  Mattel incorporates by reference the above-stated general objections as if
17  fully set forth herein.  Mattel further objects that this Request is premature because
18  Defendants have not complied with their discovery obligations.  They have failed to
19  produce witnesses for deposition and are withholding information and documents
20  requested in violation of orders of the Discovery Master and the Court.  Defendants
21  also refuse to produce hard drives or mirror images thereof to Mattel.  Mattel also
22  objects to this Request to the extent that it seeks information not relevant to the
23  subject matter of this lawsuit or reasonably calculated to lead to the discovery of
24  admissible evidence.  Mattel further objects that this Request is vague and
25  ambiguous.  Mattel further objects to the Request on the grounds that it seeks
26  documents that are not relevant to this action or likely to lead to the discovery of
27  admissible evidence.  Mattel further objects to this Request on the grounds that it
28  seeks confidential, proprietary and trade secret information, including such

07975/3050065.1

-10-

EXHIBIT ___16___

PAGE ___253___

1   information that has no bearing on the claims or defenses in this case. Mattel also

2   objects to this Request to the extent it seeks documents that are in the possession,

3   custody and control of a foreign subsidiary of a party. MGA has objected that such

4   documents are not within the scope of requests to a domestic party.

5           Subject to the foregoing objections, Mattel responds as follows: At a

6   mutually agreeable time and place and in a manner that will protect Mattel's

7   privileged information, Mattel will produce forensic images of any electronic storage

8   media assigned to Vargas at the time of his resignation from Mattel that are in

9   Mattel's possession, custody or control, excluding any privileged information

10  contained therein.

11

12  REQUEST FOR PRODUCTION NO. 20:

13          All DOCUMENTS REFLECTING that any documents allegedly taken

14  by VARGAS from MATTEL, including, without limitation, any of the documents

15  identified in page 31, line 12, through page 32, line 24 of MATTEL's Supplemental

16  Responses and Objections to MGA's First Set of Interrogatories, gave MGA an

17  "unfair competitive advantage," as referenced on page 32, lines 25 through 27, of

18  MATTEL's Supplemental Responses and Objections to MGA's First Set of

19  Interrogatories.

20

21  FIRST SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO.

22  20:

23          Mattel incorporates by reference the above-stated general objections as if

24  fully set forth herein. Mattel also specifically objects to the use of the term

25  "REFLECTING" as vague, ambiguous, and overbroad. Mattel further objects to this

26  Request on the ground and to the extent it seeks trade secret, proprietary or otherwise

27  confidential information of Mattel or third parties. Any such documents that are

28  produced, if any, will be produced only pursuant to and in reliance upon the

EXHIBIT ___10___

PAGE ___334___

1  Protective Order entered in this case.  Mattel further objects that this Request is
2  premature because Defendants have not complied with their discovery obligations.
3  They have failed to produce witnesses for deposition and are withholding information
4  and documents requested in violation of orders of the Discovery Master and the
5  Court.  Mattel further objects to this Request on the ground that it is premature
6  because the subject matter of this Request will be the subject of expert testimony at
7  trial.  Mattel objects to this Request to the extent it seeks to limit the expert testimony
8  that Mattel may seek to introduce at trial.  Mattel will identify its experts and make
9  related disclosures in accordance with the Court's orders and applicable rules.  Mattel
10 further objects to this Request to the extent that it calls for the disclosure of
11 information subject to the attorney-client privilege, the attorney work-product
12 doctrine and other applicable privileges.  Mattel also objects to this Request to the
13 extent it seeks documents that are in the possession, custody and control of a foreign
14 subsidiary of a party.  MGA has objected that such documents are not within the
15 scope of requests to a domestic party.  Mattel further objects to this Request to the
16 extent that it may seek documents already produced by Mattel, including documents
17 stolen by MGA and other defendants.  Such documents will not be produced again.
18 Mattel also objects to this Request because it seeks documents that are in the MGA
19 Parties' exclusive possession, custody and control.

20        Subject to the foregoing objections, Mattel responds as follows:  At a
21 mutually agreeable time and place, Mattel will produce the non-privileged documents
22 in its possession, custody or control, if any, that Mattel has been able to locate after a
23 diligent search and reasonable inquiry, to the extent not previously produced, that
24 show that documents taken from Mattel by Vargas gave MGA an unfair competitive
25 advantage.

26
27
28

EXHIBIT __16____
PAGE ___335___

07975/3050065.1

-12-

1    REQUEST FOR PRODUCTION NO. 21:

2            All DOCUMENTS REFLECTING that any documents allegedly taken

3    by VARGAS from MATTEL, including, without limitation, any of the documents

4    identified in page 31, line 12, through page 32, line 24 of MATTEL's Supplemental

5    Responses and Objections to MGA's First Set of Interrogatories, gave MGA HK an

6    "unfair competitive advantage," as referenced on page 32, lines 25 through 27, of

7    MATTEL's Supplemental Responses and Objections to MGA's First Set of

8    Interrogatories.

9

10   FIRST SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO.

11   21:

12           Mattel incorporates by reference the above-stated general objections as if

13   fully set forth herein.  Mattel also specifically objects to the use of the term

14   "REFLECTING" as vague, ambiguous, and overbroad.  Mattel further objects to this

15   Request on the ground and to the extent it seeks trade secret, proprietary or otherwise

16   confidential information of Mattel or third parties.  Any such documents that are

17   produced, if any, will be produced only pursuant to and in reliance upon the

18   Protective Order entered in this case.  Mattel further objects that this Request is

19   premature because Defendants have not complied with their discovery obligations.

