QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel. Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09039<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Robert O'Brien]**<br><br>DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA ENTERTAINMENT, INC.'S MOTION TO COMPEL FURTHER RESPONSES TO MGA'S FIRST SET OF PHASE 2 REQUESTS FOR PRODUCTION AND FOR PRODUCTION OF DOCUMENTS<br><br>Hearing Date: Sept. 10, 2009<br>Time:             10 a.m.<br>Place:           Arent Fox LLP<br>                     555 West Fifth St.<br>                     48th Floor<br>                     Los Angeles, CA  90013<br><br>**Phase 2**<br>Discovery Cut-off:      Dec. 11, 2009<br>Pre-trial Conference:   Mar. 1, 2010<br>Trial Date:                 Mar. 23, 2010 |

07975/3059396.1

PROCTOR DECLARATION

I, B. Dylan Proctor, declare as follows:

1. I am a member of the bar of the State of California and a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of email correspondence between my partner Marshall Searcy and Christopher Chaudoir, copy to Michael Zeller and William Molinski, dated August 7, 2009.

3. Attached hereto as Exhibit 2 is a true and correct copy of an email from my associate Curran Walker to Discovery Master Robert O'Brien, copy to Christopher Chaudoir and Marshall Searcy, dated August 7, 2009.

4. Attached hereto as Exhibit 3 is a true and correct copy of an email and letter from Christopher Chaudoir to myself, copy to William Molinski and Annette Hurst, dated August 10, 2009.

5. Attached hereto as Exhibit 4 is a true and correct copy of an email from me to William Molinski and Christopher Chaudoir, copy to Michael Zeller, dated August 11, 2009.

6. Attached hereto as Exhibit 5 is a true and correct copy of an email from me to William Molinski and Christopher Chaudoir, copy to Curran Walker, dated August 12, 2009, attaching Mattel's proposed protocol for the examination of images of hard drives of computers assigned to former Mattel employees.

7. Attached hereto as Exhibit 6 is a true and correct copy of an email from Christopher Chaudoir to me, copy to Curran Walker and William Molinski, dated August 13, 2009, attaching MGA's revisions to Mattel's proposed protocol.

8. Attached hereto as Exhibit 7 is a true and correct copy of an email from me to William Molinski and Christopher Chaudoir, copy to Curran

Walker, dated August 15, 2009, attaching Mattel's revisions to the proposed protocol.

9. Attached hereto as Exhibit 8 is a true and correct copy of an email from me to Christopher Chaudoir, dated August 17, 2009.

10. Attached hereto as Exhibit 9 is a true and correct copy of an email from Christopher Chaudoir to me, copy to William Molinski and Curran Walker, dated August 17, 2009, attaching MGA's revisions to the proposed protocol.

11. Attached hereto as Exhibit 10 is a true and correct copy of an email from me to Christopher Chaudoir and William Molinski, copy to Curran Walker, dated August 17, 2009, attaching Mattel's revisions to the proposed protocol.

12. Attached hereto as Exhibit 11 is a true and correct copy of an email from Christopher Chaudoir to me, copy to William Molinski and Curran Walker, dated August 18, 2009, attaching MGA's revisions to the proposed protocol.

13. Attached hereto as Exhibit 12 is a true and correct copy of an email from me to Christopher Chaudoir, copy to William Molinski and Curran Walker, dated August 18, 2009.

14. Attached hereto as Exhibit 13 is a true and correct copy of an email from Christopher Chaudoir to me, copy to William Molinski and Curran Walker, dated August 18, 2009, attaching MGA's revisions to the proposed protocol.

15. Attached hereto as Exhibit 14 is a true and correct copy of email correspondence between Christopher Chaudoir and me, copying William Molinski and Curran Walker, dated August 18, 2009.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 18, 2009, at Los Angeles, California.

/s/ B. Dylan Proctor
B. Dylan Proctor