```
 1  MELINDA HAAG (State Bar No. 132612)
    mhaag@orrick.com
 2  ANNETTE L. HURST (State Bar No. 148738)
    ahurst@orrick.com
 3  WARRINGTON S. PARKER III (State Bar No. 148003)
    wparker@orrick.com
 4  ORRICK, HERRINGTON & SUTCLIFFE LLP
    The Orrick Building
 5  405 Howard Street
    San Francisco, CA  94105-2669
 6  Telephone:  1-415-773-5700
    Facsimile:   1-415-773-5759
 7
    WILLIAM A. MOLINSKI (State Bar No. 145186)
 8  wmolinski@orrick.com
    ORRICK, HERRINGTON & SUTCLIFFE LLP
 9  777 South Figueroa Street, Suite 3200
    Los Angeles, CA  90017
10  Telephone:  1-213-629-2020
    Facsimile:   1-213-612-2499
11
    Attorneys for MGA Parties
12
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>         Plaintiff,<br><br>     v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>         Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No.  CV 04-9049-SGL (RNBx)<br><br>Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Robert C. O'Brien]**<br><br>**[PROPOSED] ORDER RE MGA'S MOTIONS TO (1) COMPEL MATTEL'S ATTENDANCE AT 30B6 DEPOSITION; (2) ADVANCE DESIGNATION OF 30B6 WITNESSES; (3) DE-DESIGNATION OF DOCUMENT; AND (4) FOR SANCTIONS** |

1  MGA Entertainment, Inc.'s Motions to Compel (1) Mattel's Attendance at
2  30(b)(6) Deposition; (2) for Protective Order Requiring Advance Designation of
3  30B6 Witnesses; (3) to De-Designate Document Under Protective Order; and (4)
4  for Sanctions duly came on for hearing before the Discovery Master on ____.
5  Having considered the papers submitted in connection with the Motions and the
6  argument of counsel, the Discovery Master hereby orders as follows.

7  The Motion to Compel Mattel's Attendance at 30(b)(6) Deposition is
8  GRANTED. Mattel shall produce one or more witnesses to testify in response to
9  the Notice upon a date selected by MGA within ten days of this Order.

10 MGA's Motion for Protective Order requiring Advance Designation of Rule
11 30(b)(6) Witnesses is GRANTED. Three business days prior to the noticed dates
12 for 30b6 depositions, each party designating such witness(es) shall provide written
13 identification of each witness setting forth which topics upon which such persons
14 will testify.

15 MGA's Motion to De-Designate Document Under Protective Order is
16 GRANTED. The "CONFIDENTIAL – ATTORNEY'S EYES ONLY" designation
17 on the document bearing Mattel production number M0925945-46 is hereby
18 removed.

19 The Motion for Sanctions is GRANTED. Mattel's failure to designate a
20 witness and appear at a properly noticed deposition without having filed a motion
21 for protective order was without justification as expressly set forth in Rule 37.
22 Mattel and its counsel shall pay monetary sanctions to MGA within ten days of this
23 order in the amount of $ _____.

24 IT IS SO ORDERED.
25 DATED: _____, 2009

_____
Robert C. O'Brien
Discovery Master

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER RE MGA'S MOTIONS TO COMPEL 30B6 DEPOSITION; ADVANCE DESIGNATION OF 30B6 WITNESSES; DE-DESIGNATION OF DOCUMENT; AND SANCTIONS
CV 04-9049 SGL (RNBx)