QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
johnquinn@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with:<br>Case No. CV 04-09039<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>[PROPOSED] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL:<br><br>MATTEL'S RESPONSE MEMORANDUM IN OPPOSITION TO MGA PARTIES' *EX PARTE* APPLICATION FOR STAY OF ORDER NO. 42 PENDING A FINAL DECISION ADJUDICATING THE PRIVILEGE ISSUES RAISED IN THE ORDER |

07975/3057554.1

## [PROPOSED] ORDER

Based on the concurrently filed Application to File Under Seal Mattel's Response Memorandum in Opposition to the MGA Parties' *Ex Parte* Application for a Stay of Order No. 42 Pending a Final Decision Adjudicating the Privilege Issues Raised in the Order, dated August 14, 2009, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Mattel's Response Memorandum in Opposition to the MGA Parties' *Ex Parte* Application for a Stay of Order No. 42 Pending a Final Decision Adjudicating the Privilege Issues Raised in the Order is ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: AUG 18 2009, 2009

*S.G. Larson*

Hon. Stephen G. Larson
United States District Judge

07975/3057554.1