Page 8280

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

---

HONORABLE STEPHEN G. LARSON, JUDGE PRESIDING

---

```
MATTEL, INC.,                  : PAGES 8280 - 8284
                               :
      PLAINTIFF,               :
                               :
   VS.                         : NO. ED CV04-09049-SGL
                               : [CONSOLIDATED WITH
MGA ENTERTAINMENT, INC.,       : CV04-9059 & CV05-2727]
ET AL.,                        :
                               :
      DEFENDANTS.              :
```

REPORTER'S TRANSCRIPT OF PROCEEDINGS

RIVERSIDE, CALIFORNIA

THURSDAY, AUGUST 21, 2008

JURY DELIBERATIONS - DAY 2

MARK SCHWEITZER, CSR, RPR, CRR
OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
181-H ROYBAL FEDERAL BUILDING
255 EAST TEMPLE STREET
LOS ANGELES, CALIFORNIA 90012
(213) 663-3494

```
                                                                 Page 8281
 1    Appearances of Counsel:
 2
 3    On Behalf of Mattel:
 4        Quinn, Emmanuel, Urquhart, Oliver & Hedges, LLP
          By John B. Quinn, Esq.
 5            B. Dylan Proctor, Esq.
              Michael T. Zeller, Esq.
 6            Harry Olivar, Esq.
              John Corey, Esq.
 7            Diane Hutnyan, Esq.
              William Price, Esq.
 8        855 South Figueroa Street
          10th Floor
 9        Los Angeles, CA 90017
          (213) 624-7707
10
11
12    On Behalf of MGA Entertainment:
13        Skadden, Arps, Slate, Meagher & Flom LLP
          By Thomas J. Nolan, Esq.
14            Carl Alan Roth, Esq.
              Jason Russell, Esq.
15            Lauren Aguiar, Esq.
              David Hansen, Esq.
16            Matthew Sloan, Esq.
              Robert Herrington, Esq.
17        300 South Grand Avenue
          Los Angeles, CA 90071-3144
18        (213) 687-5000
19
20
21
22
23
24
25
```

324202b8-e193-4b49-93cd-d6f1b8e8ef33

Page 8282

I N D E X

MATTER:   JURY DELIBERATIONS DAY 2.

324202b8-e193-4b49-93cd-d6f1b8e8ef33

Page 8283

1    Riverside, California; Thursday, August 21, 2008

2                     1:37 P.M.

3    (HEARING HELD OUTSIDE THE PRESENCE OF THE JURY.)

4         THE COURT:  Good afternoon, Counsel.  We have two
5    notes from the jury, and I'm thrilled to report that they are
6    actually Note No. 1 and Note No. 2.  So success at long last.
7    We've got them to submit sequentially numbered notes.

8         Note No. 1 is simply the jury schedule.  Today,
9    finish at 4:00 P.M.  Friday, August 22nd, 9:00 A.M. to 4:00
10   P.M. with a lunch from 12:30 to 1:30.  No deliberations on
11   Monday, August 25th.  Tuesday, August 26, until complete
12   deliberations, 9:00 A.M. to 4:00 P.M. with lunch from 12:30
13   to 1:30.

14        So basically 9:00 to 4:00 starting next Tuesday.
15   Tomorrow and next Tuesday.

16        The second note reads as follows -- and both of
17   these notes are signed by the foreperson.

18        "May we have a copy of our verdict form as
19   completed from Phase 1."  And the Court has a final verdict
20   form which is signed here by the foreperson.  I plan to send
21   that back along with this note here.  And there's one final
22   matter that I need to take up off the record at sidebar with
23   counsel.

24             (SIDEBAR CONFERENCE HELD OFF THE RECORD.)
25             (Proceedings concluded.)

C E R T I F I C A T E

    I hereby certify that pursuant to Title 28, Section 753 United States Code, the foregoing is a true and correct transcript of the stenographically reported proceedings in the above matter.

    Certified on August 21, 2008.

_____
MARK SCHWEITZER, CSR, RPR, CRR
Official Court Reporter
License No. 10514