| | |
|---|---|
| 1 | MELINDA HAAG (State Bar No. 132612) |
| | mhaag@orrick.com |
| 2 | ANNETTE L. HURST (State Bar No. 148738) |
| | ahurst@orrick.com |
| 3 | WARRINGTON S. PARKER III (State Bar No. 148003) |
| | wparker@orrick.com |
| 4 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | The Orrick Building |
| 5 | 405 Howard Street |
| | San Francisco, CA 94105-2669 |
| 6 | Telephone: +1-415-773-5700 |
| | Facsimile: +1-415-773-5759 |
| 7 | |
| 8 | WILLIAM A. MOLINSKI (State Bar No. 145186) |
| | wmolinski@orrick.com |
| | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 9 | 777 South Figueroa Street, Suite 3200 |
| | Los Angeles, CA 90017 |
| 10 | Telephone: +1-213-629-2020 |
| | Facsimile: +1-213-612-2499 |
| 11 | |
| 12 | Attorneys for MGA Parties |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | Case No. CV 04-9049-SGL (RNBx) |
| Plaintiff, | |
| v. | **PROOF OF SERVICE BY EMAIL TO COUNSEL** |
| MATTEL, INC., a Delaware corporation, | |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | |

OHS West:260712997.1

PROOF OF SERVICE

## PROOF OF SERVICE BY EMAIL TO COUNSEL

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, The Orrick Building, 405 Howard Street, San Francisco, California 94105-2669. On August 18, 2009, I served the following document(s):

NOTICE OF MANUAL FILING;

MGA PARTIES' SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION FOR RECONSIDERATION OF ORDER NO. 42 REGARDING IN CAMERA REVIEW OF DOCUMENTS PROTECTED BY ATTORNEY-CLIENT PRIVILEGE;

APPLICATION TO FILE UNDER SEAL;

[PROPOSED] ORDER IN SUPPORT OF APPLICATION TO FILE UNDER SEAL;

NOTICE OF LODGING ISO MGA PARTIES' SUPPLEMENTAL ARGUMENTS IN SUPPORT OF MOTION FOR RECONSIDERATION OF ORDER NO. 42 REGARDING IN CAMERA REVIEW OF DOCUMENTS PROTECTED BY ATTORNEY CLIENT- PRIVILEGE;

MATTELS, INC.'S COMBINED ANSWERING BRIEF ON APPEAL AND OPENING BRIEF ON CROSS-APPEAL (UNDER SEAL);

NOTICE OF MANUAL FILING;

NOTICE OF LODGING UNDER SEAL ISO MGA PARTIES' SUPPLEMENTAL ARGUMENTS IN SUPPORT OF MOTION FOR RECONSIDERATION OF ORDER NO. 42 REGARDING IN CAMERA REVIEW OF DOCUMENTS PROTECTED BY ATTORNEY-CLIENT PRIVILEGE;

MATTEL, INC.'S NOTICE OF CONDITIONAL CROSS-APPEAL.

1 | I served copies of said papers on August 18, 2009 by attaching them to an email
2 | addressed to:

    Michael Zeller
    michaelzeller@quinnemanuel.com

    Dylan Proctor
    dylanproctor@quinnemanuel.com

    Jon Corey
    joncorey@quinnemanuel.com

    Jason Russell
    jason.russell@skadden.com

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 18, 2009, at San Francisco, California.

                                      */s/ Rebecca Mance*
                                      Rebecca Mance