MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1-415-773-5700
Facsimile: +1-415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: +1-213-629-2020
Facsimile: +1-213-612-2499

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049-SGL (RNBx)<br><br>Consolidated with:<br>CV 04-9059<br>CV 05-2727<br><br>**PROOF OF SERVICE** |

OHS West:260712880.1

CV-04-9049 SGL (RNBx)
PROOF OF SERVICE BY HAND DELIVERY

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name State Bar Number and Address): MELINDA HAAG (SBN 132612) ANNETTE L. HURST (SBN 148738) WARRINGTON S. PARKER III (SBN 148003) ORRICK HERRINGTON & SUTCLIFFE LLP 405 HOWARD STREET SAN FRANCISCO, CA 94105 ATTORNEY FOR (Name): MGA PARTIES | TELEPHONE NO.: (415) 773-5700 Ref. No. or File No: 701140 | FOR COURT USE ONLY |
|---|---|---|
| Insert name of court and name of judicial and branch court, if any: UNITED STATES DISTRICT COURT/EASTERN DIVISION | | |
| SHORT TITLE OF CASE: CARTER BRYANT VS. MATTEL, INC. | | |

| **PROOF OF SERVICE** | HEARING DATE: | TIME: | DEPT./DIV.: | CASE NUMBER: CV 04-9049 SGL (RNBx) |
|---|---|---|---|---|

1. I served the:

   a. **NOTICE OF LODGING ISO MGA PARTIES' SUPPLEMENTAL ARGUMENTS IN SUPPORT OF MOTION FOR RECONSIDERATION OF ORDER NO. 42 REGARDING IN CAMERA REVIEW OF DOCUMENTS PROTECTED BY ATTORNEY-CLIENT PRIVILEGE;
   NOTICE OF MANUEL FILING;
   MATTEL, INC'S NOTICE OF CONDITIONAL CROSS-APPEAL**

   b. on (name): MICHAEL ZELLER, ESQ., DYLAN PROCTOR, ESQ. & JON COREY, ESQ. C/O QUIN EMANUEL URQUHART & HEDGES LLP

   c. by serving: GLEN RODRIGUEZ, CALENDER CLERK

   d. by delivery: ___ AT HOME   _X_ AT BUSINESS   __ OTHER
      1. date: AUGUST 18, 2009
      2. time: 5:15 PM
      3. address: 865 S. FIGUEROA ST., 10TH FLOOR
         LOS ANGELES, CA 90017

2. Manner of service: PERSONAL SERVICE

3. At the time of service I was at least 18 years old and not a party to the action.

4. Process Server:
   DOUGLAS FORREST
   350 S. FIGUEROA ST., 196
   LOS ANGELES, CA 90071
   (213) 346-1000

   [X] Registered California Process Server
   Registration Number: 5141
   County: LOS ANGELES
   Fee for service:



I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on:

Date: AUGUST 18, 2009

Signature_____

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name State Bar Number and Address): <br>MELINDA HAAG (SBN 132612) <br>ANNETTE L. HURST (SBN 148738) <br>WARRINGTON S. PARKER III (SBN 148003) <br>ORRICK HERRINGTON & SUTCLIFFE LLP <br>405 HOWARD STREET <br>SAN FRANCISCO, CA 94105 <br>ATTORNEY FOR (Name): MGA PARTIES | TELEPHONE NO.: <br>(415) 773-5700 <br><br>Ref. No. or File No: <br>701143 | FOR COURT USE ONLY |
|---|---|---|
| Insert name of court and name of judicial and branch court, if any: <br>UNITED STATES DISTRICT COURT/EASTERN DIVISION | | |
| SHORT TITLE OF CASE: <br>CARTER BRYANT VS. MATTEL, INC. | | |
| **PROOF OF SERVICE** | HEARING DATE: | TIME: | DEPT./DIV.: | CASE NUMBER: <br>CV 04-9049 SGL (RNBx) |

1. I served the:
    a. **NOTICE OF LODGING ISO MGA PARTIES' SUPPLEMENTAL ARGUMENTS IN SUPPORT OF MOTION FOR RECONSIDERATION OF ORDER NO. 42 REGARDING IN CAMERA REVIEW OF DOCUMENTS PROTECTED BY ATTORNEY-CLIENT PRIVILEGE;
    NOTICE OF MANUEL FILING;
    MATTEL, INC'S NOTICE OF CONDITIONAL CROSS-APPEAL**

    b. on (name): JASON D. RUSSELL, ESQ. C/O SKADDEN ARPS

    c. by serving: MICHAEL CONRAD, MAILROOM CLERK

    d. by delivery: ___ AT HOME   _X_ AT BUSINESS   __ OTHER
        1. date: AUGUST 18, 2009
        2. time: 5:30 PM
        3. address: 300 S. GRAND AVE., SUITE 3400
           LOS ANGELES, CA 90071

2. Manner of service: PERSONAL SERVICE

3. At the time of service I was at least 18 years old and not a party to the action.

4. Process Server:
   DOUGLAS FORREST
   350 S. FIGUEROA ST., 196
   LOS ANGELES, CA 90071
   (213) 346-1000

   [X] Registered California Process Server
   Registration Number: 5141
   County: LOS ANGELES
   Fee for service:



    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on :

Date: AUGUST 18, 2009

Signature _____