Robert C. O'Brien (SBN 154372)
ARENT FOX LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065
Telephone: 213.629.7400
Facsimile: 213.629.7401
obrien.robert@arentfox.com

Discovery Master

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant. | Case No. CV 04-09049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-2727<br><br>**PHASE 2 DISCOVERY MATTER**<br><br>**ORDER NO. 50, REGARDING:**<br><br>**INFORMATION NECESSARY TO CONDUCT *IN CAMERA* REVIEW** |
| CONSOLIDATED WITH MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | |

The Discovery Master, having received documents submitted by MGA Entertainment, Inc. and Isaac Larian ("MGA Parties") for *in camera* review pursuant to Order No. 33, **ORDERS** the MGA Parties to provide to the Discovery Master by August 31, 2009 the following information:

1. A list (hereinafter "List"), in alphabetical order, of the names of all persons who authored or received, including, but not limited to, as a "cc" or "bcc," any of the documents submitted to the Discovery Master for *in camera* review pursuant to Order No. 33, or whose identities are otherwise relevant to the determination by the Discovery Master of the applicability of the privilege or privileges claimed as to those documents. The individuals identified in the List shall, among other items, include the names of all persons who authored or received any and all email communications. This means that if a particular document concerns a chain of emails the author and recipient(s) for each particular email in that chain should be set forth in the List.

2. Adjacent to each name on the List, the MGA Parties shall provide the Discovery Master with all relevant information regarding the employer, job title, and role of that person sufficient for the Discovery Master to determine the applicability of the claimed privilege or privileges.

3. For each person named in the List who is or was at the time of the communication at issue an attorney for the purpose of an assertion of the attorney-client privilege or work product doctrine, the MGA Parties shall include on the List the law firm or entity to which that person was associated at the time of the allegedly-privileged communication, as well as the name of the individuals or entities for whom that person acted as a lawyer in connection with the communications in question.

The information to be provided to the Discovery Master in connection with the present Order is in keeping with the MGA Parties' duty under the Federal Rules of Civil Procedure, which require a party withholding documents under claim of

privilege to describe the withheld material "in a manner that . . . will enable other parties to assess the claim," (Fed. R. Civ. P. 26(b)(5)), as well as Order No. 33., which provided that the MGA Parties are "permitted to provide . . . a Log explaining how the information contained in those documents fits within any privileges asserted." (Order No. 33, p. 60).

Dated:      August 19, 2009

By:      /s/ Robert C. O'Brien
ROBERT C. O'BRIEN
Discovery Master