QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09039<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>**[To be heard by Discovery Master Robert C. O'Brien]**<br><br>[PUBLIC REDACTED] SUPPLEMENTAL DECLARATION OF SCOTT L. WATSON IN SUPPORT OF MATTEL'S MOTION TO COMPEL FURTHER DEPOSITION OF RONALD BRAWER AND TO OVERRULE INSTRUCTIONS NOT TO ANSWER<br><br>Date: TBA<br>Time: TBA<br>Place: Arent Fox LLP<br>555 West Fifth St.<br>48th Floor<br>Los Angeles, CA 90013<br><br>**Phase 2**<br>Discovery Cut-off: Dec. 11, 2008<br>Pre-Trial Conference: March 1, 2009<br>Trial Date: March 23, 2009 |

07975/3062809.1

SUPPLEMENTAL WATSON DECLARATION ISO MOTION TO COMPEL BRAWER DEPOSITION

## DECLARATION OF SCOTT L. WATSON

I, Scott L. Watson, declare as follows:

1. I am a member of the bar of the State of California and a member of Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of a document bates-stamped MGA 4050634.

3. Attached hereto as Exhibit 2 is a true and correct copy of a document bates-stamped MGA 4369366.

4. Attached hereto as Exhibit 3 is a true and correct copy of a document bates-stamped MGA 4369500-501.

5. Attached hereto as Exhibit 4 is a true and correct copy of a document bates-stamped MGA 4135592-93.

6. Attached hereto as Exhibit 5 is a true and correct copy of a document bates-stamped MGA 4369409.

7. Attached hereto as Exhibit 6 is a true and correct copy of a document bates-stamped MGA 4375726-27.

8. Attached hereto as Exhibit 7 is a true and correct copy of the Stipulation Re: The Deposition of Ron Brawer, dated January 7, 2008.

9. From January 28, 2008 through February 5, 2008, there were 14 depositions taken and approximately 50 briefs filed in this case.

10. Attached hereto as Exhibit 8 is a true and correct copy of excerpts of a hearing transcript, dated May 18, 2009.

11. Attached hereto as Exhibit 9 is a true and correct copy of MGA Parties' Opposition to Mattel, Inc.'s Motion for Leave to File Third Amended Answer and Counterclaims, dated April 27, 2009.

12. Attached hereto as Exhibit 10 is a true and correct copy of Judge

07975/3062809.1

Larson's Omnibus Order, dated July 9, 2009.

13. Attached hereto as Exhibit 11 is a true and correct copy of a document bates-stamped IGWT 14430--14433.

14. Attached hereto as Exhibit 12 is a true and correct copy of a document bates-stamped IGWT 14486-14487.

15. Attached hereto as Exhibit 13 is a true and correct copy of the Request for Dismissal in Mattel v. Brawer, Case No. BC323381, dated September 22, 2006.

16. Attached hereto as Exhibit 14 is a true and correct copy of the Notice of Entry of Order in Mattel v. Brawer, Case No. BC323381, dated November 6, 2006.

17. Attached hereto as Exhibit 15 is a true and correct copy of the Complaint for Declaratory Relief in Mattel v. Brawer, Case No. BC323381, dated October 21, 2004.

18. Attached hereto as Exhibit 16 is a true and correct copy of Defendant Ronald Brawer's Response to Plaintiff's Special Interrogatories -- Set One in Mattel v. Brawer, Case No. BC323381, dated December 1, 2004.

19. Attached hereto as Exhibit 17 is a true and correct copy of excerpts of the deposition of Carlos Gustavo Machado, dated October 14, 2008.

20. Attached hereto as Exhibit 18 is a true and correct copy of excerpts of the deposition of Jorge Castilla, dated October 22, 2008.

21. Attached hereto as Exhibit 19 is a true and correct copy of an e-mail exchange between Dominic Surprenant and Jack DiCanio, dated January 22-24, 2008.

