MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1-415-773-5700
Facsimile: +1-415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: +1-213-629-2020
Facsimile: +1-213-612-2499

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | Case No. CV 04-9049-SGL (RNBx) |
| Plaintiff, | |
| v. | **PROOF OF SERVICE BY MAIL TO COUNSEL** |
| MATTEL, INC., a Delaware corporation, | |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | |

OHS West:260702471.1                                          PROOF OF SERVICE

**PROOF OF SERVICE BY MAIL**

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, The Orrick Building, 405 Howard Street, San Francisco, California 94105-2669. On August 19, 2009, I served the following document(s):

1. MGA'S MOTIONS (1) TO COMPEL MATTEL'S ATTENDANCE AT 30B6 DEPOSITION; (2) FOR PROTECTIVE ORDER REQUIRING ADVANCE DESIGNATION OF 30B6 WITNESSES; (3) TO DE-DESIGNATE DOCUMENT UNDER PROTECTIVE ORDER RELATED TO SUBJECT MATTER OF REQUESTED 30B6 TESTIMONY; AND (4) FOR SANCTIONS

2. DECLARATION OF ANNETTE L. HURST IN SUPPORT OF MGA MOTIONS (1) TO COMPEL MATTEL'S ATTENDANCE AT 30B6 DEPOSITION; (2) FOR PROTECTIVE ORDER REQUIRING ADVANCE DESIGNATION OF 30B6 WITNESSES; (3) TO DE-DESIGNATE DOCUMENT UNDER PROTECTIVE ORDER RELATED TO SUBJECT MATTER OF REQUESTED 30B6 TESTIMONY; AND (4) FOR SANCTIONS

3. NOTICE OF MANUAL FILING

4. APPLICATION TO FILE UNDER SEAL

5. [PROPOSED] ORDER

on the interested parties in this action by placing true and correct copies thereof in sealed envelope(s) addressed as follows:

**Jason Russell, Esq.**
Skadden Arps Slate Meagher & Flom LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071

**Todd Gordinier, Esq.**
**Peter Villar, Esq.**
Bingham McCutchen LLP
600 Anton Boulevard, 18th Floor
Costa Mesa, CA 92626

OHS West:260702471.1                     1                     PROOF OF SERVICE

1  **Mark Overland, Esq.**
   **Alexander Cote, Esq.**
2  Scheper Kim & Overland LLP
   One Bunker Hill
3  601 West Fifth Street, 12th Floor
   Los Angeles, CA 90071
4

5

6           I am employed in the county from which the mailing occurred. On the

7  date indicated above, I placed the sealed envelope(s) for collection and mailing at

8  this firm's office business address indicated above. I am readily familiar with this

9  firm's practice for the collection and processing of correspondence for mailing with

10 the United States Postal Service. Under that practice, the firm's correspondence

11 would be deposited with the United States Postal Service on this same date with

12 postage thereon fully prepaid in the ordinary course of business.

13          I declare under penalty of perjury that the foregoing is true and correct.

14 Executed on August 19, 2009, at San Francisco, California.

15

16                                                     _____
                                                       REBECCA B. MANCE
17

18

19

20

21

22

23

24

25

26

27

28

OHS West:260702471.1                    - 2 -                          PROOF OF SERVICE