1  MELINDA HAAG (State Bar No. 132612)
   mhaag@orrick.com
2  ANNETTE L. HURST (State Bar No. 148738)
   ahurst@orrick.com
3  WARRINGTON S. PARKER III (State Bar No. 148003)
   wparker@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
5  405 Howard Street
   San Francisco, CA  94105-2669
6  Telephone:   +1-415-773-5700
   Facsimile:   +1-415-773-5759
7
   WILLIAM A. MOLINSKI (State Bar No. 145186)
8  wmolinski@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
9  777 South Figueroa Street, Suite 3200
   Los Angeles, CA  90017
10 Telephone:   +1-213-629-2020
   Facsimile:   +1-213-612-2499
11
   Attorneys for MGA Parties
12

13              UNITED STATES DISTRICT COURT

14              CENTRAL DISTRICT OF CALIFORNIA

15                    EASTERN DIVISION

16 | CARTER BRYANT, an individual, | Case No.  CV 04-9049-SGL (RNBx)
17 |             Plaintiff,         |
                                    | **PROOF OF SERVICE BY EMAIL TO**
18 |        v.                      | **COUNSEL**
19 | MATTEL, INC., a Delaware       |
   | corporation,                   |
20 |                                |
   |             Defendant.         |
21 |                                |
22 |                                |
   | AND CONSOLIDATED ACTIONS       |
23 |                                |

24

25

26

27

28

OHS West:260713795.1                                              PROOF OF SERVICE

## PROOF OF SERVICE BY EMAIL TO COUNSEL

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, The Orrick Building, 405 Howard Street, San Francisco, California 94105-2669. On August 19, 2009, I served the following document(s):

MGA'S MOTIONS (1) TO COMPEL MATTEL'S ATTENDANCE AT 30(b)(6) DEPOSITION; (2) FOR PROTECTIVE ORDER REQUIRING ADVANCE DESIGNATION OF 30(b)(6) WITNESSES; (3) TO DE-DESIGNATE DOCUMENT UNDER PROTECTIVE ORDER RELATED TO SUBJECT MATTER OF REQUESTED 30(b)(6) TESTIMONY; AND (4) FOR SANCTIONS

NOTICE OF MANUAL FILING

APPLICATION TO FILE UNDER SEAL

[PROPOSED] ORDER

PROOF OF SERVICE BY HAND DELIVERY

PROOF OF SERVICE BY U.S. MAIL

I served copies of said papers on August 19, 2009 by attaching them to an email addressed to:

**Jon Corey**
joncorey@quinnemanuel.com

**Jason Russell**
jason.russell@skadden.com

**Todd Gordinier**
todd.gordinier@bingham.com

**Peter Villar**
peter.villar@bingham.com

**Mark Overland**
moverland@scheperkim.com

**Alexander Cote**
acote@scheperkim.com

1 | I declare under penalty of perjury that the foregoing is true and correct.

2 | Executed on August 19, 2009, at San Francisco, California.

_____<br>
REBECCA B. MANCE