MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1-415-773-5700
Facsimile: +1-415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: +1-213-629-2020
Facsimile: +1-213-612-2499

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049-SGL (RNBx)<br><br>Consolidated with:<br>CV 04-9059<br>CV 05-2727<br><br>**DISCOVERY MATTER**<br><br>[To Be Heard by Discovery Master Robert C. O'Brien]<br><br>**PROOF OF SERVICE BY HAND DELIVERY** |

OHS West:260712363.1

CV-04-9049 SGL (RNBx)
PROOF OF SERVICE BY HAND DELIVERY

## PROOF OF SERVICE BY HAND DELIVERY

I, _____, declare I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 350 S. Figueroa Street, Suite 196, Los Angeles, California 90071.

On August 19, 2009, I served all parties with the following documents:

1. MGA'S MOTIONS (1) TO COMPEL MATTEL'S ATTENDANCE AT 30B6 DEPOSITION; (2) FOR PROTECTIVE ORDER REQUIRING ADVANCE DESIGNATION OF 30B6 WITNESSES; (3) TO DE-DESIGNATE DOCUMENT UNDER PROTECTIVE ORDER RELATED TO SUBJECT MATTER OF REQUESTED 30B6 TESTIMONY; AND (4) FOR SANCTIONS

2. DECLARATION OF ANNETTE L. HURST IN SUPPORT OF MGA MOTIONS (1) TO COMPEL MATTEL'S ATTENDANCE AT 30B6 DEPOSITION; (2) FOR PROTECTIVE ORDER REQUIRING ADVANCE DESIGNATION OF 30B6 WITNESSES; (3) TO DE-DESIGNATE DOCUMENT UNDER PROTECTIVE ORDER RELATED TO SUBJECT MATTER OF REQUESTED 30B6 TESTIMONY; AND (4) FOR SANCTIONS

3. NOTICE OF MANUAL FILING

4. APPLICATION TO FILE UNDER SEAL

5. [PROPOSED] ORDER

by hand-delivering true and correct copies of those documents to:

**Michael Zeller, Esq.**
**Dylan Proctor, Esq.**
**Jon Corey, Esq.**
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017

Robert C. O'Brien, Esq.
Discovery Master
Arent Fox LLP
555 West 5th Street, Suite 4800
Los Angeles, CA 90013

OHS West:260712363.1 — 1 — CV-04-9049 SGL (RNBx)
PROOF OF SERVICE BY HAND DELIVERY

1  Executed on August 19, 2009, at Los Angeles, California.
2  I declare under penalty of perjury that the foregoing is true and correct.
3  Jeffrey Lopez                    /s/ Jeff Lopez

OHS West:260712363.1                    - 2 -                    PROOF OF SERVICE