| | |
|---|---|
| 1 | MELINDA HAAG (State Bar No. 132612) |
|   | mhaag@orrick.com |
| 2 | ANNETTE L. HURST (State Bar No. 148738) |
|   | ahurst@orrick.com |
| 3 | WARRINGTON S. PARKER III (State Bar No. 148003) |
|   | wparker@orrick.com |
| 4 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|   | The Orrick Building |
| 5 | 405 Howard Street |
|   | San Francisco, CA 94105 |
| 6 | Telephone: +1-415-773-5700 |
|   | Facsimile: +1-415-773-5759 |
| 7 | |
| 8 | WILLIAM A. MOLINSKI (State Bar No. 145186) |
|   | wmolinski@orrick.com |
|   | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 9 | 777 South Figueroa Street, Suite 3200 |
|   | Los Angeles, CA 90017 |
| 10 | Telephone: +1-213-629-2020 |
|   | Facsimile: +1-213-612-2499 |
| 11 | |
| 12 | Attorneys for MGA Parties |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual | Case No. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with: Case No. CV 04-9059 and Case No. CV 05-2727 |
| v. | **DISCOVERY MATTER** |
| MATTEL, INC., a Delaware Corporation | [To Be Heard by Discovery Master Robert O'Brien] |
| Defendant. | **CERTIFICATE OF SERVICE** |
| AND CONSOLIDATED ACTIONS | Date: TBD |
| | Time: TBD |
| | Courtroom: TBD |
| | **Phase 2** |
| | Discovery Cutoff: December 11, 2009 |
| | Pretrial Conference: March 1, 2010 |
| | Trial Date: March 23, 2010 |

OHS West:260712253.1

# PROOF OF SERVICE

I, Maria Mercado-Navarro, declare:

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, 777 South Figueroa Street, Suite 3200, Los Angeles, California 90017-5855.

On August 20, 2009, I served the following document:

**SUPPLEMENTAL DECLARATION OF WILLIAM A. MOLINSKI IN OPPOSITION TO MATTEL, INC.'S MOTION TO COMPEL MGA MEXICO TO PRODUCE DOCUMENTS AND THINGS IN RESPONSE TO MATTEL'S FIRST, SECOND AND THIRD SETS OF REQUESTS FOR PRODUCTION TO MGA MEXICO**

☒ By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐ By depositing a true and correct copy of the document(s) listed above with Fed Ex in Los Angeles, California, enclosed in a sealed envelope.

☒ (by Electronic Mail), I caused such documents to be transmitted by electronic mal to the offices of the addressee.

## SEE ATTACHED SERVICE LIST

I am employed in the county from which the mailing occurred. On the date indicated above, I placed the sealed envelope(s) for collection and mailing at this firm's office business address indicated above. I am readily familiar with this firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the firm's correspondence would be deposited with the United States Postal Service on this same date with postage thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 20, 2009, at Los Angeles, California.

Maria Mercado-Navarro

OHS West:260712253.1

- 1 -

## PHASE 2 DISCOVERY SERVICE LIST

Counsel for Carlos Gustavo Machado Gomez
Mark E. Overland, Esq.
moverland@scheperkim.com
Alexander H. Cote, Esq.
acote@scheperkim.com
SCHEPER KIM & OVERLAND LLP
601 W. 5th Street, 12th Floor
Los Angeles, CA  90017
Telephone: (213) 613-4655
Facsimile:  (213) 613-4656

Counsel for Limited Intervenor, Omni 808 Investors LLC
Todd E. Gordinier, Esq.
todd.gordinier@bingham.com
Peter Villar, Esq.
peter.villar@bingham.com
BINGHAM MCCUTCHEN LLP
600 Anton Blvd., 18th Floor
Costa Mesa, CA  92626
Telephone:  (714) 830-0600
Facsimile:  (714) 830-0700

Additional Counsel:
Jason D. Russell, Esq.
jason.russell@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Ave., Suite 3400
Los Angeles, CA 90071-3144
Telephone:  (213) 687-5000
Facsimile:  (213) 687-5600

## DECLARATION OF SERVICE

I Isaac Trenco, declare I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is USA Network, Inc., 350 S. Figueroa Street, Suite 196, Los Angeles, California 90071.

On August 20, 2009, I served the following documents:

**SUPPLEMENTAL DECLARATION OF WILLIAM A. MOLINSKI IN OPPOSITION TO MATTEL, INC.'S MOTION TO COMPEL MGA MEXICO TO PRODUCE DOCUMENTS AND THINGS IN RESPONSE TO MATTEL'S FIRST, SECOND AND THIRD SETS OF REQUESTS FOR PRODUCTION TO MGA MEXICO**

[x] by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below:

Counsel for Mattel, Inc.
Michael T. Zeller, Esq.
michaelzeller@quinnemanuel.com
Brett D. Proctor
dylanproctor@quinnemanuel.com
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 20, 2009, at Los Angeles, California.

Isaac Trenco

USA Network, Inc.

OHS West:260712253.1

- 2 -

**DECLARATION OF SERVICE**

I Isaac Trenco, declare I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is USA Network, Inc., 350 S. Figueroa Street, Suite 196, Los Angeles, California 90071.

On August 20, 2009, I served the following documents:

**SUPPLEMENTAL DECLARATION OF WILLIAM A. MOLINSKI IN OPPOSITION TO MATTEL, INC.'S MOTION TO COMPEL MGA MEXICO TO PRODUCE DOCUMENTS AND THINGS IN RESPONSE TO MATTEL'S FIRST, SECOND AND THIRD SETS OF REQUESTS FOR PRODUCTION TO MGA MEXICO**

[X]  by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below:

Robert C. O'Brien, Esq.
Discovery Master
Arent Fox LLP
555 West 5th Street, Suite 4800
Los Angeles, CA  90013

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 20, 2009, at Los Angeles, California.

Isaac Trenco

USA Network, Inc.

OHS West:260712253.1

- 3 -