MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1-415-773-5700
Facsimile: +1-415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: +1-213-629-2020
Facsimile: +1-213-612-2499

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | Case No. CV 04-9049-SGL (RNBx) |
| Plaintiff, | Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727 |
| v. | |
| MATTEL, INC., a Delaware corporation, | [PROPOSED] ORDER RE APPLICATION TO FILE UNDER SEAL |
| Defendant. | |
| | Judge: Hon. Stephen G. Larson |
| AND CONSOLIDATED ACTIONS | |

LODGED
CLERK, U.S. DISTRICT COURT
AUG 1 4 2009
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION BY DEPUTY

The Court, having considered the MGA Parties' application for an order to file under seal, and having found good cause to do so, it is HEREBY ORDERED that said application is GRANTED in its entirety.

The Clerk shall maintain under Seal the following documents:

1. **MGA PARTIES' RESPONSE AND OPPOSITION TO MATTEL'S MOTION TO COMPEL FURTHER DEPOSITION BY RONALD BRAWER AND TO OVERRULE INSTRUCTIONS NOT TO ANSWER**

2. **EXHIBIT A TO THE DECLARATION OF WILLIAM A. MOLINSKI IN SUPPORT OF RESPONSE AND OPPOSITION TO MATTEL'S MOTION TO COMPEL FURTHER DEPOSITION BY RONALD BRAWER AND TO OVERRULE INSTRUCTIONS NOT TO ANSWER**

It is so ORDERED.

Dated: Aug 19, 2009

_____
Hon. Stephen G. Larson
United States District Court Judge