1   QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
2     John B. Quinn (Bar No. 090378)
      (johnquinn@quinnemanuel.com)
      Michael T. Zeller (Bar No. 196417)
3     (michaelzeller@quinnemanuel.com)
      Jon D. Corey (Bar No. 185066)
4     (joncorey@quinnemanuel.com)
    865 South Figueroa Street, 10th Floor
5   Los Angeles, California 90017-2543
    Telephone: (213) 443-3000
6   Facsimile:  (213) 443-3100

7   Attorneys for Mattel, Inc.

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10                         EASTERN DIVISION

11  CARTER BRYANT, an individual,      CASE NO. CV 04-9049 SGL (RNBx)
                                        Consolidated with
12               Plaintiff,             Case No. CV 04-09059
                                        Case No. CV 05-2727
13       vs.
                                        Hon. Stephen G. Larson
14  MATTEL, INC., a Delaware
    corporation,                        [PROPOSED] ORDER RE MATTEL,
15                                      INC.'S APPLICATION TO FILE UNDER
                 Defendant.             SEAL MOTION FOR LEAVE TO FILE
16                                      FOURTH AMENDED ANSWER AND
                                        COUNTERCLAIMS AND DOCUMENTS
17  AND CONSOLIDATED ACTIONS           IN SUPPORT THEREOF

18
19
20
21
22
23
24
25
26
27
28

LODGED

                                                          [PROPOSED] ORDER

1
2

[~~PROPOSED~~] ORDER

3          Based on the concurrently filed Mattel, Inc.'s Application to File Under
4   Seal Motion for Leave to File Fourth Amended Answer and Counterclaims, Exhibits
5   12-19, 21, 23-30, 33-37, 40, 45, 47-49, 51 and 57 to the Declaration of B. Dylan
6   Proctor In Support Thereof; and Tabs 1, 4, 5, and 7 to Exhibit E, and Exhibit F, to
7   Mattel, Inc.'s [Proposed] Fourth Amended Answer and Counterclaims (the
8   "Counterclaims"), IT IS HEREBY ORDERED:
9          Mattel's Motion for Leave to File Its Fourth Amended Answer and
10  Counterclaims, Exhibits 12-19, 21, 23-30, 33-37, 40, 45, 47-49, 51 and 57 to the
11  Declaration of B. Dylan Proctor In Support Thereof; and Tabs 1, 4, 5, and 7 to
12  Exhibit E, and Exhibit F, to Mattel, Inc.'s [Proposed] Fourth Amended Answer and
13  Counterclaims are ORDERED filed under seal pursuant to Local Rule 79-5.1.

14
15  DATED:   _Aug 19_   , 2009   _S G Larson_
16                                Hon. Stephen G. Larson
                                 United States District Judge
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER