1 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
2 |   John B. Quinn (Bar No. 090378)
    (johnquinn@quinnemanuel.com)
    Michael T. Zeller (Bar No. 196417)
3 |   (michaelzeller@quinnemanuel.com)
    Jon D. Corey (Bar No. 185066)
4 |   (joncorey@quinnemanuel.com)
5 | 865 South Figueroa Street, 10th Floor
    Los Angeles, California 90017-2543
    Telephone: (213) 443-3000
6 | Facsimile:  (213) 443-3100

7 | Attorneys for Mattel, Inc.

8 | UNITED STATES DISTRICT COURT

9 | CENTRAL DISTRICT OF CALIFORNIA

10 | EASTERN DIVISION

11 | CARTER BRYANT, an individual,

12 |             Plaintiff,

13 |      vs.

14 | MATTEL, INC., a Delaware corporation,

15 |             Defendant.

16 |

17 | AND CONSOLIDATED ACTIONS

---

CASE NO. CV 04-9049 SGL (RNBx)
Consolidated with
Case No. CV 04-09059
Case No. CV 05-02727

Hon. Stephen G. Larson

APPLICATION TO FILE UNDER SEAL SECOND SUPPLEMENTAL DECLARATION OF MICHAEL T. ZELLER IN SUPPORT OF MATTEL, INC.'S MOTION: (1) TO ENFORCE ORDER COMPELLING THE OMNI PARTIES TO PRODUCE DOCUMENTS, (2) TO STRIKE OBJECTIONS, AND (3) FOR SANCTIONS

[[Proposed] Order Filed Concurrently Herewith]

Date:       TBD
Time:       TBD
Place:      Courtroom 1

ORIGINAL

MATTEL. INC.'S APPLICATION TO FILE UNDER SEAL

Pursuant to <u>Local Rule</u> 79-5.1 and the Stipulated Protective Order entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal the Second Supplemental Declaration of Michael T. Zeller in Support of Mattel, Inc.'s Motion (1) to Enforce Order Compelling the Omni Parties to Produce Documents, (2) to Strike Objections, and (3) for Sanctions (the "Declaration").

The Declaration references materials that the Omni Parties and/or Mattel have designated "Confidential" or "Confidential -- Attorney's Eyes Only" pursuant to the Protective Order.  Accordingly, Mattel requests that the Court order that the Declaration be filed under seal.

In the alternative, Mattel requests that the Court declare that the Declaration is outside the definitions of "Confidential" and "Confidential -- Attorney's Eyes Only" as contained in the Stipulated Protective Order and order it to be filed as part of the public record.

DATED:  August 17, 2009

QUINN EMANUEL URQUHART OLIVER & HEDGES. LLP


By /s/ Michael T. Zeller
Michael T. Zeller
Attorneys for Mattel. Inc.