QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>[~~PROPOSED~~] ORDER GRANTING APPLICATION TO FILE UNDER SEAL EXHIBIT 3 TO THE SUPPLEMENTAL DECLARATION OF SCOTT L. WATSON IN SUPPORT OF MATTEL, INC.'S CROSS-MOTION TO COMPEL AND MOTION FOR LIMITED RECONSIDERATION OF ORDER NO. 11<br><br>**Phase 2**<br>Discovery Cut-off: December 11, 2009<br>Pre-trial Conference: March 1, 2010<br>Trial Date: March 23, 2010 |

07975/3057858.1

[PROPOSED] ORDER

# [~~PROPOSED~~] ORDER

Based on the concurrently filed Application to File Under Seal Exhibit 3 to the Supplemental Declaration of Scott L. Watson in Support of Mattel, Inc.'s Cross-Motion To Compel and Motion For Limited Reconsideration Of Order No. 11,

IT IS HEREBY ORDERED:

Exhibit 3 to the Supplemental Declaration of Scott L. Watson in Support of Mattel, Inc.'s Cross-Motion To Compel and Motion For Limited Reconsideration Of Order No. 11 is ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: Aug 19, 2009

_____
Hon. Stephen G. Larson
United States District Judge

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On August 18, 2009, I served true copies of the following document(s) described as **[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL EXHIBIT 3 TO THE SUPPLEMENTAL DECLARATION OF SCOTT L. WATSON IN SUPPORT OF MATTEL, INC.'S CROSS-MOTION TO COMPEL AND MOTION FOR LIMITED RECONSIDERATION OF ORDER NO. 11** on the parties in this action as follows:

Thomas J. Nolan, Esq.
Jason D. Russell, Esq.
Skadden Arps Slate Meagher & Flom
300 S. Grand Avenue, Suite 3400
Los Angeles, CA 90071
thomas.nolan@skadden.com
jason.russell@skadden.com

Melinda Haag
Annette L. Hurst
Warrington S. Parker III
Orrick, Herrington & Sutcliffe, LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
mhaag@orrick.com
ahurst@orrick.com
wparker@orrick.com

William A. Molinski
Orrick, Herrington & Sutcliffe, LLP
777 South Figueroa Street
Suite 3200
Los Angeles, CA 90017
wmolinski@orrick.com

Mark E. Overland, Esq.
Alexand H. Cote, Esq.
Overland Borenstein Scheper & Kim LLP
601 West Fifth Street, 125th Floor
Los Angeles, CA 90071
moverland@scheperkim.com
acote@scheperkim.com

Todd E. Gordinier
Bingham McCutchen LLP
600 Anton Boulevard, 18th Floor
Costa Mesa, CA 92626
todd.gordinier@bingham.com

**BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 18, 2009, at Los Angeles, California.

*/s/ Yalonda Dekle*
Yalonda Dekle

07209/3059068.1