MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1-415-773-5700
Facsimile: +1-415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: +1-213-629-2020
Facsimile: +1-213-612-2499

Attorneys for MGA Parties

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049-SGL (RNBx)<br><br>Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>[~~PROPOSED~~] ORDER IN SUPPORT OF APPLICATION TO FILE UNDER SEAL<br><br>Judge: Hon. Stephen G. Larson |

[PROPOSED] ORDER IN SUPPORT OF APPLICATION
TO FILE UNDER SEAL
CV 04-9049 SGL (RNBx)

1    The Court, having considered the MGA Parties' application for an order to
2    file under seal, and having found good cause to do so, it is HEREBY ORDERED
3    that said application is GRANTED in its entirety.
4    The Clerk shall maintain under Seal the following documents:

**MGA PARTIES' SUPPLEMENTAL ARGUMENTS IN SUPPORT OF MOTION FOR RECONSIDERATION OF ORDER NO. 42 REGARDING IN CAMERA REVIEW OF DOCUMENTS PROTECTED BY ATTORNEY-CLIENT PRIVILEGE**

**MATTEL, INC'S COMBINED ANSWERING BRIEF ON APPEAL AND OPENING BRIEF ON CROSS-APPEAL (FILED UNDER SEAL ON AUGUST 10, 2009)**

**NOTICE OF LODGING UNDER SEAL ISO MGA PARTIES' SUPPLEMENTAL ARGUMENTS IN SUPPORT OF MOTION FOR RECONSIDERATION OF ORDER NO. 42 REGARDING IN CAMERA REVIEW OF DOCUMENTS PROTECTED BY ATTORNEY-CLIENT PRIVILEGE**

It is so ORDERED.

Dated: Aug 20, 2009

Hon. Stephen G. Larson
United States District Court Judge