QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>APPLICATION TO FILE UNDER SEAL REPLY IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL FURTHER DEPOSITION OF RONALD BRAWER, AND TO OVERRULE INSTRUCTIONS NOT TO ANSWER; AND EXHIBITS 1-6, 9, 11-12, 17-18, 26 and 27 TO THE SUPPLEMENTAL DECLARATION OF SCOTT L. WATSON IN SUPPORT THEREOF<br><br>[[Proposed] Order Filed Concurrently Herewith]<br><br>**Phase 2**<br>Discovery Cut-off: December 11, 2009<br>Pre-trial Conference: March 1, 2010<br>Trial Date: March 23, 2010 |

07975/3063072.1

MATTEL. INC.'S APPLICATION TO FILE UNDER SEAL

1       Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal Reply In Support of Mattel, Inc.'s Motion to Compel Further Deposition of Ronald Brawer, and To Overrule Instructions Not to Answer (the "Reply"); and Exhibits 1-6, 9, 11-12, 17-18, 26 and 27 to the Supplemental Declaration of Scott L. Watson in support thereof ("Supplemental Watson Declaration").

      The Reply quotes from documents that Mattel and the MGA Parties have designated as "Confidential -- Attorney's Eyes Only" pursuant to the Protective Order. The Supplemental Watson Declaration attaches documents at Exhibits 1-6, 9, 11-12, 17-18, 26 and 27 that Mattel and the MGA Parties have designated as "Confidential" or "Confidential -- Attorney's Eyes Only" pursuant to the Protective Order. Accordingly, Mattel requests that the Court order that the Reply and Exhibits 1-6, 9, 11-12, 17-18, 26 and 27 to the Supplemental Watson Declaration be filed under seal.

DATED: August 20, 2009      QUINN EMANUEL URQUHART OLIVER & HEDGES. LLP

By /s/ Tamar Buchakjian
   Tamar Buchakjian
   Attorneys for Mattel. Inc.