1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
2    John B. Quinn (Bar No. 090378)
     (johnquinn@quinnemanuel.com)
     Michael T. Zeller (Bar No. 196417)
3    (michaelzeller@quinnemanuel.com)
     Jon D. Corey (Bar No. 185066)
4    (joncorey@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
6  Facsimile: (213) 443-3100

7  Attorneys for Mattel, Inc.

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                  EASTERN DIVISION

11  CARTER BRYANT, an individual,        CASE NO. CV 04-9049 SGL (RNBx)
                                         Consolidated with
12              Plaintiff,               Case No. CV 04-09059
                                         Case No. CV 05-02727
13      vs.
                                         Hon. Stephen G. Larson
14  MATTEL, INC., a Delaware
    corporation,                         [PROPOSED] ORDER GRANTING
15                                       APPLICATION TO FILE UNDER SEAL
                Defendant.               REPLY IN SUPPORT OF MATTEL,
16                                       INC.'S MOTION TO COMPEL FURTHER
    _____     DEPOSITION OF RONALD BRAWER,
17  AND CONSOLIDATED ACTIONS             AND TO OVERRULE INSTRUCTIONS
                                         NOT TO ANSWER; AND EXHIBITS 1-6,
18                                       9, 11-12, 17-18, 26 and 27 TO THE
                                         SUPPLEMENTAL DECLARATION OF
19                                       SCOTT L. WATSON IN SUPPORT
                                         THEREOF
20
                                         **Phase 2**
21                                       Discovery Cut-off: December 11, 2009
                                         Pre-trial Conference: March 1, 2010
22                                       Trial Date: March 23. 2010
23
24
25
26
27
28

[~~PROPOS~~ED] ORDER

1

2    Based on the concurrently filed Application to File Under Seal Reply In

3 Support of Mattel, Inc.'s Motion to Compel Further Deposition of Ronald Brawer,

4 and To Overrule Instructions Not to Answer; and Exhibits 1-6, 9, 11-12, 17-18, 26

5 and 27 to the Supplemental Declaration Of Scott L. Watson in support thereof,

6    IT IS HEREBY ORDERED:

7    The Reply In Support of Mattel, Inc.'s Motion to Compel Further

8 Deposition of Ronald Brawer, and To Overrule Instructions Not to Answer; and

9 Exhibits 1-6, 9, 11-12, 17-18, 26 and 27 to the Supplemental Declaration Of Scott L.

10 Watson in support are ORDERED filed under seal pursuant to Local Rule 79-5.1.

11

12 DATED: _Aug 20_____ . 2009 _S G Larson_____

13                          Hon. Stephen G. Larson
                           United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28