MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:   +1-415-773-5700
Facsimile:   +1-415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA  90017
Telephone:   +1-213-629-2020
Facsimile:   +1-213-612-2499

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No.  CV 04-9049-SGL (RNBx)<br><br>Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Robert C. O'Brien]**<br><br>**[PROPOSED] ORDER RE PROTECTIVE ORDER SETTING AN HOURS LIMIT ON DEPOSITIONS** |

1  After full consideration of all submissions of the parties, the evidence
2  presented, and the argument of counsel, the Discovery Master hereby finds and
3  concludes as follows:
4  1. Mattel has met neither its burden under Rule 30 nor its burden under
5  Rule 26(b)(2)(C) in seeking leave to take additional depositions. It has failed to
6  meet the Rule 30 exhaustion requirement by noticing this motion before completing
7  even two of the ten depositions it is presumptively allowed. It has also failed to
8  demonstrate, as it must under Rule 26(b)(2)(C), that its request for at least 32
9  additional depositions will not result in cumulative or duplicative discovery and
10 cannot be accomplished in a less expensive or burdensome way; that it has not had
11 ample opportunity to obtain the information it now seeks; and that the benefits of
12 this additional discovery will likely outweigh its burden.
13 2. Good cause exists to limit Mattel and MGA to a total of 70 hours of
14 deposition, excluding examination of expert witnesses, and with the caveat that no
15 witness be deposed for more than seven hours except 30(b)(6) witnesses. If, upon
16 completion of the 70 hours, the parties determine that they needs additional
17 depositions, they may engage in good faith meet and confer in an effort to reach an
18 agreement for additional depositions, and if that fails they may return to the
19 Discovery Master.
20 Accordingly, it is hereby ORDERED that Mattel's Motion for Leave to Take
21 Additional Depositions is DENIED and MGA Parties' Cross-Motion for Protective
22 Order Setting An Hours Limit on Depositions is GRANTED.
23 It is so ORDERED.
24
25 Dated: _____, 2009   _____
26                                Discovery Master Robert C. O'Brien
27
28

- 1 -   [PROPOSED] ORDER RE CROSS-MOTION FOR PROTECTIVE ORDER
CV 04-9049 SGL (RNBx)