```
 1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
      John B. Quinn (Bar No. 090378)
 2    johnquinn@quinnemanuel.com
      Michael T. Zeller (Bar No. 196417)
 3    (michaelzeller@quinnemanuel.com)
      Jon D. Corey (Bar No. 185066)
 4    (joncorey@quinnemanuel.com)
    865 South Figueroa Street, 10th Floor
 5  Los Angeles, California 90017-2543
    Telephone: (213) 443-3000
 6  Facsimile: (213) 443-3100

 7  Attorneys for Mattel, Inc.

 8
 9              UNITED STATES DISTRICT COURT
10              CENTRAL DISTRICT OF CALIFORNIA
11                    EASTERN DIVISION
```

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727 |
| vs. | |
| MATTEL, INC., a Delaware corporation, | NOTICE OF DEPOSITION OF PATRICK MA |
| Defendant. | Date: August 11, 2009<br>Time: 9:00 a.m.<br>Place.: Bird & Bird<br>33/F Three Pacific Place<br>1 Queen's Road East<br>Hong Kong |
| AND CONSOLIDATED CASES | |

Exhibit C - Page 12

NOTICE OF DEPOSITION OF PATRICK MA

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Mattel, Inc. will take the deposition of Patrick Ma on August 11, 2009 beginning at 9:00 a.m., at the offices of Bird & Bird, 33/F Three Pacific Place, 1 Queen's Road East, Hong Kong.

PLEASE TAKE FURTHER NOTICE that the deposition will take place upon oral examination before a duly authorized notary public or other officer authorized to administer oaths at depositions, and will continue from day to day, Sundays, Saturdays and legal holidays excepted, until completed.

PLEASE TAKE FURTHER NOTICE that, pursuant to Fed. R. Civ. P. 30(b)(2), the deposition will be videotaped. Mattel also reserves the right to use Livenote or other technology for real-time transcription of the testimony.

DATED: July 28, 2009                QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Michael T. Zeller
Michael T. Zeller
Attorneys for Mattel, Inc.

Exhibit C - Page 13

-2-

NOTICE OF DEPOSITION OF PATRICK MA

07975/3028001.1

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service, 1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

On July 28, 2009, I served true copies of the following document(s) described as **NOTICE OF DEPOSITION OF PATRICK MA** on the parties in this action as follows:

William A. Molinski
Orrick, Herrington & Sutcliffe, LLP
777 South Figueroa Street
Suite 3200
Los Angeles, CA 90017

[ X ] **BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 28, 2009, at Los Angeles, California.

_____
Dave Quintana - NOW Legal Services, Inc.

Exhibit C - Page 14

07975/3028160.1

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On July 28, 2009, I served true copies of the following document(s) described as **NOTICE OF DEPOSITION OF PATRICK MA** on the parties in this action as follows:

| | |
|---|---|
| Mark E. Overland, Esq.<br>Alexand H. Cote, Esq.<br>Overland Borenstein Scheper & Kim LLP<br>601 West Fifth Street, 125th Floor<br>Los Angeles, CA 90071 | Thomas J. Nolan, Esq.<br>Jason D. Russell, Esq.<br>Skadden Arps Slate Meagher & Flom<br>300 S. Grand Avenue, Suite 3400<br>Los Angeles, CA 90071 |
| Melinda Haag<br>Annette L. Hurst<br>Warrington S. Parker III<br>Orrick, Herrington & Sutcliffe, LLP<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105 | Todd E. Gordinier<br>Bingham McCutchen LLP<br>600 Anton Boulevard, 18th Floor<br>Costa Mesa, CA 92626 |
| Byron Z. Moldo, Esq.<br>Ervin Cohen & Jessup LLP<br>9401 Wilshire Boulevard, Ninth Floor<br>Beverly Hills, California 90212-2974 | |

[ X ] **BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 28, 2009, at Los Angeles, California.

*Tiffany V. Garcia*
Tiffany V. Garcia

Exhibit C - Page 15

07975/3025437.1