UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| GLOBAL COMMUNICATIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ECHOSTAR COMMUNICATIONS CORP., ECHOSTAR TECHNOLOGIES, CORP., and ECHOSTAR DBS CORP. <br><br> Defendants. | Case No. 2:07-CV-119 |

**ORDER**

Before the Court is Global's Unopposed Motion to Modify Discovery Limitations. The Court **GRANTS** the Motion. The Court **LIMITS** discovery in this case to 40 interrogatories per side; 40 requests for admission per side; 60 total hours for non-expert depositions per side (including party depositions); 5 testifying expert witnesses per side; and one day of deposition per side, of up to 7 total hours, for each testifying expert.

SIGNED this 24th day of January, 2008.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE