IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION



| | | |
|---|---|---|
| INTERGRAPH HARDWARE TECHNOLOGIES COMPANY | § | |
| VS. | § | CIVIL ACTION NO. 2:02-CV-312 |
| DELL COMPUTER CORPORATION ET AL. | § | |

## ORDER

On August 20, 2003, the court held a scheduling conference in this case. Pursuant to the discussion at the conference the court is persuaded to limit discovery as follows:

As to interrogatories, Intergraph is entitled to 200 interrogatories; Defendants Dell, Gateway and Hewlett Packard are each entitled to 75 interrogatories; and third party defendant Intel is entitled to 30 interrogatories.

As to requests for admission, Intergraph is entitled to 250 requests for admission; Defendants Dell, Gateway and Hewlett Packard are each entitled to 80 requests for admission; and third party defendant Intel is entitled to 30 requests for admission.

Non-expert deposition time (individual fact witnesses and 30(b)(6) witnesses) is limited to 160 hours per side for the plaintiff and defendants. Intel shall be entitled to 50 additional hours of non-expert deposition time.

The court will entertain motions to modify these limitations, as the case progresses, for good cause. The plaintiff shall submit a proposed discovery order, in the form typically used by the court



Exhibit F - Page 19

for patent cases, including these limitations and the other agreements of the parties related to discovery matters and limitations, within ten (10) calendar days from the date of entry of this order.

So **ORDERED** and **SIGNED** this 4th day of September, 2003.

T. JOHN WARD
UNITED STATES DISTRICT JUDGE