1  MELINDA HAAG (State Bar No. 132612)
   mhaag@orrick.com
2  ANNETTE L. HURST (State Bar No. 148738)
   ahurst@orrick.com
3  WARRINGTON S. PARKER III (State Bar No. 148003)
   wparker@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
5  405 Howard Street
   San Francisco, CA 94105
6  Telephone:   +1-415-773-5700
   Facsimile:   +1-415-773-5759
7
   WILLIAM A. MOLINSKI (State Bar No. 145186)
8  wmolinski@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
9  777 South Figueroa Street, Suite 3200
   Los Angeles, CA  90017
10 Telephone:   +1-213-629-2020
   Facsimile:   +1-213-612-2499
11
   Attorneys for MGA Parties

12

13                    UNITED STATES DISTRICT COURT

14                   CENTRAL DISTRICT OF CALIFORNIA

15                          EASTERN DIVISION

16  CARTER BRYANT, an individual         Case No. CV 04-9049 SGL (RNBx)

17            Plaintiff,                 Consolidated with:
                                         CV 04-9059
18  v.                                   CV 05-2727

19  MATTEL, INC., a Delaware             **DISCOVERY MATTER**
    Corporation
20                                       **[To Be Heard By Discovery Master Robert C. O'Brien]**
21            Defendant.
                                         DECLARATION OF YAS RAOUF ISO
22                                       MGA PARTIES' OPPOSITION TO
                                         MATTEL, INC.'S MOTION FOR
23  AND CONSOLIDATED ACTIONS             LEAVE TO TAKE ADDITIONAL
                                         DEPOSITIONS;
24
                                         NOTICE AND CROSS-MOTION FOR
25                                       PROTECTIVE ALTERING
                                         DEPOSITION LIMITS TO SET AN
26                                       OVERALL HOURS LIMT

27

28           **EXHIBITS C, D, E FILED UNDER SEAL ORDER**

I, Yas Raouf, declare:

1. I am a member of the bar of the State of California, admitted to practice before this Court, and an associate with the law firm of Orrick, Herrington & Sutcliffe LLP, counsel for the MGA Parties. I make this declaration based on personal knowledge unless otherwise expressly stated, in which case, it is based on information and belief. If called and sworn as a witness, I could and would testify competently as follows.

2. Attached hereto as **Exhibit A** is a true and correct copy of the cover sheet, excerpted pages 9 and 22, and the Reporter's Certificate from the February 12, 2007 Phase 1 scheduling conference hearing.

3. Attached hereto as **Exhibit B** is a true and correct copy of the cover sheet, excerpted pages 102, and the Reporter's Certificate from the February 11, 2009 Phase 2 scheduling conference hearing.

4. Based upon my review of transcripts produced by court reporters for depositions taken in this action, by February 11, 2009, Mattel had conducted fact witness depositions comprising seventy volumes in this case.

5. Based upon my review of transcripts produced by court reporters for depositions taken in this action, Mattel's questions of the following people in the following volumes of their testimony included testimony relevant to Mattel's Phase 2 Counterclaims as indicated. (This is not a complete summary of the entire contents of all issues discussed in the depositions.)

| DEPONENT | DEPOSITION DATE | PHASE 2 MATTERS |
|---|---|---|
| Nana Ashong | 01/28/08 | Misappropriation of trade secrets ("Misappropriation") |
| Matt Bousquette | 05/17/08 | Misappropriation; RICO & Conspiracy |
| Kerri Brode | 08/15/07 | RICO |
| Ana Cabrera | 05/08/08 | RICO; Conspiracy |

- 1 -

| | | |
|---|---|---|
| Nick Contreras | 01/28/08 | Conversion; RICO; Unfair Competition |
| Paula Garcia | 05/24/07 | RICO; Conspiracy; Unfair Competition |
| Paula Garcia | 05/25/07 | Conversion; RICO; Conspiracy; Unfair Competition |
| Kami Bryant-Gillmore | 05/08/08 | RICO; Conspiracy |
| Daphne Gronich | 05/02/08 | Misappropriation; RICO; Conspiracy |
| Rachel Harris | 02/26/08 | RICO; Conspiracy |
| Samir Khare | 09/20/07 | Conversion; RICO; Conspiracy; Unfair Competition |
| Samir Khare | 01/23/08 | Conversion; RICO; Conspiracy; Unfair Competition |
| Samir Khare | 05/14/08 | RICO; Conspiracy |
| Mitchell Kamarck | 01/28/08 | RICO; Conspiracy |
| Fred Kawashima | 06/19/07 | Conversion; Unfair Competition |
| Isaac Larian | 07/18/06 | RICO; Conspiracy; Unfair Competition |
| Farhad Larian | 05/06/08 | RICO; Conspiracy |
| David Laughton | 06/11/08 | RICO |
| Kenneth Lockhart | 06/14/07 | RICO |
| Peter Marlow | 05/02/08 | RICO; Conspiracy; Unfair Competition |
| Peter Marlow | 06/16/08 | RICO; Conspiracy; Unfair Competition |
| Veronica Marlow | 12/28/07 | RICO; Conspiracy; Unfair Competition |
| Beatriz Morales | 04/29/08 | Misappropriation; RICO; Conspiracy; Unfair Competition |
| David Rosenbaum | 01/25/08 | RICO |
| Joe Tiongco | 05/09/08 | RICO |
| Lisa Tonnu | 07/19/07 | RICO |
| Anne Wang | 01/28/08 | RICO |
| Nana Ashong | 01/28/08 | Misappropriation of trade secrets ("Misappropriation") |
| Matt Bousquette | 05/17/08 | Misappropriation; RICO & Conspiracy |
| Kerri Brode | 08/15/07 | RICO |
| Ana Cabrera | 05/08/08 | RICO; Conspiracy |
| Nick Contreras | 01/28/08 | Conversion; RICO; Unfair Competition |
| Paula Garcia | 05/24/07 | RICO; Conspiracy; Unfair Competition |
| Paula Garcia | 05/25/07 | Conversion; RICO; Conspiracy; Unfair Competition |

6. Attached hereto as **Exhibit C** is a true and correct copy of the cover sheet, excerpted pages 304-13, 316-21, 324, 327, 335-46, 348-54, 395-99, 411-20, 440, 443 484-96, 494-99, 500, 506-15, and the Reporter's Certificate from the March 26, 2008 deposition of Isaac Larian.

7. Attached hereto as **Exhibit D** is a true and correct copy of the cover sheet, excerpted pages 10, 155, 162, 198, and the Reporter's Certificate from the August 14, 2009 deposition of third-party Leon Neman.

8. Attached hereto as **Exhibit E** is a true and correct copy of the cover sheet, excerpted page 224, and the Reporter's Certificate from the February 5, 2008 deposition of Ronald Brawer.

9. The deposition of third-party Neil Kadisha if set for August 28, 2009, and will have been completed by the time of hearing on this motion.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 21st day of August, 2009, in San Francisco, California.

                               */s/ Yas Raouf*
                                 Yas Raouf