```
 1                UNITED STATES DISTRICT COURT

 2              CENTRAL DISTRICT OF CALIFORNIA

 3                      EASTERN DIVISION

 4                           - - -

 5      HONORABLE STEPHEN G. LARSON, JUDGE PRESIDING

 6                           - - -

 7  CARTER BRYANT,                )
                                  )
 8                   PLAINTIFF,   )
                                  )
 9           VS.                  )  NO. ED CV 04-09049
                                  )  (LEAD LOW NUMBER)
10  MATTEL, INC.,                 )
                                  )
11                   DEFENDANTS.  )  STATUS/SCHEDULING
    _____)          CONFERENCE
12  AND RELATED ACTIONS,          )
    _____)
13

14
                REPORTER'S TRANSCRIPT OF PROCEEDINGS
15
                      RIVERSIDE, CALIFORNIA
16
                   MONDAY, FEBRUARY 12, 2007
17
                           1:49 P.M.
18

19
                                          CERTIFIED
20
                                            COPY
21

22

23            THERESA A. LANZA, RPR, CSR
            FEDERAL OFFICIAL COURT REPORTER
24             3470 12TH STREET, RM. 134
            RIVERSIDE, CALIFORNIA   92501
25                 (951) 274-0844
              CSR11457@SBCGLOBAL.NET
```

1     MR. QUINN: I UNDERSTAND WHY THAT WOULD BE
2  DISCONCERTING TO THE COURT, YOUR HONOR.
3     THE COURT: WE'VE GOT A SPECIAL MASTER NOW. I HAVE
4  THESE VISIONS OF THIS CASE, AND HAVING SEEN WHAT'S GONE THROUGH
5  TO THE SPECIAL MASTER, I --                                    01:59
6     MR. QUINN: THINGS ARE MOVING NOW.
7     JUDGE INFANTE, ALTHOUGH HE'S VERY MUCH IN DEMAND AND
8  HE HAS A BUSY CALENDAR, WE CAN GET ON HIS CALENDAR AND HE MAKES
9  DECISIONS; SO WE'RE OPTIMISTIC NOW THAT WE ARE AT LAST GOING TO
10 BE ABLE TO MOVE FORWARD IN DISCOVERY.                           01:59
11    BUT THIS IS A CASE THAT, IF WE'RE LOOKING AT ALL OF
12 THE PLEADINGS AND ALL OF THE CLAIMS, COVER A VERY, VERY BROAD
13 SCOPE OF ACTIVITY. I DON'T THINK EITHER SIDE IS GRATUITOUSLY
14 REQUESTING --
15    THE COURT: AND I'M NOT SUGGESTING THAT, COUNSEL, BUT  02:00
16 I AM GOING TO PUT A LIMIT ON THEM, AND I DON'T LIKE TO JUST
17 COME UP WITH A NUMBER. I'D RATHER ONE BE SUGGESTED.
18    AT THIS POINT, YOU CERTAINLY HAVE TO HAVE SOME SENSE
19 OF GENERAL AREAS WHERE YOU'RE GOING TO HAVE EXPERT WITNESSES.
20 AN OUTER LIMIT OF THAT WOULD BE WHAT?                           02:00
21    INFINITY JUST DOESN'T WORK.
22    MR. QUINN: YOUR HONOR, I'M SURE WE COULD COME UP
23 WITH AN OUTER LIMIT. WE HAVE EVERYTHING FROM VARIOUS TYPES OF
24 MARKETING EXPERTS, TRADE SECRET EXPERTS, TO VALUING OF TRADE
25 SECRET INFORMATION; SEVERAL DIFFERENT CATEGORIES OF             02:00

```
 1   WITNESSES AND INTERROGATORIES AND THE LIKE.
 2            AS FAR AS 05-2727, THE JURY TRIAL DATE WILL BE
 3   JULY 1, 2008; THE HEARING ON ANY MOTIONS IN LIMINE WILL BE
 4   JUNE 23, 2008, 10:00 A.M.; THE FINAL PRE-TRIAL CONFERENCE WILL
 5   BE JUNE 2, 2008, 11:00 A.M.; THE LAST DATE TO CONDUCT A                02:18
 6   SETTLEMENT CONFERENCE IN THAT CASE WILL BE APRIL 21, 2008; THE
 7   LAST DATE FOR HEARING DISPOSITIVE MOTIONS IN THAT CASE WILL BE
 8   APRIL 7, 2008, 10:00 A.M.; DISCOVERY CUTOFF WILL BE MARCH 3,
 9   2008.
10            ANY FURTHER AMENDMENTS OR THE ADDITION OF PARTIES IN          02:19
11   EITHER OF THESE CASES IS GOING TO REQUIRE LEAVE OF COURT.
12            THESE ARE THE LIMITS I'M GOING TO PUT ON EXPERT
13   DEPOSITIONS AND INTERROGATORIES.  NOW, THESE LIMITS ARE -- I
14   DON'T WANT TO SAY THEY ARE SOFT LIMITS, BUT THEY ARE LIMITS
15   WHICH THE COURT WOULD CERTAINLY UNDERSTAND OR WOULD INVITE             02:20
16   COUNSEL TO SUBMIT A MOTION TO EXPAND, IF THERE'S REASON TO.
17   BUT I JUST WANT TO HAVE SOME PARAMETERS PLACED ON THIS AT THE
18   OUTSET.
19            AS FAR AS NONEXPERT DEPOSITIONS, I'M GOING TO LIMIT
20   EACH SIDE TO 24; SO THAT WILL BE A TOTAL OF 48 BETWEEN THE TWO         02:20
21   SIDES, WHICH WOULD HOPEFULLY CAPTURE MOST OF THE INDIVIDUALS
22   WHO HAVE SOME INFORMATION TO PROVIDE IN THIS CASE.  I'M GOING
23   TO LIMIT THE NUMBER OF EXPERT WITNESSES TO 20 ON EACH SIDE, AND
24   THEN THE TOTAL NUMBER OF INTERROGATORIES TO A TOTAL NUMBER OF
25   50 TO EACH SIDE.                                                       02:20
```

```
 1    AND THE RESOURCES THAT QUINN EMANUEL AND O'MELVENY & MYERS AND
 2    LITTLER ARE ALL DEVOTING TO THIS, THESE DATES ARE PRETTY FIRM;
 3    SO PLAN ACCORDINGLY.
 4              MR. JACOBY:  THANK YOU, YOUR HONOR.
 5              MR. QUINN:   THANK YOU, YOUR HONOR.                     02:23
 6              THE COURT:   ALL RIGHT.  GOOD LUCK.
 7
 8
 9
10
11
12
13
14
15
16
17                               CERTIFICATE
18
19    I HEREBY CERTIFY THAT PURSUANT TO SECTION 753, TITLE 28, UNITED
      STATES CODE, THE FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF
20    THE STENOGRAPHICALLY RECORDED PROCEEDINGS HELD IN THE ABOVE-
      ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE FORMAT IS IN
21    CONFORMANCE WITH THE REGULATIONS OF THE JUDICIAL CONFERENCE OF
      THE UNITED STATES.
22
23    [signature]                                  2-16-07
      THERESA A. LANZA, CSR, RPR                    DATE
24    FEDERAL OFFICIAL COURT REPORTER
25
```