```
 1                UNITED STATES DISTRICT COURT

 2               CENTRAL DISTRICT OF CALIFORNIA

 3                      EASTERN DIVISION

 4                           - - -

 5       HONORABLE STEPHEN G. LARSON, JUDGE PRESIDING

 6                           - - -

 7  MATTEL, INC.,                    )
                                     )
 8                   Plaintiff,      )
                                     )
 9           vs.                     )  No. CV 04-09049
                                     )
10  MGA ENTERTAINMENT, INC., ET. AL.,)
                                     )
11                   Defendants.     )
    _____)  Motions
12  AND CONSOLIDATED ACTIONS,        )
                                     )
13

14

15           REPORTER'S TRANSCRIPT OF PROCEEDINGS

16                   Riverside, California

17                Wednesday, February 11, 2009

18                        10:03 A.M.

19

20

21

22

23              THERESA A. LANZA, RPR, CSR
               Federal Official Court Reporter
24              3470 12th Street, Rm. 134
               Riverside, California  92501
25                    951-274-0844
                  WWW.THERESALANZA.COM
```

ednesday, February 11, 2009                    Mattel vs. MGA Entertainmen

Exhibit B - Page 8

```
 1  move forward.
 2          MR. ZELLER:  Thank you, Your Honor.
 3          THE COURT:  Thank you, counsel.
 4          MR. FRACKMAN:  I'm last, and I think I'll be the
 5  shortest.  On the issue of streamlining discovery, I've read              02:43
 6  the Court's prior orders concerning the number of depositions,
 7  for example, and I confess, I'm a bit confused.
 8          We would request from the Court that there be a
 9  reasonable limit placed on Phase 2 depositions.  I don't know
10  whether that comes to Your Honor or whether that goes to the             02:44
11  discover referee.
12          THE COURT:  In the first instance, that would go to
13  the discovery referee.  The limits that were placed were limits
14  that were placed on the earlier discovery phase.
15          To be clear again, I have placed no limits, no                    02:44
16  restrictions, other than what is set forth in the rules of
17  civil procedure and in local rule 37 on discovery from this
18  point until March 23rd.
19          If the parties wish to stipulate, they may.  If the
20  parties think that the Court needs to be involved in this in             02:44
21  the first instance, that needs to go to the Discovery Master.
22          MR. FRACKMAN:  I think we're prepared to follow the
23  federal rules, Your Honor.  Thank you.
24          THE COURT:  Very good.
25          MR. ZELLER:  I feel like I'm being more difficult at             02:44
```

ednesday, February 11, 2009                              Mattel vs. MGA Entertainment

Exhibit B - Page 9

```
 1  we'll go from there.
 2           MR. ZELLER:  Thank you.
 3           THE COURT:  Anything further?
 4           Thank you.  Good day.
 5
 6
 7
 8
 9
10                          CERTIFICATE
11
12  I hereby certify that pursuant to section 753, title 28, United
    States Code, the foregoing is a true and correct transcript of
13  the stenographically recorded proceedings held in the above-
    entitled matter and that the transcript page format is in
14  conformance with the regulations of the Judicial Conference of
    the United States.
15
16  _____          _____
    THERESA A. LANZA, CSR, RPR                       Date
17  Federal Official Court Reporter
18
19
20
21
22
23
24
25
```

ednesday, February 11, 2009                    Mattel vs. MGA Entertainmen

Exhibit B - Page 10