ORIGINAL

LODGED

| | |
|---|---|
| 1 | MELINDA HAAG (State Bar No. 132612) |
|   | mhaag@orrick.com |
| 2 | ANNETTE L. HURST (State Bar No. 148738) |
|   | ahurst@orrick.com |
| 3 | WARRINGTON S. PARKER III (State Bar No. 148003) |
|   | wparker@orrick.com |
| 4 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|   | The Orrick Building |
| 5 | 405 Howard Street |
|   | San Francisco, CA 94105-2669 |
| 6 | Telephone: +1-415-773-5700 |
|   | Facsimile: +1-415-773-5759 |
| 7 | |
| 8 | WILLIAM A. MOLINSKI (State Bar No. 145186) |
|   | wmolinski@orrick.com |
| 9 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|   | 777 South Figueroa Street, Suite 3200 |
| 10| Los Angeles, CA 90017 |
|   | Telephone: +1-213-629-2020 |
|   | Facsimile: +1-213-612-2499 |

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | Case No. CV 04-9049-SGL (RNBx) |
| Plaintiff, | Consolidated with: |
| | Case No. CV 04-9059 |
| v. | Case No. CV 05-2727 |
| MATTEL, INC., a Delaware corporation, | [~~PROPOSED~~] ORDER RE APPLICATION TO FILE UNDER SEAL |
| Defendant. | |
| | Judge: Hon. Stephen G. Larson |
| AND CONSOLIDATED ACTIONS | |

OHS West:260712396.1

[PROPOSED] ORDER RE APPLICATION TO FILE UNDER SEAL
CV 04-9049 SGL (RNBx)

The Court, having considered MGA Parties' application for an order to file under seal, and having found good cause to do so, it is HEREBY ORDERED that said application is GRANTED in its entirety.

The Clerk shall maintain under Seal the following documents:

1. **MGA'S MOTIONS (1) TO COMPEL MATTEL'S ATTENDANCE AT 30B6 DEPOSITION; (2) FOR PROTECTIVE ORDER REQUIRING ADVANCE DESIGNATION OF 30B6 WITNESSES; (3) TO DE-DESIGNATE DOCUMENT UNDER PROTECTIVE ORDER RELATED TO SUBJECT MATTER OF REQUESTED 30B6 TESTIMONY; AND (4) FOR SANCTIONS**

2. **Exhibit A to the DECLARATION OF ANNETTE L. HURST IN SUPPORT OF MGA PARTIES' MGA'S MOTIONS (1) TO COMPEL MATTEL'S ATTENDANCE AT 30B6 DEPOSITION; (2) FOR PROTECTIVE ORDER REQUIRING ADVANCE DESIGNATION OF 30B6 WITNESSES; (3) TO DE-DESIGNATE DOCUMENT UNDER PROTECTIVE ORDER RELATED TO SUBJECT MATTER OF REQUESTED 30B6 TESTIMONY; AND (4) FOR SANCTIONS**

3. **Exhibit B to the DECLARATION OF ANNETTE L. HURST IN SUPPORT OF MGA PARTIES' MGA'S MOTIONS (1) TO COMPEL MATTEL'S ATTENDANCE AT 30B6 DEPOSITION; (2) FOR PROTECTIVE ORDER REQUIRING ADVANCE DESIGNATION OF 30B6 WITNESSES; (3) TO DE-DESIGNATE DOCUMENT UNDER PROTECTIVE ORDER RELATED TO SUBJECT MATTER OF REQUESTED 30B6 TESTIMONY; AND (4) FOR SANCTIONS**

4. **Exhibit D to the DECLARATION OF ANNETTE L. HURST IN SUPPORT OF MGA PARTIES' MGA'S MOTIONS (1) TO COMPEL MATTEL'S ATTENDANCE AT 30B6 DEPOSITION; (2) FOR PROTECTIVE ORDER REQUIRING ADVANCE DESIGNATION OF 30B6 WITNESSES; (3) TO DE-DESIGNATE DOCUMENT UNDER PROTECTIVE ORDER RELATED TO SUBJECT MATTER OF REQUESTED 30B6 TESTIMONY; AND (4) FOR SANCTIONS**

1
2
3      **It is so ORDERED.**
4
5
6     Dated: Aug 19, 2009           *S.G. Larson*
7                                   Hon. Stephen G. Larson
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28