MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:   +1-415-773-5700
Facsimile:    +1-415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA  90017
Telephone:   +1-213-629-2020
Facsimile:    +1-213-612-2499

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>　　　　　Defendant. | Case No.  CV 04-9049-SGL (RNBx)<br><br>**PROOF OF SERVICE BY EMAIL TO COUNSEL** |
| AND CONSOLIDATED ACTIONS | |

OHS West:260700462.1

PROOF OF SERVICE

## PROOF OF SERVICE BY EMAIL TO COUNSEL

I am more than eighteen years old and not a party to this action.  My business address is Orrick, Herrington & Sutcliffe LLP, The Orrick Building, 405 Howard Street, San Francisco, California  94105-2669.  On August 21, 2009, I served the following document(s):

**MGA PARTIES' OPPOSITION TO MATTEL, INC.'S MOTION FOR LEAVE TO TAKE ADDITIONAL DEPOSITION; NOTICE AND CROSS-MOTION FOR PROTECTIVE ORDER ALTERING DEPOSITION LIMITS TO SET AN OVERALL HOURS LIMIT**

**[PROPOSED] ORDER RE MGA PARTIES' CROSS-MOTION FOR PROTECTIVE ORDER ALTERING DEPOSITION LIMITS TO SET AN OVERALL HOURS LIMIT**

**DECLARATION OF ANNETTE L. HURST ISO MGA PARTIES' OPPOSITION TO MATTEL, INC.'S MOTION FOR LEAVE TO TAKE ADDITIONAL DEPOSITION; NOTICE AND CROSS-MOTION FOR PROTECTIVE ORDER ALTERING DEPOSITION LIMITS TO SET AN OVERALL HOURS LIMIT**

**DECLARATION OF YAS RAOUF ISO MGA PARTIES' OPPOSITION TO MATTEL, INC.'S MOTION FOR LEAVE TO TAKE ADDITIONAL DEPOSITION; NOTICE AND CROSS-MOTION FOR PROTECTIVE ORDER ALTERING DEPOSITION LIMITS TO SET AN OVERALL HOURS LIMIT**

**APPLICATION TO FILE UNDER SEAL**

**[PROPOSED] ORDER**

**NOTICE OF MANUAL FILING**

I served copies of said papers on August 21, 2009 by attaching them to an email addressed to:

> **Jon Corey**
> joncorey@quinnemanuel.com

OHS West:260700462.1                                                  - 1 -                                                            PROOF OF SERVICE

1  **Jason Russell**
   jason.russell@skadden.com

2

3  **Todd Gordinier**
   todd.gordinier@bingham.com

4

5  **Peter Villar**
   peter.villar@bingham.com

6

7  **Mark Overland**
   moverland@scheperkim.com

8

9  **Alexander Cote**
   acote@scheperkim.com

10

11  I declare under penalty of perjury that the foregoing is true and correct.

12  Executed on August 21, 2009, at San Francisco, California.

13

14                                    */s/ Yas Raouf*
                                      Yas Raouf

15

16

17

18

19

20

21

22

23

24

25

26

27

28

OHS West:260700462.1                - 2 -                    PROOF OF SERVICE