MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone: +1-415-773-5700
Facsimile: +1-415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: +1-213-629-2020
Facsimile: +1-213-612-2499

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 SGL (RNBx)<br><br>Consolidated with: Case No. CV 04-9059 and Case No. CV 05-2727<br><br>**DISCOVERY MATTER**<br>[To Be Heard by Discovery Master Robert O'Brien]<br><br>**CERTIFICATE OF SERVICE**<br><br>Date: TBD<br>Time: TBD<br>Courtroom: TBD<br><br>**Phase 2**<br>Discovery Cutoff: December 11, 2009<br>Pretrial Conference: March 1, 2010<br>Trial Date: March 23, 2010 |

# PROOF OF SERVICE

I, Maggie St. Germain, declare:

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, 777 South Figueroa Street, Suite 3200, Los Angeles, California 90017-5855.

On August 21, 2009, I served the following document:

**SECOND SUPPLEMENTAL DECLARATION OF WILLIAM A. MOLINSKI IN SUPPORT OF MGA'S OPPOSITION TO MATTEL, INC.'S MOTION TO COMPEL MGA MEXICO TO PRODUCE DOCUMENTS AND THINGS IN RESPONSE TO MATTEL'S FIRST, SECOND AND THIRD SETS OF REQUESTS FOR PRODUCTION TO MGA MEXICO**

☐ By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐ By depositing a true and correct copy of the document(s) listed above with Fed Ex in Los Angeles, California, enclosed in a sealed envelope.

☒ (by Electronic Mail), I caused such documents to be transmitted by electronic mal to the offices of the addressee.

## SEE ATTACHED SERVICE LIST

I am employed in the county from which the mailing occurred. On the date indicated above, I placed the sealed envelope(s) for collection and mailing at this firm's office business address indicated above. I am readily familiar with this firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the firm's correspondence would be deposited with the United States Postal Service on this same date with postage thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 21, 2009, at Los Angeles, California.

_____
Maggie St. Germain

OHS West:260712253.1                    - 1 -

# PHASE 2 DISCOVERY SERVICE LIST

<u>Counsel for Mattel, Inc.</u>
John B. Quinn, Esq.
johnquinn@quinnemanuel.com
Michael T. Zeller, Esq.
michaelzeller@quinnemanuel.com
Jon D. Corey, Esq.
joncorey@quinnmanuel.com
QUINN EMANUEL, URQUHART OLIVER & HEDGES, LLP
863 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543

<u>Discovery Master</u>
Robert C. O'Brien, Esq.
obrien.robert@arentfox.com
Drew Hansen, Esq.
Hansen.drew@arentfox.com
Arent Fox LLP
555 West Fifth Street
Suite 4800
Los Angeles, CA 990013

<u>Counsel for Carlos Gustavo Machado Gomez</u>
Mark E. Overland, Esq.
moverland@scheperkim.com
Alexander H. Cote, Esq.
acote@scheperkim.com
SCHEPER KIM & OVERLAND LLP
601 W. 5th Street, 12th Floor
Los Angeles, CA  90017
Telephone: (213) 613-4655
Facsimile:   (213) 613-4656

<u>Counsel for Limited Intervenor, Omni 808 Investors LLC</u>
Todd E. Gordinier, Esq.
todd.gordinier@bingham.com
Peter Villar, Esq.
peter.villar@bingham.com
BINGHAM MCCUTCHEN LLP
600 Anton Blvd., 18th Floor

1 | Costa Mesa, CA  92626
2 | Telephone:  (714) 830-0600
  | Facsimile:  (714) 830-0700
3 |
4 | Additional Counsel:
  | Jason D. Russell, Esq.
5 | jason.russell@skadden.com
  | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
6 | 300 South Grand Ave., Suite 3400
  | Los Angeles, CA 90071-3144
7 | Telephone:  (213) 687-5000
  | Facsimile:   (213) 687-5600
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28