MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:   +1-415-773-5700
Facsimile:   +1-415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA  90017
Telephone:   +1-213-629-2020
Facsimile:   +1-213-612-2499

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>　　　　Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No.  CV 04-9049-SGL (RNBx)<br><br>**PROOF OF SERVICE BY MAIL TO COUNSEL** |

OHS West:260702471.1                                                                                      PROOF OF SERVICE

## PROOF OF SERVICE BY MAIL

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, The Orrick Building, 405 Howard Street, San Francisco, California 94105-2669. On August 21, 2009, I served the following document(s):

**MGA PARTIES' OPPOSITION TO MATTEL, INC.'S MOTION FOR LEAVE TO TAKE ADDITIONAL DEPOSITION; NOTICE AND CROSS-MOTION FOR PROTECTIVE ALTERING DEPOSITION LIMITS TO SET AN OVERALL HOURS LIMIT**

**[PROPOSED] ORDER RE MGA PARTIES' CROSS-MOTION FOR PROTECTIVE ORDER ALTERING RULE 30 DEPOSITION LIMITS BY SETTING AN HOURS LIMIT**

**DECLARATION OF ANNETTE L. HURST ISO MGA PARTIES' OPPOSITION TO MATTEL, INC.'S MOTION FOR LEAVE TO TAKE ADDITIONAL DEPOSITION; NOTICE AND CROSS-MOTION FOR PROTECTIVE ALTERING DEPOSITION LIMITS TO SET AN OVERALL HOURS LIMIT**

**DECLARATION OF YAS RAOUF ISO MGA PARTIES' OPPOSITION TO MATTEL, INC.'S MOTION FOR LEAVE TO TAKE ADDITIONAL DEPOSITION; NOTICE AND CROSS-MOTION FOR PROTECTIVE ALTERING DEPOSITION LIMITS TO SET AN OVERALL HOURS LIMIT**

**APPLICATION TO FILE UNDER SEAL**

**[PROPOSED] ORDER**

**NOTICE OF MANUAL FILING**

on the interested parties in this action by placing true and correct copies thereof in sealed envelope(s) addressed as follows:

Jason Russell
Skadden Arps Slate Meagher & Flom LLP

1
2
    300 South Grand Avenue, Suite 3400
    Los Angeles, CA 90071

3
4
5
6
    Todd Gordinier
    Peter Villar
    Bingham McCutchen LLP
    600 Anton Boulevard, 18th Floor
    Costa Mesa, CA 92626

7
8
9
10
    Mark Overland
    Alexander Cote
    Scheper Kim & Overland LLP
    One Bunker Hill
    601 West Fifth Street, 12th Floor
    Los Angeles, CA 90071

11      I am employed in the county from which the mailing occurred. On the
12  date indicated above, I placed the sealed envelope(s) for collection and mailing at
13  this firm's office business address indicated above. I am readily familiar with this
14  firm's practice for the collection and processing of correspondence for mailing with
15  the United States Postal Service. Under that practice, the firm's correspondence
16  would be deposited with the United States Postal Service on this same date with
17  postage thereon fully prepaid in the ordinary course of business.

18      I declare under penalty of perjury that the foregoing is true and correct.
19      Executed on August 21, 2009, at San Francisco, California.

20
21
22
                        */s/ Rica Rivera*
                           Rica Rivera

23
24
25
26
27
28

OHS West:260702471.1     - 2 -     PROOF OF SERVICE