QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09039<br>Case No. CV 05-02727<br><br>**PROOF OF SERVICE** |

00505.07975/3060788.1

PROOF OF SERVICE

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On August 20, 2009, I served true copies of the following document(s) described as

1) **APPLICATION TO FILE UNDER SEAL REPLY IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL FURTHER DEPOSITION OF RONALD BRAWER, AND TO OVERRULE INSTRUCTIONS NOT TO ANSWER; AND EXHIBITS 1-6, 9, 11-12, 17-18, 26 and 27 TO THE SUPPLEMENTAL DECLARATION OF SCOTT L. WATSON IN SUPPORT THEREOF**

2) **[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL REPLY IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL FURTHER DEPOSITION OF RONALD BRAWER, AND TO OVERRULE INSTRUCTIONS NOT TO ANSWER; AND EXHIBITS 1-6, 9, 11-12, 17-18, 26 and 27 TO THE SUPPLEMENTAL DECLARATION OF SCOTT L. WATSON IN SUPPORT THEREOF**

on the parties in this action as follows:

| | |
|---|---|
| Skadden, Arps, Slate, Meagher & Flom LLP<br>  Thomas J. Nolan, Esq.<br>  Jason Russell, Esq.<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA  90071<br>  tnolan@skadden.com<br>  jrussell@skadden.com | **Attorneys for** *the MGA Parties*<br><br><br><br>**Telephone:** 213-687-5000<br>**Facsimile:** 213-687-5600 |
| Scheper, Kim & Overland, LLP<br>  Mark E. Overland, Esq.<br>  Alexander H. Cote, Esq.<br>601 West Fifth Street, 12th Floor<br>Los Angeles, CA 90071<br>  moverland@scheper.com | **Attorneys for** *Carlos Gustavo Machado Gomez* |
| Orrick, Herrington & Sutcliffe, LLP<br>  Melinda Haag, Esq. | **Attorneys for** *the MGA Parties* |

00505.07975/3063111.1

- 1 -

Case No. CV 04-9049 SGL (RNBx)
PROOF OF SERVICE

| | |
|---|---|
| 1  Annette L. Hurst, Esq.<br>2  Warrington S. Parker III, Esq.<br>   The Orrick Building<br>3  405 Howard Street<br>4  San Francisco, CA 94105<br>     mhaag@orrick.com<br>5    ahurst@orrick.com<br>     wparker@orrick.com<br>6 | |
| 7  Orrick, Herrington & Sutcliffe, LLP<br>8    William A. Molinski, Esq.<br>   777 South Figueroa Street, Suite 3200<br>9  Los Angeles, CA 90017<br>     wmolinski@orrick.com<br>10 | **Attorneys for *the MGA Parties*** |
| 11 Bingham McCutchen LLP<br>12   Todd E. Gordinier, Esq.<br>     Peter N. Villar, Esq.<br>13 600 Anton Boulevard, 18th Floor<br>14 Costa Mesa, CA 92626-1924<br>     todd.gordinier@bingham.com<br>15   peter.villar@bingham.com | **Attorneys for *the Omni 808 Investors, LLC*** |

**BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

Executed on August 20, 2009, at Los Angeles, California.

Shanda L. Conners