MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1-415-773-5700
Facsimile: +1-415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: +1-213-629-2020
Facsimile: +1-213-612-2499

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 SGL (RNBx)<br>**DISCOVERY MATTER**<br><br>[To Be Heard By Discovery Master Robert C. O'Brien]<br>Consolidated with:<br>CV 04-9059<br>CV 05-2727<br>**NOTICE OF LODGING ISO MGA PARTIES' SUPPLEMENTAL ARGUMENTS IN SUPPORT OF MOTION FOR RECONSIDERATION OF ORDER NO. 42 REGARDING IN CAMERA REVIEW OF DOCUMENTS PROTECTED BY ATTORNEY-CLIENT PRIVILEGE** |

NOTICE OF LODGING ISO SUPP'L ARGUMENTS RE MTN.
FOR RECONSIDERATION, ORDER NO. 42
CV 04-9049 SGL (RNBx)

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE that MGA Parties hereby lodge the following documents with the Clerk of the Court in support of their Supplemental Arguments In Support of Motion for Reconsideration Of Order No. 42 Regarding In Camera Review of Documents Protected by Attorney-Client Privilege:

1. Mattel, Inc's Notice of Conditional Cross-Appeal.

Dated: August 18, 2009

WARRINGTON S. PARKER III
ORRICK, HERRINGTON & SUTCLIFFE LLP

By: /s/ Warrington S. Parker III
Warrington S. Parker III
Attorneys for MGA Parties

**EXHIBIT A**

1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   John B. Quinn (Bar No. 090378)
2  (johnquinn@quinnemanuel.com)
   Michael T. Zeller (Bar No. 196417)
3  (michaelzeller@quinnemanuel.com)
   Jon D. Corey (Bar No. 185066)
4  (joncorey@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
6  Facsimile: (213) 443-3100

7  Attorneys for Mattel, Inc.

8

9            UNITED STATES DISTRICT COURT

10           CENTRAL DISTRICT OF CALIFORNIA

11                  EASTERN DIVISION

| | |
|---|---|
| 12  CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| 13  Plaintiff, | Consolidated with<br>Case No. CV 04-09059 |
| 14  vs. | Case No. CV 05-02727 |
| 15  MATTEL, INC., a Delaware corporation, | Hon. Stephen G. Larson |
| 16  Defendant. | **MATTEL, INC.'S NOTICE OF CONDITIONAL CROSS-APPEAL** |
| 17  AND CONSOLIDATED ACTIONS | |

1  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:
2    PLEASE TAKE NOTICE THAT Cross-Claimant Mattel, Inc. ("Mattel") hereby
3  conditionally cross-appeals to the United States Court of Appeals for the Ninth Circuit
4  from the following orders dated December 3, 2008, as amended by orders dated
5  January 7, 2009, April 27, 2009, and May 21, 2009, by the United States District Court
6  for the Central District of California (respectively, the "December 3 Injunctive Orders",
7  "January 7 Injunctive Order", "April 27 Injunctive Order" and "May 21 Injunctive
8  Order"), to the extent such orders are appealable:
9    (1) "Order Granting Mattel, Inc.'s Motion for Permanent Injunction" (C.R.
10 4443), dated December 3, 2008;
11   (2) "Order Granting Declaratory Judgment" (C.R. 4442), dated December 3,
12 2008;
13   (3) "Order Granting Mattel's Motion for Constructive Trust and For Finding
14 Liability and Injunctive Relief Pursuant to Cal. Bus. & Prof. Code § 17200" (C.R.
15 4441), dated December 3, 2008;
16   (4) Minute Order (C.R. 4439) re, *inter alia*, "Order Finding In Favor of Mattel
17 As to The MGA Parties' Affirmative Defenses"; "Order Granting Mattel's Motion for
18 Declaratory Judgment"; "Order Granting Mattel's Motion for Constructive Trust and
19 § 17200 Injunctive Relief"; "Order Granting Mattel's Motion for Permanent
20 Injunction," etc., dated December 3, 2008.
21   PLEASE FURTHER TAKE NOTICE THAT Mattel also hereby conditionally
22 cross-appeals to the United States Court of Appeals for the Ninth Circuit from the
23 following orders, to the extent such orders are appealable:
24   (5) Minute Order (C.R. 4657) re: *inter alia*, "Order Modifying Stay of Permanent
25 Injunction," etc., dated January 7, 2009;
26   (6) Minute Order (C.R. 5273) re: *inter alia*, "Order Denying Mattel's Motion for
27 Judgment as a Matter of Law"; "Order Granting in Part and Denying in Part MGA's
28 Motion for Judgment as a Matter of Law"; "Order Amending in Part Order re Finding

