QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>[PROPOSED] ORDER GRANTING MATTEL, INC.'S *EX PARTE* APPLICATION FOR LEAVE TO FILE FIFTEEN PAGE REPLY BRIEF IN SUPPORT OF MOTION TO MODIFY SCHEDULING ORDER<br><br>**Phase 2**<br>Discovery Cut-off:  December 11, 2009<br>Pre-trial Conference:  March 1, 2010<br>Trial Date:  March 23, 2010 |

07975/3068671.1

[PROPOSED] ORDER

1
2 [PROPOSED] ORDER
3
4      Based on Mattel, Inc.'s *Ex Parte* Application for Leave to File Fifteen
5 Page Reply Brief in Support of Motion to Modify Scheduling Order, and good cause
6 appearing therefor,
7      IT IS HEREBY ORDERED:
8      Mattel's Application is GRANTED, and the Reply in Support of Mattel,
9 Inc.'s Motion to Modify Scheduling Order may be up to fifteen pages in length.
10
11
12 DATED:            , 2009  _____
                             Hon. Stephen G. Larson
13                           United States District Judge