Name & Address:
PETER N. VILLAR (SBN 204038)
Bingham McCutchen LLP
600 Anton Blvd., 18th Floor
Costa Mesa, CA  92626
(714) 830-0600
Email: peter.villar@bingham.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Carter Bryant, <br><br> PLAINTIFF(S) <br> v. <br> Mattel, Inc., <br><br> DEFENDANT(S). | CASE NUMBER: <br><br> CV 04-9049 SGL (RNBx) <br><br> **NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**

Application to File Under Seal; [Proposed] Order to File Under Seal; Notice of Motion and Motion to Quash and/or for Protective Order Re Subpoena Issued by Mattel, Inc. to Non-Party Attorney Peter Carson; Memorandum of Points and Authorities in Support; Declaration of Peter N. Villar

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☐ Other

**Reason:**

☑ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☐ Manual Filing required (*reason*):

August 24, 2009
Date

Peter N. Villar
Attorney Name

Non-Party BINGHAM MCCUTCHEN LLP
Party Represented

Note:  File one Notice in each case, each time you manually file document(s).