QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>              Plaintiff,<br><br>     vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>              Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09039<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>**[To be heard by Discovery Master Robert C. O'Brien]**<br><br>MATTEL, INC.'S OBJECTIONS TO THE SECOND SUPPLEMENTAL DECLARATION OF WILLIAM A. MOLINSKI IN SUPPORT OF MGA'S OPPOSITION TO MATTEL'S MOTION TO COMPEL MGA MEXICO TO PRODUCE DOCUMENTS AND THINGS IN RESPONSE TO MATTEL'S FIRST, SECOND AND THIRD SETS OF REQUESTS FOR PRODUCTION TO MGA MEXICO<br><br>Date:  TBD<br>Time:  TBD<br>Place:  Arent Fox LLP<br><br>**Phase 2:**<br>Disc. Cut-off:   Dec. 11, 2009<br>Pre-trial Con.:  Mar. 1, 2010<br>Trial Date:      Mar. 23, 2010 |

1        Mattel apologizes for having to respond to MGA's serial supplemental
2 filings -- which MGA made only after the Discovery Master took the hearing on
3 Mattel's motion off-calendar and the motions were deemed submitted -- but
4 respectfully believes that a correct record is necessary here.  Accordingly, Mattel
5 submits the following Objections to the Second Supplemental Declaration of
6 William A. Molinski, served on August 21, 2009, in Support of MGA's Opposition
7 to Mattel's Motion to Compel MGA Mexico to Produce Documents and Things in
8 Response to Mattel's First, Second and Third Sets of Requests for Production to
9 MGA Mexico (the "Declaration").

10     1.     The statements in the Declaration are not consistent with MGA's
11 claims to Judge Larson in its Opposition to Mattel's Motion to Modify the
12 Scheduling Order that was filed last Monday (and less than four days before the
13 Declaration was served).  Contrary to the Declaration's apparent suggestion that
14 responsive documents from MGA Mexico already have been produced, MGA
15 represented to Judge Larson that "[a]dditional documents have been collected from
16 MGA de Mexico and are in the process of being reviewed and produced," plainly
17 confirming that such documents have yet to be produced.  See MGA Parties'
18 Opposition to Mattel's Motion to Modify Scheduling Order, dated August 17, 2009,
19 at 6:25-26.

20     2.     To the extent that the Declaration is intended to suggest that any
21 documents from MGA Mexico's files were previously included in whole or in part
22 in MGA's prior productions, such commingling without identification of their source
23 is itself improper and indeed supports Mattel's motions to compel because whose
24 possession the documents were in can make a substantive difference when proving
25 liability.  E.g., Topalian v. Ehrman, 1996 WL 248995, *3 (5th Cir. 1996) (affirming
26 imposition of sanctions against party in part for making document productions
27 commingling documents by separate plaintiffs).  This is particularly so in this case,
28 where MGA Mexico's possession of documents such as Mattel's trade secrets

1 would itself be an operative fact of liability—at a minimum, who has which
2 documents is material information.
3       3.      The Declaration is not subscribed and dated under penalty of perjury
4 and therefore is inadmissible. 28 U.S.C. 1746 (declarations must be "subscribed by
5 [the declarant], as true under penalty of perjury, and dated…." ).

DATED: August 24, 2009           QUINN EMANUEL URQUHART OLIVER &
                                 HEDGES, LLP


                                 By /s/ Marshall M. Searcy III
                                    Marshall M. Searcy III
                                    Attorneys for Mattel, Inc.

07975/3069126.1

-2-
OBJECTIONS TO THE SECOND SUPPLEMENTAL MOLINSKI DECLARATION