ORIGINAL

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09039<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>APPLICATION TO FILE UNDER SEAL:<br><br>MATTEL, INC.'S REPLY IN SUPPORT OF REQUEST FOR CLARIFICATION OF JUNE 15, 2009 ORDER REGARDING THE ESCROW OF BRATZ PROFITS<br><br>[Proposed Order filed concurrently herewith] |

07975/3068957.1

APPLICATION TO FILE UNDER SEAL

## Application to File Under Seal

Pursuant to <u>Local Rule</u> 79-5.1 and the Stipulated Protective Order entered by the Court in this action, plaintiff Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal Mattel's Reply Memorandum in Support of Request for Clarification of June 15, 2009 Order Regarding the Escrow of Bratz Profits.

Mattel's Reply Memorandum discusses or quotes certain documents or subjects that the parties have designated as "Confidential" and/or "Confidential-Attorneys' Eyes Only" pursuant to the Protective Order. As these materials have been designated by the parties as "Confidential" and/or "Confidential-Attorneys' Eyes Only," Mattel requests that the Court order that the these materials be filed under seal.

In the alternative, Mattel requests that the Court declare these materials be outside the definition of "Confidential" and/or "Confidential-Attorneys' Eyes Only" as contained in the Stipulated Protective Order and order it to be lodged as part of the public record.

DATED: August 24, 2009

QUINN EMANUEL URQUHART OLIVER & HEDGES. LLP

By /s/ B. Dylan Proctor
B. Dylan Proctor
Attorneys for Mattel, Inc.