ORIGINAL

1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
    John B. Quinn (Bar No. 090378)
2   (johnquinn@quinnemanuel.com)
    Michael T. Zeller (Bar No. 196417)
3   (michaelzeller@quinnemanuel.com)
    Jon D. Corey (Bar No. 185066)
4   (joncorey@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California  90017-2543
   Telephone:  (213) 443-3000
6  Facsimile:  (213) 443-3100

7  Attorneys for Mattel, Inc.

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                   EASTERN DIVISION

11 | CARTER BRYANT, an individual,      | CASE NO. CV 04-9049 SGL (RNBx)
12 |            Plaintiff,               | Consolidated with
   |                                     | Case No. CV 04-09059
13 |     vs.                             | Case No. CV 05-02727
14 | MATTEL, INC., a Delaware            | Hon. Stephen G. Larson
   | corporation,                        |
15 |                                     | APPLICATION TO FILE UNDER SEAL
   |            Defendant.               | REPLY IN SUPPORT OF MATTEL, INC.'s
16 |                                     | MOTION TO MODIFY SCHEDULING
   |                                     | ORDER; THE SUPPLEMENTAL
17 | AND CONSOLIDATED ACTIONS            | DECLARATION OF MICHAEL T.
   |                                     | ZELLER IN SUPPORT THEREOF; AND
18 |                                     | EXHIBITS 4, 15, 17, 21, 30, 31, 41, 42, 44-
   |                                     | 46, AND 51 ATTACHED THERETO

19  [[Proposed] Order Filed Concurrently Herewith]

20  **Phase 2**
21  Discovery Cut-off:  December 11, 2009
    Pre-trial Conference:  March 1, 2010
22  Trial Date:  March 23, 2010

23

24

25

26

27

28

00505.07975/3069141.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

|   |   |
|---|---|
| 1 | Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order |
| 2 | entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully |
| 3 | requests that the Court order filed under seal the Reply In Support of Mattel, Inc.'s |
| 4 | Motion to Modify Scheduling Order (the "Reply"), the Supplemental Declaration of |
| 5 | Michael T. Zeller in support thereof and Exhibits 4, 15, 17, 21, 30, 31, 41, 42, 44- |
| 6 | 46, and 51 attached thereto ("Supplemental Zeller Declaration"). |

The Reply quotes from documents that Mattel, the MGA Parties, the Discovery Master, and third parties have designated as "Confidential" or "Confidential -- Attorney's Eyes Only" pursuant to the Protective Order. The Supplemental Zeller Declaration quotes from and attaches documents that Mattel, the MGA Parties, the Discovery Master, and third parties have designated as "Confidential" or "Confidential -- Attorney's Eyes Only" pursuant to the Protective Order. Accordingly, Mattel requests that the Court order that the Reply and the Supplemental Zeller Declaration be filed under seal.

DATED: August 24, 2009

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Michael T. Zeller
    Michael T. Zeller
    Attorneys for Mattel, Inc.