1  MELINDA HAAG (State Bar No. 132612)
   mhaag@orrick.com
2  ANNETTE L. HURST (State Bar No. 148738)
   ahurst@orrick.com
3  WARRINGTON S. PARKER III (State Bar No. 148003)
   wparker@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
5  405 Howard Street
   San Francisco, CA 94105
6  Telephone:  +1-415-773-5700
   Facsimile:  +1-415-773-5759
7
   WILLIAM A. MOLINSKI (State Bar No. 145186)
8  wmolinski@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
9  777 South Figueroa Street, Suite 3200
   Los Angeles, CA  90017
10 Telephone:  +1-213-629-2020
   Facsimile:  +1-213-612-2499
11
   Attorneys for MGA Parties

12

13                    UNITED STATES DISTRICT COURT

14                   CENTRAL DISTRICT OF CALIFORNIA

15                          EASTERN DIVISION

16 | CARTER BRYANT, an individual | Case No. CV 04-9049 SGL (RNBx)
17 | Plaintiff, | Consolidated with:
   |  | CV 04-9059
18 | v. | CV 05-2727
19 | MATTEL, INC., a Delaware Corporation | MGA PARTIES' OPPOSITION TO MATTEL'S EX PARTE APPLICATION FOR LEAVE TO FILE OVERLENGTH REPLY BRIEF
20 |  |
21 | Defendant. |
   |  | Date: TBD
22 |  | Time: TBD
   | AND CONSOLIDATED ACTIONS | Dep't: TBD
23 |  |
   |  | Hon. Stephen G. Larson
24

25

26                                   Phase 2
                                     Discovery Cutoff:  Dec. 11, 2009
27                                   Pretrial Conf.:    Mar. 1, 2010
                                     Trial:             Mar. 23, 2010
28

OPPOSITION TO EX PARTE APPLICATION

Plaintiff and Counter-Defendant MGA Entertainment, Inc., as well as Counter-Defendants Isaac Larian, MGAE de Mexico S.R.L. de C.V., and MGA Entertainment (HK) Ltd. (collectively, "MGA Parties") hereby submit this Opposition to Mattel's Ex Parte Application for Leave to File Fifteen Page Reply Brief in Support of Motion to Modify Scheduling Order ("Application" or "App.").

1. Mattel's motion sought a trial continuance of eight months and it failed to discuss the governing Ninth Circuit case law and particular standards regarding trial continuances, instead relying solely on Federal Rule of Civil Procedure 16(b)(4).

2. MGA's opposition to the motion was slightly over seventeen pages long, and its request that any lengthy continuance be granted solely for purposes of a stay pending Ninth Circuit review was less than a page.

3. Mattel now seeks leave to file a reply brief almost as long as the opposition brief. The reply brief makes new arguments that Mattel failed to make in its opening brief in an effort to meet a legal standard that it completely ignored. This is fundamentally unfair.

4. When Mattel requested that MGA agree to five additional pages for its reply brief, Mattel offered only a single reason: that MGA's request for a stay required extra pages. *See* Exhibit A attached. Now Mattel claims that it also needs the extra pages to respond to a legal argument regarding the standard governing the Motion. Since Mattel got the standard for trial continuances wrong in the first place, it should not be permitted an overlength reply to correct it. Moreover, even were Mattel correct about the governing standard as it asserts, a ten-page reply should be more than sufficient to address a motion for a trial continuance. Many complex issues have been brief in this case within the presumptive page limits. A trial continuance is not the sort of thing that ordinarily requires extended discussion, and especially not in a reply brief where the risk of sandbagging is

1  apparent.

2      5.    For all of the foregoing reasons, the Ex Parte Application for leave to
3  file an overlength reply brief should be denied.

4  Dated: August 25, 2009        Respectfully submitted,

5          ORRICK, HERRINGTON & SUTCLIFFE LLP

7          By:  /s/ Annette L. Hurst
8              Annette L. Hurst
            Attorneys for MGA Parties

## CERTIFICATE OF SERVICE

I, Janet Kirk, declare:

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, 405 Howard Street, San Francisco, CA 94105.

I hereby certify that on August 25, 2009, I electronically filed the following document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties listed below and all parties who are part of the CM/ECF system for this matter:

MGA PARTIES' OPPOSITION TO MATTEL'S EX PARTE APPLICATION FOR LEAVE TO FILE OVERLENGTH REPLY BRIEF

SEE ATTACHED SERVICE LIST

I declare under penalty of perjury that the foregoing is true and correct and that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 25, 2009, at San Francisco, California.

/s/ Janet Kirk
Janet Kirk

- 1 -

Service List

Counsel for Mattel. Inc.
Michael T. Zeller, Esq.
michaelzeller@quinnemanuel.com
Brett D. Proctor
dylanproctor@quinnemanuel.com
QUINN EMANUÉL URQUHART OLIVER & HEDGES, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA  90017-2543
Telephone: (213) 443-3000
Facsimile:  (213) 443-3100

Counsel for Carlos Gustavo Machado Gomez
Mark E. Overland, Esq.
moverland@ scheperkim.com
Alexander H. Cote, Esq.
acote@ scheperkim.com
SCHEPER KIM & OVERLAND LLP
601 W. 5th Street, 12th Floor
Los Angeles, CA  90017
Telephone:  (213) 613-4655
Facsimile:   (213) 613-4656

Attorneys for Patrick A. Fraioli, Jr., Monitor
Patrick A. Fraioli, Jr., Esq.
pfraioli@ecjlaw.com
Byron Z. Moldo, Eq.
bmoldo@ecjlaw.com
David Seror, Esq.
dseror@ecjlaw.com
Peter A. Davidson, Esq.
pdavidson@ecjlaw.com
ERVIN COHEN & JESSUP LLP
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974
Telephone:  (310) 273-6333
Facsimile:   (310) 859-2325

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

<u>Counsel for Limited Intervenor, Omni 808 Investors LLC</u>
Todd E. Gordinier, Esq.
todd.gordinier@bingham.com
BINGHAM MCCUTCHEN LLP
600 Anton Blvd., 18th Floor
Costa Mesa, CA  92626
Telephone:   (714) 830-0600
Facsimile:    (714) 830-0700

<u>Additional Counsel:</u>

Jason D. Russell, Esq.
jason.russell@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Suite 3400
Los Angeles, CA 90071-3144
Telephone:   (213) 687-5000
Facsimile:    (213) 687-5600