1  Bingham McCutchen LLP
   TODD E. GORDINIER (SBN 82200)
2  todd.gordinier@bingham.com
   PETER N. VILLAR (SBN 204038)
3  peter.villar@bingham.com
   CRAIG A. TAGGART (SBN 239168)
4  craig.taggart@bingham.com
   600 Anton Boulevard, 18th Floor
5  Costa Mesa, CA 92626-1924
   Telephone: 714.830.0600
6  Facsimile: 714.830.0700

7  Attorneys for Non-Party Attorney
   PETER CARSON
8
                UNITED STATES DISTRICT COURT
9
                CENTRAL DISTRICT OF CALIFORNIA
10
                       EASTERN DIVISION
11

12 | CARTER BRYANT, an individual, | Case No. CV 04-9049 SGL (RNBx)
13 | Plaintiff, | Consolidated with Case No. CV 04-09059 and Case No. CV 05-2727
14 | v. | **DISCOVERY MATTER**
   |   | To be heard by Discovery Master Robert C. O'Brien
15 | MATTEL, INC., a Delaware Corporation, |
16 |   | **APPLICATION TO FILE UNDER SEAL:**
17 | Defendant. |
18 |   | **NOTICE OF MOTION AND MOTION TO QUASH AND/OR FOR PROTECTIVE ORDER RE SUBPOENA ISSUED BY MATTEL, INC. TO NON-PARTY ATTORNEY PETER CARSON; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT;**
19 |   |
20 |   |
21 |   |
22 |   | **AND DECLARATION OF PETER N. VILLAR FILED CONCURRENTLY**
23 |   |
24 | AND CONSOLIDATED ACTIONS | Date: TBD
25 |   | Time: TBD
   |   | Place: Arent Fox LLP
26 |   | 555 West Fifth Street, 48th Flr
   |   | Los Angeles, CA 90013
27
28
A/73126966.1

Pursuant to Central District Local Rule 79-5.1, the Stipulated Protective Order entered by the Court in this action on January 4, 2005, and the Court's Orders dated April 27, 2009 and May 21, 2009, Bingham McCutchen LLP hereby respectfully requests that the Court permit the following document to be filed under seal:

1. **NOTICE OF MOTION AND MOTION TO QUASH AND/OR FOR PROTECTIVE ORDER RE SUBPOENA ISSUED BY MATTEL, INC. TO NON-PARTY ATTORNEY PETER CARSON; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT; DECLARATION OF PETER N. VILLAR FILED CONCURRENTLY;**

2. **DECLARATIOPN OF PETER N. VILLAR IN SUPPORT OF NON PARTY ATTORNEY PETER CARSON'S NOTICE OF MOTION AND MOTION TO QUASH AND/OR FOR PROTECTIVE ORDER RE SUBPOENA ISSUED BY MATTEL, INC. TO NON-PARTY ATTORNEY PETER CARSON; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT**

DATED: August 24, 2009        Bingham McCutchen LLP

By: /s/ Todd E. Gordinier
    Todd E. Gordinier
    Attorneys for Non-party
    Bingham McCutchen LLP

A/73126966.1                           1

## PROOF OF SERVICE BY E-MAIL TO COUNSEL

I, Paul A. McConnell, am over eighteen years of age, not a party in this action, and employed in Orange County, California at 600 Anton Boulevard, Costa Mesa, California 92626-1924. On **August 24, 2009**, I served the attached:

### APPLICATION TO FILE UNDER SEAL

1. NOTICE OF MOTION AND MOTION TO QUASH AND/OR FOR PROTECTIVE ORDER RE SUBPOENA ISSUED BY MATTEL, INC. TO NON-PARTY ATTORNEY PETER CARSON; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT; DECLARATION OF PETER N. VILLAR FILED CONCURRENTLY;

2. DECLARATIOPN OF PETER N. VILLAR IN SUPPORT OF NON PARTY ATTORNEY PETER CARSON'S NOTICE OF MOTION AND MOTION TO QUASH AND/OR FOR PROTECTIVE ORDER RE SUBPOENA ISSUED BY MATTEL, INC. TO NON-PARTY ATTORNEY PETER CARSON; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT

I served copies of said papers on **August 24, 2009** by attaching them to an e-mail addressed to:

Michael Zeller
michaelzeller@quinnemanuel.com

Dylan Proctor
dylanproctor@quinnemanuel.com

Jon Corey
joncorey@quinnemanuel.com

Jason Russell
jason.russell@skadden.com

Melinda Haag
mhaag@orrick.com

A/73126966.1

- 1 -

| | |
|---|---|
| 1 | Annette L. Hurst |
| | ahurst@orrick.com |
| 2 | |
| | Warrington S. Parker III |
| 3 | wparker@orrick.com |
| 4 | William A. Molinski |
| | wmolinski@orrick.com |
| 5 | |
| | Mark Overland |
| 6 | moverland@scheperkim.com |
| 7 | Alexander Cote |
| | acote@scheperkim.com |
| 8 | |

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made and that this declaration was executed on **August 24, 2009.**

*Paul A. McConnell* (signature)
Paul A. McConnell

A/73126966.1

- 2 -