Bingham McCutchen LLP
TODD E. GORDINIER (SBN 82200)
todd.gordinier@bingham.com
PETER N. VILLAR (SBN 204038)
peter.villar@bingham.com
CRAIG A. TAGGART (SBN 239168)
craig.taggart@bingham.com
600 Anton Boulevard, 18th Floor
Costa Mesa, CA 92626-1924
Telephone: 714.830.0600
Facsimile: 714.830.0700

Attorneys for Non-Party Attorney
PETER CARSON

LODGED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

CARTER BRYANT, an individual,

Plaintiff,

v.

MATTEL, INC., a Delaware Corporation,

Defendant.

AND CONSOLIDATED ACTIONS

Case No. CV 04-9049 SGL (RNBx)

Consolidated with Case No. CV 04-09059 and Case No. CV 05-2727

**DISCOVERY MATTER**
**To be heard by Discovery Master Robert C. O'Brien**

**~~[PROPOSED]~~ ORDER TO FILE UNDER SEAL:**

**NOTICE OF MOTION AND MOTION TO QUASH AND/OR FOR PROTECTIVE ORDER RE SUBPOENA ISSUED BY MATTEL, INC. TO NON-PARTY ATTORNEY PETER CARSON; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT; DECLARATION OF PETER N. VILLAR FILED CONCURRENTLY**

Date: TBD
Time: TBD
Place: Arent Fox LLP
555 West Fifth Street
48th Floor
Los Angeles, CA 90013

Pursuant to Central District Local Rule 79-5.1, the Stipulated Protective Order entered by the Court in this action on January 4, 2005, and the Court's Orders dated April 27, 2009 and May 21, 2009, Omni 808 Investors, LLC hereby respectfully requests that the Court permit the following document to be filed under seal:

1. **NOTICE OF MOTION AND MOTION TO QUASH AND/OR FOR PROTECTIVE ORDER RE SUBPOENA ISSUED BY MATTEL, INC. TO NON-PARTY ATTORNEY PETER CARSON; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT; DECLARATION OF PETER N. VILLAR FILED CONCURRENTLY;**

2. **DECLARATIOPN OF PETER N. VILLAR IN SUPPORT OF NON PARTY ATTORNEY PETER CARSON'S NOTICE OF MOTION AND MOTION TO QUASH AND/OR FOR PROTECTIVE ORDER RE SUBPOENA ISSUED BY MATTEL, INC. TO NON-PARTY ATTORNEY PETER CARSON; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT**

DATED: Aug 25, 2009

S G Larson

Hon. Stephen J. Larson
United States District Judge

PROOF OF SERVICE

I, Paul A. McConnell, am over eighteen years of age, not a party in this action, and employed in Orange County, California at 600 Anton Boulevard, Costa Mesa, California 92626-1924. I am readily familiar with the practice of this office for collection and processing of correspondence for mail/fax/hand delivery/next business day delivery, and they are deposited that same day in the ordinary course of business. On **August 24, 2009**, I served the attached:

**[PROPOSED] ORDER TO FILE UNDER SEAL**

I served copies of said papers on **August 24, 2009** by attaching them to an e-mail addressed to:

Michael Zeller
michaelzeller@quinnemanuel.com

Dylan Proctor
dylanproctor@quinnemanuel.com

Jon Corey
joncorey@quinnemanuel.com

Jason Russell
jason.russell@skadden.com

Melinda Haag
mhaag@orrick.com

Annette L. Hurst
ahurst@orrick.com

Warrington S. Parker III
wparker@orrick.com

William A. Molinski
wmolinski@orrick.com

Mark Overland
moverland@scheperkim.com

Alexander Cote
acote@scheperkim.com

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made and that this declaration was executed on **August 24, 2009**.

Paul A. McConnell