QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
johnquinn@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> MATTEL, INC., a Delaware corporation, <br><br> Defendant. <br><br> AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx) <br><br> Consolidated with: <br> Case No. CV 04-09039 <br> Case No. CV 05-02727 <br><br> Hon. Stephen G. Larson <br><br> [~~PROPOSED~~] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL: <br><br> MATTEL, INC.'S REPLY IN SUPPORT OF REQUEST FOR CLARIFICATION OF JUNE 15, 2009 ORDER REGARDING THE ESCROW OF BRATZ PROFITS |

## [PROPOSED] ORDER

Based on the concurrently filed Application to File Under Seal Mattel, Inc's Reply in Support of Request for Clarification of June 15th Order Regarding the Escrow of Bratz Profits, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that:

Mattel, Inc's Reply in Support of Request for Clarification of June 15th Order Regarding the Escrow of Bratz Profits is ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: Aug 25, 2009

*/s/ S.G. Larson*
Hon. Stephen G. Larson
United States District Judge