QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>[~~PROPOSED~~] ORDER GRANTING APPLICATION TO FILE UNDER SEAL REPLY IN SUPPORT OF MATTEL, INC.'s MOTION TO MODIFY SCHEDULING ORDER; THE SUPPLEMENTAL DECLARATION OF MICHAEL T. ZELLER IN SUPPORT THEREOF; AND EXHIBITS 4, 15, 17, 21, 30, 31, 41, 42, 44-46, AND 51 ATTACHED THERETO<br><br>**Phase 2**<br>Discovery Cut-off: December 11, 2009<br>Pre-trial Conference: March 1, 2010<br>Trial Date: March 23, 2010 |

00505.07975/3069174.1

[PROPOSED] ORDER

# [~~PROPOSED~~] ORDER

Based on the concurrently filed Application to File Under Seal Reply In Support of Mattel, Inc.'s Motion to Modify Scheduling Order; the Supplemental Declaration of Michael T. Zeller In Support Thereof; and Exhibits 4, 15, 17, 21, 30, 31, 41, 42, 44-46, and 51 Attached Thereto,

IT IS HEREBY ORDERED:

the Reply In Support of Mattel, Inc.'s Motion to Modify Scheduling Order; the Supplemental Declaration of Michael T. Zeller in support thereof; and Exhibits 4, 15, 17, 21, 30, 31, 41, 42, 44-46, and 51 attached thereto, are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: Aug 25, 2009

_____
Hon. Stephen G. Larson
United States District Judge