QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>DECLARATION OF MICHAEL T. ZELLER IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA'S MOTIONS (1) TO COMPEL MATTEL'S ATTENDANCE AT 30(B)(6) DEPOSITIONS; (2) FOR PROTECTIVE ORDER REQUIRING ADVANCE DESIGNATION OF 30(B)(6) WITNESSES; (3) TO DE-DESIGNATE DOCUMENT UNDER PROTECTIVE ORDER RELATED TO SUBJECT MATTER OF REQUESTED 30(B)(6) TESTIMONY; AND (4) FOR SANCTIONS<br><br>Date:  TBD<br>Time:  TBD<br>Place:  TBD<br><br>**Phase 2:**<br>Disc. Cut-off:   Dec. 11, 2009<br>Pre-trial Con.:   Mar. 1, 2010<br>Trial Date:        Mar. 23, 2010 |

**PUBLIC REDACTED VERSION**

## DECLARATION OF MICHAEL T. ZELLER

I, Michael T. Zeller, declare as follows:

1. I am a member of the bars of the States of California, New York and Illinois and a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP "Quinn Emanuel"), attorneys for plaintiff and counter-defendant, Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████. Redacting this information from these billing records would require an enormous amount of time and resources.

3. During the course of this litigation, I and other attorneys at Quinn Emanuel have engaged in hundreds of thousands of oral and written communications related to this case and associated investigations. ████████████████████████████████████████████████████████████████████████████████████████. It would be impossible to reconstruct the details of each of those communications. The information also would consist of the thoughts and mental impressions of Quinn Emanuel attorneys, as well as communications among Quinn Emanuel attorneys and Mattel.

4. In the course of investigating, objecting to, and responding to MGA Parties' Request for Production Nos. 526 and 528, ████████████████████████████████████████████████████████████████████████████████████████████████████████████. All of these conversations, and the actions taken at my direction and under my supervision, were done for the purpose of providing legal advice to Mattel in this matter.

5. Attached hereto as Exhibit 1 is a true and correct copy of the Notice of Deposition of Mattel, Inc., dated July 27, 2009 (the "Notice").

6.  Attached hereto as Exhibit 2 is a true and correct copy of e-mail correspondence I exchanged with Annette Hurst on August 7, 2009, concerning the Notice.

7.  Attached hereto as Exhibit 3 is a true and correct copy of Mattel's Objections to MGA Parties' Notice of Deposition of Mattel, Inc., dated August 7, 2009.

8.  Attached hereto as Exhibit 4 is a true and correct copy of e-mail correspondence I exchanged with Annette Hurst on August 10 through 14, 2009, concerning the Notice.

9.  Attached hereto as Exhibit 5 is a true and correct copy of Discovery Master Order No. 33, dated May 18, 2009.

10. Attached hereto as Exhibit 6 is a true and correct copy of Defendant and Cross-Claimant Carter Bryant's Memorandum of Points and Authorities in Support of His *Ex Parte* Application for an Order Compelling the Deposition of Lily Martinez, dated Jan. 20, 2005.

11. Attached hereto as Exhibit 7 is a true and correct copy of the Court's January 25, 2005 Order Denying Bryant's *Ex Parte* Application for an Order Compelling the Deposition of Lily Martinez.

12. Attached hereto as Exhibit 8 is a true and correct copy of the Court's January 30, 2007 Order.

13. Attached hereto as Exhibit 9 is a true and correct copy of the Opposition of Mattel, Inc. to Motion to Compel Production of Documents and Deposition of 30(b)(6) Witnesses, dated Jan. 18, 2007.

14. Attached hereto as Exhibit 10 is a true and correct copy of the Court's August 27, 2007 Order.

15. Attached hereto as Exhibit 11 is a true and correct copy of the Notice of Deposition of Isaac Larian, dated December 15, 2004.

16. Attached hereto as Exhibit 12 is a true and correct copy of the Court's March 23, 2005 Order.

17. Attached hereto as Exhibit 13 is a true and correct copy of the Court's June 16, 2006 Order.

18. Attached hereto as Exhibit 14 is a true and correct copy of the Court's May 16, 2007 Order.

19. Attached hereto as Exhibit 15 is a true and correct copy of the Court's July 2, 2007 Order.

20. Attached hereto as Exhibit 16 is a true and correct copy of the Mattel, Inc.'s [Corrected] Notice of Motion and Motion to Compel MGA to Produce Witnesses for Deposition Pursuant to Rule 30(B)(6) and for Sanctions, dated April 25, 2007.

21. Attached hereto as Exhibit 17 is a true and correct copy of the Court's July 9, 2009 Order.

22. Attached hereto as Exhibit 18 is a true and correct copy of Discovery Master Order No. 6, dated March 13, 2009.

23. Attached hereto as Exhibit 19 is a true and correct copy of Discovery Master Order No. 27, dated May 6, 2009.

24. Attached hereto as Exhibit 20 is a true and correct copy of MGA Entertainment, Inc's Responses to Mattel, Inc's First set of Requests for Production of Documents and Tangible Things, dated April 13, 2005.

25. Attached hereto as Exhibit 21 is a true and correct copy of Mattel's Notice of Renewed Motion and Renewed Motion for Issuance of Letter of Request, dated January 26, 2009.

26. Attached hereto as Exhibit 22 is a true and correct copy of the Stipulation for Appointment of a Discovery Master and Order, dated December 6, 2006.

27. Attached hereto as Exhibit 23 is a true and correct copy of the Stipulation to Modify Protective Order and Order Thereon, dated May 16, 2007.

28. Attached hereto as Exhibit 24 is a true and correct copy of the MGA Parties' Opposition to Mattel's 4/17/09 Motion to De-Designate.

29. Attached hereto as Exhibit 25 is a true and correct copy of relevant excerpts from the deposition of Susana Kuemmerle, dated January 25, 2008.

30. Attached hereto as Exhibit 26 is a true and correct copy of the Court's Order Granting in Part Mattel's Motion to Enforce the Court's Order of May 16, 2007, to Compel MGA to Produce Witnesses for Deposition Pursuant to Rule 30(b)(6), and Granting Sanctions, dated August 15, 2007.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 26, 2009, at Los Angeles, California.

*/s/ Michael T. Zeller*
Michael T. Zeller