QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  michaelzeller@quinnemanuel.com
  Jon D. Corey (Bar No. 185066)
  joncorey@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>DECLARATION OF JAMES J. WEBSTER IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA'S MOTIONS (1) TO COMPEL MATTEL'S ATTENDANCE AT 30(B)(6) DEPOSITIONS; (2) FOR PROTECTIVE ORDER REQUIRING ADVANCE DESIGNATION OF 30(B)(6) WITNESSES; (3) TO DE-DESIGNATE DOCUMENT UNDER PROTECTIVE ORDER RELATED TO SUBJECT MATTER OF REQUESTED 30(B)(6) TESTIMONY; AND (4) FOR SANCTIONS<br><br>Date: TBD<br>Time: TBD<br>Place: TBD<br><br>**Phase 2:**<br>Disc. Cut-off:   Dec. 11, 2009<br>Pre-trial Con.:  Mar. 1, 2010<br>Trial Date:       Mar. 23, 2010 |

**PUBLIC REDACTED VERSION**

## DECLARATION OF JAMES J. WEBSTER

I, James Webster, declare as follows:

1. I am a member of the bars of the States of California and New York and a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for plaintiff and counter-defendant, Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. I am familiar with Mattel's document production in this case related to its responses to MGA's Request for Production Nos. 526 and 528. In responding to those Requests, ████████████ ████████████." Mattel designated this document Attorney's Eyes Only.

3. On August 18, 2009, I engaged in a telephone conference with Ms. Hurst concerning ████████████ ████████████. During this call, I stated that Mattel would consider designating the e-mail "CONFIDENTIAL," to avoid motion practice. Ms. Hurst responded that MGA intends ████████████ ████████████ ████████████. Ms. Hurst also asked whether Mattel would ████████████ ████████████. I asked Ms. Hurst if ████ ████████████ ████████████ ████████████.

4. Attached as Exhibit 1 are true and correct copies of e-mail correspondence between me and Annette Hurst, dated August 17, 2009.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 25, 2009, at Los Angeles, California.

*[signature]*

James J. Webster

# EXHIBIT 1

EXHIBIT FILED UNDER SEAL

PURSUANT TO PROTECTIVE ORDER