QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>          Plaintiff,<br><br>     vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>          Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-9059 & CV 05-2727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Robert O'Brien]**<br><br>[PUBLIC REDACTED]<br>DECLARATION OF JAMES D. JUDAH IN SUPPORT OF MATTEL, INC.'S NOTICE OF MOTION AND MOTION TO AMEND PROTECTIVE ORDER<br><br>Hearing Date:   TBD<br>Time:           TBD<br>Place:          TBD<br><br>Phase 2:<br>Disc. Cut-off:   December 11, 2009<br>Pre-trial Conf.: March 1, 2010<br>Trial Date:      March 23, 2010 |

00505.07975/3070722.1

DECLARATION OF JAMES D. JUDAH ISO MATTEL'S MOTION TO AMEND PROTECTIVE ORDER

I, James D. Judah, declare as follows:

1. I am a member of the bar of the State of California and an associate with Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. On January 4, 2005, the Court entered the Protective Order that currently governs this action. A true and correct copy of the Court's order is attached as Exhibit 1.

3. On May 23, 2008, Mattel, Inc. served its Second Supplemental Responses to MGA's First Set of Interrogatories to Mattel, Inc. A true and correct copy of relevant excerpts of these responses is attached as Exhibit 2.

4. Attached as Exhibit 3 is a true and correct copy of the Stipulation to Withdraw 1) MGA's Motion to De-Designate Documents Produced by Mattel as "Attorneys' Eyes Only" in Response to Document Request Nos. 526 and 528; and 2) Mattel's Motion to Amend Protective Order, dated July 17, 2009.

5. Attached as Exhibit 4 is a true and correct copy of Mattel's Opposition to MGA Entertainment Inc.'s Motion to De-Designate Documents Produced by Mattel, Inc. as "Attorneys' Eyes Only" in Response to Document Request Nos. 526 and 528, dated July 1, 2009.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 26, 2009, at San Francisco, California.

    /s/ James D. Judah
James D. Judah