QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with Case No. CV 04-09039 and Case No. CV 05-02727 |
| vs. | **DISCOVERY MATTER:  To Be Heard By Discovery Master Robert C. O'Brien Pursuant To Order Of January 6, 2009** |
| MATTEL, INC., a Delaware corporation, | MATTEL, INC.'S NOTICE OF MOTION FOR AN ORDER: (1) REMOVING "CONFIDENTIAL" DESIGNATIONS FROM PORTIONS OF THE DEPOSITION TRANSCRIPT OF SUSANA KUEMMERLE, AND (2) ISSUING AN APOSTILLE RE THE KUEMMERLE TRANSCRIPT |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | [Memorandum Of Points And Authorities In Support Thereof, Declarations of Jon Corey and Randa A.F. Osman and Notice of Lodging Declaration of Francisco Tiburcio filed concurrently] |
| | Hearing Date:        TBA<br>Time:              TBA<br>Place:            Arent Fox LLP |
| | **Phase 2** |
| | Disc. Cutoff:        December 11, 2009<br>Pretrial Conference:  March 1, 2010<br>Trial:              March 23, 2010 |

1   TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2        PLEASE TAKE NOTICE that at a hearing before Discovery Master Robert C.

3   O'Brien that will occur on a date and at a time to be determined by the Discovery

4   Master, plaintiff Mattel, Inc. ("Mattel") will, and hereby does, move the Court for an

5   order: (1) removing the improper "CONFIDENTIAL"  designations from the

6   transcript of the deposition of Susana Kuemmerle, and (2) issuing an apostille for the

7   Kuemmerle deposition transcript.

8        This Motion is made pursuant to Rule 26 of the Federal Rules of Civil

9   Procedure  and the Stipulated Protective Order and Order entered on January 4, 2005,

10  on the grounds that Kuemmerle Tr., 110:1-110:8, 111:2-125:5, 125:24-138:25,

11  140:20-148:5 and 148:23-149:5 was improperly designated as "CONFIDENTIAL."[1]

12  This Motion is also made pursuant to Federal Rules of Civil Procedure 44, and the

13  Hague Convention Abolishing the Requirement for Legalization of Foreign Public

14  Documents (adopted at 527 U.N.T.S. 189; TIAS 10072), on the ground that issuance

15  of an apostille is warranted because no genuine dispute exists as to the authenticity of

16  the transcript of Susanna Kuemmerle's deposition.

17       This Motion is based on this Notice of Motion and Motion, the accompanying

18  Memorandum of Points and Authorities, the Declarations of Jon D. Corey and Randa

19  Osman filed concurrently herewith, the Notice of Lodging Declaration of Francisco

20  Tiburcio, all evidence and argument submitted in support of this Motion, and all other

21  matters of which the Discovery Master may take judicial notice.

22

23

24

---

25       [1]  Mattel does not object to the following "CONFIDENTIAL" or

26  "CONFIDENTIAL -AEO" designations, and they are not the subject of this Motion:
    Kuemmerle Tr., 31:6-7, 78:6-80:25, 83:14-18, 85:11-19, 86:12-24, 88:9-90:21,

27  91:21-92:14, 105:9-106:16, 204:7-206:7, 217:3-220:15, and 228:7-254:25.

28

1

## Statement of Rule 37-1 Compliance

2          The parties met and conferred regarding this motion several times, including

3   with the MGA Defendant's current counsel, with the most recent being on August 14,

4   2009.

5

6   DATED:  August 26, 2009          QUINN EMANUEL URQUHART OLIVER &
                                      HEDGES, LLP
7

8                                     By /s/ Randa A.F. Osman
9                                        Randa A.F. Osman
                                         Attorneys for Mattel, Inc.
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-
MATTEL'S NOTICE OF MOTION FOR ORDER: (1) REMOVING "CONFIDENTIAL"
DESIGNATIONS FROM KUEMMERLE TRANSCRIPT AND (2) ISSUING AN APOSTILLE