UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>　　　　　Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Robert C. O'Brien Pursuant To Order Of January 6, 2009]**<br><br>[PROPOSED] ORDER AND RECOMMENDATION RE MATTEL, INC.'S MOTION FOR AN ORDER: (1) REMOVING "CONFIDENTIAL" DESIGNATIONS FROM PORTIONS OF THE DEPOSITION TRANSCRIPT OF SUSANA KUEMMERLE, AND (2) ISSUING AN APOSTILLE RE THE KUEMMERLE TRANSCRIPT<br><br>Hearing Date:　　TBD<br>Time:　　　　　　TBD<br>Place:　　　　　　TBD<br><br>**Phase 2:**<br>Disc. Cut-off:　　December 11, 2009<br>Pre-trial Conf.:　March 1, 2010<br>Trial Date:　　　March 23, 2010 |

07209/3073874.2

[PROPOSED] ORDER

1 [PROPOSED] ORDER AND RECOMMENDATION

2 Having received Mattel, Inc.'s Motion For An Order: (1) Removing 3 "Confidential" Designations From Portions Of The Deposition Transcript Of Susana 4 Kuemmerle, And (2) Issuing An Apostille Re The Kuemmerle Transcript (the 5 "Motion"), and having considered the Motion and all papers and evidence submitted 6 in support of the Motion and in opposition thereto, as well as the argument of 7 counsel , the Discovery Master hereby finds as follows:

8       1.   MGA improperly designated the following portions of the 9 deposition testimony of Susana Kuemmerle, taken on January 28, 2008 10 ("Kuemmerle Transcript"), as "CONFIDENTIAL": Kuemmerle Transcript, 110:1-11 110:8, 111:2-125:5, 125:24-138:25, 140:20-148:5 and 148:23-149:5 ; and

12       2.   an apostille is warranted for the Kuemmerle Transcript because 13 there is no genuine dispute as to the authenticity of that deposition transcript.

14 Accordingly, good cause appearing, IT IS HEREBY ORDERED that 15 the "CONFIDENTIAL" designations shall be removed from the following portions 16 of the Kuemmerle Transcript: Kuemmerle Transcript, 110:1-110:8, 111:2-125:5, 17 125:24-138:25, 140:20-148:5 and 148:23-149:5.

18 The Discovery Master further RECOMMENDS that the Court issue an 19 apostille at its earliest convenience for the Kuemmerle Transcript.

20 IT IS SO ORDERED.

22 DATED: _____ 2009  _____
                                Discovery Master Robert C. O'Brien