MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone:   +1-415-773-5700
Facsimile:   +1-415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA  90017
Telephone:   +1-213-629-2020
Facsimile:   +1-213-612-2499

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 SGL (RNBx)<br><br>Consolidated with:<br>CV 04-9059<br>CV 05-2727<br><br>KIRK DECLARATION IN COMPLIANCE WITH GENERAL ORDER 08-02 REGARDING MGA PARTIES' OPPOSITION TO MATTEL'S EX PARTE APPLICATION FOR LEAVE TO FILE OVERLENGTH REPLY BRIEF<br><br>Date:  TBD<br>Time:  TBD<br>Dep't:  TBD<br><br>Hon. Stephen G. Larson<br><br>Phase 2<br>Discovery Cutoff:  Dec. 11, 2009<br>Pretrial Conf.:    Mar. 1, 2010<br>Trial:            Mar. 23, 2010 |

I, Janet Kirk, declare:

I am more than eighteen years of age and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, 405 Howard Street, San Francisco, CA 94105.

On August 25, 2009, starting at approximately 4:45 p.m., I attempted to log on to the Court's ECF filing system to file MGA Parties' Opposition to Mattel's Ex Parte Application For Leave To File Overlength Reply Brief. After numerous failed attempts, I sent the ECF helpdesk an email inquiring as to whether the system was down (Exhibit A). I made at least 5 attempts after sending my inquiry to the ECF helpdesk, then abandoned the effort at 6:00 p.m.

On August 26, 2009, at 8:44 a.m., I received the attached email (Exhibit B), explaining that there "was an issue with CM/ECF yesterday."

At 9:18 a.m. on August 26, 2009, I was able to log on to the CM/ECF system and file MGA's opposition, a copy of which is attached as Exhibit C.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 27, 2009, at San Francisco, California.

_____/s/ Janet Kirk_____
Janet Kirk

KIRK DECLARATION IN COMPL. WITH GO 08-02 RE OPP. TO EX PARTE APPLICATION
CV-04-0049 SGL (RNBx)

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2009, I electronically filed the following document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties listed below and all parties who are part of the CM/ECF system for this matter:

KIRK DECLARATION IN COMPLIANCE WITH GENERAL ORDER 08-02 REGARDING MGA PARTIES' OPPOSITION TO MATTEL'S EX PARTE APPLICATION FOR LEAVE TO FILE OVERLENGTH REPLY BRIEF

SEE ATTACHED SERVICE LIST

I declare under penalty of perjury that the foregoing is true and correct and that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 27, 2009, at San Francisco, California.


/s/ Janet Kirk
Janet Kirk

- 2 -

1

<u>Service List</u>

2

3 <u>Counsel for Mattel. Inc.</u>

4 Michael T. Zeller, Esq.
michaelzeller@quinnemanuel.com

5 Brett D. Proctor
dylanproctor@quinnemanuel.com

6 QUINN EMANUÉL URQUHART OLIVER & HEDGES, LLP

7 865 South Figueroa Street, 10th Floor

8 Los Angeles, CA  90017-2543
Telephone: (213) 443-3000

9 Facsimile:  (213) 443-3100

10

11 <u>Counsel for Carlos Gustavo Machado Gomez</u>
Mark E. Overland, Esq.

12 moverland@ scheperkim.com
Alexander H. Cote, Esq.

13 acote@ scheperkim.com

14 SCHEPER KIM & OVERLAND LLP

15 601 W. 5th Street, 12th Floor
Los Angeles, CA  90017

16 Telephone:  (213) 613-4655
Facsimile:  (213) 613-4656

17

18 <u>Attorneys for Patrick A. Fraioli, Jr., Monitor</u>
Patrick A. Fraioli, Jr., Esq.

19 pfraioli@ecjlaw.com

20 Byron Z. Moldo, Eq.
bmoldo@ecjlaw.com

21 David Seror, Esq.

22 dseror@ecjlaw.com
Peter A. Davidson, Esq.

