ORIGINAL

1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   John B. Quinn (Bar No. 090378)
2  (johnquinn@quinnemanuel.com)
   Michael T. Zeller (Bar No. 196417)
3  (michaelzeller@quinnemanuel.com)
   Jon D. Corey (Bar No. 185066)
4  (joncorey@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California  90017-2543
   Telephone:  (213) 443-3000
6  Facsimile:   (213) 443-3100

7  Attorneys for Mattel, Inc.

8                 UNITED STATES DISTRICT COURT
9                CENTRAL DISTRICT OF CALIFORNIA
10                      EASTERN DIVISION

11 | CARTER BRYANT, an individual,   | CASE NO. CV 04-9049 SGL (RNBx)
                                       Consolidated with
12 |         Plaintiff,              | Case No. CV 04-09059
                                       Case No. CV 05-02727
13 |    vs.                          |
                                       Hon. Stephen G. Larson
14 | MATTEL, INC., a Delaware
     corporation,                      APPLICATION TO FILE UNDER SEAL:
15 |                                   EXHIBITS 2, 3, 11 AND 12 TO THE
            Defendant.                 SECOND SUPPLEMENTAL
16 |                                   DECLARATION OF B. DYLAN
                                       PROCTOR IN SUPPORT OF MATTEL,
17 | AND CONSOLIDATED ACTIONS        | INC.'S REQUEST FOR CLARIFICATION
                                       OF JUNE 18, 2009 ORDER REGARDING
18                                     THE ESCROW OF BRATZ PROFITS

19                                     [[Proposed] Order Filed Concurrently
                                       Herewith]
20
                                       Date:       TBA
21                                     Time:       TBA
                                       Place:      TBA
22

07975/3073187.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1 | Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2 | entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully
3 | requests that the Court order filed under seal Exhibits 2, 3, 11 and 12 to the Second
4 | Supplemental Declaration of B. Dylan Proctor in Support of Mattel, Inc.'s Request
5 | for Clarification of the June 18, 2009 Order Regarding the Escrow of Bratz Profits
6 | (the "Exhibits").

7 | The Exhibits reference materials that the MGA Parties and/or Mattel
8 | have designated "Confidential" or "Confidential -- Attorney's Eyes Only" pursuant
9 | to the Protective Order. Accordingly, Mattel requests that the Court order that the
10 | Exhibits be filed under seal.

11 | In the alternative, Mattel requests that the Court declare that the
12 | Exhibits are outside the definitions of "Confidential" and "Confidential -- Attorney's
13 | Eyes Only" as contained in the Stipulated Protective Order and order them to be
14 | filed as part of the public record.

16 | DATED: August 26, 2009        QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

18 | By /s/ B. Dylan Proctor
19 | B. Dylan Proctor
Attorneys for Mattel, Inc.