QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

*Lodged Proposed Order*

FILED 2009 AUG 26 PM 4:40 CLERK, U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. RIVERSIDE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>APPLICATION TO FILE UNDER SEAL: EXHIBITS 1 AND 2 TO THE SUPPLEMENTAL DECLARATION OF MICHAEL T. ZELLER IN SUPPORT OF MATTEL, INC.'S MOTION FOR ADDITIONAL TIME TO CONDUCT THE DEPOSITION OF ISAAC LARIAN AND OPPOSITION TO CROSS-MOTION FOR PROTECTIVE ORDER LIMITING SCOPE OF EXAMINATION<br><br>[[Proposed] Order Filed Concurrently Herewith]<br><br>Date: TBA<br>Time: TBA<br>Place: TBA |

ORIGINAL

07975/3073135.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2  entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully
3  requests that the Court order filed under seal Exhibits 1 and 2 to the Supplemental
4  Declaration of Michael T. Zeller in Support of Mattel, Inc.'s Motion for Additional
5  Time to Conduct the Deposition of Isaac Larian and Opposition to Cross-Motion for
6  Protective Order Limiting the Scope of Examination (the "Exhibits").
7  The Exhibits reference materials that the MGA Parties and/or Mattel
8  have designated "Confidential" or "Confidential -- Attorney's Eyes Only" pursuant
9  to the Protective Order. Accordingly, Mattel requests that the Court order that the
10 Exhibits be filed under seal.
11 In the alternative, Mattel requests that the Court declare that the
12 Exhibits are outside the definitions of "Confidential" and "Confidential -- Attorney's
13 Eyes Only" as contained in the Stipulated Protective Order and order them to be
14 filed as part of the public record.

16 DATED: August 26, 2009          QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

18                                  By /s/ Michael T. Zeller
19                                     Michael T. Zeller
                                       Attorneys for Mattel, Inc.