QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>[~~PROPOSED~~] ORDER GRANTING APPLICATION TO FILE UNDER SEAL EXHIBITS 1 AND 2 TO THE SUPPLEMENTAL DECLARATION OF MICHAEL T. ZELLER IN SUPPORT OF MATTEL, INC.'S MOTION FOR ADDITIONAL TIME TO CONDUCT THE DEPOSITION OF ISAAC LARIAN AND OPPOSITION TO CROSS-MOTION FOR PROTECTIVE ORDER LIMITING SCOPE OF EXAMINATION<br><br>Date: TBA<br>Time: TBA<br>Place: TBA |

07975/3073139.1

[PROPOSED] ORDER

# [~~PROPOSED~~] ORDER

Based on the concurrently filed Application to File Under Seal the Supplemental Declaration of Michael T. Zeller in Support of Mattel, Inc.'s Motion for Additional Time to Conduct the Deposition of Isaac Larian and Opposition to Cross-Motion for Protective Order Limiting the Scope of Examination,

IT IS HEREBY ORDERED:

The Supplemental Declaration of Michael T. Zeller in Support of Mattel, Inc.'s Motion for Additional Time to Conduct the Deposition of Isaac Larian and Opposition to Cross-Motion for Protective Order Limiting the Scope of Examination is ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: Aug 26, 2009

_____
Hon. Stephen G. Larson
United States District Judge