QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL EXHIBITS 2, 3, 11 AND 12 TO THE SECOND SUPPLEMENTAL DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL, INC.'S REQUEST FOR CLARIFICATION OF JUNE 18, 2009 ORDER REGARDING THE ESCROW OF BRATZ PROFITS<br><br>Date: TBA<br>Time: TBA<br>Place: TBA |

07975/3073189.1

[PROPOSED] ORDER

# [~~PROPOSED~~] ORDER

Based on the concurrently filed Application to File Under Seal the Second Supplemental Declaration of B. Dylan Proctor in Support of Mattel, Inc.'s Request for Clarification of the June 18, 2009 Order Regarding the Escrow of Bratz Profits,

IT IS HEREBY ORDERED:

The Second Supplemental Declaration of B. Dylan Proctor in Support of Mattel, Inc.'s Request for Clarification of the June 18, 2009 Order Regarding the Escrow of Bratz Profits is ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: Aug 26, 2009

_/s/ S.G. Larson_
Hon. Stephen G. Larson
United States District Judge