# Exhibit E



# ORRICK

ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 MARSH ROAD
MENLO PARK, CALIFORNIA 94025-1015

tel +1-650-614-7400
fax +1-650-614-7401

WWW.ORRICK.COM

July 31, 2009

Theresa A. Sutton
(650) 614-7307
tsutton@orrick.com

VIA ELECTRONIC MAIL: MARSHALLSEARCY@QUINNEMANUEL.COM
AND VIA FACSIMILE: (213) 443-3100

Marshall M. Searcy, III, Esq.
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 19th Floor
Los Angeles, CA  90017

Re:   Carter Bryant v. Mattel, Inc. and consolidated actions

Dear Marshall:

I am writing in response to your July 30, 2009, letter regarding the supplemental production of Mr. Larian's hard drives, pursuant to the Discovery Master's Order No. 34. Thank you for bringing this matter to our attention. We are working as quickly as possible to bring MGA and Mr. Larian into compliance with the Order, and expect to be able to make the responsive images available to Mattel's consultant for inspection no later than Friday, August 8, 2009, at the offices of Stroz Friedberg. The inspection shall be governed by Order No. 34, and the parties' April 22, 2008, stipulated protocol. Please confirm in writing that Mattel will adhere to the stipulated protocol.

If you have any questions, please call me.

Sincerely yours,

Theresa A. Sutton

cc:   Annette Hurst, Esq.
      Mike Zeller, Esq.

OHS West:260704402.1

Exhibit E - Page 4