# Exhibit F

**quinn emanuel** trial lawyers | los angeles
865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL: (213) 443-3000 FAX: (213) 443-3100

August 4, 2009

**VIA FACSIMILE AND E-MAIL**

Theresa Sutton, Esq.
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025-1015

Re:     Mattel v. MGA

Dear Theresa:

I write pursuant to Paragraph 5 of the Discovery Master Order to request the MGA and Isaac Larian meet and confer regarding supplemental production of Mr. Larian's hard drives.

Pursuant to Phase 2 Discovery Matter Order No. 34 and the Court's May 21, 2009 Order imposing a limited stay on discovery, the MGA Parties were obligated to produce Mr. Larian's hard drives no later than July 28. Mattel has not received these drives, and the MGA Parties are accordingly in violation of Order No. 34.

If the MGA Parties do not immediately produce Mr. Larian's hard drives for inspection, Mattel intends to bring a motion to enforce Order No. 34 and for sanctions, including potentially for contempt as appropriate.

quinn emanuel urquhart oliver & hedges, llp
NEW YORK | 51 Madison Avenue, 22nd Floor, New York, NY 10010 | TEL (212) 849-7000 FAX (212) 849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, CA 94111 | TEL (415) 875-6600 FAX (415) 875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, CA 94065 | TEL (650) 801-5000 FAX (650) 801-5100
CHICAGO | 250 South Wacker Drive, Suite 230, Chicago, IL 60606 | TEL (312) 463-2961 FAX (312) 463-2962
LONDON | 16 Old Bailey, London EC4M 7EG United Kingdom | TEL +44(0) 20 7653 2000 FAX +44(0) 20 7653 2100
TOKYO | Akasaka Twin Tower Main Bldg., 6th Fl., 17-22 Akasaka 2-Chome, Minato-ku, Tokyo 107-0052 Japan | TEL +81 3 5561-1711 FAX +81 3 5561-1712

I look forward to hearing from you.

Very truly yours,

*Marshall Searcy /cmv*

Marshall M. Searcy III

cc: Annette Hurst, Esq.

07975/3038443.1