# Exhibit H

## AGREEMENT TO BE BOUND
## BY ORDER NO. 34 AND SUBSEQUENT ORDERS RELATED TO THE
## INSPECTION OF ISAAC LARIAN'S HARD DRIVES

WHEREAS, the Discovery Master has issued Order No. 34 in *Carter Bryant v. Mattel, Inc.* and consolidated cases, Case No. CV 04-09049 SGL (RNBx) (the "Litigation");

WHEREAS, the parties to the Litigation have entered into a May 12, 2008 Stipulated Protocol governing the inspection of Mr. Larian's hard drives;

WHEREAS, Mattel, Inc. has engaged 42 LLC to perform the inspection permitted by Order No. 34 and governed by the Protocol;

WHEREAS, 42 LLC is not a party to the Litigation;

42 LLC agrees as follows:

a) 42 LLC is bound by Order No. 34 and the Protocol. A copy of the Order and Protocol are attached hereto as Exhibits A and B, respectively.

b) 42 LLC is bound by any further order issued by the Court in the Litigation or any Discovery Master appointed therein applicable to inspection of the Larian hard drives.

c) 42 LLC will execute Exhibit A – Assurance of Compliance to the parties' Stipulated Protective Order and abide by the terms therein governing the use and disclosure of Confidential – Attorneys' Eyes Only information. A copy of the Protective Order is attached hereto as Exhibit C.

d) Any person engaged or otherwise retained by 42 LLC to perform work pursuant to Order No. 34, the Protocol or any related subsequent orders will consent in writing to be bound by this Agreement, prior to beginning his or her inspection of Mr. Larian's hard drives pursuant thereto.

e) 42 LLC and any other person who executes this Agreement pursuant to subsection (d) consent to the exclusive jurisdiction of the United States District Court for the Central District of California for the purpose of enforcing this Agreement, enjoining any violation or threatened violation of this Agreement, or seeking damages for the breach of said Agreement.

Dated: 8/24/09

**42 LLC**

Christopher Pavan
Printed Name

_____
Signature