# Exhibit I

**From:** Dylan Proctor [mailto:dylanproctor@quinnemanuel.com]
**Sent:** Monday, August 17, 2009 8:04 PM
**To:** Hurst, Annette
**Cc:** Michael T Zeller; Searcy, Marshall; Molinski, William; Sutton, Theresa A.; Chaudoir, Christopher
**Subject:** Re: Larian hard drive supplemental production

Annette,

In my letter of August 11, I confirmed that Mattel's expert will agree to be bound by the terms of Discovery Order No. 34, unless modified by the Court, so the issue raised in your e-mail really seems to be a red herring. MGA is out of compliance with the Order, and should have already produced the hard drives that were ordered to be produced weeks ago.

Indeed, MGA has raised this issue more than 2 weeks after the July 28 deadline by which it was to provide Mr. Larian's hard drives for inspection, and MGA's questions about the briefing on Mattel's motion to preclude seem aimed at creating further unnecessary delay. Mattel sought to preclude MGA from criticizing Mattel's expert for not reviewing active user files which, at MGA's insistence, he was not allowed to review. Alternatively, we requested that the Court overrule Discovery Order No. 34 insomuch as our expert should be allowed to review active user files. We were not asking the Court to modify the May protocol, so neither party discussed it.

In any event, to prevent any further delay or purported confusion on MGA's part, we hereby confirm that Mattel's expert will abide by the May protocol between the parties, with the proviso that, if the Court overrules Discovery Order No. 34 and orders that Mattel's expert is allowed to review active user files, then Mattel's expert will expect to review such files. Please send the "undertaking," promised almost a week ago, so that our expert may begin to review the hard drives which you say are now ready for inspection.

Best regards--

Dylan Proctor
Quinn Emanuel Urquhart Oliver & Hedges LLP
865 South Figueroa Street, 3rd Floor
Los Angeles, CA 90017

Direct: (213) 443-3112
Main Phone: (213) 443-3000
Main Fax: (213) 443-3100

E-mail: dylanproctor@quinnemanuel.com
Web: www.quinnemanuel.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From**: Hurst, Annette <ahurst@orrick.com>
**To**: Dylan Proctor
**Cc**: Michael T Zeller; Marshall Searcy; Molinski, William <wmolinski@orrick.com>; Sutton, Theresa A. <tsutton@orrick.com>; Chaudoir, Christopher <cchaudoir@orrick.com>
**Sent**: Sun Aug 16 20:17:57 2009
**Subject**: Larian hard drive supplemental production

Dylan:

You sent a letter the other day following up on the Larian hard drive supplemental inspection, and we appreciate the clarification and had drafted an undertaking as you suggested. In the meantime we discovered the May protocol, which as you know has also been under discussion in connection with other matters. It is now our understanding that the April 2008 protocol was a proposal rejected by MGA, and that the May 2008 protocol was what was agreed between the parties and ultimately applied to govern the actual inspection of the Larian hard drives.

Exhibit I - Page 13

We're confused about why the May protocol wasn't mentioned in the Larian hard drive motion currently pending in front of Judge Larson, and also are confused about whether Mattel agrees that it applies under Discovery Master Order No. 34 to govern the manner of the supplemental production for inspection.  This is not a stall, the hard drives are ready to go as soon as we get this all cleared up.  We are just genuinely concerned in light of the course of events that this is one instance where our status as new counsel coming into a case with a lot of history may have caused us to overlook something relevant (and significant, given the subject matter).

Would you please explain how Mattel views the applicability of the May 2008 protocol as the proper steps to be followed?

Would Mattel also provide an explanation as to why it included only the April proposal and not the May stipulated protocol in its Motion?  If there was an oversight by both parties, then I do think we should correct this with the Court so it has all of the relevant information in connection with the hearing on August 31.

We're happy to discuss these issues further at your convenience.

Thanks.

Annette


ORRICK

**ANNETTE L. HURST**
*Partner*

**ORRICK, HERRINGTON & SUTCLIFFE LLP**
SAN FRANCISCO

*tel* (415) 773-4585
*fax* (415) 773-5759
ahurst@orrick.com

www.orrick.com


```
"EMF <orrick.com>" made the following annotations.
--------------------------------------------------------------------------
==========================================================

IRS Circular 230 disclosure:
To ensure compliance with requirements imposed by the IRS,
we inform you that any tax advice contained in this
communication, unless expressly stated otherwise, was not
intended or written to be used, and cannot be used, for
the purpose of (i) avoiding tax-related penalties under
the Internal Revenue Code or (ii) promoting, marketing or
recommending to another party any tax-related matter(s)
addressed herein.



==========================================================

NOTICE TO RECIPIENT:  THIS E-MAIL IS  MEANT FOR ONLY THE
INTENDED RECIPIENT OF THE TRANSMISSION, AND MAY BE A
COMMUNICATION PRIVILEGED BY LAW.  IF YOU RECEIVED THIS E-
MAIL IN ERROR, ANY REVIEW, USE, DISSEMINATION,
DISTRIBUTION, OR COPYING OF THIS E-MAIL IS STRICTLY
PROHIBITED.  PLEASE NOTIFY US IMMEDIATELY OF THE ERROR BY
RETURN E-MAIL AND PLEASE DELETE THIS MESSAGE FROM YOUR
SYSTEM. THANK YOU IN ADVANCE FOR YOUR COOPERATION.

For more information about Orrick, please visit
```

Exhibit I - Page 14

```
http://www.orrick.com/
============================================================
===========================================================================
```

Exhibit I - Page 15