Name & Address:
Quinn Emanuel Urquhart Oliver & Hedges, LLP
John Quinn
Michael Zeller
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| CARTER BRYANT, an individual | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CV 04-9049 |
| v. | |
| MATTEL, INC., a Delaware corporation | NOTICE OF MANUAL FILING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**

Mattel, Inc.'s Opposition to the MGA Parties' Motion for Reconsideration of Order No. 42; Declaration of Michael T. Zeller in Support Thereof; Application to File Under Seal; Proposed Order

**Document Description:**

☐ Administrative Record
☑ Exhibits
☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]
☑ Other

**Reason:**

☑ Under Seal
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☐ Per Court order dated _____
☐ Manual Filing required (*reason*):

| 8/27/2009 | Michael T. Zeller |
|---|---|
| Date | Attorney Name |
| | Mattel, Inc. |
| | Party Represented |

Note:   File one Notice in each case, each time you manually file document(s).

G-92 (03/09)                                         **NOTICE OF MANUAL FILING**