# Exhibit 3

**From:** Etcheverry, Lance A [Lance.Etcheverry@skadden.com]
**Sent:** Wednesday, May 07, 2008 4:48 PM
**To:** 'Jon Corey'
**Subject:** RE: Hard Drive Protocol

Been out of the office all day.  I've lined Stroz up to be available for a call tomorrow afternoon.  I'll be in touch in the morning re: scheduling.

As for the Larian USB protocol, I will review it this evening and we can talk about it at the same time if we have any comments.

- Lance

**From:** Jon Corey [mailto:joncorey@quinnemanuel.com]
**Sent:** Wednesday, May 07, 2008 9:07 AM
**To:** Etcheverry, Lance A (LAC)
**Subject:** Hard Drive Protocol

Lance,

When can we talk about the hard drive protocol.  I have spoken with my consultant and we have determined that your last round of edits go too far and we need to discuss them.  As written, if everything my consultants look at has to go to you for review prior to being turned over to me, then there is no principled reason to limit them to a search of the unallocated space.  Also, limiting the search to the unallocated space deprives them of the ability to search for other indicators of deletion of material within the system files, registry, etc.  That needs to be within the scope of what they have access to.  Also, with respect to technical/system information related to the hard drive itself, file or link pointers, allocation tables, registry history, etc., there can be no conceivable claim of privilege with respect to that type of information.  They contain neither facts nor communications as to which any claim of privilege can apply.  There is no principled reason, therefore, why that information needs to be reviewed for privilege prior to being provided to Mattel.  I have no problem if your consultant sees that type of information, but there should be no need for a 14 day review of information that is not privileged nor can coherently be logged.  I think we can work this out, but need to get on the phone with the document and finish it, perhaps with our respective consultants on the phone.  Can you do that later this afternoon?

Best regards,


Jon Corey
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Main Phone: (213) 443-3000
Main Fax:  (213) 443-3100
E-mail:   joncorey@quinnemanuel.com
Web:   www.quinnemanuel.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above.  This message may be an attorney-client communication and/or work product and as such is privileged and confidential.  If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited.  If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

Exhibit 3 - Page 17

Exhibit 3 - Page 18