MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:  +1-415-773-5700
Facsimile:  +1-415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA  90017
Telephone:  +1-213-629-2020
Facsimile:  +1-213-612-2499

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant. | Case No.  CV 04-9049-SGL (RNBx)<br><br>**PROOF OF SERVICE BY ECF, EMAIL AND E-MAIL TO COUNSEL** |
| AND CONSOLIDATED ACTIONS | |

## PROOF OF SERVICE VIA ECF

I am more than eighteen years old and not a party to this action.  My business address is Orrick, Herrington & Sutcliffe LLP, 1000 Marsh Road, Menlo Park, California  94025.  On August 27, 2009, I served the following document(s):

**MGA PARTIES' SUPPLEMENTAL OPPOSITION TO MATTEL, INC.'S MOTION FOR PRECLUSIVE RELIEF OR, IN THE ALTERNATIVE, ACCESS TO ACTIVE FILES ON THE LARIAN HARD DRIVES**

**[PROPOSED] ORDER RE MGA PARTIES' SUPPLEMENTAL OPPOSITION TO MATTEL, INC.'S MOTION FOR PRECLUSIVE RELIEF OR, IN THE ALTERNATIVE, ACCESS TO ACTIVE FILES ON THE LARIAN HARD DRIVES**

**SUPPLEMENTAL DECLARATION OF ANNETTE L. HURST IN SUPPORT OF MGA PARTIES' OPPOSITION TO MATTEL, INC.'S MOTION FOR PRECLUSIVE RELIEF OR, IN THE ALTERNATIVE, ACCESS TO ACTIVE FILES ON THE LARIAN HARD DRIVES**

**DECLARATION OF LANCE A. ETCHEVERRY IN SUPPORT OF MGA PARTIES' SUPPLEMENTAL OPPOSITION TO MATTEL, INC.'S MOTION FOR PRECLUSIVE RELIEF OR, IN THE ALTERNATIVE, ACCESS TO ACTIVE FILES ON THE LARIAN HARD DRIVES**

filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic  Filing (NEF) on August 27, 2009.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 27, 2009, at Menlo Park, California.

Karen Mudurian

**PROOF OF SERVICE BY EMAIL TO COUNSEL**

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, 1000 Marsh Road, Menlo Park, California 94025. On August 27, 2009, I served the following document(s):

**MGA PARTIES' SUPPLEMENTAL OPPOSITION TO MATTEL, INC.'S MOTION FOR PRECLUSIVE RELIEF OR, IN THE ALTERNATIVE, ACCESS TO ACTIVE FILES ON THE LARIAN HARD DRIVES**

**[PROPOSED] ORDER RE MGA PARTIES' SUPPLEMENTAL OPPOSITION TO MATTEL, INC.'S MOTION FOR PRECLUSIVE RELIEF OR, IN THE ALTERNATIVE, ACCESS TO ACTIVE FILES ON THE LARIAN HARD DRIVES**

**SUPPLEMENTAL DECLARATION OF ANNETTE L. HURST IN SUPPORT OF MGA PARTIES' OPPOSITION TO MATTEL, INC.'S MOTION FOR PRECLUSIVE RELIEF OR, IN THE ALTERNATIVE, ACCESS TO ACTIVE FILES ON THE LARIAN HARD DRIVES**

**DECLARATION OF LANCE A. ETCHEVERRY IN SUPPORT OF MGA PARTIES' SUPPLEMENTAL OPPOSITION TO MATTEL, INC.'S MOTION FOR PRECLUSIVE RELIEF OR, IN THE ALTERNATIVE, ACCESS TO ACTIVE FILES ON THE LARIAN HARD DRIVES**

I served copies of said papers on August 27, 2009 by attaching them to an email addressed to:

**Michael Zeller**
michaelzeller@quinnemanuel.com

**Dylan Proctor**
dylanproctor@quinnemanuel.com

**Jon Corey**
joncorey@quinnemanuel.com

**Jason Russell**
jason.russell@skadden.com

1  **Todd Gordinier**
   todd.gordinier@bingham.com

2
   **Peter Villar**
3  peter.villar@bingham.com

4  **Mark Overland**
   moverland@scheperkim.com

5
   **Alexander Cote**
6  acote@scheperkim.com

7

8  I declare under penalty of perjury that the foregoing is true and correct.

9  Executed on August 27, 2009, at Menlo Park, California.

10

11

12  _____
                    Karen Mudurian
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

OHS West:260718198.1                        - 3 -                        PROOF OF SERVICE

## PROOF OF SERVICE BY MAIL

I am more than eighteen years old and not a party to this action.  My business address is Orrick, Herrington & Sutcliffe LLP, 1000 Marsh Road, Menlo Park, California  94025.  On August 27, 2009, I served the following document(s):

**MGA PARTIES' SUPPLEMENTAL OPPOSITION TO MATTEL, INC.'S MOTION FOR PRECLUSIVE RELIEF OR, IN THE ALTERNATIVE, ACCESS TO ACTIVE FILES ON THE LARIAN HARD DRIVES**

**[PROPOSED] ORDER RE MGA PARTIES' SUPPLEMENTAL OPPOSITION TO MATTEL, INC.'S MOTION FOR PRECLUSIVE RELIEF OR, IN THE ALTERNATIVE, ACCESS TO ACTIVE FILES ON THE LARIAN HARD DRIVES**

**SUPPLEMENTAL DECLARATION OF ANNETTE L. HURST IN SUPPORT OF MGA PARTIES' OPPOSITION TO MATTEL, INC.'S MOTION FOR PRECLUSIVE RELIEF OR, IN THE ALTERNATIVE, ACCESS TO ACTIVE FILES ON THE LARIAN HARD DRIVES**

**DECLARATION OF LANCE A. ETCHEVERRY IN SUPPORT OF MGA PARTIES' SUPPLEMENTAL OPPOSITION TO MATTEL, INC.'S MOTION FOR PRECLUSIVE RELIEF OR, IN THE ALTERNATIVE, ACCESS TO ACTIVE FILES ON THE LARIAN HARD DRIVES**

on the interested parties in this action by placing true and correct copies thereof in sealed envelope(s) addressed as follows:

| | |
|---|---|
| **Jason Russell, Esq.** | **Todd Gordinier, Esq.** |
| Skadden Arps Slate Meagher & Flom LLP | **Peter Villar, Esq.** |
| 300 South Grand Avenue | Bingham McCutchen LLP |
| Suite 3400 | 600 Anton Boulevard, 18th Floor |
| Los Angeles, CA 90071 | Costa Mesa, CA 92626 |

**Mark Overland, Esq.**
**Alexander Cote, Esq.**
Scheper Kim & Overland LLP
One Bunker Hill
601 West Fifth Street, 12th Floor
Los Angeles, California 90071

   I am employed in the county from which the mailing occurred.  On the date indicated above, I placed the sealed envelope(s) for collection and mailing at this firm's office business address indicated above.  I am readily familiar with this firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service.  Under that practice, the firm's correspondence would be deposited with the United States Postal Service on this same date with postage thereon fully prepaid in the ordinary course of business.

   I declare under penalty of perjury that the foregoing is true and correct.

   Executed on August 27, 2009, at San Francisco, California.

         Karen Mudurian

OHS West:260718198.1       - 5 -       PROOF OF SERVICE