QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with Case Nos. CV 04-09059 and CV 05-02727 |
| vs. | **DISCOVERY MATTER**<br>**[To Be Heard By Discovery Master Robert O'Brien]** |
| MATTEL, INC., a Delaware corporation, | |
| Defendant. | [PUBLIC REDACTED] DECLARATION OF MICHAEL T. ZELLER IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO THE MGA PARTIES' MOTION FOR RECONSIDERATION OF ORDER NO. 42 |
| AND CONSOLIDATED ACTIONS | |

Date:   TBD
Time:  TBD
Place:  TBD

**Phase 2**
Discovery December 11, 2009
Pre-trial Conference:  March 1, 2010
Trial Date:  March 23, 2010

# DECLARATION OF MICHAEL T. ZELLER

1. I am a member of the bars of the States of California, New York and Illinois and a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of Trial Exhibit 11907.

3. Attached hereto as Exhibit 2 are true and correct copies of relevant excerpts of the Phase 1 trial transcript.

4. Attached hereto as Exhibit 3 is a true and correct copy of an e-mail chain between Isaac Larian and Victoria O'Connor, dated October 23, 2002, Bates Number MGA 2 0070266-270.

5. Attached hereto as Exhibit 4 is a true and correct copy of an e-mail from Isaac Larian to Victoria O'Connor, dated August 5, 2002, Bates Number MGA 2 0070551-0553.

6. Attached hereto as Exhibit 5 are true and correct copies of relevant excerpts of the transcript of the July 8, 2009 hearing before the Discovery Master.

7. Attached hereto as Exhibit 6 is a true and correct copy of the Court's Order Granting Mattel's Motion for Declaratory Judgment, dated December 3, 2008.

8. Attached hereto as Exhibit 7 is a true and correct copy of Trial Exhibit 1117.

9. Attached hereto as Exhibit 8 is a true and correct copy of Trial Exhibit 10036.

10. Attached hereto as Exhibit 9 is a true and correct copy of Trial Exhibit 2201.

11. Attached hereto as Exhibit 10 are true and correct copies of relevant excerpts of the Deposition of Isaac Larian, dated July 18, 2006.

12. Attached hereto as Exhibit 11 is a true and correct copy of the Court's Order Granting in part, Denying in part, and Deferring in Part the Parties' Motions for Partial Summary Judgment, dated April 25, 2009.

I declare under penalty of perjury under the law of the United States that the foregoing is true and correct.

Executed on August 27, 2009, at Los Angeles, California.

/s/ Michael T. Zeller
Michael T. Zeller