QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>　　　　　Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059 and<br>Case No. CV 05-02727<br><br>[PUBLIC REDACTED]<br>DECLARATION OF SCOTT B. KIDMAN IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO NEIL KADISHA'S *EX PARTE* APPLICATION FOR PROTECTIVE ORDER<br><br>**Phase 2:**<br>Discovery Cut-off: Dec. 11, 2009<br>Pre-trial Conference: Mar. 1, 2010<br>Trial Date: Mar. 23, 2010 |

07975/3075632.1

DECLARATION OF SCOTT KIDMAN

## DECLARATION OF SCOTT KIDMAN

I, Scott Kidman, declare as follows:

1. I am a member of the bar of the State of California, admitted to practice in the Central District of California and elsewhere, and a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). Except where otherwise indicated, I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Deposition Notice and Subpoena of Neil Kadisha, dated February 25, 2009.

3. Attached hereto as Exhibit 2 is a true and correct copy of the Phase 2 Discovery Matter Order No. 33, dated May 18, 2009.

4. Attached hereto as Exhibit 3 is a true and correct copy of the Phase 2 Discovery Matter Order No. 43, dated July 30, 2009.

5. Attached hereto as Exhibit 4 is a true and correct copy of the Phase 2 Discovery Matter Order No. 44, dated August 4, 2009.

6. Attached hereto as Exhibit 5 is a true and correct copy of the Phase 2 Discovery Matter Order No. 3, dated March 10, 2009.

7. Attached hereto as Exhibit 6 is a true and correct copy of the Phase 2 Discovery Matter Order No. 27, dated May 6, 2009.

8. Attached hereto as Exhibit 7 is a true and correct copy of the Phase 2 Discovery Matter Order No. 46, dated August 14, 2009.

9. Attached hereto as Exhibit 8 is a true and correct copy of the Court Order, dated July 9, 2009.

10. Attached hereto as Exhibit 9 is a true and correct copy of Mattel, Inc.'s Third Amended Answer and Counterclaims, dated May 22, 2009.

11. Attached hereto as Exhibit 10 is a true and correct copy of the Deposition of Leon Neman, dated August 14, 2009.

12. Attached hereto as Exhibit 11 is a true and correct copy of excerpts from the Deposition of Adrienne Fontanella, dated January 16, 2008.

13. Attached hereto as Exhibit 12 is a true and correct copy of excerpts from the Deposition of Jean Gomez, dated January 24, 2008.

14. Attached hereto as Exhibit 13 is a true and correct copy of excerpts from the Deposition of Hoi Hoffman-Briggs, dated January 21, 2008.

15. Attached hereto as Exhibit 14 is a true and correct copy of excerpts from the Deposition of Robert Simoneau, dated January 28, 2008.

16. Attached hereto as Exhibit 15 is a true and correct copy of excerpts from the Deposition of Robert Hudnut, dated July 13, 2007.

17. Attached hereto as Exhibit 16 is a true and correct copy of excerpts from the Deposition of Julia Marine, dated September 21, 2006.

18. Attached hereto as Exhibit 17 is a true and correct copy of excerpts from the Deposition of Lloyd Cunningham, dated March 31, 2008.

19. Attached hereto as Exhibit 18 is a true and correct copy of excerpts from the Deposition of Liliana Martinez, dated May 20, 2005.

20. Attached hereto as Exhibit 19 is a true and correct copy of excerpts from the Deposition of Fred Kawashima, dated January 17, 2007.

21. Attached hereto as Exhibit 20 is a true and correct copy of excerpts from the Deposition of Timothy Kilpin, dated January 25, 2008.

22. Attached hereto as Exhibit 21 is a true and correct copy of excerpts from the Deposition of Joni Pratte, dated June 1, 2007.

23. Attached hereto as Exhibit 22 is a true and correct copy of excerpts from the Discovery Master Hearing Transcript, dated March 4, 2009.

24. Attached hereto as Exhibit 23 is a true and correct copy of the January 26, 2007 Court Order.

25. Attached hereto as Exhibit 24 is a true and correct copy of the May 15, 2007 Court Order.

26. Attached hereto as Exhibit 25 is a true and correct copy of the June 19, 2007 Court Order.

27. Attached hereto as Exhibit 26 is a true and correct copy of the June 27, 2007 Court Order.

28. Attached hereto as Exhibit 27 is a true and correct copy of a August 25, 2009 letter from Scott B. Kidman to Todd E. Gordinier.

29. Attached hereto as Exhibit 28 is a true and correct copy of the Declaration of Fred Mashian In Opposition to Mattel's *Ex Parte* Application For Order Deeming Lexington Served, dated March 8, 2009.

30. Attached hereto as Exhibit 29 is a true and correct copy of excerpts from the Deposition of Tina Varu, dated April 8, 2008.

31. Attached hereto as Exhibit 30 is a true and correct copy of MGA's Motion Objecting To Discovery Master's March 17, 2008 Order, dated March 31, 2008.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration was executed on August 26, 2009 at Los Angeles, California.

/s/ Scott Kidman
Scott Kidman

07975/3075632.1

-3-

DECLARATION OF SCOTT KIDMAN