QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000   Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>　　　　Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>**DISCOVERY MATTER [To Be Heard By Discovery Master Robert C. O'Brien Pursuant To Order Of January 6, 2009]**<br><br>**MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL:**<br><br>**(1)  MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MATTEL, INC.'S MOTION FOR AN ORDER: (1) REMOVING "CONFIDENTIAL" DESIGNATIONS FROM PORTIONS OF THE DEPOSITION TRANSCRIPT OF SUSANA KUEMMERLE, AND (2) ISSUING AN APOSTILLE RE THE KUEMMERLE TRANSCRIPT;**<br><br>**(2) EXHIBIT B TO THE CONCURRENTLY FILED COREY DECLARATION; AND**<br><br>**(3) EXHIBIT C TO THE CONCURRENTLY FILED OSMAN DECLARATION**<br><br>[[Proposed] Order filed concurrently]<br><br>**Phase 2:**<br>Disc. Cut-off:　　December 11, 2009<br>Pre-trial Conf.:　　March 1, 2010<br>Trial Date:　　　　March 23. 2010 |

1    Pursuant to <u>Local Rule</u> 79-5.1 and the Stipulated Protective Order

2  entered by the Court in this action, plaintiff Mattel, Inc. ("Mattel") hereby

3  respectfully requests that the Court order that the following documents be filed

4  under seal:

5       1.    Memorandum Of Points And Authorities In Support of Mattel

6  Inc.'s Motion For An Order: (1) Removing "Confidential" Designations From

7  Portions Of The Deposition Transcript Of Susana Kuemmerle, And (2) Issuing An

8  Apostille Re The Kuemmerle Transcript;

9       2.    Exhibit B to the Declaration of Jon Corey in Support of Mattel,

10  Inc.'s Motion For An Order: (1) Removing "Confidential" Designations From

11  Portions Of The Deposition Transcript Of Susana Kuemmerle, And (2) Issuing An

12  Apostille Re The Kuemmerle Transcript ("Corey Declaration"); and

13       3.    Exhibit C to the Declaration of Randa Osman in Support of

14  Mattel, Inc.'s Motion For An Order: (1) Removing "Confidential" Designations

15  From Portions Of The Deposition Transcript Of Susana Kuemmerle, And (2)

16  Issuing An Apostille Re The Kuemmerle Transcript ("Osman Declaration").

17       The Memorandum of Points and Authorities, Exhibit B to the Corey

18  Declaration and Exhibit C to the Osman Declaration include materials that MGA

19  Entertainment, Inc. has designated as "Confidential--Attorneys' Eyes Only" and/or

20  "Confidential" pursuant to the Stipulated Protective Order that was entered in this

21  action on January 4, 2005.  Accordingly, Mattel requests that the Court order that

22  the Memorandum of Points and Authorities, Exhibit B to the Corey Declaration and

23  Exhibit C to the Osman Declaration be filed under seal.

24       In the alternative, Mattel requests that the Court declare that these

25  materials are outside the definition of "Confidential--Attorneys' Eyes Only" and/or

26  "Confidential" as set forth in the Stipulated Protective Order, and order that the

27

28

1 | Memorandum of Points and Authorities, Exhibit B to the Corey Declaration and

2 | Exhibit C to the Osman Declaration be filed as part of the public record.

3

4 | DATED:  August 26, 2009            QUINN EMANUEL URQUHART OLIVER & HEDGES. LLP

5

6 |                                    By /s/ Randa A.F. Osman

7 |                                       Randa A. F. Osman
                                          Attorneys for Mattel. Inc.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MATTEL. INC.'S APPLICATION TO FILE UNDER SEAL