LODGED

1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     John B. Quinn (Bar No. 090378)
2    (johnquinn@quinnemanuel.com)
     Michael T. Zeller (Bar No. 196417)
3    (michaelzeller@quinnemanuel.com)
     Jon D. Corey (Bar No. 185066)
4    (joncorey@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California  90017-2543
   Telephone:  (213) 443-3000
6  Facsimile:   (213) 443-3100

7  Attorneys for Mattel, Inc.

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                    EASTERN DIVISION

11 | CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx)
12 |            Plaintiff,         | Consolidated with
                                   | Case Nos. CV 04-09059 & CV 05-2727
13 |            vs.                |
                                   | Hon. Stephen G. Larson
14 | MATTEL, INC., a Delaware      |
   | corporation,                  | [PROPOSED] ORDER GRANTING
15 |                               | MATTEL, INC.'S APPLICATION TO
   |            Defendant.         | FILE UNDER SEAL:
16 |                               |
   |                               | (1)  MATTEL, INC.'S MEMORANDUM
17 | AND CONSOLIDATED ACTIONS      | OF POINTS AND AUTHORITIES IN
                                   | SUPPORT OF ITS MOTION FOR AN
18                                   ORDER: (1) REMOVING
                                     "CONFIDENTIAL" DESIGNATIONS
19                                   FROM PORTIONS OF THE
                                     DEPOSITION TRANSCRIPT OF
20                                   SUSANA KUEMMERLE, AND (2)
                                     ISSUING AN APOSTILLE RE THE
                                     KUEMMERLE TRANSCRIPT;
21
                                     (2) EXHIBIT B TO THE
22                                   CONCURRENTLY FILED COREY
                                     DECLARATION; AND
23
                                     (3) EXHIBIT C TO THE
24                                   CONCURRENTLY FILED OSMAN
                                     DECLARATION
25

26

27

28

00505.07209/3073842.1

                                                        [PROPOSED] ORDER

## ORDER

Based on the concurrently filed Application To File Under Seal (1) the Memorandum of Points and Authorities in Support of Mattel, Inc.'s Motion For An Order: (1) Removing "Confidential" Designations From Portions Of The Deposition Transcript Of Susana Kuemmerle, And (2) Issuing An Apostille Re The Kuemmerle Transcript; (2) Exhibit B to the Corey Declaration; and (3) Exhibit C to the Osman Declaration, and good cause appearing;

IT IS HEREBY ORDERED that the following documents shall be filed under seal pursuant to Local Rule 79-5.1:

1. The Memorandum of Points and Authorities in Support of Mattel Inc.'s Motion For An Order: (1) Removing "Confidential" Designations From Portions Of The Deposition Transcript Of Susana Kuemmerle, And (2) Issuing An Apostille Re The Kuemmerle Transcript;

2. Exhibit B to the Declaration of Jon Corey in Support of Mattel, Inc.'s Motion For An Order: (1) Removing "Confidential" Designations From Portions Of The Deposition Transcript Of Susana Kuemmerle, And (2) Issuing An Apostille Re The Kuemmerle Transcript; and

3. Exhibit C to the Declaration of Randa Osman in Support of Mattel, Inc.'s Motion For An Order: (1) Removing "Confidential" Designations From Portions Of The Deposition Transcript Of Susana Kuemmerle, And (2) Issuing An Apostille Re The Kuemmerle Transcript.

DATED: Aug 27, 2009

_____
Hon. Stephen G. Larson
United States District Judge