ORIGINAL

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S OPPOSITION TO MGA'S MOTIONS (1) TO COMPEL MATTEL'S ATTENDANCE AT 30(B)(6) DEPOSITIONS; (2) FOR PROTECTIVE ORDER REQUIRING ADVANCE DESIGNATION OF 30(B)(6) WITNESSES; (3) TO DE-DESIGNATE DOCUMENT UNDER PROTECTIVE ORDER RELATED TO SUBJECT MATTER OF REQUESTED 30(B)(6) TESTIMONY; AND (4) FOR SANCTIONS; AND THE DECLARATIONS OF MICHAEL T. ZELLER, JAMES J. WEBSTER, AND MICHAEL MOORE IN SUPPORT THEREOF<br><br>[[Proposed] Order Filed Concurrently Herewith]<br><br>**Phase 2**<br>Discovery Cut-off: December 11, 2009<br>Pre-trial Conference: March 1, 2010<br>Trial Date: March 23, 2010 |

Lodged [Proposed] Order
FILED 2009 AUG 27 PM 12:09
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

00505.07975/3070140.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

| | |
|---|---|
| 1 | Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order |
| 2 | entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully |
| 3 | requests that the Court order filed under seal Mattel, Inc.'s Opposition to MGA's |
| 4 | Motions (1) to Compel Mattel's Attendance at 30(b)(6) Depositions; (2) For |
| 5 | Protective Order Requiring Advance Designation of Witnesses; (3) To De- |
| 6 | Designate Document Under Protective Order Related to Subject Matter of |
| 7 | Requested 30(b)(6) Testimony; and (4) for Sanctions (the "Opposition"), and the |
| 8 | Declaration of James J. Webster in support thereof ("Webster Declaration"), the |
| 9 | Declaration of Michael T. Zeller in support thereof ("Zeller Declaration"), and the |
| 10 | Declaration of Michael Moore in support thereof ("Moore Declaration"). |
| 11 | The Opposition quotes from documents that Mattel and the MGA |
| 12 | Parties have designated as "Confidential -- Attorney's Eyes Only" pursuant to the |
| 13 | Protective Order. The Webster Declaration and the Moore Declaration each discuss |
| 14 | documents and information that Mattel and the MGA Parties have designated as |
| 15 | "Confidential" or "Confidential -- Attorney's Eyes Only" pursuant to the Protective |
| 16 | Order. The Zeller Declaration attaches documents that Mattel and the MGA Parties |
| 17 | have designated as "Confidential" or "Confidential -- Attorney's Eyes Only" |
| 18 | pursuant to the Protective Order. Accordingly, Mattel requests that the Court order |
| 19 | that the Opposition, the Webster Declaration, the Moore Declaration, and the Zeller |
| 20 | Declaration be filed under seal. |

DATED: August 26, 2009

QUINN EMANUEL URQUHART OLIVER & HEDGES. LLP

By /s/ Michael T. Zeller
Michael T. Zeller
Attorneys for Mattel. Inc.