ORIGINAL

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>[~~PROPOSED~~] ORDER GRANTING APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S OPPOSITION TO MGA'S MOTIONS (1) TO COMPEL MATTEL'S ATTENDANCE AT 30(B)(6) DEPOSITIONS; (2) FOR PROTECTIVE ORDER REQUIRING ADVANCE DESIGNATION OF 30(B)(6) WITNESSES; (3) TO DE-DESIGNATE DOCUMENT UNDER PROTECTIVE ORDER RELATED TO SUBJECT MATTER OF REQUESTED 30(B)(6) TESTIMONY; AND (4) FOR SANCTIONS; AND THE DECLARATIONS OF MICHAEL T. ZELLER, JAMES J. WEBSTER, AND MICHAEL MOORE IN SUPPORT THEREOF<br><br>**Phase 2**<br>Discovery Cut-off: December 11, 2009<br>Pre-trial Conference: March 1, 2010<br>Trial Date: March 23, 2010 |

00505.07975/3070946.1

[PROPOSED] ORDER

# [~~PROPOS~~ED] ORDER

Based on the concurrently filed Application to File Under Seal Mattel, Inc.'s Opposition to MGA's Motions (1) to Compel Mattel's Attendance at 30(b)(6) Depositions; (2) For Protective Order Requiring Advance Designation of Witnesses; (3) To De-Designate Document Under Protective Order Related to Subject Matter of Requested 30(b)(6) Testimony; and (4) for Sanctions (the "Opposition"), and the Declaration of James J. Webster in support thereof ("Webster Declaration"), the Declaration of Michael Moore in support thereof ("Moore Declaration"), and the Declaration of Michael T. Zeller in support thereof ("Zeller Declaration"),

IT IS HEREBY ORDERED:

the Opposition; the Webster Declaration; the Moore Declaration; and the Zeller Declaration, are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: Aug 27, 2009

_____
Hon. Stephen G. Larson
United States District Judge

00505.07975/3070946.1

-2-

[PROPOSED] ORDER