ORIGINAL

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>[DISCOVERY MATTER]<br>To be heard by Discovery Master Robert C. O'Brien<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S OPPOSITION TO NEIL KADISHA'S *EX PARTE* APPLICATION FOR PROTECTIVE ORDER<br><br>[[Proposed] Order filed concurrently]<br><br>**Phase 2**<br>Discovery Cut-off: December 11, 2009<br>Pre-trial Conference: March 1, 2010<br>Trial Date: March 23, 2010 |

1    Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2 entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully
3 requests that the Court order filed under seal Mattel, Inc.'s Opposition to Neil
4 Kadisha's *Ex Parte* Application for Protective Order ("Opposition"), Exhibit 1 to
5 the Declaration of Michael T. Zeller In Support Thereof, and Exhibits 2, 6, 7, 9-16,
6 20, 21, 29, and 30 to the Declaration of Scott B. Kidman In Support Thereof.

7    The Opposition and Exhibits contain materials that Mattel or MGA
8 have designated as "Confidential" or "Confidential--Attorneys' Eyes Only" pursuant
9 to the Protective Order. Accordingly, Mattel requests that the Court order that the
10 Opposition and Exhibits be filed under seal.

13   DATED: August 26, 2009        QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

15                                  By /s/ Scott B. Kidman
16                                     Scott B. Kidman
                                       Attorneys for Mattel, Inc.