QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>[~~PROPOSED~~] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S OPPOSITION TO NEIL KADISHA'S *EX PARTE* APPLICATION FOR PROTECTIVE ORDER<br><br>**Phase 2**<br>Discovery Cut-off: December 11, 2009<br>Pre-trial Conference: March 1, 2010<br>Trial Date: March 23, 2010 |

07975/3073221.1

[PROPOSED] ORDER

## [~~PROPOSED~~] ORDER

Based on the concurrently filed Application to File Under Seal Mattel, Inc.'s Opposition to Neil Kadisha's *Ex Parte* Application for Protective Order ("Opposition"), Exhibit 1 to the Declaration of Michael T. Zeller In Support Thereof, and Exhibits 2, 6, 7, 9-16, 20, 21, 29, and 30 to the Declaration of Scott B. Kidman In Support Thereof, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Mattel, Inc.'s Opposition to Neil Kadisha's *Ex Parte* Application for Protective Order ("Opposition"), Exhibit 1 to the Declaration of Michael T. Zeller In Support Thereof, and Exhibits 2, 6, 7, 9-16, 20, 21, 29, and 30 to the Declaration of Scott B. Kidman In Support Thereof are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: Aug 27, 2009

_____
Hon. Stephen G. Larson
United States District Judge