MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1-415-773-5700
Facsimile: +1-415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: +1-213-629-2020
Facsimile: +1-213-612-2499

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS. | Case No. CV 04-9049 SGL (RNBx)<br>Consolidated with:<br>CV 04-9059<br>CV 05-2727<br><br>**DECLARATION OF WARRINGTON S. PARKER III IN SUPPORT OF ISAAC LARIAN'S OBJECTIONS TO AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS OBJECTIONS TO DISCOVERY MASTER ORDER NO. 46 REGARDING RESPONSES TO PHASE 2 INTERROGATORIES; EXHIBITS**<br><br>Judge: Stephen G. Larson<br>Courtroom: Courtroom No. 1<br>Date: October 5, 2009<br>Time: 10:00 a.m. |

PARKER DECL. ISO OBJ. TO DISCOVERY MASTER ORDER
NO. 46
CV 04-9049 SGL (RNBx)

1  I, Warrington S. Parker, declare as follows:

2  1. I am an attorney at the law firm of Orrick, Herrington & Sutcliffe LLP, counsel of record for the MGA Parties in the above-captioned action. I am a member in good standing of the State Bar of California and am admitted to practice before this Court. I have personal knowledge of the facts set forth in this declaration unless otherwise expressly stated, in which case it is on information and belief. If called as a witness, I could and would testify competently to such facts under oath.

9  2. Attached hereto as **Exhibit A** (filed under seal) is a true and correct copy of Discovery Master Order No. 46.

11  3. Attached hereto as **Exhibit B** is a true and correct copy of Mattel's Motion to Compel Responses to Mattel, Inc.'s First Set of Interrogatories (Phase 2) to Isaac Larian.

14  4. Attached hereto as **Exhibit C** (filed under seal) is a true and correct copy of the Declaration of Michael T. Zeller in Support of Mattel, Inc's Motion to Compel Responses to Mattel, Inc.'s First Set of Interrogatories (Phase 2) to Isaac Larian and the exhibits attached thereto.

18  5. Attached hereto as **Exhibit D** is a true and correct copy of Isaac Larian's Opposition to Mattel, Inc.'s Motion to Compel Responses to First Set of Interrogatories (Phase 2).

21  6. Attached as **Exhibit E** is a true and correct copy of the Declaration of Daniel M. Hayes in Support of Isaac Larian's Opposition to Mattel, Inc.'s Motion to Compel Responses to First Set of Interrogatories (Phase 2) with exhibits attached thereto.

25  7. Attached as **Exhibit F** is a true and correct copy of Mattel, Inc.'s Reply in Support of Motion to Compel Responses to Mattel, Inc.'s First Set of Interrogatories (Phase 2) to Isaac Larian.

28  8. Attached hereto as **Exhibit G** is a true and correct copy of the

1  Declaration of Young Ra Lee in Support of Mattel, Inc's Reply in Support of
2  Motion to Compel Responses to Mattel, Inc.'s First Set of Interrogatories (Phase 2)
3  to Isaac Larian and the exhibits attached thereto.
4      I declare under penalty of perjury under the laws of the United States of
5  America that the foregoing is true and correct.
6      Executed this 28th day of August, 2009, at San Francisco, California.

         */s Warrington S. Parker III*
         Warrington S. Parker III