Bingham McCutchen LLP
TODD E. GORDINIER (SBN 82200)
todd.gordinier@bingham.com
PETER N. VILLAR (SBN 204038)
peter.villar@bingham.com
CRAIG A. TAGGART (SBN 239168)
craig.taggart@bingham.com
600 Anton Boulevard
18th Floor
Costa Mesa, CA 92626-1924
Telephone: 714.830.0600
Facsimile: 714.830.0700

Attorneys for Non-party
NEIL KADISHA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS. | CASE NO. CV 04-9049 SGL (RNBx)<br>C/W Case No. CV 04-09059<br>Case No. CV 05-2727<br><br>**DISCOVERY MATTER**<br>To be heard by Discovery Master Robert C. O'Brien<br><br>**APPLICATION TO FILE UNDER SEAL:**<br><br>**REPLY IN SUPPORT OF NON-PARTY NEIL KADISHA'S *EX PARTE* APPLICATION FOR PROTECTIVE ORDER**<br><br>Date: TBD<br>Time: TBD<br>Place: Arent Fox LLP<br>555 West Fifth Street<br>48th Floor<br>Los Angeles, CA 90013<br><br>**Phase 2**:<br>Discovery Cut-off: Dec. 11, 2009<br>Pre-trial Conference: March 1, 2010<br>Trial Date: March 23, 2010 |

A/73130177.1

Pursuant to Central District Local Rule 79-5.1, the Stipulated Protective Order entered by the Court in this action on January 4, 2005, and the Court's Orders dated April 27, 2009 and May 21, 2009, Bingham McCutchen LLP hereby respectfully requests that the Court permit the following document to be filed under seal:

**REPLY IN SUPPORT OF NON-PARTY NEIL KADISHA'S *EX PARTE* APPLICATION FOR PROTECTIVE ORDER**

DATED: **August 27, 2009**   Bingham McCutchen LLP

By: /s/ Todd E. Gordinier
Todd E. Gordinier
Attorneys for Non-party
NEIL KADISHA

A/73130177.1

1

## PROOF OF SERVICE BY E-MAIL TO COUNSEL

I, Paul A. McConnell, am over eighteen years of age, not a party in this action, and employed in Orange County, California at 600 Anton Boulevard, Costa Mesa, California 92626-1924. On **August 27, 2009**, I served the attached:

**APPLICATION TO FILE UNDER SEAL**

**REPLY IN SUPPORT OF NON-PARTY NEIL KADISHA'S *EX PARTE* APPLICATION FOR PROTECTIVE**

I served copies of said papers on **August 27, 2009** by attaching them to an e-mail addressed to:

Michael Zeller
michaelzeller@quinnemanuel.com

Dylan Proctor
dylanproctor@quinnemanuel.com

Jon Corey
joncorey@quinnemanuel.com

Jason Russell
jason.russell@skadden.com

Melinda Haag
mhaag@orrick.com

Annette L. Hurst
ahurst@orrick.com

Warrington S. Parker III
wparker@orrick.com

William A. Molinski
wmolinski@orrick.com

Mark Overland
moverland@scheperkim.com

Alexander Cote
acote@scheperkim.com

A/73130177.1

- 1 -

1       I declare that I am employed in the office of a member of the bar of this
2   court at whose direction the service was made and that this declaration was
3   executed on **August 27, 2009**.

                                                                Paul A. McConnell