ORIGINAL

1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     John B. Quinn (Bar No. 090378)
2    (johnquinn@quinnemanuel.com)
     Michael T. Zeller (Bar No. 196417)
3    (michaelzeller@quinnemanuel.com)
     Jon D. Corey (Bar No. 185066)
4    (joncorey@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
6  Facsimile: (213) 443-3100

7  Attorneys for Mattel, Inc.

8               UNITED STATES DISTRICT COURT

9               CENTRAL DISTRICT OF CALIFORNIA

10                    EASTERN DIVISION

11 | CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx)
                                   | Consolidated with
12 |           Plaintiff,           | Case No. CV 04-09059
                                   | Case No. CV 05-02727
13 |     vs.                        |
                                   | Hon. Stephen G. Larson
14 | MATTEL, INC., a Delaware       |
    | corporation,                  | APPLICATION TO FILE UNDER SEAL
15 |                                | EXHIBITS 2 AND 4 TO THE
    |           Defendant.          | DECLARATION OF JAMES D. JUDAH
16 |                                | IN SUPPORT OF MATTEL, INC.'S
                                   | NOTICE OF MOTION AND MOTION TO
17 | AND CONSOLIDATED ACTIONS       | AMEND PROTECTIVE ORDER

18                                   [[Proposed] Order Filed Concurrently
19                                   Herewith]

20                                   **Phase 2**
                                     Discovery Cut-off: December 11, 2009
21                                   Pre-trial Conference: March 1, 2010
                                     Trial Date: March 23, 2010

00505.07975/3070983.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2  entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully
3  requests that the Court order filed under seal Exhibits 2 and 4 to the Declaration of
4  James D. Judah in Support of Mattel, Inc.'s Notice of Motion and Motion to Amend
5  Protective Order ("Exhibits 2 and 4").
6  Exhibits 2 and 4 reference materials that the MGA Parties and/or
7  Mattel have designated "Confidential" or "Confidential -- Attorney's Eyes Only"
8  pursuant to the Protective Order. Accordingly, Mattel requests that the Court order
9  that Exhibits 2 and 4 be filed under seal.

DATED: August 26, 2009          QUINN EMANUEL URQUHART OLIVER &
                                HEDGES, LLP


                                By /s/ James Webster
                                   James Webster
                                   Attorneys for Mattel, Inc.