QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
Michael T. Zeller (Bar No. 196417)
Jon D. Corey (Bar No. 185066)
Attorneys for Mattel, Inc.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>PLAINTIFF(S)<br>v.<br>MATTEL, INC., a Delaware corporation<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>CASE NO. CV 04-9049 SGL (RNBx)<br><br>NOTICE OF MANUAL FILING |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**

Mattel's Reply In Support Of Motion For Leave To Take Additional Depositions, and Mattel's Opposition To The MGA Parties' Cross-Motion For Protective Order; Exhibits to the Michael Zeller Declaration In Support Thereof, Application To File Documents Under Seal; Proposed Order Granting Application.

**Document Description:**

☐   Administrative Record

☑   Exhibits

☐   Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)

☑   Other

**Reason:**

☑   Under Seal

☐   Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐   Electronic versions are not available to filer

☑   Per Court order dated <u>January 4, 2005</u>

☐   Manual Filing required (*reason*):

<u>August 28, 2009</u>
Date

<u>Michael T. Zeller</u>
Attorney Name

<u>Mattel, Inc.</u>
Party Represented

Note:   File one Notice in each case, each time you manually file document(s).

G-92 (02/07)             **NOTICE OF MANUAL FILING**