ORIGINAL

LODGED

2009 AUG 27 PM 12: 02

CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CAL.
RIVERSIDE

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>**Hon. Stephen G. Larson**<br><br>[PROPOSED] ORDER RE APPLICATION TO FILE UNDER SEAL EXHIBITS 2 AND 4 TO THE DECLARATION OF JAMES D. JUDAH IN SUPPORT OF MATTEL, INC.'S NOTICE OF MOTION AND MOTION TO AMEND PROTECTIVE ORDER<br><br>**Phase 2**<br>Discovery Cut-off:   December 11, 2009<br>Pre-trial Conference: March 1, 2010<br>Trial Date:         March 23, 2010 |

00505.07975/3073213.1

[PROPOSED] ORDER

[~~PROPOSED~~] ORDER

Based on Mattel Inc.'s concurrently filed Application to File Under Seal Exhibits 2 and 4 to the Declaration of James D. Judah in Support of Mattel, Inc.'s Notice of Motion and Motion to Amend Protective Order

Exhibits 2 and 4 to the Declaration of James D. Judah in Support of Mattel, Inc.'s Notice of Motion and Motion to Amend Protective Order are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: *Aug 27* 2009

*S.G. Larson*

_____
Hon. Stephen G. Larson
United States District Judge

00505.07975/3073213.1

[PROPOSED] ORDER