MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:  +1-415-773-5700
Facsimile:   +1-415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA  90017
Telephone:  +1-213-629-2020
Facsimile:   +1-213-612-2499

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No.  CV 04-9049-SGL (RNBx)<br><br>**AMENDED PROOF OF SERVICE BY ECF, ELECTRONIC MAIL AND U.S. MAIL TO COUNSEL** |

**PROOF OF SERVICE VIA ECF**

I am more than eighteen years old and not a party to this action.  My business address is Orrick, Herrington & Sutcliffe LLP, The Orrick Building, 405 Howard Street, San Francisco, CA 94105.  On August 28, 2009, I served the following document(s):

- **NOTICE OF MANUAL FILING G-92;**

- [REDACTED]  **ISAAC LARIAN'S OBJECTIONS, AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF OBJECTIONS, TO DISCOVERY MASTER ORDER NO. 46 REGARDING RESPONSES TO PHASE 2 INTERROGATORIES;**

- **[PROPOSED] ORDER RE ISAAC LARIAN'S OBJECTIONS, AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF OBJECTIONS, TO DISCOVERY MASTER ORDER NO. 46 REGARDING RESPONSES TO PHASE 2 INTERROGATORIES;**

- **DECLARATION OF WARRINGTON S. PARKER III FILED IN SUPPORT OF ISAAC LARIAN'S OBJECTIONS TO DISCOVERY MASTER ORDER NO. 46;**

- [REDACTED]  **EXHIBITS A and C to the DECLARATION OF WARRINGTON S. PARKER III FILED IN SUPPORT OF ISAAC LARIAN'S OBJECTIONS TO DISCOVERY MASTER ORDER NO. 46;**

- **[PROPOSED] ORDER RE APPLICATION TO FILE UNDER SEAL;**

filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic  Filing (NEF) on August 28, 2009.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 28, 2009, at San Francisco, California.

_____
Anne Devlin

CM/ECF - California Central District    Document 6484    Filed 08/28/09    Page 3 of 22    Page 1 of 6
Case 2:04-cv-09049-DOC-RNB    Document 6484    Filed 08/28/09    Page 3 of 22    Page ID
#:215834

# Discovery Motions

2:04-cv-09049-SGL-RNB Carter Bryant v. Mattel Inc
(RNBx), AO279, APPEAL, DISCOVERY, PROTORD, RELATED-G, STAYED

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

### Notice of Electronic Filing

The following transaction was entered by Parker, Warrington on 8/28/2009 at 1:45 PM PDT and filed on 8/28/2009

**Case Name:**      Carter Bryant v. Mattel Inc
**Case Number:**    2:04-cv-9049
**Filer:**          Isaac Larian
                    MGA ENTERTAINMENT INC., INTERVENOR RE: CV04-09059
                    MGA Entertainment HK Limited
                    MGAE De Mexico SRL De Cv
**Document Number:** 6476

**Docket Text:**
**NOTICE OF MOTION AND MOTION for Order for RE ISAAC LARIANS OBJECTIONS, AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF OBJECTIONS, TO DISCOVERY MASTER ORDER NO. 46 REGARDING RESPONSES TO PHASE 2 INTERROGATORIES filed by Counter Defendant Isaac Larian, MGA Entertainment HK Limited, MGAE De Mexico SRL De Cv, MGA ENTERTAINMENT INC., INTERVENOR RE: CV04-09059. Motion set for hearing on 10/5/2009 at 10:00 AM before Judge Stephen G. Larson. (Attachments: # (1) Declaration of Warrington S. Parker III In Support of Isaac Larian's Objections To and Memorandum Of Points & Authorities In Support Of Its Objections To Discovery Master Order No. 46 Regarding Responses To Phase 2 Interrogatoires; Exhibits, # (2) Exhibit A, # (3) Exhibit B, # (4) Exhibit C, # (5) Exhibit D, # (6) Exhibit E, # (7) Exhibit F, # (8) Exhibit G, # (9) Proposed Order RE ISAAC LARIANS OBJECTIONS, AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF OBJECTIONS, TO DISCOVERY MASTER ORDER NO. 46 REGARDING RESPONSES TO PHASE 2 INTERROGATORIES)(Parker, Warrington)**

**2:04-cv-9049 Notice has been electronically mailed to:**

Alexander H Cote      acote@scheperkim.com, feseroma@scheperkim.com

Alisa M Morgenthaler      amorgenthaler@glaserweil.com

Andre De La Cruz      adelacruz@orrick.com, jdavis@orrick.com, ymeneses@orrick.com

Annette L Hurst      ahurst@orrick.com

Brett Dylan Proctor    dylanproctor@quinnemanuel.com, westonreid@quinnemanuel.com

