

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>                Plaintiff,<br><br>        vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>                Defendant. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with:<br>Case No. CV 04-09039<br>Case No. CV 05-02727<br><br>**PROOF OF SERVICE** |
| AND CONSOLIDATED ACTIONS | |

-1-

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017.

On August 26, 2009, I served true copies of the following documents described as: **SEE ATTACHED LIST** on the parties in this action as follows:

| | |
|---|---|
| Orrick, Herrington & Sutcliffe LLP<br>William A. Molinski<br>777 S. Figueroa Street, STE 3200<br>Los Angeles, CA 90017<br>wmolinski@orrick.com | *Attorneys for the MGA Parties* |
| Orrick, Herrington & Sutcliffe LLP<br>Annette L. Hurst<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94104<br>ahurst@orrick.com | *Attorneys for the MGA Parties* |
| Skadden, Arps, Slate, Meagher &<br>Flom LLP<br>   Thomas J. Nolan, Esq.<br>   Jason Russell, Esq.<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90071<br>   tnolan@skadden.com<br>   jrussell@skadden.com | **Attorneys for *the MGA Parties***<br><br><br>Telephone: 213.687.5000<br>Facsimile: 213.687.5600 |
| Overland Borenstein Scheper & Kim<br>LLP<br>   Mark E. Overland, Esq.<br>   Alexander H. Cote, Esq.<br>601 W. 5th Street, 12th Floor<br>Los Angeles, CA 90017<br>   moverland@obsklaw.com<br>   acote@obsklaw.com | **Attorneys for *Carlos Gustavo Machado Gomez***<br><br>Telephone: 213.613.4655<br>Facsimile: 213.613.4656 |
| Bingham McCutchen LLP<br>Todd Gordinier, Esq.<br>Peter Villar, Esq.<br>600 Anton Boulevard, 18th Floor<br>Costa Mesa, CA 92626<br>todd.gordinier@bingham.com | **Attorneys for *Omni 808 Investors, LLC*** |

1    **BY ELECTRONIC MAIL TRANSMISSION:** By electronic mail transmission

2    from valerielozano@quinnemanuel.com on August 26, 2009, by transmitting a PDF

3    format copy of such document(s) to each such person at the e-mail address listed

4    below their address(es).  The document(s) was/were transmitted by electronic

5    transmission and such transmission was reported as complete and without error.

6           I declare that I am employed in the office of a member of the bar of this

7    court at whose direction the service was made.

8

9       Executed on August 26, 2009, at Los Angeles, California.

10

11                 /s/ Valerie Lozano

12                 Valerie Lozano

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. CV 04-9049 SGL (RNBx)
PROOF OF SERVICE

## DOCUMENT LIST

(1) MATTEL, INC.'S OPPOSITION TO NEIL KADISHA'S *EX PARTE* APPLICATION FOR PROTECTIVE ORDER

(2) DECLARATION OF SCOTT KIDMAN IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO NEIL KADISHA'S *EX PARTE* APPLICATION FOR PROTECTIVE ORDER

(3) MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S OPPOSITION TO NEIL KADISHA'S *EX PARTE* APPLICATION FOR PROTECTIVE ORDER, AND EXHIBITS TO THE DECLARATIONS OF SCOTT KIDMAN AND MICHAEL T. ZELLER IN SUPPORT THEREOF

(4) [PROPOSED] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S OPPOSITION TO NEIL KADISHA'S *EX PARTE* APPLICATION FOR PROTECTIVE ORDER; AND EXHIBITS TO THE DECLARATIONS OF SCOTT KIDMAN AND MICHAEL T. ZELLER IN SUPPORT THEREOF

(5) DECLARATION OF MICHAEL T. ZELLER IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO NEIL KADISHA'S *EX PARTE* APPLICATION FOR PROTECTIVE ORDER