ORIGINAL

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
|---|---|
| Plaintiff, | Consolidated with:<br>Case No. CV 04-09039<br>Case No. CV 05-02727 |
| vs. | |
| MATTEL, INC., a Delaware corporation, | **PROOF OF SERVICE** |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | |

## PROOF OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 50 California Street, 22nd Floor San Francisco, CA 94111.

On August 26, 2009, I served true copies of the following documents described as:

SEE ATTACHED DOCUMENT LIST

on the parties in this action as follows:

| | |
|---|---|
| Orrick, Herrington & Sutcliffe LLP<br>William A. Molinski<br>777 S. Figueroa Street, STE 3200<br>Los Angeles, CA 90017<br>wmolinski@orrick.com | *Attorneys for the MGA Parties* |
| Orrick, Herrington & Sutcliffe LLP<br>Annette L. Hurst<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94104<br>ahurst@orrick.com | *Attorneys for the MGA Parties* |
| Skadden, Arps, Slate, Meagher & Flom LLP<br>　Thomas J. Nolan, Esq.<br>　Jason Russell, Esq.<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90071<br>　tnolan@skadden.com<br>　jrussell@skadden.com | **Attorneys for *the MGA Parties***<br><br><br><br>Telephone: 213.687.5000<br>Facsimile: 213.687.5600 |
| Overland Borenstein Scheper & Kim LLP<br>　Mark E. Overland, Esq.<br>　Alexander H. Cote, Esq.<br>601 W. 5th Street, 12th Floor<br>Los Angeles, CA 90017<br>　moverland@obsklaw.com<br>　acote@obsklaw.com | **Attorneys for *Carlos Gustavo Machado Gomez***<br><br><br>Telephone: 213.613.4655<br>Facsimile: 213.613.4656 |
| Bingham McCutchen LLP<br>Todd Gordinier, Esq.<br>Peter Villar, Esq.<br>600 Anton Boulevard, 18th Floor<br>Costa Mesa, CA 92626<br>todd.gordinier@bingham.com | **Attorneys for *Omni 808 Investors, LLC*** |

1 **BY ELECTRONIC MAIL TRANSMISSION:** By electronic mail transmission
2 from jamesjudah@quinnemanuel.com on August 26, 2009, by transmitting a PDF
3 format copy of such document(s) to each such person at the e-mail address listed
4 below their address(es). The document(s) was/were transmitted by electronic
5 transmission and such transmission was reported as complete and without error.
6       I declare that I am employed in the office of a member of the bar of this
7 court at whose direction the service was made.

9       Executed on August 26, 2009, at San Francisco, California.

11                        /s/ James Judah
12                        James Judah

07975/3056317.1

Case No. CV 04-9049 SGL (RNBx)
PROOF OF SERVICE

## DOCUMENT LIST

1. MATTEL, INC.'S NOTICE OF MOTION AND MOTION TO AMEND PROTECTIVE ORDER; AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF

2. NOTICE OF LODGING WITH THE DISCOVERY MASTER IN SUPPORT OF MATTEL, INC.'S NOTICE OF MOTION AND MOTION TO AMEND PROTECTIVE ORDER

3. DECLARATION OF JAMES D. JUDAH IN SUPPORT OF MATTEL, INC.'S NOTICE OF MOTION AND MOTION TO AMEND PROTECTIVE ORDER

4. APPLICATION TO FILE UNDER SEAL

5. [PROPOSED] ORDER RE: APPLICATION TO FILE UNDER SEAL