Name & Address:
Nitin Gambhir (State Bar No. 259906)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>PLAINTIFF(S)<br>v.<br>MATTEL, INC., a Delaware Corporation<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>Case No. CV 04-9049 SGL (RNBx)<br><br>**NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**

Application to File Under Seal; MGA's Reply to Opposition to MGA's Motion To Compel Mattel's Attendance At 30B6 Deposition, For Protective Order Requiring Advance Designation of 30B6 Witnesses, To De-designate Document Under Protective Order, and For Sanctions.

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☑ Other  App. to File Under Seal; MGA's Reply to Opposition to MGA's MTC Mattel's Attend. At 30B6 Deposition, For Protective Order Requiring Advance Designation of 30B6 Witnesses, To De-designate Document Under Protective Order, and For Sanctions.

**Reason:**

☑ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☐ Manual Filing required (*reason*):

August 31, 2009
Date

/s/ Nitin Gambhir
Attorney Name

MGA Parties
Party Represented

Note:   File one Notice in each case, each time you manually file document(s).

G-92 (03/09)                                   NOTICE OF MANUAL FILING