Name & Address:
William A. Molinski (State Bar No. 132612)
Orrick, Herrington & Sutcliffe LLP
777 South Figueroa Street, Suite 3200
Los Angeles, California 90017
(213) 629-2020 (Telephone)
(213) 612-2499 (Facsimile)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| CARTER BRYANT | CASE NUMBER: |
| --- | --- |
| PLAINTIFF(S) | CV 04-9049-SGL (RNBx) |
| v. | |
| MATTEL, INC., a Delaware Corporation | NOTICE OF MANUAL FILING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**
Supplemental Declaration of William A. Molinski and Exhibit A In Support of MGA's Motion to Compel Documents Responsive to Requests for Production Nos. 530 and 531 of MGA's Fifth Set of Requests for Production

**Document Description:**

☐ Administrative Record
☒ Exhibits
☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]
☒ Other Supplemental Declaration of William A. Molinski and Exhibit A In Support of MGA's Motion to Compel Documents Responsive to Requests for Production Nos. 530 and 531 of MGA's Fifth Set of Requests for Production

**Reason:**

☒ Under Seal
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☒ Per Court order dated January 4, 2005
☐ Manual Filing required (*reason*):

| August 31, 2009 | William A. Molinski |
| --- | --- |
| Date | Attorney Name |
| | MGA Parties |
| | Party Represented |

Note:   File one Notice in each case, each time you manually file document(s).

G-92 (03/09)   NOTICE OF MANUAL FILING
OHS West:260718868.1
22161-2006 WM2/MM7

American LegalNet, Inc.
www.FormsWorkflow.com