UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.   CV 04-09049 SGL(RNBx)                              Date: August 28, 2009
Title:        MATTEL, INC. V. MGA ENTERTAINMENT, INC., et al.
================================================================
PRESENT:   HONORABLE STEPHEN G. LARSON, U.S. DISTRICT JUDGE

| Cindy Sasse | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:**   **ORDER GRANTING IN PART EX PARTE APPLICATION (DOCKET #6309); ORDER SETTING HEARING AND BRIEFING SCHEDULE**

The Court has received and review Mattel's Ex Parte Application to set hearing, as well as the opposition and reply thereto, and **ORDERS** as follows:

Mattel's Motion for Leave to file a Fourth Amended Answer and Counterclaims, which the Court deems as timely filed, is set for hearing on Thursday, October 1, 2009, at 10:00 a.m.

Opposition to the Motion shall be filed no later than September 17, 2009; the optional reply to the Motion shall be filed no later than September 24, 2009.

**IT IS SO ORDERED.**