QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>DISCOVERY MATTER<br>[To Be Heard by Discovery Master Robert C. O'Brien Pursuant to Order of January 6, 2009]<br><br>[PUBLIC REDACTED] DECLARATION OF MICHAEL T. ZELLER IN SUPPORT OF MATTEL, INC.'S REPLY IN SUPPORT OF MOTION FOR LEAVE TO TAKE ADDITIONAL DEPOSITIONS. AND MATTEL, INC.'S OPPOSITION TO MGA PARTIES' CROSS-MOTION FOR PROTECTIVE ORDER ALTERING DEPOSITION LIMITS TO SET AN OVERALL HOURS LIMIT<br><br>**Phase 2:**<br>Discovery Cut-off: Dec. 11, 2009<br>Pre-trial Conference: Mar. 1, 2010<br>Trial Date: Mar. 23, 2010 |

# DECLARATION OF MICHAEL T. ZELLER

I, Michael T. Zeller, declare as follows:

1. I am a member of the bar of the State of California, admitted to practice in the Central District of California and elsewhere, and a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). Except where otherwise indicated, I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the Trial Transcript, dated August 5, 2008.

3. Attached hereto as Exhibit 2 is a true and correct copy of Mattel's Opposition to Neil Kadisha's *Ex Parte* Application For Protective Order, dated August 26, 2009.

4. Attached hereto as Exhibit 3 is a true and correct copy of Phase 2 Discovery Matter Order No. 54, dated August 27, 2009.

5. Attached hereto as Exhibit 4 is a true and correct copy of Phase 2 Discovery Matter Order No. 22, dated April 28, 2009.

6. Attached hereto as Exhibit 5 is a true and correct copy of an excerpt of the Joint Phase One Witness List, dated May 13, 2008.

7. Attached hereto as Exhibit 6 is a true and correct copy of Omni 808's Reply in Support of *Ex Parte* Application for Leave to Intervene, dated February 9, 2009.

8. Attached hereto as Exhibit 7 is a true and correct copy of email correspondence between A. Hurst and Michael Zeller, dated August 19, 2009.

9. Attached hereto as Exhibit 8 is a true and correct copy of an excerpt of the August 27, 2009 Discovery Matter hearing transcript.

10. Attached hereto as Exhibit 9 is a true and correct copy of excerpts of the August 27, 2009 Discovery Matter hearing transcript.

11.     Attached hereto as Exhibit 10 is a true and correct copy of Mattel's Motion To Compel Withheld MGA Documents That Prove MGA Was Developing Bratz As Early As June 2000, dated August 24, 2007, and Mattel's Corrected Notice of Motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration was executed on August 28, 2009 at Los Angeles, California.

/s/ Michael T. Zeller
Michael T. Zeller