1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
2    John B. Quinn (Bar No. 90378)
     (johnquinn@quinnemanuel.com)
     Michael T. Zeller (Bar No. 196417)
3    (michaelzeller@quinnemanuel.com)
     Jon D. Corey (Bar No. 185066)
4    (joncorey@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
6  Facsimile: (213) 443-3100

7  Attorneys for Mattel, Inc.

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10                          EASTERN DIVISION

11

| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
|---|---|
| Plaintiff, | Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727 |
| vs. | |
| MATTEL, INC., a Delaware corporation, | **DECLARATION OF SCOTT L. WATSON IN SUPPORT OF MATTEL'S SUBMISSION TO THE MONITOR REGARDING ACCOUNTING ISSUES** |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | |

25                    **PUBLIC REDACTED VERSION**

1           **DECLARATION OF SCOTT WATSON**

2           I, Scott Watson, declare as follows:

3           1.    I am a member of the bar of the State of California.  I am a

4 partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel,

5 Inc. ("Mattel").  I make this declaration of personal, firsthand knowledge and, if

6 called and sworn as a witness, I could and would testify competently thereto.

7           2.    Attached as Exhibit 1  is a true and correct copy of the Court's

8 April 27, 2009 Omnibus Order.

9           3.    Attached as Exhibit 2 is a true and correct copy of relevant

10 excerpts from the court reporter's official transcript of the hearing in this matter

11 dated May 18, 2009.

12           4.    Attached as Exhibit 3 is a true and correct copy of the Court's

13 Omnibus Order, dated July 9, 2009.

14           5.    Attached as Exhibit 4 is a true and correct copy of the Court's

15 Order dated May 21, 2009.

16           6.    Attached as Exhibit 5 is a true and correct copy of the Court's

17 Order Appointing Forensic Auditor, dated January 7, 2009.

18           7.    Attached as Exhibit 6 is a true and correct copy of the MGA

19 Parties' Memorandum of Points and Authorities in Opposition to Ex Parte Motion of

20 Temporary Receiver for Order (1) Approving Final Accounting and Report; (2)

21 Approving Final Compensation to Temporary Receiver and Professionals; (3)

22 Discharging Receiver, dated June 6, 2009.

23           8.    Attached as Exhibit 7 is a true and correct copy of the MGA

24 Parties' Ex Parte Application for Clarification of the Court's Order Regarding

25 Escrow of Profits, dated July 31, 2009.

26           9.    Attached as Exhibit 8 is a true and correct copy of the Court's

27 Order Regarding Monitor Reports, dated August 6, 2009.

28

1          10.     Attached hereto as Exhibit 9 is a true and correct copy of the Ex

2 Parte Motion of Temporary Receiver for Order (1) Approving Final Account and

3 Report; (2) Approving Final Compensation to Temporary Receiver and

4 Professionals; (3) Discharging Receiver; Receivers Final Account and Report;

5 Declaration of Patrick A. Fraioli, Jr., dated June 19, 2009.

6          11.     Attached as Exhibit 10 is a true and correct copy of the Court's

7 Order After June 15, 2009 Hearing on Accounting Issues, dated June 18, 2009.

8          12.     Attached as Exhibit 11 is a true and correct copy of relevant

9 excerpts from Mattel Inc.'s Third Amended Answer and Counter-Claims, dated May

10 22, 2009.

11         13.     Attached as Exhibit 12 is a true and correct copy of relevant

12 excerpts from the court reporter's official transcript of the February 11, 2009 hearing

13 in this matter.

14         14.     Attached as Exhibit 13 is a true and correct copy of relevant

15 excerpts from the court reporter's official transcript of the March 4, 2009 Discovery

16 Master hearing in this matter.

17         15.     Attached as Exhibit 14 is a true and correct copy of

18 Memorandum of Points & Authorities in Opposition to Order to Show Cause Re:

19 Appointment of Permanent Receiver and Preliminary Objections to Report of

20 Forensic Auditor and Temporary Receiver, dated May 14, 2009.

21         16.     Attached as Exhibit 15 is a true and correct copy of the Senior

22 Promissory Note, dated September 3, 2008.

23        I declare under penalty of perjury under the laws of the United States

24 that the foregoing is true and correct. Executed on August 31, 2009 at Los Angeles,

25 California.

26

27                        /s/

                              Scott L. Watson

28

-3-