# EXHIBIT 15

# Exhibit Filed

# Under Seal

# Pursuant to Protective order