QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S OPPOSITION TO THE MGA PARTIES' MOTION FOR RECONSIDERATION OF ORDER NO. 42 AND CERTAIN EXHIBITS TO THE DECLARATION OF MICHAEL T. ZELLER IN SUPPORT THEREOF<br><br>[[Proposed] Order Filed Concurrently Herewith]<br><br>Date:  TBD<br>Time:  TBD<br>Place:  Courtroom 1 |

00505.07975/3073411.1

MATTEL. INC.'S APPLICATION TO FILE UNDER SEAL

Pursuant to <u>Local Rule</u> 79-5.1 and the Stipulated Protective Order entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal Mattel, Inc.'s Opposition to the MGA Parties' Motion for Reconsideration of Order No. 42 ("Opposition") and Exhibits 1, 3, 4, 5, 7, 8, 9, and 10 ("Exhibits") to the Declaration of Michael T. Zeller in Support of Thereof.

The Opposition and the Exhibits reference materials that the MGA Parties and/or Mattel have designated "Confidential" or "Confidential -- Attorney's Eyes Only" pursuant to the Protective Order. Accordingly, Mattel requests that the Court order that the Opposition and the Exhibits be filed under seal.

In the alternative, Mattel requests that the Court declare that the Opposition and Exhibits are outside the definitions of "Confidential" and "Confidential -- Attorney's Eyes Only" as contained in the Stipulated Protective Order and order it to be filed as part of the public record.

DATED: August 27, 2009        QUINN EMANUEL URQUHART OLIVER & HEDGES. LLP

By /s/ Michael T. Zeller
   Michael T. Zeller
   Attorneys for Mattel. Inc.