1  MELINDA HAAG (State Bar No. 132612)
   mhaag@orrick.com
2  ANNETTE L. HURST (State Bar No. 148738)
   ahurst@orrick.com
3  WARRINGTON S. PARKER III (State Bar No. 148003)
   wparker@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
5  405 Howard Street
   San Francisco, CA  94105-2669
6  Telephone:  +1-415-773-5700
   Facsimile:   +1-415-773-5759
7
8  WILLIAM A. MOLINSKI (State Bar No. 145186)
   wmolinski@orrick.com
9  ORRICK, HERRINGTON & SUTCLIFFE LLP
   777 South Figueroa Street, Suite 3200
10 Los Angeles, CA  90017
   Telephone:  +1-213-629-2020
   Facsimile:   +1-213-612-2499
11
   Attorneys for MGA Parties
12
13            UNITED STATES DISTRICT COURT

14            CENTRAL DISTRICT OF CALIFORNIA

              EASTERN DIVISION

16 CARTER BRYANT, an individual,      Case No.  CV 04-9049-SGL (RNBx)

17            Plaintiff,              Consolidated with:
                                      Case No. CV 04-9059
18       v.                           Case No. CV 05-2727

19 MATTEL, INC., a Delaware           [PROPOSED] ORDER RE
   corporation,                       APPLICATION TO FILE UNDER
20                                    SEAL
            Defendant.
21
                                      Judge:       Hon. Stephen G. Larson
22
23 AND CONSOLIDATED ACTIONS

24

25

26

27

28

1      The Court, having considered the MGA Parties' application for an order to

2  file under seal, and having found good cause to do so, it is HEREBY ORDERED

3  that said application is GRANTED in its entirety.

4      The Clerk shall maintain under Seal the following documents:

5

6  **EXHIBIT A to the SUPPLEMENTAL DECLARATION OF ELLIE**
**TROPE IN SUPPORT OF MGA'S OPPOSITION TO MATTEL'S**

7  **MOTION FOR CLARIFICATION**

8

9  It is so ORDERED.

10

11

12  Dated: *Aug 28*  , 2009

13                      Hon. Stephen G. Larson
United States District Court Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER RE APPLICATION TO FILE
UNDER SEAL
CV 04-9049 SGL (RNBx)