Bingham McCutchen LLP
TODD E. GORDINIER (SBN 82200)
todd.gordinier@bingham.com
PETER N. VILLAR (SBN 204038)
peter.villar@bingham.com
CRAIG A. TAGGART (SBN 239168)
craig.taggart@bingham.com
600 Anton Boulevard, 18th Floor
Costa Mesa, CA 92626-1924
Telephone: 714.830.0600
Facsimile: 714.830.0700

Attorneys for Non-Party Attorney
NEIL KADISHA

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 SGL (RNBx)<br>C/W Case No. CV 04-09059<br>Case No. CV 05-2727<br><br>**DISCOVERY MATTER**<br>**To be heard by Discovery Master Robert C. O'Brien**<br><br>[~~PROPOSED~~] **ORDER TO FILE UNDER SEAL:**<br><br>**NON-PARTY NEIL KADISHA'S *EX PARTE* APPLICATION FOR PROTECTIVE ORDER**<br><br>**DECLARATION OF PETER N. VILLAR**<br><br>**[PROPOSED] ORDER GRANTING NON-PARTY NEIL KADISHA'S *EX PARTE* APPLICATION ORDER**<br><br>Date: TBD<br>Time: TBD<br>Place: Arent Fox LLP<br>555 West Fifth Street<br>48th Floor<br>Los Angeles, CA 90013 |

A/73127786.1

1  Pursuant to Central District Local Rule 79-5.1, the Stipulated Protective
2  Order entered by the Court in this action on January 4, 2005, and the Court's
3  Orders dated April 27, 2009 and May 21, 2009, Omni 808 Investors, LLC hereby
4  respectfully requests that the Court permit the following document to be filed
5  under seal:

6      1.    **NON-PARTY NEIL KADISHA'S *EX PARTE*
7  APPLICATION FOR PROTECTIVE OVER;**
8      2.    **DECLARATIOPN OF PETER N. VILLAR IN SUPPORT
9  OF NON-PARTY NEIL KADISHA'S *EX PARTE* APPLICATION FOR
10 PROTECTIVE ORDER; AND**
11     3.    ~~**[PROPOSED] ORDER GRANTING NON-PARTY NEIL
12 KADISHA'S *EX PARTE* APPLICATION FOR PROTECTIVE ORDER**~~ *NOT SUBMITTED*

DATED: Aug 28, 2009

_/s/ S. G. Larson_
Hon. Stephen J. Larson
United States District Judge

A/73127786.1                         1

## PROOF OF SERVICE

I, Paul A. McConnell, am over eighteen years of age, not a party in this action, and employed in Orange County, California at 600 Anton Boulevard, Costa Mesa, California 92626-1924. I am readily familiar with the practice of this office for collection and processing of correspondence for mail/fax/hand delivery/next business day delivery, and they are deposited that same day in the ordinary course of business. On **August 25, 2009**, I served the attached:

**[PROPOSED] ORDER TO FILE UNDER SEAL**

I served copies of said papers on **August 25, 2009** by attaching them to an e-mail addressed to:

Michael Zeller
michaelzeller@quinnemanuel.com

Dylan Proctor
dylanproctor@quinnemanuel.com

Jon Corey
joncorey@quinnemanuel.com

Jason Russell
jason.russell@skadden.com

Melinda Haag
mhaag@orrick.com

Annette L. Hurst
ahurst@orrick.com

Warrington S. Parker III
wparker@orrick.com

William A. Molinski
wmolinski@orrick.com

Mark Overland
moverland@scheperkim.com

Alexander Cote
acote@scheperkim.com

A/73127786.1

- 1 -

1 | I declare that I am employed in the office of a member of the bar of this
2 | court at whose direction the service was made and that this declaration was
3 | executed on **August 25, 2009**.

*[signature]*
Paul A. McConnell