1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   John B. Quinn (Bar No. 090378)
2  (johnquinn@quinnemanuel.com)
   Michael T. Zeller (Bar No. 196417)
3  (michaelzeller@quinnemanuel.com)
   Jon D. Corey (Bar No. 185066)
4  (joncorey@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
6  Facsimile: (213) 443-3100

7  Attorneys for Mattel, Inc.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>[~~PROPOSED~~] ORDER GRANTING APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S OPPOSITION TO THE MGA PARTIES' MOTION FOR RECONSIDERATION OF ORDER NO. 42 AND CERTAIN EXHIBITS TO THE DECLARATION OF MICHAEL T. ZELLER IN SUPPORT THEREOF<br><br>Date: TBD<br>Time: TBD<br>Place: Courtroom 1 |

00505.07975/3073443.1

[PROPOSED] ORDER

[~~PROPOSED~~] ORDER

Based on the concurrently filed Application to File Under Seal Mattel, Inc.'s Opposition to the MGA Parties' Motion for Reconsideration of Order No. 42 and Certain Exhibits to the Declaration of Michael T. Zeller in Support Thereof,

IT IS HEREBY ORDERED:

Mattel, Inc.'s Opposition to the MGA Parties' Motion for Reconsideration of Order No. 42 and Exhibits 1, 3, 4, 5, 7, 8, 9, and 10 to the Declaration of Michael T. Zeller in Support Thereof are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: Aug 28, 2009

*S.G. Larson*
Hon. Stephen G. Larson
United States District Judge