ORIGINAL

1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
    John B. Quinn (Bar No. 090378)
2   (johnquinn@quinnemanuel.com)
    Michael T. Zeller (Bar No. 196417)
3   (michaelzeller@quinnemanuel.com)
    Jon D. Corey (Bar No. 185066)
4   (joncorey@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
6  Facsimile: (213) 443-3100

7  Attorneys for Mattel, Inc.

8               UNITED STATES DISTRICT COURT

9               CENTRAL DISTRICT OF CALIFORNIA

10                    EASTERN DIVISION

11 | CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx)
                                   | Consolidated with
12 |         Plaintiff,             | Case Nos. CV 04-09059 & CV 05-2727
13 |    vs.                         | [DISCOVERY MATTER]
                                   | To be heard by Discovery Master Robert C. O'Brien
14 | MATTEL, INC., a Delaware
    | corporation,                  | MATTEL, INC.'S [CORRECTED]
15 |                                | APPLICATION TO FILE UNDER SEAL
    |         Defendant.            | MATTEL, INC.'S REPLY IN SUPPORT
16 |                                | OF MOTION FOR LEAVE TO TAKE
17 | AND CONSOLIDATED ACTIONS       | ADDITIONAL DEPOSITIONS; AND
                                   | MATTEL, INC.'S OPPOSITION TO THE
18                                  | MGA PARTIES' CROSS MOTION FOR
                                   | PROTECTIVE ORDER ALTERING THE
19                                  | LIMITS TO SET AN OVERALL HOURS
                                   | LIMIT
20
                                     [[Proposed] Order filed concurrently]
21
22                                   **Phase 2**
                                     Discovery Cut-off: December 11, 2009
23                                   Pre-trial Conference: March 1, 2010
                                     Trial Date: March 23, 2010
24
25
26
27
28

07975/3076718.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1       Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2 entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully
3 requests that the Court order filed under seal Mattel's Reply In Support Of Motion
4 For Leave to Take Additional Depositions; and Mattel's Opposition to The MGA
5 Parties' Cross-Motion For Protective Order Altering Deposition Limits To Set An
6 Overall Hours Limit ("Brief"), and Exhibits 2, 3, 7 and 10 to the Declaration of
7 Michael T. Zeller In Support Thereof ("Exhibits").

8       The Brief and Exhibits contain materials that Mattel or MGA have
9 designated as "Confidential" or "Confidential--Attorneys' Eyes Only" pursuant to
10 the Protective Order. Accordingly, Mattel requests that the Court order that the
11 Opposition and Exhibits be filed under seal.

14 DATED: August 28, 2009     QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

16                         By /s/ Scott L. Watson
17                            Scott L. Watson
                            Attorneys for Mattel, Inc.