THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
JASON D. RUSSELL (Bar No. 169219)
(jrussell@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071-3144
Tel.: (213) 687-5000/Fax: (213) 687-5600

Attorneys for Counter-Defendants,
MGA ENTERTAINMENT, INC., ISAAC LARIAN,
and MGA ENTERTAINMENT (HK) LIMITED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>Honorable Stephen G. Larson<br><br>**APPLICATION TO FILE UNDER SEAL:**<br><br>MGA PARTIES' OPENING BRIEF ON PROPER ACCOUNTING FOR RECEIVER FEES AND INTEREST |

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the
2  Court in this action on January 4, 2005, MGA Entertainment, Inc., Isaac Larian, and MGA
3  Entertainment (HK) Limited, (collectively, the "MGA Parties") hereby respectfully request
4  that the Court order the following documents be filed under seal: MGA Parties' Opening
5  Brief On Proper Accounting For Receiver Fees And Interest.

6  Good cause exists for filing this document under seal because it contains confidential
7  financial information and it was ordered filed under seal and designated "Attorneys' Eyes
8  Only" by the Court Appointed Monitor in his August 13, 2009 Briefing Schedule For Issues
9  Related To The Calculation Of Monthly Profits, ¶ 5.

11  DATED: August 31, 2009            SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

12                                    By: _____
13                                         Thomas J. Nolan       /JKdC
                                           Attorneys for the MGA Parties