| | |
|---|---|
| 1 | THOMAS J. NOLAN (Bar No. 66992) |
|   | (tnolan@skadden.com) |
| 2 | JASON D. RUSSELL (Bar No. 169219) |
|   | (jrussell@skadden.com) |
| 3 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
|   | 300 South Grand Avenue, Suite 3400 |
| 4 | Los Angeles, CA 90071-3144 |
|   | Tel.: (213) 687-5000/Fax: (213) 687-5600 |
| 5 | |
| 6 | Attorneys for Counter-Defendants, |
|   | MGA ENTERTAINMENT, INC., ISAAC LARIAN, |
|   | and MGA ENTERTAINMENT (HK) LIMITED |

## UNITED STATED DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with Case No. 04-9059 and Case No. 05-2727 |
| v. | |
| MATTEL, INC., a Delaware corporation | PROOF OF SERVICE |
| Defendant. | |
| AND CONSOLIDATED ACTIONS. | |

PROOF OF SERVICE
Case No. CV 04-9049 SGL (RNBx)

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 300 South Grand Avenue, Suite 3400, Los Angeles, California 90071.

On **August 31, 2009**, I served the foregoing documents described as:

1. MGA Parties' Opening Brief On Proper Accounting For Receiver Fees And Interest;

2. Application to File Under Seal;

3. Proposed Order to File Under Seal;

and

4. Proof of Service

on the counsel of record in this action addressed as follows:

### SEE ATTACHED SERVICE LIST

(X) [E-MAIL OR ELECTRONIC SERVICE] Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed in the attached service list. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

Executed on **August 31, 2009**, in Los Angeles, California.

```
    Susan Harden                         /s/ Susan Harden
    PRINT NAME                           SIGNATURE
```

## SERVICE LIST

| | |
|---|---|
| John Quinn, Esq.<br>Michael T. Zeller, Esq.<br>Jon D. Corey, Esq.<br>Quinn Emanuel Urquhart Oliver & Hedges, LLP<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, CA 90017-2543<br>johnquinn@quinnemanuel.com<br>michaelzeller@quinnemanuel.com<br>joncorey@quinnemanuel.com | Attorneys for Mattel, Inc.<br><br>SERVED BY EMAIL |
| Annette L. Hurst, Esq.<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105<br>ahurst@orrick.com | Attorneys for MGA Parties<br><br>SERVED BY EMAIL |
| Todd E. Gordinier, Esq.<br>Bingham McCutchen LLP<br>Plaza Tower<br>600 Anton Boulevard, 18th Floor<br>Costa Mesa, CA 92626-1924<br>todd.gordinier@bingham.com | Attorneys for Omni 808<br><br>SERVED BY EMAIL |
| Patrick A. Fraioli, Jr., Esq.<br>Byron Z. Moldo, Esq.<br>Peter A. Davidson, Esq.<br>Ervin Cohen & Jessup LLP<br>9401 Wilshire Boulevard, Ninth Floor<br>Beverly Hills, California 90212-2974<br>pfraioli@ecjlaw.com<br>bmoldo@ecjlaw.com<br>pdavidson@ecjlaw.com | Court Appointed Monitor<br><br>SERVED BY EMAIL |