MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:   +1-415-773-5700
Facsimile:    +1-415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA  90017
Telephone:   +1-213-629-2020
Facsimile:    +1-213-612-2499

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant. | Case No.  CV 04-9049-SGL (RNBx)<br><br>**PROOF OF SERVICE BY ECF, ELECTRONIC MAIL AND U.S. MAIL TO COUNSEL 8/31/09** |
| AND CONSOLIDATED ACTIONS | |

OHS West:260720153.1                                                                                         PROOF OF SERVICE

## PROOF OF SERVICE VIA ECF

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, The Orrick Building, 405 Howard Street, San Francisco, CA 94105. On August 31, 2009, I served the following document(s):

- **MGA'S [REDACTED] REPLY TO OPPOSITION TO MOTIONS (1) TO COMPEL MATTEL'S ATTENDANCE AT 30B6 DEPOSITION; (2) FOR PROTECTIVE ORDER REQUIRING ADVANCE DESIGNATION OF 30B6 WITNESSES; (3) TO DE-DESIGNATE DOCUMENT UNDER PROTECTIVE ORDER RELATED TO SUBJECT MATTER OF REQUESTED 30B6 TESTIMONY; AND (4) FOR SANCTIONS and attached DECLARATION OF JASON S. ANGELL IN SUPPORT THEREOF.**

filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on August 31, 2009.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 31, 2009, at San Francisco, California.

_____
Rebecca B. Mance

## PROOF OF SERVICE BY EMAIL TO COUNSEL

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, The Orrick Building, 405 Howard Street, San Francisco, CA 94105. On August 31, 2009, I served the following document(s):

- **MGA'S [REDACTED AND UNREDACTED] REPLY TO OPPOSITION TO MOTIONS (1) TO COMPEL MATTEL'S ATTENDANCE AT 30B6 DEPOSITION; (2) FOR PROTECTIVE ORDER REQUIRING ADVANCE DESIGNATION OF 30B6 WITNESSES; (3) TO DE-DESIGNATE DOCUMENT UNDER PROTECTIVE ORDER RELATED TO SUBJECT MATTER OF REQUESTED 30B6 TESTIMONY; AND (4) FOR SANCTIONS and attached DECLARATION OF JASON S. ANGELL IN SUPPORT THEREOF.**

- **NOTICE OF MANUAL FILING**

- **APPLICATION TO FILE UNDER SEAL**

- **[PROPOSED] ORDER**

I served copies of said papers on August 31, 2009 by attaching them to an email addressed to:

**Michael Zeller**
michaelzeller@quinnemanuel.com

**Jon Corey**
joncorey@quinnemanuel.com

**Todd Gordinier**
todd.gordinier@bingham.com

**Dylan Proctor**
dylanproctor@quinnemanuel.com

**Jason Russell**
jason.russell@skadden.com

**Peter Villar**
peter.villar@bingham.com

OHS West:260720153.1         - 2 -                PROOF OF SERVICE

| | |
|---|---|
| **Mark Overland** | **Alexander Cote** |
| moverland@scheperkim.com | acote@scheperkim.com |

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 31, 2009, at San Francisco, California.

_____
Rebecca B. Mance

### Mance, Rebecca

| | |
|---|---|
| From: | Mance, Rebecca |
| Sent: | Monday, August 31, 2009 4:23 PM |
| To: | michaelzeller@quinnemanuel.com; dylanproctor@quinnemanuel.com; joncorey@quinnemanuel.com; jason.russell@skadden.com; todd.gordinier@bingham.com; peter.villar@bingham.com; moverland@scheperkim.com; acote@scheperkim.com |
| Cc: | Hurst, Annette |
| Subject: | CV 04-9049-SGL (RNBx) - Reply Documents of 8-31-09 (Re Motion to Compel 30(b)(6) |
| Attachments: | MGA Reply to Opp to MTC 30(b)(6) etc.pdf; Notice of Manual filing 8-31.pdf; Public Version of Reply.pdf; [Proposed] Order to File Under Seal_ MGA's REPLY TO OPP MTC Attendance at 30b6 etc.pdf; App. Under Seal REPLY TO OPP Mot. to Compel Mattel's Attendance at 30bs etc.pdf |

Please see attached referenced below that were e-filed and/or served today

1.  MGA'S [REDACTED AND UNREDACTED] REPLY TO OPPOSITION TO MOTIONS (1) TO COMPEL MATTEL'S ATTENDANCE AT 30B6 DEPOSITION; (2) FOR PROTECTIVE ORDER REQUIRING ADVANCE DESIGNATION OF 30B6 WITNESSES; (3) TO DE-DESIGNATE DOCUMENT UNDER PROTECTIVE ORDER RELATED TO SUBJECT MATTER OF REQUESTED 30B6 TESTIMONY; AND (4) FOR SANCTIONS and attached DECLARATION OF JASON S. ANGELL IN SUPPORT THEREOF.

