1  Robert C. O'Brien (SBN 154372)
   ARENT FOX LLP
2  555 West Fifth Street, 48th Floor
   Los Angeles, CA  90013-1065
3  Telephone:  213.629.7400
   Facsimile:   213.629.7401
4  obrien.robert@arentfox.com

5  Discovery Master

6
7
8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA
10                    EASTERN DIVISION
11

| | |
|---|---|
| CARTER BRYANT, an individual, | Case No.  CV 04-09049 SGL (RNBx) |
| Plaintiff, | |
| v. | Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-2727 |
| MATTEL, INC., a Delaware corporation, | **PHASE 2 DISCOVERY MATTER** |
| Defendant. | **ORDER NO. 55, REGARDING:**<br><br>**TAKING OFF CALENDAR THE MOTIONS SCHEDULED FOR HEARING ON SEPTEMBER 3, 2009** |
| CONSOLIDATED WITH MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | |

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

ORDER NO. 55
[Case No. CV 04-09049 SGL (RNBx)]

The Discovery Master, having considered the papers filed in support of and in opposition to the (1) Motion to Enforce Prior Court Orders and to Compel Responses to Interrogatory Nos. 68 and 69 and RFPs 75, 85, 105 and 115 of Mattel's 1st Set of Requests for Production filed by Mattel, Inc. on or about July 22, 2009, (2) Motion to Compel Documents Responsive to Requests for Production Nos. 530 and 531 of MGA'S Fifth Set of Requests for Production filed by MGA Entertainment, Inc. on or about July 29, 2009, and (3) Cross-Motion to Compel and Motion for Limited Reconsideration of Order No. 11 filed by Mattel, Inc. on or about August 5, 2009 (collectively, the "Motions"), and having determined that oral argument is not necessary to resolve the Motions, hereby **ORDERS** that *all* Motions set for hearing on September 3, 2009 are taken off calendar. A ruling on the Motions will be issued promptly.

Dated:        September 1, 2009

By: /s/ Robert C. O'Brien
ROBERT C. O'BRIEN
Discovery Master