MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:  +1-415-773-5700
Facsimile:  +1-415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone:  +1-213-629-2020
Facsimile:  +1-213-612-2499

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>　　　　Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049-SGL (RNBx)<br><br>**PROOF OF SERVICE BY EMAIL TO COUNSEL** |

OHS West:260700462.1

PROOF OF SERVICE

**PROOF OF SERVICE BY EMAIL TO COUNSEL**

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, The Orrick Building, 405 Howard Street, San Francisco, California 94105-2669. On September 2, 2009, I served the following document(s):

**MGA PARTIES' REPLY IN SUPPORT OF CROSS-MOTION FOR PROTECTIVE ORDER ALTERING DEPOSITION LIMITS TO SET AN OVERALL HOURS LIMIT**

I served copies of said papers on September 2, 2009 by attaching them to an email addressed to:

**Jon Corey**
joncorey@quinnemanuel.com

**Jason Russell**
jason.russell@skadden.com

**Todd Gordinier**
todd.gordinier@bingham.com

**Peter Villar**
peter.villar@bingham.com

**Mark Overland**
moverland@scheperkim.com

**Alexander Cote**
acote@scheperkim.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 2, 2009, at San Francisco, California.

    /s/ Yas Raouf
    Yas Raouf

OHS West:260700462.1                - 1 -                PROOF OF SERVICE