QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>DISCOVERY MATTER<br>[To Be Heard by Discovery Master Robert C. O'Brien Pursuant to Order of January 6, 2009]<br><br>[PUBLIC REDACTED] DECLARATION OF MICHAEL T. ZELLER IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MOTION TO QUASH AND/OR FOR PROTECTIVE ORDER RE SUBPOENA ISSUED BY MATTEL, INC. TO PETER CARSON<br><br>**Phase 2:**<br>Discovery Cut-off: Dec. 11, 2009<br>Pre-trial Conference: Mar. 1, 2010<br>Trial Date: Mar. 23, 2010 |

# DECLARATION OF MICHAEL T. ZELLER

I, Michael T. Zeller, declare as follows:

1. I am a member of the bar of the State of California, admitted to practice in the Central District of California and elsewhere, and a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). Except where otherwise indicated, I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of an email chain from Peter Carson to David Witek, et al, dated September 2, 2008, as produced by IGWT and Bates-numbered IGWT02686-89.

3. Attached hereto as Exhibit 2 is a true and correct copy of an email chain from Lisa Tonnu to Peter Carson, et al, dated October 21, 2008, as produced by IGWT and Bates-numbered IGWT00132-37.

4. Attached hereto as Exhibit 3 is a true and correct copy of the email between Isaac Larian and Neil Kadisha discussing Peter Carson, dated August 29, 2009, as produced by IGWT and Bates numbered IGWT03314.

5. Attached hereto as Exhibit 4 is a true and correct copy of an email chain from Peter Carson to Kevin Tanna, et al, dated September 3, 2008, as produced by Omni and Bates-numbered OMNI0004492-93.

6. Attached hereto as Exhibit 5 is a true and correct copy of an email chain from Peter Carson to John Fouhey, et al, dated July 29, 2008, as produced by Omni and Bates-numbered OMNI0007316-17.

7. Attached hereto as Exhibit 6 is a true and correct copy of an email chain from Peter Carson to Hugh McCullough, et al, dated August 26, 2008, as produced by Omni and Bates-numbered OMNI0007057-59.

1    8.   Attached hereto as Exhibit 7 is a true and correct copy of an email chain from Peter Carson to David Witek, et al, dated August 26, 2008, as produced by Omni and Bates-numbered OMNI0006870-73.

4    9.   Attached hereto as Exhibit 8 is a true and correct copy of an email chain from Peter Carson to Moshe Kupietzky, et al, dated August 27, 2008, as produced by Omni and Bates-numbered OMNI0006783-84.

7    10.   Attached hereto as Exhibit 9 is a true and correct copy of an email chain from Peter Carson to David Witek, et al, dated August 28, 2008, as produced by Omni and Bates-numbered OMNI0005710-11.

10    11.   Attached hereto as Exhibit 10 is a true and correct copy of an email chain from Peter Carson to Moshe Kupietzky, et al, dated August 28, 2008, as produced by Omni and Bates-numbered OMNI0005674-77.

13    12.   Attached hereto as Exhibit 11 is a true and correct copy of an email from Kevin Tanna copying Peter Carson, et al, dated August 28, 2008, as produced by Omni and Bates-numbered OMNI03323-25.

16    13.   Attached hereto as Exhibit 12 is a true and correct copy of an email chain from Peter Carson to Moshe Kupietzky, et al, dated August 29, 2008, as produced by IGWT and Bates-numbered IGWT03316-17.

19    14.   Attached hereto as Exhibit 13 is a true and correct copy of an email chain from Peter Carson to Hugh McCullough, et al, dated September 2, 2008, as produced by Omni and Bates-numbered OMNI0005194-95.

22    15.   Attached hereto as Exhibit 14 is a true and correct copy of an email chain from Peter Carson to David Witek, et al, dated September 2, 2008, as produced by Omni and Bates-numbered OMNI0005170-74.

25    16.   Attached hereto as Exhibit 16 is a true and correct copy of an email chain from Peter Carson to Moshe Kupietzky, et al, dated September 2, 2008, as produced by Omni and Bates-numbered OMNI0005158-60.

17. Attached hereto as Exhibit 17 is a true and correct copy of an email chain from Peter Carson to Hugh McCullough, et al, dated September 2, 2008, as produced by Omni and Bates-numbered OMNI0005108-09.

18. Attached hereto as Exhibit 18 is a true and correct copy of an email chain from Peter Carson to Moshe Kupietzky, et al, dated September 2, 2008, as produced by Omni and Bates-numbered OMNI0005070-72.

19. Attached hereto as Exhibit 19 is a true and correct copy of an email chain from Peter Carson to Hugh McCullough, et al, dated September 3, 2008, as produced by Omni and Bates-numbered OMNI0004857.

20. Attached hereto as Exhibit 20 is a true and correct copy of an email chain from Peter Carson to Hugh McCullough, et al, dated September 3, 2008, as produced by Omni and Bates-numbered OMNI0004505-06.

21. Attached hereto as Exhibit 21 is a true and correct copy of an email chain from Peter Carson to David Witek, et al, dated September 3, 2008, as produced by Omni and Bates-numbered OMNI0004517-23.

22. Attached hereto as Exhibit 22 is a true and correct copy of an email chain from Kevin Tanna to Peter Carson, et al, dated September 3, 2008, as produced by Omni and Bates-numbered OMNI0004499-4500.

23. Attached hereto as Exhibit 23 is a true and correct copy of an email chain from Peter Carson to Tiffanie Baker, et al, dated October 23, 2008, as produced by IGWT and Bates-numbered IGWT00964-73.

24. Attached hereto as Exhibit 24 is a true and correct copy of excerpts of the deposition transcript of Leon Neman, dated August 14, 2009.

