QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>    Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>DISCOVERY MATTER<br>[To Be Heard by Discovery Master Robert C. O'Brien Pursuant to Order of January 6, 2009]<br><br>DECLARATION OF VALERIE A. LOZANO IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MOTION TO QUASH AND/OR FOR PROTECTIVE ORDER RE SUBPOENA ISSUED BY MATTEL, INC. TO PETER CARSON<br><br>**Phase 2:**<br>Discovery Cut-off: Dec. 11, 2009<br>Pre-trial Conference: Mar. 1, 2010<br>Trial Date: Mar. 23, 2010 |

## DECLARATION OF VALERIE A. LOZANO

I, Valerie A. Lozano declare as follows:

1. I am a member of the bar of the State of California, admitted to practice in the Central District of California and elsewhere, and an associate at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. On August 30, 2009, I visited the Bingham McCutchen website and viewed Peter Carson's biography. Attached hereto as Exhibit 1 is a true and correct copy of the webpage visited.

3. On August 30, 2009, I visited the Bingham McCutchen website and viewed the description of the Banking and Leveraged Finance Group. Attached hereto as Exhibit 2 is a true and correct copy of the webpage visited.

4. On August 30, 2009, I visited the Central District of California's website and searched "Peter Carson" on the attorney admissions page. The search results produced indicated no matches were found. Attached hereto as Exhibit 3 is a true and correct copy of the search results produced by the website.

5. Attached hereto as Exhibit 4 is a true and correct copy of the Central District of California's attorney page for Case No. 04-9049, which I visited on September 1, 2009.

6. Searches of "Carson" of the Omni, Wachovia and IGWT document productions located over 9,000 pages of documents.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration was executed on September 1, 2009 at Los Angeles, California.

/s/ Valerie A. Lozano
Valerie A. Lozano

07975/3078268.1

-1-

DECLARATION OF VALERIE A. LOZANO