# EXHIBIT 1

# BINGHAM



**Peter H. Carson**
Partner

peter.carson@bingham.com

Download vCard

T 415.393.2830  F 415.262.9215  San Francisco

Peter H. Carson is a partner in the firm's Banking and Leveraged Finance Group and
co-chairs the firm's Healthcare Industry Group and its Pro Bono National Committee.
His practice is focused on representing domestic and foreign banks, commercial
finance lenders, debt funds, and other institutional lenders as well as the firm's
company and private equity clients in all aspects of complex secured and unsecured
debt financings, including acquisition, senior syndicated, asset-based, mezzanine,
second lien, bridge, debtor-in-possession, credit enhancement, private placement,
convertible, leveraged lease and other financings, recapitalizations and restructurings
across a range of industries, including healthcare, technology, retail, transportation and
distribution, media, telecommunications, sports franchises, agriculture, and forest
products.

In addition, Peter devotes a substantial portion of his practice to representing buyers,
sellers and private equity deal sponsors in various types of merger and acquisition
transactions (including mergers involving nonprofits) and advising institutional lenders,
private equity and company clients as to Uniform Commercial Code and other
commercial law issues.

### AWARDS AND HONORS

- *The Best Lawyers in America*, Leading lawyer in banking law and structured
  finance law (2008–2010)
- Leading lawyer in banking & finance (California), *Chambers USA* (2009)
- *Super Lawyers, Northern California* (2005–2009)
- *Chambers USA: America's Leading Lawyers for Business*

### MEMBERSHIPS

- American Law Institute
- Fellow, Board of Regents, American College of Commercial Finance
  Lawyers

EXHIBIT ___1___
PAGE ___2___

Bingham McCutchen | Peter L. Carson                                                                Page 2 of 2

- Fellow, American Bar Foundation
- Past chair, Secured Transactions Subcommittee of the Uniform Commercial Code Committee of the Business Law Section of the American Bar Association
- Past chair, Uniform Commercial Code Committee and past member, Executive Committee of the Business Law Section of the State Bar of California
- Opinions Committee of the Business Law Section of the State Bar of California
- Standing Committee on Pro Bono and Public Service of the American Bar Association
- Chair, Pro Bono Committee of the Business Law Section of the American Bar Association
- Vice Chair, California Legal Services Trust Fund Commission
- Board of Trustees, Earthjustice Legal Defense Fund
- Board of Directors, Bay Area Legal Aid
- Board of Directors, Bar Association of San Francisco Foundation

**ADMISSIONS**
- Admitted to practice in California
- U.S. Supreme Court

**EDUCATION**
- University of California Berkeley School of Law (Boalt Hall), Juris Doctor, 1985
- University of California, Berkeley, Bachelor of Arts, 1981

Copyright © 2009 Bingham McCutchen LLP

Attorney Advertising. Prior results do not guarantee a similar outcome.

EXHIBIT ___1___
PAGE ___3___

# EXHIBIT 2

# BINGHAM

## Banking and Leveraged Finance

Bingham is one of the preeminent providers of legal services to clients in the debt finance markets in the United States and around the globe. The firm has a long and deep history representing lenders. In recent years our practice has dramatically grown and diversified in terms of our clients, geographic base, and in light of the depth and breadth of our areas.

We believe that our experience and talent produces superior results for our clients. We understand the dynamics of the financial marketplace and the evolving expectations of arrangers, lenders, purchasers, borrowers and issuers. We work closely with our clients to structure, negotiate and close transactions, from straightforward deals to the most complex.

We have the ability to represent clients involved in:

- Syndicated secured domestic and international financings with complex structural and collateral security issues
- Workouts and Bankruptcies
- Mezzanine and Second Lien Financing
- Debtor-in-Possession Financings
- Film Finance
- Acquisition and Recapitalization Financings
- Asset-based Financings
- International Financings

Additional areas include:

- Letters of Credit and Other Credit Enhancements
- Lease Financing
- Surety Bonds, Insurance and Other Credit Enhancement
- Investment Funds
- Derivatives
- Real Estate Finance
- Equipment Leasing

Bingham has extensive experience representing banks, finance companies, investment banks, insurance companies, investment companies and other financial

EXHIBIT __2__
PAGE __4__

Case 2:04-cv-09049-DOC-RNB   Document 6545-5   Filed 09/02/09   Page 6 of 57   Page ID
#:213517
Bingham McCutchen | Banking and Leveraged Finance                                    Page 2 of 3

institutions in industries such as retail, energy and utilities, telecommunications, transportation, waste management, restaurants, health care, defense, aerospace, diversified manufacturing, leasing, professional sports, media and technology.

With our demonstrated experience and industry savvy, we can obtain superior results for our clients. We understand the dynamics of the marketplace and the evolving expectations of issuers and investors. We work closely with our clients to structure transactions as efficiently as possible; our extensive experience allows us to design and implement complex structures, and to know when a simple solution is best. Our knowledge of the legal and regulatory environment, coupled with our practical transactional focus, allows us to play a strategic role in business and product development. At the same time, we understand the competitive and financial pressures faced by banking institutions and the importance of efficient and cost-effective solutions.

Historically, and continuing today, Bingham has been a major force in the development of finance and secured transactions law, including the Uniform Commercial Code, and in finance and secured transaction techniques generally. Two of our lawyers were members of the drafting committee that produced Revised Article 9 of the Uniform Commercial Code dealing with secured transactions. They were also U.S. delegates to the United Nations Convention on Assignment of Receivables in International Trade and are currently working with delegations from other nations on a secured transactions guide for United Nations member countries. Our depth of experience and market leadership makes us a natural choice of financial institutions seeking to structure, close, monitor, modify or enforce complex secured transactions.

**PUBLICATIONS**
- **Roundtable on Global Leveraged Financing**
- 

**IN THE NEWS**
- **Rockett Discusses TARP Fraud Investigations**
- **Rockett Comments on Bank Loan Portfolios**
- **38 Lawyers Named Northern California Super Lawyers**
- **Lawyers Noted for Entertainment Law Work**
- 

BANKING AND LEVERAGED FINANCE
Financial Institutions Corporate and Regulatory
Workouts and Bankruptcies
Mezzanine and Second Lien Financing
Debtor-in-Possession Financings
Film Finance

EXHIBIT __2__
PAGE __5__

Copyright © 2009 Bingham McCutchen LLP

Attorney Advertising. Prior results do not guarantee a similar outcome.

EXHIBIT ___2___
PAGE ___6___

# EXHIBIT 3

Intranet Attorney Admission Search

Enter search string (example: **John Doe** or **Bar Number**).  Peter Carson          Search

Look For   ⚪ All words   ⚪ Any words   ⦿ Exact phrase.   ☐ Use word variants   ☐ Use fuzzy search

EXHIBIT ___3___
PAGE ___7___

Westlaw.

Not Reported in F.Supp.2d, 2008 WL 820186 (E.D.Wash.)
(Cite as: 2008 WL 820186 (E.D.Wash.))

**H**Only the Westlaw citation is currently available.

United States District Court,
E.D. Washington.
BYBEE FARMS LLC, et al., Plaintiff,
v.
SNAKE RIVER SUGAR COMPANY, et al., Defendant.
No. CV-06-5007-FVS.

March 26, 2008.

Thomas A. Banducci, Benjamin A. Schwartzman, Banducci WoodwardSchwartzman PLLC, Boise, ID, Jeffrey C. Grant, Aoki Sakamoto Grant LLP, Seattle, WA, for Plaintiff.

J. Walter Sinclair, Stoel Rives LLP, Boise, ID, Gloria S. Hong, Stevan David Phillips, Stoel Rives LLP, Seattle, WA, for Defendant.

ORDER ADOPTING REPORT AND
RECOMMENDATION

FRED VAN SICKLE, District Judge.

**\*1 THE DISCOVERY MASTER** having submitted a

report and recommendation; and no party having objected; Now, therefore

**IT IS HEREBY ORDERED:**

1. The Court **adopts** the discovery master's report and recommendation of December 12, 2007 **(Ct.Rec.262)**.

2. The motion to quash deposition notice **(Ct.Rec.148)** is **granted.**

3. Oral argument on the parties' motions for summary judgment is rescheduled for **May 23, 2008 at 3:00 p.m. in Spokane, Washington.**

·**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and furnish copies to counsel.

REPORT AND RECOMMENDATIONS OF SPECIAL
DISCOVERY MASTER RE DEPOSITION OF
ATTORNEY JOHN C. McCREEDY

JOHN MAGEL, Special Discovery Master.

## TABLE OF CONTENTS

BACKGROUND .......... 1

REPORT .......... 1

DISCUSSION AND RECOMMENDATIONS .......... 2

    A.      The *Shelton* Test .......... 2

    B.      Plaintiffs' Arguments .......... 5

    C.      Defendants' Arguments .......... 10

© 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.

