ORIGINAL

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>              Plaintiff,<br><br>     vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>              Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>**APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S SUBMISSION TO THE MONITOR REGARDING ACCOUNTING ISSUES; THE DECLARATION OF MICHAEL J. WAGNER IN SUPPORT THEREOF; AND EXHIBITS 6, 7, 9, 11, 14, AND 15 TO THE DECLARATION OF SCOTT L. WATSON**<br><br>[[Proposed] Order Filed Concurrently Herewith]<br><br>**Phase 2**<br>Discovery Cut-off: December 11, 2009<br>Pre-trial Conference: March 1, 2010<br>Trial Date: March 23, 2010 |

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal Mattel, Inc.'s Submission to the Monitor Regarding Accounting Issues (the "Monitor Brief"), the Declaration of Michael J. Wagner in support thereof ("Wagner Declaration"), and Exhibits 6, 7, 9, 11, 14, and 15 to the Declaration of Scott L. Watson in support thereof ("Watson Declaration").

The Monitor Brief quotes from documents that Mattel and the MGA Parties have designated as "Confidential -- Attorney's Eyes Only" pursuant to the Protective Order. The Wagner Declaration discusses and attaches documents and that Mattel and the MGA Parties have designated as "Confidential" or "Confidential -- Attorney's Eyes Only" pursuant to the Protective Order. Exhibits 6, 7, 9, 11, 14, and 15 to the Watson Declaration are documents that Mattel and the MGA Parties have designated as "Confidential" or "Confidential -- Attorney's Eyes Only" pursuant to the Protective Order. Accordingly, Mattel requests that the Court order that the Monitor Brief, the Wagner Declaration, and Exhibits 6, 7, 9, 11, 14, and 15 to the Watson Declaration be filed under seal.

DATED: August 31, 2009       QUINN EMANUEL URQUHART OLIVER & HEDGES. LLP

By /s/ Michael T. Zeller
Michael T. Zeller
Attorneys for Mattel, Inc.