LODGED

2009 AUG 31  PM 3: 29

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIF.

1  THOMAS J. NOLAN (Bar No. 66992)
   (tnolan@skadden.com)
2  JASON D. RUSSELL (Bar No. 169219)
   (jrussell@skadden.com)
3  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   300 South Grand Avenue, Suite 3400
4  Los Angeles, CA  90071-3144
   Tel.: (213) 687-5000/Fax: (213) 687-5600
5
6  Attorneys for Counter-Defendants,
   MGA ENTERTAINMENT, INC., ISAAC LARIAN,
7  and MGA ENTERTAINMENT (HK) LIMITED

8                  UNITED STATES DISTRICT COURT
9                 CENTRAL DISTRICT OF CALIFORNIA
10                       EASTERN DIVISION

11 CARTER BRYANT, an individual,        ) CASE NO. CV 04-9049 SGL (RNBx)
                                        )
12              Plaintiff,              ) Consolidated with Case No. 04-9059
                                        ) and Case No. 05-2727
13      v.                              )
                                        ) Honorable Stephen G. Larson
14 MATTEL, INC., a Delaware corporation,)
                                        ) [~~PROPOSED~~] ORDER TO FILE
15              Defendant.              ) UNDER SEAL:
                                        )
16 ─────────────────────────────────    ) MGA PARTIES' OPENING BRIEF ON
   AND CONSOLIDATED ACTIONS.            ) PROPER ACCOUNTING FOR
17                                      ) RECEIVER FEES AND INTEREST
                                        )

18
...
28

[Proposed] Order To File Under Seal
Case No. CV 04-9049 SGL (RNBx)

## **ORDER**

Based on the concurrently filed Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that the following documents be filed under seal pursuant to Local Rule 79-5.1:

1. MGA Parties' Opening Brief On Proper Accounting For Receiver Fees And Interest.

DATED: 9/2/09

Hon. Stephen G. Larson
United States District Court Judge