| | |
|---|---|
| 1 | MELINDA HAAG (State Bar No. 132612)<br>mhaag@orrick.com |
| 2 | ANNETTE L. HURST (State Bar No. 148738)<br>ahurst@orrick.com |
| 3 | WARRINGTON S. PARKER III (State Bar No. 148003)<br>wparker@orrick.com |
| 4 | ORRICK, HERRINGTON & SUTCLIFFE LLP<br>The Orrick Building |
| 5 | 405 Howard Street<br>San Francisco, CA 94105-2669 |
| 6 | Telephone: +1-415-773-5700<br>Facsimile: +1-415-773-5759 |
| 7 | |
| 8 | WILLIAM A. MOLINSKI (State Bar No. 145186)<br>wmolinski@orrick.com |
| 9 | ORRICK, HERRINGTON & SUTCLIFFE LLP<br>777 South Figueroa Street, Suite 3200 |
| 10 | Los Angeles, CA 90017<br>Telephone: +1-213-629-2020<br>Facsimile: +1-213-612-2499 |
| 11 | |
| 12 | Attorneys for MGA Parties |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| CARTER BRYANT, an individual, | | Case No. CV 04-9049-SGL (RNBx) |
| | Plaintiff, | Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727 |
| v. | | |
| MATTEL, INC., a Delaware corporation, | | Honorable Stephen G. Larson |
| | Defendant. | [~~PROPOSED~~] ORDER RE APPLICATION TO FILE UNDER SEAL |
| AND CONSOLIDATED ACTIONS | | |

[PROPOSED] ORDER RE APPLICATION TO FILE
UNDER SEAL
CV 04-9049 SGL (RNBx)

The Court, having considered the MGA Parties' application for an order to file under seal, and having found good cause to do so, it is HEREBY ORDERED that said application is GRANTED in its entirety.

The Clerk shall maintain under Seal the following document:

1. A PORTION OF PARAGRAPH 4 OF THE SUPPLEMENTAL DECLARATION OF WILLIAM A. MOLINSKI IN SUPPORT OF MGA'S MOTION TO COMPEL DOCUMENTS RESPONSIVE TO REQUESTS FOR PRODUCTION NOS. 530 AND 531 OF MGA'S FIFTH SET OF REQUESTS FOR PRODUCTION

2. EXHIBIT A TO SUPPLEMENTAL DECLARATION OF WILLIAM A. MOLINSKI IN SUPPORT OF MGA'S MOTION TO COMPEL DOCUMENTS RESPONSIVE TO REQUESTS FOR PRODUCTION NOS. 530 AND 531 OF MGA'S FIFTH SET OF REQUESTS FOR PRODUCTION

It is so ORDERED.

Dated: Sept 2, 2009

_____
Hon. Stephen G. Larson
United States District Court Judge