QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) Consolidated with Case Nos. CV 04-09059 & CV 05-2727 |
| Plaintiff, | |
| vs. | Hon. Stephen G. Larson |
| MATTEL, INC., a Delaware corporation, | [CORRECTED] [~~PROPOSED~~] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S REPLY IN SUPPORT OF MOTION FOR LEAVE TO TAKE ADDITIONAL DEPOSITIONS; AND MATTEL, INC.'S OPPOSITION TO THE MGA PARTIES' CROSS MOTION FOR PROTECTIVE ORDER ALTERING THE LIMITS TO SET AN OVERALL HOURS LIMIT |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | |
| | **Phase 2** Discovery Cut-off:  December 11, 2009 Pre-trial Conference: March 1, 2010 Trial Date:  March 23, 2010 |

07975/3076713.1

[PROPOSED] ORDER

[PROPOSED] ORDER

Based on the concurrently filed Application to File Under Seal Mattel's Reply In Support Of Motion For Leave to Take Additional Depositions; and Mattel's Opposition to The MGA Parties' Cross-Motion For Protective Order Altering Deposition Limits To Set An Overall Hours Limit, and Exhibits 2, 3 and 7 to the Declaration of Michael T. Zeller In Support Thereof, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Mattel, Inc.'s Mattel's Reply In Support Of Motion For Leave to Take Additional Depositions; and Mattel's Opposition to The MGA Parties' Cross-Motion For Protective Order Altering Deposition Limits To Set An Overall Hours Limit, and Exhibits 2, 3, 7 and 10 to the Declaration of Michael T. Zeller In Support Thereof are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED:    Sept 2    , 2009

Hon. Stephen G. Larson
United States District Judge