LODGED ORIGINAL

1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   John B. Quinn (Bar No. 090378)
2  (johnquinn@quinnemanuel.com)
   Michael T. Zeller (Bar No. 196417)
3  (michaelzeller@quinnemanuel.com)
   Jon D. Corey (Bar No. 185066)
4  (joncorey@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
6  Facsimile:  (213) 443-3100

7  Attorneys for Mattel, Inc.

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                   EASTERN DIVISION

11 | CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx)
                                   | Consolidated with
12 |            Plaintiff,         | Case No. CV 04-09059
                                   | Case No. CV 05-02727
13 |      vs.                      |
                                   | Hon. Stephen G. Larson
14 | MATTEL, INC., a Delaware      |
   | corporation,                  | [PROPOSED] ORDER GRANTING
15 |                               | APPLICATION TO FILE UNDER SEAL
   |            Defendant.         | MATTEL, INC.'S SUBMISSION TO
16 |                               | THE MONITOR REGARDING
                                   | ACCOUNTING ISSUES; THE
17 | AND CONSOLIDATED ACTIONS      | DECLARATION OF MICHAEL J.
                                   | WAGNER IN SUPPORT THEREOF;
18                                 | AND EXHIBITS 6, 7, 9, 11, 14, AND 15
                                   | TO THE DECLARATION OF SCOTT L.
19                                 | WATSON

20                                 | **Phase 2**
21                                 | Discovery Cut-off: December 11, 2009
                                   | Pre-trial Conference: March 1, 2010
22                                 | Trial Date: March 23, 2010

00505.07975/3070946.1

[PROPOSED] ORDER

# [~~PROPOSED~~] ORDER

Based on the concurrently filed Application to File Under Seal Mattel, Inc.'s Submission to the Monitor Regarding Accounting Issues (the "Monitor Brief"), the Declaration of Michael J. Wagner in support thereof ("Wagner Declaration"), and Exhibits 6, 7, 9, 11, 14, and 15 to the Declaration of Scott L. Watson in support thereof ("Watson Declaration"),

IT IS HEREBY ORDERED:

the Monitor Brief; the Wagner Declaration; and Exhibits 6, 7, 9, 11, 14, and 15 to the Watson Declaration, are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: Sept 2, 2009

_____
Hon. Stephen G. Larson
United States District Judge