QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>    Plaintiff,<br><br>  vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>    Defendant. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>**PROOF OF SERVICE**<br><br>**Phase 2**<br>Discovery Cut-off: December 11, 2009<br>Pre-trial Conference: March 1, 2010<br>Trial Date: March 23, 2010 |

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On August 31, 2009, I served true copies of the following document(s) described as  on the parties in this action as follows:

### SEE ATTACHED DOCUMENT LIST

on the parties in this action as follows:

| | |
|---|---|
| Skadden, Arps, Slate, Meagher & Flom LLP<br>   Thomas J. Nolan, Esq.<br>   Jason Russell, Esq.<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90071<br>   tnolan@skadden.com<br>   jrussell@skadden.com | **Attorneys for *the MGA Parties*** |
| Scheper, Kim & Overland, LLP<br>   Mark E. Overland, Esq.<br>   Alexander H. Cote, Esq.<br>601 West Fifth Street, 12th Floor<br>Los Angeles, CA 90071<br>   moverland@obsklaw.com<br>   acote@obsklaw.com | **Attorneys for *Carlos Gustavo Machado Gomez*** |
| Orrick, Herrington & Sutcliffe, LLP<br>   Melinda Haag, Esq.<br>   Annette L. Hurst, Esq.<br>   Warrington S. Parker III, Esq.<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105<br>   mhaag@orrick.com<br>   ahurst@orrick.com<br>   wparker@orrick.com | **Attorneys for *the MGA Parties*** |

| | | |
|---|---|---|
| 1 | Orrick, Herrington & Sutcliffe, LLP<br>   William A. Molinski, Esq.<br>777 South Figueroa Street, Suite 3200<br>Los Angeles, CA 90017<br>   wmolinski@orrick.com | **Attorneys for** *the MGA Parties* |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | Bingham McCutchen LLP<br>   Todd E. Gordinier, Esq.<br>   Peter N. Villar, Esq.<br>600 Anton Boulevard, 18th Floor<br>Costa Mesa, CA 92626-1924<br>   todd.gordinier@bingham.com<br>   peter.villar@bingham.com | **Attorneys for** *the Omni 808 Investors, LLC* |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | Ervin Cohen & Jessup LLP<br>   Byron Z. Moldo, Esq.<br>9401 Wilshire Blvd., 9th Floor<br>Beverly Hills, CA 90212-2974<br>   bmoldo@ecjlaw.com | **Attorneys for Patrick Fraioli** |
| 11 | | |
| 12 | | |
| 13 | | |

14  **BY ELECTRONIC MAIL TRANSMISSION:** By electronic mail transmission from josephsarles@quinnemanuel.com on August 31, 2009, by transmitting a PDF format copy of such document(s) to each such person at the e-mail address listed below their address(es). The document(s) was/were transmitted by electronic transmission and such transmission was reported as complete and without error.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    Executed on August 31, 2009, at Los Angeles, California.

/s/ Joseph Sarles

## DOCUMENT LIST

(1)     MATTEL INC.'S OPENING SUBMISSION TO THE MONITOR REGARDING ACCOUNTING ISSUES

(2)     DECLARATION OF SCOTT L. WATSON IN SUPPORT OF MATTEL'S SUBMISSION TO THE MONITOR REGARDING ACCOUNTING ISSUES

(3)     DECLARATION OF MICHAEL J. WAGNER IN SUPPORT OF MATTEL'S SUBMISSION TO THE MONITOR REGARDING ACCOUNTING ISSUES

(4)     APPLICATION TO FILE UNDER SEAL MATTEL INC.'S SUBMISSION TO THE MONITOR REGARDING ACCOUNTING ISSUES; THE DECLARATIONS OF MICHAEL J. WAGNER IN SUPPORT THEREO; AND EXHIBITS 6, 7, 9, 11, 14 AND 15 TO THE DECLARATION OF SCOTT L. WATSON

(5)     [PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S SUBMISSION TO THE MONITOR REGARDING ACCOUNTING ISSUES; AND THE DECLARATIONS OF SCOTT L. WATSON AND MICHAEL J. WAGNER IN SUPPORT THEREOF