UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.   CV 04-09049 SGL(RNBx)                                      Date: September 3, 2009
Title:     MATTEL, INC. V. MGA ENTERTAINMENT, INC., et al.
=================================================================
PRESENT:   HONORABLE STEPHEN G. LARSON, U.S. DISTRICT JUDGE

          Cindy Sasse                                          None Present
          Courtroom Deputy                                     Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                             None Present

**PROCEEDINGS:   ORDER REGARDING APPEARANCE AT SEPTEMBER 21, 2009, HEARING BY MATTEL OFFICER RICHARD DE ANDA**

     With the opposition to the Motion to Modify the Scheduling Order, counsel for the MGA parties filed a copy of an email communication between Mattel's head of security, Richard De Anda, and Canadian law enforcement officials, which references a package sent to those officials. Based on this email communication, the MGA parties contend that "Mattel sent gifts to Canadian police in an obviously improper attempt to curry favor in their investigation."  Opp. at 14.

     At the August 31, 2009, hearing, counsel for Mattel represented to the Court that the package contained less than a dozen toy cars and was given by Mr. De Anda upon being presented by Canadian officials with the token gift of mugs and pens.

     This email has led to concern by the MGA parties that other gifts have been given to law enforcement officials by Mattel.

     To address this concern, the Court **ORDERS** Mattel to assure the appearance of Mr. De Anda at the hearing set for September 21, 2009, at 1:30 p.m., in Courtroom One of the above-referenced Court.

     **IT IS SO ORDERED.**


MINUTES FORM 90                                      Initials of Deputy Clerk __cls_____
CIVIL -- GEN                               1