| | |
|---|---|
| **Name & Address:**<br>William A. Molinski (State Bar No. 132612)<br>Orrick, Herrington & Sutcliffe LLP<br>777 South Figueroa Street, Suite 3200<br>Los Angeles, California 90017<br>(213) 629-2020 (Telephone)<br>(213) 612-2499 (Facsimile) | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT<br><br>PLAINTIFF(S)<br>v.<br>MATTEL, INC., a Delaware Corporation<br><br>DEFENDANT(S). | CASE NUMBER:<br>CV 04-9049-SGL (RNBx)<br><br>**NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**
MGA Parties' Opposition To Mattel, Inc.'s Motion For An Order: (1) Removing "Confidential" Designations From Portions Of Kuemmerle Deposition Transcript; And (2) Issuing An Apostille Re Same

**Document Description:**

- ☐ Administrative Record
- ☐ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]
- ☒ Other MGA Parties' Opposition to mattel, Inc.'s Motion For An Order: (1) Removing "Confidential" Designations From Portions of Kuemmerle Deposition Transcript; and (2) Issuing An Apostille Re Same

**Reason:**

- ☒ Under Seal
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☒ Per Court order dated  January 4, 2005
- ☐ Manual Filing required (*reason*):

| | |
|---|---|
| September 3, 2009<br>Date | William A. Molinski<br>Attorney Name<br>MGA Parties<br>Party Represented |

Note:   File one Notice in each case, each time you manually file document(s).

G-92 (03/09)                                                              NOTICE OF MANUAL FILING
OHS West:260718868.1
22161-2006 WM2/MM7

American LegalNet, Inc.<br>www.FormsWorkflow.com