MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: 1-415-773-5700
Facsimile: 1-415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: 1-213-629-2020
Facsimile: 1-213-612-2499

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049-SGL (RNBx)<br>Consolidated with: Case No. CV 04-9059 and Case No. CV 05-2727<br><br>**DISCOVERY MATTER**<br>**[To Be Heard by Discovery Master Robert C. O'Brien]**<br><br>**MGA'S SUPPLEMENTAL SUBMISSION RE AUGUST 18, 2009 MOTION TO DE-DESIGNATE DOCUMENTS**<br><br>Date: TBD<br>Time: TBD<br>Place: Arent Fox LLP<br><br>**Phase 2**<br>Discovery Cutoff: December 11, 2009<br>Pretrial Conference: March 1, 2010<br>Trial Date: March 23, 2010 |

1  MGA Entertainment, Inc. ("MGA") respectfully supplements its August 18, 2009 Motion to De-Designate Documents Mattel, Inc. produced in discovery. *See* D.E. 6327 (MGA's August 18, 2009 Motions (1) To Compel Mattel's Attendance At 30(b)(6) Deposition; (2) For Protective Order Requiring Advance Designation Of 30(B)(6)Witnesses; (3) To De Designate Document Under Protective Order Related To Subject Matter Of Requested 30(b)(6) Testimony; And (4) For Sanctions) at 4, 8-9.

MGA provides this supplemental filing to advise the Discovery Master that the parties discussed with Judge Larson in open court on August 31, 2009 the general subject matter reflected in the document MGA seeks by its motion to de-designate (M0925945-46). Exhibit A (Excerpt of August 31, 2009 Hearing Transcript) at 6. On September 3, 2009, Judge Larson ordered Mr. DeAnda to appear at a September 21, 2009 hearing to discuss, among other things, "an email communication between Mattel's head of security, Richard DeAnda, and Canadian law enforcement officials, which references a package sent to those officials." Exhibit B (D.E. 6564, September 3, 2009 Minute Order).

In addition to the reasons stated in MGA's motion and other supporting materials, MGA believes the materials attached hereto as Exhibits A and B demonstrate the information contained in M0925945-46 is not entitled to any protection under the Stipulated Protective Order entered in this action.

Dated: September 3, 2009

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: /s/ Jason S. Angell
Jason S. Angell
Attorneys for MGA Parties

OHS West:260721756.1
22161-2006 JA5/JA5

- 1 -

# Exhibit A

```
 1                UNITED STATES DISTRICT COURT

 2               CENTRAL DISTRICT OF CALIFORNIA

 3                      EASTERN DIVISION

 4                           - - -

 5        HONORABLE STEPHEN G. LARSON, JUDGE PRESIDING

 6

 7  MATTEL, INC.,                      )
                                       )
 8                     Plaintiff,      )
                                       )
 9            vs.                      ) No. CV 04-09049
                                       )
10  MGA ENTERTAINMENT, INC., ET. AL.,  )
                                       )
11                     Defendants.     )
    _____) Motions
12

13
              REPORTER'S TRANSCRIPT OF PROCEEDINGS
14
                     Riverside, California
15
                    Monday, August 31, 2009
16
                          2:14 P.M.
17

18

19

20

21

22

23             THERESA A. LANZA, RPR, CSR
              Federal Official Court Reporter
24              3470 12th Street, Rm. 134
              Riverside, California  92501
25                    951-274-0844
                  WWW.THERESALANZA.COM
```

```
 1   APPEARANCES:

 2
     ON BEHALF OF MATTEL, INC.:
 3
                         QUINN EMANUEL
 4                       By:  JOHN QUINN
                              MICHAEL T. ZELLER
 5                            B. DYLAN PROCTOR
                         865 S. Figueroa Street,
 6                       10th Floor
                         Los Angeles, California  90017
 7                       213-624-7707

 8

 9   ON BEHALF OF MGA ENTERTAINMENT/ISAAC LARIAN:

10                       ORRICK, HERRINGTON & SUTCLIFFE, LLP
                         BY:  ANNETTE L. HURST
11                       BY:  WARRINGTON S. PARKER III
                         405 Howard Street
12                       San Francisco, California  90071-3144
                         213-687-5000
13
                         ORRICK, HERRINGTON & SUTCLIFFE, LLP
14                       BY:  WILLIAM A. MOLINSKI
                         405 777 South Figueroa Street,
15                       Suite 3200
                         Los Angeles, California  90017-5855
16                       213-612-2256

17

18   ON BEHALF OF OMNI 808:

19                       BINGHAM McCUTCHEN LLP
                         BY:  Peter N. Villar
20                       600 Anton Boulevard
                         Costa Mesa, CA  92626-1924
21                       714-830-0640

22

23

24

25
```

3

```
 1                    I N D E X
 2                                              Page
 3   Proceedings...................................    4
 4
 5
...
25
```

