MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:  +1-415-773-5700
Facsimile:   +1-415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA  90017
Telephone:  +1-213-629-2020
Facsimile:   +1-213-612-2499

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>            Plaintiff,<br><br>      v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>            Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No.  CV 04-9049-SGL (RNBx)<br><br>**PROOF OF SERVICE BY ECF AND U.S. MAIL TO COUNSEL** |

OHS West:260722130.1                                                                                          PROOF OF SERVICE

## PROOF OF SERVICE VIA ECF

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, The Orrick Building, 405 Howard Street, San Francisco, CA 94105. On September 1, 2009, I served the following document(s):

- **NOTICE OF CHANGE OF ATTORNEY INFORMATION FOR DIANA M. RUTOWSKI**

filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on September 1, 2009.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 1, 2009, at San Francisco, California.

*/s/ Rebecca B. Mance*

Rebecca B. Mance

## PROOF OF SERVICE BY MAIL

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, The Orrick Building, 405 Howard Street, San Francisco, CA 94105. On September 3, 2009, I served the following document(s):

- **NOTICE OF CHANGE OF ATTORNEY INFORMATION FOR DIANA M. RUTOWSKI**

on the interested parties in this action by placing true and correct copies thereof in sealed envelope(s) addressed as follows:

**Cheryl Plambeck, Esq.**
Davis & Gilbert LLP
1740 Broadway
New York, NY 10019

**Kien C. Tiet, Esq.**
Stern and Goldberg
6345 Balboa Boulevard, Suite 200
Encino, CA 91316

**Peter H. Bonis, Esq.**
Peter H. Bonis Law Offices
1990 N. California Blvd, 8th Floor
Walnut Creek, CA 94596

    I am employed in the county from which the mailing occurred. On the date indicated above, I placed the sealed envelope(s) for collection and mailing at this firm's office business address indicated above. I am readily familiar with this firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the firm's correspondence would be deposited with the United States Postal Service on this same date with postage thereon fully prepaid in the ordinary course of business.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on September 3, 2009, at San Francisco, California.

_____
Rebecca B. Mance

OHS West:260722130.1      - 2 -      PROOF OF SERVICE