Name & Address:
Warrington S. Parker III (State Bar No. 148003)
Orrick, Herrington & Sutcliffe LLP
405 Howard Street
San Francisco, California 94105
(415) 773-5700
(415) 773-5759 (Facsimile)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| CARTER BRYANT | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CV 04-9049-SGL (RNBx) |
| v. | |
| MATTEL, INC., a Delaware Corporation | NOTICE OF MANUAL FILING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**
MGA PARTIES' REPLY IN SUPPORT OF MOTION FOR RECONSIDERATION OF ORDER NO. 42 REGARDING IN CAMERA REVIEW OF DOCUMENTS PROTECTED BY ATTORNEY-CLIENT PRIVILEGE

**Document Description:**

☐ Administrative Record
☐ Exhibits
☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]
☒ Other   MGA PARTIES' REPLY IN SUPPORT OF MOTION FOR RECONSIDERATION OF ORDER NO. 42 REGARDING IN CAMERA REVIEW OF DOCUMENTS PROTECTED BY ATTORNEY-CLIENT PRIVILEGE

**Reason:**

☒ Under Seal
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☐ Per Court order dated _____
☐ Manual Filing required (*reason*):

| September 4, 2009 | Warrington S. ParkerIII |
|---|---|
| Date | Attorney Name |
| | MGA Parties |
| | Party Represented |

Note:   File one Notice in each case, each time you manually file document(s).

G-92 (03/09)                NOTICE OF MANUAL FILING                American LegalNet, Inc.
                                                                    www.FormsWorkflow.com