QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09039<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>APPLICATION TO FILE UNDER SEAL:<br><br>MATTEL, INC.'S RESPONSE TO SUPPLEMENTAL DECLARATION OF WILLIAM A. MOLINSKI REGARDING MGA'S MOTION TO COMPEL DOCUMENTS RESPONSIVE TO REQUESTS FOR PRODUCTION NOS. 530 AND 531<br><br>[Proposed Order filed concurrently herewith] |

| | |
|---|---|
| 1 | **Application to File Under Seal** |
| 2 | Pursuant to <u>Local Rule</u> 79-5.1 and the Stipulated Protective Order |
| 3 | entered by the Court in this action, plaintiff Mattel, Inc. ("Mattel") hereby |
| 4 | respectfully requests that the Court order filed under seal Mattel's Response to the |
| 5 | Supplemental Declaration of William A. Molinski Regarding MGA's Motion to |
| 6 | Compel Documents Responsive to Requests for Production Nos. 530 and 531. |
| 7 | Mattel's Response discusses or quotes certain documents or subjects |
| 8 | that the parties have designated as "Confidential" and/or "Confidential-Attorneys' |
| 9 | Eyes Only" pursuant to the Protective Order. As these materials have been |
| 10 | designated by the parties as "Confidential" and/or "Confidential-Attorneys' Eyes |
| 11 | Only," Mattel requests that the Court order that the these materials be filed under |
| 12 | seal. |
| 13 | In the alternative, Mattel requests that the Court declare these materials |
| 14 | be outside the definition of "Confidential" and/or "Confidential-Attorneys' Eyes |
| 15 | Only" as contained in the Stipulated Protective Order and order it to be lodged as |
| 16 | part of the public record. |
| 18 | DATED: September 2, 2009      QUINN EMANUEL URQUHART OLIVER & HEDGES. LLP |
| 20 | By /s/ Scott L. Watson |
| 21 | B. Dylan Proctor<br>Attorneys for Mattel, Inc. |