QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
|---|---|
| Plaintiff, | Consolidated with Case Nos. CV 04-09059 & CV 05-2727 |
| vs. | [DISCOVERY MATTER] To be heard by Discovery Master Robert C. O'Brien |
| MATTEL, INC., a Delaware corporation, | |
| Defendant. | MATTEL, INC.'S [CORRECTED] APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S OPPOSITION TO MOTION TO QUASH AND/OR FOR PROTECTIVE ORDER RE SUBPOENA ISSUED BY MATTEL, INC. TO PETER CARSON AND CERTAIN EXHIBITS TO THE DECLARATION OF MICHAEL T. ZELLER IN SUPPORT THEREOF |
| AND CONSOLIDATED ACTIONS | |

[[Proposed] Order filed concurrently]

**Phase 2**
Discovery Cut-off: December 11, 2009
Pre-trial Conference: March 1, 2010
Trial Date: March 23, 2010

07975/3081115.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1    Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2  entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully
3  requests that the Court order filed under seal Mattel's Opposition to Motion To
4  Quash And/Or For Protective Order Re Subpoena Issued by Mattel, Inc. to Peter
5  Carson ("Opposition"), and Exhibits 1-24, 28, 30-35, 37-45, 48-52 to the
6  Declaration of Michael T. Zeller In Support Thereof ("Exhibits").
7    The Brief and Exhibits contain materials that Mattel or MGA have
8  designated as "Confidential" or "Confidential--Attorneys' Eyes Only" pursuant to
9  the Protective Order. Accordingly, Mattel requests that the Court order that the
10 Opposition and Exhibits be filed under seal.

13 DATED: September 1, 2009          QUINN EMANUEL URQUHART OLIVER &
                                     HEDGES, LLP

                                     By /s/ Michael T. Zeller
                                        Michael T. Zeller
                                        Attorneys for Mattel, Inc.