QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>  Plaintiff,<br><br>    vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>  Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with:<br>Case No. CV 04-09039<br>Case No. CV 05-02727<br><br><u>Hon. Stephen G. Larson</u><br><br>[~~PROPOSED~~] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL:<br><br>MATTEL, INC.'S RESPONSE TO SUPPLEMENTAL DECLARATION OF WILLIAM A. MOLINSKI REGARDING MGA'S MOTION TO COMPEL DOCUMENTS RESPONSIVE TO REQUESTS FOR PRODUCTION NOS. 530 AND 531 |

07975/3083655.1

[PROPOSED] ORDER RE APPLICATION TO FILE UNDER SEAL

## [~~PROPOSED~~] ORDER

Based on the concurrently filed Application to File Under Seal Mattel's Response to the Supplemental Declaration of William A. Molinski Regarding MGA's Motion to Compel Documents Responsive to Requests for Production Nos. 530 and 531, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that:

Mattel's Response to the Supplemental Declaration of William A. Molinski Regarding MGA's Motion to Compel Documents Responsive to Requests for Production Nos. 530 and 531 is ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: *Sept 3*, 2009

Hon. Stephen G. Larson
United States District Judge