ORIGINAL
LODGED
2009 SEP -2 PM 2:26

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
 John B. Quinn (Bar No. 090378)
 (johnquinn@quinnemanuel.com)
 Michael T. Zeller (Bar No. 196417)
 (michaelzeller@quinnemanuel.com)
 Jon D. Corey (Bar No. 185066)
 (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> MATTEL, INC., a Delaware corporation, <br><br> Defendant. <br><br> AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx) <br> Consolidated with <br> Case Nos. CV 04-09059 & CV 05-2727 <br><br> Hon. Stephen G. Larson <br><br> [CORRECTED] [PROPOSED] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S OPPOSITION TO MOTION TO QUASH AND/OR FOR PROTECTIVE ORDER RE SUBPOENA ISSUED BY MATTEL, INC. TO PETER CARSON AND CERTAIN EXHIBITS TO THE DECLARATION OF MICHAEL T. ZELLER IN SUPPORT THEREOF <br><br> **Phase 2** <br> Discovery Cut-off: December 11, 2009 <br> Pre-trial Conference: March 1, 2010 <br> Trial Date: March 23, 2010 |

07975/3081118.1

[PROPOSED] ORDER

# [~~PROPOSED~~] ORDER

Based on the concurrently filed Application to File Under Seal Mattel, Inc.'s ("Mattel") Opposition to Motion To Quash And/Or For Protective Order Re Subpoena Issued by Mattel, Inc. to Peter Carson, and Exhibits 1-24, 28, 30-35, 37-45, 48-52 to the Declaration of Michael T. Zeller In Support Thereof, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Mattel, Inc.'s Opposition to Motion To Quash And/Or For Protective Order Re Subpoena Issued by Mattel, Inc. to Peter Carson, and Exhibits 1-24, 26, 28, 30-35, 37-45, 48, 49, 51, and 52 to the Declaration of Michael T. Zeller In Support Thereof are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: Sept 3, 2009

_____
Hon. Stephen G. Larson
United States District Judge