1  MELINDA HAAG (State Bar No. 132612)
   mhaag@orrick.com
2  ANNETTE L. HURST (State Bar No. 148738)
   ahurst@orrick.com
3  WARRINGTON S. PARKER III (State Bar No. 148003)
   wparker@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
5  405 Howard Street
   San Francisco, CA 94105
6  Telephone:  +1-415-773-5700
   Facsimile:   +1-415-773-5759
7
   WILLIAM A. MOLINSKI (State Bar No. 145186)
8  wmolinski@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
9  777 South Figueroa Street, Suite 3200
   Los Angeles, CA 90017
10 Telephone:  +1-213-629-2020
   Facsimile:   +1-213-612-2499
11
   Attorneys for MGA Parties
12

13              UNITED STATES DISTRICT COURT

14              CENTRAL DISTRICT OF CALIFORNIA

15                     EASTERN DIVISION

16  | CARTER BRYANT, an individual | Case No. CV 04-9049 SGL (RNBx) |
    |---|---|
17  | Plaintiff, | Consolidated with: |
    | | CV 04-9059 |
18  | v. | CV 05-2727 |
19  | MATTEL, INC., a Delaware Corporation | **DISCOVERY MATTER** |
20  | Defendant. | [To Be Heard By Discovery Master Robert C. O'Brien] |
21  | | [Public Redacted] **MGA PARTIES' REPLY IN SUPPORT OF MOTION FOR RECONSIDERATION OF ORDER NO. 42 REGARDING IN CAMERA REVIEW OF DOCUMENTS PROTECTED BY ATTORNEY-CLIENT PRIVILEGE** |
22  | AND CONSOLIDATED ACTIONS | |

Name & Address:
Warrington S. Parker III (State Bar No. 148003)
Orrick, Herrington & Sutcliffe LLP
405 Howard Street
San Francisco, California 94105
(415) 773-5700
(415) 773-5759 (Facsimile)

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| CARTER BRYANT | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CV 04-9049-SGL (RNBx) |
| v. | |
| MATTEL, INC., a Delaware Corporation | NOTICE OF MANUAL FILING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**
MGA PARTIES' REPLY IN SUPPORT OF MOTION FOR RECONSIDERATION OF ORDER NO. 42 REGARDING IN CAMERA REVIEW OF DOCUMENTS PROTECTED BY ATTORNEY-CLIENT PRIVILEGE

**Document Description:**

☐ Administrative Record
☐ Exhibits
☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]
☒ Other   MGA PARTIES' REPLY IN SUPPORT OF MOTION FOR RECONSIDERATION OF ORDER NO. 42 REGARDING IN CAMERA REVIEW OF DOCUMENTS PROTECTED BY ATTORNEY-CLIENT PRIVILEGE

**Reason:**

☒ Under Seal
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☐ Per Court order dated _____
☐ Manual Filing required (*reason*):

| September 4, 2009 | Warrington S. Parker III |
|---|---|
| Date | Attorney Name |
| | MGA Parties |
| | Party Represented |

Note:   File one Notice in each case, each time you manually file document(s).

| G-92 (03/09) | NOTICE OF MANUAL FILING | American LegalNet, Inc.<br>www.FormsWorkflow.com |
|---|---|---|