QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with:<br>Case No. CV 04-09039<br>Case No. CV 05-02727<br><br>**PROOF OF SERVICE** |

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017.

On September 1, 2009, I served true copies of the following documents described as: **SEE ATTACHED LIST**

on the parties in this action as follows:

| | |
|---|---|
| Orrick, Herrington & Sutcliffe LLP<br>William A. Molinski<br>777 S. Figueroa Street, STE 3200<br>Los Angeles, CA 90017<br>wmolinski@orrick.com | *Attorneys for the MGA Parties* |
| Orrick, Herrington & Sutcliffe LLP<br>Annette L. Hurst<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94104<br>ahurst@orrick.com | *Attorneys for the MGA Parties* |
| Skadden, Arps, Slate, Meagher & Flom LLP<br>   Thomas J. Nolan, Esq.<br>   Jason Russell, Esq.<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA  90071<br>   tnolan@skadden.com<br>   jrussell@skadden.com | **Attorneys for** *the MGA Parties*<br><br><br>Telephone:  213.687.5000<br>Facsimile:  213.687.5600 |
| Overland Borenstein Scheper & Kim LLP<br>   Mark E. Overland, Esq.<br>   Alexander H. Cote, Esq.<br>601 W. 5th Street, 12th Floor<br>Los Angeles, CA 90017<br>   moverland@obsklaw.com<br>   acote@obsklaw.com | **Attorneys for** *Carlos Gustavo Machado Gomez*<br><br><br>Telephone:  213.613.4655<br>Facsimile:  213.613.4656 |
| Bingham McCutchen LLP<br>Todd Gordinier, Esq.<br>Peter Villar, Esq.<br>600 Anton Boulevard, 18th Floor<br>Costa Mesa, CA 92626<br>todd.gordinier@bingham.com | **Attorneys for** *Omni 808 Investors, LLC* |

1 | **BY ELECTRONIC MAIL TRANSMISSION:** By electronic mail transmission
2 | from valerielozano@quinnemanuel.com on September 1, 2009, by transmitting a
3 | PDF format copy of such document(s) to each such person at the e-mail address
4 | listed below their address(es). The document(s) was/were transmitted by electronic
5 | transmission and such transmission was reported as complete and without error.
6 |     I declare that I am employed in the office of a member of the bar of this
7 | court at whose direction the service was made.

9 |     Executed on September 1, 2009, at Los Angeles, California.

11 |     /s/ Valerie Lozano
12 |     Valerie Lozano

09822/3076619.1

Case No. CV 04-9049 SGL (RNBx)
PROOF OF SERVICE

# DOCUMENT LIST

1). MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S OPPOSITION TO MOTION TO QUASH AND/OR FOR PROTECTIVE ORDER RE SUBPOENA ISSUED BY MATTEL, INC. TO NON-PARTY ATTORNEY PETER CARSON

2). [PROPOSED] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S OPPOSITION TO MOTION TO QUASH AND/OR FOR PROTECTIVE ORDER RE SUBPOENA ISSUED BY MATTEL, INC. TO NON-PARTY ATTORNEY PETER CARSON

3). MATTEL, INC.'S OPPOSITION TO MOTION TO QUASH AND/OR FOR PROTECTIVE ORDER RE SUBPOENA ISSUED BY MATTEL, INC. TO NON-PARTY ATTORNEY PETER CARSON

4). DECLARATION OF MICHAEL T. ZELLER IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MOTION TO QUASH AND/OR FOR PROTECTIVE ORDER RE SUBPOENA ISSUED BY MATTEL, INC. TO NON-PARTY ATTORNEY PETER CARSON

5). DECLARATION OF VALERIE A. LOZANO IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MOTION TO QUASH AND/OR FOR PROTECTIVE ORDER RE SUBPOENA ISSUED BY MATTEL, INC. TO NON-PARTY ATTORNEY PETER CARSON