MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1-415-773-5700
Facsimile: +1-415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: +1-213-629-2020
Facsimile: +1-213-612-2499

Attorneys for MGA Parties

LODGED
2009 SEP -3 PM 2:40
CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. RIVERSIDE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br>Plaintiff,<br>v.<br>MATTEL, INC., a Delaware corporation,<br>Defendant. | Case No. CV 04-9049-SGL (RNBx)<br><br>Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>Honorable Stephen G. Larson<br><br>**[~~PROPOSED~~] ORDER RE APPLICATION TO FILE UNDER SEAL** |
| AND CONSOLIDATED ACTIONS | |

The Court, having considered the MGA Parties' application for an order to file under seal, and having found good cause to do so, it is HEREBY ORDERED that said application is GRANTED in its entirety.

The Clerk shall maintain under Seal the following document:

**MGA PARTIES' OPPOSITION TO MATTEL, INC.'S MOTION FOR AN ORDER: (1) REMOVING "CONFIDENTIAL" DESIGNATIONS FROM PORTIONS OF THE KUEMMERLE DEPOSITION TRANSCRIPT; AND (2) ISSUING AN APOSTILLE RE SAME**

It is so ORDERED.

Dated: Sept 3, 2009

S G Larson

Hon. Stephen G. Larson
United States District Court Judge