MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone:   +1-415-773-5700
Facsimile:    +1-415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone:   +1-213-629-2020
Facsimile:    +1-213-612-2499

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 SGL (RNBx)<br><br>Consolidated with:<br>CV 04-9059<br>CV 05-2727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Robert C. O'Brien]**<br><br>DECLARATION OF DIANA M. RUTOWSKI IN SUPPORT OF MGA PARTIES' NOTICE AND APPLICATION FOR ISSUANCE OF LETTER OF REQUEST FOR JUDICIAL ASSISTANCE RE: DANNY K.H. YU AND BIRD & BIRD |

I, Diana M. Rutowski, declare:

1. I am a member of the bar of the State of California, admitted to practice before this Court, and an associate with the law firm of Orrick, Herrington & Sutcliffe LLP, counsel for the MGA Parties. I make this declaration based on personal knowledge unless otherwise expressly stated, in which case, it is based on information and belief. If called and sworn as a witness, I could and would testify competently as follows.

2. Attached hereto as **Exhibit A** is a true and correct copy of a letter dated August 24, 2009 from Diana M. Rutowski to Michael T. Zeller requesting a meet and confer.

3. On November 20, 2006, Mattel filed a Motion for Leave to File Amended Complaint, attaching its proposed First Amended Complaint. Attached hereto as **Exhibit B** is a true and correct copy of Mattel's proposed First Amended Complaint.

4. Attached hereto as **Exhibit C** is a true and correct copy of Mattel Inc.'s First Supplemental Objections and Responses to Interrogatory Nos. 20-23 and 28 in MGA Entertainment, Inc.'s Second Set of Interrogatories. This document is designated Confidential – Attorneys' Eyes Only and has been FILED UNDER SEAL.

5. Attached hereto as **Exhibit D** is a true and correct copy of MGA's Response to Mattel, Inc.'s Amended Supplemental Interrogatory Regarding Defendants' Affirmative Defenses. This document is designated Confidential – Attorneys' Eyes Only and has been FILED UNDER SEAL.

6. Attached hereto as **Exhibit E** is a true and correct copy of a Writ of Summons against Toys & Trends, Cityworld, and Mr. Kesselring issued by MGA on June 5, 2002 in Hong Kong High Court Action No. 2152 of 2002.

7. Attached hereto as **Exhibit F** is a true and correct copy of the Statement of Claim filed by MGA against Toys & Trends (Hong Kong), Cityworld

Limited ("Cityworld"), and Mr. Kesselring on July 5, 2002 in Hong Kong High Court Action No. 2152 of 2002 ("Hong Kong Action").

8. On May 20, 2008, MGA filed the Supplemental Declaration of Marina V. Bogorad in Further Support of MGA Parties Motion for Partial Summary Judgment and exhibits thereto under seal (Docket Document No. 3733). By Court order dated July 1, 2008, the Supplemental Declaration of Marina V. Bogorad in Further Support of MGA Parties Motion for Partial Summary Judgment and exhibits thereto were unsealed. Attached hereto as **Exhibit G** is a true and correct copy of the slip sheet from the docket indicating that Docket Document No. 3733 was unsealed.

9. Attached hereto as **Exhibit H** is a true and correct copy of a letter dated September 4, 2003 from Cityworld counsel Danny Yu to Mattel General Counsel Robert Normile. This letter was filed under seal with the Supplemental Declaration of Marina V. Bogorad in Further Support of MGA Parties Motion for Partial Summary Judgment and subsequently unsealed.

10. Attached hereto as **Exhibit I** is a true and correct copy of a letter dated October 17, 2003 from Cityworld counsel Danny Yu to Mattel General Counsel Robert Normile. This letter was filed under seal with the Supplemental Declaration of Marina V. Bogorad in Further Support of MGA Parties Motion for Partial Summary Judgment and subsequently unsealed.

11. Attached hereto as **Exhibit J** is a true and correct copy of the Supplemental Declaration of Michael Moore in Support of Response of Mattel, Inc. to Supplemental Declaration of Marina V. Bogorad and exhibit thereto (Docket Document Nos. 3730-2 and 3730-3).

12. Attached hereto as **Exhibit K** is a true and correct copy of excerpts from the July 15, 2008 Bill of Costs submitted with Cityworld's Appointment to Tax. These excerpts contain entries relating to Mr. Yu's communications with Mattel in connection with the Cityworld Hong Kong Action. This document is

1 designated Confidential and has been FILED UNDER SEAL.

2     13.    Attached hereto as **Exhibit L** is a true and correct copy of excerpts from the November 21, 2008 Bill of Costs Hearing. On these excerpted pages, Mr. Yu and Mr. Wong discuss openly the communications Mr. Yu had with Mattel in connection with the Cityworld Hong Kong Action. According to page 170 of the hearing transcript, items 1011 forward on the Bill of Costs represent communications with Mattel. This document is designated Confidential and has been FILED UNDER SEAL.

    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

    Executed this 4th day of September, 2009, in San Mateo, California.

    /*s*/ Diana M. Rutowski
    Diana M. Rutowski