# Exhibit A



**ORRICK**

ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 MARSH ROAD
MENLO PARK, CA 94025

tel 650-614-7400
fax 650-614-7401

WWW.ORRICK.COM

August 24, 2009

Diana M. Rutowski
(650) 614-7685
drutowski@orrick.com

**VIA E-MAIL**

Michael T. Zeller
Jon D. Corey
Dylan B. Proctor
Quinn Emanuel Urquhart Oliver & Hedges LLP
865 South Figueroa St., 10th Floor
Los Angeles, CA 90017

Re: *Carter Bryant v. Mattel, Inc.*, and consolidated cases

Dear Messrs. Zeller, Corey and Proctor:

I write to inform you that MGA intends to seek the Discovery Master's recommendation that the Court grant an application for a Letter of Request for Judicial Assistance to the appropriate authority in Hong Kong, pursuant to Federal Rule of Civil Procedure 28. The assistance that MGA intends to request is an order compelling discovery from Danny K. H. Yu, his current and former firms, Kimie Burke, Bird & Bird, and Rianna Chugani relating generally to communications and documents concerning MGA, BRATZ, Carter Bryant, and any dispute between Cityworld Limited and MGA. Please let us know if Mattel will oppose MGA's request, and, if so, when within five court days of this letter you are available to meet and confer.

Very truly yours,

/s/ Diana M. Rutowski

Diana M. Rutowski

DMR/ek

OHS West:260714497.1

Exhibit A - Page 5