# Exhibit E

Amended in red as per
Order 20 Rule 1 of the
Rules of High Court, Cap. 4
on 3rd July 2002.

001

HCA 2/52/2002

IN THE HIGH COURT OF THE
HONG KONG SPECIAL ADMINISTRATIVE REGION
COURT OF FIRST INSTANCE
CIVIL ACTION NO. 2/52 OF 2002

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

BETWEEN:-

| | |
|---|---|
| ABC INTERNATIONAL TRADERS, INC.<br>doing business as MGA ENTERTAINMENT | Plaintiff |
| and | |
| TOYS & TRENDS (HONG KONG) LIMITED | 1st Defendant |
| CITYWORLD LIMITED | 2nd Defendant |
| JURG WILLI KESSELRING | 3rd Defendant |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

To the 1st Defendant **TOYS & TRENDS (HONG KONG) LIMITED** and the 2nd Defendant **CITYWORLD LIMITED** whose respective registered offices both situate at Room 1111, Wing On Plaza, 62 Mody Road, Tsimshatsui East, Kowloon, Hong Kong and the 3rd Defendant **JURG WILLI KESSELRING** of Room 1111, Wing On Plaza, 62 Mody Road, Tsimshatsui, East, Kowloon, Hong Kong.

**THIS WRIT OF SUMMONS** has been issued against you by the above-named Plaintiff(s) in respect of the claim set out on the back.

Within 14 days after the service of this Writ on you, counting the day of service, you must either satisfy the claim or return to the Registry of High court the accompanying **ACKNOWLEDGEMENT OF SERVICE** stating therein whether you intend to contest these proceedings.

If you fail to satisfy the claim or to return the Acknowledgement within the time stated, or if you return the Acknowledgement without stating therein an intention to contest the proceedings, the Plaintiff(s) may proceed with the action and judgment may be entered against you forthwith without further notice.

Issued from the Registry of the High Court this 5th day of June 2002.

Registrar

Note:- This Writ may not be served later than 12 calendar months beginning with that date unless renewed by order of the Court.

**IMPORTANT**
Directions for Acknowledgement of Service are given with the accompanying form.
S.C.549 (s)

D:\My Documents\Trade Mark Patent\WF-1505-MGA\Revised Indorsement of Claim.doc

Exhibit E - Page 279