# Exhibit H

Solicitors & Notaries
...ts for Trade Marks & Patents
8th Floor, Chinachem Tower,
34-37 Connaught Road Central, Hong Kong
Tel: (852) 2868 1388  Fax: (852) 2868 0737
E-mail: plsc@lawyer.com  plsc@lawcpa.net
Website: lawcpa.net

Partners:
* Chan Kam Ching, Paul
* Yu Ka Hing, Danny
* Wong Yee Yin, Hubert
*Notary Public, Hong Kong SAR
#China Appointed Attesting Officer



Our Ref: DY/5002
Your Ref:
Date: 4th September, 2003

**BY AIRMAIL**

Mattel, Inc
333 Continental Boulevard,
El Segundo,
CA 90245-5012
U.S.A.

Attention : Head of Legal Department

Dear Sirs,

Re : MGA's Bratz Dolls and its connection with a Mattel project in 1998

We act for a toy company in Hong Kong and refer to a recent news article in the (date) issue of the Wall Street Journal (copy enclosed) in which it was reported that "Inside Mattel, some are convinced that the Bratz [Dolls] borrow liberally from a Mattel project that was scrapped at the testing stage in 1998" and that a long time Mattel designer who worked on the tested doll ("the Tested Doll") noted that the Bratz's oversized heads – with their pursed lips and cartoonish eyes, are "virtually identical" to the heads of the dolls her team created and that "the big heads, the big eyes and the big feet were all the same" as the Bratz.

Our client is currently conducting a legal battle against MGA Entertainment Inc. ("MGA") in Hong Kong and one of the points of contention is whether MGA owns the copyright of the design of the Bratz dolls. In so far as the design of the Bratz dolls is an imitation of an earlier Mattel design it is at least arguable that MGA does not have originality in the design of the Bratz dolls and probably also do not own the copyright in such design.

In the course of legal proceedings between MGA and our client MGA had produced a set of design and concept drawings which it now claims to be the origin of its

......./2

CONFIDENTIAL ATTORNEYS EYES ONLY
M 0013374

CONFIDENTIAL - ATTORNEYS EYES ONLY

M 0262674

Exhibit 144, Page 12

Exhibit H - Page 291

**Solicitors & Notaries**
Agents for Trade Marks & Patents

4th September, 2003
Mattel, Inc
Chief Legal Adviser

relevant copyright in the Bratz dolls, MGA also alleged that these drawings were made and drawn originally by one Carter Bryant who (according to the Wall Street Journal news article) was a former member of the Barbie designer team.

We note from the Wall Street Journal news article that "prototypes" of the Tested Doll were actually completed and shown to Mattel designers and that Ms. Lily Martinez, a designer who presumably is still working at Mattel had posted her sketches for the Tested Doll on the wall of her cubicle in the open view of anyone who passed by her cubicle.

Whether the design drawings for the Bratz which MGA now alleges as original copyright items in the present legal proceedings is indeed "original" therefore depends on the degree of similarity between the Tested Doll, its sketch drawings and other material depicting the same and MGA's drawings.

In the premises, we shall be much obliged if you may kindly provide us with some information regarding the Tested Doll so that our client may challenge the originality of MGA's design and its corresponding claim to copyright. In this regard the sketch drawings of the Tested Doll and photographs of the prototypes taken from different perspectives will be very useful evidence for the case of our client.

In return for your assistance, our client will be glad to provide copies of the design drawings produced by MGA in the present legal proceedings for your consideration and further action.

In this connection, we note that Mr. Isaac Larian, the chairman of MGA had reportedly criticized your "My Scene" dolls as "cheap imitation" or "cheap knock-off" of their Barbie range. Photocopies of the newspaper articles reporting these views being the Wall Street Journal referred to above and another news article found in the 11th August, 2003 issue of the South China Morning Post are enclosed for your easy reference. If MGA had been exploiting an older design commissioned by Mattel, it is only fair that Mattel should assert its rights and position accordingly.

Yours faithfully,

YU KA HING DANNY
PAUL K. C. CHAN, DANNY K. H. YU & CO.

Encl.

F:\5002mw27.lr.Mattel

CONFIDENTIAL ATTORNEYS EYES ONLY
M 0013375

CONFIDENTIAL - ATTORNEYS EYES ONLY

M 0262675

Exhibit 144, Page 13       Exhibit H - Page 292