# Exhibit I



## SIMON C. W. YUNG & CO.
**SOLICITORS & NOTARIES**

Your Ref:

Our Ref: LIT/DY/nw/994146

Date: 17th October, 2003

**BY AIR MAIL**

Mattel, Inc
333 Continental Boulevard,
El Segundo,
CA 90245-5012
U.S.A.

Attention : Mr. Normile, Group General Counsel

Dear Sirs,

Re : MGA's Bratz Dolls and its connection with a Mattel project in 1998

We refer to the previous letter written by Paul K. C. Chan, Danny K. H. Yu & Co. to you dated 4th September, 2003 and the subsequent telephone conversation between your Mr. Normile and our Mr. Danny Yu and confirm that our firm has replaced Paul K. C. Chan, Danny K. H. Yu & Co. as the solicitors acting for CityWorld Limited, our client referred to in the letter dated 4th September, 2003.

We have consulted counsel's opinion and clarified that the implied undertaking which prevents litigants and their solicitors from disclosing information that were made available to them as a result of the discovery procedure would not apply to those information that was voluntarily disclosed at any earlier stage prior to the discovery procedure.

In the present case, the Plaintiff, ABC INTERNATIONAL TRADERS INC doing business as MGA ENTERTAINMENT, has submitted an Affirmation dated 18th June, 2003 in support of its application for interlocutory injunction and one of the exhibits referred to in such Affirmation was a set of coloured copies of drawings described as "17 initial concept and design drawings of the Bratz dolls made by Mr. Carter Bryant in the year 2000". There were handwritten marks of "8/1998" or "9/1998" on some of these drawings. It is possible, of course for such

CONFIDENTIAL ATTORNEYS EYES ONLY
M 0013377

CONFIDENTIAL - ATTORNEYS EYES ONLY

M 0262708

Exhibit 146, Page 25

Exhibit I - Page 293



**SIMON C.W. YUNG & CO.**

marked to have been added afterwards.

We have been advised by counsel that our client is not prohibited by law to exchange copies of these drawings with you for information such as sketch drawings and other particulars relating to your earlier design which was mentioned in the Wall Street Journal news article.

Mr. Normile has indicated in the telephone conversations that you need some preliminary information in relation to Bratz's design drawings in order to assess the situation.

You are now welcome to indicate the preliminary information that you require so that we may seek our client's further instruction concerning the above matter.

We note, however, that our client is not subject to any obligation to disclose or exchange the relevant drawings until and unless we have had an agreement regarding the terms and conditions of such disclosure and exchange.

We thank you for your attention and look forward to hear from you.

Yours faithfully

YU KA HING DANNY
SIMON C. W. YUNG & CO.

c.c. : Client
c.c. : Counsel

CONFIDENTIAL ATTORNEYS EYES ONLY
M 0013378

CONFIDENTIAL - ATTORNEYS EYES ONLY

M 0262709

Exhibit 146, Page 26

Exhibit I - Page 294