# Exhibit J

Case 2:04-cv-09049-DOC-RNB Document 6599-11 Filed 09/04/09 Page 2 of 51 Page ID
Case 2:04-cv-09049-SGL-RNB Document 3730-2 Filed 05/21/2008 Page 2 of 2 Page ID
#:218032

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with Case No. CV 04-09059 and Case No. CV 05-02727 |
| vs. | **SUPPLEMENTAL DECLARATION OF MICHAEL MOORE IN SUPPORT OF RESPONSE OF MATTEL, INC. TO SUPPLEMENTAL DECLARATION OF MARINA V. BOGORAD** |
| MATTEL, INC., a Delaware corporation, | |
| Defendant. | |
| AND CONSOLIDATED CASES | Date: May 19, 2008<br>Time: 1:30 p.m.<br>Place: Courtroom 1 |
| | **Phase 1**<br>Trial Date: May 27, 2008 |

07209/2513072.2

SUPPLEMENTAL DECLARATION OF MICHAEL MOORE

Case 2:04-cv-09049-DOC-RNB   Document 6509-31   Filed 08/04/09   Page 3 of 51   Page ID
#:218033
Case 2:04-cv-09049-SGL-RNB   Document 3730-2   Filed 05/21/2008   Page 2 of 2

1    I, Michael Moore, declare as follows:

2    1.    I make this declaration in support of Mattel's Response to the

3  Supplemental Declaration of Marina V. Bogorad.  I make this declaration of

4  personal, firsthand knowledge, and if called and sworn as a witness, I could and

5  would testify competently thereto.

6    2.    I have been a Mattel employee since December 2000.  I am

7  currently Expert Counsel in Mattel's Legal Department.

8    3.    Attached as Exhibit A is a true and correct copy of a fax sent

9  from the Bird & Bird law firm in Hong Kong to Mattel's counsel, dated September

10  23, 2003 (with appropriate privilege redactions).  Among the documents included

11  with this fax are the materials relating to the Hong Kong action between MGA and

12  Cityworld Limited that Mattel received on that date.  Mattel's Hong Kong counsel

13  obtained these documents from the limited portions of the Hong Kong court files

14  which are publicly available.  As a general rule, court files in Hong Kong are not

15  public, and the materials included in the fax were the only ones relating to MGA's

16  litigation that Mattel's Hong Kong counsel were allowed to obtain from the Hong

17  Kong court files.

18    4.    As Exhibit A shows, the Cityworld case materials Mattel was

19  able to obtain did not include drawings by Bryant or anyone else.  Neither I or

20  anyone else acting for Mattel to my knowledge received any Bryant drawings on

21  September 23, 2003 -- or on any other day prior to Mattel's meeting with Cityworld

22  on November 24, 2003.

23    I declare under penalty of perjury under the laws of the United States of

24  America that the foregoing is true and correct.

25    Executed on May 21, 2008, at Riverside, California.

26

27

28
Michael Moore

07209/2513072.2

-2-

SUPPLEMENTAL DECLARATION OF MICHAEL MOORE

Case 2:04-cv-09049-DOC-RNB Document 6590-11 Filed 09/04/09 Page 4 of 51 Page ID
#:218034
Case 2:04-cv-09049-SGL-RNB Document 3730-3 Filed 05/21/2008 Page 1 of 98

# EXHIBIT A

**THIS PAGE INTENTIONALLY LEFT BLANK**

EXHIBIT __*4*__
PAGE __*3*__

FAX

# BI_D & BIRD

鴻　鵠　律　師　行

| | | 6/F Asia Pacific Finance Tower |
|---|---|---|
| **To:** | Quinn Emanuel Urquhart Oliver & Hedges, LLP | Citibank Plaza |
| | | 3 Garden Road |
| **Atten\Ref:** | Michael T Zeller | Hong Kong |
| | | Tel: +852 2248 6000 |
| **Fax No:** | 1 213 624 0643 | Fax: +852 2248 6011 |
| | | www.twobirds.com |
| **From:** | Rianna Chugani | |
| | | **Partners** |
| | | Richard Fawcett |
| **Matter:** | MGA Entertainment and ABC International Traders | Matthew Laight |
| | | Edward Alder |
| **Our Ref:** | MHL/RMC/MATTE-003 | David Richardson |

**Your Ref:**

**Date:**　　23 September, 2003

**Number of pages (including this page):**　　44

Note: This fax is intended for the named addressee only.  It contains information which may be confidential and which may also be privileged.  Unless you are the named addressee (or authorised to receive for the addressee) you may not copy or use it, or disclose it to anyone else. If you have received it in error please notify us immediately so that we can arrange for its return. To do so, or if you have any queries, please telephone +852 2248 6000.

Please see attached

EXHIBIT _A_
PAGE _4_

# B¡RD & BIRD

鴻 鵠 律 師 行

Our Ref: MHL/RMC/MATTE.0003

Your Ref:

6/F Asia Pacific Finance Tower
Citibank Plaza
3 Garden Road
Hong Kong
Tel: +852 2248 6000
Fax +852 2248 6011
www.twobirds.com

23 September 2003

**BY FAX (1 213 624 0643) & BY POST**

Michael T Zeller
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 S. Figueroa Street
10th Floor
Los Angeles, California 90017
USA

Partners
Richard Fawcett
Matthew Laight
Edward Alder
David Richardson

Dear Michael

## MGA ENTERTAINMENT AND ABC INTERNATIONAL TRADERS

REDACTED

Best regards

Yours sincerely

**RIANNA CHUGANI**
Direct line: (852) 2248 6958
Email: rianna.chugani@twobirds.com

Encs

EXHIBIT ___A___
PAGE ___5___

Brussels    Düsseldorf    The Hague    Hong Kong    London    Milan    Paris    Stockholm

23- Case 2:04-cv-09049-DOC-RNB Document 6690-10 3 Filed 09/03/21 Page 8 of 51 Page ID #:218038

**HCA**   **HCA 7911/1999**

# IN THE HIGH COURT OF THE

ACCOUNTS OFFICE HIGH COURT

## HONG KONG SPECIAL ADMINISTRATIVE REGION

.00
FC2.    1045.00
1045.00

### COURT OF FIRST INSTANCE

14MAY '99#000B0010 14:23R

BETWEEN :-

|  |  |
|---|---|
| **MGA Entertainment (H.K.) Limited** | **Plaintiff** |
| and | |
| **LEAVES INDUSTRIES LIMITED** | **Defendant** |

To the *Defendant* **Leaves Industries Limited** whose registered office at Room 1208, 12th Floor, The Centre Mark, Nos.287-299 Queen's Road Central, Hong Kong.

**THIS WRIT OF SUMMONS** has been issued against you by the above-named Plaintiff in respect of the claim set out on the back.

Within 14 days after the service of this Writ on you, counting the day of service, you must wither satisfy the claim or return to the Registry of High Court the accompanying **ACKNOWLEDGMENT OF SERVICE** stating therein whether you intend to contest these proceedings.

If you fail to satisfy the claim or to return the Acknowledgment within the time stated, or if you return the Acknowledgment without stating therein an intention to contest the proceedings, the Plaintiff may proceed with the action and judgment may be entered against you forthwith without further notice.

Issued from the Registry of the High Court this *14 May* day of *1999* 1999.

Note:-    This Writ may not be served later than 12 calendar months beginning with that date unless renewed by order of the Court.

