# Exhibit L

## Confidential
## FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

Name & Address:
Diana M. Rutowski (State Bar No. 233878)
ORRICK HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| CARTER BRYANT, an individual, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CV 04-9049 SGL (RNBx) |
| v. | |
| MATTEL, INC., a Delaware Corporation, | NOTICE OF MANUAL FILING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**

Appl. To File Under Seal; Proposed Order; (Ex. C) Mattel Inc.'s First Suppl. Obj and Resp. to Interrog. Nos. 20-23 and 28 in MGA's Second Set of Interrog.; (Ex. D) MGA's Resp. to Mattel's Amended Suppl. Interrog. Re Affirmative Defenses; (Ex. K) Excerpts from the 7/15/08 Bill of Costs submitted with Cityworld's Appoint. to Tax in Hong Kong High Court Action No. 2152 of 2002; and (Ex. L) Excerpts from the 11/21/08 Bill of Costs Hearing in Hong Kong High Court Action No. 2152 of 2002 (Exs. C, D, K & L to Rutowski Decl.)

**Document Description:**

☐ Administrative Record
☑ Exhibits
☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]
☐ Other

**Reason:**

☑ Under Seal
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☐ Per Court order dated _____
☐ Manual Filing required (*reason*):

| September 4, 2009 | /s/Diana M. Rutowski |
|---|---|
| Date | Attorney Name |
| | MGA Parties |
| | Party Represented |

Note: File one Notice in each case, each time you manually file document(s).

G-92 (03/09) **NOTICE OF MANUAL FILING**