| | |
|---|---|
| Robert C. O'Brien (SBN 154372)<br>ARENT FOX LLP<br>555 West Fifth Street, 48th Floor<br>Los Angeles, CA 90013-1065<br>Telephone: 213.629.7400<br>Facsimile: 213.629.7401<br>obrien.robert@arentfox.com<br><br>Discovery Master | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant. | Case No. CV 04-09049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-2727<br><br>**PHASE 2 DISCOVERY MATTER**<br><br>**ORDER NO. 57, REGARDING:**<br><br>(1) TAKING OFF CALENDAR THE MOTIONS SCHEDULED FOR HEARING ON SEPTEMBER 10, 2009; and<br><br>(2) THE DEPOSITION OF FRED MASHIAN |
| CONSOLIDATED WITH MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | |

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

ORDER NO. 57
[Case No. CV 04-09049 SGL (RNBx)]

## I. TAKING OFF CALENDAR THE MOTIONS SCHEDULED FOR SEPTEMBER 10, 2009

The Discovery Master, having considered the papers filed in support of and in opposition to the (1) Motion to Compel MGA Entertainment and Isaac Larian to Produce Documents Responsive to First Sets of Phase 2 Requests for Documents filed by Mattel, Inc. ("Mattel") on or about July 22, 2009, (2) Motion to Enforce Order Compelling the Omni Parties to Produce Documents, to Strike Objections, and for Sanctions filed by Mattel on or about July 24, 2009, and (3) the Motion to Compel Further Responses to First Set of Phase 2 Requests for Production filed by MGA Entertainment, Inc. on or about July 31, 2009 (collectively, the "Motions"), and having determined that oral argument is not necessary to resolve the Motions, hereby **ORDERS** that *all* Motions set for hearing on September 10, 2009 are taken off calendar. A ruling on the Motions will be issued promptly.

## II. DEPOSITION OF FRED MASHIAN

On August 14, 2009, the Discovery Master ordered Fred Mashian to appear for his deposition within thirty days. (*See* Order No. 46, p. 40). Although the parties have agreed that the deposition will take place on September 10, 2009, they have not been able to resolve when the deposition should commence due to the fact that a discovery hearing was scheduled for that same day. In light of the fact that the September 10 hearing date has been taken off calendar, the Discovery Master **ORDERS** the deposition of Fred Mashian to begin at 10:00 a.m. on September 10, 2009. The deposition shall continue for a time period commensurate with the Federal Rules of Civil Procedure.

Dated: September 4, 2009

By: /s/ Robert C. O'Brien
ROBERT C. O'BRIEN
Discovery Master

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

- 1 -

ORDER NO. 57
[Case No. CV 04-09049 SGL (RNBx)]