1   MELINDA HAAG (State Bar No. 132612)
    mhaag@orrick.com
2   ANNETTE L. HURST (State Bar No. 148738)
    ahurst@orrick.com
3   WARRINGTON S. PARKER III (State Bar No. 148003)
    wparker@orrick.com
4   ORRICK, HERRINGTON & SUTCLIFFE LLP
    The Orrick Building
5   405 Howard Street
    San Francisco, CA 94105
6   Telephone:  +1-415-773-5700
    Facsimile:   +1-415-773-5759
7
    WILLIAM A. MOLINSKI (State Bar No. 145186)
8   wmolinski@orrick.com
    ORRICK, HERRINGTON & SUTCLIFFE LLP
9   777 South Figueroa Street, Suite 3200
    Los Angeles, CA  90017
10  Telephone:  +1-213-629-2020
    Facsimile:   +1-213-612-2499
11
    Attorneys for MGA Parties
12

13              UNITED STATES DISTRICT COURT

14              CENTRAL DISTRICT OF CALIFORNIA

15                   EASTERN DIVISION

16  CARTER BRYANT, an individual        | Case No. CV 04-9049 SGL (RNBx)

17              Plaintiff,              | Consolidated with: Case No. CV 04-9059
                                        | and Case No. CV 05-2727
18  v.
                                        | **DISCOVERY MATTER**
19  MATTEL, INC., a Delaware            | [To Be Heard by Discovery Master Robert
    Corporation                         | O'Brien]
20
                                        | **CERTIFICATE OF SERVICE OF**
21              Defendant.              | **PERSONAL SERVICE**

22  AND CONSOLIDATED ACTIONS            | Date:        TBD
                                        | Time:        TBD
23                                      | Courtroom: TBD

24                                      | **Phase 2**
                                        | Discovery Cutoff:    December 11, 2009
25                                      | Pretrial Conference: March 1, 2010
                                        | Trial Date:   March 23, 2010
26

27

28

OHS West:260722554.1                                    CERTIFICATE OF SERVICE
                                                        CV 04-9049 SGL (RNBx)

## DECLARATION OF SERVICE

I declare I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is USA Network, Inc., 350 S. Figueroa Street, Suite 196, Los Angeles, California 90071.

On September 4, 2009, I served the following documents:

1.   **MGA PARTIES' NOTICE AND APPLICATION FOR ISSUANCE OF LETTER OF REQUEST FOR JUDICIAL ASSISTANCE RE: DANNY K.H. YU AND BIRD & BIRD; MEMORANDUM OF POINTS AND AUTHORITIES**

2.   **DECLARATION OF DIANA M. RUTOWSKI IN SUPPORT OF MGA PARTIES' NOTICE AND APPLICATION FOR ISSUANCE OF LETTER OF REQUEST FOR JUDICIAL ASSISTANCE RE: : DANNY K.H. YU AND BIRD & BIRD**

3.   **[PROPOSED] LETTER OF REQUEST FOR JUDICIAL ASSISTANCE BY THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA REGARDING : DANNY K.H. YU**

4.   **[PROPOSED] LETTER OF REQUEST FOR JUDICIAL ASSISTANCE BY THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA REGARDING : BIRD & BIRD**

5.   **APPLICATION TO FILE UNDER SEAL**

6.   **[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL**

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

7. **NOTICE OF MANUAL FILING**

☒  by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below:

Robert C. O'Brien, Esq.
Discovery Master
Arent Fox LLP
555 West 5th Street, Suite 4800
Los Angeles, CA  90013

<u>Counsel for Mattel. Inc.</u>

Michael T. Zeller, Esq.
Brett D. Proctor, Esq.
QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA  90017-2543

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 4, 2009, at Los Angeles, California.

Isaac Trenco
USA Network, Inc.