MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1-415-773-5700
Facsimile: +1-415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: +1-213-629-2020
Facsimile: +1-213-612-2499

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049-SGL (RNBx)<br><br>Consolidated with:<br>CV 04-9059<br>CV 05-2727<br><br>**DISCOVERY MATTER**<br><br>[To Be Heard by Discovery Master Robert C. O'Brien]<br><br>**PROOF OF SERVICE** |

OHS West:260722696.1                                                                PROOF OF SERVICE

# PROOF OF SERVICE BY EMAIL TO COUNSEL

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, 1000 Marsh Road, Menlo Park, CA 94025. On September 4, 2009, I served the following document(s):

1. MGA PARTIES' NOTICE AND APPLICATION FOR ISSUANCE OF LETTER OF REQUEST FOR JUDICIAL ASSISTANCE RE: DANNY K.H. YU AND BIRD & BIRD; MEMORANDUM OF POINTS AND AUTHORITIES

2. DECLARATION OF DIANA M. RUTOWSKI IN SUPPORT OF MGA PARTIES' NOTICE AND APPLICATION FOR ISSUANCE OF LETTER OF REQUEST FOR JUDICIAL ASSISTANCE RE: : DANNY K.H. YU AND BIRD & BIRD

3. [PROPOSED] LETTER OF REQUEST FOR JUDICIAL ASSISTANCE BY THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA REGARDING : DANNY K.H. YU

4. [PROPOSED] LETTER OF REQUEST FOR JUDICIAL ASSISTANCE BY THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA REGARDING : BIRD & BIRD

5. APPLICATION TO FILE UNDER SEAL

6. [PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL

7. NOTICE OF MANUAL FILING

I served copies of said papers on September 4, 2009 by attaching them to an email addressed to:

**Michael Zeller**
michaelzeller@quinnemanuel.com

**Dylan Proctor**
dylanproctor@quinnemanuel.com

**Jon Corey**
joncorey@quinnemanuel.com

**Jason Russell**
jason.russell@skadden.com

**Todd Gordinier**
todd.gordinier@bingham.com

**Peter Villar**
peter.villar@bingham.com

**Mark Overland**
moverland@scheperkim.com

**Alexander Cote**
acote@scheperkim.com

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 4, 2009, at San Francisco, California.

_____
Elizabeth Kim