1  MELINDA HAAG (State Bar No. 132612)
   mhaag@orrick.com
2  ANNETTE L. HURST (State Bar No. 148738)
   ahurst@orrick.com
3  WARRINGTON S. PARKER III (State Bar No. 148003)
   wparker@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
5  405 Howard Street
   San Francisco, CA 94105-2669
6  Telephone: +1-415-773-5700
   Facsimile: +1-415-773-5759
7
   WILLIAM A. MOLINSKI (State Bar No. 145186)
8  wmolinski@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
9  777 South Figueroa Street, Suite 3200
   Los Angeles, CA 90017
10 Telephone: +1-213-629-2020
   Facsimile: +1-213-612-2499
11
   Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049-SGL (RNBx)<br><br>Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>[~~PROPOSED~~] ORDER GRANTING APPLICATION TO FILE UNDER SEAL<br><br>Judge: Hon. Stephen G. Larson |

LODGED

2009 SEP -4 PM 3:27

OHS West:260720854.1

[PROPOSED] ORDER GRANTING
APPLIC. TO FILE UNDER SEAL
CV 04-9049 SGL (RNBx)

1   The Court, having considered MGA Parties' application for an order to file under seal, and having found good cause to do so, it is HEREBY ORDERED that said application is GRANTED in its entirety.

The Clerk shall maintain under Seal the following document(s):

1. Exhibit C to the Declaration of Diana Rutowski in support of MGA's Notice and Application for Issuance of Letter of Request for Judicial Assistance Re: Danny K.H. Yu and Bird & Bird.

2. Exhibit D to the Declaration of Diana Rutowski in support of MGA's Notice and Application for Issuance of Letter of Request for Judicial Assistance Re: Danny K.H. Yu and Bird & Bird.

3. Exhibit K to the Declaration of Diana Rutowski in support of MGA's Notice and Application for Issuance of Letter of Request for Judicial Assistance Re: Danny K.H. Yu and Bird & Bird.

4. Exhibit L to the Declaration of Diana Rutowski in support of MGA's Notice and Application for Issuance of Letter of Request for Judicial Assistance Re: Danny K.H. Yu and Bird & Bird.

**It is so ORDERED.**

Dated: Sept 4, 2009

_____
Hon. Stephen G. Larson