Name & Address:
PETER N. VILLAR (SBN 204038)
Bingham McCutchen LLP
600 Anton Blvd, 18th Floor
Costa Mesa, CA  92626
(714) 830-0600
Email:  peter.villar@bingham.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Carter Bryant, an individual<br><br>PLAINTIFF(S) | CASE NUMBER:<br>CV 04-9049 SGL (RNBx)<br>c/w Case No. CV 04-09059; Case No. CV 05-02727 |
| v.<br><br>Mattel, Inc., a Delaware Corporation<br><br>DEFENDANT(S). | **NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**
1) Application to file Under Seal; 2) Proposed Order; 3) Response and Objection to "Second Supplemental Declarattion of Michael T. Zeller in support of Mattel, Inc.'s Motion; and 4) Supplemental Declaration of Peter N. Villar.

**Document Description:**

☐  Administrative Record

☐  Exhibits

☐  Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☐  Other

**Reason:**

☒  Under Seal

☐  Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐  Electronic versions are not available to filer

☐  Per Court order dated _____

☐  Manual Filing required (*reason*):

| | |
|---|---|
| September 8, 2009 | /S/ |
| Date | Attorney Name<br>Peter N. Villar<br>Party Represented, Omni 808 Investors, LLC,<br>Vision Capital, LLC & Omninet Capital, LLC |

Note:   File one Notice in each case, each time you manually file document(s).

**NOTICE OF MANUAL FILING**

American LegalNet, Inc.
www.FormsWorkflow.com