MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1-415-773-5700
Facsimile: +1-415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: +1-213-629-2020
Facsimile: +1-213-612-2499

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049-SGL (RNBx)<br><br>**PROOF OF SERVICE BY PERSONAL SERVICE, U.S. MAIL AND EMAIL TO COUNSEL** |

OHS West:260722227.1                                                                 PROOF OF SERVICE

## DECLARATION OF SERVICE

I declare I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is USA Network, Inc., 350 S. Figueroa Street, Suite 196, Los Angeles, California 90071.

On September 4, 2009, I served the following documents:

1. **MGA PARTIES' REPLY IN SUPPORT OF MOTION FOR RECONSIDERATION OF ORDER NO. 42 REGARDING IN CAMERA REVIEW OF DOCUMENTS PROTECTED BY ATTORNEY CLIENT PRIVILEGE**

2. **APPLICATION TO FILE UNDER SEAL;**

3. **[PROPOSED] ORDER;**

4. **NOTICE OF MANUAL FILING**

[X]   by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below:

Robert C. O'Brien, Esq.
Discovery Master
Arent Fox LLP
555 West 5th Street, Suite 4800
Los Angeles, CA  90013

<u>Counsel for Mattel. Inc.</u>

Michael T. Zeller, Esq.
Brett D. Proctor, Esq.
QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA  90017-2543

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 4, 2009, at Los Angeles, California.

*/s/ Isaac Trenco*
Isaac Trenco
USA Network, Inc.

**PROOF OF SERVICE BY EMAIL TO COUNSEL**

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, The Orrick Building, 405 Howard Street, San Francisco, California 94105-2669. On September 4, 2009, I served the following document(s):

**MGA PARTIES' REPLY IN SUPPORT OF MOTION FOR RECONSIDERATION OF ORDER NO. 42 REGARDING IN CAMERA REVIEW OF DOCUMENTS PROTECTED BY ATTORNEY-CLIENT PRIVILEGE**

**NOTICE OF MANUAL FILING**

**APPLICATION TO FILE UNDER SEAL**

**[PROPOSED] ORDER**

I served copies of said papers on September 4, 2009 by attaching them to an email addressed to:

Michael Zeller
michaelzeller@quinnemanuel.com

Dylan Proctor
dylanproctor@quinnemanuel.com

Jon Corey
joncorey@quinnemanuel.com

Jason Russell
jason.russell@skadden.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 4, 2009, at San Francisco, California.

_____
Rebecca B. Mance

OHS West:260722227.1                              1                              PROOF OF SERVICE

## PROOF OF SERVICE BY MAIL

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, The Orrick Building, 405 Howard Street, San Francisco, California 94105-2669. On September 4, 2009, I served the following document(s):

**MGA PARTIES' REPLY IN SUPPORT OF MOTION FOR RECONSIDERATION OF ORDER NO. 42 REGARDING IN CAMERA REVIEW OF DOCUMENTS PROTECTED BY ATTORNEY-CLIENT PRIVILEGE**

**APPLICATION TO FILE UNDER SEAL**

**[PROPOSED] ORDER**

**NOTICE OF MANUAL FILING**

on the interested parties in this action by placing true and correct copies thereof in sealed envelope(s) addressed as follows:

Jason Russell, Esq.
Skadden Arps Slate Meagher & Flom LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071

///

///

///

OHS West:260722243.1              1              PROOF OF SERVICE

1       I am employed in the county from which the mailing occurred. On the date indicated above, I placed the sealed envelope(s) for collection and mailing at this firm's office business address indicated above. I am readily familiar with this firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the firm's correspondence would be deposited with the United States Postal Service on this same date with postage thereon fully prepaid in the ordinary course of business.

     I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 4, 2009, at San Francisco, California.

*[signature]*
Rebecca B. Mance

OHS West:260722243.1     - 2 -     PROOF OF SERVICE