Name & Address:
PETER N. VILLAR (SBN 204038)
Bingham McCutchen LLP
600 Anton Blvd, 18th Floor
Costa Mesa, CA  92626
(714) 830-0600
Email:  peter.villar@bingham.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Carter Bryant, an individual<br><br>PLAINTIFF(S)<br><br>v.<br><br>Mattel, Inc., a Delaware Corporation<br><br>DEFENDANT(S). | CASE NUMBER:<br>CV 04-9049 SGL (RNBx)<br>c/w Case No. CV 04-09059; Case No. CV 05-02727<br><br>**NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**
1) Application to file Under Seal; 2) Proposed Order; and 3) Reply Memorandum in support of Motion To Quash and/or for Protective Order re Subpoena Issued by Mattel, Inc. to Non-Party Attorney Peter Carson.

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☐ Other

**Reason:**

☒ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☐ Manual Filing required (*reason*):

| | |
|---|---|
| September 8, 2009<br>Date | /S/<br>Attorney Name<br>Peter N. Villar<br>Party Represented, Non-party Attorney Peter Carson |

Note:  File one Notice in each case, each time you manually file document(s).

G-92 (03/09)        **NOTICE OF MANUAL FILING**        American LegalNet, Inc.<br>www.Forms*Workflow*.com