1  MELINDA HAAG (State Bar No. 132612)
   mhaag@orrick.com
2  ANNETTE L. HURST (State Bar No. 148738)
   ahurst@orrick.com
3  WARRINGTON S. PARKER III (State Bar No. 148003)
   wparker@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
5  405 Howard Street
   San Francisco, CA 94105
6  Telephone:   +1-415-773-5700
   Facsimile:   +1-415-773-5759
7
   WILLIAM A. MOLINSKI (State Bar No. 145186)
8  wmolinski@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
9  777 South Figueroa Street, Suite 3200
   Los Angeles, CA  90017
10 Telephone:   +1-213-629-2020
   Facsimile:   +1-213-612-2499
11
   Attorneys for MGA Parties
12

13                    UNITED STATES DISTRICT COURT

14                  CENTRAL DISTRICT OF CALIFORNIA

15                         EASTERN DIVISION

16 | CARTER BRYANT, an individual | Case No. CV 04-9049 SGL (RNBx) |

17 | Plaintiff, | Consolidated with: CV 04-9059 |

18 | v. | CV 05-2727 |

19 | MATTEL, INC., a Delaware Corporation | **DISCOVERY MATTER** |

20 | Defendant. | **[To Be Heard By Discovery Master Robert C. O'Brien]** |

21

22 | AND CONSOLIDATED ACTIONS | NOTICE OF ERRATA RE: EXHIBIT G TO THE DECLARATION OF DIANA RUTOWSKI IN SUPPORT OF MGA PARTIES' NOTICE AND APPLICATION FOR ISSUANCE OF LETTER OF REQUEST FOR JUDICIAL ASSISTANCE RE: DANNY K.H. YU AND BIRD & BIRD |

23

24

25

26

27

28

OHS West:260724697.1

NOTICE OF ERRATA RE EX. G TO THE DECL. OF DIANA M. RUTOWSKI ISO MGA PARTIES' MOTION FOR ISSUANCE OF LETTERS OF REQ. CV-04-0049 SGL (RNBx)

1    On September 4, 2009, counsel for MGA Parties e-filed the *Declaration of*

2   *Diana Rutowski in Support of MGA Parties' Notice and Application for Issuance of*

3   *Letter of Request for Judicial Assistance Re: Danny K.H. Yu and Bird & Bird* and

4   separately filed Exhibits A through L thereto [Docket Document No. 6590].  The

5   filer inadvertently filed Exhibit F a second time in connection with the originally-

6   filed document, instead of filing Exhibit G.  On the same day, counsel for MGA

7   Parties filed the correct Exhibit G [Docket Document No. 6592].  In response, the

8   Court issued a *Response by the Court to Notice to Filer of Deficiencies in*

9   *Electronically Filed Documents* [Docket Document No. 6609], ordering that a

10   corrected document be filed within 24 hours because a title page was missing.

11   Accordingly, MGA Parties is hereby filing *[Corrected] Exhibit G to the Declaration*

12   *of Diana Rutowski in Support of MGA Parties' Notice and Application for Issuance*

13   *of Letter of Request for Judicial Assistance Re: Danny K.H. Yu and Bird & Bird*

14   with a title page.

15    The correct Exhibit G that MGA is hereby filing was filed with the Discovery

16   Master and served upon the other parties with the *Declaration of Diana Rutowski in*

17   *Support of MGA Parties' Notice and Application for Issuance of Letter of Request*

18   *for Judicial Assistance Re: Danny K.H. Yu and Bird & Bird* on September 4, 2009.

19   The Errata applies only to the e-filing of the documents.

20    Counsel for MGA Parties apologizes for any inconvenience this may have

21   caused the Court or the parties.

22   Dated:  September 9, 2009          ORRICK, HERRINGTON & SUTCLIFFE LLP

23

24                                   By:          /s/ Diana Rutowski
                                                Diana Rutowski
25                                   Attorneys for MGA ENTERTAINMENT, INC.,
                                     MGA ENTERTAINMENT HK, LTD., MGA de
26                                   MEXICO, S.R.L. de C.V., and ISAAC LARIAN

27

28