MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone:   +1-415-773-5700
Facsimile:    +1-415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA  90017
Telephone:   +1-213-629-2020
Facsimile:    +1-213-612-2499

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 SGL (RNBx)<br><br>Consolidated with:<br>CV 04-9059<br>CV 05-2727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Robert C. O'Brien]**<br><br>[CORRECTED] EXHIBIT G TO THE DECLARATION OF DIANA RUTOWSKI IN SUPPORT OF MGA PARTIES' NOTICE AND APPLICATION FOR ISSUANCE OF LETTER OF REQUEST FOR JUDICIAL ASSISTANCE RE: DANNY K.H. YU AND BIRD & BIRD |

OHS West:260724255.2

CORRECTED EX. G TO THE DECL. OF DIANA M. RUTOWSKI
ISO MGA PARTIES' MOTION FOR ISSUANCE OF LETTERS OF
REQ. CV-04-0049 SGL (RNBX)

1

2  Dated: September 9, 2009         ORRICK, HERRINGTON & SUTCLIFFE LLP

3

4                                  By:    /s/ Diana Rutowski
                                          Diana Rutowski
5                                   Attorneys for MGA ENTERTAINMENT, INC.,
                                    MGA ENTERTAINMENT HK, LTD., MGA de
6                                   MEXICO, S.R.L. de C.V., and ISAAC LARIAN

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# CORRECTED EXHIBIT G



This document has been

UNSEALED

per Order of

Judge Stephen G. Larson

dated June 24, 2008.

This document may be

retrieved for viewing

and/or copying

at the Clerk's Office.