1  MELINDA HAAG (State Bar No. 132612)
   mhaag@orrick.com
2  ANNETTE L. HURST (State Bar No. 148738)
   ahurst@orrick.com
3  WARRINGTON S. PARKER III (State Bar No. 148003)
   wparker@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
5  405 Howard Street
   San Francisco, CA 94105-2669
6  Telephone: +1-415-773-5700
   Facsimile: +1-415-773-5759
7
   WILLIAM A. MOLINSKI (State Bar No. 145186)
8  wmolinski@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
9  777 South Figueroa Street, Suite 3200
   Los Angeles, CA 90017
10 Telephone: +1-213-629-2020
   Facsimile: +1-213-612-2499
11
   Attorneys for MGA Parties
12

13                UNITED STATES DISTRICT COURT
14                CENTRAL DISTRICT OF CALIFORNIA
15                      EASTERN DIVISION

16 | CARTER BRYANT, an individual, | Case No. CV 04-9049-SGL (RNBx)
17 |          Plaintiff,            | Consolidated with:
                                    | CV 04-9059
18 |     v.                         | CV 05-2727
19 | MATTEL, INC., a Delaware       | **DISCOVERY MATTER**
   | corporation,                   |
20 |          Defendant.            | [To Be Heard by Discovery Master Robert C. O'Brien]
21 |                                | **PROOF OF SERVICE**
22 | AND CONSOLIDATED ACTIONS       |
23

OHS West:260722696.1                                    PROOF OF SERVICE

# PROOF OF SERVICE BY MAIL

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, 1000 Marsh Road, Menlo Park, CA 94025. On September 9, 2009, I served the following document(s):

1. NOTICE OF ERRATA RE: EXHIBIT G TO THE DECLARATION OF DIANA RUTOWSKI IN SUPPORT OF MGA PARTIES' NOTICE AND APPLICATION FOR ISSUANCE OF LETTER OF REQUEST FOR JUDICIAL ASSISTANCE RE: DANNY K.H. YU AND BIRD & BIRD

2. [CORRECTED] EXHIBIT G TO THE DECLARATION OF DIANA RUTOWSKI IN SUPPORT OF MGA PARTIES' NOTICE AND APPLICATION FOR ISSUANCE OF LETTER OF REQUEST FOR JUDICIAL ASSISTANCE RE: DANNY K.H. YU AND BIRD & BIRD

on the interested parties in this action by placing true and correct copies thereof in sealed envelope(s) addressed as follows:

**Jason Russell, Esq.**
Skadden Arps Slate Meagher & Flom LLP
300 South Grand Avenue
Suite 3400
Los Angeles, CA 90071

**Mark Overland, Esq.**
**Alexander Cote, Esq.**
Scheper Kim & Overland LLP
One Bunker Hill
601 West Fifth Street, 12th Floor
Los Angeles, California 90071

**Todd Gordinier, Esq.**
**Peter Villar, Esq.**
Bingham McCutchen LLP
600 Anton Boulevard, 18th Floor
Costa Mesa, CA 92626

I am employed in the county from which the mailing occurred. On the date indicated above, I placed the sealed envelope(s) for collection and mailing at

OHS West:260722696.1                      - 3 -                      PROOF OF SERVICE

this firm's office business address indicated above. I am readily familiar with this firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the firm's correspondence would be deposited with the United States Postal Service on this same date with postage thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 9, 2009, at San Francisco, California.

*Elizabeth Kim*
Elizabeth Kim