Name & Address:
JASON S. ANGELL (STATE BAR NO. 221607)
Orrick, Herrington & Sutcliffe LLP
405 Howard Street
San Francisco, California 94105
(415) 773-5700
(415) 773-5759 (Facsimile)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| CARTER BRYANT | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CV 04-9049-SGL (RNBx) |
| v. | |
| MATTEL, INC., a Delaware Corporation | NOTICE OF MANUAL FILING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**

Exhibit A to MGA Entertainment, Inc.'s Ex Parte Application for (1) Order to Shorten Time for Response & Production of Documents RE Gifts to Law Enforcement, and (2) Order Authorizing Service of Deposition Notice & Compeling Deposition of Richard De Anda in Advance of Court-Ordered Hearing.

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☒ Other Exhibit A to MGA Entertainment, Inc.'s Ex Parte Application for (1) Order to Shorten Time for Response & Production of Documents RE Gifts to Law Enforcement, and (2) Order Authorizing Service of Deposition Notice & Compeling Deposition of Richard De Anda in Advance of Court-Ordered Hearing.

**Reason:**

☒ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☐ Manual Filing required (*reason*):

| September 9, 2009 | /s/ Jason S. Angell |
|---|---|
| Date | Attorney Name |
| | MGA Parties |
| | Party Represented |

Note:   File one Notice in each case, each time you manually file document(s).

G-92 (03/09)                    NOTICE OF MANUAL FILING                    American LegalNet, Inc.
                                                                            www.FormsWorkflow.com