| Name & Address: | |
|---|---|
| James J. Webster (SBN 169187)<br>Quinn Emanuel Urquhart Oliver & Hedges,<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>213-443-3000 | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| CARTER BRYANT, an individual | CASE NUMBER: CV 04-9049 SGL(RNBx) |
|---|---|
| PLAINTIFF(S)<br>v.<br>MATTEL, INC., a Delaware corporation<br><br>DEFENDANT(S). | **NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
Reply in Support of Mattel, Inc.'s Motion to Amend Protective Order; Application to File Under Seal; [Proposed]Order Granting Application to File Under Seal

**Document Description:**

- [ ] Administrative Record
- [ ] Exhibits
- [ ] Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Rule 79-5.4. Documents to be excluded, (h)]
- [X] Other  Reply

**Reason:**

- [X] Under Seal
- [ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- [ ] Electronic versions are not available to filer
- [X] Per Court order dated  January 4, 2005
- [ ] Manual Filing required (*reason*):

| September 9, 2009 | James J. Webster |
|---|---|
| Date | Attorney Name |
| | Mattel, Inc. |
| | Party Represented |

Note: File one Notice in each case, each time you manually file document(s).