QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>          Plaintiff,<br><br>     vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>          Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-2727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Robert C. O'Brien]**<br><br>NOTICE OF LODGING IN SUPPORT OF MATTEL, INC.'S REPLY IN SUPPORT OF MATTEL, INC.'S MOTION TO AMEND PROTECTIVE ORDER<br><br>Hearing Date: TBA<br>Time: TBA<br>Place: Arent Fox LLP<br>         555 West Fifth St.<br>         48th Floor<br>         Los Angeles, CA 90013<br><br>Phase 2<br>Discovery Cut-off:     Dec. 11, 2009<br>Pre-trial Conference:  March 1, 2010<br>Trial Date:            March 23, 2010 |

00505.07975/3090746.1

NOTICE OF LODGING

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE that plaintiff Mattel, Inc. hereby lodges the following document with the Discovery Master in support of its Reply in Support of Mattel, Inc.'s Motion to Amend Protective Order:

    1.    Declaration of Michael T. Zeller in Support of Mattel, Inc.'s Opposition to MGA's Motions (1) to Compel Mattel's Attendance at 30(b)(6) Depositions; (2) for Protective Order Requiring Advance Designation of 30(b)(6) Witnesses; (3) to De-Designate Document Under Protective Order Related to Subject Matter of Requested 30(b)(6) Testimony; and (4) for Sanctions, dated August 26, 2009.

DATED: September 9, 2009    QUINN EMANUEL URQUHART OLIVER & HEDGES. LLP

By /s/ James J. Webster
James J. Webster
Attorneys for Mattel. Inc.

-1-

NOTICE OF LODGING