1 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   John B. Quinn (Bar No. 090378)
2 |   johnquinn@quinnemanuel.com
   Michael T. Zeller (Bar No. 196417)
3 |   (michaelzeller@quinnemanuel.com)
   Jon D. Corey (Bar No. 185066)
4 |   (joncorey@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5 | Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
6 | Facsimile: (213) 443-3100

7 | Attorneys for Mattel, Inc.

8 | UNITED STATES DISTRICT COURT

9 | CENTRAL DISTRICT OF CALIFORNIA

10 | EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>              Plaintiff,<br><br>        vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>              Defendant. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>**PROOF OF SERVICE**<br><br>**Phase 2**<br>Discovery Cut-off: December 11, 2009<br>Pre-trial Conference: March 1, 2010<br>Trial Date: March 23, 2010 |

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On September 9, 2009, I served true copies of the following document(s) described as  on the parties in this action as follows:

## SEE ATTACHED DOCUMENT LIST

on the parties in this action as follows:

| | |
|---|---|
| Skadden, Arps, Slate, Meagher & Flom LLP<br>    Thomas J. Nolan, Esq.<br>    Jason Russell, Esq.<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA  90071<br>    tnolan@skadden.com<br>    jrussell@skadden.com | **Attorneys for *the MGA Parties*** |
| Scheper, Kim & Overland, LLP<br>    Mark E. Overland, Esq.<br>    Alexander H. Cote, Esq.<br>601 West Fifth Street, 12th Floor<br>Los Angeles, CA 90071<br>    moverland@obsklaw.com<br>    acote@obsklaw.com | **Attorneys for *Carlos Gustavo Machado Gomez*** |
| Orrick, Herrington & Sutcliffe, LLP<br>    Melinda Haag, Esq.<br>    Annette L. Hurst, Esq.<br>    Warrington S. Parker III, Esq.<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105<br>    mhaag@orrick.com<br>    ahurst@orrick.com<br>    wparker@orrick.com | **Attorneys for *the MGA Parties*** |

| | |
|---|---|
| Orrick, Herrington & Sutcliffe, LLP<br>  William A. Molinski, Esq.<br>777 South Figueroa Street, Suite 3200<br>Los Angeles, CA 90017<br>  wmolinski@orrick.com | **Attorneys for *the MGA Parties*** |
| Bingham McCutchen LLP<br>  Todd E. Gordinier, Esq.<br>  Peter N. Villar, Esq.<br>600 Anton Boulevard, 18th Floor<br>Costa Mesa, CA 92626-1924<br>  todd.gordinier@bingham.com<br>  peter.villar@bingham.com | **Attorneys for *the Omni 808 Investors, LLC*** |

**BY ELECTRONIC MAIL TRANSMISSION:** By electronic mail transmission from lorrainerobles@quinnemanuel.com on September 9, 2009, by transmitting a PDF format copy of such document(s) to each such person at the e-mail address listed below their address(es).  The document(s) was/were transmitted by electronic transmission and such transmission was reported as complete and without error.

Executed on September 9, 2009, at Los Angeles, California.

Lorraine Robles

1
2

# PROOF OF SERVICE

3       I am employed in the County of Los Angeles, State of California.  I am over
4   the age of eighteen years and not a party to the within action; my business address is
5   Now Legal Service, 1301 West 2nd Street, Suite 206, Los Angeles, California 90026.
6       On September 9, 2009, I served true copies of the following documents
7   described as:

8             **SEE ATTACHED DOCUMENT LIST**
9   on the parties in this action as follows:

10
11   Robert O'Brien
12   Arent Fox LLP
     555 West 5th Street, 48th FL
13   Los Angeles, CA 90117

14       **BY PERSONAL SERVICE:**  I delivered such envelope(s) by hand to the
15   office of the person(s) being served.
16

17       I declare under penalty of perjury under the laws of the State of California
18   that the foregoing is true and correct.

19
20   By_____
21       Dave Quintana
22       Now Legal Service
23
24
25
26
27
28

1

2

**DOCUMENT LIST**

3

4

**1. REPLY IN SUPPORT OF MATTEL, INC.'S MOTION TO AMEND PROTECTIVE ORDER**

5

6

7

**2. DECLARATION OF PRISCILLA PLATT IN SUPPORT OF MATTEL, INC.'S REPLY IN SUPPORT OF MATTEL, INC.'S MOTION TO AMEND PROTECTIVE ORDER**

8

9

**3. NOTICE OF LODGING IN SUPPORT OF MATTEL, INC.'S REPLY IN SUPPORT OF MATTEL, INC.'S MOTION TO AMEND PROTECTIVE ORDER**

10

11

12

13

14

15

**4. DECLARATON OF MICHAEL T. ZELLER IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA'S MOTIONS (1) TO COMPEL MATTEL'S ATTENDANCE AT 30(B)(6) DEPOSITIONS: (2) FOR PROTECTIVE ORDER REQUIRING ADVANCE DESIGNATION OF 30(B)(6) WITNESSES; (3) TO DE-DESIGNATE DOCUMENT UNDER PROTECTIVE ORDER RELATED TO SUBJECT MATTER OF REQUESTED 30(B)(6) TESTIMONY; AND (4) FOR SANCTIONS**

16

17

18

19

20

21

22

23

24

25

26

27

28