| | |
|---|---|
| 1 | Bingham McCutchen LLP |
| | TODD E. GORDINIER (SBN 82200) |
| 2 | todd.gordinier@bingham.com |
| | PETER N. VILLAR (SBN 204038) |
| 3 | peter.villar@bingham.com |
| | CRAIG A. TAGGART (SBN 239168) |
| 4 | craig.taggart@bingham.com |
| | 600 Anton Boulevard |
| 5 | 18th Floor |
| | Costa Mesa, CA  92626-1924 |
| 6 | Telephone:  714.830.0600 |
| | Facsimile:  714.830.0700 |

Attorneys for Non-Party Attorney
PETER CARSON

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS. | Case No. CV 04-9049 SGL (RNBx)<br>c/w Case Nos. CV 04-09059 & CV 05-2727<br><br>**DISCOVERY MATTER**<br>To be heard by Discovery Master Robert C. O'Brien<br><br>**APPLICATION TO FILE UNDER SEAL:**<br><br>**REPLY MEMORANDUM IN SUPPORT OF MOTION TO QUASH AND/OR FOR PROTECTIVE ORDER RE SUBPOENA ISSUED BY MATTEL, INC. TO NON-PARTY ATTORNEY PETER CARSON**<br><br>Date:  TBD<br>Time:  TBD<br>Place:  Arent Fox LLP<br>555 West Fifth Street<br>48th Floor<br>Los Angeles, CA  90013<br><br>**Phase 2:**<br>Discovery Cut-off:  Dec. 11, 2009<br>Pre-trial Conference:  March 1, 2010<br>Trial Date:  March 23, 2010 |

FILED
2009 SEP -9 AM 9:58
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

A/73136808.1

1  Pursuant to Central District Local Rule 79-5.1, the Stipulated Protective
2  Order entered by the Court in this action on January 4, 2005, and the Court's
3  Orders dated April 27, 2009 and May 21, 2009, Bingham McCutchen LLP hereby
4  respectfully requests that the Court permit the following document to be filed
5  under seal:

7  1)   **REPLY MEMORANDUM IN SUPPORT OF MOTION TO**
8       **QUASH AND/OR FOR PROTECTIVE ORDER RE SUBPOENA**
9       **ISSUED BY MATTEL, INC. TO NON-PARTY ATTORNEY PETER**
10      **CARSON**

12  DATED: September 8, 2009        Bingham McCutchen LLP

14                                  By: /s/ Todd E. Gordinier
                                    Todd E. Gordinier
15                                  Attorneys for Non-party Attorney
                                    PETER CARSON

A/73136808.1                        - 1 -

**PROOF OF SERVICE BY E-MAIL TO COUNSEL**

I am over eighteen years of age, not a party in this action, and employed in Orange County, California at 600 Anton Boulevard, 18th Floor, Costa Mesa, California 92626-1924.. On **September 8, 2009**, I served the attached by transmitting via email the document(s) listed below on this date before 5:00 p.m. PST:

**APPLICATION TO FILE UNDER SEAL:**

**REPLY MEMORANDUM IN SUPPORT OF MOTION TO QUASH AND/OR FOR PROTECTIVE ORDER RE SUBPOENA ISSUED BY MATTEL, INC. TO NON-PARTY ATTORNEY PETER CARSON**

to the person(s) at the email address(es) set forth below:

Michael Zeller
michaelzeller@quinnemanuel.com

Dylan Proctor
dylanproctor@quinnemanuel.com

Jon Corey
joncorey@quinnemanuel.com

Jason Russell
jason.russell@skadden.com

Melinda Haag
mhaag@orrick.com

Annette L. Hurst
ahurst@orrick.com

Warrington S. Parker III
wparker@orrick.com

William A. Molinski
wmolinski@orrick.com

Mark Overland
moverland@scheperkim.com

Alexander Cote
acote@scheperkim.com

A/73137949.1

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made and that this declaration was executed on **September 8, 2009**, at Costa Mesa, California.

Lan H. Ly