LODGED

1  Bingham McCutchen LLP
   TODD E. GORDINIER (SBN 82200)
2  todd.gordinier@bingham.com
   PETER N. VILLAR (SBN 204038)
3  peter.villar@bingham.com
   CRAIG A. TAGGART (SBN 239168)
4  craig.taggart@bingham.com
   600 Anton Boulevard
5  18th Floor
   Costa Mesa, CA 92626-1924
6  Telephone: 714.830.0600
   Facsimile: 714.830.0700
7
   Attorneys for Non-Party Attorney
8  PETER CARSON

2009 SEP -9 AM 9:59
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY _____

9           UNITED STATES DISTRICT COURT
10          CENTRAL DISTRICT OF CALIFORNIA
11                 EASTERN DIVISION

| | |
|---|---|
| 12  CARTER BRYANT, an individual, | Case No. CV 04-9049 SGL (RNBx) c/w Case Nos. CV 04-09059 & CV 05-2727 |
| 13         Plaintiff, | **DISCOVERY MATTER** To be heard by Discovery Master Robert C. O'Brien |
| 14         v. | |
| 15  MATTEL, INC., a Delaware Corporation, | [~~PROPOSED~~] ORDER TO FILE UNDER SEAL: |
| 16         Defendant. | **REPLY MEMORANDUM IN SUPPORT OF MOTION TO QUASH AND/OR FOR PROTECTIVE ORDER RE SUBPOENA ISSUED BY MATTEL, INC. TO NON-PARTY ATTORNEY PETER CARSON** |
| 17 | |
| 18 | |
| 19 | |
| 20 | Date:  TBD |
| 21 | Time:  TBD |
| 22 | Place: Arent Fox LLP 555 West Fifth Street |
| 23 | 48th Floor Los Angeles, CA 90013 |
| 24  AND CONSOLIDATED ACTIONS. | **Phase 2**: Discovery Cut-off:  Dec. 11, 2009 |
| 25 | Pre-trial Conference: March 1, 2010 Trial Date:           March 23, 2010 |

A/73136820.1

Pursuant to Central District Local Rule 79-5.1, the Stipulated Protective Order entered by the Court in this action on January 4, 2005, and the Court's Orders dated April 27, 2009 and May 21, 2009, Omni 808 Investors, LLC hereby respectfully requests that the Court permit the following document to be filed under seal:

1) **REPLY MEMORANDUM IN SUPPORT OF MOTION TO QUASH AND/OR FOR PROTECTIVE ORDER RE SUBPOENA ISSUED BY MATTEL, INC. TO NON-PARTY ATTORNEY PETER CARSON**

DATED: Sept 9, 2009

*/s/ S.G. Larson*

Hon. Stephen J. Larson
United States District Judge

A/73136820.1

- 1 -

## PROOF OF SERVICE BY E-MAIL TO COUNSEL

I am over eighteen years of age, not a party in this action, and employed in Orange County, California at 600 Anton Boulevard, 18th Floor, Costa Mesa, California 92626-1924.. On **September 8, 2009**, I served the attached by transmitting via email the document(s) listed below on this date before 5:00 p.m. PST:

**[PROPOSED] ORDER TO FILE UNDER SEAL:**

**REPLY MEMORANDUM IN SUPPORT OF MOTION TO QUASH AND/OR FOR PROTECTIVE ORDER RE SUBPOENA ISSUED BY MATTEL, INC. TO NON-PARTY ATTORNEY PETER CARSON**

to the person(s) at the email address(es) set forth below:

Michael Zeller
michaelzeller@quinnemanuel.com

Dylan Proctor
dylanproctor@quinnemanuel.com

Jon Corey
joncorey@quinnemanuel.com

Jason Russell
jason.russell@skadden.com

Melinda Haag
mhaag@orrick.com

Annette L. Hurst
ahurst@orrick.com

Warrington S. Parker III
wparker@orrick.com

William A. Molinski
wmolinski@orrick.com

Mark Overland
moverland@scheperkim.com

Alexander Cote
acote@scheperkim.com

A/73136820.1

1     I declare that I am employed in the office of a member of the bar of this
2 court at whose direction the service was made and that this declaration was
3 executed on **September 8, 2009**, at Costa Mesa, California.

                                                                      Lan H. Ly

A/73136820.1