Bingham McCutchen LLP
TODD E. GORDINIER (SBN 82200)
todd.gordinier@bingham.com
PETER N. VILLAR (SBN 204038)
peter.villar@bingham.com
CRAIG A. TAGGART (SBN 239168)
craig.taggart@bingham.com
600 Anton Boulevard
18th Floor
Costa Mesa, CA 92626-1924
Telephone: 714.830.0600
Facsimile: 714.830.0700

Attorneys for Non-parties
OMNI 808 INVESTORS, LLC, VISION CAPITAL, LLC and OMNINET CAPITAL, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS. | CASE NO. CV 04-9049 SGL (RNBx)<br>c/w Case Nos. CV 04-09059, CV 05-2727<br>**DISCOVERY MATTER**<br>To be heard by Discovery Master Robert C. O'Brien<br><br>[~~PROPOSED~~] ORDER TO FILE UNDER SEAL:<br><br>1) RESPONSE AND OBJECTION TO "SECOND SUPPLEMENTAL DECLARATION OF MICHAEL T. ZELLER IN SUPPORT OF MATTEL, INC.'S MOTION TO: (1) TO ENFORCE ORDER COMPELLING THE OMNI PARTIES TO PRODUCE DOCUMENTS, (2) TO STRIKE OBJECTIONS, AND (3) FOR SANCTIONS"; AND REQUEST FOR ADDITIONAL SANCTIONS AGAINST MATTEL; AND<br>2) SUPPLEMENTAL DECLARATION OF PETER N. VILLAR.<br><br>Date: TBD<br>Time: TBD<br>Place: Arent Fox LLP<br>555 West Fifth Street, 48th Floor<br>Los Angeles, CA 90013<br><br>**Phase 2:**<br>Discovery Cut-off: Dec. 11, 2009<br>Pre-trial Conference: March 1, 2010<br>Trial Date: March 23, 2010 |

A/73138022.1

Pursuant to Central District Local Rule 79-5.1, the Stipulated Protective Order entered by the Court in this action on January 4, 2005, and the Court's Orders dated April 27, 2009 and May 21, 2009, Omni 808 Investors, LLC hereby respectfully requests that the Court permit the following document to be filed under seal:

1)   RESPONSE AND OBJECTION TO "SECOND SUPPLEMENTAL DECLARATION OF MICHAEL T. ZELLER IN SUPPORT OF MATTEL, INC.'S MOTION TO: (1) TO ENFORCE ORDER COMPELLING THE OMNI PARTIES TO PRODUCE DOCUMENTS, (2) TO STRIKE OBJECTIONS, AND (3) FOR SANCTIONS"; AND REQUEST FOR ADDITIONAL SANCTIONS AGAINST MATTEL; and

2)   SUPPLEMENTAL DECLARATION OF PETER N. VILLAR.

DATED: Sept 9, 2009

_____
Hon. Stephen J. Larson
United States District Judge

A/73138022.1                                                                    - 1 -

## PROOF OF SERVICE BY E-MAIL TO COUNSEL

1. I am over eighteen years of age, not a party in this action, and employed in Orange County, California at 600 Anton Boulevard, 18th Floor, Costa Mesa, California 92626-1924.. On **September 8, 2009**, I served the attached by transmitting via email the document(s) listed below on this date before 5:00 p.m. PST:

[PROPOSED] ORDER TO FILE UNDER SEAL:

1) RESPONSE AND OBJECTION TO "SECOND SUPPLEMENTAL DECLARATION OF MICHAEL T. ZELLER IN SUPPORT OF MATTEL, INC.'S MOTION TO: (1) TO ENFORCE ORDER COMPELLING THE OMNI PARTIES TO PRODUCE DOCUMENTS, (2) TO STRIKE OBJECTIONS, AND (3) FOR SANCTIONS"; AND REQUEST FOR ADDITIONAL SANCTIONS AGAINST MATTEL; and

2) SUPPLEMENTAL DECLARATION OF PETER N. VILLAR.

to the person(s) at the email address(es) set forth below:

Michael Zeller
michaelzeller@quinnemanuel.com

Dylan Proctor
dylanproctor@quinnemanuel.com

Jon Corey
joncorey@quinnemanuel.com

Jason Russell
jason.russell@skadden.com

Melinda Haag
mhaag@orrick.com

Annette L. Hurst
ahurst@orrick.com

Warrington S. Parker III
wparker@orrick.com

William A. Molinski
wmolinski@orrick.com

A/73138022.1

| | |
|---|---|
| 1 | |
| 2 | Mark Overland<br>moverland@scheperkim.com |
| 3 | Alexander Cote<br>acote@scheperkim.com |
| 4 | |
| 5 | I declare that I am employed in the office of a member of the bar of this |
| 6 | court at whose direction the service was made and that this declaration was |
| 7 | executed on **September 8, 2009**, at Costa Mesa, California. |
| 8 | _____<br>Lan H. Ly |

A/73138022.1