| | |
|---|---|
| 1 | MELINDA HAAG (State Bar No. 132612) |
| | mhaag@orrick.com |
| 2 | ANNETTE L. HURST (State Bar No. 148738) |
| | ahurst@orrick.com |
| 3 | WARRINGTON S. PARKER III (State Bar No. 148003) |
| | wparker@orrick.com |
| 4 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | The Orrick Building |
| 5 | 405 Howard Street |
| | San Francisco, CA  94105-2669 |
| 6 | Telephone:   +1-415-773-5700 |
| | Facsimile:    +1-415-773-5759 |
| 7 | |
| 8 | WILLIAM A. MOLINSKI (State Bar No. 145186) |
| | wmolinski@orrick.com |
| | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 9 | 777 South Figueroa Street, Suite 3200 |
| | Los Angeles, CA  90017 |
| 10 | Telephone:   +1-213-629-2020 |
| | Facsimile:    +1-213-612-2499 |
| 11 | |
| 12 | Attorneys for MGA Parties |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | Case No.  CV 04-9049-SGL (RNBx) |
| Plaintiff, | Consolidated with: |
| | Case No. CV 04-9059 |
| v. | Case No. CV 05-2727 |
| MATTEL, INC., a Delaware corporation, | **[PROPOSED] ORDER RE ISAAC LARIAN'S OBJECTIONS, AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF OBJECTIONS, TO DISCOVERY MASTER ORDER NO. 46 REGARDING RESPONSES TO PHASE 2 INTERROGATORIES** |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | |
| | Judge:        Hon. Stephen G. Larson |

1 | The Court, having considered the Mr. Larian's Objections to Discovery
2 | Master Order No. 46, it is HEREBY ORDERED that said Objections are
3 | GRANTED in their entirety.

6 | It is so ORDERED.

9 | Dated: _____, 2009

Hon. Stephen G. Larson
United States District Court Judge