Name & Address:
JASON S. ANGELL (STATE BAR NO. 221607)
Orrick, Herrington & Sutcliffe LLP
405 Howard Street
San Francisco, California 94105
(415) 773-5700
(415) 773-5759 (Facsimile)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| CARTER BRYANT | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CV 04-9049-SGL (RNBx) |
| v. | |
| MATTEL, INC., a Delaware Corporation | NOTICE OF MANUAL FILING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**

MGA Entertainment, Inc.'s Ex Parte Application for (1) Order to Shorten Time for Response & Production of Documents RE Gifts to Law Enforcement, and (2) Order Authorizing Service of Deposition Notice & Compeling Deposition of Richard De Anda in Advance of Court-Ordered Hearing.; and attached Exhibit A

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☒ Other MGA Entertainment, Inc.'s Ex Parte Application for (1) Order to Shorten Time for Response & Production of Documents RE Gifts to Law Enforcement, and (2) Order Authorizing Service of Deposition Notice & Compeling Deposition of Richard De Anda in Advance of Court-Ordered Hearing.; and attached Exhibit A

**Reason:**

☒ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☐ Manual Filing required (*reason*):

September 9, 2009
Date

/s/ Jason S. Angell
Attorney Name
MGA Parties
Party Represented

Note:   File one Notice in each case, each time you manually file document(s).

G-92 (03/09)          NOTICE OF MANUAL FILING          American LegalNet, Inc.
www.Forms*Workflow*.com