07209/3094933.1

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>　　　　Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Robert C. O'Brien Pursuant To Order Of January 6, 2009]**<br><br>AMENDED [PROPOSED] ORDER AND RECOMMENDATION RE MATTEL, INC.'S MOTION FOR AN ORDER: (1) REMOVING "CONFIDENTIAL" DESIGNATIONS FROM PORTIONS OF THE DEPOSITION TRANSCRIPT OF SUSANA KUEMMERLE, AND (2) ISSUING AN APOSTILLE RE THE KUEMMERLE TRANSCRIPT<br><br>Hearing Date:　TBD<br>Time:　　　　　TBD<br>Place:　　　　　TBD<br><br>**Phase 2:**<br>Disc. Cut-off:　　December 11, 2009<br>Pre-trial Conf.:　March 1, 2010<br>Trial Date:　　　March 23, 2010 |

Case No. CV 04-9049 SGL (RNBx)
AMENDED [PROPOSED] ORDER

## [PROPOSED] ORDER AND RECOMMENDATION

Having received Mattel, Inc.'s Motion For An Order: (1) Removing "Confidential" Designations From Portions Of The Deposition Transcript Of Susana Kuemmerle, And (2) Issuing An Apostille Re The Kuemmerle Transcript (the "Motion"), and having considered the Motion and all papers and evidence submitted in support of the Motion and in opposition thereto, as well as the argument of counsel, the Discovery Master hereby finds as follows:

1. MGA improperly designated the following portions of the deposition testimony of Susana Kuemmerle, taken on January 28, 2008 ("Kuemmerle Transcript"), as "CONFIDENTIAL": Kuemmerle Transcript, 110:1-110:8, 111:2-125:5, 125:24-138:25, 140:20-148:5, 148:23-149:5, 221:14-225:18, and 227:9-23 ; and

2. an apostille is warranted for the Kuemmerle Transcript because there is no genuine dispute as to the authenticity of that deposition transcript.

Accordingly, good cause appearing, IT IS HEREBY ORDERED that the "CONFIDENTIAL" designations shall be removed from the following portions of the Kuemmerle Transcript: Kuemmerle Transcript, 110:1-110:8, 111:2-125:5, 125:24-138:25, 140:20-148:5, 148:23-149:5, 221:14-225:18, and 227:9-23.

The Discovery Master further RECOMMENDS that the Court issue an apostille at its earliest convenience for the Kuemmerle Transcript.

IT IS SO ORDERED.

DATED: _____ 2009  _____
Discovery Master Robert C. O'Brien