1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     John B. Quinn (Bar No. 090378)
2    (johnquinn@quinnemanuel.com)
     Michael T. Zeller (Bar No. 196417)
3    (michaelzeller@quinnemanuel.com)
     Jon D. Corey (Bar No. 185066)
4    (joncorey@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
6  Facsimile: (213) 443-3100

7  Attorneys for Mattel, Inc.

8                UNITED STATES DISTRICT COURT

9                CENTRAL DISTRICT OF CALIFORNIA

10                      EASTERN DIVISION

11 | CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx)
12 |           Plaintiff,           | Consolidated with
                                    | Case No. CV 04-09059
13 |              vs.               | Case No. CV 05-02727
14 | MATTEL, INC., a Delaware      | Hon. Stephen G. Larson
    | corporation,                  |
15 |                                | APPLICATION TO FILE UNDER SEAL
    |           Defendant.          | MATTEL, INC.'S REPLY IN SUPPORT
16 |                                | OF MATTEL, INC.'S MOTION TO
                                    | AMEND PROTECTIVE ORDER
17 | AND CONSOLIDATED ACTIONS      | [[Proposed] Order Filed Concurrently
                                    | Herewith]
18 |
19 |                                | Date:  TBD
                                    | Time:  TBD
20 |                                | Place: Courtroom 1

[FILED 2009 SEP 10 PM 2:21 CLERK, U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. RIVERSIDE]

ORIGINAL

00505.07975/3090833.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1 | Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2 | entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully
3 | requests that the Court order filed under seal Mattel's Reply in Support of Mattel,
4 | Inc.'s Motion to Amend Protective Order ("Reply").
5 | The Reply references materials that the MGA Parties and/or Mattel
6 | have designated "Confidential" or "Confidential -- Attorney's Eyes Only" pursuant
7 | to the Protective Order.  Accordingly, Mattel requests that the Court order that the
8 | Opposition and the Exhibits be filed under seal.
9 | In the alternative, Mattel requests that the Court declare that the
10 | Opposition and Exhibits are outside the definitions of "Confidential" and
11 | "Confidential -- Attorney's Eyes Only" as contained in the Stipulated Protective
12 | Order and order it to be filed as part of the public record.

DATED: September 9, 2009

QUINN EMANUEL URQUHART OLIVER &
HEDGES. LLP

By /s/ James J. Webster
James J. Webster
Attorneys for Mattel, Inc.

-2-

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL