QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>**PROOF OF SERVICE**<br><br>**Phase 2**<br>Discovery Cut-off: December 11, 2009<br>Pre-trial Conference: March 1, 2010<br>Trial Date: March 23, 2010 |

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On September 10, 2009, I served true copies of the following document(s) described as  on the parties in this action as follows:

### SEE ATTACHED DOCUMENT LIST

on the parties in this action as follows:

| | |
|---|---|
| Skadden, Arps, Slate, Meagher & Flom LLP<br>   Thomas J. Nolan, Esq.<br>   Jason Russell, Esq.<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA  90071<br>   tnolan@skadden.com<br>   jrussell@skadden.com | **Attorneys for *the MGA Parties*** |
| Scheper, Kim & Overland, LLP<br>   Mark E. Overland, Esq.<br>   Alexander H. Cote, Esq.<br>601 West Fifth Street, 12th Floor<br>Los Angeles, CA 90071<br>   moverland@obsklaw.com<br>   acote@obsklaw.com | **Attorneys for *Carlos Gustavo Machado Gomez*** |
| Orrick, Herrington & Sutcliffe, LLP<br>   Melinda Haag, Esq.<br>   Annette L. Hurst, Esq.<br>   Warrington S. Parker III, Esq.<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105<br>   mhaag@orrick.com<br>   ahurst@orrick.com<br>   wparker@orrick.com | **Attorneys for *the MGA Parties*** |

| | |
|---|---|
| 1   Orrick, Herrington & Sutcliffe, LLP<br>     William A. Molinski, Esq.<br>2   777 South Figueroa Street, Suite 3200<br>3   Los Angeles, CA 90017<br>     wmolinski@orrick.com<br>4 | **Attorneys for** *the MGA Parties* |
| 5   Bingham McCutchen LLP<br>     Todd E. Gordinier, Esq.<br>6     Peter N. Villar, Esq.<br>7   600 Anton Boulevard, 18th Floor<br>8   Costa Mesa, CA 92626-1924<br>     todd.gordinier@bingham.com<br>9     peter.villar@bingham.com | **Attorneys for** *the Omni 808 Investors, LLC* |

[X]   **BY MAIL:** I am "readily familiar" with the practices of Quinn Emanuel Urquhart Oliver & Hedges, LLP for collecting and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. I enclosed the foregoing in sealed envelope(s) addressed as shown above, and such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Los Angeles, California, on that same day following ordinary business practices.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    Executed on September 10, 2009, at Los Angeles, California.

_____
Lorraine Robles

|   |   |   |
|---|---|---|
| 1 |   | **DOCUMENT LIST** |
| 2 | 1. | REPLY IN SUPPORT OF MATTEL, INC.'S MOTION TO AMEND PROTECTIVE [UNDER SEAL] |
| 3 |   |   |
| 4 | 2. | APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S REPLY IN SUPPORT OF MATTEL, INC.'S MOTION TO AMEND PROTECTIVE ORDER |
| 5 |   |   |
| 6 |   |   |
| 7 | 3. | [PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S REPLY IN SUPPORT OF MATTEL, INC.'S MOTION TO AMEND PROTECTIVE ORDER |
| 8 |   |   |
| 9 |   |   |
| 10 |   |   |
| 11 |   |   |
| 12 |   |   |
| 13 |   |   |
| 14 |   |   |
| 15 |   |   |
| 16 |   |   |
| 17 |   |   |
| 18 |   |   |
| 19 |   |   |
| 20 |   |   |
| 21 |   |   |
| 22 |   |   |
| 23 |   |   |
| 24 |   |   |
| 25 |   |   |
| 26 |   |   |
| 27 |   |   |
| 28 |   |   |