QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>[PROPOSED] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S OPPOSITION TO MGA'S *EX PARTE* APPLICATION FOR (1) ORDER TO SHORTEN TIME FOR RESPONSE AND PRODUCTION OF DOCUMENTS REGARDING GIFTS TO LAW ENFORCEMENT, AND (2) ORDER AUTHORIZING SERVICE OF DEPOSITION NOTICE AND COMPELLING DEPOSITION OF RICHARD DE ANDA IN ADVANCE OF COURT-ORDERED HEARING, THE DECLARATION OF KIM GRAHAM IN SUPPORT THEREOF, AND CERTAIN EXHIBITS TO THE DECLARATION OF SCOTT L. WATSON IN SUPPORT THEREOF<br><br>**Phase 2**<br>Discovery Cut-off: December 11, 2009<br>Pre-trial Conference: March 1, 2010<br>Trial Date: March 23, 2010 |

00505.07975/3092280.1

[PROPOSED] ORDER

1
2                    [PROPOSED] ORDER
3
4         Based on the concurrently filed Application to File Under Seal Mattel,
5  Inc.'s Opposition to MGA's *Ex Parte* Application For (1) Order To Shorten Time
6  For Response And Production Of Documents Regarding Gifts To Law Enforcement,
7  And (2) Order Authorizing Service Of Deposition Notice And Compelling
8  Deposition of Richard De Anda In Advance Of Court-Ordered Hearing, the
9  Declaration of Kim Graham In Support Thereof, and Exhibits 8, 9 and 10 to the
10 Declaration of Scott L. Watson In Support Thereof, and good cause appearing for
11 the entry thereof, IT IS HEREBY ORDERED:
12        Mattel, Inc.'s Opposition to MGA's *Ex Parte* Application For (1) Order
13 To Shorten Time For Response And Production Of Documents Regarding Gifts To
14 Law Enforcement, And (2) Order Authorizing Service Of Deposition Notice And
15 Compelling Deposition of Richard De Anda In Advance Of Court-Ordered Hearing,
16 the Declaration of Kim Graham In Support Thereof, and Exhibits 8, 9 and 10 to the
17 Declaration of Scott L. Watson In Support Thereof are ORDERED filed under seal
18 pursuant to Local Rule 79-5.1.

DATED: Sept 10, 2009

*S.G. Larson*
Hon. Stephen G. Larson
United States District Judge