Robert C. O'Brien (SBN 154372)
ARENT FOX LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA  90013-1065
Telephone:   213.629.7400
Facsimile:    213.629.7401
obrien.robert@arentfox.com

Discovery Master

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant. | Case No.  CV 04-09049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-2727<br><br>**PHASE 2 DISCOVERY MATTER**<br><br>**ORDER NO. 61, REGARDING:**<br><br>**(1) NEW HEARING DATES;**<br><br>**(2) TAKING ONE MATTER UNDER SUBMISSION; and**<br><br>**(3) ALL OTHER PENDING DISCOVERY MATTERS** |
| CONSOLIDATED WITH<br>MATTEL, INC. v. BRYANT and<br>MGA ENTERTAINMENT, INC. v.<br>MATTEL, INC. | |

**I.      HEARING DATES FOR DISCOVERY MATTERS**

The following discovery matters are set for hearing on the dates specified below at the offices of Arent Fox LLP:

**September 18, 2009 at 1:00 p.m.**

1.      Motion to Enforce Order Compelling the Omni Parties to Produce Documents, to Strike Objections, and for Sanctions filed by Mattel, Inc. on or about July 24, 2009.[1]

2.      Motion for Reconsideration of Order No. 42 Regarding in Camera Review of  Documents Protected by Attorney-Client Privilege filed by MGA Entertainment, Inc. on or about August 11, 2009.

3.      Motion to Compel Mattel, Inc.'s Attendance at 30(b)(6) Deposition, for Protective Order Requiring Advance Designation of 30(b)(6) Witnesses, to De-Designate Document Under Protective Order Related to Subject Matter of Requested 30(b)(6) Testimony, and for Sanctions filed by MGA Entertainment, Inc. on or about August 18, 2009.

4.      Motion for Leave to Take Additional Depositions filed by Mattel, Inc. on or about August 11, 2009.

5.      Cross-Motion for a Protective Order Altering Deposition Limits to Set an Overall Hours Limit filed by MGA Entertainment, Inc. on or about August 25, 2009.

**September 25, 2009 at 10:00 a.m.**

1.      Non-Party Attorney Peter Carson's Motion to Quash and/or for Protective Order re Subpoena Issued by Mattel, Inc. filed by Peter Carson on or about August 25, 2009.

2.      Motion for Order to Amend Protective Order filed by Mattel, Inc. on or about August 27, 2009.

---

[1] This motion, which was previously taken off calendar in Order No. 57, is being set for hearing pursuant to the request from the Omni Parties' counsel for oral argument.

## II.     MOTION TO BE DECIDED WITHOUT ORAL ARGUMENT

The Discovery Master, having considered the papers filed in support of and in opposition to the Motion to Compel Further Deposition of Ronald Brawer and to Overrule Instructions Not to Answer filed by Mattel, Inc. on August 10, 2009 ("Motion)" determines that oral argument is not necessary to resolve the Motion.  A ruling on the Motion will be issued promptly.

## III.    ALL OTHER PENDING MOTIONS WILL BE SET FOR HEARING ONCE THEY HAVE BEEN FULLY BRIEFED

All other pending motions (i.e., the (1) Motion for an Order (a) Removing "Confidential" Designations from Portions of the Deposition Transcript of Susana Kuemmerle, and (b) Issuing an Apostille re the Kuemmerle Transcript filed by Mattel, Inc. on or about August 27, 2009, and (2) Application for Issuance of Letters of Request for Judicial Assistance Re: Danny K.H. Yu and Bird & Bird filed by MGA Entertainment, Inc. on or about September 4, 2009) will be set for hearing once they have been fully briefed.


Dated:        September 11, 2009


By:      /s/ Robert C. O'Brien
ROBERT C. O'BRIEN
Discovery Master