UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
<u>CIVIL MINUTES - GENERAL</u>

Case No.    CV 04-09049-SGL(RNBx)                          Date: September 11, 2009

Title:        MATTEL, INC. -*v*- MGA ENTERTAINMENT, INC.

====================================================================

PRESENT:   HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

Cindy Sasse                              N/A
Courtroom Deputy Clerk                   Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

N/A                                      N/A


PROCEEDINGS:  IN CHAMBERS (NO PROCEEDINGS HELD) RE: STATUS HEARING

       The hearing previously set for September 21, 2009, is ORDERED continued to
September 22, 2009, at 10:00 a.m.

       IT IS SO ORDERED.


MINUTES FORM 90                                          Initials of Deputy Clerk: cls
CIVIL -- GEN                    Page 1