QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
|---|---|
| Plaintiff, | Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727 |
| vs. | |
| MATTEL, INC., a Delaware corporation, | **[BEFORE THE MONITOR PER COURT ORDER]** |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | **MATTEL INC.'S SECOND SUBMISSION TO THE MONITOR REGARDING ACCOUNTING ISSUES** |
| | Discovery Cut-off: December 11, 2009<br>Pre-trial Conference: March 1, 2010<br>Trial Date: March 23, 2010 |

00505.07975/3096281.2

MATTEL'S SECOND SUBMISSION TO THE MONITOR RE ACCOUNTING ISSUES

Pursuant to the Monitor's Briefing Schedule, on August 31, 2009 Mattel filed its Opening Submission to the Monitor Regarding Accounting Issues. Mattel is not currently in a position to address the substance of the additional issues identified in the Monitor's September 4, 2009 Order,[1] as it does not have access to MGA financial information needed to respond. Specifically, Mattel is unaware of the details of MGA's purported allocations of interest and expenses and whether and to what extent MGA may have deducted attorney's fees and costs from its June 2009 accounting. Once it receives MGA's submission to the Monitor with facts relating to these issues, Mattel anticipates that it will be in a position to address the issues further in its response brief, which per the Monitor's September 4, 2009 letter will be served on September 18, 2009.

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

DATED: September 11, 2009

By /s/ Michael T. Zeller
Michael T. Zeller
Attorneys for Mattel, Inc.

---

[1] On September 4, 2009, the Monitor requested additional briefing concerning (1) detailed explanations of any allocations of income or expenses that were used to prepare MGA's June 2009 accounting; and (2) a full and complete explanation of the amount, basis, and method by which MGA has deducted any attorneys' fees or other costs associated with any litigation, if any.