QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>DISCOVERY MATTER<br>[To Be Heard by Discovery Master Robert C. O'Brien Pursuant to Order of January 6, 2009]<br><br>[PUBLIC REDACTED] DECLARATION OF SCOTT L. WATSON IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA'S *EX PARTE* APPLICATION FOR (1) ORDER TO SHORTEN TIME FOR RESPONSE AND PRODUCTION OF DOCUMENTS REGARDING GIFTS TO LAW ENFORCEMENT, AND (2) ORDER AUTHORIZING SERVICE OF DEPOSITION NOTICE AND COMPELLING DEPOSITION OF RICHARD DE ANDA IN ADVANCE OF COURT-ORDERED HEARING |

# DECLARATION OF SCOTT WATSON

I, Scott L. Watson, declare as follows:

1. I am a member of the bar of the State of California. I am a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Court's August 31, 2009 Order.

3. Attached hereto as Exhibit 2 is a true and correct copy of an email from Dylan Proctor to Annette Hurst, dated September 3, 2009.

4. Attached hereto as Exhibit 3 is a true and correct copy of a letter from Marshall Searcy to Bill Molinski, dated September 4, 2009.

5. Attached hereto as Exhibit 4 is a true and correct copy of an email from Marshall Searcy to Annette Hurst and Bill Molinski, dated September 1, 2009.

6. Attached hereto as Exhibit 5 is a true and correct copy of an email from me to the Discovery Master, dated September 6, 2009, which forwarded my emails to Annette Hurst on September 4, 2009 and September 5, 2009.

7. Attached hereto as Exhibit 6 is a true and correct copy of the Phase 2 Discovery Matter Amended Order No. 11, dated March 31, 2009.

8. Attached hereto as Exhibit 7 is a true and correct copy of the Phase 2 Discovery Matter Order No. 14, dated April 9, 2009.

9. Attached hereto as Exhibit 8 is a true and correct copy of an email from Janine Brisbois to Isaac Larian, as produced by MGA on September 17, 2007 and Bates numbered MGA0301531.

10. On December 17, 2007, Mattel produced documents Bates numbered M0258646-M 0258712, which included redacted versions of Mattel's investigative files.

11. Attached hereto as Exhibit 9 is a true and correct copy of MGA's Opposition to Mattel's Motion to Compel Further Deposition of Ronald Brawer, dated August 14, 2009.

12. Attached hereto as Exhibit 10 is a true and correct copy of MGA's Opposition to Mattel's *Ex Parte* Application For Appointment of A Receiver, dated December 30, 2008.

13. Attached hereto as Exhibit 11 is a true and correct copy of Mattel's First Set of Requests For Documents and Things to MGAE De Mexico, S.R.L. De C.V. (Phase 2), dated April 16, 2009.

14. Attached hereto as Exhibit 12 is a true and correct copy of the Court's July 9, 2009 Order.

15. Attached hereto as Exhibit 13 is a true and correct copy of the Phase 2 Discovery Matter Order No. 52, dated August 26, 2009. To date, MGA has not produced the documents ordered by the Discovery Master in this Order.

16. Attached hereto as Exhibit 14 is a true and correct copy of an article in an Israeli newspaper Baba-Buba, dated July 17, 2009, with certified translation.

17. Attached hereto as Exhibit 15 is a true and correct copy of an excerpt of the June 17, 2008 trial transcript.

18. Mattel has conducted a reasonable and diligent search for documents responsive to MGA's Requests For Production 526 and 528 in compliance with the Phase 2 Discovery Matter Order No. 6 and produced all responsive documents located in that search. Mattel has repeatedly advised MGA of this fact in response to its inquiries. Mattel has also been undertaking searches for any documents responsive to MGA's Phase 2 Requests 170-172, even though MGA

served those requests only approximately a week ago, but has not located any additional documents to date.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on September 9, 2009 at Los Angeles, California.

/s/ Scott L. Watson
Scott L. Watson