QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000   Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>**DISCOVERY MATTER [To Be Heard By Discovery Master Robert C. O'Brien Pursuant To Order Of January 6, 2009]**<br><br>**MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL:**<br><br>**(1) REPLY IN SUPPORT OF MATTEL, INC.'S MOTION FOR AN ORDER: (1) REMOVING "CONFIDENTIAL" DESIGNATIONS FROM PORTIONS OF THE DEPOSITION TRANSCRIPT OF SUSANA KUEMMERLE, AND (2) ISSUING AN APOSTILLE RE THE KUEMMERLE TRANSCRIPT;**<br><br>**(2) EXHIBIT D TO THE SUPPLEMENTAL DECLARATION OF RANDA A.F. OSMAN, FILED CONCURRENTLY; AND**<br><br>**(3) FRANCISCO J. TIBURCIO IN SUPPORT OF MATTEL, INC.'S MOTION TO DE-DESIGNATE KUEMMERLE DEPOSITION TRANSCRIPT AND FOR APOSTILLE**<br><br>[[Proposed] Order filed concurrently]<br><br>**Phase 2:**<br>Disc. Cut-off:      December 11, 2009 |

07209/3096116.1

| | |
|---|---|
| Pre-trial Conf.: | March 1, 2010 |
| Trial Date: | March 23, 2010 |

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered
2  by the Court in this action, plaintiff Mattel, Inc. ("Mattel") hereby respectfully requests
3  that the Court order that the following documents be filed under seal:
4      1.    Reply in Support of Mattel, Inc.'s Motion For An Order: (1)
5  Removing "Confidential" Designations from Portions of the Deposition Transcript of
6  Susana Kuemmerle, and (2) Issuing an Apostille re the Kuemmerle Transcript;
7      2.    Exhibit D to the Supplemental Declaration of Randa A.F. Osman in
8  Support of Mattel, Inc.'s Reply in Support of Its Motion For An Order: (1) Removing
9  "Confidential" Designations from Portions of the Deposition Transcript of Susana
10 Kuemmerle, and (2) Issuing an Apostille re the Kuemmerle Transcript; and
11     3.    Declaration of Francisco J. Tiburcio In Support Of Mattel, Inc.'s
12 Motion To De-Designate Kuemmerle Deposition Transcript And For Apostille dated
13 September 9, 2009.
14     The Reply Brief, Exhibit D to the Supplemental Declaration of Randa A.F.
15 Osman, and the Declaration of Francisco J. Tiburcio include materials that MGA
16 Entertainment, Inc. has designated as "Confidential--Attorneys' Eyes Only" and/or
17 "Confidential" pursuant to the Stipulated Protective Order that was entered in this action
18 on January 4, 2005. Accordingly, Mattel requests that the Court order that the above
19 documents be filed under seal.
20
21
22
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

07209/3096116.1

-3-

1         In the alternative, Mattel respectfully requests that the Court declare that these materials are outside the definition of "Confidential--Attorneys' Eyes Only" and/or "Confidential" as set forth in the Stipulated Protective Order, and order that the Reply Brief, Exhibit D to the Supplemental Declaration of Randa A.F. Osman, and the Declaration of Francisco J. Tiburcio be filed as part of the public record.

DATED: September 10, 2009      QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

                                          By /s/ Randa A.F. Osman
                                             Randa A. F. Osman
                                             Attorneys for Mattel, Inc.