Richard M. Pachulski (CA Bar No. 90073)
rpachulski@pszjlaw.com
James I. Stang (CA Bar No. 94435)
jstang@pszjlaw.com
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd.
11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760

Attorneys for MGA Entertainment, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No.: CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>**APPLICATION TO FILE DOCUMENT UNDER SEAL:**<br><br>**MGA ENTERTAINMENT, INC'S AMENDED OPENING SUBMISSION TO THE MONITOR REGARDING ACCOUNTING OF INTEREST ON WACHOVIA/OMNI 808 LOAN** |

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action on January 4, 2005, MGA Entertainment, Inc. ("MGA") respectfully requests that the Court permit the following document to be filed under seal: MGA Entertainment, Inc.'s Amended Opening Submission to the Monitor Regarding Accounting of Interest on Wachovia/Omni 808 Loan. Good cause exists

56998-001\DOCS_LA:207721.1

for filing this document under seal because the document contains confidential commercial information and nonpublic financial information relating to MGA and Isaac Larian.

Dated: September 11, 2009         PACHULSKI STANG ZIEHL & JONES LLP

By  */s/ James I. Stang*
    Richard M. Pachulski
    James I. Stang

Attorneys for MGA Entertainment Inc.