THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
JASON D. RUSSELL (Bar No. 169219)
(jrussell@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071-3144
Tel.: (213) 687-5000/Fax: (213) 687-5600

Attorneys for Counter-Defendants,
MGA ENTERTAINMENT, INC., ISAAC LARIAN,
and MGA ENTERTAINMENT (HK) LIMITED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>-v.-<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>Honorable Stephen G. Larson<br><br>**APPLICATION TO FILE UNDER SEAL:**<br><br>MGA PARTIES' AMENDED OPENING SUBMISSION TO THE MONITOR REGARDING ACCOUNTING ISSUES |

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action on January 4, 2005, MGA Entertainment, Inc., Isaac Larian, and MGA Entertainment (HK) Limited, (collectively, the "MGA Parties") hereby respectfully request that the Court order the following documents be filed under seal: MGA Parties' Amended Opening Submission To The Monitor Regarding Accounting Issues.

Good cause exists for filing this document under seal because it contains confidential financial information and it was ordered filed under seal and designated "Attorneys' Eyes Only" by the Court Appointed Monitor in his August 13, 2009 Briefing Schedule For Issues Related To The Calculation Of Monthly Profits, ¶ 5.

DATED: September 11, 2009        SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: _____Thomas J. Nolan /JKdC_____
        Thomas J. Nolan
        Attorneys for the MGA Parties