LODGED

Richard M. Pachulski (CA Bar No. 90073)
rpachulski@pszjlaw.com
James I. Stang (CA Bar No. 94435)
jstang@pszjlaw.com
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd.
11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760

2009 SEP 11 PM 3: 46

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

BY_____

Attorneys for MGA Entertainment, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>MATTEL, INC., a Delaware Corporation,<br><br>　　　　　　Defendant. | Case No.: CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>[~~PROPOSED~~] ORDER GRANTING APPLICATION TO FILE DOCUMENTS UNDER SEAL |
| AND CONSOLIDATED ACTIONS | |

Based on the Application to File Documents Under Seal filed by MGA Entertainment, Inc. ("MGA"), it is hereby ordered that the following document may be filed under seal pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action on January 4, 2005:

56998-001\DOCS_LA:207722.1

1. MGA Entertainment, Inc.'s Amended Opening Submission to the Monitor Regarding Accounting of Interest on Wachovia/Omni 808 Loan.

Dated: Sept 11, 2009

*/s/ S.G. Larson*
The Honorable Stephen G. Larson
United States District Jude