1  THOMAS J. NOLAN (Bar No. 66992)
   (tnolan@skadden.com)
2  JASON D. RUSSELL (Bar No. 169219)
   (jrussell@skadden.com)
3  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   300 South Grand Avenue, Suite 3400
4  Los Angeles, CA  90071-3144
   Tel.: (213) 687-5000/Fax: (213) 687-5600
5
6  Attorneys for Counter-Defendants,
   MGA ENTERTAINMENT, INC., ISAAC LARIAN,
7  and MGA ENTERTAINMENT (HK) LIMITED

8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA
10                    EASTERN DIVISION

11 CARTER BRYANT, an individual,    ) CASE NO. CV 04-9049 SGL (RNBx)
                                    )
12                    Plaintiff,    ) Consolidated with Case No. 04-9059
                                    ) and Case No. 05-2727
13         v.                       )
                                    ) Honorable Stephen G. Larson
14 MATTEL, INC., a Delaware corporation, )
                                    ) [~~PROPOSED~~] ORDER TO FILE
15                    Defendant.    ) UNDER SEAL:
                                    )
16 ─────────────────────────────────  )
   AND CONSOLIDATED ACTIONS.        ) MGA PARTIES' AMENDED OPENING
17                                  ) SUBMISSION TO THE MONITOR
                                    ) REGARDING ACCOUNTING ISSUES

18
19
20
21
22
23
24
25
26
27
28

─────────────────────────────────
[Proposed] Order To File Under Seal
Case No. CV 04-9049 SGL (RNBx)

## ORDER

Based on the concurrently filed Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that the following documents be filed under seal pursuant to Local Rule 79-5.1:

1. MGA Parties' Amended Opening Submission To The Monitor Regarding Accounting Issues

DATED: Sept 11, 2009

_____
Hon. Stephen G. Larson
United States District Court Judge