LODGED

2009 SEP 11 AM 11:56
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

CARTER BRYANT, an individual,

Plaintiff,

vs.

MATTEL, INC., a Delaware corporation,

Defendant.

AND CONSOLIDATED ACTIONS

CASE NO. CV 04-9049 SGL (RNBx)
Consolidated with
Case Nos. CV 04-09059 & CV 05-2727

Hon. Stephen G. Larson

[~~PROPOSED~~] ORDER GRANTING MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL:

(1) REPLY IN SUPPORT OF MATTEL, INC.'S MOTION FOR AN ORDER: (1) REMOVING "CONFIDENTIAL" DESIGNATIONS FROM PORTIONS OF THE DEPOSITION TRANSCRIPT OF SUSANA KUEMMERLE, AND (2) ISSUING AN APOSTILLE RE THE KUEMMERLE TRANSCRIPT;

(2) EXHIBIT D TO THE SUPPLEMENTAL DECLARATION OF RANDA A.F. OSMAN, FILED CONCURRENTLY; AND

(3) DECLARATION OF FRANCISCO J. TIBURCIO IN SUPPORT OF MATTEL, INC.'S MOTION TO DE-DESIGNATE KUEMMERLE DEPOSITION TRANSCRIPT AND FOR APOSTILLE

## ORDER

Based on the concurrently filed Application To File Under Seal the following documents:

(i) Reply in Support of Mattel, Inc.'s Motion For An Order: (1) Removing "Confidential" Designations from Portions of the Deposition Transcript of Susana Kuemmerle, and (2) Issuing an Apostille re the Kuemmerle Transcript;

(ii) Exhibit D to the Supplemental Declaration of Randa A.F. Osman in Support of Mattel, Inc.'s Reply in Support of Its Motion For An Order: (1) Removing "Confidential" Designations from Portions of the Deposition Transcript of Susana Kuemmerle, and (2) Issuing an Apostille re the Kuemmerle Transcript; and

(iii) Declaration of Francisco J. Tiburcio In Support Of Mattel, Inc.'s Motion To De-Designate Kuemmerle Deposition Transcript And For Apostille dated September 9, 2009,

and good cause appearing therefore,

IT IS HEREBY ORDERED that the following documents shall be filed under seal pursuant to Local Rule 79-5.1:

1. Reply in Support of Mattel, Inc.'s Motion For An Order: (1) Removing "Confidential" Designations from Portions of the Deposition Transcript of Susana Kuemmerle, and (2) Issuing an Apostille re the Kuemmerle Transcript;

2. Exhibit D to the Supplemental Declaration of Randa A.F. Osman in Support of Mattel, Inc.'s Reply in Support of Its Motion For An Order: (1) Removing "Confidential" Designations from Portions of the Deposition Transcript of Susana Kuemmerle, and (2) Issuing an Apostille re the Kuemmerle Transcript; and

//
//
//

3. Declaration of Francisco J. Tiburcio In Support Of Mattel, Inc.'s Motion To De-Designate Kuemmerle Deposition Transcript And For Apostille dated September 9, 2009.

DATED: Sept 11, 2009

_____
Hon. Stephen G. Larson
United States District Judge