QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>**PROOF OF SERVICE**<br><br>**Phase 2**<br>Discovery Cut-off: December 11, 2009<br>Pre-trial Conference: March 1, 2010<br>Trial Date: March 23, 2010 |

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On September 10, 2009, I served true copies of the following document(s) described as  on the parties in this action as follows:

### SEE ATTACHED DOCUMENT LIST

on the parties in this action as follows:

| | |
|---|---|
| Skadden, Arps, Slate, Meagher & Flom LLP<br>   Thomas J. Nolan, Esq.<br>   Jason Russell, Esq.<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA  90071<br>   tnolan@skadden.com<br>   jrussell@skadden.com | **Attorneys for** *the MGA Parties* |
| Scheper, Kim & Overland, LLP<br>   Mark E. Overland, Esq.<br>   Alexander H. Cote, Esq.<br>601 West Fifth Street, 12th Floor<br>Los Angeles, CA 90071<br>   moverland@obsklaw.com<br>   acote@obsklaw.com | **Attorneys for** *Carlos Gustavo Machado Gomez* |
| Orrick, Herrington & Sutcliffe, LLP<br>   Melinda Haag, Esq.<br>   Annette L. Hurst, Esq.<br>   Warrington S. Parker III, Esq.<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105<br>   mhaag@orrick.com<br>   ahurst@orrick.com<br>   wparker@orrick.com | **Attorneys for** *the MGA Parties* |

| | | |
|---|---|---|
| 1<br>2<br>3<br>4 | Orrick, Herrington & Sutcliffe, LLP<br>  William A. Molinski, Esq.<br>777 South Figueroa Street, Suite 3200<br>Los Angeles, CA 90017<br>  wmolinski@orrick.com | **Attorneys for *the MGA Parties*** |
| 5<br>6<br>7<br>8<br>9 | Bingham McCutchen LLP<br>  Todd E. Gordinier, Esq.<br>  Peter N. Villar, Esq.<br>600 Anton Boulevard, 18th Floor<br>Costa Mesa, CA 92626-1924<br>  todd.gordinier@bingham.com<br>  peter.villar@bingham.com | **Attorneys for *the Omni 808 Investors, LLC*** |

**BY ELECTRONIC MAIL TRANSMISSION:** By electronic mail transmission from lorrainerobles@quinnemanuel.com on September 10, 2009, by transmitting a PDF format copy of such document(s) to each such person at the e-mail address listed below their address(es). The document(s) was/were transmitted by electronic transmission and such transmission was reported as complete and without error.

Executed on September 10, 2009, at Los Angeles, California.


_____
Leticia Bustinduy

# DOCUMENT LIST

1. Mattel, Inc.'S Application To File Under Seal:
   Reply In Support Of Mattel, Inc.'S Motion For An Order: (1) Removing "Confidential" Designations From Portions Of The Deposition Transcript Of Susana Kuemmerle, And (2) Issuing An Apostille Re The Kuemmerle Transcript;
   Exhibit D To The Supplemental Declaration Of Randa A.F. Osman, Filed Concurrently; And (3) Francisco J. Tiburcio In Support Of Mattel, Inc.'S Motion To De-Designate Kuemmerle Deposition Transcript And For Apostille

2. [Proposed] Order Granting Mattel, Inc.'S For Application To File Under Seal:Reply In Support Of Mattel, Inc.'S Motion For An Order: (1) Removing "Confidential" Designations From Portions Of The Deposition Transcript Of Susana Kuemmerle, And (2) Issuing An Apostille Re The Kuemmerle Transcript; Exhibit D To The Supplemental Declaration Of Randa A.F. Osman, Filed Concurrently; And (3) Francisco J. Tiburcio In Support Of Mattel, Inc.'S Motion To De-Designate Kuemmerle Deposition Transcript And For Apostille

3. Reply In Support Of Mattel, Inc.'S Motion For An Order: (1) Removing "Confidential" Designations From Portions Of The Deposition Transcript Of Susana Kuemmerle, And (2) Issuing An Apostille Re The Kuemmerle Transcript

4. Declaration Of Francisco J. Tiburcio In Support Of Mattel, Inc.'S Motion To De-Designate Kuemmerle Deposition Transcript And For Apostille

5. Supplemental Declaration Of Randa A.F. Osman In Support Of Mattel, Inc.'S Reply In Support Of Its Motion For An Order: (1) Removing "Confidential" Designations From Portions Of The Deposition Transcript Of Susana Kuemmerle, And (2) Issuing An Apostille Re The Kuemmerle Transcript; and

6. NOTICE OF LODGING SUSANA KUEMMERLE DEPOSITION TRANSCRIPT IN SUPPORT OF MATTEL, INC.'S REPLY IN SUPPORT OF ITS MOTION FOR AN ORDER: (1) REMOVING "CONFIDENTIAL" DESIGNATIONS FROM PORTIONS OF THE DEPOSITION TRANSCRIPT OF SUSANA KUEMMERLE, AND (2) ISSUING AN APOSTILLE RE THE KUEMMERLE TRANSCRIPT