```
 1  THOMAS J. NOLAN (Bar No. 66992)
    (tnolan@skadden.com)
 2  JASON D. RUSSELL (Bar No. 169219)
    (jrussell@skadden.com)
 3  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
    300 South Grand Avenue, Suite 3400
 4  Los Angeles, CA  90071-3144
    Tel.: (213) 687-5000/Fax: (213) 687-5600
 5
    Attorneys for Counter-Defendants,
 6  MGA ENTERTAINMENT, INC.,
    ISAAC LARIAN, and MGA ENTERTAINMENT (HK) LIMITED
 7
```

## UNITED STATED DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual ) | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, ) | Consolidated with Case No. 04-9059 and Case No. 05-2727 |
| v. ) | **SKADDEN, ARPS' NOTICE OF *IN CAMERA* SUBMISSION IN RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE REGARDING DOCUMENT NO. MGA2 0070266-0070270** |
| MATTEL, INC., a Delaware corporation ) | |
| Defendant. ) | |
| AND CONSOLIDATED ACTIONS. ) | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    **PLEASE TAKE NOTICE** that Skadden, Arps, Slate, Meagher & Flom LLP has submitted the following sealed documents to the Court *in camera* pursuant to the Court's September 2, 2009 Order To Show Cause:

    1.    Report Of Skadden, Arps, Slate, Meagher & Flom LLP In Response To The Court's Order To Show Cause Regarding Document No. MGA2 0070266-0070270

    2.    Declaration of Thomas J. Nolan In Response To The Court's Order To Show Cause Regarding Document No. MGA2 0070266-0070270

    3.    Declaration of Jose R. Allen In Response To The Court's Order To Show Cause Regarding Document No. MGA2 0070266-0070270

    4.    Declaration of Kenneth A. Plevan In Response To The Court's Order To Show Cause Regarding Document No. MGA2 0070266-0070270

DATED: September 14, 2009    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By:    /s/ Thomas J. Nolan
Thomas J. Nolan
Attorneys for the MGA Parties