1  THOMAS J. NOLAN (Bar No. 66992)
   (tnolan@skadden.com)
2  JASON D. RUSSELL (Bar No. 169219)
   (jrussell@skadden.com)
3  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   300 South Grand Avenue, Suite 3400
4  Los Angeles, CA  90071-3144
   Tel.: (213) 687-5000/Fax: (213) 687-5600
5
   Attorneys for Counter-Defendants,
6  MGA ENTERTAINMENT, INC., ISAAC LARIAN,
   and MGA ENTERTAINMENT (HK) LIMITED
7

8                UNITED STATED DISTRICT COURT
9                CENTRAL DISTRICT OF CALIFORNIA
10                     EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>PROOF OF SERVICE |

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 300 South Grand Avenue, Suite 3400, Los Angeles, California 90071.

On **September 14, 2009**, I served the foregoing documents described as:

1. Revised January 23, 2008 Privilege Log (Submitted to the Court as Exhibit A to the Report Of Skadden, Arps, Slate, Meagher & Flom LLP In Response To The Court's Order To Show Cause Regarding Document No. MGA2 0070266-0070270)

on the counsel of record and Court-Appointed Officers in this action addressed as follows:

**SEE ATTACHED SERVICE LIST**

(X) [E-MAIL OR ELECTRONIC SERVICE] Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed in the attached service list. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

Executed on **September 14, 2009**, in Los Angeles, California.



\_\_\_Al Chua_____    _____
    PRINT NAME                                            SIGNATURE

# SERVICE LIST

| | |
|---|---|
| John Quinn, Esq.<br>Michael T. Zeller, Esq.<br>Jon D. Corey, Esq.<br>Quinn Emanuel Urquhart Oliver & Hedges, LLP<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, CA 90017-2543<br>johnquinn@quinnemanuel.com<br>michaelzeller@quinnemanuel.com<br>joncorey@quinnemanuel.com | Attorneys for Mattel, Inc.<br><br>SERVED BY EMAIL |
| Annette L. Hurst, Esq.<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105<br>ahurst@orrick.com | Attorneys for MGA Parties<br><br>SERVED BY EMAIL |
| Todd E. Gordinier, Esq.<br>Bingham McCutchen LLP<br>Plaza Tower<br>600 Anton Boulevard, 18th Floor<br>Costa Mesa, CA 92626-1924<br>todd.gordinier@bingham.com | Attorneys for Omni 808<br><br>SERVED BY EMAIL |
| Patrick A. Fraioli, Jr., Esq.<br>Byron Z. Moldo, Esq.<br>Ervin Cohen & Jessup LLP<br>9401 Wilshire Boulevard, Ninth Floor<br>Beverly Hills, California 90212-2974<br>pfraioli@ecjlaw.com<br>bmoldo@ecjlaw.com | Court Appointed Monitor<br><br>SERVED BY EMAIL |
| Robert C. O'Brien<br>ARENT FOX LLP<br>555 West Fifth Street, 48th Floor<br>Los Angeles, CA 90013-1065<br>Telephone: 213.629.7400<br>Facsimile: 213.629.7401<br>obrien.robert@arentfox.com | Court-Appointed Discovery Master<br><br>SERVED BY EMAIL |

| | | |
|---|---|---|
| 1 | | |
| 2 | Ambassador Pierre-Richard Prosper | Court-Appointed Settlement Officer |
|   | ARENT FOX LLP | |
| 3 | 555 West Fifth Street, 48th Floor | SERVED BY EMAIL |
| 4 | Los Angeles, CA 90013-1065 | |
|   | Telephone: 213.629.7400 | |
| 5 | Facsimile: 213.629.7401 | |
| 6 | prosper.pierre@arentfox.com | |
| 7 | Ronald L. Durkin | Court-Appointed Forensic Auditor |
|   | DURKIN FORENSICS, INC. | |
| 8 | 601 South Figueroa Street, Suite 2080 | SERVED BY EMAIL |
| 9 | Los Angeles, CA 90017 | |
|   | Telephone: 213.225.1110 | |
| 10 | rdurkin@durkinforensic.com | |