1  Patricia L. Glaser, State Bar No. 055668
     pglaser@glaserweil.com
2  Joel N. Klevens, State Bar No. 045446
     jklevens@glaserweil.com
3  GLASER, WEIL, FINK, JACOBS,
     HOWARD & SHAPIRO, LLP
4  10250 Constellation Boulevard, 19th Floor
5  Los Angeles, California 90067
   Telephone:  310-553-3000
6  Facsimile:  310-556-2920

7  Former attorneys for the MGA Parties for Phase 2

8              UNITED STATES DISTRICT COURT

9             CENTRAL DISTRICT OF CALIFORNIA

10                   EASTERN DIVISION

11  CARTER BRYANT, an individual          )   Case No. CV 04-9049 SGL (RNBx)
                                          )
12              Plaintiff,                )   Consolidated with: Case No. CV 04-
                                          )   9059 and Case No. CV 05-2727
13  v.                                    )
                                          )   **Hon. Stephen J. Larson**
14  MATTEL, INC., a Delaware              )   **DECLARATION OF JOEL N.**
15  Corporation                          )   **KLEVENS IN RESPONSE TO**
                                          )   **COURT'S ORDER OF AUGUST 31,**
16              Defendant.                )   **2009**
                                          )
17  ─────────────────────────────        )
                                          )
18  AND CONSOLIDATED ACTIONS              )
                                          )
19                                        )
                                          )
20                                        )
                                          )
21                                        )
                                          )
22                                        )

23

24

25

26

27

28

689009 v3

## DECLARATION OF JOEL N. KLEVENS

I, Joel N. Klevens, hereby declare that:

1.      I am an attorney licensed to practice law before all Courts of the State of California and before this Court.  I am a partner in the firm of Glaser, Weil, Fink, Jacobs, Howard & Shapiro, LLP, former  counsel of record of the MGA Parties in connection with the litigation of Phase 2 in the above-referenced matter.  I have personal knowledge of the facts stated herein and, if called upon, could and would testify competently to said facts.

2.      I supervised my firm's investigation in response to the Court's Order of August 31, 2009 and supervised communications with all of the attorneys in my firm who were involved in the litigation of the above-referenced matter at my firm.

3.      No attorney from my firm ever reviewed the O'Connor email chain referenced in the Court's Order of August 31, 2009, and no attorney from my firm participated in any decision to withhold that document from production on grounds of privilege.

4.      No attorney from my firm was involved in creating any of the privilege logs at issue in the Court's Order.  In 2009, my firm did prepare revisions to certain of the privilege logs, providing some additional information regarding certain of the documents referred to on the logs.  None of the revisions concerned the O'Connor email chain referred to in the Court's Order of August 31, 2009.

5.      In response to a meet and confer letter from counsel for Mattel dated February 8, 2009, my firm agreed to re-review certain categories of documents identified as privileged on privilege logs created by other law firms that had previously represented MGA in this action.  However, this firm did not agree to re-review the largest category of documents addressed in the February 8, 2009 letter, which was described by counsel for Mattel as "Communications Between Non-Lawyers and Non-Legal Communications."  That category of documents contained the O'Connor email chain.

689009 v3

6.     The reason that the category of documents that turned out to contain the O'Connor email chain was not reviewed by my firm was that we understood that that category of documents had been the subject of this Court's Order dated June 5, 2008 and, therefore, we declined to re-review those documents.

7.     Thereafter, when the Discovery Master issued his Order No. 33 on or about May 18, 2009, requiring the re-review of all documents listed on Appendices A through E, we began, but did not complete that process of re-review. The process was interrupted by temporary stays of discovery and then by the change of counsel for the MGA Parties on July 3, 2009. The deadline for production of the documents listed on Appendices A through E (which turned out to include the O'Connor email chain) was July 28, 2009, taking into account the extensions created by the temporary stays of discovery.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed at Los Angeles, California on September 14, 2009.

JOEL N. KLEVENS

LAW OFFICES
GLASER, WEIL, FINK, JACOBS, HOWARD & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
310-553-3000

689009 v3

DECLARATION OF JOEL N. KLEVENS IN RESPONSE TO COURT'S ORDER OF AUGUST 31, 2009

## PROOF OF SERVICE

STATE OF CALIFORNIA

COUNTY OF LOS ANGELES

     I am employed in the County of Los Angeles, State of California; I am over the age of 18 and not a party to the within action; my business address is 10250 Constellation Boulevard, Nineteenth Floor, Los Angeles, California 90067.

     On September 14, 2009, I served the foregoing documents described as:

**DECLARATION OF JOEL N. KLEVENS IN RESPONSE TO COURT'S ORDER OF AUGUST 31, 2009**

on the interested parties to this action by placing a copy thereof enclosed in a sealed envelope addressed as follows:

**PLEASE SEE ATTACHED SERVICE LIST**

☐    (BY PERSONAL SERVICE)  I caused such envelope to be delivered by hand to the offices of the addressees named below.

☒    **(BY EMAIL)**  I caused such documents to be delivered via email to the addressees listed below.

     Executed this 14th day of September, 2009, at Los Angeles, California.

     I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

C. ERIK ENOCKSON

689009 v3

LAW OFFICES
GLASER, WEIL, FINK, JACOBS, HOWARD & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
310-553-3000

## SERVICE LIST

John Quinn, Esq.
(johnquinn@quinnemanuel.com)
Jon D. Corey, Esq.
(joncorey@quinnemanuel.com)
Brett D. Proctor
(dylanproctor@quinnemanuel.com)
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
**[By Email Service]**

Russell J. Frackman, Esq.
(rjf@msk.com)
Patricia H. Benson, Esq.
(phb@msk.com)
Mitchell, Silberberg & Knupp, LLP
11377 W. Olympic Blvd.
Los Angeles, CA 90067
(310) 312-2000
**[By Email Service]**

Thomas J. Nolan, Esq.
(tnolan@skadden.com)
Raoul D. Kennedy, Esq.
(rkennedy@skadden.com)
Jason D. Russell, Esq.
(Jason.russell@skadden.com)
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071-3144
(213) 687-5000
**[By Email Service]**

Mark E. Overland, Esq.
moverland@obsklaw.com
Alexander H. Cote, Esq.
acote@obsklaw.com
Overland Borenstein Scheper & Kim LLP
601 W. 5th Street, 12th Floor
Los Angeles, CA 90017
**[By Email Service]**

Annette L. Hurst, Esq.
(ahurst@orrick.com)
Orrick, Herrington & Sutcliffe, LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
**[By Email Service]**

689009 v3