MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1-415-773-5700
Facsimile: +1-415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: +1-213-629-2020
Facsimile: +1-213-612-2499

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | Case No. CV 04-9049-SGL (RNBx) |
| Plaintiff, | |
| v. | **PROOF OF SERVICE RE ECF/E-SERVICE/U.S. MAIL AND HAND DELIVERY** |
| MATTEL, INC., a Delaware corporation, | |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | |

OHS West:260722391.1

PROOF OF SERVICE

## PROOF OF SERVICE VIA ECF

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, The Orrick Building, 405 Howard Street, San Francisco, CA 94105. On September 11, 2009, I served the following document(s):

- NOTICE OF MANUAL FILING MGA ENTERTAINMENT'S REPLY IN SUPPORT OF EX PARTE APPLICATION FOR (1) ORDER TO SHORTEN TIME FOR RESPONSE AND PRODUCTION OF DOCUMENTS RE GIFTS TO LAW ENFORCEMENT, AND (2) ORDER AUTHORIZING SERVICE OF DEPOSITION NOTICE AND COMPELLING DEPOSITION OF RICHARD DE ANDA IN ADVANCE OF COURT-ORDERED HEARING

- [PUBLIC REDACTED VERSION] MGA ENTERTAINMENT'S REPLY IN SUPPORT OF EX PARTE APPLICATION FOR (1) ORDER TO SHORTEN TIME FOR RESPONSE AND PRODUCTION OF DOCUMENTS RE GIFTS TO LAW ENFORCEMENT, AND (2) ORDER AUTHORIZING SERVICE OF DEPOSITION NOTICE AND COMPELLING DEPOSITION OF RICHARD DE ANDA IN ADVANCE OF COURT-ORDERED HEARING

filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on September 11, 2009.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 11, 2009, at San Francisco, California.



Rebecca B. Mance

## PROOF OF SERVICE BY EMAIL TO COUNSEL

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, The Orrick Building, 405 Howard Street, San Francisco, CA 94105. On September 10, 2009, I served the following document(s):

- **MGA ENTERTAINMENT'S REPLY IN SUPPORT OF EX PARTE APPLICATION FOR (1) ORDER TO SHORTEN TIME FOR RESPONSE AND PRODUCTION OF DOCUMENTS RE GIFTS TO LAW ENFORCEMENT, AND (2) ORDER AUTHORIZING SERVICE OF DEPOSITION NOTICE AND COMPELLING DEPOSITION OF RICHARD DE ANDA IN ADVANCE OF COURT-ORDERED HEARING**

I served copies of said papers on September 10, 2009 by attaching them to an email addressed to:

**Michael Zeller**
michaelzeller@quinnemanuel.com

**Mark Overland**
moverland@scheperkim.com

**Dylan Proctor**
dylanproctor@quinnemanuel.com

**Jason Russell**
jason.russell@skadden.com

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 10, 2009, at San Francisco, California.

/s/ Jason Angell
Jason Angell

## Mance, Rebecca

| | |
|---|---|
| **From:** | Calderon, James |
| **Sent:** | Friday, September 11, 2009 9:52 AM |
| **To:** | Mance, Rebecca |
| **Subject:** | FW: Carter Bryant v. Mattel and consolidated actions |
| **Attachments:** | MGA_ Reply Mtn to Ex Parte Application.pdf |

---

**From:** Angell, Jason
**Sent:** Thursday, September 10, 2009 3:25 PM
**To:** 'O'Brien, Robert'; 'Hansen, Drew'
**Cc:** 'Michael T Zeller'; 'Dylan Proctor'; 'Jason.Russell@skadden.com'; 'moverland@scheperkim.com'; Hurst, Annette
**Subject:** RE: Carter Bryant v. Mattel and consolidated actions

Dear Mr. O'Brien:

Please find attached **MGA ENTERTAINMENT'S REPLY IN SUPPORT OF *EX PARTE* APPLICATION FOR (1) ORDER TO SHORTEN TIME FOR RESPONSE AND PRODUCTION OF DOCUMENTS RE GIFTS TO LAW ENFORCEMENT, AND (2) ORDER AUTHORIZING SERVICE OF DEPOSITION NOTICE AND COMPELLING DEPOSITION OF RICHARD DE ANDA IN ADVANCE OF COURT-ORDERED HEARING.**

The reply papers are being served contemporaneously with this transmission by email delivery to counsel, and will also be filed with the Court.

Respectfully submitted,

Jason Angell

**JASON S. ANGELL**
*attorney*
ORRICK, HERRINGTON & SUTCLIFFE LLP
*tel* 650-614-7638
*fax* 650-614-7401
*email* jangell@orrick.com
www.orrick.com

---

**From:** Hurst, Annette
**Sent:** Friday, September 04, 2009 4:27 PM
**To:** 'O'Brien, Robert'; 'Hansen, Drew'
**Cc:** 'Michael T Zeller'; 'Dylan Proctor'; Jason.Russell@skadden.com; 'moverland@scheperkim.com'
**Subject:** Carter Bryant v. Mattel and consolidated actions

Dear Mr. O'Brien:

9/11/2009

Please consider the attached MGA ENTERTAINMENT, INC.'S EX PARTE APPLICATION FOR (1) ORDER TO SHORTEN TIME FOR RESPONSE AND PRODUCTION OF DOCUMENTS REGARDING GIFTS TO LAW ENFORCEMENT, AND (2) ORDER AUTHORIZING SERVICE OF DEPOSITION NOTICE AND COMPELLING DEPOSITION OF RICHARD DE ANDA IN ADVANCE OF COURT-ORDERED HEARING.

