QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059 and<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard by Discovery Master Robert C. O'Brien Pursuant to Order of January 6, 2009]**<br><br>MATTEL, INC.'S NOTICE OF ERRATA REGARDING REPLY IN SUPPORT OF MATTEL, INC.'S MOTION FOR AN ORDER: (1) REMOVING "CONFIDENTIAL" DESIGNATIONS FROM PORTIONS OF THE DEPOSITION TRANSCRIPT OF SUSANA KUEMMERLE, AND (2) ISSUING AN APOSTILLE RE THE KUEMMERLE TRANSCRIPT<br><br>**Phase 2:**<br>Discovery Cut-off: Dec. 11, 2009<br>Pre-trial Conference: Mar. 1, 2010<br>Trial Date: Mar. 23, 2010 |

1    TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2        PLEASE TAKE NOTICE of the following corrections to the document
3    captioned "Reply In Support Of Mattel, Inc.'s Motion For An Order: (1) Removing
4    "Confidential" Designations From Portions Of The Deposition Transcript Of Susana
5    Kuemmerle, And (2) Issuing An Apostille Re The Kuemmerle Transcript," dated
6    September 10, 2009:

7        The Reply inadvertently stated at page 4 that Mattel's Second Amended
8    Answer In Case 05-2727 and Counterclaims was publicly filed in November, 2006.
9    Mattel's Second Amended Answer In Case 05-2727 and Counterclaims was actually
10   filed on July 12, 2007.  The Reply should have referenced and cited Mattel's First
11   Amended Complaint, which was publicly filed on November 20, 2006.  Attached as
12   Exhibit A is the Corrected Reply In Support Of Mattel, Inc.'s Motion For An Order:
13   (1) Removing "Confidential" Designations From Portions Of The Deposition
14   Transcript Of Susana Kuemmerle, And (2) Issuing An Apostille Re The Kuemmerle
15   Transcript in which this error is corrected.

17   DATED:  September 14, 2009      QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

                                     By /s/ Randa A.F. Osman
                                        Randa A.F. Osman
                                        Attorneys for Mattel, Inc.

07209/3096681.2

-2-

NOTICE OF ERRATA