Name & Address:
MARTIN S. CHECOV, SBN 96901
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3823
Telephone: (415) 984-8713
Facsimile: (415) 984-8701

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| CARTER BRYANT | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CV 04-09049-SGL(RNBx) |
| v. | |
| MATTEL, INC. | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**

REPORT OF O'MELVENY & MYERS LLP IN RESPONSE TO AUGUST 31, 2009 ORDER TO SHOW CAUSE

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☑ Other  REPORT OF O'MELVENY & MYERS LLP IN RESPONSE TO AUGUST 31, 2009 ORDER TO SHOW CAUSE

**Reason:**

☑ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☑ Per Court order dated  Aug. 31, 2009 (Docket 6544)

☐ Manual Filing required (*reason*):

September 14, 2009                          Martin S. Checov
Date                                        Attorney Name

                                            O'Melveny & Myers LLP
                                            Party Represented

Note:  File one Notice in each case, each time you manually file document(s).

G-92 (03/09)                    **NOTICE OF MANUAL FILING**