Robert C. O'Brien (SBN 154372)
ARENT FOX LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA  90013-1065
Telephone:  213.629.7400
Facsimile:   213.629.7401
obrien.robert@arentfox.com

Discovery Master

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>          Plaintiff,<br><br>    v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>          Defendant. | Case No.  CV 04-09049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-2727<br><br>**PHASE 2 DISCOVERY MATTER**<br><br>**ORDER NO. 64, REGARDING:**<br><br>**(1) NEW HEARING DATE FOR ONE DISCOVERY MATTER PREVIOUSLY SET FOR HEARING ON SEPTEMBER 18, 2009; and**<br><br>**(2) THE UPDATED HEARING SCHEDULE** |
| CONSOLIDATED WITH MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | |

## I. NEW HEARING DATE FOR ONE DISCOVERY MATTER PREVIOUSLY SET FOR HEARING ON SEPTEMBER 18, 2009

The Discovery Master hereby continues the hearing on the Motion to Compel Mattel, Inc.'s Attendance at 30(b)(6) Deposition, for Protective Order Requiring Advance Designation of 30(b)(6) Witnesses, to De-Designate Document Under Protective Order Related to Subject Matter of Requested 30(b)(6) Testimony, and for Sanctions filed by MGA Entertainment, Inc. from September 18, 2009 to September 25, 2009.

## II. THE UPDATED HEARING SCHEDULE

For the convenience of the parties and to ensure that there is no confusion regarding the hearing schedule, a summary of all motions presently set for oral argument by the Discovery Master is set forth below along with the accompanying date and time for each hearing.

**September 18, 2009 at 1:00 p.m.**

1. Motion to Enforce Order Compelling the Omni Parties to Produce Documents, to Strike Objections, and for Sanctions filed by Mattel, Inc. on or about July 24, 2009.

2. Motion for Reconsideration of Order No. 42 Regarding in Camera Review of Documents Protected by Attorney-Client Privilege filed by MGA Entertainment, Inc. on or about August 11, 2009.

3. Motion for Leave to Take Additional Depositions filed by Mattel, Inc. on or about August 11, 2009.

4. Cross-Motion for a Protective Order Altering Deposition Limits to Set an Overall Hours Limit filed by MGA Entertainment, Inc. on or about August 25, 2009.

**September 25, 2009 at 10:00 a.m.**

1. Non-Party Attorney Peter Carson's Motion to Quash and/or for Protective Order re Subpoena Issued by Mattel, Inc. filed by Peter Carson on or

1 about August 25, 2009.

2     2.    Motion for Order to Amend Protective Order filed by Mattel, Inc. on or about August 27, 2009.

4     3.    Motion to Compel Mattel, Inc.'s Attendance at 30(b)(6) Deposition, for Protective Order Requiring Advance Designation of 30(b)(6) Witnesses, to De-Designate Document Under Protective Order Related to Subject Matter of Requested 30(b)(6) Testimony, and for Sanctions filed by MGA Entertainment, Inc. on or about August 18, 2009.

Dated:    September 14, 2009

By:    /s/ Robert C. O'Brien
    ROBERT C. O'BRIEN
    Discovery Master