Name & Address:
QUINN EMANUEL URQUHART OLIVER & HEDGES LLP
John B. Quinn (Bar No. 090378)
Michael T. Zeller (Bar No. 196417)
Jon D. Corey (Bar No. 185066)
Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NUMBER: CV 04-9049 SGL (RNBx) |
| PLAINTIFF(S) v. MATTEL, INC., a Delaware corporation, DEFENDANT(S). | **NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
Mattel, Inc.'s Ex Parte Application for Limited Reconsideration of Phase 2 Order No. 62; Declaration of Bridget A. Hauler ISO; Redacted Declaration of Michael T. Zeller ISO; Application to File Under Seal; [Proposed] Order re: Application

**Document Description:**

[ ] Administrative Record
[X] Exhibits
[ ] Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Rule 79-5.4. Documents to be excluded, (h)]
[X] Other

**Reason:**

[X] Under Seal
[ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
[ ] Electronic versions are not available to filer
[X] Per Court order dated  January 4, 2005
[ ] Manual Filing required (*reason*):

September 15, 2009
Date

Michael T. Zeller
Attorney Name

Mattel, Inc.
Party Represented

Note: File one Notice in each case, each time you manually file document(s).

G-92 (03/09)  NOTICE OF MANUAL FILING  CCD-G92