QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No.   CV 04-09059<br>Case No.   CV 05-2727<br><br>**STIPULATION TO CONTINUE HEARING DATE**<br><br>**Phase 2:**<br>Disc. Cut-off:   December 11, 2009<br>Pre-trial Conf.: March 1, 2010<br>Trial Date:   March 23, 2010 |

07975/3101237.2

Case No. CV 04-9049 SGL (RNBx)
STIPULATION TO CONTINUE HEARING DATE

1    WHEREAS, on August 17, 2009, Mattel, Inc. ("Mattel") filed a Notice
2 of Motion and Motion for Leave to File Fourth Amended Answer and
3 Counterclaims (the "Motion"), which is currently set for hearing on October 1, 2009
4 at 10:00 a.m. before Judge Stephen G. Larson;

5    WHEREAS, any Opposition to the Motion is currently due on
6 September 17, 2009, with Mattel's Reply due on September 24, 2009;

7    WHEREAS, lead counsel for Mattel, John B. Quinn, is scheduled to be
8 out of the country on business in Germany on October 1, 2009, and therefore Mattel
9 has requested that the hearing date be reset for any day during the week of October
10 5, except the morning of October 8, 2009;

11    WHEREAS, counsel for MGA Entertainment Inc., MGA
12 Entertainment (HK) Limited, MGAE de Mexico and Isaac Larian are amenable to
13 continuing the hearing on the Motion, and request that they correspondingly be
14 afforded additional time for their opposition,

15    WHEREAS, counsel for Mr. Machado is also amenable to the
16 requested continuance, but have stated they are unavailable in the afternoons during
17 the week of October 5, and

18    WHEREAS, the parties agree that none of them will rely on this
19 continuance to justify or oppose modification of the scheduling order in this action,

20    NOW, THEREFORE, MGA Entertainment Inc., MGA Entertainment
21 HK Limited, MGA de Mexico, Mr. Larian, Mr. Machado, and Mattel, by and
22 through their respective counsel of record, and subject to the Court's approval,
23 hereby stipulate and agree that:

24    1.    Mattel's Motion for Leave to File Fourth Amended Answer and
25 Counterclaims, presently set for argument on October 1, 2009, as set forth above,
26 shall be heard on October ____, 2009, at _____ a.m.; and

27    2.    Any opposition to Mattel's Motion for Leave to File Fourth
28 Amended Answer and Counterclaims shall be filed and served no later than 14

calendar days prior to the new hearing date, and any reply shall be filed and served no later than 7 calendar days prior to the hearing date.

IT IS SO STIPULATED.

DATED: September 15, 2009  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ B. Dylan Proctor
B. Dylan Proctor
Attorneys for Mattel, Inc.

DATED: September 15, 2009  ORRICK, HERRINGTON & SUTCLIFFE, LLP

By /s/ Annette Hurst
Annette Hurst
Attorneys for the MGA Parties

DATED: September 15, 2009  SCHEPER, KIM & OVERLAND LLP

By /s/ Alexander Cote
Alexander Cote
Attorneys for Carlos Gustavo Machado Gomez

07975/3101237.2

-3-

Case No. CV 04-9049 SGL (RNBx)
STIPULATION TO CONTINUE HEARING DATE