QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No.   CV 04-09059<br>Case No.   CV 05-2727<br><br>**[PROPOSED] ORDER RE STIPULATION TO CONTINUE HEARING DATE**<br><br>**Phase 2:**<br>Disc. Cut-off:       December 11, 2009<br>Pre-trial Conf.:     March 1, 2010<br>Trial Date:           March 23, 2010 |

07975/3101427.2

[PROPOSED] ORDER RE STIPULATION TO CONTINUE HEARING DATE

## [PROPOSED] ORDER

Based on the concurrently filed Stipulation to Continue Hearing Date, and good cause appearing for the entry thereof,

IT IS HEREBY ORDERED:

1. Mattel's Motion for Leave to File Fourth Amended Answer and Counterclaims, presently set for argument on October 1, 2009, as set forth above, shall be heard on October ____, 2009, at _____ a.m.; and

2. Any opposition to Mattel's Motion for Leave to File Fourth Amended Answer and Counterclaims shall be filed and served no later than 14 calendar days prior to the new hearing date, and any reply shall be filed and served no later than 7 calendar days prior to the hearing date.

IT IS SO ORDERED.

DATED:                    , 2009   _____
　　　　　　　　　　　　　　　　　Stephen G. Larson
　　　　　　　　　　　　　　　　　United States District Judge