1  MELINDA HAAG (State Bar No. 132612)
   mhaag@orrick.com
2  ANNETTE L. HURST (State Bar No. 148738)
   ahurst@orrick.com
3  WARRINGTON S. PARKER III (State Bar No. 148003)
   wparker@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
5  405 Howard Street
   San Francisco, CA  94105-2669
6  Telephone:  +1-415-773-5700
   Facsimile:  +1-415-773-5759
7
   WILLIAM A. MOLINSKI (State Bar No. 145186)
8  wmolinski@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
9  777 South Figueroa Street, Suite 3200
   Los Angeles, CA  90017
10 Telephone:  +1-213-629-2020
   Facsimile:  +1-213-612-2499
11
   Attorneys for MGA Parties
12

                    UNITED STATES DISTRICT COURT

                   CENTRAL DISTRICT OF CALIFORNIA

                          EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | Case No.  CV 04-9049-SGL (RNBx) |
| Plaintiff, | |
| v. | **PROOF OF SERVICE BY MAIL AND BY HAND DELIVERY** |
| MATTEL, INC., a Delaware corporation, | |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | |

OHS West:260720143.1                                            PROOF OF SERVICE

# PROOF OF SERVICE BY MAIL

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, The Orrick Building, 405 Howard Street, San Francisco, CA 94105. On September 14, 2009, I served the following document(s):

- **NOTICE OF MANUAL FILING G-92;**

- **APPLICATION TO FILE UNDER SEAL;**

  REPORTS AND DECLARATION OF ANNETTE L. HURST ON BEHALF OF ORRICK, HERRINGTON & SUTCLIFFE IN RESPONSE TO COURT'S AUGUST 31, 2009 ORDER TO SHOW CAUSE

- **[PROPOSED] ORDER RE APPLICATION TO FILE UNDER SEAL.**

on the interested parties in this action by placing true and correct copies thereof in sealed envelope(s) addressed as follows:

| | |
|---|---|
| **Jason Russell, Esq.**<br>Skadden Arps Slate Meagher & Flom LLP<br>300 South Grand Avenue<br>Suite 3400<br>Los Angeles, CA 90071 | **Mark Overland, Esq.**<br>**Alexander Cote, Esq.**<br>Scheper Kim & Overland LLP<br>One Bunker Hill<br>601 West Fifth Street, 12th Floor<br>Los Angeles, California 90071 |

I am employed in the county from which the mailing occurred. On the date indicated above, I placed the sealed envelope(s) for collection and mailing at this firm's office business address indicated above. I am readily familiar with this firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the firm's correspondence would be deposited with the United States Postal Service on this same date with postage thereon fully prepaid in the ordinary course of business.

OHS West:260720143.1                                            - 1 -                                            PROOF OF SERVICE

1 | I declare under penalty of perjury that the foregoing is true and correct.
2 | Executed on September 14, 2009, at San Francisco, California.

_____
Anne Devlin

## PROOF OF SERVICE BY HAND DELIVERY

I, Isaac Trento, declare I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 350 S. Figueroa Street, Suite 196, Los Angeles, California 90071.

On September 14, 2009, I served all parties with the following documents:

- **NOTICE OF MANUAL FILING G-92;**

- **APPLICATION TO FILE UNDER SEAL;**

  **REPORTS AND DECLARATION OF ANNETTE L. HURST ON BEHALF OF ORRICK, HERRINGTON & SUTCLIFFE IN RESPONSE TO COURT'S AUGUST 31, 2009 ORDER TO SHOW CAUSE**

- **[PROPOSED] ORDER RE APPLICATION TO FILE UNDER SEAL.**

by hand-delivering true and correct copies of those documents to:

**Michael Zeller, Esq.**
**Dylan Proctor, Esq.**
**Jon Corey, Esq.**
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017

Executed on September 14, 2009, at Los Angeles, California.

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Isaac Trento*
Isaac Trento
USA Network, Inc.