| Name & Address: |
|---|
| Warrington S. Parker III (State Bar No. 148003)<br>Orrick, Herrington & Sutcliffe LLP<br>405 Howard Street<br>San Francisco, California 94105<br>(415) 773-5700<br>(415) 773-5759 (Facsimile) |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| CARTER BRYANT | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CV 04-9049-SGL (RNBx) |
| v. | |
| MATTEL, INC., a Delaware Corporation | NOTICE OF MANUAL FILING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**
MGA ENTERTAINMENT, INC.'S OPPOSITION TO MATTEL, INC,'S EX PARTE APPLICATION FOR ORDER SHORTENING TIME FOR MGA AND LARIAN TO RESPOND TO REQUESTS FOR ADMISSION AND FOR PRODUCTION FO PRIVILEGE LOG

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☒ Other MGA ENTERTAINMENT, INC.'S OPPOSITION TO MATTEL, INC,'S EX PARTE APPLICATION FOR ORDER SHORTENING TIME FOR MGA AND LARIAN TO RESPOND TO REQUESTS FOR ADMISSION AND FOR PRODUCTION FO PRIVILEGE LOG.

**Reason:**

☒ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☐ Manual Filing required (*reason*):

| September 16, 2009 | /s/ Warrington S. Parker, III |
|---|---|
| Date | Attorney Name |
| | MGA Parties |
| | Party Represented |

Note:   File one Notice in each case, each time you manually file document(s).

G-92 (03/09)     NOTICE OF MANUAL FILING     American LegalNet, Inc. www.FormsWorkflow.com