QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
 John B. Quinn (Bar No. 090378)
 (johnquinn@quinnemanuel.com)
 Michael T. Zeller (Bar No. 196417)
 (michaelzeller@quinnemanuel.com)
 Jon D. Corey (Bar No. 185066)
 (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
|---|---|
| Plaintiff, | Consolidated with Case No. CV 04-09059 Case No. CV 05-02727 |
| vs. | Hon. Stephen G. Larson |
| MATTEL, INC., a Delaware corporation, Defendant. | **APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S *EX PARTE* APPLICATION FOR LIMITED RECONSIDERATION OF PHASE 2 ORDER NO. 62; [REDACTED] DECLARATION OF MICHAEL T. ZELLER IN SUPPORT THEREOF; AND EXHIBITS 1, 9 AND 15 TO THE DECLARATION OF BRIDGET A. HAULER IN SUPPORT THEREOF** |
| AND CONSOLIDATED ACTIONS | |

[[Proposed] Order Filed Concurrently Herewith]

**Phase 2**
Discovery Cut-off: December 11, 2009
Pre-trial Conference: March 1, 2010
Trial Date: March 23, 2010

ORIGINAL

07975/3101305.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1        Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal Mattel, Inc.'s *Ex Parte* Application For Limited Reconsideration of Phase 2 Order No. 62 (the "*Ex Parte* Application"), the [Redacted] Declaration of Michael T. Zeller in support thereof ("[Redacted] Zeller Declaration"), and Exhibits 1, 9 and 15 to the Declaration of Bridget A. Hauler in support thereof ("Hauler Declaration").

       The *Ex Parte* Application and Exhibits 1, 9 and 15 to the Hauler Declaration contain information that the Discovery Master, Mattel and/or the MGA Parties have designated as "Confidential -- Attorney's Eyes Only" pursuant to the Protective Order. The [Redacted] Zeller Declaration contains information that Mattel has designated as "Confidential -- Attorneys' Eyes Only." Accordingly, Mattel requests that the Court order that the *Ex Parte* Application, the [Redacted] Zeller Declaration and Exhibits 1, 9 and 15 to the Hauler Declaration be filed under seal.

DATED: September 14, 2009      QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By_____
Bridget A. Hauler
Attorneys for Mattel, Inc.