QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000   Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>**DISCOVERY MATTER [To Be Heard By Discovery Master Robert C. O'Brien Pursuant To Order Of January 6, 2009]**<br><br>**MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL:**<br><br>**(1) CORRECTED REPLY IN SUPPORT OF MATTEL, INC.'S MOTION FOR AN ORDER: (1) REMOVING "CONFIDENTIAL" DESIGNATIONS FROM PORTIONS OF THE DEPOSITION TRANSCRIPT OF SUSANA KUEMMERLE, AND (2) ISSUING AN APOSTILLE RE THE KUEMMERLE TRANSCRIPT;**<br><br>[[Proposed] Order filed concurrently]<br><br>**Phase 2:**<br>Disc. Cut-off:      December 11, 2009<br>Pre-trial Conf.:    March 1, 2010<br>Trial Date:         March 23, 2010 |

1 | Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2 | entered by the Court in this action, plaintiff Mattel, Inc. ("Mattel") hereby
3 | respectfully requests that the Court order that the following document be filed under
4 | seal:

5 |     1.     Corrected Reply in Support of Mattel, Inc.'s Motion For An
6 | Order: (1) Removing "Confidential" Designations from Portions of the Deposition
7 | Transcript of Susana Kuemmerle, and (2) Issuing an Apostille re the Kuemmerle
8 | Transcript.

9 |     The Corrected Reply Brief includes materials that MGA Entertainment,
10 | Inc. has designated as "Confidential--Attorneys' Eyes Only" and/or "Confidential"
11 | pursuant to the Stipulated Protective Order that was entered in this action on January
12 | 4, 2005. Accordingly, Mattel requests that the Court order that the above documents
13 | be filed under seal.

14 |     In the alternative, Mattel respectfully requests that the Court declare that
15 | these materials are outside the definition of "Confidential--Attorneys' Eyes Only"
16 | and/or "Confidential" as set forth in the Stipulated Protective Order, and order that
17 | the Corrected Reply Brief be filed as part of the public record.

18 |
19 | DATED: September 14, 2009     QUINN EMANUEL URQUHART OLIVER & HEDGES. LLP
20 |
21 |     By /s/ Randa A.F. Osman
22 |        Randa A. F. Osman
              Attorneys for Mattel, Inc.