MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1-415-773-5700
Facsimile: +1-415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: +1-213-629-2020
Facsimile: +1-213-612-2499

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049-SGL (RNBx)<br><br>Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>[~~PROPOSED~~] ORDER RE APPLICATION TO FILE UNDER SEAL<br><br>Judge: Hon. Stephen G. Larson |

OHS West:260727201.1

[PROPOSED] ORDER RE APPLICATION TO FILE UNDER SEAL
CV 04-9049 SGL (RNBx)

The Court, having considered the MGA Parties' application for an order to file under seal, and having found good cause to do so, it is HEREBY ORDERED that said application is GRANTED in its entirety.

The Clerk shall maintain under Seal the following documents:

1. **REPORT AND DECLARATION OF ANNETTE L. HURST ON BEHALF OF ORRICK, HERRINGTON & SUTCLIFFE IN RESPONSE TO COURT'S AUGUST 31, 2009 ORDER TO SHOW CAUSE**

2. Exhibits A, B and C to the **REPORT AND DECLARATION OF ANNETTE L. HURST ON BEHALF OF ORRICK, HERRINGTON & SUTCLIFFE IN RESPONSE TO COURT'S AUGUST 31, 2009 ORDER TO SHOW CAUSE**

It is so ORDERED.

Dated: Sept 15, 2009

/s/ S.G. Larson
Hon. Stephen G. Larson
United States District Court Judge

OHS West:260727201.1

- 1 -

[PROPOSED] ORDER RE APPLICATION TO FILE UNDER SEAL
CV 04-9049 SGL (RNBx)