QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>DISCOVERY MATTER<br>[To Be Heard by Discovery Master Robert C. O'Brien Pursuant to Order of January 6, 2009]<br><br>[PUBLIC REDACTED] DECLARATION OF SCOTT L. WATSON IN SUPPORT OF MATTEL, INC.'S *EX PARTE* APPLICATION FOR AN ORDER SHORTENING TIME FOR MGA AND LARIAN TO RESPOND TO REQUESTS FOR ADMISSION AND FOR PRODUCTION OF PRIVILEGE LOG |

# DECLARATION OF SCOTT WATSON

I, Scott L. Watson, declare as follows:

1. I am a member of the bar of the State of California. I am a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of Mattel, Inc.'s Requests For Admission To MGA Related To MGA's Assertion Of Privilege To Withhold Non-Privileged Larian Email Communications That Are The Subject Of The Court's Order To Show Cause Dated August 31, 2009.

3. Attached hereto as Exhibit 2 is a true and correct copy of Mattel, Inc.'s Requests For Admission To Isaac Larian Related To MGA's Assertion Of Privilege To Withhold Non-Privileged Larian Email Communications That Are The Subject Of The Court's Order To Show Cause Dated August 31, 2009.

4. Attached hereto as Exhibit 3 is a true and correct copy of a letter from Cynthia Lock to B. Dylan Proctor, dated August 21, 2009.

5. Attached hereto as Exhibit 4 is a true and correct copy of the Phase 2 Discovery Matter Order No. 33, dated May 18, 2009.

6. Attached hereto as Exhibit 5 is a true and correct copy of an email between Isaac Larian and Victoria O'Connor, as produced by MGA and Bates numbered MGA2 0070266-70.

7. Attached hereto as Exhibit 6 is a true and correct copy of a letter from Annette Hurst to Robert C. O'Brien, dated August 3, 2009.

8. Attached hereto as Exhibit 7 is a true and correct copy of the Court's August 31, 2009 Order.

9. Attached hereto as Exhibit 8 is a true and correct copy of the Court's September 11, 2009 Order.

1     10.     Attached hereto as Exhibit 9 is a true and correct copy of the Phase 2 Discovery Matter Order No. 62, dated September 11, 2009.

    11.     Attached hereto as Exhibit 10 is a true and correct copy of the Phase 2 Discovery Matter Order No. 60, dated September 9, 2009.

    12.     Attached hereto as Exhibit 11 is a true and correct copy of Trial Exhibit 11907.

    13.     Attached hereto as Exhibit 12 is a true and correct copy of an excerpt of the June 2, 2008 trial transcript.

    14.     Attached hereto as Exhibit 13 is a true and correct copy of MGA's *Ex Parte* Application For (1) Order To Shorten Time For Response And Production Of Documents Regarding Gifts To Law Enforcement, And (2) Order Authorizing Service Of Deposition Notice And Compelling Deposition Richard De Anda In Advance Of Court-Ordered Hearing, dated September 4, 2009.

    15.     Attached hereto as Exhibit 14 is a true and correct copy of Skadden, Arps' Notice Of In Camera Submission In Response To The Court's Order To Show Cause Regarding Document No. MGA2 0070266-0070270.

    16.     Attached hereto as Exhibit 15 is a true and correct copy of a letter I sent to Annette Hurst and Bill Molinski, dated September 11, 2009.

    17.     Attached hereto as Exhibit 16 is a true and correct copy of email correspondence between myself and Annette Hurst, dated September 14, 2009.

    18.     Attached hereto as Exhibit 17 is a true and correct copy of the Report and Declaration of Annette L. Hurst On Behalf Of Orrick, Herrington & Sutcliffe In Response To Court's August 31, 2009 Order To Show Cause, dated September 14, 2009.

    19.     Attached hereto as Exhibit 18 is a true and correct copy of an excerpt of Mattel's Third Amended Answer and Counterclaims, dated May 22, 2009.

20.  Attached hereto as Exhibit 19 is a true and correct copy of an excerpt of Mattel, Inc.'s First Set of Requests For Documents and Things to Isaac Larian, dated June 13, 2007.

21.  Attached hereto as Exhibit 20 is a true and correct copy of the Phase 1 Discovery Master Order Granting In Part And Denying In Part Mattel's Motion To Compel Production Of Documents By Isaac Larian, dated December 31, 2007.

22.  Attached hereto as Exhibit 21 is a true and correct copy of Mattel's subpoena for documents to MGA, dated June 15, 2004.

23.  Attached hereto as Exhibit 22 is a true and correct copy of the Phase 1 Order Granting Mattel's Motion To Compel Production Of Documents And Interrogatory Responses By MGA, dated May 15, 2007.

24.  Attached hereto as Exhibit 23 is a true and correct copy of Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible Things to MGA Entertainment, Inc., dated March 14, 2005.

25.  Attached hereto as Exhibit 24 is a true and correct copy of the Phase 1 Order Regarding Mattel, Inc.'s Motion to Enforce the Court's Order of May 15, 2007, to (I) Compel MGA to Produce Compelled Documents (Including Fee And/Or Indemnity Agreements Between MGA and Bryant), (II) Order That Any Privilege Objections Have Been Waived, And (III) Impose Sanctions, dated December 19, 2007.

26.  Attached hereto as Exhibit 25 is a true and correct copy of the Phase 1 Order Re Mattel, Inc.'s Motion to Enforce the Court's Order of May 15, 2007 to Compel MGA to Produce Compelled Documents in Unredacted Form and For Sanctions, dated December 19, 2007.

27.  Attached hereto as Exhibit 26 is a true and correct copy of the Phase 1 Order Re Mattel, Inc.'s Motion To Compel Production of Documents Withheld As Privileged, dated December 19, 2007.

28. On September 12, 2009, my partner, Michael T. Zeller emailed counsel for MGA, Annette Hurst, and copied me on that email. Therein, Mr. Zeller informed Ms. Hurst that Mattel would be seeking an *ex parte* order from the Discovery Master that MGA be required to log all post-litigation communications regarding the withholding of the Larian-O'Connor email. MGA did not respond.

29. Attached hereto as Exhibit 27 is a true and correct copy of the Declaration of Joel N. Klevens, dated September 14, 2009.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on September 14, 2009 at Los Angeles, California.

/s/ Scott L. Watson
Scott L. Watson