QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
Michael T. Zeller (Bar No. 196417)
Jon D. Corey (Bar No. 185066)
Attorneys for Mattel, Inc.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| CARTER BRYANT, an individual | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CASE NO. CV 04-9049 SGL (RNBx) |
| v.<br>MATTEL, INC., a Delaware corporation | |
| DEFENDANT(S). | NOTICE OF MANUAL FILING |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
Mattel's Reply In Support Of Ex Parte Application For An Order Shortening Time For MGA & Larian To Respond To Requests For Admission & For Production Of Privilege Log; certain exhibits to the Supplemental Declaration of Scott L. Watson In Support Thereof; Application to File Under Seal; Proposed Order.

**Document Description:**
- ☐ Administrative Record
- ☑ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)
- ☑ Other

**Reason:**
- ☑ Under Seal
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☑ Per Court order dated January 4, 2005
- ☐ Manual Filing required (*reason*):

September 16, 2009
Date

Michael T. Zeller
Attorney Name

Mattel, Inc.
Party Represented

Note: File one Notice in each case, each time you manually file document(s).

G-92 (02/07)                NOTICE OF MANUAL FILING