MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:  +1-415-773-5700
Facsimile:   +1-415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA  90017
Telephone:  +1-213-629-2020
Facsimile:   +1-213-612-2499

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>                    Plaintiff,<br><br>            v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>                    Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No.  CV 04-9049-SGL (RNBx)<br><br>**PROOF OF SERVICE VIA U.S. MAIL** |

OHS West:260729022.1

PROOF OF SERVICE

## PROOF OF SERVICE BY MAIL

I am more than eighteen years old and not a party to this action.  My business address is Orrick, Herrington & Sutcliffe LLP, The Orrick Building, 405 Howard Street, San Francisco, CA 94105.  On September 16, 2009, I served the following document(s):

1. MGA ENTERTAINMENT, INC.'S RENEWED EX PARTE APPLICATION FOR ORDER COMPELLING DEPOSITION OF RICHARD DE ANDA IN ADVANCE OF COURT-ORDERED HEARING;

2. APPLICATION TO FILE UNDER SEAL;

3. [PROPOSED] ORDER RE APPLICATION TO FILE UNDER SEAL;

4. NOTICE OF MANUAL FILING;

5. [PROPOSED] ORDER GRANTING MGA ENTERTAINMENT, INC.'S RENEWED EX PARTE APPLICATION FOR ORDER COMPELLING DEPOSITION OF RICHARD DE ANDA IN ADVANCE OF COURT-ORDERED HEARING

on the interested parties in this action by placing true and correct copies thereof in sealed envelope(s) addressed as follows:

| | |
|---|---|
| **Jason Russell, Esq.** | **Mark Overland, Esq.** |
| Skadden Arps Slate Meagher & Flom LLP | **Alexander Cote, Esq.** |
| 300 South Grand Avenue | Scheper Kim & Overland LLP |
| Suite 3400 | One Bunker Hill |
| Los Angeles, CA 90071 | 601 West Fifth Street, 12th Floor |
| | Los Angeles, California 90071 |

I am employed in the county from which the mailing occurred.  On the date indicated above, I placed the sealed envelope(s) for collection and mailing at this firm's office business address indicated above.  I am readily familiar with this firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service.  Under that practice, the firm's correspondence

would be deposited with the United States Postal Service on this same date with postage thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 16, 2009, at San Francisco, California.


/s/ Janet Kirk
Janet Kirk