MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1-415-773-5700
Facsimile: +1-415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: +1-213-629-2020
Facsimile: +1-213-612-2499

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049-SGL (RNBx)<br><br>**PROOF OF SERVICE VIA ECF, E-SERVICE, U.S. MAIL AND HAND DELIVERY** |

OHS West:260729172.1                                                                                         PROOF OF SERVICE

## PROOF OF SERVICE VIA ECF

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, The Orrick Building, 405 Howard Street, San Francisco, CA 94105. On September 16, 2009, I served the following document(s):

- **NOTICE OF MANUAL FILING OF MGA ENTERTAINMENT, INC.'S OPPOSITION TO MATTEL'S EX PARTE APPLICATION FOR "LIMITED RECONSIDERATION" OF PHASE 2 ORDER NO. 62.**

filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on September 16, 2009.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 16, 2009, at San Francisco, California.

_____
Rebecca B. Mance

OHS West:260729172.1                - 1 -                PROOF OF SERVICE

## PROOF OF SERVICE BY EMAIL TO COUNSEL

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, The Orrick Building, 405 Howard Street, San Francisco, CA 94105. On September 15, 2009, I served the following document(s):

- **NOTICE OF MANUAL FILING OF MGA ENTERTAINMENT, INC.'S OPPOSITION TO MATTEL'S EX PARTE APPLICATION FOR "LIMITED RECONSIDERATION" OF PHASE 2 ORDER NO. 62.**

I served copies of said papers on September 15, 2009 by attaching them to an email addressed to:

**Michael Zeller, Esq.**
michaelzeller@quinnemanuel.com

**Dylan Proctor, Esq.**
dylanproctor@quinnemanuel.com

**Mark Overland, Esq.**
moverland@scheperkim.com

**Jason Russell, Esq.**
jason.russell@skadden.com

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 16, 2009, at San Francisco, California.

/s/ *AnnetteHurst*
Annette Hurst

## Mance, Rebecca

**Subject:** FW: MGA Discovery Motion - Manually file App FUS re MGA Opp to Recon Order 62 - Rebecca is efiling the Notice of Manual filing now

**From:** Hurst, Annette
**Sent:** Tuesday, September 15, 2009 8:50 PM
**To:** O'Brien, Robert
**Cc:** Hansen, Drew; 'Russell, Jason D'; 'Mark Overland'; Michael T Zeller; Dylan Proctor; Angell, Jason; Gambhir, Nitin
**Subject:** Carter Bryant v. Mattel, Inc and consolidated actions

Mr. O'Brien:

Please consider the attached opposition to Mattel's application for reconsideration of Order No. 62, served upon counsel for the parties by e-mail contemporaneously with this transmission.

Respectfully,
Annette Hurst



ORRICK

**ANNETTE L. HURST**
*Partner*

**ORRICK, HERRINGTON & SUTCLIFFE LLP**
SAN FRANCISCO

*tel* (415) 773-4585
*fax* (415) 773-5759
ahurst@orrick.com

www.orrick.com

9/16/2009

## PROOF OF SERVICE BY MAIL

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, The Orrick Building, 405 Howard Street, San Francisco, CA 94105. On September 16, 2009, I served the following document(s):

- **MGA ENTERTAINMENT, INC.'S OPPOSITION TO MATTEL'S EX PARTE APPLICATION FOR "LIMITED RECONSIDERATION" OF PHASE 2 ORDER NO. 62, Application to File Under Seal; Proposed Order re Application to Fle Under Seal**

- **APPLICATION TO FILE UNDER SEAL MGA ENTERTAINMENT, INC.'S OPPOSITION TO MATTEL'S EX PARTE APPLICATION FOR "LIMITED RECONSIDERATION" OF PHASE 2 ORDER NO. 62, Application to File Under Seal; Proposed Order re Application to Fle Under Seal;**

- **[PROPOSED] ORDER RE APPLICATION TO FILE UNDER SEAL**

on the interested parties in this action by placing true and correct copies thereof in sealed envelope(s) addressed as follows:

**Jason Russell, Esq.**
Skadden Arps Slate Meagher & Flom LLP
300 South Grand Avenue
Suite 3400
Los Angeles, CA 90071

**Todd Gordinier, Esq.**
**Peter Villar, Esq.**
Bingham McCutchen LLP
600 Anton Boulevard, 18th Floor
Costa Mesa, CA 92626

**Mark Overland, Esq.**
**Alexander Cote, Esq.**
Scheper Kim & Overland LLP
One Bunker Hill
601 West Fifth Street, 12th Floor
Los Angeles, California 90071

I am employed in the county from which the mailing occurred. On the date indicated above, I placed the sealed envelope(s) for collection and mailing at this firm's office business address indicated above. I am readily familiar with this

OHS West:260729172.1                       - 3 -                              PROOF OF SERVICE

1 | firm's practice for the collection and processing of correspondence for mailing with
2 | the United States Postal Service. Under that practice, the firm's correspondence
3 | would be deposited with the United States Postal Service on this same date with
4 | postage thereon fully prepaid in the ordinary course of business.
5 |     I declare under penalty of perjury that the foregoing is true and correct.
6 |     Executed on September 16, 2009, at San Francisco, California.

*/s/ Rebecca B. Mance*

Rebecca B. Mance

## DECLARATION OF SERVICE

I declare I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is USA Network, Inc., 350 S. Figueroa Street, Suite 196, Los Angeles, California 90071.

On September 16, 2009, I served the following documents:

1. **MGA ENTERTAINMENT, INC.'S OPPOSITION TO MATTEL'S EX PARTE APPLICATION FOR "LIMITED RECONSIDERATION" OF PHASE 2 ORDER NO. 62**

2. **APPLICATION TO FILE UNDER SEAL**

3. **[PROPOSED] ORDER RE APPLICATION TO FILE UNDER SEAL**

4. **NOTICE OF MANUAL FILING**

[X]   by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below:

Michael T. Zeller, Esq.
michaelzeller@quinnemanuel.com
Brett Dylan Proctor, Esq.
dylanproctor@quinnemanuel.com
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Tel (213) 443-3000
Fax (213) 443-3100

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 16, 2009, at Los Angeles, California.

Isaac Trenco
USA Network, Inc.