QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727 |
| vs. | [DISCOVERY MATTER]<br>To be heard by Discovery Master<br>Robert C. O'Brien |
| MATTEL, INC., a Delaware corporation, | [PUBLIC REDACTED] DECLARATION OF JON COREY IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA ENTERTAINMENT, INC.'S RENEWED EX PARTE APPLICATION FOR ORDER COMPELLING DEPOSITION OF RICHARD DE ANDA IN ADVANCE OF COURT-ORDERED HEARING |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | |

## <u>DECLARATION OF JON COREY</u>

I, Jon Corey, declare as follows:

1.      I am a member of the bars of the State of California, the District of Columbia and the State of New York, and a partner of Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel").  I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2.      On December 17, 2007, Mattel produced documents Bates numbered M0258646-M 0258712, which included redacted versions of Mattel's investigative files.

3.      Attached hereto as Exhibit 1 is a true and correct copy of Phase 2 Discovery Matter Order No. 62, dated September 11, 2009.

4.      Attached hereto as Exhibit 2 is a true and correct copy of a document produced by MGA in this action at Bates number MGA 0301531.

5.      Attached hereto as Exhibit 3 is a true and correct copy of MGA's and Carter Bryant's Joint Notice of Mtn. & Mtn. To Compel An Unredacted Version of M0074400, Mattel's Investigative File 02-299, And The Further Deposition Of Richard De Anda, dated January 4, 2008.

6.      Attached hereto as Exhibit 4 is a true and correct copy of the Discovery Master's Order dated May 9, 2008.

7.      Attached hereto as Exhibit 5 is a true and correct copy of MGA's *Ex Parte* Application For Order To Shorten Time For Response & Prod. of Documents & Order Authorizing Service of Deposition Notice, dated September 4, 2009.

8.      Attached hereto as Exhibit 6 is a true and correct copy of excerpts of the hearing transcript dated September 17, 2007.

9.      MGA has represented that at a February 12, 2009 meeting of counsel I agreed that Mr. De Anda, who has already been deposed in this matter, should be further deposed.  My records and the contemporaneous correspondence do not reflect that.  The February 12, 2009 meeting of counsel that Ms. Mankey and I engaged in was very short, no more than a couple of minutes.  There was little, if any, substantive discussion because we agreed to readdress the issue of Mr. De Anda's after the Discovery Master ruled on MGA's motion to compel with respect to Requests for Production Nos. 526 and 528.  That discussion and agreement is documented in my letter of February 12, 2009, which is attached as Exhibit 7 hereto. (The letter misidentifies the date of the meeting of counsel as Feburary 5th.)  I never agreed that Mr. De Anda would be made available for any period of time at the February 12, 2009 meeting.  Neither Ms. Mankey nor any other counsel for MGA re-raised the issue with me in the intervening six months.

10.      Attached hereto as Exhibit 8 is a true and correct copy of a Proof of Service of Summons and Complaint on Isaac Larian and MGA Entertainment (HK) Limited, dated February 9, 2007.

11.      Attached hereto as Exhibit 9 is a true and correct copy of the Supplemental Declaration of Donald Moon Regarding Attempts to Personally Serve Counter-Defendant Carlos Gustavo Machado Gomez With Process, dated April 16, 2007.

12.      Attached hereto as Exhibit 10 is a true and correct copy of an email from Michael Zeller to Annette Hurst, dated September 15, 2009.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on September 16, 2009 at Los Angeles, California.


/s/ Jon Corey
Jon Corey

-3-

DECLARATION OF JON COREY