| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP |
| 2 | John B. Quinn (Bar No. 090378)<br>johnquinn@quinnemanuel.com |
| 3 | Michael T. Zeller (Bar No. 196417)<br>(michaelzeller@quinnemanuel.com) |
| 4 | Jon D. Corey (Bar No. 185066)<br>(joncorey@quinnemanuel.com) |
| 5 | 865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017-2543 |
| 6 | Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100 |
| 7 | Attorneys for Mattel, Inc. |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No.   CV 04-09059<br>Case No.   CV 05-2727<br><br>**STIPULATION TO EXTEND EXPERT DISCOVERY DEADLINES**<br><br>**Phase 2:**<br>Disc. Cut-off:   December 11, 2009<br>Pre-trial Conf.:   March 1, 2010<br>Trial Date:   March 23, 2010 |

07975/3104096.2

Case No. CV 04-9049 SGL (RNBx)
STIPULATION TO EXTEND EXPERT DISCOVERY DEADLINES

1         WHEREAS, under the Court's current schedule, the deadline for initial
2  expert designations and service of initial expert reports is October 16, 2009;
3         WHEREAS, under the Court's current schedule, the deadline for
4  rebuttal expert designations and service of rebuttal expert reports is November 6,
5  2009;
6         WHEREAS, under the Court's current schedule, the deadline to
7  conduct depositions of expert witnesses is December 11, 2009;
8         WHEREAS, the parties believe these expert discovery deadlines should
9  be extended as set forth below;
10        WHEREAS, the parties agree that none of them will rely on the
11 extension of these expert discovery deadlines to justify or oppose any motion or
12 application to modify the scheduling order in this action, and agree that this
13 stipulation is without prejudice to any parties' position regarding any further
14 scheduling adjustments;
15        NOW, THEREFORE, MGA Entertainment Inc., MGA Entertainment
16 (HK) Limited, MGA de Mexico, Isaac Larian, Gustavo Machado, and Mattel, Inc.
17 by and through their respective counsel of record, and subject to the Court's
18 approval, hereby stipulate and agree that the current expert discovery deadlines shall
19 be extended as follows:
20        1.    The deadline for initial expert designations and service of initial
21 expert reports shall be November 13, 2009.
22        2.    The deadline for rebuttal expert designations and service of
23 rebuttal expert reports shall be December 4, 2009.

1         3.     The deadline for completion of expert depositions shall be December 21, 2009.

        IT IS SO STIPULATED.

DATED: September 16, 2009     QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ B. Dylan Proctor
B. Dylan Proctor
Attorneys for Mattel, Inc.

DATED: September 16, 2009     ORRICK, HERRINGTON & SUTCLIFFE, LLP

By /s/ Annette Hurst
Annette Hurst
Attorneys for the MGA Parties

DATED: September 16, 2009     SCHEPER, KIM & OVERLAND LLP

By /s/ Alexander Cote
Alexander Cote
Attorneys for Carlos Gustavo Machado Gomez