QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No.   CV 04-09059<br>Case No.   CV 05-2727<br><br>**[PROPOSED] ORDER RE STIPULATION TO EXTEND EXPERT DISCOVERY DEADLINES**<br><br>**Phase 2:**<br>Disc. Cut-off:   December 11, 2009<br>Pre-trial Conf.:   March 1, 2010<br>Trial Date:   March 23, 2010 |

07975/3106028.1

[PROPOSED] ORDER

Based on the concurrently filed Stipulation to Extend Expert Discovery Deadlines, and good cause appearing for the entry thereof,

IT IS HEREBY ORDERED:

The current expert discovery deadlines shall be extended as follows:

1. The deadline for initial expert designations and service of initial expert reports shall be November 13, 2009.

2. The deadline for rebuttal expert designations and service of rebuttal expert reports shall be December 4, 2009.

3. The deadline for completion of expert depositions shall be December 21, 2009.

IT IS SO ORDERED.

DATED: _____, 2009   _____
              Stephen G. Larson
              United States District Judge