QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>**DECLARATION OF MICHAEL T. ZELLER IN SUPPORT OF MATTEL, INC.'S *EX PARTE* APPLICATION FOR AN ORDER REQUIRING MGA AND O'MELVENY & MYERS LLP TO SERVE PAPERS AS REQUIRED BY THE COURT'S AUGUST 31, 2009 ORDER TO SHOW CAUSE AND FOR SANCTIONS**<br><br>Date: TBD<br>Time: TBD<br>Place: Courtroom 1<br><br>Discovery Cut-off: December 11, 2009<br>Pre-trial Conference: March 1, 2010<br>Trial Date: March 23, 2010 |

# DECLARATION OF MICHAEL T. ZELLER

I, Michael T. Zeller, declare as follows:

1. I am a member of the bars of the States of California, New York and Illinois and a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently hereto.

2. Attached as Exhibit 1 is a true and correct copy of the Notice of Manual Filing of Report of O'Melveny & Myers LLP in Response to August 31, 2009 Order to Show Cause, dated August 14, 2009.

3. Attached as Attached as Exhibit 2 is a true and correct copy an email exchange, between Zachary D. Krug, an associate at Quinn Emanuel, and Martin Checov, the O'Melveny firm's General Counsel, which took place between September 15 and September 16, 2009.

4. Attached as Attached as Exhibit 3 is a true and correct copy of an email exchange between Mr. Krug and counsel for the MGA parties and the O'Melveny firm regarding Mattel's intention to file this *ex parte* application, dated September 16, 2009.

5. Mattel has incurred attorneys' fees and costs in excess of $750 in its efforts to obtain service of the O'Melveny report and in bringing this *ex parte* application.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 16, 2009, at Los Angeles, California.

                              Michael T. Zeller /s/
                              Michael T. Zeller

**Exhibit 1**

| Name & Address: |
|---|
| MARTIN S. CHECOV, SBN 96901<br>O'MELVENY & MYERS LLP<br>Two Embarcadero Center, 28th Floor<br>San Francisco, CA 94111-3823<br>Telephone: (415) 984-8713<br>Facsimile: (415) 984-8701 |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| CARTER BRYANT | CASE NUMBER: |
|---|---|
| PLAINTIFF(S)<br>v.<br>MATTEL, INC.<br>DEFENDANT(S). | CV 04-09049-SGL(RNBx)<br><br>NOTICE OF MANUAL FILING |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**
REPORT OF O'MELVENY & MYERS LLP IN RESPONSE TO AUGUST 31, 2009 ORDER TO SHOW CAUSE

**Document Description:**

- ☐ Administrative Record
- ☐ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]
- ☑ Other REPORT OF O'MELVENY & MYERS LLP IN RESPONSE TO AUGUST 31, 2009 ORDER TO SHOW CAUSE

**Reason:**

- ☑ Under Seal
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☑ Per Court order dated Aug. 31, 2009 (Docket 6544)
- ☐ Manual Filing required (*reason*):

| September 14, 2009 | Martin S. Checov |
|---|---|
| Date | Attorney Name |
| | O'Melveny & Myers LLP |
| | Party Represented |

Note: File one Notice in each case, each time you manually file document(s).

EXHIBIT 1
PAGE 3

G-92 (03/09)           NOTICE OF MANUAL FILING

**Exhibit 2**

# Zachary Krug

| | |
|---|---|
| From: | Checov, Martin [MChecov@OMM.com] |
| Sent: | Wednesday, September 16, 2009 5:24 PM |
| To: | Zachary Krug |
| Cc: | ahurst@orrick.com |
| Subject: | RE: Mattel adv. MGA |

I am unaware of the service obligation of a party or willing intervenor being imposed on a law firm that has been relieved as counsel, and seeks no relief from the court; hence, I can think of no reason to risk being accused by a former client of violating what may be the only remaining obligation we have towards it--of confidentiality. If you are persuaded that you are entitled to this document, I have no objection to your seeking a court order to obtain it; MGA is represented and can take whatever steps necessary to protect its interests, despite your attempt to berate me out of their presence and sidestep your meet-and-confer obligations.

