QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br><u>Hon. Stephen G. Larson</u><br><br>**[PROPOSED] ORDER GRANTING MATTEL, INC.'S *EX PARTE* APPLICATION FOR AN ORDER REQUIRING MGA AND O'MELVENY & MYERS LLP TO SERVE PAPERS AS REQUIRED BY THE COURT'S AUGUST 31, 2009 ORDER TO SHOW CAUSE AND FOR SANCTIONS**<br><br>Discovery Cut-off:  December 11, 2009<br>Pre-trial Conference:  March 1, 2010<br>Trial Date:  March 23, 2010 |

07975/3106839.1

[PROPOSED] ORDER

## [PROPOSED] ORDER

Based on the *Ex Parte* Application of Mattel for Order Requiring MGA and O'Melveny & Myers LLP Serve Papers as Required by the Court's August 31, 2009 Order to Show Cause and for Sanctions, and good cause appearing therefor, IT IS HEREBY ORDERED:

1. MGA and O'Melveny & Myers LLP shall immediately serve the O'Melveny report on Mattel's counsel; and

2. MGA and O'Melveny & Myers LLP are directed to pay Mattel's fees and costs incurred in connection with Mattel's application in the amount of $750 as a sanction for their failure to comply with the service requirements of the OSC and the Rules.

DATED:                    , 2009   _____
                                   Hon. Stephen G. Larson
                                   United States District Judge