Robert C. O'Brien (SBN 154372)
ARENT FOX LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA  90013-1065
Telephone:  213.629.7400
Facsimile:   213.629.7401
obrien.robert@arentfox.com

Discovery Master

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>          Plaintiff,<br><br>    v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>          Defendant.<br><br>CONSOLIDATED WITH MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | Case No.  CV 04-09049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-2727<br><br>**PHASE 2 DISCOVERY MATTER**<br><br>**ORDER NO. 65, REGARDING:**<br><br>**(1) NEW HEARING DATE FOR THREE DISCOVERY MATTERS PREVIOUSLY SET FOR HEARING;**<br><br>**(2) TAKING ONE MOTION OFF CALENDAR; and**<br><br>**(3) THE UPDATED HEARING SCHEDULE** |

## I. NEW HEARING DATE FOR THREE DISCOVERY MATTERS PREVIOUSLY SET FOR HEARING ON SEPTEMBER 18, 2009

Pursuant to the request of Mattel, Inc., the three motions previously set for hearing on September 18, 2009 are rescheduled for September 25, 2009 at 10:00 a.m. at the offices of Arent Fox LLP.

## II. TAKING OFF CALENDAR THE MOTION CONCERNING NON-PARTY PETER CARSON

Pursuant to the request of Bingham McCutchen LLP, Non-Party Attorney Peter Carson's Motion to Quash and/or for Protective Order re Subpoena Issued by Mattel, Inc. is hereby taken off calendar. The Discovery Master will set a new hearing date for this matter promptly.

## III. THE UPDATED HEARING SCHEDULE

For the convenience of the parties and to ensure that there is no confusion regarding the hearing schedule, a summary of all motions presently scheduled to be heard by the Discovery Master on September 25, 2009 at 10:00 a.m. is set forth below:

1. Motion to Enforce Order Compelling the Omni Parties to Produce Documents, to Strike Objections, and for Sanctions filed by Mattel, Inc. on or about July 24, 2009.

2. Motion for Reconsideration of Order No. 42 Regarding in Camera Review of Documents Protected by Attorney-Client Privilege filed by MGA Entertainment, Inc. on or about August 11, 2009.

3. Motion for Leave to Take Additional Depositions filed by Mattel, Inc. on or about August 11, 2009.

4. Cross-Motion for a Protective Order Altering Deposition Limits to Set an Overall Hours Limit filed by MGA Entertainment, Inc. on or about August 25, 2009.

5. Motion for Order to Amend Protective Order filed by Mattel, Inc. on

1 | or about August 27, 2009.

2 |       6.     Motion to Compel Mattel, Inc.'s Attendance at 30(b)(6) Deposition, for Protective Order Requiring Advance Designation of 30(b)(6) Witnesses, to De-Designate Document Under Protective Order Related to Subject Matter of Requested 30(b)(6) Testimony, and for Sanctions filed by MGA Entertainment, Inc. on or about August 18, 2009.

Dated:      September 15, 2009

By:    /s/ Robert C. O'Brien
       ROBERT C. O'BRIEN
       Discovery Master