Name & Address:
QUINN EMANUEL URQUHART OLIVER & HEDGES LLP
John B. Quinn (Bar No. 090378)
Michael T. Zeller (Bar No. 196417)
Jon D. Corey (Bar No. 185066)
Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>PLAINTIFF(S)<br>v.<br>MATTEL, INC., a Delaware corporation,<br><br>DEFENDANT(S). | CASE NUMBER: CV 04-9049 SGL (RNBx)<br><br>**NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
Mattel Inc.'s Reply in Support of its Ex Parte Application for Limited Reconsideration of Phase 2 Order No. 62; Supplemental Declaration of Michael T. Zeller in Support; Application to File Under Seal; [Proposed] Order re: Appl.

**Document Description:**

- [ ] Administrative Record
- [X] Exhibits
- [ ] Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Rule 79-5.4. Documents to be excluded, (h)]
- [X] Other

**Reason:**

- [X] Under Seal
- [ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- [ ] Electronic versions are not available to filer
- [X] Per Court order dated  January 4, 2005
- [ ] Manual Filing required (*reason*):

September 17, 2009                                   Michael T. Zeller
Date                                                           Attorney Name

                                                                    Mattel, Inc.
                                                                    Party Represented

Note: File one Notice in each case, each time you manually file document(s).

G-92 (03/09)                          NOTICE OF MANUAL FILING                          CCD-G92