# EXHIBIT A

```
 1              UNITED STATES DISTRICT COURT

 2             CENTRAL DISTRICT OF CALIFORNIA

 3                    EASTERN DIVISION

 4                         - - -

 5     HONORABLE STEPHEN G. LARSON, JUDGE PRESIDING

 6                         - - -

 7   MATTEL, INC.,                    )
                                      )
 8                  PLAINTIFF,        )
                                      )
 9          VS.                       )   NO. CV 04-09049
                                      )
10   MGA ENTERTAINMENT, INC., ET. AL.,)   TRIAL DAY 32
                                      )   MORNING SESSION
11                  DEFENDANTS.       )   PAGES 6494-6622
                                      )
12   AND CONSOLIDATED ACTIONS,        )
                                      )
13

14

15        REPORTER'S TRANSCRIPT OF JURY TRIAL PROCEEDINGS

16                  RIVERSIDE, CALIFORNIA

17                  FRIDAY, AUGUST 8, 2008

18                       8:45 A.M.

19

20

21

22

23            THERESA A. LANZA, RPR, CSR
            FEDERAL OFFICIAL COURT REPORTER
24             3470 12TH STREET, RM. 134
             RIVERSIDE, CALIFORNIA  92501
25                   951-274-0844
                 WWW.THERESALANZA.COM
```

CERTIFIED COPY

```
 1   APPEARANCES:
 2
     ON BEHALF OF MATTEL, INC.:
 3
                     QUINN EMANUEL
 4              BY:  JOHN QUINN
                     JON COREY
 5                   MICHAEL T. ZELLER
                     HARRY OLIVAR
 6                   TIMOTHY ALGER
                     WILLIAM PRICE
 7              865 S. FIGUEROA STREET,
                10TH FLOOR
 8              LOS ANGELES, CALIFORNIA  90017
                213-624-7707
 9

10
     ON BEHALF OF MGA ENTERTAINMENT:
11
                SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
12              BY:  THOMAS J. NOLAN
                     JASON RUSSELL
13                   RAOUL KENNEDY
                     LAUREN AGUIAR
14                   CARL ROTH
                300 SOUTH GRAND AVENUE
15              LOS ANGELES, CALIFORNIA  90071-3144
                213-687-5000
16

17

18

19

20

21

22

23

24

25
```

