MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1-415-773-5700
Facsimile: +1-415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: +1-213-629-2020
Facsimile: +1-213-612-2499

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049-SGL (RNBx)<br><br>Consolidated with:<br>CV 04-9059<br>CV 05-2727<br><br>**DISCOVERY MATTER**<br><br>[To Be Heard by Discovery Master Robert C. O'Brien]<br><br>**PROOF OF SERVICE BY HAND DELIVERY** |

OHS West:260722696.1                                                      PROOF OF SERVICE

# PROOF OF SERVICE BY HAND DELIVERY

I, _Isaac Trenco_, declare I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 350 S. Figueroa Street, Suite 196, Los Angeles, California 90071.

On September 17, 2009, I served all parties with the following documents:

1. **MGA PARTIES' REPLY IN SUPPORT OF NOTICE AND APPLICATION FOR ISSUANCE OF LETTER OF REQUEST FOR JUDICIAL ASSISTANCE RE: DANNY K.H. YU AND BIRD & BIRD**

2. **SUPPLEMENTAL DECLARATION OF DIANA M. RUTOWSKI IN SUPPORT OF MGA PARTIES' APPLICATION FOR ISSUANCE OF LETTER OF REQUEST FOR JUDICIAL ASSISTANCE RE: DANNY K.H. YU AND BIRD & BIRD**

by hand-delivering true and correct copies of those documents to:

**Michael Zeller, Esq.**
**Dylan Proctor, Esq.**
**Jon Corey, Esq.**
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017

**Robert C. O'Brien, Esq.**
**Discovery Master**
Arent Fox LLP
555 West 5th Street, Suite 4800
Los Angeles, CA 90013

Executed on September 17, 2009, at Los Angeles, California.

I declare under penalty of perjury that the foregoing is true and correct.

_Isaac Trenco_