MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1-415-773-5700
Facsimile: +1-415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: +1-213-629-2020
Facsimile: +1-213-612-2499

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation<br><br>Defendant. | Case No. CV 04-9049 SGL (RNBx)<br>Consolidated with:<br>CV 04-9059<br>CV 05-2727<br><br>**DECLARATION OF WARRINGTON S. PARKER III IN SUPPORT OF THE MGA PARTIES' OPPOSITION TO MATTEL, INC.'S MOTION FOR LEAVE TO FILE FOURTH AMENDED ANSWER AND COUNTERCLAIMS**<br><br>Judge: Stephen G. Larson<br>Courtroom: Courtroom No. 1<br>Date: October 1, 2009<br>Time: 1:00 p.m. |

I, Warrington S. Parker, declare as follows:

1. I am an attorney at the law firm of Orrick, Herrington & Sutcliffe LLP, counsel of record for the MGA Parties in the above-captioned action. I am a member in good standing of the State Bar of California and am admitted to practice before this Court. I have personal knowledge of the facts set forth in this declaration unless otherwise expressly stated, in which case it is on information and belief. If called as a witness, I could and would testify competently to such facts under oath.

2. Attached hereto as **Exhibit A** (filed under seal) is a true and correct copy of the transcript of the deposition of Neil Kadisha.

3. Attached hereto as **Exhibit B** (filed under seal) is a true and correct copy of the transcript of the deposition of Leon Neman.

4. Attached hereto as **Exhibit C** (filed under seal) is a true and correct copy of the transcript of the deposition of Fred Mashian.

5. Attached hereto as **Exhibit D** is a true and correct copy of an excerpt of the transcript of this Court's hearing of August 31, 2009.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 17th day of September, 2009, at San Francisco, California.

*/s Warrington S. Parker III*
Warrington S. Parker III

# Exhibit A

Name & Address:
Warrington S. Parker III (State Bar No. 148003)
Orrick, Herrington & Sutcliffe LLP
405 Howard Street
San Francisco, California 94105
(415) 773-5700
(415) 773-5759 (Facsimile)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT<br><br>PLAINTIFF(S)<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation<br><br>DEFENDANT(S). | CASE NUMBER:<br>CV 04-9049-SGL (RNBx)<br><br><br><br>**NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**

MGA PARTIES' OPPOSITION TO MATTEL'S MOTION FOR LEAVE TO FILE FOURTH AMENDED COUNTERCLAIMS; AND EXHIBITS A, B, AND C TO THE DECLARATION OF WARRINGTON S. PARKER III IN SUPPORT OF THE MGA PARTIES' OPPOSITION TO MATTEL, INC.'S MOTION FOR LEAVE TO FILE FOURTH AMENDED ANSWER AND COUNTERCLAIMS

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☒ Other MGA PARTIES' OPPOSITION TO MATTEL'S MOTION FOR LEAVE TO FILE FOURTH AMENDED COUNTERCLAIMS; AND EXHIBITS A, B, AND C TO THE DECLARATION OF WARRINGTON S. PARKER III IN SUPPORT OF THE MGA PARTIES' OPPOSITION TO MATTEL, INC.'S MOTION FOR LEAVE TO FILE FOURTH AMENDED ANSWER AND COUNTERCLAIMS

**Reason:**

☒ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☐ Manual Filing required (*reason*):

| | |
|---|---|
| September 17, 2009 | /s/ Warrington S. Parker III |
| Date | Attorney Name |
| | MGA Parties |
| | Party Represented |

G-92 (03/09)      **NOTICE OF MANUAL FILING**      American LegalNet, Inc.<br>www.Forms*Workflow*.com

# Exhibit B

Name & Address:
Warrington S. Parker III (State Bar No. 148003)
Orrick, Herrington & Sutcliffe LLP
405 Howard Street
San Francisco, California 94105
(415) 773-5700
(415) 773-5759 (Facsimile)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT<br><br>PLAINTIFF(S)<br>v.<br><br>MATTEL, INC., a Delaware Corporation<br><br>DEFENDANT(S). | CASE NUMBER:<br>CV 04-9049-SGL (RNBx)<br><br><br>**NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**

MGA PARTIES' OPPOSITION TO MATTEL'S MOTION FOR LEAVE TO FILE FOURTH AMENDED COUNTERCLAIMS; AND EXHIBITS A, B, AND C TO THE DECLARATION OF WARRINGTON S. PARKER III IN SUPPORT OF THE MGA PARTIES' OPPOSITION TO MATTEL, INC.'S MOTION FOR LEAVE TO FILE FOURTH AMENDED ANSWER AND COUNTERCLAIMS

