MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:  +1-415-773-5700
Facsimile:  +1-415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA  90017
Telephone:  +1-213-629-2020
Facsimile:  +1-213-612-2499

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant. | Case No.  CV 04-9049-SGL (RNBx)<br><br>**PROOF OF SERVICE BY ELECTRONIC MAIL, U.S. MAIL, AND HAND DELIVERY** |
| AND CONSOLIDATED ACTIONS | |

OHS West:260729063.1                                                                                      PROOF OF SERVICE

## PROOF OF SERVICE BY EMAIL TO COUNSEL

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, The Orrick Building, 405 Howard Street, San Francisco, CA 94105. On September 17, 2009, I served the following document(s):

- **APPLICATION TO FILE UNDER SEAL;**

- **MGA PARTIES' OPPOSITION TO MATTEL'S MOTION FOR LEAVE TO FILE FOURTH AMENDED COUNTERCLAIMS;**

- **DECLARATION OF WARRINGTON S. PARKER III IN SUPPORT OF THE MGA PARTIES' OPPOSITION TO MATTEL'S MOTION FOR LEAVE TO FILE FOURTH AMENDED ANSWER AND COUNTERCLAIMS; AND**

- **[PROPOSED] ORDER RE APPLICATION TO FILE UNDER SEAL.**

I served copies of said papers on September 17, 2009 by attaching them to an email addressed to:

| | |
|---|---|
| **Michael Zeller** <br> michaelzeller@quinnemanuel.com | **Dylan Proctor** <br> dylanproctor@quinnemanuel.com |
| **Jon Corey** <br> joncorey@quinnemanuel.com | **Jason Russell** <br> jason.russell@skadden.com |
| **Todd Gordinier** <br> todd.gordinier@bingham.com | **Peter Villar** <br> peter.villar@bingham.com |
| **Mark Overland** <br> moverland@scheperkim.com | **Alexander Cote** <br> acote@scheperkim.com |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 17, 2009, at San Francisco, California.

*/s/ Anne Devlin*

Anne Devlin

OHS West:260729063.1     - 1 -     PROOF OF SERVICE

## PROOF OF SERVICE BY MAIL

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, The Orrick Building, 405 Howard Street, San Francisco, CA 94105. On September 17, 2009, I served the following document(s):

- **APPLICATION TO FILE UNDER SEAL;**

- **MGA PARTIES' OPPOSITION TO MATTEL'S MOTION FOR LEAVE TO FILE FOURTH AMENDED COUNTERCLAIMS;**

- **DECLARATION OF WARRINGTON S. PARKER III IN SUPPORT OF THE MGA PARTIES' OPPOSITION TO MATTEL'S MOTION FOR LEAVE TO FILE FOURTH AMENDED ANSWER AND COUNTERCLAIMS; AND**

- **[PROPOSED] ORDER RE APPLICATION TO FILE UNDER SEAL.**

on the interested parties in this action by placing true and correct copies thereof in sealed envelope(s) addressed as follows:

**Jason Russell, Esq.**
Skadden Arps Slate Meagher & Flom LLP
300 South Grand Avenue
Suite 3400
Los Angeles, CA 90071

**Todd Gordinier, Esq.**
**Peter Villar, Esq.**
Bingham McCutchen LLP
600 Anton Boulevard, 18th Floor
Costa Mesa, CA 92626

**Mark Overland, Esq.**
**Alexander Cote, Esq.**
Scheper Kim & Overland LLP
One Bunker Hill
601 West Fifth Street, 12th Floor
Los Angeles, California 90071

I am employed in the county from which the mailing occurred. On the date indicated above, I placed the sealed envelope(s) for collection and mailing at this firm's office business address indicated above. I am readily familiar with this

OHS West:260729063.1               - 2 -                              PROOF OF SERVICE

firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the firm's correspondence would be deposited with the United States Postal Service on this same date with postage thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 17, 2009, at San Francisco, California.

*Anne Devlin*

Anne Devlin

## PROOF OF SERVICE BY HAND DELIVERY

I, Isaac Trenco, declare I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 350 S. Figueroa Street, Suite 196, Los Angeles, California 90071.

On September 17, 2009, I served all parties with the following documents:

- **APPLICATION TO FILE UNDER SEAL;**

- **MGA PARTIES' OPPOSITION TO MATTEL'S MOTION FOR LEAVE TO FILE FOURTH AMENDED COUNTERCLAIMS;**

- **DECLARATION OF WARRINGTON S. PARKER III IN SUPPORT OF THE MGA PARTIES' OPPOSITION TO MATTEL'S MOTION FOR LEAVE TO FILE FOURTH AMENDED ANSWER AND COUNTERCLAIMS AND EXHIBITS; AND**

- **[PROPOSED] ORDER RE APPLICATION TO FILE UNDER SEAL.**

by hand-delivering true and correct copies of those documents to:

**Michael Zeller, Esq.**
**Dylan Proctor, Esq.**
**Jon Corey, Esq.**
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017

Executed on September 17, 2009, at Los Angeles, California.

I declare under penalty of perjury that the foregoing is true and correct.

Issac Trenco
USA Network, Inc.