1  **SCHEPER KIM & OVERLAND LLP**
   DAVID C. SCHEPER (State Bar No. 120174)
2  dscheper@scheperkim.com
   MARK E. OVERLAND (State Bar No. 38375)
3  moverland@scheperkim.com
   ALEXANDER H. COTE (State Bar No. 211558)
4  acote@scheperkim.com
   601 West Fifth Street, 12th Floor
5  Los Angeles, CA 90071-2025
   Telephone: (213) 613-4655
6  Facsimile: (213) 613-4656

7  **Attorneys for**
   **Carlos Gustavo Machado Gomez**

8

9            **UNITED STATES DISTRICT COURT**

10    **CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION**

11

| | |
|---|---|
| 12 CARTER BRYANT, | CASE NO. 04-9049 SGL (RNBx) |
| 13  Plaintiff, | Consolidated with CV 04-9059 and CV 05-2727 |
| 14  v. | **CARLOS GUSTAVO MACHADO GOMEZ'S NOTICE OF JOINDER IN MGA PARTIES' OPPOSITION TO MATTEL'S MOTION FOR LEAVE TO FILE FOURTH AMENDED COUNTERCLAIMS** |
| 15 MATTEL, INC., | |
| 16  Defendant. | |
| 17 AND CONSOLIDATED CASES | |
| 18 | Date:          October 1, 2009 |
| | Time:          1:00 PM |
| 19 | Place:          Courtroom 1 |
| 20 | **Phase 2** |
| 21 | Discovery Cut Off: December 11, 2009 |
| | Pre-Trial Conf.:   March 1, 2009 |
| | Trial Date:          March 23, 2010 |

22

23

24

25

26

27

28

1    Carlos Gustavo Machado Gomez hereby joins in Parts I(B) and II of the *MGA*

2  *Parties' Opposition to Mattel's Motion for Leave to File Fourth Amended*

3  *Counterclaims*, filed September 17, 2009, on the ground that the arguments therein

4  are equally applicable to Mr. Machado.

5  DATED: September 17, 2009        Respectfully submitted,

6                                   SCHEPER KIM & OVERLAND LLP
7                                   DAVID C. SCHEPER
                                    MARK E. OVERLAND
8                                   ALEXANDER H. COTE

9

10

11                                  By:   /s/
                                          _____
12                                        Alexander H. Cote
                                          Attorneys for
13                                        Carlos Gustavo Machado Gomez

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1