QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>DISCOVERY MATTER<br>[To Be Heard by Discovery Master Robert C. O'Brien Pursuant to Order of January 6, 2009]<br><br>[PUBLIC REDACTED] SUPPLEMENTAL DECLARATION OF SCOTT L. WATSON IN SUPPORT OF MATTEL, INC.'S REPLY IN SUPPORT OF *EX PARTE* APPLICATION FOR AN ORDER SHORTENING TIME FOR MGA AND LARIAN TO RESPOND TO REQUESTS FOR ADMISSION AND FOR PRODUCTION OF PRIVILEGE LOG |

# DECLARATION OF SCOTT WATSON

I, Scott L. Watson, declare as follows:

1. I am a member of the bar of the State of California. I am a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of Mattel, Inc.'s Opposition to MGA's Ex Parte Application For (1) Order To Shorten Time For Response And Production of Documents Regarding Gifts To Law Enforcement, And (2) Order Authorizing Service of Deposition Notice And Compelling Deposition of Richard De Anda In Advance Of Court-Ordered Hearing, dated September 9, 2009.

3. Attached hereto as Exhibit 2 is a true and correct copy of the Phase 2 Discovery Matter Order No. 3, dated March 10, 2009.

4. Attached hereto as Exhibit 3 is a true and correct copy of the Court's July 9, 2009 Order.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on September 16, 2009 at Los Angeles, California.

/s/ Scott L. Watson
Scott L. Watson

00505.07975/3108912.1

2

DECLARATION OF SCOTT L. WATSON