*prop. order*

ORIGINAL

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

FILED
2009 SEP 17 PM 12:30
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY___

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>**APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S REPLY IN SUPPORT OF ITS *EX PARTE* APPLICATION FOR LIMITED RECONSIDERATION OF PHASE 2 ORDER NO. 62 AND EXHIBIT 3 TO THE SUPPLEMENTAL DECLARATION OF MICHAEL T. ZELLER IN SUPPORT THEREOF.**<br><br>[[Proposed] Order Filed Concurrently Herewith]<br><br>**Phase 2**<br>Discovery Cut-off: December 11, 2009<br>Pre-trial Conference: March 1, 2010<br>Trial Date: March 23, 2010 |

07975/3106248.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal Mattel, Inc.'s Reply In Support Of Its *Ex Parte* Application For Limited Reconsideration of Phase 2 Order No. 62 ("Reply") and Exhibit 3 to the Supplemental Declaration of Michael T. Zeller in support thereof (the "Declaration").

The Reply quotes documents that the Discovery Master and/or the MGA Parties have designated as "Confidential -- Attorneys' Eyes Only" pursuant to the Protective Order. Exhibit 3 to the Declaration has been designated "Confidential -- Attorneys' Eyes Only" by the Discovery Master. Accordingly, Mattel requests that the Court order that the Reply and Exhibit 3 to the Declaration be filed under seal.

DATED: September 16, 2009         QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By_____
Bridget A. Hauler
Attorneys for Mattel, Inc.