ORIGINAL

1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
    John B. Quinn (Bar No. 090378)
2   (johnquinn@quinnemanuel.com)
    Michael T. Zeller (Bar No. 196417)
3   (michaelzeller@quinnemanuel.com)
    Jon D. Corey (Bar No. 185066)
4   (joncorey@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
6  Facsimile: (213) 443-3100

7  Attorneys for Mattel, Inc.

8                  UNITED STATES DISTRICT COURT

9                 CENTRAL DISTRICT OF CALIFORNIA

10                       EASTERN DIVISION

11 | CARTER BRYANT, an individual,   | CASE NO. CV 04-9049 SGL (RNBx)
                                     | Consolidated with
12 |      Plaintiff,                  | Case No. CV 04-09059
                                     | Case No. CV 05-02727
13 |      vs.                         |
                                     | Hon. Stephen G. Larson
14 | MATTEL, INC., a Delaware         |
   | corporation,                     | APPLICATION TO FILE UNDER SEAL
15 |                                  | MATTEL, INC.'S OPPOSITION TO MGA
   |      Defendant.                  | ENTERTAINMENT, INC.'S RENEWED
16 |                                  | EX PARTE APPLICATION FOR ORDER
                                     | COMPELLING DEPOSITION OF
17 | AND CONSOLIDATED ACTIONS        | RICHARD DE ANDA IN ADVANCE OF
                                     | COURT-ORDERED HEARING;
18                                   | EXHIBITS 1-3 OF DECLARATION OF
                                     | JON D. COREY IN SUPPORT
19
                                     | [[Proposed] Order Filed Concurrently
20                                   | Herewith]

21                                   | **Phase 2**
                                     | Discovery Cut-off: December 11, 2009
22                                   | Pre-trial Conference: March 1, 2010
                                     | Trial Date: March 23, 2010

07975/3107206.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

|   |   |
|---|---|
| 1 | Pursuant to <u>Local Rule</u> 79-5.1 and the Stipulated Protective Order |
| 2 | entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully |
| 3 | requests that the Court order filed under seal Mattel, Inc.'s Opposition to MGA |
| 4 | Entertainment, Inc.'s Renewed Ex Parte Application for Order Compelling |
| 5 | Deposition of Richard De Anda in Advance of Court-Ordered Hearing (the |
| 6 | "Opposition"); and Exhibits 1-3 of the Declaration of Jon D. Corey in Support (the |
| 7 | "Declaration"). |
| 8 | The Declaration includes materials that MGA and the Discovery |
| 9 | Master have designated as "Confidential" or "Confidential -- Attorney's Eyes Only" |
| 10 | pursuant to the Protective Order. The Discovery Master has designated Exhibit 1 to |
| 11 | the Declaration as "Confidential." MGA has designated Exhibit 2 to the Declaration |
| 12 | as "Confidential -- Attorney's Eyes Only," and Exhibit 3 as "Confidential." The |
| 13 | Opposition references and quotes from these documents. Accordingly, Mattel |
| 14 | requests that the Court order that the Opposition and Declaration be filed under seal. |

DATED: September 17, 2009     QUINN EMANUEL URQUHART OLIVER &
                              HEDGES, LLP

                              By /s/ Cyrus S. Naim
                                 Cyrus S. Naim
                                 Attorneys for Mattel, Inc.

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On September 17, 2009, I served true copies of the following document(s) described as **APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S OPPOSITION TO MGA ENTERTAINMENT, INC.'S RENEWED EX PARTE APPLICATION FOR ORDER COMPELLING DEPOSITION OF RICHARD DE ANDA IN ADVANCE OF COURT-ORDERED HEARING; EXHIBITS 1-3 OF DECLARATION OF JON D. COREY IN SUPPORT** on the parties in this action as follows:

Thomas J. Nolan, Esq.
Jason D. Russell, Esq.
Skadden Arps Slate Meagher & Flom
300 S. Grand Avenue, Suite 3400
Los Angeles, CA 90071
thomas.nolan@skadden.com
jason.russell@skadden.com

Melinda Haag
Annette L. Hurst
Warrington S. Parker III
Orrick, Herrington & Sutcliffe, LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
mhaag@orrick.com
ahurst@orrick.com
wparker@orrick.com

William A. Molinski
Orrick, Herrington & Sutcliffe, LLP
777 South Figueroa Street
Suite 3200
Los Angeles, CA 90017
wmolinski@orrick.com

Mark E. Overland, Esq.
Alexand H. Cote, Esq.
Overland Borenstein Scheper & Kim LLP
601 West Fifth Street, 125th Floor
Los Angeles, CA 90071
moverland@scheperkim.com
acote@scheperkim.com

Todd E. Gordinier
Bingham McCutchen LLP
600 Anton Boulevard, 18th Floor
Costa Mesa, CA 92626
todd.gordinier@bingham.com

**BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 17, 2009, at Los Angeles, California.

*/s/ Yalonda J. Dekle*
Yalonda Dekle

07209/3059068.1