QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> MATTEL, INC., a Delaware corporation, <br><br> Defendant. <br><br> AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx) <br> Consolidated with <br> Case Nos. CV 04-09059 & CV 05-2727 <br><br> [DISCOVERY MATTER] <br> To be heard by Discovery Master Robert C. O'Brien <br><br> MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S REPLY IN SUPPORT OF *EX PARTE* APPLICATION FOR AN ORDER SHORTENING TIME FOR MGA AND LARIAN TO RESPOND TO REQUESTS FOR ADMISSION AND FOR PRODUCTION OF PRIVILEGE LOG, AND EXHIBIT 1 TO THE SUPPLEMENTAL DECLARATION OF SCOTT L. WATSON IN SUPPORT THEREOF <br><br> [[Proposed] Order filed concurrently] <br><br> **Phase 2** <br> Discovery Cut-off: December 11, 2009 <br> Pre-trial Conference: March 1, 2010 <br> Trial Date: March 23, 2010 |

ORIGINAL

1    Pursuant to <u>Local Rule</u> 79-5.1 and the Stipulated Protective Order

2    entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully

3    requests that the Court order filed under seal Mattel's Reply In Support of *Ex Parte*

4    Application For An Order Shortening Time For MGA And Larian To Respond To

5    Requests For Admission And For Production Of Privilege Log ("Reply"), and

6    Exhibit 1 to the Supplemental Declaration of Scott L. Watson In Support Thereof

7    ("Exhibit").

8    The Reply and Exhibit contain materials that Mattel or MGA have

9    designated as "Confidential" or "Confidential--Attorneys' Eyes Only" pursuant to

10   the Protective Order.  Accordingly, Mattel requests that the Court order that the

11   Application, Exhibits and Separate Statement be filed under seal.

12

13

14   DATED:  September 16, 2009       QUINN EMANUEL URQUHART OLIVER & HEDGES. LLP

15

16                                    By /s/ Michael T. Zeller

17                                       Michael T. Zeller
                                         Attorneys for Mattel. Inc.

18

19

20

21

22

23

24

25

26

27

28

00505.07975/3105968.1

-2-

MATTEL. INC.'S APPLICATION TO FILE UNDER SEAL