| | |
|---|---|
| THOMAS J. NOLAN (Bar No. 66992)<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90071-3144<br>Tel.: (213) 687-5000 / Fax: (213) 687-5600:<br>tnolan@skadden.com<br>Attorneys for The MGA Parties | |

Case 2:04-cv-09049-DOC-RNB   Document 6731   Filed 09/18/09   Page 1 of 1   Page ID #:220584

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>PLAINTIFF(S)<br>v.<br>MATTEL, INC., a Delaware corporation<br><br>DEFENDANT(S). | CASE NUMBER:<br>CV 04-9049 SGL (RNBx)<br><br>**NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
1. MGA Parties' Responsive Submission To The Monitor Regarding Accounting Issues;  2. Application To File Under Seal;  3. [Proposed] Order Granting Application To File Under Seal; and 4. Proof of Service

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5 .4(h)

☒ Other

**Reason:**

☒ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☐ Manual Filing required *(reason):*

| | |
|---|---|
| September 18, 2009 | Thomas J. Nolan |
| Date | Attorney Name |
| | The MGA Parties |
| | Party Represented |

Note:   File one Notice in each case, each time you manually file document(s).

G-92 (02/07)   **NOTICE OF MANUAL FILING**

American LegalNet, Inc.
www.Forms*Workflow*.com