Name & Address:
William A. Molinski (State Bar No. 145186)
Orrick, Herrington & Sutcliffe LLP
777 South Figueroa Street, Suite 3200
Los Angeles, California 90017
(213) 629-2020
(213) 612-2499 (Facsimile)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| CARTER BRYANT | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CV 04-9049-SGL (RNBx) |
| v. | |
| MATTEL, INC., a Delaware Corporation | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**

NOTICE OF MOTION AND MOTION TO COMPEL FURTHER RESPONSES TO MGA'S PHASE 1 INTERROGATORY NOS. 20-23, AND 28, MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT; EXHIBITS C,D,K AND T TO DECLARATION OF WILLIAM A. MOLINSKI IN SUPPORT OF MOTION TO COMPEL FURTHER RESPONSES TO MGA'S PHASE 1 INTERROGATORY NOS. 20-23, AND 28; and SEPARATE STATEMENT IN SUPPORT OF MGA'S MOTION TO COMPEL FURTHER RESPONSES TO PHASE 1 INTERROGATORY NOS. 20-23 AND 28

**Document Description:**

- ☐ Administrative Record
- ☒ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]
- ☒ Other Notice of Motion and Motion to Compel Further Responses To MGA's Phase 1 Interrogatory Nos. 20-23 and 28, Memorandum of Points and Authorities In Support; Separate Statement In Support Of MGA's Motion to Compel Further Responses To Phase 1 Interrogatory Nos. 20-23 and 28.

**Reason:**

- ☒ Under Seal
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☒ Per Court order dated January 4, 2005
- ☐ Manual Filing required (*reason*):

| September 17, 2009 | /s/ William A. Molinski |
|---|---|
| Date | Attorney Name |
| | MGA Parties |
| | Party Represented |

Note: File one Notice in each case, each time you manually file document(s).

G-92 (03/09)   NOTICE OF MANUAL FILING

American LegalNet, Inc.
www.FormsWorkflow.com