GIBSON, DUNN & CRUTCHER LLP
KEVIN S. ROSEN, SBN 133304
krosen@gibsondunn.com
J. CHRISTOPHER JENNINGS, SBN 226464
cjennings@gibsondunn.com
BLAINE H. EVANSON, SBN 254338
bevanson@gibsondunn.com
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-6635

Attorneys for Non-Party
O'MELVENY & MYERS LLP

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT,<br><br>  Plaintiff,<br><br>  v.<br><br>MATTEL, INC.,<br><br>  Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-09049-SGL(RNBx)<br><br>Consolidated with Case No. 04-9059 and Case no. 05-2727<br><br>**NOTICE OF APPEARANCE**<br><br>Hearing Date:   TBD<br>Hearing Time:   TBD<br>Hearing Place:   COURTROOM 1<br><br>The Hon. Stephen G. Larson |

---

**NOTICE OF APPEARANCE**

**TO EACH PARTY AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Kevin S. Rosen, J. Christopher Jennings and Blaine H. Evanson of Gibson, Dunn & Crutcher LLP hereby enter their appearance as counsel of record for non-party O'Melveny & Myers LLP.  Counsel's contact information is:

>GIBSON, DUNN & CRUTCHER LLP
>KEVIN S. ROSEN, SBN 133304
>krosen@gibsondunn.com
>J. CHRISTOPHER JENNINGS, SBN 226464
>cjennings@gibsondunn.com
>BLAINE H. EVANSON, SBN 254338
>bevanson@gibsondunn.com
>333 South Grand Avenue
>Los Angeles, California 90071-3197
>Telephone:  (213) 229-7000
>Facsimile:  (213) 229-6635

DATED:  September 18, 2009          Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP


By:  _____/s/ Kevin S. Rosen_____

Attorneys for Non-Party
O'Melveny & Myers LLP