Name & Address:
Richard M. Pachulski (CA Bar No. 90073)
James I. Stang (CA Bar No. 94435)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California  90067-4100
Telephone: 310/277-6910
Facsimile:  310/201-0760

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>PLAINTIFF(S)<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation,<br><br>DEFENDANT(S). | CASE NUMBER:<br>CV 04-9049 SGL (RNBx)<br><br>**NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

BEFORE THE MONITOR PER COURT ORDER

MGA ENTERTAINMENT, INC'S REPLY BRIEF TO THE MONITOR REGARDING ACCOUNTING OF INTEREST ON WACHOVIA/OMNI 808 LOAN

**Document Description:**

- [ ] Administrative Record
- [ ] Exhibits
- [ ] Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]
- [x] Other: Reply Brief

**Reason:**

- [x] Under Seal
- [ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- [ ] Electronic versions are not available to filer
- [x] Per Court order dated January 4, 2005
- [x] Manual Filing required (*reason*): The documents have been authorized to be filed under seal pursuant to Court Order dated January 4, 2005.

| | |
|---|---|
| September 18, 2009<br>Date | James I. Stang<br>Attorney Name<br>MGA Entertainment, Inc.<br>Party Represented |

Note:   File one Notice in each case, each time you manually file document(s).

G-92 (03/09)
56998-002\DOCS_LA:208019.1

NOTICE OF MANUAL FILING

American LegalNet, Inc.
www.FormsWorkflow.com