Richard M. Pachulski (CA Bar No. 90073)
rpachulski@pszjlaw.com
James I. Stang (CA Bar No. 94435)
jstang@pszjlaw.com
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd.
11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760

Attorneys for MGA Entertainment, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No.: CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>**PROOF OF SERVICE** |

56998-002\DOCS_LA:207731.1

STATE OF CALIFORNIA

COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 300 South Grand Avenue, Suite 3400, Los Angeles, California 90071.

On **September 18, 2009**, I served the foregoing documents described as:

1. MGA Entertainment, Inc's Reply Brief to the Monitor Regarding Accounting of Interest on Wachovia/Omni 808 Loan;

2. Application to File Under Seal;

3. Proposed Order to File Under Seal;

and

4. Proof of Service

on the counsel of record in this action addressed as follows:

**SEE ATTACHED SERVICE LIST**

**(X)** [E-MAIL OR ELECTRONIC SERVICE] Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed in the attached service list. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

Executed on **September 18, 2009,** in Los Angeles, California.

| Diane H. Hinojosa | /s/ *Diane H. Hinojosa* |
|---|---|
| PRINT NAME | SIGNATURE |

# SERVICE LIST

| | |
|---|---|
| John Quinn, Esq.<br>Michael T. Zeller, Esq.<br>Jon D. Corey, Esq.<br>Quinn Emanuel Urquhart Oliver & Hedges, LLP<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, CA 90017-2543<br>johnquinn@quinnemanuel.com<br>michaelzeller@quinnemanuel.com<br>joncorey@quinnemanuel.com | Attorneys for Mattel, Inc.<br><br>SERVED BY EMAIL |
| Annette L. Hurst, Esq.<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105<br>ahurst@orrick.com | Attorneys for MGA Parties<br><br>SERVED BY EMAIL |
| Todd E. Gordinier, Esq.<br>Bingham McCutchen LLP<br>Plaza Tower<br>600 Anton Boulevard, 18th Floor<br>Costa Mesa, CA 92626-1924<br>todd.gordinier@bingham.com | Attorneys for Omni 808<br><br>SERVED BY EMAIL |
| Patrick A. Fraioli, Jr., Esq.<br>Byron Z. Moldo, Esq.<br>Peter A. Davidson, Esq.<br>Ervin Cohen & Jessup LLP<br>9401 Wilshire Boulevard, Ninth Floor<br>Beverly Hills, California 90212-2974<br>pfraioli@ecjlaw.com<br>bmoldo@ecjlaw.com<br>pdavidson@ecjlaw.com | Court Appointed Monitor<br><br>SERVED BY EMAIL |
| Jason D. Russell, Esq.<br>Thomas J. Nolan, Esq.<br>Skadden Arps Slate Meagher & Flom LLP<br>300 South Grand Avenue<br>Suite 3400<br>Los Angeles, CA 90071-3144<br>jrussell@skadden.com<br>tnolan@skadden.com | MGA ENTERTAINMENT INC.,<br>INTERVENOR RE: CV04-09059<br><br>SERVED BY EMAIL |

| | | |
|---|---|---|
| 1 | D. Paul Regan | CERTIFIED PUBLIC ACCOUNTANTS |
| 2 | HEMMING MORSE, INC.<br>160 Spear Street Suite 1900 | LITIGATION AND FORENSIC<br>CONSULTANTS |
| 3 | San Francisco, CA 94105<br>reganp@hemming.com | SERVED BY EMAIL |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA