MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:  +1-415-773-5700
Facsimile:  +1-415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA  90017
Telephone:  +1-213-629-2020
Facsimile:  +1-213-612-2499

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS<br><br>**PUBLIC REDACTED  VERSIONS OF Exhibits 8, 10, 11, 14, and 15** | Case No.  CV 04-9049-SGL (RNBx)<br>Consolidated with: Case No. CV 04-9059 and Case No. CV 05-2727<br><br>**DISCOVERY MATTER**<br>[To Be Heard by Discovery Master Robert O'Brien]<br><br>**DECLARATION OF WILLIAM MOLINSKI IN SUPPORT OF MGA DE MEXICO'S AND MGA ENTERTAINMENT HK, LTD.'S MOTION TO COMPEL FURTHER RESPONSES TO MGA DE MEXICO'S INTERROGATORIES NOS. 1-11 AND MGA ENTERTAINMENT HK'S INTERROGATORIES NOS. 1-25**<br><br>Date:        TBD<br>Time:        TBD<br><br>**Phase 2**<br>Discovery Cutoff:   December 11, 2009<br>Pretrial Conference: March 1, 2010<br>Trial Date:   March 23, 2010 |

# DECLARATION OF WILLIAM A. MOLINSKI

I, William A. Molinski, hereby declare as follows:

1. I am partner at the law firm of Orrick, Herrington & Sutcliffe LLP, attorneys of record for Plaintiff and Counter-Defendant MGA Entertainment, Inc. and Counter-Defendants MGA Entertainment HK, Ltd., MGAE de Mexico S.R.L. de C.V., and Isaac Larian ("MGA Parties"). Based on this representation, I am familiar with the events, pleadings, and discovery in this action and, if called upon as a witness, I could and would testify competently to the matters stated herein of my own personal knowledge. I make this declaration in support of the Motion To Compel Further Reponses To MGA Entertainment HK, Ltd. and MGAE de Mexico S.R.L. de C.V.'s Respective First Set of Phase 2 Interrogatories.

2. Attached hereto as **Exhibit 1** is a true and correct copy of MGA Entertainment, HK, Ltd.'s First Set of (Phase 2) Interrogatories (the "MGA HK Interrogatories").

3. Attached hereto as **Exhibit 2** is a true and correct copy of MGAE de Mexico S.R.L. de C.V.'s First Set of (Phase 2) Interrogatories (the "MGA Mexico Interrogatories").

4. On September 3, 2009, I, along with Anthony DeCorso and Melanie Phillips, participated in an in-person meet and confer session with Marshall Searcy and Curran Walker of Quinn Emanuel regarding Mattel's objections to the MGA HK Interrogatories and the MGA Mexico Interrogatories.

5. Mr. DeCorso discussed each of Mattel's objections to the interrogatories relating to Mattel's RICO allegations [MGA Entertainment, HK, Ltd.'s Interrogatories Nos. 1-25; MGAE de Mexico S.R.L. de C.V.'s Interrogatories Nos. 8, 9, 10]. He highlighted that Mattel refused to answer any of the interrogatories, despite these being the first interrogatories served by MGA Mexico and MGA Hong Kong in Phase 2. Mr. DeCorso also explained that the detail in the interrogatory were based on the allegations of Mattel and relate to the

Case 2:04-cv-09049-DOC-RNB   Document 6742   Filed 09/18/09   Page 3 of 6   Page ID
 #:221046

1  overall topic of the interrogatory, making them one interrogatory under previous
2  discovery master rulings.  Further, Mr. DeCorso explained that the timeframe of
3  each of the interrogatories is linked to the allegations set forth in Mattel's
4  complaint, so Mattel's argument that the interrogatories are invalid as to time are
5  improper.  Mr. DeCorso explained that any attorney-client objection could be
6  remedied by placing information on a privilege log.  Finally, Mr. DeCorso
7  explained that the interrogatories are designed to gather information relating to
8  Mattel's sweeping RICO claims, similar to a RICO case statement which would be
9  provided to a judge.  For example, the interrogatories seek specific facts relating to
10 the alleged racketeering harm, including injury and causation, and the predicate acts
11 supporting Mattel's allegations.

12        6.     In response, Mr. Searcy indicated that Mattel believes that MGA is
13 limited to 25 interrogatories in Phase 2 and does not believe that the Discovery
14 Master has ruled that the 25 interrogatory limit does not apply to Phase 2.  Further,
15 he indicated that if the Discovery Master does rule that MGA is entitled to 25
16 interrogatories per MGA party, it intends to bring any such order before Judge
17 Larson.  Further, Mr. Searcy indicated that Mattel does not believe that the
18 interrogatories are limited to one topic.  Accordingly, his position was that Mattel
19 would stand on its objections that the interrogatories are unduly burdensome and
20 are compound.  Mr. Searcy stated that he would send a letter to MGA regarding
21 Mattel's position on the remaining objections, including that the requests are vague
22 as to time, seek confidential information, relate to third parties, and call for
23 attorney-client information.  We have not received any such communication.

