```
 1                UNITED STATES DISTRICT COURT

 2               CENTRAL DISTRICT OF CALIFORNIA

 3                      EASTERN DIVISION

 4                           - - -

 5      HONORABLE STEPHEN G. LARSON, JUDGE PRESIDING

 6                           - - -

 7  MATTEL, INC.,                    )
                                     )
 8                      Plaintiff,   )
                                     )
 9             vs.                   )  No. CV 04-09049
                                     )
10  MGA ENTERTAINMENT, INC., ET. AL.,)
                                     )
11                      Defendants.  )
    _____)  Motions
12  AND CONSOLIDATED ACTIONS,        )
                                     )
13  _____)

14

15          REPORTER'S TRANSCRIPT OF PROCEEDINGS

16                  Riverside, California

17               Wednesday, February 11, 2009

18                        10:03 A.M.

19

20

21

22

23            THERESA A. LANZA, RPR, CSR
              Federal Official Court Reporter
24            3470 12th Street, Rm. 134
              Riverside, California  92501
25                  951-274-0844
                 WWW.THERESALANZA.COM
```

```
 1  move forward.
 2          MR. ZELLER:  Thank you, Your Honor.
 3          THE COURT:  Thank you, counsel.
 4          MR. FRACKMAN:  I'm last, and I think I'll be the
 5  shortest.  On the issue of streamlining discovery, I've read          02:43
 6  the Court's prior orders concerning the number of depositions,
 7  for example, and I confess, I'm a bit confused.
 8          We would request from the Court that there be a
 9  reasonable limit placed on Phase 2 depositions.  I don't know
10  whether that comes to Your Honor or whether that goes to the         02:44
11  discover referee.
12          THE COURT:  In the first instance, that would go to
13  the discovery referee.  The limits that were placed were limits
14  that were placed on the earlier discovery phase.
15          To be clear again, I have placed no limits, no               02:44
16  restrictions, other than what is set forth in the rules of
17  civil procedure and in local rule 37 on discovery from this
18  point until March 23rd.
19          If the parties wish to stipulate, they may.  If the
20  parties think that the Court needs to be involved in this in         02:44
21  the first instance, that needs to go to the Discovery Master.
22          MR. FRACKMAN:  I think we're prepared to follow the
23  federal rules, Your Honor.  Thank you.
24          THE COURT:  Very good.
25          MR. ZELLER:  I feel like I'm being more difficult at         02:44
```

```
 1  the end than I should be.
 2              Just so it's clear, because as I understood it,
 3  there, of course, are the limits under the Federal Rules of ten
 4  depositions.  We, of course, have -- and I thought that the
 5  parties --                                                           02:45
 6          THE COURT:  You did more than ten depositions.
 7          MR. ZELLER:  Correct.  And I think both sides have.
 8          THE COURT:  Yes.
 9          MR. ZELLER:  Or then there were limits the Court did
10  put on the case, as we understood it; I want to say the number       02:45
11  was 24, but I could be off slightly, that the Court did modify
12  the limits already.
13          THE COURT:  I allowed for additional depositions.
14  But those were all in the context of the first phase.  We now
15  have new counsel coming in.  I'm certainly not going to suggest      02:45
16  you're all done with discovery.
17          MR. ZELLER:  Absolutely.
18          THE COURT:  Maybe I should.  Maybe I should say the
19  limits have all been filled in spades and we're done and let's
20  go to trial.                                                         02:45
21          MR. ZELLER:  That's what I'm trying to understand is
22  is the Court's view on this, because the Court had
23  previously -- and I don't recall the mechanics of how we got
24  there, but the Court essentially increased the limit to, I
25  think, 24.                                                           02:45
```

104

1      **THE COURT:**  Whatever limits I imposed, if I did not
2  use the precise language that I should have, let me make it
3  clear now:  That was applied to the discovery phase.  That's
4  now water under the bridge.  It is over.
5         We are starting with a clean slate, a new discovery               02:46
6  master, new counsel for MGA, and we are going to build this up
7  and we'll go from here.  If there's a discovery dispute, please
8  take it to the Discovery Master.
9      **MR. ZELLER:**  That helps clarify it quite a bit, Your
10 Honor.                                                                    02:46
11        The other component is that at least with respect to
12 Phase 1, when we asked the question of where should we take a
13 request for leave to take additional depositions or serve
14 additional interrogatories and the like, the Court previously
15 directed that the motions be made to Your Honor.  And the Court          02:46
16 may recall that, in fact, in the first phase, Mattel did make
17 such a motion that was granted.
18     **THE COURT:**  Regarding what, again?
19     **MR. ZELLER:**  Increasing the limits.
20     **THE COURT:**  That is something which I am going to               02:46
21 change for this.  I think in the first instance that should be
22 directed to the Discovery Master.  You both have full right to
23 appeal any decision from that, but I think it's best that the
24 Discovery Master function essentially as the Magistrate Judge
25 in this case and handle all of those from the get-go.  And               02:47

1  we'll go from there.
2         **MR. ZELLER:** Thank you.
3         **THE COURT:** Anything further?
4         Thank you. Good day.

CERTIFICATE

I hereby certify that pursuant to section 753, title 28, United States Code, the foregoing is a true and correct transcript of the stenographically recorded proceedings held in the above-entitled matter and that the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.

_____          _____
THERESA A. LANZA, CSR, RPR                        Date
Federal Official Court Reporter