# EXHIBIT 8

**PROVISIONALLY FILED UNDER SEAL**
**(Pages 151 – 192)**