# EXHIBIT 10

**PROVISIONALLY FILED UNDER SEAL**
**(Pages 205 – 499)**