# EXHIBIT 11

**PROVISIONALLY FILED UNDER SEAL
(Pages 500 – 508)**