```
 1              UNITED STATES DISTRICT COURT

              CENTRAL DISTRICT OF CALIFORNIA

 2                  EASTERN DIVISION

 3

 4   CARTER BRYANT, an individual,

 5      Plaintiff,

 6      vs.            No. CV 04-9049 SGL (RNBx)

                      Consolidated with

 7   MATTEL, INC., a Delaware    Nos. CV 04-9405 and
     corporation,                05-2727

 8
        Defendants.

 9   _____

10   AND CONSOLIDATED ACTIONS.

11

12   _____

13

14

15         REPORTER'S TRANSCRIPT OF PROCEEDINGS

16              Los Angeles, California

17              Wednesday, July 8, 2009

18

19

20

21   Reported by:
     CHERYL R. KAMALSKI

22   CSR No. 7113

23   Job No. 114470

24

25
```

EXHIBIT 12 - Page 509

Unsigned

Page 1

1    these 5 interrogatories, these supplement our supplemental

2    responses, just don't count.

3        So the Discovery Master hit it on the head.  As

4    long as they will count, we will supplement.  But we're

5    not inclined, we don't think we should have to supplement

6    responses to discovery interrogatories where there are

7    limits and where MGA is taking the position saying we're

8    trying to extract a concession that they count.

9        MR. O'BRIEN:  Right.  I'm going to note this in

10   the order, but just so everyone knows what the ruling is

11   going to be, the interrogatories need to be answered.  If

12   there is another set of interrogatories that puts -- that

13   you believe puts MGA over the limit, then, the remedy for

14   that is to file a motion for protective order on the

15   additional interrogatories.  So with respect to these

16   current interrogatories, I don't want to presume that --

17   answer them seriatim, as they come in, and if they hit a

18   limit that you think Judge Larson has ordered or that the

19   federal rules cut them off at the 25, then file a motion

20   for a protective order and we'll take up the issue of

21   additional interrogatories at that time.

22       And this goes for both parties.  By the way,

23   Ms. Hurst, if you feel that you need additional discovery

24   over and above an order that Judge Larson has already made

25   or over and above what's the default in the FRCP, then,

| | |
|---|---|
| 1 | I, the undersigned, a Certified Shorthand |
| 2 | Reporter of the State of California, do hereby certify: |
| 3 | That the foregoing proceedings were taken |
| 4 | before me at the time and place herein set forth; that any |
| 5 | witnesses in the foregoing proceedings, prior to |
| 6 | testifying, were duly sworn; that a record of the |
| 7 | proceedings was made by me using machine shorthand |
| 8 | which was thereafter transcribed under my direction; that |
| 9 | the foregoing transcript is a true record of the testimony |
| 10 | given. |
| 11 | Further, that if the foregoing pertains to |
| 12 | the original transcript of a deposition in a Federal |
| 13 | Case, before completion of the proceedings, review of |
| 14 | the transcript [ ] was [ ] was not requested |
| 15 | I further certify I am neither financially |
| 16 | interested in the action nor a relative or employee |
| 17 | of any attorney or any party to this action. |
| 18 | IN WITNESS WHEREOF, I have this date subscribed |
| 19 | my name. |
| 20 | |
| 21 | Dated: _____ |
| 22 | |
| 23 | _____ |
| | CHERYL R. KAMALSKI |
| 24 | CSR No. 7113 |
| 25 | |