# EXHIBIT 14

**PROVISIONALLY FILED UNDER SEAL**
**(Pages 533 – 571)**