# EXHIBIT 15

**PROVISIONALLY FILED UNDER SEAL
(Pages 572 – 575)**