MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1-415-773-5700
Facsimile: +1-415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: +1-213-629-2020
Facsimile: +1-213-612-2499

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS. | Case No. CV 04-9049 SGL (RNBx)<br><br>Consolidated with:<br>CV 04-9059<br>CV 05-2727<br><br>**RESPONSE OF MGA PARTIES IN CONNECTION WITH COURT'S AUGUST 31, 2009 ORDER TO SHOW CAUSE**<br><br>Date: September 22, 2009<br>Time: 10:00 a.m.<br>Courtroom: 1<br>Judge: Stephen G. Larson |

1      MGA Entertainment, Inc. ("MGAE"), MGA Entertainment HK, Ltd. ("MGA
HK"), MGAE De Mexico, S.R.L. De C.V. ("MGAE Mexico"), and Isaac Larian
(collectively, the "MGA Parties") hereby file this response to the Court's August
31, 2009 Order to Show Cause.

The Court's OSC is directed to "counsel for the MGA parties," in the exercise of the Court's "duty to oversee the conduct of the lawyers who appear before it." Order at 3. Accordingly, *counsel* are ordered "to appear and show cause why sanctions should not be imposed for their failure to produce this document at an earlier date." Order at 3 (emphasis added).

Since the Court did not direct the OSC to the MGA Parties, they are not filing any substantive response at this time. In the event, however, that the Court should later contemplate any sanctions that could potentially impact the MGA Parties, then they respectfully request adequate notice of any such proposed sanctions and an opportunity to be heard thereon, as due process requires. *Cole v. U.S. Dist. Court for Dist. of Idaho*, 366 F.3d 813, 821 (9th Cir. 2004); *S.E.C. v. McCarthy*, 322 F.3d 650, 659 (9th Cir. 2003).

Dated:    September 18, 2009          Respectfully submitted,
                                      ORRICK, HERRINGTON & SUTCLIFFE LLP


                                      By: _____
                                          ANNETTE L. HURST
                                          Attorneys for MGA Parties

- 1 -

MGA PARTIES' RESPONSE
CV 04-9049 SGL (RNBx)