**SCHEPER KIM & OVERLAND LLP**
DAVID C. SCHEPER (State Bar No. 120174)
dscheper@scheperkim.com
MARK E. OVERLAND (State Bar No. 38375)
moverland@scheperkim.com
ALEXANDER H. COTE (State Bar No. 211558)
acote@scheperkim.com
601 West Fifth Street, 12th Floor
Los Angeles, CA  90071-2025
Telephone: (213) 613-4655
Facsimile:  (213) 613-4656

**Attorneys for**
**Carlos Gustavo Machado Gomez**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT,<br><br>        Plaintiff,<br><br>    v.<br><br>MATTEL, INC.,<br><br>        Defendant.<br><br>AND CONSOLIDATED CASES | CASE NO. 04-9049 SGL (RNBx)<br><br>Consolidated with CV 04-9059 and CV 05-2727<br><br>**CARLOS GUSTAVO MACHADO GOMEZ'S NOTICE OF JOINDER IN MGA PARTIES' STATUS REPORT PURSUANT TO COURT'S AUGUST 31, 2009 ORDER**<br><br>Date:          September 22, 2009<br>Time:          10:00 AM<br>Place:         Courtroom 1<br><br>**Phase 2**<br>Discovery Cut Off: December 11, 2009<br>Pre-Trial Conf.:    March 1, 2009<br>Trial Date:         March 23, 2010 |

1       Carlos Gustavo Machado Gomez hereby joins in Parts II and III of the MGA

2  Parties' *Notice Of Joinder In  Status Report Pursuant To Court's August 31, 2009*

3  *Order*, filed September 18, 2009, on the ground that the arguments therein are

4  equally applicable to Mr. Machado.

5  DATED: September 18, 2009      Respectfully submitted,

6                               SCHEPER KIM & OVERLAND LLP

7                               DAVID C. SCHEPER

8                               MARK E. OVERLAND

                               ALEXANDER H. COTE

9

10

11                   By:   /s/ _____

12                         Alexander H. Cote

                       Attorneys for

13                         Carlos Gustavo Machado Gomez

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28