```
1   Richard M. Pachulski (CA Bar No. 90073)
    rpachulski@pszjlaw.com
2   James I. Stang (CA Bar No. 94435)
    jstang@pszjlaw.com
3   PACHULSKI STANG ZIEHL & JONES
       LLP
4   10100 Santa Monica Blvd.
    11th Floor
5   Los Angeles, California  90067-4100
    Telephone: 310/277-6910
6   Facsimile:  310/201-0760

7   Attorneys for MGA Entertainment, Inc.
```

ORIGINAL

FILED 2009 SEP 18 PM 12: 12
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
EASTERN DIVISION
BY_____

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| CARTER BRYANT, an individual, | Case No.: CV 04-9049 SGL (RNBx) |
|---|---|
| Plaintiff, | Consolidated with Case No. 04-9059 and Case No. 05-2727 |
| v. | **APPLICATION TO FILE DOCUMENTS UNDER SEAL:** |
| MATTEL, INC., a Delaware Corporation, | |
| Defendant. | **MGA ENTERTAINMENT, INC'S REPLY BRIEF TO THE MONITOR REGARDING ACCOUNTING ISSUES RELATED TO WACHOVIA/OMNI 808 LOAN** |
| AND CONSOLIDATED ACTIONS | |

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action on January 4, 2005, MGA Entertainment, Inc. ("MGA") respectfully requests that the Court permit the following document to be filed under seal: MGA Entertainment, Inc.'s Reply Brief to the Monitor Regarding Accounting Issues Related to Wachovia/Omni 808 Loan. Good cause exists for filing this

1  document under seal because the document contains confidential commercial
2  information and nonpublic financial information relating to MGA and Isaac Larian.

3
4  Dated: September 18, 2009          PACHULSKI STANG ZIEHL & JONES LLP
5
6                                     By   /s/ James I. Stang
                                           Richard M. Pachulski
7                                          James I. Stang

8                                     Attorneys for MGA Entertainment Inc.