QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>[~~PROPOSED~~] ORDER GRANTING MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL:<br><br>(1) CORRECTED REPLY IN SUPPORT OF MATTEL, INC.'S MOTION FOR AN ORDER: (1) REMOVING "CONFIDENTIAL" DESIGNATIONS FROM PORTIONS OF THE DEPOSITION TRANSCRIPT OF SUSANA KUEMMERLE, AND (2) ISSUING AN APOSTILLE RE THE KUEMMERLE TRANSCRIPT |

00505.07209/3096139.1

[PROPOSED] ORDER

## ORDER

Based on the concurrently filed Application To File Under Seal the following document:

(i) Corrected Reply in Support of Mattel, Inc.'s Motion For An Order: (1) Removing "Confidential" Designations from Portions of the Deposition Transcript of Susana Kuemmerle, and (2) Issuing an Apostille re the Kuemmerle Transcript,

and good cause appearing therefore,

IT IS HEREBY ORDERED that the following document shall be filed under seal pursuant to Local Rule 79-5.1:

1. Corrected Reply in Support of Mattel, Inc.'s Motion For An Order: (1) Removing "Confidential" Designations from Portions of the Deposition Transcript of Susana Kuemmerle, and (2) Issuing an Apostille re the Kuemmerle Transcript.

DATED: Sept 18, 2009

/s/ S.G. Larson
Hon. Stephen G. Larson
United States District Judge