1  Richard M. Pachulski (CA Bar No. 90073)
   rpachulski@pszjlaw.com
2  James I. Stang (CA Bar No. 94435)
   jstang@pszjlaw.com
3  PACHULSKI STANG ZIEHL & JONES
      LLP
4  10100 Santa Monica Blvd.
   11th Floor
5  Los Angeles, California  90067-4100
   Telephone: 310/277-6910
6  Facsimile:  310/201-0760

ORIGINAL

7  Attorneys for MGA Entertainment, Inc.

LODGED

8              UNITED STATES DISTRICT COURT

9             CENTRAL DISTRICT OF CALIFORNIA

10                  EASTERN DIVISION

11 CARTER BRYANT, an individual,          | Case No.: CV 04-9049 SGL (RNBx)

12                          Plaintiff,     | Consolidated with Case No. 04-9059
13                                         | and Case No. 05-2727
   v.
14                                         | [PROPOSED] ORDER
   MATTEL, INC., a Delaware Corporation,   | GRANTING APPLICATION TO
15                                         | FILE DOCUMENTS UNDER
                          Defendant.       | SEAL
16

17

18

19

20 AND CONSOLIDATED ACTIONS

21

22       Based on the Application to File Documents Under Seal filed by MGA

23 Entertainment, Inc. ("MGA"), it is hereby ordered that the following document may

24 be filed under seal pursuant to Local Rule 79-5.1 and the Stipulated Protective Order

25 entered by the Court in this action on January 4, 2005:

26

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

56998-001\DOCS_LA:207960.2

1

2    1. MGA Entertainment, Inc.'s Reply Brief to the Monitor Regarding Accounting

3        Issues Related to Wachovia/Omni 808 Loan

4

5    Dated: _Sept 18, 2009_                    _S G Larson_

6                                              The Honorable Stephen G. Larson
                                               United States District Jude
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

56998-001\DOCS_LA:207960.2                        2