MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:  +1-415-773-5700
Facsimile:  +1-415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA  90017
Telephone:  +1-213-629-2020
Facsimile:  +1-213-612-2499

Attorneys for MGA Parties

Lodged F/O

FILED 2009 SEP 18 PM 2:36
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIF.
RIVERSIDE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant. | Case No.  CV 04-9049-SGL (RNBx)<br><br>Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>**APPLICATION TO FILE UNDER SEAL**<br><br>Judge:     Hon. Stephen G. Larson |
| AND CONSOLIDATED ACTIONS | |

Pursuant to Civil Local Rule 79-5.1, MGA de Mexico and MGA Entertainment HK, Ltd. (collectively "MGA Parties") hereby submit this application for an order to file under seal the following documents:

1. **MGA DE MEXICO'S AND MGA ENTERTAINMENT HK, LTD.'S MOTION TO COMPEL RESPONSES TO MGA DE MEXICO'S INTERROGATORIES NOS. 1-11 AND MGA ENTERTAINMENT HK'S INTERROGATORIES NOS. 1-25**

2. **EXHIBITS 8, 10, 11, 14 and 15 to the DECLARATION OF WILLIAM A. MOLINSKI IN SUPPORT OF MGA DE MEXICO'S AND MGA ENTERTAINMENT HK, LTD.'S MOTION TO COMPEL FURTHER RESPONSES TO MGA DE MEXICO'S INTERROGATORIES NOS. 1-11 AND MGA ENTERTAINMENT HK'S INTERROGATORIES NOS. 1-25**

3. **MGA'S STATEMENT IN SUPPORT OF MOTION TO COMPEL FURTHER RESPONSES TO MGA ENTERTAINMENT (HK) LIMITED'S INTERROGATORY NOS. 1-25 AND MGAE DE MEXICO'S INTERROGATORY NOS. 1-11**

The Molinski Declaration attaches as **Exhibit 8,** Discovery Order No. 46, dated August 14, 2009. This document is designated "Under Seal Pursuant to Court Order."

The Molinski Declaration attaches:
- as **Exhibit 10,** Mattel, Inc.'s Second Supplemental Objections and Responses to Interrogatory Nos. 20 – 24 and 28 In MGA Entertainment, Inc's Second Set of Interrogatories;
- as **Exhibit 14,** Mattel's Opposition to MGA Entertainment, Inc's Motion to Compel Further Responses to MGA's First Set of Phase 2 interrogatories and Second Set of Phase 2 Requests for Production; and
- as **Exhibit 15,** an April 17, 2007 cover letter from Mattel's counsel to

1 MGA Parties' counsel conveying production and three excerpted pages of that production.

Mattel contends these documents qualify for "Attorney's Eyes Only" status pursuant to the protective order entered in this Court on January 4, 2005, and so has filed them under seal. *See* Case 2:04-cv-09059-SGL-RNB Docket No. 54

The Molinski Declaration attaches as **Exhibit 11** excerpts from the February 5, 2008 deposition of Ronald Brawer. This transcript is designated "Attorneys' Eyes Only" pursuant to the above-cited protective order. It is so designated because it contains trade secrets and other confidential information that the MGA Parties believe in good faith will result in competitive disadvantage or harm if disclosed to another party to this action without restriction upon use or further disclosure.

The MGA Parties' Motion to Compel and Separate Statement in support thereof discuss and quote contents of **Exhibits 8, 10, 11,** and **15** and cite to **Exhibit 14**, which the Molinski Declaration attaches for the Discovery Master's convenience. Accordingly, the MGA Parties believe that the foregoing documents should be filed under seal in order to maintain the confidentiality of the information contained therein and abide by the terms of the Court's order.

For the foregoing reasons, the MGA Parties respectfully request that the Court enter the concurrently filed [Proposed] Order granting this request to file the documents under seal.

Dated: September 18, 2009      ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____
William A. Molinski
Attorneys for MGA Parties