MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone:  +1-415-773-5700
Facsimile:   +1-415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA  90017
Telephone:  +1-213-629-2020
Facsimile:   +1-213-612-2499

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 SGL (RNBx)<br><br>Consolidated with: Case No. CV 04-9059 and Case No. CV 05-2727<br><br>**DISCOVERY MATTER**<br>[To Be Heard by Discovery Master Robert O'Brien]<br><br>**CERTIFICATE OF SERVICE**<br><br>Date:          TBD<br>Time:          TBD<br>Courtroom:  TBD<br><br>**Phase 2**<br>Discovery Cutoff:    December 11, 2009<br>Pretrial Conference: March 1, 2010<br>Trial Date:  March 23, 2010 |

OHS West:260729590.1

**PROOF OF SERVICE**

I, Maria Mercado-Navarro, declare:

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, 777 South Figueroa Street, Suite 3200, Los Angeles, California 90017-5855.

On September 18, 2009, I served the following document:

1. **APPLICATION TO FILE UNDER SEAL;**

2. **[PROPOSED] ORDER RE APPLICATION TO FILE UNDER SEAL;**

3. **NOTICE OF MOTION AND MOTION TO COMPEL FURTHER RESPONSES TO MGA'S PHASE 1 INTERROGATORY NOS. 20-23, AND 28; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT [FILED UNDER SEAL];**

4. **EXHIBITS C, D, K AND T TO DECLARATION OF WILLIAM A. MOLINSKI IN SUPPORT OF MOTION TO COMPEL FURTHER RESPONSES TO MGA'S PHASE 1 INTERROGATORY NOS. 20-23, AND 28 [FILED UNDER SEAL];**

5. **SEPARATE STATEMENT IN SUPPORT OF MGA'S MOTION TO COMPEL FURTHER RESPONSES TO PHASE 1 INTERROGATORY NOS. 20-23 AND 28 [FILED UNDER SEAL]**

☒ By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐ By depositing a true and correct copy of the document(s) listed above with Fed Ex in Los Angeles, California, enclosed in a sealed envelope.

☒ (by Electronic Mail), I caused such documents to be transmitted by electronic mal to the offices of the addressee.

**SEE ATTACHED SERVICE LIST**

I am employed in the county from which the mailing occurred. On the date indicated above, I placed the sealed envelope(s) for collection and mailing at this firm's office business address indicated above. I am readily familiar with this firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the firm's correspondence

OHS West:260729590.1

- 1 -

1    would be deposited with the United States Postal Service on this same date with

2    postage thereon fully prepaid in the ordinary course of business.

3              I declare under penalty of perjury that the foregoing is true and correct.

4         Executed on September 18, 2009, at Los Angeles, California.

5

6

7                                             _____
                                                  Maria Mercado-Navarro

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| | |
|---|---|
| 1 | **PHASE 2 DISCOVERY SERVICE LIST** |
| 2 | Counsel for Carlos Gustavo Machado Gomez |
| 3 | Mark E. Overland, Esq. |
| | moverland@scheperkim.com |
| 4 | Alexander H. Cote, Esq. |
| 5 | acote@scheperkim.com |
| | SCHEPER KIM & OVERLAND LLP |
| 6 | 601 W. 5th Street, 12th Floor |
| 7 | Los Angeles, CA  90017 |
| | Telephone: (213) 613-4655 |
| 8 | Facsimile:   (213) 613-4656 |
| 9 | |
| | Additional Counsel: |
| 10 | Jason D. Russell, Esq. |
| | jason.russell@skadden.com |
| 11 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| | 300 South Grand Ave., Suite 3400 |
| 12 | Los Angeles, CA 90071-3144 |
| | Telephone:  (213) 687-5000 |
| 13 | Facsimile:   (213) 687-5600 |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

OHS West:260729590.1

- 3 -

## DECLARATION OF SERVICE

I Isaac Trenco, declare I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is USA Network, Inc., 350 S. Figueroa Street, Suite 196, Los Angeles, California 90071.

On September 18, 2009, I served the following documents:

1.   **APPLICATION TO FILE UNDER SEAL;**

2.   **[PROPOSED] ORDER RE APPLICATION TO FILE UNDER SEAL;**

3.   **NOTICE OF MOTION AND MOTION TO COMPEL FURTHER RESPONSES TO MGA'S PHASE 1 INTERROGATORY NOS. 20-23, AND 28; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT [FILED UNDER SEAL]; and**

4.   **EXHIBITS C, D, K AND T TO DECLARATION OF WILLIAM A. MOLINSKI IN SUPPORT OF MOTION TO COMPEL FURTHER RESPONSES TO MGA'S PHASE 1 INTERROGATORY NOS. 20-23, AND 28 [FILED UNDER SEAL]**

5.   **SEPARATE STATEMENT IN SUPPORT OF MGA'S MOTION TO COMPEL FURTHER RESPONSES TO PHASE 1 INTERROGATORY NOS. 20-23 AND 28 [FILED UNDER SEAL]**

☒   by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below:

Counsel for Mattel. Inc.
Michael T. Zeller, Esq.
michaelzeller@quinnemanuel.com
Brett D. Proctor
dylanproctor@quinnemanuel.com
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA  90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Robert C. O'Brien, Esq.
Discovery Master
Arent Fox LLP
555 West 5th Street, Suite 4800
Los Angeles, CA  90013

///

OHS West:260729590.1                                - 4 -

1    I declare under penalty of perjury that the foregoing is true and correct.

2    Executed on September 18, 2009, at Los Angeles, California.

3

4    _Isaac Trenco_                          _USA Network, Inc._

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28