```
MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone:   +1-415-773-5700
Facsimile:   +1-415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA  90017
Telephone:   +1-213-629-2020
Facsimile:   +1-213-612-2499

Attorneys for MGA Parties
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 SGL (RNBx)<br><br>Consolidated with: Case No. CV 04-9059 and Case No. CV 05-2727<br><br>**DISCOVERY MATTER**<br>**[To Be Heard By Discovery Master Robert C. O'Brien]**<br><br>**NOTICE OF ERRATA RE: DECLARATION OF WILLIAM A. MOLINSKI IN SUPPORT OF MOTION TO COMPEL FURTHER RESPONSES TO MGA'S PHASE 1 INTERROGATORY NOS. 20-23 AND 28**<br><br>Date:   TBD<br>Time:   TBD<br>Place:   Arent Fox LLP<br><br>**Phase 2**<br>Discovery Cutoff:   December 11, 2009<br>Pretrial Conference: March 1, 2010<br>Trial Date:   March 23, 2010 |

OHS West:260732232.1

NOTICE OF ERRATA
CV-04-0049 SGL (RNBx)

1          On September 18, 2009, counsel for Plaintiff and Counter-Defendant MGA Entertainment, Inc. and Counter-Defendants MGA Entertainment HK, Ltd., MGAE de Mexico S.R.L. de C.V., and Isaac Larian ("MGA Parties") filed and served the *Declaration Of William A. Molinski In Support Of Motion to Compel Further Responses to MGA's Phase 1 Interrogatory Nos. 20-23 and 28* ("Declaration of Molinski") with attached Exhibits A through U. Due to a clerical error, the electronic (.pdf) versions of Exhibits A through U which were filed as attachments to the Declaration of Molinski via the Court's Electronic Case Filing System were corrupt and therefore not viewable by the Court and the parties.

         Counsel for the MGA Parties is hereby filing a *[Corrected] Declaration Of William A. Molinski In Support Of Motion to Compel Further Responses to MGA's Phase 1 Interrogatory Nos. 20-23 and 28* along with Exhibits A through U to rectify the error. Counsel for the MGA Parties has not made any substantive changes to the Declaration of Molinski nor Exhibits A through U. Counsel is only filing viewable .pdfs.

         Counsel for MGA apologizes for any inconvenience this may have caused the Court or the parties.

Dated: September 22, 2009     ORRICK, HERRINGTON & SUTCLIFFE LLP

By:     /s/ William A. Molinski
           William A. Molinski
Attorneys for MGA ENTERTAINMENT, INC., MGA ENTERTAINMENT HK, LTD., MGA de MEXICO, S.R.L. de C.V., and ISAAC LARIAN