MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1-415-773-5700
Facsimile: +1-415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: +1-213-629-2020
Facsimile: +1-213-612-2499

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049-SGL (RNBx)<br>Consolidated with: Case No. CV 04-9059 and Case No. CV 05-2727<br><br>**<u>DISCOVERY MATTER</u>**<br>[To Be Heard by Discovery Master Robert O'Brien]<br><br>**[CORRECTED] DECLARATION OF WILLIAM A. MOLINSKI IN SUPPORT OF MOTION TO COMPEL FURTHER RESPONSES TO MGA'S PHASE 1 INTERROGATORY NOS. 20-23 AND 28 [PUBLIC VERSION]**<br><br>Date: TBD<br>Time: TBD<br>Courtroom: TBD<br><br>**Phase 2**<br>Discovery Cutoff: December 11, 2009<br>Pretrial Conference: March 1, 2010<br>Trial Date: March 23, 2010 |

# DECLARATION OF WILLIAM A. MOLINSKI

I, William A. Molinski, declare as follows:

1. I am an attorney at the law firm of Orrick, Herrington & Sutcliffe LLP, attorneys of record for Plaintiff and Counter-Defendant MGA Entertainment, Inc. and Counter-Defendants MGA Entertainment HK, Ltd., MGAE de Mexico S.R.L. de C.V., and Isaac Larian ("MGA Parties"). Based on this representation, I am familiar with the events, pleadings, and discovery in this action and, if called upon as a witness, I could and would testify competently to the matters stated herein of my own personal knowledge. I make this declaration in opposition to Mattel's motion to amend the protective order governing discovery in this case.

## Interrogatories And Responses

2. Attached hereto as **Exhibit A** is a true and correct copy of MGA's Second Set of Interrogatories to Mattel, Inc. dated December 4, 2007.

3. Attached hereto as **Exhibit B** is a true and correct copy of Mattel, Inc.'s Objections and Responses to MGA Entertainment, Inc.'s Second Set of Interrogatories dated January 3, 2008.

4. Attached hereto as **Exhibit C** (filed under seal) is a true and correct copy of Mattel, Inc.'s First Supplemental Objections and Responses to Interrogatory Nos. 20-23 and 28 in MGA's Entertainment, Inc.'s Second Set of Interrogatories dated July 30, 2009.

5. Attached hereto as **Exhibit D** (filed under seal) is a true and correct copy of Mattel, Inc.'s unverified Second Supplemental Objections and Responses to Interrogatory Nos. 20-23 and 28 in MGA's Entertainment, Inc.'s Second Set of Interrogatories dated September 14, 2009.

## Meet and Confer Correspondence

6. Attached hereto as **Exhibit E** is a true and correct copy of an email exchange between Annette Hurst and Dylan Proctor (amongst others) on August 3, 2009.

7. Attached hereto as **Exhibit F** is a true and correct copy of a meet and confer letter from me to Michael Zeller dated August 12, 2009.

8. Attached hereto as **Exhibit G** is a true and correct copy of a letter I received from Jon Corey dated August 19, 2009.

9. Attached hereto as **Exhibit H** is a true and correct copy of a letter I received from Jon Corey dated September 2, 2009.

10. Attached hereto as **Exhibit I** is a true and correct copy of an email exchange I had with Michael Zeller on September 2, 2009.

11. Attached hereto as **Exhibit J** is a true and correct copy of an email exchange between myself, Michael Zeller, and Discovery Master O'Brien (amongst others) on September 2 and 3, 2009.

### MGA's Previous Motion To Compel And Related Documents

12. Attached hereto as **Exhibit K** (filed under seal) is a true and correct copy of Order No. 42, Regarding: (1)Motion for Order Compelling Production of Privileged Communications Based on the Crime-Fraud Exception and As a Result of Waiver; and (2)Motion to Compel Production of Documents filed on July 29, 2009.

13. Attached hereto as **Exhibit L** is a true and correct copy of an email from Dylan Proctor to Discovery Master O'Brien dated July 22, 2009.

14. Attached hereto as **Exhibit M** is a true and correct copy of an excerpt from the Transcript of Proceeding from the hearing in this case before Discovery Master O'Brien on July 8, 2009.

15. Attached hereto as **Exhibit N** is a true and correct copy of the Declaration of B. Dylan Proctor in Support of Mattel's Opposition to MGA's Motion to Compel Production of Documents and Things From MGA's Second and Fifth Sets of Requests For Production and Responses to MGA's Second Set of Interrogatories to Mattel, Inc. filed on July 7, 2009.

16.     Attached hereto as **Exhibit O** is a true and correct copy of MGA Inc.'s, Motion to Compel Production of Documents and Things From MGA's Second and Fifth Sets of Requests For Production and Responses to MGA's Second Set of Interrogatories to Mattel, Inc. filed on April 20, 2009.

17.     Attached hereto as **Exhibit P** is a true and correct copy of a meet and confer letter from Diane Hutnyan to Caroline Mankey dated April 16, 2009.

18.     Attached hereto as **Exhibit Q** is a true and correct copy of a meet and confer letter from Caroline Mankey to Jon Corey dated March 25, 2009.

### Other Documents

19.     Attached hereto as **Exhibit R** is a true and correct copy of MGAE De Mexico's Interrogatory Nos. 1-11 to Mattel Inc. dated July 29, 2009.

20.     Attached hereto as **Exhibit S** is a true and correct copy of Mattel's Responses to MGAE De Mexico's Interrogatory Nos. 1-11 dated August 28, 2009.

21.     On information and belief, attached hereto as **Exhibit T** (filed under seal) is a true and correct copy of the "plot04@aol.com" email exchange referenced in paragraph 50 of Mattel's Third Amended Complaint.

22.     Attached hereto as **Exhibit U** is a true and correct copy of the Protective Order in this case, that the Court entered on January 5, 2005.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed this 18th day of September, 2009, at Los Angeles, California.

/s/ William Molinski
William A. Molinski