QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S RESPONSE REGARDING THE COURT'S AUGUST 31, 2009 ORDER TO SHOW CAUSE, AND THE EXHIBITS TO THE DECLARATION OF B. DYLAN PROCTOR IN SUPPORT THEREOF<br><br>[[Proposed] Order filed concurrently]<br><br>**Phase 2**<br>Discovery Cut-off: December 11, 2009<br>Pre-trial Conference: March 1, 2010<br>Trial Date: March 23, 2010 |

00505.07975/3110347.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1  Pursuant to <u>Local Rule</u> 79-5.1 and the Stipulated Protective Order
2  entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully
3  requests that the Court order filed under seal Mattel's Response Regarding The
4  Court's August 31, 2009 Order To Show Cause ("Response"), and the Exhibits to
5  the Declaration of B. Dylan Proctor In Support Thereof ("Exhibits").

6  The Response and Exhibits contain materials that Mattel or MGA have
7  designated as "Confidential" or "Confidential--Attorneys' Eyes Only" pursuant to
8  the Protective Order. Accordingly, Mattel requests that the Court order that the
9  Response and Exhibits be filed under seal.

12  DATED: September 18, 2009        QUINN EMANUEL URQUHART OLIVER &
                                     HEDGES, LLP

14                                   By /s/ Michael T. Zeller
15                                      Michael T. Zeller
                                        Attorneys for Mattel, Inc.