ORIGINAL

FILED

1  THOMAS J. NOLAN (Bar No. 66992)
   (tnolan@skadden.com)
2  JASON D. RUSSELL (Bar No. 169219)
   (jrussell@skadden.com)
3  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   300 South Grand Avenue, Suite 3400
4  Los Angeles, CA 90071-3144
   Tel.: (213) 687-5000/Fax: (213) 687-5600
5

6  Attorneys for Counter-Defendants,
   MGA ENTERTAINMENT, INC., ISAAC LARIAN,
7  and MGA ENTERTAINMENT (HK) LIMITED

2009 SEP 18 PM 3: 48

CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

BY_____

Lodged P/O

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                    EASTERN DIVISION

11  CARTER BRYANT, an individual,        )  CASE NO. CV 04-9049 SGL (RNBx)
                                          )
                  Plaintiff,              )  Consolidated with Case No. 04-9059
12                                        )  and Case No. 05-2727
13            v.                          )
                                          )  Honorable Stephen G. Larson
14  MATTEL, INC., a Delaware corporation, )
                                          )  **APPLICATION TO FILE UNDER**
                  Defendant.              )  **SEAL:**
15                                        )
                                          )
16  _____     )  MGA PARTIES' RESPONSIVE
    AND CONSOLIDATED ACTIONS.            )  SUBMISSION TO THE MONITOR
17                                        )  REGARDING ACCOUNTING ISSUES
                                          )

18

19

20

21

22

23

24

25

26

27

28

1    Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the

2  Court in this action on January 4, 2005, MGA Entertainment, Inc., Isaac Larian, and MGA

3  Entertainment (HK) Limited, (collectively, the "MGA Parties") hereby respectfully request

4  that the Court order the following documents be filed under seal:  MGA Parties' Responsive

5  Submission To The Monitor Regarding Accounting Issues.

6    Good cause exists for filing this document under seal because it contains confidential

7  financial information and it was ordered filed under seal and designated "Attorneys' Eyes

8  Only" by the Court Appointed Monitor in his August 13, 2009 Briefing Schedule For Issues

9  Related To The Calculation Of Monthly Profits, ¶ 5.

10

11  DATED:  September 18, 2009     SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

12                                 By:  _____

13                                      Thomas J. Nolan
                                        Attorneys for the MGA Parties

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28