ORIGINAL

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  michaelzeller@quinnemanuel.com
  Jon D. Corey (Bar No. 185066)
  joncorey@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>　　　　　Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S OPPOSITION TO ISAAC LARIAN'S OBJECTIONS TO DISCOVERY MASTER ORDER NO. 46 REGARDING RESPONSES TO PHASE 2 INTERROGATORIES AND EXHIBITS 1, 4, AND 14 TO THE DECLARATION OF B. DYLAN PROCTOR IN SUPPORT THEREOF<br><br>[[Proposed] Order Filed Concurrently Herewith]<br><br>**Phase 2**<br>Discovery Cut-off: December 11, 2009<br>Pre-trial Conference: March 1, 2010<br>Trial Date: March 23, 2010 |

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal Mattel, Inc.'s Opposition to Isaac Larian's Objections to Discovery Master Order No. 46 Regarding Responses to Phase 2 Interrogatories (the "Opposition"), and Exhibits 1, 4, and 14 to the Declaration of B. Dylan Proctor in support thereof ("Proctor Declaration").

The Opposition quotes from and discusses documents and information that Mattel and the MGA Parties have designated as "Confidential -- Attorney's Eyes Only" pursuant to the Protective Order. Exhibits 1, 4, and 14 to the Proctor Declaration are documents that Mattel and the MGA Parties have designated as "Confidential – Attorney's Eyes Only" pursuant to the Protective Order. Accordingly, Mattel requests that the Court order that the Opposition and Exhibits 1, 4, and 14 to the Proctor Declaration be filed under seal.

DATED: September 21, 2009       QUINN EMANUEL URQUHART OLIVER & HEDGES. LLP

By /s/ Michael T. Zeller
Michael T. Zeller
Attorneys for Mattel. Inc.