ORIGINAL

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

FILED 2009 SEP 21 AM 11:47 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. EASTERN DIVISION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
|---|---|
| Plaintiff, | Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727 |
| vs. | Hon. Stephen G. Larson |
| MATTEL, INC., a Delaware corporation, | **APPLICATION TO FILE UNDER SEAL MATTEL INC.'S RESPONSE BRIEF TO THE MONITOR REGARDING ACCOUNTING ISSUES** |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | [[Proposed] Order Filed Concurrently Herewith]<br><br>**Phase 2**<br>Discovery Cut-off: December 11, 2009<br>Pre-trial Conference: March 1, 2010<br>Trial Date: March 23, 2010 |

00505.07975/3110251.1

MATTEL. INC.'S APPLICATION TO FILE UNDER SEAL

1         Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2 entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully
3 requests that the Court order filed under seal Mattel, Inc.'s Response Brief to the
4 Monitor Regarding Accounting Issues (the "Response Brief").
5         The Response Brief quotes from and discusses documents and
6 information that Mattel and the MGA Parties have designated as "Confidential --
7 Attorney's Eyes Only" pursuant to the Protective Order. Accordingly, Mattel
8 requests that the Court order that the Response Brief be filed under seal.

10 DATED: September 18, 2009     QUINN EMANUEL URQUHART OLIVER & HEDGES. LLP

12                             By /s/ Michael T. Zeller
13                                 Michael T. Zeller
                                  Attorneys for Mattel, Inc.