```
 1 │ QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   │   John B. Quinn (Bar No. 090378)
 2 │   (johnquinn@quinnemanuel.com)
   │   Michael T. Zeller (Bar No. 196417)
 3 │   (michaelzeller@quinnemanuel.com)
   │   Jon D. Corey (Bar No. 185066)
 4 │   (joncorey@quinnemanuel.com)
   │ 865 South Figueroa Street, 10th Floor
 5 │ Los Angeles, California  90017-2543
   │ Telephone: (213) 443-3000
 6 │ Facsimile: (213) 443-3100
 7 │ Attorneys for Mattel, Inc.
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>[~~PROPOSED~~] ORDER GRANTING APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S RESPONSE REGARDING THE COURT'S AUGUST 31, 2009 ORDER TO SHOW CAUSE, AND THE EXHIBITS TO THE DECLARATION OF B. DYLAN PROCTOR IN SUPPORT THEREOF<br><br>**Phase 2**<br>Discovery Cut-off: December 11, 2009<br>Pre-trial Conference: March 1, 2010<br>Trial Date: March 23, 2010 |

00505.07975/3110356.1

[PROPOSED] ORDER

## [~~PROPOSED~~] ORDER

Based on the concurrently filed Application to File Under Seal Mattel, Inc.'s Response Regarding The Court's August 31, 2009 Order To Show Cause, and the Exhibits to the Declaration of B. Dylan Proctor In Support Thereof, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Mattel, Inc.'s Response Regarding The Court's August 31, 2009 Order To Show Cause, and the Exhibits to the Declaration of B. Dylan Proctor In Support Thereof are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: Sept 21, 2009         _/s/ S.G. Larson_____
Hon. Stephen G. Larson
United States District Judge

00505.07975/3110356.1

-2-