```
 1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
      John B. Quinn (Bar No. 090378)
 2    (johnquinn@quinnemanuel.com)
      Michael T. Zeller (Bar No. 196417)
 3    (michaelzeller@quinnemanuel.com)
      Jon D. Corey (Bar No. 185066)
 4    (joncorey@quinnemanuel.com)
    865 South Figueroa Street, 10th Floor
 5  Los Angeles, California  90017-2543
    Telephone: (213) 443-3000
 6  Facsimile: (213) 443-3100

 7  Attorneys for Mattel, Inc.
```

LODGED ORIGINAL

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>                    Plaintiff,<br><br>        vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>                    Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>[P~~ROPOSED~~] ORDER GRANTING APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S *EX PARTE* APPLICATION FOR LIMITED RECONSIDERATION OF PHASE 2 ORDER NO. 62; [REDACTED] DECLARATION OF MICHAEL T. ZELLER IN SUPPORT THEREOF; AND EXHIBITS 1, 9 AND 15 TO THE DECLARATION OF BRIDGET A. HAULER IN SUPPORT THEREOF<br><br>**Phase 2**<br>Discovery Cut-off: December 11, 2009<br>Pre-trial Conference: March 1, 2010<br>Trial Date: March 23, 2010 |

07975/3101336.1

[PROPOSED] ORDER

# [~~PROPOSED~~] ORDER

Based on the concurrently filed Application to File Under Seal Mattel, Inc.'s *Ex Parte* Application For Limited Reconsideration of Phase 2 Order No. 62, the [Redacted] Declaration of Michael T. Zeller in support thereof, and Exhibits 1, 9 and 15 to the Declaration of Bridget A. Hauler in support thereof,

IT IS HEREBY ORDERED:

Mattel, Inc.'s *Ex Parte* Application For Limited Reconsideration of Phase 2 Order No. 62, the [Redacted] Declaration of Michael T. Zeller in support thereof, and Exhibits 1, 9 and 15 to the Declaration of Bridget A. Hauler in support thereof are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: Sept 18, 2009

_____
Hon. Stephen G. Larson
United States District Judge