QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

CARTER BRYANT, an individual,

　　　　　Plaintiff,

　　vs.

MATTEL, INC., a Delaware corporation,

　　　　　Defendant.

AND CONSOLIDATED ACTIONS

CASE NO. CV 04-9049 SGL (RNBx)
Consolidated with
Case No. CV 04-09059
Case No. CV 05-02727

Hon. Stephen G. Larson

[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S OPPOSITION TO MGA ENTERTAINMENT, INC.'S RENEWED EX PARTE APPLICATION FOR ORDER COMPELLING DEPOSITION OF RICHARD DE ANDA IN ADVANCE OF COURT-ORDERED HEARING; EXHIBITS 1-3 OF DECLARATION OF JON D. COREY IN SUPPORT

**Phase 2**
Discovery Cut-off: December 11, 2009
Pre-trial Conference: March 1, 2010
Trial Date: March 23, 2010

07975/3107209.1

[~~PROPOSED~~] ORDER

Based on the concurrently filed Application to File Under Seal Mattel, Inc.'s Opposition to MGA Entertainment, Inc.'s Renewed Ex Parte Application for Order Compelling Deposition of Richard De Anda in Advance of Court-Ordered Hearing; and Exhibits 1-3 of Declaration of Jon D. Corey in Support,

IT IS HEREBY ORDERED:

Mattel, Inc.'s Opposition to MGA Entertainment, Inc.'s Renewed Ex Parte Application for Order Compelling Deposition of Richard De Anda in Advance of Court-Ordered Hearing, and Exhibits 1-3 of the Declaration of Jon D. Corey in Support, are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: Sept 18, 2009

_____
Hon. Stephen G. Larson
United States District Judge

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On September 17, 2009, I served true copies of the following document(s) described as **[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S OPPOSITION TO MGA ENTERTAINMENT, INC.'S RENEWED EX PARTE APPLICATION FOR ORDER COMPELLING DEPOSITION OF RICHARD DE ANDA IN ADVANCE OF COURT-ORDERED HEARING; EXHIBITS 1-3 OF DECLARATION OF JON D. COREY IN SUPPORT** on the parties in this action as follows:

| | |
|---|---|
| Thomas J. Nolan, Esq.<br>Jason D. Russell, Esq.<br>Skadden Arps Slate Meagher & Flom<br>300 S. Grand Avenue, Suite 3400<br>Los Angeles, CA 90071<br>thomas.nolan@skadden.com<br>jason.russell@skadden.com | Melinda Haag<br>Annette L. Hurst<br>Warrington S. Parker III<br>Orrick, Herrington & Sutcliffe, LLP<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105<br>mhaag@orrick.com<br>ahurst@orrick.com<br>wparker@orrick.com |
| William A. Molinski<br>Orrick, Herrington & Sutcliffe, LLP<br>777 South Figueroa Street<br>Suite 3200<br>Los Angeles, CA 90017<br>wmolinski@orrick.com | Mark E. Overland, Esq.<br>Alexand H. Cote, Esq.<br>Overland Borenstein Scheper & Kim LLP<br>601 West Fifth Street, 125th Floor<br>Los Angeles, CA 90071<br>moverland@scheperkim.com<br>acote@scheperkim.com |
| Todd E. Gordinier<br>Bingham McCutchen LLP<br>600 Anton Boulevard, 18th Floor<br>Costa Mesa, CA 92626<br>todd.gordinier@bingham.com | |

**BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 17, 2009, at Los Angeles, California.

*/s/ Yalonda Dekle*
Yalonda Dekle

07209/3059068.1