ORIGINAL

LODGED

Bingham McCutchen LLP
TODD E. GORDINIER (SBN 82200)
todd.gordinier@bingham.com
PETER N. VILLAR (SBN 204038)
peter.villar@bingham.com
CRAIG A. TAGGART (SBN 239168)
craig.taggart@bingham.com
600 Anton Boulevard, 18th Floor
Costa Mesa, CA 92626-1924
Telephone: 714.830.0600
Facsimile: 714.830.0700

Attorneys for Non-Party
BINGHAM McCUTCHEN LLP

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS. | Case No. CV 04-9049 SGL (RNBx)<br>c/w Case Nos. CV 04-09059 & CV 05-2727<br><br>**DISCOVERY MATTER**<br>To be heard by Discovery Master Robert C. O'Brien<br><br>[~~PROPOSED~~] **ORDER TO FILE UNDER SEAL:**<br><br>**BINGHAM McCUTCHEN LLP'S NOTICE OF MOTION AND MOTION FOR CLARIFICATION AND/OR PARTIAL RECONSIDERATION OF ORDER NO. 51 REGARDING THE PRODUCTION OF ATTORNEY FEE INFORMATION**<br><br>Date: TBD<br>Time: TBD<br>Place: Arent Fox LLP<br>555 West Fifth Street, 48th Fl.<br>Los Angeles, CA 90013<br><br>**Phase 2**:<br>Discovery Cut-off: Dec. 11, 2009<br>Pre-trial Conference: March 1, 2010<br>Trial Date: March 23, 2010 |

A/73148488.1

# ORDER

Based on the concurrently filed Application and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that the following document be filed under seal pursuant to Local Rule 79-5.1:

**BINGHAM McCUTCHEN LLP'S NOTICE OF MOTION AND MOTION FOR CLARIFICATION AND/OR PARTIAL RECONSIDERATION OF ORDER NO. 51 REGARDING THE PRODUCTION OF ATTORNEY FEE INFORMATION**

DATED: September 22, 2009

_____
Hon. Stephen J. Larson
United States District Judge

A/73148488.1                               1

**PROOF OF SERVICE BY E-MAIL TO COUNSEL**

I am over eighteen years of age, not a party in this action, and employed in Orange County, California at 600 Anton Boulevard, 18th Floor, Costa Mesa, California 92626-1924.. On **September 18, 2009**, I served the attached by transmitting via email the document(s) listed below on this date before 5:00 p.m. PST:

[PROPOSED] ORDER TO FILE UNDER:

BINGHAM McCUTCHEN LLP'S NOTICE OF MOTION AND MOTION FOR CLARIFICATION AND/OR PARTIAL RECONSIDERATION OF ORDER NO. 51 REGARDING THE PRODUCTION OF ATTORNEY FEE INFORMATION

to the person(s) at the email address(es) set forth below:

Michael Zeller
michaelzeller@quinnemanuel.com

Dylan Proctor
dylanproctor@quinnemanuel.com

Jon Corey
joncorey@quinnemanuel.com

Jason Russell
jason.russell@skadden.com

Melinda Haag
mhaag@orrick.com

Annette L. Hurst
ahurst@orrick.com

Warrington S. Parker III
wparker@orrick.com

William A. Molinski
wmolinski@orrick.com

Mark Overland
moverland@scheperkim.com

Alexander Cote
acote@scheperkim.com

A/73148488.1 - 1 -

1 | I declare that I am employed in the office of a member of the bar of this
2 | court at whose direction the service was made and that this declaration was
3 | executed on **September 18, 2009**, at Costa Mesa, California.

_____
Paul A. McConnell

A/73148488.1

- 2 -