LODGED ORIGINAL

2009 SEP 21  AM 16:40

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
EASTERN DIVISION
BY:

1   QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
    John B. Quinn (Bar No. 090378)
2     johnquinn@quinnemanuel.com
    Michael T. Zeller (Bar No. 196417)
3     michaelzeller@quinnemanuel.com
    Jon D. Corey (Bar No. 185066)
4     joncorey@quinnemanuel.com
    865 South Figueroa Street, 10th Floor
5   Los Angeles, California 90017-2543
    Telephone: (213) 443-3000
6   Facsimile: (213) 443-3100

7   Attorneys for Mattel, Inc.

8                 UNITED STATES DISTRICT COURT

9                CENTRAL DISTRICT OF CALIFORNIA

10                      EASTERN DIVISION

11  CARTER BRYANT, an individual,      CASE NO. CV 04-9049 SGL (RNBx)
                                       Consolidated with
12                 Plaintiff,          Case No. CV 04-09059
                                       Case No. CV 05-02727
13        vs.
                                       Hon. Stephen G. Larson
14  MATTEL, INC., a Delaware
    corporation,                       [PROPOSED] ORDER GRANTING
15                                     APPLICATION TO FILE UNDER SEAL
                   Defendant.          MATTEL, INC.'S OPPOSITION TO
16                                     ISAAC LARIAN'S OBJECTIONS TO
                                       DISCOVERY MASTER ORDER NO. 46
17  AND CONSOLIDATED ACTIONS           REGARDING RESPONSES TO PHASE 2
                                       INTERROGATORIES AND EXHIBITS 1,
18                                     4, AND 14 TO THE DECLARATION OF
                                       B. DYLAN PROCTOR IN SUPPORT
19                                     THEREOF

20
                                       Phase 2
21                                     Discovery Cut-off:  December 11, 2009
                                       Pre-trial Conference:  March 1, 2010
22                                     Trial Date:  March 23, 2010

23

24

25

26

27

28

00505.07975/3112911.1

                                                          [PROPOSED] ORDER

[PROPOSED] ORDER

Based on the concurrently filed Application to File Under Seal Mattel, Inc.'s Opposition to Isaac Larian's Objections to Discovery Master Order No. 46 Regarding Responses to Phase 2 Interrogatories, and Exhibits 1, 4, and 14 to the Declaration of B. Dylan Proctor in support thereof,

IT IS HEREBY ORDERED:

Mattel, Inc.'s Opposition to Isaac Larian's Objections to Discovery Master Order No. 46 Regarding Responses to Phase 2 Interrogatories, and Exhibits 1, 4, and 14 to the Declaration of B. Dylan Proctor in support thereof are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: _Sept 21_ . 2009 _____
Hon. Stephen G. Larson
United States District Judge

-2-

[PROPOSED] ORDER