1  Robert C. O'Brien (SBN 154372)
   ARENT FOX LLP
2  555 West Fifth Street, 48th Floor
   Los Angeles, CA  90013-1065
3  Telephone:  213.629.7400
   Facsimile:   213.629.7401
4  obrien.robert@arentfox.com

5  Discovery Master

6
7
8                    UNITED STATES DISTRICT COURT
9                    CENTRAL DISTRICT OF CALIFORNIA
10                          EASTERN DIVISION
11

| | |
|---|---|
| 12  CARTER BRYANT, an individual, | Case No.  CV 04-09049 SGL (RNBx) |
| 13              Plaintiff, | |
| 14        v. | Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-2727 |
| 15  MATTEL, INC., a Delaware corporation, | **PHASE 2 DISCOVERY MATTER** |
| 16              Defendant. | **ORDER NO. 67, REGARDING:** |
| 17 | **(1) HEARING DATE FOR THREE DISCOVERY MATTERS;** |
| 18 | |
| 19 | **(2) NEW START TIME FOR THE HEARING SCHEDULED ON SEPTEMBER 25, 2009; and** |
| 20 | |
| 21 | **(3) THE UPDATED HEARING SCHEDULE** |
| 22 | |
| 23 | |
| 24  CONSOLIDATED WITH MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | |
| 25 | |
| 26 | |

27
28

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

ORDER NO. 67
[Case No. CV 04-09049 SGL (RNBx)]

**I.  HEARING DATE FOR THREE DISCOVERY MATTERS**

The following discovery matters are set for hearing on October 16, 2009 at 3:00 p.m. at the offices of Arent Fox LLP:

1. Non-Party Attorney Peter Carson's Motion to Quash and/or for Protective Order re Subpoena Issued by Mattel, Inc. filed on or about August 25, 2009 by Peter Carson.

2. Motion for an Order: (1) Removing "Confidential" Designations from Portions of the Deposition Transcript of Susana Kuemmerle, and (2) Issuing an Apostille re the Kuemmerle Transcript filed on or about August 27, 2009 by Mattel, Inc.

3. Motion for Issuance of Letters of Request for Judicial Assistance Re: Danny K.H. Yu and Bird & Bird filed on or about September 4, 2009 by the MGA Parties.

**II.  NEW HEARING TIME FOR DISCOVERY MATTERS SET FOR HEARING ON SEPTEMBER 25, 2009**

The hearing previously scheduled for September 25, 2009 at 10:00 a.m. shall now commence at 8:30 a.m. and will last no longer than three (3) hours.

**III.  THE UPDATED HEARING SCHEDULE**

For the convenience of the parties and to ensure that there is no confusion regarding the hearing schedule, a summary of all motions presently scheduled to be heard by the Discovery Master is set forth below.

**September 25, 2009 at 8:30 a.m.**

1. Motion to Enforce Order Compelling the Omni Parties to Produce Documents, to Strike Objections, and for Sanctions filed by Mattel, Inc. on or about July 24, 2009.

2. Motion for Reconsideration of Order No. 42 Regarding in Camera Review of Documents Protected by Attorney-Client Privilege filed by MGA Entertainment, Inc. on or about August 11, 2009.

3. Motion for Leave to Take Additional Depositions filed by Mattel, Inc. on or about August 11, 2009.

4. Cross-Motion for a Protective Order Altering Deposition Limits to Set an Overall Hours Limit filed by MGA Entertainment, Inc. on or about August 25, 2009.

5. Motion for Order to Amend Protective Order filed by Mattel, Inc. on or about August 27, 2009.

6. Motion to Compel Mattel, Inc.'s Attendance at 30(b)(6) Deposition, for Protective Order Requiring Advance Designation of 30(b)(6) Witnesses, to De-Designate Document Under Protective Order Related to Subject Matter of Requested 30(b)(6) Testimony, and for Sanctions filed by MGA Entertainment, Inc. on or about August 18, 2009.

**October 16, 2009 at 3:00 p.m.**

1. Non-Party Attorney Peter Carson's Motion to Quash and/or for Protective Order re Subpoena Issued by Mattel, Inc. filed on or about August 25, 2009 by Peter Carson.

2. Motion for an Order: (1) Removing "Confidential" Designations from Portions of the Deposition Transcript of Susana Kuemmerle, and (2) Issuing an Apostille re the Kuemmerle Transcript filed on or about August 27, 2009 by Mattel, Inc.

3. Motion for Issuance of Letters of Request for Judicial Assistance Re: Danny K.H. Yu and Bird & Bird filed on or about September 4, 2009 by the MGA Parties.

Dated: September 22, 2009

By: /s/ Robert C. O'Brien
ROBERT C. O'BRIEN
Discovery Master

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

- 2 -

ORDER NO. 67
[Case No. CV 04-09049 SGL (RNBx)]