QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
Michael T. Zeller (Bar No. 196417)
Jon D. Corey (Bar No. 185066)
Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTEL, INC., a Delaware corporation<br><br>PLAINTIFF(S)<br>v.<br>MGA ENTERTAINMENT, INC., a California corporation, et. al.,<br><br>DEFENDANT(S) | CASE NUMBER:<br>CASE NO. CV 04-9049 SGL (RNBx)<br><br>**NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
Mattel, Inc.'s Motion Objecting to Portions of Discovery Master Order No. 60 Regarding RFPs 75, 85, 95, 105, and 115 of Mattel's First Set of Requests Re Unfair Competition; Exhibits 7-11, 17-19, and 21-22 of the Declaration of Scott L. Watson in Support; Application to File Under Seal and Proposed Order

**Document Description:**
☐ Administrative Record
☐ Exhibits
☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)
☑ Other

**Reason:**
☑ Under Seal
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☑ Per Court order dated January 4, 2005
☐ Manual Filing required (*reason*):

September 23, 2009
Date

Cyrus S. Naim
Attorney Name

Mattel, Inc.
Party Represented

Note: File one Notice in each case, each time you manually file document(s).

G-92 (02/07)          **NOTICE OF MANUAL FILING**