# Exhibit 1



ORRICK

ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 MARSH ROAD
MENLO PARK, CA 94025

tel 650-614-7400
fax 650-614-7401
WWW.ORRICK.COM

July 28, 2009

Diana M. Rutowski
(650) 614-7685
drutowski@orrick.com

**VIA FACSIMILE & U.S. MAIL**

Jon D. Corey
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017

Re:   *Mattel, Inc. v. MGA Entertainment, et al.*

Dear Mr. Corey:

I write this letter in an effort to begin the process of meeting and conferring with respect to requests for production served by MGA during the course of Phase One that seek information related to those MGA claims currently at issue in Phase Two. Specifically, at least the following RFPs seek information potentially relevant to Phase Two:

MGA's RFPs in *MGA Entertainment, Inc. v. Mattel, Inc.*, Case No. CV 04-9049 SGL (RNBx):

> Request Nos. 1-67, 69-104, 108-112, 114-115, 131, 170, 180, 384-434, 445, 452-455, 458-463, 468-469, 473-476, 479-483, 485, 492-493, 540, 549-553, 555-557, 564-567, 574-586, 588, 594-596, 600-603, 611-641, 651-657, 674, 698-737, 743-745, 748-756, 775-780, 783-786, 790-792

MGA's RFPs in *Mattel, Inc. v. Carter Bryant and MGA Entertainment, Inc.*, CV 04-9059 NM (RNBx):

> Request Nos. 44, 47-71, 112-130, 140-164, 168-179, 184-209, 211-219, 259, 338-340, 342

Because the RFPs are so numerous, to streamline our meet and confer efforts, MGA requests that for each RFP identified, Mattel (1) confirm that it has produced all non-privileged documents responsive to the request during Phase One, (2) confirm that it is withholding documents based on its objections and the particular objection(s) based on which it is withholding, or (3) confirm that Mattel has not conducted a diligent search and reasonable inquiry in response to the RFP.

OHS West:260700290.2

Exhibit 1 - Page 15



**ORRICK**

Jon D. Corey
July 28, 2009
Page 2

We propose having a meet and confer teleconference on August 4, 2009 to walk through these requests and responses. Please let us know what times on August 4 would work for you.

I look forward to working with you.

Very truly yours,

Diana M. Rutowski

DMR/ek