# Exhibit 2

| | |
|---|---|
| **From:** | James Webster [jameswebster@quinnemanuel.com] |
| **Sent:** | Tuesday, August 04, 2009 4:36 PM |
| **To:** | Rutowski, Diana |
| **Cc:** | Searcy, Marshall; Robert Dart |
| **Subject:** | Meet and confer regarding MGA phase I requests for production |

In reference to Marshall Searcy's August 3 letter to you - we expected to conduct the meet and confer at 4pm today but were unable to reach you.

We propose to have this call on Friday August 7 in the afternoon. Please let us know your availability.

Thank you.

Exhibit 2 - Page 17