# Exhibit 3

**From:** Rutowski, Diana
**Sent:** Tuesday, August 04, 2009 5:01 PM
**To:** 'James Webster'
**Cc:** Searcy, Marshall; Robert Dart; Hurst, Annette
**Subject:** RE: Meet and confer regarding MGA phase I requests for production

James,

I have not seen a letter dated yesterday, August 3, from Marshall Searcy.  Can you please confirm to whom and by what means it was sent?

Diana

---

**From:** James Webster [mailto:jameswebster@quinnemanuel.com]
**Sent:** Tuesday, August 04, 2009 4:36 PM
**To:** Rutowski, Diana
**Cc:** Searcy, Marshall; Robert Dart
**Subject:** Meet and confer regarding MGA phase I requests for production

In reference to Marshall Searcy's August 3 letter to you - we expected to conduct the meet and confer at 4pm today but were unable to reach you.

We propose to have this call on Friday August 7 in the afternoon. Please let us know your availability.

Thank you.

Exhibit 3 - Page 18