# Exhibit 4

**From:** James Webster [jameswebster@quinnemanuel.com]
**Sent:** Tuesday, August 04, 2009 5:42 PM
**To:** Rutowski, Diana
**Cc:** Searcy, Marshall; Robert Dart; Hurst, Annette
**Subject:** RE: Meet and confer regarding MGA phase I requests for production

Diana - I'm told this inadvertently was not sent due to an internal miscommunication - you are welcome to see the draft of it if you wish but it was simple a scheduling letter responding to your request to meet and confer and proposing that we do so today at 4pm.

In any event, please propose some times that would suit you - this evening is open.

Thank you.

---

**From:** Rutowski, Diana [mailto:drutowski@orrick.com]
**Sent:** Tuesday, August 04, 2009 5:20 PM
**To:** James Webster
**Cc:** Marshall Searcy; Robert Dart; Hurst, Annette
**Subject:** RE: Meet and confer regarding MGA phase I requests for production

James,

I'd like to see the letter first, so that we can understand any positions that you set forth in advance of our call. Please confirm how it was sent so that I can look into it.

Thank you,
Diana

---

**From:** James Webster [mailto:jameswebster@quinnemanuel.com]
**Sent:** Tuesday, August 04, 2009 5:11 PM
**To:** Rutowski, Diana
**Cc:** Searcy, Marshall; Robert Dart; Hurst, Annette
**Subject:** RE: Meet and confer regarding MGA phase I requests for production

Are you available to discuss this now? If so, I will call you.

---

**From:** Rutowski, Diana [mailto:drutowski@orrick.com]
**Sent:** Tuesday, August 04, 2009 5:01 PM
**To:** James Webster
**Cc:** Marshall Searcy; Robert Dart; Hurst, Annette
**Subject:** RE: Meet and confer regarding MGA phase I requests for production

James,

I have not seen a letter dated yesterday, August 3, from Marshall Searcy. Can you please confirm to whom and by what means it was sent?

Diana

---

**From:** James Webster [mailto:jameswebster@quinnemanuel.com]
**Sent:** Tuesday, August 04, 2009 4:36 PM
**To:** Rutowski, Diana
**Cc:** Searcy, Marshall; Robert Dart
**Subject:** Meet and confer regarding MGA phase I requests for production

In reference to Marshall Searcy's August 3 letter to you - we expected to conduct the meet and confer at 4pm today but were unable to reach you.

We propose to have this call on Friday August 7 in the afternoon. Please let us know your availability.

Exhibit 4 - Page 19

Thank you.

"EMF <orrick.com>" made the following annotations.
------------------------------------------------------------------------------
==============================================================

IRS Circular 230 disclosure:
To ensure compliance with requirements imposed by the IRS,
we inform you that any tax advice contained in this
communication, unless expressly stated otherwise, was not
intended or written to be used, and cannot be used, for
the purpose of (i) avoiding tax-related penalties under
the Internal Revenue Code or (ii) promoting, marketing or
recommending to another party any tax-related matter(s)
addressed herein.



==============================================================

NOTICE TO RECIPIENT:  THIS E-MAIL IS  MEANT FOR ONLY THE
INTENDED RECIPIENT OF THE TRANSMISSION, AND MAY BE A
COMMUNICATION PRIVILEGED BY LAW.  IF YOU RECEIVED THIS E-
MAIL IN ERROR, ANY REVIEW, USE, DISSEMINATION,
DISTRIBUTION, OR COPYING OF THIS E-MAIL IS STRICTLY
PROHIBITED.  PLEASE NOTIFY US IMMEDIATELY OF THE ERROR BY
RETURN E-MAIL AND PLEASE DELETE THIS MESSAGE FROM YOUR
SYSTEM. THANK YOU IN ADVANCE FOR YOUR COOPERATION.

For more information about Orrick, please visit
http://www.orrick.com/
==============================================================
================================================================================

Exhibit 4 - Page 20