# Exhibit 12



ORRICK, HERRINGTON & SUTCLIFFE LLP
THE ORRICK BUILDING
405 HOWARD STREET
SAN FRANCISCO, CALIFORNIA

TEL +1-415-
FAX +1-415-

WWW.ORRICK.COM

August 20, 2009

Diana M. Rutowski
(650) 614-7685
drutowski@orrick.com

**VIA EMAIL & U.S. MAIL**

James J. Webster
Quinn Emanuel Urquhart Oliver & Hedges LLP
865 South Figueroa St., 10th Floor
Los Angeles, CA 90017

Re:    *Carter Bryant v. Mattel, Inc. and consolidated actions*

Dear Mr. Webster:

The meet and confer teleconference that we had yesterday to satisfy our obligations with respect to the Requests for Production identified in my July 28, 2009 letter left us seriously concerned about Mattel's commitment to search for, collect, and produce documents relevant to Phase 2 issues. Specifically, you said you would only consider investigating whether all responsive documents had been produced if we first identified the specific request, explained the relevance of the request (even for requests where you did not object on relevance grounds) and, even then, you said you would simply consider our request, with no commitment to confirm anything. Accordingly, we identify the following additional RFPs seeking information discoverable in Phase 2 and request a meet and confer teleconference within five days:

<u>MGA's RFPs in *MGA Entertainment, Inc. v. Mattel, Inc.*, Case No. CV 04-9049 SGL (RNBx):</u>

   68, 105-107, 116-117, 123-130, 132-133, 168, 171-173, 176-177, 182-383, 435-444, 446-451, 456-457, 464-467, 470-472, 477-478, 494-525, 541-548, 554, 558-563, 569, 572-573, 587, 589-590, 597-599, 605-610, 642-644, 646, 648-650, 675-695, 697, 741, 746-747, 757-758, 770-774, 781-784, 789-791

<u>MGA's RFPs in *Mattel, Inc. v. Carter Bryant and MGA Entertainment, Inc.*, CV 04-9059 NM (RNBx):</u>

   1-43, 72-98, 100-111, 131-139, 165-167, 210, 220-223, 252-253, 255-257, 272-280, 283, 286-295, 298, 301, 308, 310, 312, 314, 316, 318-319, 321-322, 331-337, 341, 343-349, 351-361

As we requested with respect to the prior batch of RFPs identified in our earlier meet and confer letter, we ask that Mattel confirm for each RFP that (1) it has diligently searched for, collected and produced <u>all</u> non-privileged documents responsive to the request, and (2) that it has not narrowed the scope of its investigation, collection or production based on its objections or rephrasing of the RFP language in connection with its agreement to produce. For those RFPs that Mattel confirms



ORRICK

James J. Webster
August 20, 2009
Page 2

this information, we ask that Mattel immediately withdraw its objections and provide amended responses confirming production. If Mattel is withholding or has failed to investigate, collect, or produce documents based on its objections, we ask that Mattel state the basis for its objection and identify with particularity the documents it is withholding. We refer you to Federal Rule of Civil Procedure 34(b)(2)(C), which requires that "[a]n objection to part of a request must specify the part and permit inspection of the rest."

Please let us know when you are available to meet and confer regarding the RFPs identified in this letter. We hope to engage in a productive dialogue regarding what, if anything, Mattel is withholding and why, so that we can address any objections as necessary and appropriate. However, if, like yesterday, you will not engage us in this process, please let us know so that we can seek appropriate relief.

In addition, as I clarified on the phone yesterday, some of the RFPs in my letter of July 28, 2009 were off by two digits. Specifically, RFPs 783-786 from the 04-9049 requests should refer to 785-788 and RFPs 790-792 should refer to 792-794.

Very truly yours,

Diana M. Rutowski

DMR/ek

OHS West:260709128.1

Exhibit 12 - Page 59