# Exhibit 13

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL: (213) 443-3000 FAX: (213) 443-3100

WRITER'S DIRECT DIAL NO.
**(213) 443-3132**

WRITER'S INTERNET ADDRESS
**jameswebster@quinnemanuel.com**

August 24, 2009

**VIA E-MAIL AND U.S. MAIL**

Diana M. Rutowski, Esq.
Orrick Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025

Re:   Mattel, Inc. v. MGA Entertainment, Inc., et. al.

Dear Ms. Rutowski:

I am writing in response to your letter of August 20, 2009.

MGA has ignored my letter of August 20, 2009, regarding the approximately 450 Phase 1 Requests for Production that you have sought to put at issue in Phase 2. Rather than addressing that letter, you have proposed to meet and confer on an additional 500 Requests. However, in doing so, MGA merely continues to list RFP numbers, without any explanation -- categorical or otherwise -- as to how they are relevant to Phase 2.

MGA's tact is inappropriate. First, as you know from the Orders we identified for you previously, the Discovery Master has already ruled on many of the Requests you have identified, denying MGA's motions to compel. If MGA believes that there are reasons why those Requests are now proper, it needs to explain them. To date, it has not. Second, the Court's July 9, 2009 Order make clear that the proponent of discovery "must bear the burden of establishing the discovery relevancy standard – that the materials sought are 'reasonably calculated to lead to the discovery of admissible evidence." To put this in perspective, MGA is currently attempting to put at issue Mattel's Responses to almost a thousand Phase 1 RFPs - yet makes no attempt set forth in writing the relevance to Phase 2 of individual or reasonably identified groups of RFPs. That is a violation of paragraph 5 of the Discovery Master Stipulation. There also is no practical

quinn emanuel urquhart oliver & hedges, llp

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL (415) 875-6600 FAX (415) 875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065-2139 | TEL (650) 801-5000 FAX (650) 801-5100
CHICAGO | 250 South Wacker Drive, Suite 230, Chicago, Illinois 60606-6301 | TEL (312) 463-2961 FAX (312) 463-2962
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom | TEL +44(0) 20 7653 2000 FAX +44(0) 20 7653 2100
TOKYO | Akasaka Twin Tower Main Bldg., 6th Fl., 17-22 Akasaka 2-Chome, Minato-ku, Tokyo 107-0052, Japan | TEL +81 3 5561-1711 FAX +81 3 5561-1712

Exhibit 13 - Page 60

reason why MGA continues to refuse to address the relevance of the RFPs in any manner.  If it moves to compel, it will have to explain relevance for these RFPs in any event, especially since a many of them were previously rejected by the Discovery Master.

In order for Mattel and MGA to engage in a meaningful meet and confer on the thousand RFPs MGA now wishes to meet and confer on, please provide us with a description of MGA's bases for asserting that RFPs (other than those where Mattel already agreed to produce or was compelled) seek information relevant for Phase 2.  We expect this to be in writing and, if MGA prefers, it can be made as to reasonable groupings of similar RFPs.  Otherwise, we cannot prepare for the meet and confer.

I look forward to hearing from you and to discussing the RFPs once we have received the requested information.

Best regards,

/s/ James J. Webster


James J. Webster

JJW


07209/3069717.2