# Exhibit 16
## Confidential
**FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**

Name & Address:
Diana M. Rutowski (State Bar No. 233878)
ORRICK HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| CARTER BRYANT, an individual,<br><br>PLAINTIFF(S)<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation,<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>CV 04-9049 SGL (RNBx)<br><br>NOTICE OF MANUAL FILING |
|---|---|

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**

Exhibits 16, 53, 55, 56, 60, 62, and 67 to the Declaration of Diana M. Rutowski in Support of MGA Parties' Motion to Compel Further Responses to MGA's Requests for Production of Documents

**Document Description:**

☐ Administrative Record
☑ Exhibits
☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]
☐ Other

**Reason:**

☑ Under Seal
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☐ Per Court order dated _____
☐ Manual Filing required (*reason*):

| September 23, 2009 | Diana M. Rutowski |
|---|---|
| Date | Attorney Name |
| | MGA Parties |
| | Party Represented |

Note:  File one Notice in each case, each time you manually file document(s).

G-92 (03/09)                                           NOTICE OF MANUAL FILING