# Exhibit 19

1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     John B. Quinn (Bar No. 090378)
2    johnquinn@quinnemanuel.com
     Michael T. Zeller (Bar No. 196417)
3    (michaelzeller@quinnemanuel.com)
     Jon D. Corey (Bar No. 185066)
4    (joncorey@quinnemanuel.com)
     Timothy L. Alger (Bar No. 160303)
5    (timalger@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
6  Los Angeles, California 90017-2543
   Telephone:  (213) 443-3000
7  Facsimile:   (213) 443-3100

8  Attorneys for Plaintiff and Counter-
   Defendant Mattel, Inc.

9

10                 UNITED STATES DISTRICT COURT

11                CENTRAL DISTRICT OF CALIFORNIA

12                       EASTERN DIVISION

13

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727 |
| v. | MATTEL, INC.'S OBJECTIONS AND RESPONSES TO MGA ENTERTAINMENT, INC.'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS |
| MATTEL, INC., a Delaware Corporation, | |
| Defendant. | Hon. Stephen G. Larson |
| AND CONSOLIDATED ACTIONS | Discovery Cutoff:      None set<br>Pretrial Conf. Date:   None set<br>Trial Date:               None set |

RESPONSES TO FIRST SET OF REQUESTS FOR PRODUCTION

Exhibit 19 - Page 356

### **Preliminary Statement**

Mattel, Inc. ("Mattel") has not yet completed its investigation of the facts relating to this action, has not yet reviewed all documents relating to this action, has not yet interviewed all witnesses in this action, and has not yet received all requested discovery from MGA Entertainment, Inc. ("MGA") and/or Carter Bryant and third parties with regard to this action. Consequently, Mattel reserves the right to amend and/or supplement its responses if and when additional facts or documents are discovered. Additionally, because Mattel's responses are based on facts and documents that Mattel has identified to date, they do not preclude Mattel from later relying on facts discovered pursuant to further investigation or discovery or on subsequently discovered or generated documents. Mattel's partial response to any of MGA's First Set of Requests for Production of Documents and Things (the "Requests") is not to be construed as a waiver of any of its objections or its right to object to any other request. Objection to the production of any document or category of documents described in the Requests, or agreement to produce any such documents, is not and shall not be construed as an admission by Mattel that any such documents or category of documents exist.

### **General Objections**

Mattel generally objects to each of the Requests on each and every one of the following grounds, which are incorporated into and made a part of the response to each and every individual request:

1.     Mattel objects to the Requests on the grounds and to the extent that they seek to impose discovery obligations beyond those required or permitted by the <u>Federal Rules of Civil Procedure</u>.

2.     Mattel objects to the Requests on the grounds and to the extent they call for the production of documents subject to the attorney-client privilege, the attorney work product doctrine, the right to privacy as set forth in the United States

-2-
RESPONSES TO FIRST SET OF REQUESTS FOR PRODUCTION

<u>Exhibit 19 - Page 357</u>

1   and/or California Constitutions, or any other applicable law, privilege, immunity,

2   doctrine or other ground of privilege.  Mattel will not produce such privileged

3   documents.

4          3.     Mattel objects to the Requests on the grounds and to the extent

5   they are overly broad, unduly burdensome, oppressive or unreasonably cumulative,

6   including with respect to each and every Request that seeks "all" documents which

7   constitute, mention, refer or relate to a given topic.  If and to the extent so stated in

8   these responses, Mattel will make available for inspection those documents and

9   tangible things located after a reasonable, good faith search of those locations and

10  files within its possession, custody and control that are likely to contain responsive,

11  non-privileged documents and tangible things.

12         4.     Mattel objects to the Requests on the grounds and to the extent

13  they seek information which is not relevant to the subject matter of this action nor

14  reasonably calculated to lead to the discovery of admissible evidence.

15         5.     Mattel objects to the Requests on the grounds and to the extent

16  they seek documents equally or more available to, or already in the possession,

17  custody or control of MGA and/or Carter Bryant.

18         6.     Mattel objects to the Requests on the grounds and to the extent

19  they seek documents not in Mattel's possession, custody or control.

20         7.     Mattel objects to the Requests on the grounds that they are

21  unduly burdensome and vague and ambiguous in that they purport to require Mattel

22  to identify and produce documents relating to matters that are currently known to

23  and in the possession, custody and control of defendants and third parties, including

24  third parties associated with defendants, and that are not known to Mattel.

25         8.     Mattel objects to the Requests on the grounds that they seek the

26  production of documents or information that are in the possession, custody and

27  control of independent parties over whom Mattel has no control, including without

28  limitation defendants, and seek the disclosure of information or documents that are

1   in the possession, custody and control of defendants or are publicly available and

2   hence equally available to all parties to this litigation.

3            9.    Mattel objects to the Requests on the ground and to the extent

4   they seek trade secret, proprietary or otherwise confidential information of Mattel or

5   third parties or would violate the terms of any agreement or contracts with third

6   parties.  Any such documents that are produced, if any, will be produced only

7   pursuant to and in reliance upon the Protective Order entered in this case.

8           10.    Mattel objects to the Requests on the grounds that the definitions

9   of the terms "MATTEL" and "MGA" are overbroad, vague and ambiguous, and

10  unduly burdensome.

11          12.    Mattel objects to each and every Request to the extent that they

12  seek documents already produced in this action.  Indeed, Mattel has produced in

13  excess of 60,000 pages in the parties' consolidated litigation, including as its initial

14  disclosures in connection with MGA's claims that are the subject of these Requests.

15  Documents which have already been produced will not be produced a second time

16  in response to these requests.

17          13.    Mattel objects to the Requests on that grounds that they are

18  premature in seeking expert discovery.  Such discovery will be disclosed only at the

19  time, and in the manner required by, the <u>Rules</u> and the Court's Orders.

20          14.    Mattel objects to the Requests as contrary to the <u>Rules of Federal</u>

21  <u>Procedure</u>, including without limitation <u>Federal Rule of Civil Procedure</u> 26, in that

22  MGA served the Requests prior to discharging its early meeting obligations and,

23  since that time, has failed and refused to make proper initial disclosures as required

24  by the <u>Rules</u>.

25          15.    Mattel objects to the time, place and manner of production

26  specified in defendant's Requests.  Mattel will produce responsive, non-privileged

27  documents and tangible things, if any and to the extent not previously produced, in

28

1    accordance with its responses at a time and place and in a manner that is reasonable,

2    convenient and mutually agreed upon by the parties.

3

4    **SPECIFIC OBJECTIONS AND RESPONSES TO DOCUMENT REQUESTS**

5            Each of the following objections and responses to the Requests is

6    expressly made subject to the above Preliminary Statement and General Objections,

7    all of which are incorporated in each of the following objections and responses to

8    specific requests.  A statement that Mattel will produce documents or tangible things

9    in response to a Request is not intended to suggest, nor should it be construed to

10   mean, that any such documents or tangible things exist, or that they are in Mattel's

11   possession, custody or control.

12

13   REQUEST FOR PRODUCTION NO. 1:

14           All DOCUMENTS REFERRING OR RELATING TO the origins or

15   sources of inspiration of "MY SCENE" including, without limitation, the purpose

16   for which "MY SCENE" products were created.

17

18   RESPONSE TO REQUEST FOR PRODUCTION NO. 1:

19           In addition to the general objections stated above which are

20   incorporated herein by reference, Mattel objects to this Request on the grounds that

21   it is overbroad and unduly burdensome, including in that it seeks all documents on

22   this subject without limitation as to time, and regardless of whether such documents

23   relate to products or matters at issue in this case.  Mattel further objects to the

24   Request on the grounds that it seeks documents that are not relevant to this action or

25   likely to lead to the discovery of admissible evidence, including without limitation

26   in that MGA's Complaint challenges only certain of Mattel's MY SCENE products.

27   Mattel further objects to this Request on the grounds that it seeks confidential,

28   proprietary and trade secret information that has no bearing on the claims or

1 | defenses in this case.  Mattel further objects to this Request on the grounds that it
2 | calls for the disclosure of information subject to the attorney-client privilege, the
3 | attorney work-product doctrine and other applicable privileges.
4 |    Subject to and without waiving the foregoing general and specific
5 | objections, and to the extent not already produced, Mattel will produce responsive,
6 | non-privileged documents in its possession, custody or control that it can locate after
7 | a reasonable, good faith search relating to the origins and sources of inspiration for
8 | the aspects of the MY SCENE products that MGA has accused of infringement in its
9 | Complaint.
10 |
11 | <u>REQUEST FOR PRODUCTION NO. 2</u>:
12 |    All DOCUMENTS REFERRING OR RELATING TO the initial
13 | design and development of "MY SCENE" dolls as identified in paragraph 34 of the
14 | COMPLAINT, including but not limited to design drawings, sculpts, internal
15 | memos, MARKET RESEARCH, and approval memos.
16 |
17 | <u>RESPONSE TO REQUEST FOR PRODUCTION NO. 2</u>:
18 |    In addition to the general objections stated above which are
19 | incorporated herein by reference, Mattel objects to this Request on the grounds that
20 | it is overbroad and unduly burdensome, including in that it seeks all documents on
21 | this subject without limitation as to time, and regardless of whether such documents
22 | relate to products or matters at issue in this case.  Mattel further objects to the
23 | Request on the grounds that it seeks documents that are not relevant to this action or
24 | likely to lead to the discovery of admissible evidence.  Mattel further objects to this
25 | Request on the grounds that it seeks confidential, proprietary and trade secret
26 | information that has no bearing on the claims or defenses in this case.  Mattel further
27 | objects to this Request on the grounds that it calls for the disclosure of information
28 |

1 subject to the attorney-client privilege, the attorney work-product doctrine and other

2 applicable privileges.

3         Subject to and without waiving the foregoing general and specific

4 objections, and to the extent not already produced, Mattel will produce responsive,

5 non-privileged documents in its possession, custody or control that it can locate after

6 a reasonable, good faith search relating to the initial design and development of the

7 aspects of the MY SCENE products that MGA has accused of infringement.

8

9 <u>REQUEST FOR PRODUCTION NO. 3</u>:

10         All DOCUMENTS REFERRING OR RELATING TO the initial

11 design and development of the doll YOU refer to as "a Mattel doll character called

12 BARBIE" as asserted in paragraph 25 of YOUR ANSWER responding to

13 paragraph 34 of the COMPLAINT, including but not limited to design drawings,

14 sculpts, internal memos, MARKET RESEARCH, and approval memos.

15

16 <u>RESPONSE TO REQUEST FOR PRODUCTION NO. 3</u>:

17         In addition to the general objections stated above which are

18 incorporated herein by reference, Mattel objects to this Request on the grounds that

19 it is overbroad and unduly burdensome, including in that it seeks "all" documents on

20 this subject without limitation as to time, and regardless of whether such documents

21 relate to products or matters at issue in this case. Mattel further objects to this

22 Request on the grounds that it is overbroad and unduly burdensome in that it seeks

23 "all" documents referring to or relating to BARBIE dolls. Mattel further objects to

24 the Request on the grounds that it seeks documents that are not relevant to this

25 action or likely to lead to the discovery of admissible evidence. Mattel further

26 objects to this Request on the grounds that it seeks confidential, proprietary and

27 trade secret information that has no bearing on the claims or defenses in this case.

28 Mattel further objects to this Request on the grounds that it calls for the disclosure

1    of information subject to the attorney-client privilege, the attorney work-product

2    doctrine and other applicable privileges.

3              Subject to and without waiving the foregoing general and specific

4    objections, and to the extent not already produced, Mattel will produce responsive,

5    non-privileged documents or else product exemplars in its possession, custody or

6    control that it can locate after a reasonable, good faith search sufficient to show the

7    appearance and the timing of the release and sale of BARBIE dolls that are

8    referenced by Mattel in its response to paragraph 34 of MGA's Complaint.

9

10   REQUEST FOR PRODUCTION NO. 4:

11             All DOCUMENTS REFERRING OR RELATING TO consideration

12   being given to changing the appearance, including but not limited to DOCUMENTS

13   REFERRING OR RELATING TO sculpts, face paint, and eye design, of the "MY

14   SCENE" dolls, as identified in paragraph 34 of the COMPLAINT, to the appearance

15   as identified in paragraphs 37-40 of the COMPLAINT.

16

17   RESPONSE TO REQUEST FOR PRODUCTION NO. 4:

18             In addition to the general objections stated above which are

19   incorporated herein by reference, Mattel objects to this Request on the grounds that

20   it is overbroad and unduly burdensome, including in that it seeks all documents on

21   this subject without limitation as to time, and regardless of whether such documents

22   relate to products or matters at issue in this case. Mattel further objects to this

23   Request on the grounds that it is ambiguous and unintelligible in its use of the

24   phrase "to the appearance as identified in" and in that it is contrary to fact. Mattel

25   further objects to the Request on the grounds that it seeks documents that are not

26   relevant to this action or likely to lead to the discovery of admissible evidence.

27   Mattel further objects to this Request on the grounds that it seeks confidential,

28   proprietary and trade secret information that has no bearing on the claims or

1  defenses in this case. Mattel further objects to this Request on the grounds that it

2  calls for the disclosure of information subject to the attorney-client privilege, the

3  attorney work-product doctrine and other applicable privileges.

4          Subject to and without waiving the foregoing general and specific

5  objections, and to the extent not already produced, Mattel will produce responsive,

6  non-privileged documents in its possession, custody or control that it can locate after

7  a reasonable, good faith search relating to the design of the aspects of the MY

8  SCENE products that MGA has accused of infringement.

9

10  REQUEST FOR PRODUCTION NO. 5:

11          Photographs or pictures sufficient to illustrate every variation or

12  version of "MY SCENE" dolls ever released as a commercial product, including

13  without limitation, face paint, face paint plans or designs, eye designs, drafts, ideas

14  or concepts.

15

16  RESPONSE TO REQUEST FOR PRODUCTION NO. 5:

17          In addition to the general objections stated above which are

18  incorporated herein by reference, Mattel objects to this Request on the grounds that

19  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

20  documents on this subject without limitation as to time, and regardless of whether

21  such documents relate to products or matters at issue in this case. Mattel further

22  objects to this Request to the extent that it purports to require Mattel to take

23  photographs or pictures of tangible items that are exemplified in tangible things.

24  Mattel further objects to the Request on the grounds that it seeks documents that are

25  not relevant to this action or likely to lead to the discovery of admissible evidence.

26  Mattel further objects to this Request on the grounds that it seeks confidential,

27  proprietary and trade secret information that has no bearing on the claims or

28  defenses in this case. Mattel further objects to this Request on the grounds that it

75/2017529.1

-9-

1    calls for the disclosure of information subject to the attorney-client privilege, the

2    attorney work-product doctrine and other applicable privileges.

3              Subject to and without waiving the foregoing general and specific

4    objections, and to the extent not already produced, Mattel will produce responsive,

5    non-privileged product exemplars in its possession, custody or control that it can

6    locate after a reasonable, good faith search sufficient to depict the aspects of the MY

7    SCENE products that MGA has accused of infringement.

8

9    REQUEST FOR PRODUCTION NO. 6:

10             Photographs or pictures sufficient to illustrate every variation or

11   version of "MY SCENE" dolls considered by YOU but never released as a

12   commercial product, including without limitation, face paint, face paint plans or

13   designs, eye designs, drafts, ideas or concepts.

14

15   RESPONSE TO REQUEST FOR PRODUCTION NO. 6:

16             In addition to the general objections stated above which are

17   incorporated herein by reference, Mattel objects to this Request on the grounds that

18   it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

19   documents on this subject without limitation as to time, and regardless of whether

20   such documents relate to products or matters at issue in this case.  Mattel further

21   objects to the Request on the grounds that it seeks documents that are not relevant to

22   this action or likely to lead to the discovery of admissible evidence in that dolls that

23   were never released as a commercial product are not at issue in this action.  Mattel

24   further objects to this Request as vague and ambiguous in its use of the term "drafts"

25   in this context.  Mattel further objects to this Request in that it purports to require

26   Mattel to create photographs or pictures that were not otherwise created in the

27   normal course of business.  Mattel further objects to this Request on the grounds

28   that it seeks confidential, proprietary and trade secret information that has no

-10-

Y75/2017529.1

1  bearing on the claims or defenses in this case.  Mattel further objects to this Request

2  on the grounds that it calls for the disclosure of information subject to the attorney-

3  client privilege, the attorney work-product doctrine and other applicable privileges.

4          Subject to and without waiving the foregoing general and specific

5  objections, and to the extent not already produced, Mattel will produce responsive,

6  non-privileged documents or else tangible exemplars in its possession, custody or

7  control that it can locate after a reasonable, good faith search sufficient to depict the

8  design and development of the aspects of the MY SCENE products that MGA has

9  accused of infringement.

10

11  REQUEST FOR PRODUCTION NO. 7:

12          All DOCUMENTS REFERRING OR RELATING TO changes to "MY

13  SCENE" from the appearance as identified in paragraph 34 of the COMPLAINT to

14  the appearance as identified in paragraphs 37-40 of the COMPLAINT including,

15  without limitation, the sculpt, face paint plans or designs, eye designs, ideas, and

16  drafts.

17

18  RESPONSE TO REQUEST FOR PRODUCTION NO. 7:

19          In addition to the general objections stated above which are

20  incorporated herein by reference, Mattel objects to this Request on the grounds that

21  it is overbroad and unduly burdensome, including in that it seeks all documents on

22  this subject without limitation as to time, and regardless of whether such documents

23  relate to products or matters at issue in this case.  Mattel further objects to this

24  Request on the grounds that it is unintelligible and contrary to fact in its use of the

25  term "changes," including without limitation with respect to head sculpts, and in its

26  use of the term "drafts" in this context.  Mattel further objects to the Request on the

27  grounds that it seeks documents that are not relevant to this action or likely to lead

28  to the discovery of admissible evidence.  Mattel further objects to this Request on

-11-

1  the grounds that it seeks confidential, proprietary and trade secret information that
2  has no bearing on the claims or defenses in this case.  Mattel further objects to this
3  Request on the grounds that it calls for the disclosure of information subject to the
4  attorney-client privilege, the attorney work-product doctrine and other applicable
5  privileges.
6          Subject to and without waiving the foregoing general and specific
7  objections, and to the extent not already produced, Mattel will produce responsive,
8  non-privileged documents in its possession, custody or control that it can locate after
9  a reasonable, good faith search relating to the design and development of the aspects
10 of the MY SCENE products that MGA has accused of infringement.
11
12 REQUEST FOR PRODUCTION NO. 8:
13          All DOCUMENTS which support YOUR assertions in paragraphs 27
14 and 30 of YOUR ANSWER regarding dolls identified in paragraphs 37 and 40 of
15 the COMPLAINT.
16
17 RESPONSE TO REQUEST FOR PRODUCTION NO. 8:
18          In addition to the general objections stated above which are
19 incorporated herein by reference, Mattel objects to this Request on the grounds that
20 it is overbroad, unduly burdensome and unintelligible, including in that it seeks all
21 documents on this subject without limitation as to time, and regardless of whether
22 such documents relate to products or matters at issue in this case.  Mattel further
23 objects to the Request on the grounds that it seeks documents that are not relevant to
24 this action or likely to lead to the discovery of admissible evidence.  Mattel further
25 objects to this Request on the grounds that it seeks confidential, proprietary and
26 trade secret information that has no bearing on the claims or defenses in this case.
27 Mattel further objects to this Request on the grounds that it calls for the disclosure
28

975/2017529.1

-12-

1 | of information subject to the attorney-client privilege, the attorney work-product
2 | doctrine and other applicable privileges.

3 | Subject to and without waiving the foregoing general and specific
4 | objections, and to the extent not already produced, Mattel will produce responsive,
5 | non-privileged documents or else product exemplars in its possession, custody or
6 | control that it can locate after a reasonable, good faith search sufficient to show the
7 | appearance and the timing of the release and sale of dolls that are referenced by
8 | Mattel in response to paragraphs 37 and 40 of MGA's Complaint.

9 |

10 | REQUEST FOR PRODUCTION NO. 9:

11 | All DOCUMENTS which support YOUR assertions in paragraphs 28
12 | and 29 of YOUR ANSWER regarding eye designs identified in paragraphs 38 and
13 | 39 of the COMPLAINT.

14 |

15 | RESPONSE TO REQUEST FOR PRODUCTION NO. 9:

16 | In addition to the general objections stated above which are
17 | incorporated herein by reference, Mattel objects to this Request on the grounds that
18 | it is overbroad and unduly burdensome, including in that it seeks all documents on
19 | this subject without limitation as to time, and regardless of whether such documents
20 | relate to products or matters at issue in this case. Mattel further objects to this
21 | Request as incomprehensible and premature in that MGA has failed and refused to
22 | produce documents that evidence its supposed rights in the "Bratz eye" or any other
23 | matter. Mattel further objects to this Request on the grounds that it seeks
24 | confidential, proprietary and trade secret information that has no bearing on the
25 | claims or defenses in this case. Mattel further objects to this Request on the grounds
26 | that it calls for the disclosure of information subject to the attorney-client privilege,
27 | the attorney work-product doctrine and other applicable privileges.

