# Exhibit 22

1   QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
      John B. Quinn (Bar No. 090378)
2      johnquinn@quinnemanuel.com
      Michael T. Zeller (Bar No. 196417)
3      (michaelzeller@quinnemanuel.com)
      Jon D. Corey (Bar No. 185066)
4      (joncorey@quinnemanuel.com)
      Timothy L. Alger (Bar No. 160303)
5      (timalger@quinnemanuel.com)
    865 South Figueroa Street, 10th Floor
6   Los Angeles, California  90017-2543
    Telephone:   (213) 443-3000
7   Facsimile:    (213) 443-3100

8   Attorneys for Plaintiff and Counter-
    Defendant Mattel, Inc.

9

JUN 2 5 2007

10              UNITED STATES DISTRICT COURT

11             CENTRAL DISTRICT OF CALIFORNIA

12                    EASTERN DIVISION

13

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727 |
| v. | MATTEL, INC.'S SUPPLEMENTAL<br>OBJECTIONS AND RESPONSES TO<br>MGA ENTERTAINMENT, INC.'S |
| MATTEL, INC., a Delaware<br>Corporation, | SECOND SET OF REQUESTS FOR<br>PRODUCTION OF DOCUMENTS<br>AND THINGS IN CASE NO. 05-2727 |
| Defendant. | Hon. Stephen G. Larson |
| AND CONSOLIDATED ACTIONS | |

07209/2149034.1

## Preliminary Statement

Mattel, Inc. ("Mattel") has not yet completed its investigation of the facts relating to this action, has not yet reviewed all documents relating to this action, has not yet interviewed all witnesses in this action, and has not yet received all requested discovery from defendants and third parties with regard to this action. Consequently, Mattel reserves the right to amend and/or supplement its responses if and when additional facts or documents are discovered. Additionally, because Mattel's responses are based on facts and documents that Mattel has identified to date, they do not preclude Mattel from later relying on facts discovered pursuant to further investigation or discovery or on subsequently discovered or generated documents. Mattel's response to any of MGA Entertainment, Inc.'s ("MGA") Second Set of Requests for Production of Documents and Things in Case No. 05-2727 (the "Requests") is not to be construed as a waiver of any of its objections or its right to object to any other request.

## General Objections

Mattel generally objects to each of the Requests on each and every one of the following grounds, which are incorporated into and made a part of the response to each and every individual request:

1.      Mattel objects to the Requests on the grounds and to the extent that they seek to impose discovery obligations beyond those required or permitted by the Federal Rules of Civil Procedure.

2.      Mattel objects to the Requests on the grounds and to the extent they call for the production of documents subject to the attorney-client privilege, the attorney work product doctrine, the right to privacy as set forth in the United States and/or California Constitutions, or any other applicable law, privilege, immunity, doctrine or other ground of privilege. Mattel will not produce such privileged documents.

3.     Mattel objects to the Requests on the grounds and to the extent they are overly broad, unduly burdensome, oppressive or unreasonably cumulative.

4.     Mattel objects to the Requests on the grounds and to the extent they seek information which is not relevant to the subject matter of this action nor reasonably calculated to lead to the discovery of admissible evidence.

5.     Mattel objects to the Requests on the grounds and to the extent they seek documents equally or more available to, or already in the possession, custody or control of MGA.

6.     Mattel objects to the Requests on the grounds and to the extent they seek documents not in Mattel's possession, custody or control.

7.     Mattel objects to the Requests on the grounds that they are unduly burdensome and vague and ambiguous in that they purport to require Mattel to identify and produce documents relating to matters that are currently known to and in the possession, custody and control of defendants and third parties, including third parties associated with defendants, and that are not known to Mattel.

8.     Mattel objects to the Requests on the grounds that they seek the production of documents or information that are in the possession, custody and control of independent parties over whom Mattel has no control, including without limitation defendants, and seek the disclosure of information or documents that are in the possession, custody and control of defendants or are publicly available and hence equally available to all parties to this litigation.

9.     Mattel objects to the Requests on the ground and to the extent they seek trade secret, proprietary or otherwise confidential information of Mattel or third parties or would violate the terms of any agreement or contracts with third parties.  Any such documents that are produced, if any, will be produced only pursuant to and in reliance upon the Protective Order entered in this case.

10.     Mattel objects to the Requests on the grounds that the definitions of the terms "MATTEL," "MGA," and "BRATZ" are overbroad, vague and ambiguous, and unduly burdensome.

11.     Mattel objects to each and every Request that seeks "all" documents which constitute, mention, refer or relate to a given topic on the grounds of undue burden and oppression.  Mattel will make available for inspection and copying those documents and tangible items, if any, that it is able to locate after a reasonable, good-faith search for and review of non-privileged responsive documents.

12.     Mattel objects to each and every Request to the extent that they seek documents already produced in this action.  Documents which have already been produced will not be produced again in response to these requests.

13.     Objection to the production of any document or category of documents described in the Requests, or agreement to produce any such documents, is not and shall not be construed as an admission by Mattel that any such documents or category of documents exist.  Where the responses indicate that he will produce such responsive documents, such documents, if any, will be produced if and to the extent any such documents are in his possession, custody or control.

14.     Mattel objects to the time, place and manner of production specified in defendant's Requests.  Mattel will produce such responsive, non-privileged documents and tangible things, if any and to the extent not previously produced, in accordance with its responses at a time and place and in a manner that is reasonable, convenient and mutually agreed upon by the parties.

## SPECIFIC OBJECTIONS AND RESPONSES TO DOCUMENT REQUESTS

Each of the following objections and responses to the Requests is expressly made subject to the above Preliminary Statement and General Objections, all of which are incorporated in each of the following objections and responses to

1    specific requests.  A statement that Mattel will produce documents or tangible things

2    in response to a Request is not intended to suggest, nor should it be construed to

3    mean, that any such documents or tangible things exist, or that they are in Mattel's

4    possession, custody or control.

5

6    **REQUEST FOR PRODUCTION NO. 116:**

7            All DOCUMENTS REFERRING OR RELATING TO the quality and

8    substance of the work done while working for MATTEL by any the following

9    former MATTEL employees:

10           -      Carter Bryant,

11           -      Carlos Gustova Machado Gomez,

12           -      Mariana Trueba Almada,

13           -      Pablo Vargas San Jose,

14           -      Ron Brawer, and

15           -      Janine Brisbois;

16   including but not limited to personnel files, performance reviews, contracts, job

17   descriptions, and interviews.

18

19   **RESPONSE TO REQUEST FOR PRODUCTION NO. 116:**

20           In addition to the general objections stated above which are

21   incorporated herein by reference, Mattel objects to this Request on the grounds that

22   it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

23   documents on this subject without limitation as to time, and regardless of whether

24   such documents relate to products or matters at issue in this case.  Mattel further

25   objects to the Request on the grounds that it seeks documents that are not relevant to

26   this action or likely to lead to the discovery of admissible evidence.  Mattel further

27   objects to this Request on the grounds that it seeks confidential, proprietary and

28   trade secret information, including such information that has no bearing on the

1   claims or defenses in this case.  Mattel further objects on the grounds that the

2   Request seeks documents that are evidence in or pertain to criminal proceedings,

3   disclosure of which might interfere with such proceedings.  Mattel further objects to

4   this Request on the grounds that it calls for the disclosure of information subject to

5   the attorney-client privilege, the attorney work-product doctrine and other applicable

6   privileges.

7           Subject to the foregoing objections, Mattel responds as follows:  Mattel

8   will produce such responsive, non-privileged documents, to the extent permitted by

9   law, that are in Mattel's possession, custody, or control, if any, that Mattel has been

10  able to locate after a diligent search and reasonable inquiry, to the extent not

11  previously produced.

12

13  **REQUEST FOR PRODUCTION NO. 117**:

14          All DOCUMENTS containing COMMUNICATIONS regarding the

15  resignations of the following former MATTEL employees:

16          -     Carter Bryant,

17          -     Carlos Gustova Machado Gomez,

18          -     Mariana Trueba Almada,

19          -     Pablo Vargas San Jose,

20          -     Ron Brawer, and

21          -     Janine Brisbois.

22

23  **RESPONSE TO REQUEST FOR PRODUCTION NO. 117**:

24          In addition to the general objections stated above which are

25  incorporated herein by reference, Mattel objects to this Request on the grounds that

26  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

27  documents on this subject without limitation as to time, and regardless of whether

28  such documents relate to products or matters at issue in this case.  Mattel further

1  objects to the Request on the grounds that it seeks documents that are not relevant to

2  this action or likely to lead to the discovery of admissible evidence.  Mattel further

3  objects to this Request on the grounds that it seeks confidential, proprietary and

4  trade secret information, including such information that has no bearing on the

5  claims or defenses in this case.  Mattel further objects on the grounds that the

6  Request seeks documents that are evidence in or pertain to criminal proceedings,

7  disclosure of which might interfere with such proceedings.  Mattel further objects to

8  this Request on the grounds that it calls for the disclosure of information subject to

9  the attorney-client privilege, the attorney work-product doctrine and other applicable

10  privileges.

11          Subject to the foregoing objections, Mattel responds as follows:  Mattel

12  will produce such responsive, non-privileged documents, to the extent permitted by

13  law, that are in Mattel's possession, custody, or control, if any, that Mattel has been

14  able to locate after a diligent search and reasonable inquiry, to the extent not

15  previously produced.

16

17  **REQUEST FOR PRODUCTION NO. 118:**

18          All DOCUMENTS REFERRING OR RELATING TO copyrights

19  registered to MATTEL REFERRING OR RELATING TO BRATZ designs as

20  referred to in paragraph 2 of YOUR COUNTERCLAIMS, including but not limited

21  to DOCUMENTS made in preparation of the registrations and

22  COMMUNICATIONS with the United States Copyright Office concerning the

23  registrations.

24

25  **RESPONSE TO REQUEST FOR PRODUCTION NO. 118:**

26          In addition to the general objections stated above which are

27  incorporated herein by reference, Mattel objects to this Request on the grounds that

28  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

1  documents on this subject without limitation as to time, and regardless of whether

2  such documents relate to products or matters at issue in this case.  Mattel further

3  objects to this Request on the grounds that it calls for the disclosure of information

4  subject to the attorney-client privilege, the attorney work-product doctrine and other

5  applicable privileges.

6       Subject to the foregoing objections, Mattel responds as follows:  Mattel

7  will produce such responsive, non-privileged documents that are in Mattel's

8  possession, custody, or control, if any, that Mattel has been able to locate after a

9  diligent search and reasonable inquiry, to the extent not previously produced.

10

11  **REQUEST FOR PRODUCTION NO. 119:**

12       All DOCUMENTS that tend to support or refute YOUR claim to

13  copyrights registered to MATTEL REFERRING OR RELATING TO BRATZ

14  designs.

15

16  **RESPONSE TO REQUEST FOR PRODUCTION NO. 119:**

17       In addition to the general objections stated above which are

18  incorporated herein by reference, Mattel objects to this Request on the grounds that

19  it is overbroad, unduly burdensome and unintelligible, including in its use of the

20  terms "YOUR claim to copyrights registered by MATTEL" and it seeks all

21  documents without limitation as to time, and regardless of whether such documents

22  relate to products or matters at issue in this case.  Mattel further objects to the

23  Request on the grounds that it seeks documents that are not relevant to this action or

24  likely to lead to the discovery of admissible evidence.  Mattel further objects to this

25  Request on the grounds that it seeks confidential, proprietary and trade secret

26  information.  Mattel further objects to this Request on the grounds that it calls for

27  the disclosure of information subject to the attorney-client privilege, the attorney

28  work-product doctrine and other applicable privileges.

1    Subject to the foregoing objections, Mattel responds as follows: Mattel

2 will produce such responsive, non-privileged documents that are in Mattel's

3 possession, custody, or control, if any, that Mattel has been able to locate after a

4 diligent search and reasonable inquiry, to the extent not previously produced.

5

6 **REQUEST FOR PRODUCTION NO. 120:**

7    All DOCUMENTS REFERRING OR RELATING TO attempts by

8 MATTEL to copyright BRATZ designs, including but not limited to DOCUMENTS

9 made in preparation of the registrations and COMMUNICATIONS with the United

10 States Copyright Office concerning the registrations.

11

12 **RESPONSE TO REQUEST FOR PRODUCTION NO. 120:**

13    In addition to the general objections stated above which are

14 incorporated herein by reference, Mattel objects to this Request on the grounds that

15 it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

16 documents on this subject without limitation as to time, and regardless of whether

17 such documents relate to products or matters at issue in this case. Mattel further

18 objects to this Request on the grounds that it calls for the disclosure of information

19 subject to the attorney-client privilege, the attorney work-product doctrine and other

20 applicable privileges.

