# Exhibit 24

DIANA M. TORRES (S.B. #162284)
JAMES P. JENAL (S.B. #180190)
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
Email: dtorres@omm.com

DALE M. CENDALI (admitted pro hac vice)
JOHANNA SCHMITT (admitted pro hac vice)
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, New York 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
Email: dcendali@omm.com

PATRICIA GLASER (S.B. # 55668)
CHRISTENSEN, GLASER, FINK,
JACOBS, WEIL & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, CA 90067
Telephone: (310) 553-3000
Facsimile: (310) 556-2920
Email: pglaser@chrisglase.com

Attorneys for Plaintiff
MGA Entertainment, Inc.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation,<br><br>Defendant<br><br>CONSOLIDATED WITH<br><br>MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | Case No. CV 04-09049 SGL (RNBx)<br>(Consolidated with CV 04-9059 and CV 05-2727)<br><br>**MGA'S THIRD SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS IN CASE NO. 05-2727** |

| | | |
|---|---|---|
| 1 | PROPOUNDING PARTY: | MGA ENTERTAINMENT, INC. |
| 2 | RESPONDING PARTY: | MATTEL, INC. |
| 3 | SET NO. | THREE |
| 4 | NOS. | 182-383 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, plaintiff MGA Entertainment, Inc. ("MGA") requests that defendant Mattel, Inc. ("Mattel") produce all documents and tangible things described, in accordance with the Definitions and Instructions set forth below, on Thursday, April 26, 2007, at the offices of O'Melveny & Myers LLP, 400 South Hope Street, Los Angeles, California 90071.

**DEFINITIONS**

As used in these Requests:

1.      "MGA" means MGA Entertainment, Inc. and any of its past or present officers, directors, agents, employees, representatives, consultants, attorneys, parents, subsidiaries, divisions, affiliates, predecessors-in-interest and successors-in-interest, entities and persons acting in joint venture or partnership relationships with MGA and any others acting on MGA's behalf, pursuant to its authority or subject to its control.

2.      "MATTEL," "YOU" or "YOUR" means MATTEL, Inc. and any of its past or present officers, directors, agents, employees, representatives, consultants, attorneys, parents, subsidiaries, divisions, affiliates, predecessors-in-interest and successors-in-interest, entities and persons acting in joint venture or partnership relationships with YOU and any others acting on YOUR behalf, pursuant to YOUR authority or subject to YOUR control.

- 1 -

MGA'S THIRD SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS IN CASE NO. 05-2727

Exhibit 24 - Page 631

3. **"COMMUNICATION[S]"** means any transmission of information from one person or entity to another, including, without limitation, by personal meeting, conversation, letter, telephone, facsimile or electronic mail. Each request that encompasses information relating in any way to communications to, from or within a business or corporate entity is hereby designated to mean, and should be construed to include, all communications by and between representatives, employees, agents or servants of the business or corporate entity.

4. **"DOCUMENT[S]"** incorporates the full meaning of Federal Rule of Civil Procedure 34, and shall be construed in the broadest sense to mean any and all writings, tangible things and property, of any kind, that are now or that have been in YOUR actual or constructive possession, custody or control, including, but not limited to, any handwritten, typewritten, printed, drawn, charted, taped, filmed, punched, copied, recorded, transcribed, graphic or photographic matter of any kind or nature, in, through, or from which information may be embodied, translated, conveyed or stored, whether an original, a draft or copy, however produced or reproduced, whether sent or received or neither, including, but not limited to, notes, memoranda, correspondence, letters, facsimiles and facsimile transmittals, reports, inter- and intra-office COMMUNICATIONS, work papers, work sheets, work records, ledgers, graphs, indexes, advertisements, brochures, price lists, cost sheets, estimating sheets, bills, bills of lading, bids, time cards, receipts, purchase orders, telephone records, telegrams, telexes, literature, invoices, contracts, purchase orders, estimates, recordings, transcriptions of recordings, records, books, pamphlets, periodicals, publications, papers, tapes, DVDs, video CDs, video, audio and digital recordings, television commercials, story boards, website or other spot advertisements, movies, movie trailers, prototypes, products, diaries, calendars, charts, drawings, sketches, messages, photographs and data contained in or accessible through any electronic data processing system, including, but not limited to, computer databases, data sheets, data processing cards, computer files and tapes,

MGA'S THIRD SET OF REQUESTS FOR THE
PRODUCTION OF DOCUMENTS AND THINGS
IN CASE NO. 05-2727

Exhibit 24 - Page 632

1  computer disks, CD-ROMs, computer meta-data, microfilm, microfiche, electronic

2  mail, website and web pages and transcriptions thereof and all other

3  memorializations of any conversations, meetings and conferences, by telephone or

4  otherwise.  The term DOCUMENT also means every copy of a DOCUMENT,

5  where such copy is not an identical duplicate of the original, whether because of

6  deletions, underlinings, showing of blind copies, initialing, signatures, receipt

7  stamps, comments, notations, differences in stationery or any other difference or

8  modification of any kind.

9       5.    "MATTEL'S INITIAL DISCLOSURES" means *Mattel, Inc.'s*

10  *Consolidated (1) Initial Disclosures Relating to MGA's Unfair Competition Claims,*

11  *and (2) Second Supplemental Initial Disclosures Relating to Mattel's Claims*

12  *Against Bryant and MGA*, dated January 5, 2007.

13       6.    "REFERRING OR RELATING TO" should be construed in the

14  broadest possible sense to mean concerning, consisting of, referring to, relating to,

15  describing, discussing, constituting, evidencing, containing, reflecting, mentioning,

16  pertaining to, citing, summarizing, analyzing or bearing any logical or factual

17  connection with the matter requested or described.

18       7.    The singular form includes the plural and vice versa.

19       8.    The terms "any" and "all" are interchangeable.

20       9.    The terms "and" and "or" shall be construed disjunctively and

21  conjunctively, and each shall include the other whenever such dual construction

22  will serve to bring within the scope of any request, information that would

23  otherwise not be within its scope.

24                   **INSTRUCTIONS**

25       1.    YOU are instructed to produce all non-privileged DOCUMENTS in

26  YOUR possession, custody or control.  A document is in YOUR "possession,

27  custody, or control" if it is in YOUR physical possession, or if, as a practical

28  matter, YOU have the right, upon request, to obtain possession of the DOCUMENT

- 3 -

MGA'S THIRD SET OF REQUESTS FOR THE
PRODUCTION OF DOCUMENTS AND THINGS
IN CASE NO. 05-2727

Exhibit 24 - Page 633

1   or a copy thereof from another person or entity who has physical possession of the

2   DOCUMENT.

3        2.    If any DOCUMENT or category of DOCUMENTS is not produced in

4   full, please state with particularity the reason or reasons it is not being produced in

5   full, and describe, to the best of YOUR knowledge, information and belief, and

6   with as much particularity as possible, the DOCUMENT or portions of the

7   DOCUMENT that are not being produced.

8        3.    Each DOCUMENT is to be produced as it is kept in the usual course

9   of business, including all file folders, binders, notebooks, and other devices by

10   which such DOCUMENTS may be organized or separated.

11        4.    If YOU withhold any DOCUMENT, or portion of a DOCUMENT, on

12   grounds that it is protected from discovery by the attorney-client privilege, work

13   product doctrine, or other privilege, please set forth for each DOCUMENT or

14   portion of a DOCUMENT withheld:

15              (a)    The place, approximate date, and manner of recording, creating

16                   or otherwise preparing the DOCUMENT;

17              (b)    The names and organization position, if any, of each author,

18                   sender, and recipient of the DOCUMENT;

19              (c)    A general description of the subject matter of the DOCUMENT;

20              (d)    The basis of any claim of privilege; and

21              (e)    If work-product is asserted, the proceeding for which the

22                   DOCUMENT was created.

23        5.    For any DOCUMENT or category of DOCUMENTS that was, but no

24   longer is, in YOUR possession, custody or control, please describe each such

25   DOCUMENT as completely as possible and provide the following information:

26              (a)    The reason the DOCUMENT is no longer in YOUR possession,

27                   custody or control;

28

- 4 -

1         (b)     The person or entity, if any, who has possession, custody or

2                 control or, if unknown, so state;

3         (c)     If the DOCUMENT was destroyed or otherwise disposed of,

4                 state (i) the manner of disposal (*i.e.* destruction, loss, discarding

5                 or other means of disposal); (ii) the date of disposal; (iii) the

6                 reason for disposal; (iv) the person authorizing disposal; (v) the

7                 person disposing of the DOCUMENT; and (vi) the name and

8                 address of the most recent custodian of the DOCUMENT.

9       6.     These Requests impose a continuing obligation subsequent to YOUR

10 initial production to the full extent provided for in Rule 26(e) of the Federal Rules

11 of Civil Procedure.

12                     **REQUESTS FOR PRODUCTION**

13 **REQUEST NO. 182:**

14      All DOCUMENTS REFERRING OR RELATING TO Ricardo Abundis's

15 alleged knowledge of "MGA's access to Mattel's intellectual property and trade

16 secrets" and "MGA business practices," as alleged in MATTEL'S INITIAL

17 DISCLOSURES.

18 **REQUEST NO. 183:**

19      All DOCUMENTS REFERRING OR RELATING TO Lourdes Aguilar's

20 alleged knowledge of "MGA's access to Mattel's intellectual property and trade

21 secrets" and "MGA business practices," as alleged in MATTEL'S INITIAL

22 DISCLOSURES.

23 **REQUEST NO. 184:**

24      All DOCUMENTS REFERRING OR RELATING TO Mariana Trueba

25 Almada's alleged knowledge of "MGA's theft of Mattel's intellectual property and

26 trade secrets" and "MGA business practices," as alleged in MATTEL'S INITIAL

27 DISCLOSURES.

28

MGA'S THIRD SET OF REQUESTS FOR THE
PRODUCTION OF DOCUMENTS AND THINGS
IN CASE NO. 05-2727

Exhibit 24 - Page 635

1  **REQUEST NO. 185:**

2      All DOCUMENTS REFERRING OR RELATING TO Jules Andres's

3  alleged knowledge of "MGA's theft of Mattel's intellectual property and trade

4  secrets," as alleged in MATTEL'S INITIAL DISCLOSURES.

