# Exhibit 26

1   QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
      John B. Quinn (Bar No. 090378)
2     johnquinn@quinnemanuel.com
      Michael T. Zeller (Bar No. 196417)
3     (michaelzeller@quinnemanuel.com)
      Jon D. Corey (Bar No. 185066)
4     (joncorey@quinnemanuel.com)
      Timothy L. Alger (Bar No. 160303)
5     (timalger@quinnemanuel.com)
    865 South Figueroa Street, 10th Floor
6   Los Angeles, California  90017-2543
    Telephone:  (213) 443-3000
7   Facsimile:   (213) 443-3100

8   Attorneys for Plaintiff and Counter-
    Defendant Mattel, Inc.

9

10              UNITED STATES DISTRICT COURT

11             CENTRAL DISTRICT OF CALIFORNIA

12                  EASTERN DIVISION

13   CARTER BRYANT, an individual,          CASE NO. CV 04-9049 SGL (RNBx)

14                                          Consolidated with
                  Plaintiff,               Case No. CV 04-09059
15                                          Case No. CV 05-02727

16        v.                               MATTEL, INC.'S SUPPLEMENTAL
                                           OBJECTIONS AND RESPONSES TO
17   MATTEL, INC., a Delaware              MGA ENTERTAINMENT, INC.'S
     Corporation,                          THIRD SET OF REQUESTS FOR
18                                          PRODUCTION OF DOCUMENTS
                                           AND THINGS IN CASE NO. 05-2727
19                Defendant.
                                           Hon. Stephen G. Larson
20

21   AND CONSOLIDATED ACTIONS

22

23

24

25

26

27   SERVED ON US BY MAIL

28      6/22/07

07209/2147010.1

## Preliminary Statement

Mattel, Inc. ("Mattel") has not yet completed its investigation of the facts relating to this action, has not yet reviewed all documents relating to this action, has not yet interviewed all witnesses in this action, and has not yet received all requested discovery from defendants and third parties with regard to this action. Consequently, Mattel reserves the right to amend and/or supplement its responses if and when additional facts or documents are discovered. Additionally, because Mattel's responses are based on facts and documents that Mattel has identified to date, they do not preclude Mattel from later relying on facts discovered pursuant to further investigation or discovery or on subsequently discovered or generated documents. Mattel's response to any of MGA Entertainment, Inc.'s ("MGA") Third Set of Requests for Production of Documents and Things in Case No. 05-2727 (the "Requests") is not to be construed as a waiver of any of its objections or its right to object to any other request.

## General Objections

Mattel generally objects to each of the Requests on each and every one of the following grounds, which are incorporated into and made a part of the response to each and every individual request:

1.     Mattel objects to the Requests on the grounds and to the extent that they seek to impose discovery obligations beyond those required or permitted by the Federal Rules of Civil Procedure.

2.     Mattel objects to the Requests on the grounds and to the extent they call for the production of documents subject to the attorney-client privilege, the attorney work product doctrine, the right to privacy as set forth in the United States and/or California Constitutions, or any other applicable law, privilege, immunity, doctrine or other ground of privilege. Mattel will not produce such privileged documents.

07209/2147010.1

Exhibit 26 - Page 773

3.      Mattel objects to the Requests on the grounds and to the extent they are overly broad, unduly burdensome, oppressive or unreasonably cumulative.

4.      Mattel objects to the Requests on the grounds and to the extent they seek information which is not relevant to the subject matter of this action nor reasonably calculated to lead to the discovery of admissible evidence.

5.      Mattel objects to the Requests on the grounds and to the extent they seek documents equally or more available to, or already in the possession, custody or control of MGA.

6.      Mattel objects to the Requests on the grounds and to the extent they seek documents not in Mattel's possession, custody or control.

7.      Mattel objects to the Requests on the grounds that they are unduly burdensome and vague and ambiguous in that they purport to require Mattel to identify and produce documents relating to matters that are currently known to and in the possession, custody and control of defendants and third parties, including third parties associated with defendants, and that are not known to Mattel.

8.      Mattel objects to the Requests on the grounds that they seek the production of documents or information that are in the possession, custody and control of independent parties over whom Mattel has no control, including without limitation defendants, and seek the disclosure of information or documents that are in the possession, custody and control of defendants or are publicly available and hence equally available to all parties to this litigation.

9.      Mattel objects to the Requests on the ground and to the extent they seek trade secret, proprietary or otherwise confidential information of Mattel or third parties or would violate the terms of any agreement or contracts with third parties.  Any such documents that are produced, if any, will be produced only pursuant to and in reliance upon the Protective Order entered in this case.

-2-
RESPONSES TO THIRD SET OF REQUESTS FOR PRODUCTION

Exhibit 26 - Page 774

10.     Mattel objects to the Requests on the grounds that the definitions of the terms "MATTEL" and "MGA" are overbroad, vague and ambiguous, and unduly burdensome.

11.     Mattel objects to each and every Request that seeks "all" documents which constitute, mention, refer or relate to a given topic on the grounds of undue burden and oppression. Mattel will make available for inspection and copying those documents and tangible items, if any, that it is able to locate after a reasonable, good-faith search for and review of non-privileged responsive documents.

12.     Mattel objects to each and every Request to the extent that they seek documents already produced in this action. Documents which have already been produced will not be produced a second time in response to these requests.

13.     Objection to the production of any document or category of documents described in the Requests, or agreement to produce any such documents, is not and shall not be construed as an admission by Mattel that any such documents or category of documents exist. Where the responses indicate that he will produce responsive documents, such documents, if any, will be produced if and to the extent any such documents are in his possession, custody or control.

14.     Mattel objects to the time, place and manner of production specified in defendant's Requests. Mattel will produce responsive, non-privileged documents and tangible things, if any and to the extent not previously produced, in accordance with its responses at a time and place and in a manner that is reasonable, convenient and mutually agreed upon by the parties.

## SPECIFIC OBJECTIONS AND RESPONSES TO DOCUMENT REQUESTS

Each of the following objections and responses to the Requests is expressly made subject to the above Preliminary Statement and General Objections, all of which are incorporated in each of the following objections and responses to

07209/2147010.

-3-

1  specific requests.  A statement that Mattel will produce documents or tangible things

2  in response to a Request is not intended to suggest, nor should it be construed to

3  mean, that any such documents or tangible things exist, or that they are in Mattel's

4  possession, custody or control.

5

6  **REQUEST FOR PRODUCTION NO. 182:**

7        All DOCUMENTS REFERRING OR RELATING TO Ricardo

8  Abundis's alleged knowledge of "MGA's access to Mattel's intellectual property and

9  trade secrets" and "MGA business practices," as alleged in MATTEL'S INITIAL

10  DISCLOSURES.

11

12  **RESPONSE TO REQUEST FOR PRODUCTION NO. 182:**

13        In addition to the general objections stated above which are

14  incorporated herein by reference, Mattel objects to this Request on the grounds that

15  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

16  documents on this subject without limitation as to time, and regardless of whether

17  such documents relate to products or matters at issue in this case.  Mattel further

18  objects to the Request on the grounds that it seeks documents that are not relevant to

19  this action or likely to lead to the discovery of admissible evidence.  Mattel further

20  objects to this Request on the grounds that it calls for documents or information in

21  the possession, custody or control of MGA, including without limitation documents

22  and information that MGA has been compelled by Court orders to produce but has

23  not produced.  Mattel further objects to this Request on the grounds that it seeks

24  confidential, proprietary and trade secret information, including such information

25  that has no bearing on the claims or defenses in this case.  Mattel further objects to

26  this Request on the grounds that it calls for the disclosure of information subject to

27  the attorney-client privilege, the attorney work-product doctrine and other applicable

28  privileges.

07209/2147010.

-4-

Exhibit 26 - Page 776

1    Subject to the foregoing objections, Mattel responds as follows:  Mattel

2 will produce responsive, non-privileged documents relating to Ricardo Abundis's

3 knowledge of the facts at issue in this litigation as alleged in Mattel's Initial

4 Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel

5 has been able to locate after a diligent search and reasonable inquiry, to the extent

6 not previously produced.

7

8 **REQUEST FOR PRODUCTION NO. 183:**

9    All DOCUMENTS REFERRING OR RELATING TO Lourdes

10 Aguilar's alleged knowledge of "MGA's access to Mattel's intellectual property and

11 trade secrets" and "MGA business practices," as alleged in MATTEL'S INITIAL

12 DISCLOSURES.

13

14 **RESPONSE TO REQUEST FOR PRODUCTION NO. 183:**

15    In addition to the general objections stated above which are

16 incorporated herein by reference, Mattel objects to this Request on the grounds that

17 it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

18 documents on this subject without limitation as to time, and regardless of whether

19 such documents relate to products or matters at issue in this case.  Mattel further

20 objects to the Request on the grounds that it seeks documents that are not relevant to

21 this action or likely to lead to the discovery of admissible evidence.  Mattel further

22 objects to this Request on the grounds that it calls for documents or information in

23 the possession, custody or control of MGA, including without limitation documents

24 and information that MGA has been compelled by Court orders to produce but has

25 not produced.  Mattel further objects to this Request on the grounds that it seeks

26 confidential, proprietary and trade secret information, including such information

27 that has no bearing on the claims or defenses in this case.  Mattel further objects to

28 this Request on the grounds that it calls for the disclosure of information subject to

07209/2147010.

-5-

1  the attorney-client privilege, the attorney work-product doctrine and other applicable
2  privileges.
3          Subject to the foregoing objections, Mattel responds as follows:  Mattel
4  will produce responsive, non-privileged documents relating to Lourdes Aguilar's
5  knowledge of the facts at issue in this litigation as alleged in Mattel's Initial
6  Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel
7  has been able to locate after a diligent search and reasonable inquiry, to the extent
8  not previously produced.
9
10  **REQUEST FOR PRODUCTION NO. 184:**
11          All DOCUMENTS REFERRING OR RELATING TO Mariana Trueba
12  Almada's alleged knowledge of "MGA's theft of Mattel's intellectual property and
13  trade secrets" and "MGA business practices," as alleged in MATTEL'S INITIAL
14  DISCLOSURES.
15
16  **RESPONSE TO REQUEST FOR PRODUCTION NO. 184:**
17          In addition to the general objections stated above which are
18  incorporated herein by reference, Mattel objects to this Request on the grounds that
19  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all
20  documents on this subject without limitation as to time, and regardless of whether
21  such documents relate to products or matters at issue in this case.  Mattel further
22  objects to the Request on the grounds that it seeks documents that are not relevant to
23  this action or likely to lead to the discovery of admissible evidence.  Mattel further
24  objects to this Request on the grounds that it calls for documents or information in
25  the possession, custody or control of MGA, including without limitation documents
26  and information that MGA has been compelled by Court orders to produce but has
27  not produced.  Mattel further objects to this Request on the grounds that it seeks
28  confidential, proprietary and trade secret information, including such information

-6-

1  that has no bearing on the claims or defenses in this case.  Mattel further objects to

2  this Request on the grounds that it calls for the disclosure of information subject to

3  the attorney-client privilege, the attorney work-product doctrine and other applicable

4  privileges.

5              Subject to the foregoing objections, Mattel responds as follows:  Mattel

6  will produce responsive, non-privileged documents relating to Mariana Trueba

7  Almada's knowledge of the facts at issue in this litigation as alleged in Mattel's

8  Initial Disclosures that are in Mattel's possession, custody, or control, if any, that

9  Mattel has been able to locate after a diligent search and reasonable inquiry, to the

10  extent not previously produced.

11

12  **REQUEST FOR PRODUCTION NO. 185:**

13              All DOCUMENTS REFERRING OR RELATING TO Jules Andres's

14  alleged knowledge of "MGA's theft of Mattel's intellectual property and trade

15  secrets," as alleged in MATTEL'S INITIAL DISCLOSURES.

16

17  **RESPONSE TO REQUEST FOR PRODUCTION NO. 185:**

18              In addition to the general objections stated above which are

19  incorporated herein by reference, Mattel objects to this Request on the grounds that

20  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

21  documents on this subject without limitation as to time, and regardless of whether

22  such documents relate to products or matters at issue in this case.  Mattel further

23  objects to the Request on the grounds that it seeks documents that are not relevant to

24  this action or likely to lead to the discovery of admissible evidence.  Mattel further

25  objects to this Request on the grounds that it seeks confidential, proprietary and

26  trade secret information, including such information that has no bearing on the

27  claims or defenses in this case.  Mattel further objects to this Request on the grounds

28

07209/2147010.

-7-

1   that it calls for the disclosure of information subject to the attorney-client privilege,

2   the attorney work-product doctrine and other applicable privileges.

3          Subject to the foregoing objections, Mattel responds as follows:  Mattel

4   will produce responsive, non-privileged documents relating to Jules Andres's

5   knowledge of the facts at issue in this litigation as alleged in Mattel's Initial

6   Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel

7   has been able to locate after a diligent search and reasonable inquiry, to the extent

8   not previously produced.

9

10  **REQUEST FOR PRODUCTION NO. 186:**

11         All DOCUMENTS in Jules Andres's possession or control

12  REFERRING OR RELATING TO his alleged knowledge of "MGA's theft of

13  Mattel's intellectual property and trade secrets," as alleged in MATTEL'S INITIAL

14  DISCLOSURES.

15

16  **RESPONSE TO REQUEST FOR PRODUCTION NO. 186:**

17         In addition to the general objections stated above which are

18  incorporated herein by reference, Mattel objects to this Request on the grounds that

19  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

20  documents on this subject without limitation as to time, and regardless of whether

21  such documents relate to products or matters at issue in this case.  Mattel further

22  objects to the Request on the grounds that it seeks documents that are not relevant to

23  this action or likely to lead to the discovery of admissible evidence.  Mattel further

24  objects to this Request on the grounds that it seeks confidential, proprietary and

25  trade secret information, including such information that has no bearing on the

26  claims or defenses in this case.  Mattel further objects to this Request on the grounds

27  that it calls for the disclosure of information subject to the attorney-client privilege,

28  the attorney work-product doctrine and other applicable privileges.

1    Subject to the foregoing objections, Mattel responds as follows:  Mattel

2  will produce responsive, non-privileged documents relating to Jules Andres's

3  knowledge of the facts at issue in this litigation as alleged in Mattel's Initial

4  Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel

5  has been able to locate after a diligent search and reasonable inquiry, to the extent

6  not previously produced.

7

8  **REQUEST FOR PRODUCTION NO. 187:**

9    All DOCUMENTS REFERRING OR RELATING TO Russell Arons's

10  alleged knowledge of "[t]he development and ownership of intellectual property at

11  issue," as alleged in MATTEL'S INITIAL DISCLOSURES.

12

13  **RESPONSE TO REQUEST FOR PRODUCTION NO. 187:**

14    In addition to the general objections stated above which are

15  incorporated herein by reference, Mattel objects to this Request on the grounds that

16  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

17  documents on this subject without limitation as to time, and regardless of whether

18  such documents relate to products or matters at issue in this case.  Mattel further

19  objects to the Request on the grounds that it seeks documents that are not relevant to

20  this action or likely to lead to the discovery of admissible evidence.  Mattel further

21  objects to this Request on the grounds that it seeks confidential, proprietary and

22  trade secret information, including such information that has no bearing on the

23  claims or defenses in this case.  Mattel further objects to this Request on the grounds

24  that it calls for the disclosure of information subject to the attorney-client privilege,

25  the attorney work-product doctrine and other applicable privileges.

26    Subject to the foregoing objections, Mattel responds as follows:  Mattel

27  will produce responsive, non-privileged documents relating to Russell Arons's

28  knowledge of the facts at issue in this litigation as alleged in Mattel's Initial

07209/2147010.

-9-

1  Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel

2  has been able to locate after a diligent search and reasonable inquiry, to the extent

3  not previously produced.

4

5  **REQUEST FOR PRODUCTION NO. 188:**

6      All DOCUMENTS in Russell Arons's possession or control

7  REFERRING OR RELATING TO his alleged knowledge of "[t]he development

8  and ownership of intellectual property at issue," as alleged in MATTEL'S INITIAL

9  DISCLOSURES.

10

11  **RESPONSE TO REQUEST FOR PRODUCTION NO. 188:**

12      In addition to the general objections stated above which are

13  incorporated herein by reference, Mattel objects to this Request on the grounds that

14  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

15  documents on this subject without limitation as to time, and regardless of whether

16  such documents relate to products or matters at issue in this case. Mattel further

17  objects to the Request on the grounds that it seeks documents that are not relevant to

18  this action or likely to lead to the discovery of admissible evidence. Mattel further

19  objects to this Request on the grounds that it seeks confidential, proprietary and

20  trade secret information, including such information that has no bearing on the

21  claims or defenses in this case. Mattel further objects to this Request on the grounds

22  that it calls for the disclosure of information subject to the attorney-client privilege,

23  the attorney work-product doctrine and other applicable privileges.

24      Subject to the foregoing objections, Mattel responds as follows: Mattel

25  will produce responsive, non-privileged documents relating to Russell Arons's

26  knowledge of the facts at issue in this litigation as alleged in Mattel's Initial

27  Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel

28

07209/2147010.

-10-

1  has been able to locate after a diligent search and reasonable inquiry, to the extent

2  not previously produced.

3

4  **REQUEST FOR PRODUCTION NO. 189:**

5       All DOCUMENTS REFERRING OR RELATING TO Terry Bartlett's

6  alleged knowledge of "Toy of the Year and the dealings of Mattel and MGA with

7  TIA," as alleged in MATTEL'S INITIAL DISCLOSURES.

8

9  **RESPONSE TO REQUEST FOR PRODUCTION NO. 189:**

10       In addition to the general objections stated above which are

11  incorporated herein by reference, Mattel objects to this Request on the grounds that

12  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

13  documents on this subject without limitation as to time, and regardless of whether

14  such documents relate to products or matters at issue in this case.  Mattel further

15  objects to the Request on the grounds that it seeks documents that are not relevant to

16  this action or likely to lead to the discovery of admissible evidence.  Mattel further

17  objects to this Request on the grounds that it seeks confidential, proprietary and

18  trade secret information, including such information that has no bearing on the

19  claims or defenses in this case.  Mattel further objects to this Request on the grounds

20  that it calls for the disclosure of information subject to the attorney-client privilege,

21  the attorney work-product doctrine and other applicable privileges.

22       Subject to the foregoing objections, Mattel responds as follows:  Mattel

23  will produce responsive, non-privileged documents relating to Terry Bartlett's

24  knowledge of the facts at issue in this litigation as alleged in Mattel's Initial

25  Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel

26  has been able to locate after a diligent search and reasonable inquiry, to the extent

27  not previously produced.

28

07209/2147010.

-11-
RESPONSES TO THIRD SET OF REQUESTS FOR PRODUCTION

Exhibit 26 - Page 783

1 **REQUEST FOR PRODUCTION NO. 190:**

2      All DOCUMENTS REFERRING OR RELATING TO Eve Karen

3 Laskaris Bennett's alleged knowledge of "MGA's access to Mattel's intellectual

4 property and trade secrets" and "MGA business practices," as alleged in MATTEL'S

5 INITIAL DISCLOSURES.

6

7 **RESPONSE TO REQUEST FOR PRODUCTION NO. 190:**

8      In addition to the general objections stated above which are

9 incorporated herein by reference, Mattel objects to this Request on the grounds that

10 it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

11 documents on this subject without limitation as to time, and regardless of whether

12 such documents relate to products or matters at issue in this case. Mattel further

13 objects to the Request on the grounds that it seeks documents that are not relevant to

14 this action or likely to lead to the discovery of admissible evidence. Mattel further

15 objects to this Request on the grounds that it calls for documents or information in

16 the possession, custody or control of MGA, including without limitation documents

17 and information that MGA has been compelled by Court orders to produce but has

18 not produced. Mattel further objects to this Request on the grounds that it seeks

19 confidential, proprietary and trade secret information, including such information

20 that has no bearing on the claims or defenses in this case. Mattel further objects to

21 this Request on the grounds that it calls for the disclosure of information subject to

22 the attorney-client privilege, the attorney work-product doctrine and other applicable

23 privileges.

24      Subject to the foregoing objections, Mattel responds as follows:  Mattel

25 will produce responsive, non-privileged documents relating to Eve Karen Laskaris

26 Bennett's knowledge of the facts at issue in this litigation as alleged in Mattel's

27 Initial Disclosures that are in Mattel's possession, custody, or control, if any, that

28

07209/2147010.

-12-

RESPONSES TO THIRD SET OF REQUESTS FOR PRODUCTION

Exhibit 26 - Page 784

1  Mattel has been able to locate after a diligent search and reasonable inquiry, to the

2  extent not previously produced.

3

4  **REQUEST FOR PRODUCTION NO. 191:**

5           All DOCUMENTS REFERRING OR RELATING TO Nancy

6  Bennett's alleged knowledge of "[t]he development and ownership of intellectual

7  property at issue," as alleged in MATTEL'S INITIAL DISCLOSURES.

8

9  **RESPONSE TO REQUEST FOR PRODUCTION NO. 191:**

10           In addition to the general objections stated above which are

11  incorporated herein by reference, Mattel objects to this Request on the grounds that

12  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

13  documents on this subject without limitation as to time, and regardless of whether

14  such documents relate to products or matters at issue in this case.  Mattel further

15  objects to the Request on the grounds that it seeks documents that are not relevant to

16  this action or likely to lead to the discovery of admissible evidence.  Mattel further

17  objects to this Request on the grounds that it seeks confidential, proprietary and

18  trade secret information, including such information that has no bearing on the

19  claims or defenses in this case.  Mattel further objects to this Request on the grounds

20  that it calls for the disclosure of information subject to the attorney-client privilege,

21  the attorney work-product doctrine and other applicable privileges.

22           Subject to the foregoing objections, Mattel responds as follows:  Mattel

23  will produce responsive, non-privileged documents relating to Nancy Bennett's

24  knowledge of the facts at issue in this litigation as alleged in Mattel's Initial

25  Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel

26  has been able to locate after a diligent search and reasonable inquiry, to the extent

27  not previously produced.

28

07209/2147010.

-13-

RESPONSES TO THIRD SET OF REQUESTS FOR PRODUCTION

Exhibit 26 - Page 785

**REQUEST FOR PRODUCTION NO. 192:**

All DOCUMENTS in Nancy Bennett's possession or control REFERRING OR RELATING TO her alleged knowledge of "[t]he development and ownership of intellectual property at issue," as alleged in MATTEL'S INITIAL DISCLOSURES.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 192:**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad, unduly burdensome and unintelligible, including in that it seeks all documents on this subject without limitation as to time, and regardless of whether such documents relate to products or matters at issue in this case. Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence. Mattel further objects to this Request on the grounds that it seeks confidential, proprietary and trade secret information, including such information that has no bearing on the claims or defenses in this case. Mattel further objects to this Request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges.

Subject to the foregoing objections, Mattel responds as follows: Mattel will produce responsive, non-privileged documents relating to Nancy Bennett's knowledge of the facts at issue in this litigation as alleged in Mattel's Initial Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel has been able to locate after a diligent search and reasonable inquiry, to the extent not previously produced.

07209/2147010.

-14-

1  **REQUEST FOR PRODUCTION NO. 193:**

2       All DOCUMENTS REFERRING OR RELATING TO Molly Benz's

3  alleged knowledge of "[t]he development and ownership of intellectual property at

4  issue," as alleged in MATTEL'S INITIAL DISCLOSURES.

5

6  **RESPONSE TO REQUEST FOR PRODUCTION NO. 193:**

7       In addition to the general objections stated above which are

8  incorporated herein by reference, Mattel objects to this Request on the grounds that

9  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

10  documents on this subject without limitation as to time, and regardless of whether

11  such documents relate to products or matters at issue in this case. Mattel further

12  objects to the Request on the grounds that it seeks documents that are not relevant to

13  this action or likely to lead to the discovery of admissible evidence. Mattel further

14  objects to this Request on the grounds that it seeks confidential, proprietary and

15  trade secret information, including such information that has no bearing on the

16  claims or defenses in this case. Mattel further objects to this Request on the grounds

17  that it calls for the disclosure of information subject to the attorney-client privilege,

18  the attorney work-product doctrine and other applicable privileges.

19       Subject to the foregoing objections, Mattel responds as follows: Mattel

20  will produce responsive, non-privileged documents relating to Molly Benz's

21  knowledge of the facts at issue in this litigation as alleged in Mattel's Initial

22  Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel

23  has been able to locate after a diligent search and reasonable inquiry, to the extent

24  not previously produced.

25

26  **REQUEST FOR PRODUCTION NO. 194:**

27       All DOCUMENTS in Molly Benz's possession or control

28  REFERRING OR RELATING TO her alleged knowledge of "[t]he development

07209/2147010.

-15-

1 and ownership of intellectual property at issue," as alleged in MATTEL'S INITIAL

2 DISCLOSURES.

3

4 **RESPONSE TO REQUEST FOR PRODUCTION NO. 194:**

5        In addition to the general objections stated above which are

6 incorporated herein by reference, Mattel objects to this Request on the grounds that

7 it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

8 documents on this subject without limitation as to time, and regardless of whether

9 such documents relate to products or matters at issue in this case.  Mattel further

10 objects to the Request on the grounds that it seeks documents that are not relevant to

11 this action or likely to lead to the discovery of admissible evidence.  Mattel further

12 objects to this Request on the grounds that it seeks confidential, proprietary and

13 trade secret information, including such information that has no bearing on the

14 claims or defenses in this case.  Mattel further objects to this Request on the grounds

15 that it calls for the disclosure of information subject to the attorney-client privilege,

16 the attorney work-product doctrine and other applicable privileges.

17        Subject to the foregoing objections, Mattel responds as follows:  Mattel

18 will produce responsive, non-privileged documents relating to Molly Benz's

19 knowledge of the facts at issue in this litigation as alleged in Mattel's Initial

20 Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel

21 has been able to locate after a diligent search and reasonable inquiry, to the extent

22 not previously produced.

23

24 **REQUEST FOR PRODUCTION NO. 195:**

25        All DOCUMENTS REFERRING OR RELATING TO Jason

26 Bergerson's alleged knowledge of "MGA's theft of Mattel's intellectual property and

27 trade secrets," as alleged in MATTEL'S INITIAL DISCLOSURES.

28

07209/2147010.

-16-

1

2 **RESPONSE TO REQUEST FOR PRODUCTION NO. 195:**

3        In addition to the general objections stated above which are

4 incorporated herein by reference, Mattel objects to this Request on the grounds that

5 it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

6 documents on this subject without limitation as to time, and regardless of whether

7 such documents relate to products or matters at issue in this case. Mattel further

8 objects to the Request on the grounds that it seeks documents that are not relevant to

9 this action or likely to lead to the discovery of admissible evidence. Mattel further

10 objects to this Request on the grounds that it seeks confidential, proprietary and

11 trade secret information, including such information that has no bearing on the

12 claims or defenses in this case. Mattel further objects to this Request on the grounds

13 that it calls for the disclosure of information subject to the attorney-client privilege,

14 the attorney work-product doctrine and other applicable privileges.

15        Subject to the foregoing objections, Mattel responds as follows: Mattel

16 will produce responsive, non-privileged documents relating to Jason Bergerson's

17 knowledge of the facts at issue in this litigation as alleged in Mattel's Initial

18 Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel

19 has been able to locate after a diligent search and reasonable inquiry, to the extent

20 not previously produced.

21

22 **REQUEST FOR PRODUCTION NO. 196:**

23        All DOCUMENTS REFERRING OR RELATING TO John

24 Bloodworth's alleged knowledge of "MGA's access to Mattel's intellectual property

25 and trade secrets" and "MGA business practices," as alleged in MATTEL'S

26 INITIAL DISCLOSURES.

27

28

07209/2147010.

1

2 **RESPONSE TO REQUEST FOR PRODUCTION NO. 196:**

3         In addition to the general objections stated above which are

4 incorporated herein by reference, Mattel objects to this Request on the grounds that

5 it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

6 documents on this subject without limitation as to time, and regardless of whether

7 such documents relate to products or matters at issue in this case. Mattel further

8 objects to the Request on the grounds that it seeks documents that are not relevant to

9 this action or likely to lead to the discovery of admissible evidence. Mattel further

10 objects to this Request on the grounds that it calls for documents or information in

11 the possession, custody or control of MGA, including without limitation documents

12 and information that MGA has been compelled by Court orders to produce but has

13 not produced. Mattel further objects to this Request on the grounds that it seeks

14 confidential, proprietary and trade secret information, including such information

15 that has no bearing on the claims or defenses in this case. Mattel further objects to

16 this Request on the grounds that it calls for the disclosure of information subject to

17 the attorney-client privilege, the attorney work-product doctrine and other applicable

18 privileges.

19         Subject to the foregoing objections, Mattel responds as follows: Mattel

20 will produce responsive, non-privileged documents relating to John Bloodworth's

21 knowledge of the facts at issue in this litigation as alleged in Mattel's Initial

22 Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel

23 has been able to locate after a diligent search and reasonable inquiry, to the extent

24 not previously produced.

25

26 **REQUEST FOR PRODUCTION NO. 197:**

27         All DOCUMENTS REFERRING OR RELATING TO Kevin

28 Bloomfield's alleged knowledge of "MGA's access to Mattel's intellectual property

07209/2147010.

-18-

RESPONSES TO THIRD SET OF REQUESTS FOR PRODUCTION

Exhibit 26 - Page 790

1 | and trade secrets" and "MGA business practices," as alleged in MATTEL'S
2 | INITIAL DISCLOSURES.

3

4 | **RESPONSE TO REQUEST FOR PRODUCTION NO. 197:**

5 |    In addition to the general objections stated above which are
6 | incorporated herein by reference, Mattel objects to this Request on the grounds that
7 | it is overbroad, unduly burdensome and unintelligible, including in that it seeks all
8 | documents on this subject without limitation as to time, and regardless of whether
9 | such documents relate to products or matters at issue in this case. Mattel further
10 | objects to the Request on the grounds that it seeks documents that are not relevant to
11 | this action or likely to lead to the discovery of admissible evidence. Mattel further
12 | objects to this Request on the grounds that it calls for documents or information in
13 | the possession, custody or control of MGA, including without limitation documents
14 | and information that MGA has been compelled by Court orders to produce but has
15 | not produced. Mattel further objects to this Request on the grounds that it seeks
16 | confidential, proprietary and trade secret information, including such information
17 | that has no bearing on the claims or defenses in this case. Mattel further objects to
18 | this Request on the grounds that it calls for the disclosure of information subject to
19 | the attorney-client privilege, the attorney work-product doctrine and other applicable
20 | privileges.

21 |    Subject to the foregoing objections, Mattel responds as follows: Mattel
22 | will produce responsive, non-privileged documents relating to Kevin Bloomfield's
23 | knowledge of the facts at issue in this litigation as alleged in Mattel's Initial
24 | Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel
25 | has been able to locate after a diligent search and reasonable inquiry, to the extent
26 | not previously produced.

27

28

07209/2147010.

-19-

1  **REQUEST FOR PRODUCTION NO. 198:**

2          All DOCUMENTS REFERRING OR RELATING TO Matt

3  Bousquette's alleged knowledge of "Mattel's business operations and the

4  development and ownership of intellectual property at issue," as alleged in

5  MATTEL'S INITIAL DISCLOSURES.

6

7  **RESPONSE TO REQUEST FOR PRODUCTION NO. 198:**

8          In addition to the general objections stated above which are

9  incorporated herein by reference, Mattel objects to this Request on the grounds that

10 it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

11 documents on this subject without limitation as to time, and regardless of whether

12 such documents relate to products or matters at issue in this case. Mattel further

13 objects to the Request on the grounds that it seeks documents that are not relevant to

14 this action or likely to lead to the discovery of admissible evidence. Mattel further

15 objects to this Request on the grounds that it seeks confidential, proprietary and

16 trade secret information, including such information that has no bearing on the

17 claims or defenses in this case. Mattel further objects to this Request on the grounds

18 that it calls for the disclosure of information subject to the attorney-client privilege,

19 the attorney work-product doctrine and other applicable privileges.

20         Subject to the foregoing objections, Mattel responds as follows: Mattel

21 will produce responsive, non-privileged documents relating to Matt Bousquette's

22 knowledge of the facts at issue in this litigation as alleged in Mattel's Initial

23 Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel

24 has been able to locate after a diligent search and reasonable inquiry, to the extent

25 not previously produced.

26

27

28

**REQUEST FOR PRODUCTION NO. 199:**

All DOCUMENTS in Matt Bousquette's possession or control REFERRING OR RELATING TO his alleged knowledge of "Mattel's business operations and the development and ownership of intellectual property at issue," as alleged in MATTEL'S INITIAL DISCLOSURES.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 199:**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad, unduly burdensome and unintelligible, including in that it seeks all documents on this subject without limitation as to time, and regardless of whether such documents relate to products or matters at issue in this case. Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence. Mattel further objects to this Request on the grounds that it seeks confidential, proprietary and trade secret information, including such information that has no bearing on the claims or defenses in this case. Mattel further objects to this Request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges.

Subject to the foregoing objections, Mattel responds as follows: Mattel will produce responsive, non-privileged documents relating to Matt Bousquette's knowledge of the facts at issue in this litigation as alleged in Mattel's Initial Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel has been able to locate after a diligent search and reasonable inquiry, to the extent not previously produced.

07209/2147010.

-21-

**REQUEST FOR PRODUCTION NO. 200:**

All DOCUMENTS REFERRING OR RELATING TO Ron Brawer's alleged knowledge of "MGA's theft of Mattel's intellectual property and trade secrets" and "MGA business practices," as alleged in MATTEL'S INITIAL DISCLOSURES.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 200:**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad, unduly burdensome and unintelligible, including in that it seeks all documents on this subject without limitation as to time, and regardless of whether such documents relate to products or matters at issue in this case. Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence. Mattel further objects to this Request on the grounds that it calls for documents or information in the possession, custody or control of MGA, including without limitation documents and information that MGA has been compelled by Court orders to produce but has not produced. Mattel further objects to this Request on the grounds that it seeks confidential, proprietary and trade secret information, including such information that has no bearing on the claims or defenses in this case. Mattel further objects to this Request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges.

Subject to the foregoing objections, Mattel responds as follows:  Mattel will produce responsive, non-privileged documents relating to Ron Brawer's knowledge of the facts at issue in this litigation as alleged in Mattel's Initial Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel

07209/2147010.

-22-
RESPONSES TO THIRD SET OF REQUESTS FOR PRODUCTION

Exhibit 26 - Page 794

1   has been able to locate after a diligent search and reasonable inquiry, to the extent

2   not previously produced.

3

4   **REQUEST FOR PRODUCTION NO. 201:**

5          All DOCUMENTS REFERRING OR RELATING TO Janine

6   Brisbois's alleged knowledge of "MGA's theft of Mattel's intellectual property and

7   trade secrets" and "MGA business practices," as alleged in MATTEL'S INITIAL

8   DISCLOSURES.

9

10  **RESPONSE TO REQUEST FOR PRODUCTION NO. 201:**

11         In addition to the general objections stated above which are

12  incorporated herein by reference, Mattel objects to this Request on the grounds that

13  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

14  documents on this subject without limitation as to time, and regardless of whether

15  such documents relate to products or matters at issue in this case.  Mattel further

16  objects to the Request on the grounds that it seeks documents that are not relevant to

17  this action or likely to lead to the discovery of admissible evidence.  Mattel further

18  objects to this Request on the grounds that it calls for documents or information in

19  the possession, custody or control of MGA, including without limitation documents

20  and information that MGA has been compelled by Court orders to produce but has

21  not produced.  Mattel further objects to this Request on the grounds that it seeks

22  confidential, proprietary and trade secret information, including such information

23  that has no bearing on the claims or defenses in this case.  Mattel further objects to

24  this Request on the grounds that it calls for the disclosure of information subject to

25  the attorney-client privilege, the attorney work-product doctrine and other applicable

26  privileges.

27         Subject to the foregoing objections, Mattel responds as follows:  Mattel

28  will produce responsive, non-privileged documents relating to Janine Brisbois's

07209/2147010.

-23-

RESPONSES TO THIRD SET OF REQUESTS FOR PRODUCTION

Exhibit 26 - Page 795

1  knowledge of the facts at issue in this litigation as alleged in Mattel's Initial

2  Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel

3  has been able to locate after a diligent search and reasonable inquiry, to the extent

4  not previously produced.

5

6  **REQUEST FOR PRODUCTION NO. 202:**

7          All DOCUMENTS REFERRING OR RELATING TO Carter Bryant's

8  alleged knowledge of "[d]esign and development of Bratz and Bryant's work with or

9  for MGA during his Mattel employment," "Bryant's breach of obligations to

10  Mattel," "MGA's theft of Mattel's intellectual property and trade secrets" and "MGA

11  business practices," as alleged in MATTEL'S INITIAL DISCLOSURES.

12

13  **RESPONSE TO REQUEST FOR PRODUCTION NO. 202:**

14          In addition to the general objections stated above which are

15  incorporated herein by reference, Mattel objects to this Request on the grounds that

16  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

17  documents on this subject without limitation as to time, and regardless of whether

18  such documents relate to products or matters at issue in this case. Mattel further

19  objects to the Request on the grounds that it seeks documents that are not relevant to

20  this action or likely to lead to the discovery of admissible evidence. Mattel further

21  objects to this Request on the grounds that it calls for documents or information in

22  the possession, custody or control of MGA, including without limitation documents

23  and information that MGA has been compelled by Court orders to produce but has

24  not produced. Mattel further objects to this Request on the grounds that it seeks

25  confidential, proprietary and trade secret information, including such information

26  that has no bearing on the claims or defenses in this case. Mattel further objects to

27  this Request on the grounds that it calls for the disclosure of information subject to

28

1  the attorney-client privilege, the attorney work-product doctrine and other applicable

2  privileges.

3           Subject to the foregoing objections, Mattel responds as follows:  Mattel

4  will produce responsive, non-privileged documents relating to Carter Bryant's

5  knowledge of the facts at issue in this litigation as alleged in Mattel's Initial

6  Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel

7  has been able to locate after a diligent search and reasonable inquiry, to the extent

8  not previously produced.

9

10 **REQUEST FOR PRODUCTION NO. 203:**

11          All DOCUMENTS REFERRING OR RELATING TO Sarah Buzby's

12 alleged knowledge of "[t]he development and ownership of intellectual property at

13 issue," as alleged in MATTEL'S INITIAL DISCLOSURES.

14

15 **RESPONSE TO REQUEST FOR PRODUCTION NO. 203:**

16          In addition to the general objections stated above which are

17 incorporated herein by reference, Mattel objects to this Request on the grounds that

18 it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

19 documents on this subject without limitation as to time, and regardless of whether

20 such documents relate to products or matters at issue in this case.  Mattel further

21 objects to the Request on the grounds that it seeks documents that are not relevant to

22 this action or likely to lead to the discovery of admissible evidence.  Mattel further

23 objects to this Request on the grounds that it seeks confidential, proprietary and

24 trade secret information, including such information that has no bearing on the

25 claims or defenses in this case.  Mattel further objects to this Request on the grounds

26 that it calls for the disclosure of information subject to the attorney-client privilege,

27 the attorney work-product doctrine and other applicable privileges.

28

07209/2147010.

-25-

RESPONSES TO THIRD SET OF REQUESTS FOR PRODUCTION

Exhibit 26 - Page 797

1      Subject to the foregoing objections, Mattel responds as follows:  Mattel

2  will produce responsive, non-privileged documents relating to Sarah Buzby's

3  knowledge of the facts at issue in this litigation as alleged in Mattel's Initial

4  Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel

5  has been able to locate after a diligent search and reasonable inquiry, to the extent

6  not previously produced.

