# Exhibit 27

1   DIANA M. TORRES (S.B. #162284)
    O'MELVENY & MYERS LLP
2   400 South Hope Street
    Los Angeles, California 90071-2899
3   Telephone: (213) 430-6000
    Facsimile: (213) 430-6407
4   Email: dtorres@omm.com

5   DALE M. CENDALI (admitted pro hac vice)
    MICHAEL KEATS (admitted pro hac vice)
6   JOHANNA SCHMITT (admitted pro hac vice)
    O'MELVENY & MYERS LLP
7   Times Square Tower
    7 Times Square
8   New York, New York 10036
    Telephone: (212) 326-2000
9   Facsimile: (212) 326-2061
    Email: dcendali@omm.com

10
    PATRICIA GLASER (S.B. # 55668)
11  CHRISTENSEN, GLASER, FINK,
    JACOBS, WEIL & SHAPIRO LLP
12  10250 Constellation Boulevard, 19th Floor
    Los Angeles, CA  90067
13  Telephone:  (310) 553-3000
    Facsimile:   (310) 556-2920
14  Email: pglaser@chrisglase.com

15  Attorneys for Plaintiff
    MGA Entertainment, Inc.

16

17              **UNITED STATES DISTRICT COURT**

18              **CENTRAL DISTRICT OF CALIFORNIA**

19                    **EASTERN DIVISION**

20

| | |
|---|---|
| 21  CARTER BRYANT, an individual, | Case No.  CV 04-09049 SGL (RNBx) |
| | (Consolidated with CV 04-9059 and |
| 21              Plaintiff, | CV 05-2727) |
| 22 | |
|     v. | **MGA'S FOURTH SET OF** |
| 23 | **REQUESTS FOR THE** |
|     MATTEL, INC., a Delaware Corporation, | **PRODUCTION OF** |
| 24 | **DOCUMENTS AND THINGS IN** |
|                 Defendant | **CASE NO. 05-2727** |
| 25  CONSOLIDATED WITH | |
| 26 | |
|     MATTEL, INC. v. BRYANT and | |
| 27  MGA ENTERTAINMENT, INC. v. | |
|     MATTEL, INC. | |

28

Exhibit 27 - Page 981

1   PROPOUNDING PARTY:      MGA ENTERTAINMENT, INC.

2   RESPONDING PARTY:       MATTEL, INC.

3   SET NO.                 FOUR

4   NOS.                    384-469

5

6   **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

7

8       Pursuant to Rule 34 of the Federal Rules of Civil Procedure, plaintiff MGA

9   Entertainment, Inc. ("MGA") requests that defendant Mattel, Inc. ("Mattel")

10  produce all DOCUMENTS and tangible things described, in accordance with the

11  Definitions and Instructions set forth below, at 9:00 a.m. on July 6, 2007, at the

12  offices of O'Melveny & Myers LLP, 400 South Hope Street, Los Angeles,

13  California 90071.

14  **DEFINITIONS**

15      As used in these Requests:

16      1.    "4-EVER BEST FRIENDS" means and refers to each image,

17  character, logo, doll, toy, accessory, product, packaging or any other thing that is or

18  has ever been manufactured, marketed or sold by MGA, or others under license by

19  MGA, as part of a line of goods or merchandise commonly known as, or sold and

20  marketed under the name "4-Ever Best Friends."

21      2.    "ACCELERACERS" means and refers to each image, character, logo,

22  toy, accessory, product, packaging or any other thing that is or has ever been

23  manufactured, marketed or sold by MATTEL, or others under license by MATTEL,

24  as part of a line of goods or merchandise commonly known as, or sold and

25  marketed under the name "AcceleRacerS."

26      3.    "ADVERTISEMENT" means a commercial message or advertisement

27  in any medium, including without limitation, television, radio, movies, magazines,

28  newspapers, the Internet, signage, and billboards.

- 1 -

MGA'S FOURTH SET OF REQUESTS FOR THE
PRODUCTION OF DOCUMENTS AND THINGS

Exhibit 27 - Page 982

1    4.    "ALIEN RACERS" means and refers to each image, character, logo,

2  toy, accessory, product, packaging or any other thing that is or has ever been

3  manufactured, marketed or sold by MGA, or others under license by MGA, as part

4  of a line of goods or merchandise commonly known as, or sold and marketed under

5  the name "Alien Racers."

6    5.    "ART ATTACKS" means and refers to Art Attacks Ink, LLC and any

7  of its past or present officers, directors, agents, employees, representatives,

8  consultants, attorneys, parents, subsidiaries, divisions, affiliates, predecessors-in-

9  interest, entities and persons acting in joint venture or partnership relationships with

10  ART ATTACKS and any others acting on ART ATTACKS's behalf, pursuant to its

11  authority or subject to its control, including, but not limited to, JoAnne Mauck and

12  Byron Mauck.

13    6.    "BANK OF AMERICA" means and refers to Bank of America and

14  any of its past or present officers, directors, agents, employees, representatives,

15  consultants, attorneys, parents, subsidiaries, divisions, affiliates, predecessors-in-

16  interest, entities and persons acting in joint venture or partnership relationships with

17  BANK OF AMERICA and any others acting on BANK OF AMERICA's behalf,

18  pursuant to its authority or subject to its control.

19    7.    "BARBIE GIRL" means and refers to the animated "Barbie" character

20  currently depicted on the home page of YOUR website at www.barbiegirl.com.

21    8.    "BRATZ" means and refers to each image, character, logo, doll, toy,

22  accessory, product, packaging, theme, or other thing or matter that is or has ever

23  been manufactured, marketed or sold by MGA, or others under license, as part of a

24  line of goods or merchandise commonly known as, or sold and marketed under the

25  "Bratz" trademark or trade dress, including, but not limited to, fashion dolls, styling

26  heads, and plush toys.

