# Exhibit 30

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  michaelzeller@quinnemanuel.com
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  timalger@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Plaintiff and
Counter-Defendant Mattel

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-09049 SGL (RNBx) |
| Plaintiff, | Consolidated with:<br>Case No. CV 04-09059<br>Case No. CV 05-02727 |
| v. | MATTEL'S RESPONSES TO MGA'S FIFTH SET OF REQUESTS FOR PRODUCTION |
| MATTEL, INC., a Delaware Corporation, | |
| Defendant. | Hon. Stephen G. Larson |
| AND CONSOLIDATED ACTIONS | |

PROPOUNDING PARTY:      MGA ENTERTAINMENT, INC.

RESPONDING PARTY:      MATTEL, INC.

SET NO.:      FIVE

NOS.      470 - 531

SERVED ON US BY MAIL
9|4|07

209/2200584.1

**Preliminary Statement**

Mattel, Inc. ("Mattel") has not yet completed its investigation of the facts relating to this action, has not yet reviewed all documents relating to this action, has not yet interviewed all witnesses in this action, and has not yet received all requested discovery from defendants and third parties with regard to this action. Consequently, Mattel reserves the right to amend and/or supplement its responses if and when additional facts or documents are discovered. Additionally, because Mattel's responses are based on facts and documents that Mattel has identified to date, they do not preclude Mattel from later relying on facts discovered pursuant to further investigation or discovery or on subsequently discovered or generated documents. Mattel's response to any of MGA Entertainment, Inc.'s ("MGA") Fifth Set of Requests for Production of Documents and Things in Case No. 05-2727 (the "Requests") is not to be construed as a waiver of any of its objections or its right to object to any other request.

**General Objections**

Mattel generally objects to each of the Requests on each and every one of the following grounds, which are incorporated into and made a part of the response to each and every individual request:

1. Mattel objects to the Requests on the grounds and to the extent that they seek to impose discovery obligations beyond those required or permitted by the Federal Rules of Civil Procedure.

2. Mattel objects to the Requests on the grounds and to the extent they call for the production of documents subject to the attorney-client privilege, the attorney work product doctrine, the right to privacy as set forth in the United States and/or California Constitutions, or any other applicable law, privilege, immunity, doctrine or other ground of privilege. Mattel will not produce such privileged documents.

3.      Mattel objects to the Requests on the grounds and to the extent they are overly broad, unduly burdensome, oppressive or unreasonably cumulative.

4.      Mattel objects to the Requests on the grounds and to the extent they seek information which is not relevant to the subject matter of this action nor reasonably calculated to lead to the discovery of admissible evidence.

5.      Mattel objects to the Requests on the grounds and to the extent they seek documents equally or more available to, or already in the possession, custody or control of MGA and/or Carter Bryant.

6.      Mattel objects to the Requests on the grounds and to the extent they seek documents not in Mattel's possession, custody or control.

7.      Mattel objects to the Requests on the grounds that they are unduly burdensome and vague and ambiguous in that they purport to require Mattel to identify and produce documents relating to matters that are currently known to and in the possession, custody and control of defendants and third parties, including third parties associated with defendants, and that are not known to Mattel.

8.      Mattel objects to the Requests on the grounds that they seek the production of documents or information that are in the possession, custody and control of independent parties over whom Mattel has no control, including without limitation defendants, and seek the disclosure of information or documents that are in the possession, custody and control of defendants or are publicly available and hence equally available to all parties to this litigation.

9.      Mattel objects to the Requests on the ground and to the extent they seek trade secret, proprietary or otherwise confidential information of Mattel or third parties or would violate the terms of any agreement or contracts with third parties.  Any such documents that are produced, if any, will be produced only pursuant to and in reliance upon the Protective Order entered in this case.

10.     Mattel objects to the Requests on the grounds that the definitions of the terms "ADVERTISEMENT," "ACCELERACERS," "BRATZ,"

-2-

1   "CONTESTED MGA PRODUCTS," "DIVA STARZ," "FISHER-PRICE,"
2   "MATTEL," "MGA," "MY SCENE," and "POLLY POCKET COLOR SURPRISE
3   POLLY" are overbroad, vague and ambiguous, unduly burdensome, and extend
4   beyond those products and matters placed at issue in this litigation.

5          11.   Mattel objects to each and every Request that seeks "all"
6   documents which constitute, mention, refer or relate to a given topic on the grounds
7   of undue burden and oppression. Mattel will make available for inspection and
8   copying those documents and tangible items, if any, that it is able to locate after a
9   reasonable, good-faith search for and review of non-privileged responsive
10  documents.

11         12.   Mattel objects to the Requests on the grounds that they seek
12  information about matters that are not within the subject matter jurisdiction of the
13  Court. Production by Mattel, if any, will be limited to those matters within the
14  Court's jurisdiction, and only in the event and to the extent that it is permitted by or
15  otherwise in compliance with foreign laws limiting disclosure and discovery and
16  only in the event and to the extent that the documents are within Mattel's possession,
17  custody or control pursuant to governing law.

18         13.   Mattel objects to each and every Request to the extent that it
19  seeks documents already produced in this action. Documents which have already
20  been produced will not be produced again in response to these Requests.

21         14.   Objection to the production of any document or category of
22  documents described in the Requests, or agreement to produce any such documents,
23  is not and shall not be construed as an admission by Mattel that any such documents
24  or category of documents exist. Where the responses indicate that Mattel will
25  produce such responsive documents, such documents, if any, will be produced if and
26  to the extent any such documents are in Mattel's possession, custody or control.

27         15.   Mattel objects to the time, place and manner of production
28  specified in the Requests. Mattel will produce such responsive, non-privileged

-3-

MATTEL'S RESPONSES TO MGA'S FIFTH SET OF REQUESTS FOR PRODUCTION

Exhibit 30 - Page 1117

1  documents and tangible things, if any and to the extent not previously produced, in

2  accordance with its responses at a time and place and in a manner that is reasonable,

3  convenient and mutually agreed upon by the parties.

4

5  **RESPONSES TO REQUESTS FOR PRODUCTION**

6    Each of the following objections and responses to the Requests is

7  expressly made subject to the above Preliminary Statement and General Objections,

8  all of which are incorporated in each of the following objections and responses to

9  specific Requests.  A statement that Mattel will produce documents or tangible

10  things in response to a Request is not intended to suggest, nor should it be construed

11  to mean, that any such documents or tangible things exist, or that they are in Mattel's

12  possession, custody or control.

13

14  **REQUEST FOR PRODUCTION NO. 470:**

15    All DOCUMENTS REFERRING OR RELATING TO any claims

16  and/or litigation that MATTEL or FISHER-PRICE has brought or considered

17  bringing against any PERSON regarding infringement of MY SCENE, DIVA

18  STARZ, or any other intellectual property including, but not limited to, cease and

19  desist letters.

20

21  **RESPONSE TO REQUEST FOR PRODUCTION NO. 470:**

22    In addition to the general objections stated above which are

23  incorporated herein by reference, Mattel objects to this Request on the grounds that

24  it is overbroad and unduly burdensome, including in that it seeks all documents on

25  this subject without limitation as to time, and regardless of whether such documents

26  relate to products or matters at issue in this case.  Mattel further objects to the use of

27  the terms "any claims and/or litigation," "brought or considered bringing," and

28  "regarding infringement" in this context as vague and ambiguous.  Mattel further

-4-

MATTEL'S RESPONSES TO MGA'S FIFTH SET OF REQUESTS FOR PRODUCTION

Exhibit 30 - Page 1118

1 objects to the Request on the grounds that it seeks documents that are not relevant to

2 this action or likely to lead to the discovery of admissible evidence.  Mattel further

3 objects to this Request on the grounds that it seeks confidential, proprietary and

4 trade secret information, including such information that has no bearing on the

5 claims or defenses in this case.  Mattel further objects to this Request on the grounds

6 that it calls for the disclosure of information subject to the attorney-client privilege,

7 the attorney work-product doctrine and other applicable privileges.

8

9 **REQUEST FOR PRODUCTION NO. 471:**

10 　　　　All DOCUMENTS REFERRING OR RELATING TO any claims,

11 threat of litigation and/or litigation that any PERSON has asserted against MATTEL

12 regarding infringement by MY SCENE or DIVA STARZ, including, but not limited

13 to, cease and desist letters.

14

15 **RESPONSE TO REQUEST FOR PRODUCTION NO. 471:**

16 　　　　In addition to the general objections stated above which are

17 incorporated herein by reference, Mattel objects to this Request on the grounds that

18 it is overbroad and unduly burdensome, including in that it seeks all documents on

19 this subject without limitation as to time, and regardless of whether such documents

20 relate to products or matters at issue in this case.  Mattel further objects to the use of

21 the terms "any claims, threat of litigation and/or litigation" and "regarding

22 infringement" in this context as vague and ambiguous.  Mattel further objects to the

23 Request on the grounds that it seeks documents that are not relevant to this action or

24 likely to lead to the discovery of admissible evidence.  Mattel further objects to this

25 Request on the grounds that it seeks confidential, proprietary and trade secret

26 information, including such information that has no bearing on the claims or

27 defenses in this case.  Mattel further objects to this Request on the grounds that it

28

1  calls for the disclosure of information subject to the attorney-client privilege, the
2  attorney work-product doctrine and other applicable privileges.

3

4  **REQUEST FOR PRODUCTION NO. 472:**

5          All DOCUMENTS REFERRING OR RELATING TO any SIMBA
6  LITIGATION, including, but not limited to, all pleadings, declarations, affidavits,
7  briefs, deposition transcripts, orders or other documents, and any English
8  translations thereof, submitted to the court by MATTEL or SIMBA TOYS in
9  support of its claims and defenses or any rulings or decisions issued by the court.