20   They have failed to produce witnesses for deposition and are withholding information

21   and documents requested in violation of orders of the Discovery Master and the

22   Court.  Mattel further objects to this Request on the ground that it is premature

23   because the subject matter of this Request will be the subject of expert testimony at

24   trial.  Mattel objects to this Request to the extent it seeks to limit the expert testimony

25   that Mattel may seek to introduce at trial.  Mattel will identify its experts and make

26   related disclosures in accordance with the Court's orders and applicable rules.  Mattel

27   further objects to this Request to the extent that it calls for the disclosure of

28   information subject to the attorney-client privilege, the attorney work-product

EXHIBIT 16

PAGE 220

1   doctrine and other applicable privileges.  Mattel also objects to this Request to the
2   extent it seeks documents that are in the possession, custody and control of a foreign
3   subsidiary of a party.  MGA has objected that such documents are not within the
4   scope of requests to a domestic party.  Mattel further objects to this Request to the
5   extent that it may seek documents already produced by Mattel, including documents
6   stolen by MGA and other defendants.  Such documents will not be produced again.
7   Mattel also objects to this Request because it seeks documents that are in the MGA
8   Parties' exclusive possession, custody and control.

9          Subject to the foregoing objections, Mattel responds as follows:  At a
10  mutually agreeable time and place, Mattel will produce the non-privileged documents
11  in its possession, custody or control, if any, that Mattel has been able to locate after a
12  diligent search and reasonable inquiry, to the extent not previously produced, that
13  show that documents taken from Mattel by Vargas gave MGA HK an unfair
14  competitive advantage.

15

16  REQUEST FOR PRODUCTION NO. 22:

17          All DOCUMENTS REFLECTING that any documents allegedly taken
18  by VARGAS from MATTEL, including, without limitation, any of the documents
19  identified in page 31, line 12, through page 32, line 24 of MATTEL's Supplemental
20  Responses and Objections to MGA's First Set of Interrogatories, gave MGA
21  MEXICO an "unfair competitive advantage," as referenced on page 32, lines 25
22  through 27, of MATTEL's Supplemental Responses and Objections to MGA's First
23  Set of Interrogatories.

24

25  FIRST SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO.
26  22:

27          Mattel incorporates by reference the above-stated general objections as if fully
28  set forth herein.  Mattel also specifically objects to the use of the term

EXHIBIT 16
PAGE 337

1  "REFLECTING" as vague, ambiguous, and overbroad.  Mattel further objects to this

2  Request on the ground and to the extent it seeks trade secret, proprietary or otherwise

3  confidential information of Mattel or third parties.  Any such documents that are

4  produced, if any, will be produced only pursuant to and in reliance upon the

5  Protective Order entered in this case.  Mattel further objects that this Request is

6  premature because Defendants have not complied with their discovery obligations.

7  They have failed to produce witnesses for deposition and are withholding information

8  and documents requested in violation of orders of the Discovery Master and the

9  Court.  Mattel further objects to this Request on the ground that it is premature

10  because the subject matter of this Request will be the subject of expert testimony at

11  trial.  Mattel objects to this Request to the extent it seeks to limit the expert testimony

12  that Mattel may seek to introduce at trial.  Mattel will identify its experts and make

13  related disclosures in accordance with the Court's orders and applicable rules.  Mattel

14  further objects to this Request to the extent that it calls for the disclosure of

15  information subject to the attorney-client privilege, the attorney work-product

16  doctrine and other applicable privileges.  Mattel also objects to this Request to the

17  extent it seeks documents that are in the possession, custody and control of a foreign

18  subsidiary of a party.  MGA has objected that such documents are not within the

19  scope of requests to a domestic party.  Mattel further objects to this Request to the

20  extent that it may seek documents already produced by Mattel, including documents

21  stolen by MGA and other defendants.  Such documents will not be produced again.