22. Attached hereto as Exhibit 20 is a true and correct copy of a letter from Jack DiCanio to Dominic Surprenant, dated January 22, 2008.

23. Mr. Brawer's name appears on at least 150 documents produced by IGWT.

|   |   |
|---|---|
| 1 | 24.     Attached hereto as Exhibit 21 is a true and correct copy of the Discovery Master's Order No. 3, Regarding: (1) Motion of MGA Entertainment, Inc., Isaac Larian and MGA Entertainment (HK) Limited to Quash Non-Party Subpoenas; and (2) Motion of Mattel, Inc. to Compel Production of Documents Responsive to the Same Non-Party Subpoenas, dated March 10, 2009. |

1    24.     Attached hereto as Exhibit 21 is a true and correct copy of the
2   Discovery Master's Order No. 3, Regarding: (1) Motion of MGA Entertainment,
3   Inc., Isaac Larian and MGA Entertainment (HK) Limited to Quash Non-Party
4   Subpoenas; and (2) Motion of Mattel, Inc. to Compel Production of Documents
5   Responsive to the Same Non-Party Subpoenas, dated March 10, 2009.
6    25.     Attached hereto as Exhibit 22 is a true and correct copy of
7   Mattel, Inc.'s Notice of Motion and Motion to Compel Production of Documents By
8   MGA Entertainment, Inc. and For Award of Monetary Sanctions, and Memorandum
9   of Points and Authorities, dated June 26, 2007.
10   26.     Attached hereto as Exhibit 23 is a true and correct copy of
11   Mattel, Inc.'s Notice of Motion and Motion to (1) Enforce the Court's August 13,
12   2007 Order and to Compel; and (2) For Award of Monetary Sanctions, and
13   Memorandum of Points and Authorities, dated January 22, 2008.
14   27.     Attached hereto as Exhibit 24 is a true and correct copy of
15   Mattel, Inc.'s Notice of Motion and Motion to Enforce the Court's Order of August
16   27, 2007 and Compel Carter Bryant and Carlos Gustavo Machado Gomez to
17   Provide Preservation Affidavits, and For Sanctions, and Memorandum of Points and
18   Authorities, dated November 26, 2007.
19   28.     Attached hereto as Exhibit 25 is a true and correct copy of
20   Mattel, Inc.'s Notice of Motion and Motion to Enforce the Court's Order of May 15,
21   2007, To Compel MGA To Produce Compelled Documents in Unredacted Form,
22   and for Sanctions; and Memorandum of Points and Authorities, dated September 7,
23   2007.
24   29.     Attached hereto as Exhibit 26 is a true and correct copy of the
25   Discovery Master's Order No. 27, Regarding: (1) Motion for Reconsideration of the
26   Discovery Master's Order No. 3 Filed By Mattel, Inc.; (2) Motion to Quash
27   Subpoena Issued By Mattel, Inc. to Non-Party Bingham McCutchen, LLP; and (3)
28   Motion to Compel Bingham McCutchen LLP to Produce Documents Responsive to

07975/3062809.1

-3-
SUPPLEMENTAL WATSON DECLARATION ISO MOTION TO COMPEL BRAWER DEPOSITION

1 | a Subpoena, dated May 6, 2009.
2 |      30.   Attached hereto as Exhibit 27 is a true and correct copy of a
3 | document bates-numbered M 0166359.
4 |      31.   Attached hereto as Exhibit 28 is a true and correct copy of an e-
5 | mail from Jon Corey to Paul Eckles, dated January 21, 2008, with attachment.
6 |      I declare under penalty of perjury under the laws of the State of
7 | California that the foregoing is true and correct.
8 |      Executed on August 19, 2009, at Los Angeles, California.

/s/ Scott L. Watson
Scott L. Watson

07975/3062809.1

-4-
SUPPLEMENTAL WATSON DECLARATION ISO MOTION TO COMPEL BRAWER DEPOSITION