1  of Liability Pursuant to Cal. Bus. & Profs. Code § 17200"; "Order Granting in Part and
2  Denying in Part MGA's Motion for Remittitur"; "Order Lifting Stay on Permanent
3  Injunction"; "Order for Accounting of Bratz Profits", dated April 27, 2009; and

4  (7) Minute Order (C.R. 5565) re: *inter alia*, "Order Denying Ex Parte
5  Application for Stay Pending Appeal" and "Order re: Expiration of Temporary
6  Receivership and Order Appointing MGA Monitor", dated May 21, 2009.

7  PLEASE FURTHER TAKE NOTICE THAT Mattel also hereby conditionally
8  cross-appeals to the United States Court of Appeals for the Ninth Circuit from the
9  following interlocutory orders, and any related interlocutory orders, to the extent they
10 are inextricably intertwined with the Court's December 3 Injunctive Orders, January 7
11 Injunctive Order, April 27 Injunctive Order, and May 21 Injunctive Order and are for
12 that reason appealable:

13 (8) The Court's August 15, 2008 order sealing certain documents and "strik[ing]
14 them from its consideration of the evidence, both during the trial and, of course, *in any*
15 *third phase where the Court must consider the equitable defenses.*" *See* Reporter's
16 Transcript, August 15, 2008, pages 7656-7657 (emphasis added).

17 (9) The Court's June 20, 2008 Minute Order (C.R. 4014) denying Mattel's
18 Motion to Compel Production of Communications Made in Furtherance of Crimes and
19 Frauds.

20 (10) The Court's July 2, 2008 Order denying the Motion of Plaintiff Mattel, Inc.
21 for Order Compelling Production of Communications as to Which MGA Has Waived
22 the Attorney-Client Privilege. *See* Reporter's Transcript, July 2, 2008, page 4066.

23 This cross-appeal is conditional in nature. That is, the issues to be raised by
24 Mattel on cross-appeal would need to be decided by the Ninth Circuit only in the event
25 that the separate appeal of MGA Entertainment, Inc., MGA Entertainment (HK)

1 | Limited, and Isaac Larian (the "MGA Parties") were to result in a vacatur, reversal,
2 | and/or remand of any of the above-described orders (1)-(7).[1]
3 |     Copies of these orders (minus any attachments thereto) are attached as Exhibits
4 | A-J hereto.

6 | DATED: May 27, 2009      QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ *Michael T. Zeller*
Michael T. Zeller
Attorneys for Mattel, Inc.

---

[1] Moreover, it is well settled that an appellee "may argue an alternative ground for affirming a district court judgment without taking a cross-appeal." *Francisco Jose Rivero v. City and County of San Francisco*, 316 F.3d 857, 862 (9th Cir. 2002). Mattel expressly reserves in full its right to raise, in support of the orders appealed by the MGA Parties, any alternative grounds that are supported by the district court record.

07975/2947408.1

-3-

MATTEL'S NOTICE OF CONDITIONAL CROSS-APPEAL

Name & Address:
Annette Hurst (SB148738)
Warrington S. Parker III (SB # 148003)
ORRICK HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| CARTER BRYANT, an individual | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CV 04-9049 SGL (RNBx) |
| v. | |
| MATTEL, INC., a Delaware Corporation | NOTICE OF MANUAL FILING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**

1. Notice of Lodging ISO MGA Parties' Supp. Arguments In Support of Mtn for Reconsideration of Order No. 42 Re In Camera Review of Docs Protected by Attorney-Client Privilege;
2. Mattel, Inc.'s Notice of Conditional Cross-Appeal

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☑ Other (see Document List above)

**Reason:**

☑ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☐ Manual Filing required (*reason*):

| August 18, 2009 | /s/ Warrington S. Parker III |
|---|---|
| Date | Attorney Name |
| | MGA Parties |
| | Party Represented |

Note: File one Notice in each case, each time you manually file document(s).

G-92 (03/09)  NOTICE OF MANUAL FILING