23 pdavidson@ecjlaw.com

24 ERVIN COHEN & JESSUP LLP

25 9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974

26 Telephone:  (310) 273-6333
Facsimile:   (310) 859-2325

27

28

Counsel for Limited Intervenor, Omni 808 Investors LLC

Todd E. Gordinier, Esq.
todd.gordinier@bingham.com
BINGHAM MCCUTCHEN LLP
600 Anton Blvd., 18th Floor
Costa Mesa, CA  92626
Telephone:  (714) 830-0600
Facsimile:  (714) 830-0700

Additional Counsel:

Jason D. Russell, Esq.
jason.russell@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Suite 3400
Los Angeles, CA 90071-3144
Telephone:  (213) 687-5000
Facsimile:  (213) 687-5600

<u>Service List</u>

<u>Counsel for Mattel. Inc.</u>
Michael T. Zeller, Esq.
michaelzeller@quinnemanuel.com
Brett D. Proctor
dylanproctor@quinnemanuel.com
QUINN EMANUÉL URQUHART OLIVER & HEDGES, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA  90017-2543
Telephone: (213) 443-3000
Facsimile:  (213) 443-3100

<u>Counsel for Carlos Gustavo Machado Gomez</u>
Mark E. Overland, Esq.
moverland@ scheperkim.com
Alexander H. Cote, Esq.
acote@ scheperkim.com
SCHEPER KIM & OVERLAND LLP
601 W. 5th Street, 12th Floor
Los Angeles, CA  90017
Telephone:  (213) 613-4655
Facsimile:  (213) 613-4656

<u>Attorneys for Patrick A. Fraioli, Jr., Monitor</u>
Patrick A. Fraioli, Jr., Esq.
pfraioli@ecjlaw.com
Byron Z. Moldo, Eq.
bmoldo@ecjlaw.com
David Seror, Esq.
dseror@ecjlaw.com
Peter A. Davidson, Esq.
pdavidson@ecjlaw.com
ERVIN COHEN & JESSUP LLP
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974
Telephone:  (310) 273-6333
Facsimile:  (310) 859-2325

Counsel for Limited Intervenor, Omni 808 Investors LLC

Todd E. Gordinier, Esq.
todd.gordinier@bingham.com
BINGHAM MCCUTCHEN LLP
600 Anton Blvd., 18th Floor
Costa Mesa, CA  92626
Telephone:   (714) 830-0600
Facsimile:   (714) 830-0700

Additional Counsel:

Jason D. Russell, Esq.
jason.russell@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Suite 3400
Los Angeles, CA 90071-3144
Telephone:  (213) 687-5000
Facsimile:  (213) 687-5600

# EXHIBIT  A

**Kirk, Janet**

**From:**   Kirk, Janet

**Sent:**    Tuesday, August 25, 2009 5:04 PM

**To:**      ecf-helpdesk@cacd.uscourts.gov

**Subject:** Hello there! I need to e-file, but cannot log in. Is the system down? Thank you very much.



O R R I C K

**JANET KIRK**
*Legal Secretary*

**ORRICK, HERRINGTON & SUTCLIFFE LLP**
THE ORRICK BUILDING
405 HOWARD STREET
SAN FRANCISCO, CA 94105
*tel* 415-773-5782
*fax* 415-773-5759
jkirk@orrick.com

www.orrick.com

**EXHIBIT A**

# EXHIBIT  B

**Kirk, Janet**

| | |
|---|---|
| **From:** | ecf-helpdesk@cacd.uscourts.gov |
| **Sent:** | Wednesday, August 26, 2009 8:44 AM |
| **To:** | Kirk, Janet |
| **Subject:** | Re: Hello there! I need to e-file, but cannot log in. Is the system down? Thank you very much. |

We apologize, but there was an issue with CM/ECF yesterday.  If you had a filing that was due
yesteday, please reference the GO 08-02 Re: Technical Failures