Byron Z Moldo    bmoldo@ecjlaw.com

Christian C Dowell    cdowell@kmwlaw.com

Craig A Taggart    craig.taggart@bingham.com, lan.ly@bingham.com

Cyrus S Naim    cyrusnaim@quinnemanuel.com, sahilyfeliciano@quinnemanuel.com

David C Scheper    dscheper@scheperkim.com, feseroma@scheperkim.com

David M Stern    dstern@ktbslaw.com

David W Hansen    dhansen@skadden.com

Diane C Hutnyan    dianehutnyan@quinnemanuel.com, andreahoeven@quinnemanuel.com

Douglas Andrew Winthrop    dwinthrop@howardrice.com

Frank D Rorie , Jr    frorie@orrick.com

Ilan Wisnia    iwisnia@valleassociates.com

James I Stang    jstang@pszjlaw.com

Jason D Russell    jrussell@skadden.com, allison.velkes@skadden.com

Jason S Angell    jangell@orrick.com

Jeffrey B Valle    jvalle@valleassociates.com

Jennifer A Lopez    jennifer.lopez@bingham.com

Jimmy S McBirney    jmcbirney@orrick.com

John B Quinn    johnquinn@quinnemanuel.com

Jon D Corey    joncorey@quinnemanuel.com

Joseph C Sarles    josephsarles@quinnemanuel.com

Kenneth A Plevan    kenneth.plevan@skadden.com, drogosa@skadden.com, sumclaug@skadden.com

Kevin E Deenihan    kdeenihan@ktbslaw.com

L Kieran Kieckhefer    kkieckhefer@orrick.com

Larry W McFarland    lmcfarland@kmwlaw.com

Leah Chava Gershon    leah@spertuslaw.com

Linda M Burrow    burrow@caldwell-leslie.com, popescu@caldwell-leslie.com, wilson@caldwell-leslie.com

Marina Vladimir Bogorad    marina.bogorad@skadden.com

Mark E Overland    moverland@scheperkim.com, jhibino@scheperkim.com

Matthew C Bousquette    caldwell@caldwell-leslie.com

Matthew C Heyn    mheyn@ktbslaw.com

Melinda L Haag    mhaag@orrick.com

Michael T Zeller    michaelzeller@quinnemanuel.com

Nicole S Pelletier    npelletier@glaserweil.com

Patrick A Fraioli , Jr    pfraioli@ecjlaw.com

Patrick J. Fraioli, Jr.    pdavidson@ecjlaw.com

Peter A Davidson    pdavidson@ecjlaw.com

Peter N Villar    peter.villar@bingham.com, paul.mcconnell@bingham.com

Randa A F Osman    randaosman@quinnemanuel.com

Richard M Pachulski    jstang@pszjlaw.com

Robert C O'Brien    obrien.robert@arentfox.com

Robyn Aronson    robynaronson@dwt.com, frankromero@dwt.com

Rory S Miller    rorymiller@quinnemanuel.com, shawnaallison@quinnemanuel.com, westonreid@quinnemanuel.com

Sandra L Tholen    tholen@caldwell-leslie.com, mejia@caldwell-leslie.com, wilson@caldwell-leslie.com

Sanford I Weisburst    sandyweisburst@quinnemanuel.com

Stan Karas    stankaras@quinnemanuel.com, westonreid@quinnemanuel.com

Sugithra Somasekar    ssomasekar@orrick.com

Theresa A Sutton    tsutton@orrick.com

Thomas J Nolan    tnolan@skadden.com, carl.roth@skadden.com, marcus.mumford@skadden.com

Thomas P Lambert    tpl@msk.com

Todd E Gordinier    todd.gordinier@bingham.com, craig.taggart@bingham.com, julie.valenzuela@bingham.com, karina.ward@bingham.com, lan.ly@bingham.com, michael.mortenson@bingham.com

Warrington S Parker , III    wparker@orrick.com, jpisoni@mgae.com

William A Molinski    wmolinski@orrick.com, mm7@orrick.com

Yas Raouf    yraouf@orrick.com, cholden@mgae.com, jmcbirney@orrick.com, rcolorado@mgae.com

**2:04-cv-9049 Notice has been delivered by First Class U. S. Mail or by fax to: :**

Cheryl Plambeck
Davis & Gilbert LLP
1740 Broadway
New York, NY 10019

David W Foster
Skadden Arps Slate Meagher & Flom LLP
1440 New York Avenue NW
Washington, DC 20005-2111

Kien C Tiet
Stern and Goldberg
6345 Balboa Boulevard, Suite 200
Encino, CA 91316

Michael P Kelly
Skadden Arps Slate Meagher & Flom LLP
1440 New York Avenue NW
Washington, DC 20005-2111

Peter H Bonis
Peter H. Bonis Law Offices
1990 N. California Blvd, 8th Floor
Walnut Creek, CA 94596