2.  NOTICE OF MANUAL FILING

3.  APPLICATION TO FILE UNDER SEAL

4.  [PROPOSED] ORDER


THANK YOU VERY MUCH.

REBECCA MANCE


ORRICK

**REBECCA B. MANCE**
*Legal Secretary*
ORRICK, HERRINGTON & SUTCLIFFE LLP
rmance@orrick.com
www.orrick.com

8/31/2009

## PROOF OF SERVICE BY MAIL

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, The Orrick Building, 405 Howard Street, San Francisco, CA 94105. On August 31, 2009, I served the following document(s):

- **MGA'S [REDACTED AND UNREDACTED] REPLY TO OPPOSITION TO MOTIONS (1) TO COMPEL MATTEL'S ATTENDANCE AT 30B6 DEPOSITION; (2) FOR PROTECTIVE ORDER REQUIRING ADVANCE DESIGNATION OF 30B6 WITNESSES; (3) TO DE-DESIGNATE DOCUMENT UNDER PROTECTIVE ORDER RELATED TO SUBJECT MATTER OF REQUESTED 30B6 TESTIMONY; AND (4) FOR SANCTIONS and attached DECLARATION OF JASON S. ANGELL IN SUPPORT THEREOF.**

- **NOTICE OF MANUAL FILING**

- **APPLICATION TO FILE UNDER SEAL**

- **[PROPOSED] ORDER**

on the interested parties in this action by placing true and correct copies thereof in sealed envelope(s) addressed as follows:

**Jason Russell, Esq.**
Skadden Arps Slate Meagher & Flom LLP
300 South Grand Avenue
Suite 3400
Los Angeles, CA 90071

**Todd Gordinier, Esq.**
**Peter Villar, Esq.**
Bingham McCutchen LLP
600 Anton Boulevard, 18th Floor
Costa Mesa, CA 92626

**Mark Overland, Esq.**
**Alexander Cote, Esq.**
Scheper Kim & Overland LLP
One Bunker Hill
601 West Fifth Street, 12th Floor
Los Angeles, California 90071

OHS West:260720153.1                  - 4 -                       PROOF OF SERVICE

1       I am employed in the county from which the mailing occurred. On the date indicated above, I placed the sealed envelope(s) for collection and mailing at this firm's office business address indicated above. I am readily familiar with this firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the firm's correspondence would be deposited with the United States Postal Service on this same date with postage thereon fully prepaid in the ordinary course of business.

      I declare under penalty of perjury that the foregoing is true and correct.

      Executed on August 31, 2009, at San Francisco, California.

                                                                              */s/ Rebecca B. Mance*

                                                                              Rebecca B. Mance

OHS West:260720153.1                     - 5 -                     PROOF OF SERVICE

## PROOF OF SERVICE BY HAND DELIVERY

I, Rafael Chamagua, declare I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 350 S. Figueroa Street, Suite 196, Los Angeles, California 90071.

On August 31, 2009, I served all parties with the following documents:

1. MGA'S REPLY TO OPPOSITION TO MOTIONS (1) TO COMPEL MATTEL'S ATTENDANCE AT 30B6 DEPOSITION; (2) FOR PROTECTIVE ORDER REQUIRING ADVANCE DESIGNATION OF 30B6 WITNESSES; (3) TO DE-DESIGNATE DOCUMENT UNDER PROTECTIVE ORDER RELATED TO SUBJECT MATTER OF REQUESTED 30B6 TESTIMONY; AND (4) FOR SANCTIONS and attached DECLARATION OF JASON S. ANGELL IN SUPPORT THEREOF.

2. NOTICE OF MANUAL FILING

3. APPLICATION TO FILE UNDER SEAL

4. [PROPOSED] ORDER

by hand-delivering true and correct copies of those documents to:

Michael Zeller, Esq.
Dylan Proctor, Esq.
Jon Corey, Esq.
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017

Robert C. O'Brien, Esq.
Discovery Master
Arent Fox LLP
555 West 5th Street, Suite 4800
Los Angeles, CA 90013

Executed on August 31, 2009, at Los Angeles, California.

I declare under penalty of perjury that the foregoing is true and correct.

Rafael Chamagua