25. Attached hereto as Exhibit 25 is a true and correct copy of Cover page of the Transcript of the Deposition of Ann Wang, dated January 28, 2008.

26. Attached hereto as Exhibit 26 is a true and correct copy of the Cover page of the Transcript of the Deposition of David Rosenbaum, dated January 25, 2008.

27. Attached hereto as Exhibit 27 is a true and correct copy of the Cover page of the Transcript of the Deposition of Lucy Arant, dated May 15, 2008.

28. Attached hereto as Exhibit 28 is a true and correct copy of Mattel, Inc.'s Notice of Motion and motion to Compel Depositions and production of Documents of Christensen, Glaser, Fink, Jacobs, Weil & Shapiro, LLP, dated February 29, 2008.

29. Attached hereto as Exhibit 29 is a true and correct copy of Order Re Mattel's Motion to Compel Farhad Larian, Kaye Scholer and Stern & Goldberg to Produce Documents, dated January 25, 2008.

30. Attached hereto as Exhibit 30 is a true and correct copy of the Phase 2 Discovery Matter Order No. 46, dated August 14, 2009.

31. Attached hereto as Exhibit 31 is a true and correct copy of Phase 2 Discovery Matter Order No. 54, dated August 27, 2009.

32. Attached hereto as Exhibit 32 is a true and correct copy of Mattel's Opposition To Neil Kadisha's *Ex Parte* Application For Protective Order, dated August 26, 2009.

33. Attached hereto as Exhibit 33 is a true and correct copy of a letter from Neil Kadisha to MGA, with a copy to Peter Carson, dated February 4, 2009, as produced by Omni and Bates numbered OMNI0007372-73.

34. Attached hereto as Exhibit 34 is a true and correct copy of a letter to Brian Wing from Thomas Cambern of Wachovia, with a copy to Peter Carson, dated November 12, 2008, as produced by Omni and Bates numbered OMNI0009963-65.

35. Attached hereto as Exhibit 35 is a true and correct copy of an excerpt of Exhibit E to Mattel's Third Amended Answer and Counterclaims, dated May 22, 2009.

36. Attached hereto as Exhibit 36 is a true and correct copy of the summary chart of Exhibit F to Mattel's Fourth Amended Answer and

1  Counterclaims, lodged on August 17, 2009, in conjunction with Mattel's Motion For
2  Leave To File Its Fourth Amended Answer and Counterclaims.

3        37.   Attached hereto as Exhibit 37 is a true and correct copy of an
4  email chain between Peter Carson and David Witek, et al, dated August 27, 2008, as
5  produced by Omni and Bates numbered OMNI0006828-29.

6        38.   Attached hereto as Exhibit 38 is a true and correct copy of an
7  email chain between Peter Carson and Moshe Kupietzky, et al, dated August 27,
8  2008, as produced by Omni and Bates numbered OMNI0006812-13.

9        39.   Attached hereto as Exhibit 39 is a true and correct copy of an
10 email from Peter Carson to Moshe Kupietzky, et al, dated August 29, 2008, as
11 produced by IGWT and Bates numbered IGWT16868-69.

12        40.   Attached hereto as Exhibit 40 is a true and correct copy of an
13 email chain between Peter Carson and Isaac Larian, et al, dated August 29, 2008, as
14 produced by IGWT and Bates numbered IGWT103157-60.

15        41.   Attached hereto as Exhibit 41 is a true and correct copy of an
16 email chain between Peter Carson and Isaac Larian, et al, dated August 29, 2009, as
17 produced by IGWT and Bates numbered IGWT103161-62.

18        42.   Attached hereto as Exhibit 42 is a true and correct copy of an
19 email chain between Peter Carson and David Witek, dated September 3, 2008, as
20 produced by IGWT and Bates numbered IGWT08987-89.

21        43.   Attached hereto as Exhibit 43 is a true and correct copy of an
22 email chain between Peter Carson and David Witek, et al, dated September 4, 2008,
23 as produced by IGWT and Bates numbered IGWT08776-80.

24        44.   Attached hereto as Exhibit 44 is a true and correct copy of an
25 email chain between Peter Carson and Kevin Tanna, et al, September 4, 2008, as
26 produced by IGWT and IGWT08772-74.

27
28

07975/3083413.1

-5-

DECLARATION OF MICHAEL ZELLER

45. Attached hereto as Exhibit 45 is a true and correct copy of excerpts of Mattel's Third Amended Answer and Counterclaims, dated May 22, 2009.

46. Attached hereto as Exhibit 46 is a true and correct copy of a letter from D. Rutowski of Orrick to M. Zeller, J. Corey, and B. Dylan Proctor, dated August 24, 2009.

47. Attached hereto as Exhibit 47 is a true and correct copy of the Court's July 9, 2009 Order.

48. Attached hereto as Exhibit 48 is a true and correct copy of the Phase 2 Discovery Matter Order No. 46, dated August 14, 2009.

49. Attached hereto as Exhibit 49 is a true and correct copy of the Phase 2 Discovery Matter Order No. 51, dated August 26, 2009.

50. Attached hereto as Exhibit 50 is a true and correct copy of excerpts of the deposition transcript of Neil Kadisha, dated August 31, 2009.

51. Attached hereto as Exhibit 51 is a true and correct copy of an email chain between Peter Carson, Issac Larian, Neil Kadisha, et al, dated August 29, 2008, as produced by Omni and Bates numbered OMNI0005550-53.

52. Attached hereto as Exhibit 52 is a true and correct copy of an email chain between Peter Carson, Issac Larian, Neil Kadisha, et al, dated August 29, 2008, as produced by IGWT and Bates numbered IGWT103166-72.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration was executed on September 1, 2009 at Los Angeles, California.

/s/ Michael T. Zeller
Michael T. Zeller