EXHIBIT ___3___
PAGE ___8___

# EXHIBIT 4

**2:04-cv-09049-SGL-RNB** Carter Bryant v. Mattel Inc
Stephen G. Larson, presiding
Robert N. Block, referral
**Date filed:** 11/02/2004
**Date of last filing:** 09/01/2009

# Attorneys

**Lauren E Aguiar**
Skadden Arps Slate Meagher & Flom
1440 New York Ave
Washington, DC 20005-2111
202-371-7626
 *Assigned: 04/08/2008*
 *TERMINATED: 03/02/2009*
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

representing

**MGA Entertainment HK Limited**

*(Counter Defendant)*


**MGA ENTERTAINMENT INC.,
INTERVENOR RE: CV04-09059**
*(Counter Defendant)*

**MGA ENTERTAINMENT INC.,
INTERVENOR RE: CV04-09059**
*(Intervenor Defendant)*

**MGAE De Mexico SRL De Cv**
*(Counter Defendant)*


**Juan Pablo Alban**
Quinn Emanuel Urquhart Oliver and
Hedges
865 South Figueroa Street, 10th Fl
Los Angeles, CA 90017-2543
213-443-3000
 *Assigned: 01/24/2008*
 *TERMINATED: 12/24/2008*
 *LEAD ATTORNEY*

representing

**Mattel Inc**
*(Defendant)*


**Timothy L Alger**
P.O. Box 60537
Palo Alto, CA 94306

EXHIBIT 4

PAGE 9

714. 470.5042
timalger@quinnemanuel.com
*Assigned: 12/12/2007*
*TERMINATED: 03/02/2009*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing

**Mattel Inc**
*(Counter Claimant)*


**Mattel Inc**
*(Defendant)*


**Christa M Anderson**
Keker and Van Nest
710 Sansome Street
San Francisco, CA 94111-1704
415-391-5400
415-397-7188 (fax)
canderson@kvn.com
*Assigned: 04/23/2007*
*TERMINATED: 11/12/2008*
*ATTORNEY TO BE NOTICED*

representing

**Carter Bryant**
*(Counter Defendant)*


**Carter Bryant**
*(Plaintiff)*


**Carter Bryant**
*TERMINATED: 05/23/2008*
*(Counter Defendant)*


**Jason S Angell**
Orrick Herrington and Sutcliffe
1000 Marsh Rd
Menlo Park, CA 94025
650-614-7638
jangell@orrick.com
*Assigned: 08/11/2009*
*ATTORNEY TO BE NOTICED*

representing

**MGA ENTERTAINMENT INC.,
INTERVENOR RE: CV04-09059**
*(Counter Defendant)*


**MGA Entertainment HK Limited**

*(Counter Defendant)*


**MGAE De Mexico SRL De Cv**
*(Counter Defendant)*

EXHIBIT 4

PAGE 10

**Isaac Larian**
*(Counter Defendant)*

**MGA ENTERTAINMENT INC.,**
**INTERVENOR RE: CV04-09059**
*(Intervenor Defendant)*

**Robyn Aronson**
Davis Wright Tremaine
865 S Figueroa Street Suite 2400
Los Angeles, CA 90017
213-633-6800
213-633-6899 (fax)
robynaronson@dwt.com
  *Assigned: 05/19/2008*
  *ATTORNEY TO BE NOTICED*

representing

**Chris Palmeri**
*(Movant)*

**Patricia H Benson**
Mitchell Silberberg and Knupp
11377 West Olympic Blvd
Los Angeles, CA 90064
310-312-3132
310-312-3788 (fax)
phb@msk.com
  *Assigned: 04/16/2009*
  *TERMINATED: 07/09/2009*
  *ATTORNEY TO BE NOTICED*

representing

**MGA ENTERTAINMENT INC.,**
**INTERVENOR RE: CV04-09059**
*(Counter Defendant)*


**MGA ENTERTAINMENT INC.,**
**INTERVENOR RE: CV04-09059**
*(Intervenor Defendant)*

**MGA Entertainment HK Limited**

*(Counter Defendant)*

**MGAE De Mexico SRL De Cv**
*(Counter Defendant)*

**Isaac Larian**
*(Counter Defendant)*

EXHIBIT 4

PAGE 11

**Marina Vladimir Bogorad**

Skadden Arps Slate Meagher & Flom
300 S Grand Ave, Ste 3400
Los Angeles, CA 90071-3144
213-687-5000
marina.bogorad@skadden.com
*Assigned: 04/01/2008*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing

**MGA ENTERTAINMENT INC.,
INTERVENOR RE: CV04-09059**
*(Counter Defendant)*


**MGA ENTERTAINMENT INC.,
INTERVENOR RE: CV04-09059**
*(Intervenor Defendant)*


**MGA Entertainment HK Limited**

*(Counter Defendant)*


**MGAE De Mexico SRL De Cv**
*(Counter Defendant)*


**Isaac Larian**
*(Counter Defendant)*


**Peter H Bonis**
Peter H. Bonis Law Offices
1990 N. California Blvd, 8th Floor
Walnut Creek, CA 94596
925-287-6428
*Assigned: 11/12/2008*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing

**Carter Bryant**
*(Counter Defendant)*


**Carter Bryant**
*(Plaintiff)*


**Melanie Bradley**
O'Melveny & Myers
7 Times Square
New York, NY 10036
212-326-2296
*Assigned: 05/16/2007*
*TERMINATED: 10/12/2007*

representing

**MGA ENTERTAINMENT INC.,
INTERVENOR RE: CV04-09059**
*(Intervenor Defendant)*

EXHIBIT 4

PAGE 17

**Kendall Burr**
O'Melveny and Myers
7 Times Square
New York, NY 10036
212-408-2422
*Assigned: 04/12/2007*
*TERMINATED: 10/12/2007*

representing

**MGA ENTERTAINMENT INC.,**
**INTERVENOR RE: CV04-09059**
*(Intervenor Defendant)*

**Linda M Burrow**
Caldwell Leslie and Proctor PC
1000 Wilshire Boulevard Suite 600
Los Angeles, CA 90017
213-629-9040
213-629-9022 (fax)
burrow@caldwell-leslie.com
*Assigned: 02/11/2008*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing

**Anne Wang**
*(ThirdParty Defendant)*

**Michelle M Campana**
Skadden Arps Slate Meagher & Flom
LLP
4 Times Square
New York, NY 10036-6522
212-735-3912
*Assigned: 11/14/2007*

representing

**MGA ENTERTAINMENT INC.,**
**INTERVENOR RE: CV04-09059**
*(Counter Defendant)*

**MGA ENTERTAINMENT INC.,**
**INTERVENOR RE: CV04-09059**
*(Intervenor Defendant)*

**MGA Entertainment HK Limited**

*(Counter Defendant)*

**MGAE De Mexico SRL De Cv**
*(Counter Defendant)*

**Isaac Larian**
*(Counter Defendant)*

**Dale M Cendali**
O'Melveny & Myers

EXHIBIT 4

PAGE 13

Seven Times Square
New York, NY 10036-4611
212-326-2051
dcendali@omm.com
*Assigned: 07/25/2006*
*TERMINATED: 10/12/2007*

representing

**MGA ENTERTAINMENT INC.,
INTERVENOR RE: CV04-09059**
*(Intervenor Defendant)*


**MGA Entertainment HK Limited**

*(Counter Defendant)*


**Isaac Larian**
*(Counter Defendant)*


**MGA ENTERTAINMENT INC.,
INTERVENOR RE: CV04-09059**
*(Counter Defendant)*


**MGAE De Mexico SRL De Cv**
*(Counter Defendant)*


**Jon D Corey**
Quinn Emanuel Urquhart Oliver &
Hedges
865 S Figueroa St, 10th Fl
Los Angeles, CA 90017-2543
213-443-3000
joncorey@quinnemanuel.com
*Assigned: 11/19/2004*
*ATTORNEY TO BE NOTICED*

representing

**Mattel Inc**
*(Defendant)*


**Mattel Inc**
*(Counter Claimant)*


**Mattel Inc**
*(Counter Claimant)*


**Alexander H Cote**
Scheper Kim and Overland LLP
601 West Fifth Street 12th Floor
Los Angeles, CA 90071-2025
213-613-4655
213-613-4656 (fax)

representing

**Carlos Gustavo Machado Gomez**
*(Counter Defendant)*

EXHIBIT 4

PAGE 14

acote@scheperkim.com
*Assigned: 10/02/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter A Davidson**
Ervin Cohen & Jessup LLP
9401 Wilshire Boulevard
9th Floor
Beverly HIlls, CA 90212-2974
310-273-6333
310-859-2325 (fax)
pdavidson@ecjlaw.com
*Assigned: 06/19/2009*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing

**Patrick A Fraioli**
*(Receiver)*

**Monitor Patrick J. Fraioli, Jr.**
9401 Wilshire Blvd., 9th Floor
Beverly Hills, CA 90212
310.273.6333
310.859.2325 (fax)
pdavidson@ecjlaw.com
*(Miscellaneous)*

**Andre De La Cruz**
Orrick Herrington and Sutcliffe LLP
4 Park Plaza
Suite 1600
Irvine, CA 92614-2558
949-567-6700
949 567 6710 (fax)
adelacruz@orrick.com
*Assigned: 07/31/2009*
*ATTORNEY TO BE NOTICED*

representing

**MGA ENTERTAINMENT INC.,**
**INTERVENOR RE: CV04-09059**
*(Counter Defendant)*

**MGA ENTERTAINMENT INC.,**
**INTERVENOR RE: CV04-09059**
*(Intervenor Defendant)*

**MGA Entertainment HK Limited**

*(Counter Defendant)*

EXHIBIT 4
PAGE 15

**MGAE De Mexico SRL De Cv**
*(Counter Defendant)*

**Isaac Larian**
*(Counter Defendant)*

**Kevin E Deenihan**
Klee Tuchin Bogdanoff & Stern
1999 Avenue of the Stars
Los Angeles, CA 90067
310-407-4031
310-407-9090 (fax)
kdeenihan@ktbslaw.com
*Assigned: 04/29/2009*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing

**Mattel Inc**
*(Counter Claimant)*

**Mattel Inc**
*(Defendant)*

**Christian C Dowell**
Keats McFarland and Wilson
9720 Wilshire Boulevard, Suite PH
Beverly Hills, CA 90212
310-248-3830
cdowell@kmwlaw.com
*Assigned: 06/18/2008*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing

**Ana Elise Cloonan**
*(Movant)*

**Lucy Arant**
*(Movant)*

**Margaret Hatch-Leahy**
*(Movant)*

**Peter Marlow**
*(Movant)*

**Sarah Halpern**
*(Movant)*

EXHIBIT 4

PAGE 16

**Veronica Marlow**
*(Movant)*

**Jerome B Falk, Jr**
Howard Rice Nemerovski Canady Falk
& Rabkin
3 Embarcadero Center 7th Floor
San Francisco, CA 94111-4024
415-434-1600
415-217-5910 (fax)                    representing
jfalk@howardrice.com
 *Assigned: 07/30/2008*
 *TERMINATED: 05/21/2009*
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

**MGA ENTERTAINMENT INC.,**
**INTERVENOR RE: CV04-09059**
*(Counter Defendant)*

**MGA ENTERTAINMENT INC.,**
**INTERVENOR RE: CV04-09059**
*(Intervenor Defendant)*

**MGA Entertainment HK Limited**

*(Counter Defendant)*

**Isaac Larian**
*(Counter Defendant)*

**David W Foster**
Skadden Arps Slate Meagher & Flom
LLP
1440 New York Avenue NW
Washington, DC 20005-2111            representing
202-371-7000
 *Assigned: 03/31/2008*
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

**MGA ENTERTAINMENT INC.,**
**INTERVENOR RE: CV04-09059**
*(Counter Defendant)*

**MGA ENTERTAINMENT INC.,**
**INTERVENOR RE: CV04-09059**
*(Intervenor Defendant)*

**MGA Entertainment HK Limited**

EXHIBIT 4

PAGE 17

*(Counter Defendant)*

**MGAE De Mexico SRL De Cv**
*(Counter Defendant)*

**Isaac Larian**
*(Counter Defendant)*

**Russell J Frackman**
Mitchell Silberberg and Knupp
11377 W Olympic Blvd
Los Angeles, CA 90064-1683
310-312-2000
310-312-3100 (fax)
rjf@msk.com
  *Assigned: 01/28/2009*
  *TERMINATED: 07/07/2009*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing

**MGA ENTERTAINMENT INC.,
INTERVENOR RE: CV04-09059**
*(Counter Defendant)*

**MGA ENTERTAINMENT INC.,
INTERVENOR RE: CV04-09059**
*(Intervenor Defendant)*

**MGA Entertainment HK Limited**

*(Counter Defendant)*

**MGAE De Mexico SRL De Cv**
*(Counter Defendant)*

**Farhad Larian**
*(Miscellaneous)*

**Isaac Larian**
*(Counter Defendant)*

**Patrick A Fraioli, Jr**
Ervin Cohen and Jessup LLP
9401 Wilshire Boulevard
Ninth Floor
Beverly Hills, CA 90212-2974

EXHIBIT 4

PAGE 18

310 273 6333
310 859 2325 (fax)
pfraioli@ecjlaw.com
  *Assigned: 04/28/2009*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing

**Patrick A Fraioli**
*(Receiver)*


**Leah Chava Gershon**
James W Spertus Law Offices
12100 Wilshire Boulevard, Suite 620
Los Angeles, CA 90025
310-826-4700
leah@spertuslaw.com
  *Assigned: 08/20/2007*
  *ATTORNEY TO BE NOTICED*

representing

**Carlos Gustavo Machado Gomez**
*(Counter Defendant)*


**Scott E Gizer**
Glaser Weil Fink Jacobs Howard and
Shapiro
10250 Constellation Boulevard, 19th
Floor
Los Angeles, CA 90067
310-556-7852
sgizer@glaserweil.com
  *Assigned: 03/21/2008*
  *TERMINATED: 07/09/2009*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing

**Christensen Glaser Fink Jacobs
Weil and Shapiro LLP**
*(Miscellaneous)*


**Patricia L Glaser**
Glaser Weil Fink Jacobs Howard &
Shapiro LLP
10250 Constellation Boulevard 19th
Floor
Los Angeles, CA 90067
310-553-3000
310-556-2920 (fax)
pglaser@glaserweil.com
  *Assigned: 02/13/2007*
  *TERMINATED: 07/07/2009*

representing

**MGA Entertainment HK Limited**

*(Counter Defendant)*



**Isaac Larian**
*(Counter Defendant)*


**MGA ENTERTAINMENT INC.,**

EXHIBIT 4

PAGE 19

**INTERVENOR RE: CV04-09059**
*(Counter Defendant)*

**MGAE De Mexico SRL De Cv**
*(Counter Defendant)*

**MGA ENTERTAINMENT INC.,**
**INTERVENOR RE: CV04-09059**
*(Intervenor Defendant)*

**Farhad Larian**
*(Miscellaneous)*

**Alan Neil Goldberg**
Stern & Goldberg
6345 Balboa Blvd, Ste 200
Encino, CA 91316
818-758-3940
818-758-3950 (fax)
agoldberg@sgattys.com
 *Assigned: 12/24/2007*
 *TERMINATED: 03/31/2008*

representing

**Stern & Goldberg**
*(Movant)*

**Todd E Gordinier**
Bingham McCutchen
600 Anton Boulevard, 18th Floor
Costa Mesa, CA 92626
714-830-0600
714-830-0700 (fax)
todd.gordinier@bingham.com
 *Assigned: 02/04/2009*
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

representing

**Omni 808 Investors LLC**
*(Movant)*

**Fred Mashian**
*(Movant)*

**Neil Kadisha**
*(Interested Party)*

**Peter Carson**
*(Interested Party)*

EXHIBIT 4

PAGE 20

**Melissa Grant**
US Securities & Exchange Commission
Office of Enforcement
5670 Wilshire Boulevard 11th Floor
Los Angeles, CA 90036
323-965-3998
  *Assigned: 01/28/2008*
  *TERMINATED: 12/05/2008*

representing

**Mattel Inc**
*(Defendant)*


**Mattel Inc**
*(Counter Claimant)*

**Melinda L Haag**
Orrick Herrington & Sutcliffe LLP
405 Howard Street
San Francisco, CA 94105
415-773-5610
415-773-5759 (fax)
mhaag@orrick.com
  *Assigned: 07/07/2009*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing

**MGA ENTERTAINMENT INC.,
INTERVENOR RE: CV04-09059**
*(Counter Defendant)*


**MGA ENTERTAINMENT INC.,
INTERVENOR RE: CV04-09059**
*(Intervenor Defendant)*

**MGA Entertainment HK Limited**

*(Counter Defendant)*

**MGAE De Mexico SRL De Cv**
*(Counter Defendant)*

**Isaac Larian**
*(Counter Defendant)*

**David W Hansen**
Skadden Arps Slate Meagher & Flom
4 Embarcadero Center 38th Floor
San Francisco, CA 94111-5974
415-984-6400
415-984-2698 (fax)

representing

**MGA ENTERTAINMENT INC.,
INTERVENOR RE: CV04-09059**
*(Counter Defendant)*

EXHIBIT __4__

PAGE __21__

dhansen@skadden.com
*Assigned: 10/14/2008*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**MGA ENTERTAINMENT INC.,
INTERVENOR RE: CV04-09059**
*(Intervenor Defendant)*