Monday, August 31, 2009                    CV 04-09049-SGL

4

```
 1      Riverside, California; Monday, August 31, 2009; 2:14 P.M.
 2                                -oOo-
 3           THE CLERK:  Calling calendar item 11, case number CV
 4    zero 4-9049-SGL, Mattel, Inc., versus MGA Entertainment, Inc.
 5           May we have counsel please come forward and state          02:14
 6    your appearances for the record.
 7           MS. HURST:  Good afternoon, Your Honor.
 8    Annette Hurst from Orrick for plaintiff/counter defendant MGA
 9    Entertainment and the other MGA parties.
10           MR. PARKER:  Warrington Parker of Orrick for MGA.          02:15
11           MR. MOLINSKI:  Bill Molinski, also appearing for MGA,
12    with Orrick.
13           MR. QUINN:  John Quinn, Mike Zeller, and
14    Dylan Proctor, for plaintiff Mattel.
15           THE COURT:  Good afternoon to you all.                     02:15
16           The Court has before it the three motions; I have the
17    preclusive relief related to Mr. Larian's hard drives; I have
18    the motion for clarification of the Court's order earlier this
19    summer; and a motion to amend the scheduling order.
20           I want to deal with the motion that's easiest off the      02:15
21    top, and that's the clarification.  The Court has in mind what
22    it meant, and I'll issue a clarifying order to that effect this
23    week.  I should have worded that carefully.  The footnote in
24    question certainly applied to both findings with respect to
25    willful infringement, and I did not mean to intend that it only   02:15
```

Monday, August 31, 2009                        CV 04-09049-SGL

Exhibit A - Page 5

|   |   |   |
|---|---|---|
| 1 | **THE COURT:** Speaking of MGA Canada, just while it's | |
| 2 | fresh in my mind, what is this nonsense about the head of | |
| 3 | security of Mattel's giving gifts to the Canadian Police? | |
| 4 | **MR. ZELLER:** I would say that is a fair amount of | |
| 5 | hyperbole on MGA's part that is not substantiated by the | 02:38 |
| 6 | record. | |
| 7 | **THE COURT:** I don't know whether it's substantiated | |
| 8 | or not. Did it happen? | |
| 9 | **MR. ZELLER:** No. | |
| 10 | What happened, Your Honor, is that Mr. Deanda spoke | 02:38 |
| 11 | to the police. They gave him a token of a pen and perhaps a | |
| 12 | coffee mug. He gave them in return a few toy police cars, like | |
| 13 | less than ten. That's what this is. | |
| 14 | **THE COURT:** He must be mindful of that. | |
| 15 | I trust you'll have a talk with him about that on a | 02:39 |
| 16 | going-forward basis. | |
| 17 | Yes? | |
| 18 | **MR. ZELLER:** Yes, your Honor, absolutely. | |
| 19 | I was nodding in agreement. | |
| 20 | **THE COURT:** All right. Back to the bigger issue of | 02:39 |
| 21 | this. | |
| 22 | If you have these 30 depositions to take and you've | |
| 23 | only taken two, when do you plan on taking these other | |
| 24 | depositions? | |
| 25 | **MR. ZELLER:** As soon as these individuals are | 02:39 |

```
 1  control in your hands by getting the discovery that Mattel is
 2  entitled to.  And, of course, vice versa.
 3            I just don't think right now is the time to amend the
 4  scheduling order.
 5            I will look forward to seeing you on October 1st.           02:55
 6            I do want to speak to you briefly at side-bar about
 7  the settlement issue; so Mr. Zeller or Mr. Quinn, and whoever
 8  would like to come forward.
 9            Is there anything else we need to take up at this
10  time?                                                                  02:56
11        MS. HURST:  No, your Honor.
12        MR. QUINN:  No, your Honor.
13        THE COURT:  Very well.
14            We'll go off the record.  I'll speak briefly with
15  counsel off the record at side-bar.                                    02:56
16            (Off the record discussion.)
17            (Proceedings are concluded.)
18                           CERTIFICATE
19
20  I hereby certify that pursuant to section 753, title 28, United
    States Code, the foregoing is a true and correct transcript of
21  the stenographically recorded proceedings held in the above-
    entitled matter and that the transcript page format is in
22  conformance with the regulations of the Judicial Conference of
    the United States.
23
24  _____          _____
    THERESA A. LANZA, CSR, RPR                   Date
25  Federal Official Court Reporter
```

Monday, August 31, 2009                      CV 04-09049-SGL

# Exhibit B

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA 92501
CIVIL MINUTES -- GENERAL

Case No.    CV 04-09049 SGL(RNBx)                                    Date: September 3, 2009
Title:      MATTEL, INC. V. MGA ENTERTAINMENT, INC., et al.
================================================================
PRESENT:    HONORABLE STEPHEN G. LARSON, U.S. DISTRICT JUDGE

Cindy Sasse                                     None Present
Courtroom Deputy                                Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:               ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                    None Present

**PROCEEDINGS:    ORDER REGARDING APPEARANCE AT SEPTEMBER 21, 2009, HEARING BY MATTEL OFFICER RICHARD DE ANDA**

With the opposition to the Motion to Modify the Scheduling Order, counsel for the MGA parties filed a copy of an email communication between Mattel's head of security, Richard De Anda, and Canadian law enforcement officials, which references a package sent to those officials. Based on this email communication, the MGA parties contend that "Mattel sent gifts to Canadian police in an obviously improper attempt to curry favor in their investigation." Opp. at 14.

At the August 31, 2009, hearing, counsel for Mattel represented to the Court that the package contained less than a dozen toy cars and was given by Mr. De Anda upon being presented by Canadian officials with the token gift of mugs and pens.

This email has led to concern by the MGA parties that other gifts have been given to law enforcement officials by Mattel.

To address this concern, the Court **ORDERS** Mattel to assure the appearance of Mr. De Anda at the hearing set for September 21, 2009, at 1:30 p.m., in Courtroom One of the above-referenced Court.

**IT IS SO ORDERED.**

MINUTES FORM 90                                 Initials of Deputy Clerk __cls_____
CIVIL -- GEN                       1