**IMPORTANT**
Directions for Acknowledgment of Service are given with the accompanying form.

S.C.549 (s)

EXHIBIT ___A___
PAGE ___6___

## ENDORSEMENT OF CLAIM
### (Please see attached)

Where the Plaintiff's claim is for a debt or liquidated demand only. If, within the time for returning the Acknowledgement of Service, the Defendant pays the amount claimed and $1,045.00 for costs and, if the Plaintiff obtains and order for substituted service, the additional sum of $565.00, further proceedings will be stayed. The money must be paid to the Plaintiff or his Solicitor.

**THIS WRIT** was issued by the said Plaintiff whose registered office is situate at Unit 704-6, Engergy Plaza, No.92 Granville Road, Tsimshatsui East, Kowloon, Hong Kong and (if the Plaintiff does not reside within the jurisdiction whose address for service is_____

_____).

EXHIBIT A
PAGE 07

## Indorsement of Claim

The Plaintiff's claim is for :-

1.    a Declaration that the moulds and toolings, as more particularized in the schedule annexed hereto "the said muolds and toolings", the property of the Plaintiff, is in the Defendant's possession;

2.    the delivery up forthwith of the said moulds and toolings and damages consequent upon the wrongful interference with the same by its detention;

3.    further or alternatively to (2) herein, damages;

4.    the sum of US$24,201.68 being the balance of airfreight charges due to the Defendant's late delivery of goods;

EXHIBIT 4
PAGE 8

5.    the sum of US$37.74 being short-shipment of goods by the Defendant;

6.    further or alternatively to (4) and (5) herein, damages;

7.    interest at such rate and such period as this Honourable Court shall deem just and proper pursuant to Section 48 of the High Court Ordinance, Cap.4.;

8.    costs; and

9.    further or other relief.

Dated the 14th day of May, 1999.

William M.L. Fan & Co.

Solicitors for the Plaintiff

D103.99/gc

EXHIBIT A
PAGE 9

## Schedule

| Tools | Item No. | Product Description | CAV./UP |
|-------|----------|---------------------|---------|
| (i) | 233183 | Space Station | |

Tooling breakdown:

| | | |
|---|---|---|
| 1. | Top cabinet | 1 x 1 |
| 2. | Back cabinet | 1 x 1 |
| 3. | Compartment door antenna | 1 x 1 |
| | Antenna | 1 x 2 |
| 4. | Middle cabinet | 1 x 1 |
| 5. | Handheld front & back | 1 x 1 |
| 6. | Transparent globe 2 pcs | 1 x 1 |
| 7. | Battery door and round bracket | 1 x 2 |
| 8. | Blue button on main unit | 1 x 2 |
| | 2 blue button on handheld unit | 1 x 4 |
| 9. | Ear piece front & back cabinet, left & right size bracket and battery door | 1 x 1 |

(ii) 1 Set 231936   Duplex Headset Walkie Talkie

| Tooling breakdown: | | | No. of Tools |
|---|---|---|---|
| 1. | Main Body – Front Cab. | 1 x 1 | 3 |
| | Main Body – Back Cab. | 1 x 1 | |
| 2. | Head Belt – Front | 1 x 1 | 2 |
| | Head Belt – Back | 1 x 1 | |
| 3. | MIC Cover – Top | 1 x 4 | 1 |
| | MIC Cover – Bottom | 1 x 4 | |

EXHIBIT ___A___
PAGE ___10___

| 4. | Head Belt – Connector Front | 1 x 3 | 1 |
| | Head Belt – Connector Back | 1 x 3 | |
| 5. | Eye Glass | 1 x 2 | 2 |
| 6. | Main Body Batter Door | 1 x 4 | 1 |

(iii)    234678    Laser Attack

Tooling breakdown:

| 1. | Cabinet – Left | 1 cav. |
| | – Right | 1 cav. |
| 2. | Battery Door | 2 cav. |
| | Trigger Button | 2 cav. |
| 3. | Lens Cover | 2 cav. |
| 4. | Gun cap for VR Laser Attack with new gun item | 6 cav./ 6 up |

(iv)    231417    RC Hockey

Tooling breakdown:

| 1. | Front/Rear Housing | 2 |
| | Receiver Battery Door | 2 |
| | Battery Door Setment | 2 |
| 2. | Bottom Housing (Upper) | 2 |
| | Bottom Housing (Lower) | 2 |
| | Gear Box (Upper) | 2 |
| | Gear Box (Lower) | 2 |
| 3. | Remote Control (Upper) | 2 |
| | Remote Control (Lower) | 2 |
| 4. | Push Button (Left) | 2 |
| | Push Button (Right) | 2 |
| 5. | Gear A to H | 2 |

EXHIBIT ___4___
PAGE ___11___

```
                    Motor Gear              2
                       Clutch Gear          2
            6.     Ball (Frontt) & Ball     2
                   (Bottom)
                   Hub FL, FR, RL & RR      4
            7.     Stick                    4
            8.     Tyres                    8
            9.     Net                      2
```

(v)      232612      RC Soccer

Tooling breakdown:

1.   Front & rear housing,     1 x 2
     head

2.   Battery door & door       2 x 2
     setment

(vi)     233961      Godzilla Walike Talkie

Tooling breakdown:

Plastic Tooling (1st Set)

```
1.   Base Unit - Top Cabinet   1C/1F
               - Back Cabinet   1C/1F
               - Battery Door   1C/1F
2.   Handset - Main Body        1C/1/2F
3.   Handset - Back Cabinet     1C/1/2F
               - Switch Button  1C/1/2F
               - Battery Door   1C/1/2F
4.   Tower - Higher Tower       1C/1F
5.   Tower - Lower Tower        1C/1F
6.   Antenna - Tower Antenna    8C/8F
```

Roto Tooling

EXHIBIT __4__
PAGE __12__

| 7. | Body | 6/2 |
| 8. | Head | 1/8 |
| 9. | Left Hand | 1/8 |
| 10. | .Right Hand | 1/8 |
| 11. | Left Foot | 1/8 |
| 12. | Right Foot | 1/8 |
| 13. | Tail | 2/8 |
| 14. | Stomach | 1/8 |
| 15. | 3rd Roto Mould Tooling | |

EXHIBIT __A__
PAGE __13__

HCA 7911 /1999

### IN THE HIGH COURT OF THE

### HONG KONG SPECIAL ADMINISTRATIVE REGION

### COURT OF FIRST INSTANCE

---

BETWEEN :-

MGA ENTERTAINMENT (H.K.) LIMITED          Plaintiff

and

LEAVES INDUSTRIES LIMITED          Defendant

---

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **WRIT OF SUMMONS**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Issued this 14 MAY day of          1999.

at 2:45 pm 1999

WILLIAM W. L. FAN & CO.
SOLICITORS
Room 1008, 10th Floor,
Wing On House,
71 Des Voeux Road Central,
Hong Kong.
Tel.: 2110 2128   Fax: 2111 9336
Ref: WF-600/RC (hh)
[C:\WF-600/RC-Writ]

EXHIBIT  A

PAGE  14

Exhibit J - Page 309

23-03-2824-04-098940-3C-ERB 3 Document 6590 10-3 Filed 02/04/09 / Page 17 of 51 Page ID 12/46 #:218047

# IN THE HIGH COURT OF THE

**HCA 5287/2000**

## HONG KONG SPECIAL ADMINISTRATIVE REGION

### COURT OF FIRST INSTANCE HIGH COURT ACC. OFFICE

### ACTION NO. 5287 OF 2000    Served by FEESPAID

```
FEE          1045.00
CHEQUE       1045.00
MAZ4 09960100095 1549R    FEESPAID
```

**Between**

### Golden Bright Manufacturer Limited                    *Plaintiff*

and

### MGA Entertainment (H.K.) Limited                    *Defendant*

---

### WRIT OF SUMMONS

---

To the Defendant whose registered office is at Unit 704 – 706, Energy Plaza, 92 Granville Road, Tsimshatsui East, Kowloon, Hong Kong.