The Ex Parte Application is being served contemporaneously with this transmission by e-mail delivery to counsel, and will be filed with the Court on Tuesday.

Respectfully submitted,
Annette Hurst



ORRICK

**ANNETTE L. HURST**
*Partner*

**ORRICK, HERRINGTON & SUTCLIFFE LLP**
SAN FRANCISCO

*tel* (415) 773-4585
*fax* (415) 773-5759
ahurst@orrick.com

www.orrick.com

9/11/2009

## PROOF OF SERVICE BY MAIL

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, The Orrick Building, 405 Howard Street, San Francisco, CA 94105. On September 11, 2009, I served the following document(s):

- **NOTICE OF MANUAL FILING MGA ENTERTAINMENT'S REPLY IN SUPPORT OF EX PARTE APPLICATION FOR (1) ORDER TO SHORTEN TIME FOR RESPONSE AND PRODUCTION OF DOCUMENTS RE GIFTS TO LAW ENFORCEMENT, AND (2) ORDER AUTHORIZING SERVICE OF DEPOSITION NOTICE AND COMPELLING DEPOSITION OF RICHARD DE ANDA IN ADVANCE OF COURT-ORDERED HEARING**

- **APPLICATION TO FILE UNDER SEAL**

- **[PROPOSED] ORDER RE APPLICATION TO FILE UNDER SEAL**

- **MGA ENTERTAINMENT'S REPLY IN SUPPORT OF EX PARTE APPLICATION FOR (1) ORDER TO SHORTEN TIME FOR RESPONSE AND PRODUCTION OF DOCUMENTS RE GIFTS TO LAW ENFORCEMENT, AND (2) ORDER AUTHORIZING SERVICE OF DEPOSITION NOTICE AND COMPELLING DEPOSITION OF RICHARD DE ANDA IN ADVANCE OF COURT-ORDERED HEARING**

on the interested parties in this action by placing true and correct copies thereof in sealed envelope(s) addressed as follows:

**Jason Russell, Esq.**
Skadden Arps Slate Meagher & Flom LLP
300 South Grand Avenue
Suite 3400
Los Angeles, CA 90071

**Todd Gordinier, Esq.**
**Peter Villar, Esq.**
Bingham McCutchen LLP
600 Anton Boulevard, 18th Floor
Costa Mesa, CA 92626

OHS West:260722391.1                      - 3 -                      PROOF OF SERVICE

1 | **Mark Overland, Esq.**
2 | **Alexander Cote, Esq.**
Scheper Kim & Overland LLP
3 | One Bunker Hill
4 | 601 West Fifth Street, 12th Floor
Los Angeles, California 90071
5 |

6 |       I am employed in the county from which the mailing occurred. On the
7 | date indicated above, I placed the sealed envelope(s) for collection and mailing at
8 | this firm's office business address indicated above. I am readily familiar with this
9 | firm's practice for the collection and processing of correspondence for mailing with
10 | the United States Postal Service. Under that practice, the firm's correspondence
11 | would be deposited with the United States Postal Service on this same date with
12 | postage thereon fully prepaid in the ordinary course of business.
13 |       I declare under penalty of perjury that the foregoing is true and correct.
14 |       Executed on September 11, 2009, at San Francisco, California.

*/s/ Rebecca B. Mance*

Rebecca B. Mance

**PROOF OF SERVICE BY HAND DELIVERY**

I, _____, declare I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 350 S. Figueroa Street, Suite 196, Los Angeles, California 90071.

On September 11, 2009, I served all parties with the following documents:

- **NOTICE OF MANUAL FILING MGA ENTERTAINMENT'S REPLY IN SUPPORT OF EX PARTE APPLICATION FOR (1) ORDER TO SHORTEN TIME FOR RESPONSE AND PRODUCTION OF DOCUMENTS RE GIFTS TO LAW ENFORCEMENT, AND (2) ORDER AUTHORIZING SERVICE OF DEPOSITION NOTICE AND COMPELLING DEPOSITION OF RICHARD DE ANDA IN ADVANCE OF COURT-ORDERED HEARING**

- **APPLICATION TO FILE UNDER SEAL**

- **[PROPOSED] ORDER RE APPLICATION TO FILE UNDER SEAL**

- **MGA ENTERTAINMENT'S REPLY IN SUPPORT OF EX PARTE APPLICATION FOR (1) ORDER TO SHORTEN TIME FOR RESPONSE AND PRODUCTION OF DOCUMENTS RE GIFTS TO LAW ENFORCEMENT, AND (2) ORDER AUTHORIZING SERVICE OF DEPOSITION NOTICE AND COMPELLING DEPOSITION OF RICHARD DE ANDA IN ADVANCE OF COURT-ORDERED HEARING**

by hand-delivering true and correct copies of those documents to:

**Michael Zeller, Esq.**
**Dylan Proctor, Esq.**
**Jon Corey, Esq.**
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017

Executed on September 11, 2009, at Los Angeles, California.

I declare under penalty of perjury that the foregoing is true and correct.

_Rafael Chamagua_                            _/s/_

OHS West:260722391.1                    - 5 -                    PROOF OF SERVICE