I am in Europe and am not in a position to remain awake to deal with what I can only assume is intended solely to harass.

---

From: Zachary Krug [zacharykrug@quinnemanuel.com]
Sent: Wednesday, September 16, 2009 12:49 PM
To: Checov, Martin; Feinstein, Marc
Subject: RE: Mattel adv. MGA

Dear Mr. Checov,

This is OMM's obligation, not Mattel's. The Federal Rules require that filings be "served on every party." Fed. R. Civ. P. 5(a). The Central District's Local Rules confirm that "[d]ocuments excluded from electronic filing (refer to General Order 08-02) must be served using traditional means of service in the manner prescribed for such service by the Federal Rules.") C.D. Cal. L.R. 5-3.3. The Central District's General Order likewise mandates that documents that are not filed electronically must be "traditionally filed, in duplicate, with the Clerk and served upon the parties in accordance with the applicable Federal Rules." Gen. Order 08-02 Part V(a) (emphasis added).

OMM has unilaterally violated these rules. It is not incumbent on Mattel to seek "clarification" regarding OMM's basic service obligations. We request that OMM comply these obligations promptly.

Best regards,

Zachary Krug

-----Original Message-----
From: Checov, Martin [mailto:MChecov@OMM.com]
Sent: Wednesday, September 16, 2009 7:49 AM
To: Zachary Krug; Feinstein, Marc
Subject: RE: Mattel adv. MGA

Thanks for your message. We aren't of record and, because we have been asked to report on matters that maybe subject to rules of client confidentiality, we don't have confidence as to the nature of our obligations are with respect to service. Please work out this problem with counsel for our former client and let us know.

Martin S. Checov

---

From: Zachary Krug [zacharykrug@quinnemanuel.com]
Sent: Tuesday, September 15, 2009 10:30 PM
To: Feinstein, Marc; Checov, Martin
Subject: Mattel adv. MGA

1

EXHIBIT _____ 2

PAGE _____ 1

Dear Counsel.

I write in connection with Judge Larson's August 31, 2009 Order to Show Cause. We've received OMM's notice of manual filing, filed yesterday, but as of yet have not received OMM's report itself.

Can you send us a copy electronically and confirm service.

Best regards,

Zachary Krug

Zachary Krug
Associate,
Quinn Emanuel Urquhart Oliver & Hedges LLP.

865 S. Figueroa St 10th Floor
Los Angeles, Ca 90017
213-443-3884 Direct
213.443.3000 Main Office Number
213.443.3100 FAX
zacharykrug@quinnemanuel.com
www.quinnemanuel.com<http://www.quinnemanuel.com/>

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

EXHIBIT 2

PAGE 5

# Zachary Krug

| | |
|---|---|
| **From:** | Checov, Martin [MChecov@OMM.com] |
| **Sent:** | Wednesday, September 16, 2009 8:43 AM |
| **To:** | Zachary Krug; Feinstein, Marc |
| **Subject:** | RE: Mattel adv. MGA |

No, we are not taking that position.  I welcome any clarification you might be able to secure from our former client or the Court.

From: Zachary Krug [zacharykrug@quinnemanuel.com]
Sent: Wednesday, September 16, 2009 8:40 AM
To: Checov, Martin; Feinstein, Marc
Subject: RE: Mattel adv. MGA

Dear Mr. Checov.

Based on the OMM's notice of manual filing (as well as the absence of any notice of in camera lodging) we did not take OMM's report to have been filed in camera, merely under seal.  Please let us know if that is not the case.  Otherwise, are you taking the position that OMM has no obligation to serve its report on Mattel, and that you will not, as a matter of courtesy if not obligation, provide Mattel with a copy of that report?

Best.