FRIDAY, AUGUST 8, 2008                    TRIAL DAY 32, MORNING SESSION

1                    IS THERE ANYTHING ELSE, ANOTHER AREA YOU CAN GO TO IN
2       THE NEXT FIVE MINUTES?
3               **MR. SLOAN:**  YES.
4               **THE COURT:**  LET'S DO THAT; LET'S TAKE THIS UP DURING
5       LUNCH.
6               (SIDE-BAR PROCEEDINGS CONCLUDED.)
7               **THE COURT:**  WE'LL COME BACK TO THAT.
8    **BY MR. SLOAN:**
9    Q    MR. MOORE, YOU STARTED YOUR TESTIMONY YESTERDAY BY SAYING
10   THAT YOU HAD NOT RECEIVED A COPY OF THE CONTRACT BETWEEN
11   MR. BRYANT AND MGA THAT'S DATED AS OF SEPTEMBER 18, 2000, UNTIL
12   YOU TRAVELED WITH MR. ZELLER TO HONG KONG IN NOVEMBER OF 2003;
13   IS THAT CORRECT?
14   A    THAT'S RIGHT.
15   Q    AND YOU TRAVELED THERE TO MEET WITH COUNSEL FOR CITY
16   WORLD; CORRECT?
17   A    THAT WAS ONE OF THE REASONS TO GO TO HONG KONG, YES.
18   Q    BEFORE YOU TRAVELED TO HONG KONG TO MEET WITH THE CITY
19   WORLD COUNSEL, YOU AND OTHER PEOPLE AT MATTEL HAD VARIOUS
20   COMMUNICATIONS WITH THE CITY WORLD COUNSEL; CORRECT?
21   A    YES.
22   Q    IN FACT, YOU HAD EXCHANGED NUMEROUS LETTERS; IS THAT
23   CORRECT?
24   A    I THINK THERE WERE A COUPLE OF LETTERS EXCHANGED.
25   "NUMEROUS" PROBABLY DOESN'T DESCRIBE IT; BUT ONE OR TWO.

```
1   Q    LET ME HAVE YOU LOOK AT EXHIBIT 4434, WHICH IS ALSO IN
2   YOUR BINDER.
3   A    OKAY.
4   Q    DO YOU RECOGNIZE THAT DOCUMENT?
5   A    YES.
6   Q    IS THAT A DOCUMENT THAT YOU PREPARED?
7   A    I HELPED PREPARE THIS, YES.
8   Q    IS ALL OF THE INFORMATION REFLECTED ON THIS ACCURATE, TO
9   THE BEST OF YOUR BELIEF?
10  A    YES.
11  Q    AND YOU PREPARED THIS IN CONNECTION WITH A DEPOSITION OF
12  ANOTHER MATTEL EMPLOYEE.
13  A    THAT'S RIGHT.
14            MR. SLOAN:  YOUR HONOR, I'D MOVE INTO EVIDENCE
15  EXHIBIT 4434.
16            MR. ZELLER:  NO OBJECTION.
17            THE COURT:  IT'S ADMITTED.  YOU MAY PUBLISH.
18            (EXHIBIT 4434 RECEIVED.)
19  BY MR. SLOAN:
20  Q    SIR, THIS INDICATES, IF WE LOOK AT THE SECOND LINE --
21  WELL, LET'S LOOK AT THE FIRST LINE.  IT INDICATES AS OF
22  SEPTEMBER 4, 2003, DANNY YU, COUNSEL FOR CITY WORLD, HAD
23  WRITTEN TO MR. BOB NORMILE.  DID YOU SEE THAT LETTER?
24  A    I DID.
25  Q    AND IT INDICATES AS OF SEPTEMBER 23, 2003, THAT MATTEL HAD
```

```
 1  OBTAINED A COPY OF THE MGA CITY WORLD CLAIM; CORRECT?
 2  A    THAT'S WHAT IT SAYS, CORRECT.
 3  Q    THAT'S CORRECT, ISN'T IT?
 4  A    WELL, IT IS; I MEAN, WHAT WE DID RECEIVE WAS CALLED, I
 5  THINK, AN ENDORSEMENT OF A CLAIM, OR SOMETHING LIKE THAT.
 6  Q    OKAY.
 7            AND THIS INDICATES THAT ON SEPTEMBER 25TH THAT
 8  MR. NORMILE SPOKE WITH MR. YU; IS THAT CORRECT?
 9  A    YES.
10  Q    AND I'M NOT GOING TO GO THROUGH ALL OF THESE ENTRIES, BUT
11  IF YOU LOOK AT NOVEMBER 18TH, FOR INSTANCE, THIS INDICATES THAT
12  YOU CALLED SIMON CW YUNG FIRM; CORRECT?
13  A    YES.
14  Q    DID YOU MAKE THAT PHONE CALL?
15  A    YES.
16  Q    THEN ON NOVEMBER 20TH, IT SAYS THAT "MOORE MAKES TWO BRIEF
17  CALLS TO DANNY YU; ONE TO HIS OFFICE, ONE TO HIS CELL PHONE."
18            DO YOU SEE THAT?
19  A    YES.
20  Q    SO YOU HAD A NUMBER OF PHONE CALLS WITH CITY WORLD'S
21  COUNSEL; CORRECT?
22  A    YES; TO ARRANGE THE MEETING IN HONG KONG.
23  Q    AND MR. NORMILE ALSO HAD CONTACT WITH THEM.
24  A    YES; THAT'S RIGHT.
25  Q    AND DURING SOME OF THOSE CONVERSATIONS, DID CITY WORLD'S
```

```
 1  COUNSEL TELL YOU THAT, IN FACT, THEY HAD A COPY OF A CONTRACT
 2  BETWEEN MR. BRYANT AND MGA?
 3  A    I BELIEVE IN THE CONVERSATIONS, NO.  I THINK THEY WERE
 4  REALLY HESITANT TO DISCUSS MUCH WITH US.  THEY WERE EXPLAINING
 5  IN HONG KONG THERE'S SOME IMPLIED UNDERTAKING THAT THEY CAN'T
 6  REVEAL THINGS; AND SO THEY WERE BEING VERY CAUTIOUS.
 7  Q    BUT YOU STARTED OFF YESTERDAY TESTIFYING THAT ONE OF THE
 8  MOST IMPORTANT POINTS ABOUT YOUR TRIP WITH MR. ZELLER TO HONG
 9  KONG WAS THE FACT THAT YOU GOT THIS CONTRACT DATED AS OF
10  SEPTEMBER 18, 2002, BETWEEN MR. BRYANT AND MGA; CORRECT?
11  A    RIGHT.
12  Q    AND IT'S NOW YOUR TESTIMONY THAT YOU TRAVELED ALL OF THE
13  WAY TO HONG KONG AND -- I'M SORRY, THAT YOU TRAVELED ALL OF THE
14  WAY TO HONG KONG WITH MR. ZELLER TO MEET WITH CITY WORLD'S
15  COUNSEL, AND THEY NEVER LET ON TO YOU AT ALL THAT THEY HAD A
16  COPY OF THIS CONTRACT?
17          **MR. ZELLER:**  ARGUMENTATIVE; MISSTATES THE WITNESS'S
18  TESTIMONY.
19          **THE COURT:**  IT'S A QUESTION.  YOU MAY ANSWER IT.
20          **THE WITNESS:**  YEAH.  I WAS ANSWERING AS TO THE
21  TELEPHONE CONVERSATION.  THE THOSE WERE REALLY JUST TO ARRANGE
22  THE MEETING, I BELIEVE, WITH ME.  THERE MAY BE A DOCUMENT WHICH
23  MENTIONS SOME RELATIONSHIP WITH MGA; I CAN'T RECALL UNLESS I
24  SEE IT.  I KNEW THERE WERE SOME DOCUMENTS THEY WANTED TO
25  EXCHANGE AND I THINK I KNEW THERE WAS SOMETHING SIGNIFICANT.
```