**Document Description:**

- [ ] Administrative Record
- [ ] Exhibits
- [ ] Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]
- [x] Other MGA PARTIES' OPPOSITION TO MATTEL'S MOTION FOR LEAVE TO FILE FOURTH AMENDED COUNTERCLAIMS; AND EXHIBITS A, B, AND C TO THE DECLARATION OF WARRINGTON S. PARKER III IN SUPPORT OF THE MGA PARTIES' OPPOSITION TO MATTEL, INC.'S MOTION FOR LEAVE TO FILE FOURTH AMENDED ANSWER AND COUNTERCLAIMS

**Reason:**

- [x] Under Seal
- [ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- [ ] Electronic versions are not available to filer
- [ ] Per Court order dated _____
- [ ] Manual Filing required (*reason*):

| | |
|---|---|
| September 17, 2009<br>Date | /s/ Warrington S. Parker III<br>Attorney Name<br>MGA Parties<br>Party Represented |

G-92 (03/09)     **NOTICE OF MANUAL FILING**     American LegalNet, Inc.<br>www.Forms*Workflow*.com

# Exhibit C

Name & Address:
Warrington S. Parker III (State Bar No. 148003)
Orrick, Herrington & Sutcliffe LLP
405 Howard Street
San Francisco, California 94105
(415) 773-5700
(415) 773-5759 (Facsimile)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| CARTER BRYANT | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CV 04-9049-SGL (RNBx) |
| v. | |
| MATTEL, INC., a Delaware Corporation | NOTICE OF MANUAL FILING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**

MGA PARTIES' OPPOSITION TO MATTEL'S MOTION FOR LEAVE TO FILE FOURTH AMENDED COUNTERCLAIMS; AND EXHIBITS A, B, AND C TO THE DECLARATION OF WARRINGTON S. PARKER III IN SUPPORT OF THE MGA PARTIES' OPPOSITION TO MATTEL, INC.'S MOTION FOR LEAVE TO FILE FOURTH AMENDED ANSWER AND COUNTERCLAIMS

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☒ Other MGA PARTIES' OPPOSITION TO MATTEL'S MOTION FOR LEAVE TO FILE FOURTH AMENDED COUNTERCLAIMS; AND EXHIBITS A, B, AND C TO THE DECLARATION OF WARRINGTON S. PARKER III IN SUPPORT OF THE MGA PARTIES' OPPOSITION TO MATTEL, INC.'S MOTION FOR LEAVE TO FILE FOURTH AMENDED ANSWER AND COUNTERCLAIMS

**Reason:**

☒ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☐ Manual Filing required (*reason*):

| September 17, 2009 | /s/ Warrington S. Parker III |
|---|---|
| Date | Attorney Name |
| | MGA Parties |
| | Party Represented |

G-92 (03/09)      **NOTICE OF MANUAL FILING**      American LegalNet, Inc. www.Forms*Workflow*.com

# Exhibit D

```
 1                UNITED STATES DISTRICT COURT

 2              CENTRAL DISTRICT OF CALIFORNIA

 3                      EASTERN DIVISION

 4                           - - -

 5      HONORABLE STEPHEN G. LARSON, JUDGE PRESIDING

 6

 7  MATTEL, INC.,                        )
                                         )
 8                    Plaintiff,         )
                                         )
 9             vs.                       )  No. CV 04-09049
                                         )
10  MGA ENTERTAINMENT, INC., ET. AL.,    )
                                         )
11                    Defendants.        )
    _____)  Motions
12

13
                REPORTER'S TRANSCRIPT OF PROCEEDINGS
14
                      Riverside, California
15
                    Monday, August 31, 2009
16
                           2:14 P.M.
17

18

19

20

21

22

23           THERESA A. LANZA, RPR, CSR
           Federal Official Court Reporter
24           3470 12th Street, Rm. 134
           Riverside, California  92501
25                951-274-0844
              WWW.THERESALANZA.COM
```