24        7.     I explained MGA's similar positions as to the trade secret
25 interrogatories [MGA Entertainment, HK, Ltd.'s Interrogatories Nos. 11, 13, 14,
26 and 17; MGAE de Mexico S.R.L. de C.V.'s Interrogatories Nos. 1-7, and 10].
27 Specifically, I noted that Judge Larson had ordered Phase 2 discovery was to begin
28 with a "clean slate" and advised Mr. Searcy that Discovery Master O'Brien had

OHS West:260728870.1                             - 2 -                    DECLARATION OF WILLIAM A. MOLINSKI IN SUPPORT OF
                                                                         MGA'S MOTION TO COMPEL INTERROGATORY RESPONSES
                                                                         CV 04-9049 SGL (RNBx)

1   confirmed that position.  I also explained that the only limitations that pertained to
2   Phase 2 discovery where those limitations set forth in the Federal Rules of Civil
3   Procedure.  I further explained that this had been explicitly conveyed to the parties
4   by Judge Larson and the Discovery Master.  Finally, I explained that the other
5   objections in these responses where identical to previous objections proffered by
6   Mattel that had each been overruled by the Discovery Master.  Still, in response,
7   Mr. Searcy stated that Mattel maintained that the requests are compound,
8   burdensome, and overbroad.  He did not elaborate on any of these objections and
9   did not address a single specific interrogatory.  Mr. Searcy agreed, however, that
10  Mattel would withdraw its attorney-client privilege objections to the requests, since
11  I had indicated that we did not seek attorney-client communications.

12       8.    Attached hereto as **Exhibit 3** is a true and correct copy of Mattel,
13  Inc.'s Objections to the MGA Mexico Interrogatories.

14       9.    Attached hereto as **Exhibit 4** is a true and correct copy of Mattel,
15  Inc.'s Objections to the MGA HK Interrogatories.

16       10.   Attached hereto as **Exhibit 5** is a true and correct copy of Order No.
17  17, dated April 14, 2009.

18       11.   Attached hereto as **Exhibit 6** is a true and correct copy of the Order
19  Granting Mattel's Motion to Compel Production of Documents and Interrogatory
20  Responses by MGA, dated May 15, 2007.

21       12.   Attached hereto as **Exhibit 7** is a true and correct copy of the cover
22  page, relevant portions of the transcript, and the court reporter's certificate of a
23  February 11, 2009 hearing before Judge Larson.

24       13.   Attached hereto as **Exhibit 8** is a true and correct copy of Order No.
25  46, Regarding: (1) Motion for Limited Reconsideration of Order No. 33; (2) Motion
26  for Protective Order; and (3) Motion to Compel Responses to Phase 2
27  Interrogatories dated August 14, 2009.

28       14.   Attached hereto as **Exhibit 9** is a true and correct copy of Order No.

58, Regarding MGA's Motion to Compel Responses to Phase 2 Requests for Productions dated September 8, 2009.

15. Attached hereto as **Exhibit 10** is a true and correct copy of Mattel, Inc.'s Second Supplemental Objections and Responses to Interrogatory Nos. 20 – 23 and 28 In MGA Entertainment, Inc's Second Set of Interrogatories.

16. Attached hereto as **Exhibit 11** is a true and correct copy of the cover page, excerpted pages 87-93, and the court reporter's certificate for the February 5, 2008 deposition of Ronald Brawer.

17. Attached hereto as **Exhibit 12** is a true and correct copy of the cover page, relevant portions of the transcript, and the court reporter's certificate of a July 8, 2009 hearing before Discovery Master O'Brien.

18. Attached hereto as **Exhibit 13** is a true and correct copy [without Exhibits] of Mattel's Motion for Protective Order Regarding MGA's First Set of Phase 2 Interrogatories dated June 29, 2009.

19. Attached hereto as **Exhibit 14** is a true and correct copy of Mattel's Opposition to MGA's Motion to Compel Further Responses to MGA's First Set of Phase 2 Interrogatories and Second Set of Phase 2 Requests for Production dated August 5, 2009.

20. Attached hereto as **Exhibit 15** is a true and correct copy of an April 17, 2007 letter from Timothy Alger to MGA's prior counsel detailing the production of Mr. Brawer's Personal Store (.pst) files, which is Bates stamped M 0079231. Bates M 0079231 comprises 3,974 individual pages of information, including Mr. Brawer's contact list.

21. The preparation and drafting of this motion and the supporting documents and preparing and drafting the anticipated reply will result in the expenditure of at least $5,000 in attorneys' fees.

I declare under penalty of perjury under the laws of the United States the foregoing is true and correct, and that this declaration was executed this 18th day of September, 2009, at Los Angeles, California.

*/s/ William A. Molinski*
William A. Molinski

OHS West:260728870.1

- 5 -

DECLARATION OF WILLIAM A. MOLINSKI IN SUPPORT OF
MGA'S MOTION TO COMPEL INTERROGATORY RESPONSES
CV 04-9049 SGL (RNBx)