28 |

975/2017529.1

-13-

1      Subject to and without waiving the foregoing general and specific

2  objections, and to the extent not already produced, Mattel will produce responsive,

3  non-privileged documents or product exemplars in its possession, custody or control

4  that it can locate after a reasonable, good faith search supporting its response to

5  paragraphs 38 and 39 of MGA's Complaint.

6

7  REQUEST FOR PRODUCTION NO. 10:

8      All DOCUMENTS REFERRING OR RELATING TO the design,

9  development, themes, conception or creation of the packaging or artwork of "MY

10 SCENE" including without limitation, the motivation, purpose, or inspiration for the

11 packaging or artwork.

12

13 RESPONSE TO REQUEST FOR PRODUCTION NO. 10:

14      In addition to the general objections stated above which are

15 incorporated herein by reference, Mattel objects to this Request on the grounds that

16 it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

17 documents on this subject without limitation as to time, and regardless of whether

18 such documents relate to products, packaging or matters at issue in this case. Mattel

19 further objects to this Request as overbroad, unduly burdensome and unintelligible

20 in its use of the term "artwork" in this context. Mattel further objects to the Request

21 on the grounds that it seeks documents that are not relevant to this action or likely to

22 lead to the discovery of admissible evidence. Mattel further objects to this Request

23 on the grounds that it seeks confidential, proprietary and trade secret information

24 that has no bearing on the claims or defenses in this case. Mattel further objects to

25 this Request on the grounds that it calls for the disclosure of information subject to

26 the attorney-client privilege, the attorney work-product doctrine and other applicable

27 privileges.

28

-14-

RESPONSES TO FIRST SET OF REQUESTS FOR PRODUCTION

Exhibit 19 - Page 369

1    Subject to and without waiving the foregoing general and specific

2  objections, and to the extent not already produced, Mattel will produce responsive,

3  non-privileged documents in its possession, custody or control that it can locate after

4  a reasonable, good faith search relating to the design, development, conception and

5  creation of the aspects of the MY SCENE packaging that MGA has accused of

6  infringement.

7

8  REQUEST FOR PRODUCTION NO. 11:

9    All DOCUMENTS REFERRING OR RELATING TO the

10  development of the product design trade dress or packaging trade dress of "MY

11  SCENE," including but not limited to the total image, design and appearance of the

12  "MY SCENE" product, as well as features of the "MY SCENE" product such as

13  size, shape, color, color combinations, texture or graphics, or anything else

14  MATTEL considers to be its proprietary trade dress of "MY SCENE," and any

15  changes thereto.

16

17  RESPONSE TO REQUEST FOR PRODUCTION NO. 11:

18    In addition to the general objections stated above which are

19  incorporated herein by reference, Mattel objects to this Request on the grounds that

20  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

21  documents on this subject without limitation as to time, and regardless of whether

22  such documents relate to products or matters at issue in this case.  Mattel further

23  objects to the Request on the grounds that it seeks documents that are not relevant to

24  this action or likely to lead to the discovery of admissible evidence.  Mattel further

25  objects to this Request on the grounds that it seeks confidential, proprietary and

26  trade secret information that has no bearing on the claims or defenses in this case.

27  Mattel further objects to this Request on the grounds that it calls for the disclosure

28

-15-
RESPONSES TO FIRST SET OF REQUESTS FOR PRODUCTION

Exhibit 19 - Page 370

1   of information subject to the attorney-client privilege, the attorney work-product

2   doctrine and other applicable privileges.

3           Subject to and without waiving the foregoing general and specific

4   objections, and to the extent not already produced, Mattel will produce responsive,

5   non-privileged documents in its possession, custody or control that it can locate after

6   a reasonable, good faith search relating to the development of the aspects of the MY

7   SCENE products or packaging that MGA has accused of infringement.

8

9   REQUEST FOR PRODUCTION NO. 12:

10          DOCUMENTS sufficient to show any position MATTEL has taken

11  with respect to its claimed trade dress in connection with any "MY SCENE"

12  product, including but not limited to internal COMMUNICATIONS,

13  COMMUNICATIONS with third parties, trademark applications and related

14  DOCUMENTS, filings in judicial proceedings or regulatory filings.

15

16  RESPONSE TO REQUEST FOR PRODUCTION NO. 12:

17          In addition to the general objections stated above which are

18  incorporated herein by reference, Mattel objects to this Request on the grounds that

19  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

20  documents on this subject without limitation as to time, and regardless of whether

21  such documents relate to products or matters at issue in this case.  Mattel further

22  objects to the Request on the grounds that it seeks documents that are not relevant to

23  this action or likely to lead to the discovery of admissible evidence.  Mattel further

24  objects to this Request on the grounds that it seeks confidential, proprietary and

25  trade secret information that has no bearing on the claims or defenses in this case.

26  Mattel further objects to this Request on the grounds that it calls for the disclosure

27  of information subject to the attorney-client privilege, the attorney work-product

28  doctrine and other applicable privileges.

1    Subject to and without waiving the foregoing general and specific

2  objections, and to the extent not already produced, Mattel will produce responsive,

3  non-privileged documents in its possession, custody or control that it can locate after

4  a reasonable, good faith search relating to the aspects of the MY SCENE products

5  that MGA has accused of infringement.

6

7  REQUEST FOR PRODUCTION NO. 13:

8    All DOCUMENTS REFERRING OR RELATING TO any MARKET

9  RESEARCH, projections or plans pertaining to the release of "MY SCENE" to the

10  market.

11

12  RESPONSE TO REQUEST FOR PRODUCTION NO. 13:

13    In addition to the general objections stated above which are

14  incorporated herein by reference, Mattel objects to this Request on the grounds that

15  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

16  documents on this subject without limitation as to time, and regardless of whether

17  such documents relate to products or matters at issue in this case.  Mattel further

18  objects to the Request on the grounds that it seeks documents that are not relevant to

19  this action or likely to lead to the discovery of admissible evidence.  Mattel further

20  objects to this Request on the grounds that it seeks confidential, proprietary and

21  trade secret information that has no bearing on the claims or defenses in this case.

22  Mattel further objects to this Request on the grounds that it calls for the disclosure

23  of information subject to the attorney-client privilege, the attorney work-product

24  doctrine and other applicable privileges.

25    Subject to and without waiving the foregoing general and specific

26  objections, and to the extent not already produced, Mattel will produce responsive,

27  non-privileged documents in its possession, custody or control that it can locate after

28

1    a reasonable, good faith search relating to the marketing of the aspects of the MY

2    SCENE products that MGA has accused of infringement.

3

4    REQUEST FOR PRODUCTION NO. 14:

5              All DOCUMENTS REFERRING OR RELATING TO the creation or

6    development of the "Chillin' Out!," "Night on the Town," "Jammin' in Jamaica,"

7    "Guava Gulch Tiki Lounge," "Sound Lounge," and "My Bling Bling" (including

8    without limitation "My Bling Bling with Real Gem" and "My Bling Bling with Real

9    Diamond") themes including but not limited to DOCUMENTS showing when and

10   how they were first conceived and any awareness by MATTEL of similar or

11   proposed MGA themes.

12

13   RESPONSE TO REQUEST FOR PRODUCTION NO. 14:

14             In addition to the general objections stated above which are

15   incorporated herein by reference, Mattel objects to this Request on the grounds that

16   it is unintelligible and contrary to fact in its use of the phrase "MGA themes."

17   Mattel further objects to this Request on the grounds that it is overbroad and unduly

18   burdensome, including in that it seeks all documents on this subject without

19   limitation as to time, and regardless of whether such documents relate to products or

20   matters at issue in this case. Mattel further objects to the Request on the grounds

21   that it seeks documents that are not relevant to this action or likely to lead to the

22   discovery of admissible evidence. Mattel further objects to this Request on the

23   grounds that it seeks confidential, proprietary and trade secret information that has

24   no bearing on the claims or defenses in this case. Mattel further objects to this

25   Request on the grounds that it calls for the disclosure of information subject to the

26   attorney-client privilege, the attorney work-product doctrine and other applicable

27   privileges.

28

-18-

1    Subject to and without waiving the foregoing general and specific

2    objections, and to the extent not already produced, Mattel will produce responsive,

3    non-privileged documents in its possession, custody or control that it can locate after

4    a reasonable, good faith search relating to the creation and development of the

5    aspects of the MY SCENE products that MGA has accused of infringement.

6

7    REQUEST FOR PRODUCTION NO. 15:

8    All DOCUMENTS REFERRING OR RELATING TO the timing or

9    plans for release of the "MY SCENE" themes "Chillin' Out!," "Night on the Town,"

10   "Jammin' in Jamaica," "Guava Gulch Tiki Lounge," "Sound Lounge," and "My

11   Bling Bling" (including without limitation "My Bling Bling with Real Gem" and

12   "My Bling Bling with Real Diamond").

13

14   RESPONSE TO REQUEST FOR PRODUCTION NO. 15:

15   In addition to the general objections stated above which are

16   incorporated herein by reference, Mattel objects to this Request on the grounds that

17   it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

18   documents on this subject without limitation as to time, and regardless of whether

19   such documents relate to products or matters at issue in this case.  Mattel further

20   objects to the Request on the grounds that it seeks documents that are not relevant to

21   this action or likely to lead to the discovery of admissible evidence.  Mattel further

22   objects to this Request on the grounds that it seeks confidential, proprietary and

23   trade secret information that has no bearing on the claims or defenses in this case.

24   Mattel further objects to this Request on the grounds that it calls for the disclosure

25   of information subject to the attorney-client privilege, the attorney work-product

26   doctrine and other applicable privileges.

27   Subject to and without waiving the foregoing general and specific

28   objections, and to the extent not already produced, Mattel will produce responsive,

75/2017529.1

-19-

RESPONSES TO FIRST SET OF REQUESTS FOR PRODUCTION

Exhibit 19 - Page 374

1   non-privileged documents in its possession, custody or control that it can locate after
2   a reasonable, good faith search sufficient to show the timing of the MY SCENE
3   products that MGA has accused of infringement.

4

5   REQUEST FOR PRODUCTION NO. 16:
6           All DOCUMENTS REFERRING OR RELATING TO the "BRATZ"
7   themes including but not limited to "Forever Diamondz," "Rock Angelz," "Bratz
8   Rodeo," "Wild Life Safari," "Bratz Passion 4 Fashion," "Formal Funk," "Funky
9   Fashion Makeover," "Wintertime Wonderland," and "Sun Kissed Summer" before
10  they were advertised or otherwise made publicly available.

11

12  RESPONSE TO REQUEST FOR PRODUCTION NO. 16:
13          In addition to the general objections stated above which are
14  incorporated herein by reference, Mattel objects to this Request on the grounds that
15  it is unintelligible and contrary to fact in its use of the phrase "Bratz themes."
16  Mattel further objects to this Request on the grounds that it is overbroad, unduly
17  burdensome and unintelligible, including in that it seeks all documents on this
18  subject without limitation as to time, and regardless of whether such documents
19  relate to products or matters at issue in this case. Mattel further objects to the
20  Request on the grounds that it seeks documents that are not relevant to this action or
21  likely to lead to the discovery of admissible evidence. Mattel further objects to this
22  Request on the grounds that it seeks confidential, proprietary and trade secret
23  information that has no bearing on the claims or defenses in this case. Mattel further
24  objects to this Request on the grounds that it seeks information known to and within
25  the possession, custody and control of defendants and their associated third parties,
26  not Mattel. Mattel further objects to this Request on the grounds that it calls for the
27  disclosure of information subject to the attorney-client privilege, the attorney work-
28  product doctrine and other applicable privileges.

1    Subject to and without waiving the foregoing general and specific
2  objections, and to the extent not already produced, Mattel will produce responsive,
3  non-privileged documents in its possession, custody or control, if any, that it can
4  locate after a reasonable, good faith search relating to the aspects of the Bratz
5  products that MGA has alleged were infringed.
6
7  REQUEST FOR PRODUCTION NO. 17:
8    All DOCUMENTS REFERRING OR RELATING TO "BRATZ," or
9  showing any awareness by MATTEL of "BRATZ," prior to the January 2001 Hong
10  Kong toy fair.
11
12  RESPONSE TO REQUEST FOR PRODUCTION NO. 17:
13    In addition to the general objections stated above which are
14  incorporated herein by reference, Mattel objects to this Request as duplicative and
15  harassing in that it seeks documents that have already been the subject of several
16  prior Requests by MGA and by Bryant.  Mattel further objects to this Request as
17  circular and unintelligible in that it purports to define "MATTEL" as including
18  "former" employees who were, prior to January 2001, employed by or otherwise
19  working for MGA.  Mattel further objects to the Request on the grounds that it seeks
20  documents that MGA and Bryant have claimed at various times are not relevant to
21  this action or likely to lead to the discovery of admissible evidence.  Mattel further
22  objects to this Request on the grounds that it seeks confidential, proprietary and
23  trade secret information that has no bearing on the claims or defenses in this case.
24  Mattel further objects to this Request on the grounds that it calls for the disclosure
25  of information subject to the attorney-client privilege, the attorney work-product
26  doctrine and other applicable privileges.
27    Subject to and without waiving the foregoing general and specific
28  objections, and to the extent not already produced, Mattel will produce responsive,

1  non-privileged documents in its possession, custody or control, if any, that it can
2  locate after a reasonable, good faith search consistent with Mattel's prior responses
3  to Requests encompassing this subject and consistent with the parties' prior
4  agreements as to the production of such documents.

5

6  REQUEST FOR PRODUCTION NO. 18:

7       All DOCUMENTS REFERRING OR RELATING TO any "BRATZ"
8  product or theme as an inspiration or factor in the development of any "MY
9  SCENE" product.

10

11 RESPONSE TO REQUEST FOR PRODUCTION NO. 18:

12      In addition to the general objections stated above which are
13 incorporated herein by reference, Mattel objects to this Request on the grounds that
14 it is unintelligible and contrary to fact in its use of the term Bratz "theme" and
15 vague, ambiguous and unintelligible in its use of the term "factor." Mattel further
16 objects to this Request on the grounds that it is overbroad and unduly burdensome,
17 including in that it seeks all documents on this subject without limitation as to time,
18 and regardless of whether such documents relate to products or matters at issue in
19 this case. Mattel further objects to the Request on the grounds that it seeks
20 documents that are not relevant to this action or likely to lead to the discovery of
21 admissible evidence. Mattel further objects to this Request on the grounds that it
22 seeks confidential, proprietary and trade secret information that has no bearing on
23 the claims or defenses in this case. Mattel further objects to this Request on the
24 grounds that it calls for the disclosure of information subject to the attorney-client
25 privilege, the attorney work-product doctrine and other applicable privileges.

26      Subject to and without waiving the foregoing general and specific
27 objections, and to the extent not already produced, Mattel will produce responsive,
28 non-privileged documents in its possession, custody or control, if any, that it can

1    locate after a reasonable, good faith search relating to the development of the

2    aspects of the MY SCENE products that MGA has accused of infringement.

3

4    REQUEST FOR PRODUCTION NO. 19:

5            All DOCUMENTS REFERRING OR RELATING TO the packaging

6    of "BRATZ, including but not limited to "Forever Diamondz," "Rock Angelz,"

7    "Bratz Rode," "Wild Life Safari," "Bratz Passion 4 Fashion," "Formal Funk,"

8    "Funky Fashion Makeover," "Wintertime Wonderland," and "Sun Kissed Summer."

9

10   RESPONSE TO REQUEST FOR PRODUCTION NO. 19:

11           In addition to the general objections stated above which are

12   incorporated herein by reference, Mattel objects to this Request on the grounds that

13   it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

14   documents on this subject without limitation as to time, and regardless of whether

15   such documents relate to products or matters at issue in this case. Mattel further

16   objects to the Request on the grounds that it seeks documents that are not relevant to

17   this action or likely to lead to the discovery of admissible evidence. Mattel further

18   objects to this Request on the grounds that it seeks confidential, proprietary and

19   trade secret information that has no bearing on the claims or defenses in this case.

20   Mattel further objects to this Request on the grounds that it calls for the disclosure

21   of information subject to the attorney-client privilege, the attorney work-product

22   doctrine and other applicable privileges.

23           Subject to and without waiving the foregoing general and specific

24   objections, and to the extent not already produced, Mattel will produce responsive,

25   non-privileged documents in its possession, custody or control, if any, that it can

26   locate after a reasonable, good faith search relating to the aspects of the packaging

27   of Bratz products that MGA has alleged were infringed.

28

1  REQUEST FOR PRODUCTION NO. 20:

2           All DOCUMENTS REFERRING OR RELATING TO any similarity

3  or dissimilarity between "BRATZ" and "MY SCENE" packaging, including without

4  limitation, advertising (including commercials), color schemes, product display,

5  shape, and the transparent style of packaging.

6

7  RESPONSE TO REQUEST FOR PRODUCTION NO. 20:

8           In addition to the general objections stated above which are

9  incorporated herein by reference, Mattel objects to this Request on the grounds that

10  it is overbroad and unduly burdensome, including in that it seeks all documents on

11  this subject without limitation as to time, and regardless of whether such documents

12  relate to products or matters at issue in this case.  Mattel further objects to this

13  Request as vague, incomprehensible and contrary to fact in its insinuation that such

14  elements as "the transparent style of packaging" is the subject of any rights owned

15  by MGA.  Mattel further objects to the Request on the grounds that it seeks

16  documents that are not relevant to this action or likely to lead to the discovery of

17  admissible evidence.  Mattel further objects to this Request on the grounds that it

18  seeks confidential, proprietary and trade secret information that has no bearing on

19  the claims or defenses in this case.  Mattel further objects to this Request on the

20  grounds that it calls for the disclosure of information subject to the attorney-client

21  privilege, the attorney work-product doctrine and other applicable privileges.

22           Subject to and without waiving the foregoing general and specific

23  objections, and to the extent not already produced, Mattel will produce responsive,

24  non-privileged documents in its possession, custody or control, if any, that it can

25  locate after a reasonable, good faith search comparing the appearance of, on the one

26  hand, the aspects of the packaging of Bratz products that MGA has alleged were

27  infringed and, on the other hand, the aspects of the packaging of MY SCENE

28  products that MGA has accused of infringement.

REQUEST FOR PRODUCTION NO. 21:

All DOCUMENTS REFERRING OR RELATING TO any similarity or dissimilarity between "BRATZ" and "MY SCENE," including without limitation, themes, accessories, clothing, and shoes.

RESPONSE TO REQUEST FOR PRODUCTION NO. 21:

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad and unduly burdensome, including in that it seeks all documents on this subject without limitation as to time, and regardless of whether such documents relate to products or matters at issue in this case. Mattel further objects to this Request as vague, incomprehensible and contrary to fact, including without limitation in its insinuation that such elements as "themes, accessories, clothing, and shoes" are the subject of any rights owned by MGA. Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence. Mattel further objects to this Request on the grounds that it seeks confidential, proprietary and trade secret information that has no bearing on the claims or defenses in this case. Mattel further objects to this Request on the grounds that it is duplicative of or subsumed within other requests within this set of requests. Mattel further objects to this Request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges.

Subject to and without waiving the foregoing general and specific objections, and to the extent not already produced, Mattel will produce responsive, non-privileged documents in its possession, custody or control, if any, that it can locate after a reasonable, good faith search comparing the appearance of, on the one hand, the aspects the Bratz products that MGA has alleged were infringed and, on

I75/2017529.1

1 | the other hand, the aspects of the MY SCENE products that MGA has accused of

2 | infringement.

3 |

4 | REQUEST FOR PRODUCTION NO. 22:

5 |      All DOCUMENTS REFERRING OR RELATING TO any similarity

6 | or dissimilarity between "BRATZ" and "MY SCENE" dolls, including without

7 | limitation, feet, hair, removable heads, face paint, eye design, head size, body

8 | proportions, and any other physical attributes.

9 |

10 | RESPONSE TO REQUEST FOR PRODUCTION NO. 22:

11 |      In addition to the general objections stated above which are

12 | incorporated herein by reference, Mattel objects to this Request on the grounds that

13 | it is overbroad and unduly burdensome, including in that it seeks all documents on

14 | this subject without limitation as to time, and regardless of whether such documents

15 | relate to products or matters at issue in this case. Mattel further objects to the

16 | Request on the grounds that it seeks documents that are not relevant to this action or

17 | likely to lead to the discovery of admissible evidence. Mattel further objects to this

18 | Request as vague, incomprehensible and contrary to fact, including without

19 | limitation in its insinuation that such elements as "removable heads" are the subject

20 | of any rights owned by MGA. Mattel further objects to this Request on the grounds

21 | that it seeks confidential, proprietary and trade secret information that has no

22 | bearing on the claims or defenses in this case. Mattel further objects to this Request

23 | on the grounds that it is duplicative of or subsumed within other requests within this

24 | set of requests. Mattel further objects to this Request on the grounds that it calls for

25 | the disclosure of information subject to the attorney-client privilege, the attorney

26 | work-product doctrine and other applicable privileges.