21    Subject to the foregoing objections, Mattel responds as follows: Mattel

22 will produce such responsive, non-privileged documents that are in Mattel's

23 possession, custody, or control, if any, that Mattel has been able to locate after a

24 diligent search and reasonable inquiry, to the extent not previously produced.

25

26 **REQUEST FOR PRODUCTION NO. 121:**

27    All DOCUMENTS REFERRING OR RELATING TO Copyright

28 Registrations VA 1-378-648, VA 1-378-649, VA 1-378-650, VA 1-378-651, VA 1-

1   378-652, VA 1-378-653, VA 1-378-654, VA 1-378-655, VA 1-378-656, VA 1-378-

2   657, VA 1-378-658, VA 1-378-659, VA 1-378-660, VAu 715-270, VAu 715-271

3   and VAu 715-273 as identified in paragraph 83 of YOUR COUNTERCLAIMS,

4   including but not limited to DOCUMENTS made in preparation of the registrations

5   and COMMUNICATIONS with the United States Copyright Office concerning the

6   registrations.

7

8   **RESPONSE TO REQUEST FOR PRODUCTION NO. 121:**

9           In addition to the general objections stated above which are

10  incorporated herein by reference, Mattel objects to this Request on the grounds that

11  it is overbroad and unduly burdensome, including in that it seeks all documents on

12  this subject without limitation as to time, and regardless of whether such documents

13  relate to products or matters at issue in this case.  Mattel further objects to this

14  Request on the grounds that it seeks confidential, proprietary and trade secret

15  information.  Mattel further objects to this Request on the grounds that it calls for

16  the disclosure of information subject to the attorney-client privilege, the attorney

17  work-product doctrine and other applicable privileges.

18          Subject to the foregoing objections, Mattel responds as follows:  Mattel

19  will produce such responsive, non-privileged documents that are in Mattel's

20  possession, custody, or control, if any, that Mattel has been able to locate after a

21  diligent search and reasonable inquiry, to the extent not previously produced.

22

23  **REQUEST FOR PRODUCTION NO. 122:**

24          All DOCUMENTS that tend to support or refute YOUR claim to

25  Copyright Registrations VA 1-378-648, VA 1-378-649, VA 1-378-650, VA 1-378-

26  651, VA 1-378-652, VA 1-378-653, VA 1-378-654, VA 1-378-655, VA 1-378-656,

27  VA 1-378-657, VA 1-378-658, VA 1-378-659, VA 1-378-660, VAu 715-270, VAu

28

1   715-271 and VAu 715-273 as identified in paragraph 83 of YOUR

2   COUNTERCLAIMS.

3

4   **RESPONSE TO REQUEST FOR PRODUCTION NO. 122:**

5           In addition to the general objections stated above which are

6   incorporated herein by reference, Mattel objects to this Request on the grounds that

7   it is overbroad and unduly burdensome, including in that it seeks all documents on

8   this subject without limitation as to time, and regardless of whether such documents

9   relate to products or matters at issue in this case.  Mattel further objects to this

10   Request on the grounds that it calls for the disclosure of information subject to the

11   attorney-client privilege, the attorney work-product doctrine and other applicable

12   privileges.

13           Subject to the foregoing objections, Mattel responds as follows:  Mattel

14   will produce such responsive, non-privileged documents that are in Mattel's

15   possession, custody, or control, if any, that Mattel has been able to locate after a

16   diligent search and reasonable inquiry, to the extent not previously produced.

17

18   **REQUEST FOR PRODUCTION NO. 123:**

19           All DOCUMENTS that tend to support or refute YOUR assertions in

20   paragraph 26 of YOUR COUNTERCLAIMS regarding BRYANT's alleged work

21   with other MATTEL employees and contractors to design and develop BRATZ,

22   including but not limited to sculpts, models, plans or designs, associated clothing,

23   and accessories.

24

25   **RESPONSE TO REQUEST FOR PRODUCTION NO. 123:**

26           In addition to the general objections stated above which are

27   incorporated herein by reference, Mattel objects to this Request on the grounds that

28   it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

-10-

1  documents on this subject without limitation as to time, and regardless of whether

2  such documents relate to products or matters at issue in this case.  Mattel further

3  objects to the Request on the grounds that it seeks documents that are not relevant to

4  this action or likely to lead to the discovery of admissible evidence.  Mattel further

5  objects to this Request on the grounds that it seeks confidential, proprietary and

6  trade secret information.  Mattel also objects to this Request on the grounds that it

7  seeks documents and information in the possession or control of MGA and/or

8  Bryant, including documents and information that MGA and Bryant have been

9  compelled to produce by Court orders but still have not produced.  Mattel further

10  objects to this Request on the grounds that it calls for the disclosure of information

11  subject to the attorney-client privilege, the attorney work-product doctrine and other

12  applicable privileges.

13         Subject to the foregoing objections, Mattel responds as follows:  Mattel

14  will produce such responsive, non-privileged documents that are in Mattel's

15  possession, custody, or control, if any, that Mattel has been able to locate after a

16  diligent search and reasonable inquiry, to the extent not previously produced.

17

18  **REQUEST FOR PRODUCTION NO. 124:**

19         All DOCUMENTS that tend to support or refute YOUR assertion in

20  paragraph 27 of YOUR COUNTERCLAIMS regarding BRYANT's alleged

21  enlistment of other MATTEL employees to perform work on BRATZ, including but

22  not limited to emails, memoranda, notes, and recordings.

23

24  **RESPONSE TO REQUEST FOR PRODUCTION NO. 124:**

25         In addition to the general objections stated above which are

26  incorporated herein by reference, Mattel objects to this Request on the grounds that

27  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

28  documents on this subject without limitation as to time, and regardless of whether

1  such documents relate to products or matters at issue in this case.  Mattel also

2  objects to this Request on the grounds that it seeks documents and information in the

3  possession or control of MGA and/or Bryant, including documents and information

4  that MGA and Bryant have been compelled to produce by Court orders but still have

5  not produced.  Mattel further objects to this Request on the grounds that it seeks

6  confidential, proprietary and trade secret information.  Mattel further objects to this

7  Request on the grounds that it calls for the disclosure of information subject to the

8  attorney-client privilege, the attorney work-product doctrine and other applicable

9  privileges.

10          Subject to the foregoing objections, Mattel responds as follows:  Mattel

11  will produce such responsive, non-privileged documents that are in Mattel's

12  possession, custody, or control, if any, that Mattel has been able to locate after a

13  diligent search and reasonable inquiry, to the extent not previously produced.

14

15  **REQUEST FOR PRODUCTION NO. 125:**

16          DOCUMENTS sufficient to identify by name and title the employees

17  that BRYANT allegedly enlisted to perform work on BRATZ while BRYANT was

18  still a MATTEL employee.

19

20  **RESPONSE TO REQUEST FOR PRODUCTION NO. 125:**

21          In addition to the general objections stated above which are

22  incorporated herein by reference, Mattel objects to this Request on the grounds that

23  it is unintelligible, including in that it seeks documents without meaningful

24  limitation as to subject matter, and regardless of whether such documents relate to

25  products or matters at issue in this case.  Mattel further objects to the Request on the

26  grounds that it seeks documents that are not relevant to this action or likely to lead

27  to the discovery of admissible evidence.  Mattel also objects to this Request on the

28  grounds that it seeks documents and information in the possession or control of

07209/2149034.1

-12-

1    MGA and/or Bryant, including documents and information that MGA and Bryant

2    have been compelled to produce by Court orders but still have not produced.  Mattel

3    further objects to this Request on the grounds that it calls for the disclosure of

4    information subject to the attorney-client privilege, the attorney work-product

5    doctrine and other applicable privileges.

6

7    **REQUEST FOR PRODUCTION NO. 126:**

8              All DOCUMENTS that tend to support or refute YOUR assertion in

9    paragraph 27 of YOUR COUNTERCLAIMS regarding BRYANT's alleged actions

10   which led others to believe that work on BRATZ design or development was for

11   MATTEL, including but not limited to emails, memoranda, notes, and recordings.

12

13   **RESPONSE TO REQUEST FOR PRODUCTION NO. 126:**

14             In addition to the general objections stated above which are

15   incorporated herein by reference, Mattel objects to this Request on the grounds that

16   it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

17   documents on this subject without limitation as to time, and regardless of whether

18   such documents relate to products or matters at issue in this case.  Mattel also

19   objects to this Request on the grounds that it seeks documents and information in the

20   possession or control of MGA and/or Bryant, including documents and information

21   that MGA and Bryant have been compelled to produce by Court orders but still have

22   not produced.  Mattel further objects to this Request on the grounds that it seeks

23   confidential, proprietary and trade secret information.  Mattel further objects to this

24   Request on the grounds that it calls for the disclosure of information subject to the

25   attorney-client privilege, the attorney work-product doctrine and other applicable

26   privileges.

27             Subject to the foregoing objections, Mattel responds as follows:  Mattel

28   will produce such responsive, non-privileged documents that are in Mattel's

07209/2149034.1

-13-

1  possession, custody, or control, if any, that Mattel has been able to locate after a

2  diligent search and reasonable inquiry, to the extent not previously produced.

3

4  **REQUEST FOR PRODUCTION NO. 127:**

5          DOCUMENTS sufficient to identify by name and title the employees

6  that BRYANT led to believe that work done on BRATZ design or development was

7  for MATTEL.

8

9  **RESPONSE TO REQUEST FOR PRODUCTION NO. 127:**

10          In addition to the general objections stated above which are

11  incorporated herein by reference, Mattel objects to this Request on the grounds that

12  it is unintelligible, including in that it seeks documents without meaningful

13  limitation as to subject matter, and regardless of whether such documents relate to

14  products or matters at issue in this case.  Mattel further objects to the Request on the

15  grounds that it seeks documents that are not relevant to this action or likely to lead

16  to the discovery of admissible evidence.  Mattel also objects to this Request on the

17  grounds that it seeks documents and information in the possession or control of

18  MGA and/or Bryant, including documents and information that MGA and Bryant

19  have been compelled to produce by Court orders but still have not produced.  Mattel

20  further objects to this Request on the grounds that it calls for the disclosure of

21  information subject to the attorney-client privilege, the attorney work-product

22  doctrine and other applicable privileges.

23

24  **REQUEST FOR PRODUCTION NO. 128:**

25          All DOCUMENTS REFERRING OR RELATING TO YOUR

26  assertion that MATTEL employees who allegedly worked on BRATZ design or

27  development were led to believe that they were performing work on a project for

28  MATTEL.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 128:**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad, unduly burdensome and unintelligible, including in that it seeks all documents on this subject without limitation as to time, and regardless of whether such documents relate to products or matters at issue in this case. Mattel also objects to this Request on the grounds that it seeks documents and information in the possession or control of MGA and/or Bryant, including documents and information that MGA and Bryant have been compelled to produce by Court orders but still have not produced. Mattel further objects to this Request on the grounds that it seeks confidential, proprietary and trade secret information. Mattel further objects to this Request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges.

Subject to the foregoing objections, Mattel responds as follows: Mattel will produce such responsive, non-privileged documents that are in Mattel's possession, custody, or control, if any, that Mattel has been able to locate after a diligent search and reasonable inquiry, to the extent not previously produced.

**REQUEST FOR PRODUCTION NO. 129:**

All DOCUMENTS REFERRING OR RELATING TO YOUR assertion in paragraph 28 of YOUR COUNTERCLAIMS that BRYANT made affirmative misrepresentations to MATTEL management and employees, including but not limited to emails, memoranda, notes, and recordings.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 129:**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that

1  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

2  documents on this subject without limitation as to time, and regardless of whether

3  such documents relate to products or matters at issue in this case.  Mattel also

4  objects to this Request on the grounds that it seeks documents and information in the

5  possession or control of MGA and/or Bryant, including documents and information

6  that MGA and Bryant have been compelled to produce by Court orders but still have

7  not produced.  Mattel further objects to this Request on the grounds that it calls for

8  the disclosure of information subject to the attorney-client privilege, the attorney

9  work-product doctrine and other applicable privileges.

10         Subject to the foregoing objections, Mattel responds as follows:  Mattel

11  will produce such responsive, non-privileged documents that are in Mattel's

12  possession, custody, or control, if any, that Mattel has been able to locate after a

13  diligent search and reasonable inquiry, to the extent not previously produced.