5  **REQUEST NO. 186:**

6      All DOCUMENTS in Jules Andres's possession or control REFERRING OR

7  RELATING TO his alleged knowledge of "MGA's theft of Mattel's intellectual

8  property and trade secrets," as alleged in MATTEL'S INITIAL DISCLOSURES.

9  **REQUEST NO. 187:**

10      All DOCUMENTS REFERRING OR RELATING TO Russell Arons's

11  alleged knowledge of "[t]he development and ownership of intellectual property at

12  issue," as alleged in MATTEL'S INITIAL DISCLOSURES.

13  **REQUEST NO. 188:**

14      All DOCUMENTS in Russell Arons's possession or control REFERRING

15  OR RELATING TO his alleged knowledge of "[t]he development and ownership of

16  intellectual property at issue," as alleged in MATTEL'S INITIAL DISCLOSURES.

17  **REQUEST NO. 189:**

18      All DOCUMENTS REFERRING OR RELATING TO Terry Bartlett's

19  alleged knowledge of "Toy of the Year and the dealings of Mattel and MGA with

20  TIA," as alleged in MATTEL'S INITIAL DISCLOSURES.

21  **REQUEST NO. 190:**

22      All DOCUMENTS REFERRING OR RELATING TO Eve Karen Laskaris

23  Bennett's alleged knowledge of "MGA's access to Mattel's intellectual property

24  and trade secrets" and "MGA business practices," as alleged in MATTEL'S

25  INITIAL DISCLOSURES.

26  **REQUEST NO. 191:**

27      All DOCUMENTS REFERRING OR RELATING TO Nancy Bennett's

28  alleged knowledge of "[t]he development and ownership of intellectual property at

- 6 -

issue," as alleged in MATTEL'S INITIAL DISCLOSURES.

**REQUEST NO. 192:**

All DOCUMENTS in Nancy Bennett's possession or control REFERRING OR RELATING TO her alleged knowledge of "[t]he development and ownership of intellectual property at issue," as alleged in MATTEL'S INITIAL DISCLOSURES.

**REQUEST NO. 193:**

All DOCUMENTS REFERRING OR RELATING TO Molly Benz's alleged knowledge of "[t]he development and ownership of intellectual property at issue," as alleged in MATTEL'S INITIAL DISCLOSURES.

**REQUEST NO. 194:**

All DOCUMENTS in Molly Benz's possession or control REFERRING OR RELATING TO her alleged knowledge of "[t]he development and ownership of intellectual property at issue," as alleged in MATTEL'S INITIAL DISCLOSURES.

**REQUEST NO. 195:**

All DOCUMENTS REFERRING OR RELATING TO Jason Bergerson's alleged knowledge of "MGA's theft of Mattel's intellectual property and trade secrets," as alleged in MATTEL'S INITIAL DISCLOSURES.

**REQUEST NO. 196:**

All DOCUMENTS REFERRING OR RELATING TO John Bloodworth's alleged knowledge of "MGA's access to Mattel's intellectual property and trade secrets" and "MGA business practices," as alleged in MATTEL'S INITIAL DISCLOSURES.

**REQUEST NO. 197:**

All DOCUMENTS REFERRING OR RELATING TO Kevin Bloomfield's alleged knowledge of "MGA's access to Mattel's intellectual property and trade secrets" and "MGA business practices," as alleged in MATTEL'S INITIAL DISCLOSURES.

MGA'S THIRD SET OF REQUESTS FOR THE
PRODUCTION OF DOCUMENTS AND THINGS
IN CASE NO. 05-2727

Exhibit 24 - Page 637

**REQUEST NO. 198:**

All DOCUMENTS REFERRING OR RELATING TO Matt Bousquette's alleged knowledge of "Mattel's business operations and the development and ownership of intellectual property at issue," as alleged in MATTEL'S INITIAL DISCLOSURES.

**REQUEST NO. 199:**

All DOCUMENTS in Matt Bousquette's possession or control REFERRING OR RELATING TO his alleged knowledge of "Mattel's business operations and the development and ownership of intellectual property at issue," as alleged in MATTEL'S INITIAL DISCLOSURES.

**REQUEST NO. 200:**

All DOCUMENTS REFERRING OR RELATING TO Ron Brawer's alleged knowledge of "MGA's theft of Mattel's intellectual property and trade secrets" and "MGA business practices," as alleged in MATTEL'S INITIAL DISCLOSURES.

**REQUEST NO. 201:**

All DOCUMENTS REFERRING OR RELATING TO Janine Brisbois's alleged knowledge of "MGA's theft of Mattel's intellectual property and trade secrets" and "MGA business practices," as alleged in MATTEL'S INITIAL DISCLOSURES.

**REQUEST NO. 202:**

All DOCUMENTS REFERRING OR RELATING TO Carter Bryant's alleged knowledge of "[d]esign and development of Bratz and Bryant's work with or for MGA during his Mattel employment," "Bryant's breach of obligations to Mattel," "MGA's theft of Mattel's intellectual property and trade secrets" and "MGA business practices," as alleged in MATTEL'S INITIAL DISCLOSURES.

**REQUEST NO. 203:**

All DOCUMENTS REFERRING OR RELATING TO Sarah Buzby's alleged knowledge of "[t]he development and ownership of intellectual property at

MGA'S THIRD SET OF REQUESTS FOR THE
PRODUCTION OF DOCUMENTS AND THINGS
IN CASE NO. 05-2727

Exhibit 24 - Page 638

1    issue," as alleged in MATTEL'S INITIAL DISCLOSURES.

2    **REQUEST NO. 204:**

3       All DOCUMENTS in Sarah Buzby's possession or control REFERRING OR

4    RELATING TO her alleged knowledge of "[t]he development and ownership of

5    intellectual property at issue," as alleged in MATTEL'S INITIAL DISCLOSURES.

6    **REQUEST NO. 205:**

7       All DOCUMENTS REFERRING OR RELATING TO Juan Carlos Virrueta

8    Carnacho's alleged knowledge of "MGA's access to Mattel's intellectual property

9    and trade secrets" and "MGA business practices," as alleged in MATTEL'S

10    INITIAL DISCLOSURES.

11    **REQUEST NO. 206:**

12       All DOCUMENTS REFERRING OR RELATING TO Kathy Casey's

13    alleged knowledge of "Mattel's business operations and the development and

14    ownership of intellectual property at issue," as alleged in MATTEL'S INITIAL

15    DISCLOSURES.

16    **REQUEST NO. 207:**

17       All DOCUMENTS in Kathy Casey's possession or control REFERRING OR

18    RELATING TO her alleged knowledge of "Mattel's business operations and the

19    development and ownership of intellectual property at issue," as alleged in

20    MATTEL'S INITIAL DISCLOSURES.

21    **REQUEST NO. 208:**

22       All DOCUMENTS REFERRING OR RELATING TO Jorge Castilla's

23    alleged knowledge of "MGA's access to Mattel's intellectual property and trade

24    secrets" and "MGA business practices," as alleged in MATTEL'S INITIAL

25    DISCLOSURES.

26    **REQUEST NO. 209:**

27       All DOCUMENTS REFERRING OR RELATING TO Jimmy Cheng's

28    alleged knowledge of "[d]esign and development of Bratz and Bryant's work with

MGA'S THIRD SET OF REQUESTS FOR THE
PRODUCTION OF DOCUMENTS AND THINGS
IN CASE NO. 05-2727

Exhibit 24 - Page 639

1    or for MGA during his Mattel employment" and "MGA business practices," as

2    alleged in MATTEL'S INITIAL DISCLOSURES.

3    **REQUEST NO. 210:**

4        All DOCUMENTS REFERRING OR RELATING TO Steve Quoc Cheng's

5    alleged knowledge of "MGA's access to Mattel's intellectual property and trade

6    secrets" and "MGA business practices," as alleged in MATTEL'S INITIAL

7    DISCLOSURES.

8    **REQUEST NO. 211:**

9        All DOCUMENTS REFERRING OR RELATING TO Maureen Mullen

10    Chianese's alleged knowledge of "[t]he development and ownership of intellectual

11    property at issue," as alleged in MATTEL'S INITIAL DISCLOSURES.

12    **REQUEST NO. 212:**

13        All DOCUMENTS REFERRING OR RELATING TO Ok Soo Choi's

14    alleged knowledge of "[t]he development and ownership of intellectual property at

15    issue," as alleged in MATTEL'S INITIAL DISCLOSURES.