7

8  **REQUEST FOR PRODUCTION NO. 204:**

9      All DOCUMENTS in Sarah Buzby's possession or control

10  REFERRING OR RELATING TO her alleged knowledge of "[t]he development

11  and ownership of intellectual property at issue," as alleged in MATTEL'S INITIAL

12  DISCLOSURES.

13

14  **RESPONSE TO REQUEST FOR PRODUCTION NO. 204:**

15      In addition to the general objections stated above which are

16  incorporated herein by reference, Mattel objects to this Request on the grounds that

17  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

18  documents on this subject without limitation as to time, and regardless of whether

19  such documents relate to products or matters at issue in this case.  Mattel further

20  objects to the Request on the grounds that it seeks documents that are not relevant to

21  this action or likely to lead to the discovery of admissible evidence.  Mattel further

22  objects to this Request on the grounds that it seeks confidential, proprietary and

23  trade secret information, including such information that has no bearing on the

24  claims or defenses in this case.  Mattel further objects to this Request on the grounds

25  that it calls for the disclosure of information subject to the attorney-client privilege,

26  the attorney work-product doctrine and other applicable privileges.

27      Subject to the foregoing objections, Mattel responds as follows:  Mattel

28  will produce responsive, non-privileged documents relating to Sarah Buzby's

07209/2147010.

-26-

1  knowledge of the facts at issue in this litigation as alleged in Mattel's Initial
2  Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel
3  has been able to locate after a diligent search and reasonable inquiry, to the extent
4  not previously produced.

5

6  **REQUEST FOR PRODUCTION NO. 205:**

7      All DOCUMENTS REFERRING OR RELATING TO Juan Carlos
8  Virrueta Carnacho's alleged knowledge of "MGA's access to Mattel's intellectual
9  property and trade secrets" and "MGA business practices," as alleged in MATTEL'S
10  INITIAL DISCLOSURES.

11

12  **RESPONSE TO REQUEST FOR PRODUCTION NO. 205:**

13      In addition to the general objections stated above which are
14  incorporated herein by reference, Mattel objects to this Request on the grounds that
15  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all
16  documents on this subject without limitation as to time, and regardless of whether
17  such documents relate to products or matters at issue in this case.  Mattel further
18  objects to the Request on the grounds that it seeks documents that are not relevant to
19  this action or likely to lead to the discovery of admissible evidence.  Mattel further
20  objects to this Request on the grounds that it calls for documents or information in
21  the possession, custody or control of MGA, including without limitation documents
22  and information that MGA has been compelled by Court orders to produce but has
23  not produced.  Mattel further objects to this Request on the grounds that it seeks
24  confidential, proprietary and trade secret information, including such information
25  that has no bearing on the claims or defenses in this case.  Mattel further objects to
26  this Request on the grounds that it calls for the disclosure of information subject to
27  the attorney-client privilege, the attorney work-product doctrine and other applicable
28  privileges.

07209/2147010.

-27-

1    Subject to the foregoing objections, Mattel responds as follows: Mattel
2  will produce responsive, non-privileged documents relating to Juan Carlos Virrueta
3  Camacho's knowledge of the facts at issue in this litigation as alleged in Mattel's
4  Initial Disclosures that are in Mattel's possession, custody, or control, if any, that
5  Mattel has been able to locate after a diligent search and reasonable inquiry, to the
6  extent not previously produced.

7

8  **REQUEST FOR PRODUCTION NO. 206:**

9    All DOCUMENTS REFERRING OR RELATING TO Kathy Casey's
10 alleged knowledge of "Mattel's business operations and the development and
11 ownership of intellectual property at issue," as alleged in MATTEL'S INITIAL
12 DISCLOSURES.

13

14 **RESPONSE TO REQUEST FOR PRODUCTION NO. 206:**

15    In addition to the general objections stated above which are
16 incorporated herein by reference, Mattel objects to this Request on the grounds that
17 it is overbroad, unduly burdensome and unintelligible, including in that it seeks all
18 documents on this subject without limitation as to time, and regardless of whether
19 such documents relate to products or matters at issue in this case. Mattel further
20 objects to the Request on the grounds that it seeks documents that are not relevant to
21 this action or likely to lead to the discovery of admissible evidence. Mattel further
22 objects to this Request on the grounds that it seeks confidential, proprietary and
23 trade secret information, including such information that has no bearing on the
24 claims or defenses in this case. Mattel further objects to this Request on the grounds
25 that it calls for the disclosure of information subject to the attorney-client privilege,
26 the attorney work-product doctrine and other applicable privileges.

27    Subject to the foregoing objections, Mattel responds as follows: Mattel
28 will produce responsive, non-privileged documents relating to Kathy Casey's

07209/2147010.

-28-

1  knowledge of the facts at issue in this litigation as alleged in Mattel's Initial

2  Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel

3  has been able to locate after a diligent search and reasonable inquiry, to the extent

4  not previously produced.

5

6  **REQUEST FOR PRODUCTION NO. 207:**

7        All DOCUMENTS in Kathy Casey's possession or control

8  REFERRING OR RELATING TO her alleged knowledge of "Mattel's business

9  operations and the development and ownership of intellectual property at issue," as

10  alleged in MATTEL'S INITIAL DISCLOSURES.

11

12  **RESPONSE TO REQUEST FOR PRODUCTION NO. 207:**

13        In addition to the general objections stated above which are

14  incorporated herein by reference, Mattel objects to this Request on the grounds that

15  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

16  documents on this subject without limitation as to time, and regardless of whether

17  such documents relate to products or matters at issue in this case.  Mattel further

18  objects to the Request on the grounds that it seeks documents that are not relevant to

19  this action or likely to lead to the discovery of admissible evidence.  Mattel further

20  objects to this Request on the grounds that it seeks confidential, proprietary and

21  trade secret information, including such information that has no bearing on the

22  claims or defenses in this case.  Mattel further objects to this Request on the grounds

23  that it calls for the disclosure of information subject to the attorney-client privilege,

24  the attorney work-product doctrine and other applicable privileges.

25        Subject to the foregoing objections, Mattel responds as follows:  Mattel

26  will produce responsive, non-privileged documents relating to Kathy Casey's

27  knowledge of the facts at issue in this litigation as alleged in Mattel's Initial

28  Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel

1 | has been able to locate after a diligent search and reasonable inquiry, to the extent

2 | not previously produced.

3 |

4 | **REQUEST FOR PRODUCTION NO. 208:**

5 | All DOCUMENTS REFERRING OR RELATING TO Jorge Castilla's

6 | alleged knowledge of "MGA's access to Mattel's intellectual property and trade

7 | secrets" and "MGA business practices," as alleged in MATTEL'S INITIAL

8 | DISCLOSURES.

9 |

10 | **RESPONSE TO REQUEST FOR PRODUCTION NO. 208:**

11 | In addition to the general objections stated above which are

12 | incorporated herein by reference, Mattel objects to this Request on the grounds that

13 | it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

14 | documents on this subject without limitation as to time, and regardless of whether

15 | such documents relate to products or matters at issue in this case. Mattel further

16 | objects to the Request on the grounds that it seeks documents that are not relevant to

17 | this action or likely to lead to the discovery of admissible evidence. Mattel further

18 | objects to this Request on the grounds that it calls for documents or information in

19 | the possession, custody or control of MGA, including without limitation documents

20 | and information that MGA has been compelled by Court orders to produce but has

21 | not produced. Mattel further objects to this Request on the grounds that it seeks

22 | confidential, proprietary and trade secret information, including such information

23 | that has no bearing on the claims or defenses in this case. Mattel further objects to

24 | this Request on the grounds that it calls for the disclosure of information subject to

25 | the attorney-client privilege, the attorney work-product doctrine and other applicable

26 | privileges.

27 | Subject to the foregoing objections, Mattel responds as follows: Mattel

28 | will produce responsive, non-privileged documents relating to Jorge Castilla's

07209/2147010.

-30-

1  knowledge of the facts at issue in this litigation as alleged in Mattel's Initial

2  Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel

3  has been able to locate after a diligent search and reasonable inquiry, to the extent

4  not previously produced.

5

6  **REQUEST FOR PRODUCTION NO. 209:**

7  　　　　　　All DOCUMENTS REFERRING OR RELATING TO Jimmy Cheng's

8  alleged knowledge of"[d]esign and development of Bratz and Bryant's work with or

9  for MGA during his Mattel employment" and "MGA business practices," as alleged

10  in MATTEL'S INITIAL DISCLOSURES.

11

12  **RESPONSE TO REQUEST FOR PRODUCTION NO. 209:**

13  　　　　　　In addition to the general objections stated above which are

14  incorporated herein by reference, Mattel objects to this Request on the grounds that

15  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

16  documents on this subject without limitation as to time, and regardless of whether

17  such documents relate to products or matters at issue in this case.  Mattel further

18  objects to the Request on the grounds that it seeks documents that are not relevant to

19  this action or likely to lead to the discovery of admissible evidence.  Mattel further

20  objects to this Request on the grounds that it calls for documents or information in

21  the possession, custody or control of MGA and/or Bryant, including without

22  limitation documents and information that MGA and Bryant have been compelled

23  by Court orders to produce but have not produced.  Mattel further objects to this

24  Request on the grounds that it seeks confidential, proprietary and trade secret

25  information, including such information that has no bearing on the claims or

26  defenses in this case.  Mattel further objects to this Request on the grounds that it

27  calls for the disclosure of information subject to the attorney-client privilege, the

28  attorney work-product doctrine and other applicable privileges.

07209/2147010.

-31-

1           Subject to the foregoing objections, Mattel responds as follows:  Mattel

2   will produce responsive, non-privileged documents relating to Jimmy Cheng's

3   knowledge of the facts at issue in this litigation as alleged in Mattel's Initial

4   Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel

5   has been able to locate after a diligent search and reasonable inquiry, to the extent

6   not previously produced.

7

8   **REQUEST FOR PRODUCTION NO. 210:**

9           All DOCUMENTS REFERRING OR RELATING TO Steve Quoc

10  Cheng's alleged knowledge of "MGA's access to Mattel's intellectual property and

11  trade secrets" and "MGA business practices," as alleged in MATTEL'S INITIAL

12  DISCLOSURES.

13

14  **RESPONSE TO REQUEST FOR PRODUCTION NO. 210:**

15          In addition to the general objections stated above which are

16  incorporated herein by reference, Mattel objects to this Request on the grounds that

17  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

18  documents on this subject without limitation as to time, and regardless of whether

19  such documents relate to products or matters at issue in this case.  Mattel further

20  objects to the Request on the grounds that it seeks documents that are not relevant to

21  this action or likely to lead to the discovery of admissible evidence.  Mattel further

22  objects to this Request on the grounds that it calls for documents or information in

23  the possession, custody or control of MGA and/or Bryant, including without

24  limitation documents and information that MGA and Bryant have been compelled

25  by Court orders to produce but have not produced.  Mattel further objects to this

26  Request on the grounds that it seeks confidential, proprietary and trade secret

27  information, including such information that has no bearing on the claims or

28  defenses in this case.  Mattel further objects to this Request on the grounds that it

07209/2147010.

-32-

1 calls for the disclosure of information subject to the attorney-client privilege, the

2 attorney work-product doctrine and other applicable privileges.

3          Subject to the foregoing objections, Mattel responds as follows:  Mattel

4 will produce responsive, non-privileged documents relating to Steve Quoc Cheng's

5 knowledge of the facts at issue in this litigation as alleged in Mattel's Initial

6 Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel

7 has been able to locate after a diligent search and reasonable inquiry, to the extent

8 not previously produced.

9

10 **REQUEST FOR PRODUCTION NO. 211:**

11          All DOCUMENTS REFERRING OR RELATING TO Maureen

12 Mullen Chianese's alleged knowledge of "[t]he development and ownership of

13 intellectual property at issue," as alleged in MATTEL'S INITIAL DISCLOSURES.

14

15 **RESPONSE TO REQUEST FOR PRODUCTION NO. 211:**

16          In addition to the general objections stated above which are

17 incorporated herein by reference, Mattel objects to this Request on the grounds that

18 it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

19 documents on this subject without limitation as to time, and regardless of whether

20 such documents relate to products or matters at issue in this case.  Mattel further

21 objects to the Request on the grounds that it seeks documents that are not relevant to

22 this action or likely to lead to the discovery of admissible evidence.  Mattel further

23 objects to this Request on the grounds that it calls for documents or information in

24 the possession, custody or control of MGA and/or Bryant, including without

25 limitation documents and information that MGA and Bryant have been compelled

26 by Court orders to produce but have not produced.  Mattel further objects to this

27 Request on the grounds that it seeks confidential, proprietary and trade secret

28 information, including such information that has no bearing on the claims or

1  defenses in this case.  Mattel further objects to this Request on the grounds that it

2  calls for the disclosure of information subject to the attorney-client privilege, the

3  attorney work-product doctrine and other applicable privileges.

4            Subject to the foregoing objections, Mattel responds as follows:  Mattel

5  will produce responsive, non-privileged documents relating to Maureen Mullen

6  Chianese's knowledge of the facts at issue in this litigation as alleged in Mattel's

7  Initial Disclosures that are in Mattel's possession, custody, or control, if any, that

8  Mattel has been able to locate after a diligent search and reasonable inquiry, to the

9  extent not previously produced.

10

11  **REQUEST FOR PRODUCTION NO. 212:**

12            All DOCUMENTS REFERRING OR RELATING TO Ok Soo Choi's

13  alleged knowledge of "[t]he development and ownership of intellectual property at

14  issue," as alleged in MATTEL'S INITIAL DISCLOSURES.

15

16  **RESPONSE TO REQUEST FOR PRODUCTION NO. 212:**

17            In addition to the general objections stated above which are

18  incorporated herein by reference, Mattel objects to this Request on the grounds that

19  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

20  documents on this subject without limitation as to time, and regardless of whether

21  such documents relate to products or matters at issue in this case.  Mattel further

22  objects to the Request on the grounds that it seeks documents that are not relevant to

23  this action or likely to lead to the discovery of admissible evidence.  Mattel further

24  objects to this Request on the grounds that it seeks confidential, proprietary and

25  trade secret information, including such information that has no bearing on the

26  claims or defenses in this case.  Mattel further objects to this Request on the grounds

27  that it calls for the disclosure of information subject to the attorney-client privilege,

28  the attorney work-product doctrine and other applicable privileges.

07209/2147010.

-34-

1    Subject to the foregoing objections, Mattel responds as follows: Mattel

2  will produce responsive, non-privileged documents relating to Ok Soo Choi's

3  knowledge of the facts at issue in this litigation as alleged in Mattel's Initial

4  Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel

5  has been able to locate after a diligent search and reasonable inquiry, to the extent

6  not previously produced.

7

8  **REQUEST FOR PRODUCTION NO. 213:**

9    All DOCUMENTS in Ok Soo Choi's possession or control

10  REFERRING OR RELATING TO his or her alleged knowledge of "[t]he

11  development and ownership of intellectual property at issue," as alleged in

12  MATTEL'S INITIAL DISCLOSURES.

13

14  **RESPONSE TO REQUEST FOR PRODUCTION NO. 213:**

15    In addition to the general objections stated above which are

16  incorporated herein by reference, Mattel objects to this Request on the grounds that

17  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

18  documents on this subject without limitation as to time, and regardless of whether

19  such documents relate to products or matters at issue in this case.  Mattel further

20  objects to the Request on the grounds that it seeks documents that are not relevant to

21  this action or likely to lead to the discovery of admissible evidence.  Mattel further

22  objects to this Request on the grounds that it seeks confidential, proprietary and

23  trade secret information, including such information that has no bearing on the

24  claims or defenses in this case.  Mattel further objects to this Request on the grounds

25  that it calls for the disclosure of information subject to the attorney-client privilege,

26  the attorney work-product doctrine and other applicable privileges.

27    Subject to the foregoing objections, Mattel responds as follows:  Mattel

28  will produce responsive, non-privileged documents relating to Ok Soo Choi's

07209/2147010.

-35-

Exhibit 26 - Page 807

1  knowledge of the facts at issue in this litigation as alleged in Mattel's Initial

2  Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel

3  has been able to locate after a diligent search and reasonable inquiry, to the extent

4  not previously produced.

5

6  **REQUEST FOR PRODUCTION NO. 214:**

7  All DOCUMENTS REFERRING OR RELATING TO Fabienne

8  Chonavel's alleged knowledge of "[t]he development of Bratz and MGA's access to

9  Mattel's intellectual property and trade secrets" and "MGA business practices," as

10  alleged in MATTEL'S INITIAL DISCLOSURES.

11

12  **RESPONSE TO REQUEST FOR PRODUCTION NO. 214:**

13  In addition to the general objections stated above which are

14  incorporated herein by reference, Mattel objects to this Request on the grounds that

15  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

16  documents on this subject without limitation as to time, and regardless of whether

17  such documents relate to products or matters at issue in this case. Mattel further

18  objects to the Request on the grounds that it seeks documents that are not relevant to

19  this action or likely to lead to the discovery of admissible evidence. Mattel further

20  objects to this Request on the grounds that it seeks confidential, proprietary and

21  trade secret information, including such information that has no bearing on the

22  claims or defenses in this case. Mattel further objects to this Request on the grounds

23  that it calls for the disclosure of information subject to the attorney-client privilege,

24  the attorney work-product doctrine and other applicable privileges.

25  Subject to the foregoing objections, Mattel responds as follows: Mattel

26  will produce responsive, non-privileged documents relating to Fabienne Chonavel's

27  knowledge of the facts at issue in this litigation as alleged in Mattel's Initial

28  Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel

1 | has been able to locate after a diligent search and reasonable inquiry, to the extent

2 | not previously produced.

3

4 | **REQUEST FOR PRODUCTION NO. 215:**

5 |       All DOCUMENTS REFERRING OR RELATING TO Larry Clayton's

6 | alleged knowledge of "[t]he development and ownership of intellectual property at

7 | issue," as alleged in MATTEL'S INITIAL DISCLOSURES.

8

9 | **RESPONSE TO REQUEST FOR PRODUCTION NO. 215:**

10 |       In addition to the general objections stated above which are

11 | incorporated herein by reference, Mattel objects to this Request on the grounds that

12 | it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

13 | documents on this subject without limitation as to time, and regardless of whether

14 | such documents relate to products or matters at issue in this case.  Mattel further

15 | objects to the Request on the grounds that it seeks documents that are not relevant to

16 | this action or likely to lead to the discovery of admissible evidence.  Mattel further

17 | objects to this Request on the grounds that it seeks confidential, proprietary and

18 | trade secret information, including such information that has no bearing on the

19 | claims or defenses in this case.  Mattel further objects to this Request on the grounds

20 | that it calls for the disclosure of information subject to the attorney-client privilege,

21 | the attorney work-product doctrine and other applicable privileges.

22 |       Subject to the foregoing objections, Mattel responds as follows:  Mattel

23 | will produce responsive, non-privileged documents relating to Larry Clayton's

24 | knowledge of the facts at issue in this litigation as alleged in Mattel's Initial

25 | Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel

26 | has been able to locate after a diligent search and reasonable inquiry, to the extent

27 | not previously produced.

28

07209/2147010.

-37-

**REQUEST FOR PRODUCTION NO. 216:**

All DOCUMENTS in Larry Clayton's possession or control REFERRING OR RELATING TO his alleged knowledge of "[t]he development and ownership of intellectual property at issue," as alleged in MATTEL'S INITIAL DISCLOSURES.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 216:**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad, unduly burdensome and unintelligible, including in that it seeks all documents on this subject without limitation as to time, and regardless of whether such documents relate to products or matters at issue in this case. Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence. Mattel further objects to this Request on the grounds that it seeks confidential, proprietary and trade secret information, including such information that has no bearing on the claims or defenses in this case. Mattel further objects to this Request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges.

Subject to the foregoing objections, Mattel responds as follows: Mattel will produce responsive, non-privileged documents relating to Larry Clayton's knowledge of the facts at issue in this litigation as alleged in Mattel's Initial Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel has been able to locate after a diligent search and reasonable inquiry, to the extent not previously produced.

**REQUEST FOR PRODUCTION NO. 217:**

All DOCUMENTS REFERRING OR RELATING TO Elise Cloonan's alleged knowledge of "[d]esign and development of Bratz and Bryant's work for MGA during his employment by Mattel," "Bryant's breach of obligations to Mattel," "the development and ownership of intellectual property at issue," and "MGA business practices," as alleged in MATTEL'S INITIAL DISCLOSURES.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 217:**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad, unduly burdensome and unintelligible, including in that it seeks all documents on this subject without limitation as to time, and regardless of whether such documents relate to products or matters at issue in this case. Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence. Mattel further objects to this Request on the grounds that it calls for documents or information in the possession, custody or control of MGA and/or Bryant, including without limitation documents and information that MGA and Bryant have been compelled by Court orders to produce but have not produced. Mattel further objects to this Request on the grounds that it seeks confidential, proprietary and trade secret information, including such information that has no bearing on the claims or defenses in this case. Mattel further objects to this Request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges.

Subject to the foregoing objections, Mattel responds as follows: Mattel will produce responsive, non-privileged documents relating to Elise Cloonan's knowledge of the facts at issue in this litigation as alleged in Mattel's Initial Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel

1   has been able to locate after a diligent search and reasonable inquiry, to the extent

2   not previously produced.

3

4   **REQUEST FOR PRODUCTION NO. 218:**

5            All DOCUMENTS REFERRING OR RELATING TO Gary Cogland's

6   alleged knowledge of "[d]esign and development of Bratz and Bryant's work with or

7   for MGA during his Mattel employment" and "MGA business practices," as alleged

8   in MATTEL'S INITIAL DISCLOSURES.

9

10  **RESPONSE TO REQUEST FOR PRODUCTION NO. 218:**

11           In addition to the general objections stated above which are

12  incorporated herein by reference, Mattel objects to this Request on the grounds that

13  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

14  documents on this subject without limitation as to time, and regardless of whether

15  such documents relate to products or matters at issue in this case.  Mattel further

16  objects to the Request on the grounds that it seeks documents that are not relevant to

17  this action or likely to lead to the discovery of admissible evidence.  Mattel further

18  objects to this Request on the grounds that it calls for documents or information in

19  the possession, custody or control of MGA, including without limitation documents

20  and information that MGA has been compelled by Court orders to produce but has

21  not produced.  Mattel further objects to this Request on the grounds that it seeks

22  confidential, proprietary and trade secret information, including such information

23  that has no bearing on the claims or defenses in this case.  Mattel further objects to

24  this Request on the grounds that it calls for the disclosure of information subject to

25  the attorney-client privilege, the attorney work-product doctrine and other applicable

26  privileges.

27           Subject to the foregoing objections, Mattel responds as follows:  Mattel

28  will produce responsive, non-privileged documents relating to Gary Cogland's

07209/2147010.

-40-

1 knowledge of the facts at issue in this litigation as alleged in Mattel's Initial
2 Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel
3 has been able to locate after a diligent search and reasonable inquiry, to the extent
4 not previously produced.

5

6 **REQUEST FOR PRODUCTION NO. 219:**

7 　　　　　All DOCUMENTS REFERRING OR RELATING TO Nick Armando
8 Contreras's alleged knowledge of "MGA's access to Mattel's intellectual property
9 and trade secrets" and "MGA business practices," as alleged in MATTEL'S
10 INITIAL DISCLOSURES.

11

12 **RESPONSE TO REQUEST FOR PRODUCTION NO. 219:**

13 　　　　　In addition to the general objections stated above which are
14 incorporated herein by reference, Mattel objects to this Request on the grounds that
15 it is overbroad, unduly burdensome and unintelligible, including in that it seeks all
16 documents on this subject without limitation as to time, and regardless of whether
17 such documents relate to products or matters at issue in this case.  Mattel further
18 objects to the Request on the grounds that it seeks documents that are not relevant to
19 this action or likely to lead to the discovery of admissible evidence.  Mattel further
20 objects to this Request on the grounds that it calls for documents or information in
21 the possession, custody or control of MGA, including without limitation documents
22 and information that MGA has been compelled by Court orders to produce but has
23 not produced.  Mattel further objects to this Request on the grounds that it seeks
24 confidential, proprietary and trade secret information, including such information
25 that has no bearing on the claims or defenses in this case.  Mattel further objects to
26 this Request on the grounds that it calls for the disclosure of information subject to
27 the attorney-client privilege, the attorney work-product doctrine and other applicable
28 privileges.

07209/2147010.

-41-

1   Subject to the foregoing objections, Mattel responds as follows:  Mattel
2   will produce responsive, non-privileged documents relating to Nick Armando
3   Contreras's knowledge of the facts at issue in this litigation as alleged in Mattel's
4   Initial Disclosures that are in Mattel's possession, custody, or control, if any, that
5   Mattel has been able to locate after a diligent search and reasonable inquiry, to the
6   extent not previously produced.

7

8   **REQUEST FOR PRODUCTION NO. 220:**

9   All DOCUMENTS REFERRING OR RELATING TO Daniel
10  Cooney's alleged knowledge of "MGA's access to Mattel's intellectual property and
11  trade secrets" and "MGA business practices," as alleged in MATTEL'S INITIAL
12  DISCLOSURES.

13

14  **RESPONSE TO REQUEST FOR PRODUCTION NO. 220:**

15  In addition to the general objections stated above which are
16  incorporated herein by reference, Mattel objects to this Request on the grounds that
17  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all
18  documents on this subject without limitation as to time, and regardless of whether
19  such documents relate to products or matters at issue in this case.  Mattel further
20  objects to the Request on the grounds that it seeks documents that are not relevant to
21  this action or likely to lead to the discovery of admissible evidence.  Mattel further
22  objects to this Request on the grounds that it calls for documents or information in
23  the possession, custody or control of MGA, including without limitation documents
24  and information that MGA has been compelled by Court orders to produce but has
25  not produced.  Mattel further objects to this Request on the grounds that it seeks
26  confidential, proprietary and trade secret information, including such information
27  that has no bearing on the claims or defenses in this case.  Mattel further objects to
28  this Request on the grounds that it calls for the disclosure of information subject to

07209/2147010.

-42-

1  the attorney-client privilege, the attorney work-product doctrine and other applicable
2  privileges.
3          Subject to the foregoing objections, Mattel responds as follows:  Mattel
4  will produce responsive, non-privileged documents relating to Daniel Cooney's
5  knowledge of the facts at issue in this litigation as alleged in Mattel's Initial
6  Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel
7  has been able to locate after a diligent search and reasonable inquiry, to the extent
8  not previously produced.
9
10  **REQUEST FOR PRODUCTION NO. 221:**
11          All DOCUMENTS REFERRING OR RELATING TO Stephanie
12  Cota's alleged knowledge of "[t]he development and ownership of intellectual
13  property at issue," as alleged in MATTEL'S INITIAL DISCLOSURES.
14
15  **RESPONSE TO REQUEST FOR PRODUCTION NO. 221:**
16          In addition to the general objections stated above which are
17  incorporated herein by reference, Mattel objects to this Request on the grounds that
18  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all
19  documents on this subject without limitation as to time, and regardless of whether
20  such documents relate to products or matters at issue in this case.  Mattel further
21  objects to the Request on the grounds that it seeks documents that are not relevant to
22  this action or likely to lead to the discovery of admissible evidence.  Mattel further
23  objects to this Request on the grounds that it seeks confidential, proprietary and
24  trade secret information, including such information that has no bearing on the
25  claims or defenses in this case.  Mattel further objects to this Request on the grounds
26  that it calls for the disclosure of information subject to the attorney-client privilege,
27  the attorney work-product doctrine and other applicable privileges.
28

07209/2147010.

-43-

1    Subject to the foregoing objections, Mattel responds as follows:  Mattel
2  will produce responsive, non-privileged documents relating to Stephanie Cota's
3  knowledge of the facts at issue in this litigation as alleged in Mattel's Initial
4  Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel
5  has been able to locate after a diligent search and reasonable inquiry, to the extent
6  not previously produced.
7
8  **REQUEST FOR PRODUCTION NO. 222:**
9    All DOCUMENTS in Stephanie Cota's possession or control
10  REFERRING OR RELATING TO her alleged knowledge of "[t]he development
11  and ownership of intellectual property at issue," as alleged in MATTEL'S INITIAL
12  DISCLOSURES.
13
14  **RESPONSE TO REQUEST FOR PRODUCTION NO. 222:**
15    In addition to the general objections stated above which are
16  incorporated herein by reference, Mattel objects to this Request on the grounds that
17  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all
18  documents on this subject without limitation as to time, and regardless of whether
19  such documents relate to products or matters at issue in this case.  Mattel further
20  objects to the Request on the grounds that it seeks documents that are not relevant to
21  this action or likely to lead to the discovery of admissible evidence.  Mattel further
22  objects to this Request on the grounds that it seeks confidential, proprietary and
23  trade secret information, including such information that has no bearing on the
24  claims or defenses in this case.  Mattel further objects to this Request on the grounds
25  that it calls for the disclosure of information subject to the attorney-client privilege,
26  the attorney work-product doctrine and other applicable privileges.
27    Subject to the foregoing objections, Mattel responds as follows:  Mattel
28  will produce responsive, non-privileged documents relating to Stephanie Cota's

07209/2147010.

-44-

1 | knowledge of the facts at issue in this litigation as alleged in Mattel's Initial

2 | Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel

3 | has been able to locate after a diligent search and reasonable inquiry, to the extent

4 | not previously produced.

5 |

6 | **REQUEST FOR PRODUCTION NO. 223:**

7 | All DOCUMENTS REFERRING OR RELATING TO David Dees's

8 | alleged knowledge of "[t]he development of Bratz," as alleged in MATTEL'S

9 | INITIAL DISCLOSURES.

10 |

11 | **RESPONSE TO REQUEST FOR PRODUCTION NO. 223:**

12 | In addition to the general objections stated above which are

13 | incorporated herein by reference, Mattel objects to this Request on the grounds that

14 | it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

15 | documents on this subject without limitation as to time, and regardless of whether

16 | such documents relate to products or matters at issue in this case. Mattel further

17 | objects to this Request on the grounds that it calls for documents or information in

18 | the possession, custody or control of MGA and/or Bryant, including without

19 | limitation documents and information that MGA and Bryant have been compelled

20 | by Court orders to produce but have not produced. Mattel further objects to this

21 | Request on the grounds that it seeks confidential, proprietary and trade secret

22 | information, including such information that has no bearing on the claims or

23 | defenses in this case. Mattel further objects to this Request on the grounds that it

24 | calls for the disclosure of information subject to the attorney-client privilege, the

25 | attorney work-product doctrine and other applicable privileges.

26 | Subject to the foregoing objections, Mattel responds as follows: Mattel

27 | will produce responsive, non-privileged documents relating to David Dees's

28 | knowledge of the facts at issue in this litigation as alleged in Mattel's Initial

07209/2147010.

-45-

1 | Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel
2 | has been able to locate after a diligent search and reasonable inquiry, to the extent
3 | not previously produced.

4

5 | **REQUEST FOR PRODUCTION NO. 224:**

6 | All DOCUMENTS REFERRING OR RELATING TO Alan Dennis's
7 | alleged knowledge of "[t]he development and ownership of intellectual property at
8 | issue," as alleged in MATTEL'S INITIAL DISCLOSURES.

9

10 | **RESPONSE TO REQUEST FOR PRODUCTION NO. 224:**

11 | In addition to the general objections stated above which are
12 | incorporated herein by reference, Mattel objects to this Request on the grounds that
13 | it is overbroad, unduly burdensome and unintelligible, including in that it seeks all
14 | documents on this subject without limitation as to time, and regardless of whether
15 | such documents relate to products or matters at issue in this case. Mattel further
16 | objects to the Request on the grounds that it seeks documents that are not relevant to
17 | this action or likely to lead to the discovery of admissible evidence. Mattel further
18 | objects to this Request on the grounds that it seeks confidential, proprietary and
19 | trade secret information, including such information that has no bearing on the
20 | claims or defenses in this case. Mattel further objects to this Request on the grounds
21 | that it calls for the disclosure of information subject to the attorney-client privilege,
22 | the attorney work-product doctrine and other applicable privileges.

23 | Subject to the foregoing objections, Mattel responds as follows: Mattel
24 | will produce responsive, non-privileged documents relating to Alan Dennis's
25 | knowledge of the facts at issue in this litigation as alleged in Mattel's Initial
26 | Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel
27 | has been able to locate after a diligent search and reasonable inquiry, to the extent
28 | not previously produced.

07209/2147010.

-46-

1

2 **REQUEST FOR PRODUCTION NO. 225:**

3      All DOCUMENTS in Alan Dennis's possession or control

4 REFERRING OR RELATING TO his alleged knowledge of "[t]he development

5 and ownership of intellectual property at issue," as alleged in MATTEL'S INITIAL

6 DISCLOSURES.

7

8 **RESPONSE TO REQUEST FOR PRODUCTION NO. 225:**

9      In addition to the general objections stated above which are

10 incorporated herein by reference, Mattel objects to this Request on the grounds that

11 it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

12 documents on this subject without limitation as to time, and regardless of whether

13 such documents relate to products or matters at issue in this case.  Mattel further

14 objects to the Request on the grounds that it seeks documents that are not relevant to

15 this action or likely to lead to the discovery of admissible evidence.  Mattel further

16 objects to this Request on the grounds that it seeks confidential, proprietary and

17 trade secret information, including such information that has no bearing on the

18 claims or defenses in this case.  Mattel further objects to this Request on the grounds

19 that it calls for the disclosure of information subject to the attorney-client privilege,

20 the attorney work-product doctrine and other applicable privileges.

21      Subject to the foregoing objections, Mattel responds as follows:  Mattel

22 will produce responsive, non-privileged documents relating to Alan Dennis's

23 knowledge of the facts at issue in this litigation as alleged in Mattel's Initial

24 Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel

25 has been able to locate after a diligent search and reasonable inquiry, to the extent

26 not previously produced.

27

28

**REQUEST FOR PRODUCTION NO. 226:**

All DOCUMENTS REFERRING OR RELATING TO Luis H. Domingo's alleged knowledge of "MGA's access to Mattel's intellectual property and trade secrets" and "MGA business practices," as alleged in MATTEL'S INITIAL DISCLOSURES.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 226:**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad, unduly burdensome and unintelligible, including in that it seeks all documents on this subject without limitation as to time, and regardless of whether such documents relate to products or matters at issue in this case. Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence. Mattel further objects to this Request on the grounds that it calls for documents or information in the possession, custody or control of MGA, including without limitation documents and information that MGA has been compelled by Court orders to produce but has not produced. Mattel further objects to this Request on the grounds that it seeks confidential, proprietary and trade secret information, including such information that has no bearing on the claims or defenses in this case. Mattel further objects to this Request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges.

Subject to the foregoing objections, Mattel responds as follows: Mattel will produce responsive, non-privileged documents relating to Luis H. Domingo's knowledge of the facts at issue in this litigation as alleged in Mattel's Initial Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel

07209/2147010.

-48-

RESPONSES TO THIRD SET OF REQUESTS FOR PRODUCTION

Exhibit 26 - Page 820

1  has been able to locate after a diligent search and reasonable inquiry, to the extent

2  not previously produced.

3

4  **REQUEST FOR PRODUCTION NO. 227:**

5          All DOCUMENTS REFERRING OR RELATING TO Ann Driskill's

6  alleged knowledge of "Carter Bryant's breach of obligations to Mattel," as alleged in

7  MATTEL'S INITIAL DISCLOSURES.

8

9  **RESPONSE TO REQUEST FOR PRODUCTION NO. 227:**

10          In addition to the general objections stated above which are

11  incorporated herein by reference, Mattel objects to this Request on the grounds that

12  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

13  documents on this subject without limitation as to time, and regardless of whether

14  such documents relate to products or matters at issue in this case.  Mattel further

15  objects to the Request on the grounds that it seeks documents that are not relevant to

16  this action or likely to lead to the discovery of admissible evidence.  Mattel further

17  objects to this Request on the grounds that it seeks confidential, proprietary and

18  trade secret information, including such information that has no bearing on the

19  claims or defenses in this case.  Mattel further objects to this Request on the grounds

20  that it calls for the disclosure of information subject to the attorney-client privilege,

21  the attorney work-product doctrine and other applicable privileges.

22          Subject to the foregoing objections, Mattel responds as follows:  Mattel

23  will produce responsive, non-privileged documents relating to Ann Driskill's

24  knowledge of the facts at issue in this litigation as alleged in Mattel's Initial

25  Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel

26  has been able to locate after a diligent search and reasonable inquiry, to the extent

27  not previously produced.

28

07209/2147010.

-49-

**REQUEST FOR PRODUCTION NO. 228:**

All DOCUMENTS in Ann Driskill's possession or control REFERRING OR RELATING TO her alleged knowledge of "Carter Bryant's breach of obligations to Mattel," as alleged in MATTEL'S INITIAL DISCLOSURES.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 228:**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad, unduly burdensome and unintelligible, including in that it seeks all documents on this subject without limitation as to time, and regardless of whether such documents relate to products or matters at issue in this case. Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence. Mattel further objects to this Request on the grounds that it seeks confidential, proprietary and trade secret information, including such information that has no bearing on the claims or defenses in this case. Mattel further objects to this Request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges.

Subject to the foregoing objections, Mattel responds as follows: Mattel will produce responsive, non-privileged documents relating to Ann Driskill's knowledge of the facts at issue in this litigation as alleged in Mattel's Initial Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel has been able to locate after a diligent search and reasonable inquiry, to the extent not previously produced.

**REQUEST FOR PRODUCTION NO. 229:**

All DOCUMENTS REFERRING OR RELATING TO Ian Dyer's alleged knowledge of "[t]he development and ownership of intellectual property at issue," as alleged in MATTEL'S INITIAL DISCLOSURES.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 229:**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad, unduly burdensome and unintelligible, including in that it seeks all documents on this subject without limitation as to time, and regardless of whether such documents relate to products or matters at issue in this case. Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence. Mattel further objects to this Request on the grounds that it seeks confidential, proprietary and trade secret information, including such information that has no bearing on the claims or defenses in this case. Mattel further objects to this Request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges.

Subject to the foregoing objections, Mattel responds as follows: Mattel will produce responsive, non-privileged documents relating to Ian Dyer's knowledge of the facts at issue in this litigation as alleged in Mattel's Initial Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel has been able to locate after a diligent search and reasonable inquiry, to the extent not previously produced.

**REQUEST FOR PRODUCTION NO. 230:**

All DOCUMENTS in Ian Dyer's possession or control REFERRING OR RELATING TO his alleged knowledge of "[t]he development and ownership of intellectual property at issue," as alleged in MATTEL'S INITIAL DISCLOSURES.

07209/2147010.

-51-

**RESPONSE TO REQUEST FOR PRODUCTION NO. 230:**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad, unduly burdensome and unintelligible, including in that it seeks all documents on this subject without limitation as to time, and regardless of whether such documents relate to products or matters at issue in this case. Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence. Mattel further objects to this Request on the grounds that it seeks confidential, proprietary and trade secret information, including such information that has no bearing on the claims or defenses in this case. Mattel further objects to this Request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges.

Subject to the foregoing objections, Mattel responds as follows: Mattel will produce responsive, non-privileged documents relating to Ian Dyer's knowledge of the facts at issue in this litigation as alleged in Mattel's Initial Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel has been able to locate after a diligent search and reasonable inquiry, to the extent not previously produced.