27

28

- 2 -

MGA'S FOURTH SET OF REQUESTS FOR THE
PRODUCTION OF DOCUMENTS AND THINGS

Exhibit 27 - Page 983

1      9.    "BRYANT" means Carter Bryant, any of his current or former agents,

2  representatives, attorneys, employees, partners, joint venturers, and any other

3  person acting on his behalf, pursuant to his authority or subject to his control.

4      10.   "COMMUNICATION[S]" means any transmission of information

5  from one person or entity to another, including, without limitation, by personal

6  meeting, conversation, letter, telephone, facsimile or electronic mail.  Each request

7  that encompasses information relating in any way to communications to, from or

8  within a business or corporate entity is hereby designated to mean, and should be

9  construed to include, all communications by and between representatives,

10  employees, agents or servants of the business or corporate entity.

11      11.   "DOCUMENT[S]" incorporates the full meaning of Federal Rule of

12  Civil Procedure 34, and shall be construed in the broadest sense to mean any and all

13  writings, tangible things and property, of any kind, that are now or that have been in

14  YOUR actual or constructive possession, custody or control, including, but not

15  limited to, any handwritten, typewritten, printed, drawn, charted, taped, filmed,

16  punched, copied, recorded, transcribed, graphic or photographic matter of any kind

17  or nature, in, through, or from which information may be embodied, translated,

18  conveyed or stored, whether an original, a draft or copy, however produced or

19  reproduced, whether sent or received or neither, including, but not limited to, notes,

20  memoranda, correspondence, letters, facsimiles and facsimile transmittals, reports,

21  inter- and intra-office COMMUNICATIONS, work papers, work sheets, work

22  records, ledgers, graphs, indexes, advertisements, brochures, price lists, cost sheets,

23  estimating sheets, bills, bills of lading, bids, time cards, receipts, purchase orders,

24  telephone records, telegrams, telexes, literature, invoices, contracts, purchase

25  orders, estimates, recordings, transcriptions of recordings, records, books,

26  pamphlets, periodicals, publications, papers, tapes, DVDs, video CDs, video, audio

27  and digital recordings, television commercials, story boards, website or other spot

28  advertisements, movies, movie trailers, prototypes, products, diaries, calendars,

- 3 -

MGA'S FOURTH SET OF REQUESTS FOR THE
PRODUCTION OF DOCUMENTS AND THINGS

Exhibit 27 - Page 984

1  charts, drawings, sketches, messages, photographs and data contained in or
2  accessible through any electronic data processing system, including, but not limited
3  to, computer databases, data sheets, data processing cards, computer files and tapes,
4  computer disks, CD-ROMs, computer metadata, microfilm, microfiche, electronic
5  mail, website and web pages and transcriptions thereof and all other
6  memorializations of any conversations, meetings and conference, by telephone or
7  otherwise.  The term DOCUMENT also means every copy of a DOCUMENT,
8  where such copy is not an identical duplicate of the original, whether because of
9  deletions, underlinings, showing of blind copies, initialing, signatures, receipt
10  stamps, comments, notations, differences in stationery or any other difference or
11  modification of any kind.

12        12.     "LARIAN" means MGA's Chief Executive Officer Isaac Larian.

13        13.     "LITTLE MOMMY" means and refers to each image, character, logo,
14  doll, toy, accessory, product, packaging or any other thing that is or has ever been
15  manufactured, marketed or sold by MATTEL, or others under license by MATTEL,
16  as part of a line of goods or merchandise commonly known as, or sold and
17  marketed under the name "Little Mommy."

18        14.     "MARKET RESEARCH" means any type of research, study, survey
19  or analysis of consumers or potential consumers of a product or potential product
20  including, without limitation, focus groups, consumer surveys, market analyses,
21  behavioral analyses and consumer research.

22        15.     "MATTEL," "YOU," or "YOUR" means defendant MATTEL, Inc.
23  and any of its past or present officers, directors, agents, employees, representatives,
24  consultants, attorneys, parents, subsidiaries, divisions, affiliates, predecessors-in-
25  interest, entities and persons acting in joint venture or partnership relationships with
26  YOU and any others acting on YOUR behalf, pursuant to YOUR authority or
27  subject to YOUR control.

28

- 4 -

MGA'S FOURTH SET OF REQUESTS FOR THE
PRODUCTION OF DOCUMENTS AND THINGS

Exhibit 27 - Page 985

1  16. "MGA" means MGA Entertainment, Inc. and any of its past or present

2 officers, directors, agents, employees, representatives, consultants, attorneys,

3 parents, subsidiaries, divisions, affiliates, predecessors-in-interest, entities and

4 persons acting in joint venture or partnership relationships with MGA and any

5 others acting on MGA's behalf, pursuant to its authority or subject to its control.

6  17. "MOMMY'S LITTLE..." means and refers to each image, character,

7 logo, doll, toy, accessory, product, packaging or any other thing that is or has ever

8 been manufactured, marketed or sold by MGA, or others under license by MGA, as

9 part of a line of goods or merchandise commonly known as, or sold and marketed

10 under the name "Mommy's Little...," including, but not limited to, "Mommy's

11 Little Patient" dolls.

12  18. "MY SCENE" means and refers to each image, character, logo, doll,

13 toy, styling head, plush toy, play set, accessory, product, packaging or any other

14 thing that is or has ever been manufactured, marketed or sold by YOU, or others

15 under licensed by YOU, as part of a line of goods or merchandise commonly

16 known as, or sold and marketed under the name "MY SCENE."