10

11  **RESPONSE TO REQUEST FOR PRODUCTION NO. 472:**

12          In addition to the general objections stated above which are
13  incorporated herein by reference, Mattel objects to this Request on the grounds that
14  it is overbroad and unduly burdensome, including in that it seeks all documents on
15  this subject without limitation as to time, and regardless of whether such documents
16  relate to products or matters at issue in this case.  Mattel further objects to the
17  Request on the grounds that it seeks documents that are not relevant to this action or
18  likely to lead to the discovery of admissible evidence.  Mattel further objects to this
19  Request on the grounds that it seeks confidential, proprietary and trade secret
20  information, including such information that has no bearing on the claims or
21  defenses in this case.  Mattel further objects to this Request on the grounds that it
22  calls for the disclosure of information subject to the attorney-client privilege, the
23  attorney work-product doctrine and other applicable privileges.  Mattel further
24  objects to the extent the Request seeks documents already produced by Mattel.
25  Such documents will not be produced again.

26

27

28

-6-

**REQUEST FOR PRODUCTION NO. 473:**

All DOCUMENTS REFERRING OR RELATING TO the creation and development of the "We Believe in Girls" website, found at www.webelieveingirls.com, that also mention BRATZ and/or MGA.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 473:**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad and unduly burdensome, including in that it seeks all documents on this subject without limitation as to time, and regardless of whether such documents relate to products or matters at issue in this case. Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence. Mattel further objects to this Request on the grounds that it seeks confidential, proprietary and trade secret information, including such information that has no bearing on the claims or defenses in this case. Mattel further objects to this Request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges.

**REQUEST FOR PRODUCTION NO. 474:**

All DOCUMENTS REFERRING OR RELATING TO the mention of BRATZ and/or MGA on the "We Believe in Girls" website, including, but not limited to, any community bulletin boards.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 474:**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

1  documents on this subject without limitation as to time, and regardless of whether

2  such documents relate to products or matters at issue in this case.  Mattel further

3  objects to the Request on the grounds that it seeks documents that are not relevant to

4  this action or likely to lead to the discovery of admissible evidence.  Mattel further

5  objects to this Request on the grounds that it seeks confidential, proprietary and

6  trade secret information, including such information that has no bearing on the

7  claims or defenses in this case.  Mattel further objects to this Request on the grounds

8  that it calls for the disclosure of information subject to the attorney-client privilege,

9  the attorney work-product doctrine and other applicable privileges.

10

11  **REQUEST FOR PRODUCTION NO. 475:**

12          Copies of all photographs taken by MATTEL (including, but not

13  limited to, MATTEL's counsel) during the course of its inspection of any

14  DOCUMENT or item made available to it by MGA or Bryant, including, but not

15  limited to, products, packaging, samples, sculptures, sketches, or drawings.

16

17  **RESPONSE TO REQUEST FOR PRODUCTION NO. 475:**

18          In addition to the general objections stated above which are

19  incorporated herein by reference, Mattel objects to this Request on the grounds that

20  it is overbroad and unduly burdensome, including in that it seeks all documents

21  regardless of whether such documents relate to products or matters at issue in this

22  case.  Mattel further objects to this Request on the grounds that it calls for the

23  disclosure of information subject to the attorney-client privilege, the attorney work-

24  product doctrine and other applicable privileges.

25          Subject to and without waiving the foregoing objections, Mattel

26  responds as follows:  Mattel will produce such responsive, non-privileged

27  documents that are in Mattel's possession, custody, or control, if any, that Mattel has

28

1  been able to locate after a diligent search and reasonable inquiry, to the extent not

2  previously produced.

3

4  **REQUEST FOR PRODUCTION NO. 476:**

5          All DOCUMENTS RELATING TO YOUR efforts, or knowledge of

6  any efforts by any PERSONS, worldwide to monitor, "spy on" or gain knowledge of

7  MGA's trade secrets, non-public information, non-public activities, unreleased

8  products, and product development, including, but not limited to:

9          a.      DOCUMENTS REFERRING OR RELATING TO YOUR

10  COMMUNICATIONS or contacts with MGA's current or former employees or

11  contractors about MGA or its business, including, but not limited to, any tape

12  recordings of such COMMUNICATIONS;

13          b.      DOCUMENTS REFERRING OR RELATING TO YOUR use

14  or attempts to use confidential informants, spies, or moles within MGA, including,

15  but not limited to, any tape recordings of MGA employees or contractors;

16          c.      DOCUMENTS REFERRING OR RELATING TO YOUR

17  knowledge of any MGA product before its release to the public or of any other

18  non-public information about MGA, its business or its products;

19          d.      DOCUMENTS REFERRING OR RELATING TO YOUR

20  access, or attempts to gain access, to MGA showrooms, Plan-o-Grams,

21  merchandising displays, Toy Fair displays on false pretenses (including, but not

22  limited to, by using fake business cards);

23          f.      DOCUMENTS REFERRING OR RELATING TO YOUR

24  access to MGA's products or showroom at any Toy Fair (including Hong Kong Toy

25  Fair, New York Toy Fair, Dallas Toy Fair, or Nuremberg Toy Fair);

26          h.      YOUR access to MGA's confidential product and pricing

27  information through "competitive management agreements" or "category

28  management agreements" with retailers; and

-9-

Exhibit 30 - Page 1123

1          i.     YOUR access to MGA's confidential product and pricing

2  information from non-public sources and/or through non-public means.

3

4  **RESPONSE TO REQUEST FOR PRODUCTION NO. 476:**

5          In addition to the general objections stated above which are

6  incorporated herein by reference, Mattel objects to this Request on the grounds that

7  it is overbroad, unduly burdensome, compound, and unintelligible, especially given

8  its broad definitions of "MATTEL," "MGA," and "PERSONS," and in that it seeks

9  all documents on this subject without limitation as to time, and regardless of

10  whether such documents relate to products or matters at issue in this case.  Mattel

11  further objects to the use of the terms "knowledge of any efforts by any PERSONS,"

12  "monitor, 'spy on' or gain knowledge," "MGA's trade secrets," "non-public

13  information," "non-public activities," "unreleased products," "product

14  development," "confidential informants, spies, or moles ," "non public information,"

15  "non-public sources ," "non-public means," "on false pretenses," "confidential

16  product and pricing information," and "'competitive management agreements' or

17  'category management agreements,'"  in this context as vague, ambiguous, and

18  incomprehensible.  Mattel further objects to the Request on the grounds that it seeks

19  documents that are not relevant to this action or likely to lead to the discovery of

20  admissible evidence.  Mattel further objects to this Request on the grounds that it

21  seeks, in its entirety, confidential, proprietary and trade secret information, including

22  such information that has no bearing on the claims or defenses in this case.  Mattel

23  further objects to this Request on the grounds that it calls for the disclosure of

24  information subject to the attorney-client privilege, the attorney work-product

25  doctrine and other applicable privileges.

26

27

28

**REQUEST FOR PRODUCTION NO. 477:**

All COMMUNICATIONS between YOU and any recruiting agency or service including, but not limited to, Gregory Michaels & Associates, that REFER OR RELATE TO recruiting or contacting any MGA employee to work for YOU.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 477:**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad and unduly burdensome, including in that it seeks all documents on this subject without limitation as to time, and regardless of whether such documents relate to products or matters at issue in this case. Mattel further objects to the use of the term "recruiting agency or service" in this context as vague and ambiguous. Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence. Mattel further objects to this Request on the grounds that it seeks confidential, proprietary and trade secret information, including such information that has no bearing on the claims or defenses in this case. Mattel further objects to this Request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges.

**REQUEST FOR PRODUCTION NO. 478:**

All DOCUMENTS REFERRING OR RELATING to any use or contemplated use by YOU of any recruiting agency or service including, but not limited to Gregory Michaels & Associates to contact or recruit any MGA employee to work for YOU.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 478:**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad and unduly burdensome, including in that it seeks all documents on this subject without limitation as to time, and regardless of whether such documents relate to products or matters at issue in this case. Mattel further objects to the use of the term "recruiting agency or service" in this context as vague and ambiguous. Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence. Mattel further objects to this Request on the grounds that it seeks confidential, proprietary and trade secret information, including such information that has no bearing on the claims or defenses in this case. Mattel further objects to this Request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges.

**REQUEST FOR PRODUCTION NO. 479:**

DOCUMENTS sufficient to show weekly and monthly point of sale data for MY SCENE fashion dolls.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 479:**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad and unduly burdensome, including in that it seeks all documents on this subject without limitation as to time, and regardless of whether such documents relate to products or matters at issue in this case. Mattel further objects to the use of the term "point of sale data" in this context as vague and ambiguous. Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence. Mattel further

1  objects to this Request on the grounds that it seeks confidential, proprietary and

2  trade secret information, including such information that has no bearing on the

3  claims or defenses in this case.

4

5  **REQUEST FOR PRODUCTION NO. 480:**

6         All DOCUMENTS REFERRING OR RELATING TO YOUR receipt,

7  reproduction, copying, storage, transmission, transfer, retention, destruction,

8  deletion, or use of any DOCUMENT identifying MGA products in the course of any

9  planning, design, development or revision of any YOUR products.

10

11  **RESPONSE TO REQUEST FOR PRODUCTION NO. 480:**

12         In addition to the general objections stated above which are

13  incorporated herein by reference, Mattel objects to this Request on the grounds that

14  it is overbroad and unduly burdensome, including in that it seeks all documents on

15  this subject without limitation as to time, and regardless of whether such documents

16  relate to products or matters at issue in this case  The Request is also unintelligible,

17  leaving Mattel to guess what documents are being sought.  Mattel further objects to

18  the Request on the grounds that it seeks documents that are not relevant to this

19  action or likely to lead to the discovery of admissible evidence.  Mattel further

20  objects to this Request on the grounds that it seeks confidential, proprietary and

21  trade secret information, including such information that has no bearing on the

22  claims or defenses in this case.  Mattel further objects to this Request on the grounds

23  that it calls for the disclosure of information subject to the attorney-client privilege,

24  the attorney work-product doctrine and other applicable privileges.