22  Mattel also objects to this Request because it seeks documents that are in the MGA

23  Parties' exclusive possession, custody and control.

24       Subject to the foregoing objections, Mattel responds as follows:  At a mutually

25  agreeable time and place, Mattel will produce the non-privileged documents in its

26  possession, custody or control, if any, that Mattel has been able to locate after a

27  diligent search and reasonable inquiry, to the extent not previously produced, that

28

EXHIBIT __16__

PAGE __338__

07975/3050065.1

-15-

MATTEL, INC.'S RESPONSES TO MGA'S FIRST SET OF (PHASE 2) REQUESTS FOR PRODUCTION

1 | show that documents taken from Mattel by Vargas gave MGA Mexico an unfair
2 | competitive advantage.
3 |
4 | REQUEST FOR PRODUCTION NO. 24:
5 |     The original damaged hard drive from MACHADO's computer at
6 | MATTEL, as described in lines 3-9 on page 28 of MATTEL's Supplemental
7 | Responses and Objections to MGA's First Set of Interrogatories.
8 |
9 | FIRST SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO.
10 | 24:
11 |     Mattel incorporates by reference the above-stated general objections as if
12 | fully set forth herein.  Mattel further objects that this Request is premature because
13 | Defendants have not complied with their discovery obligations.  They have failed to
14 | produce witnesses for deposition and are withholding information and documents
15 | requested in violation of orders of the Discovery Master and the Court.  Defendants
16 | also refuse to produce hard drives or mirror images thereof to Mattel.  Mattel further
17 | objects that this Request is vague and ambiguous.  Mattel further objects to the
18 | Request on the grounds that it seeks documents that are not relevant to this action or
19 | likely to lead to the discovery of admissible evidence.  Mattel further objects to this
20 | Request on the grounds that it seeks confidential, proprietary and trade secret
21 | information, including such information that has no bearing on the claims or defenses
22 | in this case.  Mattel also objects to this Request to the extent it seeks documents that
23 | are in the possession, custody and control of a foreign subsidiary of a party.  MGA
24 | has objected that such documents are not within the scope of requests to a domestic
25 | party.
26 |     Subject to the foregoing objections, Mattel responds as follows:  At a
27 | mutually agreeable time and place and in a manner that will protect Mattel's
28 | privileged information, Mattel will produce a forensic image of the damaged hard

-16-

EXHIBIT 14

PAGE 124

1   drive from the computer assigned to Machado at the time of his resignation,

2   excluding any privileged information contained therein.  Mattel will make the

3   original damaged hard drive available, excluding any privileged information

4   contained therein, in the event that Mattel is able to resolve with the MGA Parties

5   technical issues relating to the drive.

6

7   REQUEST FOR PRODUCTION NO. 25:

8          The hard drive(s) or any mirror image thereof (including but not limited

9   to any mirror image on any server or storage device) from any and all computers

10   assigned by MATTEL to MACHADO for use during the last year of his employment

11   with MATTEL.

12

13   FIRST SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO.

14   25:

15          Mattel incorporates by reference the above-stated general objections as if

16   fully set forth herein.  Mattel further objects that this Request is premature because

17   Defendants have not complied with their discovery obligations.  They have failed to

18   produce witnesses for deposition and are withholding information and documents

19   requested in violation of orders of the Discovery Master and the Court.  Defendants

20   also refuse to produce hard drives or mirror images thereof to Mattel.  Mattel also

21   objects to this Request to the extent that it seeks information not relevant to the

22   subject matter of this lawsuit or reasonably calculated to lead to the discovery of

23   admissible evidence.  Mattel further objects that this Request is vague and

24   ambiguous.  Mattel further objects to the Request on the grounds that it seeks

25   documents that are not relevant to this action or likely to lead to the discovery of

26   admissible evidence.  Mattel further objects to this Request on the grounds that it

27   seeks confidential, proprietary and trade secret information, including such

28   information that has no bearing on the claims or defenses in this case.  Mattel also

EXHIBIT 16

PAGE 210

07975/3050065.1

1 objects to this Request to the extent it seeks documents that are in the possession,

2 custody and control of a foreign subsidiary of a party. MGA has objected that such

3 documents are not within the scope of requests to a domestic party.

4         Subject to the foregoing objections, Mattel responds as follows: At a

5 mutually agreeable time and place and in a manner that will protect Mattel's

6 privileged information, Mattel will produce forensic images of any electronic storage

7 media assigned to Machado at the time of his resignation from Mattel that are in

8 Mattel's possession, custody or control, excluding any privileged information

9 contained therein.

10

11 REQUEST FOR PRODUCTION NO. 31:

12         All DOCUMENTS REFLECTING that any documents allegedly taken

13 by MACHADO from MATTEL, including, without limitation, any of the documents

14 identified in page 31, line 12, through page 32, line 24 of MATTEL's Supplemental

15 Responses and Objections to MGA's First Set of Interrogatories, gave MGA an

16 "unfair competitive advantage," as referenced on page 32, lines 25 through 27, of

17 MATTEL's Supplemental Responses and Objections to MGA's First Set of

18 Interrogatories.

                                   EXHIBIT __16__

19                                    PAGE __341__

20 FIRST SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO.

21 31:.

22         Mattel incorporates by reference the above-stated general objections as if

23 fully set forth herein. Mattel also specifically objects to the use of the term

24 "REFLECTING" as vague, ambiguous, and overbroad. Mattel further objects to this

25 Request on the ground and to the extent it seeks trade secret, proprietary or otherwise

26 confidential information of Mattel or third parties. Any such documents that are

27 produced, if any, will be produced only pursuant to and in reliance upon the

28 Protective Order entered in this case. Mattel further objects that this Request is

1 | premature because Defendants have not complied with their discovery obligations.