ECF-HELP DESK TEAM
U.S. District Court, Central District of California
Frequently Asked Questions About CM/ECF:  http://support.cacd.uscourts.gov/faq.aspx
PACER Frequently Asked Questions: http://pacer.psc.uscourts.gov/faq.html

-----"Kirk, Janet" <jkirk@orrick.com> wrote: -----

> To: ecf-helpdesk@cacd.uscourts.gov
> From: "Kirk, Janet" <jkirk@orrick.com>
> Date: 08/25/2009 05:03PM
> Subject: Hello there! I need to e-file, but cannot log in. Is the system down? Thank you very
> much.
>
>
>
>
> 
> ORRICK
>
> JANET KIRK
> *Legal Secretary*
> ORRICK, HERRINGTON & SUTCLIFFE LLP
>
> THE ORRICK BUILDING
> 405 HOWARD STREET
> SAN FRANCISCO, CA 94105
> *tel* 415-773-5782
> *fax* 415-773-5759
> jkirk@orrick.com
>
> www.orrick.com
>
>
>
> "EMF <orrick.com>" made the following annotations.
> ----------------------------------------------------------------------
> =================================================================
> IRS Circular 230 disclosure:
> To ensure compliance with requirements imposed by the IRS,
> we inform you that any tax advice contained in this

**EXHIBIT B**

communication, unless expressly stated otherwise, was not
intended or written to be used, and cannot be used, for
the purpose of (i) avoiding tax-related penalties under
the Internal Revenue Code or (ii) promoting, marketing or
recommending to another party any tax-related matter(s)
addressed herein.
==========================================================
NOTICE TO RECIPIENT:  THIS E-MAIL IS  MEANT FOR ONLY THE
INTENDED RECIPIENT OF THE TRANSMISSION, AND MAY BE A
COMMUNICATION PRIVILEGED BY LAW.  IF YOU RECEIVED THIS E-
MAIL IN ERROR, ANY REVIEW, USE, DISSEMINATION,
DISTRIBUTION, OR COPYING OF THIS E-MAIL IS STRICTLY
PROHIBITED.  PLEASE NOTIFY US IMMEDIATELY OF THE ERROR BY
RETURN E-MAIL AND PLEASE DELETE THIS MESSAGE FROM YOUR
SYSTEM. THANK YOU IN ADVANCE FOR YOUR COOPERATION.
For more information about Orrick, please visit
http://www.orrick.com/
==========================================================
==============================================================================

# EXHIBIT  C

MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone:  +1-415-773-5700
Facsimile:   +1-415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA  90017
Telephone:  +1-213-629-2020
Facsimile:   +1-213-612-2499

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 SGL (RNBx)<br><br>Consolidated with:<br>CV 04-9059<br>CV 05-2727<br><br>MGA PARTIES' OPPOSITION TO MATTEL'S EX PARTE APPLICATION FOR LEAVE TO FILE OVERLENGTH REPLY BRIEF<br><br>Date:  TBD<br>Time:  TBD<br>Dep't:  TBD<br><br>Hon. Stephen G. Larson |

Phase 2
Discovery Cutoff:  Dec. 11, 2009
Pretrial Conf.:        Mar. 1, 2010
Trial:                       Mar. 23, 2010

**EXHIBIT C**

OPPOSITION TO EX PARTE APPLICATION

   Plaintiff and Counter-Defendant MGA Entertainment, Inc., as well as Counter-Defendants Isaac Larian, MGAE de Mexico S.R.L. de C.V., and MGA Entertainment (HK) Ltd. (collectively, "MGA Parties") hereby submit this Opposition to Mattel's Ex Parte Application for Leave to File Fifteen Page Reply Brief in Support of Motion to Modify Scheduling Order ("Application" or "App.").

   1.   Mattel's motion sought a trial continuance of eight months and it failed to discuss the governing Ninth Circuit case law and particular standards regarding trial continuances, instead relying solely on Federal Rule of Civil Procedure 16(b)(4).