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\MGA\2009.08.28 Larian Obj to DM Order 46 re Responses Phase 2 Rogs [Public Version].pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=8/28/2009] [FileNumber=8359100-0] [7a6484cc5b9f93ec8d268438de725958f068bd56bc5e33fb3d8fee90a4b7ba56f16d 45d25c0ec030fd391e4f7cf27d8e1a17def0e8e2cc684fd5fc44338afec5]]
**Document description:**Declaration of Warrington S. Parker III In Support of Isaac Larian's Objections To and Memorandum Of Points & Authorities In Support Of Its Objections To Discovery Master Order No. 46 Regarding Responses To Phase 2 Interrogatoires; Exhibits

analysis

**Original filename:**C:\MGA\2009.08.28 Parker Decl ISO Larian Obj to DM Order 46 [EXS A & C UNDER SEAL].pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=8/28/2009] [FileNumber=8359100-1] [740ffaebb71a31524df05e8c6612c9aba6cd9e12b8e39955dc361ea146ab26448a49 06555a7a00b61ac661fe1436b7b7e19bc6f00fd8a469c786c77abec6c622]]
**Document description:**Exhibit A
**Original filename:**C:\MGA\Parker Decl Ex A [Puclic Version].pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=8/28/2009] [FileNumber=8359100-2] [c19ba6bba677f0866de6a25f55e580646215a66cfd9c358ddc0d3a4832ff6f62c610 fa492a4fcc64dd91181c5bdce045ec51f339e03b01ee5c2540cd99a200cd]]
**Document description:**Exhibit B
**Original filename:**C:\MGA\Parker Decl Ex B.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=8/28/2009] [FileNumber=8359100-3] [a7464df85042e4e20ef28d6928d5878fdbac59912258ab1b815bb8b095bf6aadbe5f db924186698ea0a05e30b96447d992044e8e6648f179d1df920875984377]]
**Document description:**Exhibit C
**Original filename:**C:\MGA\Parker Decl Ex C [Puclic Version].pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=8/28/2009] [FileNumber=8359100-4] [29e888865548ad0866aa 29741e5a75b56e87508943d0c5cfed368677867a6296b86d 2ec1a8f883ed627da17fa649b8f64d0fcb0964d8532a7c810d7fe36314e0]]
**Document description:**Exhibit D
**Original filename:**C:\MGA\Parker Decl Ex D.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=8/28/2009] [FileNumber=8359100-5] [61fa284247d05db8be30b2c8ba45c26107fd558239c31fa7a01d28c98c3a7257a98b 61bbf499627cc3a75bee46f731fcacdc757d08d1ef189109225e7a46b00c]]
**Document description:**Exhibit E
**Original filename:**C:\MGA\Parker Decl Ex E.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=8/28/2009] [FileNumber=8359100-6] [51e4e97a80362ed6bfbcd2652d8baec1aca868d6b00f1165067ce61a8749c2c933d7 8567f9dc726839298ec67982e905d867b051e022c77ea52b0512e6849ae7]]
**Document description:**Exhibit F
**Original filename:**C:\MGA\Parker Decl Ex F.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=8/28/2009] [FileNumber=8359100-7] [97546818b9c297f336b92650def147617ce4ed17f66c7c6fc6f97a5996bcce233890 c3a765009652160ff9cb6bce04d59d2d8985ebcfb5f766561b9f34c73d92]]
**Document description:**Exhibit G
**Original filename:**C:\MGA\Parker Decl Ex G.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=8/28/2009] [FileNumber=8359100-8] [8136877e27232ea038c609c719d64572d996c09af374e31911050dbf045380df9ec6 68317b7338b36e0012eba2577a14fc1ff260776aff131e764be2f1752396]]
**Document description:**Proposed Order RE ISAAC LARIANS OBJECTIONS, AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF OBJECTIONS, TO DISCOVERY MASTER ORDER NO. 46 REGARDING RESPONSES TO PHASE 2

INTERROGATORIES
**Original filename:**C:\MGA\MGA_ [Proposed] Order re order no. 46.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=8/28/2009] [FileNumber=8359100-9]
[619fe29b429fe53f3befd5998a149c017aedfd4a0f1c6cabbd6c2217191c3eb1025d
b70b1769f6cbe58cf91d874b597e43ea4b6b4cc08a2d2d534a5cea5c4a33]]

**Devlin, Anne**

---

| | |
|---|---|
| **From:** | ecf-helpdesk@cacd.uscourts.gov |
| **Sent:** | Friday, August 28, 2009 1:50 PM |
| **To:** | Devlin, Anne |
| **Subject:** | PROPOSED ORDER: CV 04-9049 SGL (RNBx) |

**Attachments:**     [Proposed] Order re  order no. 46.doc; MGA_ [Proposed] Order re  order no. 46.pdf



[Proposed]
rder re  order no...