**MGAE De Mexico SRL De Cv**
*(Counter Defendant)*

**MGA Entertainment HK Limited**

*(Counter Defendant)*

**Emil W Herich**
Keats McFarland and Wilson
9720 Wilshire Blvd
Penthouse Suite
Beverly Hills, CA 90212
310-248-3830
310-860-0363 (fax)
eherich@kmwlaw.com
*Assigned: 12/21/2007*
*TERMINATED: 05/21/2009*
*ATTORNEY TO BE NOTICED*

representing

**DOES**
*(Counter Defendant)*

**Ana Elise Cloonan**
*(Movant)*

**Lucy Arant**
*(Movant)*

**Margaret Hatch-Leahy**
*(Movant)*

**Peter Marlow**
*(Movant)*

**Sarah Halpern**
*(Movant)*

EXHIBIT 4

PAGE 22

Veronica Marlow
*(Movant)*

**Matthew C Heyn**
Klee Tuchin Bogdanoff and Stern LLP
1999 Avenue of the Stars 39th Fl
Los Angeles, CA 90067-6049
310-407-4000
310-407-9090 (fax)
mheyn@ktbslaw.com
  *Assigned: 04/29/2009*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing

**Mattel Inc**
*(Counter Claimant)*

**Mattel Inc**
*(Defendant)*

**Annette L Hurst**
Orrick, Herrington & Sutcliffe, LLP
405 Howard Street
San Francisco, CA 94105
415-773-5700
415-773-5759 (fax)
ahurst@orrick.com
  *Assigned: 07/06/2009*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing

**MGA ENTERTAINMENT INC.,
INTERVENOR RE: CV04-09059**
*(Counter Defendant)*

**MGA Entertainment HK Limited**

*(Counter Defendant)*

**MGAE De Mexico SRL De Cv**
*(Counter Defendant)*

**Isaac Larian**
*(Counter Defendant)*

**MGA ENTERTAINMENT INC.,
INTERVENOR RE: CV04-09059**
*(Intervenor Defendant)*

EXHIBIT 4

PAGE 23

Farhad Larian
*(Miscellaneous)*

Diane C Hutnyan
Quinn Emanuel Urquhart Oliver and
Hedges
865 S Figueroa Street 10th Fl
Los Angeles, CA 90017
213-443-3000
213-443-3100 (fax)
dianehutnyan@quinnemanuel.com
*Assigned: 02/14/2008*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing

Mattel Inc
*(Counter Claimant)*


Mattel Inc
*(Defendant)*

Keith A Jacoby
Littler Mendelson PC
2049 Century Park East 5th Floor
Los Angeles, CA 90067-3107
310-553-0308
310-553-5583 (fax)
kjacoby@littler.com
*Assigned: 11/02/2004*
*TERMINATED: 05/17/2007*

representing

Carter Bryant
*(Counter Defendant)*


Carter Bryant
*(Plaintiff)*


Carter Bryant
*TERMINATED: 05/23/2008*
*(Counter Defendant)*

James Paul Jenal
O'Melveny & Myers
400 S Hope St, 15th Fl
Los Angeles, CA 90071-2899
213-430-6584
jjenal@omm.com
*Assigned: 02/13/2007*
*TERMINATED: 10/12/2007*

representing

MGA Entertainment HK Limited

*(Counter Defendant)*

EXHIBIT 4

PAGE 24

**Isaac Larian**
*(Counter Defendant)*


**MGA ENTERTAINMENT INC.,**
**INTERVENOR RE: CV04-09059**
*(Counter Defendant)*


**MGA ENTERTAINMENT INC.,**
**INTERVENOR RE: CV04-09059**
*(Intervenor Defendant)*


**Stan Karas**
Quinn Emanuel Urquhart Oliver and
Hedges
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543          representing    **Mattel Inc**
213-443-3000                                        *(Counter Claimant)*
stankaras@quinnemanuel.com
*Assigned: 04/28/2008*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*


**Michael C Keats**
O'Melveny & Myers                                   **MGA ENTERTAINMENT INC.,**
7 Times Square                                      **INTERVENOR RE: CV04-09059**
New York, NY 10036           representing           *(Intervenor Defendant)*
213-326-4475
*Assigned: 03/16/2007*
*TERMINATED: 10/12/2007*


**John W Keker**
Keker and Van Nest LLP
710 Sansome Street
San Francisco, CA 94111
415-391-5400
415-397-7188 (fax)          representing           **Carter Bryant**
jkeker@kvn.com                                      *(Counter Defendant)*
*Assigned: 04/23/2007*
*TERMINATED: 11/12/2008*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*


**Carter Bryant**
*(Plaintiff)*

EXHIBIT __4__

PAGE __25__

Carter Bryant
*TERMINATED: 05/23/2008*
*(Counter Defendant)*

**Michael P Kelly**
Skadden Arps Slate Meagher & Flom
LLP
1440 New York Avenue NW
Washington, DC 20005-2111
202-371-7000
  *Assigned: 03/31/2008*
  *LEAD ATTORNEY*
  *PRO HAC VICE*
  *ATTORNEY TO BE NOTICED*

representing

**MGA ENTERTAINMENT INC.,
INTERVENOR RE: CV04-09059**
*(Counter Defendant)*

**MGA ENTERTAINMENT INC.,
INTERVENOR RE: CV04-09059**
*(Intervenor Defendant)*

**MGA Entertainment HK Limited**

*(Counter Defendant)*

**MGAE De Mexico SRL De Cv**
*(Counter Defendant)*

**Isaac Larian**
*(Counter Defendant)*

**Raoul D Kennedy**
Skadden Arps Slate Meagher and Flom
4 Embarcadero Center Ste 3800
San Francisco, CA 94111
415-984-6400
415-984-2698 (fax)
raoul.kennedy@skadden.com
  *Assigned: 01/02/2008*
  *TERMINATED: 04/29/2009*

representing

**MGA ENTERTAINMENT INC.,
INTERVENOR RE: CV04-09059**
*(Counter Defendant)*

**MGA ENTERTAINMENT INC.,
INTERVENOR RE: CV04-09059**
*(Intervenor Defendant)*

EXHIBIT 4

PAGE 20

**MGA Entertainment HK Limited**

*(Counter Defendant)*

**MGAE De Mexico SRL De Cv**
*(Counter Defendant)*

**Isaac Larian**
*(Counter Defendant)*

**Adil M Khan**
Glaser, Weil, Fink, Jacobs, Howard &
Shapiro LLP
10250 Constellation Boulevard
19th Floor
Los Angeles, CA 90067
310-553-3000
310-556-2920 (fax)
amkhan@glaserweil.com
 *Assigned: 01/29/2009*
 *TERMINATED: 07/09/2009*
 *ATTORNEY TO BE NOTICED*

representing

**MGA ENTERTAINMENT INC.,**
**INTERVENOR RE: CV04-09059**
*(Counter Defendant)*

**MGA ENTERTAINMENT INC.,**
**INTERVENOR RE: CV04-09059**
*(Intervenor Defendant)*

**MGA Entertainment HK Limited**

*(Counter Defendant)*

**MGAE De Mexico SRL De Cv**
*(Counter Defendant)*

**Isaac Larian**
*(Counter Defendant)*

**Littler Mendelson APC**
*(Objector)*

EXHIBIT 4

PAGE 27

**Amman A Khan**
Glaser, Weil, Fink, Jacobs, Howard &

Shapiro, LLP
10250 Constellation Boulevard, 19th
Floor
Los Angeles, CA 90067
310-553-3000
310-556-2920 (fax)              representing
akhan@glaserweil.com
 *Assigned: 01/29/2009*
 *TERMINATED: 07/09/2009*
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

**MGA ENTERTAINMENT INC.,**
**INTERVENOR RE: CV04-09059**
*(Counter Defendant)*


**MGA ENTERTAINMENT INC.,**
**INTERVENOR RE: CV04-09059**
*(Intervenor Defendant)*

**MGA Entertainment HK Limited**

*(Counter Defendant)*

**MGAE De Mexico SRL De Cv**
*(Counter Defendant)*

**Isaac Larian**
*(Counter Defendant)*

**L Kieran Kieckhefer**
Orrick Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025
650-614-7400
650-614-7401 (fax)              representing
kkieckhefer@orrick.com
 *Assigned: 07/24/2009*
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