THIS WRIT OF SUMMONS has been issued against you by the above-named Plaintiff in respect of the claim set out on the back.

Within 14 days after the service of this Writ on you, counting the day of service, you must either satisfy the claim or return to the Registry of the High Court the accompanying ACKNOWLEDGMENT OF SERVICE stating therein whether you intend to contest these proceedings.

If you fail to satisfy the claim or to return the Acknowledgment within the time stated, or if you return the Acknowledgment without stating therein an intention to contest the proceedings, the Plaintiff may proceed with the action and judgment may be entered against you forthwith without further notice.

Issued from the Registry of the High Court this    26th    day of    May    2000.

*Registrar*

Note:    This Writ may not be served later than 12 calendar months beginning with that date unless renewed by order of the Court.

*IMPORTANT:*    Directions for Acknowledgment of Service are given with the accompanying form.

EXHIBIT ___A___

PAGE ___15___

## STATEMENT OF CLAIM

1. The Plaintiff is and has at all material times been a private limited company organized and existing under the laws of the Hong Kong Special Administrative Region, having its registered office at Room 803, 8th Floor, Peninsula Centre, No. 67 Mody Road, Tsimshatsui East, Kowloon, Hong Kong. The Plaintiff carries on the business of designing, manufacturing, producing, selling and offering for sale children's toys.

2. Of the toys designed, manufactured and sold by the Plaintiff, one of them is a pinball game Art. No. 1010 (the "Plaintiff's pinball game").

3. The Plaintiff is and has at all material times been the owner of the copyright subsisting in artistic works relating to the design of each and every part of the Plaintiff's pinball game set out below (the "Artistic Works").

### Particulars of Artistic Works

4. The Plaintiff will rely upon the following original works (collectively the "Drawings").

   (a) Drawings in respect of the following parts of the Plaintiff's pinball game all created by Mr Bao Wei Gang: –

| Part Description | Date of Drawing |
|---|---|
| 1010 Ground box (底盒) | 2/11/1995 |
| 1010 Ground Box Big Front Lid (大前蓋) | 23/10/1995 |
| 1010 Ground Box Small Front Lid (小前蓋) | 23/10/1995 |
| Pinball Game Support Stand (支腳) | 27/10/1995 |
| 1010 Pinball Stick (波棍) | 23/10/1995 |
| 1010 Left Control Arm (左操縱杆) | 23/10/1995 |
| 1010 Right Control Arm (右操縱杆) | 23/10/1995 |
| 1010 Pinball Shot-out Channel (進球杆) | 23/10/1995 |

EXHIBIT _____ A

PAGE _____ 16

| | |
|---|---|
| 1010 Pinball Shooting Lever (擊球杆) | 23/10/1995 |
| 1010 Left Control Button (左拉鈎) | 23/10/1995 |
| 1010 Right Control Button (右拉鈎) | 23/10/1995 |
| 1010 Pinball Separating Panel (球欄) | 23/10/1995 |
| 1010 Pinball Transparent Cover (玻璃) | 25/10/1995 |
| 1010 Insulating Long Mat (絕緣長墊) | 25/10/1995 |
| 1010 Semicircular Protrusions (球形蓋) | 25/10/1995 |
| 1010 Meter Surface Cover (表頭面殼) | 27/10/1995 |
| 1010 Meter Bottom (表頭底) | 27/10/1995 |
| 1010 Big Press Button (大按鈕) | 27/10/1995 |
| 1010 Decorated Steel (印花鐵) | 10/11/1995 |
| 1010 φ3.7* 10 Cock-eyed (雞眼) | 10/11/1995 |
| 1010 Pinball (彈珠) | 10/11/1995 |
| 1010 pulling coil (拉簧) φ0.4*φ4*9Lmm | 10/11/1995 |
| 1010 pulling coil (拉簧) φ0.55*φ5.1*5L*15.2MM | 10/11/1995 |

(b)    A handsample in respect of the Plaintiff's pinball game created by Mr Bao Wei Gang in or about August 1995.

EXHIBIT ___A___
PAGE ___17___

23-SEP-2003 14:55 BIRD & BIRD
Case 2:04-cv-09049-DOC-RNB Document 6590-3 Filed 09/04/09 Page 20 of 17 Page ID #:218050

### Particulars of subsistence and ownership of copyright

5.   (a)    The Drawings in respect of the parts of the Plaintiff's pinball game set out in the tables in paragraph 4 above were first published in or about 29th April 1996 in Spain by the first marketing and sale by the Plaintiff of the Plaintiff's pinball game made in accordance therewith. Alternatively, the Drawings or one or more of them are unpublished.

  (b)    The Drawings are original works within the meaning of section 2 of the Copyright Ordinance (Cap 528) (the "Copyright Ordinance").

  (c)    Mr Bao Wei Gang who drew all the Drawings set out in the tables in paragraph 4 above was at all material times a citizen of, domiciled and resident in the People's Republic of China.

  (d)    Mr Bao Wei Gang was at all material times a full-time employee of the Plaintiff and drew the Drawings as set out in the tables in paragraph 4 above in the normal course of his employment with the Plaintiff.

6.    The Defendant is a limited company incorporated and existing under the laws of the Hong Kong Special Administrative Region, having its registered office at Unit 704-706, Energy Plaza, 92 Granville Road, Tsimshatsui East, Kowloon, Hong Kong. The Defendant is a supplier and distributor of children's games and toys.

7.    Prior to the issue of Writ herein, the Defendant has infringed and threatened to infringe the Plaintiff's copyright in the Artistic Works by the sale, offer for sale and supply, and the threat to sell, offer for sale and supply, in the ordinary course of the Defendant's business of pinball games which incorporate parts which are reproductions or reproductions of substantial parts of the Artistic Works.

### Particulars of Infringement

The Plaintiff will rely, pending discovery and/or interrogatories, upon the following: --

  (a)    the sale, offer for sale and supply and the threat to sell, offer for sale and supply, of the Defendant's WWF Pinball No. 237945 or any other name(s) the model has been marketed under.

  (b)    the importation into, and export from, Hong Kong on divers dates presently unknown to the Plaintiff of the games referred to in sub-paragraph (a) above.

EXHIBIT _____ A
PAGE _____ 18

- 4 -

The Plaintiff is unable, prior to discovery and/or interrogatories, to give further particulars of all of the Defendant's wrongful acts of infringement of the Artistic Works, but will seek to rely at trial on each and every such wrongful act.

8.   Insofar as is necessary, the Plaintiff will rely upon the fact that at all material times the Defendant knew or had reason to believe that copyright subsists in the Plaintiff's Artistic Works and that any unauthorised manufacture of or dealing in items of which complaint is made herein would amount to infringement thereof and would have amounted to such infringement had the same been manufactured or dealt with in Hong Kong.

### Particulars of knowledge

The Plaintiff will rely, pending discovery and/or interrogatories upon the following: -

(a)   The Defendant had in early 1997 had discussion with representatives of the Plaintiff on a potential business deal regarding supply and modifications of the Plaintiff's pinball game;

(b)   The representatives of the Defendant had in 1997 visited the Plaintiff's factory in Dongguan, the PRC, and the production line therein to inspect and observe the Plaintiff's capacity to produce the Plaintiff's pinball game and the Plaintiff's process of manufacturing and assembly of the Plaintiff's pinball game;

(c)   The Defendant had requested and been provided with at least 3 samples of the Plaintiff's pinball game for the purpose of production of mock-ups in early 1998.

9.   Further the Defendant threatens and intends to infringe and/or to continue the acts of infringement complained of hereinabove.