-----Original Message-----
From: Checov, Martin [mailto:MChecov@OMM.com]
Sent: Wednesday, September 16, 2009 7:49 AM
To: Zachary Krug; Feinstein, Marc
Subject: RE: Mattel adv. MGA

Thanks for your message.  We aren't of record and, because we have been asked to report on matters that maybe subject to rules of client confidentiality, we don't have confidence as to the nature of our obligations are with respect to service.  Please work out this problem with counsel for our former client and let us know.

Martin S. Checov


From: Zachary Krug [zacharykrug@quinnemanuel.com]
Sent: Tuesday, September 15, 2009 10:30 PM
To: Feinstein, Marc; Checov, Martin
Subject: Mattel adv. MGA

Dear Counsel.

I write in connection with Judge Larson's August 31, 2009 Order to Show Cause.  We've received OMM's notice of manual filing, filed yesterday, but as of yet have not received OMM's report itself.

Can you send us a copy electronically and confirm service.

Best regards,

Zachary Krug

Zachary Krug
Associate,
Quinn Emanuel Urquhart Oliver & Hedges LLP.

865 S. Figueroa St 10th Floor
Los Angeles, Ca 90017
213-443-3884 Direct
213.443.3000 Main Office Number

**EXHIBIT** 2

**PAGE** 6

1

213.443.3100 FAX
zacharykrug@quinnemanuel.com
www.quinnemanuel.com<http://www.quinnemanuel.com/>

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

EXHIBIT  2

PAGE  7

**Exhibit 3**

## Zachary Krug

**From:** Zachary Krug
**Sent:** Wednesday, September 16, 2009 10:13 PM
**To:** Zachary Krug; 'ahurst@orrick.com'; 'MChecov@OMM.com'; 'MFeinstein@OMM.com'; 'jason.russell@skadden.com'
**Cc:** Michael T Zeller
**Subject:** RE: Mattel v. MGA

Dear Counsel.

As we have not been served with OMM's report, nor have you responded to Mattel's prior request, we will assume that MGA opposes Mattel's request.

If you intend to serve Mattel with the report, as required by Court Order, let us know immediately. Otherwise, Mattel will file its ex parte.

Best regards,

Zachary Krug

---

**From:** Zachary Krug
**Sent:** Wednesday, September 16, 2009 7:19 PM
**To:** ahurst@orrick.com; MChecov@OMM.com; MFeinstein@OMM.com; 'jason.russell@skadden.com'
**Cc:** Michael T Zeller
**Subject:** Mattel v. MGA

Dear Counsel.

O'Melveny & Myer's ("OMM") recently filed a report in connection with the Court's August 31, 2009 Order to Show Cause.

OMM nevertheless has failed to serve the report on Mattel, in violation of the requirements of the Federal Rules and the Central District's Local Rules. See, e.g., Fed. R. Civ. P. 5(a) (filings must be "served on every party"); C.D. Cal. L.R. 5-3.3 ("[d]ocuments excluded from electronic filing (refer to General Order 08-02) must be served using traditional means of service in the manner prescribed for such service by the Federal Rules"); Gen. Order 08-02 Part V(a) (documents that are not filed electronically must be "traditionally filed, in duplicate, with the Clerk and served **upon the parties** in accordance with the applicable Federal Rules") (emphasis added). Also, despite Mattel's requests, OMM refuses to serve it, essentially suggesting that it is incumbent on MGA's counsel to do so.

Accordingly, if Mattel is not served with this report by the 10:00 p.m. tonight, Mattel will seek an ex parte order from Judge Larson ordering its proper service on Mattel. Mattel will also seek all costs needlessly incurred in enforcing these basic obligations. Please either serve the report on us by that time or else let us know if MGA intends to oppose our application.

Best regards,

Zachary Krug

**Zachary Krug**
*Associate,*
Quinn Emanuel Urquhart Oliver & Hedges LLP.

EXHIBIT ____3____

PAGE ____8____

9/16/2009

865 S. Figueroa St 10th Floor
Los Angeles, Ca 90017
213-443-3884 Direct
213.443.3000 Main Office Number
213.443.3100 FAX
zacharykrug@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

EXHIBIT ___3___

PAGE ___9___

9/16/2009