1  BUT I DIDN'T TRAVEL TO HONG KONG JUST FOR THAT PURPOSE.
2  **BY MR. SLOAN:**
3  Q    DID YOU KNOW THAT ONE OF THOSE DOCUMENTS MIGHT BE THIS
4  CONTRACT BETWEEN MR. BRYANT AND MGA?
5  A    YOU KNOW, I CAN'T REMEMBER IF I KNEW THAT.  I THINK WHAT I
6  WAS INTERESTED IN WAS THE DRAWINGS; THAT WAS THE FOCUS.
7            **MR. SLOAN:** YOUR HONOR, I THINK THIS IS A FINE TIME
8  TO BREAK.
9            **THE COURT:** VERY WELL.  LET'S DO THAT.
10           AS I INDICATED, MEMBERS OF THE JURY, I'LL SEE YOU AT
11  1:00.  I APOLOGIZE FOR THE SHORT LUNCH.  IT WILL BE A SHORT
12  DAY.
13           (WHEREUPON JURORS DEPART COURTROOM.)
14           **THE COURT:** MR. SLOAN, I'LL TAKE UP THE ISSUE OF
15  PARAGRAPH SIX ON THE 18064 EXHIBIT.
16           **MR. SLOAN:** YES, YOUR HONOR.
17           **THE COURT:** I THOUGHT WE WERE STILL ON THAT BRAZIL
18  THING.
19           **MR. SLOAN:** YOUR HONOR, I MEANT TO MOVE OFF OF
20  BRAZIL, AND I APOLOGIZE THAT I DIDN'T MAKE THAT CLEAR.
21           THE PURPOSE OF INTRODUCING THIS IS THAT, SINCE THIS
22  WITNESS WAS INTRODUCED SOLELY WITH RESPECT TO FRAUDULENT
23  CONCEALMENT, IN MY MIND, AND I THINK THAT IT IS PERTINENT TO
24  THAT ISSUE WHERE THERE MIGHT HAVE BEEN E-MAILS THAT WOULD HAVE
25  REFLECTED THAT MATTEL WAS ON NOTICE, AS EARLY AS 2002 OR SOME

```
 1
 2                          CERTIFICATE
 3
 4   I HEREBY CERTIFY THAT PURSUANT TO SECTION 753, TITLE 28, UNITED
     STATES CODE, THE FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF
 5   THE STENOGRAPHICALLY RECORDED PROCEEDINGS HELD IN THE ABOVE-
     ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE FORMAT IS IN
 6   CONFORMANCE WITH THE REGULATIONS OF THE JUDICIAL CONFERENCE OF
     THE UNITED STATES.
 7
 8   _____          8-9-08
     THERESA A. LANZA, CSR, RPR                  DATE
 9   FEDERAL OFFICIAL COURT REPORTER
10
```

FRIDAY, AUGUST 8, 2008                    TRIAL DAY 32, MORNING SESSION