|   |   |   |
|---|---|---|
| 1 | Anything further? | |
| 2 | **MS. HURST:** No thank you, your Honor. | |
| 3 | **THE COURT:** Very good. That takes care of that | |
| 4 | motion. | |
| 5 | So the motion is basically resolved by the | 02:23 |
| 6 | stipulation of the parties, and the record here reflects that | |
| 7 | agreement. If there's any concern about what that entails, the | |
| 8 | Court will take that up, but I trust that we can go forward, | |
| 9 | then, with this understanding in mind. | |
| 10 | As far as the motion to amend the scheduling order, | 02:23 |
| 11 | the Court has given a lot of thought to this; it has a lot of | |
| 12 | concern about this. | |
| 13 | The biggest initial concern I have is that I know | |
| 14 | that there is harboring over the case a fourth amended answer | |
| 15 | and cross claim, and my concern is what impact that might have | 02:24 |
| 16 | on the case if the Court were to grant that motion to amend. | |
| 17 | I guess I'm concerned about even discussing a | |
| 18 | scheduling order now, or modifications to the scheduling | |
| 19 | order -- you have to excuse me, I've got a terrible head cold | |
| 20 | right now -- the Court is concerned about modifying that | 02:24 |
| 21 | schedule now, only to be facing potentially a much different or | |
| 22 | expanded or larger case. And frankly, my concern is | |
| 23 | underscored by my recollection that Mattel was quite emphatic | |
| 24 | that the third amended answer and cross claim would not expand | |
| 25 | this case dramatically, and now here we are seeking an 8-month | 02:25 |

```
 1  continuation of discovery, which, frankly, I'm really not
 2  inclined to grant, certainly at this point.  But this kind of
 3  plays into the fourth amended answer.
 4          I mean, this case has got to come to a head at some
 5  point in time.                                                  02:25
 6          Part of the concern I have is that we seem to be --
 7  I'm going to be oversimplistic here in trying to describe
 8  this -- but the RICO claim, the phase two, while it was
 9  certainly not just related to Bratz, my understanding that the
10  gravamen of the allegation there was that in addition to the   02:25
11  copyright infringement alleged in phase one, that MGA, as a
12  company and through its other affiliates, was engaged in acts
13  that were designed to compromise Mattel's integrity, either by
14  stealing ideas or stealing employees or what have you; that it
15  was all related to this notion of theft, of commercial theft.  02:26
16  Those were the allegations, and it was brought together in a
17  RICO claim.
18          Now we seem to have added these perjury counts, or
19  perjury claims, that stem from the trial, and now this whole
20  Wachovia debt transaction, which is a post-trial act, seems to 02:26
21  be getting us farther afield from what was the core of that
22  second phase.  And while I'm certainly reluctant to suggest
23  that we somehow sever that out into a third phase -- something
24  about the myth of hydra comes to mind -- but I really want to
25  make sure that we get a handle on what it is that we're        02:26
```

```
 1  supposed to be trying now, as opposed to -- I don't want to
 2  call it a moving target, because I don't want to suggest that
 3  the claims that have been brought as a matter of law are not
 4  properly brought.  It's just that from a case management
 5  perspective, I'm developing some concerns about where this all      02:27
 6  is going.
 7          So that's where I'm at on that.
 8          I'll hear from counsel in response to some of those
 9  thoughts.
10          MR. QUINN:  Good afternoon, your Honor.                    02:27
11          THE COURT:  Good afternoon, Mr. Quinn.
12          MR. QUINN:  I understand the Court's concern.  Phase
13  two has transmuted, to some degree.
14          THE COURT:  Yes.
15          MR. QUINN:  I think, though, that that's in response      02:27
16  to subsequent events, from things that happened last year and
17  from things that we've come to learn as time has gone by.
18          In terms of the fourth amended complaint, that will
19  add some additional parties, but it's all within the scope of
20  the existing allegations.                                          02:27
21          THE COURT:  As I understand it -- I really have not
22  focused on it a whole lot, but as I understand it, that largely
23  relates to the Wachovia debt transaction and the spillout, the
24  aftermath of that.  Is that correct?
25          MR. QUINN:  Yes; that's correct, your Honor.               02:28
```

```
 1  control in your hands by getting the discovery that Mattel is

 2  entitled to.  And, of course, vice versa.

 3              I just don't think right now is the time to amend the

 4  scheduling order.

 5              I will look forward to seeing you on October 1st.         02:55

 6              I do want to speak to you briefly at side-bar about

 7  the settlement issue; so Mr. Zeller or Mr. Quinn, and whoever

 8  would like to come forward.

 9              Is there anything else we need to take up at this

10  time?                                                                  02:56

11          MS. HURST:  No, your Honor.

12          MR. QUINN:  No, your Honor.

13          THE COURT:  Very well.

14              We'll go off the record.  I'll speak briefly with

15  counsel off the record at side-bar.                                    02:56

16              (Off the record discussion.)

17              (Proceedings are concluded.)

18                           CERTIFICATE

19

20  I hereby certify that pursuant to section 753, title 28, United
    States Code, the foregoing is a true and correct transcript of
21  the stenographically recorded proceedings held in the above-
    entitled matter and that the transcript page format is in
22  conformance with the regulations of the Judicial Conference of
    the United States.
23

24  _____          _____
    THERESA A. LANZA, CSR, RPR                    Date
25  Federal Official Court Reporter
```