27 |      Subject to and without waiving the foregoing general and specific

28 | objections, and to the extent not already produced, Mattel will produce responsive,

-26-

1   non-privileged documents in its possession, custody or control, if any, that it can

2   locate after a reasonable, good faith search comparing the appearance of, on the one

3   hand, the aspects of the Bratz products that MGA has alleged were infringed and, on

4   the other hand, the aspects of the MY SCENE products that MGA has accused of

5   infringement.

6

7   REQUEST FOR PRODUCTION NO. 23:

8         All DOCUMENTS REFERRING OR RELATING TO whether the

9   appearance of "MY SCENE" copies, replicates, or in any way imitates the

10   appearance of "BRATZ."

11

12   RESPONSE TO REQUEST FOR PRODUCTION NO. 23:

13         In addition to the general objections stated above which are

14   incorporated herein by reference, Mattel objects to this Request on the grounds that

15   it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

16   documents on this subject without limitation as to time, and regardless of whether

17   such documents relate to products or matters at issue in this case.  Mattel further

18   objects to the Request on the grounds that it seeks documents that are not relevant to

19   this action or likely to lead to the discovery of admissible evidence.  Mattel further

20   objects to this Request on the grounds that it seeks confidential, proprietary and

21   trade secret information that has no bearing on the claims or defenses in this case.

22   Mattel further objects to this Request on the grounds that it is duplicative of or

23   subsumed within other requests within this set of requests.  Mattel further objects to

24   this Request on the grounds that it calls for the disclosure of information subject to

25   the attorney-client privilege, the attorney work-product doctrine and other applicable

26   privileges.

27         Subject to and without waiving the foregoing general and specific

28   objections, and to the extent not already produced, Mattel will produce responsive,

1  non-privileged documents in its possession, custody or control, if any, that it can
2  locate after a reasonable, good faith search comparing the appearance of, on the one
3  hand, the aspects of the Bratz products that MGA has alleged were infringed and, on
4  the other hand, the aspects of the MY SCENE products that MGA has accused of
5  infringement.

6

7  REQUEST FOR PRODUCTION NO. 24:

8         All DOCUMENTS REFERRING OR RELATING TO whether the
9  appearance of "BRATZ" copies, replicates, or in any way imitates the appearance of
10 "MY SCENE."

11

12 RESPONSE TO REQUEST FOR PRODUCTION NO. 24:

13        In addition to the general objections stated above which are
14 incorporated herein by reference, Mattel objects to this Request on the grounds that
15 it is overbroad, unduly burdensome and unintelligible, including in that it seeks all
16 documents on this subject without limitation as to time, and regardless of whether
17 such documents relate to products or matters at issue in this case.  Mattel further
18 objects to the Request on the grounds that it seeks documents that are not relevant to
19 this action or likely to lead to the discovery of admissible evidence.  Mattel further
20 objects to this Request on the grounds that it seeks confidential, proprietary and
21 trade secret information that has no bearing on the claims or defenses in this case.
22 Mattel further objects to this Request on the grounds that it is duplicative of or
23 subsumed within other requests within this set of requests.  Mattel further objects to
24 this Request on the grounds that it calls for the disclosure of information subject to
25 the attorney-client privilege, the attorney work-product doctrine and other applicable
26 privileges.
27        Subject to and without waiving the foregoing general and specific
28 objections, and to the extent not already produced, Mattel will produce responsive,

75/2017529.1

-28-

1  non-privileged documents in its possession, custody or control, if any, that it can
2  locate after a reasonable, good faith search comparing the appearance of, on the one
3  hand, any aspects of the Bratz products and any aspects of the MY SCENE products
4  that Mattel asserts in this action have been copied, replicated or imitated by MGA in
5  the event and to the extent Mattel makes such an assertion in this action.
6
7  REQUEST FOR PRODUCTION NO. 25:
8           All DOCUMENTS REFERRING OR RELATING TO whether "MY
9  SCENE" infringes or potentially infringes the copyrights, trademarks, or trade dress
10 of "BRATZ."
11
12 RESPONSE TO REQUEST FOR PRODUCTION NO. 25:
13          In addition to the general objections stated above which are
14 incorporated herein by reference, Mattel objects to this Request on the grounds that
15 it is overbroad and unduly burdensome, including in that it seeks all documents on
16 this subject without limitation as to time, and regardless of whether such documents
17 relate to products or matters at issue in this case. Mattel further objects to this
18 Request in that it is unintelligible and contrary to fact in its suggestion that MGA
19 owns, or has asserted in its Complaint infringement of, any Bratz "copyright" or
20 "trademarks" with respect to Mattel's MY SCENE products. As MGA is aware, it
21 has made no such allegations. Mattel further objects to the Request on the grounds
22 that it seeks documents that are not relevant to this action or likely to lead to the
23 discovery of admissible evidence. Mattel further objects to this Request on the
24 grounds that it seeks confidential, proprietary and trade secret information that has
25 no bearing on the claims or defenses in this case. Mattel further objects to this
26 Request on the grounds that it calls for the disclosure of information subject to the
27 attorney-client privilege, the attorney work-product doctrine and other applicable
28 privileges.

75/2017529.1

1    Subject to and without waiving the foregoing general and specific

2    objections, and to the extent not already produced, Mattel will produce responsive,

3    non-privileged documents in its possession, custody or control, if any, that it can

4    locate after a reasonable, good faith search relating to the alleged trade dress

5    infringement of the aspects of the MY SCENE products accused by MGA of

6    infringement insofar as they relate to the aspects of the Bratz products that MGA has

7    alleged were infringed.

8

9    REQUEST FOR PRODUCTION NO. 26:

10    All DOCUMENTS REFERRING OR RELATING TO whether

11    "BRATZ" infringes or potentially infringes the copyrights, trademarks, or trade

12    dress of "MY SCENE."

13

14    RESPONSE TO REQUEST FOR PRODUCTION NO. 26:

15    In addition to the general objections stated above which are

16    incorporated herein by reference, Mattel objects to this Request on the grounds that

17    it is overbroad and unduly burdensome, including in that it seeks all documents on

18    this subject without limitation as to time, and regardless of whether such documents

19    relate to products or matters at issue in this case. Mattel further objects to the

20    Request on the grounds that it seeks documents that are not relevant to this action or

21    likely to lead to the discovery of admissible evidence. Mattel further objects to this

22    Request on the grounds that it seeks confidential, proprietary and trade secret

23    information that has no bearing on the claims or defenses in this case. Mattel further

24    objects to this Request on the grounds that it calls for the disclosure of information

25    subject to the attorney-client privilege, the attorney work-product doctrine and other

26    applicable privileges.

27    Subject to and without waiving the foregoing general and specific

28    objections, and to the extent not already produced, Mattel will produce responsive,

1  non-privileged documents in its possession, custody or control, if any, that it can

2  locate after a reasonable, good faith search relating to copyright, trademark and

3  trade dress infringement by Bratz in Mattel's MY SCENE rights in the event and to

4  the extent Mattel asserts in this action that such copyright, trademark and trade dress

5  rights have been infringed.

6

7  REQUEST FOR PRODUCTION NO. 27:

8         All DOCUMENTS REFERRING OR RELATING TO actual or

9  potential consumer confusion between any "MY SCENE" product and any

10  "BRATZ" product.

11

12  RESPONSE TO REQUEST FOR PRODUCTION NO. 27:

13         In addition to the general objections stated above which are

14  incorporated herein by reference, Mattel objects to this Request on the grounds that

15  it is overbroad and unduly burdensome, including in that it seeks all documents on

16  this subject without limitation as to time, and regardless of whether such documents

17  relate to products or matters at issue in this case.  For that same reason, Mattel

18  objects to the Request on the grounds that it seeks documents that are not relevant to

19  this action or likely to lead to the discovery of admissible evidence.  Mattel further

20  objects to this Request on the grounds that it seeks confidential, proprietary and

21  trade secret information that has no bearing on the claims or defenses in this case.

22  Mattel further objects to this Request on the grounds that it calls for the disclosure

23  of information subject to the attorney-client privilege, the attorney work-product

24  doctrine and other applicable privileges.

25         Subject to and without waiving the foregoing general and specific

26  objections, and to the extent not already produced, Mattel will produce responsive,

27  non-privileged documents in its possession, custody or control, if any, that it can

28  locate after a reasonable, good faith search showing purported consumer confusion

1  between the appearance of, on the one hand, the aspects of the Bratz products that

2  MGA has alleged were infringed and, on the other hand, the aspects of the MY

3  SCENE products that MGA has accused of infringement.

4

5  REQUEST FOR PRODUCTION NO. 28:

6          All MATTEL product catalogs, sell sheets and product information

7  sheets that include "MY SCENE" products, from 2001 to the present.

8

9  RESPONSE TO REQUEST FOR PRODUCTION NO. 28:

10          In addition to the general objections stated above which are

11  incorporated herein by reference, Mattel objects to this Request on the grounds that

12  it is overbroad and unduly burdensome, including in that it seeks all documents on

13  this subject without limitation as to time, and regardless of whether such documents

14  relate to products or matters at issue in this case.  Mattel further objects to the

15  Request on the grounds that it seeks documents that are not relevant to this action or

16  likely to lead to the discovery of admissible evidence.  Mattel further objects to this

17  Request as vague and ambiguous in its use of the terms "sell sheets" and "product

18  information sheets" in the context of this Request.  Mattel further objects to this

19  Request on the grounds that it seeks confidential, proprietary and trade secret

20  information that has no bearing on the claims or defenses in this case. Mattel further

21  objects to this Request on the grounds that it calls for the disclosure of information

22  subject to the attorney-client privilege, the attorney work-product doctrine and other

23  applicable privileges.

24          Subject to and without waiving the foregoing general and specific

25  objections, and to the extent not already produced, Mattel will produce responsive,

26  non-privileged catalogs and product inserts that it can locate after a reasonable, good

27  faith search relating to the aspects of the MY SCENE products that MGA has

28  accused of infringement.

75/2017529.1

-32-

1    REQUEST FOR PRODUCTION NO. 29:

2         DOCUMENTS sufficient to show all iterations of the

3    www.myscene.com, www.myscene.everythinggirl.com, or

4    http://myscene.everythinggirl.com websites.

5

6    RESPONSE TO REQUEST FOR PRODUCTION NO. 29:

7         In addition to the general objections stated above which are

8    incorporated herein by reference, Mattel objects to this Request on the grounds that

9    it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

10    documents on this subject without limitation as to time, and regardless of whether

11    such documents relate to products or matters at issue in this case.  Mattel further

12    objects to the Request on the grounds that it seeks documents that are not relevant to

13    this action or likely to lead to the discovery of admissible evidence.  Mattel further

14    objects to this Request on the grounds that it seeks confidential, proprietary and

15    trade secret information that has no bearing on the claims or defenses in this case.

16    Mattel further objects to this Request on the grounds that it calls for the disclosure

17    of information subject to the attorney-client privilege, the attorney work-product

18    doctrine and other applicable privileges.

19         Subject to and without waiving the foregoing general and specific

20    objections, and to the extent not already produced, Mattel will produce responsive,

21    non-privileged copies of web pages in its possession, custody or control, if any, that

22    it can locate after a reasonable, good faith search sufficient to show the aspects of

23    the MY SCENE products that MGA has accused of infringement.

24

25    REQUEST FOR PRODUCTION NO. 30:

26         All DOCUMENTS REFERRING OR RELATING TO any exhibition,

27    or proposed, offered or requested exhibition, of "BRATZ" prior to its release to the

28    public.

RESPONSE TO REQUEST FOR PRODUCTION NO. 30:

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request as duplicative and harassing in that it seeks documents that have already been the subject of several prior Requests by MGA and by Bryant. Mattel further objects to the Request on the grounds that it seeks documents that MGA and Bryant have claimed at various times are not relevant to this action or likely to lead to the discovery of admissible evidence. Mattel further objects to this Request on the grounds that it seeks confidential, proprietary and trade secret information that has no bearing on the claims or defenses in this case. Mattel further objects to this Request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges.

Subject to and without waiving the foregoing general and specific objections, and to the extent not already produced, Mattel will produce responsive, non-privileged documents in its possession, custody or control, if any, that it can locate after a reasonable, good faith search relating to the exhibition of aspects of the Bratz products that MGA has alleged were infringed prior to the time that such aspects of products were disclosed to the trade, retailers or the public.

REQUEST FOR PRODUCTION NO. 31:

All DOCUMENTS REFERRING OR RELATING TO whether MATTEL had access to any exhibits, displays or show rooms containing any of MGA's "BRATZ" lines prior to its release to the public.

RESPONSE TO REQUEST FOR PRODUCTION NO. 31:

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

-34-

1   documents on this subject without limitation as to time, and regardless of whether
2   such documents relate to products or matters at issue in this case.  Mattel further
3   objects to the Request on the grounds that it seeks documents that are not relevant to
4   this action or likely to lead to the discovery of admissible evidence.  Mattel further
5   objects to this Request on the grounds that it seeks confidential, proprietary and
6   trade secret information that has no bearing on the claims or defenses in this case.
7   Mattel further objects to this Request on the grounds that it is duplicative of or
8   subsumed within other requests within this set of requests.  Mattel further objects to
9   this Request on the grounds that it calls for the disclosure of information subject to
10  the attorney-client privilege, the attorney work-product doctrine and other applicable
11  privileges.

12          Subject to and without waiving the foregoing general and specific
13  objections, and to the extent not already produced, Mattel will produce responsive,
14  non-privileged documents in its possession, custody or control, if any, that it can
15  locate after a reasonable, good faith search relating Mattel's access to exhibits,
16  displays or show rooms containing such aspects of the Bratz products that MGA has
17  alleged were infringed prior to the time that such aspects of products were disclosed
18  to the trade, retailers or the public.

19

20  REQUEST FOR PRODUCTION NO. 32:

21          All COMMUNICATIONS between YOU and YOUR sales personnel
22  REFERRING OR RELATING TO any alteration, manipulation or change of
23  displays or retail spacing of MGA's PRODUCTS.

24

25  RESPONSE TO REQUEST FOR PRODUCTION NO. 32:

26          In addition to the general objections stated above which are
27  incorporated herein by reference, Mattel objects to this Request on the grounds that
28  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

1 documents on this subject without limitation as to time, and regardless of whether

2 such documents relate to products or matters at issue in this case. Mattel further

3 objects to this Request as vague and incomprehensible and contrary to fact in its use

4 of the terms "alteration, manipulation or change" in the context of "displays or retail

5 spacing" of MGA "PRODUCTS." Mattel further objects to the Request on the

6 grounds that it seeks documents that are not relevant to this action or likely to lead

7 to the discovery of admissible evidence. Mattel further objects to this Request on

8 the grounds that it seeks confidential, proprietary and trade secret information that

9 has no bearing on the claims or defenses in this case. Mattel further objects to this

10 Request on the grounds that it calls for the disclosure of information subject to the

11 attorney-client privilege, the attorney work-product doctrine and other applicable

12 privileges.

13

14 REQUEST FOR PRODUCTION NO. 33:

15 All COMMUNICATIONS between YOU and any merchandiser

16 REFERRING OR RELATING TO any alteration, manipulation or change of

17 displays or retail spacing of MGA's PRODUCTS.

18

19 RESPONSE TO REQUEST FOR PRODUCTION NO. 33:

20 In addition to the general objections stated above which are

21 incorporated herein by reference, Mattel objects to this Request on the grounds that

22 it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

23 documents on this subject without limitation as to time, and regardless of whether

24 such documents relate to products or matters at issue in this case. Mattel further

25 objects to the Request on the grounds that it seeks documents that are not relevant to

26 this action or likely to lead to the discovery of admissible evidence. Mattel further

27 objects to this Request as vague and incomprehensible and contrary to fact in its use

28 of the terms "alteration, manipulation or change" in the context of "displays or retail

975/2017529.1

-36-

1  spacing" of MGA "PRODUCTS."  Mattel further objects to this Request on the

2  grounds that it seeks confidential, proprietary and trade secret information that has

3  no bearing on the claims or defenses in this case.  Mattel further objects to this

4  Request on the grounds that it calls for the disclosure of information subject to the

5  attorney-client privilege, the attorney work-product doctrine and other applicable

6  privileges.

7

8  REQUEST FOR PRODUCTION NO. 34:

9         All COMMUNICATIONS between YOU and NPD Group, Inc.,

10 including NPD Funworld, ("NPD Funworld") REFERRING OR RELATING TO

11 MGA's subscription to NPD Funworld data, including but not limited to the

12 termination thereof.

13

14 RESPONSE TO REQUEST FOR PRODUCTION NO. 34:

15         In addition to the general objections stated above which are

16 incorporated herein by reference, Mattel objects to this Request on the grounds that

17 it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

18 documents on this subject without limitation as to time, and regardless of whether

19 such documents relate to products or matters at issue in this case.  Mattel further

20 objects to the Request on the grounds that it seeks documents that are not relevant to

21 this action or likely to lead to the discovery of admissible evidence.  Mattel further

22 objects to this Request on the grounds that it seeks confidential, proprietary and

23 trade secret information that has no bearing on the claims or defenses in this case.

24 Mattel further objects to this Request on the grounds that it calls for the disclosure

25 of information subject to the attorney-client privilege, the attorney work-product

26 doctrine and other applicable privileges.

27

28

REQUEST FOR PRODUCTION NO. 35:

All COMMUNICATIONS between YOU and NPD Funworld REFERRING OR RELATING TO any alleged misuse of NPD Funworld data by MGA.

RESPONSE TO REQUEST FOR PRODUCTION NO. 35:

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad, unduly burdensome and unintelligible, including in that it seeks all documents on this subject without limitation as to time, and regardless of whether such documents relate to products or matters at issue in this case. Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence. Mattel further objects to this Request on the grounds that it seeks confidential, proprietary and trade secret information that has no bearing on the claims or defenses in this case. Mattel further objects to this Request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges.

REQUEST FOR PRODUCTION NO. 36:

All COMMUNICATIONS between YOU and NPD Funworld REFERRING OR RELATING TO MGA, LARIAN, "BRATZ," or MGA PRODUCTS, including but not limited to COMMUNICATIONS as alleged in paragraphs 85 and 86 of the COMPLAINT.

RESPONSE TO REQUEST FOR PRODUCTION NO. 36:

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that

-38-

1  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

2  documents on this subject without limitation as to time, and regardless of whether

3  such documents relate to products or matters at issue in this case. Mattel further

4  objects to the Request on the grounds that it seeks documents that are not relevant to

5  this action or likely to lead to the discovery of admissible evidence. Mattel further

6  objects to this Request on the grounds that it seeks confidential, proprietary and

7  trade secret information that has no bearing on the claims or defenses in this case.

8  Mattel further objects to this Request on the grounds that it calls for the disclosure

9  of information subject to the attorney-client privilege, the attorney work-product

10  doctrine and other applicable privileges.

11          Subject to and without waiving the foregoing general and specific

12  objections, and to the extent not already produced, Mattel will produce responsive,

13  non-privileged communications in its possession, custody or control, if any, that it

14  can locate after a reasonable, good faith search relating to the purported

15  communications alleged in MGA's Complaint.

16

17  REQUEST FOR PRODUCTION NO. 37:

18          All COMMUNICATIONS between YOU and the Children's

19  Advertising Review Unit REFERRING OR RELATING TO MGA's

20  advertisements, commercials, amendments to MGA commercials, or MGA's

21  website, including but not limited to restrictions placed or suggested to be placed on

22  any of the foregoing.

23

24  RESPONSE TO REQUEST FOR PRODUCTION NO. 37:

25          In addition to the general objections stated above which are

26  incorporated herein by reference, Mattel objects to this Request on the grounds that

27  it is overbroad and unduly burdensome, including in that it seeks all documents on

28  this subject without limitation as to time, and regardless of whether such documents

175/2017529.1

-39-

1  relate to products or matters at issue in this case.  Mattel further objects to the

2  Request on the grounds that it seeks documents that are not relevant to this action or

3  likely to lead to the discovery of admissible evidence.  Mattel further objects to this

4  Request on the grounds that, as CARU has pointed out to MGA, it violates

5  agreements with CARU, including MGA's own agreements with CARU, and the

6  terms and conditions of the parties' participation in CARU.  To the extent that MGA

7  is entitled to any information on such subjects, it is available through public CARU

8  decisions.  Mattel further objects to this Request on the grounds that it calls for the

9  disclosure of information subject to the attorney-client privilege, the attorney work-

10  product doctrine and other applicable privileges, including Mattel's privileges to

11  participate in CARU's public mandate to protect children against MGA's false and

12  misleading advertising.  Mattel further objects to this Request on the grounds that it

13  seeks confidential, proprietary and trade secret information that has no bearing on

14  the claims or defenses in this case.