14

15  **REQUEST FOR PRODUCTION NO. 130:**

16         DOCUMENTS sufficient to identify by name and title the members of

17  management and employees to whom BRYANT allegedly made misrepresentations

18  while employed at MATTEL.

19

20  **RESPONSE TO REQUEST FOR PRODUCTION NO. 130:**

21         In addition to the general objections stated above which are

22  incorporated herein by reference, Mattel objects to this Request on the grounds that

23  it is unintelligible, including in that it seeks documents without limitation as to time,

24  and regardless of whether such documents relate to products or matters at issue in

25  this case.  Mattel also objects to this Request on the grounds that it seeks documents

26  and information in the possession or control of MGA and/or Bryant, including

27  documents and information that MGA and Bryant have been compelled to produce

28  by Court orders but still have not produced.  Mattel further objects to the Request on

07209/2149034.1

-16-

1  the grounds that it seeks documents that are not relevant to this action or likely to

2  lead to the discovery of admissible evidence.  Mattel further objects to this Request

3  on the grounds that it seeks confidential, proprietary and trade secret information,

4  including such information that has no bearing on the claims or defenses in this

5  case.  Mattel further objects to this Request on the grounds that it calls for the

6  disclosure of information subject to the attorney-client privilege, the attorney work-

7  product doctrine and other applicable privileges.

8

9  **REQUEST FOR PRODUCTION NO. 131:**

10          All DOCUMENTS REFERRING OR RELATING TO the state of

11  BRATZ design at the time BRYANT left MATTEL on October 20, 2000, including

12  but not limited to sculpts, models, plans or designs, associated clothing, and

13  accessories.

14

15  **RESPONSE TO REQUEST FOR PRODUCTION NO. 131:**

16          In addition to the general objections stated above which are

17  incorporated herein by reference, Mattel objects to this Request on the grounds that

18  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

19  documents on this subject without limitation as to time, and regardless of whether

20  such documents relate to products or matters at issue in this case.  Mattel also

21  objects to this Request on the grounds that it seeks documents and information in the

22  possession or control of MGA and/or Bryant, including documents and information

23  that MGA and Bryant have been compelled to produce by Court orders but still have

24  not produced.  Mattel further objects to this Request on the grounds that it calls for

25  the disclosure of information subject to the attorney-client privilege, the attorney

26  work-product doctrine and other applicable privileges.

27          Subject to the foregoing objections, Mattel responds as follows:  Mattel

28  will produce such responsive, non-privileged documents that are in Mattel's

07209/2149034.1

-17-

1   possession, custody, or control, if any, that Mattel has been able to locate after a

2   diligent search and reasonable inquiry, to the extent not previously produced.

3

4   **REQUEST FOR PRODUCTION NO. 132:**

5           All DOCUMENTS REFERRING OR RELATING TO any contract

6   BRYANT had with MATTEL.

7

8   **RESPONSE TO REQUEST FOR PRODUCTION NO. 132:**

9           In addition to the general objections stated above which are

10  incorporated herein by reference, Mattel objects to this Request on the grounds that

11  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

12  documents on this subject without limitation as to time, and regardless of whether

13  such documents relate to products or matters at issue in this case.  Mattel further

14  objects to the Request on the grounds that it seeks documents that are not relevant to

15  this action or likely to lead to the discovery of admissible evidence.  Mattel further

16  objects to this Request on the grounds that it seeks confidential, proprietary and

17  trade secret information.  Mattel further objects to this Request on the grounds that it

18  calls for the disclosure of information subject to the attorney-client privilege, the

19  attorney work-product doctrine and other applicable privileges.

20          Subject to the foregoing objections, Mattel responds as follows:  Mattel

21  will produce such responsive, non-privileged documents that are in Mattel's

22  possession, custody, or control, if any, that Mattel has been able to locate after a

23  diligent search and reasonable inquiry, to the extent not previously produced.

24

25  **REQUEST FOR PRODUCTION NO. 133:**

26          All DOCUMENTS REFERRING OR RELATING TO whether any

27  contracts or agreements that BRYANT, MACHADO, VARGAS, TRUEBA,

28  BRAWER, or BRISBOIS had with MATTEL were legal, binding or enforceable.

07209/2149034.1

-18-

**RESPONSE TO REQUEST FOR PRODUCTION NO. 133:**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad, unduly burdensome and unintelligible, including in that it seeks all documents on this subject without limitation as to time, and regardless of whether such documents relate to products or matters at issue in this case. Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence. Mattel further objects to this Request on the grounds that it seeks confidential, proprietary and trade secret information. Mattel further objects on the grounds that the Request seeks documents that are evidence in or pertain to criminal proceedings, disclosure of which might interfere with such proceedings. Mattel further objects to this Request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges.

Subject to the foregoing objections, Mattel responds as follows: Mattel will produce such responsive, non-privileged documents, to the extent permitted by law, that are in Mattel's possession, custody, or control, if any, that Mattel has been able to locate after a diligent search and reasonable inquiry, to the extent not previously produced.

**REQUEST FOR PRODUCTION NO. 134:**

All DOCUMENTS REFERRING OR RELATING TO YOUR assertion in paragraph 30 of YOUR COUNTERCLAIMS that MGA Entertainment (HK) Limited has maintained regular and continuous contacts with persons in the County of Los Angeles.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 134:**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad, unduly burdensome and unintelligible, including in that it seeks all documents on this subject without limitation as to time, and regardless of whether such documents relate to products or matters at issue in this case.  Mattel also objects to this Request on the grounds that it seeks documents and information in the possession or control of MGA and/or Bryant, including documents and information that MGA and Bryant have been compelled to produce by Court orders but still have not produced.  Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence.  Mattel further objects to this Request on the grounds that it seeks confidential, proprietary and trade secret information, including such information that has no bearing on the claims or defenses in this case.  Mattel further objects to this Request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges.

Subject to the foregoing objections, Mattel responds as follows:  Mattel will produce such responsive, non-privileged documents that are in Mattel's possession, custody, or control, if any, that Mattel has been able to locate after a diligent search and reasonable inquiry, to the extent not previously produced.

**REQUEST FOR PRODUCTION NO. 135:**

All DOCUMENTS REFERRING OR RELATING TO YOUR assertions in paragraph 35 of YOUR COUNTERCLAIMS regarding BRYANT's alleged acts of concealment, such as tampering or defacing documents, including but not limited to the tampered or defaced documents, reports by employees or third

1  parties, and recordings and DOCUMENTS sufficient to identify the employees or

2  third parties with knowledge of the alleged acts of concealment.

3

4  **RESPONSE TO REQUEST FOR PRODUCTION NO. 135:**

5          In addition to the general objections stated above which are

6  incorporated herein by reference, Mattel objects to this Request on the grounds that

7  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

8  documents on this subject without limitation as to time, and regardless of whether

9  such documents relate to products or matters at issue in this case.  Mattel also

10 objects to this Request on the grounds that it seeks documents and information in the

11 possession or control of MGA and/or Bryant, including documents and information

12 that MGA and Bryant have been compelled to produce by Court orders but still have

13 not produced.  Mattel further objects to this Request on the grounds that it seeks

14 confidential, proprietary and trade secret information.  Mattel further objects to this

15 Request on the grounds that it calls for the disclosure of information subject to the

16 attorney-client privilege, the attorney work-product doctrine and other applicable

17 privileges.

18          Subject to the foregoing objections, Mattel responds as follows:  Mattel

19 will produce such responsive, non-privileged documents that are in Mattel's

20 possession, custody, or control, if any, that Mattel has been able to locate after a

21 diligent search and reasonable inquiry, to the extent not previously produced.

22

23 **REQUEST FOR PRODUCTION NO. 136:**

24          All DOCUMENTS REFERRING OR RELATING TO YOUR

25 assertion in paragraph 41 of YOUR COUNTERCLAIMS regarding alleged copying,

26 taking, accessing or modification of proprietary MATTEL documents by

27 MACHADO, TRUEBA AND VARGAS, including but not limited to

28 INVESTIGATIVE REPORTS.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 136:**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad, unduly burdensome and unintelligible, including in that it seeks documents on this subject without limitation as to time, and regardless of whether such documents relate to products or matters at issue in this case. Mattel also objects to this Request on the grounds that it seeks documents and information in the possession, custody or control of MGA, but that MGA has failed and refused to produce. Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence. Mattel further objects to this Request on the grounds that it seeks confidential, proprietary and trade secret information, including such information that has no bearing on the claims or defenses in this case. Mattel further objects on the grounds that the Request seeks documents that are evidence in or pertain to criminal proceedings, disclosure of which might interfere with such proceedings. Mattel further objects to this Request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges.

Subject to the foregoing objections, Mattel responds as follows: Mattel will produce such responsive, non-privileged documents, to the extent permitted by law, that are in Mattel's possession, custody, or control, if any, that Mattel has been able to locate after a diligent search and reasonable inquiry, to the extent not previously produced.

**REQUEST FOR PRODUCTION NO. 137:**

DOCUMENTS sufficient to identify by name and title PERSONS with knowledge of alleged copying, taking, accessing or modification of proprietary MATTEL DOCUMENTS by MACHADO, TRUEBA AND VARGAS.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 137:**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad, unduly burdensome and unintelligible, including in that it seeks documents on this subject without limitation as to time, and regardless of whether such documents relate to products or matters at issue in this case. Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence. Mattel further objects to this Request on the grounds that it seeks confidential, proprietary and trade secret information, including such information that has no bearing on the claims or defenses in this case. Mattel also objects to this Request on the grounds that it seeks documents and information in the possession, custody or control of MGA, but that MGA has failed and refused to produce. Mattel further objects on the grounds that the Request seeks documents that are evidence in or pertain to criminal proceedings, disclosure of which might interfere with such proceedings. Mattel further objects to this Request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges.

**REQUEST FOR PRODUCTION NO. 138:**

DOCUMENTS sufficient to identify by name and title PERSONS the supervisors of MACHADO, TRUEBA AND VARGAS [*sic*].

**RESPONSE TO REQUEST FOR PRODUCTION NO. 138:**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad, unduly burdensome and unintelligible, including in that it appears to seek documents on this subject without limitation as to time, and regardless of

1  whether such documents relate to matters at issue in this case.  Mattel further objects

2  to the Request on the grounds that it appears to seek documents that are not relevant

3  to this action or likely to lead to the discovery of admissible evidence.  Mattel

4  further objects to this Request on the grounds that it appears to seek confidential,

5  proprietary and trade secret information, including such information that has no

6  bearing on the claims or defenses in this case.  Mattel further objects on the grounds

7  that the Request appears to seek documents that are evidence in or pertain to

8  criminal proceedings, disclosure of which might interfere with such proceedings.

9  Mattel further objects to this Request on the grounds that it appears to call for the

10  disclosure of information subject to the attorney-client privilege, the attorney work-

11  product doctrine and other applicable privileges.

12          Subject to the foregoing objections, to the extent that Mattel

13  understands the Request, responds as follows:  Mattel will produce such responsive,

14  non-privileged documents that are in Mattel's possession, custody, or control, if any,

15  that Mattel has been able to locate after a diligent search and reasonable inquiry, to

16  the extent not previously produced.

17

18  **REQUEST FOR PRODUCTION NO. 139:**

19          All DOCUMENTS REFERRING OR RELATING TO YOUR

20  assertion in paragraph 41 of YOUR COUNTERCLAIMS regarding statements by

21  MACHADO, TRUEBA AND VARGAS concerning their resignations and

22  concerning the identity of their future employer.

23

24  **RESPONSE TO REQUEST FOR PRODUCTION NO. 139:**

25          In addition to the general objections stated above which are

26  incorporated herein by reference, Mattel objects to this Request on the grounds that

27  it is overbroad and unduly burdensome, including in that it seeks all documents on

28  this subject without limitation as to time, and regardless of whether such documents

07209/2149034.1

1  relate to products or matters at issue in this case.  Mattel also objects to this Request

2  on the grounds that it seeks documents and information in the possession, custody or

3  control of MGA, but that MGA has failed and refused to produce.  Mattel further

4  objects to this Request on the grounds that it seeks confidential, proprietary and

5  trade secret information, including such information that has no bearing on the

6  claims or defenses in this case.  Mattel further objects on the grounds that the

7  Request seeks documents that are evidence in or pertain to criminal proceedings,

8  disclosure of which might interfere with such proceedings.  Mattel further objects to

9  this Request on the grounds that it calls for the disclosure of information subject to

10  the attorney-client privilege, the attorney work-product doctrine and other applicable

11  privileges.