16    **REQUEST NO. 213:**

17        All DOCUMENTS in Ok Soo Choi's possession or control REFERRING OR

18    RELATING TO his or her alleged knowledge of "[t]he development and ownership

19    of intellectual property at issue," as alleged in MATTEL'S INITIAL

20    DISCLOSURES.

21    **REQUEST NO. 214:**

22        All DOCUMENTS REFERRING OR RELATING TO Fabienne Chonavel's

23    alleged knowledge of "[t]he development of Bratz and MGA's access to Mattel's

24    intellectual property and trade secrets" and "MGA business practices," as alleged in

25    MATTEL'S INITIAL DISCLOSURES.

26    **REQUEST NO. 215:**

27        All DOCUMENTS REFERRING OR RELATING TO Larry Clayton's

28    alleged knowledge of "[t]he development and ownership of intellectual property at

- 10 -

MGA'S THIRD SET OF REQUESTS FOR THE
PRODUCTION OF DOCUMENTS AND THINGS
IN CASE NO. 05-2727

Exhibit 24 - Page 640

1    issue," as alleged in MATTEL'S INITIAL DISCLOSURES.

2    **REQUEST NO. 216:**

3    　　　All DOCUMENTS in Larry Clayton's possession or control REFERRING

4    OR RELATING TO his alleged knowledge of "[t]he development and ownership of

5    intellectual property at issue," as alleged in MATTEL'S INITIAL DISCLOSURES.

6    **REQUEST NO. 217:**

7    　　　All DOCUMENTS REFERRING OR RELATING TO Elise Cloonan's

8    alleged knowledge of "[d]esign and development of Bratz and Bryant's work for

9    MGA during his employment by Mattel," "Bryant's breach of obligations to

10   Mattel," "the development and ownership of intellectual property at issue," and

11   "MGA business practices," as alleged in MATTEL'S INITIAL DISCLOSURES.

12   **REQUEST NO. 218:**

13   　　　All DOCUMENTS REFERRING OR RELATING TO Gary Cogland's

14   alleged knowledge of "[d]esign and development of Bratz and Bryant's work with

15   or for MGA during his Mattel employment" and "MGA business practices," as

16   alleged in MATTEL'S INITIAL DISCLOSURES.

17   **REQUEST NO. 219:**

18   　　　All DOCUMENTS REFERRING OR RELATING TO Nick Armando

19   Contreras's alleged knowledge of "MGA's access to Mattel's intellectual property

20   and trade secrets" and "MGA business practices," as alleged in MATTEL'S

21   INITIAL DISCLOSURES.

22   **REQUEST NO. 220:**

23   　　　All DOCUMENTS REFERRING OR RELATING TO Daniel Cooney's

24   alleged knowledge of "MGA's access to Mattel's intellectual property and trade

25   secrets" and "MGA business practices," as alleged in MATTEL'S INITIAL

26   DISCLOSURES.

27   **REQUEST NO. 221:**

28   　　　All DOCUMENTS REFERRING OR RELATING TO Stephanie Cota's

- 11 -

MGA'S THIRD SET OF REQUESTS FOR THE
PRODUCTION OF DOCUMENTS AND THINGS
IN CASE NO. 05-2727

Exhibit 24 - Page 641

1  alleged knowledge of "[t]he development and ownership of intellectual property at

2  issue," as alleged in MATTEL'S INITIAL DISCLOSURES.

3  **REQUEST NO. 222:**

4      All DOCUMENTS in Stephanie Cota's possession or control REFERRING

5  OR RELATING TO her alleged knowledge of "[t]he development and ownership

6  of intellectual property at issue," as alleged in MATTEL'S INITIAL

7  DISCLOSURES.

8  **REQUEST NO. 223:**

9      All DOCUMENTS REFERRING OR RELATING TO David Dees's alleged

10  knowledge of "[t]he development of Bratz," as alleged in MATTEL'S INITIAL

11  DISCLOSURES.

12  **REQUEST NO. 224:**

13      All DOCUMENTS REFERRING OR RELATING TO Alan Dennis's

14  alleged knowledge of "[t]he development and ownership of intellectual property at

15  issue," as alleged in MATTEL'S INITIAL DISCLOSURES.

16  **REQUEST NO. 225:**

17      All DOCUMENTS in Alan Dennis's possession or control REFERRING OR

18  RELATING TO his alleged knowledge of "[t]he development and ownership of

19  intellectual property at issue," as alleged in MATTEL'S INITIAL DISCLOSURES.

20  **REQUEST NO. 226:**

21      All DOCUMENTS REFERRING OR RELATING TO Luis H. Domingo's

22  alleged knowledge of "MGA's access to Mattel's intellectual property and trade

23  secrets" and "MGA business practices," as alleged in MATTEL'S INITIAL

24  DISCLOSURES.

25  **REQUEST NO. 227:**

26      All DOCUMENTS REFERRING OR RELATING TO Ann Driskill's

27  alleged knowledge of "Carter Bryant's breach of obligations to Mattel," as alleged

28  in MATTEL'S INITIAL DISCLOSURES.

- 12 -

MGA'S THIRD SET OF REQUESTS FOR THE
PRODUCTION OF DOCUMENTS AND THINGS
IN CASE NO. 05-2727

Exhibit 24 - Page 642

**REQUEST NO. 228:**

All DOCUMENTS in Ann Driskill's possession or control REFERRING OR RELATING TO her alleged knowledge of "Carter Bryant's breach of obligations to Mattel," as alleged in MATTEL'S INITIAL DISCLOSURES.

**REQUEST NO. 229:**

All DOCUMENTS REFERRING OR RELATING TO Ian Dyer's alleged knowledge of "[t]he development and ownership of intellectual property at issue," as alleged in MATTEL'S INITIAL DISCLOSURES.

**REQUEST NO. 230:**

All DOCUMENTS in Ian Dyer's possession or control REFERRING OR RELATING TO his alleged knowledge of "[t]he development and ownership of intellectual property at issue," as alleged in MATTEL'S INITIAL DISCLOSURES.

**REQUEST NO. 231:**

All DOCUMENTS REFERRING OR RELATING TO Robert Eckert's alleged knowledge of "Mattel's business operations and the development and ownership of intellectual property at issue," as alleged in MATTEL'S INITIAL DISCLOSURES.

**REQUEST NO. 232:**

All DOCUMENTS in Robert Eckert's possession or control REFERRING OR RELATING TO his alleged knowledge of "Mattel's business operations and the development and ownership of intellectual property at issue," as alleged in MATTEL'S INITIAL DISCLOSURES.

**REQUEST NO. 233:**

All DOCUMENTS REFERRING OR RELATING TO Jaime Elias's alleged knowledge of "MGA's theft of Mattel's intellectual property and trade secrets," as alleged in MATTEL'S INITIAL DISCLOSURES.

**REQUEST NO. 234:**

All DOCUMENTS in Jaime Elias's possession or control REFERRING OR

- 13 -

1   RELATING TO his alleged knowledge of "MGA's theft of Mattel's intellectual

2   property and trade secrets," as alleged in MATTEL'S INITIAL DISCLOSURES.

3   **REQUEST NO. 235:**

4   　　All DOCUMENTS REFERRING OR RELATING TO Wendy Feinberg's

5   alleged knowledge of "[d]esign and development of Bratz and Bryant's work with

6   or for MGA during his Mattel employment," as alleged in MATTEL'S INITIAL

7   DISCLOSURES.

8   **REQUEST NO. 236:**

9   　　All DOCUMENTS REFERRING OR RELATING TO Joseph B. Feldman's

10  alleged knowledge of "MGA's access to Mattel's intellectual property and trade

11  secrets" and "MGA business practices," as alleged in MATTEL'S INITIAL

12  DISCLOSURES.

13  **REQUEST NO. 237:**

14  　　All DOCUMENTS REFERRING OR RELATING TO Yeira Fierro's alleged

15  knowledge of "MGA's theft of Mattel's intellectual property and trade secrets," as

16  alleged in MATTEL'S INITIAL DISCLOSURES.

17  **REQUEST NO. 238:**

18  　　All DOCUMENTS in Yeira Fierro's possession or control REFERRING OR

19  RELATING TO his alleged knowledge of "MGA's theft of Mattel's intellectual

20  property and trade secrets," as alleged in MATTEL'S INITIAL DISCLOSURES.

21  **REQUEST NO. 239:**

22  　　All DOCUMENTS REFERRING OR RELATING TO Neil Friedman's

23  alleged knowledge of "Mattel's business operations and the development and

24  ownership of intellectual property at issue" and "TIA and Toy of the Year," as

25  alleged in MATTEL'S INITIAL DISCLOSURES.

26  **REQUEST NO. 240:**

27  　　All DOCUMENTS in Neil Friedman's possession or control REFERRING

28  OR RELATING TO his alleged knowledge of "Mattel's business operations and

- 14 -

1   the development and ownership of intellectual property at issue" and "TIA and Toy

2   of the Year," as alleged in MATTEL'S INITIAL DISCLOSURES.

3   **REQUEST NO. 241:**

4       All DOCUMENTS REFERRING OR RELATING TO Mia Maria Garcia's

5   alleged knowledge of "MGA's access to Mattel's intellectual property and trade

6   secrets" and "MGA business practices," as alleged in MATTEL'S INITIAL

7   DISCLOSURES.

8   **REQUEST NO. 242:**

9       All DOCUMENTS REFERRING OR RELATING TO Kami Gillmour-

10   Bryant's alleged knowledge of "MGA's access to Mattel's intellectual property and

11   trade secrets" and "MGA business practices," as alleged in MATTEL'S INITIAL

12   DISCLOSURES.

13   **REQUEST NO. 243:**

14       All DOCUMENTS REFERRING OR RELATING TO Dana Goldstein's

15   alleged knowledge of "MGA's access to Mattel's intellectual property and trade

16   secrets" and "MGA business practices," as alleged in MATTEL'S INITIAL

17   DISCLOSURES.

18   **REQUEST NO. 244:**

19       All DOCUMENTS REFERRING OR RELATING TO Carlos Gustavo

20   Machado Gomez's alleged knowledge of "MGA's theft of Mattel's intellectual

21   property and trade secrets" and "MGA business practices," as alleged in

22   MATTEL'S INITIAL DISCLOSURES.

23   **REQUEST NO. 245:**

24       All DOCUMENTS REFERRING OR RELATING TO Jean Gomez's alleged

25   knowledge of "[t]he development and ownership of intellectual property at issue,"

26   as alleged in MATTEL'S INITIAL DISCLOSURES.