**REQUEST FOR PRODUCTION NO. 231:**

All DOCUMENTS REFERRING OR RELATING TO Robert Eckert's alleged knowledge of "Mattel's business operations and the development and ownership of intellectual property at issue," as alleged in MATTEL'S INITIAL DISCLOSURES.

07209/2147010.

-52-

**RESPONSE TO REQUEST FOR PRODUCTION NO. 231:**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad, unduly burdensome and unintelligible, including in that it seeks all documents on this subject without limitation as to time, and regardless of whether such documents relate to products or matters at issue in this case. Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence. Mattel further objects to this Request on the grounds that it seeks confidential, proprietary and trade secret information, including such information that has no bearing on the claims or defenses in this case. Mattel further objects to this Request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges.

Subject to the foregoing objections, Mattel responds as follows: Mattel will produce responsive, non-privileged documents relating to Robert Eckert's knowledge of the facts at issue in this litigation as alleged in Mattel's Initial Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel has been able to locate after a diligent search and reasonable inquiry, to the extent not previously produced.

**REQUEST FOR PRODUCTION NO. 232:**

All DOCUMENTS in Robert Eckert's possession or control REFERRING OR RELATING TO his alleged knowledge of "Mattel's business operations and the development and ownership of intellectual property at issue," as alleged in MATTEL'S INITIAL DISCLOSURES.

07209/2147010.

-53-

1

2 **RESPONSE TO REQUEST FOR PRODUCTION NO. 232:**

3           In addition to the general objections stated above which are

4 incorporated herein by reference, Mattel objects to this Request on the grounds that

5 it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

6 documents on this subject without limitation as to time, and regardless of whether

7 such documents relate to products or matters at issue in this case. Mattel further

8 objects to the Request on the grounds that it seeks documents that are not relevant to

9 this action or likely to lead to the discovery of admissible evidence. Mattel further

10 objects to this Request on the grounds that it seeks confidential, proprietary and

11 trade secret information, including such information that has no bearing on the

12 claims or defenses in this case. Mattel further objects to this Request on the grounds

13 that it calls for the disclosure of information subject to the attorney-client privilege,

14 the attorney work-product doctrine and other applicable privileges.

15           Subject to the foregoing objections, Mattel responds as follows: Mattel

16 will produce responsive, non-privileged documents relating to Robert Eckert's

17 knowledge of the facts at issue in this litigation as alleged in Mattel's Initial

18 Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel

19 has been able to locate after a diligent search and reasonable inquiry, to the extent

20 not previously produced.

21

22 **REQUEST FOR PRODUCTION NO. 233:**

23           All DOCUMENTS REFERRING OR RELATING TO Jaime Elias's

24 alleged knowledge of "MGA's theft of Mattel's intellectual property and trade

25 secrets," as alleged in MATTEL'S INITIAL DISCLOSURES.

26

27

28

07209/2147010.

RESPONSES TO THIRD SET OF REQUESTS FOR PRODUCTION

Exhibit 26 - Page 826

**RESPONSE TO REQUEST FOR PRODUCTION NO. 233:**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad, unduly burdensome and unintelligible, including in that it seeks all documents on this subject without limitation as to time, and regardless of whether such documents relate to products or matters at issue in this case. Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence. Mattel further objects to this Request on the grounds that it seeks confidential, proprietary and trade secret information, including such information that has no bearing on the claims or defenses in this case. Mattel further objects to this Request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges.

Subject to the foregoing objections, Mattel responds as follows: Mattel will produce responsive, non-privileged documents relating to Jaime Elias's knowledge of the facts at issue in this litigation as alleged in Mattel's Initial Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel has been able to locate after a diligent search and reasonable inquiry, to the extent not previously produced.

**REQUEST FOR PRODUCTION NO. 234:**

All DOCUMENTS in Jaime Elias's possession or control REFERRING OR RELATING TO his alleged knowledge of "MGA's theft of Mattel's intellectual property and trade secrets," as alleged in MATTEL'S INITIAL DISCLOSURES.

07209/2147010.

-55-

**RESPONSE TO REQUEST FOR PRODUCTION NO. 234:**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad, unduly burdensome and unintelligible, including in that it seeks all documents on this subject without limitation as to time, and regardless of whether such documents relate to products or matters at issue in this case. Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence. Mattel further objects to this Request on the grounds that it seeks confidential, proprietary and trade secret information, including such information that has no bearing on the claims or defenses in this case. Mattel further objects to this Request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges.

Subject to the foregoing objections, Mattel responds as follows: Mattel will produce responsive, non-privileged documents relating to Jaime Elias's knowledge of the facts at issue in this litigation as alleged in Mattel's Initial Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel has been able to locate after a diligent search and reasonable inquiry, to the extent not previously produced.

**REQUEST FOR PRODUCTION NO. 235:**

All DOCUMENTS REFERRING OR RELATING TO Wendy Feinberg's alleged knowledge of "[d]esign and development of Bratz and Bryant's work with or for MGA during his Mattel employment," as alleged in MATTEL'S INITIAL DISCLOSURES.

07209/2147010.

-56-

1

2  **RESPONSE TO REQUEST FOR PRODUCTION NO. 235:**

3           In addition to the general objections stated above which are

4  incorporated herein by reference, Mattel objects to this Request on the grounds that

5  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

6  documents on this subject without limitation as to time, and regardless of whether

7  such documents relate to products or matters at issue in this case. Mattel further

8  objects to the Request on the grounds that it seeks documents that are not relevant to

9  this action or likely to lead to the discovery of admissible evidence. Mattel further

10 objects to this Request on the grounds that it calls for documents or information in

11 the possession, custody or control of MGA, including without limitation documents

12 and information that MGA has been compelled by Court orders to produce but has

13 not produced. Mattel further objects to this Request on the grounds that it seeks

14 confidential, proprietary and trade secret information, including such information

15 that has no bearing on the claims or defenses in this case. Mattel further objects to

16 this Request on the grounds that it calls for the disclosure of information subject to

17 the attorney-client privilege, the attorney work-product doctrine and other applicable

18 privileges.

19           Subject to the foregoing objections, Mattel responds as follows: Mattel

20 will produce responsive, non-privileged documents relating to Wendy Feinberg's

21 knowledge of the facts at issue in this litigation as alleged in Mattel's Initial

22 Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel

23 has been able to locate after a diligent search and reasonable inquiry, to the extent

24 not previously produced.

25

26 **REQUEST FOR PRODUCTION NO. 236:**

27           All DOCUMENTS REFERRING OR RELATING TO Joseph B.

28 Feldman's alleged knowledge of "MGA's access to Mattel's intellectual property and

07209/2147010.

-57-
RESPONSES TO THIRD SET OF REQUESTS FOR PRODUCTION

Exhibit 26 - Page 829

1  trade secrets" and "MGA business practices," as alleged in MATTEL'S INITIAL

2  DISCLOSURES.

3

4  **RESPONSE TO REQUEST FOR PRODUCTION NO. 236:**

5        In addition to the general objections stated above which are

6  incorporated herein by reference, Mattel objects to this Request on the grounds that

7  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

8  documents on this subject without limitation as to time, and regardless of whether

9  such documents relate to products or matters at issue in this case.  Mattel further

10 objects to the Request on the grounds that it seeks documents that are not relevant to

11 this action or likely to lead to the discovery of admissible evidence.  Mattel further

12 objects to this Request on the grounds that it calls for documents or information in

13 the possession, custody or control of MGA, including without limitation documents

14 and information that MGA has been compelled by Court orders to produce but has

15 not produced.  Mattel further objects to this Request on the grounds that it seeks

16 confidential, proprietary and trade secret information, including such information

17 that has no bearing on the claims or defenses in this case.  Mattel further objects to

18 this Request on the grounds that it calls for the disclosure of information subject to

19 the attorney-client privilege, the attorney work-product doctrine and other applicable

20 privileges.

21       Subject to the foregoing objections, Mattel responds as follows:  Mattel

22 will produce responsive, non-privileged documents relating to Joseph B. Feldman's

23 knowledge of the facts at issue in this litigation as alleged in Mattel's Initial

24 Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel

25 has been able to locate after a diligent search and reasonable inquiry, to the extent

26 not previously produced.

27

28

07209/2147010.

-58-

RESPONSES TO THIRD SET OF REQUESTS FOR PRODUCTION

Exhibit 26 - Page 830

**REQUEST FOR PRODUCTION NO. 237:**

All DOCUMENTS REFERRING OR RELATING TO Yeira Fierro's alleged knowledge of "MGA's theft of Mattel's intellectual property and trade secrets," as alleged in MATTEL'S INITIAL DISCLOSURES.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 237:**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad, unduly burdensome and unintelligible, including in that it seeks all documents on this subject without limitation as to time, and regardless of whether such documents relate to products or matters at issue in this case. Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence. Mattel further objects to this Request on the grounds that it seeks confidential, proprietary and trade secret information, including such information that has no bearing on the claims or defenses in this case. Mattel further objects to this Request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges.

Subject to the foregoing objections, Mattel responds as follows: Mattel will produce responsive, non-privileged documents relating to Yeira Fierro's knowledge of the facts at issue in this litigation as alleged in Mattel's Initial Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel has been able to locate after a diligent search and reasonable inquiry, to the extent not previously produced.

**REQUEST FOR PRODUCTION NO. 238:**

All DOCUMENTS in Yeira Fierro's possession or control REFERRING OR RELATING TO his alleged knowledge of "MGA's theft of

-59-

1  Mattel's intellectual property and trade secrets," as alleged in MATTEL'S INITIAL
2  DISCLOSURES.

3

4  **RESPONSE TO REQUEST FOR PRODUCTION NO. 238:**

5         In addition to the general objections stated above which are
6  incorporated herein by reference, Mattel objects to this Request on the grounds that
7  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all
8  documents on this subject without limitation as to time, and regardless of whether
9  such documents relate to products or matters at issue in this case. Mattel further
10 objects to the Request on the grounds that it seeks documents that are not relevant to
11 this action or likely to lead to the discovery of admissible evidence. Mattel further
12 objects to this Request on the grounds that it seeks confidential, proprietary and
13 trade secret information, including such information that has no bearing on the
14 claims or defenses in this case. Mattel further objects to this Request on the grounds
15 that it calls for the disclosure of information subject to the attorney-client privilege,
16 the attorney work-product doctrine and other applicable privileges.

17        Subject to the foregoing objections, Mattel responds as follows: Mattel
18 will produce responsive, non-privileged documents relating to Yeira Fierro's
19 knowledge of the facts at issue in this litigation as alleged in Mattel's Initial
20 Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel
21 has been able to locate after a diligent search and reasonable inquiry, to the extent
22 not previously produced.

23

24 **REQUEST FOR PRODUCTION NO. 239:**

25        All DOCUMENTS REFERRING OR RELATING TO Neil Friedman's
26 alleged knowledge of "Mattel's business operations and the development and
27 ownership of intellectual property at issue" and "TIA and Toy of the Year," as
28 alleged in MATTEL'S INITIAL DISCLOSURES.

07209/2147010.

-60-

1

2 **RESPONSE TO REQUEST FOR PRODUCTION NO. 239:**

3          In addition to the general objections stated above which are

4 incorporated herein by reference, Mattel objects to this Request on the grounds that

5 it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

6 documents on this subject without limitation as to time, and regardless of whether

7 such documents relate to products or matters at issue in this case. Mattel further

8 objects to the Request on the grounds that it seeks documents that are not relevant to

9 this action or likely to lead to the discovery of admissible evidence. Mattel further

10 objects to this Request on the grounds that it seeks confidential, proprietary and

11 trade secret information, including such information that has no bearing on the

12 claims or defenses in this case. Mattel further objects to this Request on the grounds

13 that it calls for the disclosure of information subject to the attorney-client privilege,

14 the attorney work-product doctrine and other applicable privileges.

15          Subject to the foregoing objections, Mattel responds as follows: Mattel

16 will produce responsive, non-privileged documents relating to Neil Friedman's

17 knowledge of the facts at issue in this litigation as alleged in Mattel's Initial

18 Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel

19 has been able to locate after a diligent search and reasonable inquiry, to the extent

20 not previously produced.

21

22 **REQUEST FOR PRODUCTION NO. 240:**

23          All DOCUMENTS in Neil Friedman's possession or control

24 REFERRING OR RELATING TO his alleged knowledge of "Mattel's business

25 operations and the development and ownership of intellectual property at issue" and

26 "TIA and Toy of the Year," as alleged in MATTEL'S INITIAL DISCLOSURES.

27

28

07209/2147010.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 240:**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad, unduly burdensome and unintelligible, including in that it seeks all documents on this subject without limitation as to time, and regardless of whether such documents relate to products or matters at issue in this case. Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence. Mattel further objects to this Request on the grounds that it seeks confidential, proprietary and trade secret information, including such information that has no bearing on the claims or defenses in this case. Mattel further objects to this Request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges.

Subject to the foregoing objections, Mattel responds as follows: Mattel will produce responsive, non-privileged documents relating to Neil Friedman's knowledge of the facts at issue in this litigation as alleged in Mattel's Initial Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel has been able to locate after a diligent search and reasonable inquiry, to the extent not previously produced.

**REQUEST FOR PRODUCTION NO. 241:**

All DOCUMENTS REFERRING OR RELATING TO Mia Maria Garcia's alleged knowledge of "MGA's access to Mattel's intellectual property and trade secrets" and "MGA business practices," as alleged in MATTEL'S INITIAL DISCLOSURES.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 241:**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad, unduly burdensome and unintelligible, including in that it seeks all documents on this subject without limitation as to time, and regardless of whether such documents relate to products or matters at issue in this case. Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence. Mattel further objects to this Request on the grounds that it calls for documents or information in the possession, custody or control of MGA, including without limitation documents and information that MGA has been compelled by Court orders to produce but has not produced. Mattel further objects to this Request on the grounds that it seeks confidential, proprietary and trade secret information, including such information that has no bearing on the claims or defenses in this case. Mattel further objects to this Request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges.

Subject to the foregoing objections, Mattel responds as follows: Mattel will produce responsive, non-privileged documents relating to Mia Maria Garcia's knowledge of the facts at issue in this litigation as alleged in Mattel's Initial Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel has been able to locate after a diligent search and reasonable inquiry, to the extent not previously produced.

**REQUEST FOR PRODUCTION NO. 242:**

All DOCUMENTS REFERRING OR RELATING TO Kami Gillmour-Bryant's alleged knowledge of "MGA's access to Mattel's intellectual property and

07209/2147010.

-63-

1  trade secrets" and "MGA business practices," as alleged in MATTEL'S INITIAL

2  DISCLOSURES.

3

4  **RESPONSE TO REQUEST FOR PRODUCTION NO. 242:**

5         In addition to the general objections stated above which are

6  incorporated herein by reference, Mattel objects to this Request on the grounds that

7  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

8  documents on this subject without limitation as to time, and regardless of whether

9  such documents relate to products or matters at issue in this case.  Mattel further

10  objects to the Request on the grounds that it seeks documents that are not relevant to

11  this action or likely to lead to the discovery of admissible evidence.  Mattel further

12  objects to this Request on the grounds that it calls for documents or information in

13  the possession, custody or control of MGA and/or Bryant, including without

14  limitation documents and information that MGA and Bryant have been compelled

15  by Court orders to produce but have not produced.  Mattel further objects to this

16  Request on the grounds that it seeks confidential, proprietary and trade secret

17  information, including such information that has no bearing on the claims or

18  defenses in this case.  Mattel further objects to this Request on the grounds that it

19  calls for the disclosure of information subject to the attorney-client privilege, the

20  attorney work-product doctrine and other applicable privileges.

21         Subject to the foregoing objections, Mattel responds as follows:  Mattel

22  will produce responsive, non-privileged documents relating to Kami Gillmour-

23  Bryant's knowledge of the facts at issue in this litigation as alleged in Mattel's Initial

24  Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel

25  has been able to locate after a diligent search and reasonable inquiry, to the extent

26  not previously produced.

27

28

07209/2147010.

-64-

RESPONSES TO THIRD SET OF REQUESTS FOR PRODUCTION

Exhibit 26 - Page 836

**REQUEST FOR PRODUCTION NO. 243:**

All DOCUMENTS REFERRING OR RELATING TO Dana Goldstein's alleged knowledge of "MGA's access to Mattel's intellectual property and trade secrets" and "MGA business practices," as alleged in MATTEL'S INITIAL DISCLOSURES.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 243:**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad, unduly burdensome and unintelligible, including in that it seeks all documents on this subject without limitation as to time, and regardless of whether such documents relate to products or matters at issue in this case. Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence. Mattel further objects to this Request on the grounds that it calls for documents or information in the possession, custody or control of MGA, including without limitation documents and information that MGA has been compelled by Court orders to produce but has not produced. Mattel further objects to this Request on the grounds that it seeks confidential, proprietary and trade secret information, including such information that has no bearing on the claims or defenses in this case. Mattel further objects to this Request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges.

Subject to the foregoing objections, Mattel responds as follows: Mattel will produce responsive, non-privileged documents relating to Dana Goldstein's knowledge of the facts at issue in this litigation as alleged in Mattel's Initial Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel

1  has been able to locate after a diligent search and reasonable inquiry, to the extent

2  not previously produced.

3

4  **REQUEST FOR PRODUCTION NO. 244:**

5          All DOCUMENTS REFERRING OR RELATING TO Carlos Gustavo

6  Machado Gomez's alleged knowledge of "MGA's theft of Mattel's intellectual

7  property and trade secrets" and "MGA business practices," as alleged in MATTEL'S

8  INITIAL DISCLOSURES.

9

10  **RESPONSE TO REQUEST FOR PRODUCTION NO. 244:**

11          In addition to the general objections stated above which are

12  incorporated herein by reference, Mattel objects to this Request on the grounds that

13  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

14  documents on this subject without limitation as to time, and regardless of whether

15  such documents relate to products or matters at issue in this case.  Mattel further

16  objects to the Request on the grounds that it seeks documents that are not relevant to

17  this action or likely to lead to the discovery of admissible evidence.  Mattel further

18  objects to this Request on the grounds that it calls for documents or information in

19  the possession, custody or control of MGA, including without limitation documents

20  and information that MGA has been compelled by Court orders to produce but has

21  not produced.  Mattel further objects to this Request on the grounds that it seeks

22  confidential, proprietary and trade secret information, including such information

23  that has no bearing on the claims or defenses in this case.  Mattel further objects to

24  this Request on the grounds that it calls for the disclosure of information subject to

25  the attorney-client privilege, the attorney work-product doctrine and other applicable

26  privileges.

27          Subject to the foregoing objections, Mattel responds as follows:  Mattel

28  will produce responsive, non-privileged documents relating to Carlos Gustavo

1   Machado Gomez's knowledge of the facts at issue in this litigation as alleged in

2   Mattel's Initial Disclosures that are in Mattel's possession, custody, or control, if

3   any, that Mattel has been able to locate after a diligent search and reasonable

4   inquiry, to the extent not previously produced.

5

6   **REQUEST FOR PRODUCTION NO. 245:**

7          All DOCUMENTS REFERRING OR RELATING TO Jean Gomez's

8   alleged knowledge of "[the development and ownership of intellectual property at

9   issue," as alleged in MATTEL'S INITIAL DISCLOSURES.

10

11   **RESPONSE TO REQUEST FOR PRODUCTION NO. 245:**

12          In addition to the general objections stated above which are

13   incorporated herein by reference, Mattel objects to this Request on the grounds that

14   it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

15   documents on this subject without limitation as to time, and regardless of whether

16   such documents relate to products or matters at issue in this case. Mattel further

17   objects to the Request on the grounds that it seeks documents that are not relevant to

18   this action or likely to lead to the discovery of admissible evidence. Mattel further

19   objects to this Request on the grounds that it seeks confidential, proprietary and

20   trade secret information, including such information that has no bearing on the

21   claims or defenses in this case. Mattel further objects to this Request on the grounds

22   that it calls for the disclosure of information subject to the attorney-client privilege,

23   the attorney work-product doctrine and other applicable privileges.

24          Subject to the foregoing objections, Mattel responds as follows:  Mattel

25   will produce responsive, non-privileged documents relating to Jean Gomez's

26   knowledge of the facts at issue in this litigation as alleged in Mattel's Initial

27   Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel

28

07209/2147010

-67-

1 | has been able to locate after a diligent search and reasonable inquiry, to the extent
2 | not previously produced.

3 |

4 | **REQUEST FOR PRODUCTION NO. 246:**

5 | All DOCUMENTS in Jean Gomez's possession or control
6 | REFERRING OR RELATING TO her alleged knowledge of "[t]he development
7 | and ownership of intellectual property at issue," as alleged in MATTEL'S INITIAL
8 | DISCLOSURES.

9 |

10 | **RESPONSE TO REQUEST FOR PRODUCTION NO. 246:**

11 | In addition to the general objections stated above which are
12 | incorporated herein by reference, Mattel objects to this Request on the grounds that
13 | it is overbroad, unduly burdensome and unintelligible, including in that it seeks all
14 | documents on this subject without limitation as to time, and regardless of whether
15 | such documents relate to products or matters at issue in this case. Mattel further
16 | objects to the Request on the grounds that it seeks documents that are not relevant to
17 | this action or likely to lead to the discovery of admissible evidence. Mattel further
18 | objects to this Request on the grounds that it seeks confidential, proprietary and
19 | trade secret information, including such information that has no bearing on the
20 | claims or defenses in this case. Mattel further objects to this Request on the grounds
21 | that it calls for the disclosure of information subject to the attorney-client privilege,
22 | the attorney work-product doctrine and other applicable privileges.

23 | Subject to the foregoing objections, Mattel responds as follows: Mattel
24 | will produce responsive, non-privileged documents relating to Jean Gomez's
25 | knowledge of the facts at issue in this litigation as alleged in Mattel's Initial
26 | Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel
27 | has been able to locate after a diligent search and reasonable inquiry, to the extent
28 | not previously produced.

07209/2147010.

-68-

**REQUEST FOR PRODUCTION NO. 247:**

All DOCUMENTS REFERRING OR RELATING TO Joanne Green's alleged knowledge of "[t]he development and ownership of intellectual property at issue," as alleged in MATTEL'S INITIAL DISCLOSURES.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 247:**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad, unduly burdensome and unintelligible, including in that it seeks all documents on this subject without limitation as to time, and regardless of whether such documents relate to products or matters at issue in this case. Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence. Mattel further objects to this Request on the grounds that it seeks confidential, proprietary and trade secret information, including such information that has no bearing on the claims or defenses in this case. Mattel further objects to this Request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges.

Subject to the foregoing objections, Mattel responds as follows: Mattel will produce responsive, non-privileged documents relating to Joanne Green's knowledge of the facts at issue in this litigation as alleged in Mattel's Initial Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel has been able to locate after a diligent search and reasonable inquiry, to the extent not previously produced.

1   **REQUEST FOR PRODUCTION NO. 248:**

2       All DOCUMENTS in Joanne Green's possession or control

3   REFERRING OR RELATING TO her alleged knowledge of "[t]he development

4   and ownership of intellectual property at issue," as alleged in MATTEL'S INITIAL

5   DISCLOSURES.

6

7   **RESPONSE TO REQUEST FOR PRODUCTION NO. 248:**

8       In addition to the general objections stated above which are

9   incorporated herein by reference, Mattel objects to this Request on the grounds that

10   it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

11   documents on this subject without limitation as to time, and regardless of whether

12   such documents relate to products or matters at issue in this case.  Mattel further

13   objects to the Request on the grounds that it seeks documents that are not relevant to

14   this action or likely to lead to the discovery of admissible evidence.  Mattel further

15   objects to this Request on the grounds that it seeks confidential, proprietary and

16   trade secret information, including such information that has no bearing on the

17   claims or defenses in this case.  Mattel further objects to this Request on the grounds

18   that it calls for the disclosure of information subject to the attorney-client privilege,

19   the attorney work-product doctrine and other applicable privileges.

20       Subject to the foregoing objections, Mattel responds as follows:  Mattel

21   will produce responsive, non-privileged documents relating to Joanne Green's

22   knowledge of the facts at issue in this litigation as alleged in Mattel's Initial

23   Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel

24   has been able to locate after a diligent search and reasonable inquiry, to the extent

25   not previously produced.

26

27

28

RESPONSES TO THIRD SET OF REQUESTS FOR PRODUCTION

Exhibit 26 - Page 842

1  **REQUEST FOR PRODUCTION NO. 249:**

2         All DOCUMENTS REFERRING OR RELATING TO Sarah Halpern's

3  alleged knowledge of "MGA's access to Mattel's intellectual property and trade

4  secrets," "design and development of Bratz and Bryant's work with or for MGA

5  during his Mattel employment," and "Bryant's breach of obligations to Mattel," as

6  alleged in MATTEL'S INITIAL DISCLOSURES.

7

8  **RESPONSE TO REQUEST FOR PRODUCTION NO. 249:**

9         In addition to the general objections stated above which are

10  incorporated herein by reference, Mattel objects to this Request on the grounds that

11  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

12  documents on this subject without limitation as to time, and regardless of whether

13  such documents relate to products or matters at issue in this case.  Mattel further

14  objects to the Request on the grounds that it seeks documents that are not relevant to

15  this action or likely to lead to the discovery of admissible evidence.  Mattel further

16  objects to this Request on the grounds that it calls for documents or information in

17  the possession, custody or control of MGA, including without limitation documents

18  and information that MGA has been compelled by Court orders to produce but has

19  not produced.  Mattel further objects to this Request on the grounds that it seeks

20  confidential, proprietary and trade secret information, including such information

21  that has no bearing on the claims or defenses in this case.  Mattel further objects to

22  this Request on the grounds that it calls for the disclosure of information subject to

23  the attorney-client privilege, the attorney work-product doctrine and other applicable

24  privileges.

25         Subject to the foregoing objections, Mattel responds as follows:  Mattel

26  will produce responsive, non-privileged documents relating to Sarah Halpern's

27  knowledge of the facts at issue in this litigation as alleged in Mattel's Initial

28  Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel

07209/2147010.

-71-

1  has been able to locate after a diligent search and reasonable inquiry, to the extent
2  not previously produced.

3

4  **REQUEST FOR PRODUCTION NO. 250:**

5         All DOCUMENTS REFERRING OR RELATING TO Janet R. Han's
6  alleged knowledge of "MGA's access to Mattel's intellectual property and trade
7  secrets" and "MGA business practices," as alleged in MATTEL'S INITIAL
8  DISCLOSURES.

9

10  **RESPONSE TO REQUEST FOR PRODUCTION NO. 250:**

11         In addition to the general objections stated above which are
12  incorporated herein by reference, Mattel objects to this Request on the grounds that
13  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all
14  documents on this subject without limitation as to time, and regardless of whether
15  such documents relate to products or matters at issue in this case. Mattel further
16  objects to the Request on the grounds that it seeks documents that are not relevant to
17  this action or likely to lead to the discovery of admissible evidence. Mattel further
18  objects to this Request on the grounds that it calls for documents or information in
19  the possession, custody or control of MGA, including without limitation documents
20  and information that MGA has been compelled by Court orders to produce but has
21  not produced. Mattel further objects to this Request on the grounds that it seeks
22  confidential, proprietary and trade secret information, including such information
23  that has no bearing on the claims or defenses in this case. Mattel further objects to
24  this Request on the grounds that it calls for the disclosure of information subject to
25  the attorney-client privilege, the attorney work-product doctrine and other applicable
26  privileges.

27         Subject to the foregoing objections, Mattel responds as follows: Mattel
28  will produce responsive, non-privileged documents relating to Janet R. Han's

07209/2147010.

-72-

1   knowledge of the facts at issue in this litigation as alleged in Mattel's Initial

2   Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel

3   has been able to locate after a diligent search and reasonable inquiry, to the extent

4   not previously produced.

5

6   **REQUEST FOR PRODUCTION NO. 251:**

7           All DOCUMENTS REFERRING OR RELATING TO Melody

8   Hanson's alleged knowledge of "MGA's access to Mattel's intellectual property and

9   trade secrets" and "MGA business practices," as alleged in MATTEL'S INITIAL

10   DISCLOSURES.

11

12   **RESPONSE TO REQUEST FOR PRODUCTION NO. 251:**

13           In addition to the general objections stated above which are

14   incorporated herein by reference, Mattel objects to this Request on the grounds that

15   it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

16   documents on this subject without limitation as to time, and regardless of whether

17   such documents relate to products or matters at issue in this case. Mattel further

18   objects to the Request on the grounds that it seeks documents that are not relevant to

19   this action or likely to lead to the discovery of admissible evidence. Mattel further

20   objects to this Request on the grounds that it calls for documents or information in

21   the possession, custody or control of MGA, including without limitation documents

22   and information that MGA has been compelled by Court orders to produce but has

23   not produced. Mattel further objects to this Request on the grounds that it seeks

24   confidential, proprietary and trade secret information, including such information

25   that has no bearing on the claims or defenses in this case. Mattel further objects to

26   this Request on the grounds that it calls for the disclosure of information subject to

27   the attorney-client privilege, the attorney work-product doctrine and other applicable

28   privileges.

-73-

1        Subject to the foregoing objections, Mattel responds as follows:  Mattel

2  will produce responsive, non-privileged documents relating to Melody Hanson's

3  knowledge of the facts at issue in this litigation as alleged in Mattel's Initial

4  Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel

5  has been able to locate after a diligent search and reasonable inquiry, to the extent

6  not previously produced.

7

8  **REQUEST FOR PRODUCTION NO. 252:**

9        All DOCUMENTS REFERRING OR RELATING TO Rachel Harris's

10  alleged knowledge of "[d]esign and development of Bratz and Bryant's work with or

11  for MGA during his Mattel employment," "Bryant's breach of obligations to

12  Mattel," and "MGA business practices," as alleged in MATTEL'S INITIAL

13  DISCLOSURES.

14

15  **RESPONSE TO REQUEST FOR PRODUCTION NO. 252:**

16        In addition to the general objections stated above which are

17  incorporated herein by reference, Mattel objects to this Request on the grounds that

18  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

19  documents on this subject without limitation as to time, and regardless of whether

20  such documents relate to products or matters at issue in this case.  Mattel further

21  objects to the Request on the grounds that it seeks documents that are not relevant to

22  this action or likely to lead to the discovery of admissible evidence.  Mattel further

23  objects to this Request on the grounds that it calls for documents or information in

24  the possession, custody or control of MGA, including without limitation documents

25  and information that MGA has been compelled by Court orders to produce but has

26  not produced.  Mattel further objects to this Request on the grounds that it seeks

27  confidential, proprietary and trade secret information, including such information

28  that has no bearing on the claims or defenses in this case.  Mattel further objects to

-74-

1  this Request on the grounds that it calls for the disclosure of information subject to

2  the attorney-client privilege, the attorney work-product doctrine and other applicable

3  privileges.

4        Subject to the foregoing objections, Mattel responds as follows:  Mattel

5  will produce responsive, non-privileged documents relating to Rachel Harris's

6  knowledge of the facts at issue in this litigation as alleged in Mattel's Initial

7  Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel

8  has been able to locate after a diligent search and reasonable inquiry, to the extent

9  not previously produced.

10

11 **REQUEST FOR PRODUCTION NO. 253:**

12        All DOCUMENTS REFERRING OR RELATING TO Ricardo Honda

13 Hatadi's alleged knowledge of "MGA's theft of Mattel's intellectual property and

14 trade secrets," as alleged in MATTEL'S INITIAL DISCLOSURES.

15

16 **RESPONSE TO REQUEST FOR PRODUCTION NO. 253:**

17        In addition to the general objections stated above which are

18 incorporated herein by reference, Mattel objects to this Request on the grounds that

19 it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

20 documents on this subject without limitation as to time, and regardless of whether

21 such documents relate to products or matters at issue in this case.  Mattel further

22 objects to the Request on the grounds that it seeks documents that are not relevant to

23 this action or likely to lead to the discovery of admissible evidence.  Mattel further

24 objects to this Request on the grounds that it seeks confidential, proprietary and

25 trade secret information, including such information that has no bearing on the

26 claims or defenses in this case.  Mattel further objects to this Request on the grounds

27 that it calls for the disclosure of information subject to the attorney-client privilege,

28 the attorney work-product doctrine and other applicable privileges.

-75-

1    Subject to the foregoing objections, Mattel responds as follows:  Mattel
2  will produce responsive, non-privileged documents relating to Ricardo Honda
3  Hatadi's knowledge of the facts at issue in this litigation as alleged in Mattel's Initial
4  Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel
5  has been able to locate after a diligent search and reasonable inquiry, to the extent
6  not previously produced.

7

8  **REQUEST FOR PRODUCTION NO. 254:**
9    All DOCUMENTS in Ricardo Honda Hatadi's possession or control
10  REFERRING OR RELATING TO his alleged knowledge of "MGA's theft of
11  Mattel's intellectual property and trade secrets," as alleged in MATTEL'S INITIAL
12  DISCLOSURES.

13

14  **RESPONSE TO REQUEST FOR PRODUCTION NO. 254:**
15    In addition to the general objections stated above which are
16  incorporated herein by reference, Mattel objects to this Request on the grounds that
17  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all
18  documents on this subject without limitation as to time, and regardless of whether
19  such documents relate to products or matters at issue in this case.  Mattel further
20  objects to the Request on the grounds that it seeks documents that are not relevant to
21  this action or likely to lead to the discovery of admissible evidence.  Mattel further
22  objects to this Request on the grounds that it seeks confidential, proprietary and
23  trade secret information, including such information that has no bearing on the
24  claims or defenses in this case.  Mattel further objects to this Request on the grounds
25  that it calls for the disclosure of information subject to the attorney-client privilege,
26  the attorney work-product doctrine and other applicable privileges.
27    Subject to the foregoing objections, Mattel responds as follows:  Mattel
28  will produce responsive, non-privileged documents relating to Ricardo Honda

-76-

Hatadi's knowledge of the facts at issue in this litigation as alleged in Mattel's Initial Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel has been able to locate after a diligent search and reasonable inquiry, to the extent not previously produced.

**REQUEST FOR PRODUCTION NO. 255:**

All DOCUMENTS in Mattel de Mexico, S.A. de C.V.'s possession or control REFERRING OR RELATING TO Ricardo Honda Hatadi's alleged knowledge of "MGA's theft of Mattel's intellectual property and trade secrets," as alleged in MATTEL'S INITIAL DISCLOSURES.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 255:**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad, unduly burdensome and unintelligible, including in that it seeks all documents on this subject without limitation as to time, and regardless of whether such documents relate to products or matters at issue in this case.  Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence.  Mattel further objects to this Request on the grounds that it seeks confidential, proprietary and trade secret information, including such information that has no bearing on the claims or defenses in this case.  Mattel further objects to this Request on the grounds that it seeks documents that are not in the possession of Mattel, and any production by Mattel pursuant to this Request is solely to facilitate discovery and does not constitute a concession that Mattel de Mexico, S.A. de C.V. is under the control of Mattel.  Mattel further objects to this Request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges.

7209/2147010.

1    Subject to the foregoing objections, Mattel responds as follows:  Mattel
2  will produce responsive, non-privileged documents relating to Ricardo Honda
3  Hatadi's knowledge of the facts at issue in this litigation as alleged in Mattel's Initial
4  Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel
5  has been able to locate after a diligent search and reasonable inquiry, to the extent
6  not previously produced.
7
8  **REQUEST FOR PRODUCTION NO. 256:**
9    All DOCUMENTS REFERRING OR RELATING TO Jill Hatch's
10  alleged knowledge of "MGA's access to Mattel's intellectual property and trade
11  secrets" and "MGA business practices," as alleged in MATTEL'S INITIAL
12  DISCLOSURES.
13
14  **RESPONSE TO REQUEST FOR PRODUCTION NO. 256:**
15    In addition to the general objections stated above which are
16  incorporated herein by reference, Mattel objects to this Request on the grounds that
17  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all
18  documents on this subject without limitation as to time, and regardless of whether
19  such documents relate to products or matters at issue in this case.  Mattel further
20  objects to the Request on the grounds that it seeks documents that are not relevant to
21  this action or likely to lead to the discovery of admissible evidence.  Mattel further
22  objects to this Request on the grounds that it calls for documents or information in
23  the possession, custody or control of MGA, including without limitation documents
24  and information that MGA has been compelled by Court orders to produce but has
25  not produced.  Mattel further objects to this Request on the grounds that it seeks
26  confidential, proprietary and trade secret information, including such information
27  that has no bearing on the claims or defenses in this case.  Mattel further objects to
28  this Request on the grounds that it calls for the disclosure of information subject to

7209/2147010.

-78-
RESPONSES TO THIRD SET OF REQUESTS FOR PRODUCTION

Exhibit 26 - Page 850

1  the attorney-client privilege, the attorney work-product doctrine and other applicable
2  privileges.

3        Subject to the foregoing objections, Mattel responds as follows:  Mattel
4  will produce responsive, non-privileged documents relating to Jill Hatch's
5  knowledge of the facts at issue in this litigation as alleged in Mattel's Initial
6  Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel
7  has been able to locate after a diligent search and reasonable inquiry, to the extent
8  not previously produced.

9

10 **REQUEST FOR PRODUCTION NO. 257:**

11       All DOCUMENTS REFERRING OR RELATING TO Margaret
12 Hatch-Leahy's alleged knowledge of "[d]esign and development of Bratz and
13 Bryant's work with or for MGA during his Mattel employment," "Bryant's breach of
14 obligations to Mattel," and "MGA business practices," as alleged in MATTEL'S
15 INITIAL DISCLOSURES.

16

17 **RESPONSE TO REQUEST FOR PRODUCTION NO. 257:**

18       In addition to the general objections stated above which are
19 incorporated herein by reference, Mattel objects to this Request on the grounds that
20 it is overbroad, unduly burdensome and unintelligible, including in that it seeks all
21 documents on this subject without limitation as to time, and regardless of whether
22 such documents relate to products or matters at issue in this case.  Mattel further
23 objects to the Request on the grounds that it seeks documents that are not relevant to
24 this action or likely to lead to the discovery of admissible evidence.  Mattel further
25 objects to this Request on the grounds that it calls for documents or information in
26 the possession, custody or control of MGA and/or Bryant, including without
27 limitation documents and information that MGA and Bryant have been compelled
28 by Court orders to produce but have not produced.  Mattel further objects to this

'209/2147010.

-79-
RESPONSES TO THIRD SET OF REQUESTS FOR PRODUCTION

Exhibit 26 - Page 851

1  Request on the grounds that it seeks confidential, proprietary and trade secret

2  information, including such information that has no bearing on the claims or

3  defenses in this case. Mattel further objects to this Request on the grounds that it

4  calls for the disclosure of information subject to the attorney-client privilege, the

5  attorney work-product doctrine and other applicable privileges.

6      Subject to the foregoing objections, Mattel responds as follows: Mattel

7  will produce responsive, non-privileged documents relating to Margaret Hatch-

8  Leahy's knowledge of the facts at issue in this litigation as alleged in Mattel's Initial

9  Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel

10  has been able to locate after a diligent search and reasonable inquiry, to the extent

11  not previously produced.

12

13  **REQUEST FOR PRODUCTION NO. 258:**

14      All DOCUMENTS REFERRING OR RELATING TO Kiyomi

15  Haverly's alleged knowledge of "[t]he development and ownership of intellectual

16  property at issue," as alleged in MATTEL'S INITIAL DISCLOSURES.