17  19. "POLLY POCKET" means and refers to each image, character, logo,

18 doll, styling head, toy, accessory, product, packaging or any other thing that is or

19 has ever been manufactured, marketed or sold by MATTEL, or others under license

20 by MATTEL, as part of a line of goods or merchandise commonly known as, or

21 sold and marketed under the name "Polly Pocket."

22  20. "REFERRING OR RELATING TO" should be construed in the

23 broadest possible sense to mean concerning, consisting of, referring to, relating to,

24 describing, discussing, constituting, evidencing, containing, reflecting, mentioning,

25 pertaining to, citing, summarizing, analyzing or bearing any logical or factual

26 connection with the matter discussed.

27  21. "SMOBY" means the Smoby Group and any of its past or present

28 officers, directors, agents, employees, representatives, consultants, attorneys,

- 5 -

MGA'S FOURTH SET OF REQUESTS FOR THE
PRODUCTION OF DOCUMENTS AND THINGS

Exhibit 27 - Page 986

1   parents, subsidiaries, divisions, affiliates, predecessors-in-interest, entities and

2   persons acting in joint venture or partnership relationships with SMOBY and any

3   others acting on SMOBY's behalf, pursuant to its authority or subject to its control.

4     22. "TREANTAFELLES" means Paula (Treantafelles) Garcia, currently

5   MGA's Vice President of Product Design and Development.

6     23. "WEE 3 FRIENDS" means and refers to each image, character, logo,

7   doll, toy, accessory, product, packaging or any other thing that is or has ever been

8   manufactured, marketed or sold by YOU, or others under licensed by YOU, as part

9   of a line of goods or merchandise commonly known as, or sold and marketed under

10   the name "Wee 3 Friends."

11     24. "ZAPF" means Zapf Creation AG and any of its past or present

12   officers, directors, agents, employees, representatives, consultants, attorneys,

13   parents, subsidiaries, divisions, affiliates, predecessors-in-interest, entities and

14   persons acting in joint venture or partnership relationships with ZAPF and any

15   others acting on ZAPF's behalf, pursuant to its authority or subject to its control.

16     25. The singular form includes the plural, and vice versa.

17     26. The terms "any" and "all" are interchangeable.

18     27. The terms "and" and "or" shall be construed disjunctively and

19   conjunctively, and each shall include the other whenever such dual construction

20   will serve to bring within the scope of any Request, DOCUMENTS that would

21   otherwise not be within its scope.

22

23          **INSTRUCTIONS**

  1. YOU are instructed to produce all non-privileged DOCUMENTS in

24   YOUR possession, custody or control.  A document is in YOUR "possession,

25   custody, or control" if it is in YOUR physical possession, or if, as a practical

26   matter, YOU have the ability, upon request, to obtain possession of the

27

28

       - 6 -   MGA'S FOURTH SET OF REQUESTS FOR THE
                 PRODUCTION OF DOCUMENTS AND THINGS

Exhibit 27 - Page 987

1   DOCUMENT or a copy thereof from another person or entity who has physical

2   possession of the DOCUMENT.

3       2.      If any DOCUMENT or category of DOCUMENTS is not produced in

4   full, please state with particularity the reason or reasons it is not being produced in

5   full.

6       3.      Each DOCUMENT is to be produced as it is kept in the usual course

7   of business, including all file folders, binders, notebooks, and other devices by

8   which such DOCUMENTS may be organized, separated, or identified.

9       4.      Each DOCUMENT maintained or stored electronically in native,

10  electronic format is to be produced with all relevant metadata intact and in an

11  appropriate and useable electronic manner.

12      5.      These Requests impose a continuing obligation subsequent to your

13  initial production to the full extent provided for in Rule 26(e) of the Federal Rules

14  of Civil Procedure.

## REQUESTS FOR PRODUCTION

**REQUEST NO. 384:**

All DOCUMENTS REFERRING OR RELATING TO the origins or sources of inspiration of "ACCELERACERS," including, without limitation, the purpose for which "ACCELERACERS" products were created.

**REQUEST NO. 385:**

All DOCUMENTS REFERRING OR RELATING TO the design, development, conception, creation, origins or sources of inspiration for the "ACCELERACERS" logo.

**REQUEST NO. 386:**

All DOCUMENTS REFERRING OR RELATING TO the decision rename one of YOUR "Hot Wheels" toy lines "ACCELERACERS."

**REQUEST NO. 387:**

- 7 -

MGA'S FOURTH SET OF REQUESTS FOR THE
PRODUCTION OF DOCUMENTS AND THINGS

Exhibit 27 - Page 988

1   All DOCUMENTS REFERRING OR RELATING TO the decision to re-

2   brand the "Hot Wheels Highway 35" line under the logo "ACCELERACERS."

3   **REQUEST NO. 388:**

4   All DOCUMENTS REFERRING OR RELATING TO the selection,

5   approval process, design and development of the "ACCELERACERS" products

6   and themes prior to their initial release to the public, including but not limited to

7   any design drawings, MARKET RESEARCH, and product approval memos.

8   **REQUEST NO. 389:**

9   All DOCUMENTS REFERRING OR RELATING TO "ALIEN RACERS"

10   as a source of inspiration for or factor in the development of "ACCELERACERS."

11   **REQUEST NO. 390:**

12   All DOCUMENTS REFERRING OR RELATING TO YOUR awareness or

13   knowledge of "ALIEN RACERS" during the creation, design and development of

14   "ACCELERACERS."

15   **REQUEST NO. 391:**

16   All COMMUNICATIONS, and all DOCUMENTS REFERRING OR

17   RELATING TO such COMMUNICATIONS, between John Handy and Matt

18   Bousquette regarding "ALIEN RACERS."

19   **REQUEST NO. 392:**

20   All DOCUMENTS REFERRING OR RELATING TO any similarity or

21   dissimilarity between "ALIEN RACERS" and "ACCELERACERS."