25

26  **REQUEST FOR PRODUCTION NO. 481:**

27         All DOCUMENTS, including, but not limited to, any compilation of

28  information, that were prepared, made, created, generated, assembled or compiled

-13-

1  by or for MGA or any MGA subsidiary, including MGAE de Mexico, S.R.L. de

2  C.V.

3

4  **RESPONSE TO REQUEST FOR PRODUCTION NO. 481:**

5              In addition to the general objections stated above which are

6  incorporated herein by reference, Mattel objects to this Request on the grounds that

7  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

8  documents on this subject without limitation as to time, and regardless of whether

9  such documents relate to products or matters at issue in this case.  Mattel further

10  objects to the use of the term "any compilation of information, that were prepared

11  made, created, generated, assembled or compiled by or for MGA or any MGA

12  subsidiary, including MGAE de Mexico, S.R.L. de C.V." in this context as vague

13  and ambiguous.  Mattel further objects to the Request on the grounds that it seeks

14  documents that are not relevant to this action or likely to lead to the discovery of

15  admissible evidence.  Mattel further objects to this Request on the grounds that it

16  seeks confidential, proprietary and trade secret information, including such

17  information that has no bearing on the claims or defenses in this case.  Mattel further

18  objects to this Request on the grounds that it calls for the disclosure of information

19  subject to the attorney-client privilege, the attorney work-product doctrine and other

20  applicable privileges.  Mattel further objects to this Request to the extent it seeks

21  documents already produced by Mattel, including documents stolen by MGA and

22  other defendants.  Such documents will not be produced again.

23              Subject to and without waiving the foregoing objections, Mattel

24  responds as follows:  Mattel will produce such responsive, non-privileged

25  documents that are in Mattel's possession, custody, or control, if any, that Mattel has

26  been able to locate after a diligent search and reasonable inquiry, to the extent not

27  previously produced.

28

209/2200584.1

-14-
MATTEL'S RESPONSES TO MGA'S FIFTH SET OF REQUESTS FOR PRODUCTION

Exhibit 30 - Page 1128

1  **REQUEST FOR PRODUCTION NO. 482:**

2          All DOCUMENTS, including, but not limited to, any compilation of

3  information, that were prepared, made, created, generated, assembled or compiled

4  by or for MGA or any MGA subsidiary, and that YOU received from any third

5  party, including Rachel Harris or Fred Larian.

6

7  **RESPONSE TO REQUEST FOR PRODUCTION NO. 482:**

8          In addition to the general objections stated above which are

9  incorporated herein by reference, Mattel objects to this Request on the grounds that

10  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

11  documents on this subject without limitation as to time, and regardless of whether

12  such documents relate to products or matters at issue in this case.  Mattel further

13  objects to the use of the term "any compilation of information, that were prepared,

14  made, created, generated, assembled or compiled by or for MGA or any MGA

15  subsidiary" in this context as vague and ambiguous.  Mattel further objects to the

16  Request on the grounds that it seeks documents that are not relevant to this action or

17  likely to lead to the discovery of admissible evidence.  Mattel further objects to this

18  Request on the grounds that it seeks confidential, proprietary and trade secret

19  information, including such information that has no bearing on the claims or

20  defenses in this case.  Mattel further objects to this Request on the grounds that it

21  calls for the disclosure of information subject to the attorney-client privilege, the

22  attorney work-product doctrine and other applicable privileges.

23

24  **REQUEST FOR PRODUCTION NO. 483:**

25          All investigative files REFERRING OR RELATING to BRYANT,

26  MGA or any of its employees, including but not limited to file numbers 02-299,

27  02-1680, and 03-034.

28

-15-

Exhibit 30 - Page 1129

**RESPONSE TO REQUEST FOR PRODUCTION NO. 483:**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad, unduly burdensome and unintelligible, including in that it seeks all documents regardless of whether such documents relate to products, matters, or persons at issue in this case. Mattel further objects to the use of the terms "investigative files" in this context as vague and ambiguous. Mattel further objects to this Request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges. Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence. Mattel further objects to this Request on the grounds that it seeks confidential, proprietary and trade secret information, including such information that has no bearing on the claims or defenses in this case. Mattel further objects to this Request to the extent that it seeks documents already produced by Mattel. Such documents will not be produced again.

Subject to and without waiving the foregoing objections, Mattel responds as follows: Mattel will produce such responsive, non-privileged documents relating to Bryant that are in Mattel's possession, custody, or control, if any, that Mattel has been able to locate after a diligent search and reasonable inquiry, to the extent not previously produced.

**REQUEST FOR PRODUCTION NO. 484:**

DOCUMENTS sufficient to show the directory structure of the ZEUS SERVER as it relates to MATTEL's girls toys division.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 484:**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad, unduly burdensome and unintelligible, including in that it seeks all documents on this subject without limitation as to time, and regardless of whether such documents relate to products or matters at issue in this case.  Mattel further objects to the use of the terms "directory structure" and "MATTEL's girls toys division" in this context as vague and ambiguous.  Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence.  Mattel further objects to this Request on the grounds that it seeks confidential, proprietary and trade secret information, including such information that has no bearing on the claims or defenses in this case.

Subject to and without waiving the foregoing objections, Mattel responds as follows:  Mattel will make available to defendants for inspection and copying tapes from which this information may be derived.

**REQUEST FOR PRODUCTION NO. 485:**

All DOCUMENTS, since January 1, 1999, REFERRING OR RELATING TO YOUR receipt, reproduction, copying, storage, transmission, transfer, retention, destruction, deletion or use of any DOCUMENTS, including but not limited to any compilation of information, that were prepared, made, created, generated, assembled or compiled by or for MGA or any MGA subsidiary, including MGAE de Mexico, S.R.L. de C.V. in Mexico City.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 485:**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that

1   it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

2   documents on this subject regardless of whether such documents relate to products

3   or matters at issue in this case.  Mattel further objects to the use of the term "any

4   compilation of information, that were prepared made, created, generated, assembled

5   or compiled by or for MGA or any MGA subsidiary, including MGAE de Mexico,

6   S.R.L. de C.V." in this context as vague and ambiguous.  Mattel further objects to

7   the Request on the grounds that it seeks documents that are not relevant to this

8   action or likely to lead to the discovery of admissible evidence.  Mattel further

9   objects to this Request on the grounds that it seeks confidential, proprietary and

10  trade secret information, including such information that has no bearing on the

11  claims or defenses in this case.  Mattel further objects to this Request on the grounds

12  that it calls for the disclosure of information subject to the attorney-client privilege,

13  the attorney work-product doctrine and other applicable privileges.  Mattel further

14  objects to this Request to the extent it seeks documents already produced by Mattel,

15  including documents stolen by MGA and other defendants.  Such documents will

16  not be produced again.

17          Subject to and without waiving the foregoing objections, Mattel

18  responds as follows:  Mattel will produce such responsive, non-privileged

19  documents that are in Mattel's possession, custody, or control, if any, that Mattel has

20  been able to locate after a diligent search and reasonable inquiry, to the extent not

21  previously produced.

22

23  **REQUEST FOR PRODUCTION NO. 486:**

24          All DOCUMENTS REFERRING OR RELATING TO YOUR or

25  YOUR attorney's or agent's knowledge of or participation in the investigation or

26  search of MGAE de Mexico, S.R.L. de C.V. in Mexico City.

27

28

**RESPONSE TO REQUEST FOR PRODUCTION NO. 486:**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad, unduly burdensome and unintelligible, including in that it seeks all documents on this subject without limitation as to time, and regardless of whether such documents relate to products or matters at issue in this case.  Mattel further objects to the use of the term "YOUR or YOUR attorney's or agent's knowledge of or participation in the investigation or search of MGAE de Mexico, S.R.L. de C.V." in this context as vague and ambiguous.  Mattel further objects to this Request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges.  Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence.  Mattel further objects to this Request on the grounds that it seeks confidential, proprietary and trade secret information, including such information that has no bearing on the claims or defenses in this case.

**REQUEST FOR PRODUCTION NO. 487:**

All DOCUMENTS REFERRING OR RELATING TO whether any of the items seized by Mexican authorities from MGAE de Mexico, S.R.L. de C.V. in Mexico City were prepared, made, created, generated, assembled or compiled by or for MGA or any MGA subsidiary.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 487:**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad, unduly burdensome and unintelligible, including in that it seeks all documents on this subject without limitation as to time, and regardless of whether

1  such documents relate to products or matters at issue in this case.  Mattel further

2  objects to the Request on the grounds that it seeks documents that are not relevant to

3  this action or likely to lead to the discovery of admissible evidence.  Mattel further

4  objects to this Request on the grounds that it seeks confidential, proprietary and

5  trade secret information, including such information that has no bearing on the

6  claims or defenses in this case.  Mattel further objects to this Request on the grounds

7  that it calls for the disclosure of information subject to the attorney-client privilege,

8  the attorney work-product doctrine and other applicable privileges.  Mattel further

9  objects to this Request to the extent it seeks documents already produced by Mattel,

10  including documents stolen by MGA and other defendants.  Such documents will

11  not be produced again.

12          Subject to and without waiving the foregoing objections, Mattel

13  responds as follows:  Mattel will produce such responsive, non-privileged

14  documents that are in Mattel's possession, custody, or control, if any, that Mattel has

15  been able to locate after a diligent search and reasonable inquiry, to the extent not

16  previously produced.

17

18  **REQUEST FOR PRODUCTION NO. 488:**

19          All DOCUMENTS REFERRING OR RELATING TO YOUR

20  knowledge that any of the items seized by Mexican authorities from MGAE de

21  Mexico, S.R.L. de C.V. in Mexico City were prepared, made, created, generated,

22  assembled or compiled by or for MGA or any MGA subsidiary.