2 | They have failed to produce witnesses for deposition and are withholding information

3 | and documents requested in violation of orders of the Discovery Master and the

4 | Court. Mattel further objects to this Request on the ground that it is premature

5 | because the subject matter of this Request will be the subject of expert testimony at

6 | trial. Mattel objects to this Request to the extent it seeks to limit the expert testimony

7 | that Mattel may seek to introduce at trial. Mattel will identify its experts and make

8 | related disclosures in accordance with the Court's orders and applicable rules. Mattel

9 | further objects to this Request to the extent that it calls for the disclosure of

10 | information subject to the attorney-client privilege, the attorney work-product

11 | doctrine and other applicable privileges. Mattel also objects to this Request to the

12 | extent it seeks documents that are in the possession, custody and control of a foreign

13 | subsidiary of a party. MGA has objected that such documents are not within the

14 | scope of requests to a domestic party. Mattel further objects to this Request to the

15 | extent that it may seek documents already produced by Mattel, including documents

16 | stolen by MGA and other defendants. Such documents will not be produced again.

17 | Mattel also objects to this Request because it seeks documents that are in the MGA

18 | Parties' exclusive possession, custody and control. Mattel does not possess

19 | documents regarding how MGA obtained an unfair competitive advantage.

20 |      Subject to the foregoing objections, Mattel responds as follows: At a

21 | mutually agreeable time and place, Mattel will produce the non-privileged documents

22 | in its possession, custody or control, if any, that Mattel has been able to locate after a

23 | diligent search and reasonable inquiry, to the extent not previously produced, that

24 | show that documents taken from Mattel by Machado gave MGA an unfair

25 | competitive advantage.

26

27

28

EXHIBIT __16__
PAGE __342__

1  REQUEST FOR PRODUCTION NO. 32:

2      All DOCUMENTS REFLECTING that any documents allegedly taken

3  by MACHADO from MATTEL, including, without limitation, any of the documents

4  identified in page 31, line 12, through page 32, line 24 of MATTEL's Supplemental

5  Responses and Objections to MGA's First Set of Interrogatories, gave MGA HK an

6  "unfair competitive advantage," as referenced on page 32, lines 25 through 27, of

7  MATTEL's Supplemental Responses and Objections to MGA's First Set of

8  Interrogatories.

9

10  FIRST SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO.

11  32:

12      Mattel incorporates by reference the above-stated general objections as if

13  fully set forth herein. Mattel also specifically objects to the use of the term

14  "REFLECTING" as vague, ambiguous, and overbroad. Mattel further objects to this

15  Request on the ground and to the extent it seeks trade secret, proprietary or otherwise

16  confidential information of Mattel or third parties. Any such documents that are

17  produced, if any, will be produced only pursuant to and in reliance upon the

18  Protective Order entered in this case. Mattel further objects that this Request is

19  premature because Defendants have not complied with their discovery obligations.

20  They have failed to produce witnesses for deposition and are withholding information

21  and documents requested in violation of orders of the Discovery Master and the

22  Court. Mattel further objects to this Request on the ground that it is premature

23  because the subject matter of this Request will be the subject of expert testimony at

24  trial. Mattel objects to this Request to the extent it seeks to limit the expert testimony

25  that Mattel may seek to introduce at trial. Mattel will identify its experts and make

26  related disclosures in accordance with the Court's orders and applicable rules. Mattel

27  further objects to this Request to the extent that it calls for the disclosure of

28  information subject to the attorney-client privilege, the attorney work-product

EXHIBIT 16

PAGE 343

07975/3050065.1

MATTEL, INC.'S RESPONSES TO MGA'S FIRST SET OF (PHASE 2) REQUESTS FOR PRODUCTION

1   doctrine and other applicable privileges.  Mattel also objects to this Request to the

2   extent it seeks documents that are in the possession, custody and control of a foreign

3   subsidiary of a party.  MGA has objected that such documents are not within the

4   scope of requests to a domestic party.  Mattel further objects to this Request to the

5   extent that it may seek documents already produced by Mattel, including documents

6   stolen by MGA and other defendants.  Such documents will not be produced again.

7   Mattel also objects to this Request because it seeks documents that are in the MGA

8   Parties' exclusive possession, custody and control.

9           Subject to the foregoing objections, Mattel responds as follows:  At a

10  mutually agreeable time and place, Mattel will produce the non-privileged documents

11  in its possession, custody or control, if any, that Mattel has been able to locate after a

12  diligent search and reasonable inquiry, to the extent not previously produced, that

13  show that documents taken from Mattel by Machado gave MGA HK an unfair

14  competitive advantage.