   2.   MGA's opposition to the motion was slightly over seventeen pages long, and its request that any lengthy continuance be granted solely for purposes of a stay pending Ninth Circuit review was less than a page.

   3.   Mattel now seeks leave to file a reply brief almost as long as the opposition brief.  The reply brief makes new arguments that Mattel failed to make in its opening brief in an effort to meet a legal standard that it completely ignored. This is fundamentally unfair.

   4.   When Mattel requested that MGA agree to five additional pages for its reply brief, Mattel offered only a single reason:  that MGA's request for a stay required extra pages.  *See* Exhibit A attached.  Now Mattel claims that it also needs the extra pages to respond to a legal argument regarding the standard governing the Motion.  Since Mattel got the standard for trial continuances wrong in the first place, it should not be permitted an overlength reply to correct it.  Moreover, even were Mattel correct about the governing standard as it asserts, a ten-page reply should be more than sufficient to address a motion for a trial continuance.  Many complex issues have been brief in this case within the presumptive page limits.  A trial continuance is not the sort of thing that ordinarily requires extended discussion, and especially not in a reply brief where the risk of sandbagging is

1    apparent.

2        5.    For all of the foregoing reasons, the Ex Parte Application for leave to

3    file an overlength reply brief should be denied.

4    Dated: August 25, 2009              Respectfully submitted,

5                                        ORRICK, HERRINGTON & SUTCLIFFE LLP

6

7                                        By:  /s/ Annette L. Hurst

8                                             Annette L. Hurst
                                             Attorneys for MGA Parties

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

OPP. TO MATTEL'S EX PARTE APP. FOR LEAVE TO FILE
OVERLENGTH REPLY BRIEF
CV-04-0049 SGL (RNBx)

CERTIFICATE OF SERVICE

I, Janet Kirk, declare:

I am more than eighteen years old and not a party to this action.  My business address is Orrick, Herrington & Sutcliffe LLP, 405 Howard Street, San Francisco, CA  94105.

I hereby certify that on August 25, 2009, I electronically filed the following document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties listed below and all parties who are part of the CM/ECF system for this matter:

MGA PARTIES' OPPOSITION TO MATTEL'S EX PARTE APPLICATION FOR LEAVE TO FILE OVERLENGTH REPLY BRIEF

SEE ATTACHED SERVICE LIST

I declare under penalty of perjury that the foregoing is true and correct and that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 25, 2009, at San Francisco, California.


/s/ Janet Kirk                              
                              Janet Kirk

- 1 -

<u>Service List</u>

<u>Counsel for Mattel. Inc.</u>
Michael T. Zeller, Esq.
michaelzeller@quinnemanuel.com
Brett D. Proctor
dylanproctor@quinnemanuel.com
QUINN EMANUÉL URQUHART OLIVER & HEDGES, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA  90017-2543
Telephone: (213) 443-3000
Facsimile:  (213) 443-3100

<u>Counsel for Carlos Gustavo Machado Gomez</u>
Mark E. Overland, Esq.
moverland@ scheperkim.com
Alexander H. Cote, Esq.
acote@ scheperkim.com
SCHEPER KIM & OVERLAND LLP
601 W. 5th Street, 12th Floor
Los Angeles, CA  90017
Telephone:  (213) 613-4655
Facsimile:  (213) 613-4656

<u>Attorneys for Patrick A. Fraioli, Jr., Monitor</u>
Patrick A. Fraioli, Jr., Esq.
pfraioli@ecjlaw.com
Byron Z. Moldo, Eq.
bmoldo@ecjlaw.com
David Seror, Esq.
dseror@ecjlaw.com
Peter A. Davidson, Esq.
pdavidson@ecjlaw.com
ERVIN COHEN & JESSUP LLP
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974
Telephone:  (310) 273-6333
Facsimile:  (310) 859-2325