MGA_
osed] Order re  c

```
*** ATTORNEY COPY ***


===================================================
This is an automatically generated email, please
do not respond.
===================================================
```

## PROOF OF SERVICE BY EMAIL TO COUNSEL

I am more than eighteen years old and not a party to this action.  My business address is Orrick, Herrington & Sutcliffe LLP, The Orrick Building, 405 Howard Street, San Francisco, CA 94105.  On August 28, 2009, I served the following document(s):

- **NOTICE OF MANUAL FILING G-92;**

- **APPLICATION TO FILE UNDER SEAL;**

- [UN-REDACTED] **ISAAC LARIAN'S OBJECTIONS, AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF OBJECTIONS, TO DISCOVERY MASTER ORDER NO. 46 REGARDING RESPONSES TO PHASE 2 INTERROGATORIES;**

- [PROPOSED] **ORDER RE ISAAC LARIAN'S OBJECTIONS, AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF OBJECTIONS, TO DISCOVERY MASTER ORDER NO. 46 REGARDING RESPONSES TO PHASE 2 INTERROGATORIES;**

- **DECLARATION OF WARRINGTON S. PARKER III FILED IN SUPPORT OF ISAAC LARIAN'S OBJECTIONS TO DISCOVERY MASTER ORDER NO. 46;**

- [UN-REDACTED] **EXHIBITS A and C to the DECLARATION OF WARRINGTON S. PARKER III FILED IN SUPPORT OF ISAAC LARIAN'S OBJECTIONS TO DISCOVERY MASTER ORDER NO. 46;**

- [PROPOSED] **ORDER RE APPLICATION TO FILE UNDER SEAL.**

I served copies of said papers on August 28, 2009 by attaching them to an email addressed to:

**Michael Zeller**
michaelzeller@quinnemanuel.com

**Dylan Proctor**
dylanproctor@quinnemanuel.com

**Jon Corey**
joncorey@quinnemanuel.com

**Jason Russell**
jason.russell@skadden.com

1  **Todd Gordinier**                       **Peter Villar**
   todd.gordinier@bingham.com              peter.villar@bingham.com
2
   **Mark Overland**                        **Alexander Cote**
3  moverland@scheperkim.com                acote@scheperkim.com

4

5          I declare under penalty of perjury that the foregoing is true and correct.

6          Executed on August 28, 2009, at San Francisco, California.

7

8

9                                          _Anne Devlin_
10                                              Anne Devlin

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## Devlin, Anne

| | |
|---|---|
| **From:** | Devlin, Anne |
| **Sent:** | Friday, August 28, 2009 3:25 PM |
| **To:** | 'michaelzeller@quinnemanuel.com'; 'dylanproctor@quinnemanuel.com'; 'joncorey@quinnemanuel.com'; 'jason.russell@skadden.com'; 'todd.gordinier@bingham.com'; 'peter.villar@bingham.com'; 'moverland@scheperkim.com'; 'acote@scheperkim.com' |
| **Cc:** | Parker, Warrington; Hurst, Annette |
| **Subject:** | Case CV 04-9049-SGL Documents Efiled and served today |
| **Attachments:** | Order.pdf; 2009.08.28 App to FUS.pdf; 2009.08.28 Larian Obj to DM Order 46 re Responses Phase 2 Rogs [Public Version].pdf; 2009.08.28 Larian Obj to DM Order 46 re Responses Phase 2 Rogs [UNDER SEAL].pdf; 2009.08.28 Notice of Manual Filing (Filed) (G-92).pdf; 2009.08.28 Parker Decl ISO Larian Obj to DM Order 46 [EXS A & C UNDER SEAL].pdf; 2009.08.28 Proposed Order Re App to FUS.pdf; 2009.08.28 Proposed Order to Larian Obj to DM Order 46.pdf; Parker Decl Ex A (FILED UNDER SEAL).pdf; Parker Decl Ex B.pdf; Parker Decl Ex C (FILED UNDER SEAL).pdf; Parker Decl Ex D.pdf; Parker Decl Ex E.pdf; Parker Decl Ex F.pdf; Parker Decl Ex G.pdf; POS.PDF |

      

2009.08.28 App to FUS.pdf (10 ...    2009.08.28 ...rian Obj to DM O...    2009.08.28 ...rian Obj to DM O...    2009.08.28 Notice of Manual Fi...    2009.08.28 ...rker Decl ISO Lar...    2009.08.28 ...posed Order Re ...    2009.08.28 ...posed Order to l...