**MGA ENTERTAINMENT INC.,**
**INTERVENOR RE: CV04-09059**
*(Counter Defendant)*


**MGA ENTERTAINMENT INC.,**
**INTERVENOR RE: CV04-09059**
*(Intervenor Defendant)*

**MGA Entertainment HK Limited**

EXHIBIT 4

PAGE 28

*(Counter Defendant)*

**MGAE De Mexico SRL De Cv**
*(Counter Defendant)*

**Isaac Larian**
*(Counter Defendant)*

**Joel N Klevens**
Glaser Weil Fink Jacobs Howard &
Shapiro LLP
10250 Constellation Boulevard 19th
Floor
Los Angeles, CA 90067
310-553-3000
310-556-2920 (fax)
jklevens@glaserweil.com
  *Assigned: 01/29/2009*
  *TERMINATED: 07/09/2009*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing

**MGA ENTERTAINMENT INC.,
INTERVENOR RE: CV04-09059**
*(Counter Defendant)*

**MGA ENTERTAINMENT INC.,
INTERVENOR RE: CV04-09059**
*(Intervenor Defendant)*

**MGA Entertainment HK Limited**

*(Counter Defendant)*

**MGAE De Mexico SRL De Cv**
*(Counter Defendant)*

**Isaac Larian**
*(Counter Defendant)*

**Tania Marie Krebs**
NBC Universal Television Group
Building 1320E
100 Universal City Plaza, Suite 3C
Universal City, CA 91608
818-777-2691
tania.krebs@nbcuni.com

representing

**Mattel Inc**
*(Defendant)*

EXHIBIT 4

PAGE 29

*Assigned: 12/07/2004*
*TERMINATED: 02/05/2007*

**Thomas P Lambert**
Mitchell Silberberg and Knupp
11377 West Olympic Blvd
Los Angeles, CA 90064-1683
310-312-2000
310-312-3100 (fax)
tpl@msk.com
*Assigned: 04/29/2009*
*ATTORNEY TO BE NOTICED*

representing

**MGA ENTERTAINMENT INC.,**
**INTERVENOR RE: CV04-09059**
*(Intervenor Defendant)*


**MGA Entertainment HK Limited**

*(Counter Defendant)*


**MGAE De Mexico SRL De Cv**
*(Counter Defendant)*


**Isaac Larian**
*(Counter Defendant)*


**MGA ENTERTAINMENT INC.,**
**INTERVENOR RE: CV04-09059**
*(Counter Defendant)*

**Sophia S Lau**
Glaser, Weil, Fink, Jacobs, Howard &
Shapiro LLP
10250 Constellation Boulevard 19th
Floor
Los Angeles, CA 90067
310-553-3000
310-556-2920 (fax)
slau@glaserweil.com
*Assigned: 01/29/2009*
*TERMINATED: 07/09/2009*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing

**MGA ENTERTAINMENT INC.,**
**INTERVENOR RE: CV04-09059**
*(Counter Defendant)*


**MGA ENTERTAINMENT INC.,**
**INTERVENOR RE: CV04-09059**

EXHIBIT 4

*(Intervenor Defendant)*

**MGA Entertainment HK Limited**

*(Counter Defendant)*

**MGAE De Mexico SRL De Cv**
*(Counter Defendant)*

**Isaac Larian**
*(Counter Defendant)*

**Jennifer A Lopez**
Bingham McCutchen
600 Anton Blvd, 18th Floor
Costa Mesa, CA 92626-1924
714-830-0600
714-830-0700 (fax)
jennifer.lopez@bingham.com
  *Assigned: 02/04/2009*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing

**Omni 808 Investors LLC**
*(Movant)*

**James E Lyons**
Skadden Arps Slate Meagher & Flom
4 Embarcadero Center
Ste 3800
San Francisco, CA 94111
415-984-6400
415-984-2698 (fax)
jlyons@skadden.com
  *Assigned: 03/31/2008*
  *TERMINATED: 05/14/2008*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing

**MGA ENTERTAINMENT INC.,
INTERVENOR RE: CV04-09059**
*(Counter Defendant)*

**MGA ENTERTAINMENT INC.,
INTERVENOR RE: CV04-09059**
*(Intervenor Defendant)*

**MGA Entertainment HK Limited**

*(Counter Defendant)*

EXHIBIT **C1**

PAGE **31**

MGAE De Mexico SRL De Cv
*(Counter Defendant)*

Isaac Larian
*(Counter Defendant)*

**Caroline H Mankey**
Glaser, Weil, Fink, Jacobs, Howard &
Shapiro LLP
10250 Constellation Boulevard 19th
Floor
Los Angeles, CA 90067
310-553-3000
310-556-2920 (fax)
cmankey@glaserweil.com
  *Assigned: 01/29/2009*
  *TERMINATED: 07/09/2009*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing

**MGA ENTERTAINMENT INC.,**
**INTERVENOR RE: CV04-09059**
*(Counter Defendant)*

**MGA ENTERTAINMENT INC.,**
**INTERVENOR RE: CV04-09059**
*(Intervenor Defendant)*

**MGA Entertainment HK Limited**

*(Counter Defendant)*

**MGAE De Mexico SRL De Cv**
*(Counter Defendant)*

**Isaac Larian**
*(Counter Defendant)*

**Jimmy S McBirney**
Orrick Herrington & Sutcliffe LLP
405 Howard Street
San Francisco, CA 94105
415-773-4229
415-773-5759 (fax)
jmcbirney@orrick.com
  *Assigned: 08/11/2009*
  *LEAD ATTORNEY*

representing

**MGA ENTERTAINMENT INC.,**
**INTERVENOR RE: CV04-09059**
*(Counter Defendant)*

EXHIBIT 4
PAGE 32

*ATTORNEY TO BE NOTICED*

**MGA Entertainment HK Limited**

*(Counter Defendant)*

**MGAE De Mexico SRL De Cv**
*(Counter Defendant)*

**Isaac Larian**
*(Counter Defendant)*

**Larry W McFarland**
Keats McFarland & Wilson
9720 Wilshire Blvd, Ste PH
Beverly Hills, CA 90212
310-248-3830
lmcfarland@kmwlaw.com
*Assigned: 01/27/2008*
*LEAD ATTORNEY*

representing

**DOES**
*(Counter Defendant)*

**Ana Elise Cloonan**
*(Movant)*

**Margaret Hatch-Leahy**
*(Movant)*

**Veronica Marlow**
*(Movant)*

**Lucy Arant**
*(Movant)*

**Peter Marlow**
*(Movant)*

**Sarah Halpern**
*(Movant)*

**Shane Heather McKenzie**

EXHIBIT 4

PAGE 33

Quinn Emanuel Urquhart Oliver and
Hedges
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
213-443-3682
shanemckenzie@quinnemanuel.com
  *Assigned: 04/28/2008*

representing

**Mattel Inc**
*(Counter Claimant)*


**Nathan Meyer**
Kaye Scholer
1999 Avenue of the Stars, Suite 1700
Los Angeles, CA 90067
310-788-1000
nmeyer@raklaw.com
  *Assigned: 12/28/2007*
  *TERMINATED: 06/09/2008*
  *ATTORNEY TO BE NOTICED*

representing

**Kaye Scholer Fierman Hays &
Handler**

Kaye Scholer
1999 Avenue of the Stars, Ste 1700
Los Angeles, CA 90067-6048
310-788-1000
*(Miscellaneous)*


**Rory S Miller**
Quinn Emanuel Urquhart Oliver &
Hedges LLP
865 South Figueroa Street 10th Floor
Los Angeles, CA 90017
213-443-3004
213-443-3100 (fax)
rorymiller@quinnemanuel.com
  *Assigned: 07/01/2009*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing

**Mattel Inc**
*(Counter Claimant)*


**Mattel Inc**
*(Defendant)*


**Robert F Millman**
Littler Mendelson
2049 Century Park E, 5th Fl
Los Angeles, CA 90067-3107
310-553-0308
310-553-5583 (fax)
rfmillman@littler.com
  *Assigned: 11/02/2004*
  *TERMINATED: 05/17/2007*
  *ATTORNEY TO BE NOTICED*

representing

**Carter Bryant**
*(Counter Defendant)*


**Carter Bryant**

EXHIBIT 4

PAGE 34

*(Plaintiff)*

**Byron Z Moldo**
Ervin Cohen & Jessup LLP
9401 Wilshire Boulevard
9th Floor
Beverly Hills, CA 90212-2974
310-273-6333
310-859-2325 (fax)
bmoldo@ecjlaw.com
  *Assigned: 05/21/2009*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing

**Patrick A Fraioli**
*(Receiver)*

**William A Molinski**
Orrick Herrington and Sutcliffe
777 S Figueroa St, Ste 3200
Los Angeles, CA 90017
213-629-2020
wmolinski@orrick.com
  *Assigned: 07/07/2009*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing

**MGA ENTERTAINMENT INC.,
INTERVENOR RE: CV04-09059**
*(Counter Defendant)*

**MGA ENTERTAINMENT INC.,
INTERVENOR RE: CV04-09059**
*(Intervenor Defendant)*

**MGA Entertainment HK Limited**

*(Counter Defendant)*

**MGAE De Mexico SRL De Cv**
*(Counter Defendant)*

**Isaac Larian**
*(Counter Defendant)*

**Alisa M Morgenthaler**
Glaser Weil Fink Jacobs Howard &
Sharpiro LLP
10250 Constellation Boulevard 19th
Floor

EXHIBIT **4**

PAGE **35**

Los Angeles, CA 90067
310-553-3000
310-556-2920 (fax)
amorgenthaler@glaserweil.com              representing          **Farhad Larian**
  *Assigned: 12/27/2007*                                         *(Miscellaneous)*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*


**Cyrus S Naim**
Quinn Emanuel Urquhart Oliver &
Hedges
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543              representing          **Mattel Inc**
213-443-3000                                                *(Defendant)*
cyrusnaim@quinnemanuel.com
  *Assigned: 11/27/2007*
  *ATTORNEY TO BE NOTICED*


                                                            **Mattel Inc**
                                                            *(Counter Claimant)*


**Jean P Nogues**
Mitchell Silberberg and Knupp
11377 West Olympic Blvd
Los Angeles, CA 90064-1683
310-312-3152                                                **MGA ENTERTAINMENT INC.,**
310-312-3788 (fax)                     representing          **INTERVENOR RE: CV04-09059**
jpn@msk.com                                                 *(Intervenor Defendant)*
  *Assigned: 02/27/2009*
  *TERMINATED: 07/09/2009*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*


                                                            **MGA Entertainment HK Limited**

                                                            *(Counter Defendant)*


                                                            **MGAE De Mexico SRL De Cv**
                                                            *(Counter Defendant)*


                                                            **Isaac Larian**
                                                            *(Counter Defendant)*


EXHIBIT 4

PAGE 36

MGA ENTERTAINMENT INC.,
**INTERVENOR RE: CV04-09059**
*(Counter Defendant)*

**Thomas J Nolan**
Skadden Arps Slate Meagher & Flom
LLP
300 South Grand Avenue 34th Floor
Los Angeles, CA 90071-3144
213-687-5252
213-687-5600 (fax)
tnolan@skadden.com
*Assigned: 10/12/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing

MGA ENTERTAINMENT INC.,
**INTERVENOR RE: CV04-09059**
*(Intervenor Defendant)*

**MGA Entertainment HK Limited**

*(Counter Defendant)*

**MGAE De Mexico SRL De Cv**
*(Counter Defendant)*

**Isaac Larian**
*(Counter Defendant)*

MGA ENTERTAINMENT INC.,
**INTERVENOR RE: CV04-09059**
*(Counter Defendant)*

**Carter Bryant**
*TERMINATED: 05/23/2008*
*(Counter Defendant)*

**Robert C O'Brien**
Arent Fox LLP
555 West Fifth Street 48th Floor
Los Angeles, CA 90013
213-629-7400
213-629-7401 (fax)
obrien.robert@arentfox.com
*Assigned: 02/06/2009*
*LEAD ATTORNEY*

representing

**Robert C O'Brien**
*(Special Master)*

EXHIBIT __4__

PAGE __37__

*ATTORNEY TO BE NOTICED*

**Steven J Olson**
O'Melveny and Myers
400 South Hope Street
Los Angeles, CA 90071-2899
213-430-6000
*Assigned: 08/17/2007*
*TERMINATED: 10/12/2007*

representing

**MGA ENTERTAINMENT INC.,**
**INTERVENOR RE: CV04-09059**
*(Counter Defendant)*


**MGA Entertainment HK Limited**

*(Counter Defendant)*


**MGAE De Mexico SRL De Cv**
*(Counter Defendant)*


**Isaac Larian**
*(Counter Defendant)*


**Randa A F Osman**
Quinn Emanuel Urquhart Oliver &
Hedges LLP
865 South Figueroa Street 10th Floor
Los Angeles, CA 90017-2543
213-443-3000
213-443-3100 (fax)
randaosman@quinnemanuel.com
*Assigned: 04/28/2008*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing

**Mattel Inc**
*(Counter Claimant)*


**Mattel Inc**
*(Defendant)*


**Mark E Overland**
Scheper Kim & Overland LLP
601 West 5th Street 12th Floor
Los Angeles, CA 90071-2025
213-613-4655
213-613-4656 (fax)
moverland@scheperkim.com
*Assigned: 10/03/2007*

representing

**Carlos Gustavo Machado Gomez**
*(Counter Defendant)*

EXHIBIT 4

PAGE 38

*ATTORNEY TO BE NOTICED*

**Richard M Pachulski**
Pachulski Stang Ziehl Young and Jones
LLP
10100 Santa Monica Blvd Suite 1100
Los Angeles, CA 90067               representing
310-277-6910
310-201-0760 (fax)
jstang@pszjlaw.com
*Assigned: 05/01/2009*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED .*

**MGA ENTERTAINMENT INC.,
INTERVENOR RE: CV04-09059**
*(Counter Defendant)*


**MGA ENTERTAINMENT INC.,
INTERVENOR RE: CV04-09059**
*(Intervenor Defendant)*


**Michael H Page**
Durie Tangri Page Lemley Roberts &
Kent LLP
332 Pine St.
Suite 200
San Francisco, CA 94104              representing
415-391-5400
mpage@durietangri.com
*Assigned: 04/23/2007*
*TERMINATED: 11/12/2008*
*ATTORNEY TO BE NOTICED*

**Carter Bryant**
*(Counter Defendant)*


**Carter Bryant**
*(Plaintiff)*

**Carter Bryant**
*TERMINATED: 05/23/2008*
*(Counter Defendant)*


**Warrington S Parker, III**
Orrick Herrington and Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669          representing
415 773 5700
415 773 5759 (fax)

**MGA ENTERTAINMENT INC.,
INTERVENOR RE: CV04-09059**
*(Intervenor Defendant)*

EXHIBIT **4**

PAGE **39**

wparker@orrick.com
*Assigned: 07/28/2009*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**MGA ENTERTAINMENT INC.,**
**INTERVENOR RE: CV04-09059**
*(Counter Defendant)*

**MGA Entertainment HK Limited**

*(Counter Defendant)*

**MGAE De Mexico SRL De Cv**
*(Counter Defendant)*

**Isaac Larian**
*(Counter Defendant)*

**Nicole S Pelletier**
Glaser Weil Fink Jacobs Howard &
Shapiro LLP
10250 Constellation Boulevard 19th
Floor
Los Angeles, CA 90067
310-553-3000
310-556-2920 (fax)
npelletier@glaserweil.com
*Assigned: 01/29/2009*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing

**MGA ENTERTAINMENT INC.,**
**INTERVENOR RE: CV04-09059**
*(Counter Defendant)*

**MGA ENTERTAINMENT INC.,**
**INTERVENOR RE: CV04-09059**
*(Intervenor Defendant)*

**MGA Entertainment HK Limited**

*(Counter Defendant)*

**MGAE De Mexico SRL De Cv**
*(Counter Defendant)*

EXHIBIT 4

PAGE 40

Isaac Larian
*(Counter Defendant)*

**Cheryl Plambeck**
Davis & Gilbert LLP
1740 Broadway
New York, NY 10019
212-468-4965
*Assigned: 03/20/2008*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing

**Right Management Inc**
*(Movant)*

**Kenneth A Plevan**
Skadden Arps Slate Meagher and Flom
LLP
Four Times Square
New York, NY 10036-6522
212-735-3000
212-735-2000 (fax)
kenneth.plevan@skadden.com
*Assigned: 11/14/2007*
*ATTORNEY TO BE NOTICED*

representing

**MGA ENTERTAINMENT INC.,
INTERVENOR RE: CV04-09059**
*(Counter Defendant)*


**MGA Entertainment HK Limited**

*(Counter Defendant)*


**MGAE De Mexico SRL De Cv**
*(Counter Defendant)*


**Isaac Larian**
*(Counter Defendant)*


**MGA ENTERTAINMENT INC.,
INTERVENOR RE: CV04-09059**
*(Intervenor Defendant)*

**Brett Dylan Proctor**
Quinn Emanuel Urquhart Oliver and
Hedges
865 S Figueroa St, 10th Fl
Los Angeles, CA 90017-2543
213-443-3000

representing

**Mattel Inc**
*(Defendant)*

EXHIBIT 4

PAGE 41

dylanproctor@quinnemanuel.com
*Assigned: 11/23/2004*
*ATTORNEY TO BE NOTICED*

**Mattel Inc**
*(Counter Claimant)*

**Donald K Moon**
*(Movant)*

**Rebekah L Punak**
Keker and Van Nest
710 Sansome Street
San Francisco, CA 94111
415-391-5400
rpunak@kvn.com
 *Assigned: 04/16/2008*
 *TERMINATED: 11/12/2008*
 *ATTORNEY TO BE NOTICED*

representing    **Carter Bryant**
*(Counter Defendant)*

**Carter Bryant**
*(Plaintiff)*

**John B Quinn**
Quinn Emanuel Urquhart Oliver and
Hedges
865 S Figueroa Street 10th Floor
Los Angeles, CA 90017-2543
213-443-3000
213-443-3100 (fax)
johnquinn@quinnemanuel.com
 *Assigned: 11/12/2004*
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

representing    **Mattel Inc**
*(Defendant)*

**Mattel Inc**
*(Counter Claimant)*

**Mattel Inc**
*(Counter Claimant)*

**Yas Raouf**
Orrick Herrington and Sutcliffe LLP

EXHIBIT 4

PAGE 42

Orrick Building
405 Howard Street
San Francisco, CA 94105
415-773-5700
415-773-5759 (fax)
yraouf@orrick.com
*Assigned: 07/24/2009*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                          representing        **MGA ENTERTAINMENT INC.,**
                                              **INTERVENOR RE: CV04-09059**
                                              *(Counter Defendant)*