10.   By reasons of the matter aforesaid, the Plaintiff has suffered loss and damage and will unless the Defendant's acts be restrained by this Honourable Court, suffer further loss and damage.

11.   Further, the Defendant's acts of infringement of copyright have been flagrant and have earned a benefit for which effective relief would not otherwise be available. The Plaintiff is therefore entitled to and does claim an award of additional damages pursuant to Section 108(2) of the Copyright Ordinance.

KKSW/595761/1/RRD0029a

EXHIBIT ___A___
PAGE ___19___

- 5 -

## Particulars of Additional Damages

The Plaintiff will rely, pending discovery and/or interrogatories, upon the Particulars of Knowledge pleaded in paragraph 8 above.

12. Pursuant to Section 48 of the High Court Ordinance, the Plaintiff is entitled to and claims interests upon such sums as shall be awarded for such period and at such rate as this Honourable Court shall deem just.

## AND THE PLAINTIFF CLAIMS:

1. An injunction to restrain the Defendant, whether acting by itself, its directors, officers, servants, agents, associated businesses and/or companies or otherwise howsoever from selling, offering for sale or supplying pinball games incorporating parts which are reproductions or reproductions of substantial parts of the Artistic Works or otherwise from infringing the Plaintiff's copyright in the Artistic Works.

2. An order for delivery up or at the Plaintiff's option, destruction upon oath of all goods, articles, materials in the possession, power, custody or control of the Defendant, the continued use, sale or distribution of or otherwise howsoever dealing in or with by the Defendant which would offend against any of the foregoing injunctions.

3. Damages, or alternatively an enquiry as to damages, or at the Plaintiff's option, an account of profits in respect of the Defendant's aforesaid wrongful acts of infringement.

4. Additional damages pursuant to section 108(2) of the Copyright Ordinance.

5. An order for payment by the Defendant to the Plaintiff of all sums found due upon making such enquiries and/or accounts, together with interest at such rate and for such period as this Honourable Court shall deem just pursuant to section 48 of the High Court Ordinance (Cap. 4).

6. An order for discovery on oath of all matters relating to the foregoing.

7. Costs.

KKSW/595761/1/RRD0029a

EXHIBIT ___A___
PAGE ___20___

Exhibit J - Page 315

- 6 -

Such further or other relief as this Honourable Court shall deem just.

Dated    26th    day of May 2000.

JOHNSON STOKES & MASTER
Solicitors for the Plaintiff

KKSW/595761/1/RRD0029a

HCA

IN THE HIGH COURT OF THE HONG KL.
SPECIAL ADMINISTRATIVE REGION

COURT OF FIRST INSTANCE
ACTION NO. 5287 OF 2000

**Between**

**Golden Bright Manufacturer Limited**     *Plaintiff*

and

**MGA Entertainment (H.K.) Limited**   *Defendant*

WRIT OF SUMMONS

Issued on the 2⋅⋅ day of May 2000.

Filed on the 26⋅⋅ day of May 2000.

2.35

JOHNSON STOKES & MASTER,
Solicitors for the Plaintiff,
19th Floor, Prince's Building,
Chater Road, Hong Kong.
Tel. No. 2843-2211
Fax No. 2845-9121
Ref. KKSW/G595761/1

[RRD0032]

EXHIBIT ___A___
PAGE ___22___

HCA *2687* /2003

# IN THE HIGH COURT OF THE
## HONG KONG SPECIAL ADMINISTRATIVE REGION
### COURT OF FIRST INSTANCE
### CIVIL ACTION NO. *2687* OF 2003

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

BETWEEN:-

**MGA ENTERTAINMENT INC.**             **Plaintiff**

**and**

**HUNGLAM TOYS COMPANY LIMITED**       **Defendant**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

To the Defendant **HUNGLAM TOYS COMPANY LIMITED** whose registered office situate at Flat B, 14th Floor, Glee Industrial Building, 77-81 Chai Wan Kok Street, Tsuen Wan, New Territories.

**THIS WRIT OF SUMMONS** has been issued against you by the above-named Plaintiff in respect of the claim set out on the back.

Within 14 days after the service of this Writ on you, counting the day of service, you must either satisfy the claim or return to the Registry of High court the accompanying **ACKNOWLEDGEMENT OF SERVICE** stating therein whether you intend to contest these proceedings.

If you fail to satisfy the claim or to return the Acknowledgement within the time stated, or if you return the Acknowledgement without stating therein an intention to contest the proceedings, the Plaintiff(s) may proceed with the action and judgment may be entered against you forthwith without further notice.

Issued from the Registry of the High Court this    day of  **22 JUL 2003**  2003.

*Registrar*

Note:-    This Writ may not be served later than 12 calendar months beginning with that date unless renewed by order of the Court.

**IMPORTANT**

Directions for Acknowledgement of Service are given with the accompanying form.

S.C.549 (s)

C:\C-MY DOCUMENTS\Litigation\WF-2018-MGA\Writ with Indorsement.doc

Restriction on removal of documents
(The Rules of the High Court,
Order 63. Rule 9)

凡涉將任何法庭已存
帶離本登記處
院條例第 63
C 條

EXHIBIT    *A*

PAGE    23

Exhibit J - Page 318

## INDORSEMENT OF CLAIM

The Plaintiff claims:-

(1) An injunction to restrain the Defendant and whether acting by itself, its directors, officers, servants, agents or employees or any of them or otherwise howsoever from infringing the Plaintiff's copyright in original artistic works relating to the Plaintiff's fashion dolls under the name "BRATZ" and/or from directing, procuring, instigating, causing, enabling or assisting others to do so.

(2) An order for delivery up or destruction upon oath of all articles and materials in the Defendant's possession, power, custody or control including dies, plates, templates, labels, moulds, leaflets, catalogues and packaging the use or sale or dealing therewith by the Defendant would offend against the foregoing injunctions or either of them.

(3) An inquiry as to damages, alternatively damages or, at the Plaintiff's option, account of profits, in respect of the Defendant's wrongful acts of infringement of copyright as aforesaid.

(4) Additional damages pursuant to section 108(2) of the Copyright Ordinance.

(5) An order for the payment by the Defendant's of all sums found due to the Plaintiff upon making such inquiries and/or accounts together with such interest thereon as this Honourable Court shall deem just pursuant to Section 48 of the High Court Ordinance.

(6) An order for discovery or verification upon oath of all matters relating to the foregoing.

(7) Costs.

(8) Such further or other relief as this Honourable Court shall deem just.

Dated the       day of  22 JUL 2003  2003.

William W. L. Fan & Co.
Solicitors for the Plaintiff

EXHIBIT    _A_
PAGE    _24_

Exhibit J - Page 319

# STATEMENT OF CLAIM

## (Please see attached)

~~*(Where the Plaintiff's claim is for a debt or liquidated demand only: If, within the time for returning the Acknowledgment of Service, the Defendant pays the amount claimed and $1,550.00 for costs and, if the Plaintiff obtains an order for substituted service, the additional sum of $565.00, further proceedings will stayed. The money must be paid to the Plaintiff or his Solicitors.)~~

**THIS WRIT** was issued by Messrs. William W. L. Fan & Co. of Room 507, 5th Floor, Hang Seng Building, 77 Des Voeux Road Central, Hong Kong, Solicitors for the Plaintiff MGA Entertainment Inc. whose principal place of business is situate at 16730 Schoenborn Street, North Hills, Ca 91343-6122, USA and c/o Room 1001, 10th Floor, Empire Centre, 68 Mody Road, Tsimshatsui East, Kowloon, Hong Kong.