15

16  REQUEST FOR PRODUCTION NO. 38:

17          All COMMUNICATIONS between YOU and the Children's

18  Advertising Review Unit REFERRING OR RELATING TO MGA, LARIAN,

19  "BRATZ," or MGA PRODUCTS, including but not limited to

20  COMMUNICATIONS as alleged in paragraphs 89, 90, and 91 of the

21  COMPLAINT.

22

23  RESPONSE TO REQUEST FOR PRODUCTION NO. 38:

24          In addition to the general objections stated above which are

25  incorporated herein by reference, Mattel objects to this Request on the grounds that

26  it is overbroad and unduly burdensome, including in that it seeks all documents on

27  this subject without limitation as to time, and regardless of whether such documents

28  relate to products or matters at issue in this case.  Mattel further objects to the

75/2017529.1

-40-

1  Request on the grounds that it seeks documents that are not relevant to this action or

2  likely to lead to the discovery of admissible evidence.  Mattel further objects to this

3  Request on the grounds that, as CARU has pointed out to MGA, it violates

4  agreements with CARU, including MGA's own agreements with CARU, and the

5  terms and conditions of the parties' participation in CARU.  To the extent that MGA

6  is entitled to any information on such subjects, it is available through public CARU

7  decisions.  Mattel further objects to this Request on the grounds that it calls for the

8  disclosure of information subject to the attorney-client privilege, the attorney work-

9  product doctrine and other applicable privileges, including Mattel's privileges to

10  participate in CARU's public mandate to protect children against MGA's false and

11  misleading advertising.  Mattel further objects to this Request on the grounds that it

12  seeks confidential, proprietary and trade secret information that has no bearing on

13  the claims or defenses in this case.

14

15  REQUEST FOR PRODUCTION NO. 39:

16          All DOCUMENTS supporting YOUR assertion of "MGA's violations

17  of the Children's Advertising Review Unit standards" as set forth in paragraph 80 of

18  YOUR ANSWER.

19

20  RESPONSE TO REQUEST FOR PRODUCTION NO. 39:

21          In addition to the general objections stated above which are

22  incorporated herein by reference, Mattel objects to this Request on the grounds that

23  it is overbroad and unduly burdensome, including in that it seeks all documents on

24  this subject without limitation as to time, and regardless of whether such documents

25  relate to products or matters at issue in this case.  Mattel further objects to the

26  Request on the grounds that it seeks documents that are not relevant to this action or

27  likely to lead to the discovery of admissible evidence.  Mattel further objects to this

28  Request on the grounds that, as CARU has pointed out to MGA, it violates

1  agreements with CARU, including MGA's own agreements with CARU, and the

2  terms and conditions of the parties' participation in CARU.  To the extent that MGA

3  is entitled to any information on such subjects, it is available through public CARU

4  decisions.  Mattel further objects to this Request on the grounds that it calls for the

5  disclosure of information subject to the attorney-client privilege, the attorney work-

6  product doctrine and other applicable privileges, including Mattel's privileges to

7  participate in CARU's public mandate to protect children against MGA's false and

8  misleading advertising.  Mattel further objects to this Request on the grounds that it

9  seeks confidential, proprietary and trade secret information that has no bearing on

10  the claims or defenses in this case.

11

12  REQUEST FOR PRODUCTION NO. 40:

13          All COMMUNICATIONS between YOU and the Toy Industry

14  Association REFERRING OR RELATING TO the voting procedure or rules

15  pertaining to the People's Choice Toy of the Year Award from 2001 to the present.

16

17  RESPONSE TO REQUEST FOR PRODUCTION NO. 40:

18          In addition to the general objections stated above which are

19  incorporated herein by reference, Mattel objects to this Request on the grounds that

20  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

21  documents on this subject regardless of whether such documents relate to products

22  or matters at issue in this case.  Mattel further objects to the Request on the grounds

23  that it seeks documents that are not relevant to this action or likely to lead to the

24  discovery of admissible evidence.  Mattel further objects to this Request on the

25  grounds that it seeks confidential, proprietary and trade secret information that has

26  no bearing on the claims or defenses in this case.  Mattel further objects to this

27  Request on the grounds that it calls for the disclosure of information subject to the

28

1  attorney-client privilege, the attorney work-product doctrine and other applicable
2  privileges.
3        Subject to and without waiving the foregoing general and specific
4  objections, and to the extent not already produced, Mattel will produce responsive,
5  non-privileged communications in its possession, custody or control, if any, relating
6  to the procedure or rules for the 2003 People's Choice Toy of the Year Award vote
7  which are alleged in MGA's Complaint that it can locate after a reasonable, good
8  faith search.
9
10  REQUEST FOR PRODUCTION NO. 41:
11        All COMMUNICATIONS between Neil Friedman and anyone
12  REFERRING OR RELATING TO the voting procedure or rules pertaining to the
13  People's Choice Toy of the Year Award from 2001 to the present as alleged in
14  paragraph 94 of the COMPLAINT.
15
16  RESPONSE TO REQUEST FOR PRODUCTION NO. 41:
17        In addition to the general objections stated above which are
18  incorporated herein by reference, Mattel objects to this Request on the grounds that
19  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all
20  documents on this subject regardless of whether such documents relate to products
21  or matters at issue in this case.  Mattel further objects to the Request on the grounds
22  that it seeks documents that are not relevant to this action or likely to lead to the
23  discovery of admissible evidence.  Mattel further objects to this Request on the
24  grounds that it seeks confidential, proprietary and trade secret information that has
25  no bearing on the claims or defenses in this case.  Mattel further objects to this
26  Request on the grounds that it calls for the disclosure of information subject to the
27  attorney-client privilege, the attorney work-product doctrine and other applicable
28  privileges.

975/2017529.1

-43-

RESPONSES TO FIRST SET OF REQUESTS FOR PRODUCTION

Exhibit 19 - Page 398

1    Subject to and without waiving the foregoing general and specific
2  objections, and to the extent not already produced, Mattel will produce responsive,
3  non-privileged communications in its possession, custody or control, if any, relating
4  to the procedure or rules for the 2003 People's Choice Toy of the Year Award vote
5  which are alleged in MGA's Complaint that it can locate after a reasonable, good
6  faith search.

7

8  REQUEST FOR PRODUCTION NO. 42:
9    All COMMUNICATIONS between YOU and the Toy Industry
10 Association REFERRING OR RELATING TO MGA's sponsorship of the "Kids'
11 Choice Awards" as alleged in paragraph 97 of the COMPLAINT.

12

13 RESPONSE TO REQUEST FOR PRODUCTION NO. 42:
14    In addition to the general objections stated above which are
15 incorporated herein by reference, Mattel objects to this Request on the grounds that
16 it is overbroad, unduly burdensome and unintelligible, including in that it seeks all
17 documents on this subject without limitation as to time, and regardless of whether
18 such documents relate to products or matters at issue in this case. Mattel further
19 objects to the Request on the grounds that it seeks documents that are not relevant to
20 this action or likely to lead to the discovery of admissible evidence. Mattel further
21 objects to this Request on the grounds that it seeks confidential, proprietary and
22 trade secret information that has no bearing on the claims or defenses in this case.
23 Mattel further objects to this Request on the grounds that it calls for the disclosure
24 of information subject to the attorney-client privilege, the attorney work-product
25 doctrine and other applicable privileges.
26    Subject to and without waiving the foregoing general and specific
27 objections, and to the extent not already produced, Mattel will produce responsive,
28 non-privileged communications between Mattel and TIA in Mattel's possession,

975/2017529.1

-44-

1  custody or control, if any, that it can locate after a reasonable, good faith search as

2  they pertain to any alleged MGA sponsorship of the "Kids' Choice Awards" as

3  alleged in paragraph 97 of the MGA's Complaint.

4

5  REQUEST FOR PRODUCTION NO. 43:

6        All DOCUMENTS REFERRING OR RELATING TO any attempt by

7  MATTEL to price "MY SCENE" below "BRATZ" generally or to price any "MY

8  SCENE" product below the price of any corresponding "BRATZ" product.

9

10  RESPONSE TO REQUEST FOR PRODUCTION NO. 43:

11        In addition to the general objections stated above which are

12  incorporated herein by reference, Mattel objects to this Request on the grounds that

13  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

14  documents on this subject without limitation as to time, and regardless of whether

15  such documents relate to products or matters at issue in this case.  Mattel further

16  objects to the Request on the grounds that it seeks documents that are not relevant to

17  this action or likely to lead to the discovery of admissible evidence.  Mattel further

18  objects to this Request on the grounds that it seeks confidential, proprietary and

19  trade secret information that has no bearing on the claims or defenses in this case.

20  Mattel further objects to this Request on the grounds that it calls for the disclosure

21  of information subject to the attorney-client privilege, the attorney work-product

22  doctrine and other applicable privileges.

23

24  REQUEST FOR PRODUCTION NO. 44:

25        All DOCUMENTS REFERRING OR RELATING TO any attempt by

26  MATTEL to limit the availability or supply of doll hair to MGA or any competitors,

27  at any time since June 2001 as alleged in paragraph 78 of the COMPLAINT.

28

75/2017529.1

RESPONSE TO REQUEST FOR PRODUCTION NO. 44:

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad, unduly burdensome and unintelligible, including in that it seeks all documents on this subject without limitation as to time, and regardless of whether such documents relate to products or matters at issue in this case. Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence. Mattel further objects to this Request on the grounds that it seeks confidential, proprietary and trade secret information that has no bearing on the claims or defenses in this case. Mattel further objects to this Request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges.

Subject to and without waiving the foregoing general and specific objections, and to the extent not already produced, Mattel will produce responsive, non-privileged documents in its possession, custody or control, if any, that it can locate after a reasonable, good faith search relating to MGA being supposedly "locked out" from the "two main doll hair companies" in or about October 2002 as alleged in paragraph 78 of the MGA's Complaint.

REQUEST FOR PRODUCTION NO. 45:

All DOCUMENTS REFERRING OR RELATING TO MATTEL's purchase of doll hair, at any time since June 2001.

RESPONSE TO REQUEST FOR PRODUCTION NO. 45:

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

-46-

1    documents on this subject regardless of whether such documents relate to products

2    or matters at issue in this case.  Mattel further objects to the Request on the grounds

3    that it seeks documents that are not relevant to this action or likely to lead to the

4    discovery of admissible evidence.  Mattel further objects to this Request on the

5    grounds that it seeks confidential, proprietary and trade secret information that has

6    no bearing on the claims or defenses in this case.  Mattel further objects to this

7    Request on the grounds that it calls for the disclosure of information subject to the

8    attorney-client privilege, the attorney work-product doctrine and other applicable

9    privileges.

10           Subject to and without waiving the foregoing general and specific

11   objections, and to the extent not already produced, Mattel will produce responsive,

12   non-privileged documents in its possession, custody or control, if any, that it can

13   locate after a reasonable, good faith search relating to MGA being supposedly

14   "locked out" from the "two main doll hair companies" in or about October 2002 as

15   alleged in paragraph 78 of the MGA's Complaint.

16

17   REQUEST FOR PRODUCTION NO. 46:

18           All meeting minutes of YOUR Board of Directors meetings

19   REFERRING OR RELATING TO MGA, LARIAN, BRYANT, or "BRATZ."

20

21   RESPONSE TO REQUEST FOR PRODUCTION NO. 46:

22           In addition to the general objections stated above which are

23   incorporated herein by reference, Mattel objects to this Request as duplicative and

24   harassing in that it seeks documents that have already been the subject of several

25   prior Requests by MGA and by Bryant.  Mattel further objects to this Request on the

26   grounds that it is overbroad, unduly burdensome and unintelligible, including in that

27   it seeks all documents on this subject without limitation as to time, and regardless of

28   whether such documents relate to products or matters at issue in this case.  Mattel

-47-

RESPONSES TO FIRST SET OF REQUESTS FOR PRODUCTION

Exhibit 19 - Page 402

1  further objects to the Request on the grounds that it seeks documents that are not

2  relevant to this action or likely to lead to the discovery of admissible evidence.

3  Mattel further objects to this Request on the grounds that it seeks confidential,

4  proprietary and trade secret information that has no bearing on the claims or

5  defenses in this case.  Mattel further objects to this Request on the grounds that it

6  calls for the disclosure of information subject to the attorney-client privilege, the

7  attorney work-product doctrine and other applicable privileges.

8           Subject to and without waiving the foregoing general and specific

9  objections, and to the extent not already produced, Mattel will produce responsive,

10  non-privileged documents in its possession, custody or control, if any, that it can

11  locate after a reasonable, good faith search consistent with Mattel's prior responses

12  to Requests encompassing this subject and consistent with the parties' prior

13  agreements as the production of such documents.

14

15  REQUEST FOR PRODUCTION NO. 47:

16           All DOCUMENTS REFERRING OR RELATING TO any

17  COMMUNICATIONS between MATTEL and any buyers, merchandisers, general

18  merchandise managers or retailers world wide REFERRING OR RELATING TO

19  whether MGA was giving another United States retailer below-market pricing, or

20  whether MGA was discontinuing one of its lines as alleged in paragraph 79 of the

21  COMPLAINT world wide.

22

23  RESPONSE TO REQUEST FOR PRODUCTION NO. 47:

24           In addition to the general objections stated above which are

25  incorporated herein by reference, Mattel objects to this Request on the grounds that

26  it is overbroad, unduly burdensome and unintelligible, including without limitation

27  in that MGA's vague allegations in paragraph 79 of the Complaint fail to identify the

28  participants to such communications, the supposed products at issue or even the

1  time period in which such communications supposedly occurred and that MGA's

2  initial disclosures thus far have failed to provide any such information.  Mattel

3  further objects to the Request on the grounds that it seeks documents that are not

4  relevant to this action or likely to lead to the discovery of admissible evidence.

5  Mattel further objects to this Request on the grounds that it seeks confidential,

6  proprietary and trade secret information that has no bearing on the claims or

7  defenses in this case.  Mattel further objects to this Request on the grounds that it

8  calls for the disclosure of information subject to the attorney-client privilege, the

9  attorney work-product doctrine and other applicable privileges.

10

11  REQUEST FOR PRODUCTION NO. 48:

12          All DOCUMENTS REFERRING OR RELATING TO any

13  COMMUNICATIONS between MATTEL and any buyers, merchandisers, general

14  merchandise managers or retailers world wide REFERRING OR RELATING TO

15  "BRATZ," LARIAN or MGA, regarding the origins, design, development, product

16  launch, sales, promotions, advertising, quality, or price of "BRATZ" or any MGA

17  PRODUCT world wide.

18

19  RESPONSE TO REQUEST FOR PRODUCTION NO. 48:

20          In addition to the general objections stated above which are

21  incorporated herein by reference, Mattel objects to this Request on the grounds that

22  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

23  documents on this subject without limitation as to time, and regardless of whether

24  such documents relate to products or matters at issue in this case.  Mattel further

25  objects to the Request on the grounds that it seeks documents that are not relevant to

26  this action or likely to lead to the discovery of admissible evidence.  Mattel further

27  objects to this Request on the grounds that it seeks confidential, proprietary and

28  trade secret information that has no bearing on the claims or defenses in this case.

1  Mattel further objects to this Request on the grounds that it calls for the disclosure

2  of information subject to the attorney-client privilege, the attorney work-product

3  doctrine and other applicable privileges.

4

5  REQUEST FOR PRODUCTION NO. 49:

6          All DOCUMENTS REFERRING OR RELATING TO any

7  COMMUNICATIONS between MATTEL and any suppliers (including but not

8  limited to MATTEL suppliers) world wide REFERRING OR RELATING TO

9  "BRATZ," LARIAN or MGA, regarding the origins, design, development, product

10  launch, sales, promotions, advertising, quality, or price of "BRATZ" or any MGA

11  PRODUCT world wide.

12

13  RESPONSE TO REQUEST FOR PRODUCTION NO. 49:

14          In addition to the general objections stated above which are

15  incorporated herein by reference, Mattel objects to this Request on the grounds that

16  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

17  documents on this subject without limitation as to time, and regardless of whether

18  such documents relate to products or matters at issue in this case. Mattel further

19  objects to the Request on the grounds that it seeks documents that are not relevant to

20  this action or likely to lead to the discovery of admissible evidence. Mattel further

21  objects to this Request on the grounds that it seeks confidential, proprietary and

22  trade secret information that has no bearing on the claims or defenses in this case.

23  Mattel further objects to this Request on the grounds that it calls for the disclosure

24  of information subject to the attorney-client privilege, the attorney work-product

25  doctrine and other applicable privileges.

26

27

28

975/2017529.1

-50-

1  REQUEST FOR PRODUCTION NO. 50:

2     All DOCUMENTS REFERRING OR RELATING TO any

3  COMMUNICATIONS between MATTEL and any licensees or potential licensees

4  world wide REFERRING OR RELATING TO "BRATZ," LARIAN or MGA,

5  regarding the origins, design, development, product launch, sales, promotions,

6  advertising, quality, or price of "BRATZ" or any MGA PRODUCT world wide.

7

8  RESPONSE TO REQUEST FOR PRODUCTION NO. 50:

9     In addition to the general objections stated above which are

10  incorporated herein by reference, Mattel objects to this Request on the grounds that

11  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

12  documents on this subject without limitation as to time, and regardless of whether

13  such documents relate to products or matters at issue in this case.  Mattel further

14  objects to the Request on the grounds that it seeks documents that are not relevant to

15  this action or likely to lead to the discovery of admissible evidence.  Mattel further

16  objects to this Request on the grounds that it seeks confidential, proprietary and

17  trade secret information that has no bearing on the claims or defenses in this case.

18  Mattel further objects to this Request on the grounds that it calls for the disclosure

19  of information subject to the attorney-client privilege, the attorney work-product

20  doctrine and other applicable privileges.

21

22  REQUEST FOR PRODUCTION NO. 51:

23     All DOCUMENTS REFERRING OR RELATING TO any

24  COMMUNICATIONS between MATTEL and any public relations firms world

25  wide REFERRING OR RELATING TO "BRATZ," LARIAN or MGA, regarding

26  the origins, design, development, product launch, sales, promotions, advertising,

27  quality, or price of "BRATZ" or any MGA PRODUCT world wide.

28

'5/2017529.1

-51-

1  RESPONSE TO REQUEST FOR PRODUCTION NO. 51:

2          In addition to the general objections stated above which are

3  incorporated herein by reference, Mattel objects to this Request on the grounds that

4  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

5  documents on this subject without limitation as to time, and regardless of whether

6  such documents relate to products or matters at issue in this case.  Mattel further

7  objects to the Request on the grounds that it seeks documents that are not relevant to

8  this action or likely to lead to the discovery of admissible evidenceMattel further

9  objects to this Request on the grounds that it seeks confidential, proprietary and

10  trade secret information that has no bearing on the claims or defenses in this case.

11  Mattel further objects to this Request on the grounds that it calls for the disclosure

12  of information subject to the attorney-client privilege, the attorney work-product

13  doctrine and other applicable privileges.

14

15  REQUEST FOR PRODUCTION NO. 52:

16          All DOCUMENTS REFERRING OR RELATING TO any

17  COMMUNICATIONS between MATTEL and any member of the press world wide

18  REFERRING OR RELATING TO "BRATZ," LARIAN or MGA, regarding the

19  origins, design, development, product launch, sales, promotions, advertising,

20  quality, or price of "BRATZ" or any MGA PRODUCT world wide.

21

22  RESPONSE TO REQUEST FOR PRODUCTION NO. 52:

23          In addition to the general objections stated above which are

24  incorporated herein by reference, Mattel objects to this Request on the grounds that

25  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

26  documents on this subject without limitation as to time, and regardless of whether

27  such documents relate to products or matters at issue in this case.  Mattel further

28  objects to the Request on the grounds that it seeks documents that are not relevant to

175/2017529.1

RESPONSES TO FIRST SET OF REQUESTS FOR PRODUCTION

Exhibit 19 - Page 407

1 | this action or likely to lead to the discovery of admissible evidence. Mattel further
2 | objects to this Request on the grounds that it seeks confidential, proprietary and
3 | trade secret information that has no bearing on the claims or defenses in this case.
4 | Mattel further objects to this Request on the grounds that it calls for the disclosure
5 | of information subject to the attorney-client privilege, the attorney work-product
6 | doctrine and other applicable privileges.
7 |
8 | REQUEST FOR PRODUCTION NO. 53:
9 |      All DOCUMENTS REFERRING OR RELATING TO any
10 | COMMUNICATIONS between MATTEL and any current MGA employees world
11 | wide REFERRING OR RELATING TO "BRATZ," LARIAN or MGA, regarding
12 | the origins, design, development, product launch, sales, promotions, advertising,
13 | quality, or price of "BRATZ" or any MGA PRODUCT world wide.
14 |
15 | RESPONSE TO REQUEST FOR PRODUCTION NO. 53:
16 |      In addition to the general objections stated above which are
17 | incorporated herein by reference, Mattel objects to this Request on the grounds that
18 | it is overbroad, unduly burdensome and unintelligible, including in that it seeks all
19 | documents on this subject without limitation as to time, and regardless of whether
20 | such documents relate to products or matters at issue in this case. Mattel further
21 | objects to the Request on the grounds that it seeks documents that are not relevant to
22 | this action or likely to lead to the discovery of admissible evidence. Mattel further
23 | objects to this Request on the grounds that it seeks confidential, proprietary and
24 | trade secret information that has no bearing on the claims or defenses in this case.
25 | Mattel further objects to this Request on the grounds that it calls for the disclosure
26 | of information subject to the attorney-client privilege, the attorney work-product
27 | doctrine and other applicable privileges.
28 |

75/2017529.1

-53-

REQUEST FOR PRODUCTION NO. 54:

All DOCUMENTS REFERRING OR RELATING TO any COMMUNICATIONS between MATTEL and any former MGA employees world wide REFERRING OR RELATING TO "BRATZ," LARIAN or MGA, regarding the origins, design, development, product launch, sales, promotions, advertising, quality, or price of "BRATZ" or any MGA PRODUCT world wide.