12        Subject to the foregoing objections, Mattel responds as follows:  Mattel

13  will produce such responsive, non-privileged documents, to the extent permitted by

14  law, that are in Mattel's possession, custody, or control, if any, that Mattel has been

15  able to locate after a diligent search and reasonable inquiry, to the extent not

16  previously produced.

17

18  **REQUEST FOR PRODUCTION NO. 140:**

19        All DOCUMENTS REFERRING OR RELATING TO the resignations

20  of MACHADO, TRUEBA AND VARGAS from MATTEL, including but not

21  limited to COMMUNICATIONS REFERRING OR RELATING TO the

22  circumstances surrounding the resignations of MACHADO, TRUEBA AND

23  VARGAS and the reasons for the resignations of MACHADO, TRUEBA AND

24  VARGAS.

25

26  **RESPONSE TO REQUEST FOR PRODUCTION NO. 140:**

27        In addition to the general objections stated above which are

28  incorporated herein by reference, Mattel objects to this Request on the grounds that

07209/2149034.1

1   it is overbroad and unduly burdensome, including in that it seeks all documents on

2   this subject without limitation as to time, and regardless of whether such documents

3   relate to products or matters at issue in this case.  Mattel further objects to the

4   Request on the grounds that it seeks documents that are not relevant to this action or

5   likely to lead to the discovery of admissible evidence.  Mattel also objects to this

6   Request on the grounds that it seeks documents and information in the possession,

7   custody or control of MGA, but that MGA has failed and refused to produce.  Mattel

8   further objects to this Request on the grounds that it seeks confidential, proprietary

9   and trade secret information, including such information that has no bearing on the

10  claims or defenses in this case.  Mattel further objects on the grounds that the

11  Request seeks documents that are evidence in or pertain to criminal proceedings,

12  disclosure of which might interfere with such proceedings.  Mattel further objects to

13  this Request on the grounds that it calls for the disclosure of information subject to

14  the attorney-client privilege, the attorney work-product doctrine and other applicable

15  privileges.

16         Subject to the foregoing objections, Mattel responds as follows:  Mattel

17  will produce such responsive, non-privileged documents, to the extent permitted by

18  law, that are in Mattel's possession, custody, or control, if any, that Mattel has been

19  able to locate after a diligent search and reasonable inquiry, to the extent not

20  previously produced.

21

22  **REQUEST FOR PRODUCTION NO. 141:**

23         All DOCUMENTS REFERRING OR RELATING TO YOUR

24  assertion in paragraphs 44, 48 and 49 of YOUR COUNTERCLAIMS that

25  MACHADO took MATTEL confidential and proprietary information, including but

26  not limited to the DOCUMENTS MACHADO allegedly copied, took, accessed or

27  modified, INVESTIGATIVE REPORTS of the incident, computer records of the

28

1  incident and the instruments used in the alleged copying, taking, accessing or

2  modification.

3

4  **RESPONSE TO REQUEST FOR PRODUCTION NO. 141:**

5          In addition to the general objections stated above which are

6  incorporated herein by reference, Mattel objects to this Request on the grounds that

7  it is overbroad, unduly burdensome and unintelligible, including in its use of the

8  terms "instruments used" and that it seeks documents without limitation as to time,

9  and regardless of whether such documents relate to matters at issue in this case.

10  Mattel also objects to this Request on the grounds that it seeks documents and

11  information in the possession, custody or control of MGA, but that MGA has failed

12  and refused to produce.  Mattel further objects to the Request on the grounds that it

13  seeks documents that are not relevant to this action or likely to lead to the discovery

14  of admissible evidence.  Mattel further objects to this Request on the grounds that it

15  seeks confidential, proprietary and trade secret information, including such

16  information that has no bearing on the claims or defenses in this case.  Mattel further

17  objects on the grounds that the Request seeks documents that are evidence in or

18  pertain to criminal proceedings, disclosure of which might interfere with such

19  proceedings.  Mattel further objects to this Request on the grounds that it calls for

20  the disclosure of information subject to the attorney-client privilege, the attorney

21  work-product doctrine and other applicable privileges.

22          Subject to the foregoing objections, Mattel responds as follows:  Mattel

23  will produce such responsive, non-privileged documents, to the extent permitted by

24  law, that are in Mattel's possession, custody, or control, if any, that Mattel has been

25  able to locate after a diligent search and reasonable inquiry, to the extent not

26  previously produced.

27

28

**REQUEST FOR PRODUCTION NO. 142:**

All DOCUMENTS REFERRING OR RELATING TO YOUR assertion in paragraphs 45, 48 and 49 of YOUR COUNTERCLAIMS that VARGAS took MATTEL confidential and proprietary information, including but not limited to the DOCUMENTS VARGAS allegedly copied, took, accessed or modified, INVESTIGATIVE REPORTS of the incident, computer records of the incident and the instruments used in the alleged copying, taking, accessing or modification.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 142:**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad, unduly burdensome and unintelligible, including in its use of the terms "instruments used" and that it seeks documents without limitation as to time, and regardless of whether such documents relate to matters at issue in this case. Mattel also objects to this Request on the grounds that it seeks documents and information in the possession, custody or control of MGA, but that MGA has failed and refused to produce. Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence. Mattel further objects to this Request on the grounds that it seeks confidential, proprietary and trade secret information, including such information that has no bearing on the claims or defenses in this case. Mattel further objects on the grounds that the Request seeks documents that are evidence in or pertain to criminal proceedings, disclosure of which might interfere with such proceedings. Mattel further objects to this Request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges.

Subject to the foregoing objections, Mattel responds as follows: Mattel will produce such responsive, non-privileged documents, to the extent permitted by

1  law, that are in Mattel's possession, custody, or control, if any, that Mattel has been

2  able to locate after a diligent search and reasonable inquiry, to the extent not

3  previously produced.

4

5  **REQUEST FOR PRODUCTION NO. 143:**

6         All DOCUMENTS REFERRING OR RELATING TO YOUR

7  assertion in paragraphs 46, 48 and 49 of YOUR COUNTERCLAIMS that TRUEBA

8  took MATTEL confidential and proprietary information, including but not limited to

9  the DOCUMENTS TRUEBA allegedly copied, took, accessed or modified,

10 INVESTIGATIVE REPORTS of the incident, computer records of the incident and

11 the instruments used in the alleged copying, taking, accessing or modification.

12

13 **RESPONSE TO REQUEST FOR PRODUCTION NO. 143:**

14        In addition to the general objections stated above which are

15 incorporated herein by reference, Mattel objects to this Request on the grounds that

16 it is overbroad, unduly burdensome and unintelligible, including in its use of the

17 terms "instruments used" and that it seeks documents without limitation as to time,

18 and regardless of whether such documents relate to matters at issue in this case.

19 Mattel also objects to this Request on the grounds that it seeks documents and

20 information in the possession, custody or control of MGA, but that MGA has failed

21 and refused to produce.  Mattel further objects to the Request on the grounds that it

22 seeks documents that are not relevant to this action or likely to lead to the discovery

23 of admissible evidence.  Mattel further objects to this Request on the grounds that it

24 seeks confidential, proprietary and trade secret information, including such

25 information that has no bearing on the claims or defenses in this case.  Mattel further

26 objects on the grounds that the Request seeks documents that are evidence in or

27 pertain to criminal proceedings, disclosure of which might interfere with such

28 proceedings.  Mattel further objects to this Request on the grounds that it calls for

1   the disclosure of information subject to the attorney-client privilege, the attorney

2   work-product doctrine and other applicable privileges.

3          Subject to the foregoing objections, Mattel responds as follows:  Mattel

4   will produce such responsive, non-privileged documents, to the extent permitted by

5   law, that are in Mattel's possession, custody, or control, if any, that Mattel has been

6   able to locate after a diligent search and reasonable inquiry, to the extent not

7   previously produced.

8

9   **REQUEST FOR PRODUCTION NO. 144:**

10          All DOCUMENTS REFERRING OR RELATING TO YOUR

11   assertion in paragraph 47 of YOUR COUNTERCLAIMS that TRUEBA took steps

12   to increase her access to MATTEL's confidential information, including but not

13   limited to any meeting attendance records around the time of TRUEBA's

14   resignation, any records of available meetings and the subject matter of the

15   meetings, any records of TRUEBA's alleged contact with MATTEL employees or

16   MATTEL contractors to receive confidential information, and any records of what

17   TRUEBA did with MATTEL's confidential information.

18

19   **RESPONSE TO REQUEST FOR PRODUCTION NO. 144:**

20          In addition to the general objections stated above which are

21   incorporated herein by reference, Mattel objects to this Request on the grounds that

22   it is overbroad and unduly burdensome, including in that it seeks all documents on

23   this subject without limitation as to time, and regardless of whether such documents

24   relate to products or matters at issue in this case.  Mattel further objects to the

25   Request on the grounds that it seeks documents that are not relevant to this action or

26   likely to lead to the discovery of admissible evidence.  Mattel also objects to this

27   Request on the grounds that it seeks documents and information in the possession,

28   custody or control of MGA, but that MGA has failed and refused to produce.  Mattel

-30-

1  further objects to this Request on the grounds that it seeks confidential, proprietary

2  and trade secret information, including such information that has no bearing on the

3  claims or defenses in this case.  Mattel further objects on the grounds that the

4  Request seeks documents that are evidence in or pertain to criminal proceedings,

5  disclosure of which might interfere with such proceedings.  Mattel further objects to

6  this Request on the grounds that it calls for the disclosure of information subject to

7  the attorney-client privilege, the attorney work-product doctrine and other applicable

8  privileges.

9         Subject to the foregoing objections, Mattel responds as follows:  Mattel

10  will produce such responsive, non-privileged documents, to the extent permitted by

11  law, that are in Mattel's possession, custody, or control, if any, that Mattel has been

12  able to locate after a diligent search and reasonable inquiry, to the extent not

13  previously produced.

14

15  **REQUEST FOR PRODUCTION NO. 145:**

16         All DOCUMENTS REFERRING OR RELATING TO YOUR.

17  assertion in paragraph 51 of YOUR COUNTERCLAIMS that MACHADO,

18  VARGAS AND TRUEBA attempted to conceal their alleged theft of MATTEL's

19  proprietary information, INVESTIGATIVE REPORTS of the incidents, computer

20  records of the incidents and the instruments used in the incidents.

21

22  **RESPONSE TO REQUEST FOR PRODUCTION NO. 145:**

23         In addition to the general objections stated above which are

24  incorporated herein by reference, Mattel objects to this Request on the grounds that

25  it is overbroad, unduly burdensome and unintelligible, including in its use of the

26  terms "instruments used" and that it seeks documents without limitation as to time,

27  and regardless of whether such documents relate to matters at issue in this case.

28  Mattel also objects to this Request on the grounds that it seeks documents and

07209/2149034.1

SUPPLEMENTAL RESPONSES TO SECOND SET OF REQUESTS FOR PRODUCTION
Exhibit 22 - Page 575

1  information in the possession, custody or control of MGA, but that MGA has failed

2  and refused to produce.  Mattel further objects to the Request on the grounds that it

3  seeks documents that are not relevant to this action or likely to lead to the discovery

4  of admissible evidence.  Mattel further objects to this Request on the grounds that it

5  seeks confidential, proprietary and trade secret information, including such

6  information that has no bearing on the claims or defenses in this case.  Mattel further

7  objects on the grounds that the Request seeks documents that are evidence in or

8  pertain to criminal proceedings, disclosure of which might interfere with such

9  proceedings.  Mattel further objects to this Request on the grounds that it calls for

10  the disclosure of information subject to the attorney-client privilege, the attorney

11  work-product doctrine and other applicable privileges.

12       Subject to the foregoing objections, Mattel responds as follows:  Mattel

13  will produce such responsive, non-privileged documents, to the extent permitted by

14  law, that are in Mattel's possession, custody, or control, if any, that Mattel has been

15  able to locate after a diligent search and reasonable inquiry, to the extent not

16  previously produced.

17

18  **REQUEST FOR PRODUCTION NO. 146:**

19       All DOCUMENTS REFERRING OR RELATING TO the events

20  described in paragraph 53 of YOUR COUNTERCLAIMS regarding MATTEL's

21  notification of Mexican authorities about the alleged theft of MATTEL's trade secret

22  and confidential information, including but not limited to affidavits, declarations,

23  complaints, and evidence filed with the Mexican authorities.