27   **REQUEST NO. 246:**

28       All DOCUMENTS in Jean Gomez's possession or control REFERRING OR

MGA'S THIRD SET OF REQUESTS FOR THE
PRODUCTION OF DOCUMENTS AND THINGS
IN CASE NO. 05-2727

Exhibit 24 - Page 645

RELATING TO her alleged knowledge of "[t]he development and ownership of intellectual property at issue," as alleged in MATTEL'S INITIAL DISCLOSURES.

**REQUEST NO. 247:**

All DOCUMENTS REFERRING OR RELATING TO Joanne Green's alleged knowledge of "[t]he development and ownership of intellectual property at issue," as alleged in MATTEL'S INITIAL DISCLOSURES.

**REQUEST NO. 248:**

All DOCUMENTS in Joanne Green's possession or control REFERRING OR RELATING TO her alleged knowledge of "[t]he development and ownership of intellectual property at issue," as alleged in MATTEL'S INITIAL DISCLOSURES.

**REQUEST NO. 249:**

All DOCUMENTS REFERRING OR RELATING TO Sarah Halpern's alleged knowledge of "MGA's access to Mattel's intellectual property and trade secrets," "design and development of Bratz and Bryant's work with or for MGA during his Mattel employment," and "Bryant's breach of obligations to Mattel," as alleged in MATTEL'S INITIAL DISCLOSURES.

**REQUEST NO. 250:**

All DOCUMENTS REFERRING OR RELATING TO Janet R. Han's alleged knowledge of "MGA's access to Mattel's intellectual property and trade secrets" and "MGA business practices," as alleged in MATTEL'S INITIAL DISCLOSURES.

**REQUEST NO. 251:**

All DOCUMENTS REFERRING OR RELATING TO Melody Hanson's alleged knowledge of "MGA's access to Mattel's intellectual property and trade secrets" and "MGA business practices," as alleged in MATTEL'S INITIAL DISCLOSURES.

MGA'S THIRD SET OF REQUESTS FOR THE
PRODUCTION OF DOCUMENTS AND THINGS
IN CASE NO. 05-2727

Exhibit 24 - Page 646

**REQUEST NO. 252:**

All DOCUMENTS REFERRING OR RELATING TO Rachel Harris's alleged knowledge of "[d]esign and development of Bratz and Bryant's work with or for MGA during his Mattel employment," "Bryant's breach of obligations to Mattel," and "MGA business practices," as alleged in MATTEL'S INITIAL DISCLOSURES.

**REQUEST NO. 253:**

All DOCUMENTS REFERRING OR RELATING TO Ricardo Honda Hatadi's alleged knowledge of "MGA's theft of Mattel's intellectual property and trade secrets," as alleged in MATTEL'S INITIAL DISCLOSURES.

**REQUEST NO. 254:**

All DOCUMENTS in Ricardo Honda Hatadi's possession or control REFERRING OR RELATING TO his alleged knowledge of "MGA's theft of Mattel's intellectual property and trade secrets," as alleged in MATTEL'S INITIAL DISCLOSURES.

**REQUEST NO. 255:**

All DOCUMENTS in Mattel de México, S.A. de C.V.'s possession or control REFERRING OR RELATING TO Ricardo Honda Hatadi's alleged knowledge of "MGA's theft of Mattel's intellectual property and trade secrets," as alleged in MATTEL'S INITIAL DISCLOSURES.

**REQUEST NO. 256:**

All DOCUMENTS REFERRING OR RELATING TO Jill Hatch's alleged knowledge of "MGA's access to Mattel's intellectual property and trade secrets" and "MGA business practices," as alleged in MATTEL'S INITIAL DISCLOSURES.

**REQUEST NO. 257:**

All DOCUMENTS REFERRING OR RELATING TO Margaret Hatch-Leahy's alleged knowledge of "[d]esign and development of Bratz and Bryant's

MGA'S THIRD SET OF REQUESTS FOR THE
PRODUCTION OF DOCUMENTS AND THINGS
IN CASE NO. 05-2727

Exhibit 24 - Page 647

1    work with or for MGA during his Mattel employment," "Bryant's breach of

2    obligations to Mattel," and "MGA business practices," as alleged in MATTEL'S

3    INITIAL DISCLOSURES.

4    **REQUEST NO. 258:**

5        All DOCUMENTS REFERRING OR RELATING TO Kiyomi Haverly's

6    alleged knowledge of "[t]he development and ownership of intellectual property at

7    issue," as alleged in MATTEL'S INITIAL DISCLOSURES.

8    **REQUEST NO. 259:**

9        All DOCUMENTS in Kiyomi Haverly's possession or control REFERRING

10   OR RELATING TO her alleged knowledge of "[t]he development and ownership

11   of intellectual property at issue," as alleged in MATTEL'S INITIAL

12   DISCLOSURES.

13   **REQUEST NO. 260:**

14       All DOCUMENTS REFERRING OR RELATING TO Maria del Carmen

15   Mendez Hernandez's alleged knowledge of "MGA's access to Mattel's intellectual

16   property and trade secrets" and "MGA business practices," as alleged in

17   MATTEL'S INITIAL DISCLOSURES.

18   **REQUEST NO. 261:**

19       All DOCUMENTS REFERRING OR RELATING TO Michael Hinh's

20   alleged knowledge of "MGA's access to Mattel's intellectual property and trade

21   secrets" and "MGA business practices," as alleged in MATTEL'S INITIAL

22   DISCLOSURES.

23   **REQUEST NO. 262:**

24       All DOCUMENTS REFERRING OR RELATING TO Martin Hitch's

25   alleged knowledge of "[d]esign and development of Bratz and Bryant's work with

26   or for MGA during his Mattel employment" and "MGA business practices," as

27   alleged in MATTEL'S INITIAL DISCLOSURES.

28

- 18 -

MGA'S THIRD SET OF REQUESTS FOR THE
PRODUCTION OF DOCUMENTS AND THINGS
IN CASE NO. 05-2727

Exhibit 24 - Page 648

**REQUEST NO. 263:**

All DOCUMENTS REFERRING OR RELATING TO Hoi Hoffman-Briggs's alleged knowledge of "Bryant's breach of obligations to Mattel," as alleged in MATTEL'S INITIAL DISCLOSURES.

**REQUEST NO. 264:**

All DOCUMENTS in Hoi Hoffman-Briggs's possession or control REFERRING OR RELATING TO his alleged knowledge of "Bryant's breach of obligations to Mattel," as alleged in MATTEL'S INITIAL DISCLOSURES.

**REQUEST NO. 265:**

All DOCUMENTS REFERRING OR RELATING TO Don Howarth's alleged knowledge of "[d]evelopment of Bratz," as alleged in MATTEL'S INITIAL DISCLOSURES.

**REQUEST NO. 266:**

All DOCUMENTS REFERRING OR RELATING TO James Brian Huntley's alleged knowledge of "MGA's access to Mattel's intellectual property and trade secrets" and "MGA business practices," as alleged in MATTEL'S INITIAL DISCLOSURES.

**REQUEST NO. 267:**

All DOCUMENTS REFERRING OR RELATING TO Ricardo Ibarra's alleged knowledge of "MGA's theft of Mattel's intellectual property and trade secrets," as alleged in MATTEL'S INITIAL DISCLOSURES.

**REQUEST NO. 268:**

All DOCUMENTS in Ricardo Ibarra's possession or control REFERRING OR RELATING TO his alleged knowledge of "MGA's theft of Mattel's intellectual property and trade secrets," as alleged in MATTEL'S INITIAL DISCLOSURES.

**REQUEST NO. 269:**

All DOCUMENTS in Mattel de México, S.A. de C.V.'s possession or

- 19 -

MGA'S THIRD SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS IN CASE NO. 05-2727

Exhibit 24 - Page 649

control REFERRING OR RELATING TO Ricardo Ibarra's alleged knowledge of
"MGA's theft of Mattel's intellectual property and trade secrets," as alleged in
MATTEL'S INITIAL DISCLOSURES.

**REQUEST NO. 270:**

All DOCUMENTS REFERRING OR RELATING TO Roberto Isaias's
alleged knowledge of "MGA's theft of Mattel's intellectual property and trade
secrets," as alleged in MATTEL'S INITIAL DISCLOSURES.

**REQUEST NO. 271:**

All DOCUMENTS in Roberto Isaias's possession or control REFERRING
OR RELATING TO his alleged knowledge of "MGA's theft of Mattel's
intellectual property and trade secrets," as alleged in MATTEL'S INITIAL
DISCLOSURES.

**REQUEST NO. 272:**

All DOCUMENTS in Mattel Chile, S.A.'s possession or control
REFERRING OR RELATING TO Roberto Isaias's alleged knowledge of "MGA's
theft of Mattel's intellectual property and trade secrets," as alleged in MATTEL'S
INITIAL DISCLOSURES.

**REQUEST NO. 273:**

All DOCUMENTS REFERRING OR RELATING TO Alice C. Kao's
alleged knowledge of "MGA's access to Mattel's intellectual property and trade
secrets" and "MGA business practices," as alleged in MATTEL'S INITIAL
DISCLOSURES.