17

18  **RESPONSE TO REQUEST FOR PRODUCTION NO. 258:**

19      In addition to the general objections stated above which are

20  incorporated herein by reference, Mattel objects to this Request on the grounds that

21  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

22  documents on this subject without limitation as to time, and regardless of whether

23  such documents relate to products or matters at issue in this case. Mattel further

24  objects to the Request on the grounds that it seeks documents that are not relevant to

25  this action or likely to lead to the discovery of admissible evidence. Mattel further

26  objects to this Request on the grounds that it seeks confidential, proprietary and

27  trade secret information, including such information that has no bearing on the

28  claims or defenses in this case. Mattel further objects to this Request on the grounds

7209/2147010.

-80-

RESPONSES TO THIRD SET OF REQUESTS FOR PRODUCTION

Exhibit 26 - Page 852

1  that it calls for the disclosure of information subject to the attorney-client privilege,

2  the attorney work-product doctrine and other applicable privileges.

3      Subject to the foregoing objections, Mattel responds as follows:  Mattel

4  will produce responsive, non-privileged documents relating to Kiyomi Haverly's

5  knowledge of the facts at issue in this litigation as alleged in Mattel's Initial

6  Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel

7  has been able to locate after a diligent search and reasonable inquiry, to the extent

8  not previously produced.

9

10  **REQUEST FOR PRODUCTION NO. 259:**

11      All DOCUMENTS in Kiyomi Haverly's possession or control

12  REFERRING OR RELATING TO her alleged knowledge of "[t]he development

13  and ownership of intellectual property at issue," as alleged in MATTEL'S INITIAL

14  DISCLOSURES.

15

16  **RESPONSE TO REQUEST FOR PRODUCTION NO. 259:**

17      In addition to the general objections stated above which are

18  incorporated herein by reference, Mattel objects to this Request on the grounds that

19  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

20  documents on this subject without limitation as to time, and regardless of whether

21  such documents relate to products or matters at issue in this case.  Mattel further

22  objects to the Request on the grounds that it seeks documents that are not relevant to

23  this action or likely to lead to the discovery of admissible evidence.  Mattel further

24  objects to this Request on the grounds that it seeks confidential, proprietary and

25  trade secret information, including such information that has no bearing on the

26  claims or defenses in this case.  Mattel further objects to this Request on the grounds

27  that it calls for the disclosure of information subject to the attorney-client privilege,

28  the attorney work-product doctrine and other applicable privileges.

RESPONSES TO THIRD SET OF REQUESTS FOR PRODUCTION

'209/2147010.

Exhibit 26 - Page 853

1    Subject to the foregoing objections, Mattel responds as follows:  Mattel

2  will produce responsive, non-privileged documents relating to Kiyomi Haverly's

3  knowledge of the facts at issue in this litigation as alleged in Mattel's Initial

4  Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel

5  has been able to locate after a diligent search and reasonable inquiry, to the extent

6  not previously produced.

7

8  **REQUEST FOR PRODUCTION NO. 260:**

9    All DOCUMENTS REFERRING OR RELATING TO Maria del

10  Carmen Mendez Hernandez's alleged knowledge of "MGA's access to Mattel's

11  intellectual property and trade secrets" and "MGA business practices," as alleged in

12  MATTEL'S INITIAL DISCLOSURES.

13

14  **RESPONSE TO REQUEST FOR PRODUCTION NO. 260:**

15    In addition to the general objections stated above which are

16  incorporated herein by reference, Mattel objects to this Request on the grounds that

17  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

18  documents on this subject without limitation as to time, and regardless of whether

19  such documents relate to products or matters at issue in this case.  Mattel further

20  objects to the Request on the grounds that it seeks documents that are not relevant to

21  this action or likely to lead to the discovery of admissible evidence.  Mattel further

22  objects to this Request on the grounds that it seeks confidential, proprietary and

23  trade secret information, including such information that has no bearing on the

24  claims or defenses in this case.  Mattel further objects to this Request on the grounds

25  that it calls for the disclosure of information subject to the attorney-client privilege,

26  the attorney work-product doctrine and other applicable privileges.

27    Subject to the foregoing objections, Mattel responds as follows:  Mattel

28  will produce responsive, non-privileged documents relating to Maria del Carmen

209/2147010.

-82-
RESPONSES TO THIRD SET OF REQUESTS FOR PRODUCTION

Exhibit 26 - Page 854

1   Mendez Hernandez's knowledge of the facts at issue in this litigation as alleged in

2   Mattel's Initial Disclosures that are in Mattel's possession, custody, or control, if

3   any, that Mattel has been able to locate after a diligent search and reasonable

4   inquiry, to the extent not previously produced.

5

6   **REQUEST FOR PRODUCTION NO. 261:**

7           All DOCUMENTS REFERRING OR RELATING TO Michael Hinh's

8   alleged knowledge of "MGA's access to Mattel's intellectual property and trade

9   secrets" and "MGA business practices," as alleged in MATTEL'S INITIAL

10  DISCLOSURES.

11

12  **RESPONSE TO REQUEST FOR PRODUCTION NO. 261:**

13          In addition to the general objections stated above which are

14  incorporated herein by reference, Mattel objects to this Request on the grounds that

15  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

16  documents on this subject without limitation as to time, and regardless of whether

17  such documents relate to products or matters at issue in this case. Mattel further

18  objects to the Request on the grounds that it seeks documents that are not relevant to

19  this action or likely to lead to the discovery of admissible evidence. Mattel further

20  objects to this Request on the grounds that it calls for documents or information in

21  the possession, custody or control of MGA, including without limitation documents

22  and information that MGA has been compelled by Court orders to produce but has

23  not produced. Mattel further objects to this Request on the grounds that it seeks

24  confidential, proprietary and trade secret information, including such information

25  that has no bearing on the claims or defenses in this case. Mattel further objects to

26  this Request on the grounds that it calls for the disclosure of information subject to

27  the attorney-client privilege, the attorney work-product doctrine and other applicable

28  privileges.

209/2147010.

-83-

1    Subject to the foregoing objections, Mattel responds as follows:  Mattel
2    will produce responsive, non-privileged documents relating to Michael Hinh's
3    knowledge of the facts at issue in this litigation as alleged in Mattel's Initial
4    Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel
5    has been able to locate after a diligent search and reasonable inquiry, to the extent
6    not previously produced.

7

8    **REQUEST FOR PRODUCTION NO. 262:**

9    All DOCUMENTS REFERRING OR RELATING TO Martin Hitch's
10   alleged knowledge of "[d]esign and development of Bratz and Bryant's work with or
11   for MGA during his Mattel employment" and "MGA business practices," as alleged
12   in MATTEL'S INITIAL DISCLOSURES.

13

14   **RESPONSE TO REQUEST FOR PRODUCTION NO. 262:**

15   In addition to the general objections stated above which are
16   incorporated herein by reference, Mattel objects to this Request on the grounds that
17   it is overbroad, unduly burdensome and unintelligible, including in that it seeks all
18   documents on this subject without limitation as to time, and regardless of whether
19   such documents relate to products or matters at issue in this case.  Mattel further
20   objects to the Request on the grounds that it seeks documents that are not relevant to
21   this action or likely to lead to the discovery of admissible evidence.  Mattel further
22   objects to this Request on the grounds that it calls for documents or information in
23   the possession, custody or control of MGA, including without limitation documents
24   and information that MGA has been compelled by Court orders to produce but has
25   not produced.  Mattel further objects to this Request on the grounds that it seeks
26   confidential, proprietary and trade secret information, including such information
27   that has no bearing on the claims or defenses in this case.  Mattel further objects to
28   this Request on the grounds that it calls for the disclosure of information subject to

7209/2147010.

-84-

1   the attorney-client privilege, the attorney work-product doctrine and other applicable

2   privileges.

3             Subject to the foregoing objections, Mattel responds as follows:  Mattel

4   will produce responsive, non-privileged documents relating to Martin Hitch's

5   knowledge of the facts at issue in this litigation as alleged in Mattel's Initial

6   Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel

7   has been able to locate after a diligent search and reasonable inquiry, to the extent

8   not previously produced.

9

10  **REQUEST FOR PRODUCTION NO. 263:**

11            All DOCUMENTS REFERRING OR RELATING TO Hoi Hoffman-

12  Briggs's alleged knowledge of "Bryant's breach of obligations to Mattel," as alleged

13  in MATTEL'S INITIAL DISCLOSURES.

14

15  **RESPONSE TO REQUEST FOR PRODUCTION NO. 263:**

16            In addition to the general objections stated above which are

17  incorporated herein by reference, Mattel objects to this Request on the grounds that

18  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

19  documents on this subject without limitation as to time, and regardless of whether

20  such documents relate to products or matters at issue in this case.  Mattel further

21  objects to the Request on the grounds that it seeks documents that are not relevant to

22  this action or likely to lead to the discovery of admissible evidence.  Mattel further

23  objects to this Request on the grounds that it seeks confidential, proprietary and

24  trade secret information, including such information that has no bearing on the

25  claims or defenses in this case.  Mattel further objects to this Request on the grounds

26  that it calls for the disclosure of information subject to the attorney-client privilege,

27  the attorney work-product doctrine and other applicable privileges.

28

1    Subject to the foregoing objections, Mattel responds as follows:  Mattel

2    will produce responsive, non-privileged documents relating to Hoi Hoffman-

3    Briggs's knowledge of the facts at issue in this litigation as alleged in Mattel's Initial

4    Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel

5    has been able to locate after a diligent search and reasonable inquiry, to the extent

6    not previously produced.

7

8    **REQUEST FOR PRODUCTION NO. 264:**

9    All DOCUMENTS in Hoi Hoffman-Briggs's possession or control

10   REFERRING OR RELATING TO his alleged knowledge of "Bryant's breach of

11   obligations to Mattel," as alleged in MATTEL'S INITIAL DISCLOSURES.

12

13   **RESPONSE TO REQUEST FOR PRODUCTION NO. 264:**

14   In addition to the general objections stated above which are

15   incorporated herein by reference, Mattel objects to this Request on the grounds that

16   it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

17   documents on this subject without limitation as to time, and regardless of whether

18   such documents relate to products or matters at issue in this case.  Mattel further

19   objects to the Request on the grounds that it seeks documents that are not relevant to

20   this action or likely to lead to the discovery of admissible evidence.  Mattel further

21   objects to this Request on the grounds that it seeks confidential, proprietary and

22   trade secret information, including such information that has no bearing on the

23   claims or defenses in this case.  Mattel further objects to this Request on the grounds

24   that it calls for the disclosure of information subject to the attorney-client privilege,

25   the attorney work-product doctrine and other applicable privileges.

26   Subject to the foregoing objections, Mattel responds as follows:  Mattel

27   will produce responsive, non-privileged documents relating to Hoi Hoffman-

28   Briggs's knowledge of the facts at issue in this litigation as alleged in Mattel's Initial

209/2147010.

-86-

1  Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel

2  has been able to locate after a diligent search and reasonable inquiry, to the extent

3  not previously produced.

4

5  **REQUEST FOR PRODUCTION NO. 265:**

6          All DOCUMENTS REFERRING OR RELATING TO Don Howarth's

7  alleged knowledge of "[d]evelopment of Bratz," as alleged in MATTEL'S INITIAL

8  DISCLOSURES.

9

10  **RESPONSE TO REQUEST FOR PRODUCTION NO. 265:**

11          In addition to the general objections stated above which are

12  incorporated herein by reference, Mattel objects to this Request on the grounds that

13  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

14  documents on this subject without limitation as to time, and regardless of whether

15  such documents relate to products or matters at issue in this case.  Mattel further

16  objects to the Request on the grounds that it seeks documents that are not relevant to

17  this action or likely to lead to the discovery of admissible evidence.  Mattel further

18  objects to this Request on the grounds that it calls for documents or information in

19  the possession, custody or control of MGA, including without limitation documents

20  and information that MGA has been compelled by Court orders to produce but has

21  not produced.  Mattel further objects to this Request on the grounds that it seeks

22  confidential, proprietary and trade secret information, including such information

23  that has no bearing on the claims or defenses in this case.  Mattel further objects to

24  this Request on the grounds that it calls for the disclosure of information subject to

25  the attorney-client privilege, the attorney work-product doctrine and other applicable

26  privileges.

27          Subject to the foregoing objections, Mattel responds as follows:  Mattel

28  will produce responsive, non-privileged documents relating to Don Howarth's

'209/2147010.

-87-

1   knowledge of the facts at issue in this litigation as alleged in Mattel's Initial

2   Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel

3   has been able to locate after a diligent search and reasonable inquiry, to the extent

4   not previously produced.

5

6   **REQUEST FOR PRODUCTION NO. 266:**

7          All DOCUMENTS REFERRING OR RELATING TO James Brian

8   Huntley's alleged knowledge of "MGA's access to Mattel's intellectual property and

9   trade secrets" and "MGA business practices," as alleged in MATTEL'S INITIAL

10  DISCLOSURES.

11

12  **RESPONSE TO REQUEST FOR PRODUCTION NO. 266:**

13         In addition to the general objections stated above which are

14  incorporated herein by reference, Mattel objects to this Request on the grounds that

15  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

16  documents on this subject without limitation as to time, and regardless of whether

17  such documents relate to products or matters at issue in this case.  Mattel further

18  objects to the Request on the grounds that it seeks documents that are not relevant to

19  this action or likely to lead to the discovery of admissible evidence.  Mattel further

20  objects to this Request on the grounds that it calls for documents or information in

21  the possession, custody or control of MGA, including without limitation documents

22  and information that MGA has been compelled by Court orders to produce but has

23  not produced.  Mattel further objects to this Request on the grounds that it seeks

24  confidential, proprietary and trade secret information, including such information

25  that has no bearing on the claims or defenses in this case.  Mattel further objects to

26  this Request on the grounds that it calls for the disclosure of information subject to

27  the attorney-client privilege, the attorney work-product doctrine and other applicable

28  privileges.

209/2147010.

-88-

1        Subject to the foregoing objections, Mattel responds as follows: Mattel

2    will produce responsive, non-privileged documents relating to James Brian

3    Huntley's knowledge of the facts at issue in this litigation as alleged in Mattel's

4    Initial Disclosures that are in Mattel's possession, custody, or control, if any, that

5    Mattel has been able to locate after a diligent search and reasonable inquiry, to the

6    extent not previously produced.

7

8    **REQUEST FOR PRODUCTION NO. 267:**

9        All DOCUMENTS REFERRING OR RELATING TO Ricardo Ibarra's

10   alleged knowledge of "MGA's theft of Mattel's intellectual property and trade

11   secrets," as alleged in MATTEL'S INITIAL DISCLOSURES.

12

13   **RESPONSE TO REQUEST FOR PRODUCTION NO. 267:**

14       In addition to the general objections stated above which are

15   incorporated herein by reference, Mattel objects to this Request on the grounds that

16   it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

17   documents on this subject without limitation as to time, and regardless of whether

18   such documents relate to products or matters at issue in this case. Mattel further

19   objects to the Request on the grounds that it seeks documents that are not relevant to

20   this action or likely to lead to the discovery of admissible evidence. Mattel further

21   objects to this Request on the grounds that it seeks confidential, proprietary and

22   trade secret information, including such information that has no bearing on the

23   claims or defenses in this case. Mattel further objects to this Request on the grounds

24   that it calls for the disclosure of information subject to the attorney-client privilege,

25   the attorney work-product doctrine and other applicable privileges.

26       Subject to the foregoing objections, Mattel responds as follows: Mattel

27   will produce responsive, non-privileged documents relating to Ricardo Ibarra's

28   knowledge of the facts at issue in this litigation as alleged in Mattel's Initial

1  Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel

2  has been able to locate after a diligent search and reasonable inquiry, to the extent

3  not previously produced.

4

5  **REQUEST FOR PRODUCTION NO. 268:**

6          All DOCUMENTS in Ricardo Ibarra's possession or control

7  REFERRING OR RELATING TO his alleged knowledge of "MGA's theft of

8  Mattel's intellectual property and trade secrets," as alleged in MATTEL'S INITIAL

9  DISCLOSURES.

10

11  **RESPONSE TO REQUEST FOR PRODUCTION NO. 268:**

12          In addition to the general objections stated above which are

13  incorporated herein by reference, Mattel objects to this Request on the grounds that

14  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

15  documents on this subject without limitation as to time, and regardless of whether

16  such documents relate to products or matters at issue in this case.  Mattel further

17  objects to the Request on the grounds that it seeks documents that are not relevant to

18  this action or likely to lead to the discovery of admissible evidence.  Mattel further

19  objects to this Request on the grounds that it seeks confidential, proprietary and

20  trade secret information, including such information that has no bearing on the

21  claims or defenses in this case.  Mattel further objects to this Request on the grounds

22  that it calls for the disclosure of information subject to the attorney-client privilege,

23  the attorney work-product doctrine and other applicable privileges.

24          Subject to the foregoing objections, Mattel responds as follows:  Mattel

25  will produce responsive, non-privileged documents relating to Ricardo Ibarra's

26  knowledge of the facts at issue in this litigation as alleged in Mattel's Initial

27  Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel

28

7209/2147010.

-90-

1  has been able to locate after a diligent search and reasonable inquiry, to the extent

2  not previously produced.

3

4  **REQUEST FOR PRODUCTION NO. 269:**

5       All DOCUMENTS in Mattel de Mexico, S.A. de C.V.'s possession or

6  control REFERRING OR RELATING TO Ricardo Ibarra's alleged knowledge of

7  "MGA's theft of Mattel's intellectual property and trade secrets," as alleged in

8  MATTEL'S INITIAL DISCLOSURES.

9

10  **RESPONSE TO REQUEST FOR PRODUCTION NO. 269:**

11       In addition to the general objections stated above which are

12  incorporated herein by reference, Mattel objects to this Request on the grounds that

13  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

14  documents on this subject without limitation as to time, and regardless of whether

15  such documents relate to products or matters at issue in this case.  Mattel further

16  objects to the Request on the grounds that it seeks documents that are not relevant to

17  this action or likely to lead to the discovery of admissible evidence.  Mattel further

18  objects to this Request on the grounds that it seeks confidential, proprietary and

19  trade secret information, including such information that has no bearing on the

20  claims or defenses in this case.  Mattel further objects to this Request on the grounds

21  that it seeks documents that are not in the possession of Mattel, and any production

22  by Mattel pursuant to this Request is solely to facilitate discovery and does not

23  constitute a concession that Mattel de Mexico, S.A. de C.V. is under the control of

24  Mattel.  Mattel further objects to this Request on the grounds that it calls for the

25  disclosure of information subject to the attorney-client privilege, the attorney work-

26  product doctrine and other applicable privileges.

27       Subject to the foregoing objections, Mattel responds as follows:  Mattel

28  will produce responsive, non-privileged documents relating to Ricardo Ibarra's

1   knowledge of the facts at issue in this litigation as alleged in Mattel's Initial

2   Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel

3   has been able to locate after a diligent search and reasonable inquiry, to the extent

4   not previously produced.

5

6   **REQUEST FOR PRODUCTION NO. 270:**

7            All DOCUMENTS REFERRING OR RELATING TO Roberto Isaias's

8   alleged knowledge of "MGA's theft of Mattel's intellectual property and trade

9   secrets," as alleged in MATTEL'S INITIAL DISCLOSURES.

10

11  **RESPONSE TO REQUEST FOR PRODUCTION NO. 270:**

12           In addition to the general objections stated above which are

13  incorporated herein by reference, Mattel objects to this Request on the grounds that

14  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

15  documents on this subject without limitation as to time, and regardless of whether

16  such documents relate to products or matters at issue in this case.  Mattel further

17  objects to the Request on the grounds that it seeks documents that are not relevant to

18  this action or likely to lead to the discovery of admissible evidence.  Mattel further

19  objects to this Request on the grounds that it seeks confidential, proprietary and

20  trade secret information, including such information that has no bearing on the

21  claims or defenses in this case.  Mattel further objects to this Request on the grounds

22  that it calls for the disclosure of information subject to the attorney-client privilege,

23  the attorney work-product doctrine and other applicable privileges.

24           Subject to the foregoing objections, Mattel responds as follows:  Mattel

25  will produce responsive, non-privileged documents relating to Roberto Isaias's

26  knowledge of the facts at issue in this litigation as alleged in Mattel's Initial

27  Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel

28

-92-
RESPONSES TO THIRD SET OF REQUESTS FOR PRODUCTION
Exhibit 26 - Page 864

1   has been able to locate after a diligent search and reasonable inquiry, to the extent

2   not previously produced.

3

4   **REQUEST FOR PRODUCTION NO. 271:**

5          All DOCUMENTS in Roberto Isaias's possession or control

6   REFERRING OR RELATING TO his alleged knowledge of "MGA's theft of

7   Mattel's intellectual property and trade secrets," as alleged in MATTEL'S INITIAL

8   DISCLOSURES.

9

10  **RESPONSE TO REQUEST FOR PRODUCTION NO. 271:**

11         In addition to the general objections stated above which are

12  incorporated herein by reference, Mattel objects to this Request on the grounds that

13  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

14  documents on this subject without limitation as to time, and regardless of whether

15  such documents relate to products or matters at issue in this case.  Mattel further

16  objects to the Request on the grounds that it seeks documents that are not relevant to

17  this action or likely to lead to the discovery of admissible evidence.  Mattel further

18  objects to this Request on the grounds that it seeks confidential, proprietary and

19  trade secret information, including such information that has no bearing on the

20  claims or defenses in this case.  Mattel further objects to this Request on the grounds

21  that it calls for the disclosure of information subject to the attorney-client privilege,

22  the attorney work-product doctrine and other applicable privileges.

23         Subject to the foregoing objections, Mattel responds as follows:  Mattel

24  will produce responsive, non-privileged documents relating to Roberto Isaias's

25  knowledge of the facts at issue in this litigation as alleged in Mattel's Initial

26  Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel

27  has been able to locate after a diligent search and reasonable inquiry, to the extent

28  not previously produced.

1

2  **REQUEST FOR PRODUCTION NO. 272:**

3          All DOCUMENTS in Mattel Chile, S.A.'s possession or control

4  REFERRING OR RELATING TO Roberto Isaias's alleged knowledge of "MGA's

5  theft of Mattel's intellectual property and trade secrets," as alleged in MATTEL'S

6  INITIAL DISCLOSURES.

7

8  **RESPONSE TO REQUEST FOR PRODUCTION NO. 272:**

9          In addition to the general objections stated above which are

10 incorporated herein by reference, Mattel objects to this Request on the grounds that

11 it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

12 documents on this subject without limitation as to time, and regardless of whether

13 such documents relate to products or matters at issue in this case.  Mattel further

14 objects to the Request on the grounds that it seeks documents that are not relevant to

15 this action or likely to lead to the discovery of admissible evidence.  Mattel further

16 objects to this Request on the grounds that it seeks confidential, proprietary and

17 trade secret information, including such information that has no bearing on the

18 claims or defenses in this case.  Mattel further objects to this Request on the grounds

19 that it calls for the disclosure of information subject to the attorney-client privilege,

20 the attorney work-product doctrine and other applicable privileges.

21

22 **REQUEST FOR PRODUCTION NO. 273:**

23         All DOCUMENTS REFERRING OR RELATING TO Alice C. Kao's

24 alleged knowledge of "MGA's access to Mattel's intellectual property and trade

25 secrets" and "MGA business practices," as alleged in MATTEL'S INITIAL

26 DISCLOSURES.

27

28

7209/2147010.

-94-

**RESPONSE TO REQUEST FOR PRODUCTION NO. 273:**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad, unduly burdensome and unintelligible, including in that it seeks all documents on this subject without limitation as to time, and regardless of whether such documents relate to products or matters at issue in this case. Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence. Mattel further objects to this Request on the grounds that it calls for documents or information in the possession, custody or control of MGA, including without limitation documents and information that MGA has been compelled by Court orders to produce but has not produced. Mattel further objects to this Request on the grounds that it seeks confidential, proprietary and trade secret information, including such information that has no bearing on the claims or defenses in this case. Mattel further objects to this Request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges.

Subject to the foregoing objections, Mattel responds as follows: Mattel will produce responsive, non-privileged documents relating to Alice C. Kao's knowledge of the facts at issue in this litigation as alleged in Mattel's Initial Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel has been able to locate after a diligent search and reasonable inquiry, to the extent not previously produced.

**REQUEST FOR PRODUCTION NO. 274:**

All DOCUMENTS REFERRING OR RELATING TO Kenneth Kauffmann's alleged knowledge of "MGA's access to Mattel's intellectual property

209/2147010.

-95-

1 | and trade secrets" and "MGA business practices," as alleged in MATTEL'S

2 | INITIAL DISCLOSURES.

3 |

4 | **RESPONSE TO REQUEST FOR PRODUCTION NO. 274:**

5 |    In addition to the general objections stated above which are

6 | incorporated herein by reference, Mattel objects to this Request on the grounds that

7 | it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

8 | documents on this subject without limitation as to time, and regardless of whether

9 | such documents relate to products or matters at issue in this case. Mattel further

10 | objects to the Request on the grounds that it seeks documents that are not relevant to

11 | this action or likely to lead to the discovery of admissible evidence. Mattel further

12 | objects to this Request on the grounds that it calls for documents or information in

13 | the possession, custody or control of MGA and/or Bryant, including without

14 | limitation documents and information that MGA and Bryant have been compelled

15 | by Court orders to produce but have not produced. Mattel further objects to this

16 | Request on the grounds that it seeks confidential, proprietary and trade secret

17 | information, including such information that has no bearing on the claims or

18 | defenses in this case. Mattel further objects to this Request on the grounds that it

19 | calls for the disclosure of information subject to the attorney-client privilege, the

20 | attorney work-product doctrine and other applicable privileges.

21 |    Subject to the foregoing objections, Mattel responds as follows: Mattel

22 | will produce responsive, non-privileged documents relating to Kenneth Kauffmann's

23 | knowledge of the facts at issue in this litigation as alleged in Mattel's Initial

24 | Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel

25 | has been able to locate after a diligent search and reasonable inquiry, to the extent

26 | not previously produced.

27 |

28 |

7209/2147010.

**REQUEST FOR PRODUCTION NO. 275:**

All DOCUMENTS REFERRING OR RELATING TO Alan Kaye's alleged knowledge of "Bryant's breach of obligations to Mattel," as alleged in MATTEL'S INITIAL DISCLOSURES.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 275:**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad, unduly burdensome and unintelligible, including in that it seeks all documents on this subject without limitation as to time, and regardless of whether such documents relate to products or matters at issue in this case. Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence. Mattel further objects to this Request on the grounds that it seeks confidential, proprietary and trade secret information, including such information that has no bearing on the claims or defenses in this case. Mattel further objects to this Request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges.

Subject to the foregoing objections, Mattel responds as follows: Mattel will produce responsive, non-privileged documents relating to Alan Kaye's knowledge of the facts at issue in this litigation as alleged in Mattel's Initial Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel has been able to locate after a diligent search and reasonable inquiry, to the extent not previously produced.

'209/2147010.

**REQUEST FOR PRODUCTION NO. 276:**

All DOCUMENTS in Alan Kaye's possession or control REFERRING OR RELATING TO his alleged knowledge of "Bryant's breach of obligations to Mattel," as alleged in MATTEL'S INITIAL DISCLOSURES.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 276:**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad, unduly burdensome and unintelligible, including in that it seeks all documents on this subject without limitation as to time, and regardless of whether such documents relate to products or matters at issue in this case. Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence. Mattel further objects to this Request on the grounds that it seeks confidential, proprietary and trade secret information, including such information that has no bearing on the claims or defenses in this case. Mattel further objects to this Request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges.

Subject to the foregoing objections, Mattel responds as follows: Mattel will produce responsive, non-privileged documents relating to Alan Kaye's knowledge of the facts at issue in this litigation as alleged in Mattel's Initial Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel has been able to locate after a diligent search and reasonable inquiry, to the extent not previously produced.

**REQUEST FOR PRODUCTION NO. 277:**

All DOCUMENTS REFERRING OR RELATING TO Tim Kilpin's alleged knowledge of "[t]he development and ownership of intellectual property at issue," as alleged in MATTEL'S INITIAL DISCLOSURES.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 277:**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad, unduly burdensome and unintelligible, including in that it seeks all documents on this subject without limitation as to time, and regardless of whether such documents relate to products or matters at issue in this case. Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence. Mattel further objects to this Request on the grounds that it seeks confidential, proprietary and trade secret information, including such information that has no bearing on the claims or defenses in this case. Mattel further objects to this Request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges.

Subject to the foregoing objections, Mattel responds as follows: Mattel will produce responsive, non-privileged documents relating to Tim Kilpin's knowledge of the facts at issue in this litigation as alleged in Mattel's Initial Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel has been able to locate after a diligent search and reasonable inquiry, to the extent not previously produced.

**REQUEST FOR PRODUCTION NO. 278:**

All DOCUMENTS in Tim Kilpin's possession or control REFERRING OR RELATING TO his alleged knowledge of "[t]he development and ownership of intellectual property at issue," as alleged in MATTEL'S INITIAL DISCLOSURES.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 278:**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad, unduly burdensome and unintelligible, including in that it seeks all documents on this subject without limitation as to time, and regardless of whether such documents relate to products or matters at issue in this case. Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence. Mattel further objects to this Request on the grounds that it seeks confidential, proprietary and trade secret information, including such information that has no bearing on the claims or defenses in this case. Mattel further objects to this Request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges.

Subject to the foregoing objections, Mattel responds as follows: Mattel will produce responsive, non-privileged documents relating to Tim Kilpin's knowledge of the facts at issue in this litigation as alleged in Mattel's Initial Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel has been able to locate after a diligent search and reasonable inquiry, to the extent not previously produced.

**REQUEST FOR PRODUCTION NO. 279:**

All DOCUMENTS REFERRING OR RELATING TO Joyce Chi Hee Kim's alleged knowledge of "MGA's access to Mattel's intellectual property and

1  trade secrets" and "MGA business practices," as alleged in MATTEL'S INITIAL

2  DISCLOSURES.

3

4  **RESPONSE TO REQUEST FOR PRODUCTION NO. 279:**

5         In addition to the general objections stated above which are

6  incorporated herein by reference, Mattel objects to this Request on the grounds that

7  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

8  documents on this subject without limitation as to time, and regardless of whether

9  such documents relate to products or matters at issue in this case.  Mattel further

10 objects to the Request on the grounds that it seeks documents that are not relevant to

11 this action or likely to lead to the discovery of admissible evidence.  Mattel further

12 objects to this Request on the grounds that it calls for documents or information in

13 the possession, custody or control of MGA, including without limitation documents

14 and information that MGA has been compelled by Court orders to produce but has

15 not produced.  Mattel further objects to this Request on the grounds that it seeks

16 confidential, proprietary and trade secret information, including such information

17 that has no bearing on the claims or defenses in this case.  Mattel further objects to

18 this Request on the grounds that it calls for the disclosure of information subject to

19 the attorney-client privilege, the attorney work-product doctrine and other applicable

20 privileges.

21         Subject to the foregoing objections, Mattel responds as follows:  Mattel

22 will produce responsive, non-privileged documents relating to Joyce Chi Hee

23 knowledge of the facts at issue in this litigation as alleged in Mattel's Initial

24 Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel

25 has been able to locate after a diligent search and reasonable inquiry, to the extent

26 not previously produced.

27

28

'209/2147010.

**REQUEST FOR PRODUCTION NO. 280:**

All DOCUMENTS REFERRING OR RELATING TO Young Kim's alleged knowledge of "MGA's access to Mattel's intellectual property and trade secrets" and "MGA business practices," as alleged in MATTEL'S INITIAL DISCLOSURES.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 280:**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad, unduly burdensome and unintelligible, including in that it seeks all documents on this subject without limitation as to time, and regardless of whether such documents relate to products or matters at issue in this case. Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence. Mattel further objects to this Request on the grounds that it calls for documents or information in the possession, custody or control of MGA, including without limitation documents and information that MGA has been compelled by Court orders to produce but has not produced. Mattel further objects to this Request on the grounds that it seeks confidential, proprietary and trade secret information, including such information that has no bearing on the claims or defenses in this case. Mattel further objects to this Request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges.

Subject to the foregoing objections, Mattel responds as follows:  Mattel will produce responsive, non-privileged documents relating to Young Kim's knowledge of the facts at issue in this litigation as alleged in Mattel's Initial Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel

1 | has been able to locate after a diligent search and reasonable inquiry, to the extent

2 | not previously produced.

3

4 | **REQUEST FOR PRODUCTION NO. 281:**

5 | All DOCUMENTS REFERRING OR RELATING TO Kristen L.

6 | Kirst's alleged knowledge of "MGA's access to Mattel's intellectual property and

7 | trade secrets" and "MGA business practices," as alleged in MATTEL'S INITIAL

8 | DISCLOSURES.

9

10 | **RESPONSE TO REQUEST FOR PRODUCTION NO. 281:**

11 | In addition to the general objections stated above which are

12 | incorporated herein by reference, Mattel objects to this Request on the grounds that

13 | it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

14 | documents on this subject without limitation as to time, and regardless of whether

15 | such documents relate to products or matters at issue in this case.  Mattel further

16 | objects to the Request on the grounds that it seeks documents that are not relevant to

17 | this action or likely to lead to the discovery of admissible evidence.  Mattel further

18 | objects to this Request on the grounds that it calls for documents or information in

19 | the possession, custody or control of MGA, including without limitation documents

20 | and information that MGA has been compelled by Court orders to produce but has

21 | not produced.  Mattel further objects to this Request on the grounds that it seeks

22 | confidential, proprietary and trade secret information, including such information

23 | that has no bearing on the claims or defenses in this case.  Mattel further objects to

24 | this Request on the grounds that it calls for the disclosure of information subject to

25 | the attorney-client privilege, the attorney work-product doctrine and other applicable

26 | privileges.

27 | Subject to the foregoing objections, Mattel responds as follows:  Mattel

28 | will produce responsive, non-privileged documents relating to Kristen L. Kirst's

7209/2147010.

-103-
RESPONSES TO THIRD SET OF REQUESTS FOR PRODUCTION
Exhibit 26 - Page 875

1  knowledge of the facts at issue in this litigation as alleged in Mattel's Initial

2  Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel

3  has been able to locate after a diligent search and reasonable inquiry, to the extent

4  not previously produced.

5

6  **REQUEST FOR PRODUCTION NO. 282:**

7       All DOCUMENTS REFERRING OR RELATING TO Joel N.

8  Klevins's alleged knowledge of "[d]evelopment of Bratz," as alleged in MATTEL'S

9  INITIAL DISCLOSURES.

10

11  **RESPONSE TO REQUEST FOR PRODUCTION NO. 282:**

12       In addition to the general objections stated above which are

13  incorporated herein by reference, Mattel objects to this Request on the grounds that

14  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

15  documents on this subject without limitation as to time, and regardless of whether

16  such documents relate to products or matters at issue in this case.  Mattel further

17  objects to this Request on the grounds that it calls for documents or information in

18  the possession, custody or control of MGA, including without limitation documents

19  and information that MGA has been compelled by Court orders to produce but has

20  not produced.  Mattel further objects to this Request on the grounds that it seeks

21  confidential, proprietary and trade secret information, including such information

22  that has no bearing on the claims or defenses in this case.  Mattel further objects to

23  this Request on the grounds that it calls for the disclosure of information subject to

24  the attorney-client privilege, the attorney work-product doctrine and other applicable

25  privileges.

26       Subject to the foregoing objections, Mattel responds as follows:  Mattel

27  will produce responsive, non-privileged documents relating to Joel N. Klevins's

28  knowledge of the facts at issue in this litigation as alleged in Mattel's Initial

1 | Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel
2 | has been able to locate after a diligent search and reasonable inquiry, to the extent
3 | not previously produced.

4

5 | **REQUEST FOR PRODUCTION NO. 283:**

6 |         All DOCUMENTS REFERRING OR RELATING TO Andreas Koch's
7 | alleged knowledge of "[d]esign and development of Bratz and Bryant's work with or
8 | for MGA during his Mattel employment" and "MGA business practices," as alleged
9 | in MATTEL'S INITIAL DISCLOSURES.

10

11 | **RESPONSE TO REQUEST FOR PRODUCTION NO. 283:**

12 |         In addition to the general objections stated above which are
13 | incorporated herein by reference, Mattel objects to this Request on the grounds that
14 | it is overbroad, unduly burdensome and unintelligible, including in that it seeks all
15 | documents on this subject without limitation as to time, and regardless of whether
16 | such documents relate to products or matters at issue in this case.  Mattel further
17 | objects to the Request on the grounds that it seeks documents that are not relevant to
18 | this action or likely to lead to the discovery of admissible evidence.  Mattel further
19 | objects to this Request on the grounds that it calls for documents or information in
20 | the possession, custody or control of MGA and/or Bryant, including without
21 | limitation documents and information that MGA and Bryant have been compelled
22 | by Court orders to produce but have not produced.  Mattel further objects to this
23 | Request on the grounds that it seeks confidential, proprietary and trade secret
24 | information, including such information that has no bearing on the claims or
25 | defenses in this case. Mattel further objects to this Request on the grounds that it
26 | calls for the disclosure of information subject to the attorney-client privilege, the
27 | attorney work-product doctrine and other applicable privileges.

28

1    Subject to the foregoing objections, Mattel responds as follows:  Mattel
2    will produce responsive, non-privileged documents relating to Andreas Koch's
3    knowledge of the facts at issue in this litigation as alleged in Mattel's Initial
4    Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel
5    has been able to locate after a diligent search and reasonable inquiry, to the extent
6    not previously produced.

7

8    **REQUEST FOR PRODUCTION NO. 284:**

9    All DOCUMENTS REFERRING OR RELATING TO Ellen F.
10    Komatsu's alleged knowledge of "MGA's access to Mattel's intellectual property and
11    trade secrets" and "MGA business practices," as alleged in MATTEL'S INITIAL
12    DISCLOSURES.

13

14    **RESPONSE TO REQUEST FOR PRODUCTION NO. 284:**

15    In addition to the general objections stated above which are
16    incorporated herein by reference, Mattel objects to this Request on the grounds that
17    it is overbroad, unduly burdensome and unintelligible, including in that it seeks all
18    documents on this subject without limitation as to time, and regardless of whether
19    such documents relate to products or matters at issue in this case.  Mattel further
20    objects to the Request on the grounds that it seeks documents that are not relevant to
21    this action or likely to lead to the discovery of admissible evidence.  Mattel further
22    objects to this Request on the grounds that it calls for documents or information in
23    the possession, custody or control of MGA, including without limitation documents
24    and information that MGA has been compelled by Court orders to produce but has
25    not produced.  Mattel further objects to this Request on the grounds that it seeks
26    confidential, proprietary and trade secret information, including such information
27    that has no bearing on the claims or defenses in this case.  Mattel further objects to
28    this Request on the grounds that it calls for the disclosure of information subject to

1    the attorney-client privilege, the attorney work-product doctrine and other applicable

2    privileges.

3            Subject to the foregoing objections, Mattel responds as follows:  Mattel

4    will produce responsive, non-privileged documents relating to Ellen F. Komatsu's

5    knowledge of the facts at issue in this litigation as alleged in Mattel's Initial

6    Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel

7    has been able to locate after a diligent search and reasonable inquiry, to the extent

8    not previously produced.

9

10   **REQUEST FOR PRODUCTION NO. 285:**

11           All DOCUMENTS REFERRING OR RELATING TO Kara Kuchem's

12   alleged knowledge of "[t]he development and ownership of intellectual property at

13   issue," as alleged in MATTEL'S INITIAL DISCLOSURES.