22   **REQUEST NO. 393:**

23   All DOCUMENTS REFERRING OR RELATING TO whether

24   "ACCELERACERS" copy, replicate, or in any way imitate "ALIEN RACERS."

25   **REQUEST NO. 394:**

26   All DOCUMENTS REFERRING OR RELATING TO actual or potential

27   confusion or otherwise evidencing confusion (including, but not limited to,

28   confusion among consumers, retailers, distributors, licensees or members of the

- 8 -

MGA'S FOURTH SET OF REQUESTS FOR THE
PRODUCTION OF DOCUMENTS AND THINGS

Exhibit 27 - Page 989

1  press) between "ACCELERACERS" and "ALIEN RACERS."

2  **REQUEST NO. 395:**

3      Copies of all television ADVERTISEMENTS for "ACCELERACERS."

4  **REQUEST NO. 396:**

5      All DOCUMENTS REFERRING OR RELATING TO MGA's

6  ADVERTISEMENTS for "ALIEN RACERS," including but not limited to YOUR

7  efforts to analyze, copy or imitate MGA's ADVERTISEMENTS for "ALIEN

8  RACERS."

9  **REQUEST NO. 397:**

10      All DOCUMENTS REFERRING OR RELATING TO the inspiration for,

11  development of, or creation of the theme of the ADVERTISEMENTS for

12  "ACCELERACERS."

13  **REQUEST NO. 398:**

14      All DOCUMENTS REFERRING OR RELATING TO the inspiration for,

15  development of, or creation of the ad copy for the ADVERTISEMENTS for

16  "ACCELERACERS," including but not limited to the phrase "race to save the

17  world."

18  **REQUEST NO. 399:**

19      DOCUMENTS sufficient to determine total sales, revenue, royalties, costs of

20  goods sold and any other costs attributable to net profits REFERRING OR

21  RELATING TO "ACCELERACERS."

22  **REQUEST NO. 400:**

23      DOCUMENTS, including but not limited to organizational charts, sufficient

24  to identify (by name and job function) all current and former MATTEL personnel

25  and/or freelancers comprising the primary team that worked on the creation, design

26  and development of the "ACCELERACERS" products, commercials, themes and

27  logo.

28

- 9 -

MGA'S FOURTH SET OF REQUESTS FOR THE
PRODUCTION OF DOCUMENTS AND THINGS

Exhibit 27 - Page 990

**REQUEST NO. 401:**

All DOCUMENTS REFERRING OR RELATING TO the origins or sources of inspiration of "LITTLE MOMMY," including, without limitation, the purpose for which "LITTLE MOMMY" products were created and why the "LITTLE MOMMY" name was selected.

**REQUEST NO. 402:**

All DOCUMENTS REFERRING OR RELATING TO the selection, approval process, design and development of the "LITTLE MOMMY" name, products and themes prior to their initial release to the public, including but not limited to any design drawings, MARKET RESEARCH, and product approval memos.

**REQUEST NO. 403:**

All DOCUMENTS REFERRING OR RELATING TO any "MOMMY'S LITTLE..." product, theme or name as an inspiration for or factor in the development of any "LITTLE MOMMY" product, theme or name.

**REQUEST NO. 404:**

All DOCUMENTS REFERRING OR RELATING TO YOUR awareness or knowledge of "MOMMY'S LITTLE..." during the creation, design and development of "LITTLE MOMMY."

**REQUEST NO. 405:**

All DOCUMENTS REFERRING OR RELATING TO any similarity or dissimilarity between "MOMMY'S LITTLE..." and "LITTLE MOMMY."

**REQUEST NO. 406:**

All DOCUMENTS REFERRING OR RELATING TO whether the name, products, appearance, or themes of "LITTLE MOMMY" copy, replicate, or in any way imitate the name, products, appearance, or themes of "MOMMY'S LITTLE...."

**REQUEST NO. 407:**

- 10 -

MGA'S FOURTH SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS

Exhibit 27 - Page 991

1    All DOCUMENTS REFERRING OR RELATING TO actual or potential

2  confusion or otherwise evidencing confusion (including, but not limited to,

3  confusion among consumers, retailers, distributors, licensees or members of the

4  press) between "LITTLE MOMMY" and "MOMMY'S LITTLE...."

5  **REQUEST NO. 408:**

6    DOCUMENTS sufficient to determine total sales, revenue, royalties, costs of

7  goods sold and any other costs attributable to net profits REFERRING OR

8  RELATING TO "LITTLE MOMMY."

9  **REQUEST NO. 409:**

10    DOCUMENTS, including but not limited to organizational charts, sufficient

11  to identify (by name and job function) all current and former MATTEL personnel

12  and/or freelancers comprising the primary team that worked on the design and

13  development of the "LITTLE MOMMY" products, themes and name.

14  **REQUEST NO. 410:**

15    All DOCUMENTS REFERRING OR RELATING TO the origins or sources

16  of inspiration of "WEE 3 FRIENDS," including, without limitation, the purpose for

17  which "WEE 3 FRIENDS" products were created.

18  **REQUEST NO. 411:**

19    All DOCUMENTS REFERRING OR RELATING TO the selection,

20  approval process, design and development of the "WEE 3 FRIENDS" name,

21  products, packaging and themes prior to their release to the public, including but

22  not limited to any design drawings, MARKET RESEARCH, and product approval

23  memos.

24  **REQUEST NO. 412:**

25    All DOCUMENTS REFERRING OR RELATING TO any "4-EVER BEST

26  FRIENDS" name, product, theme or packaging as an inspiration or factor in the

27  development of any "WEE 3 FRIENDS" name, product, theme or packaging.