23

24  **RESPONSE TO REQUEST FOR PRODUCTION NO. 488:**

25          In addition to the general objections stated above which are

26  incorporated herein by reference, Mattel objects to this Request on the grounds that

27  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

28  documents on this subject without limitation as to time, and regardless of whether

1  such documents relate to products or matters at issue in this case.  Mattel further

2  objects to the Request on the grounds that it seeks documents that are not relevant to

3  this action or likely to lead to the discovery of admissible evidence.  Mattel further

4  objects to this Request on the grounds that it seeks confidential, proprietary and

5  trade secret information, including such information that has no bearing on the

6  claims or defenses in this case.  Mattel further objects to this Request on the grounds

7  that it calls for the disclosure of information subject to the attorney-client privilege,

8  the attorney work-product doctrine and other applicable privileges.  Mattel further

9  objects to this Request to the extent it seeks documents already produced by Mattel,

10  including documents stolen by MGA and other defendants.  Such documents will

11  not be produced again.

12

13  **REQUEST FOR PRODUCTION NO. 489:**

14  All DOCUMENTS REFERRING OR RELATING TO YOUR or

15  YOUR attorney's or agent's knowledge of or participation in the seizure of Brisbois'

16  thumb drive by Canadian law enforcement.

17

18  **RESPONSE TO REQUEST FOR PRODUCTION NO. 489:**

19  In addition to the general objections stated above which are

20  incorporated herein by reference, Mattel objects to this Request on the grounds that

21  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

22  documents on this subject without limitation as to time, and regardless of whether

23  such documents relate to products or matters at issue in this case.  Mattel further

24  objects to the use of the term "YOUR or YOUR attorney's or agent's knowledge of

25  or participation in the seizure of Brisbois' thumb drive by Canadian law

26  enforcement" in this context as vague and ambiguous.  Mattel further objects to the

27  Request on the grounds that it seeks documents that are not relevant to this action or

28  likely to lead to the discovery of admissible evidence.  Mattel further objects to this

1  Request on the grounds that it seeks confidential, proprietary and trade secret

2  information, including such information that has no bearing on the claims or

3  defenses in this case.  Mattel further objects to this Request on the grounds that it

4  calls for the disclosure of information subject to the attorney-client privilege, the

5  attorney work-product doctrine and other applicable privileges.

6

7  **REQUEST FOR PRODUCTION NO. 490:**

8         All DOCUMENTS REFERRING OR RELATING TO whether any of

9  the items seized by Canadian authorities from Brisbois' thumb drive were prepared,

10  made, created, generated, assembled or compiled by or for MGA or any MGA

11  subsidiary.

12

13  **RESPONSE TO REQUEST FOR PRODUCTION NO. 490:**

14         In addition to the general objections stated above which are

15  incorporated herein by reference, Mattel objects to this Request on the grounds that

16  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

17  documents on this subject without limitation as to time, and regardless of whether

18  such documents relate to products or matters at issue in this case.  Mattel further

19  objects to the Request on the grounds that it seeks documents that are not relevant to

20  this action or likely to lead to the discovery of admissible evidence.  Mattel further

21  objects to this Request on the grounds that it seeks confidential, proprietary and

22  trade secret information, including such information that has no bearing on the

23  claims or defenses in this case.  Mattel further objects to this Request on the grounds

24  that it calls for the disclosure of information subject to the attorney-client privilege,

25  the attorney work-product doctrine and other applicable privileges.  Mattel further

26  objects to this Request to the extent it seeks documents already produced by Mattel,

27  including documents stolen by MGA and other defendants.  Such documents will

28  not be produced again.

1    Subject to and without waiving the foregoing objections, Mattel

2 responds as follows:  Mattel will produce such responsive, non-privileged

3 documents that are in Mattel's possession, custody, or control, if any, that Mattel has

4 been able to locate after a diligent search and reasonable inquiry, to the extent not

5 previously produced.

6

7 **REQUEST FOR PRODUCTION NO. 491:**

8    All DOCUMENTS REFERRING OR RELATING TO YOUR

9 knowledge that any of the items seized by Canadian authorities from Brisbois'

10 thumb drive were prepared, made, created, generated, assembled or compiled by or

11 for MGA or any MGA subsidiary.

12

13 **RESPONSE TO REQUEST FOR PRODUCTION NO. 491:**

14    In addition to the general objections stated above which are

15 incorporated herein by reference, Mattel objects to this Request on the grounds that

16 it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

17 documents on this subject without limitation as to time, and regardless of whether

18 such documents relate to products or matters at issue in this case.  Mattel further

19 objects to the Request on the grounds that it seeks documents that are not relevant to

20 this action or likely to lead to the discovery of admissible evidence.  Mattel further

21 objects to this Request on the grounds that it seeks confidential, proprietary and

22 trade secret information, including such information that has no bearing on the

23 claims or defenses in this case.  Mattel further objects to this Request on the grounds

24 that it calls for the disclosure of information subject to the attorney-client privilege,

25 the attorney work-product doctrine and other applicable privileges.  Mattel further

26 objects to this Request to the extent it seeks documents already produced by Mattel,

27 including documents stolen by MGA and other defendants.  Such documents will

28 not be produced again.

**REQUEST FOR PRODUCTION NO. 492:**

All DOCUMENTS that REFER OR RELATE TO the retention, destruction, transfer, or use of any information or DOCUMENTS known to or possessed by any current or former MGA employee, freelancer or contractor, including but not limited to Tina Patel, Christopher Hardouin, Margo Eldridge, Charlotte Broussard, and Andrew Gallerani.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 492:**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad, unduly burdensome and unintelligible, including in that it seeks all documents on this subject without limitation as to time, and regardless of whether such documents relate to products, matters, or persons at issue in this case. Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence. Mattel further objects to this Request on the grounds that it seeks confidential, proprietary and trade secret information, including such information that has no bearing on the claims or defenses in this case. Mattel further objects to this Request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges.

**REQUEST FOR PRODUCTION NO. 493:**

All COMMUNICATIONS between YOU and any PERSON REFERRING OR RELATING TO the retention, destruction, transfer, or use of any information or DOCUMENTS known to or possessed by any current or former MGA employee, freelancer or contractor, including but not limited to Tina Patel, Christopher Hardouin, Margo Eldridge, Charlotte Broussard, and Andrew Gallerani.

1   **RESPONSE TO REQUEST FOR PRODUCTION NO. 493:**

2          In addition to the general objections stated above which are

3   incorporated herein by reference, Mattel objects to this Request on the grounds that

4   it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

5   documents on this subject without limitation as to time, and regardless of whether

6   such documents relate to products, matters, or persons at issue in this case.  Mattel

7   further objects to the Request on the grounds that it seeks documents that are not

8   relevant to this action or likely to lead to the discovery of admissible evidence.

9   Mattel further objects to this Request on the grounds that it seeks confidential,

10  proprietary and trade secret information, including such information that has no

11  bearing on the claims or defenses in this case.  Mattel further objects to this Request

12  on the grounds that it calls for the disclosure of information subject to the attorney-

13  client privilege, the attorney work-product doctrine and other applicable privileges.

14

15  **REQUEST FOR PRODUCTION NO. 494:**

16          All COMMUNICATIONS between YOU and Tina Patel prior to her

17  date of hire by MATTEL.

18

19  **RESPONSE TO REQUEST FOR PRODUCTION NO. 494:**

20          In addition to the general objections stated above which are

21  incorporated herein by reference, Mattel objects to this Request on the grounds that

22  it is overbroad and unduly burdensome, including in that it seeks all documents on

23  this subject without limitation as to time, and regardless of whether such documents

24  relate to products, matters, or persons at issue in this case.  Mattel further objects to

25  the Request on the grounds that it seeks documents that are not relevant to this

26  action or likely to lead to the discovery of admissible evidence.  Mattel further

27  objects to this Request on the grounds that it seeks confidential, proprietary and

28  trade secret information, including such information that has no bearing on the

-25-

1 | claims or defenses in this case.  Mattel further objects to this Request on the grounds

2 | that it calls for the disclosure of information subject to the attorney-client privilege,

3 | the attorney work-product doctrine and other applicable privileges.

4 |

5 | **REQUEST FOR PRODUCTION NO. 495:**

6 | All DOCUMENTS REFERRING OR RELATING TO

7 | COMMUNICATIONS between YOU and Tina Patel prior to her date of hire by

8 | MATTEL, including but not limited to all calendar entries, phone logs, phone

9 | records and notes reflecting such COMMUNICATIONS.

10 |

11 | **RESPONSE TO REQUEST FOR PRODUCTION NO. 495:**

12 | In addition to the general objections stated above which are

13 | incorporated herein by reference, Mattel objects to this Request on the grounds that

14 | it is overbroad and unduly burdensome, including in that it seeks all documents on

15 | this subject without limitation as to time, and regardless of whether such documents

16 | relate to products, matters, or persons at issue in this case.  Mattel further objects to

17 | the Request on the grounds that it seeks documents that are not relevant to this

18 | action or likely to lead to the discovery of admissible evidence.  Mattel further

19 | objects to this Request on the grounds that it seeks confidential, proprietary and

20 | trade secret information, including such information that has no bearing on the

21 | claims or defenses in this case.  Mattel further objects to this Request on the grounds

22 | that it calls for the disclosure of information subject to the attorney-client privilege,

23 | the attorney work-product doctrine and other applicable privileges.

24 |

25 | **REQUEST FOR PRODUCTION NO. 496:**

26 | All DOCUMENTS, including but not limited to all

27 | COMMUNICATIONS with any PERSON, REFERRING OR RELATING TO Tina

28 | Patel prior to her date of hire by MATTEL.

-26-

MATTEL'S RESPONSES TO MGA'S FIFTH SET OF REQUESTS FOR PRODUCTION

Exhibit 30 - Page 1140

**RESPONSE TO REQUEST FOR PRODUCTION NO. 496:**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad and unduly burdensome, including in that it seeks all documents on this subject without limitation as to time, and regardless of whether such documents relate to products, matters, or persons at issue in this case. Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence. Mattel further objects to this Request on the grounds that it seeks confidential, proprietary and trade secret information, including such information that has no bearing on the claims or defenses in this case. Mattel further objects to this Request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges.