15

16  REQUEST FOR PRODUCTION NO. 33:

17          All DOCUMENTS REFLECTING that any documents allegedly taken

18  by MACHADO from MATTEL, including, without limitation, any of the documents

19  identified in page 31, line 12, through page 32, line 24 of MATTEL's Supplemental

20  Responses and Objections to MGA's First Set of Interrogatories, gave MGA

21  MEXICO an "unfair competitive advantage," as referenced on page 32, lines 25

22  through 27, of MATTEL's Supplemental Responses and Objections to MGA's First

23  Set of Interrogatories.

EXHIBIT __16__

PAGE __341__

24

25  FIRST SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO.

26  33:

27          Mattel incorporates by reference the above-stated general objections as if

28  fully set forth herein.  Mattel also specifically objects to the use of the term

1  "REFLECTING" as vague, ambiguous, and overbroad.  Mattel further objects to this

2  Request on the ground and to the extent it seeks trade secret, proprietary or otherwise

3  confidential information of Mattel or third parties.  Any such documents that are

4  produced, if any, will be produced only pursuant to and in reliance upon the

5  Protective Order entered in this case.  Mattel further objects that this Request is

6  premature because Defendants have not complied with their discovery obligations.

7  They have failed to produce witnesses for deposition and are withholding information

8  and documents requested in violation of orders of the Discovery Master and the

9  Court.  Mattel further objects to this Request on the ground that it is premature

10  because the subject matter of this Request will be the subject of expert testimony at

11  trial.  Mattel objects to this Request to the extent it seeks to limit the expert testimony

12  that Mattel may seek to introduce at trial.  Mattel will identify its experts and make

13  related disclosures in accordance with the Court's orders and applicable rules.  Mattel

14  further objects to this Request to the extent that it calls for the disclosure of

15  information subject to the attorney-client privilege, the attorney work-product

16  doctrine and other applicable privileges.  Mattel also objects to this Request to the

17  extent it seeks documents that are in the possession, custody and control of a foreign

18  subsidiary of a party.  MGA has objected that such documents are not within the

19  scope of requests to a domestic party.  Mattel further objects to this Request to the

20  extent that it may seek documents already produced by Mattel, including documents

21  stolen by MGA and other defendants.  Such documents will not be produced again.

22  Mattel also objects to this Request because it seeks documents that are in the MGA

23  Parties' exclusive possession, custody and control.

24          Subject to the foregoing objections, Mattel responds as follows:  At a

25  mutually agreeable time and place, Mattel will produce the non-privileged documents

26  in its possession, custody or control, if any, that Mattel has been able to locate after a

27  diligent search and reasonable inquiry, to the extent not previously produced, that

28

EXHIBIT __14__

PAGE __345__

07975/3050065.1

MATTEL, INC.'S RESPONSES TO MGA'S FIRST SET OF (PHASE 2) REQUESTS FOR PRODUCTION

1  show that documents taken from Mattel by Machado gave MGA Mexico an unfair

2  competitive advantage.

3

4  REQUEST FOR PRODUCTION NO. 35:

5         All DOCUMENTS REFLECTING that MGA's alleged access to

6  MATTEL's confidential business plans or methods caused MGA to increase its

7  market share in Mexico.

8

9  FIRST SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO.

10  35:

11         Mattel incorporates by reference the above-stated general objections as if

12  fully set forth herein.  Mattel also specifically objects to this Request on the ground

13  that it is premature because the subject matter of this Request will be the subject of

14  expert testimony at trial.  Mattel objects to this Request to the extent it seeks to limit

15  the expert testimony that Mattel may seek to introduce at trial.  Mattel will identify its

16  experts and make related disclosures in accordance with the Court's orders and

17  applicable rules.  Mattel further objects that this Request is premature because

18  Defendants have not complied with their discovery obligations.  They have failed to

19  produce witnesses for deposition and are withholding information and documents

20  requested in violation of orders of the Discovery Master and the Court.  Defendant

21  MGA Mexico also has not produced many relevant documents relating to this

22  Request.  Mattel objects to the use of the terms "REFLECTING" and "MGA" as

23  vague, ambiguous, and overbroad.  Mattel further objects to this Request to the extent

24  that it calls for the disclosure of information subject to the attorney-client privilege,

25  the attorney work-product doctrine and other applicable privileges.  Mattel further

26  objects to this Request on the ground and to the extent it seeks trade secret,

27  proprietary or otherwise confidential information of Mattel or third parties.  Any such

28  documents that are produced, if any, will be produced only pursuant to and in reliance

EXHIBIT 16
PAGE 346

1  upon the Protective Order entered in this case.  Mattel also objects to this Request to
2  the extent it seeks documents that are in the possession, custody and control of a
3  foreign subsidiary of a party.  MGA has objected that such documents are not within
4  the scope of requests to a domestic party.  Mattel further objects to this Request to the
5  extent that it may seek documents already produced by Mattel, including documents
6  stolen by MGA and other defendants.  Such documents will not be produced again.

7          Subject to the foregoing objections, Mattel responds as follows:  At a
8  mutually agreeable time and place, Mattel will produce the non-privileged documents
9  in its possession, custody or control, if any, that Mattel has been able to locate after a
10  diligent search and reasonable inquiry, to the extent not previously produced, that
11  show that MGA's access to Mattel's confidential business plans or methods caused
12  MGA to increase its market share in Mexico.