Counsel for Limited Intervenor, Omni 808 Investors LLC
Todd E. Gordinier, Esq.
todd.gordinier@bingham.com
BINGHAM MCCUTCHEN LLP
600 Anton Blvd., 18th Floor
Costa Mesa, CA  92626
Telephone:  (714) 830-0600
Facsimile:  (714) 830-0700

Additional Counsel:

Jason D. Russell, Esq.
jason.russell@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Suite 3400
Los Angeles, CA 90071-3144
Telephone:  (213) 687-5000
Facsimile:  (213) 687-5600

- 3 -

**Kirk, Janet**

| | |
|---|---|
| **From:** | cacd_ecfmail@cacd.uscourts.gov |
| **Sent:** | Wednesday, August 26, 2009 9:19 AM |
| **To:** | ecfnef@cacd.uscourts.gov |
| **Subject:** | Activity in Case 2:04-cv-09049-SGL-RNB Carter Bryant v. Mattel Inc Objection/Opposition (Motion related) |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

## Notice of Electronic Filing

The following transaction was entered by Hurst, Annette on 8/26/2009 at 9:18 AM PDT and filed on 8/26/2009

| | |
|---|---|
| **Case Name:** | Carter Bryant v. Mattel Inc |
| **Case Number:** | 2:04-cv-9049 |
| **Filer:** | Isaac Larian |
| | MGA ENTERTAINMENT INC., INTERVENOR RE: CV04-09059 |
| | MGA Entertainment HK Limited |
| | MGAE De Mexico SRL De Cv |
| **Document Number:** | 6418 |

**Docket Text:**
**MGA PARTIES' OPPOSITION TO MATTEL'S EX PARTE APPLICATION FOR LEAVE TO FILE OVERLENGTH REPLY BRIEF Opposition re: EX PARTE APPLICATION to Exceed Page Limitation for Reply Brief in Support of Mattel, Inc's Motion to Modify Scheduling Order[6405], MOTION for Order for Modifying Scheduling Order[6050] filed by Counter Defendants Isaac Larian, MGA Entertainment HK Limited, MGAE De Mexico SRL De Cv, MGA ENTERTAINMENT INC., INTERVENOR RE: CV04-09059. (Hurst, Annette)**

**2:04-cv-9049 Notice has been electronically mailed to:**

Alexander H Cote     acote@scheperkim.com, feseroma@scheperkim.com

Alisa M Morgenthaler     amorgenthaler@glaserweil.com

Andre De La Cruz     adelacruz@orrick.com, jdavis@orrick.com, ymeneses@orrick.com

8/26/2009

Annette L Hurst      ahurst@orrick.com

Brett Dylan Proctor      dylanproctor@quinnemanuel.com, westonreid@quinnemanuel.com

Byron Z Moldo      bmoldo@ecjlaw.com

Christian C Dowell      cdowell@kmwlaw.com

Craig A Taggart      craig.taggart@bingham.com, lan.ly@bingham.com

Cyrus S Naim      cyrusnaim@quinnemanuel.com, sahilyfeliciano@quinnemanuel.com

David C Scheper      dscheper@scheperkim.com, feseroma@scheperkim.com

David M Stern      dstern@ktbslaw.com

David W Foster      david.foster@skadden.com

David W Hansen      dhansen@skadden.com

Diane C Hutnyan      dianehutnyan@quinnemanuel.com, andreahoeven@quinnemanuel.com

Douglas Andrew Winthrop      dwinthrop@howardrice.com

Frank D Rorie , Jr      frorie@orrick.com

Ilan Wisnia      iwisnia@valleassociates.com

James I Stang      jstang@pszjlaw.com

Jason D Russell      jrussell@skadden.com, allison.velkes@skadden.com

Jason S Angell      jangell@orrick.com

Jeffrey B Valle      jvalle@valleassociates.com

Jennifer A Lopez      jennifer.lopez@bingham.com

Jimmy S McBirney      jmcbirney@orrick.com

John B Quinn      johnquinn@quinnemanuel.com

Jon D Corey      joncorey@quinnemanuel.com

Joseph C Sarles      josephsarles@quinnemanuel.com

Kenneth A Plevan      kenneth.plevan@skadden.com, drogosa@skadden.com, sumclaug@skadden.com