      

Parker Decl Ex A 'FILED UNDER ...    Parker Decl Ex B.pdf (488 KB)    Parker Decl Ex C 'FILED UNDER ...    Parker Decl Ex D.pdf (398 KB)    Parker Decl Ex E.pdf (4 MB)    Parker Decl Ex F.pdf (289 KB)    Parker Decl Ex G.pdf (4 MB)



POS.PDF (167 KB)

```
The message is ready to be sent with the following file or link attachments:

2009.08.28 App to FUS.pdf
2009.08.28 Larian Obj to DM Order 46 re Responses Phase 2 Rogs [Public Version].pdf
2009.08.28 Larian Obj to DM Order 46 re Responses Phase 2 Rogs [UNDER SEAL].pdf
2009.08.28 Notice of Manual Filing (Filed) (G-92).pdf
2009.08.28 Parker Decl ISO Larian Obj to DM Order 46 [EXS A & C UNDER SEAL].pdf
2009.08.28 Proposed Order Re App to FUS.pdf
2009.08.28 Proposed Order to Larian Obj to DM Order 46.pdf Parker Decl Ex A (FILED UNDER
SEAL).pdf Parker Decl Ex B.pdf Parker Decl Ex C (FILED UNDER SEAL).pdf Parker Decl Ex
D.pdf Parker Decl Ex E.pdf Parker Decl Ex F.pdf Parker Decl Ex G.pdf POS.PDF


Note: To protect against computer viruses, e-mail programs may prevent sending or
receiving certain types of file attachments.  Check your e-mail security settings to
determine how attachments are handled.
```

**Devlin, Anne**

---

| | |
|---|---|
| **From:** | Devlin, Anne |
| **Sent:** | Friday, August 28, 2009 3:52 PM |
| **To:** | 'michaelzeller@quinnemanuel.com'; 'dylanproctor@quinnemanuel.com'; 'joncorey@quinnemanuel.com' |
| **Subject:** | FW: Case CV 04-9049-SGL Documents Efiled and served today  Email 1 of 3 |
| | |
| **Attachments:** | Order.pdf; 2009.08.28 App to FUS.pdf; 2009.08.28 Larian Obj to DM Order 46 re Responses Phase 2 Rogs [Public Version].pdf; 2009.08.28 Larian Obj to DM Order 46 re Responses Phase 2 Rogs [UNDER SEAL].pdf; 2009.08.28 Notice of Manual Filing (Filed) (G-92).pdf |

   

2009.08.28 App      2009.08.28
to FUS.pdf (10 ...   ...rian Obj to DM O...



2009.08.28
...rian Obj to DM O...



2009.08.28
...otice of Manual Fi...

```
            ----Original Message-----
From: Devlin, Anne
Sent: Friday, August 28, 2009 3:25 PM
To: 'michaelzeller@quinnemanuel.com'; 'dylanproctor@quinnemanuel.com';
'joncorey@quinnemanuel.com'; 'jason.russell@skadden.com'; 'todd.gordinier@bingham.com';
'peter.villar@bingham.com'; 'moverland@scheperkim.com'; 'acote@scheperkim.com'
Cc: Parker, Warrington; Hurst, Annette
Subject: Case CV 04-9049-SGL Documents Efiled and served today


The message is ready to be sent with the following file or link attachments:

2009.08.28 App to FUS.pdf
2009.08.28 Larian Obj to DM Order 46 re Responses Phase 2 Rogs [Public Version].pdf
2009.08.28 Larian Obj to DM Order 46 re Responses Phase 2 Rogs [UNDER SEAL].pdf
2009.08.28 Notice of Manual Filing (Filed) (G-92).pdf
2009.08.28 Parker Decl ISO Larian Obj to DM Order 46 [EXS A & C UNDER SEAL].pdf
2009.08.28 Proposed Order Re App to FUS.pdf
2009.08.28 Proposed Order to Larian Obj to DM Order 46.pdf Parker Decl Ex A (FILED UNDER
SEAL).pdf Parker Decl Ex B.pdf Parker Decl Ex C (FILED UNDER SEAL).pdf Parker Decl Ex
D.pdf Parker Decl Ex E.pdf Parker Decl Ex F.pdf Parker Decl Ex G.pdf POS.PDF


Note: To protect against computer viruses, e-mail programs may prevent sending or
receiving certain types of file attachments.  Check your e-mail security settings to
determine how attachments are handled.
```

**Devlin, Anne**

---

| | |
|---|---|
| **From:** | Devlin, Anne |
| **Sent:** | Friday, August 28, 2009 4:09 PM |
| **To:** | 'michaelzeller@quinnemanuel.com'; 'dylanproctor@quinnemanuel.com'; 'joncorey@quinnemanuel.com' |
| **Subject:** | FW: Case CV 04-9049-SGL Documents Efiled and served today  Email 2 of 3    PART ONE |
| **Attachments:** | 2009.08.28 Parker Decl ISO Larian Obj to DM Order 46 [EXS A & C UNDER SEAL].pdf; 2009.08.28 Proposed Order Re App to FUS.pdf; 2009.08.28 Proposed Order to Larian Obj to DM Order 46.pdf |