                                              **MGA ENTERTAINMENT INC.,**
                                              **INTERVENOR RE: CV04-09059**
                                              *(Intervenor Defendant)*

                                              **MGAE De Mexico SRL De Cv**
                                              *(Counter Defendant)*

                                              **Isaac Larian**
                                              *(Counter Defendant)*


**Frank D Rorie, Jr**
Orrick Herrington & Sutcliffe
777 S Figueroa St, Ste 3200
Los Angeles, CA 90017-5404
213-629-2020
213-612-2499 (fax)
frorie@orrick.com
*Assigned: 07/24/2009*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                          representing        **MGA ENTERTAINMENT INC.,**
                                              **INTERVENOR RE: CV04-09059**
                                              *(Counter Defendant)*


                                              **MGA ENTERTAINMENT INC.,**
                                              **INTERVENOR RE: CV04-09059**
                                              *(Intervenor Defendant)*

                                              **MGA Entertainment HK Limited**

                                              *(Counter Defendant)*

                                              **MGAE De Mexico SRL De Cv**
                                              *(Counter Defendant)*

                                              **Isaac Larian** EXHIBIT ___4___

                                                          PAGE __43__

*(Counter Defendant)*

**Jason D Russell**
Skadden Arps Slate Meagher & Flom LLP
300 South Grand Avenue
Suite 3400
Los Angeles, CA 90071-3144
213-687-5000
jrussell@skadden.com
*Assigned: 04/01/2008*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing

**MGA ENTERTAINMENT INC.,
INTERVENOR RE: CV04-09059**
*(Counter Defendant)*

**MGA ENTERTAINMENT INC.,
INTERVENOR RE: CV04-09059**
*(Intervenor Defendant)*

**MGA Entertainment HK Limited**

*(Counter Defendant)*

**MGAE De Mexico SRL De Cv**
*(Counter Defendant)*

**Isaac Larian**
*(Counter Defendant)*

**Amy R Sabrin**
Skadden Arps Slate Meagher & Flom LLP
1440 New York Avenue NW
Washington, DC 20005-2111
202-371-7000
*Assigned: 03/31/2008*
*TERMINATED: 06/09/2009*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing

**MGA ENTERTAINMENT INC.,
INTERVENOR RE: CV04-09059**
*(Counter Defendant)*

**MGA ENTERTAINMENT INC.,
INTERVENOR RE: CV04-09059**
*(Intervenor Defendant)*

EXHIBIT __4__

PAGE __44__

**MGA Entertainment HK Limited**

*(Counter Defendant)*


**MGAE De Mexico SRL De Cv**
*(Counter Defendant)*


**Isaac Larian**
*(Counter Defendant)*


**Joseph C Sarles**
Quinn Emanuel Urquhart Oliver and
Hedges
865 South Figueroa 10th Floor
Los Angeles, CA 90017
213-443-3000
josephsarles@quinnemanuel.com
  *Assigned: 07/24/2009*
  *ATTORNEY TO BE NOTICED*

representing

**Mattel Inc**
*(Counter Claimant)*


**David C Scheper**
Scheper Kim & Overland LLP
601 West Fifth Street 12th Floor
Los Angeles, CA 90071-2025
213-613-4670
213-613-4656 (fax)
dscheper@scheperkim.com
  *Assigned: 10/02/2007*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing

**Carlos Gustavo Machado Gomez**
*(Counter Defendant)*


**Johanna Schmitt**
O'Melveny and Myers
7 Times Squire
New York, NY 10036
212-326-4469
  *Assigned: 02/14/2007*
  *TERMINATED: 10/12/2007*

representing

**MGA ENTERTAINMENT INC.,
INTERVENOR RE: CV04-09059**
*(Intervenor Defendant)*


**Sugithra Somasekar**
Orrick Herrington and Sutcliffe LLP
1000 Marsh Rd
Menlo Park, CA 94025
650-614-7400

representing

**MGA ENTERTAINMENT INC.,
INTERVENOR RE: CV04-09059**

EXHIBIT 4

PAGE 45

9/1/2009

650-614-7401 (fax)
ssomasekar@orrick.com
*Assigned: 08/12/2009*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

*(Counter Defendant)*

**MGA Entertainment HK Limited**

*(Counter Defendant)*

**MGAE De Mexico SRL De Cv**
*(Counter Defendant)*

**Isaac Larian**
*(Counter Defendant)*

**James W Spertus**
James W Spertus Law Offices
1990 S. Bundy Drive Suite 705
Los Angeles, CA 90025
310-826-4700
310-826-4711 (fax)
jim@spertuslaw.com
*Assigned: 08/20/2007*
*TERMINATED: 10/02/2007*
*ATTORNEY TO BE NOTICED*

representing

**Carlos Gustavo Machado Gomez**
*(Counter Defendant)*

**James I Stang**
Pachulski Stang Ziehl Young and Jones
LLP
10100 Santa Monica Blvd Suite 1100
Los Angeles, CA 90067
310-277-6910
310-201-0760 (fax)
jstang@pszjlaw.com
*Assigned: 05/01/2009*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing

**MGA ENTERTAINMENT INC.,
INTERVENOR RE: CV04-09059**
*(Counter Defendant)*

**MGA ENTERTAINMENT INC.,
INTERVENOR RE: CV04-09059**
*(Intervenor Defendant)*

EXHIBIT 4

PAGE 46

**David M Stern**
Klee Tuchin Bogdanoff and Stern LLP
1999 Avenue of the Stars 39th Fl
Los Angeles, CA 90067-6049
310-407-4000
310-407-9090 (fax)                    representing        **Mattel Inc**
dstern@ktbslaw.com                                        *(Counter Claimant)*
  *Assigned: 04/29/2009*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*


                                                          **Mattel Inc**
                                                          *(Defendant)*


**Richard Giles Stoll, III**
Glaser Weil Fink Jacobs Howard and
Shapiro
10250 Constellation Blvd 19th Fl
Los Angeles, CA 90067
310-553-3000
310-556-2920 (fax)                     representing        **MGA ENTERTAINMENT INC.,**
rstoll@glaserweil.com                                     **INTERVENOR RE: CV04-09059**
  *Assigned: 01/29/2009*                                   *(Counter Defendant)*
  *TERMINATED: 07/09/2009*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*


                                                          **MGA ENTERTAINMENT INC.,**
                                                          **INTERVENOR RE: CV04-09059**
                                                          *(Intervenor Defendant)*


                                                          **MGA Entertainment HK Limited**

                                                          *(Counter Defendant)*


                                                          **MGAE De Mexico SRL De Cv**
                                                          *(Counter Defendant)*


                                                          **Isaac Larian**
                                                          *(Counter Defendant)*


**Oleg Stolyar**
Quinn Emanuel Urquhart Oliver and

EXHIBIT 4
PAGE 47

Hedges
865 S Figueroa St, 10th Fl
Los Angeles, CA 90017-2543
213-624-7707
alexstolyar@quinnemanuel.com
*Assigned: 01/23/2008*
*TERMINATED: 05/04/2009*
*ATTORNEY TO BE NOTICED*

representing

**Mattel Inc**
*(Defendant)*

**Theresa A Sutton**
Orrick Herrington and Sutcliffe LLP
100 Marsh Road
Menlo Park, CA 94025
650-614-7400
650-614-7401 (fax)
tsutton@orrick.com
*Assigned: 08/04/2009*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing

**MGA ENTERTAINMENT INC.,
INTERVENOR RE: CV04-09059**
*(Counter Defendant)*

**MGA ENTERTAINMENT INC.,
INTERVENOR RE: CV04-09059**
*(Intervenor Defendant)*

**MGA Entertainment HK Limited**

*(Counter Defendant)*

**MGAE De Mexico SRL De Cv**
*(Counter Defendant)*

**Isaac Larian**
*(Counter Defendant)*

**Craig A Taggart**
Bingham McCutchen LLP
600 Anton Boulevard 18th Floor
18th Floor
Costa Mesa, CA 92626
714-830-0628
714 830 0700 (fax)
craig.taggart@bingham.com
*Assigned: 06/08/2009*
*LEAD ATTORNEY*

representing

**Omni 808 Investors LLC**
*(Movant)*

EXHIBIT 4

PAGE 48

*ATTORNEY TO BE NOTICED*

**Fred Mashian**
*(Movant)*

**Neil Kadisha**
*(Interested Party)*

**Peter Carson**
*(Interested Party)*

**Sandra L Tholen**
Caldwell Leslie and Proctor
1000 Wilshire Boulevard Suite 600
Los Angeles, CA 90017-2463
213-629-9040
213-629-9022 (fax)
tholen@caldwell-leslie.com
*Assigned: 05/02/2008*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing

**Matthew C Bousquette**

Caldwell Leslie & Proctor, PC
1000 Wilshire Blvd.
Suite 600
Los Angeles, CA 90017
213-629-9040
213-629-9022 (fax)
caldwell@caldwell-leslie.com
*(Movant)*

**Kien C Tiet**
Stern and Goldberg
6345 Balboa Boulevard, Suite 200
Encino, CA 91316
818-758-3940
*Assigned: 12/24/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing

**Stern & Goldberg**
*(Movant)*

**Diana M Torres**
Kirkland and Ellis LLP
777 South Figueroa Street
Los Angeles, CA 90017
213-680-8400
213-680-8500 (fax)
diana.torres@kirkland.com
*Assigned: 11/30/2006*
*TERMINATED: 10/12/2007*

representing

**MGA ENTERTAINMENT INC.,
INTERVENOR RE: CV04-09059**
*(Intervenor Defendant)*

**MGA Entertainment HK Limited**

EXHIBIT 4

PAGE 49

*(Counter Defendant)*

**Isaac Larian**
*(Counter Defendant)*

**MGA ENTERTAINMENT INC.,**
**INTERVENOR RE: CV04-09059**
*(Counter Defendant)*

**MGAE De Mexico SRL De Cv**
*(Counter Defendant)*

**John Elliot Trinidad**
Keker and Van Nest LLP
710 Sansome Street
San Francisco, CA 94111
415-391-5400
415-397-7188 (fax)
jtrinidad@kvn.com
  *Assigned: 10/19/2007*
  *TERMINATED: 11/12/2008*
  *ATTORNEY TO BE NOTICED*

representing

**Carter Bryant**
*(Counter Defendant)*

**Carter Bryant**
*(Plaintiff)*

**Carter Bryant**
*TERMINATED: 05/23/2008*
*(Counter Defendant)*

**Jeffrey B Valle**
Valle and Associates
11911 San Vicente Boulevard
Suite 324
Los Angeles, CA 90049
310-476-0300
310-476-0333 (fax)
jvalle@valleassociates.com
  *Assigned: 02/19/2009*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing

**IGWT 826 Investments LLC**
*(Movant)*

**IGWT Group LLC**

EXHIBIT **4**

PAGE **50**

*(Movant)*

**Peter N Villar**
Bingham McCutchen
600 Anton Boulevard, 18th Floor
Costa Mesa, CA 92626
714-830-0600
714-830-0700 (fax)
peter.villar@bingham.com
*Assigned: 02/04/2009*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing

**Omni 808 Investors LLC**
*(Movant)*

**Bingham McCutchen LLP**
600 Anton Boulevard
Suite 1800
Costa Mesa, CA 92626
(714) 830-0600
(714) 830-0700 (fax)
*(Movant)*

**Fred Mashian**
*(Movant)*

**Neil Kadisha**
*(Interested Party)*

**Peter Carson**
*(Interested Party)*

**Audrey Walton-Hadlock**
Keker and Van Nest
710 Sansome Street
San Francisco, CA 94111
415-391-5400
awaltonhadlock@kvn.com
*Assigned: 10/19/2007*
*TERMINATED: 11/12/2008*
*ATTORNEY TO BE NOTICED*

representing

**Carter Bryant**
*(Counter Defendant)*

**Carter Bryant**
*(Plaintiff)*

EXHIBIT 4
PAGE 51

**Carter Bryant**
*TERMINATED: 05/23/2008*
*(Counter Defendant)*

**Sanford I Weisburst**
Quinn Emanuel Urquhart Oliver &
Hedges LLP
51 Madison Avenue 22nd Floor
New York, NY 10010
212-849-7170
212-849-7100 (fax)                        representing        **Mattel Inc**
sandyweisburst@quinnemanuel.com                               *(Counter Claimant)*
 *Assigned: 07/02/2008*
 *LEAD ATTORNEY*
 *PRO HAC VICE*
 *ATTORNEY TO BE NOTICED*

**Mattel Inc**
*(Defendant)*

**Matthew M Werdegar**
Keker & Van Nest
710 Sansome St
San Francisco, CA 94111
415-391-5400                              representing        **Carter Bryant**
mmw@kvn.com                                                   *(Counter Defendant)*
 *Assigned: 10/19/2007*
 *TERMINATED: 11/12/2008*
 *ATTORNEY TO BE NOTICED*

**Carter Bryant**
*(Plaintiff)*

**Carter Bryant**
*TERMINATED: 05/23/2008*
*(Counter Defendant)*

**Douglas A Wickham**
Littler Mendelson
2049 Century Park East Fifth Floor
Los Angeles, CA 90067-3107
310-553-0308                              representing        **Carter Bryant**
310-553-5583 (fax)                                           *(Counter Defendant)*
dwickham@littler.com

EXHIBIT __4__

PAGE __52__

*Assigned: 11/02/2004*
*TERMINATED: 05/17/2007*
*ATTORNEY TO BE NOTICED*

**Carter Bryant**
*(Plaintiff)*

**Douglas Andrew Winthrop**
Howard Rice Nemerovski Canady Falk
and Rabkin
3 Embarcadero Center 7th Floor
San Francisco, CA 94111-4065
415-434-1600
515-217-5910 (fax)
dwinthrop@howardrice.com
  *Assigned: 07/30/2008*
  *ATTORNEY TO BE NOTICED*

representing

**MGA ENTERTAINMENT INC.,**
**INTERVENOR RE: CV04-09059**
*(Counter Defendant)*

**MGA Entertainment HK Limited**

*(Counter Defendant)*

**Isaac Larian**
*(Counter Defendant)*

**MGA ENTERTAINMENT INC.,**
**INTERVENOR RE: CV04-09059**
*(Intervenor Defendant)*

**Ilan Wisnia**
Valle and Associates
11911 San Vicente Boulevard Suite 324
Los Angeles, CA 90049
310-476-0300
310-476-0333 (fax)
iwisnia@valleassociates.com
  *Assigned: 04/07/2009*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing

**IGWT 826 Investments LLC**
*(Movant)*

**IGWT Group LLC**
*(Movant)*

EXHIBIT **4**

PAGE **53**

**Michael T Zeller**
Quinn Emanuel Urquhart Oliver &
Hedges
865 S Figueroa St, 10th Floor
Los Angeles, CA 90017-2543
213-443-3000
213-443-3100 (fax)
michaelzeller@quinnemanuel.com
*Assigned: 11/19/2004*
*ATTORNEY TO BE NOTICED*

representing

**Mattel Inc**
*(Defendant)*


**Mattel Inc**
*(Counter Claimant)*


**Mattel Inc**
*(Counter Claimant)*


**Lisa M Zepeda**
Glaser Weil Fink Jacobs Howard &
Shapiro LLP
10250 Constellation Boulevard 19th
Floor
Los Angeles, CA 90067
310-556-7802
310-556-2920 (fax)
lzepeda@glaserweil.com
*Assigned: 05/27/2009*
*TERMINATED: 07/09/2009*
*ATTORNEY TO BE NOTICED*

representing

**MGA ENTERTAINMENT INC.,
INTERVENOR RE: CV04-09059**
*(Counter Defendant)*


**MGA ENTERTAINMENT INC.,
INTERVENOR RE: CV04-09059**
*(Intervenor Defendant)*


**MGA Entertainment HK Limited**

*(Counter Defendant)*


**MGAE De Mexico SRL De Cv**
*(Counter Defendant)*


**Isaac Larian**
*(Counter Defendant)*

EXHIBIT 4

PAGE 54

9/1/2009