EXHIBIT ___A___
PAGE ___25___

Exhibit J - Page 320

HCA 2687/2003

IN THE HIGH COURT OF THE

HONG KONG SPECIAL ADMINISTRATIVE REGION

COURT OF FIRST INSTANCE

ACTION NO. 2687 OF 2003

MGA ENTERTAINMENT INC.                    **Plaintiff**

and

HUNGLAM TOYS COMPANY LIMITED             **Defendant**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**WRIT OF SUMMONS**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Issued this        day of   22 JUL 2003.

**WILLIAM W. L. FAN & CO.**
**SOLICITORS**
Room 507, 5th Floor,
Hang Seng Building,
77 Des Voeux Road Central,
Hong Kong.
Tel.: 2110 2128  Fax: 2111 9336
Ref: WF-2015-RC

EXHIBIT _A_
PAGE _26_

Exhibit J - Page 321

I  friction on removal of documents
(The Rules of the High Court,
Order 63, Rule 9)

HCA 3242/2003

## IN THE HIGH COURT OF THE
## HONG KONG SPECIAL ADMINISTRATIVE REGION
### COURT OF FIRST INSTANCE
### CIVIL ACTION NO. 3242 OF 2003

*******************************

嚴禁將任何法庭已件
檔文件帶離本登記處
(高等法院條例第 63
号命令第 9 條)

BETWEEN:-

MGA ENTERTAINMENT INC.                                  Plaintiff

and

UNION TOP (HK) COMPANY LIMITED                        Defendant

*******************************

To the Defendant UNION TOP (HK) COMPANY LIMITED whose registered office situate at Room 1105, 11th Floor, Tower II, Enterprise Square, 9 Sheung Yuet Road, Kowloon Bay, Hong Kong.

THIS WRIT OF SUMMONS has been issued against you by the above-named Plaintiff in respect of the claim set out on the back.

Within 14 days after the service of this Writ on you, counting the day of service, you must either satisfy the claim or return to the Registry of High court the accompanying ACKNOWLEDGEMENT OF SERVICE stating therein whether you intend to contest these proceedings.

If you fail to satisfy the claim or to return the Acknowledgement within the time stated, or if you return the Acknowledgement without stating therein an intention to contest the proceedings, the Plaintiff(s) may proceed with the action and judgment may be entered against you forthwith without further notice.

Issued from the Registry of the High Court this       day of                    2003.

_Registrar_

Note:-      This Writ may not be served later than 12 calendar months beginning with that date unless renewed by order of the Court.

### IMPORTANT
Directions for Acknowledgement of Service are given with the accompanying form.

S.C.549 (s)

1

EXHIBIT _A_
PAGE _27_

Exhibit J - Page 322

## INDORSEMENT OF CLAIM

The Plaintiff's claim is for:

1. An injunction to restrain the Defendant whether acting by itself, its directors, officers, servants or agents or any of them or otherwise howsoever from infringing the Plaintiff's copyright subsisting in original works relating to the Plaintiff's "BRATZ" dolls.

2. An injunction to restrain the Defendant whether acting by itself, its directors, officers, servants or agents or any of them or otherwise howsoever from infringing the Plaintiff's Trade Marks Nos. 200213329 and/or 200309866.

3. An injunction to restrain the Defendant whether acting by itself, its directors, officers, servants or agents or any of them or otherwise howsoever from passing off, attempting to pass off, causing, enabling or assisting others to pass off dolls and doll accessories not the products of or associated with the Plaintiff as and for the products of or associated with the Plaintiff by the use in connection therewith:

   (a) Dolls appearing identical or deceptively or confusingly similar to the Plaintiff's "BRATZ" dolls or any of them;

   (b) The mark "BRATZ" or any mark deceptively or confusingly similar to the Plaintiff's trade mark "BRATZ"; and/or

   (c) Packaging for dolls identical or deceptively or confusingly similar to the Plaintiff's packaging for dolls,

   or by any other means whatsoever.

3

EXHIBIT _____A_____
PAGE _____28_____

4.     An injunction to restrain the Defendant whether acting by itself, its directors, officers, servants or agents or any of them or otherwise howsoever from authorizing, procuring, causing, enabling or assisting others to do any of the acts the subject of the foregoing injunctions or any of them.

5.     An order for delivery up upon oath of all dolls, packaging and other articles, papers and materials in the possession, custody, power or control of the Defendant the continued retention and use of or dealing in or with which by the Defendant would offend against the foregoing injunctions or any of them.

6.     Damages or an inquiry as to damages or, at the Plaintiff's option, an account of profits in respect of:

    (a)    infringement of copyright (damages to include additional damages);

    (b)    infringement of trade mark (damages to include exemplary damages); and/or

    (c)    passing off (damages to include exemplary damages).

7.     An order for payment of all sums found due to the Plaintiff upon taking such an inquiry or account together with such interest thereon as this Honourable Court shall deem just pursuant to the High Court Ordinance.

8.     Discovery upon oath of all matters relating to the foregoing.

EXHIBIT __A__
PAGE ___29___

Exhibit J - Page 324

9.    Costs.

10.   Further or other relief.

Dated this   28 day of August, 2003.

WILLIAM W. L. FAN & CO.

Solicitors for the Plaintiff

EXHIBIT ___A___
PAGE ___30___

Exhibit J - Page 325

## STATEMENT OF CLAIM

(Please see attached)

~~*(Where the Plaintiff's claim is for a debt or liquidated demand only: If, within the time for returning the Acknowledgment of Service, the Defendant pays the amount claimed and $1,550.00 for costs and, if the Plaintiff obtains an order for substituted service, the additional sum of $565.00, further proceedings will stayed. The money must be paid to the Plaintiff or his Solicitors.)~~

**THIS WRIT** was issued by Messrs. William W. L. Fan & Co. of Room 507, 5th Floor, Hang Seng Building, 77 Des Voeux Road Central, Hong Kong, Solicitors for the Plaintiff MGA Entertainment Inc. whose principal place of business is situate at 16730 Schoenborn Street, North Hills, Ca 91343-6122, USA and c/o Room 1001, 10th Floor, Empire Centre, 68 Mody Road, Tsimshatsui East, Kowloon, Hong Kong.

C:\C-NY DOCUMENTS\Litigation\WF-1975-Union Top\Writ with Indorsement.doc

EXHIBIT _____A_____
PAGE _____31_____

HCA      /2003

# IN THE HIGH COURT OF THE

# HONG KONG SPECIAL ADMINISTRATIVE REGION

# COURT OF FIRST INSTANCE

## ACTION NO.      OF 2003

MGA ENTERTAINMENT INC.                    **Plaintiff**

and

UNION TOP (HK) COMPANY LIMITED      Defendant

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## WRIT OF SUMMONS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Issued this    day of        2003.

**WILLIAM W. L. FAN & CO.**
**SOLICITORS**
Room 507, 5th Floor,
Hang Seng Building,
77 Des Voeux Road Central,
Hong Kong.
Tel.: 2110 2128    Fax: 2111 9336
Ref: WF-1975-RC

EXHIBIT ___ *A* ___

PAGE ___ *32* ___

HCA 1885 /2003

# IN THE HIGH COURT OF THE HONG KONG SPECIAL ADMINISTRATIVE REGION
## COURT OF FIRST INSTANCE
### CIVIL ACTION NO. 1885 OF 2003

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

BETWEEN:-

**MGA ENTERTAINMENT INC.**  1st Plaintiff

**MGA ENTERTAINMENT (H.K.) LIMITED**  2nd Plaintiff

**and**

**DOUBLE GRAND CORPORATION LIMITED**  Defendant

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

To the Defendant **DOUBLE GRAND CORPORATION LIMITED** whose registered office situate at Room 501A, Energy Plaza, 92 Granville Road, Tsimshatsui East, Kowloon, Hong Kong.