RESPONSE TO REQUEST FOR PRODUCTION NO. 54:

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad, unduly burdensome and unintelligible, including in that it seeks all documents on this subject without limitation as to time, and regardless of whether such documents relate to products or matters at issue in this case. Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence. Mattel further objects to this Request on the grounds that it seeks confidential, proprietary and trade secret information that has no bearing on the claims or defenses in this case. Mattel further objects to this Request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges.

REQUEST FOR PRODUCTION NO. 55:

All DOCUMENTS REFERRING OR RELATING TO any COMMUNICATIONS between MATTEL and any former MATTEL employees world wide REFERRING OR RELATING TO "BRATZ," LARIAN or MGA, regarding the origins, design, development, product launch, sales, promotions, advertising, quality, or price of "BRATZ" or any MGA PRODUCT world wide.

RESPONSES TO FIRST SET OF REQUESTS FOR PRODUCTION

Exhibit 19 - Page 409

RESPONSE TO REQUEST FOR PRODUCTION NO. 55:

          In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad, unduly burdensome and unintelligible, including in that it seeks all documents on this subject without limitation as to time, and regardless of whether such documents relate to products or matters at issue in this case. Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence. Mattel further objects to this Request on the grounds that it seeks confidential, proprietary and trade secret information that has no bearing on the claims or defenses in this case. Mattel further objects to this Request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges.

REQUEST FOR PRODUCTION NO. 56:

          All DOCUMENTS REFERRING OR RELATING TO any business dealings between any licensee, supplier, manufacturer, retailer, distributor or merchandiser world wide and MGA.

RESPONSE TO REQUEST FOR PRODUCTION NO. 56:

          In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad, unduly burdensome and unintelligible, including in that it seeks all documents on this subject without limitation as to time, and regardless of whether such documents relate to products or matters at issue in this case. Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence. Mattel further objects to this Request on the grounds that it seeks confidential, proprietary and

1  trade secret information that has no bearing on the claims or defenses in this case.
2  Mattel further objects to this Request on the grounds that it calls for the disclosure
3  of information subject to the attorney-client privilege, the attorney work-product
4  doctrine and other applicable privileges.
5
6  REQUEST FOR PRODUCTION NO. 57:
7           All DOCUMENTS REFERRING OR RELATING TO MATTEL's
8  business dealings with any licensee, supplier, manufacturer, retailer, distributor or
9  merchandiser world wide to the extent that the DOCUMENT refers, explicitly or
10  implicitly, to the business dealings between that licensee, supplier, manufacturer,
11  retailer, distributor or merchandiser and MGA.
12
13  RESPONSE TO REQUEST FOR PRODUCTION NO. 57:
14           In addition to the general objections stated above which are
15  incorporated herein by reference, Mattel objects to this Request on the grounds that
16  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all
17  documents on this subject without limitation as to time, and regardless of whether
18  such documents relate to products or matters at issue in this case. Mattel further
19  objects to the Request on the grounds that it seeks documents that are not relevant to
20  this action or likely to lead to the discovery of admissible evidence. Mattel further
21  objects to this Request on the grounds that it seeks confidential, proprietary and
22  trade secret information that has no bearing on the claims or defenses in this case.
23  Mattel further objects to this Request on the grounds that it calls for the disclosure
24  of information subject to the attorney-client privilege, the attorney work-product
25  doctrine and other applicable privileges.
26
27
28

1   REQUEST FOR PRODUCTION NO. 58:

2            All DOCUMENTS REFERRING OR RELATING TO MATTEL's

3   business dealings with any licensee, supplier, manufacturer, retailer, distributor or

4   merchandiser world wide to the extent that the DOCUMENT refers, explicitly or

5   implicitly, to the business dealings of that licensee, supplier, manufacturer, retailer,

6   distributor or merchandiser that involve, in any way, "BRATZ" or any MGA

7   PRODUCT world wide.

8

9   RESPONSE TO REQUEST FOR PRODUCTION NO. 58:

10            In addition to the general objections stated above which are

11   incorporated herein by reference, Mattel objects to this Request on the grounds that

12   it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

13   documents on this subject without limitation as to time, and regardless of whether

14   such documents relate to products or matters at issue in this case.  Mattel further

15   objects to the Request on the grounds that it seeks documents that are not relevant to

16   this action or likely to lead to the discovery of admissible evidence.  Mattel further

17   objects to this Request on the grounds that it seeks confidential, proprietary and

18   trade secret information that has no bearing on the claims or defenses in this case.

19   Mattel further objects to this Request on the grounds that it calls for the disclosure

20   of information subject to the attorney-client privilege, the attorney work-product

21   doctrine and other applicable privileges.

22

23   REQUEST FOR PRODUCTION NO. 59:

24            All DOCUMENTS REFERRING OR RELATING TO any interference

25   with or inhibition of the licensing or potential licensing of MGA's products

26   (including but not limited to "BRATZ") world wide or REFERRING OR

27   RELATING TO any limitations or restrictions on any licensee's ability to purchase,

28

-57-

RESPONSES TO FIRST SET OF REQUESTS FOR PRODUCTION

Exhibit 19 - Page 412

1  promote, advertise, develop, design or sell "BRATZ" or other MGA products world

2  wide.

3

4  RESPONSE TO REQUEST FOR PRODUCTION NO. 59:

5         In addition to the general objections stated above which are

6  incorporated herein by reference, Mattel objects to this Request on the grounds that

7  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

8  documents on this subject without limitation as to time, and regardless of whether

9  such documents relate to products or matters at issue in this case. Mattel further

10  objects to the Request on the grounds that it seeks documents that are not relevant to

11  this action or likely to lead to the discovery of admissible evidence. Mattel further

12  objects to this Request on the grounds that it seeks confidential, proprietary and

13  trade secret information that has no bearing on the claims or defenses in this case.

14  Mattel further objects to this Request on the grounds that it calls for the disclosure

15  of information subject to the attorney-client privilege, the attorney work-product

16  doctrine and other applicable privileges.

17

18  REQUEST FOR PRODUCTION NO. 60:

19         All DOCUMENTS REFERRING OR RELATING TO any third party's

20  licensing or potential licensing of MGA PRODUCTS world wide, or REFERRING

21  OR RELATING TO any licensee's ability to purchase, promote, advertise, develop,

22  design or sell MGA PRODUCTS world wide.

23

24  RESPONSE TO REQUEST FOR PRODUCTION NO. 60:

25         In addition to the general objections stated above which are

26  incorporated herein by reference, Mattel objects to this Request on the grounds that

27  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

28  documents on this subject without limitation as to time, and regardless of whether

RESPONSES TO FIRST SET OF REQUESTS FOR PRODUCTION

Exhibit 19 - Page 413

975/2017529.1

1  such documents relate to products or matters at issue in this case.  Mattel further

2  objects to the Request on the grounds that it seeks documents that are not relevant to

3  this action or likely to lead to the discovery of admissible evidence.  Mattel further

4  objects to this Request on the grounds that it seeks confidential, proprietary and

5  trade secret information that has no bearing on the claims or defenses in this case.

6  Mattel further objects to this Request on the grounds that it calls for the disclosure

7  of information subject to the attorney-client privilege, the attorney work-product

8  doctrine and other applicable privileges.

9

10  REQUEST FOR PRODUCTION NO. 61:

11         All COMMUNICATIONS between YOU and any retailer, sales person

12  or merchandiser world wide REFERRING OR RELATING TO the allocation of

13  shelf space, altering of retail displays, or placement of "BRATZ" in retail stores,

14  including but not limited to COMMUNICATIONS concerning the placement of

15  "BRATZ" relative to "MY SCENE" products world wide.

16

17  RESPONSE TO REQUEST FOR PRODUCTION NO. 61:

18         In addition to the general objections stated above which are

19  incorporated herein by reference, Mattel objects to this Request on the grounds that

20  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

21  documents on this subject without limitation as to time, and regardless of whether

22  such documents relate to products or matters at issue in this case.  Mattel further

23  objects to the Request on the grounds that it seeks documents that are not relevant to

24  this action or likely to lead to the discovery of admissible evidence.  Mattel further

25  objects to this Request on the grounds that it seeks confidential, proprietary and

26  trade secret information that has no bearing on the claims or defenses in this case.

27  Mattel further objects to this Request on the grounds that it calls for the disclosure

28

-59-

RESPONSES TO FIRST SET OF REQUESTS FOR PRODUCTION

Exhibit 19 - Page 414

1   of information subject to the attorney-client privilege, the attorney work-product

2   doctrine and other applicable privileges.

3

4   REQUEST FOR PRODUCTION NO. 62:

5           All DOCUMENTS, including but not limited to

6   COMMUNICATIONS, REFERRING OR RELATING TO any interference with or

7   inhibition of the sales or potential sales of MGA's products (including but not

8   limited to "BRATZ") or REFERRING OR RELATING TO any limitations or

9   restrictions on any retailer's ability to purchase, promote, advertise, develop, design

10  or sell "BRATZ" or other MGA products world wide.

11

12  RESPONSE TO REQUEST FOR PRODUCTION NO. 62:

13          In addition to the general objections stated above which are

14  incorporated herein by reference, Mattel objects to this Request on the grounds that

15  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

16  documents on this subject without limitation as to time, and regardless of whether

17  such documents relate to products or matters at issue in this case.  Mattel further

18  objects to the Request on the grounds that it seeks documents that are not relevant to

19  this action or likely to lead to the discovery of admissible evidence.  Mattel further

20  objects to this Request on the grounds that it seeks confidential, proprietary and

21  trade secret information that has no bearing on the claims or defenses in this case.

22  Mattel further objects to this Request on the grounds that it calls for the disclosure

23  of information subject to the attorney-client privilege, the attorney work-product

24  doctrine and other applicable privileges.

25

26  REQUEST FOR PRODUCTION NO. 63:

27          All DOCUMENTS, including but not limited to

28  COMMUNICATIONS, REFERRING OR RELATING TO any contracts, licenses

-60-

RESPONSES TO FIRST SET OF REQUESTS FOR PRODUCTION

Exhibit 19 - Page 415

1  or agreements between MATTEL and any third party world wide that place any

2  limitations, prohibitions or restriction on that third party's ability to license,

3  manufacture, promote, distribute or sell any MGA products or to supply materials or

4  services to MGA world wide.

5

6  RESPONSE TO REQUEST FOR PRODUCTION NO. 63:

7  　　　　　　　　In addition to the general objections stated above which are

8  incorporated herein by reference, Mattel objects to this Request on the grounds that

9  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

10  documents on this subject without limitation as to time, and regardless of whether

11  such documents relate to products or matters at issue in this case.  Mattel further

12  objects to the Request on the grounds that it seeks documents that are not relevant to

13  this action or likely to lead to the discovery of admissible evidence.  Mattel further

14  objects to this Request on the grounds that it seeks confidential, proprietary and

15  trade secret information that has no bearing on the claims or defenses in this case.

16  Mattel further objects to this Request on the grounds that it calls for the disclosure

17  of information subject to the attorney-client privilege, the attorney work-product

18  doctrine and other applicable privileges.

19

20  REQUEST FOR PRODUCTION NO. 64:

21  　　　　　　　　All DOCUMENTS, including but not limited to

22  COMMUNICATIONS, REFERRING OR RELATING TO any third party's

23  agreement or decision not to license, manufacture, promote, distribute or sell any

24  MGA products, or supply materials or services to MGA world wide.

25

26  RESPONSE TO REQUEST FOR PRODUCTION NO. 64:

27  　　　　　　　　In addition to the general objections stated above which are

28  incorporated herein by reference, Mattel objects to this Request on the grounds that

1  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all
2  documents on this subject without limitation as to time, and regardless of whether
3  such documents relate to products or matters at issue in this case.  Mattel further
4  objects to the Request on the grounds that it seeks documents that are not relevant to
5  this action or likely to lead to the discovery of admissible evidence.  Mattel further
6  objects to this Request on the grounds that it seeks confidential, proprietary and
7  trade secret information that has no bearing on the claims or defenses in this case.
8  Mattel further objects to this Request on the grounds that it is duplicative of or
9  subsumed within other requests within this set of requests.  Mattel further objects to
10  this Request on the grounds that it calls for the disclosure of information subject to
11  the attorney-client privilege, the attorney work-product doctrine and other applicable
12  privileges.

13

14  REQUEST FOR PRODUCTION NO. 65:

15      All DOCUMENTS, including but not limited to
16  COMMUNICATIONS, REFERRING OR RELATING TO any third party's
17  agreement or decision to limit, restrict, curtail or reduce its license, manufacture,
18  promotion, distribution or sales of any MGA products, or its supply of materials or
19  services to MGA world wide.

20

21  RESPONSE TO REQUEST FOR PRODUCTION NO. 65:

22      In addition to the general objections stated above which are
23  incorporated herein by reference, Mattel objects to this Request on the grounds that
24  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all
25  documents on this subject without limitation as to time, and regardless of whether
26  such documents relate to products or matters at issue in this case.  Mattel further
27  objects to the Request on the grounds that it seeks documents that are not relevant to
28  this action or likely to lead to the discovery of admissible evidence.  Mattel further

/5/2017529.1

1  objects to this Request on the grounds that it seeks confidential, proprietary and

2  trade secret information that has no bearing on the claims or defenses in this case.

3  Mattel further objects to this Request on the grounds that it is duplicative of or

4  subsumed within other requests within this set of requests.  Mattel further objects to

5  this Request on the grounds that it calls for the disclosure of information subject to

6  the attorney-client privilege, the attorney work-product doctrine and other applicable

7  privileges.

8

9  REQUEST FOR PRODUCTION NO. 66:

10          All DOCUMENTS, including but not limited to

11  COMMUNICATIONS, REFERRING OR RELATING TO any interference with or

12  inhibition of the supply of goods or services, or the potential supply of goods or

13  services, to MGA or REFERRING OR RELATING TO any limitations or

14  restrictions on any supplier's ability to do business with MGA world wide.

15

16  RESPONSE TO REQUEST FOR PRODUCTION NO. 66:

17          In addition to the general objections stated above which are

18  incorporated herein by reference, Mattel objects to this Request on the grounds that

19  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

20  documents on this subject without limitation as to time, and regardless of whether

21  such documents relate to products or matters at issue in this case.  Mattel further

22  objects to the Request on the grounds that it seeks documents that are not relevant to

23  this action or likely to lead to the discovery of admissible evidence.  Mattel further

24  objects to this Request on the grounds that it seeks confidential, proprietary and

25  trade secret information that has no bearing on the claims or defenses in this case.

26  Mattel further objects to this Request on the grounds that it is duplicative of or

27  subsumed within other requests within this set of requests.  Mattel further objects to

28  this Request on the grounds that it calls for the disclosure of information subject to

1   the attorney-client privilege, the attorney work-product doctrine and other applicable

2   privileges.

3

4   <u>REQUEST FOR PRODUCTION NO. 67:</u>

5           All DOCUMENTS, including but not limited to

6   COMMUNICATIONS, REFERRING OR RELATING TO any interference with or

7   inhibition of the distribution or potential distribution of MGA's products (including

8   but not limited to "BRATZ") or REFERRING OR RELATING TO any limitations

9   or restrictions on any distributor's ability to purchase, promote, advertise, develop,

10  design, or sell "BRATZ" or other MGA products world wide.

11

12  <u>RESPONSE TO REQUEST FOR PRODUCTION NO. 67:</u>

13          In addition to the general objections stated above which are

14  incorporated herein by reference, Mattel objects to this Request on the grounds that

15  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

16  documents on this subject without limitation as to time, and regardless of whether

17  such documents relate to products or matters at issue in this case.  Mattel further

18  objects to the Request on the grounds that it seeks documents that are not relevant to

19  this action or likely to lead to the discovery of admissible evidence.  Mattel further

20  objects to this Request on the grounds that it seeks confidential, proprietary and

21  trade secret information that has no bearing on the claims or defenses in this case.

22  Mattel further objects to this Request on the grounds that it is duplicative of or

23  subsumed within other requests within this set of requests.  Mattel further objects to

24  this Request on the grounds that it calls for the disclosure of information subject to

25  the attorney-client privilege, the attorney work-product doctrine and other applicable

26  privileges.

27

28

1   REQUEST FOR PRODUCTION NO. 68:

2          All commercials referenced in paragraph 47 of YOUR ANSWER.

3

4   RESPONSE TO REQUEST FOR PRODUCTION NO. 68:

5          In addition to the general objections stated above which are

6   incorporated herein by reference, Mattel objects to this Request on the grounds that

7   it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

8   documents on this subject without limitation as to time, and regardless of whether

9   such documents relate to products or matters at issue in this case.  Mattel further

10  objects to the Request on the grounds that it seeks documents that are not relevant to

11  this action or likely to lead to the discovery of admissible evidence.  Mattel further

12  objects to this Request on the grounds that it seeks confidential, proprietary and

13  trade secret information that has no bearing on the claims or defenses in this case.

14  Mattel further objects to this Request on the grounds that it calls for the disclosure

15  of information subject to the attorney-client privilege, the attorney work-product

16  doctrine and other applicable privileges.

17         Without waiving and subject to, the foregoing general and specific

18  objections, and to the extent not previously produced, Mattel will produce

19  responsive, non-privileged documents in its possession, custody or control that it

20  can locate after a reasonable, good faith search.

21

22  REQUEST FOR PRODUCTION NO. 69:

23         All television commercials for "MY SCENE" and DOCUMENTS

24  sufficient to identify all personnel involved in the creation of those commercials.

25

26  RESPONSE TO REQUEST FOR PRODUCTION NO. 69:

27         In addition to the general objections stated above which are

28  incorporated herein by reference, Mattel objects to this Request on the grounds that

-65-

1  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

2  documents on this subject without limitation as to time, and regardless of whether

3  such documents relate to products or matters at issue in this case. Mattel further

4  objects to the Request on the grounds that it seeks documents that are not relevant to

5  this action or likely to lead to the discovery of admissible evidence. Mattel further

6  objects to this Request on the grounds that it seeks confidential, proprietary and

7  trade secret information that has no bearing on the claims or defenses in this case.

8  Mattel further objects to this Request on the grounds that it calls for the disclosure

9  of information subject to the attorney-client privilege, the attorney work-product

10  doctrine and other applicable privileges.

11  Subject to and without waiving the foregoing general and specific

12  objections, and to the extent not already produced, Mattel will produce television

13  commercials in its possession, custody or control, if any, that it can locate after a

14  reasonable, good faith search relating to the aspects of the MY SCENE products that

15  MGA has alleged are infringing as well as documents in its possession, custody or

16  control, if any, that it can locate after a reasonable, good faith search sufficient to

17  identify the persons principally responsible for the creation of such commercials.

18

19  REQUEST FOR PRODUCTION NO. 70:

20  All studies, analyses, presentations or investigations, including internal

21  studies, analyses, presentations or investigations, REFERRING OR RELATING TO

22  actual or potential market competition between "MY SCENE" and "BRATZ."

23

24  RESPONSE TO REQUEST FOR PRODUCTION NO. 70:

25  In addition to the general objections stated above which are

26  incorporated herein by reference, Mattel objects to this Request on the grounds that

27  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

28  documents on this subject without limitation as to time, and regardless of whether

1  such documents relate to products or matters at issue in this case. Mattel further

2  objects to the Request on the grounds that it seeks documents that are not relevant to

3  this action or likely to lead to the discovery of admissible evidence. Mattel further

4  objects to this Request on the grounds that it seeks confidential, proprietary and

5  trade secret information that has no bearing on the claims or defenses in this case.

6  Mattel further objects to this Request on the grounds that it calls for the disclosure

7  of information subject to the attorney-client privilege, the attorney work-product

8  doctrine and other applicable privileges.