24

25  **RESPONSE TO REQUEST FOR PRODUCTION NO. 146:**

26       In addition to the general objections stated above which are

27  incorporated herein by reference, Mattel objects to this Request on the grounds that

28  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

1 documents on this subject without limitation as to time, and regardless of whether

2 such documents relate to products or matters at issue in this case. Mattel further

3 objects to the Request on the grounds that it seeks documents that are not relevant to

4 this action or likely to lead to the discovery of admissible evidence. Mattel further

5 objects to this Request on the grounds that it seeks confidential, proprietary and

6 trade secret information, including such information that has no bearing on the

7 claims or defenses in this case. Mattel further objects on the grounds that the

8 Request seeks documents that are evidence in or pertain to criminal proceedings,

9 disclosure of which might interfere with such proceedings. Mattel further objects to

10 this Request on the grounds that it calls for the disclosure of information subject to

11 the attorney-client privilege, the attorney work-product doctrine and other applicable

12 privileges.

13

14 **REQUEST FOR PRODUCTION NO. 147:**

15       All DOCUMENTS REFERRING OR RELATING TO the events

16 described in paragraph 53 of YOUR COUNTERCLAIMS regarding the seizure at

17 the facilities of MGAE de Mexico, S.R.L. de C.V. in Mexico City by Mexican

18 authorities, including but not limited to the search warrant, any report of the seizure,

19 any report regarding the materials seized, any determination by the Mexican

20 authorities regarding the materials seized, and any DOCUMENTS from the facilities

21 of MGAE de Mexico, S.R.L. de C.V., which were taken during the seizure.

22

23 **RESPONSE TO REQUEST FOR PRODUCTION NO. 147:**

24       In addition to the general objections stated above which are

25 incorporated herein by reference, Mattel objects to this Request on the grounds that

26 it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

27 documents on this subject without limitation as to time, and regardless of whether

28 such documents relate to products or matters at issue in this case. Mattel further

1   objects to the Request on the grounds that it seeks documents that are not relevant to

2   this action or likely to lead to the discovery of admissible evidence.  Mattel also

3   objects to this Request on the grounds that it seeks documents and information in the

4   possession, custody or control of MGA, but that MGA has failed and refused to

5   produce.  Mattel further objects to this Request on the grounds that it seeks

6   confidential, proprietary and trade secret information, including such information

7   that has no bearing on the claims or defenses in this case.  Mattel further objects on

8   the grounds that the Request seeks documents that are evidence in or pertain to

9   criminal proceedings, disclosure of which might interfere with such proceedings.

10  Mattel further objects to this Request on the grounds that it calls for the disclosure

11  of information subject to the attorney-client privilege, the attorney work-product

12  doctrine and other applicable privileges.

13          Subject to the foregoing objections, Mattel responds as follows:  Mattel

14  will produce such responsive, non-privileged documents, to the extent permitted by

15  law, that are in Mattel's possession, custody, or control, if any, that Mattel has been

16  able to locate after a diligent search and reasonable inquiry, to the extent not

17  previously produced.

18

19  **REQUEST FOR PRODUCTION NO. 148:**

20          All DOCUMENTS REFERRING OR RELATING TO MATTEL's

21  involvement in the seizure of materials at the facilities of MGAE de Mexico, S.R.L.

22  de C.V. in Mexico City by Mexican authorities.

23

24  **RESPONSE TO REQUEST FOR PRODUCTION NO. 148:**

25          In addition to the general objections stated above which are

26  incorporated herein by reference, Mattel objects to this Request on the grounds that

27  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

28  documents on this subject without limitation as to time, and regardless of whether

1 such documents relate to products or matters at issue in this case. Mattel further

2 objects to the Request on the grounds that it seeks documents that are not relevant to

3 this action or likely to lead to the discovery of admissible evidence. Mattel further

4 objects to this Request on the grounds that it seeks confidential, proprietary and

5 trade secret information, including such information that has no bearing on the

6 claims or defenses in this case. Mattel further objects on the grounds that the

7 Request seeks documents that are evidence in or pertain to criminal proceedings,

8 disclosure of which might interfere with such proceedings. Mattel further objects to

9 this Request on the grounds that it calls for the disclosure of information subject to

10 the attorney-client privilege, the attorney work-product doctrine and other applicable

11 privileges.

12

13 **REQUEST FOR PRODUCTION NO. 149:**

14     All DOCUMENTS REFERRING OR RELATING TO whether the

15 items seized by Mexican authorities from the facilities of MGAE de Mexico, S.R.L.

16 de C.V. in Mexico City belonged to MATTEL.

17

18 **RESPONSE TO REQUEST FOR PRODUCTION NO. 149:**

19     In addition to the general objections stated above which are

20 incorporated herein by reference, Mattel objects to this Request on the grounds that

21 it is overbroad and unduly burdensome, including in that it seeks all documents on

22 this subject without limitation as to time, and regardless of whether such documents

23 relate to products or matters at issue in this case. Mattel further objects to the

24 Request on the grounds that it seeks documents that are not relevant to this action or

25 likely to lead to the discovery of admissible evidence. Mattel also objects to this

26 Request on the grounds that it seeks documents and information in the possession,

27 custody or control of MGA, but that MGA has failed and refused to produce. Mattel

28 further objects to this Request on the grounds that it seeks confidential, proprietary

1   and trade secret information, including such information that has no bearing on the

2   claims or defenses in this case.  Mattel further objects on the grounds that the

3   Request seeks documents that are evidence in or pertain to criminal proceedings,

4   disclosure of which might interfere with such proceedings.  Mattel further objects to

5   this Request on the grounds that it calls for the disclosure of information subject to

6   the attorney-client privilege, the attorney work-product doctrine and other applicable

7   privileges.

8           Subject to the foregoing objections, Mattel responds as follows:  Mattel

9   will produce such responsive, non-privileged documents, to the extent permitted by

10   law, that are in Mattel's possession, custody, or control, if any, that Mattel has been

11   able to locate after a diligent search and reasonable inquiry, to the extent not

12   previously produced.

13

14   **REQUEST FOR PRODUCTION NO. 150:**

15           All DOCUMENTS REFERRING OR RELATING TO YOUR

16   assertion in paragraph 59 of YOUR COUNTERCLAIMS regarding BRAWER's

17   response to a survey from President of MATTEL Brands, Matt Bousquette,

18   including but not limited to the DOCUMENT containing the survey that was sent to

19   BRAWER, the DOCUMENT containing BRAWER's alleged response, and any

20   compilation of survey responses.

21

22   **RESPONSE TO REQUEST FOR PRODUCTION NO. 150:**

23           In addition to the general objections stated above which are

24   incorporated herein by reference, Mattel objects to this Request on the grounds that

25   it is overbroad, unduly burdensome and unintelligible, including in its use of the

26   terms "compilation of survey responses" and in that it seeks all documents on this

27   subject without limitation as to time, and regardless of whether such documents

28   relate to products or matters at issue in this case.  Mattel further objects to the

1  Request on the grounds that it seeks documents that are not relevant to this action or

2  likely to lead to the discovery of admissible evidence.  Mattel further objects to this

3  Request on the grounds that it seeks confidential, proprietary and trade secret

4  information, including such information that has no bearing on the claims or

5  defenses in this case.  Mattel further objects to this Request on the grounds that it

6  calls for the disclosure of information subject to the attorney-client privilege, the

7  attorney work-product doctrine and other applicable privileges.

8         Subject to the foregoing objections, Mattel responds as follows:  Mattel

9  will produce such responsive, non-privileged documents relating to Brawer that are

10 in Mattel's possession, custody, or control, if any, that Mattel has been able to locate

11 after a diligent search and reasonable inquiry, to the extent not previously produced.

12

13 **REQUEST FOR PRODUCTION NO. 151:**

14         All DOCUMENTS REFERRING OR RELATING TO YOUR

15 assertion in paragraph 62 of YOUR COUNTERCLAIMS regarding BRAWER's

16 alleged instruction to his assistant to print MATTEL's 2004 Sales Plan for one of

17 MATTEL'S significant customers, including but not limited to the DOCUMENT the

18 assistant was instructed to print, any DOCUMENT containing BRAWER's

19 instruction, and any calendar of meetings that BRAWER was scheduled to attend or

20 was allowed to attend regarding the customer connected to the sales plan referenced

21 in paragraph 62 of YOUR COUNTERCLAIMS.

22

23 **RESPONSE TO REQUEST FOR PRODUCTION NO. 151:**

24         In addition to the general objections stated above which are

25 incorporated herein by reference, Mattel objects to this Request on the grounds that

26 it is overbroad, unduly burdensome and unintelligible, including in its use of the

27 terms "allowed to attend" and in that it seeks all documents on this subject without

28 limitation as to time, and regardless of whether such documents relate to products or

07209/2149034.1

-37-

1  matters at issue in this case.  Mattel further objects to the Request on the grounds

2  that it seeks documents that are not relevant to this action or likely to lead to the

3  discovery of admissible evidence.  Mattel further objects to this Request on the

4  grounds that it seeks confidential, proprietary and trade secret information, including

5  such information that has no bearing on the claims or defenses in this case.  Mattel

6  further objects to this Request on the grounds that it calls for the disclosure of

7  information subject to the attorney-client privilege, the attorney work-product

8  doctrine and other applicable privileges.

9          Subject to the foregoing objections, Mattel responds as follows:  Mattel

10  will produce such responsive, non-privileged documents that are in Mattel's

11  possession, custody, or control, if any, that Mattel has been able to locate after a

12  diligent search and reasonable inquiry, to the extent not previously produced.

13

14  **REQUEST FOR PRODUCTION NO. 152:**

15          DOCUMENTS sufficient to identify the significant customer connected

16  to the 2004 Sales Plan referred to in paragraph 62 of YOUR COUNTERCLAIMS.

17

18  **RESPONSE TO REQUEST FOR PRODUCTION NO. 152:**

19          In addition to the general objections stated above which are

20  incorporated herein by reference, Mattel objects to this Request on the grounds that

21  it is overbroad, unduly burdensome and unintelligible, including in its use of the

22  terms "connected to" and in that it seeks all documents on this subject without

23  limitation as to time, and regardless of whether such documents relate to products or

24  matters at issue in this case.  Mattel further objects to the Request on the grounds

25  that it seeks documents that are not relevant to this action or likely to lead to the

26  discovery of admissible evidence.  Mattel further objects to this Request on the

27  grounds that it seeks confidential, proprietary and trade secret information, including

28  such information that has no bearing on the claims or defenses in this case.  Mattel

07209/2149034.1

-38-

1  further objects to this Request on the grounds that it calls for the disclosure of

2  information subject to the attorney-client privilege, the attorney work-product

3  doctrine and other applicable privileges.

4         Subject to the foregoing objections, Mattel responds as follows:  Mattel

5  will produce such responsive, non-privileged documents that are in Mattel's

6  possession, custody, or control, if any, that Mattel has been able to locate after a

7  diligent search and reasonable inquiry, to the extent not previously produced.

8

9  **REQUEST FOR PRODUCTION NO. 153:**

10         All DOCUMENTS REFERRING OR RELATING TO whether the

11  2004 Sales Plan referred to in paragraph 62 of YOUR COUNTERCLAIMS was

12  public information or contained public information.

13

14  **RESPONSE TO REQUEST FOR PRODUCTION NO. 153:**

15         In addition to the general objections stated above which are

16  incorporated herein by reference, Mattel objects to this Request on the grounds that

17  it is overbroad, unduly burdensome and unintelligible, including in its use of

18  "contained public information" and in that it seeks all documents on this subject

19  without limitation as to time, and regardless of whether such documents relate to

20  matters at issue in this case.  Mattel further objects to the Request on the grounds

21  that it seeks documents that are not relevant to this action or likely to lead to the

22  discovery of admissible evidence.  Mattel further objects to this Request on the

23  grounds that it seeks confidential, proprietary and trade secret information, including

24  such information that has no bearing on the claims or defenses in this case.  Mattel

25  further objects to this Request on the grounds that it calls for the disclosure of

26  information subject to the attorney-client privilege, the attorney work-product

27  doctrine and other applicable privileges.