**REQUEST NO. 274:**

All DOCUMENTS REFERRING OR RELATING TO Kenneth
Kauffmann's alleged knowledge of "MGA's access to Mattel's intellectual property
and trade secrets" and "MGA business practices," as alleged in MATTEL'S
INITIAL DISCLOSURES.

- 20 -

**REQUEST NO. 275:**

All DOCUMENTS REFERRING OR RELATING TO Alan Kaye's alleged knowledge of "Bryant's breach of obligations to Mattel," as alleged in MATTEL'S INITIAL DISCLOSURES.

**REQUEST NO. 276:**

All DOCUMENTS in Alan Kaye's possession or control REFERRING OR RELATING TO his alleged knowledge of "Bryant's breach of obligations to Mattel," as alleged in MATTEL'S INITIAL DISCLOSURES.

**REQUEST NO. 277:**

All DOCUMENTS REFERRING OR RELATING TO Tim Kilpin's alleged knowledge of "[t]he development and ownership of intellectual property at issue," as alleged in MATTEL'S INITIAL DISCLOSURES.

**REQUEST NO. 278:**

All DOCUMENTS in Tim Kilpin's possession or control REFERRING OR RELATING TO his alleged knowledge of "[t]he development and ownership of intellectual property at issue," as alleged in MATTEL'S INITIAL DISCLOSURES.

**REQUEST NO. 279:**

All DOCUMENTS REFERRING OR RELATING TO Joyce Chi Hee Kim's alleged knowledge of "MGA's access to Mattel's intellectual property and trade secrets" and "MGA business practices," as alleged in MATTEL'S INITIAL DISCLOSURES.

**REQUEST NO. 280:**

All DOCUMENTS REFERRING OR RELATING TO Young Kim's alleged knowledge of "MGA's access to Mattel's intellectual property and trade secrets" and "MGA business practices," as alleged in MATTEL'S INITIAL DISCLOSURES.

**REQUEST NO. 281:**

All DOCUMENTS REFERRING OR RELATING TO Kristen L. Kirst's

MGA'S THIRD SET OF REQUESTS FOR THE
PRODUCTION OF DOCUMENTS AND THINGS
IN CASE NO. 05-2727

Exhibit 24 - Page 651

1  alleged knowledge of "MGA's access to Mattel's intellectual property and trade

2  secrets" and "MGA business practices," as alleged in MATTEL'S INITIAL

3  DISCLOSURES.

4  **REQUEST NO. 282:**

5      All DOCUMENTS REFERRING OR RELATING TO Joel N. Klevins's

6  alleged knowledge of "[d]evelopment of Bratz," as alleged in MATTEL'S INITIAL

7  DISCLOSURES.

8  **REQUEST NO. 283:**

9      All DOCUMENTS REFERRING OR RELATING TO Andreas Koch's

10  alleged knowledge of "[d]esign and development of Bratz and Bryant's work with

11  or for MGA during his Mattel employment" and "MGA business practices," as

12  alleged in MATTEL'S INITIAL DISCLOSURES.

13  **REQUEST NO. 284:**

14      All DOCUMENTS REFERRING OR RELATING TO Ellen F. Komatsu's

15  alleged knowledge of "MGA's access to Mattel's intellectual property and trade

16  secrets" and "MGA business practices," as alleged in MATTEL'S INITIAL

17  DISCLOSURES.

18  **REQUEST NO. 285:**

19      All DOCUMENTS REFERRING OR RELATING TO Kara Kuchem's

20  alleged knowledge of "[t]he development and ownership of intellectual property at

21  issue," as alleged in MATTEL'S INITIAL DISCLOSURES.

22  **REQUEST NO. 286:**

23      All DOCUMENTS in Kara Kuchem's possession or control REFERRING

24  OR RELATING TO her alleged knowledge of "[t]he development and ownership

25  of intellectual property at issue," as alleged in MATTEL'S INITIAL

26  DISCLOSURES.

27  **REQUEST NO. 287:**

28      All DOCUMENTS REFERRING OR RELATING TO Susana Kuemmerle's

- 22 -

alleged knowledge of "MGA's theft of Mattel's intellectual property and trade secrets" and "MGA business practices," as alleged in MATTEL'S INITIAL DISCLOSURES.

**REQUEST NO. 288:**

All DOCUMENTS REFERRING OR RELATING TO Cecelia Kwok's alleged knowledge of "[d]esign and development of Bratz and Bryant's work with or for MGA during his Mattel employment" and "MGA business practices," as alleged in MATTEL'S INITIAL DISCLOSURES.

**REQUEST NO. 289:**

All DOCUMENTS REFERRING OR RELATING TO Sheila Kyaw's alleged knowledge of "[d]esign and development of Bratz and Bryant's work with or for MGA during his Mattel employment," as alleged in MATTEL'S INITIAL DISCLOSURES.

**REQUEST NO. 290:**

All DOCUMENTS in Sheila Kyaw's possession or control REFERRING OR RELATING TO her alleged knowledge of "[d]esign and development of Bratz and Bryant's work with or for MGA during his Mattel employment," as alleged in MATTEL'S INITIAL DISCLOSURES.

**REQUEST NO. 291:**

All DOCUMENTS REFERRING OR RELATING TO Farhad Larian's alleged knowledge of "[d]evelopment of Bratz" and "MGA's business practices," as alleged in MATTEL'S INITIAL DISCLOSURES.

**REQUEST NO. 292:**

All DOCUMENTS REFERRING OR RELATING TO Isaac Larian's alleged knowledge of "[d]esign and development of Bratz and Bryant's work with or for MGA during his Mattel employment," "Bryant's breach of obligations to Mattel and MGA's efforts to conceal same," "MGA's theft of Mattel's intellectual property and trade secrets," and "MGA's business practices," as alleged in

1   MATTEL'S INITIAL DISCLOSURES.

2   **REQUEST NO. 293:**

3       All DOCUMENTS REFERRING OR RELATING TO Jill Larson's alleged

4   knowledge of "MGA's access to Mattel's intellectual property and trade secrets"

5   and "MGA business practices," as alleged in MATTEL'S INITIAL

6   DISCLOSURES.

7   **REQUEST NO. 294:**

8       All DOCUMENTS REFERRING OR RELATING TO Stephen Lee's alleged

9   knowledge of "[d]esign and development of Bratz and Bryant's work with or for

10  MGA during his Mattel employment" and "MGA's business practices," as alleged

11  in MATTEL'S INITIAL DISCLOSURES.

12  **REQUEST NO. 295:**

13      All DOCUMENTS REFERRING OR RELATING TO Victor Lee's alleged

14  knowledge of "[d]esign and development of Bratz and Bryant's work with or for

15  MGA during his Mattel employment" and "MGA's business practices," as alleged

16  in MATTEL'S INITIAL DISCLOSURES.

17  **REQUEST NO. 296:**

18      All DOCUMENTS REFERRING OR RELATING TO Kerri Legg's alleged

19  knowledge of "[d]esign and development of Bratz and Bryant's work with or for

20  MGA during his Mattel employment" and "MGA's business practices," as alleged

21  in MATTEL'S INITIAL DISCLOSURES.

22  **REQUEST NO. 297:**

23      All DOCUMENTS REFERRING OR RELATING TO Lidia Ivete Montero

24  Leyva's alleged knowledge of "MGA's access to Mattel's intellectual property and

25  trade secrets" and "MGA business practices," as alleged in MATTEL'S INITIAL

26  DISCLOSURES.

27  **REQUEST NO. 298:**

28      All DOCUMENTS REFERRING OR RELATING TO Stanley Li's alleged

- 24 -

MGA'S THIRD SET OF REQUESTS FOR THE
PRODUCTION OF DOCUMENTS AND THINGS
IN CASE NO. 05-2727

Exhibit 24 - Page 654

1    knowledge of "[d]esign and development of Bratz and Bryant's work with or for

2    MGA during his Mattel employment" and "MGA's business practices," as alleged

3    in MATTEL'S INITIAL DISCLOSURES.

4    **REQUEST NO. 299:**

5        All DOCUMENTS REFERRING OR RELATING TO Timothy James

6    Lider's alleged knowledge of "MGA's theft of Mattel's intellectual property and

7    trade secrets," as alleged in MATTEL'S INITIAL DISCLOSURES.

8    **REQUEST NO. 300:**

9        All DOCUMENTS REFERRING OR RELATING TO Steve Linker's

10    alleged knowledge of "[t]he development of intellectual property at issue," as

11    alleged in MATTEL'S INITIAL DISCLOSURES.

12    **REQUEST NO. 301:**

13        All DOCUMENTS REFERRING OR RELATING TO Dave Malacrida's

14    alleged knowledge of "[d]esign and development of Bratz and Bryant's work with

15    or for MGA during his Mattel employment" and "MGA's business practices," as

16    alleged in MATTEL'S INITIAL DISCLOSURES.

17    **REQUEST NO. 302:**

18        All DOCUMENTS REFERRING OR RELATING TO Joy Mann's alleged

19    knowledge of "[t]he development and ownership of intellectual property at issue,"

20    as alleged in MATTEL'S INITIAL DISCLOSURES.

21    **REQUEST NO. 303:**

22        All DOCUMENTS in Joy Mann's possession or control REFERRING OR

23    RELATING TO her alleged knowledge of "[t]he development and ownership of

24    intellectual property at issue," as alleged in MATTEL'S INITIAL DISCLOSURES.