14

15   **RESPONSE TO REQUEST FOR PRODUCTION NO. 285:**

16           In addition to the general objections stated above which are

17   incorporated herein by reference, Mattel objects to this Request on the grounds that

18   it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

19   documents on this subject without limitation as to time, and regardless of whether

20   such documents relate to products or matters at issue in this case.  Mattel further

21   objects to the Request on the grounds that it seeks documents that are not relevant to

22   this action or likely to lead to the discovery of admissible evidence.  Mattel further

23   objects to this Request on the grounds that it seeks confidential, proprietary and

24   trade secret information, including such information that has no bearing on the

25   claims or defenses in this case.  Mattel further objects to this Request on the grounds

26   that it calls for the disclosure of information subject to the attorney-client privilege,

27   the attorney work-product doctrine and other applicable privileges.

28

:09/2147010.

1    Subject to the foregoing objections, Mattel responds as follows:  Mattel

2  will produce responsive, non-privileged documents relating to Kara Kuchem's

3  knowledge of the facts at issue in this litigation as alleged in Mattel's Initial

4  Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel

5  has been able to locate after a diligent search and reasonable inquiry, to the extent

6  not previously produced.

7

8  **REQUEST FOR PRODUCTION NO. 286:**

9    All DOCUMENTS in Kara Kuchem's possession or control

10  REFERRING OR RELATING TO her alleged knowledge of "[t]he development

11  and ownership of intellectual property at issue," as alleged in MATTEL'S INITIAL

12  DISCLOSURES.

13

14  **RESPONSE TO REQUEST FOR PRODUCTION NO. 286:**

15    In addition to the general objections stated above which are

16  incorporated herein by reference, Mattel objects to this Request on the grounds that

17  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

18  documents on this subject without limitation as to time, and regardless of whether

19  such documents relate to products or matters at issue in this case.  Mattel further

20  objects to the Request on the grounds that it seeks documents that are not relevant to

21  this action or likely to lead to the discovery of admissible evidence.  Mattel further

22  objects to this Request on the grounds that it seeks confidential, proprietary and

23  trade secret information, including such information that has no bearing on the

24  claims or defenses in this case.  Mattel further objects to this Request on the grounds

25  that it calls for the disclosure of information subject to the attorney-client privilege,

26  the attorney work-product doctrine and other applicable privileges.

27    Subject to the foregoing objections, Mattel responds as follows:  Mattel

28  will produce responsive, non-privileged documents relating to Kara Kuchem's

1  knowledge of the facts at issue in this litigation as alleged in Mattel's Initial

2  Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel

3  has been able to locate after a diligent search and reasonable inquiry, to the extent

4  not previously produced.

5

6  **REQUEST FOR PRODUCTION NO. 287:**

7  All DOCUMENTS REFERRING OR RELATING TO Susana

8  Kuemmerle's alleged knowledge of "MGA's theft of Mattel's intellectual property

9  and trade secrets" and "MGA business practices," as alleged in MATTEL'S

10  INITIAL DISCLOSURES.

11

12  **RESPONSE TO REQUEST FOR PRODUCTION NO. 287:**

13  In addition to the general objections stated above which are

14  incorporated herein by reference, Mattel objects to this Request on the grounds that

15  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

16  documents on this subject without limitation as to time, and regardless of whether

17  such documents relate to products or matters at issue in this case. Mattel further

18  objects to the Request on the grounds that it seeks documents that are not relevant to

19  this action or likely to lead to the discovery of admissible evidence. Mattel further

20  objects to this Request on the grounds that it calls for documents or information in

21  the possession, custody or control of MGA and/or Bryant, including without

22  limitation documents and information that MGA and Bryant have been compelled

23  by Court orders to produce but have not produced. Mattel further objects to this

24  Request on the grounds that it seeks confidential, proprietary and trade secret

25  information, including such information that has no bearing on the claims or

26  defenses in this case. Mattel further objects to this Request on the grounds that it

27  calls for the disclosure of information subject to the attorney-client privilege, the

28  attorney work-product doctrine and other applicable privileges.

'209/2147010.

-109-

1           Subject to the foregoing objections, Mattel responds as follows:  Mattel

2   will produce responsive, non-privileged documents relating to Susana Kuemmerle's

3   knowledge of the facts at issue in this litigation as alleged in Mattel's Initial

4   Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel

5   has been able to locate after a diligent search and reasonable inquiry, to the extent

6   not previously produced.

7

8   **REQUEST FOR PRODUCTION NO. 288:**

9           All DOCUMENTS REFERRING OR RELATING TO Cecelia Kwok's

10  alleged knowledge of "[d]esign and development of Bratz and Bryant's work with or

11  for MGA during his Mattel employment" and "MGA business practices," as alleged

12  in MATTEL'S INITIAL DISCLOSURES.

13

14  **RESPONSE TO REQUEST FOR PRODUCTION NO. 288:**

15          In addition to the general objections stated above which are

16  incorporated herein by reference, Mattel objects to this Request on the grounds that

17  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

18  documents on this subject without limitation as to time, and regardless of whether

19  such documents relate to products or matters at issue in this case.  Mattel further

20  objects to the Request on the grounds that it seeks documents that are not relevant to

21  this action or likely to lead to the discovery of admissible evidence.  Mattel further

22  objects to this Request on the grounds that it calls for documents or information in

23  the possession, custody or control of MGA and/or Bryant, including without

24  limitation documents and information that MGA and Bryant have been compelled

25  by Court orders to produce but have not produced.  Mattel further objects to this

26  Request on the grounds that it seeks confidential, proprietary and trade secret

27  information, including such information that has no bearing on the claims or

28  defenses in this case.  Mattel further objects to this Request on the grounds that it

7209/2147010.

-110-

1  calls for the disclosure of information subject to the attorney-client privilege, the
2  attorney work-product doctrine and other applicable privileges.
3      Subject to the foregoing objections, Mattel responds as follows:  Mattel
4  will produce responsive, non-privileged documents relating to Cecelia Kwok's
5  knowledge of the facts at issue in this litigation as alleged in Mattel's Initial
6  Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel
7  has been able to locate after a diligent search and reasonable inquiry, to the extent
8  not previously produced.
9
10  **REQUEST FOR PRODUCTION NO. 289:**
11      All DOCUMENTS REFERRING OR RELATING TO Sheila Kyaw's
12  alleged knowledge of "[d]esign and development of Bratz and Bryant's work with or
13  for MGA during his Mattel employment," as alleged in MATTEL'S INITIAL
14  DISCLOSURES.
15
16  **RESPONSE TO REQUEST FOR PRODUCTION NO. 289:**
17      In addition to the general objections stated above which are
18  incorporated herein by reference, Mattel objects to this Request on the grounds that
19  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all
20  documents on this subject without limitation as to time, and regardless of whether
21  such documents relate to products or matters at issue in this case.  Mattel further
22  objects to the Request on the grounds that it seeks documents that are not relevant to
23  this action or likely to lead to the discovery of admissible evidence.  Mattel further
24  objects to this Request on the grounds that it seeks confidential, proprietary and
25  trade secret information, including such information that has no bearing on the
26  claims or defenses in this case.  Mattel further objects to this Request on the grounds
27  that it calls for the disclosure of information subject to the attorney-client privilege,
28  the attorney work-product doctrine and other applicable privileges.

209/2147010.

-111-

1         Subject to the foregoing objections, Mattel responds as follows: Mattel

2 will produce responsive, non-privileged documents relating to Sheila Kyaw's

3 knowledge of the facts at issue in this litigation as alleged in Mattel's Initial

4 Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel

5 has been able to locate after a diligent search and reasonable inquiry, to the extent

6 not previously produced.

7

8 **REQUEST FOR PRODUCTION NO. 290:**

9         All DOCUMENTS in Sheila Kyaw's possession or control

10 REFERRING OR RELATING TO her alleged knowledge of "[d]esign and

11 development of Bratz and Bryant's work with or for MGA during his Mattel

12 employment," as alleged in MATTEL'S INITIAL DISCLOSURES.

13

14 **RESPONSE TO REQUEST FOR PRODUCTION NO. 290:**

15         In addition to the general objections stated above which are

16 incorporated herein by reference, Mattel objects to this Request on the grounds that

17 it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

18 documents on this subject without limitation as to time, and regardless of whether

19 such documents relate to products or matters at issue in this case. Mattel further

20 objects to the Request on the grounds that it seeks documents that are not relevant to

21 this action or likely to lead to the discovery of admissible evidence. Mattel further

22 objects to this Request on the grounds that it seeks confidential, proprietary and

23 trade secret information, including such information that has no bearing on the

24 claims or defenses in this case. Mattel further objects to this Request on the grounds

25 that it calls for the disclosure of information subject to the attorney-client privilege,

26 the attorney work-product doctrine and other applicable privileges.

27         Subject to the foregoing objections, Mattel responds as follows: Mattel

28 will produce responsive, non-privileged documents relating to Sheila Kyaw's

209/2147010.

-112-

RESPONSES TO THIRD SET OF REQUESTS FOR PRODUCTION

Exhibit 26 - Page 884

1  knowledge of the facts at issue in this litigation as alleged in Mattel's Initial

2  Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel

3  has been able to locate after a diligent search and reasonable inquiry, to the extent

4  not previously produced.

5

6  **REQUEST FOR PRODUCTION NO. 291:**

7        All DOCUMENTS REFERRING OR RELATING TO Farhad Larian's

8  alleged knowledge of "[d]evelopment of Bratz" and "MGA's business practices," as

9  alleged in MATTEL'S INITIAL DISCLOSURES.

10

11  **RESPONSE TO REQUEST FOR PRODUCTION NO. 291:**

12        In addition to the general objections stated above which are

13  incorporated herein by reference, Mattel objects to this Request on the grounds that

14  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

15  documents on this subject without limitation as to time, and regardless of whether

16  such documents relate to products or matters at issue in this case.  Mattel further

17  objects to the Request on the grounds that it seeks documents that are not relevant to

18  this action or likely to lead to the discovery of admissible evidence.  Mattel further

19  objects to this Request on the grounds that it calls for documents or information in

20  the possession, custody or control of MGA and/or Bryant, including without

21  limitation documents and information that MGA and Bryant have been compelled

22  by Court orders to produce but have not produced.  Mattel further objects to this

23  Request on the grounds that it seeks confidential, proprietary and trade secret

24  information, including such information that has no bearing on the claims or

25  defenses in this case.  Mattel further objects to this Request on the grounds that it

26  calls for the disclosure of information subject to the attorney-client privilege, the

27  attorney work-product doctrine and other applicable privileges.

28

-113-
RESPONSES TO THIRD SET OF REQUESTS FOR PRODUCTION
Exhibit 26 - Page 885

1     Subject to the foregoing objections, Mattel responds as follows:  Mattel
2 will produce responsive, non-privileged documents relating to Farhad Larian's
3 knowledge of the facts at issue in this litigation as alleged in Mattel's Initial
4 Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel
5 has been able to locate after a diligent search and reasonable inquiry, to the extent
6 not previously produced.

7

8 **REQUEST FOR PRODUCTION NO. 292:**

9     All DOCUMENTS REFERRING OR RELATING TO Isaac Larian's
10 alleged knowledge of "[d]esign and development of Bratz and Bryant's work with or
11 for MGA during his Mattel employment," "Bryant's breach of obligations to Mattel
12 and MGA's efforts to conceal same," "MGA's theft of Mattel's intellectual property
13 and trade secrets," and "MGA's business practices," as alleged in MATTEL'S
14 INITIAL DISCLOSURES.

15

16 **RESPONSE TO REQUEST FOR PRODUCTION NO. 292:**

17     In addition to the general objections stated above which are
18 incorporated herein by reference, Mattel objects to this Request on the grounds that
19 it is overbroad, unduly burdensome and unintelligible, including in that it seeks all
20 documents on this subject without limitation as to time, and regardless of whether
21 such documents relate to products or matters at issue in this case.  Mattel further
22 objects to the Request on the grounds that it seeks documents that are not relevant to
23 this action or likely to lead to the discovery of admissible evidence.  Mattel further
24 objects to this Request on the grounds that it calls for documents or information in
25 the possession, custody or control of MGA and/or Bryant, including without
26 limitation documents and information that MGA and Bryant have been compelled
27 by Court orders to produce but have not produced.  Mattel further objects to this
28 Request on the grounds that it seeks confidential, proprietary and trade secret

209/2147010.

-114-

1 information, including such information that has no bearing on the claims or

2 defenses in this case. Mattel further objects to this Request on the grounds that it

3 calls for the disclosure of information subject to the attorney-client privilege, the

4 attorney work-product doctrine and other applicable privileges.

5          Subject to the foregoing objections, Mattel responds as follows: Mattel

6 will produce responsive, non-privileged documents relating to Isaac Larian's

7 knowledge of the facts at issue in this litigation as alleged in Mattel's Initial

8 Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel

9 has been able to locate after a diligent search and reasonable inquiry, to the extent

10 not previously produced.

11

12 **REQUEST FOR PRODUCTION NO. 293:**

13          All DOCUMENTS REFERRING OR RELATING TO Jill Larson's

14 alleged knowledge of "MGA's access to Mattel's intellectual property and trade

15 secrets" and "MGA business practices," as alleged in MATTEL'S INITIAL

16 DISCLOSURES.

17

18 **RESPONSE TO REQUEST FOR PRODUCTION NO. 293:**

19          In addition to the general objections stated above which are

20 incorporated herein by reference, Mattel objects to this Request on the grounds that

21 it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

22 documents on this subject without limitation as to time, and regardless of whether

23 such documents relate to products or matters at issue in this case. Mattel further

24 objects to the Request on the grounds that it seeks documents that are not relevant to

25 this action or likely to lead to the discovery of admissible evidence. Mattel further

26 objects to this Request on the grounds that it calls for documents or information in

27 the possession, custody or control of MGA, including without limitation documents

28 and information that MGA has been compelled by Court orders to produce but has

not produced.  Mattel further objects to this Request on the grounds that it seeks confidential, proprietary and trade secret information, including such information that has no bearing on the claims or defenses in this case.  Mattel further objects to this Request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges.

Subject to the foregoing objections, Mattel responds as follows:  Mattel will produce responsive, non-privileged documents relating to Jill Larson's knowledge of the facts at issue in this litigation as alleged in Mattel's Initial Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel has been able to locate after a diligent search and reasonable inquiry, to the extent not previously produced.

**REQUEST FOR PRODUCTION NO. 294:**

All DOCUMENTS REFERRING OR RELATING TO Stephen Lee's alleged knowledge of "[d]esign and development of Bratz and Bryant's work with or for MGA during his Mattel employment" and "MGA's business practices," as alleged in MATTEL'S INITIAL DISCLOSURES.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 294:**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad, unduly burdensome and unintelligible, including in that it seeks all documents on this subject without limitation as to time, and regardless of whether such documents relate to products or matters at issue in this case.  Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence.  Mattel further objects to this Request on the grounds that it calls for documents or information in

-116-

1  the possession, custody or control of MGA and/or Bryant, including without

2  limitation documents and information that MGA and Bryant have been compelled

3  by Court orders to produce but have not produced.  Mattel further objects to this

4  Request on the grounds that it seeks confidential, proprietary and trade secret

5  information, including such information that has no bearing on the claims or

6  defenses in this case.  Mattel further objects to this Request on the grounds that it

7  calls for the disclosure of information subject to the attorney-client privilege, the

8  attorney work-product doctrine and other applicable privileges.

9          Subject to the foregoing objections, Mattel responds as follows:  Mattel

10  will produce responsive, non-privileged documents relating to Stephen Lee's

11  knowledge of the facts at issue in this litigation as alleged in Mattel's Initial

12  Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel

13  has been able to locate after a diligent search and reasonable inquiry, to the extent

14  not previously produced.

15  .

16  **REQUEST FOR PRODUCTION NO. 295:**

17          All DOCUMENTS REFERRING OR RELATING TO Victor Lee's

18  alleged knowledge of "[d]esign and development of Bratz and Bryant's work with or

19  for MGA during his Mattel employment" and "MGA's business practices," as

20  alleged in MATTEL'S INITIAL DISCLOSURES.

21

22  **RESPONSE TO REQUEST FOR PRODUCTION NO. 295:**

23          In addition to the general objections stated above which are

24  incorporated herein by reference, Mattel objects to this Request on the grounds that

25  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

26  documents on this subject without limitation as to time, and regardless of whether

27  such documents relate to products or matters at issue in this case.  Mattel further

28  objects to the Request on the grounds that it seeks documents that are not relevant to

-117-

1   this action or likely to lead to the discovery of admissible evidence.  Mattel further

2   objects to this Request on the grounds that it calls for documents or information in

3   the possession, custody or control of MGA and/or Bryant, including without

4   limitation documents and information that MGA and Bryant have been compelled

5   by Court orders to produce but have not produced.  Mattel further objects to this

6   Request on the grounds that it seeks confidential, proprietary and trade secret

7   information, including such information that has no bearing on the claims or

8   defenses in this case.  Mattel further objects to this Request on the grounds that it

9   calls for the disclosure of information subject to the attorney-client privilege, the

10  attorney work-product doctrine and other applicable privileges.

11          Subject to the foregoing objections, Mattel responds as follows:  Mattel

12  will produce responsive, non-privileged documents relating to Victor Lee's

13  knowledge of the facts at issue in this litigation as alleged in Mattel's Initial

14  Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel

15  has been able to locate after a diligent search and reasonable inquiry, to the extent

16  not previously produced.

17

18  **REQUEST FOR PRODUCTION NO. 296:**

19          All DOCUMENTS REFERRING OR RELATING TO Kerri Legg's

20  alleged knowledge of "[d]esign and development of Bratz and Bryant's work with or

21  for MGA during his Mattel employment" and "MGA's business practices," as

22  alleged in MATTEL'S INITIAL DISCLOSURES.

23

24  **RESPONSE TO REQUEST FOR PRODUCTION NO. 296:**

25          In addition to the general objections stated above which are

26  incorporated herein by reference, Mattel objects to this Request on the grounds that

27  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

28  documents on this subject without limitation as to time, and regardless of whether

209/2147010.

-118-

1    such documents relate to products or matters at issue in this case.  Mattel further

2    objects to the Request on the grounds that it seeks documents that are not relevant to

3    this action or likely to lead to the discovery of admissible evidence.  Mattel further

4    objects to this Request on the grounds that it calls for documents or information in

5    the possession, custody or control of MGA and/or Bryant, including without

6    limitation documents and information that MGA and Bryant have been compelled

7    by Court orders to produce but have not produced.  Mattel further objects to this

8    Request on the grounds that it seeks confidential, proprietary and trade secret

9    information, including such information that has no bearing on the claims or

10   defenses in this case.  Mattel further objects to this Request on the grounds that it

11   calls for the disclosure of information subject to the attorney-client privilege, the

12   attorney work-product doctrine and other applicable privileges.

13          Subject to the foregoing objections, Mattel responds as follows:  Mattel

14   will produce responsive, non-privileged documents relating to Kerri Legg's

15   knowledge of the facts at issue in this litigation as alleged in Mattel's Initial

16   Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel

17   has been able to locate after a diligent search and reasonable inquiry, to the extent

18   not previously produced.

19

20   **REQUEST FOR PRODUCTION NO. 297:**

21          All DOCUMENTS REFERRING OR RELATING TO Lidia Ivete

22   Montero Leyva's alleged knowledge of "MGA's access to Mattel's intellectual

23   property and trade secrets" and "MGA business practices," as alleged in MATTEL'S

24   INITIAL DISCLOSURES.

25

26   **RESPONSE TO REQUEST FOR PRODUCTION NO. 297:**

27          In addition to the general objections stated above which are

28   incorporated herein by reference, Mattel objects to this Request on the grounds that

209/2147010.

-119-

1   it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

2   documents on this subject without limitation as to time, and regardless of whether

3   such documents relate to products or matters at issue in this case. Mattel further

4   objects to the Request on the grounds that it seeks documents that are not relevant to

5   this action or likely to lead to the discovery of admissible evidence. Mattel further

6   objects to this Request on the grounds that it calls for documents or information in

7   the possession, custody or control of MGA, including without limitation documents

8   and information that MGA has been compelled by Court orders to produce but has

9   not produced. Mattel further objects to this Request on the grounds that it seeks

10   confidential, proprietary and trade secret information, including such information

11   that has no bearing on the claims or defenses in this case. Mattel further objects to

12   this Request on the grounds that it calls for the disclosure of information subject to

13   the attorney-client privilege, the attorney work-product doctrine and other applicable

14   privileges.

15         Subject to the foregoing objections, Mattel responds as follows: Mattel

16   will produce responsive, non-privileged documents relating to Lidia Ivete

17   knowledge of the facts at issue in this litigation as alleged in Mattel's Initial

18   Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel

19   has been able to locate after a diligent search and reasonable inquiry, to the extent

20   not previously produced.

21

22   **REQUEST FOR PRODUCTION NO. 298:**

23         All DOCUMENTS REFERRING OR RELATING TO Stanley Li's

24   alleged knowledge of "[d]esign and development of Bratz and Bryant's work with or

25   for MGA during his Mattel employment" and "MGA's business practices," as

26   alleged in MATTEL'S INITIAL DISCLOSURES.

27

28

209/2147010.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 298:**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad, unduly burdensome and unintelligible, including in that it seeks all documents on this subject without limitation as to time, and regardless of whether such documents relate to products or matters at issue in this case. Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence. Mattel further objects to this Request on the grounds that it calls for documents or information in the possession, custody or control of MGA and/or Bryant, including without limitation documents and information that MGA and Bryant have been compelled by Court orders to produce but have not produced. Mattel further objects to this Request on the grounds that it seeks confidential, proprietary and trade secret information, including such information that has no bearing on the claims or defenses in this case. Mattel further objects to this Request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges.

Subject to the foregoing objections, Mattel responds as follows: Mattel will produce responsive, non-privileged documents relating to Stanley Li's knowledge of the facts at issue in this litigation as alleged in Mattel's Initial Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel has been able to locate after a diligent search and reasonable inquiry, to the extent not previously produced.

**REQUEST FOR PRODUCTION NO. 299:**

All DOCUMENTS REFERRING OR RELATING TO Timothy James Lider's alleged knowledge of "MGA's theft of Mattel's intellectual property and trade secrets," as alleged in MATTEL'S INITIAL DISCLOSURES.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 299:**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad, unduly burdensome and unintelligible, including in that it seeks all documents on this subject without limitation as to time, and regardless of whether such documents relate to products or matters at issue in this case. Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence. Mattel further objects to this Request on the grounds that it seeks confidential, proprietary and trade secret information, including such information that has no bearing on the claims or defenses in this case. Mattel further objects to this Request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges.

Subject to the foregoing objections, Mattel responds as follows: Mattel will produce responsive, non-privileged documents relating to Timothy James Lider's knowledge of the facts at issue in this litigation as alleged in Mattel's Initial Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel has been able to locate after a diligent search and reasonable inquiry, to the extent not previously produced.

**REQUEST FOR PRODUCTION NO. 300:**

All DOCUMENTS REFERRING OR RELATING TO Steve Linker's alleged knowledge of "[t]he development of intellectual property at issue," as alleged in MATTEL'S INITIAL DISCLOSURES.

1

2  **RESPONSE TO REQUEST FOR PRODUCTION NO. 300:**

3          In addition to the general objections stated above which are

4  incorporated herein by reference, Mattel objects to this Request on the grounds that

5  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

6  documents on this subject without limitation as to time, and regardless of whether

7  such documents relate to products or matters at issue in this case.  Mattel further

8  objects to the Request on the grounds that it seeks documents that are not relevant to

9  this action or likely to lead to the discovery of admissible evidence.  Mattel further

10  objects to this Request on the grounds that it calls for documents or information in

11  the possession, custody or control of MGA and/or Bryant, including without

12  limitation documents and information that MGA and Bryant have been compelled

13  by Court orders to produce but have not produced.  Mattel further objects to this

14  Request on the grounds that it seeks confidential, proprietary and trade secret

15  information, including such information that has no bearing on the claims or

16  defenses in this case.  Mattel further objects to this Request on the grounds that it

17  calls for the disclosure of information subject to the attorney-client privilege, the

18  attorney work-product doctrine and other applicable privileges.

19          Subject to the foregoing objections, Mattel responds as follows:  Mattel

20  will produce responsive, non-privileged documents relating to Steve Linker's

21  knowledge of the facts at issue in this litigation as alleged in Mattel's Initial

22  Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel

23  has been able to locate after a diligent search and reasonable inquiry, to the extent

24  not previously produced.

25

26  **REQUEST FOR PRODUCTION NO. 301:**

27          All DOCUMENTS REFERRING OR RELATING TO Dave

28  Malacrida's alleged knowledge of "[d]esign and development of Bratz and Bryant's

-123-

1  work with or for MGA during his Mattel employment" and "MGA's business

2  practices," as alleged in MATTEL'S INITIAL DISCLOSURES.

3

4  **RESPONSE TO REQUEST FOR PRODUCTION NO. 301:**

5          In addition to the general objections stated above which are

6  incorporated herein by reference, Mattel objects to this Request on the grounds that

7  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

8  documents on this subject without limitation as to time, and regardless of whether

9  such documents relate to products or matters at issue in this case.  Mattel further

10  objects to the Request on the grounds that it seeks documents that are not relevant to

11  this action or likely to lead to the discovery of admissible evidence.  Mattel further

12  objects to this Request on the grounds that it calls for documents or information in

13  the possession, custody or control of MGA and/or Bryant, including without

14  limitation documents and information that MGA and Bryant have been compelled

15  by Court orders to produce but have not produced.  Mattel further objects to this

16  Request on the grounds that it seeks confidential, proprietary and trade secret

17  information, including such information that has no bearing on the claims or

18  defenses in this case.  Mattel further objects to this Request on the grounds that it

19  calls for the disclosure of information subject to the attorney-client privilege, the

20  attorney work-product doctrine and other applicable privileges.

21          Subject to the foregoing objections, Mattel responds as follows:  Mattel

22  will produce responsive, non-privileged documents relating to Dave Malacrida's

23  knowledge of the facts at issue in this litigation as alleged in Mattel's Initial

24  Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel

25  has been able to locate after a diligent search and reasonable inquiry, to the extent

26  not previously produced.

27

28

-124-

1  **REQUEST FOR PRODUCTION NO. 302:**

2        All DOCUMENTS REFERRING OR RELATING TO Joy Mann's

3  alleged knowledge of "[t]he development and ownership of intellectual property at

4  issue," as alleged in MATTEL'S INITIAL DISCLOSURES.

5

6  **RESPONSE TO REQUEST FOR PRODUCTION NO. 302:**

7        In addition to the general objections stated above which are

8  incorporated herein by reference, Mattel objects to this Request on the grounds that

9  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

10  documents on this subject without limitation as to time, and regardless of whether

11  such documents relate to products or matters at issue in this case.  Mattel further

12  objects to the Request on the grounds that it seeks documents that are not relevant to

13  this action or likely to lead to the discovery of admissible evidence.  Mattel further

14  objects to this Request on the grounds that it seeks confidential, proprietary and

15  trade secret information, including such information that has no bearing on the

16  claims or defenses in this case.  Mattel further objects to this Request on the grounds

17  that it calls for the disclosure of information subject to the attorney-client privilege,

18  the attorney work-product doctrine and other applicable privileges.

19        Subject to the foregoing objections, Mattel responds as follows:  Mattel

20  will produce responsive, non-privileged documents relating to Joy Mann's

21  knowledge of the facts at issue in this litigation as alleged in Mattel's Initial

22  Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel

23  has been able to locate after a diligent search and reasonable inquiry, to the extent

24  not previously produced.

25

26

27

28

**REQUEST FOR PRODUCTION NO. 303:**

All DOCUMENTS in Joy Mann's possession or control REFERRING OR RELATING TO her alleged knowledge of "[t]he development and ownership of intellectual property at issue," as alleged in MATTEL'S INITIAL DISCLOSURES.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 303:**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad, unduly burdensome and unintelligible, including in that it seeks all documents on this subject without limitation as to time, and regardless of whether such documents relate to products or matters at issue in this case. Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence. Mattel further objects to this Request on the grounds that it seeks confidential, proprietary and trade secret information, including such information that has no bearing on the claims or defenses in this case. Mattel further objects to this Request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges.

Subject to the foregoing objections, Mattel responds as follows: Mattel will produce responsive, non-privileged documents relating to Joy Mann's knowledge of the facts at issue in this litigation as alleged in Mattel's Initial Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel has been able to locate after a diligent search and reasonable inquiry, to the extent not previously produced.

**REQUEST FOR PRODUCTION NO. 304:**

All DOCUMENTS REFERRING OR RELATING TO Maria Veronica de Souza Brandao Marlow's alleged knowledge of "[d]esign and development of

209/2147010.

-126-

1  Bratz and Bryant's work with or for MGA during his Mattel employment," "MGA's

2  access to Mattel's intellectual property and trade secrets," and "MGA's business

3  practices," as alleged in MATTEL'S INITIAL DISCLOSURES.

4

5  **RESPONSE TO REQUEST FOR PRODUCTION NO. 304:**

6          In addition to the general objections stated above which are

7  incorporated herein by reference, Mattel objects to this Request on the grounds that

8  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

9  documents on this subject without limitation as to time, and regardless of whether

10  such documents relate to products or matters at issue in this case. Mattel further

11  objects to the Request on the grounds that it seeks documents that are not relevant to

12  this action or likely to lead to the discovery of admissible evidence. Mattel further

13  objects to this Request on the grounds that it calls for documents or information in

14  the possession, custody or control of MGA and/or Bryant, including without

15  limitation documents and information that MGA and Bryant have been compelled

16  by Court orders to produce but have not produced. Mattel further objects to this

17  Request on the grounds that it seeks confidential, proprietary and trade secret

18  information, including such information that has no bearing on the claims or

19  defenses in this case. Mattel further objects to this Request on the grounds that it

20  calls for the disclosure of information subject to the attorney-client privilege, the

21  attorney work-product doctrine and other applicable privileges.

22          Subject to the foregoing objections, Mattel responds as follows: Mattel

23  will produce responsive, non-privileged documents relating to Maria Veronica de

24  Souza Brandao Marlow's knowledge of the facts at issue in this litigation as alleged

25  in Mattel's Initial Disclosures that are in Mattel's possession, custody, or control, if

26  any, that Mattel has been able to locate after a diligent search and reasonable

27  inquiry, to the extent not previously produced.

28

-127-

**REQUEST FOR PRODUCTION NO. 305:**

All DOCUMENTS REFERRING OR RELATING TO Lily Martinez's alleged knowledge of "[t]he development and ownership of intellectual property at issue" and "Bryant's breach of obligations to Mattel," as alleged in MATTEL'S INITIAL DISCLOSURES.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 305:**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad, unduly burdensome and unintelligible, including in that it seeks all documents on this subject without limitation as to time, and regardless of whether such documents relate to products or matters at issue in this case. Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence. Mattel further objects to this Request on the grounds that it seeks confidential, proprietary and trade secret information, including such information that has no bearing on the claims or defenses in this case. Mattel further objects to this Request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges.

Subject to the foregoing objections, Mattel responds as follows: Mattel will produce responsive, non-privileged documents relating to Lily Martinez's knowledge of the facts at issue in this litigation as alleged in Mattel's Initial Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel has been able to locate after a diligent search and reasonable inquiry, to the extent not previously produced.

07209/2147010.

**REQUEST FOR PRODUCTION NO. 306:**

All DOCUMENTS in Lily Martinez's possession or control REFERRING OR RELATING TO her alleged knowledge of "[t]he development and ownership of intellectual property at issue" and "Bryant's breach of obligations to Mattel," as alleged in MATTEL'S INITIAL DISCLOSURES.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 306:**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad, unduly burdensome and unintelligible, including in that it seeks all documents on this subject without limitation as to time, and regardless of whether such documents relate to products or matters at issue in this case. Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence. Mattel further objects to this Request on the grounds that it seeks confidential, proprietary and trade secret information, including such information that has no bearing on the claims or defenses in this case. Mattel further objects to this Request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges.

Subject to the foregoing objections, Mattel responds as follows: Mattel will produce responsive, non-privileged documents relating to Lily Martinez's knowledge of the facts at issue in this litigation as alleged in Mattel's Initial Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel has been able to locate after a diligent search and reasonable inquiry, to the extent not previously produced.

**REQUEST FOR PRODUCTION NO. 307:**

All DOCUMENTS REFERRING OR RELATING TO Susan G. McBride's alleged knowledge of "MGA's access to Mattel's intellectual property and trade secrets" and "MGA business practices," as alleged in MATTEL'S INITIAL DISCLOSURES.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 307:**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad, unduly burdensome and unintelligible, including in that it seeks all documents on this subject without limitation as to time, and regardless of whether such documents relate to products or matters at issue in this case. Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence. Mattel further objects to this Request on the grounds that it calls for documents or information in the possession, custody or control of MGA, including without limitation documents and information that MGA has been compelled by Court orders to produce but has not produced. Mattel further objects to this Request on the grounds that it seeks confidential, proprietary and trade secret information, including such information that has no bearing on the claims or defenses in this case. Mattel further objects to this Request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges.

Subject to the foregoing objections, Mattel responds as follows: Mattel will produce responsive, non-privileged documents relating to Susan G. McBride's knowledge of the facts at issue in this litigation as alleged in Mattel's Initial Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel

1 | has been able to locate after a diligent search and reasonable inquiry, to the extent

2 | not previously produced.

3 |

4 | **REQUEST FOR PRODUCTION NO. 308:**

5 |   All DOCUMENTS REFERRING OR RELATING TO Barbara Miller's

6 | alleged knowledge of "[t]he development and ownership of intellectual property at

7 | issue," as alleged in MATTEL'S INITIAL DISCLOSURES.

8 |

9 | **RESPONSE TO REQUEST FOR PRODUCTION NO. 308:**

10 |   In addition to the general objections stated above which are

11 | incorporated herein by reference, Mattel objects to this Request on the grounds that

12 | it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

13 | documents on this subject without limitation as to time, and regardless of whether

14 | such documents relate to products or matters at issue in this case.  Mattel further

15 | objects to the Request on the grounds that it seeks documents that are not relevant to

16 | this action or likely to lead to the discovery of admissible evidence.  Mattel further

17 | objects to this Request on the grounds that it calls for documents or information in

18 | the possession, custody or control of MGA and/or Bryant, including without

19 | limitation documents and information that MGA and Bryant have been compelled

20 | by Court orders to produce but have not produced.  Mattel further objects to this

21 | Request on the grounds that it seeks confidential, proprietary and trade secret

22 | information, including such information that has no bearing on the claims or

23 | defenses in this case.  Mattel further objects to this Request on the grounds that it

24 | calls for the disclosure of information subject to the attorney-client privilege, the

25 | attorney work-product doctrine and other applicable privileges.

26 |   Subject to the foregoing objections, Mattel responds as follows:  Mattel

27 | will produce responsive, non-privileged documents relating to Barbara Miller's

28 | knowledge of the facts at issue in this litigation as alleged in Mattel's Initial

07209/2147010.

-131-

1  Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel

2  has been able to locate after a diligent search and reasonable inquiry, to the extent

3  not previously produced.

4

5  **REQUEST FOR PRODUCTION NO. 309:**

6        All DOCUMENTS REFERRING OR RELATING TO Frank B. Mils's

7  alleged knowledge of "MGA's access to Mattel's intellectual property and trade

8  secrets" and "MGA business practices," as alleged in MATTEL'S INITIAL

9  DISCLOSURES.

10

11  **RESPONSE TO REQUEST FOR PRODUCTION NO. 309:**

12        In addition to the general objections stated above which are

13  incorporated herein by reference, Mattel objects to this Request on the grounds that

14  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

15  documents on this subject without limitation as to time, and regardless of whether

16  such documents relate to products or matters at issue in this case.  Mattel further

17  objects to the Request on the grounds that it seeks documents that are not relevant to

18  this action or likely to lead to the discovery of admissible evidence.  Mattel further

19  objects to this Request on the grounds that it calls for documents or information in

20  the possession, custody or control of MGA, including without limitation documents

21  and information that MGA has been compelled by Court orders to produce but has

22  not produced.  Mattel further objects to this Request on the grounds that it seeks

23  confidential, proprietary and trade secret information, including such information

24  that has no bearing on the claims or defenses in this case.  Mattel further objects to

25  this Request on the grounds that it calls for the disclosure of information subject to

26  the attorney-client privilege, the attorney work-product doctrine and other applicable

27  privileges.

28

07209/2147010.

RESPONSES TO THIRD SET OF REQUESTS FOR PRODUCTION

Exhibit 26 - Page 904

1        Subject to the foregoing objections, Mattel responds as follows: Mattel

2  will produce responsive, non-privileged documents relating to Frank B. Mils's

3  knowledge of the facts at issue in this litigation as alleged in Mattel's Initial

4  Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel

5  has been able to locate after a diligent search and reasonable inquiry, to the extent

6  not previously produced.

7

8  **REQUEST FOR PRODUCTION NO. 310:**

9        All DOCUMENTS REFERRING OR RELATING TO Joyce Ng's

10  alleged knowledge of "[d]esign and development of Bratz and Bryant's work with or

11  for MGA during his Mattel employment," as alleged in MATTEL'S INITIAL

12  DISCLOSURES.

13

14  **RESPONSE TO REQUEST FOR PRODUCTION NO. 310:**

15        In addition to the general objections stated above which are

16  incorporated herein by reference, Mattel objects to this Request on the grounds that

17  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

18  documents on this subject without limitation as to time, and regardless of whether

19  such documents relate to products or matters at issue in this case. Mattel further

20  objects to the Request on the grounds that it seeks documents that are not relevant to

21  this action or likely to lead to the discovery of admissible evidence. Mattel further

22  objects to this Request on the grounds that it calls for documents or information in

23  the possession, custody or control of MGA and/or Bryant, including without

24  limitation documents and information that MGA and Bryant have been compelled

25  by Court orders to produce but have not produced. Mattel further objects to this

26  Request on the grounds that it seeks confidential, proprietary and trade secret

27  information, including such information that has no bearing on the claims or

28  defenses in this case. Mattel further objects to this Request on the grounds that it

1  calls for the disclosure of information subject to the attorney-client privilege, the

2  attorney work-product doctrine and other applicable privileges.

3          Subject to the foregoing objections, Mattel responds as follows:  Mattel

4  will produce responsive, non-privileged documents relating to Joyce Ng's

5  knowledge of the facts at issue in this litigation as alleged in Mattel's Initial

6  Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel

7  has been able to locate after a diligent search and reasonable inquiry, to the extent

8  not previously produced.

9

10  **REQUEST FOR PRODUCTION NO. 311**

11          All DOCUMENTS REFERRING OR RELATING TO Jill Nordquist's

12  alleged knowledge of "Bryant's breach of obligations to Mattel" and "MGA's access

13  to Mattel's intellectual property and trade secrets," as alleged in MATTEL'S

14  INITIAL DISCLOSURES.

15

16  **RESPONSE TO REQUEST FOR PRODUCTION NO. 311:**

17          In addition to the general objections stated above which are

18  incorporated herein by reference, Mattel objects to this Request on the grounds that

19  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

20  documents on this subject without limitation as to time, and regardless of whether

21  such documents relate to products or matters at issue in this case.  Mattel further

22  objects to the Request on the grounds that it seeks documents that are not relevant to

23  this action or likely to lead to the discovery of admissible evidence.  Mattel further

24  objects to this Request on the grounds that it seeks confidential, proprietary and

25  trade secret information, including such information that has no bearing on the

26  claims or defenses in this case.  Mattel further objects to this Request on the grounds

27  that it calls for the disclosure of information subject to the attorney-client privilege,

28  the attorney work-product doctrine and other applicable privileges.