28  **REQUEST NO. 413:**

- 11 -

MGA'S FOURTH SET OF REQUESTS FOR THE
PRODUCTION OF DOCUMENTS AND THINGS

Exhibit 27 - Page 992

1     All DOCUMENTS REFERRING OR RELATING TO YOUR awareness or

2    knowledge of "4-EVER BEST FRIENDS" during the creation, design and

3    development of "WEE 3 FRIENDS."

4    **REQUEST NO. 414:**

5     All DOCUMENTS REFERRING OR RELATING TO any similarity or

6    dissimilarity between "4-EVER BEST FRIENDS" and "WEE 3 FRIENDS."

7    **REQUEST NO. 415:**

8     All DOCUMENTS REFERRING OR RELATING TO whether the

9    packaging, products, appearance, names, or themes of "WEE 3 FRIENDS" copy,

10   replicate, or in any way imitate the packaging, products, appearance, names or

11   themes of "4-EVER BEST FRIENDS."

12   **REQUEST NO. 416:**

13    All DOCUMENTS REFERRING OR RELATING TO actual or potential

14   confusion or otherwise evidencing confusion (including, but not limited to,

15   confusion among consumers, retailers, distributors, licensees or members of the

16   press) between "WEE 3 FRIENDS" and "4-EVER BEST FRIENDS."

17   **REQUEST NO. 417:**

18    DOCUMENTS sufficient to determine total sales, revenue, royalties, costs of

19   goods sold and any other costs attributable to net profits REFERRING OR

20   RELATING TO "WEE 3 FRIENDS."

21   **REQUEST NO. 418:**

22    DOCUMENTS, including but not limited to organizational charts, sufficient

23   to identify (by name and job function) all current and former MATTEL personnel

24   and/or freelancers comprising the primary team that worked on the design and

25   development of the "WEE 3 FRIENDS" products, packaging, themes and name.

26   **REQUEST NO. 419:**

27    All DOCUMENTS REFERRING OR RELATING TO the development,

28   creation, origins or sources of inspiration of YOUR tag line "Do you have a passion

- 12 -

MGA'S FOURTH SET OF REQUESTS FOR THE
PRODUCTION OF DOCUMENTS AND THINGS

Exhibit 27 - Page 993

1  for fashion?" for "Diva Starz" dolls.

2  **REQUEST NO. 420:**

3  　　All DOCUMENTS REFERRING OR RELATING TO YOUR awareness or

4  knowledge of "BRATZ" during the creation, design and development of "MY

5  SCENE."

6  **REQUEST NO. 421:**

7  　　All DOCUMENTS REFERRING OR RELATING TO the selection,

8  approval process, design and development of "MY SCENE" products (including,

9  but not limited to, fashion dolls, styling heads and plush toys), themes and

10  packaging prior to their release to the public, including but not limited to any

11  design drawings, MARKET RESEARCH, and product approval memos.

12  **REQUEST NO. 422:**

13  　　All COMMUNICATIONS, and all DOCUMENTS REFERRING OR

14  RELATING TO such COMMUNICATIONS, between MATTEL's Cassidy Park

15  and Lily Martinez, Adrienne Fontanella, Ivy Ross, Matt Bousquette, or any other

16  current or former employee of MATTEL regarding the threat of "BRATZ" to

17  MATTEL, the creation of "MY SCENE," and/or efforts to copy or knock off

18  "BRATZ."

19  **REQUEST NO. 423:**

20  　　All DOCUMENTS REFERRING OR RELATING TO unreleased "MY

21  SCENE" products (including, but not limited to, fashion dolls, styling heads, play

22  sets).

23  **REQUEST NO. 424:**

24  　　All photographs (including, but not limited to, photographs in print or digital

25  format) of "BRATZ" taken by any current or former MATTEL salesman or product

26  manager, and all DOCUMENTS REFERRING OR RELATING TO such

27  photographs, including, but not limited to, DOCUMENTS sufficient to show when

28  and where the photographs were taken.

- 13 -

MGA'S FOURTH SET OF REQUESTS FOR THE
PRODUCTION OF DOCUMENTS AND THINGS

Exhibit 27 - Page 994

**REQUEST NO. 425:**

All COMMUNICATIONS, and all DOCUMENTS REFERRING OR RELATING TO such COMMUNICATIONS, between MATTEL's Erica Ashbrook and any current or former employee of MATTEL (including, but not limited to, Connie Hibbert) regarding "BRATZ," MGA or LARIAN.

**REQUEST NO. 426:**

All COMMUNICATIONS, and all DOCUMENTS REFERRING OR RELATING TO such COMMUNICATIONS, between MATTEL's Erica Ashbrook and any retailers (including, but not limited to, Heather Hocut, Barb Lubestine, Scott McCall, or any other current or former employees of Wal-Mart) regarding "BRATZ," MGA or LARIAN.

**REQUEST NO. 427:**

All COMMUNICATIONS, and all DOCUMENTS REFERRING OR RELATING TO such COMMUNICATIONS, between YOU and MGA's Janine Firth.

**REQUEST NO. 428:**

All COMMUNICATIONS, and all DOCUMENTS REFERRING OR RELATING TO such COMMUNICATIONS, between YOU and Margo Eldridge and/or any current or former employee of Eldridge Ink regarding "BRATZ," MGA or LARIAN.

**REQUEST NO. 429:**

All COMMUNICATIONS, and all DOCUMENTS REFERRING OR RELATING TO such COMMUNICATIONS, between YOU and Andy Gallerani and/or any current or former employee of Mohr-Gallerani & More Films regarding "BRATZ," MGA or LARIAN.