**REQUEST FOR PRODUCTION NO. 497:**

All DOCUMENTS, including but not limited to all COMMUNICATIONS with any PERSON, REFERRING OR RELATING TO Tina Patel's resignation from MGA.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 497:**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad and unduly burdensome, including in that it seeks all documents on this subject without limitation as to time, and regardless of whether such documents relate to products, matters, or persons at issue in this case. Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence. Mattel further objects to this Request on the grounds that it seeks confidential, proprietary and

1 | trade secret information, including such information that has no bearing on the
2 | claims or defenses in this case. Mattel further objects to this Request on the grounds
3 | that it calls for the disclosure of information subject to the attorney-client privilege,
4 | the attorney work-product doctrine and other applicable privileges.
5 |
6 | **REQUEST FOR PRODUCTION NO. 498:**
7 | All DOCUMENTS, including but not limited to all
8 | COMMUNICATIONS with any PERSON, REFERRING OR RELATING TO
9 | compensation, money or any other item of value paid to Tina Patel, whether directly
10 | or indirectly, by YOU.
11 |
12 | **RESPONSE TO REQUEST FOR PRODUCTION NO. 498:**
13 | In addition to the general objections stated above which are
14 | incorporated herein by reference, Mattel objects to this Request on the grounds that
15 | it is overbroad and unduly burdensome, including in that it seeks all documents on
16 | this subject without limitation as to time, and regardless of whether such documents
17 | relate to products, matters, or persons at issue in this case. Mattel further objects to
18 | the Request on the grounds that it seeks documents that are not relevant to this
19 | action or likely to lead to the discovery of admissible evidence. Mattel further
20 | objects to this Request on the grounds that it seeks confidential, proprietary and
21 | trade secret information, including such information that has no bearing on the
22 | claims or defenses in this case. Mattel further objects to this Request on the grounds
23 | that it calls for the disclosure of information subject to the attorney-client privilege,
24 | the attorney work-product doctrine and other applicable privileges.
25 |
26 | **REQUEST FOR PRODUCTION NO. 499:**
27 | All DOCUMENTS received by YOU, directly or indirectly, from Tina
28 | Patel REFERRING OR RELATING TO any MGA product or plan.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 499:**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad, unduly burdensome and unintelligible, including in that it seeks all documents on this subject without limitation as to time, and regardless of whether such documents relate to products or matters at issue in this case. Mattel further objects to the use of the term "any MGA product or plan" in this context as vague and ambiguous. Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence. Mattel further objects to this Request on the grounds that it seeks confidential, proprietary and trade secret information, including such information that has no bearing on the claims or defenses in this case. Mattel further objects to this Request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges.

**REQUEST FOR PRODUCTION NO. 500:**

All DOCUMENTS, including but not limited to all COMMUNICATIONS with any PERSON, REFERRING OR RELATING TO YOUR receipt, reproduction, copying, storage, transmission, transfer, retention, destruction, deletion or use of any DOCUMENTS, data and/or information, including but not limited to any compilation of information, that was prepared, made, created, generated, assembled or compiled by or for MGA and that YOU received, directly or indirectly, from Tina Patel.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 500:**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that

-29-

1   it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

2   documents on this subject without limitation as to time, and regardless of whether

3   such documents relate to products or matters at issue in this case.  Mattel further

4   objects to the use of the term "any compilation of information, that were prepared

5   made, created, generated, assembled or compiled by or for MGA" in this context as

6   vague and ambiguous.  Mattel further objects to the Request on the grounds that it

7   seeks documents that are not relevant to this action or likely to lead to the discovery

8   of admissible evidence.  Mattel further objects to this Request on the grounds that it

9   seeks confidential, proprietary and trade secret information, including such

10  information that has no bearing on the claims or defenses in this case.  Mattel further

11  objects to this Request on the grounds that it calls for the disclosure of information

12  subject to the attorney-client privilege, the attorney work-product doctrine and other

13  applicable privileges.

14

15  **REQUEST FOR PRODUCTION NO. 501:**

16          A copy of each personnel file maintained or created by YOU

17  REFERRING OR RELATING TO Tina Patel.

18

19  **RESPONSE TO REQUEST FOR PRODUCTION NO. 501:**

20          In addition to the general objections stated above which are

21  incorporated herein by reference, Mattel objects to this Request on the grounds that

22  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

23  documents on this subject without limitation as to time, and regardless of whether

24  such documents relate to products, matters, or persons at issue in this case.  Mattel

25  further objects to the Request on the grounds that it seeks documents that are not

26  relevant to this action or likely to lead to the discovery of admissible evidence.

27  Mattel further objects to this Request on the grounds that it seeks confidential,

28  proprietary and trade secret information, including such information that has no

-30-

MATTEL'S RESPONSES TO MGA'S FIFTH SET OF REQUESTS FOR PRODUCTION

Exhibit 30 - Page 1144

1  bearing on the claims or defenses in this case.  Mattel further objects to this Request

2  on the grounds that it calls for the disclosure of information subject to the attorney-

3  client privilege, the attorney work-product doctrine and other applicable privileges.

4

5  **REQUEST FOR PRODUCTION NO. 502:**

6       All DOCUMENTS, including but not limited to all

7  COMMUNICATIONS, prepared, created, sent or transmitted, whether in whole or

8  in part, by Tina Patel REFERRING OR RELATING TO any of the CONTESTED

9  MGA PRODUCTS.

10

11 **RESPONSE TO REQUEST FOR PRODUCTION NO. 502:**

12      In addition to the general objections stated above which are

13 incorporated herein by reference, Mattel objects to this Request on the grounds that

14 it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

15 documents on this subject without limitation as to time, and regardless of whether

16 such documents relate to products or matters at issue in this case.  Mattel further

17 objects to the Request on the grounds that it seeks documents that are not relevant to

18 this action or likely to lead to the discovery of admissible evidence.  Mattel further

19 objects to this Request on the grounds that it seeks confidential, proprietary and

20 trade secret information, including such information that has no bearing on the

21 claims or defenses in this case.  Mattel further objects to this Request on the grounds

22 that it calls for the disclosure of information subject to the attorney-client privilege,

23 the attorney work-product doctrine and other applicable privileges.

24      Subject to and without waiving the foregoing objections, Mattel

25 responds as follows:  Mattel will produce such responsive, non-privileged

26 documents that are in Mattel's possession, custody, or control, if any, that Mattel has

27 been able to locate after a diligent search and reasonable inquiry, to the extent not

28 previously produced.

-31-

MATTEL'S RESPONSES TO MGA'S FIFTH SET OF REQUESTS FOR PRODUCTION

Exhibit 30 - Page 1145

**REQUEST FOR PRODUCTION NO. 503:**

All COMMUNICATIONS between YOU and Christopher Hardouin prior to his date of hire by MATTEL.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 503:**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad and unduly burdensome, including in that it seeks all documents on this subject without limitation as to time, and regardless of whether such documents relate to products or matters at issue in this case. Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence. Mattel further objects to this Request on the grounds that it seeks confidential, proprietary and trade secret information, including such information that has no bearing on the claims or defenses in this case. Mattel further objects to this Request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges.

**REQUEST FOR PRODUCTION NO. 504:**

All DOCUMENTS REFERRING OR RELATING TO COMMUNICATIONS between YOU and Christopher Hardouin prior to his date of hire by MATTEL, including but not limited to all calendar entries, phone logs, phone records and notes reflecting such COMMUNICATIONS.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 504:**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad and unduly burdensome, including in that it seeks all documents on

1  this subject without limitation as to time, and regardless of whether such documents

2  relate to products, matters, or persons at issue in this case.  Mattel further objects to

3  the Request on the grounds that it seeks documents that are not relevant to this

4  action or likely to lead to the discovery of admissible evidence.  Mattel further

5  objects to this Request on the grounds that it seeks confidential, proprietary and

6  trade secret information, including such information that has no bearing on the

7  claims or defenses in this case.  Mattel further objects to this Request on the grounds

8  that it calls for the disclosure of information subject to the attorney-client privilege,

9  the attorney work-product doctrine and other applicable privileges.

10

11  **REQUEST FOR PRODUCTION NO. 505:**

12       All DOCUMENTS, including but not limited to all

13  COMMUNICATIONS with any PERSON, REFERRING OR RELATING TO

14  Christopher Hardouin prior to his date of hire by MATTEL.

15

16  **RESPONSE TO REQUEST FOR PRODUCTION NO. 505:**

17       In addition to the general objections stated above which are

18  incorporated herein by reference, Mattel objects to this Request on the grounds that

19  it is overbroad and unduly burdensome, including in that it seeks all documents on

20  this subject without limitation as to time, and regardless of whether such documents

21  relate to products, matters, or persons at issue in this case.  Mattel further objects to

22  the Request on the grounds that it seeks documents that are not relevant to this

23  action or likely to lead to the discovery of admissible evidence.  Mattel further

24  objects to this Request on the grounds that it seeks confidential, proprietary and

25  trade secret information, including such information that has no bearing on the

26  claims or defenses in this case.  Mattel further objects to this Request on the grounds

27  that it calls for the disclosure of information subject to the attorney-client privilege,

28  the attorney work-product doctrine and other applicable privileges.

**REQUEST FOR PRODUCTION NO. 506:**

All DOCUMENTS, including but not limited to all COMMUNICATIONS with any PERSON, REFERRING OR RELATING TO Christopher Hardouin's resignation from MGA.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 506:**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad and unduly burdensome, including in that it seeks all documents on this subject without limitation as to time, and regardless of whether such documents relate to products, matters, or persons at issue in this case. Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence. Mattel further objects to this Request on the grounds that it seeks confidential, proprietary and trade secret information, including such information that has no bearing on the claims or defenses in this case. Mattel further objects to this Request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges.