13

14  REQUEST FOR PRODUCTION NO. 36:

15          All DOCUMENTS REFLECTING that MGA's alleged access to
16  MATTEL's confidential business plans or methods caused MGA MEXICO to
17  increase its market share in Mexico.

18

19  FIRST SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO.
20  36:

21          Mattel incorporates by reference the above-stated general objections as if
22  fully set forth herein.  Mattel also specifically objects to this Request on the ground
23  that it is premature because the subject matter of this Request will be the subject of
24  expert testimony at trial.  Mattel objects to this Request to the extent it seeks to limit
25  the expert testimony that Mattel may seek to introduce at trial.  Mattel will identify its
26  experts and make related disclosures in accordance with the Court's orders and
27  applicable rules.  Mattel further objects that this Request is premature because
28  Defendants have not complied with their discovery obligations.  They have failed to

EXHIBIT __\\o
PAGE  2\\\]

1   produce witnesses for deposition and are withholding information and documents

2   requested in violation of orders of the Discovery Master and the Court.  Defendant

3   MGA Mexico also has not produced many relevant documents relating to this

4   Request.  Mattel objects to the use of the terms "REFLECTING" and "MGA" as

5   vague, ambiguous, and overbroad.  Mattel further objects to this Request to the extent

6   that it calls for the disclosure of information subject to the attorney-client privilege,

7   the attorney work-product doctrine and other applicable privileges.  Mattel further

8   objects to this Request on the ground and to the extent it seeks trade secret,

9   proprietary or otherwise confidential information of Mattel or third parties.  Any such

10  documents that are produced, if any, will be produced only pursuant to and in reliance

11  upon the Protective Order entered in this case.  Mattel also objects to this Request to

12  the extent it seeks documents that are in the possession, custody and control of a

13  foreign subsidiary of a party.  MGA has objected that such documents are not within

14  the scope of requests to a domestic party.  Mattel further objects to this Request to the

15  extent that it may seek documents already produced by Mattel, including documents

16  stolen by MGA and other defendants.  Such documents will not be produced again.

17          Subject to the foregoing objections, Mattel responds as follows:  At a

18  mutually agreeable time and place, Mattel will produce the non-privileged documents

19  in its possession, custody or control, if any, that Mattel has been able to locate after a

20  diligent search and reasonable inquiry, to the extent not previously produced, that

21  show that MGA's access to Mattel's confidential business plans or methods caused

22  MGA Mexico to increase its market share in Mexico.

23

24  REQUEST FOR PRODUCTION NO. 48:

25          The hard drive(s) or any mirror image thereof (including but not limited

26  to any mirror image on any server or storage device) from any and all computers

27  assigned by MATTEL to BRISBOIS for use during the last year of her employment

28  with MATTEL.

EXHIBIT __16__

PAGE __348__

## FIRST SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 48:

Mattel incorporates by reference the above-stated general objections as if fully set forth herein. Mattel further objects that this Request is premature because Defendants have not complied with their discovery obligations. They have failed to produce witnesses for deposition and are withholding information and documents requested in violation of orders of the Discovery Master and the Court. Defendants have also refused to produce Brisbois or an MGA Canada representative for deposition or to produce documents on their behalf. Defendants also refuse to produce hard drives or mirror images thereof to Mattel. Mattel also objects to this Request to the extent that it seeks information not relevant to the subject matter of this lawsuit or reasonably calculated to lead to the discovery of admissible evidence. Mattel further objects that this Request is vague and ambiguous. Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence. Mattel further objects to this Request on the grounds that it seeks confidential, proprietary and trade secret information, including such information that has no bearing on the claims or defenses in this case. Mattel also objects to this Request to the extent it seeks documents that are in the possession, custody and control of a foreign subsidiary of a party. MGA has objected that such documents are not within the scope of requests to a domestic party.

Subject to the foregoing objections, Mattel responds as follows: At a mutually agreeable time and place and in a manner that will protect Mattel's privileged information, Mattel will produce forensic images of any electronic storage media assigned to Brisbois at the time of his resignation from Mattel that are in Mattel's possession, custody or control, excluding any privileged information contained therein.

EXHIBIT __16__

PAGE __349__

-26-

1  REQUEST FOR PRODUCTION NO. 66:

2          All DOCUMENTS REFLECTING any damage, loss or injury caused to

3  MATTEL by reason of any alleged misappropriation by MGA of any of MATTEL'S

4  alleged trade secrets, except for any BRATZ INJUNCTION EXHIBITS, that YOU

5  allege in YOUR COUNTERCLAIMS.

6

7  FIRST SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO.

8  66:

9          Mattel incorporates by reference the above-stated general objections as if

10  fully set forth herein.  Mattel also specifically objects to this Request on the grounds

11  that it is vague and ambiguous.  Mattel objects to the use of the term

12  "REFLECTING" as being vague, ambiguous, and overbroad.  Mattel further objects

13  to the Request on the ground that it is premature because the subject matter of this

14  Request will be the subject of expert testimony at trial.  Mattel objects to this Request

15  to the extent it seeks to limit the expert testimony that Mattel may seek to introduce at

16  trial.  Mattel will identify its experts and make related disclosures in accordance with

17  the Court's orders and applicable rules.  Mattel further objects that this Request is

18  premature because Defendants have not complied with their discovery obligations by

19  failing to produce witnesses for deposition and withholding information and

20  documents requested in violation of orders of the Discovery Master and the Court.