Kevin E Deenihan      kdeenihan@ktbslaw.com

L Kieran Kieckhefer      kkieckhefer@orrick.com

8/26/2009

Larry W McFarland     lmcfarland@kmwlaw.com

Leah Chava Gershon     leah@spertuslaw.com

Linda M Burrow     burrow@caldwell-leslie.com, popescu@caldwell-leslie.com, wilson@caldwell-leslie.com

Marina Vladimir Bogorad     marina.bogorad@skadden.com

Mark E Overland     moverland@scheperkim.com, jhibino@scheperkim.com

Matthew C Bousquette     caldwell@caldwell-leslie.com

Matthew C Heyn     mheyn@ktbslaw.com

Melinda L Haag     mhaag@orrick.com

Michael P Kelly     mikelly@skadden.com

Michael T Zeller     michaelzeller@quinnemanuel.com

Nicole S Pelletier     npelletier@glaserweil.com

Patrick A Fraioli , Jr     pfraioli@ecjlaw.com

Patrick J. Fraioli, Jr.     pdavidson@ecjlaw.com

Peter A Davidson     pdavidson@ecjlaw.com

Peter N Villar     peter.villar@bingham.com, paul.mcconnell@bingham.com

Randa A F Osman     randaosman@quinnemanuel.com

Richard M Pachulski     jstang@pszjlaw.com

Robert C O'Brien     obrien.robert@arentfox.com

Robyn Aronson     robynaronson@dwt.com, frankromero@dwt.com

Rory S Miller     rorymiller@quinnemanuel.com, shawnaallison@quinnemanuel.com, westonreid@quinnemanuel.com

Sandra L Tholen     tholen@caldwell-leslie.com, mejia@caldwell-leslie.com, wilson@caldwell-leslie.com

Sanford I Weisburst     sandyweisburst@quinnemanuel.com

Stan Karas     stankaras@quinnemanuel.com, westonreid@quinnemanuel.com

Sugithra Somasekar     ssomasekar@orrick.com

8/26/2009

Theresa A Sutton    tsutton@orrick.com

Thomas J Nolan    tnolan@skadden.com, carl.roth@skadden.com, marcus.mumford@skadden.com

Thomas P Lambert    tpl@msk.com

Todd E Gordinier    todd.gordinier@bingham.com, craig.taggart@bingham.com, julie.valenzuela@bingham.com, karina.ward@bingham.com, lan.ly@bingham.com, michael.mortenson@bingham.com

Warrington S Parker , III    wparker@orrick.com

William A Molinski    wmolinski@orrick.com, mm7@orrick.com

Yas Raouf    yraouf@orrick.com, cholden@mgae.com, jmcbirney@orrick.com, rcolorado@mgae.com

**2:04-cv-9049 Notice has been delivered by First Class U. S. Mail or by fax to: :**

Cheryl Plambeck
Davis & Gilbert LLP
1740 Broadway
New York, NY 10019

Kien C Tiet
Stern and Goldberg
6345 Balboa Boulevard, Suite 200
Encino, CA 91316

Peter H Bonis
Peter H. Bonis Law Offices
1990 N. California Blvd, 8th Floor
Walnut Creek, CA 94596

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\Documents and Settings\JSK\My Documents\Opp.to Ex Parte For Extra Pages.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=8/26/2009] [FileNumber=8341087-0]
[aba2bc17fc32ac291b55ab853ad7b40b23346f21b9a8be29b76c9a66e81a5b86b402
70cc792b8f5334a63b9e74c8f4328f688af93c11bd4dd202e2ecf6356c9f]]