      

```
    2009.08.28      2009.08.28      2009.08.28
 rker Decl ISO Lar posed Order Re , oposed Order to I
-----            r           g          nal Message-----
From: Devlin, Anne
Sent: Friday, August 28, 2009 3:53 PM
To: 'michaelzeller@quinnemanuel.com'; 'dylanproctor@quinnemanuel.com';
'joncorey@quinnemanuel.com'
Subject: FW: Case CV 04-9049-SGL Documents Efiled and served today Email 2 of 3



-----Original Message-----
From: Devlin, Anne
Sent: Friday, August 28, 2009 3:25 PM
To: 'michaelzeller@quinnemanuel.com'; 'dylanproctor@quinnemanuel.com';
'joncorey@quinnemanuel.com'; 'jason.russell@skadden.com'; 'todd.gordinier@bingham.com';
'peter.villar@bingham.com'; 'moverland@scheperkim.com'; 'acote@scheperkim.com'
Cc: Parker, Warrington; Hurst, Annette
Subject: Case CV 04-9049-SGL Documents Efiled and served today


The message is ready to be sent with the following file or link attachments:

2009.08.28 App to FUS.pdf
2009.08.28 Larian Obj to DM Order 46 re Responses Phase 2 Rogs [Public Version].pdf
2009.08.28 Larian Obj to DM Order 46 re Responses Phase 2 Rogs [UNDER SEAL].pdf
2009.08.28 Notice of Manual Filing (Filed) (G-92).pdf
2009.08.28 Parker Decl ISO Larian Obj to DM Order 46 [EXS A & C UNDER SEAL].pdf
2009.08.28 Proposed Order Re App to FUS.pdf
2009.08.28 Proposed Order to Larian Obj to DM Order 46.pdf Parker Decl Ex A (FILED UNDER
SEAL).pdf Parker Decl Ex B.pdf Parker Decl Ex C (FILED UNDER SEAL).pdf Parker Decl Ex
D.pdf Parker Decl Ex E.pdf Parker Decl Ex F.pdf Parker Decl Ex G.pdf POS.PDF


Note: To protect against computer viruses, e-mail programs may prevent sending or
receiving certain types of file attachments.  Check your e-mail security settings to
determine how attachments are handled.
```

**Devlin, Anne**

**From:** Devlin, Anne
**Sent:** Friday, August 28, 2009 4:11 PM
**To:** 'michaelzeller@quinnemanuel.com'; 'dylanproctor@quinnemanuel.com'; 'joncorey@quinnemanuel.com'
**Subject:** FW: Case CV 04-9049-SGL Documents Efiled and served today  Email 2 of 3  PART TWO

**Attachments:** Parker Decl Ex A (FILED UNDER SEAL).pdf



Parker Decl Ex A
'FILED UNDER ...

-----Origina       l Message-----
From: Devlin, Anne
Sent: Friday, August 28, 2009 3:53 PM
To: 'michaelzeller@quinnemanuel.com'; 'dylanproctor@quinnemanuel.com'; 'joncorey@quinnemanuel.com'
Subject: FW: Case CV 04-9049-SGL Documents Efiled and served today Email 2 of 3


-----Original Message-----
From: Devlin, Anne
Sent: Friday, August 28, 2009 3:25 PM
To: 'michaelzeller@quinnemanuel.com'; 'dylanproctor@quinnemanuel.com'; 'joncorey@quinnemanuel.com'; 'jason.russell@skadden.com'; 'todd.gordinier@bingham.com'; 'peter.villar@bingham.com'; 'moverland@scheperkim.com'; 'acote@scheperkim.com'
Cc: Parker, Warrington; Hurst, Annette
Subject: Case CV 04-9049-SGL Documents Efiled and served today


The message is ready to be sent with the following file or link attachments:

2009.08.28 App to FUS.pdf
2009.08.28 Larian Obj to DM Order 46 re Responses Phase 2 Rogs [Public Version].pdf
2009.08.28 Larian Obj to DM Order 46 re Responses Phase 2 Rogs [UNDER SEAL].pdf
2009.08.28 Notice of Manual Filing (Filed) (G-92).pdf
2009.08.28 Parker Decl ISO Larian Obj to DM Order 46 [EXS A & C UNDER SEAL].pdf
2009.08.28 Proposed Order Re App to FUS.pdf
2009.08.28 Proposed Order to Larian Obj to DM Order 46.pdf Parker Decl Ex A (FILED UNDER SEAL).pdf Parker Decl Ex B.pdf Parker Decl Ex C (FILED UNDER SEAL).pdf Parker Decl Ex D.pdf Parker Decl Ex E.pdf Parker Decl Ex F.pdf Parker Decl Ex G.pdf POS.PDF


Note: To protect against computer viruses, e-mail programs may prevent sending or receiving certain types of file attachments.  Check your e-mail security settings to determine how attachments are handled.