**THIS WRIT OF SUMMONS** has been issued against you by the above-named Plaintiff(s) in respect of the claim set out on the back.

Within 14 days after the service of this Writ on you, counting the day of service, you must either satisfy the claim or return to the Registry of High court the accompanying **ACKNOWLEDGEMENT OF SERVICE** stating therein whether you intend to contest these proceedings.

If you fail to satisfy the claim or to return the Acknowledgement within the time stated, or if you return the Acknowledgement without stating therein an intention to contest the proceedings, the Plaintiff(s) may proceed with the action and judgment may be entered against you forthwith without further notice.

Issued from the Registry of the High Court this 26th day of  May  2003.

*Registrar*

Note:-  This Writ may not be served later than 12 calendar months beginning with that date unless renewed by order of the Court.

## IMPORTANT
Directions for Acknowledgement of Service are given with the accompanying form.

S.C.549 (s)

\\…host\My Documents\Rajadmin\4-182\Endorsement of Claim(Double Grand) .doc

EXHIBIT ___A___
PAGE ___33___

STATEMENT OF CLAIM

(Please see attached)

*(Where the Plaintiff's claim is for a debt or liquidated demand only: If, within the time for returning the Acknowledgment of Service, the Defendant pays the amount claimed and $1,550.00 for costs and, if the Plaintiff obtains an order for substituted service, the additional sum of $565.00, further proceedings will stayed. The money must be paid to the Plaintiff or his Solicitors.)

THIS WRIT was issued by Messrs. William W.L. Fan & Co. of Room 507, 5th Floor, Hang Seng Building, 77 Des Voeux Road Central, Hong Kong, Solicitors for the 1st Plaintiff MGA Entertainment Inc. whose principal place of business is situated at 16730 Schoenborn Street, North Hills, Ca 91343-6122, USA and the 2nd Plaintiff MGA Entertainment (H.K.) Limited whose registered office is situated at Room 1001, Empire Centre, 68 Mody Road, Tsimshatsui East, Kowloon, Hong Kong.

EXHIBIT ___A___
PAGE ___34___

Exhibit J - Page 329

## INDORSEMENT OF CLAIM

The 1ˢᵗ and 2ⁿᵈ Plaintiffs claim:-

(1)    An injunction to restrain the Defendant and whether acting by itself, its directors, officers, servants, agents or employees or any of them or otherwise howsoever from infringing the 1ˢᵗ Plaintiff's copyright in original artistic works relating to the 1ˢᵗ Plaintiff's fashion dolls under the name "Bratz" and/or from directing, procuring, instigating, causing, enabling or assisting others to do so.

(2)    An order for delivery up or destruction upon oath of all articles and materials in the Defendant's possession, power, custody or control including dies, plates, templates, labels, moulds, leaflets, catalogues and packaging the use or sale or dealing therewith by the Defendant would offend against the foregoing injunctions or either of them.

(3)    An inquiry as to damages, alternatively damages or, at the Plaintiffs' option, account of profits, in respect of the Defendant's wrongful acts of infringement of copyright and passing off as aforesaid.

(4)    Additional damages pursuant to section 108(2) of the Copyright Ordinance.

(5)    An order for the payment by the Defendant's of all sums found due to the Plaintiffs upon making such inquiries and/or accounts together with such interest thereon as this Honourable Court shall deem just pursuant to Section 48 of the High Court Ordinance.

(6)    An order for discovery or verification upon oath of all matters relating to the foregoing.

(7)    Costs.

(8)    Such further or other relief as this Honourable Court shall deem just.

Dated the 26ᵗʰ day of May 2003.

Colin Andrew Shipp
Counsel for the 1ˢᵗ and 2ⁿᵈ Plaintiffs

William W. L. Fan & Co.
Solicitors for the 1ˢᵗ and 2ⁿᵈ Plaintiffs

W:\hk\k\My Documents\Migration\v6-1921\Indorsement of Claim(Double Grand) .doc

EXHIBIT    A
PAGE    35

Exhibit J - Page 330

HCA    /2003

# IN THE HIGH COURT OF THE

## HONG KONG SPECIAL ADMINISTRATIVE REGION

### COURT OF FIRST INSTANCE

### ACTION NO.1883 OF 2003

---

| | |
|---|---|
| **MGA ENTERTAINMENT INC.** | **1st Plaintiff** |
| **MGA ENTERTAINMENT (H.K.) LIMITED** | **2nd Plaintiff** |

and

| | |
|---|---|
| **DOUBLE GRAND CORPORATION  LIMITED** | **Defendant** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### WRIT OF SUMMONS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Issued this 26th day of May   2003.

### WILLIAM W. L. FAN & CO.
### SOLICITORS
Room 507, 5th Floor,
Hang Seng Building,
77 Des Voeux Road Central,
Hong Kong.
Tel.: 2110 2128  Fax: 2111 9336
Ref: WF-1921-RC

EXHIBIT ___A___
PAGE ___36___

(Folio 1)

# HCA 2152/2002

HCA 2/52 /2002

## IN THE HIGH COURT OF THE
## HONG KONG SPECIAL ADMINISTRATIVE REGION
## COURT OF FIRST INSTANCE
## CIVIL ACTION NO. 2/52 OF 2002

HIGH COURT ACC. OFFICE

Served by    FEESPAID

FC2                              1045.00
CHEQUE                           1045.00
JUN05 '02#001A0349 14:59R        FEESPAID

*******************************

BETWEEN:-

**ABC INTERNATIONAL TRADERS, INC.**                    **Plaintiff**
**doing business as MGA ENTERTAINMENT**

and

**TOYS & TRENDS (HONG KONG) LIMITED**                  **1st Defendant**

**CITYWORLD LIMITED**                                  **2nd Defendant**

**JURG WILLI KESSELRING**                              **3rd Defendant**

*****************************

To the 1st Defendant **TOYS & TRENDS (HONG KONG) LIMITED** and the 2nd Defendant **CITYWORLD LIMITED** whose respective registered offices both situate at Room 1111, Wing On Plaza, 62 Mody Road, Tsimshatsui East, Kowloon, Hong Kong and the 3rd Defendant **JURG WILLI KESSELRING** of Room 1111, Wing On Plaza, 62 Mody Road, Tsimshatsui, East, Kowloon, Hong Kong.

   **THIS WRIT OF SUMMONS** has been issued against you by the above-named Plaintiff(s) in respect of the claim set out on the back.

   Within 14 days after the service of this Writ on you, counting the day of service, you must either satisfy the claim or return to the Registry of High court the accompanying **ACKNOWLEDGEMENT OF SERVICE** stating therein whether you intend to contest these proceedings.

   If you fail to satisfy the claim or to return the Acknowledgement within the time stated, or if you return the Acknowledgement without stating therein an intention to contest the proceedings, the Plaintiff(s) may proceed with the action and judgment may be entered against you forthwith without further notice.

   Issued from the Registry of the High Court this 5th day of June

Note:-    This Writ may not be served later than 12 calendar months beginning with that date unless renewed by order of the Court.

### IMPORTANT
Directions for Acknowledgement of Service are given with the accompanying form.
S.C.549 (s)

D:\My Documents\Trade Mark Patent\WP-1605-MGA\Revised Indorsement of Claim.doc

EXHIBIT ___A___
PAGE ___37___

Exhibit J - Page 332

## STATEMENT OF CLAIM
(Please see attached)

\*(Where the Plaintiff's claim is for a debt or liquidated demand only: If, within the time for returning the Acknowledgment of Service, the Defendant pays the amount claimed and $1,550.00 for costs and, if the Plaintiff obtains an order for substituted service, the additional sum of $565.00, further proceedings will be stayed. The money must be paid to the Plaintiff or his Solicitors.)