9          Subject to and without waiving the foregoing general and specific

10 objections, and to the extent not already produced, Mattel will produce responsive,

11 non-privileged documents in its possession, custody or control, if any, that it can

12 locate after a reasonable, good faith search comparing the market competition

13 between, on the one hand, the aspects of the Bratz products that MGA has alleged

14 were infringed and, on the other hand, the aspects of the MY SCENE products that

15 MGA has accused of infringement.

16

17 REQUEST FOR PRODUCTION NO. 71:

18          All internal studies, analyses, presentations or investigations

19 REFERRING OR RELATING TO the overall market shares and market position of

20 "MY SCENE" and "Barbie", from 2001 to the present.

21

22 RESPONSE TO REQUEST FOR PRODUCTION NO. 71:

23          In addition to the general objections stated above which are

24 incorporated herein by reference, Mattel objects to this Request on the grounds that

25 it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

26 documents on this subject regardless of whether such documents relate to products

27 or matters at issue in this case. Mattel further objects to the Request on the grounds

28 that it seeks documents that are not relevant to this action or likely to lead to the

975/2017529.1

-67-

1   discovery of admissible evidence. Mattel further objects to this Request on the

2   grounds that it seeks confidential, proprietary and trade secret information that has

3   no bearing on the claims or defenses in this case. Mattel further objects to this

4   Request on the grounds that it calls for the disclosure of information subject to the

5   attorney-client privilege, the attorney work-product doctrine and other applicable

6   privileges.

7           Subject to and without waiving the foregoing general and specific

8   objections, and to the extent not already produced, Mattel will produce responsive,

9   non-privileged documents in its possession, custody or control, if any, that it can

10   locate after a reasonable, good faith search comparing the market shares between, on

11   the one hand, the aspects of the Bratz products that MGA has alleged were infringed

12   and, on the other hand, the aspects of the MY SCENE products that MGA has

13   accused of infringement.

14

15   REQUEST FOR PRODUCTION NO. 72:

16           All studies, analyses, presentations or investigations of the target

17   audience, age groups, market share, or projections for "MY SCENE."

18

19   RESPONSE TO REQUEST FOR PRODUCTION NO. 72:

20           In addition to the general objections stated above which are

21   incorporated herein by reference, Mattel objects to this Request on the grounds that

22   it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

23   documents on this subject without limitation as to time, and regardless of whether

24   such documents relate to products or matters at issue in this case. Mattel further

25   objects to the Request on the grounds that it seeks documents that are not relevant to

26   this action or likely to lead to the discovery of admissible evidence. Mattel further

27   objects to this Request on the grounds that it seeks confidential, proprietary and

28   trade secret information that has no bearing on the claims or defenses in this case.

1   Mattel further objects to this Request on the grounds that it calls for the disclosure

2   of information subject to the attorney-client privilege, the attorney work-product

3   doctrine and other applicable privileges.

4   Subject to and without waiving the foregoing general and specific

5   objections, and to the extent not already produced, Mattel will produce responsive,

6   non-privileged documents in its possession, custody or control, if any, that it can

7   locate after a reasonable, good faith search relating to the aspects of the MY SCENE

8   products that MGA has accused of infringement.

9

10   REQUEST FOR PRODUCTION NO. 73:

11   All studies, analyses, presentations or investigations of the target

12   audience, age groups, market share, or projections for "BRATZ."

13

14   RESPONSE TO REQUEST FOR PRODUCTION NO. 73:

15   In addition to the general objections stated above which are

16   incorporated herein by reference, Mattel objects to this Request on the grounds that

17   it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

18   documents on this subject without limitation as to time, and regardless of whether

19   such documents relate to products or matters at issue in this case. Mattel further

20   objects to the Request on the grounds that it seeks documents that are not relevant to

21   this action or likely to lead to the discovery of admissible evidence. Mattel further

22   objects to this Request on the grounds that it seeks confidential, proprietary and

23   trade secret information that has no bearing on the claims or defenses in this case.

24   Mattel further objects to this Request on the grounds that it calls for the disclosure

25   of information subject to the attorney-client privilege, the attorney work-product

26   doctrine and other applicable privileges.

27   Subject to and without waiving the foregoing general and specific

28   objections, and to the extent not already produced, Mattel will produce responsive,

1    non-privileged documents in its possession, custody or control, if any, that it can

2    locate after a reasonable, good faith search relating to the aspects of the Bratz

3    products that MGA has alleged were infringed.

4

5    REQUEST FOR PRODUCTION NO. 74:

6            DOCUMENTS sufficient to determine total sales, revenue, royalties,

7    costs of goods sold and any other costs attributable to net profits REFERRING OR

8    RELATING TO "MY SCENE."

9

10   RESPONSE TO REQUEST FOR PRODUCTION NO. 74:

11           In addition to the general objections stated above which are

12   incorporated herein by reference, Mattel objects to this Request on the grounds that

13   it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

14   documents on this subject without limitation as to time, and regardless of whether

15   such documents relate to products or matters at issue in this case.  Mattel further

16   objects to the Request on the grounds that it seeks documents that are not relevant to

17   this action or likely to lead to the discovery of admissible evidence.  Mattel further

18   objects to this Request on the grounds that it seeks confidential, proprietary and

19   trade secret information that has no bearing on the claims or defenses in this case.

20   Mattel further objects to this Request on the grounds that it calls for the disclosure

21   of information subject to the attorney-client privilege, the attorney work-product

22   doctrine and other applicable privileges.

23           Subject to and without waiving the foregoing general and specific

24   objections, and to the extent not already produced, Mattel will produce responsive,

25   non-privileged documents in its possession, custody or control, if any, that it can

26   locate after a reasonable, good faith search sufficient to show the overall revenues,

27   sales, costs and net profits of the MY SCENE products that MGA has accused of

28   infringement.

REQUEST FOR PRODUCTION NO. 75:

All DOCUMENTS REFERRING OR RELATING TO whether MATTEL is funding, contributing to, or reimbursing the fees, costs or expenses incurred in connection with any lawsuit involving MGA, to which MATTEL is not a party.

RESPONSE TO REQUEST FOR PRODUCTION NO. 75:

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad, unduly burdensome and unintelligible, including in its groundless assumption that Mattel is funding, contributing to, or reimbursing the fees, costs or expenses incurred in connection with any lawsuit involving MGA, to which Mattel is not a party.  Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence.  Mattel further objects to this Request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges.

Without waiving, and subject to, the foregoing general and specific objections, Mattel will produce responsive, non-privileged documents in its possession, custody or control, if any, that it can locate after a reasonable, good faith search.

REQUEST FOR PRODUCTION NO. 76:

All DOCUMENTS REFERRING OR RELATING TO the quality or reputation of "MY SCENE" including, without limitation, accolades or awards for "MY SCENE."

1  RESPONSE TO REQUEST FOR PRODUCTION NO. 76:

2          In addition to the general objections stated above which are

3  incorporated herein by reference, Mattel objects to this Request on the grounds that

4  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

5  documents on this subject without limitation as to time, and regardless of whether

6  such documents relate to products or matters at issue in this case.  Mattel further

7  objects to the Request on the grounds that it seeks documents that are not relevant to

8  this action or likely to lead to the discovery of admissible evidence.  Mattel further

9  objects to this Request on the grounds that it seeks confidential, proprietary and

10  trade secret information that has no bearing on the claims or defenses in this case.

11  Mattel further objects to this Request on the grounds that it calls for the disclosure

12  of information subject to the attorney-client privilege, the attorney work-product

13  doctrine and other applicable privileges.

14          Subject to and without waiving the foregoing general and specific

15  objections, and to the extent not already produced, Mattel will produce responsive,

16  non-privileged documents in its possession, custody or control, if any, that it can

17  locate after a reasonable, good faith search relating to the aspects of the MY SCENE

18  products that MGA has accused of infringement.

19

20  REQUEST FOR PRODUCTION NO. 77:

21          All DOCUMENTS REFERRING OR RELATING TO any evaluation,

22  criticism or comparison of "MY SCENE," including in relation to "BRATZ" by any

23  third party.

24

25  RESPONSE TO REQUEST FOR PRODUCTION NO. 77:

26          In addition to the general objections stated above which are

27  incorporated herein by reference, Mattel objects to this Request on the grounds that

28  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

RESPONSES TO FIRST SET OF REQUESTS FOR PRODUCTION

Exhibit 19 - Page 427

975/2017529.1

1  documents without meaningful limitation as to subject, without limitation as to time,

2  and regardless of whether such documents relate to products or matters at issue in

3  this case.  Mattel further objects to the Request on the grounds that it seeks

4  documents that are not relevant to this action or likely to lead to the discovery of

5  admissible evidence.  Mattel further objects to this Request on the grounds that it

6  seeks confidential, proprietary and trade secret information that has no bearing on

7  the claims or defenses in this case.  Mattel further objects to this Request on the

8  grounds that it calls for the disclosure of information subject to the attorney-client

9  privilege, the attorney work-product doctrine and other applicable privileges.

10

11  REQUEST FOR PRODUCTION NO. 78:

12          All DOCUMENTS REFERRING OR RELATING TO any evaluation,

13  criticism or comparison of "BRATZ," including in relation to "MY SCENE."

14

15  RESPONSE TO REQUEST FOR PRODUCTION NO. 78:

16          In addition to the general objections stated above which are

17  incorporated herein by reference, Mattel objects to this Request on the grounds that

18  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

19  documents on this subject without limitation as to time, and regardless of whether

20  such documents relate to products or matters at issue in this case.  Mattel further

21  objects to the Request on the grounds that it seeks documents that are not relevant to

22  this action or likely to lead to the discovery of admissible evidence.  Mattel further

23  objects to this Request on the grounds that it seeks confidential, proprietary and

24  trade secret information that has no bearing on the claims or defenses in this case.

25  Mattel further objects to this Request on the grounds that it calls for the disclosure

26  of information subject to the attorney-client privilege, the attorney work-product

27  doctrine and other applicable privileges.

28

-73-

REQUEST FOR PRODUCTION NO. 79:

All DOCUMENTS evidencing confusion between "BRATZ" and "MY SCENE," including without limitation DOCUMENTS in which photographs of one party's products have been used to depict another party's products or reference to one party's products have been made in lieu of the other party's products.

RESPONSE TO REQUEST FOR PRODUCTION NO. 79:

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad and unduly burdensome, including in that it seeks all documents on this subject without limitation as to time, and regardless of whether such documents relate to products or matters at issue in this case. Mattel further objects to this Request as unintelligible in its inclusion of "photographs" as "evidencing confusion". Mattel further objects to this Request as duplicative and harassing in that it is duplicative of or subsumed within other Requests within this set of Requests. Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence. Mattel further objects to this Request on the grounds that it seeks confidential, proprietary and trade secret information that has no bearing on the claims or defenses in this case. Mattel further objects to this Request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges.

Subject to and without waiving the foregoing general and specific objections, and to the extent not already produced, Mattel will produce responsive, non-privileged documents in its possession, custody or control, if any, that it can locate after a reasonable, good faith search showing purported consumer confusion between the appearance of, on the one hand, the aspects of the Bratz products that

1   MGA has alleged were infringed and, on the other hand, the aspects of the MY

2   SCENE products that MGA has accused of infringement.

3

4   REQUEST FOR PRODUCTION NO. 80:

5            DOCUMENTS, including but not limited to organizational charts,

6   sufficient to identify (by name and job function) all MATTEL personnel with

7   responsibility, at any time since January 2001, for marketing or MARKET

8   RESEARCH, REFERRING OR RELATING TO "MY SCENE."

9

10  RESPONSE TO REQUEST FOR PRODUCTION NO. 80:

11           In addition to the general objections stated above which are

12  incorporated herein by reference, Mattel objects to this Request on the grounds that

13  it is overbroad, unduly burdensome and unintelligible, including in that it seeks

14  documents on this subject regardless of whether such documents relate to products

15  or matters at issue in this case. Mattel further objects to the Request on the grounds

16  that it seeks documents that are not relevant to this action or likely to lead to the

17  discovery of admissible evidence. Mattel further objects to this Request on the

18  grounds that it seeks confidential, proprietary and trade secret information that has

19  no bearing on the claims or defenses in this case. Mattel further objects to this

20  Request on the grounds that it calls for the disclosure of information subject to the

21  attorney-client privilege, the attorney work-product doctrine and other applicable

22  privileges.

23           Subject to and without waiving the foregoing general and specific

24  objections, and to the extent not already produced, Mattel will produce responsive,

25  non-privileged documents in its possession, custody or control, if any, that it can

26  locate after a reasonable, good faith search sufficient to identify the Mattel

27  employees responsible for marketing the MY SCENE products that MGA has

28  accused of infringement.

075/2017529.1

REQUEST FOR PRODUCTION NO. 81:

DOCUMENTS, including but not limited to organizational charts, sufficient to identify (by name and job function) all MATTEL personnel with responsibility for "MY SCENE" sales, promotions, marketing, packaging, advertising (including but not limited to television commercials), development or design, including without limitation internal departments, teams or organizations with responsibility for any specific retailer, licensee or others in the industry.

RESPONSE TO REQUEST FOR PRODUCTION NO. 81:

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad and unduly burdensome, including in that it seeks documents on this subject without limitation as to time, and regardless of whether such documents relate to products or matters at issue in this case. Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence. Mattel further objects to this Request on the grounds that it seeks confidential, proprietary and trade secret information that has no bearing on the claims or defenses in this case. Mattel further objects to this Request on the grounds that it is duplicative of or subsumed within other requests within this set of requests. Mattel further objects to this Request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges.

Subject to and without waiving the foregoing general and specific objections, and to the extent not already produced, Mattel will produce responsive, non-privileged documents in its possession, custody or control, if any, that it can locate after a reasonable, good faith search sufficient to identify the Mattel employees responsible for the design, development, marketing, sales and advertising of the MY SCENE products that MGA has accused of infringement.

1    REQUEST FOR PRODUCTION NO. 82:

2           DOCUMENTS, including but not limited to organizational charts,

3 sufficient to identify (by name and job function) all MATTEL personnel comprising

4 the primary team that worked on the design and development of the original "MY

5 SCENE" products as identified in paragraph 34 of the COMPLAINT.

6

7    RESPONSE TO REQUEST FOR PRODUCTION NO. 82:

8           In addition to the general objections stated above which are

9 incorporated herein by reference, Mattel objects to this Request on the grounds that

10 it is overbroad and unduly burdensome, including in that it seeks documents on this

11 subject, whether or not such documents relate to products or matters at issue in this

12 case. Mattel further objects to the Request on the grounds that it seeks documents

13 that are not relevant to this action or likely to lead to the discovery of admissible

14 evidence. Mattel further objects to this Request on the grounds that it seeks

15 confidential, proprietary and trade secret information that has no bearing on the

16 claims or defenses in this case. Mattel further objects to this Request on the grounds

17 that it is duplicative of or subsumed within other requests within this set of requests.

18 Mattel further objects to this Request on the grounds that it calls for the disclosure

19 of information subject to the attorney-client privilege, the attorney work-product

20 doctrine and other applicable privileges.

21

22    REQUEST FOR PRODUCTION NO. 83:

23           DOCUMENTS, including but not limited to organizational charts,

24 sufficient to identify (by name and job function) all MATTEL personnel comprising

25 the primary team that worked on the design and development of the more recent

26 "MY SCENE" products as identified in paragraphs 37 and 38 of the COMPLAINT.

27

28

-77-

RESPONSE TO REQUEST FOR PRODUCTION NO. 83:

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it seeks confidential, proprietary and trade secret information that has no bearing on the claims or defenses in this case. Mattel further objects to this Request on the grounds that it is duplicative of or subsumed within other requests within this set of requests. Mattel further objects to this Request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges.

Subject to and without waiving the foregoing general and specific objections, and to the extent not already produced, Mattel will produce responsive, non-privileged documents in its possession, custody or control, if any, that it can locate after a reasonable, good faith search sufficient to identify the Mattel employees responsible for designing and developing the MY SCENE products that MGA has accused of infringement.

REQUEST FOR PRODUCTION NO. 84:

DOCUMENTS, including but not limited to organizational charts, sufficient to identify (by name and job function) all current MATTEL personnel comprising the primary team currently working on the design and development of "MY SCENE" products.

RESPONSE TO REQUEST FOR PRODUCTION NO. 84:

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad and unduly burdensome, including in that it seeks all documents on this subject without limitation as to time, and regardless of whether such documents relate to products or matters at issue in this case. Mattel further objects to the

175/2017529.1

1    Request on the grounds that it seeks documents that are not relevant to this action or

2    likely to lead to the discovery of admissible evidence.  Mattel further objects to this

3    Request on the grounds that it seeks confidential, proprietary and trade secret

4    information that has no bearing on the claims or defenses in this case.  Mattel further

5    objects to this Request on the grounds that it is duplicative of or subsumed within

6    other requests within this set of requests.  Mattel further objects to this Request on

7    the grounds that it calls for the disclosure of information subject to the attorney-

8    client privilege, the attorney work-product doctrine and other applicable privileges.

9            Subject to and without waiving the foregoing general and specific

10    objections, and to the extent not already produced, Mattel will produce responsive,

11    non-privileged documents in its possession, custody or control, if any, that it can

12    locate after a reasonable, good faith search sufficient to identify the Mattel

13    employees responsible for designing and developing the MY SCENE products that

14    MGA has accused of infringement.

15

16    REQUEST FOR PRODUCTION NO. 85:

17            DOCUMENTS, including but not limited to organizational charts,

18    sufficient to identify (by name and job function) all former MATTEL personnel who

19    were ever a member of the primary team that worked on the design and

20    development of "MY SCENE" products.

21

22    RESPONSE TO REQUEST FOR PRODUCTION NO. 85:

23            In addition to the general objections stated above which are

24    incorporated herein by reference, Mattel objects to this Request on the grounds that

25    it is overbroad and  unduly burdensome, including in that it seeks documents on this

26    subject without limitation as to time, and regardless of whether such documents

27    relate to products or matters at issue in this case.  Mattel further objects to the

28    Request on the grounds that it seeks documents that are not relevant to this action or

'75/2017529.1

1   likely to lead to the discovery of admissible evidence.  Mattel further objects to this

2   Request on the grounds that it seeks confidential, proprietary and trade secret

3   information that has no bearing on the claims or defenses in this case.  Mattel further

4   objects to this Request on the grounds that it is duplicative of or subsumed within

5   other requests within this set of requests.  Mattel further objects to this Request on

6   the grounds that it calls for the disclosure of information subject to the attorney-

7   client privilege, the attorney work-product doctrine and other applicable privileges.

8           Subject to and without waiving the foregoing general and specific

9   objections, and to the extent not already produced, Mattel will produce responsive,

10  non-privileged documents in its possession, custody or control, if any, that it can

11  locate after a reasonable, good faith search sufficient to identify the Mattel

12  employees responsible for designing and developing the MY SCENE products that

13  MGA has accused of infringement.

14

15  REQUEST FOR PRODUCTION NO. 86:

16          DOCUMENTS sufficient to describe fully MATTEL's document

17  retention policies (including its policies with respect to the retention or destruction

18  of physical documents, physical objects, samples or specimens, electronic mail and

19  other electronic documents) in effect at any time since January 2001.

20

21  RESPONSE TO REQUEST FOR PRODUCTION NO. 86:

22          In addition to the general objections stated above which are

23  incorporated herein by reference, Mattel objects to this Request on the grounds that

24  it is overbroad and unduly burdensome, including in that it seeks documents on this

25  subject regardless of whether such documents relate to products or matters at issue

26  in this case and in its groundless assumption that Mattel has a policy to destroy

27  documents or other evidence.  Mattel further objects to the Request on the grounds

28  that it seeks documents that are not relevant to this action or likely to lead to the

-80-

1   discovery of admissible evidence. Mattel further objects to this Request on the

2   grounds that it calls for the disclosure of information subject to the attorney-client

3   privilege, the attorney work-product doctrine and other applicable privileges.

4            Without waiving, and subject to, the foregoing general and specific

5   objections Mattel will produce responsive, non-privileged documents within its

6   possession, custody or control, if any, that it can locate after a reasonable, good faith

7   search relating to the retention of categories of documents for products that MGA

8   has accused of infringement.

9

10  REQUEST FOR PRODUCTION NO. 87:

11           DOCUMENTS sufficient to describe fully MATTEL's actions to

12  preserve DOCUMENTS in response to the COMPLAINT and the document

13  retention letter from Diana M. Torres, Esq. to Robert Normile, Esq. dated April 16,

14  2005.

15

16  RESPONSE TO REQUEST FOR PRODUCTION NO. 87:

17           In addition to the general objections stated above which are

18  incorporated herein by reference, Mattel objects to this Request on the grounds that

19  it is overbroad and unduly burdensome, including in that it seeks all documents on

20  this subject regardless of whether such documents relate to products or matters at

21  issue in this case. Mattel further objects to the Request on the grounds that it seeks

22  documents that are not relevant to this action or likely to lead to the discovery of

23  admissible evidence. Mattel further objects to this Request on the grounds that it

24  calls for the disclosure of information subject to the attorney-client privilege, the

25  attorney work-product doctrine and other applicable privileges.