28

-39-

SUPPLEMENTAL RESPONSES TO SECOND SET OF REQUESTS FOR PRODUCTION

Exhibit 22 - Page 583

**REQUEST FOR PRODUCTION NO. 154:**

All DOCUMENTS REFERRING OR RELATING TO PERSONS who had access to the 2004 Sales Plan referred to in paragraph 62 of YOUR COUNTERCLAIMS.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 154:**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad, unduly burdensome and unintelligible, including in that it seeks all documents on this subject without limitation as to time, and regardless of whether such documents relate to matters at issue in this case. Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence. Mattel further objects to this Request on the grounds that it seeks confidential, proprietary and trade secret information, including such information that has no bearing on the claims or defenses in this case. Mattel further objects to this Request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges.

**REQUEST FOR PRODUCTION NO. 155:**

All DOCUMENTS REFERRING OR RELATING TO BRAWER's MATTEL exit interview, including but not limited to reports, memoranda, notes, and recordings from or RELATING TO the exit interview.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 155:**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad and unduly burdensome, including in that it seeks all documents on

SUPPLEMENTAL RESPONSES TO SECOND SET OF REQUESTS FOR PRODUCTION

Exhibit 22 - Page 584

1   this subject without limitation as to time, and regardless of whether such documents

2   relate to products or matters at issue in this case. Mattel further objects to the

3   Request on the grounds that it seeks documents that are not relevant to this action or

4   likely to lead to the discovery of admissible evidence. Mattel further objects to this

5   Request on the grounds that it seeks confidential, proprietary and trade secret

6   information, including such information that has no bearing on the claims or

7   defenses in this case. Mattel further objects to this Request on the grounds that it

8   calls for the disclosure of information subject to the attorney-client privilege, the

9   attorney work-product doctrine and other applicable privileges.

10          Subject to the foregoing objections, Mattel responds as follows: Mattel

11   will produce such responsive, non-privileged documents that are in Mattel's

12   possession, custody, or control, if any, that Mattel has been able to locate after a

13   diligent search and reasonable inquiry, to the extent not previously produced.

14

15   **REQUEST FOR PRODUCTION NO. 156:**

16          All DOCUMENTS REFERRING OR RELATING TO YOUR

17   assertion in paragraph 69 of YOUR COUNTERCLAIMS regarding BRAWER's

18   alleged contact with MATTEL employees after his resignation from MATTEL,

19   including but not limited to reports, memoranda, notes, and recordings of or by

20   MATTEL employees regarding the alleged contact with BRAWER.

21

22   **RESPONSE TO REQUEST FOR PRODUCTION NO. 156:**

23          In addition to the general objections stated above which are

24   incorporated herein by reference, Mattel objects to this Request on the grounds that

25   it is overbroad and unduly burdensome, including in that it seeks all documents on

26   this subject without limitation as to time, and regardless of whether such documents

27   relate to matters at issue in this case. Mattel further objects to the Request on the

28   grounds that it seeks documents that are not relevant to this action or likely to lead

-41-

1   to the discovery of admissible evidence.  Mattel further objects to this Request on

2   the grounds that it seeks confidential, proprietary and trade secret information,

3   including such information that has no bearing on the claims or defenses in this

4   case.  Mattel further objects to this Request on the grounds that it calls for the

5   disclosure of information subject to the attorney-client privilege, the attorney work-

6   product doctrine and other applicable privileges.

7            Subject to the foregoing objections, Mattel responds as follows:  Mattel

8   will produce such responsive, non-privileged documents that are in Mattel's

9   possession, custody, or control, if any, that Mattel has been able to locate after a

10  diligent search and reasonable inquiry, to the extent not previously produced.

11

12  **REQUEST FOR PRODUCTION NO. 157:**

13            DOCUMENTS sufficient to identify by name, title and telephone

14  number MATTEL employees whom BRAWER allegedly contacted after his

15  resignation from MATTEL, as alleged in paragraph 69 of YOUR

16  COUNTERCLAIMS.

17

18  **RESPONSE TO REQUEST FOR PRODUCTION NO. 157:**

19            In addition to the general objections stated above which are

20  incorporated herein by reference, Mattel objects to this Request on the grounds that

21  it is overbroad, unduly burdensome and unintelligible, including in that it seeks

22  documents on this subject without limitation as to time, and regardless of whether

23  such documents relate to matters at issue in this case.  Mattel further objects to the

24  Request on the grounds that it seeks documents that are not relevant to this action or

25  likely to lead to the discovery of admissible evidence.  Mattel further objects to this

26  Request on the grounds that it calls for the disclosure of information subject to the

27  attorney-client privilege, the attorney work-product doctrine and other applicable

28  privileges.

**REQUEST FOR PRODUCTION NO. 158:**

All DOCUMENTS REFERRING OR RELATING TO BRISBOIS' MATTEL exit interview, including but not limited to reports, memoranda, notes, and recordings from or RELATING TO the exit interview.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 158:**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad and unduly burdensome, including in that it seeks all documents on this subject without limitation as to time, and regardless of whether such documents relate to matters at issue in this case. Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence. Mattel further objects to this Request on the grounds that it seeks confidential, proprietary and trade secret information, including such information that has no bearing on the claims or defenses in this case. Mattel further objects on the grounds that the Request seeks documents that are evidence in or pertain to criminal proceedings, disclosure of which might interfere with such proceedings. Mattel further objects to this Request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges.

Subject to the foregoing objections, Mattel responds as follows: Mattel will produce such responsive, non-privileged documents, to the extent permitted by law, that are in Mattel's possession, custody, or control, if any, that Mattel has been able to locate after a diligent search and reasonable inquiry, to the extent not previously produced.

**REQUEST FOR PRODUCTION NO. 159:**

All DOCUMENTS REFERRING OR RELATING TO YOUR assertion in paragraph 74 of YOUR COUNTERCLAIMS regarding BRISBOIS' alleged copying, taking, accessing or modification of MATTEL confidential and proprietary information, including but not limited to the DOCUMENTS BRISBOIS allegedly copied, took, accessed or modified, INVESTIGATIVE REPORTS of the incident, computer records of the incident and the instruments used in the alleged copying, taking, accessing or modification.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 159:**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad, unduly burdensome and unintelligible, including in its use of the terms "instruments used" and that it seeks documents without limitation as to time, and regardless of whether such documents relate to matters at issue in this case. Mattel also objects to this Request on the grounds that it seeks documents and information in the possession, custody or control of MGA, but that MGA has failed and refused to produce. Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence. Mattel further objects to this Request on the grounds that it seeks confidential, proprietary and trade secret information, including such information that has no bearing on the claims or defenses in this case. Mattel further objects on the grounds that the Request seeks documents that are evidence in or pertain to criminal proceedings, disclosure of which might interfere with such proceedings. Mattel further objects to this Request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges.

1    Subject to the foregoing objections, Mattel responds as follows: Mattel

2  will produce such responsive, non-privileged documents that are in Mattel's

3  possession, custody, or control, if any, that Mattel has been able to locate after a

4  diligent search and reasonable inquiry, to the extent not previously produced.

5

6  **REQUEST FOR PRODUCTION NO. 160:**

7    All DOCUMENTS REFERRING OR RELATING TO the events

8  alleged in paragraph 75 of YOUR COUNTERCLAIMS regarding MATTEL's

9  notification of Canadian law enforcement authorities about BRISBOIS' alleged theft

10  of MATTEL's trade secret and confidential information, including but not limited to

11  affidavits, declarations, complaints, and evidence filed with the Canadian law

12  enforcement authorities.

13

14  **RESPONSE TO REQUEST FOR PRODUCTION NO. 160:**

15    In addition to the general objections stated above which are

16  incorporated herein by reference, Mattel objects to this Request on the grounds that

17  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

18  documents on this subject without limitation as to time, and regardless of whether

19  such documents relate to products or matters at issue in this case. Mattel further

20  objects to the Request on the grounds that it seeks documents that are not relevant to

21  this action or likely to lead to the discovery of admissible evidence. Mattel further

22  objects to this Request on the grounds that it seeks confidential, proprietary and

23  trade secret information, including such information that has no bearing on the

24  claims or defenses in this case. Mattel further objects on the grounds that the

25  Request seeks documents that are evidence in or pertain to criminal proceedings,

26  disclosure of which might interfere with such proceedings. Mattel further objects to

27  this Request on the grounds that it calls for the disclosure of information subject to

28

the attorney-client privilege, the attorney work-product doctrine and other applicable privileges.

**REQUEST FOR PRODUCTION NO. 161:**

All DOCUMENTS REFERRING OR RELATING TO the events alleged in paragraph 75 of YOUR COUNTERCLAIMS regarding the seizure by Canadian law enforcement authorities of a thumb drive from BRISBOIS, including but not limited to the search warrant, any report of the seizure, any report regarding the materials seized, any determination by the Canadian law enforcement authorities regarding the materials seized, and any DOCUMENTS taken during the seizure.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 161:**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad and unduly burdensome, including in that it seeks all documents on this subject without limitation as to time, and regardless of whether such documents relate to products or matters at issue in this case. Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence. Mattel also objects to this Request on the grounds that it seeks documents and information in the possession, custody or control of MGA, but that MGA has failed and refused to produce. Mattel further objects to this Request on the grounds that it seeks confidential, proprietary and trade secret information, including such information that has no bearing on the claims or defenses in this case. Mattel further objects on the grounds that the Request seeks documents that are evidence in or pertain to criminal proceedings, disclosure of which might interfere with such proceedings. Mattel further objects to this Request on the grounds that it calls for the disclosure of information subject to

1 the attorney-client privilege, the attorney work-product doctrine and other applicable

2 privileges.

3        Subject to the foregoing objections, Mattel responds as follows:  Mattel

4 will produce such responsive, non-privileged documents, to the extent permitted by

5 law, that are in Mattel's possession, custody, or control, if any, that Mattel has been

6 able to locate after a diligent search and reasonable inquiry, to the extent not

7 previously produced.

8

9 **REQUEST FOR PRODUCTION NO. 162:**

10        All DOCUMENTS REFERRING OR RELATING TO MATTEL's

11 involvement in the seizure by Canadian law enforcement authorities of a thumb

12 drive from BRISBOIS referenced in paragraph 75 of YOUR COUNTERCLAIMS.

13

14 **RESPONSE TO REQUEST FOR PRODUCTION NO. 162:**

15        In addition to the general objections stated above which are

16 incorporated herein by reference, Mattel objects to this Request on the grounds that

17 it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

18 documents on this subject without limitation as to time, and regardless of whether

19 such documents relate to products or matters at issue in this case.  Mattel further

20 objects to the Request on the grounds that it seeks documents that are not relevant to

21 this action or likely to lead to the discovery of admissible evidence.  Mattel further

22 objects to this Request on the grounds that it seeks confidential, proprietary and

23 trade secret information, including such information that has no bearing on the

24 claims or defenses in this case.  Mattel further objects on the grounds that the

25 Request seeks documents that are evidence in or pertain to criminal proceedings,

26 disclosure of which might interfere with such proceedings.  Mattel further objects to

27 this Request on the grounds that it calls for the disclosure of information subject to

28

07209/2149034.1

1  the attorney-client privilege, the attorney work-product doctrine and other applicable

2  privileges.

3

4  **REQUEST FOR PRODUCTION NO. 163:**

5         All DOCUMENTS REFERRING OR RELATING TO what was

6  contained on the thumb drive that the Canadian law enforcement authorities seized

7  from BRISBOIS referenced in paragraph 75 of YOUR COUNTERCLAIMS.

8

9  **RESPONSE TO REQUEST FOR PRODUCTION NO. 163:**

10        In addition to the general objections stated above which are

11 incorporated herein by reference, Mattel objects to this Request on the grounds that

12 it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

13 documents on this subject without limitation as to time, and regardless of whether

14 such documents relate to products or matters at issue in this case. Mattel further

15 objects to the Request on the grounds that it seeks documents that are not relevant to

16 this action or likely to lead to the discovery of admissible evidence. Mattel further

17 objects to this Request on the grounds that it seeks confidential, proprietary and

18 trade secret information, including such information that has no bearing on the

19 claims or defenses in this case. Mattel further objects on the grounds that the

20 Request seeks documents that are evidence in or pertain to criminal proceedings,

21 disclosure of which might interfere with such proceedings. Mattel further objects to

22 this Request on the grounds that it calls for the disclosure of information subject to

23 the attorney-client privilege, the attorney work-product doctrine and other applicable

24 privileges.

25        Subject to the foregoing objections, Mattel responds as follows:  Mattel

26 will produce such responsive, non-privileged documents, to the extent permitted by

27 law, that are in Mattel's possession, custody, or control, if any, that Mattel has been

28

07209/2149034.1

-48-

1  able to locate after a diligent search and reasonable inquiry, to the extent not

2  previously produced.