25    **REQUEST NO. 304:**

26        All DOCUMENTS REFERRING OR RELATING TO Maria Veronica de

27    Souza Brandao Marlow's alleged knowledge of "[d]esign and development of Bratz

28    and Bryant's work with or for MGA during his Mattel employment," "MGA's

MGA'S THIRD SET OF REQUESTS FOR THE
PRODUCTION OF DOCUMENTS AND THINGS
IN CASE NO. 05-2727

Exhibit 24 - Page 655

1   access to Mattel's intellectual property and trade secrets," and "MGA's business

2   practices," as alleged in MATTEL'S INITIAL DISCLOSURES.

3   **REQUEST NO. 305:**

4        All DOCUMENTS REFERRING OR RELATING TO Lily Martinez's

5   alleged knowledge of "[t]he development and ownership of intellectual property at

6   issue" and "Bryant's breach of obligations to Mattel," as alleged in MATTEL'S

7   INITIAL DISCLOSURES.

8   **REQUEST NO. 306:**

9        All DOCUMENTS in Lily Martinez's possession or control REFERRING

10   OR RELATING TO her alleged knowledge of "[t]he development and ownership

11   of intellectual property at issue" and "Bryant's breach of obligations to Mattel," as

12   alleged in MATTEL'S INITIAL DISCLOSURES.

13   **REQUEST NO. 307:**

14        All DOCUMENTS REFERRING OR RELATING TO Susan G.  McBride's

15   alleged knowledge of "MGA's access to Mattel's intellectual property and trade

16   secrets" and "MGA business practices," as alleged in MATTEL'S INITIAL

17   DISCLOSURES.

18   **REQUEST NO. 308:**

19        All DOCUMENTS REFERRING OR RELATING TO Barbara Miller's

20   alleged knowledge of "[t]he development and ownership of intellectual property at

21   issue," as alleged in MATTEL'S INITIAL DISCLOSURES.

22   **REQUEST NO. 309:**

23        All DOCUMENTS REFERRING OR RELATING TO Frank B. Mils's

24   alleged knowledge of "MGA's access to Mattel's intellectual property and trade

25   secrets" and "MGA business practices," as alleged in MATTEL'S INITIAL

26   DISCLOSURES.

27   **REQUEST NO. 310:**

28        All DOCUMENTS REFERRING OR RELATING TO Joyce Ng's alleged

- 26 -

MGA'S THIRD SET OF REQUESTS FOR THE
PRODUCTION OF DOCUMENTS AND THINGS
IN CASE NO. 05-2727

Exhibit 24 - Page 656

1    knowledge of "[d]esign and development of Bratz and Bryant's work with or for

2    MGA during his Mattel employment," as alleged in MATTEL'S INITIAL

3    DISCLOSURES.

4    **REQUEST NO. 311:**

5         All DOCUMENTS REFERRING OR RELATING TO Jill Nordquist's

6    alleged knowledge of "Bryant's breach of obligations to Mattel" and "MGA's

7    access to Mattel's intellectual property and trade secrets," as alleged in MATTEL'S

8    INITIAL DISCLOSURES.

9    **REQUEST NO. 312:**

10        All DOCUMENTS in Jill Nordquist's possession or control REFERRING

11   OR RELATING TO her alleged knowledge of "Bryant's breach of obligations to

12   Mattel" and "MGA's access to Mattel's intellectual property and trade secrets," as

13   alleged in MATTEL'S INITIAL DISCLOSURES.

14   **REQUEST NO. 313:**

15        All DOCUMENTS REFERRING OR RELATING TO Conrad Nussbaum's

16   alleged knowledge of "Mattel's business operations, Mattel's dealings with NPD,

17   and the development and ownership of intellectual property at issue," as alleged in

18   MATTEL'S INITIAL DISCLOSURES.

19   **REQUEST NO. 314:**

20        All DOCUMENTS in Conrad Nussbaum's possession or control

21   REFERRING OR RELATING TO his alleged knowledge of "Mattel's business

22   operations, Mattel's dealings with NPD, and the development and ownership of

23   intellectual property at issue," as alleged in MATTEL'S INITIAL DISCLOSURES.

24   **REQUEST NO. 315:**

25        All DOCUMENTS REFERRING OR RELATING TO Laura Ochoa's

26   alleged knowledge of "MGA's access to Mattel's intellectual property and trade

27   secrets" and "MGA business practices," as alleged in MATTEL'S INITIAL

28   DISCLOSURES.

- 27 -

MGA'S THIRD SET OF REQUESTS FOR THE
PRODUCTION OF DOCUMENTS AND THINGS
IN CASE NO. 05-2727

Exhibit 24 - Page 657

**REQUEST NO. 316:**

All DOCUMENTS REFERRING OR RELATING TO Victoria O'Connor's alleged knowledge of "[d]esign and development of Bratz and Bryant's work with or for MGA during his Mattel employment, and MGA's efforts to conceal same," "MGA's access to Mattel's intellectual property and trade secrets," and "MGA business practices," as alleged in MATTEL'S INITIAL DISCLOSURES.

**REQUEST NO. 317:**

All DOCUMENTS REFERRING OR RELATING TO Daniel Ray Owen's alleged knowledge of "MGA's access to Mattel's intellectual property and trade secrets" and "MGA business practices," as alleged in MATTEL'S INITIAL DISCLOSURES.

**REQUEST NO. 318:**

All DOCUMENTS REFERRING OR RELATING TO Amelia Ivy Arafiles Palijo's alleged knowledge of "MGA's access to Mattel's intellectual property and trade secrets" and "MGA business practices," as alleged in MATTEL'S INITIAL DISCLOSURES.

**REQUEST NO. 319:**

All DOCUMENTS REFERRING OR RELATING TO Karla Papayanopulos's alleged knowledge of "MGA's theft of Mattel's intellectual property and trade secrets," as alleged in MATTEL'S INITIAL DISCLOSURES.

**REQUEST NO. 320:**

All DOCUMENTS in Karla Papayanopulos's possession or control REFERRING OR RELATING TO her alleged knowledge of "MGA's theft of Mattel's intellectual property and trade secrets," as alleged in MATTEL'S INITIAL DISCLOSURES.

**REQUEST NO. 321:**

All DOCUMENTS in Mattel de México, S.A. de C.V.'s possession or control REFERRING OR RELATING TO Karla Papayanopulos's alleged

- 28 -

1   knowledge of "MGA's theft of Mattel's intellectual property and trade secrets," as

2   alleged in MATTEL'S INITIAL DISCLOSURES.

3   **REQUEST NO. 322:**

4      All DOCUMENTS REFERRING OR RELATING TO Cassidy Park's

5   alleged knowledge of "Carter Bryant's breach of obligations to Mattel," as alleged

6   in MATTEL'S INITIAL DISCLOSURES.

7   **REQUEST NO. 323:**

8      All DOCUMENTS in Cassidy Park's possession or control REFERRING

9   OR RELATING TO his alleged knowledge of "Carter Bryant's breach of

10   obligations to Mattel," as alleged in MATTEL'S INITIAL DISCLOSURES.

11   **REQUEST NO. 324:**

12      All DOCUMENTS REFERRING OR RELATING TO Thomas Park's

13   alleged knowledge of "MGA's access to Mattel's intellectual property and trade

14   secrets" and "MGA business practices," as alleged in MATTEL'S INITIAL

15   DISCLOSURES.

16   **REQUEST NO. 325:**

17      All DOCUMENTS REFERRING OR RELATING TO Marlene Parker's

18   alleged knowledge of "[d]esign and development of Bratz and Bryant's work with

19   or for MGA during his Mattel employment" and "MGA business practices," as

20   alleged in MATTEL'S INITIAL DISCLOSURES.

21   **REQUEST NO. 326:**

22      All DOCUMENTS REFERRING OR RELATING TO Rene Pasko's alleged

23   knowledge of "[t]he development and ownership of intellectual property at issue,"

24   as alleged in MATTEL'S INITIAL DISCLOSURES.

25   **REQUEST NO. 327:**

26      All DOCUMENTS in Rene Pasko's possession or control REFERRING OR

27   RELATING TO her alleged knowledge of "[t]he development and ownership of

28   intellectual property at issue," as alleged in MATTEL'S INITIAL DISCLOSURES.

- 29 -

MGA'S THIRD SET OF REQUESTS FOR THE
PRODUCTION OF DOCUMENTS AND THINGS
IN CASE NO. 05-2727

Exhibit 24 - Page 659

1    **REQUEST NO. 328:**

2        All DOCUMENTS REFERRING OR RELATING TO Danny Pestonji's

3    alleged knowledge of "MGA's access to Mattel's intellectual property and trade

4    secrets" and "MGA business practices," as alleged in MATTEL'S INITIAL

5    DISCLOSURES.

6    **REQUEST NO. 329:**

7        All DOCUMENTS REFERRING OR RELATING TO Pootipong

8    Phoosopha's alleged knowledge of "MGA's access to Mattel's intellectual property

9    and trade secrets" and "MGA business practices," as alleged in MATTEL'S

10   INITIAL DISCLOSURES.

11   **REQUEST NO. 330:**

12       All DOCUMENTS REFERRING OR RELATING TO Cynthia Pierce's

13   alleged knowledge of "[p]ayment from MGA to Carter Bryant," as alleged in

14   MATTEL'S INITIAL DISCLOSURES.

15   **REQUEST NO. 331:**

16       All DOCUMENTS REFERRING OR RELATING TO Joni Pratte's alleged

17   knowledge of "[t]he development and ownership of intellectual property at issue,"

18   as alleged in MATTEL'S INITIAL DISCLOSURES.

19   **REQUEST NO. 332:**

20       All DOCUMENTS in Joni Pratte's possession or control REFERRING OR

21   RELATING TO her alleged knowledge of "[t]he development and ownership of

22   intellectual property at issue," as alleged in MATTEL'S INITIAL DISCLOSURES.