1          Subject to the foregoing objections, Mattel responds as follows:  Mattel
2    will produce responsive, non-privileged documents relating to Jill Nordquist's
3    knowledge of the facts at issue in this litigation as alleged in Mattel's Initial
4    Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel
5    has been able to locate after a diligent search and reasonable inquiry, to the extent
6    not previously produced.

7

8    **REQUEST FOR PRODUCTION NO. 312:**

9          All DOCUMENTS in Jill Nordquist's possession or control
10   REFERRING OR RELATING TO her alleged knowledge of "Bryant's breach of
11   obligations to Mattel" and "MGA's access to Mattel's intellectual property and trade
12   secrets," as alleged in MATTEL'S INITIAL DISCLOSURES.

13

14   **RESPONSE TO REQUEST FOR PRODUCTION NO. 312:**

15         In addition to the general objections stated above which are
16   incorporated herein by reference, Mattel objects to this Request on the grounds that
17   it is overbroad, unduly burdensome and unintelligible, including in that it seeks all
18   documents on this subject without limitation as to time, and regardless of whether
19   such documents relate to products or matters at issue in this case.  Mattel further
20   objects to the Request on the grounds that it seeks documents that are not relevant to
21   this action or likely to lead to the discovery of admissible evidence.  Mattel further
22   objects to this Request on the grounds that it seeks confidential, proprietary and
23   trade secret information, including such information that has no bearing on the
24   claims or defenses in this case.  Mattel further objects to this Request on the grounds
25   that it calls for the disclosure of information subject to the attorney-client privilege,
26   the attorney work-product doctrine and other applicable privileges.
27         Subject to the foregoing objections, Mattel responds as follows:  Mattel
28   will produce responsive, non-privileged documents relating to Jill Nordquist's

1  knowledge of the facts at issue in this litigation as alleged in Mattel's Initial

2  Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel

3  has been able to locate after a diligent search and reasonable inquiry, to the extent

4  not previously produced.

5

6  **REQUEST FOR PRODUCTION NO. 313:**

7            All DOCUMENTS REFERRING OR RELATING TO Conrad

8  Nussbaum's alleged knowledge of "Mattel's business operations, Mattel's dealings

9  with NPD, and the development and ownership of intellectual property at issue," as

10  alleged in MATTEL'S INITIAL DISCLOSURES.

11

12  **RESPONSE TO REQUEST FOR PRODUCTION NO. 313:**

13            In addition to the general objections stated above which are

14  incorporated herein by reference, Mattel objects to this Request on the grounds that

15  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

16  documents on this subject without limitation as to time, and regardless of whether

17  such documents relate to products or matters at issue in this case.  Mattel further

18  objects to the Request on the grounds that it seeks documents that are not relevant to

19  this action or likely to lead to the discovery of admissible evidence.  Mattel further

20  objects to this Request on the grounds that it seeks confidential, proprietary and

21  trade secret information, including such information that has no bearing on the

22  claims or defenses in this case.  Mattel further objects to this Request on the grounds

23  that it calls for the disclosure of information subject to the attorney-client privilege,

24  the attorney work-product doctrine and other applicable privileges.

25            Subject to the foregoing objections, Mattel responds as follows:  Mattel

26  will produce responsive, non-privileged documents relating to Conrad Nussbaum's

27  knowledge of the facts at issue in this litigation as alleged in Mattel's Initial

28  Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel

1 | has been able to locate after a diligent search and reasonable inquiry, to the extent
2 | not previously produced.

3

4 | **REQUEST FOR PRODUCTION NO. 314:**

5 | All DOCUMENTS in Conrad Nussbaum's possession or control

6 | REFERRING OR RELATING TO his alleged knowledge of "Mattel's business

7 | operations, Mattel's dealings with NPD, and the development and ownership of

8 | intellectual property at issue," as alleged in MATTEL'S INITIAL DISCLOSURES.

9

10 | **RESPONSE TO REQUEST FOR PRODUCTION NO. 314:**

11 | In addition to the general objections stated above which are

12 | incorporated herein by reference, Mattel objects to this Request on the grounds that

13 | it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

14 | documents on this subject without limitation as to time, and regardless of whether

15 | such documents relate to products or matters at issue in this case.  Mattel further

16 | objects to the Request on the grounds that it seeks documents that are not relevant to

17 | this action or likely to lead to the discovery of admissible evidence.  Mattel further

18 | objects to this Request on the grounds that it seeks confidential, proprietary and

19 | trade secret information, including such information that has no bearing on the

20 | claims or defenses in this case.  Mattel further objects to this Request on the grounds

21 | that it calls for the disclosure of information subject to the attorney-client privilege,

22 | the attorney work-product doctrine and other applicable privileges.

23 | Subject to the foregoing objections, Mattel responds as follows:  Mattel

24 | will produce responsive, non-privileged documents relating to Conrad Nussbaum's

25 | knowledge of the facts at issue in this litigation as alleged in Mattel's Initial

26 | Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel

27 | has been able to locate after a diligent search and reasonable inquiry, to the extent

28 | not previously produced.

07209/2147010.

-137-

1

2  **REQUEST FOR PRODUCTION NO. 315:**

3          All DOCUMENTS REFERRING OR RELATING TO Laura Ochoa's

4  alleged knowledge of "MGA's access to Mattel's intellectual property and trade

5  secrets" and "MGA business practices," as alleged in MATTEL'S INITIAL

6  DISCLOSURES.

7

8  **RESPONSE TO REQUEST FOR PRODUCTION NO. 315:**

9          In addition to the general objections stated above which are

10  incorporated herein by reference, Mattel objects to this Request on the grounds that

11  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

12  documents on this subject without limitation as to time, and regardless of whether

13  such documents relate to products or matters at issue in this case.  Mattel further

14  objects to the Request on the grounds that it seeks documents that are not relevant to

15  this action or likely to lead to the discovery of admissible evidence.  Mattel further

16  objects to this Request on the grounds that it calls for documents or information in

17  the possession, custody or control of MGA, including without limitation documents

18  and information that MGA has been compelled by Court orders to produce but has

19  not produced.  Mattel further objects to this Request on the grounds that it seeks

20  confidential, proprietary and trade secret information, including such information

21  that has no bearing on the claims or defenses in this case.  Mattel further objects to

22  this Request on the grounds that it calls for the disclosure of information subject to

23  the attorney-client privilege, the attorney work-product doctrine and other applicable

24  privileges.

25          Subject to the foregoing objections, Mattel responds as follows:  Mattel

26  will produce responsive, non-privileged documents relating to Laura Ochoa's

27  knowledge of the facts at issue in this litigation as alleged in Mattel's Initial

28  Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel

-138-

1   has been able to locate after a diligent search and reasonable inquiry, to the extent

2   not previously produced.

3

4   **REQUEST FOR PRODUCTION NO. 316:**

5          All DOCUMENTS REFERRING OR RELATING TO Victoria

6   O'Connor's alleged knowledge of "[d]esign and development of Bratz and Bryant's

7   work with or for MGA during his Mattel employment, and MGA's efforts to conceal

8   same," "MGA's access to Mattel's intellectual property and trade secrets," and

9   "MGA business practices," as alleged in MATTEL'S INITIAL DISCLOSURES.

10

11  **RESPONSE TO REQUEST FOR PRODUCTION NO. 316:**

12         In addition to the general objections stated above which are

13  incorporated herein by reference, Mattel objects to this Request on the grounds that

14  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

15  documents on this subject without limitation as to time, and regardless of whether

16  such documents relate to products or matters at issue in this case.  Mattel further

17  objects to the Request on the grounds that it seeks documents that are not relevant to

18  this action or likely to lead to the discovery of admissible evidence.  Mattel further

19  objects to this Request on the grounds that it calls for documents or information in

20  the possession, custody or control of MGA and/or Bryant, including without

21  limitation documents and information that MGA and Bryant have been compelled

22  by Court orders to produce but have not produced.  Mattel further objects to this

23  Request on the grounds that it seeks confidential, proprietary and trade secret

24  information, including such information that has no bearing on the claims or

25  defenses in this case.  Mattel further objects to this Request on the grounds that it

26  calls for the disclosure of information subject to the attorney-client privilege, the

27  attorney work-product doctrine and other applicable privileges.

28

1    Subject to the foregoing objections, Mattel responds as follows:  Mattel

2  will produce responsive, non-privileged documents relating to Victoria O'Connor's

3  knowledge of the facts at issue in this litigation as alleged in Mattel's Initial

4  Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel

5  has been able to locate after a diligent search and reasonable inquiry, to the extent

6  not previously produced.

7

8  **REQUEST FOR PRODUCTION NO. 317:**

9    All DOCUMENTS REFERRING OR RELATING TO Daniel Ray

10  Owen's alleged knowledge of "MGA's access to Mattel's intellectual property and

11  trade secrets" and "MGA business practices," as alleged in MATTEL'S INITIAL

12  DISCLOSURES.

13

14  **RESPONSE TO REQUEST FOR PRODUCTION NO. 317:**

15    In addition to the general objections stated above which are

16  incorporated herein by reference, Mattel objects to this Request on the grounds that

17  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

18  documents on this subject without limitation as to time, and regardless of whether

19  such documents relate to products or matters at issue in this case.  Mattel further

20  objects to the Request on the grounds that it seeks documents that are not relevant to

21  this action or likely to lead to the discovery of admissible evidence.  Mattel further

22  objects to this Request on the grounds that it calls for documents or information in

23  the possession, custody or control of MGA, including without limitation documents

24  and information that MGA has been compelled by Court orders to produce but has

25  not produced.  Mattel further objects to this Request on the grounds that it seeks

26  confidential, proprietary and trade secret information, including such information

27  that has no bearing on the claims or defenses in this case.  Mattel further objects to

28  this Request on the grounds that it calls for the disclosure of information subject to

1  the attorney-client privilege, the attorney work-product doctrine and other applicable
2  privileges.

3        Subject to the foregoing objections, Mattel responds as follows:  Mattel
4  will produce responsive, non-privileged documents relating to Daniel Ray Owen's
5  knowledge of the facts at issue in this litigation as alleged in Mattel's Initial
6  Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel
7  has been able to locate after a diligent search and reasonable inquiry, to the extent
8  not previously produced.

9

10  **REQUEST FOR PRODUCTION NO. 318:**

11        All DOCUMENTS REFERRING OR RELATING TO Amelia Ivy
12  Arafiles Palijo's alleged knowledge of "MGA's access to Mattel's intellectual
13  property and trade secrets" and "MGA business practices," as alleged in MATTEL'S
14  INITIAL DISCLOSURES.

15

16  **RESPONSE TO REQUEST FOR PRODUCTION NO. 318:**

17        In addition to the general objections stated above which are
18  incorporated herein by reference, Mattel objects to this Request on the grounds that
19  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all
20  documents on this subject without limitation as to time, and regardless of whether
21  such documents relate to products or matters at issue in this case.  Mattel further
22  objects to the Request on the grounds that it seeks documents that are not relevant to
23  this action or likely to lead to the discovery of admissible evidence.  Mattel further
24  objects to this Request on the grounds that it calls for documents or information in
25  the possession, custody or control of MGA, including without limitation documents
26  and information that MGA has been compelled by Court orders to produce but has
27  not produced.  Mattel further objects to this Request on the grounds that it seeks
28  confidential, proprietary and trade secret information, including such information

07209/2147010.

-141-

1   that has no bearing on the claims or defenses in this case.  Mattel further objects to
2   this Request on the grounds that it calls for the disclosure of information subject to
3   the attorney-client privilege, the attorney work-product doctrine and other applicable
4   privileges.
5            Subject to the foregoing objections, Mattel responds as follows:  Mattel
6   will produce responsive, non-privileged documents relating to Amelia Ivy Arafiles
7   Palijo's knowledge of the facts at issue in this litigation as alleged in Mattel's Initial
8   Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel
9   has been able to locate after a diligent search and reasonable inquiry, to the extent
10  not previously produced.
11
12  **REQUEST FOR PRODUCTION NO. 319:**
13           All DOCUMENTS REFERRING OR RELATING TO Karla
14  Papayanopulos's alleged knowledge of "MGA's theft of Mattel's intellectual
15  property and trade secrets," as alleged in MATTEL'S INITIAL DISCLOSURES.
16
17  **RESPONSE TO REQUEST FOR PRODUCTION NO. 319:**
18           In addition to the general objections stated above which are
19  incorporated herein by reference, Mattel objects to this Request on the grounds that
20  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all
21  documents on this subject without limitation as to time, and regardless of whether
22  such documents relate to products or matters at issue in this case.  Mattel further
23  objects to the Request on the grounds that it seeks documents that are not relevant to
24  this action or likely to lead to the discovery of admissible evidence.  Mattel further
25  objects to this Request on the grounds that it seeks confidential, proprietary and
26  trade secret information, including such information that has no bearing on the
27  claims or defenses in this case.  Mattel further objects to this Request on the grounds
28

07209/2147010.

RESPONSES TO THIRD SET OF REQUESTS FOR PRODUCTION
Exhibit 26 - Page 514

1   that it calls for the disclosure of information subject to the attorney-client privilege,

2   the attorney work-product doctrine and other applicable privileges.

3          Subject to the foregoing objections, Mattel responds as follows:  Mattel

4   will produce responsive, non-privileged documents relating to Karla

5   Papayanopulos's knowledge of the facts at issue in this litigation as alleged in

6   Mattel's Initial Disclosures that are in Mattel's possession, custody, or control, if

7   any, that Mattel has been able to locate after a diligent search and reasonable

8   inquiry, to the extent not previously produced.

9

10  **REQUEST FOR PRODUCTION NO. 320:**

11         All DOCUMENTS in Karla Papayanopulos's possession or control

12  REFERRING OR RELATING TO her alleged knowledge of "MGA's theft of

13  Mattel's intellectual property and trade secrets," as alleged in MATTEL'S INITIAL

14  DISCLOSURES.

15

16  **RESPONSE TO REQUEST FOR PRODUCTION NO. 320:**

17         In addition to the general objections stated above which are

18  incorporated herein by reference, Mattel objects to this Request on the grounds that

19  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

20  documents on this subject without limitation as to time, and regardless of whether

21  such documents relate to products or matters at issue in this case.  Mattel further

22  objects to the Request on the grounds that it seeks documents that are not relevant to

23  this action or likely to lead to the discovery of admissible evidence.  Mattel further

24  objects to this Request on the grounds that it seeks confidential, proprietary and

25  trade secret information, including such information that has no bearing on the

26  claims or defenses in this case.  Mattel further objects to this Request on the grounds

27  that it calls for the disclosure of information subject to the attorney-client privilege,

28  the attorney work-product doctrine and other applicable privileges.

-143-

1    Subject to the foregoing objections, Mattel responds as follows:  Mattel

2    will produce responsive, non-privileged documents relating to Karla

3    Papayanopulos's knowledge of the facts at issue in this litigation as alleged in

4    Mattel's Initial Disclosures that are in Mattel's possession, custody, or control, if

5    any, that Mattel has been able to locate after a diligent search and reasonable

6    inquiry, to the extent not previously produced.

7

8    **REQUEST FOR PRODUCTION NO. 321:**

9    All DOCUMENTS in Mattel de Mexico, S.A. de C.V.'s possession or

10   control REFERRING OR RELATING TO Karla Papayanopulos's alleged

11   knowledge of "MGA's theft of Mattel's intellectual property and trade secrets," as

12   alleged in MATTEL'S INITIAL DISCLOSURES.

13

14   **RESPONSE TO REQUEST FOR PRODUCTION NO. 321:**

15   In addition to the general objections stated above which are

16   incorporated herein by reference, Mattel objects to this Request on the grounds that

17   it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

18   documents on this subject without limitation as to time, and regardless of whether

19   such documents relate to products or matters at issue in this case.  Mattel further

20   objects to the Request on the grounds that it seeks documents that are not relevant to

21   this action or likely to lead to the discovery of admissible evidence.  Mattel further

22   objects to this Request on the grounds that it seeks confidential, proprietary and

23   trade secret information, including such information that has no bearing on the

24   claims or defenses in this case.  Mattel further objects to this Request on the grounds

25   that it seeks documents that are not in the possession of Mattel, and any production

26   by Mattel pursuant to this Request is solely to facilitate discovery and does not

27   constitute a concession that Mattel de Mexico, S.A. de C.V. is under the control of

28   Mattel.  Mattel further objects to this Request on the grounds that it calls for the

1  disclosure of information subject to the attorney-client privilege, the attorney work-

2  product doctrine and other applicable privileges.

3      Subject to the foregoing objections, Mattel responds as follows:  Mattel

4  will produce responsive, non-privileged documents relating to Karla

5  Papayanopulos's knowledge of the facts at issue in this litigation as alleged in

6  Mattel's Initial Disclosures that are in Mattel's possession, custody, or control, if

7  any, that Mattel has been able to locate after a diligent search and reasonable

8  inquiry, to the extent not previously produced.

9

10  **REQUEST FOR PRODUCTION NO. 322:**

11      All DOCUMENTS REFERRING OR RELATING TO Cassidy Park's

12  alleged knowledge of "Carter Bryant's breach of obligations to Mattel," as alleged in

13  MATTEL'S INITIAL DISCLOSURES.

14

15  **RESPONSE TO REQUEST FOR PRODUCTION NO. 322:**

16      In addition to the general objections stated above which are

17  incorporated herein by reference, Mattel objects to this Request on the grounds that

18  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

19  documents on this subject without limitation as to time, and regardless of whether

20  such documents relate to products or matters at issue in this case.  Mattel further

21  objects to the Request on the grounds that it seeks documents that are not relevant to

22  this action or likely to lead to the discovery of admissible evidence.  Mattel further

23  objects to this Request on the grounds that it seeks confidential, proprietary and

24  trade secret information, including such information that has no bearing on the

25  claims or defenses in this case.  Mattel further objects to this Request on the grounds

26  that it calls for the disclosure of information subject to the attorney-client privilege,

27  the attorney work-product doctrine and other applicable privileges.

28

-145-

RESPONSES TO THIRD SET OF REQUESTS FOR PRODUCTION
Exhibit 26 - Page 917

1    Subject to the foregoing objections, Mattel responds as follows:  Mattel
2  will produce responsive, non-privileged documents relating to Cassidy Park's
3  knowledge of the facts at issue in this litigation as alleged in Mattel's Initial
4  Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel
5  has been able to locate after a diligent search and reasonable inquiry, to the extent
6  not previously produced.

7

8  **REQUEST FOR PRODUCTION NO. 323:**
9    All DOCUMENTS in Cassidy Park's possession or control
10  REFERRING OR RELATING TO his alleged knowledge of "Carter Bryant's breach
11  of obligations to Mattel," as alleged in MATTEL'S INITIAL DISCLOSURES.

12

13  **RESPONSE TO REQUEST FOR PRODUCTION NO. 323:**
14    In addition to the general objections stated above which are
15  incorporated herein by reference, Mattel objects to this Request on the grounds that
16  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all
17  documents on this subject without limitation as to time, and regardless of whether
18  such documents relate to products or matters at issue in this case.  Mattel further
19  objects to the Request on the grounds that it seeks documents that are not relevant to
20  this action or likely to lead to the discovery of admissible evidence.  Mattel further
21  objects to this Request on the grounds that it seeks confidential, proprietary and
22  trade secret information, including such information that has no bearing on the
23  claims or defenses in this case.  Mattel further objects to this Request on the grounds
24  that it calls for the disclosure of information subject to the attorney-client privilege,
25  the attorney work-product doctrine and other applicable privileges.
26    Subject to the foregoing objections, Mattel responds as follows:  Mattel
27  will produce responsive, non-privileged documents relating to Cassidy Park's
28  knowledge of the facts at issue in this litigation as alleged in Mattel's Initial

-146-

1  Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel
2  has been able to locate after a diligent search and reasonable inquiry, to the extent
3  not previously produced.

4

5  **REQUEST FOR PRODUCTION NO. 324:**

6          All DOCUMENTS REFERRING OR RELATING TO Thomas Park's
7  alleged knowledge of "MGA's access to Mattel's intellectual property and trade
8  secrets" and "MGA business practices," as alleged in MATTEL'S INITIAL
9  DISCLOSURES.

10

11  **RESPONSE TO REQUEST FOR PRODUCTION NO. 324:**

12          In addition to the general objections stated above which are
13  incorporated herein by reference, Mattel objects to this Request on the grounds that
14  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all
15  documents on this subject without limitation as to time, and regardless of whether
16  such documents relate to products or matters at issue in this case.  Mattel further
17  objects to the Request on the grounds that it seeks documents that are not relevant to
18  this action or likely to lead to the discovery of admissible evidence.  Mattel further
19  objects to this Request on the grounds that it calls for documents or information in
20  the possession, custody or control of MGA, including without limitation documents
21  and information that MGA has been compelled by Court orders to produce but has
22  not produced.  Mattel further objects to this Request on the grounds that it seeks
23  confidential, proprietary and trade secret information, including such information
24  that has no bearing on the claims or defenses in this case.  Mattel further objects to
25  this Request on the grounds that it calls for the disclosure of information subject to
26  the attorney-client privilege, the attorney work-product doctrine and other applicable
27  privileges.

28

07209/2147010.

-147-
RESPONSES TO THIRD SET OF REQUESTS FOR PRODUCTION
Exhibit 26 - Page 919

1    Subject to the foregoing objections, Mattel responds as follows: Mattel
2    will produce responsive, non-privileged documents relating to Thomas Park's
3    knowledge of the facts at issue in this litigation as alleged in Mattel's Initial
4    Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel
5    has been able to locate after a diligent search and reasonable inquiry, to the extent
6    not previously produced.

7

8    **REQUEST FOR PRODUCTION NO. 325:**
9    All DOCUMENTS REFERRING OR RELATING TO Marlene
10   Parker's alleged knowledge of "[d]esign and development of Bratz and Bryant's
11   work with or for MGA during his Mattel employment" and "MGA business
12   practices," as alleged in MATTEL'S INITIAL DISCLOSURES.

13

14   **RESPONSE TO REQUEST FOR PRODUCTION NO. 325:**
15   In addition to the general objections stated above which are
16   incorporated herein by reference, Mattel objects to this Request on the grounds that
17   it is overbroad, unduly burdensome and unintelligible, including in that it seeks all
18   documents on this subject without limitation as to time, and regardless of whether
19   such documents relate to products or matters at issue in this case. Mattel further
20   objects to the Request on the grounds that it seeks documents that are not relevant to
21   this action or likely to lead to the discovery of admissible evidence. Mattel further
22   objects to this Request on the grounds that it calls for documents or information in
23   the possession, custody or control of MGA, including without limitation documents
24   and information that MGA has been compelled by Court orders to produce but has
25   not produced. Mattel further objects to this Request on the grounds that it seeks
26   confidential, proprietary and trade secret information, including such information
27   that has no bearing on the claims or defenses in this case. Mattel further objects to
28   this Request on the grounds that it calls for the disclosure of information subject to

-148-
RESPONSES TO THIRD SET OF REQUESTS FOR PRODUCTION
Exhibit 26 - Page 920

1  the attorney-client privilege, the attorney work-product doctrine and other applicable

2  privileges.

3            Subject to the foregoing objections, Mattel responds as follows:  Mattel

4  will produce responsive, non-privileged documents relating to Marlene Parker's

5  knowledge of the facts at issue in this litigation as alleged in Mattel's Initial

6  Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel

7  has been able to locate after a diligent search and reasonable inquiry, to the extent

8  not previously produced.

9

10  **REQUEST FOR PRODUCTION NO. 326:**

11            All DOCUMENTS REFERRING OR RELATING TO Rene Pasko's

12  alleged knowledge of"[t]he development and ownership of intellectual property at

13  issue," as alleged in MATTEL'S INITIAL DISCLOSURES.

14

15  **RESPONSE TO REQUEST FOR PRODUCTION NO. 326:**

16            In addition to the general objections stated above which are

17  incorporated herein by reference, Mattel objects to this Request on the grounds that

18  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

19  documents on this subject without limitation as to time, and regardless of whether

20  such documents relate to products or matters at issue in this case.  Mattel further

21  objects to the Request on the grounds that it seeks documents that are not relevant to

22  this action or likely to lead to the discovery of admissible evidence.  Mattel further

23  objects to this Request on the grounds that it seeks confidential, proprietary and

24  trade secret information, including such information that has no bearing on the

25  claims or defenses in this case.  Mattel further objects to this Request on the grounds

26  that it calls for the disclosure of information subject to the attorney-client privilege,

27  the attorney work-product doctrine and other applicable privileges.

28

1           Subject to the foregoing objections, Mattel responds as follows:  Mattel

2   will produce responsive, non-privileged documents relating to Rene Pasko's

3   knowledge of the facts at issue in this litigation as alleged in Mattel's Initial

4   Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel

5   has been able to locate after a diligent search and reasonable inquiry, to the extent

6   not previously produced.

7

8   **REQUEST FOR PRODUCTION NO. 327:**

9           All DOCUMENTS in Rene Pasko's possession or control REFERRING

10  OR RELATING TO her alleged knowledge of "[t]he development and ownership of

11  intellectual property at issue," as alleged in MATTEL'S INITIAL DISCLOSURES.

12

13  **RESPONSE TO REQUEST FOR PRODUCTION NO. 327:**

14          In addition to the general objections stated above which are

15  incorporated herein by reference, Mattel objects to this Request on the grounds that

16  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

17  documents on this subject without limitation as to time, and regardless of whether

18  such documents relate to products or matters at issue in this case.  Mattel further

19  objects to the Request on the grounds that it seeks documents that are not relevant to

20  this action or likely to lead to the discovery of admissible evidence.  Mattel further

21  objects to this Request on the grounds that it seeks confidential, proprietary and

22  trade secret information, including such information that has no bearing on the

23  claims or defenses in this case.  Mattel further objects to this Request on the grounds

24  that it calls for the disclosure of information subject to the attorney-client privilege,

25  the attorney work-product doctrine and other applicable privileges.

26          Subject to the foregoing objections, Mattel responds as follows:  Mattel

27  will produce responsive, non-privileged documents relating to Rene Pasko's

28  knowledge of the facts at issue in this litigation as alleged in Mattel's Initial

1 Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel

2 has been able to locate after a diligent search and reasonable inquiry, to the extent

3 not previously produced.

4

5 **REQUEST FOR PRODUCTION NO. 328:**

6         All DOCUMENTS REFERRING OR RELATING TO Danny

7 Pestonji's alleged knowledge of "MGA's access to Mattel's intellectual property and

8 trade secrets" and "MGA business practices," as alleged in MATTEL'S INITIAL

9 DISCLOSURES.

10

11 **RESPONSE TO REQUEST FOR PRODUCTION NO. 328:**

12         In addition to the general objections stated above which are

13 incorporated herein by reference, Mattel objects to this Request on the grounds that

14 it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

15 documents on this subject without limitation as to time, and regardless of whether

16 such documents relate to products or matters at issue in this case. Mattel further

17 objects to the Request on the grounds that it seeks documents that are not relevant to

18 this action or likely to lead to the discovery of admissible evidence. Mattel further

19 objects to this Request on the grounds that it calls for documents or information in

20 the possession, custody or control of MGA, including without limitation documents

21 and information that MGA has been compelled by Court orders to produce but has

22 not produced. Mattel further objects to this Request on the grounds that it seeks

23 confidential, proprietary and trade secret information, including such information

24 that has no bearing on the claims or defenses in this case. Mattel further objects to

25 this Request on the grounds that it calls for the disclosure of information subject to

26 the attorney-client privilege, the attorney work-product doctrine and other applicable

27 privileges.

28

07209/2147010.

1      Subject to the foregoing objections, Mattel responds as follows:  Mattel

2  will produce responsive, non-privileged documents relating to Danny Pestonji's

3  knowledge of the facts at issue in this litigation as alleged in Mattel's Initial

4  Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel

5  has been able to locate after a diligent search and reasonable inquiry, to the extent

6  not previously produced.

7

8  **REQUEST FOR PRODUCTION NO. 329:**

9      All DOCUMENTS REFERRING OR RELATING TO Pootipong

10  Phoosopha's alleged knowledge of "MGA's access to Mattel's intellectual property

11  and trade secrets" and "MGA business practices," as alleged in MATTEL'S

12  INITIAL DISCLOSURES.

13

14  **RESPONSE TO REQUEST FOR PRODUCTION NO. 329:**

15      In addition to the general objections stated above which are

16  incorporated herein by reference, Mattel objects to this Request on the grounds that

17  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

18  documents on this subject without limitation as to time, and regardless of whether

19  such documents relate to products or matters at issue in this case.  Mattel further

20  objects to the Request on the grounds that it seeks documents that are not relevant to

21  this action or likely to lead to the discovery of admissible evidence.  Mattel further

22  objects to this Request on the grounds that it calls for documents or information in

23  the possession, custody or control of MGA and/or Bryant, including without

24  limitation documents and information that MGA and Bryant have been compelled

25  by Court orders to produce but have not produced.  Mattel further objects to this

26  Request on the grounds that it seeks confidential, proprietary and trade secret

27  information, including such information that has no bearing on the claims or

28  defenses in this case.  Mattel further objects to this Request on the grounds that it

07209/2147010.

-152-

1   calls for the disclosure of information subject to the attorney-client privilege, the

2   attorney work-product doctrine and other applicable privileges.

3             Subject to the foregoing objections, Mattel responds as follows:  Mattel

4   will produce responsive, non-privileged documents relating to Pootipong

5   Phoosopha's knowledge of the facts at issue in this litigation as alleged in Mattel's

6   Initial Disclosures that are in Mattel's possession, custody, or control, if any, that

7   Mattel has been able to locate after a diligent search and reasonable inquiry, to the

8   extent not previously produced.

9

10   **REQUEST FOR PRODUCTION NO. 330:**

11             All DOCUMENTS REFERRING OR RELATING TO Cynthia Pierce's

12   alleged knowledge of "[p]ayment from MGA to Carter Bryant," as alleged in

13   MATTEL'S INITIAL DISCLOSURES.

14

15   **RESPONSE TO REQUEST FOR PRODUCTION NO. 330:**

16             In addition to the general objections stated above which are

17   incorporated herein by reference, Mattel objects to this Request on the grounds that

18   it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

19   documents on this subject without limitation as to time, and regardless of whether

20   such documents relate to products or matters at issue in this case.  Mattel further

21   objects to the Request on the grounds that it seeks documents that are not relevant to

22   this action or likely to lead to the discovery of admissible evidence.  Mattel further

23   objects to this Request on the grounds that it calls for documents or information in

24   the possession, custody or control of MGA, including without limitation documents

25   and information that MGA has been compelled by Court orders to produce but has

26   not produced.  Mattel further objects to this Request on the grounds that it seeks

27   confidential, proprietary and trade secret information, including such information

28   that has no bearing on the claims or defenses in this case.  Mattel further objects to

07209/2147010.

-153-

1  this Request on the grounds that it calls for the disclosure of information subject to

2  the attorney-client privilege, the attorney work-product doctrine and other applicable

3  privileges.

4            Subject to the foregoing objections, Mattel responds as follows:  Mattel

5  will produce responsive, non-privileged documents relating to Cynthia Pierce's

6  knowledge of the facts at issue in this litigation as alleged in Mattel's Initial

7  Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel

8  has been able to locate after a diligent search and reasonable inquiry, to the extent

9  not previously produced.

10

11 **REQUEST FOR PRODUCTION NO. 331:**

12            All DOCUMENTS REFERRING OR RELATING TO Joni Pratte's

13 alleged knowledge of "[t]he development and ownership of intellectual property at

14 issue," as alleged in MATTEL'S INITIAL DISCLOSURES.

15

16 **RESPONSE TO REQUEST FOR PRODUCTION NO. 331:**

17            In addition to the general objections stated above which are

18 incorporated herein by reference, Mattel objects to this Request on the grounds that

19 it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

20 documents on this subject without limitation as to time, and regardless of whether

21 such documents relate to products or matters at issue in this case.  Mattel further

22 objects to the Request on the grounds that it seeks documents that are not relevant to

23 this action or likely to lead to the discovery of admissible evidence.  Mattel further

24 objects to this Request on the grounds that it seeks confidential, proprietary and

25 trade secret information, including such information that has no bearing on the

26 claims or defenses in this case.  Mattel further objects to this Request on the grounds

27 that it calls for the disclosure of information subject to the attorney-client privilege,

28 the attorney work-product doctrine and other applicable privileges.

1    Subject to the foregoing objections, Mattel responds as follows:  Mattel

2  will produce responsive, non-privileged documents relating to Joni Pratte's

3  knowledge of the facts at issue in this litigation as alleged in Mattel's Initial

4  Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel

5  has been able to locate after a diligent search and reasonable inquiry, to the extent

6  not previously produced.

7

8  **REQUEST FOR PRODUCTION NO. 332:**

9    All DOCUMENTS in Joni Pratte's possession or control REFERRING

10  OR RELATING TO her alleged knowledge of "[t]he development and ownership of

11  intellectual property at issue," as alleged in MATTEL'S INITIAL DISCLOSURES.

12

13  **RESPONSE TO REQUEST FOR PRODUCTION NO. 332:**

14    In addition to the general objections stated above which are

15  incorporated herein by reference, Mattel objects to this Request on the grounds that

16  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

17  documents on this subject without limitation as to time, and regardless of whether

18  such documents relate to products or matters at issue in this case.  Mattel further

19  objects to the Request on the grounds that it seeks documents that are not relevant to

20  this action or likely to lead to the discovery of admissible evidence.  Mattel further

21  objects to this Request on the grounds that it seeks confidential, proprietary and

22  trade secret information, including such information that has no bearing on the

23  claims or defenses in this case.  Mattel further objects to this Request on the grounds

24  that it calls for the disclosure of information subject to the attorney-client privilege,

25  the attorney work-product doctrine and other applicable privileges.

26    Subject to the foregoing objections, Mattel responds as follows:  Mattel

27  will produce responsive, non-privileged documents relating to Joni Pratte's

28  knowledge of the facts at issue in this litigation as alleged in Mattel's Initial

-155-

1   Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel

2   has been able to locate after a diligent search and reasonable inquiry, to the extent

3   not previously produced.

4

5   **REQUEST FOR PRODUCTION NO. 333:**

6          All DOCUMENTS REFERRING OR RELATING TO Jacqueline

7   Ramona Prince's alleged knowledge of "[d]esign and development of Bratz and

8   Bryant's work with or for MGA during his Mattel employment" and "Bryant's

9   breach of obligations to Mattel," as alleged in MATTEL'S INITIAL

10  DISCLOSURES.

11

12  **RESPONSE TO REQUEST FOR PRODUCTION NO. 333:**

13         In addition to the general objections stated above which are

14  incorporated herein by reference, Mattel objects to this Request on the grounds that

15  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

16  documents on this subject without limitation as to time, and regardless of whether

17  such documents relate to products or matters at issue in this case.  Mattel further

18  objects to the Request on the grounds that it seeks documents that are not relevant to

19  this action or likely to lead to the discovery of admissible evidence.  Mattel further

20  objects to this Request on the grounds that it calls for documents or information in

21  the possession, custody or control of MGA and/or Bryant, including without

22  limitation documents and information that MGA and Bryant have been compelled

23  by Court orders to produce but have not produced.  Mattel further objects to this

24  Request on the grounds that it seeks confidential, proprietary and trade secret

25  information, including such information that has no bearing on the claims or

26  defenses in this case.  Mattel further objects to this Request on the grounds that it

27  calls for the disclosure of information subject to the attorney-client privilege, the

28  attorney work-product doctrine and other applicable privileges.

1    Subject to the foregoing objections, Mattel responds as follows:  Mattel
2  will produce responsive, non-privileged documents relating to Jacqueline Ramona
3  Prince's knowledge of the facts at issue in this litigation as alleged in Mattel's Initial
4  Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel
5  has been able to locate after a diligent search and reasonable inquiry, to the extent
6  not previously produced.

7

8  **REQUEST FOR PRODUCTION NO. 334:**

9    All DOCUMENTS REFERRING OR RELATING TO Andrea
10  Ramirez's alleged knowledge of "MGA's access to Mattel's intellectual property and
11  trade secrets" and "MGA business practices," as alleged in MATTEL'S INITIAL
12  DISCLOSURES.

13

14  **RESPONSE TO REQUEST FOR PRODUCTION NO. 334:**

15    In addition to the general objections stated above which are
16  incorporated herein by reference, Mattel objects to this Request on the grounds that
17  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all
18  documents on this subject without limitation as to time, and regardless of whether
19  such documents relate to products or matters at issue in this case.  Mattel further
20  objects to the Request on the grounds that it seeks documents that are not relevant to
21  this action or likely to lead to the discovery of admissible evidence.  Mattel further
22  objects to this Request on the grounds that it seeks confidential, proprietary and
23  trade secret information, including such information that has no bearing on the
24  claims or defenses in this case.  Mattel further objects to this Request on the grounds
25  that it calls for the disclosure of information subject to the attorney-client privilege,
26  the attorney work-product doctrine and other applicable privileges.
27    Subject to the foregoing objections, Mattel responds as follows:  Mattel
28  will produce responsive, non-privileged documents relating to Andrea Ramirez's

07209/2147010.

-157-
RESPONSES TO THIRD SET OF REQUESTS FOR PRODUCTION

Exhibit 28 Page 929

1 | knowledge of the facts at issue in this litigation as alleged in Mattel's Initial
2 | Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel
3 | has been able to locate after a diligent search and reasonable inquiry, to the extent
4 | not previously produced.

5

6 | **REQUEST FOR PRODUCTION NO. 335:**

7 |        All DOCUMENTS REFERRING OR RELATING TO Jessie
8 | Ramirez's alleged knowledge of "[d]esign and development of Bratz and Bryant's
9 | work with or for MGA during his Mattel employment," as alleged in MATTEL'S
10 | INITIAL DISCLOSURES.

11

12 | **RESPONSE TO REQUEST FOR PRODUCTION NO. 335:**

13 |        In addition to the general objections stated above which are
14 | incorporated herein by reference, Mattel objects to this Request on the grounds that
15 | it is overbroad, unduly burdensome and unintelligible, including in that it seeks all
16 | documents on this subject without limitation as to time, and regardless of whether
17 | such documents relate to products or matters at issue in this case. Mattel further
18 | objects to this Request on the grounds that it calls for documents or information in
19 | the possession, custody or control of MGA, including without limitation documents
20 | and information that MGA has been compelled by Court orders to produce but has
21 | not produced. Mattel further objects to this Request on the grounds that it seeks
22 | confidential, proprietary and trade secret information, including such information
23 | that has no bearing on the claims or defenses in this case. Mattel further objects to
24 | this Request on the grounds that it calls for the disclosure of information subject to
25 | the attorney-client privilege, the attorney work-product doctrine and other applicable
26 | privileges.

27 |        Subject to the foregoing objections, Mattel responds as follows: Mattel
28 | will produce responsive, non-privileged documents relating to Jessie Ramirez's

07209/2147010.

-158-

1  knowledge of the facts at issue in this litigation as alleged in Mattel's Initial

2  Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel

3  has been able to locate after a diligent search and reasonable inquiry, to the extent

4  not previously produced.