**REQUEST NO. 430:**

All COMMUNICATIONS in 2001 and 2002, and all DOCUMENTS REFERRING OR RELATING TO such COMMUNICATIONS, between Ben Van

- 14 -

MGA'S FOURTH SET OF REQUESTS FOR THE
PRODUCTION OF DOCUMENTS AND THINGS

Exhibit 27 - Page 995

1   Doesburgh and any current or former employee of Mattel Espana S.A. (including,
2   but not limited to, Raul Van Neerbos) regarding the threat of "BRATZ" to
3   MATTEL and/or the creation of "MY SCENE."

4   **REQUEST NO. 431:**

5       All COMMUNICATIONS in 2001 and 2002, and all DOCUMENTS
6   REFERRING OR RELATING TO such COMMUNICATIONS, between Ben Van
7   Doesburgh and Adrienne Fontanella, Matt Bousequette or any other current or
8   former employee of MATTEL regarding the threat of "BRATZ" to MATTEL
9   and/or the creation of "MY SCENE."

10  **REQUEST NO. 432:**

11      All COMMUNICATIONS in 2001 and 2002, and all DOCUMENTS
12  REFERRING OR RELATING TO such COMMUNICATIONS, between any
13  current or former employees of Mattel Espana S.A., on the one hand, and Adrienne
14  Fontanella, Matt Bousequette or any other current or former MATTEL employees
15  regarding the threat of "BRATZ" to MATTEL and/or the creation of "MY
16  SCENE."

17  **REQUEST NO. 433:**

18      All DOCUMENTS REFERRING OR RELATING TO any effort, attempt,
19  campaign or COMMUNICATION intended to create any press, publicity or public
20  relations about MGA, "BRATZ" or any other MGA product known to YOU,
21  LARIAN, BRYANT, TREANTAFELLES or any other person known to YOU to
22  work for or with, or to have worked for or with, MGA.

23  **REQUEST NO. 434:**

24      All DOCUMENTS regarding any MARKET RESEARCH regarding MGA,
25  "BRATZ" or any other MGA product known to YOU, that has been funded or
26  commissioned (indirectly or directly, in whole or in part) by YOU.

27  **REQUEST NO. 435:**

28      All COMMUNICATIONS, and all DOCUMENTS REFERRING OR

- 15 -

MGA'S FOURTH SET OF REQUESTS FOR THE
PRODUCTION OF DOCUMENTS AND THINGS

Exhibit 27 - Page 996

1   RELATING TO such COMMUNICATIONS, with BANK OF AMERICA

2   regarding MGA, LARIAN, "BRATZ" or any other MGA product known to YOU.

3   **REQUEST NO. 436:**

4       All DOCUMENTS REFERRING OR RELATING TO ZAPF.

5   **REQUEST NO. 437:**

6       All DOCUMENTS REFERRING OR RELATING TO MGA's acquisition of

7   or investment in ZAPF.

8   **REQUEST NO. 438:**

9       All DOCUMENTS REFERRING OR RELATING TO YOUR plans,

10  attempts, efforts or intent to interfere with MGA's acquisition of or investment in

11  ZAPF.

12  **REQUEST NO. 439:**

13      All DOCUMENTS REFERRING OR RELATING TO YOUR interest in

14  investing in or acquiring ZAPF or plans to invest in or acquire ZAPF.

15  **REQUEST NO. 440:**

16      All DOCUMENTS REFERRING OR RELATING TO the conception,

17  creation and design of BARBIE GIRL, including without limitation, the motivation,

18  purpose, origins of, or inspiration for BARBIE GIRL.

19  **REQUEST NO. 441:**

20      All DOCUMENTS REFERRING OR RELATING TO actual or potential

21  confusion or otherwise evidencing confusion (including, but not limited to,

22  confusion among consumers, retailers, distributors, licensees or members of the

23  press) between BARBIE GIRL and "BRATZ."

24  **REQUEST NO. 442:**

25      All DOCUMENTS REFERRING OR RELATING TO any similarity or

26  dissimilarity between BARBIE GIRL and "BRATZ."

27  **REQUEST NO. 443:**

28      All DOCUMENTS REFERRING OR RELATING TO any similarity or

- 16 -

MGA'S FOURTH SET OF REQUESTS FOR THE
PRODUCTION OF DOCUMENTS AND THINGS

Exhibit 27 - Page 997

1   dissimilarity between BARBIE GIRL and the animated "Barbie" character
2   currently on the homepage of YOUR Barbie.com website.

3   **REQUEST NO. 444:**

4       DOCUMENTS, including but not limited to organizational charts, sufficient
5   to identify (by name and job function) all current and former MATTEL personnel
6   and/or freelancers comprising the primary team that worked on the creation, design
7   and development of BARBIE GIRL.

8   **REQUEST NO. 445:**

9       All DOCUMENTS REFERRING OR RELATING TO the Bratz.com
10  website, including but not limited to all DOCUMENTS REFERRING OR
11  RELATING TO this website as an inspiration for or factor in the creation and
12  development of any MATTEL website or product.

13  **REQUEST NO. 446:**

14      All DOCUMENTS REFERRING OR RELATING TO the Miuchiz.com
15  website, including but not limited to all DOCUMENTS REFERRING OR
16  RELATING TO this website as an inspiration for or factor in the creation and
17  development of any MATTEL website or product.

18  **REQUEST NO. 447:**

19      All COMMUNICATIONS, and all DOCUMENTS REFERRING OR
20  RELATING TO such COMMUNICATIONS, between YOU (including, but not
21  limited to, MATTEL's Brian Stockton) and SMOBY (including, but not limited to,
22  SMOBY's Jean-Christophe Breuil) regarding MGA or LARIAN.