**REQUEST FOR PRODUCTION NO. 507:**

All DOCUMENTS, including but not limited to all COMMUNICATIONS with any PERSON, REFERRING OR RELATING TO compensation, money or any other item of value paid to Christopher Hardouin, whether directly or indirectly, by YOU.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 507:**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that

MATTEL'S RESPONSES TO MGA'S FIFTH SET OF REQUESTS FOR PRODUCTION

Exhibit 30 - Page 1148

1    it is overbroad and unduly burdensome, including in that it seeks all documents on

2    this subject without limitation as to time, and regardless of whether such documents

3    relate to products, matters, or persons at issue in this case.  Mattel further objects to

4    the Request on the grounds that it seeks documents that are not relevant to this

5    action or likely to lead to the discovery of admissible evidence.  Mattel further

6    objects to this Request on the grounds that it seeks confidential, proprietary and

7    trade secret information, including such information that has no bearing on the

8    claims or defenses in this case.  Mattel further objects to this Request on the grounds

9    that it calls for the disclosure of information subject to the attorney-client privilege,

10   the attorney work-product doctrine and other applicable privileges.

11

12   **REQUEST FOR PRODUCTION NO. 508:**

13        All DOCUMENTS received by YOU, directly or indirectly, from

14   Christopher Hardouin REFERRING OR RELATING TO any MGA product or plan.

15

16   **RESPONSE TO REQUEST FOR PRODUCTION NO. 508:**

17        In addition to the general objections stated above which are

18   incorporated herein by reference, Mattel objects to this Request on the grounds that

19   it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

20   documents on this subject without limitation as to time, and regardless of whether

21   such documents relate to products or matters at issue in this case.  Mattel further

22   objects to the use of the term "MGA product or plan" in this context as vague and

23   ambiguous.  Mattel further objects to the Request on the grounds that it seeks

24   documents that are not relevant to this action or likely to lead to the discovery of

25   admissible evidence.  Mattel further objects to this Request on the grounds that it

26   seeks confidential, proprietary and trade secret information, including such

27   information that has no bearing on the claims or defenses in this case.  Mattel further

28   objects to this Request on the grounds that it calls for the disclosure of information

1  subject to the attorney-client privilege, the attorney work-product doctrine and other

2  applicable privileges.

3

4  **REQUEST FOR PRODUCTION NO. 509:**

5          All DOCUMENTS, including but not limited to all

6  COMMUNICATIONS with any PERSON, REFERRING OR RELATING TO

7  YOUR receipt, reproduction, copying, storage, transmission, transfer, retention,

8  destruction, deletion or use of any DOCUMENTS, data and/or information,

9  including but not limited to any compilation of information, that was prepared,

10  made, created, generated, assembled or compiled by or for MGA and that YOU

11  received, directly or indirectly, from Christopher Hardouin.

12

13  **RESPONSE TO REQUEST FOR PRODUCTION NO. 509:**

14          In addition to the general objections stated above which are

15  incorporated herein by reference, Mattel objects to this Request on the grounds that

16  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

17  documents on this subject without limitation as to time, and regardless of whether

18  such documents relate to products or matters at issue in this case.  Mattel further

19  objects to the Request on the grounds that it seeks documents that are not relevant to

20  this action or likely to lead to the discovery of admissible evidence.  Mattel further

21  objects to this Request on the grounds that it seeks confidential, proprietary and

22  trade secret information, including such information that has no bearing on the

23  claims or defenses in this case.  Mattel further objects to this Request on the grounds

24  that it calls for the disclosure of information subject to the attorney-client privilege,

25  the attorney work-product doctrine and other applicable privileges.

26

27

28

MATTEL'S RESPONSES TO MGA'S FIFTH SET OF REQUESTS FOR PRODUCTION

Exhibit 30 - Page 1150

**REQUEST FOR PRODUCTION NO. 510:**

A copy of each personnel file maintained or created by YOU REFERRING OR RELATING TO Christopher Hardouin.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 510:**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad and unduly burdensome, including in that it seeks all documents on this subject without limitation as to time, and regardless of whether such documents relate to products, matters, or persons at issue in this case. Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence. Mattel further objects to this Request on the grounds that it seeks confidential, proprietary and trade secret information, including such information that has no bearing on the claims or defenses in this case. Mattel further objects to this Request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges.

**REQUEST FOR PRODUCTION NO. 511:**

All DOCUMENTS, including but not limited to all COMMUNICATIONS, prepared, created, sent or transmitted, whether in whole or in part, by Christopher Hardouin REFERRING OR RELATING TO any of the CONTESTED MGA PRODUCTS.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 511:**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

-37-

MATTEL'S RESPONSES TO MGA'S FIFTH SET OF REQUESTS FOR PRODUCTION

Exhibit 30 - Page 1151

1 documents on this subject without limitation as to time, and regardless of whether

2 such documents relate to products or matters at issue in this case.  Mattel further

3 objects to the Request on the grounds that it seeks documents that are not relevant to

4 this action or likely to lead to the discovery of admissible evidence.  Mattel further

5 objects to this Request on the grounds that it seeks confidential, proprietary and

6 trade secret information, including such information that has no bearing on the

7 claims or defenses in this case.  Mattel further objects to this Request on the grounds

8 that it calls for the disclosure of information subject to the attorney-client privilege,

9 the attorney work-product doctrine and other applicable privileges.

10

11 **REQUEST FOR PRODUCTION NO. 512:**

12          All DOCUMENTS REFERRING OR RELATING TO the creation,

13 origins or sources of inspiration of "POLLY POCKET COLOR SURPRISE

14 POLLY" including, without limitation, the creation, origins or sources of inspiration

15 of the pose of "POLLY POCKET COLOR SURPRISE POLLY."

16

17 **RESPONSE TO REQUEST FOR PRODUCTION NO. 512:**

18          In addition to the general objections stated above which are

19 incorporated herein by reference, Mattel objects to this Request on the grounds that

20 it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

21 documents on this subject without limitation as to time, and regardless of whether

22 such documents relate to products or matters at issue in this case.  Mattel further

23 objects to the Request on the grounds that it seeks documents that are not relevant to

24 this action or likely to lead to the discovery of admissible evidence.  Mattel further

25 objects to this Request on the grounds that it seeks confidential, proprietary and

26 trade secret information, including such information that has no bearing on the

27 claims or defenses in this case.  Mattel further objects to this Request on the grounds

28 that it calls for the disclosure of information subject to the attorney-client privilege,

-38-

MATTEL'S RESPONSES TO MGA'S FIFTH SET OF REQUESTS FOR PRODUCTION

Exhibit 30 - Page 1152

1  the attorney work-product doctrine and other applicable privileges.  Mattel further

2  objects on the ground that this Request seeks to circumvent the Discovery Master's

3  Orders of April 19, 2007, and May 22, 2007.

4

5  **REQUEST FOR PRODUCTION NO. 513:**

6           All DOCUMENTS REFERRING OR RELATING TO any similarity

7  or dissimilarity between "POLLY POCKET COLOR SURPRISE POLLY" and any

8  MGA product (whether released or unreleased) known to YOU, including but not

9  limited to any similarity or dissimilarity between the pose of "POLLY POCKET

10  COLOR SURPRISE POLLY" and the pose of any MGA product known to YOU.

11

12  **RESPONSE TO REQUEST FOR PRODUCTION NO. 513:**

13           In addition to the general objections stated above which are

14  incorporated herein by reference, Mattel objects to this Request on the grounds that

15  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

16  documents on this subject without limitation as to time, and regardless of whether

17  such documents relate to products or matters at issue in this case.  Mattel further

18  objects to the Request on the grounds that it seeks documents that are not relevant to

19  this action or likely to lead to the discovery of admissible evidence.  Mattel further

20  objects to this Request on the grounds that it seeks confidential, proprietary and

21  trade secret information, including such information that has no bearing on the

22  claims or defenses in this case.  Mattel further objects to this Request on the grounds

23  that it calls for the disclosure of information subject to the attorney-client privilege,

24  the attorney work-product doctrine and other applicable privileges.  Mattel further

25  objects on the ground that this Request seeks to circumvent the Discovery Master's

26  Orders of April 19, 2007, and May 22, 2007.

27

28

**REQUEST FOR PRODUCTION NO. 514:**

All DOCUMENTS REFERRING OR RELATING TO whether the appearance or pose of "POLLY POCKET COLOR SURPRISE POLLY" copies, replicates, or in any way imitates the appearance or pose of any MGA product (whether released or unreleased) known to YOU.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 514:**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad, unduly burdensome and unintelligible, including in that it seeks all documents on this subject without limitation as to time, and regardless of whether such documents relate to products or matters at issue in this case. Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence. Mattel further objects to this Request on the grounds that it seeks confidential, proprietary and trade secret information, including such information that has no bearing on the claims or defenses in this case. Mattel further objects to this Request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges. Mattel further objects on the ground that this Request seeks to circumvent the Discovery Master's Orders of April 19, 2007, and May 22, 2007.

**REQUEST FOR PRODUCTION NO. 515:**

DOCUMENTS, including but not limited to organizational charts, sufficient to identify (by name and job function) all current and former MATTEL personnel and/or freelancers comprising the primary team that worked on the creation, design and development of "POLLY POCKET COLOR SURPRISE POLLY."

1    **RESPONSE TO REQUEST FOR PRODUCTION NO. 515:**

2                In addition to the general objections stated above which are

3    incorporated herein by reference, Mattel objects to this Request on the grounds that

4    it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

5    documents on this subject without limitation as to time, and regardless of whether

6    such documents relate to products or matters at issue in this case. Mattel further

7    objects to the Request on the grounds that it seeks documents that are not relevant to

8    this action or likely to lead to the discovery of admissible evidence. Mattel further

9    objects to this Request on the grounds that it seeks confidential, proprietary and

10   trade secret information, including such information that has no bearing on the

11   claims or defenses in this case. Mattel further objects to this Request on the grounds

12   that it calls for the disclosure of information subject to the attorney-client privilege,

13   the attorney work-product doctrine and other applicable privileges. Mattel further

14   objects on the ground that this Request seeks to circumvent the Discovery Master's

15   Orders of April 19, 2007, and May 22, 2007.

16

17   **REQUEST FOR PRODUCTION NO. 516:**

18               All DOCUMENTS REFERRING OR RELATING TO YOUR efforts

19   to institute a litigation hold in response to the litigation originally captioned *Mattel,*

20   *Inc. v. Bryant.*, Case No. CV 04-9059 SGL (RNBx).