21  Mattel further objects that this Request is premature in that Mattel has not yet

22  calculated its damages, nor is Mattel required to elect a damages theory at this point.

23  Mattel further objects to this Request to the extent that it calls for the disclosure of

24  information subject to the attorney-client privilege, the attorney work-product

25  doctrine and other applicable privileges.  Mattel further objects to this Request on the

26  ground and to the extent it seeks trade secret, proprietary or otherwise confidential

27  information of Mattel or third parties.  Any such documents that are produced, if any,

28  will be produced only pursuant to and in reliance upon the Protective Order entered in

EXHIBIT ___14___

PAGE ___300___

1 this case. Mattel also objects to this Request to the extent it seeks documents that are
2 in the possession, custody and control of a foreign subsidiary of a party. MGA has
3 objected that such documents are not within the scope of requests to a domestic party.
4 Mattel further objects to this Request to the extent that it may seek documents already
5 produced by Mattel, including documents stolen by MGA and other defendants.
6 Such documents will not be produced again.

7         Subject to the foregoing objections, Mattel responds as follows:  At a
8 mutually agreeable time and place, Mattel will produce the non-privileged documents
9 in its possession, custody or control, if any, that Mattel has been able to locate after a
10 diligent search and reasonable inquiry, to the extent not previously produced, that
11 show damage, loss or injury to Mattel as a result of MGA's misappropriation of
12 Mattel's trade secrets, except for Bratz Injunction Exhibits.

13

14 REQUEST FOR PRODUCTION NO. 67:

15         All DOCUMENTS REFLECTING any damage, loss or injury caused to
16 MATTEL by reason of any violation of the Racketeer Influenced and Corrupt
17 Organization Act that YOU allege in the Second Counterclaim of YOUR
18 COUNTERCLAIMS.

19

20 FIRST SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO.
21 67:

22         Mattel incorporates by reference the above-stated general objections as if
23 fully set forth herein. Mattel also specifically objects to this Request on the grounds
24 that it is vague and ambiguous. Mattel objects to the use of the term
25 "REFLECTING" as being vague, ambiguous, and overbroad. Mattel further objects
26 to the Request on the ground that it is premature because the subject matter of this
27 Request will be the subject of expert testimony at trial. Mattel objects to this Request
28 to the extent it seeks to limit the expert testimony that Mattel may seek to introduce at

EXHIBIT __10__

1    trial.  Mattel will identify its experts and make related disclosures in accordance with

2    the Court's orders and applicable rules.  Mattel further objects that this Request is

3    premature because Defendants have not complied with their discovery obligations by

4    failing to produce witnesses for deposition and withholding information and

5    documents requested in violation of orders of the Discovery Master and the Court.

6    Mattel further objects that this Request is premature in that Mattel has not yet

7    calculated its damages, nor is Mattel required to elect a damages theory at this point.

8    Mattel further objects to this Request to the extent that it calls for the disclosure of

9    information subject to the attorney-client privilege, the attorney work-product

10   doctrine and other applicable privileges.  Mattel further objects to this Request on the

11   ground and to the extent it seeks trade secret, proprietary or otherwise confidential

12   information of Mattel or third parties.  Any such documents that are produced, if any,

13   will be produced only pursuant to and in reliance upon the Protective Order entered in

14   this case.  Mattel also objects to this Request to the extent it seeks documents that are

15   in the possession, custody and control of a foreign subsidiary of a party.  MGA has

16   objected that such documents are not within the scope of requests to a domestic party.

17   Mattel further objects to this Request to the extent that it may seek documents already

18   produced by Mattel, including documents stolen by MGA and other defendants.

19   Such documents will not be produced again.

20           Subject to the foregoing objections, Mattel responds as follows:  At a

21   mutually agreeable time and place, Mattel will produce the non-privileged documents

22   in its possession, custody or control, if any, that Mattel has been able to locate after a

23   diligent search and reasonable inquiry, to the extent not previously produced, that

24   show damage, loss or injury to Mattel from violations of the Racketeer Influenced

25   and Corrupt Organizations Act alleged in Mattel's Counterclaims.