**Devlin, Anne**

| | |
|---|---|
| **From:** | Devlin, Anne |
| **Sent:** | Friday, August 28, 2009 4:28 PM |
| **To:** | 'michaelzeller@quinnemanuel.com'; 'dylanproctor@quinnemanuel.com'; 'joncorey@quinnemanuel.com' |
| **Subject:** | FW: Case CV 04-9049-SGL Documents Efiled and served today  Email 2 of 3   PART THREE |
| **Attachments:** | Parker Decl Ex B.pdf |

Exhibit B.



Parker Decl Ex
B.pdf (488 KB)

**Devlin, Anne**

| | |
|---|---|
| **From:** | Devlin, Anne |
| **Sent:** | Friday, August 28, 2009 4:29 PM |
| **To:** | 'michaelzeller@quinnemanuel.com'; 'dylanproctor@quinnemanuel.com'; 'joncorey@quinnemanuel.com' |
| **Subject:** | FW: Case CV 04-9049-SGL Documents Efiled and served today  Email 2 of 3    PART THREE |
| **Attachments:** | Parker Decl Ex C (FILED UNDER SEAL).pdf |

Exhibit C

Parker Decl Ex C
(FILED UNDER ...

.

1

## Devlin, Anne

| | |
|---|---|
| **From:** | Devlin, Anne |
| **Sent:** | Friday, August 28, 2009 3:56 PM |
| **To:** | 'michaelzeller@quinnemanuel.com'; 'dylanproctor@quinnemanuel.com'; 'joncorey@quinnemanuel.com' |
| **Subject:** | FW: Case CV 04-9049-SGL Documents Efiled and served today Email 3 of 3 |
| **Attachments:** | Parker Decl Ex D.pdf; Parker Decl Ex E.pdf; Parker Decl Ex F.pdf; Parker Decl Ex G.pdf; POS.PDF |

    

Parker Decl Ex D.pdf (398 KB)    Parker Decl Ex E.pdf (4 MB)    Parker Decl Ex F.pdf (289 KB)    Parker Decl Ex G.pdf (4 MB)    POS.PDF (167 KB)

```
-----Original Message-----
From: Devlin, Anne
Sent: Friday, August 28, 2009 3:30 PM
To: 'michaelzeller@quinnemanuel.com'; 'dylanproctor@quinnemanuel.com';
'joncorey@quinnemanuel.com'; 'jason.russell@skadden.com'; 'todd.gordinier@bingham.com';
'peter.villar@bingham.com'; 'moverland@scheperkim.com'; 'acote@scheperkim.com'
Cc: Parker, Warrington; Hurst, Annette
Subject: Case CV 04-9049-SGL Documents Efiled and served today

 <<2009.08.28 App to FUS.pdf>>   <<2009.08.28 Larian Obj to DM Order 46 re Responses Phase
2 Rogs [Public Version].pdf>>   <<2009.08.28 Larian Obj to DM Order 46 re Responses Phase
2 Rogs [UNDER SEAL].pdf>>   <<2009.08.28 Notice of Manual Filing (Filed) (G-92).pdf>>
<<2009.08.28 Parker Decl ISO Larian Obj to DM Order 46 [EXS A & C UNDER SEAL].pdf>>
<<2009.08.28 Proposed Order Re App to FUS.pdf>>   <<2009.08.28 Proposed Order to Larian
Obj to DM Order 46.pdf>>   <<Parker Decl Ex A (FILED UNDER SEAL).pdf>>   <<Parker Decl Ex
B.pdf>>   <<Parker Decl Ex C (FILED UNDER SEAL).pdf>>   <<Parker Decl Ex D.pdf>>
<<Parker Decl Ex E.pdf>>   <<Parker Decl Ex F.pdf>>   <<Parker Decl Ex G.pdf>>
<<POS.PDF>>
The message is ready to be sent with the following file or link attachments:

2009.08.28 App to FUS.pdf
2009.08.28 Larian Obj to DM Order 46 re Responses Phase 2 Rogs [Public Version].pdf
2009.08.28 Larian Obj to DM Order 46 re Responses Phase 2 Rogs [UNDER SEAL].pdf
2009.08.28 Notice of Manual Filing (Filed) (G-92).pdf
2009.08.28 Parker Decl ISO Larian Obj to DM Order 46 [EXS A & C UNDER SEAL].pdf
2009.08.28 Proposed Order Re App to FUS.pdf
2009.08.28 Proposed Order to Larian Obj to DM Order 46.pdf Parker Decl Ex A (FILED UNDER
SEAL).pdf Parker Decl Ex B.pdf Parker Decl Ex C (FILED UNDER SEAL).pdf Parker Decl Ex
D.pdf Parker Decl Ex E.pdf Parker Decl Ex F.pdf Parker Decl Ex G.pdf POS.PDF


Note: To protect against computer viruses, e-mail programs may prevent sending or
receiving certain types of file attachments.  Check your e-mail security settings to
determine how attachments are handled.

"EMF <orrick.com>" made the following annotations.
---------------------------------------------------------------------------
===========================================================

IRS Circular 230 disclosure:
To ensure compliance with requirements imposed by the IRS, we inform you that any tax
advice contained in this communication, unless expressly stated otherwise, was not
intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-
related penalties under the Internal Revenue Code or (ii) promoting, marketing or
recommending to another party any tax-related matter(s) addressed herein.
```