**THIS WRIT** was issued by Messrs. William W. L. Fan & Co. of Room 507, 5th Floor Hang Seng Building, 77 Des Voeux Road Central, Hong Kong, Solicitors for the Plaintiff ABC International Traders, Inc. d/b/a MGA Entertainment whose places of business are situated at 16730 Schoenborn Street, North Hills, Ca 91343-6122, USA and Unit 704-706, Room 1001, Empire Centre, 68 Mody Road, Tsimshatsui East, Kowloon, Hong Kong.

William W. L. Fan & Co
Solicitors for the Plaintiff

EXHIBIT __A__
PAGE __38__

## INDORSEMENT OF CLAIM

The Plaintiff claims:-

(1)  An injunction to restrain the 1st, 2nd and 3rd Defendants and each of them, in the case of the 1st and 2nd Defendants whether acting by themselves, their respective directors, officers, servants, agents or employees or any of them or otherwise howsoever and in the case of the 3rd Defendant whether acting by himself, his servants or agents or any of them or otherwise howsoever from: -

   (a)  infringing the Plaintiff's copyright in original artistic works relating to the Plaintiff's fashion dolls and their accessories and packaging under the name "Bratz"; and

   (b)  passing off, attempting to pass off, causing, enabling or assisting others to pass off in Canada, Spain, United Kingdom and United States of America and elsewhere, goods, in particular, dolls and/or their packaging and/or their accessories not the goods of the Plaintiff as and for the goods of the Plaintiff or as being associated, licensed or endorsed by the Plaintiff in any way howsoever or by any colourable imitation confusingly or deceptively similar thereto.

   and/or from directing, procuring, instigating, causing, enabling or assisting others to do so.

(2)  An order for delivery up or destruction upon oath of all articles and materials in the Defendants' possession, power, custody or control including dies, plates, templates, labels, moulds, leaflets, catalogues and packaging the use or sale or dealing therewith by the Defendants or each of them would offend against the foregoing injunctions or either of them.

(3)  An inquiry as to damages, alternatively damages or, at the Plaintiff's option, account of profits, in respect of the 1st 2nd and 3rd Defendants' wrongful acts of infringement of copyright and passing off as aforesaid.

(4)  Additional damages pursuant to section 108(2) of the Copyright Ordinance.

(5)  An order for the payment by the 1st 2nd and 3rd Defendants of all sums found due to the Plaintiff upon making such inquiries and/or accounts together with such interest thereon as this Honourable Court shall deem just pursuant to Section 48 of the High Court Ordinance.

D:\My Documents\Trade Mark Patent\WF-1565-MGA\Revised Indorsement of Claim.doc

EXHIBIT ___4___
PAGE ___39___

An order for discovery or verification upon oath of all matters relating to the foregoing.

(7)    Costs.

(8)    Such further or other relief as this Honourable Court shall deem just.


Dated the 5th day of June 2002.


William W. L. Fan & Co.
Solicitors for the Plaintiff

EXHIBIT _____ A
PAGE _____ 40

Exhibit J - Page 335

HCA 2/52/20

IN THE HIGH COURT OF THE

HONG KONG SPECIAL ADMINISTRATIVE REGION

COURT OF FIRST INSTANCE

ACTION NO. 2/5 2 OF 2002

ABC INTERNATIONAL TRADER, INC.                    Plaintiff
doing business as MGA ENTERTAINMENT

and

TOYS & TRENDS (HONG KONG) LIMITED    1st Defendant

CITYWORLD LIMITED                        2nd Defendant

JURG WILLI KESSELRING                    3rd Defendant

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**WRIT OF SUMMONS**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Issued this 5th day of June 2002.

**WILLIAM W. L. FAN & CO.**
**SOLICITORS**
Room 507, 5th Floor,
Hang Seng Building,
77 Des Voeux Road Central,
Hong Kong.
Tel.: 2110 2128 Fax: 2111 9336
Ref: WF-1595-TC/CL

EXHIBIT _____A_____
PAGE _____41_____

Exhibit J - Page 336

(Folio 1)

# HCA 3010/2002

HCA 3₀/₁ /2002

## IN THE HIGH COURT OF THE
### HONG KONG SPECIAL ADMINISTRATIVE REGION
### COURT OF FIRST INSTANCE
### CIVIL ACTION NO. 3₀/₁ OF 2002

ACCOUNTS OFFICE HIGH COURT

13    TB     .00
FC2   1045.00
CHEQUE   1045.00

************************* 02H000B0210 11:08R

BETWEEN:-

ABC INTERNATIONAL TRADERS, INC.       **Plaintiff**
doing business as MGA ENTERTAINMENT

and

QUALIMAN INDUSTRIAL COMPANY LIMITED     **1st Defendant**

PRIME DESIGNS, LIMITED             **2nd Defendant**

*********************************

To the 1st Defendant **QUALIMAN INDUSTRIAL COMPANY LIMITED** whose registered office situates at Room 1903, Cheung Tat Centre, 18 Cheung Lee Street, Chai Wan, Hong Kong and the 2nd Defendant **PRIME DESIGNS, LIMITED** whose registered office situates at 3rd Floor, Flat Q, Kaiser Estate Phase 3, Hok Yuen Street, Kowloon, Hong Kong.

**THIS WRIT OF SUMMONS** has been issued against you by the above-named Plaintiff(s) in respect of the claim set out on the back.

Within 14 days after the service of this Writ on you, counting the day of service, you must either satisfy the claim or return to the Registry of High court the accompanying **ACKNOWLEDGEMENT OF SERVICE** stating therein whether you intend to contest these proceedings.

If you fail to satisfy the claim or to return the Acknowledgement within the time stated, or if you return the Acknowledgement without stating therein an intention to contest the proceedings, the Plaintiff(s) may proceed with the action and judgment may be entered against you forthwith without further notice.

Issued from the Registry of the High Court this 8th day of August 2002.

Note:-    This Writ may not be served later than 12 calendar months beginning with that date unless renewed by order of the Court.

**IMPORTANT**
Directions for Acknowledgement of Service are given with the accompanying form.

S.C.549 (s)

C:\C:-My Documann\Maa6mWF-1STZ-MGA\wf-1STZ-wft.doc

EXHIBIT ___A___
PAGE ___42___

**STATEMENT OF CLAM**
(please see attached)

~~*(Where the Plaintiff's claim is for a debt or liquidated demand only. If, within the time for~~ returning the Acknowledgement of Service, the Defendant pays the amount claimed and $ for costs and, if the Plaintiff obtains an order for substituted service, the additional sum of $ , further proceedings will be stayed. The money must be paid to the Plaintiff or his ~~Solicitors.)~~

**THIS WRIT** was issued by Messrs. William W.L. Fan & Co. of Room 507, 5th Floor, Hang Seng Building, 77 Des Voeux Road Central, Hong Kong, Solicitors for the Plaintiff ABC International Traders, Inc. d/b/a MGA Entertainment of 16730 Schoenborn Street, North Hills, California 91343-6122, USA and of Room 1001, Empire Centre, 68 Mody Road, Tsimshatsui East, Kowloon, Hong Kong.

William W.L. Fan & Co.
Solicitors for the Plaintiff

EXHIBIT ___A___
PAGE ___43___

Exhibit J - Page 338

# INDORSEMENT OF CLAIM

The Plaintiff claims:-

(1) Against the 1st Defendant for damages for breach of a contract in writing dated 12th December 2001 made between the Plaintiff and the 1st Defendant.