26           Without waiving, and subject to, the foregoing general and specific

27  objections Mattel will produce responsive, non-privileged documents within its

28  possession, custody or control, if any, that it can locate after a reasonable, good faith

-81-

RESPONSES TO FIRST SET OF REQUESTS FOR PRODUCTION

Exhibit 19 - Page 436

1   search relating to the retention of categories of documents for products that MGA

2   has accused of infringement.

3

4   REQUEST FOR PRODUCTION NO. 88:

5            DOCUMENTS sufficient to identify all DOCUMENTS REFERRING

6   OR RELATING TO "MY SCENE," "BRATZ," MGA or LARIAN that have been

7   destroyed or discarded since April 16, 2005.

8

9   RESPONSE TO REQUEST FOR PRODUCTION NO. 88:

10           In addition to the general objections stated above which are

11   incorporated herein by reference, Mattel objects to this Request on the grounds that

12   it is overbroad, unduly burdensome and unintelligible, including in its groundless

13   assumption that Mattel has destroyed or discarded discovery of relevant evidence.

14   Mattel further objects to the Request on the grounds that it seeks documents that are

15   not relevant to this action or likely to lead to the discovery of admissible evidence.

16   Mattel further objects to this Request on the grounds that it calls for the disclosure

17   of information subject to the attorney-client privilege, the attorney work-product

18   doctrine and other applicable privileges.

19           Without waiving, and subject to, the foregoing general and specific

20   objections Mattel will produce responsive, non-privileged documents within its

21   possession, custody or control, if any, that it can locate after a reasonable, good faith

22   search relating to the retention of categories of documents for MY SCENE products

23   that MGA has accused of infringement or for Bratz products that MGA has alleged

24   were infringed.

25

26   REQUEST FOR PRODUCTION NO. 89:

27           All DOCUMENTS REFERRING OR RELATING TO

28   COMMUNICATIONS with or among third parties concerning this litigation, the

1   allegations in the COMPLAINT, Mattel's responses to or views on the allegations in

2   the COMPLAINT or any alleged improper conduct by MATTEL.

3

4   RESPONSE TO REQUEST FOR PRODUCTION NO. 89:

5           In addition to the general objections stated above which are

6   incorporated herein by reference, Mattel objects to this Request on the grounds that

7   it is unintelligible as written.  Mattel further objects to the Request on the grounds

8   that it seeks documents that are not relevant to this action or likely to lead to the

9   discovery of admissible evidence.  Mattel further objects to this Request on the

10  grounds that it seeks confidential, proprietary and trade secret information that has

11  no bearing on the claims or defenses in this case.  Mattel further objects to this

12  Request on the grounds that it calls for the disclosure of information subject to the

13  attorney-client privilege, the attorney work-product doctrine and other applicable

14  privileges.

15          Without waiving, and subject to, the foregoing general and specific

16  objections Mattel will produce responsive, non-privileged documents within its

17  possession, custody or control, if any, that it can locate after a reasonable, good faith

18  search.

19

20  REQUEST FOR PRODUCTION NO. 90:

21          All DOCUMENTS REFERRING OR RELATING TO the commercial

22  success or recognition of "MY SCENE" including, without limitation, MARKET

23  RESEARCH.

24

25  RESPONSE TO REQUEST FOR PRODUCTION NO. 90:

26          In addition to the general objections stated above which are

27  incorporated herein by reference, Mattel objects to this Request on the grounds that

28  it is overbroad and unduly burdensome, including in that it seeks all documents on

75/2017529.1

-83-

1  this subject without limitation as to time, and regardless of whether such documents

2  relate to products or matters at issue in this case.  Mattel further objects to this

3  Request as vague and ambiguous and as duplicative of other Requests propounded

4  by MGA and/or Bryant, including Requests included in this set of Requests.  Mattel

5  further objects to the Request on the grounds that it seeks documents that are not

6  relevant to this action or likely to lead to the discovery of admissible evidence.

7  Mattel further objects to this Request on the grounds that it seeks confidential,

8  proprietary and trade secret information that has no bearing on the claims or

9  defenses in this case.  Mattel further objects to this Request on the grounds that it is

10  duplicative of or subsumed within other requests within this set of requests.  Mattel

11  further objects to this Request on the grounds that it calls for the disclosure of

12  information subject to the attorney-client privilege, the attorney work-product

13  doctrine and other applicable privileges.

14         Subject to and without waiving the foregoing general and specific

15  objections, and to the extent not already produced, Mattel will produce responsive,

16  non-privileged documents in its possession, custody or control, if any, that it can

17  locate after a reasonable, good faith search sufficient to show the overall sales of the

18  MY SCENE products that MGA has accused of infringement.

19

20  REQUEST FOR PRODUCTION NO. 91:

21         All DOCUMENTS REFERRING OR RELATING TO the commercial

22  success or recognition of MGA's "BRATZ" including, without limitation, MARKET

23  RESEARCH.

24

25  RESPONSE TO REQUEST FOR PRODUCTION NO. 91:

26         In addition to the general objections stated above which are

27  incorporated herein by reference, Mattel objects to this Request on the grounds that

28  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

Exhibit 19 - Page 439

775/2017529.1

1   documents on this subject without limitation as to time, and regardless of whether

2   such documents relate to products or matters at issue in this case.  Mattel further

3   objects to the Request on the grounds that it seeks documents that are not relevant to

4   this action or likely to lead to the discovery of admissible evidence.  Mattel further

5   objects to this Request on the grounds that it seeks confidential, proprietary and

6   trade secret information that has no bearing on the claims or defenses in this case.

7   Mattel further objects to this Request on the grounds that it is duplicative of or

8   subsumed within other requests within this set of requests.  Mattel further objects to

9   this Request on the grounds that it calls for the disclosure of information subject to

10   the attorney-client privilege, the attorney work-product doctrine and other applicable

11   privileges.

12         Subject to and without waiving the foregoing general and specific

13   objections, and to the extent not already produced, Mattel will produce responsive,

14   non-privileged documents in its possession, custody or control, if any, that it can

15   locate after a reasonable, good faith search sufficient to show the overall sales of the

16   Bratz products that MGA has accused of infringement.

17

18   REQUEST FOR PRODUCTION NO. 92:

19         All "New Toy Status Reports" for "MY SCENE."

20

21   RESPONSE TO REQUEST FOR PRODUCTION NO. 92:

22         In addition to the general objections stated above which are

23   incorporated herein by reference, Mattel objects to this Request on the grounds that

24   it is overbroad and unduly burdensome, including in that it seeks all documents on

25   this subject without limitation as to time, and regardless of whether such documents

26   relate to products or matters at issue in this case.  Mattel further objects to this

27   Request on the grounds that it is vague and ambiguous in its use of the term "New

28   Toy Status Reports."  Mattel further objects to the Request on the grounds that it

-85-

RESPONSES TO FIRST SET OF REQUESTS FOR PRODUCTION

Exhibit 19 - Page 440

1   seeks documents that are not relevant to this action or likely to lead to the discovery
2   of admissible evidence. Mattel further objects to this Request on the grounds that it
3   seeks confidential, proprietary and trade secret information that has no bearing on
4   the claims or defenses in this case. Mattel further objects to this Request on the
5   grounds that it calls for the disclosure of information subject to the attorney-client
6   privilege, the attorney work-product doctrine and other applicable privileges.

7           Subject to and without waiving the foregoing general and specific
8   objections, and to the extent not already produced, Mattel will produce responsive,
9   non-privileged reports in its possession, custody or control, if any, that it can locate
10  after a reasonable, good faith search relating to the aspects of the MY SCENE
11  products that MGA has accused of infringement.

12

13  REQUEST FOR PRODUCTION NO. 93:

14          DOCUMENTS sufficient to indicate when a project number was first
15  assigned to "MY SCENE."

16

17  RESPONSE TO REQUEST FOR PRODUCTION NO. 93:

18          In addition to the general objections stated above which are
19  incorporated herein by reference, Mattel objects to this Request on the grounds that
20  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all
21  documents on this subject without limitation as to time, and regardless of whether
22  such documents relate to products or matters at issue in this case. Mattel further
23  objects to the Request on the grounds that it seeks documents that are not relevant to
24  this action or likely to lead to the discovery of admissible evidence. Mattel further
25  objects to this Request on the grounds that it seeks confidential, proprietary and
26  trade secret information that has no bearing on the claims or defenses in this case.
27  Mattel further objects to this Request on the grounds that it calls for the disclosure

28

-86-

1    of information subject to the attorney-client privilege, the attorney work-product

2    doctrine and other applicable privileges.

3              Subject to and without waiving the foregoing general and specific

4    objections, and to the extent not already produced, Mattel will produce responsive,

5    non-privileged reports in its possession, custody or control, if any, that it can locate

6    after a reasonable, good faith search sufficient to show the assignment of any SKU

7    number for the MY SCENE products that MGA has accused of infringement.

8

9    REQUEST FOR PRODUCTION NO. 94:

10             All DOCUMENTS REFERRING OR RELATING TO any

11   COMMUNICATION between MATTEL and any participant in any MARKET

12   RESEARCH REFERRING OR RELATING TO "MY SCENE," MGA or

13   "BRATZ."

14

15   RESPONSE TO REQUEST FOR PRODUCTION NO. 94:

16             In addition to the general objections stated above which are

17   incorporated herein by reference, Mattel objects to this Request on the grounds that

18   it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

19   documents on this subject without limitation as to time, and regardless of whether

20   such documents relate to products or matters at issue in this case.  Mattel further

21   objects to the Request on the grounds that it seeks documents that are not relevant to

22   this action or likely to lead to the discovery of admissible evidence.  Mattel further

23   objects to this Request on the grounds that it seeks confidential, proprietary and

24   trade secret information that has no bearing on the claims or defenses in this case.

25   Mattel further objects to this Request on the grounds that it is duplicative of or

26   subsumed within other requests within this set of requests.  Mattel further objects to

27   this Request on the grounds that it calls for the disclosure of information subject to

28

-87-

1  the attorney-client privilege, the attorney work-product doctrine and other applicable

2  privileges.

3        Subject to and without waiving the foregoing general and specific

4  objections, and to the extent not already produced, Mattel will produce responsive,

5  non-privileged documents in its possession, custody or control, if any, that it can

6  locate after a reasonable, good faith search relating to the aspects of the MY SCENE

7  products that MGA has accused of infringement or the aspects of the Bratz products

8  that MGA claims were infringed thereby.

9

10  REQUEST FOR PRODUCTION NO. 95:

11        All DOCUMENTS REFERRING OR RELATING TO

12  COMMUNICATIONS that pertain in any way, explicitly or implicitly, to "BRATZ"

13  between LARIAN, BRYANT, Paula Garcia (a.k.a. Paula Treantafelles), Mercedeh

14  Ward, Victoria O'Connor, or anyone with an email address in the form of

15  _____@mgae.com, on the one hand, and any of the following, on the other hand:

16        a)    Ivy Ross

17        b)    Lily Martinez

18        c)    Cassidy Park

19        d)    Margaret Leahy (a.k.a. Margaret Hatch or Margaret Hatch

20  Leahy)

21        e)    Elise Cloonan

22        f)    Anna Rhee

23        g)    any PERSON formerly or currently employed by MATTEL in

24  marketing, sales, design, or development

25        h)    any PERSON who provided services to MATTEL on a contract

26  or temporary basis in marketing, sales, design, or development

27        i)    any shareholders, directors or officers of MATTEL.

28

75/2017529.1

-88-

1   RESPONSE TO REQUEST FOR PRODUCTION NO. 95:

2            In addition to the general objections stated above which are

3   incorporated herein by reference, Mattel objects to this Request on the grounds that

4   it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

5   documents on this subject without limitation as to time, and regardless of whether

6   such documents relate to products or matters at issue in this case.  Mattel further

7   objects to the Request on the grounds that it seeks documents that are not relevant to

8   this action or likely to lead to the discovery of admissible evidence.  Mattel further

9   objects to this Request on the grounds that it seeks confidential, proprietary and

10  trade secret information that has no bearing on the claims or defenses in this case.

11  Mattel further objects to this Request on the grounds that it calls for the disclosure

12  of information subject to the attorney-client privilege, the attorney work-product

13  doctrine and other applicable privileges.

14

15  REQUEST FOR PRODUCTION NO. 96:

16           All DOCUMENTS REFERRING OR RELATING TO this lawsuit

17  including, without limitation, COMMUNICATIONS REFERRING OR

18  RELATING TO this lawsuit from any MATTEL executive, anyone that worked on

19  "MY SCENE," or anyone at MATTEL with responsibility for communications with

20  NPD Funworld, Children's Advertising Review Unit, or the Toy Industry

21  Association.

22

23  RESPONSE TO REQUEST FOR PRODUCTION NO. 96:

24           In addition to the general objections stated above which are

25  incorporated herein by reference, Mattel objects to this Request on the grounds that

26  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

27  documents on this subject without limitation as to time, and regardless of whether

28  such documents relate to products or matters at issue in this case.  Mattel further

1    objects to the Request on the grounds that it seeks documents that are not relevant to

2    this action or likely to lead to the discovery of admissible evidence.  Mattel further

3    objects to this Request on the grounds that it seeks confidential, proprietary and

4    trade secret information that has no bearing on the claims or defenses in this case.

5    Mattel further objects to this Request on the grounds that it is duplicative of or

6    subsumed within other requests within this set of requests.  Mattel further objects to

7    this Request on the grounds that it calls for the disclosure of information subject to

8    the attorney-client privilege, the attorney work-product doctrine and other applicable

9    privileges.

10

11   REQUEST FOR PRODUCTION NO. 97:

12          All DOCUMENTS REFERRING OR RELATING TO any

13   COMMUNICATION between MATTEL and any person consulted regarding any

14   fact or issue relating to this lawsuit, including, without limitation, any experts,

15   investigators, or witnesses, excluding privileged COMMUNICATIONS with or on

16   behalf of counsel for MATTEL.

17

18   RESPONSE TO REQUEST FOR PRODUCTION NO. 97:

19          In addition to the general objections stated above which are

20   incorporated herein by reference, Mattel objects to this Request on the grounds that

21   it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

22   documents on this subject without limitation as to time, and regardless of whether

23   such documents relate to products or matters at issue in this case.  Mattel further

24   objects to the Request on the grounds that it seeks documents that are not relevant to

25   this action or likely to lead to the discovery of admissible evidence.  Mattel further

26   objects to this Request on the grounds that it seeks confidential, proprietary and

27   trade secret information that has no bearing on the claims or defenses in this case.

28   Mattel further objects to this Request as premature in that it seeks expert discovery.

1  Such discovery will be disclosed only at the time, and in the manner required by, the

2  Rules and the Court's Orders. Mattel further objects to this Request on the grounds

3  that it calls for the disclosure of information subject to the attorney-client privilege,

4  the attorney work-product doctrine and other applicable privileges.

5

6  REQUEST FOR PRODUCTION NO. 98:

7         All COMMUNICATIONS, and all DOCUMENTS REFERRING OR

8  RELATING TO any COMMUNICATIONS, between YOU on the one hand and

9  any employee, officer, director, agent, representative, or counsel for any competitor

10  of MGA REFERRING OR RELATING TO MGA, "BRATZ," or this lawsuit, or

11  other litigation involving the parties hereto or their employees.

12

13  RESPONSE TO REQUEST FOR PRODUCTION NO. 98:

14         In addition to the general objections stated above which are

15  incorporated herein by reference, Mattel objects to this Request on the grounds that

16  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

17  documents on this subject without limitation as to time, and regardless of whether

18  such documents relate to products or matters at issue in this case. Mattel further

19  objects to the Request on the grounds that it seeks documents that are not relevant to

20  this action or likely to lead to the discovery of admissible evidence. Mattel further

21  objects to this Request on the grounds that it seeks confidential, proprietary and

22  trade secret information that has no bearing on the claims or defenses in this case.

23  Mattel further objects to this Request on the grounds that it is duplicative of or

24  subsumed within other requests within this set of requests. Mattel further objects to

25  this Request on the grounds that it calls for the disclosure of information subject to

26  the attorney-client privilege, the attorney work-product doctrine and other applicable

27  privileges.

28

975/2017529.1

1  REQUEST FOR PRODUCTION NO. 99:

2              All COMMUNICATIONS, and all DOCUMENTS REFERRING OR

3  RELATING TO any COMMUNICATIONS, between YOU on the one hand and

4  any employee, officer, director, agent, representative, or counsel for any licensee or

5  distributor of MGA REFERRING OR RELATING TO MGA, "BRATZ," or this

6  lawsuit, or other litigation involving the parties hereto or their employees.

7

8  RESPONSE TO REQUEST FOR PRODUCTION NO. 99:

9              In addition to the general objections stated above which are

10  incorporated herein by reference, Mattel objects to this Request on the grounds that

11  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

12  documents on this subject without limitation as to time, and regardless of whether

13  such documents relate to products or matters at issue in this case.  Mattel further

14  objects to the Request on the grounds that it seeks documents that are not relevant to

15  this action or likely to lead to the discovery of admissible evidence.  Mattel further

16  objects to this Request on the grounds that it seeks confidential, proprietary and

17  trade secret information that has no bearing on the claims or defenses in this case.

18  Mattel further objects to this Request on the grounds that it calls for the disclosure

19  of information subject to the attorney-client privilege, the attorney work-product

20  doctrine and other applicable privileges.

21

22  REQUEST FOR PRODUCTION NO. 100:

23              All COMMUNICATIONS, and all DOCUMENTS REFERRING OR

24  RELATING TO any COMMUNICATIONS, between YOU on the one hand and

25  any employee, officer, director, agent, representative, or counsel for any competitor

26  of MGA REFERRING OR RELATING TO claims by MGA against MATTEL, or

27  claims by MATTEL against MGA or its employees.

28

1  RESPONSE TO REQUEST FOR PRODUCTION NO. 100:

2              In addition to the general objections stated above which are

3  incorporated herein by reference, Mattel objects to this Request on the grounds that

4  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

5  documents on this subject without limitation as to time, and regardless of whether

6  such documents relate to products or matters at issue in this case. Mattel further

7  objects to the Request on the grounds that it seeks documents that are not relevant to

8  this action or likely to lead to the discovery of admissible evidence. Mattel further

9  objects to this Request on the grounds that it seeks confidential, proprietary and

10  trade secret information that has no bearing on the claims or defenses in this case.

11  Mattel further objects to this Request on the grounds that it is duplicative of or

12  subsumed within other requests within this set of requests. Mattel further objects to

13  this Request on the grounds that it calls for the disclosure of information subject to

14  the attorney-client privilege, the attorney work-product doctrine and other applicable

15  privileges.

16

17  REQUEST FOR PRODUCTION NO. 101:

18              All COMMUNICATIONS, and all DOCUMENTS REFERRING OR

19  RELATING TO any COMMUNICATIONS, between YOU on the one hand and

20  any employee, officer, director, agent, representative, or counsel for any licensee or

21  distributor of MGA REFERRING OR RELATING TO claims by MGA against

22  MATTEL, or claims by MATTEL against MGA or its employees.

23

24  RESPONSE TO REQUEST FOR PRODUCTION NO. 101:

25              In addition to the general objections stated above which are

26  incorporated herein by reference, Mattel objects to this Request on the grounds that

27  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

28  documents on this subject without limitation as to time, and regardless of whether

-93-

such documents relate to products or matters at issue in this case. Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence. Mattel further objects to this Request on the grounds that it seeks confidential, proprietary and trade secret information that has no bearing on the claims or defenses in this case. Mattel further objects to this Request on the grounds that it is duplicative of or subsumed within other requests within this set of requests. Mattel further objects to this Request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges.

REQUEST FOR PRODUCTION NO. 102:

All COMMUNICATIONS, and all DOCUMENTS REFERRING OR RELATING TO any COMMUNICATIONS, between YOU on the one hand and any employee, officer, director, agent, representative, or counsel for Nickelodeon REFERRING OR RELATING TO MGA, "BRATZ," or LARIAN.

RESPONSE TO REQUEST FOR PRODUCTION NO. 102:

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad, unduly burdensome and unintelligible, including in that it seeks all documents on this subject without limitation as to time, and regardless of whether such documents relate to products or matters at issue in this case. Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence. Mattel further objects to this Request on the grounds that it seeks confidential, proprietary and trade secret information that has no bearing on the claims or defenses in this case. Mattel further objects to this Request on the grounds that it calls for the disclosure

1  of information subject to the attorney-client privilege, the attorney work-product

2  doctrine and other applicable privileges.