3

4  **REQUEST FOR PRODUCTION NO. 164:**

5          All DOCUMENTS REFERRING OR RELATING TO whether the

6  DOCUMENTS contained on the thumb drive that the Canadian law enforcement

7  authorities seized from BRISBOIS, mentioned in paragraph 75 of YOUR

8  COUNTERCLAIMS, belong or belonged to MATTEL.

9

10  **RESPONSE TO REQUEST FOR PRODUCTION NO. 164:**

11          In addition to the general objections stated above which are

12  incorporated herein by reference, Mattel objects to this Request on the grounds that

13  it is overbroad and unduly burdensome, including in that it seeks all documents on

14  this subject without limitation as to time, and regardless of whether such documents

15  relate to products or matters at issue in this case.  Mattel further objects to the

16  Request on the grounds that it seeks documents that are not relevant to this action or

17  likely to lead to the discovery of admissible evidence.  Mattel further objects to this

18  Request on the grounds that it seeks confidential, proprietary and trade secret

19  information, including such information that has no bearing on the claims or

20  defenses in this case.  Mattel further objects on the grounds that the Request seeks

21  documents that are evidence in or pertain to criminal proceedings, disclosure of

22  which might interfere with such proceedings.  Mattel further objects to this Request

23  on the grounds that it calls for the disclosure of information subject to the attorney-

24  client privilege, the attorney work-product doctrine and other applicable privileges.

25          Subject to the foregoing objections, Mattel responds as follows:  Mattel

26  will produce such responsive, non-privileged documents, to the extent permitted by

27  law, that are in Mattel's possession, custody, or control, if any, that Mattel has been

28

07209/2149034.1

1  able to locate after a diligent search and reasonable inquiry, to the extent not

2  previously produced.

3

4  **REQUEST FOR PRODUCTION NO. 165:**

5        All DOCUMENTS REFERRING OR RELATING TO YOUR

6  assertion in paragraph 75 of YOUR COUNTERCLAIMS regarding BRISBOIS'

7  access or modification of DOCUMENTS on the thumb drive seized by Canadian

8  law enforcement authorities, including but not limited to the DOCUMENTS

9  BRISBOIS allegedly access and modified, INVESTIGATIVE REPORTS of the

10  BRISBOIS' access and modification of the DOCUMENTS, computer records of the

11  alleged access and modification and the instruments used in the alleged access and

12  modification.

13

14  **RESPONSE TO REQUEST FOR PRODUCTION NO. 165:**

15        In addition to the general objections stated above which are

16  incorporated herein by reference, Mattel objects to this Request on the grounds that

17  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

18  documents on this subject without limitation as to time, and regardless of whether

19  such documents relate to products or matters at issue in this case.  Mattel further

20  objects to the Request on the grounds that it seeks documents that are not relevant to

21  this action or likely to lead to the discovery of admissible evidence.  Mattel further

22  objects to this Request on the grounds that it seeks confidential, proprietary and

23  trade secret information, including such information that has no bearing on the

24  claims or defenses in this case.  Mattel further objects on the grounds that the

25  Request seeks documents that are evidence in or pertain to criminal proceedings,

26  disclosure of which might interfere with such proceedings.  Mattel further objects to

27  this Request on the grounds that it calls for the disclosure of information subject to

28

1   the attorney-client privilege, the attorney work-product doctrine and other applicable

2   privileges.

3          Subject to the foregoing objections, Mattel responds as follows:  Mattel

4   will produce such responsive, non-privileged documents, to the extent permitted by

5   law, that are in Mattel's possession, custody, or control, if any, that Mattel has been

6   able to locate after a diligent search and reasonable inquiry, to the extent not

7   previously produced.

8

9   **REQUEST FOR PRODUCTION NO. 166:**

10          All DOCUMENTS REFERRING OR RELATING TO or contained in

11   the personnel files of the 25 former MATTEL employees from MATTEL's United

12   States operations referenced in paragraph 77 of YOUR COUNTERCLAIMS,

13   including but not limited to performance reviews, contracts, job descriptions, and

14   interviews.

15

16   **RESPONSE TO REQUEST FOR PRODUCTION NO. 166:**

17          In addition to the general objections stated above which are

18   incorporated herein by reference, Mattel objects to this Request on the grounds that

19   it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

20   documents on this subject without limitation as to time, and regardless of whether

21   such documents relate to products or matters at issue in this case.  Mattel further

22   objects to the Request on the grounds that it seeks documents that are not relevant to

23   this action or likely to lead to the discovery of admissible evidence.  Mattel further

24   objects to this Request on the grounds that it seeks confidential, private, proprietary

25   and trade secret information, including such information that has no bearing on the

26   claims or defenses in this case.  Mattel further objects to this Request on the grounds

27   that it calls for the disclosure of information subject to the attorney-client privilege,

28   the attorney work-product doctrine and other applicable privileges.

1    Subject to the foregoing objections, Mattel responds as follows, Mattel

2  will produce responsive, non-privileged portions of personnel files that bear on

3  matters placed at issue in the case, to the extent not previously produced.

4

5  **REQUEST FOR PRODUCTION NO. 167:**

6    All DOCUMENTS REFERRING OR RELATING TO YOUR

7  assertion in paragraph 77 of YOUR COUNTERCLAIMS regarding the alleged

8  copying, taking, accessing or modification of MATTEL confidential and proprietary

9  information by former MATTEL employees that subsequently became MGA

10  employees, including but not limited to the DOCUMENTS allegedly copied, taken,

11  accessed or modified by former MATTEL employees that subsequently became

12  MGA employees, INVESTIGATIVE REPORTS of these incidents, computer

13  records of these incidents and the instruments used in the alleged copying, taking,

14  accessing or modification.

15

16  **RESPONSE TO REQUEST FOR PRODUCTION NO. 167:**

17    In addition to the general objections stated above which are

18  incorporated herein by reference, Mattel objects to this Request on the grounds that

19  it is overbroad, unduly burdensome and unintelligible, including in its use of the

20  terms "instruments used" and in that it seeks all documents on this subject without

21  limitation as to time, and regardless of whether such documents relate to matters at

22  issue in this case.  Mattel further objects to the Request on the grounds that it seeks

23  documents that are not relevant to this actioMattel also objects to this Request on the

24  grounds that it seeks documents and information in the possession, custody or

25  control of MGA, but that MGA has failed and refused to produce.  n or likely to lead

26  to the discovery of admissible evidence.  Mattel further objects to this Request on

27  the grounds that it seeks confidential, proprietary and trade secret information,

28  including such information that has no bearing on the claims or defenses in this

1   case. Mattel further objects on the grounds that the Request seeks documents that

2   are evidence in or pertain to criminal proceedings, disclosure of which might

3   interfere with such proceedings. Mattel further objects to this Request on the

4   grounds that it calls for the disclosure of information subject to the attorney-client

5   privilege, the attorney work-product doctrine and other applicable privileges.

6          Subject to the foregoing objections, Mattel responds as follows: Mattel

7   will produce such responsive, non-privileged documents, to the extent permitted by

8   law, that are in Mattel's possession, custody, or control, if any, that Mattel has been

9   able to locate after a diligent search and reasonable inquiry, to the extent not

10  previously produced.

11

12  **REQUEST FOR PRODUCTION NO. 168:**

13          All DOCUMENTS REFERRING OR RELATING TO YOUR

14  COMMUNICATIONS with any third party regarding MY SCENE MY BLING

15  BLING product with real gems, including but not limited to advertisements,

16  announcements, memoranda, conversations, offers for sale, and purchase orders,

17  including but not limited to any such COMMUNICATIONS made before May 12,

18  2006.

19

20  **RESPONSE TO REQUEST FOR PRODUCTION NO. 168:**

21          In addition to the general objections stated above which are

22  incorporated herein by reference, Mattel objects to this Request on the grounds that

23  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

24  documents on this subject without limitation as to time, and regardless of whether

25  such documents relate to products or matters at issue in this case. Mattel further

26  objects to the Request on the grounds that it seeks documents that are not relevant to

27  this action or likely to lead to the discovery of admissible evidence. Mattel further

28  objects to this Request on the grounds that it seeks confidential, proprietary and

1 | trade secret information, including such information that has no bearing on the
2 | claims or defenses in this case.  Mattel further objects to this Request on the grounds
3 | that it calls for the disclosure of information subject to the attorney-client privilege,
4 | the attorney work-product doctrine and other applicable privileges.
5 |        Subject to the foregoing objections, Mattel responds as follows:  Mattel
6 | will produce such responsive, non-privileged documents relating to those matters
7 | placed at issue in this litigation that are in Mattel's possession, custody, or control, if
8 | any, that Mattel has been able to locate after a diligent search and reasonable
9 | inquiry, to the extent not previously produced.
10 |
11 | **REQUEST FOR PRODUCTION NO. 169:**
12 |        All DOCUMENTS REFERRING OR RELATING TO YOUR
13 | assertion in paragraph 80 of YOUR COUNTERCLAIMS regarding
14 | misrepresentations that LARIAN made to retailers concerning MY SCENE MY
15 | BLING BLING.
16 |
17 | **RESPONSE TO REQUEST FOR PRODUCTION NO. 169:**
18 |        In addition to the general objections stated above which are
19 | incorporated herein by reference, Mattel objects to this Request on the grounds that
20 | it is overbroad, unduly burdensome and unintelligible, including in that it seeks all
21 | documents on this subject without limitation as to time, and regardless of whether
22 | such documents relate to products or matters at issue in this case.  Mattel further
23 | objects to this Request on the grounds that it seeks confidential, proprietary and
24 | trade secret information, including such information that has no bearing on the
25 | claims or defenses in this case.  Mattel further objects to this Request on the grounds
26 | that it calls for the disclosure of information subject to the attorney-client privilege,
27 | the attorney work-product doctrine and other applicable privileges.
28 |

1    Subject to the foregoing objections, Mattel responds as follows:  Mattel

2    will produce such responsive, non-privileged documents that are in Mattel's

3    possession, custody, or control, if any, that Mattel has been able to locate after a

4    diligent search and reasonable inquiry, to the extent not previously produced.

5

6    **REQUEST FOR PRODUCTION NO. 170:**

7    All DOCUMENT REFERRING OR RELATING TO

8    COMMUNICATIONS LARIAN had with third parties concerning any and all

9    products made, sold or offered for sale by MATTEL.

10

11   **RESPONSE TO REQUEST FOR PRODUCTION NO. 170:**

12   In addition to the general objections stated above which are

13   incorporated herein by reference, Mattel objects to this Request on the grounds that

14   it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

15   documents on this subject without limitation as to time, and regardless of whether

16   such documents relate to products or matters at issue in this case.  Mattel further

17   objects to the Request on the grounds that it seeks documents that are not relevant to

18   this action or likely to lead to the discovery of admissible evidence.  Mattel further

19   objects to this Request on the grounds that it seeks confidential, proprietary and

20   trade secret information, including such information that has no bearing on the

21   claims or defenses in this case.  Mattel further objects to this Request on the grounds

22   that it calls for the disclosure of information subject to the attorney-client privilege,

23   the attorney work-product doctrine and other applicable privileges.

24

25   **REQUEST FOR PRODUCTION NO. 171:**

26   All DOCUMENTS, including but not limited to

27   COMMUNICATIONS, REFERRING OR RELATING TO any third party's

28   decision not to buy, license, manufacture, promote, distribute or sell MY SCENE

07209/2149034.1

-55-
SUPPLEMENTAL RESPONSES TO SECOND SET OF REQUESTS FOR PRODUCTION

Exhibit 22 - Page 599

1  MY BLING BLING, including but not limited to MY SCENE MY BLING BLING

2  with real gems.

3

4  **RESPONSE TO REQUEST FOR PRODUCTION NO. 171:**

5      In addition to the general objections stated above which are

6  incorporated herein by reference, Mattel objects to this Request on the grounds that

7  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

8  documents on this subject without limitation as to time, and regardless of whether

9  such documents relate to products or matters at issue in this case.  Mattel further

10  objects to the Request on the grounds that it seeks documents that are not relevant to

11  this action or likely to lead to the discovery of admissible evidence.  Mattel further

12  objects to this Request on the grounds that it seeks confidential, proprietary and

13  trade secret information, including such information that has no bearing on the

14  claims or defenses in this case.  Mattel further objects to this Request on the grounds

15  that it calls for the disclosure of information subject to the attorney-client privilege,

16  the attorney work-product doctrine and other applicable privileges.