23   **REQUEST NO. 333:**

24       All DOCUMENTS REFERRING OR RELATING TO Jacqueline Ramona

25   Prince's alleged knowledge of "[d]esign and development of Bratz and Bryant's

26   work with or for MGA during his Mattel employment" and "Bryant's breach of

27   obligations to Mattel," as alleged in MATTEL'S INITIAL DISCLOSURES.

28

MGA'S THIRD SET OF REQUESTS FOR THE
PRODUCTION OF DOCUMENTS AND THINGS
IN CASE NO. 05-2727

Exhibit 24 - Page 660

**REQUEST NO. 334:**

All DOCUMENTS REFERRING OR RELATING TO Andrea Ramirez's alleged knowledge of "MGA's access to Mattel's intellectual property and trade secrets" and "MGA business practices," as alleged in MATTEL'S INITIAL DISCLOSURES.

**REQUEST NO. 335:**

All DOCUMENTS REFERRING OR RELATING TO Jessie Ramirez's alleged knowledge of "[d]esign and development of Bratz and Bryant's work with or for MGA during his Mattel employment," as alleged in MATTEL'S INITIAL DISCLOSURES.

**REQUEST NO. 336:**

All DOCUMENTS REFERRING OR RELATING TO Erika Rangel's alleged knowledge of "MGA's access to Mattel's intellectual property and trade secrets" and "MGA business practices," as alleged in MATTEL'S INITIAL DISCLOSURES.

**REQUEST NO. 337:**

All DOCUMENTS REFERRING OR RELATING TO Lee Ratleff's alleged knowledge of "MGA's access to Mattel's intellectual property and trade secrets" and "MGA business practices," as alleged in MATTEL'S INITIAL DISCLOSURES.

**REQUEST NO. 338:**

All DOCUMENTS REFERRING OR RELATING TO Wendy Reed's alleged knowledge of "[d]esign and development of Bratz and Bryant's work with or for MGA during his Mattel employment" and "MGA business practices," as alleged in MATTEL'S INITIAL DISCLOSURES.

**REQUEST NO. 339:**

All DOCUMENTS REFERRING OR RELATING TO Scot Anthony Reyes's alleged knowledge of "MGA's access to Mattel's intellectual property and

1  trade secrets" and "MGA business practices," as alleged in MATTEL'S INITIAL

2  DISCLOSURES.

3  **REQUEST NO. 340:**

4      All DOCUMENTS REFERRING OR RELATING TO Anna Rhee's alleged

5  knowledge of "[t]he development and ownership of intellectual property at issue,"

6  "[d]esign and development of Bratz and Bryant's work with or for MGA during his

7  Mattel employment," and "Bryant's breach of obligations to Mattel," as alleged in

8  MATTEL'S INITIAL DISCLOSURES.

9  **REQUEST NO. 341:**

10      All DOCUMENTS REFERRING OR RELATING TO Judy Rich's alleged

11  knowledge of "[d]esign and development of Bratz and Bryant's work with or for

12  MGA during his Mattel employment" and "MGA business practices," as alleged in

13  MATTEL'S INITIAL DISCLOSURES.

14  **REQUEST NO. 342:**

15      All DOCUMENTS REFERRING OR RELATING TO Ian Richter's alleged

16  knowledge of "[t]he development and ownership of intellectual property at issue,"

17  as alleged in MATTEL'S INITIAL DISCLOSURES.

18  **REQUEST NO. 343:**

19      All DOCUMENTS in Ian Richter's possession or control REFERRING OR

20  RELATING TO his alleged knowledge of "[t]he development and ownership of

21  intellectual property at issue," as alleged in MATTEL'S INITIAL DISCLOSURES.

22  **REQUEST NO. 344:**

23      All DOCUMENTS REFERRING OR RELATING TO Alejandro Gurza

24  Romay's alleged knowledge of "MGA's access to Mattel's intellectual property and

25  trade secrets" and "MGA business practices," as alleged in MATTEL'S INITIAL

26  DISCLOSURES.

27  **REQUEST NO. 345:**

28      All DOCUMENTS REFERRING OR RELATING TO Desiree E.

- 32 -

MGA'S THIRD SET OF REQUESTS FOR THE
PRODUCTION OF DOCUMENTS AND THINGS
IN CASE NO. 05-2727

Exhibit 24 - Page 662

1  Ronquillo's alleged knowledge of "MGA's access to Mattel's intellectual property

2  and trade secrets" and "MGA business practices," as alleged in MATTEL'S

3  INITIAL DISCLOSURES.

4  **REQUEST NO. 346:**

5      All DOCUMENTS REFERRING OR RELATING TO David Rosenbaum's

6  alleged knowledge of "Bryant's breach of his obligations to Mattel" and "Bryant's

7  work with or for MGA during his Mattel employment," as alleged in MATTEL'S

8  INITIAL DISCLOSURES.

9  **REQUEST NO. 347:**

10      All DOCUMENTS REFERRING OR RELATING TO Lon P. Ross's alleged

11  knowledge of "MGA's access to Mattel's intellectual property and trade secrets"

12  and "MGA business practices," as alleged in MATTEL'S INITIAL

13  DISCLOSURES.

14  **REQUEST NO. 348:**

15      All DOCUMENTS REFERRING OR RELATING TO Ivy Ross's alleged

16  knowledge of "Bryant's breach of obligations to Mattel," as alleged in MATTEL'S

17  INITIAL DISCLOSURES.

18  **REQUEST NO. 349:**

19      All DOCUMENTS REFERRING OR RELATING TO Arnold Rubin's

20  alleged knowledge of "Toy of the Year and the dealings of Mattel and MGA with

21  TIA," as alleged in MATTEL'S INITIAL DISCLOSURES.

22  **REQUEST NO. 350:**

23      All DOCUMENTS REFERRING OR RELATING TO Shirin Salemnia's

24  alleged knowledge of "MGA's access to Mattel's intellectual property and trade

25  secrets" and "MGA business practices," as alleged in MATTEL'S INITIAL

26  DISCLOSURES.

27  **REQUEST NO. 351:**

28      All DOCUMENTS REFERRING OR RELATING TO Pablo Vargas San

- 33 -

MGA'S THIRD SET OF REQUESTS FOR THE
PRODUCTION OF DOCUMENTS AND THINGS
IN CASE NO. 05-2727

Exhibit 24 - Page 663

1  Jose's alleged knowledge of "MGA's theft of Mattel's intellectual property and

2  trade secrets" and "MGA business practices," as alleged in MATTEL'S INITIAL

3  DISCLOSURES.

4  **REQUEST NO. 352:**

5      All DOCUMENTS REFERRING OR RELATING TO Chuck Scothon's

6  alleged knowledge of "Mattel's business operations and the development and

7  ownership of intellectual property at issue," as alleged in MATTEL'S INITIAL

8  DISCLOSURES.

9  **REQUEST NO. 353:**

10      All DOCUMENTS in Chuck Scothon's possession or control REFERRING

11  OR RELATING TO his alleged knowledge of "Mattel's business operations and

12  the development and ownership of intellectual property at issue," as alleged in

13  MATTEL'S INITIAL DISCLOSURES.

14  **REQUEST NO. 354:**

15      All DOCUMENTS REFERRING OR RELATING TO Harvey Scott's

16  alleged knowledge of "MGA's access to Mattel's intellectual property and trade

17  secrets" and "MGA business practices," as alleged in MATTEL'S INITIAL

18  DISCLOSURES.

19  **REQUEST NO. 355:**

20      All DOCUMENTS REFERRING OR RELATING TO Mark Spencer's

21  alleged knowledge of "MGA's theft of Mattel's intellectual property and trade

22  secrets," as alleged in MATTEL'S INITIAL DISCLOSURES.

23  **REQUEST NO. 356:**

24      All DOCUMENTS REFERRING OR RELATING TO Holly Aileen

25  Stinnett's alleged knowledge of "MGA's access to Mattel's intellectual property

26  and trade secrets" and "MGA business practices," as alleged in MATTEL'S

27  INITIAL DISCLOSURES.

28

- 34 -

**REQUEST NO. 357:**

All DOCUMENTS REFERRING OR RELATING TO Jier Su's alleged knowledge of "MGA's access to Mattel's intellectual property and trade secrets" and "MGA business practices," as alleged in MATTEL'S INITIAL DISCLOSURES.

**REQUEST NO. 358:**

All DOCUMENTS REFERRING OR RELATING TO Maureen Tafoya's alleged knowledge of "MGA's access to Mattel's intellectual property and trade secrets," as alleged in MATTEL'S INITIAL DISCLOSURES.

**REQUEST NO. 359:**

All DOCUMENTS in Maureen Tafoya's possession or control REFERRING OR RELATING TO her alleged knowledge of "MGA's access to Mattel's intellectual property and trade secrets," as alleged in MATTEL'S INITIAL DISCLOSURES.

**REQUEST NO. 360:**

All DOCUMENTS REFERRING OR RELATING TO Gail Tamae's alleged knowledge of "[t]he development and ownership of intellectual property at issue," as alleged in MATTEL'S INITIAL DISCLOSURES.

**REQUEST NO. 361:**

All DOCUMENTS in Gail Tamae's possession or control REFERRING OR RELATING TO her alleged knowledge of "[t]he development and ownership of intellectual property at issue," as alleged in MATTEL'S INITIAL DISCLOSURES.