5

6  **REQUEST FOR PRODUCTION NO. 336:**

7  All DOCUMENTS REFERRING OR RELATING TO Erika Rangel's

8  alleged knowledge of "MGA's access to Mattel's intellectual property and trade

9  secrets" and "MGA business practices," as alleged in MATTEL'S INITIAL

10  DISCLOSURES.

11

12  **RESPONSE TO REQUEST FOR PRODUCTION NO. 336:**

13  In addition to the general objections stated above which are

14  incorporated herein by reference, Mattel objects to this Request on the grounds that

15  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

16  documents on this subject without limitation as to time, and regardless of whether

17  such documents relate to products or matters at issue in this case.  Mattel further

18  objects to the Request on the grounds that it seeks documents that are not relevant to

19  this action or likely to lead to the discovery of admissible evidence.  Mattel further

20  objects to this Request on the grounds that it calls for documents or information in

21  the possession, custody or control of MGA, including without limitation documents

22  and information that MGA has been compelled by Court orders to produce but has

23  not produced.  Mattel further objects to this Request on the grounds that it seeks

24  confidential, proprietary and trade secret information, including such information

25  that has no bearing on the claims or defenses in this case.  Mattel further objects to

26  this Request on the grounds that it calls for the disclosure of information subject to

27  the attorney-client privilege, the attorney work-product doctrine and other applicable

28  privileges.

07209/2147010.

1           Subject to the foregoing objections, Mattel responds as follows:  Mattel

2    will produce responsive, non-privileged documents relating to Erika Rangel's

3    knowledge of the facts at issue in this litigation as alleged in Mattel's Initial

4    Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel

5    has been able to locate after a diligent search and reasonable inquiry, to the extent

6    not previously produced.

7

8    **REQUEST FOR PRODUCTION NO. 337:**

9           All DOCUMENTS REFERRING OR RELATING TO Lee Ratleff's

10   alleged knowledge of "MGA's access to Mattel's intellectual property and trade

11   secrets" and "MGA business practices," as alleged in MATTEL'S INITIAL

12   DISCLOSURES.

13

14   **RESPONSE TO REQUEST FOR PRODUCTION NO. 337:**

15          In addition to the general objections stated above which are

16   incorporated herein by reference, Mattel objects to this Request on the grounds that

17   it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

18   documents on this subject without limitation as to time, and regardless of whether

19   such documents relate to products or matters at issue in this case.  Mattel further

20   objects to the Request on the grounds that it seeks documents that are not relevant to

21   this action or likely to lead to the discovery of admissible evidence.  Mattel further

22   objects to this Request on the grounds that it calls for documents or information in

23   the possession, custody or control of MGA, including without limitation documents

24   and information that MGA has been compelled by Court orders to produce but has

25   not produced.  Mattel further objects to this Request on the grounds that it seeks

26   confidential, proprietary and trade secret information, including such information

27   that has no bearing on the claims or defenses in this case.  Mattel further objects to

28   this Request on the grounds that it calls for the disclosure of information subject to

1    the attorney-client privilege, the attorney work-product doctrine and other applicable

2    privileges.

3             Subject to the foregoing objections, Mattel responds as follows:  Mattel

4    will produce responsive, non-privileged documents relating to Lee Ratleff's

5    knowledge of the facts at issue in this litigation as alleged in Mattel's Initial

6    Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel

7    has been able to locate after a diligent search and reasonable inquiry, to the extent

8    not previously produced.

9

10   **REQUEST FOR PRODUCTION NO. 338:**

11            All DOCUMENTS REFERRING OR RELATING TO Wendy Reed's

12   alleged knowledge of "[d]esign and development of Bratz and Bryant's work with or

13   for MGA during his Mattel employment" and "MGA business practices," as alleged

14   in MATTEL'S INITIAL DISCLOSURES.

15

16   **RESPONSE TO REQUEST FOR PRODUCTION NO. 338:**

17            In addition to the general objections stated above which are

18   incorporated herein by reference, Mattel objects to this Request on the grounds that

19   it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

20   documents on this subject without limitation as to time, and regardless of whether

21   such documents relate to products or matters at issue in this case.  Mattel further

22   objects to the Request on the grounds that it seeks documents that are not relevant to

23   this action or likely to lead to the discovery of admissible evidence.  Mattel further

24   objects to this Request on the grounds that it calls for documents or information in

25   the possession, custody or control of MGA, including without limitation documents

26   and information that MGA has been compelled by Court orders to produce but has

27   not produced.  Mattel further objects to this Request on the grounds that it seeks

28   confidential, proprietary and trade secret information, including such information

07209/2147010.

-161-

RESPONSES TO THIRD SET OF REQUESTS FOR PRODUCTION

Exhibit 26 - Page 953

1  that has no bearing on the claims or defenses in this case.  Mattel further objects to

2  this Request on the grounds that it calls for the disclosure of information subject to

3  the attorney-client privilege, the attorney work-product doctrine and other applicable

4  privileges.

5         Subject to the foregoing objections, Mattel responds as follows:  Mattel

6  will produce responsive, non-privileged documents relating to Wendy Reed's

7  knowledge of the facts at issue in this litigation as alleged in Mattel's Initial

8  Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel

9  has been able to locate after a diligent search and reasonable inquiry, to the extent

10  not previously produced.

11

12  **REQUEST FOR PRODUCTION NO. 339:**

13         All DOCUMENTS REFERRING OR RELATING TO Scot Anthony

14  Reyes's alleged knowledge of "MGA's access to Mattel's intellectual property and

15  trade secrets" and "MGA business practices," as alleged in MATTEL'S INITIAL

16  DISCLOSURES.

17

18  **RESPONSE TO REQUEST FOR PRODUCTION NO. 339:**

19         In addition to the general objections stated above which are

20  incorporated herein by reference, Mattel objects to this Request on the grounds that

21  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

22  documents on this subject without limitation as to time, and regardless of whether

23  such documents relate to products or matters at issue in this case.  Mattel further

24  objects to the Request on the grounds that it seeks documents that are not relevant to

25  this action or likely to lead to the discovery of admissible evidence.  Mattel further

26  objects to this Request on the grounds that it calls for documents or information in

27  the possession, custody or control of MGA, including without limitation documents

28  and information that MGA has been compelled by Court orders to produce but has

07209/2147010.

-162-

1  not produced.  Mattel further objects to this Request on the grounds that it seeks
2  confidential, proprietary and trade secret information, including such information
3  that has no bearing on the claims or defenses in this case.  Mattel further objects to
4  this Request on the grounds that it calls for the disclosure of information subject to
5  the attorney-client privilege, the attorney work-product doctrine and other applicable
6  privileges.
7          Subject to the foregoing objections, Mattel responds as follows:  Mattel
8  will produce responsive, non-privileged documents relating to Scot Anthony Reyes's
9  knowledge of the facts at issue in this litigation as alleged in Mattel's Initial
10  Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel
11  has been able to locate after a diligent search and reasonable inquiry, to the extent
12  not previously produced.
13
14  **REQUEST FOR PRODUCTION NO. 340:**
15          All DOCUMENTS REFERRING OR RELATING TO Anna Rhee's
16  alleged knowledge of "[t]he development and ownership of intellectual property at
17  issue," "[d]esign and development of Bratz and Bryant's work with or for MGA
18  during his Mattel employment," and "Bryant's breach of obligations to Mattel," as
19  alleged in MATTEL'S INITIAL DISCLOSURES.
20
21  **RESPONSE TO REQUEST FOR PRODUCTION NO. 340:**
22          In addition to the general objections stated above which are
23  incorporated herein by reference, Mattel objects to this Request on the grounds that
24  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all
25  documents on this subject without limitation as to time, and regardless of whether
26  such documents relate to products or matters at issue in this case.  Mattel further
27  objects to the Request on the grounds that it seeks documents that are not relevant to
28  this action or likely to lead to the discovery of admissible evidence.  Mattel further

1  objects to the Request on the grounds that it seeks documents that are not relevant to

2  this action or likely to lead to the discovery of admissible evidence.  Mattel further

3  objects to this Request on the grounds that it seeks confidential, proprietary and

4  trade secret information, including such information that has no bearing on the

5  claims or defenses in this case.  Mattel further objects to this Request on the grounds

6  that it calls for the disclosure of information subject to the attorney-client privilege,

7  the attorney work-product doctrine and other applicable privileges.

8         Subject to the foregoing objections, Mattel responds as follows:  Mattel

9  will produce responsive, non-privileged documents relating to Anna Rhee's

10 knowledge of the facts at issue in this litigation as alleged in Mattel's Initial

11 Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel

12 has been able to locate after a diligent search and reasonable inquiry, to the extent

13 not previously produced.

14

15 **REQUEST FOR PRODUCTION NO. 341:**

16        All DOCUMENTS REFERRING OR RELATING TO Judy Rich's

17 alleged knowledge of "[d]esign and development of Bratz and Bryant's work with or

18 for MGA during his Mattel employment" and "MGA business practices," as alleged

19 in MATTEL'S INITIAL DISCLOSURES.

20

21 **RESPONSE TO REQUEST FOR PRODUCTION NO. 341:**

22        In addition to the general objections stated above which are

23 incorporated herein by reference, Mattel objects to this Request on the grounds that

24 it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

25 documents on this subject without limitation as to time, and regardless of whether

26 such documents relate to products or matters at issue in this case.  Mattel further

27 objects to the Request on the grounds that it seeks documents that are not relevant to

28 this action or likely to lead to the discovery of admissible evidence.  Mattel further

07209/2147010.

-164-

1   objects to the Request on the grounds that it seeks documents that are not relevant to

2   this action or likely to lead to the discovery of admissible evidence.  Mattel further

3   objects to this Request on the grounds that it seeks confidential, proprietary and

4   trade secret information, including such information that has no bearing on the

5   claims or defenses in this case.  Mattel further objects to this Request on the grounds

6   that it calls for the disclosure of information subject to the attorney-client privilege,

7   the attorney work-product doctrine and other applicable privileges.

8           Subject to the foregoing objections, Mattel responds as follows:  Mattel

9   will produce responsive, non-privileged documents relating to Judy Rich's

10  knowledge of the facts at issue in this litigation as alleged in Mattel's Initial

11  Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel

12  has been able to locate after a diligent search and reasonable inquiry, to the extent

13  not previously produced.

14

15  **REQUEST FOR PRODUCTION NO. 342:**

16          All DOCUMENTS REFERRING OR RELATING TO Ian Richter's

17  alleged knowledge of "[t]he development and ownership of intellectual property at

18  issue," as alleged in MATTEL'S INITIAL DISCLOSURES.

19

20  **RESPONSE TO REQUEST FOR PRODUCTION NO. 342:**

21          In addition to the general objections stated above which are

22  incorporated herein by reference, Mattel objects to this Request on the grounds that

23  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

24  documents on this subject without limitation as to time, and regardless of whether

25  such documents relate to products or matters at issue in this case.  Mattel further

26  objects to the Request on the grounds that it seeks documents that are not relevant to

27  this action or likely to lead to the discovery of admissible evidence.  Mattel further

28  objects to this Request on the grounds that it seeks confidential, proprietary and

-165-

1 | trade secret information, including such information that has no bearing on the
2 | claims or defenses in this case.  Mattel further objects to this Request on the grounds
3 | that it calls for the disclosure of information subject to the attorney-client privilege,
4 | the attorney work-product doctrine and other applicable privileges.
5 |       Subject to the foregoing objections, Mattel responds as follows:  Mattel
6 | will produce responsive, non-privileged documents relating to Ian Richter's
7 | knowledge of the facts at issue in this litigation as alleged in Mattel's Initial
8 | Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel
9 | has been able to locate after a diligent search and reasonable inquiry, to the extent
10 | not previously produced.
11 |
12 | **REQUEST FOR PRODUCTION NO. 343:**
13 |       All DOCUMENTS in Ian Richter's possession or control REFERRING
14 | OR RELATING TO his alleged knowledge of "[t]he development and ownership of
15 | intellectual property at issue," as alleged in MATTEL'S INITIAL DISCLOSURES.
16 |
17 | **RESPONSE TO REQUEST FOR PRODUCTION NO. 343:**
18 |       In addition to the general objections stated above which are
19 | incorporated herein by reference, Mattel objects to this Request on the grounds that
20 | it is overbroad, unduly burdensome and unintelligible, including in that it seeks all
21 | documents on this subject without limitation as to time, and regardless of whether
22 | such documents relate to products or matters at issue in this case.  Mattel further
23 | objects to the Request on the grounds that it seeks documents that are not relevant to
24 | this action or likely to lead to the discovery of admissible evidence.  Mattel further
25 | objects to this Request on the grounds that it seeks confidential, proprietary and
26 | trade secret information, including such information that has no bearing on the
27 | claims or defenses in this case.  Mattel further objects to this Request on the grounds
28 |

1 | that it calls for the disclosure of information subject to the attorney-client privilege,

2 | the attorney work-product doctrine and other applicable privileges.

3 |         Subject to the foregoing objections, Mattel responds as follows:  Mattel

4 | will produce responsive, non-privileged documents relating to Ian Richter's

5 | knowledge of the facts at issue in this litigation as alleged in Mattel's Initial

6 | Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel

7 | has been able to locate after a diligent search and reasonable inquiry, to the extent

8 | not previously produced.

9 |

10 | **REQUEST FOR PRODUCTION NO. 344:**

11 |         All DOCUMENTS REFERRING OR RELATING TO Alejandro

12 | Gurza Romay's alleged knowledge of "MGA's access to Mattel's intellectual

13 | property and trade secrets" and "MGA business practices," as alleged in MATTEL'S

14 | INITIAL DISCLOSURES.

15 |

16 | **RESPONSE TO REQUEST FOR PRODUCTION NO. 344:**

17 |         In addition to the general objections stated above which are

18 | incorporated herein by reference, Mattel objects to this Request on the grounds that

19 | it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

20 | documents on this subject without limitation as to time, and regardless of whether

21 | such documents relate to products or matters at issue in this case.  Mattel further

22 | objects to the Request on the grounds that it seeks documents that are not relevant to

23 | this action or likely to lead to the discovery of admissible evidence.  Mattel further

24 | objects to this Request on the grounds that it calls for documents or information in

25 | the possession, custody or control of MGA, including without limitation documents

26 | and information that MGA has been compelled by Court orders to produce but has

27 | not produced.  Mattel further objects to this Request on the grounds that it seeks

28 | confidential, proprietary and trade secret information, including such information

07209/2147010.

-167-

1 that has no bearing on the claims or defenses in this case. Mattel further objects to

2 this Request on the grounds that it calls for the disclosure of information subject to

3 the attorney-client privilege, the attorney work-product doctrine and other applicable

4 privileges.

5         Subject to the foregoing objections, Mattel responds as follows: Mattel

6 will produce responsive, non-privileged documents relating to Alejandro Gurza

7 Romay's knowledge of the facts at issue in this litigation as alleged in Mattel's

8 Initial Disclosures that are in Mattel's possession, custody, or control, if any, that

9 Mattel has been able to locate after a diligent search and reasonable inquiry, to the

10 extent not previously produced.

11

12 **REQUEST FOR PRODUCTION NO. 345:**

13         All DOCUMENTS REFERRING OR RELATING TO Desiree E.

14 Ronquillo's alleged knowledge of "MGA's access to Mattel's intellectual property

15 and trade secrets" and "MGA business practices," as alleged in MATTEL'S

16 INITIAL DISCLOSURES.

17

18 **RESPONSE TO REQUEST FOR PRODUCTION NO. 345:**

19         In addition to the general objections stated above which are

20 incorporated herein by reference, Mattel objects to this Request on the grounds that

21 it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

22 documents on this subject without limitation as to time, and regardless of whether

23 such documents relate to products or matters at issue in this case. Mattel further

24 objects to the Request on the grounds that it seeks documents that are not relevant to

25 this action or likely to lead to the discovery of admissible evidence. Mattel further

26 objects to this Request on the grounds that it calls for documents or information in

27 the possession, custody or control of MGA, including without limitation documents

28 and information that MGA has been compelled by Court orders to produce but has

07209/2147010.

-168-

1   not produced.  Mattel further objects to this Request on the grounds that it seeks

2   confidential, proprietary and trade secret information, including such information

3   that has no bearing on the claims or defenses in this case.  Mattel further objects to

4   this Request on the grounds that it calls for the disclosure of information subject to

5   the attorney-client privilege, the attorney work-product doctrine and other applicable

6   privileges.

7           Subject to the foregoing objections, Mattel responds as follows:  Mattel

8   will produce responsive, non-privileged documents relating to Desiree E.

9   Ronquillo's knowledge of the facts at issue in this litigation as alleged in Mattel's

10  Initial Disclosures that are in Mattel's possession, custody, or control, if any, that

11  Mattel has been able to locate after a diligent search and reasonable inquiry, to the

12  extent not previously produced.

13

14  **REQUEST FOR PRODUCTION NO. 346:**

15          All DOCUMENTS REFERRING OR RELATING TO David

16  Rosenbaum's alleged knowledge of "Bryant's breach of his obligations to Mattel"

17  and "Bryant's work with or for MGA during his Mattel employment," as alleged in

18  MATTEL'S INITIAL DISCLOSURES.

19

20  **RESPONSE TO REQUEST FOR PRODUCTION NO. 346:**

21          In addition to the general objections stated above which are

22  incorporated herein by reference, Mattel objects to this Request on the grounds that

23  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

24  documents on this subject without limitation as to time, and regardless of whether

25  such documents relate to products or matters at issue in this case.  Mattel further

26  objects to this Request on the grounds that it calls for documents or information in

27  the possession, custody or control of MGA, including without limitation documents

28  and information that MGA has been compelled by Court orders to produce but has

1  not produced.  Mattel further objects to this Request on the grounds that it seeks
2  confidential, proprietary and trade secret information, including such information
3  that has no bearing on the claims or defenses in this case.  Mattel further objects to
4  this Request on the grounds that it calls for the disclosure of information subject to
5  the attorney-client privilege, the attorney work-product doctrine and other applicable
6  privileges.
7          Subject to the foregoing objections, Mattel responds as follows:  Mattel
8  will produce responsive, non-privileged documents relating to David Rosenbaum's
9  knowledge of the facts at issue in this litigation as alleged in Mattel's Initial
10 Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel
11 has been able to locate after a diligent search and reasonable inquiry, to the extent
12 not previously produced.
13
14 **REQUEST FOR PRODUCTION NO. 347:**
15         All DOCUMENTS REFERRING OR RELATING TO Lon P. Ross's
16 alleged knowledge of "MGA's access to Mattel's intellectual property and trade
17 secrets" and "MGA business practices," as alleged in MATTEL'S INITIAL
18 DISCLOSURES.
19
20 **RESPONSE TO REQUEST FOR PRODUCTION NO. 347:**
21         In addition to the general objections stated above which are
22 incorporated herein by reference, Mattel objects to this Request on the grounds that
23 it is overbroad, unduly burdensome and unintelligible, including in that it seeks all
24 documents on this subject without limitation as to time, and regardless of whether
25 such documents relate to products or matters at issue in this case.  Mattel further
26 objects to the Request on the grounds that it seeks documents that are not relevant to
27 this action or likely to lead to the discovery of admissible evidence.  Mattel further
28 objects to the Request on the grounds that it seeks documents that are not relevant to

-170-

1   this action or likely to lead to the discovery of admissible evidence.  Mattel further

2   objects to this Request on the grounds that it seeks confidential, proprietary and

3   trade secret information, including such information that has no bearing on the

4   claims or defenses in this case.  Mattel further objects to this Request on the grounds

5   that it calls for the disclosure of information subject to the attorney-client privilege,

6   the attorney work-product doctrine and other applicable privileges.

7          Subject to the foregoing objections, Mattel responds as follows:  Mattel

8   will produce responsive, non-privileged documents relating to Lon P. Ross's

9   knowledge of the facts at issue in this litigation as alleged in Mattel's Initial

10  Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel

11  has been able to locate after a diligent search and reasonable inquiry, to the extent

12  not previously produced.

13

14  **REQUEST FOR PRODUCTION NO. 348:**

15         All DOCUMENTS REFERRING OR RELATING TO Ivy Ross's

16  alleged knowledge of "Bryant's breach of obligations to Mattel," as alleged in

17  MATTEL'S INITIAL DISCLOSURES.

18

19  **RESPONSE TO REQUEST FOR PRODUCTION NO. 348:**

20         In addition to the general objections stated above which are

21  incorporated herein by reference, Mattel objects to this Request on the grounds that

22  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

23  documents on this subject without limitation as to time, and regardless of whether

24  such documents relate to products or matters at issue in this case.  Mattel further

25  objects to this Request on the grounds that it seeks confidential, proprietary and

26  trade secret information, including such information that has no bearing on the

27  claims or defenses in this case.  Mattel further objects to this Request on the grounds

28

07209/2147010.

1  that it calls for the disclosure of information subject to the attorney-client privilege,

2  the attorney work-product doctrine and other applicable privileges.

3         Subject to the foregoing objections, Mattel responds as follows:  Mattel

4  will produce responsive, non-privileged documents relating to Ivy Ross's knowledge

5  of the facts at issue in this litigation as alleged in Mattel's Initial Disclosures that are

6  in Mattel's possession, custody, or control, if any, that Mattel has been able to locate

7  after a diligent search and reasonable inquiry, to the extent not previously produced.

8

9  **REQUEST FOR PRODUCTION NO. 349:**

10        All DOCUMENTS REFERRING OR RELATING TO Arnold Rubin's

11  alleged knowledge of "Toy of the Year and the dealings of Mattel and MGA with

12  TIA," as alleged in MATTEL'S INITIAL DISCLOSURES.

13

14  **RESPONSE TO REQUEST FOR PRODUCTION NO. 349:**

15        In addition to the general objections stated above which are

16  incorporated herein by reference, Mattel objects to this Request on the grounds that

17  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

18  documents on this subject without limitation as to time, and regardless of whether

19  such documents relate to products or matters at issue in this case.  Mattel further

20  objects to the Request on the grounds that it seeks documents that are not relevant to

21  this action or likely to lead to the discovery of admissible evidence.  Mattel further

22  objects to this Request on the grounds that it calls for documents or information in

23  the possession, custody or control of MGA, including without limitation documents

24  and information that MGA has been compelled by Court orders to produce but has

25  not produced.  Mattel further objects to this Request on the grounds that it seeks

26  confidential, proprietary and trade secret information, including such information

27  that has no bearing on the claims or defenses in this case.  Mattel further objects to

28  this Request on the grounds that it calls for the disclosure of information subject to

07209/2147010.

-172-

1    the attorney-client privilege, the attorney work-product doctrine and other applicable
2    privileges.

3              Subject to the foregoing objections, Mattel responds as follows:  Mattel
4    will produce responsive, non-privileged documents relating to Arnold Rubin's
5    knowledge of the facts at issue in this litigation as alleged in Mattel's Initial
6    Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel
7    has been able to locate after a diligent search and reasonable inquiry, to the extent
8    not previously produced.

9

10   **REQUEST FOR PRODUCTION NO. 350:**

11             All DOCUMENTS REFERRING OR RELATING TO Shirin
12   Salemnia's alleged knowledge of "MGA's access to Mattel's intellectual property
13   and trade secrets" and "MGA business practices," as alleged in MATTEL'S
14   INITIAL DISCLOSURES.

15

16   **RESPONSE TO REQUEST FOR PRODUCTION NO. 350:**

17             In addition to the general objections stated above which are
18   incorporated herein by reference, Mattel objects to this Request on the grounds that
19   it is overbroad, unduly burdensome and unintelligible, including in that it seeks all
20   documents on this subject without limitation as to time, and regardless of whether
21   such documents relate to products or matters at issue in this case.  Mattel further
22   objects to the Request on the grounds that it seeks documents that are not relevant to
23   this action or likely to lead to the discovery of admissible evidence.  Mattel further
24   objects to this Request on the grounds that it calls for documents or information in
25   the possession, custody or control of MGA and/or Bryant, including without
26   limitation documents and information that MGA and Bryant have been compelled
27   by Court orders to produce but have not produced.  Mattel further objects to this
28   Request on the grounds that it seeks confidential, proprietary and trade secret

1  information, including such information that has no bearing on the claims or

2  defenses in this case.  Mattel further objects to this Request on the grounds that it

3  calls for the disclosure of information subject to the attorney-client privilege, the

4  attorney work-product doctrine and other applicable privileges.

5           Subject to the foregoing objections, Mattel responds as follows:  Mattel

6  will produce responsive, non-privileged documents relating to Shirin Salemnia's

7  knowledge of the facts at issue in this litigation as alleged in Mattel's Initial

8  Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel

9  has been able to locate after a diligent search and reasonable inquiry, to the extent

10 not previously produced.

11

12 **REQUEST FOR PRODUCTION NO. 351:**

13           All DOCUMENTS REFERRING OR RELATING TO Pablo Vargas

14 San Jose's alleged knowledge of "MGA's theft of Mattel's intellectual property and

15 trade secrets" and "MGA business practices," as alleged in MATTEL'S INITIAL

16 DISCLOSURES.

17

18 **RESPONSE TO REQUEST FOR PRODUCTION NO. 351:**

19           In addition to the general objections stated above which are

20 incorporated herein by reference, Mattel objects to this Request on the grounds that

21 it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

22 documents on this subject without limitation as to time, and regardless of whether

23 such documents relate to products or matters at issue in this case.  Mattel further

24 objects to the Request on the grounds that it seeks documents that are not relevant to

25 this action or likely to lead to the discovery of admissible evidence.  Mattel further

26 objects to this Request on the grounds that it calls for documents or information in

27 the possession, custody or control of MGA, including without limitation documents

28 and information that MGA has been compelled by Court orders to produce but has

07209/2147010.

1  not produced. Mattel further objects to this Request on the grounds that it seeks

2  confidential, proprietary and trade secret information, including such information

3  that has no bearing on the claims or defenses in this case. Mattel further objects to

4  this Request on the grounds that it calls for the disclosure of information subject to

5  the attorney-client privilege, the attorney work-product doctrine and other applicable

6  privileges.

7         Subject to the foregoing objections, Mattel responds as follows: Mattel

8  will produce responsive, non-privileged documents relating to Pablo Vargas San

9  Jose's knowledge of the facts at issue in this litigation as alleged in Mattel's Initial

10  Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel

11  has been able to locate after a diligent search and reasonable inquiry, to the extent

12  not previously produced.

13

14  **REQUEST FOR PRODUCTION NO. 352:**

15         All DOCUMENTS REFERRING OR RELATING TO Chuck

16  Scothon's alleged knowledge of "Mattel's business operations and the development

17  and ownership of intellectual property at issue," as alleged in MATTEL'S INITIAL

18  DISCLOSURES.

19

20  **RESPONSE TO REQUEST FOR PRODUCTION NO. 352:**

21         In addition to the general objections stated above which are

22  incorporated herein by reference, Mattel objects to this Request on the grounds that

23  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

24  documents on this subject without limitation as to time, and regardless of whether

25  such documents relate to products or matters at issue in this case. Mattel further

26  objects to the Request on the grounds that it seeks documents that are not relevant to

27  this action or likely to lead to the discovery of admissible evidence. Mattel further

28  objects to this Request on the grounds that it seeks confidential, proprietary and

1 | trade secret information, including such information that has no bearing on the
2 | claims or defenses in this case. Mattel further objects to this Request on the grounds
3 | that it calls for the disclosure of information subject to the attorney-client privilege,
4 | the attorney work-product doctrine and other applicable privileges.
5 |     Subject to the foregoing objections, Mattel responds as follows: Mattel
6 | will produce responsive, non-privileged documents relating to Chuck Scothon's
7 | knowledge of the facts at issue in this litigation as alleged in Mattel's Initial
8 | Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel
9 | has been able to locate after a diligent search and reasonable inquiry, to the extent
10 | not previously produced.
11 |
12 | **REQUEST FOR PRODUCTION NO. 353:**
13 |     All DOCUMENTS in Chuck Scothon's possession or control
14 | REFERRING OR RELATING TO his alleged knowledge of "Mattel's business
15 | operations and the development and ownership of intellectual property at issue," as
16 | alleged in MATTEL'S INITIAL DISCLOSURES.
17 |
18 | **RESPONSE TO REQUEST FOR PRODUCTION NO. 353:**
19 |     In addition to the general objections stated above which are
20 | incorporated herein by reference, Mattel objects to this Request on the grounds that
21 | it is overbroad, unduly burdensome and unintelligible, including in that it seeks all
22 | documents on this subject without limitation as to time, and regardless of whether
23 | such documents relate to products or matters at issue in this case. Mattel further
24 | objects to the Request on the grounds that it seeks documents that are not relevant to
25 | this action or likely to lead to the discovery of admissible evidence. Mattel further
26 | objects to this Request on the grounds that it seeks confidential, proprietary and
27 | trade secret information, including such information that has no bearing on the
28 | claims or defenses in this case. Mattel further objects to this Request on the grounds

1 | that it calls for the disclosure of information subject to the attorney-client privilege,

2 | the attorney work-product doctrine and other applicable privileges.

3 |        Subject to the foregoing objections, Mattel responds as follows:  Mattel

4 | will produce responsive, non-privileged documents relating to Chuck Scothon's

5 | knowledge of the facts at issue in this litigation as alleged in Mattel's Initial

6 | Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel

7 | has been able to locate after a diligent search and reasonable inquiry, to the extent

8 | not previously produced.

9 |

10 | **REQUEST FOR PRODUCTION NO. 354:**

11 |        All DOCUMENTS REFERRING OR RELATING TO Harvey Scott's

12 | alleged knowledge of "MGA's access to Mattel's intellectual property and trade

13 | secrets" and "MGA business practices," as alleged in MATTEL'S INITIAL

14 | DISCLOSURES.

15 |

16 | **RESPONSE TO REQUEST FOR PRODUCTION NO. 354:**

17 |        In addition to the general objections stated above which are

18 | incorporated herein by reference, Mattel objects to this Request on the grounds that

19 | it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

20 | documents on this subject without limitation as to time, and regardless of whether

21 | such documents relate to products or matters at issue in this case.  Mattel further

22 | objects to the Request on the grounds that it seeks documents that are not relevant to

23 | this action or likely to lead to the discovery of admissible evidence.  Mattel further

24 | objects to this Request on the grounds that it calls for documents or information in

25 | the possession, custody or control of MGA, including without limitation documents

26 | and information that MGA has been compelled by Court orders to produce but has

27 | not produced.  Mattel further objects to this Request on the grounds that it seeks

28 | confidential, proprietary and trade secret information, including such information

1  that has no bearing on the claims or defenses in this case.  Mattel further objects to

2  this Request on the grounds that it calls for the disclosure of information subject to

3  the attorney-client privilege, the attorney work-product doctrine and other applicable

4  privileges.

5           Subject to the foregoing objections, Mattel responds as follows:  Mattel

6  will produce responsive, non-privileged documents relating to Harvey Scott's

7  knowledge of the facts at issue in this litigation as alleged in Mattel's Initial

8  Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel

9  has been able to locate after a diligent search and reasonable inquiry, to the extent

10  not previously produced.

11

12  **REQUEST FOR PRODUCTION NO. 355:**

13           All DOCUMENTS REFERRING OR RELATING TO Mark Spencer's

14  alleged knowledge of "MGA's theft of Mattel's intellectual property and trade

15  secrets," as alleged in MATTEL'S INITIAL DISCLOSURES.

16

17  **RESPONSE TO REQUEST FOR PRODUCTION NO. 355:**

18           In addition to the general objections stated above which are

19  incorporated herein by reference, Mattel objects to this Request on the grounds that

20  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

21  documents on this subject without limitation as to time, and regardless of whether

22  such documents relate to products or matters at issue in this case.  Mattel further

23  objects to the Request on the grounds that it seeks documents that are not relevant to

24  this action or likely to lead to the discovery of admissible evidence.  Mattel further

25  objects to this Request on the grounds that it seeks confidential, proprietary and

26  trade secret information, including such information that has no bearing on the

27  claims or defenses in this case.  Mattel further objects to this Request on the grounds

28

07209/2147010.

-178-

1  that it calls for the disclosure of information subject to the attorney-client privilege,

2  the attorney work-product doctrine and other applicable privileges.

3          Subject to the foregoing objections, Mattel responds as follows:  Mattel

4  will produce responsive, non-privileged documents relating to Mark Spencer's

5  knowledge of the facts at issue in this litigation as alleged in Mattel's Initial

6  Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel

7  has been able to locate after a diligent search and reasonable inquiry, to the extent

8  not previously produced.

9

10  **REQUEST FOR PRODUCTION NO. 356:**

11          All DOCUMENTS REFERRING OR RELATING TO Holly Aileen

12  Stinnett's alleged knowledge of "MGA's access to Mattel's intellectual property and

13  trade secrets" and "MGA business practices," as alleged in MATTEL'S INITIAL

14  DISCLOSURES.

15

16  **RESPONSE TO REQUEST FOR PRODUCTION NO. 356:**

17          In addition to the general objections stated above which are

18  incorporated herein by reference, Mattel objects to this Request on the grounds that

19  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

20  documents on this subject without limitation as to time, and regardless of whether

21  such documents relate to products or matters at issue in this case.  Mattel further

22  objects to the Request on the grounds that it seeks documents that are not relevant to

23  this action or likely to lead to the discovery of admissible evidence.  Mattel further

24  objects to this Request on the grounds that it calls for documents or information in

25  the possession, custody or control of MGA, including without limitation documents

26  and information that MGA has been compelled by Court orders to produce but has

27  not produced.  Mattel further objects to this Request on the grounds that it seeks

28  confidential, proprietary and trade secret information, including such information

07209/2147010.

-179-

1  that has no bearing on the claims or defenses in this case.  Mattel further objects to

2  this Request on the grounds that it calls for the disclosure of information subject to

3  the attorney-client privilege, the attorney work-product doctrine and other applicable

4  privileges.

5        Subject to the foregoing objections, Mattel responds as follows:  Mattel

6  will produce responsive, non-privileged documents relating to Holly Aileen

7  Stinnett's knowledge of the facts at issue in this litigation as alleged in Mattel's

8  Initial Disclosures that are in Mattel's possession, custody, or control, if any, that

9  Mattel has been able to locate after a diligent search and reasonable inquiry, to the

10  extent not previously produced.

11

12  **REQUEST FOR PRODUCTION NO. 357:**

13        All DOCUMENTS REFERRING OR RELATING TO Jier Su's alleged

14  knowledge of "MGA's access to Mattel's intellectual property and trade secrets" and

15  "MGA business practices," as alleged in MATTEL'S INITIAL DISCLOSURES.

16

17  **RESPONSE TO REQUEST FOR PRODUCTION NO. 357:**

18        In addition to the general objections stated above which are

19  incorporated herein by reference, Mattel objects to this Request on the grounds that

20  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

21  documents on this subject without limitation as to time, and regardless of whether

22  such documents relate to products or matters at issue in this case.  Mattel further

23  objects to the Request on the grounds that it seeks documents that are not relevant to

24  this action or likely to lead to the discovery of admissible evidence.  Mattel further

25  objects to this Request on the grounds that it calls for documents or information in

26  the possession, custody or control of MGA, including without limitation documents

27  and information that MGA has been compelled by Court orders to produce but has

28  not produced.  Mattel further objects to this Request on the grounds that it seeks

07209/2147010.

1 confidential, proprietary and trade secret information, including such information

2 that has no bearing on the claims or defenses in this case.  Mattel further objects to

3 this Request on the grounds that it calls for the disclosure of information subject to

4 the attorney-client privilege, the attorney work-product doctrine and other applicable

5 privileges.

6 　　　　Subject to the foregoing objections, Mattel responds as follows:  Mattel

7 will produce responsive, non-privileged documents relating to Jier Su's knowledge

8 of the facts at issue in this litigation as alleged in Mattel's Initial Disclosures that are

9 in Mattel's possession, custody, or control, if any, that Mattel has been able to locate

10 after a diligent search and reasonable inquiry, to the extent not previously produced.

11

12 **REQUEST FOR PRODUCTION NO. 358:**

13 　　　　All DOCUMENTS REFERRING OR RELATING TO Maureen

14 Tafoya's alleged knowledge of "MGA's access to Mattel's intellectual property and

15 trade secrets," as alleged in MATTEL'S INITIAL DISCLOSURES.

16

17 **RESPONSE TO REQUEST FOR PRODUCTION NO. 358:**

18 　　　　In addition to the general objections stated above which are

19 incorporated herein by reference, Mattel objects to this Request on the grounds that

20 it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

21 documents on this subject without limitation as to time, and regardless of whether

22 such documents relate to products or matters at issue in this case.  Mattel further

23 objects to the Request on the grounds that it seeks documents that are not relevant to

24 this action or likely to lead to the discovery of admissible evidence.  Mattel further

25 objects to this Request on the grounds that it seeks confidential, proprietary and

26 trade secret information, including such information that has no bearing on the

27 claims or defenses in this case.  Mattel further objects to this Request on the grounds

28

07209/2147010.

1 that it calls for the disclosure of information subject to the attorney-client privilege,

2 the attorney work-product doctrine and other applicable privileges.

3          Subject to the foregoing objections, Mattel responds as follows: Mattel

4 will produce responsive, non-privileged documents relating to Maureen Tafoya's

5 knowledge of the facts at issue in this litigation as alleged in Mattel's Initial

6 Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel

7 has been able to locate after a diligent search and reasonable inquiry, to the extent

8 not previously produced.

9

10 **REQUEST FOR PRODUCTION NO. 359:**

11          All DOCUMENTS in Maureen Tafoya's possession or control

12 REFERRING OR RELATING TO her alleged knowledge of "MGA's access to

13 Mattel's intellectual property and trade secrets," as alleged in MATTEL'S INITIAL

14 DISCLOSURES.

15

16 **RESPONSE TO REQUEST FOR PRODUCTION NO. 359:**

17          In addition to the general objections stated above which are

18 incorporated herein by reference, Mattel objects to this Request on the grounds that

19 it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

20 documents on this subject without limitation as to time, and regardless of whether

21 such documents relate to products or matters at issue in this case. Mattel further

22 objects to the Request on the grounds that it seeks documents that are not relevant to

23 this action or likely to lead to the discovery of admissible evidence. Mattel further

24 objects to this Request on the grounds that it seeks confidential, proprietary and

25 trade secret information, including such information that has no bearing on the

26 claims or defenses in this case. Mattel further objects to this Request on the grounds

27 that it calls for the disclosure of information subject to the attorney-client privilege,

28 the attorney work-product doctrine and other applicable privileges.

07209/2147010.

-182-
RESPONSES TO THIRD SET OF REQUESTS FOR PRODUCTION
Exhibit 26 - Page 954

1    Subject to the foregoing objections, Mattel responds as follows: Mattel

2  will produce responsive, non-privileged documents relating to Maureen Tafoya's

3  knowledge of the facts at issue in this litigation as alleged in Mattel's Initial

4  Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel

5  has been able to locate after a diligent search and reasonable inquiry, to the extent

6  not previously produced.

7

8  **REQUEST FOR PRODUCTION NO. 360:**

9    All DOCUMENTS REFERRING OR RELATING TO Gail Tamae's

10  alleged knowledge of "[t]he development and ownership of intellectual property at

11  issue," as alleged in MATTEL'S INITIAL DISCLOSURES.