23  **REQUEST NO. 448:**

24      All COMMUNICATIONS, and all DOCUMENTS REFERRING OR
25  RELATING TO such COMMUNICATIONS, between YOU (including, but not
26  limited to, MATTEL's Brian Stockton) and SMOBY (including, but not limited to,
27  Jean-Christophe Breuil) regarding YOUR interest in acquiring the "Majorette"
28  brand or any other SMOBY asset.

- 17 -

MGA'S FOURTH SET OF REQUESTS FOR THE
PRODUCTION OF DOCUMENTS AND THINGS

Exhibit 27 - Page 998

**REQUEST NO. 449:**

All DOCUMENTS REFERRING OR RELATING TO business dealings or contractual relations between MGA and SMOBY.

**REQUEST NO. 450:**

All DOCUMENTS REFERRING OR RELATING TO YOUR plans, attempts, efforts or intent to interfere with business dealings or contractual relations between MGA and SMOBY.

**REQUEST NO. 451:**

All DOCUMENTS REFERRING OR RELATING TO YOUR knowledge or awareness of MGA's business dealings or contractual relations with SMOBY prior to April 16, 2007.

**REQUEST NO. 452:**

All DOCUMENTS REFERRING OR RELATING TO directives, suggestions, or instructions from YOU to create ADVERTISEMENTS for "MY SCENE," "POLLY POCKET," "ACCELERACERS" or any other MATTEL products using elements that are similar to or the same as elements used in ADVERTISEMENTS for "BRATZ," "ALIEN RACERS," or any other MGA products known to YOU.

**REQUEST NO. 453:**

All DOCUMENTS REFERRING OR RELATING TO YOUR attempts or efforts to interfere with MGA's ability to produce ADVERTISEMENTS, including, without limitation, efforts to hire the same actresses who appeared in MGA's ADVERTISEMENTS for "BRATZ" and efforts to hire the same crew members used by MGA for its ADVERTISEMENTS for "BRATZ."

**REQUEST NO. 454:**

All DOCUMENTS REFERRING OR RELATING TO proposed or actual ADVERTISEMENTS for "MY SCENE," "POLLY POCKET," "ACCELERACERS," or any other MATTEL products and which also REFER OR RELATE TO "BRATZ," "ALIEN RACERS," or any other MGA products known to

- 18 -

MGA'S FOURTH SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS

Exhibit 27 - Page 999

1   YOU.

2   **REQUEST NO. 455:**

3         All DOCUMENTS REFERRING OR RELATING TO any evaluation,

4   analysis, or assessment of ADVERTISEMENTS for "BRATZ," "ALIEN RACERS,"

5   or any other MGA products known to YOU.

6   **REQUEST NO. 456:**

7         All DOCUMENTS REFERRING OR RELATING to any agreements

8   between YOU and any other person or entity (including, but not limited to, Margo

9   Eldridge, Eldridge Inc., Andy Gallerani, Mohr-Gallerani & More Films, Charlotte

10  Broussard or her company Beyond, A Production Company (a/k/a Beyond

11  Production)) which provide that such person or entity shall not work for or on

12  behalf of MGA.

13  **REQUEST NO. 457:**

14        All DOCUMENTS REFERRING OR RELATING to any requests, directions

15  or suggestions by YOU that any other person or entity (including, but not limited to,

16  Margo Eldridge, Eldridge Inc., Andy Gallerani, Mohr-Gallerani & More Films,

17  Charlotte Broussard or her company Beyond, A Production Company (a/k/a Beyond

18  Production)) not work for or on behalf of MGA.

19  **REQUEST NO. 458:**

20        All COMMUNICATIONS, and all DOCUMENTS REFERRING OR

21  RELATING TO such COMMUNICATIONS, with any buyers, merchandisers,

22  general merchandise managers, retailers, suppliers, licensees, potential licensees, or

23  licensing agents world wide in which YOU made comments about the quality,

24  workmanship, safety, or design features of "BRATZ" or any other MGA products

25  known to YOU.

26  **REQUEST NO. 459:**

27        All COMMUNICATIONS, and all DOCUMENTS REFERRING OR

28  RELATING TO such COMMUNICATIONS with any industry analysts world wide

- 19 -

MGA'S FOURTH SET OF REQUESTS FOR THE
PRODUCTION OF DOCUMENTS AND THINGS

Exhibit 27 - Page 1000

1  in which YOU made comments about the quality, workmanship, safety, or design

2  features of "BRATZ" or any other MGA products known to YOU.

3  **REQUEST NO. 460:**

4  　　　All COMMUNICATIONS, and all DOCUMENTS REFERRING OR

5  RELATING TO such COMMUNICATIONS, with any buyers, merchandisers,

6  general merchandise managers, retailers, suppliers, licensees, potential licensees, or

7  licensing agents world wide in which YOU made comments about the origins or

8  ownership of "BRATZ" or any other MGA products known to YOU.

9  **REQUEST NO. 461:**

10  　　　All COMMUNICATIONS, and all DOCUMENTS REFERRING OR

11  RELATING TO such COMMUNICATIONS with any industry analysts world

12  wide in which YOU made comments about the origins or ownership of "BRATZ"

13  or any other MGA products known to YOU.

14  **REQUEST NO. 462:**

15  　　　All COMMUNICATIONS, and all DOCUMENTS REFERRING OR

16  RELATING TO such COMMUNICATIONS, with any buyers, merchandisers,

17  general merchandise managers, retailers, suppliers, licensees, potential licensees, or

18  licensing agents world wide in which YOU made comments about the launch or

19  discontinuation of any "BRATZ" product or any other MGA products known to

20  YOU.

21  **REQUEST NO. 463:**

22  　　　All COMMUNICATIONS, and all DOCUMENTS REFERRING OR

23  RELATING TO such COMMUNICATIONS with any industry analysts world

24  wide in which YOU made comments about the launch or discontinuation of any

25  "BRATZ" product or any other MGA products known to YOU.