21

22   **RESPONSE TO REQUEST FOR PRODUCTION NO. 516:**

23               In addition to the general objections stated above which are

24   incorporated herein by reference, Mattel objects to this Request on the grounds that

25   it is overbroad and unduly burdensome. Mattel further objects on the ground that

26   this Request duplicates prior Requests by MGA, and is clearly designed to burden

27   and harass. Mattel further objects to the Request on the grounds that it seeks

28   documents that are not relevant to this action or likely to lead to the discovery of

-41-
MATTEL'S RESPONSES TO MGA'S FIFTH SET OF REQUESTS FOR PRODUCTION
Exhibit 30 - Page 1155

1  admissible evidence.  Mattel further objects to this Request on the grounds that it
2  calls for the disclosure of information subject to the attorney-client privilege, the
3  attorney work-product doctrine and other applicable privileges.
4           Subject to and without waiving the foregoing objections, Mattel
5  responds as follows:  Mattel will produce one or more affidavits setting forth its
6  preservation efforts and policies with respect to the present litigation, as required by
7  Judge Larson's Order Denying Motion for Terminating Sanctions dated August 27,
8  2007.
9
10 **REQUEST FOR PRODUCTION NO. 517:**
11          All DOCUMENTS REFERRING OR RELATING TO YOUR efforts
12 to institute a litigation hold in response to the litigation originally captioned *MGA*
13 *Entertainment, Inc. v. Mattel, Inc.*, Case No. CV 05-02727 SGL (RNBx).
14
15 **RESPONSE TO REQUEST FOR PRODUCTION NO. 517:**
16          In addition to the general objections stated above which are
17 incorporated herein by reference, Mattel objects to this Request on the grounds that
18 it is overbroad and unduly burdensome.  Mattel further objects on the ground that
19 this Request duplicates prior Requests by MGA, and is clearly designed to burden
20 and harass.  Mattel further objects to the Request on the grounds that it seeks
21 documents that are not relevant to this action or likely to lead to the discovery of
22 admissible evidence.  Mattel further objects to this Request on the grounds that it
23 calls for the disclosure of information subject to the attorney-client privilege, the
24 attorney work-product doctrine and other applicable privileges.
25          Subject to and without waiving the foregoing objections, Mattel
26 responds as follows:  Mattel will produce one or more affidavits setting forth its
27 preservation efforts and policies with respect to the present litigation, as required by
28

1  Judge Larson's Order Denying Motion for Terminating Sanctions dated August 27,

2  2007.

3

4  **REQUEST FOR PRODUCTION NO. 518:**

5          All DOCUMENTS REFERRING OR RELATING TO YOUR efforts

6  to institute a litigation hold in response to the litigation originally captioned *Bryant*

7  *v. Mattel, Inc.*, Case No. CV 04-9049 SGL (RNBx).

8

9  **RESPONSE TO REQUEST FOR PRODUCTION NO. 518:**

10         In addition to the general objections stated above which are

11  incorporated herein by reference, Mattel objects to this Request on the grounds that

12  it is overbroad and unduly burdensome.  Mattel further objects on the ground that

13  this Request duplicates prior Requests by MGA, and is clearly designed to burden

14  and harass.  Mattel further objects to the Request on the grounds that it seeks

15  documents that are not relevant to this action or likely to lead to the discovery of

16  admissible evidence.  Mattel further objects to this Request on the grounds that it

17  calls for the disclosure of information subject to the attorney-client privilege, the

18  attorney work-product doctrine and other applicable privileges.

19         Subject to and without waiving the foregoing objections, Mattel

20  responds as follows:  Mattel will produce one or more affidavits setting forth its

21  preservation efforts and policies with respect to the present litigation, as required by

22  Judge Larson's Order Denying Motion for Terminating Sanctions dated August 27,

23  2007.

24

25  **REQUEST FOR PRODUCTION NO. 519:**

26         All COMMUNICATIONS between YOU and the toy manufacturer

27  JETTA REFERRING OR RELATING to MGA, BRATZ or LARIAN.

28

-43-

MATTEL'S RESPONSES TO MGA'S FIFTH SET OF REQUESTS FOR PRODUCTION

Exhibit 30 - Page 1157

1 **RESPONSE TO REQUEST FOR PRODUCTION NO. 519:**

2             In addition to the general objections stated above which are

3 incorporated herein by reference, Mattel objects to this Request on the grounds that

4 it is overbroad and unduly burdensome, including in that it seeks all documents on

5 this subject without limitation as to time, and regardless of whether such documents

6 relate to products or matters at issue in this case.  Mattel further objects to the

7 Request on the grounds that it seeks documents that are not relevant to this action or

8 likely to lead to the discovery of admissible evidence.  Mattel further objects to this

9 Request on the grounds that it seeks confidential, proprietary and trade secret

10 information, including such information that has no bearing on the claims or

11 defenses in this case.  Mattel further objects on the ground that this Request seeks to

12 circumvent the Discovery Master's Order dated May 22, 2007.

13

14 **REQUEST FOR PRODUCTION NO. 520:**

15             All COMMUNICATIONS between YOU and EARLY LIGHT,

16 including but not limited to Francis Choi, Wilson Ng, and Carmen Choi,

17 REFERRING OR RELATING to MGA, BRATZ or LARIAN.

18

19 **RESPONSE TO REQUEST FOR PRODUCTION NO. 520:**

20             In addition to the general objections stated above which are

21 incorporated herein by reference, Mattel objects to this Request on the grounds that

22 it is overbroad and unduly burdensome, including in that it seeks all documents on

23 this subject without limitation as to time, and regardless of whether such documents

24 relate to products or matters at issue in this case.  Mattel further objects to the

25 Request on the grounds that it seeks documents that are not relevant to this action or

26 likely to lead to the discovery of admissible evidence.  Mattel further objects to this

27 Request on the grounds that it seeks confidential, proprietary and trade secret

28 information, including such information that has no bearing on the claims or

1   defenses in this case.  Mattel further objects on the ground that this Request seeks to

2   circumvent the Discovery Master's Order dated May 22, 2007.

3

4   **REQUEST FOR PRODUCTION NO. 521:**

5           All COMMUNICATIONS between YOU and ASAHI REFERRING

6   OR RELATING to MGA, BRATZ or LARIAN.

7

8   **RESPONSE TO REQUEST FOR PRODUCTION NO. 521:**

9           In addition to the general objections stated above which are

10  incorporated herein by reference, Mattel objects to this Request on the grounds that

11  it is overbroad and unduly burdensome, including in that it seeks all documents on

12  this subject without limitation as to time, and regardless of whether such documents

13  relate to products or matters at issue in this case.  Mattel further objects to the

14  Request on the grounds that it seeks documents that are not relevant to this action or

15  likely to lead to the discovery of admissible evidence.  Mattel further objects to this

16  Request on the grounds that it seeks confidential, proprietary and trade secret

17  information, including such information that has no bearing on the claims or

18  defenses in this case.  Mattel further objects on the ground that this Request seeks to

19  circumvent the Discovery Master's Order dated May 22, 2007.

20

21  **REQUEST FOR PRODUCTION NO. 522:**

22          All COMMUNICATIONS between YOU and UNIVERSAL

23  REFERRING OR RELATING to MGA, BRATZ or LARIAN.

24

25  **RESPONSE TO REQUEST FOR PRODUCTION NO. 522:**

26          In addition to the general objections stated above which are

27  incorporated herein by reference, Mattel objects to this Request on the grounds that

28  it is overbroad and unduly burdensome, including in that it seeks all documents on

-45-

1 this subject without limitation as to time, and regardless of whether such documents
2 relate to products or matters at issue in this case.  Mattel further objects to the
3 Request on the grounds that it seeks documents that are not relevant to this action or
4 likely to lead to the discovery of admissible evidence.  Mattel further objects to this
5 Request on the grounds that it seeks confidential, proprietary and trade secret
6 information, including such information that has no bearing on the claims or
7 defenses in this case.  Mattel further objects on the ground that this Request seeks to
8 circumvent the Discovery Master's Order dated May 22, 2007.
9
10 **REQUEST FOR PRODUCTION NO. 523:**
11        All COMMUNICATIONS between YOU and KANEKA REFERRING
12 OR RELATING to MGA, BRATZ or LARIAN.
13
14 **RESPONSE TO REQUEST FOR PRODUCTION NO. 523:**
15        In addition to the general objections stated above which are
16 incorporated herein by reference, Mattel objects to this Request on the grounds that
17 it is overbroad and unduly burdensome, including in that it seeks all documents on
18 this subject without limitation as to time, and regardless of whether such documents
19 relate to products or matters at issue in this case.  Mattel further objects to the
20 Request on the grounds that it seeks documents that are not relevant to this action or
21 likely to lead to the discovery of admissible evidence.  Mattel further objects to this
22 Request on the grounds that it seeks confidential, proprietary and trade secret
23 information, including such information that has no bearing on the claims or
24 defenses in this case.  Mattel further objects on the ground that this Request seeks to
25 circumvent the Discovery Master's Order dated May 22, 2007.
26
27
28

**REQUEST FOR PRODUCTION NO. 524:**

All COMMUNICATIONS between YOU and FILO REFERRING OR RELATING to MGA, BRATZ or LARIAN.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 524:**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad and unduly burdensome, including in that it seeks all documents on this subject without limitation as to time, and regardless of whether such documents relate to products or matters at issue in this case. Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence. Mattel further objects to this Request on the grounds that it seeks confidential, proprietary and trade secret information, including such information that has no bearing on the claims or defenses in this case. Mattel further objects on the ground that this Request seeks to circumvent the Discovery Master's Order dated May 22, 2007.