26

27

28

EXHIBIT __16__
PAGE ___352___

-29-

1 REQUEST FOR PRODUCTION NO. 68:

2        All DOCUMENTS REFLECTING any other damage, loss or injury

3 caused to MATTEL by reason of any act or omission alleged in those of MATTEL'S

4 COUNTERCLAIMS being tried in PHASE 2.

5

6 FIRST SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO.

7 68:

8        Mattel incorporates by reference the above-stated general objections as if

9 fully set forth herein. Mattel also specifically objects to this Request on the grounds

10 that it is vague and ambiguous. Mattel objects to the use of the term

11 "REFLECTING" as being vague, ambiguous, and overbroad. Mattel further objects

12 to the Request on the ground that it is premature because the subject matter of this

13 Request will be the subject of expert testimony at trial. Mattel objects to this Request

14 to the extent it seeks to limit the expert testimony that Mattel may seek to introduce at

15 trial. Mattel will identify its experts and make related disclosures in accordance with

16 the Court's orders and applicable rules. Mattel further objects that this Request is

17 premature because Defendants have not complied with their discovery obligations by

18 failing to produce witnesses for deposition and withholding information and

19 documents requested in violation of orders of the Discovery Master and the Court.

20 Mattel further objects that this Request is premature in that Mattel has not yet

21 calculated its damages, nor is Mattel required to elect a damages theory at this point.

22 Mattel further objects to this Request to the extent that it calls for the disclosure of

23 information subject to the attorney-client privilege, the attorney work-product

24 doctrine and other applicable privileges. Mattel further objects to this Request on the

25 ground and to the extent it seeks trade secret, proprietary or otherwise confidential

26 information of Mattel or third parties. Any such documents that are produced, if any,

27 will be produced only pursuant to and in reliance upon the Protective Order entered in

28 this case. Mattel also objects to this Request to the extent it seeks documents that are

EXHIBIT ___16___

PAGE ___353___

1  in the possession, custody and control of a foreign subsidiary of a party. MGA has

2  objected that such documents are not within the scope of requests to a domestic party.

3  Mattel further objects to this Request to the extent that it may seek documents already

4  produced by Mattel, including documents stolen by MGA and other defendants.

5  Such documents will not be produced again.

6          Subject to the foregoing objections, Mattel responds as follows:  At a

7  mutually agreeable time and place, Mattel will produce the non-privileged documents

8  in its possession, custody or control, if any, that Mattel has been able to locate after a

9  diligent search and reasonable inquiry, to the extent not previously produced, that

10 show damage, loss or injury to Mattel from acts or omissions alleged in Mattel's

11 Counterclaims which are being tried in Phase 2.

13 DATED:  August 18, 2009             QUINN EMANUEL URQUHART OLIVER &
                                      HEDGES, LLP

15                                    By /s/ Dylan Proctor
16                                       Dylan Proctor
                                         Attorneys for Mattel, Inc.

EXHIBIT __16__
PAGE ___354___

07975/3050065.1

-31-

MATTEL, INC.'S RESPONSES TO MGA'S FIRST SET OF (PHASE 2) REQUESTS FOR PRODUCTION

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017.

On August 18, 2009, I served true copies of the following documents described as:

MATTEL, INC'S FIRST SUPPLEMENTAL RESPONSES AND OBJECTIONS TO MGA ENTERTAINMENT, INC.'S FIRST SET OF (PHASE 2) REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS

on the parties in this action as follows:

| | |
|---|---|
| Orrick, Herrington & Sutcliffe LLP<br>William A. Molinski<br>777 S. Figueroa Street, STE 3200<br>Los Angeles, CA 90017<br>wmolinski@orrick.com | ***Attorneys for the MGA Parties*** |
| Orrick, Herrington & Sutcliffe LLP<br>Annette L. Hurst<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94104<br>ahurst@orrick.com | ***Attorneys for the MGA Parties*** |
| Skadden, Arps, Slate, Meagher &<br>Flom LLP<br>   Thomas J. Nolan, Esq.<br>   Jason Russell, Esq.<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90071<br>   tnolan@skadden.com<br>   jrussell@skadden.com | **Attorneys for *the MGA Parties***<br><br><br><br>Telephone:  213.687.5000<br>Facsimile:  213.687.5600 |
| Overland Borenstein Scheper & Kim<br>LLP<br>   Mark E. Overland, Esq.<br>   Alexander H. Cote, Esq.<br>601 W. 5th Street, 12th Floor<br>Los Angeles, CA 90017<br>   moverland@obsklaw.com<br>   acote@obsklaw.com | **Attorneys for *Carlos Gustavo Machado Gomez***<br><br><br>Telephone:  213.613.4655<br>Facsimile:  213.613.4656 |
| Bingham McCutchen LLP<br>Todd Gordinier, Esq.<br>Peter Villar, Esq.<br>600 Anton Boulevard, 18th Floor<br>Costa Mesa, CA 92626<br>todd.gordinier@bingham.com | **Attorneys for *Omni 808 Investors, LLC*** |

EXHIBIT 16

PAGE 355

Case No. CV 04-9049 SGL (RNBx)
PROOF OF SERVICE

1  [√]   **BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as

2  shown above, and I deposited such envelope(s) in the mail at Los Angeles,

3  California.  The envelope was mailed with postage thereon fully prepaid.

4        I declare that I am employed in the office of a member of the bar of this

5  court at whose direction the service was made.

6

7      Executed on August 18, 2009, at Los Angeles, California.

8

9                          _Andrea Hoeven_

10                          Andrea Hoeven

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26                           EXHIBIT __16__

27                           PAGE __356__

28