## PROOF OF SERVICE BY MAIL

I am more than eighteen years old and not a party to this action.  My business address is Orrick, Herrington & Sutcliffe LLP, The Orrick Building, 405 Howard Street, San Francisco, CA 94105.  On August 28, 2009, I served the following document(s):

- **NOTICE OF MANUAL FILING G-92;**

- **APPLICATION TO FILE UNDER SEAL;**

- [UN-REDACTED] **ISAAC LARIAN'S OBJECTIONS, AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF OBJECTIONS, TO DISCOVERY MASTER ORDER NO. 46 REGARDING RESPONSES TO PHASE 2 INTERROGATORIES;**

- **[PROPOSED] ORDER RE ISAAC LARIAN'S OBJECTIONS, AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF OBJECTIONS, TO DISCOVERY MASTER ORDER NO. 46 REGARDING RESPONSES TO PHASE 2 INTERROGATORIES;**

- **DECLARATION OF WARRINGTON S. PARKER III FILED IN SUPPORT OF ISAAC LARIAN'S OBJECTIONS TO DISCOVERY MASTER ORDER NO. 46;**

- [UN-REDACTED] **EXHIBITS A and C to the DECLARATION OF WARRINGTON S. PARKER III FILED IN SUPPORT OF ISAAC LARIAN'S OBJECTIONS TO DISCOVERY MASTER ORDER NO. 46;**

- **[PROPOSED] ORDER RE APPLICATION TO FILE UNDER SEAL.**

on the interested parties in this action by placing true and correct copies thereof in sealed envelope(s) addressed as follows:

| | |
|---|---|
| 1 | **Jason Russell, Esq.** |
| 2 | Skadden Arps Slate Meagher & Flom LLP |
| 3 | 300 South Grand Avenue<br>Suite 3400 |
| 4 | Los Angeles, CA 90071 |

**Jason Russell, Esq.**
Skadden Arps Slate Meagher & Flom LLP
300 South Grand Avenue
Suite 3400
Los Angeles, CA 90071

**Todd Gordinier, Esq.**
**Peter Villar, Esq.**
Bingham McCutchen LLP
600 Anton Boulevard, 18th Floor
Costa Mesa, CA 92626

**Mark Overland, Esq.**
**Alexander Cote, Esq.**
Scheper Kim & Overland LLP
One Bunker Hill
601 West Fifth Street, 12th Floor
Los Angeles, California 90071

I am employed in the county from which the mailing occurred.  On the date indicated above, I placed the sealed envelope(s) for collection and mailing at this firm's office business address indicated above.  I am readily familiar with this firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service.  Under that practice, the firm's correspondence would be deposited with the United States Postal Service on this same date with postage thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 28, 2009, at San Francisco, California.

_____
Anne Devlin

## PROOF OF SERVICE BY HAND DELIVERY

I, declare I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 350 S. Figueroa Street, Suite 196, Los Angeles, California 90071.

On August 28, 2009, I served all parties with the following documents:

- **NOTICE OF MANUAL FILING G-92;**

- **APPLICATION TO FILE UNDER SEAL;**

- [UNREDACTED] **ISAAC LARIAN'S OBJECTIONS, AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF OBJECTIONS, TO DISCOVERY MASTER ORDER NO. 46 REGARDING RESPONSES TO PHASE 2 INTERROGATORIES;**

- **DECLARATION OF WARRINGTON S. PARKER III FILED IN SUPPORT OF ISAAC LARIAN'S OBJECTIONS TO DISCOVERY MASTER ORDER NO. 46;**

- [UNREDACTED]**EXHIBITS A and C to the DECLARATION OF WARRINGTON S. PARKER III FILED IN SUPPORT OF ISAAC LARIAN'S OBJECTIONS TO DISCOVERY MASTER ORDER NO. 46;**

- **[PROPOSED] ORDER RE APPLICATION TO FILE UNDER SEAL.**

by hand-delivering true and correct copies of those documents to:

**Michael Zeller, Esq.**
**Dylan Proctor, Esq.**
**Jon Corey, Esq.**
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017

/ / /

/ / /

/ / /

Executed on August 28, 2009, at Los Angeles, California.

I declare under penalty of perjury that the foregoing is true and correct.

Rafael Chamagua

**USA Attorney Service**