(2) An injunction to restrain the 1st and 2nd Defendants and either of them whether acting by themselves, their respective directors, officers, servants, agents or employees or any of them or otherwise howsoever from infringing the Plaintiff's copyright in original artistic works relating to the Plaintiff's fashion dolls and their accessories and packaging under the names "Bratz" and/or "Bratzpack" and/or from directing, procuring, instigating, causing, enabling or assisting others to do so.

(3) An order for delivery up or destruction upon oath of all goods, articles and materials in the Defendants' possession, power, custody or control including dies, plates, templates, labels, moulds, leaflets, catalogues and packaging the use or sale or dealing therewith by the Defendants or either of them would offend against the foregoing injunction.

(4) An inquiry as to damages, alternatively damages or, at the Plaintiff's option, account of profits, in respect of the 1st and 2nd Defendants' wrongful acts of infringement of copyright.

(5) Additional damages pursuant to section 108(2) of the Copyright Ordinance.

(6) Damages for breach of contract.

(7) An order for the payment by the 1st and 2nd Defendants of all sums found due to the Plaintiff upon making such inquiries and/or accounts together with such interest thereon as this Honorable Court shall deem just pursuant to Section 48 of the High Court Ordinance.

(8) An order for discovery or verification upon oath of all matters relating to the foregoing.

(9) Interests.

(10) Costs.

(11) Such further or other relief as this Honorable Court shall deem just.

C:\C-My Documents\Ligation\W-1572-MOA\w4-1572 writ.doc

EXHIBIT ___A___
PAGE ___44___

Exhibit J - Page 339

Dated the 8th day of August 2002.

*William W. L. Fan & Co.*

William W. L. Fan & Co.
Solicitors for the Plaintiff

EXHIBIT __A__
PAGE __45__

Exhibit J - Page 340

HCA $^{3v/_z}$ /200$_z$

IN THE HIGH COURT OF THE

HONG KONG SPECIAL ADMINISTRATIVE REGION

COURT OF FIRST INSTANCE

ACTION NO. $^{3v/_z}$ OF 2002

---

ABC INTERNATIONAL TRADER, INC.          Plaintiff
doing business as MGA ENTERTAINMENT


and


QUALIMAN INDUSTRIAL
COMPANY LIMITED                    1st Defendant

PRIME DESIGNS, LIMITED             2nd Defendant

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**WRIT OF SUMMONS**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Issued this 3rd day of August 2002.
$\pm$ 1230

**WILLIAM W. L. FAN & CO.**
**SOLICITORS**
Room 507, 5th Floor,
Hang Seng Building,
77 Des Voeux Road Central,
Hong Kong.
Tel.: 2110 2128   Fax: 2111 9336
Ref: WF-1572-MKL

EXHIBIT ___A___
PAGE ___46___

Master S. Kwang

05/02/2003 (Wed) 09:30 am

HCMP438 /2003



(Folio 1)

**HCMP 438/2003**

IN THE HIGH COURT OF THE

HONG KONG SPECIAL ADMINISTRATIVE REGION

COURT OF FIRST INSTANCE

MISCELLANEOUS PROCEEDINGS NO.438 OF 2003

HIGH COURT ACC. OFFICE

Served by FEESPAID

1045.00
1045.00
FEESPAID

IN THE MATTER OF WATERCORE LIMITED (In Creditors' Voluntary Winding-up under Section 228A of the Companies Ordinance, Cap. 32)

And

IN THE MATTER OF Rules 208 & 95 of Companies (Winding-up) Rules, Companies Ordinance, Cap.32

BETWEEN

MGA ENTERTAINMENT (H.K.) LIMITED

Applicant

And

LO KWOK HUNG JOHN
Liquidator of WATERCORE LIMITED
(In Creditors' Voluntary Winding-up under
Section 228A of the Companies Ordinance, Cap 32)

Respondent

Rule 208 of Companies      )
Winding-up Rules,          )
Companies Ordinance, Cap.32 )

— support at ☺

**SUMMONS**

LET ALL PARTIES CONCERNED attend before Master S, Kwang in Chambers at the High Court, 38 Queensway, Hong Kong, on the 5th day of February 2003, at 9:30 o'clock in the fore -noon on the hearing of the application of MGA Entertainment (H.K.) Limited (a creditor in the said Creditors' Voluntary Winding-up matter) for an Order that: -

- 1 -

EXHIBIT _A_
PAGE _47_

Exhibit J - Page 342

1. MGA Entertainment (H.K.) Limited do have leave to file within 21 days from the date of the Order to be sought herein, its appeal under Rule 95 of Companies Winding-up Rules, Companies Ordinance (Cap.32) against the Notice of Rejection of Proof of Debt (Form 65) dated 16th January 2003 issued by the Respondent herein.

2. The time for service of this Summons be abridged.

3. Costs of this application be provided for ~ *to the Respondent assessed gross sum of $1,500 payable forthwith*

Dated the    29th    day of January    2003.

*Estimated time: 3 minutes.*

Registrar

This Summons was taken out by Messrs. William W. L. Fan & Co. of Room 507, 5th Floor, Hang Seng Building, 77 Des Voeux Road Central, Hong Kong, Solicitors for the Applicant.

To :   (1) **The Registrar**
of the High Court

&

(2) **LO KWOK HUNG JOHN**
Liquidator of Watercore Limited
(In Creditors' Voluntary Winding-up
under Section 228A of
Companies Ordinance (Cap.32))
of Unit 2303, 23rd Floor,
SUP Tower, 75-83 King's Road,
North Point, Hong Kong.

**IF you do not attend, the Court may make such order as it thinks fit.**

- 2 -

EXHIBIT ___A___
PAGE ___48___

Exhibit J - Page 343

Date: 23.05 From 9:2 To 9:3?
Coram: Master S. Kwang    in Chambers

Mrs M.K. Lee of    _ William W. L. Fan & Co for Apt

Mr. A. Lo of    _ Joseph C.T. Lee & Co for Resp.

resp = Lo Kwok Hung John,
Liquidator of Watercore Ltd ( _ )

Lee: Extension of time to file notice of appeal
for rejection of
proof of debt.

Appeal filed with S.D.
is ready by 6/5/03

HCMP 438 of 2003

IN THE HIGH COURT OF THE
HONG KONG SPECIAL ADMINISTRATIVE REGION
COURT OF FIRST INSTANCE
MISCELLANEOUS PROCEEDINGS NO. 438 OF 2003

———

IN THE MATTER OF Rules 208 & 95 of Companies
(Winding-up) Rules, Companies Ordinance, Cap.32
And
IN THE MATTER OF WATERCORE LIMITED (in
Creditors' Voluntary Winding-up under Section 228A
of the Companies Ordinance, Cap.32)

BETWEEN

MGA ENTERTAINMENT (H.K.) LIMITED
                                    Applicant

And
LO KWOK HUNG JOHN, Liquidator of WATERCORE
LIMITED (in Creditors' Voluntary Winding-up under
Section 228A of the Companies Ordinance, Cap 32)
                                    Respondent

———

************************************************

**SUMMONS**

************************************************

Filed on the        day of        2002.

                    2 9 JAN 2003

Lo: Oppose the application.
Appeal should be done on fresh evidence

Ce: Any real prejudice suffered by
the Liquidator / estate of the
Co.

Lo: No real prejudice.

WILLIAM W. L. FAN & CO.
Solicitors
Room 507, 5th Floor,
Hang Seng Building,
77 Des Voeux Road, Central,
Hong Kong.
Tel: 2110 2128        Fax: 2111 9336
Ref: WF-1578-TC

EXHIBIT ___ A

___ 49

TOTAL P.46

Exhibit J - Page 344