3

4  <u>REQUEST FOR PRODUCTION NO. 103</u>:

5         All COMMUNICATIONS, and all DOCUMENTS REFERRING OR

6  RELATING TO any COMMUNICATIONS, between YOU on the one hand and

7  any employee, officer, director, agent, representative, or counsel for Cartoon

8  Network REFERRING OR RELATING TO MGA, "BRATZ," or LARIAN.

9

10  <u>RESPONSE TO REQUEST FOR PRODUCTION NO. 103</u>:

11         In addition to the general objections stated above which are

12  incorporated herein by reference, Mattel objects to this Request on the grounds that

13  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

14  documents on this subject without limitation as to time, and regardless of whether

15  such documents relate to products or matters at issue in this case.  Mattel further

16  objects to the Request on the grounds that it seeks documents that are not relevant to

17  this action or likely to lead to the discovery of admissible evidence.  Mattel further

18  objects to this Request on the grounds that it seeks confidential, proprietary and

19  trade secret information that has no bearing on the claims or defenses in this case.

20  Mattel further objects to this Request on the grounds that it calls for the disclosure

21  of information subject to the attorney-client privilege, the attorney work-product

22  doctrine and other applicable privileges.

23

24  <u>REQUEST FOR PRODUCTION NO. 104</u>:

25         All COMMUNICATIONS, and all DOCUMENTS REFERRING OR

26  RELATING TO any COMMUNICATIONS, between YOU on the one hand and

27  any employee, officer, director, agent, representative, or counsel for 4Kids

28

-95-

1 | Entertainment, Inc. REFERRING OR RELATING TO MGA, "BRATZ," or
2 | LARIAN.

3 |

4 | RESPONSE TO REQUEST FOR PRODUCTION NO. 104:

5 |         In addition to the general objections stated above which are
6 | incorporated herein by reference, Mattel objects to this Request on the grounds that
7 | it is overbroad, unduly burdensome and unintelligible, including in that it seeks all
8 | documents on this subject without limitation as to time, and regardless of whether
9 | such documents relate to products or matters at issue in this case. Mattel further
10 | objects to the Request on the grounds that it seeks documents that are not relevant to
11 | this action or likely to lead to the discovery of admissible evidence. Mattel further
12 | objects to this Request on the grounds that it seeks confidential, proprietary and
13 | trade secret information that has no bearing on the claims or defenses in this case.
14 | Mattel further objects to this Request on the grounds that it calls for the disclosure
15 | of information subject to the attorney-client privilege, the attorney work-product
16 | doctrine and other applicable privileges.

17 |

18 | REQUEST FOR PRODUCTION NO. 105:

19 |         All DOCUMENTS received in response to any requests made by YOU
20 | at any time relating to this litigation, other than those produced by BRYANT OR
21 | MGA.

22 |

23 | RESPONSE TO REQUEST FOR PRODUCTION NO. 105:

24 |         In addition to the general objections stated above which are
25 | incorporated herein by reference, Mattel objects to this Request on the grounds that
26 | it is overbroad, unduly burdensome and unintelligible, including in that it seeks all
27 | documents on this subject without limitation as to time, and regardless of whether
28 | such documents relate to products or matters at issue in this case. Mattel further

1  objects to the Request on the grounds that it seeks documents that are not relevant to

2  this action or likely to lead to the discovery of admissible evidence.  Mattel further

3  objects to this Request on the grounds that it calls for the disclosure of information

4  subject to the attorney-client privilege, the attorney work-product doctrine and other

5  applicable privileges.

6          Without waiving, and subject to, the foregoing general and specific

7  objections Mattel will produce responsive, non-privileged documents within its

8  possession, custody or control, if any, that it can locate after a reasonable, good faith

9  search.

10

11  REQUEST FOR PRODUCTION NO. 106:

12          All DOCUMENTS tending to support or refute MATTEL's claims, if

13  any, that "BRATZ" copies, replicates, or in any way imitates the appearance of "MY

14  SCENE" or any other MATTEL product.

15

16  RESPONSE TO REQUEST FOR PRODUCTION NO. 106:

17          In addition to the general objections stated above which are

18  incorporated herein by reference, Mattel objects to this Request on the grounds that

19  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

20  documents on this subject without limitation as to time, and regardless of whether

21  such documents relate to products or matters at issue in this case.  Mattel further

22  objects to the Request on the grounds that it seeks documents that are not relevant to

23  this action or likely to lead to the discovery of admissible evidence.  Mattel further

24  objects to this Request on the grounds that it seeks confidential, proprietary and

25  trade secret information that has no bearing on the claims or defenses in this case.

26  Mattel further objects to this Request on the grounds that it is duplicative of or

27  subsumed within other requests within this set of requests.  Mattel further objects to

28  this Request on the grounds that it calls for the disclosure of information subject to

1  the attorney-client privilege, the attorney work-product doctrine and other applicable
2  privileges.
3        Subject to and without waiving the foregoing general and specific
4  objections, and to the extent not already produced, Mattel will produce responsive,
5  non-privileged documents in its possession, custody or control, if any, that it can
6  locate after a reasonable, good faith search comparing the appearance of, on the one
7  hand, the aspects of the Bratz products that MGA has alleged were infringed and, on
8  the other hand, the aspects of the MY SCENE products that MGA has accused of
9  infringement.
10
11  REQUEST FOR PRODUCTION NO. 107:
12        All COMMUNICATIONS between YOU and any retailer
13  REFERRING OR RELATING TO whether "BRATZ" copies, replicates, or in any
14  way imitates the appearance of "MY SCENE" or any other MATTEL product.
15
16  RESPONSE TO REQUEST FOR PRODUCTION NO. 107:
17        In addition to the general objections stated above which are
18  incorporated herein by reference, Mattel objects to this Request on the grounds that
19  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all
20  documents on this subject without limitation as to time, and regardless of whether
21  such documents relate to products or matters at issue in this case.  Mattel further
22  objects to the Request on the grounds that it seeks documents that are not relevant to
23  this action or likely to lead to the discovery of admissible evidence.  Mattel further
24  objects to this Request on the grounds that it seeks confidential, proprietary and
25  trade secret information that has no bearing on the claims or defenses in this case.
26  Mattel further objects to this Request on the grounds that it is duplicative of or
27  subsumed within other requests within this set of requests.  Mattel further objects to
28  this Request on the grounds that it calls for the disclosure of information subject to

-98-
RESPONSES TO FIRST SET OF REQUESTS FOR PRODUCTION
Exhibit 19 - Page 453

1   the attorney-client privilege, the attorney work-product doctrine and other applicable
2   privileges.
3          Subject to and without waiving the foregoing general and specific
4   objections, and to the extent not already produced, Mattel will produce responsive,
5   non-privileged communications in its possession, custody or control, if any, that it
6   can locate after a reasonable, good faith search comparing the appearance of, on the
7   one hand, the aspects of the Bratz products that MGA has alleged were infringed
8   and, on the other hand, the aspects of the MY SCENE products that MGA has
9   accused of infringement.
10
11  REQUEST FOR PRODUCTION NO. 108:
12         All COMMUNICATIONS between YOU and any retailer
13  REFERRING OR RELATING TO whether "MY SCENE" copies, replicates, or in
14  any way imitates the appearance of "BRATZ."
15
16  RESPONSE TO REQUEST FOR PRODUCTION NO. 108:
17         In addition to the general objections stated above which are
18  incorporated herein by reference, Mattel objects to this Request on the grounds that
19  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all
20  documents on this subject without limitation as to time, and regardless of whether
21  such documents relate to products or matters at issue in this case.  Mattel further
22  objects to the Request on the grounds that it seeks documents that are not relevant to
23  this action or likely to lead to the discovery of admissible evidence.  Mattel further
24  objects to this Request on the grounds that it seeks confidential, proprietary and
25  trade secret information that has no bearing on the claims or defenses in this case.
26  Mattel further objects to this Request on the grounds that it is duplicative of or
27  subsumed within other requests within this set of requests.  Mattel further objects to
28  this Request on the grounds that it calls for the disclosure of information subject to

-99-

1 | the attorney-client privilege, the attorney work-product doctrine and other applicable
2 | privileges.

3 |         Subject to and without waiving the foregoing general and specific
4 | objections, and to the extent not already produced, Mattel will produce responsive,
5 | non-privileged communications in its possession, custody or control, if any, that it
6 | can locate after a reasonable, good faith search comparing the appearance of, on the
7 | one hand, the aspects of the Bratz products that MGA has alleged were infringed
8 | and, on the other hand, the aspects of the MY SCENE products that MGA has
9 | accused of infringement.

10 |

11 | REQUEST FOR PRODUCTION NO. 109:

12 |         All COMMUNICATIONS between YOU and any customer
13 | REFERRING OR RELATING TO whether "MY SCENE" copies, replicates, or in
14 | any way imitates the appearance of "BRATZ."

15 |

16 | RESPONSE TO REQUEST FOR PRODUCTION NO. 109:

17 |         In addition to the general objections stated above which are
18 | incorporated herein by reference, Mattel objects to this Request on the grounds that
19 | it is overbroad, unduly burdensome and unintelligible, including in that it seeks all
20 | documents on this subject without limitation as to time, and regardless of whether
21 | such documents relate to products or matters at issue in this case.  Mattel further
22 | objects to the Request on the grounds that it seeks documents that are not relevant to
23 | this action or likely to lead to the discovery of admissible evidence.  Mattel further
24 | objects to this Request on the grounds that it seeks confidential, proprietary and
25 | trade secret information that has no bearing on the claims or defenses in this case.
26 | Mattel further objects to this Request on the grounds that it is duplicative of or
27 | subsumed within other requests within this set of requests.  Mattel further objects to
28 | this Request on the grounds that it calls for the disclosure of information subject to

1   the attorney-client privilege, the attorney work-product doctrine and other applicable
2   privileges.
3           Subject to and without waiving the foregoing general and specific
4   objections, and to the extent not already produced, Mattel will produce responsive,
5   non-privileged communications in its possession, custody or control, if any, that it
6   can locate after a reasonable, good faith search comparing the appearance of, on the
7   one hand, the aspects of the Bratz products that MGA has alleged were infringed
8   and, on the other hand, the aspects of the MY SCENE products that MGA has
9   accused of infringement.
10
11  REQUEST FOR PRODUCTION NO. 110:
12          All COMMUNICATIONS between YOU and any member of the press
13  REFERRING OR RELATING TO whether "MY SCENE" copies, replicates, or in
14  any way imitates the appearance of "BRATZ."
15
16  RESPONSE TO REQUEST FOR PRODUCTION NO. 110:
17          In addition to the general objections stated above which are
18  incorporated herein by reference, Mattel objects to this Request on the grounds that
19  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all
20  documents on this subject without limitation as to time, and regardless of whether
21  such documents relate to products or matters at issue in this case. Mattel further
22  objects to the Request on the grounds that it seeks documents that are not relevant to
23  this action or likely to lead to the discovery of admissible evidence. Mattel further
24  objects to this Request on the grounds that it seeks confidential, proprietary and
25  trade secret information that has no bearing on the claims or defenses in this case.
26  Mattel further objects to this Request on the grounds that it is duplicative of or
27  subsumed within other requests within this set of requests. Mattel further objects to
28  this Request on the grounds that it calls for the disclosure of information subject to

1  the attorney-client privilege, the attorney work-product doctrine and other applicable
2  privileges.

3          Subject to and without waiving the foregoing general and specific
4  objections, and to the extent not already produced, Mattel will produce responsive,
5  non-privileged communications in its possession, custody or control, if any, that it
6  can locate after a reasonable, good faith search comparing the appearance of, on the
7  one hand, the aspects of the Bratz products that MGA has alleged were infringed
8  and, on the other hand, the aspects of the MY SCENE products that MGA has
9  accused of infringement.

10

11 REQUEST FOR PRODUCTION NO. 111:

12         All COMMUNICATIONS between YOU and any supplier
13 REFERRING OR RELATING TO whether "MY SCENE" copies, replicates, or in
14 any way imitates the appearance of "BRATZ."

15

16 RESPONSE TO REQUEST FOR PRODUCTION NO. 111:

17         In addition to the general objections stated above which are
18 incorporated herein by reference, Mattel objects to this Request on the grounds that
19 it is overbroad, unduly burdensome and unintelligible, including in that it seeks all
20 documents on this subject without limitation as to time, and regardless of whether
21 such documents relate to products or matters at issue in this case. Mattel further
22 objects to the Request on the grounds that it seeks documents that are not relevant to
23 this action or likely to lead to the discovery of admissible evidence. Mattel further
24 objects to this Request on the grounds that it seeks confidential, proprietary and
25 trade secret information that has no bearing on the claims or defenses in this case.
26 Mattel further objects to this Request on the grounds that it is duplicative of or
27 subsumed within other requests within this set of requests. Mattel further objects to
28 this Request on the grounds that it calls for the disclosure of information subject to

1  the attorney-client privilege, the attorney work-product doctrine and other applicable
2  privileges.

3          Subject to and without waiving the foregoing general and specific
4  objections, and to the extent not already produced, Mattel will produce responsive,
5  non-privileged communications in its possession, custody or control, if any, that it
6  can locate after a reasonable, good faith search comparing the appearance of, on the
7  one hand, the aspects of the Bratz products that MGA has alleged were infringed
8  and, on the other hand, the aspects of the MY SCENE products that MGA has
9  accused of infringement.

10

11 REQUEST FOR PRODUCTION NO. 112:

12          All COMMUNICATIONS between YOU and any other third party
13 REFERRING OR RELATING TO whether "MY SCENE" copies, replicates, or in
14 any way imitates the appearance of "BRATZ".

15

16 RESPONSE TO REQUEST FOR PRODUCTION NO. 112:

17          In addition to the general objections stated above which are
18 incorporated herein by reference, Mattel objects to this Request on the grounds that
19 it is overbroad, unduly burdensome and unintelligible, including in that it seeks all
20 documents on this subject without limitation as to time, and regardless of whether
21 such documents relate to products or matters at issue in this case.  Mattel further
22 objects to the Request on the grounds that it seeks documents that are not relevant to
23 this action or likely to lead to the discovery of admissible evidence.  Mattel further
24 objects to this Request on the grounds that it seeks confidential, proprietary and
25 trade secret information that has no bearing on the claims or defenses in this case.
26 Mattel further objects to this Request on the grounds that it is duplicative of or
27 subsumed within other requests within this set of requests.  Mattel further objects to
28 this Request on the grounds that it calls for the disclosure of information subject to

-103-

1  the attorney-client privilege, the attorney work-product doctrine and other applicable

2  privileges.

3        Subject to and without waiving the foregoing general and specific

4  objections, and to the extent not already produced, Mattel will produce responsive,

5  non-privileged communications in its possession, custody or control, if any, that it

6  can locate after a reasonable, good faith search comparing the appearance of, on the

7  one hand, the aspects of the Bratz products that MGA has alleged were infringed

8  and, on the other hand, the aspects of the MY SCENE products that MGA has

9  accused of infringement.

10

11  REQUEST FOR PRODUCTION NO. 113:

12        Documents sufficient to identify those persons, by name and title, for

13  the time period from October 1998 through the end of December 2000, associated

14  with the originating telephone numbers contained in the documents produced by

15  YOU in *Mattel v. Bryant*, now part of consolidated Case No. CV 04-09049 SGL

16  (RNBx), with Bates numbers M0001825-M0012534.

17

18  RESPONSE TO REQUEST FOR PRODUCTION NO. 113:

19        In addition to the general objections stated above which are

20  incorporated herein by reference, Mattel objects to this Request on the grounds that

21  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

22  documents on this subject without limitation as to time, and regardless of whether

23  such documents relate to products or matters at issue in this case.  Mattel further

24  objects to the Request on the grounds that it seeks documents that are not relevant to

25  this action or likely to lead to the discovery of admissible evidence.  Mattel further

26  objects to this Request on the grounds that it seeks confidential, proprietary and

27  trade secret information that has no bearing on the claims or defenses in this case.

28  Mattel further objects to this Request on the grounds that it calls for the disclosure

-104-

1  of information subject to the attorney-client privilege, the attorney work-product

2  doctrine and other applicable privileges.

3

4  REQUEST FOR PRODUCTION NO. 114:

5        All DOCUMENTS tending to support or refute any of the denials,

6  allegations or statements in YOUR ANSWER, not produced in response to another

7  Request.

8

9  RESPONSE TO REQUEST FOR PRODUCTION NO. 114:

10        In addition to the general objections stated above which are

11  incorporated herein by reference, Mattel objects to this Request on the grounds that

12  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

13  documents on this subject without limitation as to time, and regardless of whether

14  such documents relate to products or matters at issue in this case.  Mattel further

15  objects to the Request on the grounds that it seeks documents that are not relevant to

16  this action or likely to lead to the discovery of admissible evidence.  Mattel further

17  objects to this Request on the grounds that it seeks confidential, proprietary and

18  trade secret information that has no bearing on the claims or defenses in this case.

19  Mattel further objects to this Request on the grounds that it is duplicative of or

20  subsumed within other requests within this set of requests.  Mattel further objects to

21  this Request on the grounds that it calls for the disclosure of information subject to

22  the attorney-client privilege, the attorney work-product doctrine and other applicable

23  privileges.

24        Without waiving, and subject to, the foregoing general and specific

25  objections, and to the extent not previously produced, Mattel will produce

26  responsive, non-privileged documents within its possession, custody or control, if

27  any, that it can locate after a reasonable, good faith search.

28

1  REQUEST FOR PRODUCTION NO. 115:

2          All DOCUMENTS tending to support or refute YOUR affirmative

3  defenses to the COMPLAINT, not produced in response to another Request.

4

5  RESPONSE TO REQUEST FOR PRODUCTION NO. 115:

6          In addition to the general objections stated above which are

7  incorporated herein by reference, Mattel objects to this Request on the grounds that

8  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

9  documents on this subject without limitation as to time, and regardless of whether

10  such documents relate to products or matters at issue in this case.  Mattel further

11  objects to the Request on the grounds that it seeks documents that are not relevant to

12  this action or likely to lead to the discovery of admissible evidence.  Mattel further

13  objects to this Request on the grounds that it seeks confidential, proprietary and

14  trade secret information that has no bearing on the claims or defenses in this case.

15  Mattel further objects to this Request on the grounds that it is duplicative of or

16  subsumed within other requests within this set of requests.  Mattel further objects to

17  this Request on the grounds that it calls for the disclosure of information subject to

18  the attorney-client privilege, the attorney work-product doctrine and other applicable

19  privileges.

20          Without waiving, and subject to, the foregoing general and specific

21  objections, and to the extent not previously produced, Mattel will produce

22

23

24

25

26

27

28

1   responsive, non-privileged documents within its possession, custody or control, if

2   any, that it can locate after a reasonable, good faith search.

3

4   DATED:  January 15, 2007          QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

5

6                                     By  *Michael T. Zeller* ITB

7                                        Michael T. Zeller
                                         Attorneys for Plaintiff and Counter-
8                                        Defendant Mattel, Inc.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## PROOF OF SERVICE

2     I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa
3  Street, 10th Floor, Los Angeles, California 90017-2543.

4     On January 15, 2007, I served true copies of the following document(s) described as
**MATTEL'S RESPONSES TO MGA'S FIRST SET OF REQUESTS FOR THE**
5  **PRODUCTION OF DOCUMENTS AND THINGS** on the parties in this action as follows:

6           Diana Torres
           O'Melveny & Myers LLP
7           400 South Hope Street
           Los Angeles, CA  90071-2899
8           Telephone: (213) 430-6000
           Facsimili: (213) 430-6407
9

**BY PERSONAL SERVICE:**  I delivered such envelope(s) by hand to the office of the person(s)
10  being served.

11     I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.
12

13     Executed on January 15, 2007, at Los Angeles, California.

14

15                                              Dave Quintana

16

17

18

19

20

21

22

23

24

25

26

27

28

07209/2036995.1

Exhibit 19 - Page 463

1                              **PROOF OF SERVICE**

2          I am employed in the County of Los Angeles, State of California.  I am over the age of
   eighteen years and not a party to the within action; my business address is 865 South Figueroa
3  Street, 10th Floor, Los Angeles, California 90017-2543.

4          On January 15, 2007, I served true copies of the following document(s) described as
   **MATTEL'S RESPONSES TO MGA'S 1ST SET OF REQUESTS FOR PRODUCTION** on
5  the parties in this action as follows:

6                              **SEE ATTACHED LIST**

7  **BY MAIL:**  I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I
   deposited such envelope(s) in the mail at Los Angeles, California.  The envelope was mailed with
8  postage thereon fully prepaid.

9          I declare that I am employed in the office of a member of the bar of this Court at whose
   direction the service was made.
10
           Executed on January 15, 2007, at Los Angeles, California.
11

12

13                              Bridget Morris

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Exhibit 19 - Page 464

1

## SERVICE LIST

2

3

4

5

Douglas Wickham, Esq.
Littler Mendelson
2049 Century Park East, 5th Floor
Los Angeles, CA 90067-3107
Telephone: (310) 553-0308
Facsimile: (310)553-5583

Patricia Glaser, Esq.
Chrstensen, Glaser, Fink Jacobs, Weil &
Shapiro, LLP
10250 Constellation Blvd., 19th Floor
Los Angeles, CA 90067
Telephone: (310) 553-3000
Facsimile: (310) 556-2920

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Exhibit 19 - Page 465