17      Subject to the foregoing objections, Mattel responds as follows:  Mattel

18  will produce such responsive, non-privileged documents relating to those matters

19  placed at issue in this litigation that are in Mattel's possession, custody, or control, if

20  any, that Mattel has been able to locate after a diligent search and reasonable

21  inquiry, to the extent not previously produced.

22

23  **REQUEST FOR PRODUCTION NO. 172:**

24      All DOCUMENTS REFERRING OR RELATING TO harm to

25  MATTEL caused by MGA's alleged use of MATTEL's property and trade secrets,

26  including but not limited to MARKET RESEARCH, INVESTIGATIVE REPORTS,

27  and memoranda.

28

**RESPONSE TO REQUEST FOR PRODUCTION NO. 172:**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad, unduly burdensome and unintelligible, including in that it seeks all documents on this subject without limitation as to time, and regardless of whether such documents relate to products or matters at issue in this case. Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence. Mattel further objects to this Request on the grounds that it seeks confidential, proprietary and trade secret information, including such information that has no bearing on the claims or defenses in this case. Mattel further objects on the grounds that the Request seeks documents that are evidence in or pertain to criminal proceedings, disclosure of which might interfere with such proceedings. Mattel further objects to this Request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges.

Subject to the foregoing objections, Mattel responds as follows: Mattel will produce such responsive, non-privileged documents, to the extent permitted by law, that are in Mattel's possession, custody, or control, if any, that Mattel has been able to locate after a diligent search and reasonable inquiry, to the extent not previously produced.

**REQUEST FOR PRODUCTION NO. 173:**

All DOCUMENTS REFERRING OR RELATING TO damages suffered by MATTEL due to MGA's alleged infringement of MATTEL's copyrights, including but not limited to MARKET RESEARCH, INVESTIGATIVE REPORTS, and memoranda concerning actual damages.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 173:**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad, unduly burdensome and unintelligible, including in that it seeks all documents on this subject without limitation as to time, and regardless of whether such documents relate to products or matters at issue in this case. Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence. Mattel further objects to this Request on the grounds that it seeks confidential, proprietary and trade secret information, including such information that has no bearing on the claims or defenses in this case. Mattel further objects on the grounds that the Request seeks documents that are evidence in or pertain to criminal proceedings, disclosure of which might interfere with such proceedings. Mattel further objects to this Request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges.

Subject to the foregoing objections, Mattel responds as follows: Mattel will produce such responsive, non-privileged documents, to the extent permitted by law, that are in Mattel's possession, custody, or control, if any, that Mattel has been able to locate after a diligent search and reasonable inquiry, to the extent not previously produced.

**REQUEST FOR PRODUCTION NO. 174:**

All DOCUMENTS REFERRING OR RELATING TO YOUR assertion in paragraph 90 of YOUR COUNTERCLAIMS regarding MGA's alleged racketeering activity for the purpose of executing and attempting to execute a scheme to improperly defraud MATTEL and steal MATTEL's trade secret.

07209/2149034.1

-58-

**RESPONSE TO REQUEST FOR PRODUCTION NO. 174:**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad, unduly burdensome and unintelligible, including in that it seeks all documents on this subject without limitation as to time, and regardless of whether such documents relate to products or matters at issue in this case. Mattel also objects to this Request on the grounds that it seeks documents and information in the possession, custody or control of MGA, but that MGA has failed and refused to produce. Mattel further objects to this Request on the grounds that it is duplicative of other requests. Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence. Mattel further objects to this Request on the grounds that it seeks confidential, proprietary and trade secret information, including such information that has no bearing on the claims or defenses in this case. Mattel further objects on the grounds that the Request seeks documents that are evidence in or pertain to criminal proceedings, disclosure of which might interfere with such proceedings. Mattel further objects to this Request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges.

**REQUEST FOR PRODUCTION NO. 175:**

All DOCUMENTS REFERRING OR RELATING TO YOUR assertion in paragraph 90 of YOUR COUNTERCLAIMS regarding MGA's alleged willful conduct for the purpose of executing and attempting to execute a scheme to improperly defraud MATTEL and steal its trade secret.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 175:**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad, unduly burdensome and unintelligible, including in that it seeks all documents on this subject without limitation as to time, and regardless of whether such documents relate to products or matters at issue in this case. Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence. Mattel further objects to this Request on the grounds that it seeks confidential, proprietary and trade secret information, including such information that has no bearing on the claims or defenses in this case. Mattel further objects on the grounds that the Request seeks documents that are evidence in or pertain to criminal proceedings, disclosure of which might interfere with such proceedings. Mattel further objects to this Request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges.

**REQUEST FOR PRODUCTION NO. 176:**

All DOCUMENTS REFERRING OR RELATING TO how access to MATTEL'S confidential information is controlled, including but not limited to DOCUMENTS CONTAINING MATTEL's policy with respect to confidential information, sign-in and sign-out sheets for access to confidential information, logs of PERSONS who access confidential information, and procedures for accessing confidential information.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 176:**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that

1    it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

2    documents on this subject without limitation as to time, and regardless of whether

3    such documents relate to products or matters at issue in this case.  Mattel further

4    objects to the Request on the grounds that it seeks documents that are not relevant to

5    this action or likely to lead to the discovery of admissible evidence.  Mattel further

6    objects to this Request on the grounds that it seeks confidential, proprietary and

7    trade secret information, including such information that has no bearing on the

8    claims or defenses in this case.  Mattel further objects on the grounds that the

9    Request seeks documents that are evidence in or pertain to criminal proceedings,

10   disclosure of which might interfere with such proceedings.  Mattel further objects to

11   this Request on the grounds that it calls for the disclosure of information subject to

12   the attorney-client privilege, the attorney work-product doctrine and other applicable

13   privileges.

14

15   **REQUEST FOR PRODUCTION NO. 177:**

16          All DOCUMENTS REFERRING OR RELATING TO the steps and

17   procedures that MATTEL takes to keep MATTEL's confidential information

18   confidential.

19

20   **RESPONSE TO REQUEST FOR PRODUCTION NO. 177:**

21          In addition to the general objections stated above which are

22   incorporated herein by reference, Mattel objects to this Request on the grounds that

23   it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

24   documents on this subject without limitation as to time, and regardless of whether

25   such documents relate to products or matters at issue in this case.  Mattel further

26   objects to the Request on the grounds that it seeks documents that are not relevant to

27   this action or likely to lead to the discovery of admissible evidence.  Mattel further

28   objects to this Request on the grounds that it seeks confidential, proprietary and

1   trade secret information, including such information that has no bearing on the

2   claims or defenses in this case.  Mattel further objects on the grounds that the

3   Request seeks documents that are evidence in or pertain to criminal proceedings,

4   disclosure of which might interfere with such proceedings.  Mattel further objects to

5   this Request on the grounds that it calls for the disclosure of information subject to

6   the attorney-client privilege, the attorney work-product doctrine and other applicable

7   privileges.

8

9   **REQUEST FOR PRODUCTION NO. 178:**

10          All DOCUMENTS REFERRING OR RELATING TO any

11  investigation, surveillance, inspection, inquiry, survey or analysis into the activities,

12  including but not limited to electronic and computer related activities, alleged in

13  YOUR COUNTERCLAIMS.

14

15  **RESPONSE TO REQUEST FOR PRODUCTION NO. 178:**

16          In addition to the general objections stated above which are

17  incorporated herein by reference, Mattel objects to this Request on the grounds that

18  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

19  documents on this subject without limitation as to time, and regardless of whether

20  such documents relate to products or matters at issue in this case.  Mattel further

21  objects to the Request on the grounds that it seeks documents that are not relevant to

22  this action or likely to lead to the discovery of admissible evidence.  Mattel further

23  objects to this Request on the grounds that it seeks confidential, proprietary and

24  trade secret information, including such information that has no bearing on the

25  claims or defenses in this case.  Mattel further objects on the grounds that the

26  Request seeks documents that are evidence in or pertain to criminal proceedings,

27  disclosure of which might interfere with such proceedings.  Mattel further objects to

28  this Request on the grounds that it calls for the disclosure of information subject to

1   the attorney-client privilege, the attorney work-product doctrine and other applicable

2   privileges.

3

4   **REQUEST FOR PRODUCTION NO. 179:**

5          DOCUMENTS sufficient to identify which MATTEL employees have

6   access to confidential or proprietary MATTEL information.

7

8   **RESPONSE TO REQUEST FOR PRODUCTION NO. 179:**

9          In addition to the general objections stated above which are

10   incorporated herein by reference, Mattel objects to this Request on the grounds that

11   it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

12   documents on this subject without limitation as to time, and regardless of whether

13   such documents relate to products or matters at issue in this case.  Mattel further

14   objects to the Request on the grounds that it seeks documents that are not relevant to

15   this action or likely to lead to the discovery of admissible evidence.  Mattel further

16   objects to this Request on the grounds that it seeks confidential, proprietary and

17   trade secret information, including such information that has no bearing on the

18   claims or defenses in this case.  Mattel further objects on the grounds that the

19   Request seeks documents that are evidence in or pertain to criminal proceedings,

20   disclosure of which might interfere with such proceedings.  Mattel further objects to

21   this Request on the grounds that it calls for the disclosure of information subject to

22   the attorney-client privilege, the attorney work-product doctrine and other applicable

23   privileges.

24

25   **REQUEST FOR PRODUCTION NO. 180:**

26         All DOCUMENTS REFERRING OR RELATING TO changes to store

27   layouts or displays for Mattel products in relation to MGA products from January 1,

28   2001 to the present.

-63-

**RESPONSE TO REQUEST FOR PRODUCTION NO. 180:**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad, unduly burdensome and unintelligible, including in that it seeks all documents on this subject without limitation as to time, and regardless of whether such documents relate to products or matters at issue in this case. Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence. Mattel further objects to this Request on the grounds that it seeks confidential, proprietary and trade secret information, including such information that has no bearing on the claims or defenses in this case. Mattel further objects to this Request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges.

**REQUEST FOR PRODUCTION NO. 181:**

All DOCUMENTS tending to support or refute any of the allegations or statements in YOUR COUNTERCLAIMS, not produced in response to another Request.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 181:**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad, unduly burdensome and unintelligible, including in that it seeks all documents on this subject without limitation as to time, and regardless of whether such documents relate to products or matters at issue in this case. Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence. Mattel further objects to this Request on the grounds that it seeks confidential, proprietary and

1 | trade secret information, including such information that has no bearing on the
2 | claims or defenses in this case.  Mattel further objects on the grounds that the
3 | Request seeks documents that are evidence in or pertain to criminal proceedings,
4 | disclosure of which might interfere with such proceedings.  Mattel further objects to
5 | this Request on the grounds that it calls for the disclosure of information subject to
6 | the attorney-client privilege, the attorney work-product doctrine and other applicable
7 | privileges.

8 |      Subject to the foregoing objections, Mattel responds as follows:  Mattel
9 | will produce such responsive, non-privileged documents, to the extent permitted by
10 | law, that are in Mattel's possession, custody, or control, if any, that Mattel has been
11 | able to locate after a diligent search and reasonable inquiry, to the extent not
12 | previously produced.

13 |

14 | DATED:  June 22, 2007       QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
15 |
16 |
17 |        By:                              
Timothy L. Alger
Attorneys for Plaintiff and Counter-Defendant Mattel, Inc.

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017.

On June 22, 2007, I served true copies of the following documents described as:

**MATTEL, INC.'S SUPPLEMENTAL OBJECTIONS AND RESPONSES TO MGA ENTERTAINMENT, INC.'S SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS IN CASE NO. 05-2727**

on the parties in this action as follows:

| | |
|---|---|
| Diana M. Torres, Esq.<br>O'Melveny & Myers<br>400 So. Hope Street<br>Los Angeles, CA  90071 | **Attorneys for *MGA Entertainment***<br><br>Telephone: 213.430.6000<br>Facsimile: 213.430.6407 |
| John W. Keker, Esq.<br>Michael H. Page, Esq.<br>Christa M. Anderson, Esq.<br>Keker & Van Nest, LLP<br>710 Sansome Street<br>San Francisco, CA 94111 | **Attorneys for *Carter Bryant***<br><br><br>Telephone:  415.391.5400<br>Facsimile:  415.397.7188 |

[√]    **[MAIL]** As follows:  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business, addressed as set forth below.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made

Executed on June 22, 2007, at Los Angeles, California.

_____
Albert V. Villamil