**REQUEST NO. 362:**

All DOCUMENTS REFERRING OR RELATING TO Lisa Tawil's alleged knowledge of "MGA's access to Mattel's intellectual property and trade secrets" and "MGA business practices," as alleged in MATTEL'S INITIAL DISCLOSURES.

MGA'S THIRD SET OF REQUESTS FOR THE
PRODUCTION OF DOCUMENTS AND THINGS
IN CASE NO. 05-2727

Exhibit 24 - Page 665

**REQUEST NO. 363:**

All DOCUMENTS REFERRING OR RELATING TO Marla Reynolds Thompson's alleged knowledge of "MGA's access to Mattel's intellectual property and trade secrets," as alleged in MATTEL'S INITIAL DISCLOSURES.

**REQUEST NO. 364:**

All DOCUMENTS REFERRING OR RELATING TO Michele Thompson's alleged knowledge of "MGA's access to Mattel's intellectual property and trade secrets" and "MGA business practices," as alleged in MATTEL'S INITIAL DISCLOSURES.

**REQUEST NO. 365:**

All DOCUMENTS REFERRING OR RELATING TO Ben Ton's alleged knowledge of "[d]esign and development of Bratz and Bryant's work with or for MGA during his Mattel employment" and "MGA business practices," as alleged in MATTEL'S INITIAL DISCLOSURES.

**REQUEST NO. 366:**

All DOCUMENTS REFERRING OR RELATING TO Paula Dianthe Treantafelles Garcia's alleged knowledge of "[d]esign and development of Bratz and Bryant's work with or for MGA during his Mattel employment," "Bryant's breach of obligations to Mattel," "MGA's theft of Mattel's intellectual property and trade secrets," and "MGA business practices," as alleged in MATTEL'S INITIAL DISCLOSURES.

**REQUEST NO. 367:**

All DOCUMENTS REFERRING OR RELATING TO Frankie Tsang's alleged knowledge of "MGA's theft of Mattel's intellectual property and trade secrets" and "MGA business practices," as alleged in MATTEL'S INITIAL DISCLOSURES.

**REQUEST NO. 368:**

All DOCUMENTS REFERRING OR RELATING TO Vivianne Waisman's

MGA'S THIRD SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS IN CASE NO. 05-2727

Exhibit 24 - Page 666

1    alleged knowledge of "MGA's access to Mattel's intellectual property and trade

2    secrets," as alleged in MATTEL'S INITIAL DISCLOSURES.

3    **REQUEST NO. 369:**

4         All DOCUMENTS in Vivianne Waisman's possession or control

5    REFERRING OR RELATING TO her alleged knowledge of "MGA's access to

6    Mattel's intellectual property and trade secrets," as alleged in MATTEL'S INITIAL

7    DISCLOSURES.

8    **REQUEST NO. 370:**

9         All DOCUMENTS REFERRING OR RELATING TO Simon Waldron's

10   alleged knowledge of "[t]he development and ownership of intellectual property at

11   issue," as alleged in MATTEL'S INITIAL DISCLOSURES.

12   **REQUEST NO. 371:**

13        All DOCUMENTS in Simon Waldron's possession or control REFERRING

14   OR RELATING TO his alleged knowledge of "[t]he development and ownership of

15   intellectual property at issue," as alleged in MATTEL'S INITIAL DISCLOSURES.

16   **REQUEST NO. 372:**

17        All DOCUMENTS REFERRING OR RELATING TO Anne Wang's alleged

18   knowledge of "Bryant's breach of his obligations to Mattel" and "Bryant's work

19   with or for MGA during his Mattel employment," as alleged in MATTEL'S

20   INITIAL DISCLOSURES.

21   **REQUEST NO. 373:**

22        All DOCUMENTS REFERRING OR RELATING TO Chang-Chin Wang's

23   alleged knowledge of "MGA's access to Mattel's intellectual property and trade

24   secrets" and "MGA business practices," as alleged in MATTEL'S INITIAL

25   DISCLOSURES.

26   **REQUEST NO. 374:**

27        All DOCUMENTS REFERRING OR RELATING TO Mercedeh Ward's

28   alleged knowledge of "[d]esign and development of Bratz and Bryant's work with

- 37 -

MGA'S THIRD SET OF REQUESTS FOR THE
PRODUCTION OF DOCUMENTS AND THINGS
IN CASE NO. 05-2727

Exhibit 24 - Page 667

1   or for MGA during his Mattel employment," "Bryant's breach of obligations to

2   Mattel," "MGA's access to Mattel's intellectual property and trade secrets," and

3   "MGA business practices," as alleged in MATTEL'S INITIAL DISCLOSURES.

4   **REQUEST NO. 375:**

5       All DOCUMENTS REFERRING OR RELATING TO Dawn Whitaker's

6   alleged knowledge of "MGA's access to Mattel's intellectual property and trade

7   secrets" and "MGA business practices," as alleged in MATTEL'S INITIAL

8   DISCLOSURES.

9   **REQUEST NO. 376:**

10      All DOCUMENTS REFERRING OR RELATING TO Therese Wilbur's

11  alleged knowledge of "MGA's access to Mattel's intellectual property and trade

12  secrets," as alleged in MATTEL'S INITIAL DISCLOSURES.

13  **REQUEST NO. 377:**

14      All DOCUMENTS REFERRING OR RELATING TO Dawn Whitaker's

15  alleged knowledge of "MGA's access to Mattel's intellectual property and trade

16  secrets" and "MGA business practices," as alleged in MATTEL'S INITIAL

17  DISCLOSURES.

18  **REQUEST NO. 378:**

19      All DOCUMENTS REFERRING OR RELATING TO Jenny M.L. Wong's

20  alleged knowledge of "MGA's access to Mattel's intellectual property and trade

21  secrets" and "MGA business practices," as alleged in MATTEL'S INITIAL

22  DISCLOSURES.

23  **REQUEST NO. 379:**

24      All DOCUMENTS REFERRING OR RELATING TO Samuel Wong's

25  alleged knowledge of "[d]esign and development of Bratz and Bryant's work with

26  or for MGA during his Mattel employment," as alleged in MATTEL'S INITIAL

27  DISCLOSURES.

28

- 38 -

MGA'S THIRD SET OF REQUESTS FOR THE
PRODUCTION OF DOCUMENTS AND THINGS
IN CASE NO. 05-2727

Exhibit 24 - Page 668

**REQUEST NO. 380:**

All DOCUMENTS REFERRING OR RELATING TO Tricia Wong's alleged knowledge of "[t]he development and ownership of intellectual property at issue," as alleged in MATTEL'S INITIAL DISCLOSURES.

**REQUEST NO. 381:**

All DOCUMENTS in Tricia Wong's possession or control REFERRING OR RELATING TO her alleged knowledge of "[t]he development and ownership of intellectual property at issue," as alleged in MATTEL'S INITIAL DISCLOSURES.

**REQUEST NO. 382:**

All DOCUMENTS REFERRING OR RELATING TO Sandy Yonemoto's alleged knowledge of "Bryant's misrepresentations to Mattel," as alleged in MATTEL'S INITIAL DISCLOSURES.

**REQUEST NO. 383:**

All DOCUMENTS in Sandy Yonemoto's possession or control REFERRING OR RELATING TO her alleged knowledge of "Bryant's misrepresentations to Mattel," as alleged in MATTEL'S INITIAL DISCLOSURES.

Dated:  March 27, 2007                   O'MELVENY & MYERS LLP


                                         B. Jennifer Glad
                                         Attorneys for MGA Entertainment, Inc.

- 39 -

**PROOF OF SERVICE**

I, C. Kelley Canning, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 400 South Hope Street, Los Angeles, California 90071-2899. On March 27, 2007, I served the within document(s):

**MGA'S THIRD SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS IN CASE NO. 05-2727**

☒  by causing to be personally served the document(s) listed above to the person(s) listed below.

Michael T. Zeller, Esq.
Timothy Alger, Esq.
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017

☒  by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Keith A. Jacoby, Esq.                     Patricia Glaser, Esq.
Littler Mendelson, P.C.                    Christensen, Glaser, Fink, Jacobs,
2049 Century Park East,                   Weil & Shapiro, LLP
Fifth Floor                                       10250 Constellation Blvd.,
Los Angeles, CA 90067                    19th Floor
                                                      Los Angeles, CA 90067

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on March 27, 2007, at Los Angeles, California.

*C. Kelley Canning*
C. Kelley Canning

LA2:826706

- 40 -

MGA'S THIRD SET OF REQUESTS FOR
THE PRODUCTION OF DOCUMENTS AND
THINGS IN CASE NO. 05-2727

Exhibit 24 - Page 670

**PROOF OF PERSONAL SERVICE**

I am a citizen of the United States and employed in the County of Los Angeles, State of California, by Nationwide Legal, Inc., whose address is 316 W. 2nd Street, Suite 705, Los Angeles, CA 90012.  I am over the age of eighteen years and not a party to the within action.  On March 27, 2007, I personally served the following:

**MGA'S THIRD SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS IN CASE NO. 05-2727**

by delivering a copy thereof to the office of the following, and either handing the copy to or leaving it with ~~the~~ _L. Levine_ of the office thereof:

**Service List**

**Michael T. Zeller, Esq.**
**Timothy Alger, Esq.**
QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
**865 Figueroa Street, 10th Floor**
**Los Angeles, California  90017**

I declare under penalty of perjury under the laws of the United States that the above is true and correct.  Executed on March 27, 2007, at Los Angeles, California.

SIGNATURE:

PRINTED NAME: _Hector Meza_

LA2:826708

- 41 -

MGA'S THIRD SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS IN CASE NO. 05-2727

Exhibit 24 - Page 671