12

13  **RESPONSE TO REQUEST FOR PRODUCTION NO. 360:**

14    In addition to the general objections stated above which are

15  incorporated herein by reference, Mattel objects to this Request on the grounds that

16  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

17  documents on this subject without limitation as to time, and regardless of whether

18  such documents relate to products or matters at issue in this case.  Mattel further

19  objects to the Request on the grounds that it seeks documents that are not relevant to

20  this action or likely to lead to the discovery of admissible evidence.  Mattel further

21  objects to this Request on the grounds that it seeks confidential, proprietary and

22  trade secret information, including such information that has no bearing on the

23  claims or defenses in this case.  Mattel further objects to this Request on the grounds

24  that it calls for the disclosure of information subject to the attorney-client privilege,

25  the attorney work-product doctrine and other applicable privileges.

26    Subject to the foregoing objections, Mattel responds as follows: Mattel

27  will produce responsive, non-privileged documents relating to Gail Tamae's

28  knowledge of the facts at issue in this litigation as alleged in Mattel's Initial

-183-

1  Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel

2  has been able to locate after a diligent search and reasonable inquiry, to the extent

3  not previously produced.

4

5  **REQUEST FOR PRODUCTION NO. 361:**

6          All DOCUMENTS in Gail Tamae's possession or control REFERRING

7  OR RELATING TO her alleged knowledge of "MGA's access to Mattel's

8  intellectual property and trade secrets," as alleged in MATTEL'S INITIAL

9  DISCLOSURES.

10

11  **RESPONSE TO REQUEST FOR PRODUCTION NO. 361:**

12          In addition to the general objections stated above which are

13  incorporated herein by reference, Mattel objects to this Request on the grounds that

14  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

15  documents on this subject without limitation as to time, and regardless of whether

16  such documents relate to products or matters at issue in this case.  Mattel further

17  objects to the Request on the grounds that it seeks documents that are not relevant to

18  this action or likely to lead to the discovery of admissible evidence.  Mattel further

19  objects to this Request on the grounds that it seeks confidential, proprietary and

20  trade secret information, including such information that has no bearing on the

21  claims or defenses in this case.  Mattel further objects to this Request on the grounds

22  that it calls for the disclosure of information subject to the attorney-client privilege,

23  the attorney work-product doctrine and other applicable privileges.

24          Subject to the foregoing objections, Mattel responds as follows:  Mattel

25  will produce responsive, non-privileged documents relating to Gail Tamae's

26  knowledge of the facts at issue in this litigation as alleged in Mattel's Initial

27  Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel

28

07209/2147010.

-184-

1    has been able to locate after a diligent search and reasonable inquiry, to the extent

2    not previously produced.

3

4    **REQUEST FOR PRODUCTION NO. 362:**

5            All DOCUMENTS REFERRING OR RELATING TO Lisa Tawil's

6    alleged knowledge of "MGA's access to Mattel's intellectual property and trade

7    secrets" and "MGA business practices," as alleged in MATTEL'S INITIAL

8    DISCLOSURES.

9

10   **RESPONSE TO REQUEST FOR PRODUCTION NO. 362:**

11           In addition to the general objections stated above which are

12   incorporated herein by reference, Mattel objects to this Request on the grounds that

13   it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

14   documents on this subject without limitation as to time, and regardless of whether

15   such documents relate to products or matters at issue in this case. Mattel further

16   objects to the Request on the grounds that it seeks documents that are not relevant to

17   this action or likely to lead to the discovery of admissible evidence. Mattel further

18   objects to this Request on the grounds that it calls for documents or information in

19   the possession, custody or control of MGA, including without limitation documents

20   and information that MGA has been compelled by Court orders to produce but has

21   not produced. Mattel further objects to this Request on the grounds that it seeks

22   confidential, proprietary and trade secret information, including such information

23   that has no bearing on the claims or defenses in this case. Mattel further objects to

24   this Request on the grounds that it calls for the disclosure of information subject to

25   the attorney-client privilege, the attorney work-product doctrine and other applicable

26   privileges.

27           Subject to the foregoing objections, Mattel responds as follows: Mattel

28   will produce responsive, non-privileged documents relating to Lisa Tawil's

Exhibit 26 - Page 937

1  knowledge of the facts at issue in this litigation as alleged in Mattel's Initial

2  Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel

3  has been able to locate after a diligent search and reasonable inquiry, to the extent

4  not previously produced.

5

6  **REQUEST FOR PRODUCTION NO. 363:**

7  All DOCUMENTS REFERRING OR RELATING TO Marla Reynolds

8  Thompson's alleged knowledge of "MGA's access to Mattel's intellectual property

9  and trade secrets," as alleged in MATTEL'S INITIAL DISCLOSURES.

10

11  **RESPONSE TO REQUEST FOR PRODUCTION NO. 363:**

12  In addition to the general objections stated above which are

13  incorporated herein by reference, Mattel objects to this Request on the grounds that

14  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

15  documents on this subject without limitation as to time, and regardless of whether

16  such documents relate to products or matters at issue in this case. Mattel further

17  objects to the Request on the grounds that it seeks documents that are not relevant to

18  this action or likely to lead to the discovery of admissible evidence. Mattel further

19  objects to this Request on the grounds that it calls for documents or information in

20  the possession, custody or control of MGA, including without limitation documents

21  and information that MGA has been compelled by Court orders to produce but has

22  not produced. Mattel further objects to this Request on the grounds that it seeks

23  confidential, proprietary and trade secret information, including such information

24  that has no bearing on the claims or defenses in this case. Mattel further objects to

25  this Request on the grounds that it calls for the disclosure of information subject to

26  the attorney-client privilege, the attorney work-product doctrine and other applicable

27  privileges.

28

07209/2147010.

1    Subject to the foregoing objections, Mattel responds as follows:  Mattel

2  will produce responsive, non-privileged documents relating to Marla Reynolds

3  Thompson's knowledge of the facts at issue in this litigation as alleged in Mattel's

4  Initial Disclosures that are in Mattel's possession, custody, or control, if any, that

5  Mattel has been able to locate after a diligent search and reasonable inquiry, to the

6  extent not previously produced.

7

8  **REQUEST FOR PRODUCTION NO. 364:**

9    All DOCUMENTS REFERRING OR RELATING TO Michele

10  Thompson's alleged knowledge of "MGA's access to Mattel's intellectual property

11  and trade secrets" and "MGA business practices," as alleged in MATTEL'S

12  INITIAL DISCLOSURES.

13

14  **RESPONSE TO REQUEST FOR PRODUCTION NO. 364:**

15    In addition to the general objections stated above which are

16  incorporated herein by reference, Mattel objects to this Request on the grounds that

17  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

18  documents on this subject without limitation as to time, and regardless of whether

19  such documents relate to products or matters at issue in this case.  Mattel further

20  objects to the Request on the grounds that it seeks documents that are not relevant to

21  this action or likely to lead to the discovery of admissible evidence.  Mattel further

22  objects to this Request on the grounds that it calls for documents or information in

23  the possession, custody or control of MGA, including without limitation documents

24  and information that MGA has been compelled by Court orders to produce but has

25  not produced.  Mattel further objects to this Request on the grounds that it seeks

26  confidential, proprietary and trade secret information, including such information

27  that has no bearing on the claims or defenses in this case.  Mattel further objects to

28  this Request on the grounds that it calls for the disclosure of information subject to

1  the attorney-client privilege, the attorney work-product doctrine and other applicable

2  privileges.

3         Subject to the foregoing objections, Mattel responds as follows:  Mattel

4  will produce responsive, non-privileged documents relating to Michele Thompson's

5  knowledge of the facts at issue in this litigation as alleged in Mattel's Initial

6  Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel

7  has been able to locate after a diligent search and reasonable inquiry, to the extent

8  not previously produced.

9

10  **REQUEST FOR PRODUCTION NO. 365:**

11         All DOCUMENTS REFERRING OR RELATING TO Ben Ton's

12  alleged knowledge of "[d]esign and development of Bratz and Bryant's work with or

13  for MGA during his Mattel employment" and "MGA business practices," as alleged

14  in MATTEL'S INITIAL DISCLOSURES.

15

16  **RESPONSE TO REQUEST FOR PRODUCTION NO. 365:**

17         In addition to the general objections stated above which are

18  incorporated herein by reference, Mattel objects to this Request on the grounds that

19  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

20  documents on this subject without limitation as to time, and regardless of whether

21  such documents relate to products or matters at issue in this case.  Mattel further

22  objects to the Request on the grounds that it seeks documents that are not relevant to

23  this action or likely to lead to the discovery of admissible evidence.  Mattel further

24  objects to this Request on the grounds that it calls for documents or information in

25  the possession, custody or control of MGA and/or Bryant, including without

26  limitation documents and information that MGA and Bryant have been compelled

27  by Court orders to produce but have not produced.  Mattel further objects to this

28  Request on the grounds that it seeks confidential, proprietary and trade secret

-188-

RESPONSES TO THIRD SET OF REQUESTS FOR PRODUCTION

Exhibit 26 - Page 960

1  information, including such information that has no bearing on the claims or
2  defenses in this case.  Mattel further objects to this Request on the grounds that it
3  calls for the disclosure of information subject to the attorney-client privilege, the
4  attorney work-product doctrine and other applicable privileges.
5          Subject to the foregoing objections, Mattel responds as follows:  Mattel
6  will produce responsive, non-privileged documents relating to Ben Ton's knowledge
7  of the facts at issue in this litigation as alleged in Mattel's Initial Disclosures that are
8  in Mattel's possession, custody, or control, if any, that Mattel has been able to locate
9  after a diligent search and reasonable inquiry, to the extent not previously produced.
10
11 **REQUEST FOR PRODUCTION NO. 366:**
12          All DOCUMENTS REFERRING OR RELATING TO Paula Dianthe
13 Treantafelles Garcia's alleged knowledge of "[d]esign and development of Bratz and
14 Bryant's work with or for MGA during his Mattel employment," "Bryant's breach of
15 obligations to Mattel," "MGA's theft of Mattel's intellectual property and trade
16 secrets," and "MGA business practices," as alleged in MATTEL'S INITIAL
17 DISCLOSURES.
18
19 **RESPONSE TO REQUEST FOR PRODUCTION NO. 366:**
20          In addition to the general objections stated above which are
21 incorporated herein by reference, Mattel objects to this Request on the grounds that
22 it is overbroad, unduly burdensome and unintelligible, including in that it seeks all
23 documents on this subject without limitation as to time, and regardless of whether
24 such documents relate to products or matters at issue in this case.  Mattel further
25 objects to the Request on the grounds that it seeks documents that are not relevant to
26 this action or likely to lead to the discovery of admissible evidence.  Mattel further
27 objects to this Request on the grounds that it calls for documents or information in
28 the possession, custody or control of MGA and/or Bryant, including without

07209/2147010.

-189-

1    limitation documents and information that MGA and Bryant have been compelled
2    by Court orders to produce but have not produced.  Mattel further objects to this
3    Request on the grounds that it seeks confidential, proprietary and trade secret
4    information, including such information that has no bearing on the claims or
5    defenses in this case.  Mattel further objects to this Request on the grounds that it
6    calls for the disclosure of information subject to the attorney-client privilege, the
7    attorney work-product doctrine and other applicable privileges.
8         Subject to the foregoing objections, Mattel responds as follows:  Mattel
9    will produce responsive, non-privileged documents relating to Paula Dianthe
10   Treantafelles Garcia's knowledge of the facts at issue in this litigation as alleged in
11   Mattel's Initial Disclosures that are in Mattel's possession, custody, or control, if
12   any, that Mattel has been able to locate after a diligent search and reasonable
13   inquiry, to the extent not previously produced.
14
15   **REQUEST FOR PRODUCTION NO. 367:**
16         All DOCUMENTS REFERRING OR RELATING TO Frankie Tsang's
17   alleged knowledge of "MGA's theft of Mattel's intellectual property and trade
18   secrets" and "MGA business practices," as alleged in MATTEL'S INITIAL
19   DISCLOSURES.
20
21   **RESPONSE TO REQUEST FOR PRODUCTION NO. 367:**
22         In addition to the general objections stated above which are
23   incorporated herein by reference, Mattel objects to this Request on the grounds that
24   it is overbroad, unduly burdensome and unintelligible, including in that it seeks all
25   documents on this subject without limitation as to time, and regardless of whether
26   such documents relate to products or matters at issue in this case.  Mattel further
27   objects to the Request on the grounds that it seeks documents that are not relevant to
28   this action or likely to lead to the discovery of admissible evidence.  Mattel further

1   objects to this Request on the grounds that it calls for documents or information in

2   the possession, custody or control of MGA and/or Bryant, including without

3   limitation documents and information that MGA and Bryant have been compelled

4   by Court orders to produce but have not produced.  Mattel further objects to this

5   Request on the grounds that it seeks confidential, proprietary and trade secret

6   information, including such information that has no bearing on the claims or

7   defenses in this case.  Mattel further objects to this Request on the grounds that it

8   calls for the disclosure of information subject to the attorney-client privilege, the

9   attorney work-product doctrine and other applicable privileges.

10          Subject to the foregoing objections, Mattel responds as follows:  Mattel

11  will produce responsive, non-privileged documents relating to Frankie Tsang's

12  knowledge of the facts at issue in this litigation as alleged in Mattel's Initial

13  Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel

14  has been able to locate after a diligent search and reasonable inquiry, to the extent

15  not previously produced.

16

17  **REQUEST FOR PRODUCTION NO. 368:**

18          All DOCUMENTS REFERRING OR RELATING TO Vivianne

19  Waisman's alleged knowledge of "MGA's access to Mattel's intellectual property

20  and trade secrets," as alleged in MATTEL'S INITIAL DISCLOSURES.

21

22  **RESPONSE TO REQUEST FOR PRODUCTION NO. 368:**

23          In addition to the general objections stated above which are

24  incorporated herein by reference, Mattel objects to this Request on the grounds that

25  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

26  documents on this subject without limitation as to time, and regardless of whether

27  such documents relate to products or matters at issue in this case.  Mattel further

28  objects to the Request on the grounds that it seeks documents that are not relevant to

1  this action or likely to lead to the discovery of admissible evidence. Mattel further

2  objects to this Request on the grounds that it seeks confidential, proprietary and

3  trade secret information, including such information that has no bearing on the

4  claims or defenses in this case. Mattel further objects to this Request on the grounds

5  that it calls for the disclosure of information subject to the attorney-client privilege,

6  the attorney work-product doctrine and other applicable privileges.

7          Subject to the foregoing objections, Mattel responds as follows: Mattel

8  will produce responsive, non-privileged documents relating to Vivianne Waisman's

9  knowledge of the facts at issue in this litigation as alleged in Mattel's Initial

10  Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel

11  has been able to locate after a diligent search and reasonable inquiry, to the extent

12  not previously produced.

13

14  **REQUEST FOR PRODUCTION NO. 369:**

15          All DOCUMENTS in Vivianne Waisman's possession or control

16  REFERRING OR RELATING TO her alleged knowledge of "MGA's access to

17  Mattel's intellectual property and trade secrets," as alleged in MATTEL'S INITIAL

18  DISCLOSURES.

19  **RESPONSE TO REQUEST FOR PRODUCTION NO. 369:**

20          In addition to the general objections stated above which are

21  incorporated herein by reference, Mattel objects to this Request on the grounds that

22  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

23  documents on this subject without limitation as to time, and regardless of whether

24  such documents relate to products or matters at issue in this case. Mattel further

25  objects to the Request on the grounds that it seeks documents that are not relevant to

26  this action or likely to lead to the discovery of admissible evidence. Mattel further

27  objects to this Request on the grounds that it seeks confidential, proprietary and

28  trade secret information, including such information that has no bearing on the

07209/2147010.

1  claims or defenses in this case.  Mattel further objects to this Request on the grounds

2  that it calls for the disclosure of information subject to the attorney-client privilege,

3  the attorney work-product doctrine and other applicable privileges.

4            Subject to the foregoing objections, Mattel responds as follows:  Mattel

5  will produce responsive, non-privileged documents relating to Vivianne Waisman's

6  knowledge of the facts at issue in this litigation as alleged in Mattel's Initial

7  Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel

8  has been able to locate after a diligent search and reasonable inquiry, to the extent

9  not previously produced.

10

11 **REQUEST FOR PRODUCTION NO. 370:**

12            All DOCUMENTS REFERRING OR RELATING TO Simon

13 Waldron's alleged knowledge of "[t]he development and ownership of intellectual

14 property at issue," as alleged in MATTEL'S INITIAL DISCLOSURES.

15

16 **RESPONSE TO REQUEST FOR PRODUCTION NO. 370:**

17            In addition to the general objections stated above which are

18 incorporated herein by reference, Mattel objects to this Request on the grounds that

19 it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

20 documents on this subject without limitation as to time, and regardless of whether

21 such documents relate to products or matters at issue in this case.  Mattel further

22 objects to the Request on the grounds that it seeks documents that are not relevant to

23 this action or likely to lead to the discovery of admissible evidence.  Mattel further

24 objects to this Request on the grounds that it seeks confidential, proprietary and

25 trade secret information, including such information that has no bearing on the

26 claims or defenses in this case.  Mattel further objects to this Request on the grounds

27 that it calls for the disclosure of information subject to the attorney-client privilege,

28 the attorney work-product doctrine and other applicable privileges.

1    Subject to the foregoing objections, Mattel responds as follows:  Mattel

2   will produce responsive, non-privileged documents relating to Simon Waldron's

3   knowledge of the facts at issue in this litigation as alleged in Mattel's Initial

4   Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel

5   has been able to locate after a diligent search and reasonable inquiry, to the extent

6   not previously produced.

7

8   **REQUEST FOR PRODUCTION NO. 371:**

9    All DOCUMENTS in Simon Waldron's possession or control

10   REFERRING OR RELATING TO his alleged knowledge of "[t]he development

11   and ownership of intellectual property at issue," as alleged in MATTEL'S INITIAL

12   DISCLOSURES.

13

14   **RESPONSE TO REQUEST FOR PRODUCTION NO. 371:**

15    In addition to the general objections stated above which are

16   incorporated herein by reference, Mattel objects to this Request on the grounds that

17   it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

18   documents on this subject without limitation as to time, and regardless of whether

19   such documents relate to products or matters at issue in this case.  Mattel further

20   objects to the Request on the grounds that it seeks documents that are not relevant to

21   this action or likely to lead to the discovery of admissible evidence.  Mattel further

22   objects to this Request on the grounds that it seeks confidential, proprietary and

23   trade secret information, including such information that has no bearing on the

24   claims or defenses in this case.  Mattel further objects to this Request on the grounds

25   that it calls for the disclosure of information subject to the attorney-client privilege,

26   the attorney work-product doctrine and other applicable privileges.

27    Subject to the foregoing objections, Mattel responds as follows:  Mattel

28   will produce responsive, non-privileged documents relating to Simon Waldron's

-194-

RESPONSES TO THIRD SET OF REQUESTS FOR PRODUCTION

Exhibit 26 - Page 966

1   knowledge of the facts at issue in this litigation as alleged in Mattel's Initial

2   Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel

3   has been able to locate after a diligent search and reasonable inquiry, to the extent

4   not previously produced.

5

6   **REQUEST FOR PRODUCTION NO. 372:**

7        All DOCUMENTS REFERRING OR RELATING TO Anne Wang's

8   alleged knowledge of "Bryant's breach of his obligations to Mattel" and "Bryant's

9   work with or for MGA during his Mattel employment," as alleged in MATTEL'S

10  INITIAL DISCLOSURES.

11

12  **RESPONSE TO REQUEST FOR PRODUCTION NO. 372:**

13       In addition to the general objections stated above which are

14  incorporated herein by reference, Mattel objects to this Request on the grounds that

15  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

16  documents on this subject without limitation as to time, and regardless of whether

17  such documents relate to products or matters at issue in this case. Mattel further

18  objects to this Request on the grounds that it calls for documents or information in

19  the possession, custody or control of MGA and/or Bryant, including without

20  limitation documents and information that MGA and Bryant have been compelled

21  by Court orders to produce but have not produced. Mattel further objects to this

22  Request on the grounds that it seeks confidential, proprietary and trade secret

23  information, including such information that has no bearing on the claims or

24  defenses in this case. Mattel further objects to this Request on the grounds that it

25  calls for the disclosure of information subject to the attorney-client privilege, the

26  attorney work-product doctrine and other applicable privileges.

27       Subject to the foregoing objections, Mattel responds as follows: Mattel

28  will produce responsive, non-privileged documents relating to Anne Wang's

1    knowledge of the facts at issue in this litigation as alleged in Mattel's Initial

2    Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel

3    has been able to locate after a diligent search and reasonable inquiry, to the extent

4    not previously produced.

5

6    **REQUEST FOR PRODUCTION NO. 373:**

7         All DOCUMENTS REFERRING OR RELATING TO Chang-Chin

8    Wang's alleged knowledge of "MGA's access to Mattel's intellectual property and

9    trade secrets" and "MGA business practices," as alleged in MATTEL'S INITIAL

10   DISCLOSURES.

11

12   **RESPONSE TO REQUEST FOR PRODUCTION NO. 373:**

13        In addition to the general objections stated above which are

14   incorporated herein by reference, Mattel objects to this Request on the grounds that

15   it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

16   documents on this subject without limitation as to time, and regardless of whether

17   such documents relate to products or matters at issue in this case.  Mattel further

18   objects to the Request on the grounds that it seeks documents that are not relevant to

19   this action or likely to lead to the discovery of admissible evidence.  Mattel further

20   objects to this Request on the grounds that it calls for documents or information in

21   the possession, custody or control of MGA, including without limitation documents

22   and information that MGA has been compelled by Court orders to produce but has

23   not produced.  Mattel further objects to this Request on the grounds that it seeks

24   confidential, proprietary and trade secret information, including such information

25   that has no bearing on the claims or defenses in this case.  Mattel further objects to

26   this Request on the grounds that it calls for the disclosure of information subject to

27   the attorney-client privilege, the attorney work-product doctrine and other applicable

28   privileges.

1       Subject to the foregoing objections, Mattel responds as follows:  Mattel

2   will produce responsive, non-privileged documents relating to Chang-Chin Wang's

3   knowledge of the facts at issue in this litigation as alleged in Mattel's Initial

4   Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel

5   has been able to locate after a diligent search and reasonable inquiry, to the extent

6   not previously produced.

7

8   **REQUEST FOR PRODUCTION NO. 374:**

9       All DOCUMENTS REFERRING OR RELATING TO Mercedeh

10  Ward's alleged knowledge of "[d]esign and development of Bratz and Bryant's work

11  with or for MGA during his Mattel employment," "Bryant's breach of obligations to

12  Mattel," "MGA's access to Mattel's intellectual property and trade secrets," and

13  "MGA business practices," as alleged in MATTEL'S INITIAL DISCLOSURES.

14

15  **RESPONSE TO REQUEST FOR PRODUCTION NO. 374:**

16      In addition to the general objections stated above which are

17  incorporated herein by reference, Mattel objects to this Request on the grounds that

18  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

19  documents on this subject without limitation as to time, and regardless of whether

20  such documents relate to products or matters at issue in this case.  Mattel further

21  objects to the Request on the grounds that it seeks documents that are not relevant to

22  this action or likely to lead to the discovery of admissible evidence.  Mattel further

23  objects to this Request on the grounds that it calls for documents or information in

24  the possession, custody or control of MGA and/or Bryant, including without

25  limitation documents and information that MGA and Bryant have been compelled

26  by Court orders to produce but have not produced.  Mattel further objects to this

27  Request on the grounds that it seeks confidential, proprietary and trade secret

28  information, including such information that has no bearing on the claims or

07209/2147010.

-197-

1   defenses in this case.  Mattel further objects to this Request on the grounds that it

2   calls for the disclosure of information subject to the attorney-client privilege, the

3   attorney work-product doctrine and other applicable privileges.

4           Subject to the foregoing objections, Mattel responds as follows:  Mattel

5   will produce responsive, non-privileged documents relating to Mercedeh Ward's

6   knowledge of the facts at issue in this litigation as alleged in Mattel's Initial

7   Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel

8   has been able to locate after a diligent search and reasonable inquiry, to the extent

9   not previously produced.

10

11  **REQUEST FOR PRODUCTION NO. 375:**

12          All DOCUMENTS REFERRING OR RELATING TO Dawn

13  Whitaker's alleged knowledge of "MGA's access to Mattel's intellectual property

14  and trade secrets" and "MGA business practices," as alleged in MATTEL'S

15  INITIAL DISCLOSURES.

16

17  **RESPONSE TO REQUEST FOR PRODUCTION NO. 375:**

18          In addition to the general objections stated above which are

19  incorporated herein by reference, Mattel objects to this Request on the grounds that

20  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

21  documents on this subject without limitation as to time, and regardless of whether

22  such documents relate to products or matters at issue in this case.  Mattel further

23  objects to the Request on the grounds that it seeks documents that are not relevant to

24  this action or likely to lead to the discovery of admissible evidence.  Mattel further

25  objects to this Request on the grounds that it calls for documents or information in

26  the possession, custody or control of MGA, including without limitation documents

27  and information that MGA has been compelled by Court orders to produce but has

28  not produced.  Mattel further objects to this Request on the grounds that it seeks

1  confidential, proprietary and trade secret information, including such information

2  that has no bearing on the claims or defenses in this case.  Mattel further objects to

3  this Request on the grounds that it calls for the disclosure of information subject to

4  the attorney-client privilege, the attorney work-product doctrine and other applicable

5  privileges.

6          Subject to the foregoing objections, Mattel responds as follows:  Mattel

7  will produce responsive, non-privileged documents relating to Dawn Whitaker's

8  knowledge of the facts at issue in this litigation as alleged in Mattel's Initial

9  Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel

10 has been able to locate after a diligent search and reasonable inquiry, to the extent

11 not previously produced.

12

13 **REQUEST FOR PRODUCTION NO. 376:**

14         All DOCUMENTS REFERRING OR RELATING TO Therese

15 Wilbur's alleged knowledge of "MGA's access to Mattel's intellectual property and

16 trade secrets," as alleged in MATTEL'S INITIAL DISCLOSURES.

17

18 **RESPONSE TO REQUEST FOR PRODUCTION NO. 376:**

19         In addition to the general objections stated above which are

20 incorporated herein by reference, Mattel objects to this Request on the grounds that

21 it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

22 documents on this subject without limitation as to time, and regardless of whether

23 such documents relate to products or matters at issue in this case.  Mattel further

24 objects to the Request on the grounds that it seeks documents that are not relevant to

25 this action or likely to lead to the discovery of admissible evidence.  Mattel further

26 objects to this Request on the grounds that it seeks confidential, proprietary and

27 trade secret information, including such information that has no bearing on the

28 claims or defenses in this case.  Mattel further objects to this Request on the grounds

RESPONSES TO THIRD SET OF REQUESTS FOR PRODUCTION
EXHIBIT 26 PAGE 971

1 │ that it calls for the disclosure of information subject to the attorney-client privilege,

2 │ the attorney work-product doctrine and other applicable privileges.

3 │        Subject to the foregoing objections, Mattel responds as follows:  Mattel

4 │ will produce responsive, non-privileged documents relating to Therese Wilbur's

5 │ knowledge of the facts at issue in this litigation as alleged in Mattel's Initial

6 │ Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel

7 │ has been able to locate after a diligent search and reasonable inquiry, to the extent

8 │ not previously produced.

9 │

10 │ **REQUEST FOR PRODUCTION NO. 377:**

11 │        All DOCUMENTS REFERRING OR RELATING TO Dawn

12 │ Whitaker's alleged knowledge of "MGA's access to Mattel's intellectual property

13 │ and trade secrets" and "MGA business practices," as alleged in MATTEL'S

14 │ INITIAL DISCLOSURES.

15 │

16 │ **RESPONSE TO REQUEST FOR PRODUCTION NO. 377:**

17 │        In addition to the general objections stated above which are

18 │ incorporated herein by reference, Mattel objects to this Request on the grounds that

19 │ it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

20 │ documents on this subject without limitation as to time, and regardless of whether

21 │ such documents relate to products or matters at issue in this case.  Mattel further

22 │ objects to the Request on the grounds that it seeks documents that are not relevant to

23 │ this action or likely to lead to the discovery of admissible evidence.  Mattel further

24 │ objects to this Request on the grounds that it calls for documents or information in

25 │ the possession, custody or control of MGA, including without limitation documents

26 │ and information that MGA has been compelled by Court orders to produce but has

27 │ not produced.  Mattel further objects to this Request on the grounds that it seeks

28 │ confidential, proprietary and trade secret information, including such information

07209/2147010.

1   that has no bearing on the claims or defenses in this case.  Mattel further objects to

2   this Request on the grounds that it calls for the disclosure of information subject to

3   the attorney-client privilege, the attorney work-product doctrine and other applicable

4   privileges.

5           Subject to the foregoing objections, Mattel responds as follows:  Mattel

6   will produce responsive, non-privileged documents relating to Dawn Whitaker's

7   knowledge of the facts at issue in this litigation as alleged in Mattel's Initial

8   Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel

9   has been able to locate after a diligent search and reasonable inquiry, to the extent

10  not previously produced.

11

12  **REQUEST FOR PRODUCTION NO. 378:**

13          All DOCUMENTS REFERRING OR RELATING TO Jenny M.L.

14  Wong's alleged knowledge of "MGA's access to Mattel's intellectual property and

15  trade secrets" and "MGA business practices," as alleged in MATTEL'S INITIAL

16  DISCLOSURES.

17

18  **RESPONSE TO REQUEST FOR PRODUCTION NO. 378:**

19          In addition to the general objections stated above which are

20  incorporated herein by reference, Mattel objects to this Request on the grounds that

21  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

22  documents on this subject without limitation as to time, and regardless of whether

23  such documents relate to products or matters at issue in this case.  Mattel further

24  objects to the Request on the grounds that it seeks documents that are not relevant to

25  this action or likely to lead to the discovery of admissible evidence.  Mattel further

26  objects to this Request on the grounds that it calls for documents or information in

27  the possession, custody or control of MGA, including without limitation documents

28  and information that MGA has been compelled by Court orders to produce but has

1   not produced.  Mattel further objects to this Request on the grounds that it seeks

2   confidential, proprietary and trade secret information, including such information

3   that has no bearing on the claims or defenses in this case.  Mattel further objects to

4   this Request on the grounds that it calls for the disclosure of information subject to

5   the attorney-client privilege, the attorney work-product doctrine and other applicable

6   privileges.

7          Subject to the foregoing objections, Mattel responds as follows:  Mattel

8   will produce responsive, non-privileged documents relating to Jenny M.L. Wong's

9   knowledge of the facts at issue in this litigation as alleged in Mattel's Initial

10  Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel

11  has been able to locate after a diligent search and reasonable inquiry, to the extent

12  not previously produced.

13

14  **REQUEST FOR PRODUCTION NO. 379:**

15          All DOCUMENTS REFERRING OR RELATING TO Samuel Wong's

16  alleged knowledge of "[d]esign and development of Bratz and Bryant's work with or

17  for MGA during his Mattel employment," as alleged in MATTEL'S INITIAL

18  DISCLOSURES.

19

20  **RESPONSE TO REQUEST FOR PRODUCTION NO. 379:**

21          In addition to the general objections stated above which are

22  incorporated herein by reference, Mattel objects to this Request on the grounds that

23  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

24  documents on this subject without limitation as to time, and regardless of whether

25  such documents relate to products or matters at issue in this case.  Mattel further

26  objects to this Request on the grounds that it calls for documents or information in

27  the possession, custody or control of MGA and/or Bryant, including without

28  limitation documents and information that MGA and Bryant have been compelled

07209/2147010.

-202-

RESPONSES TO THIRD SET OF REQUESTS FOR PRODUCTION

Exhibit 26 - Page 974

1   by Court orders to produce but have not produced.  Mattel further objects to this

2   Request on the grounds that it seeks confidential, proprietary and trade secret

3   information, including such information that has no bearing on the claims or

4   defenses in this case.  Mattel further objects to this Request on the grounds that it

5   calls for the disclosure of information subject to the attorney-client privilege, the

6   attorney work-product doctrine and other applicable privileges.

7            Subject to the foregoing objections, Mattel responds as follows:  Mattel

8   will produce responsive, non-privileged documents relating to Samuel Wong's

9   knowledge of the facts at issue in this litigation as alleged in Mattel's Initial

10  Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel

11  has been able to locate after a diligent search and reasonable inquiry, to the extent

12  not previously produced.

13

14  **REQUEST FOR PRODUCTION NO. 380:**

15            All DOCUMENTS REFERRING OR RELATING TO Tricia Wong's

16  alleged knowledge of "[t]he development and ownership of intellectual property at

17  issue," as alleged in MATTEL'S INITIAL DISCLOSURES.

18

19  **RESPONSE TO REQUEST FOR PRODUCTION NO. 380:**

20            In addition to the general objections stated above which are

21  incorporated herein by reference, Mattel objects to this Request on the grounds that

22  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

23  documents on this subject without limitation as to time, and regardless of whether

24  such documents relate to products or matters at issue in this case.  Mattel further

25  objects to the Request on the grounds that it seeks documents that are not relevant to

26  this action or likely to lead to the discovery of admissible evidence.  Mattel further

27  objects to this Request on the grounds that it seeks confidential, proprietary and

28  trade secret information, including such information that has no bearing on the

07209/2147010.

-203-

1 claims or defenses in this case.  Mattel further objects to this Request on the grounds

2 that it calls for the disclosure of information subject to the attorney-client privilege,

3 the attorney work-product doctrine and other applicable privileges.

4           Subject to the foregoing objections, Mattel responds as follows:  Mattel

5 will produce responsive, non-privileged documents relating to Tricia Wong's

6 knowledge of the facts at issue in this litigation as alleged in Mattel's Initial

7 Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel

8 has been able to locate after a diligent search and reasonable inquiry, to the extent

9 not previously produced.

10

11 **REQUEST FOR PRODUCTION NO. 381:**

12           All DOCUMENTS in Tricia Wong's possession or control

13 REFERRING OR RELATING TO her alleged knowledge of "[t]he development

14 and ownership of intellectual property at issue," as alleged in MATTEL'S INITIAL

15 DISCLOSURES.

16

17 **RESPONSE TO REQUEST FOR PRODUCTION NO. 381:**

18           In addition to the general objections stated above which are

19 incorporated herein by reference, Mattel objects to this Request on the grounds that

20 it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

21 documents on this subject without limitation as to time, and regardless of whether

22 such documents relate to products or matters at issue in this case.  Mattel further

23 objects to the Request on the grounds that it seeks documents that are not relevant to

24 this action or likely to lead to the discovery of admissible evidence.  Mattel further

25 objects to this Request on the grounds that it seeks confidential, proprietary and

26 trade secret information, including such information that has no bearing on the

27 claims or defenses in this case.  Mattel further objects to this Request on the grounds

28

07209/2147010.

-204-
RESPONSES TO THIRD SET OF REQUESTS FOR PRODUCTION
Exhibit 26 - Page 976

1 | that it calls for the disclosure of information subject to the attorney-client privilege,

2 | the attorney work-product doctrine and other applicable privileges.

3 |      Subject to the foregoing objections, Mattel responds as follows:  Mattel

4 | will produce responsive, non-privileged documents relating to Tricia Wong's

5 | knowledge of the facts at issue in this litigation as alleged in Mattel's Initial

6 | Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel

7 | has been able to locate after a diligent search and reasonable inquiry, to the extent

8 | not previously produced.

9 |

10 | **REQUEST FOR PRODUCTION NO. 382:**

11 |      All DOCUMENTS REFERRING OR RELATING TO Sandy

12 | Yonemoto's alleged knowledge of "Bryant's misrepresentations to Mattel," as

13 | alleged in MATTEL'S INITIAL DISCLOSURES.

14 |

15 | **RESPONSE TO REQUEST FOR PRODUCTION NO. 382**

16 |      In addition to the general objections stated above which are

17 | incorporated herein by reference, Mattel objects to this Request on the grounds that

18 | it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

19 | documents on this subject without limitation as to time, and regardless of whether

20 | such documents relate to products or matters at issue in this case.  Mattel further

21 | objects to this Request on the grounds that it seeks confidential, proprietary and

22 | trade secret information, including such information that has no bearing on the

23 | claims or defenses in this case.  Mattel further objects to this Request on the grounds

24 | that it calls for the disclosure of information subject to the attorney-client privilege,

25 | the attorney work-product doctrine and other applicable privileges.

26 |      Subject to the foregoing objections, Mattel responds as follows:  Mattel

27 | will produce responsive, non-privileged documents relating to Sandy Yonemoto's

28 | knowledge of the facts at issue in this litigation as alleged in Mattel's Initial

07209/2147010.

1    Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel

2    has been able to locate after a diligent search and reasonable inquiry, to the extent

3    not previously produced.

4

5    **REQUEST FOR PRODUCTION NO. 383:**

6           All DOCUMENTS in Sandy Yonemoto's possession or control

7    REFERRING OR RELATING TO her alleged knowledge of "Bryant's

8    misrepresentations to Mattel," as alleged in MATTEL'S INITIAL DISCLOSURES.

9

10   **RESPONSE TO REQUEST FOR PRODUCTION NO. 383:**

11          In addition to the general objections stated above which are

12   incorporated herein by reference, Mattel objects to this Request on the grounds that

13   it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

14   documents on this subject without limitation as to time, and regardless of whether

15   such documents relate to products or matters at issue in this case.  Mattel further

16   objects to this Request on the grounds that it seeks confidential, proprietary and

17   trade secret information, including such information that has no bearing on the

18   claims or defenses in this case.  Mattel further objects to this Request on the grounds

19   that it calls for the disclosure of information subject to the attorney-client privilege,

20   the attorney work-product doctrine and other applicable privileges.

21          Subject to the foregoing objections, Mattel responds as follows:  Mattel

22   will produce responsive, non-privileged documents relating to Sandy Yonemoto's

23   knowledge of the facts at issue in this litigation as alleged in Mattel's Initial

24

25

26

27

28

07209/2147010.

-206-
RESPONSES TO THIRD SET OF REQUESTS FOR PRODUCTION
Exhibit 20 - Page 978

1  Disclosures that are in Mattel's possession, custody, or control, if any, that Mattel

2  has been able to locate after a diligent search and reasonable inquiry, to the extent

3  not previously produced.

4

5  DATED: June 22, 2007          QUINN EMANUEL URQUHART OLIVER &
                                  HEDGES, LLP
6

7                                 By:_____
                                  Timothy L. Alger
8                                 Attorneys for Plaintiff and Counter-
                                  Defendant Mattel, Inc.
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-207-
RESPONSES TO THIRD SET OF REQUESTS FOR PRODUCTION
Exhibit 20 Page 979

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017.

On June 22, 2007, I served true copies of the following documents described as:

**MATTEL, INC.'S SUPPLEMENTAL OBJECTIONS AND RESPONSES TO MGA ENTERTAINMENT, INC.'S THIRD SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS IN CASE NO. 05-2727**

on the parties in this action as follows:

| | |
|---|---|
| Diana M. Torres, Esq.<br>O'Melveny & Myers<br>400 So. Hope Street<br>Los Angeles, CA  90071 | **Attorneys for *MGA Entertainment***<br><br>Telephone: 213.430.6000<br>Facsimile: 213.430.6407 |
| John W. Keker, Esq.<br>Michael H. Page, Esq.<br>Christa M. Anderson, Esq.<br>Keker & Van Nest, LLP<br>710 Sansome Street<br>San Francisco, CA 94111 | **Attorneys for *Carter Bryant***<br><br><br>Telephone:  415.391.5400<br>Facsimile:  415.397.7188 |

[√]   **[MAIL]** As follows:  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business, addressed as set forth below.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made

Executed on June 22, 2007, at Los Angeles, California.

_____
Albert V. Villamil

07209/2132730.1