26  **REQUEST NO. 464:**

27  　　　All COMMUNICATIONS, and all DOCUMENTS REFERRING OR

28  RELATING TO such COMMUNICATIONS, with any buyers, merchandisers,

- 20 -

MGA'S FOURTH SET OF REQUESTS FOR THE
PRODUCTION OF DOCUMENTS AND THINGS

Exhibit 27 - Page 1001

1   general merchandise managers, retailers, suppliers, licensees, potential licensees, or

2   licensing agents world wide in which YOU made comments about MGA's

3   operations, business practices, tactics or techniques.

4   **REQUEST NO. 465:**

5       All COMMUNICATIONS, and all DOCUMENTS REFERRING OR

6   RELATING TO such COMMUNICATIONS with any industry analysts world

7   wide in which YOU made comments about MGA's operations, business practices,

8   tactics or techniques.

9   **REQUEST NO. 466:**

10      All COMMUNICATIONS, and all DOCUMENTS REFERRING OR

11  RELATING TO such COMMUNICATIONS, with any licensees, potential

12  licensees, or licensing agents world wide in which YOU made comments about any

13  potential business dealings between MGA and any such licensee, potential licensee

14  or licensing agent.

15  **REQUEST NO. 467:**

16      All COMMUNICATIONS, and all DOCUMENTS REFERRING OR

17  RELATING TO such COMMUNICATIONS, with any former MATTEL

18  employees in which YOU made comments about any such MATTEL employees'

19  potential or actual employment with MGA.

20  **REQUEST NO. 468:**

21      All COMMUNICATIONS, and all DOCUMENTS REFERRING OR

22  RELATING TO such COMMUNICATIONS, with ART ATTACKS (including,

23  without limitation, any of ART ATTACKS' attorneys) regarding MGA, "BRATZ,"

24  BRYANT, LARIAN, any litigation between MGA and MATTEL, or any litigation

25  between MGA and ART ATTACKS.

26  **REQUEST NO. 469:**

27      All COMMUNICATIONS between Alfred R. Kahn, Chairman and CEO of

28  4Kids Entertainment Inc. and MATTEL (including, without limitation, MATTEL's

- 21 -

MGA'S FOURTH SET OF REQUESTS FOR THE
PRODUCTION OF DOCUMENTS AND THINGS

Exhibit 27 - Page 1002

1   Neil Friedman) REFERRING OR RELATING TO "BRATZ," BRATZ television

2   programming (including without limitation any  animated program consisting of or

3   containing the BRATZ characters, images, logos, trademark and trade dress), MGA,

4   LARIAN or any other person known to YOU to work or to have worked with or for

5   MGA on "BRATZ" or BRATZ television programming, and all DOCUMENTS

6   REFERRING OR RELATING TO such COMMUNICATIONS.

7

8       Dated: June 6, 2007                    O'MELVENY & MYERS LLP

9

10                                             Johanna Schmitt

11                                             Attorneys for MGA Entertainment, Inc.

12

13   NY1:1695331.1

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 22 -

MGA'S FOURTH SET OF REQUESTS FOR THE
PRODUCTION OF DOCUMENTS AND THINGS

Exhibit 27 - Page 1003

PROOF OF SERVICE

I, Mila D. Sucgang, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 400 South Hope Street, Los Angeles, California 90071-2899. On June 6, 2007, I served the within document(s):

**MGA'S FOURTH SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS IN CASE NO. 05-2727**

☒ by causing to be personally served the document listed above to the person listed below.

> Michael T. Zeller, Esq.
> Timothy L. Alger, Esq.
> Quinn Emanuel Urquhart Oliver & Hedges, LLP
> 865 South Figueroa Street, 10th Floor
> Los Angeles, CA 90017
> timalger@quinnemanuel.com
> michaelzeller@quinnemanuel.com

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

| | |
|---|---|
| Patricia Glaser, Esq.<br>Christensen, Glaser, Fink,<br>   Jacobs, Weil & Shapiro, LLP<br>10250 Constellation Blvd.,<br>19th Floor<br>Los Angeles, CA 90067<br>pglaser@chrisglase.com | Michael H. Page, Esq.<br>Keker & Van Nest LLP<br>710 Sansome Street<br>San Francisco, CA 94111<br>MPage@KVN.com |

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on June 6, 2007, at Los Angeles, California.

_____
Mila D. Sucgang

LA2:820508.1

PROOF OF SERVICE

Exhibit 27 - Page 1004

## PROOF OF PERSONAL SERVICE

I am a citizen of the United States and employed in the County of Los Angeles, State of California, by Nationwide Legal, Inc., whose address is 316 W. 2nd Street, Suite 705, Los Angeles, CA 90012, and which has been employed by a member of the bar of this Court at whose direction the service was made.  I am over the age of eighteen years and not a party to the within action.  On June 6, 2007, I personally served the following:

**MGA'S FOURTH SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS IN CASE NO. 05-2727**

by delivering a copy thereof to the office of the following, and either handing the copy to or leaving it with ___Alex Ortiz_____ of the office thereof:

> Michael T. Zeller, Esq.
> Quinn Emanuel Urquhart Oliver & Hedges, LLP
> 865 South Figueroa Street, 10th Floor
> Los Angeles, CA 90017

I declare under penalty of perjury under the laws of the United States that the above is true and correct.  Executed on June 6, 2007, at Los Angeles, California.

_____
SIGNATURE

_____
PRINTED NAME