**REQUEST FOR PRODUCTION NO. 525:**

Copies of all producers' affidavits for any ADVERTISEMENT for MY SCENE or ACCELERACERS.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 525:**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad, unduly burdensome and unintelligible, including in that it seeks all documents on this subject without limitation as to time, and regardless of whether such documents relate to products or matters at issue in this case. Mattel further objects to the use of the terms "producers' affidavits" in this context as vague and

-47-

1 | ambiguous.  Mattel further objects to the Request on the grounds that it seeks
2 | documents that are not relevant to this action or likely to lead to the discovery of
3 | admissible evidence.  Mattel further objects to this Request on the grounds that it
4 | seeks confidential, proprietary and trade secret information, including such
5 | information that has no bearing on the claims or defenses in this case.

6 |      Subject to and without waiving the foregoing objections, Mattel
7 | responds as follows:  Mattel will produce such responsive, non-privileged
8 | documents relating to those advertisements placed at issue in this litigation that are
9 | in Mattel's possession, custody, or control, if any, that Mattel has been able to locate
10 | after a diligent search and reasonable inquiry, to the extent not previously produced.

11 |

12 | **REQUEST FOR PRODUCTION NO. 526:**

13 |      All DOCUMENTS that constitute COMMUNICATIONS between
14 | YOU (including YOUR agents and attorneys) and law enforcement authorities in
15 | Mexico, Canada or the United States, including but not limited to the United States
16 | Attorney's Office, the Department of Justice and any national, regional, state or local
17 | authorities, concerning any of the allegations in YOUR COUNTERCLAIMS or any
18 | other alleged taking of confidential MATTEL information by MGA or persons
19 | currently or formerly employed by MGA.

20 |

21 | **RESPONSE TO REQUEST FOR PRODUCTION NO. 526:**

22 |      In addition to the general objections stated above which are
23 | incorporated herein by reference, Mattel objects to this Request on the grounds that
24 | it is overbroad, unduly burdensome and unintelligible, including in that it seeks all
25 | documents on this subject without limitation as to time, and regardless of whether
26 | such documents relate to products or matters at issue in this case.  Mattel further
27 | objects on the ground that this Request duplicates prior Requests by MGA, and is
28 | clearly designed to burden and harass.  Mattel further objects to the Request on the

-48-

1  grounds that it seeks documents that are not relevant to this action or likely to lead
2  to the discovery of admissible evidence.  Mattel further objects to this Request on
3  the grounds that it seeks confidential, proprietary and trade secret information,
4  including such information that has no bearing on the claims or defenses in this
5  case.

6          Subject to and without waiving the foregoing objections, Mattel
7  responds as follows:  Mattel will produce such responsive, non-privileged
8  documents that are in Mattel's possession, custody, or control, if any, that Mattel has
9  been able to locate after a diligent search and reasonable inquiry, to the extent not
10  previously produced.

11

12  **REQUEST FOR PRODUCTION NO. 527:**

13          All DOCUMENTS REFERRING OR RELATING TO Board of
14  Directors meetings in which MGA, BRATZ, LARIAN, Mel Woods, Ron Brawer,
15  Janine Brisbois, Carlos Custavo Machado Gomez, Mariana Trueba Almada, or
16  Pablo Vargas San Jose were discussed, including, but not limited to, meeting
17  minutes, notes and memoranda.

18

19  **RESPONSE TO REQUEST FOR PRODUCTION NO. 527:**

20          In addition to the general objections stated above which are
21  incorporated herein by reference, Mattel objects to this Request on the grounds that
22  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all
23  documents on this subject without limitation as to time, and regardless of whether
24  such documents relate to products or matters at issue in this case.  Mattel further
25  objects to the Request on the grounds that it seeks documents that are not relevant to
26  this action or likely to lead to the discovery of admissible evidence.  Mattel further
27  objects to this Request on the grounds that it seeks confidential, proprietary and
28  trade secret information, including such information that has no bearing on the

7209/2200584.1

-49-

1   claims or defenses in this case.  Mattel further objects to this Request on the grounds

2   that it calls for the disclosure of information subject to the attorney-client privilege,

3   the attorney work-product doctrine and other applicable privileges.

4

5   **REQUEST FOR PRODUCTION NO. 528:**

6           All DOCUMENTS that YOU (including YOUR agents and attorneys)

7   provided to law enforcement authorities in Mexico, Canada or the United States,

8   including but not limited to the United States Attorney's Office, the Department of

9   Justice and any national, regional, state or local authorities, concerning any of the

10  allegations in YOUR COUNTERCLAIMS or any other alleged taking of

11  confidential MATTEL information by MGA or persons currently or formerly

12  employed by MGA.

13

14  **RESPONSE TO REQUEST FOR PRODUCTION NO. 528:**

15          In addition to the general objections stated above which are

16  incorporated herein by reference, Mattel objects to this Request on the grounds that

17  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

18  documents on this subject without limitation as to time, and regardless of whether

19  such documents relate to products or matters at issue in this case.  Mattel further

20  objects to the Request on the grounds that it seeks documents that are not relevant to

21  this action or likely to lead to the discovery of admissible evidence.  Mattel further

22  objects to this Request on the grounds that it seeks confidential, proprietary and

23  trade secret information, including such information that has no bearing on the

24  claims or defenses in this case.

25

26  **REQUEST FOR PRODUCTION NO. 529:**

27          All DOCUMENTS that support the information and belief alleged in

28  paragraphs 42, 43, 47, 49, 51, 52, 68, 74 and 77 of YOUR COUNTERCLAIMS.

-50-

MATTEL'S RESPONSES TO MGA'S FIFTH SET OF REQUESTS FOR PRODUCTION

Exhibit 30 - Page 1164

**RESPONSE TO REQUEST FOR PRODUCTION NO. 529:**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad and unduly burdensome.  Mattel further objects to this Request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges.

Subject to and without waiving the foregoing objections, Mattel responds as follows:  Mattel will produce such responsive, non-privileged documents that are in Mattel's possession, custody, or control, if any, that Mattel has been able to locate after a diligent search and reasonable inquiry, to the extent not previously produced.

**REQUEST FOR PRODUCTION NO. 530:**

All DOCUMENTS, including but not limited to agreements, draft agreements and correspondence, REFERRING OR RELATING TO the payment or offer of payment of attorneys fees by MATTEL to any PERSON in connection this ACTION.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 530:**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad, unduly burdensome and unintelligible, including in that it seeks all documents on this subject without limitation as to time, and regardless of whether such documents relate to products or matters at issue in this case.  Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence.  Mattel further objects to this Request on the grounds that it calls for the disclosure of information

MATTEL'S RESPONSES TO MGA'S FIFTH SET OF REQUESTS FOR PRODUCTION

Exhibit 30 - Page 1165

1  subject to the attorney-client privilege, joint defense privilege, the attorney work-
2  product doctrine and other applicable privileges.

3         Subject to and without waiving the foregoing objections, Mattel
4  responds as follows:  Mattel will produce such responsive, non-privileged
5  documents that are in Mattel's possession, custody, or control, if any, that Mattel has
6  been able to locate after a diligent search and reasonable inquiry, to the extent not
7  previously produced.

8

9  **REQUEST FOR PRODUCTION NO. 531:**

10         DOCUMENTS sufficient to show YOUR fee arrangement with YOUR
11  counsel Quinn Emanuel Urquhart Oliver & Hedges LLP for services in connection
12  with this ACTION, including, but not limited to, a copy of the fee agreement or
13  retainer agreement between YOU and Quinn Emanuel Urquhart Oliver & Hedges
14  LLP.
15  /
16  /
17  /
18  /
19  /
20  /
21  /
22  /
23  /
24  /
25  /
26  /
27  /
28  /

09/2200584.1

Exhibit 30 - Page 1166

1 | **RESPONSE TO REQUEST FOR PRODUCTION NO. 531:**

2         In addition to the general objections stated above which are

3 incorporated herein by reference, Mattel objects to this Request on the grounds that

4 it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

5 documents on this subject without limitation as to time, and regardless of whether

6 such documents relate to products or matters at issue in this case.  Mattel further

7 objects to the Request on the grounds that it seeks documents that are not relevant to

8 this action or likely to lead to the discovery of admissible evidence.  Mattel further

9 objects to this Request on the grounds that it calls for the disclosure of information

10 subject to the attorney-client privilege, the attorney work-product doctrine and other

11 applicable privileges.

12

13 DATED:  September 4, 2007       QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

14

15                By _____

16                   Timothy L. Alger

                  Attorneys for Plaintiff and

17                   Counter-Defendant Mattel

18

19

20

21

22

23

24

25

26

27

28

-53-

1

## PROOF OF SERVICE

2     I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa

3     Street, 10th Floor, Los Angeles, California 90017-2543.

4     On September 4, 2007, I served true copies of the following document(s) described as
**MATTEL'S RESPONSES TO MGA'S FIFTH SET OF REQUESTS FOR PRODUCTION**

5     on the parties in this action as follows:

6     John W. Keker, Esq.                          Diana M. Torres, Esq.
      Michael H. Page, Esq.                        **O'MELVENY & MYERS, LLP**

7     Christina M. Anderson, Esq.                  400 S. Hope Street
      Keker & Van Nest, LLP                        Los Angeles, CA 90071

8     710 Sansome Street                           *Attorneys for MGA Entertainment, Inc.*
      San Francisco, CA 94111

9     *Attorneys for Carter Bryant*

10    Patricia Glaser, Esq.                        James Spertus
      **Christensen, Glaser, Fink, Jacobs, Weil**  **Law Offices of James W. Spertus**

11    **& Shapiro, LLP**                           12100 Wilshire Blvd., Suite 620
      10250 Constellation Blvd., 19th Floor        Los Angeles, CA 90025

12    Los Angeles, CA  90067
      *Attorney for MGA Entertainment*

13

14    **BY U.S. MAIL:**  I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California.  The envelope was mailed

15    with postage thereon fully prepaid.

16         I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

17         Executed on September 4, 2007, at Los Angeles, California.

18

19                                          _____
                                            Cyrus Naim
20

21

22

23

24

25

26

27

28

07209/2207468.1

Exhibit 30 - Page 1168