# Exhibit 35

1   QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
      John B. Quinn (Bar No. 090378)
2     (johnquinn@quinnemanuel.com)
      Michael T. Zeller (Bar No. 196417)
3     (michaelzeller@quinnemanuel.com)
      Jon D. Corey (Bar No. 185066)
4     (joncorey@quinnemanuel.com)
      Timothy L. Alger (Bar No. 160303)
5     (timalger@quinnemanuel.com)
    865 South Figueroa Street, 10th Floor
6   Los Angeles, California 90017-2543
    Telephone: (213) 443-3000
7   Facsimile:  (213) 443-3100

8   Attorneys for Plaintiff and Cross-
    Defendant
9   Mattel, Inc.

10                  UNITED STATES DISTRICT COURT

11                 CENTRAL DISTRICT OF CALIFORNIA

12                      EASTERN DIVISION

13   CARTER BRYANT, an individual,        CASE NO. CV 04-9049 SGL (RNBx)

14            Plaintiff,                   Consolidated with:
                                           Case No. CV 04-09059
15       vs.                               Case No. CV 05-02727

16   MATTEL, INC., a Delaware             MATTEL INC.'S RESPONSES AND
     corporation,                         OBJECTIONS TO MGA
17                                         ENTERTAINMENT, INC.'S
            Defendant.                     SEVENTH SET OF REQUESTS FOR
18                                         PRODUCTION OF DOCUMENTS
                                           AND THINGS
19   CONSOLIDATED WITH
                                           Hon. Stephen G. Larson
20   MATTEL, INC. v. BRYANT, and

21   MGA ENTERTAINMENT, INC. v.
     MATTEL, INC.,
22
            Cross-Defendant.
23

24

25   PROPOUNDING PARTY:  MGA ENTERTAINMENT, INC.

26   RESPONDING PARTY:    MATTEL, INC.

27   SET NO.:             SEVEN (7)

28   NOS.:                572 - 766

07975/2338336.1

Exhibit 35 - Page 1334

## Preliminary Statement

Mattel, Inc. ("Mattel") has not yet completed its investigation of the facts relating to this action, has not yet reviewed all documents relating to this action, has not yet interviewed all witnesses in this action, and has not yet received all requested discovery from defendants and third parties with regard to this action. Consequently, Mattel reserves the right to amend and/or supplement its responses if and when additional facts or documents are discovered. Additionally, because Mattel's responses are based on facts and documents that Mattel has identified to date, they do not preclude Mattel from later relying on facts discovered pursuant to further investigation or discovery or on subsequently discovered or generated documents. Mattel's response to any of MGA Entertainment, Inc.'s ("MGA") Seventh Set of Requests for the Production of Documents and Things in Case No. 05-2727 (the "Requests") is not to be construed as a waiver of any of its objections or its right to object to any other request.

## General Objections

Mattel generally objects to each of the Requests on each and every one of the following grounds, which are incorporated into and made a part of the response to each and every individual request:

1.    Mattel objects to the Requests on the grounds and to the extent that they seek to impose discovery obligations beyond those required or permitted by the Federal Rules of Civil Procedure.

2.    Mattel objects to the Requests on the grounds and to the extent they call for the production of documents subject to the attorney-client privilege, the attorney work product doctrine, the right to privacy as set forth in the United States and/or California Constitutions, or any other applicable law, privilege, immunity, doctrine or other ground of privilege. Mattel will not produce such privileged documents.

1        3.    Mattel objects to the Requests on the grounds and to the extent

2    they are overly broad, unduly burdensome, oppressive or unreasonably cumulative.

3        4.    Mattel objects to the Requests on the grounds and to the extent

4    they seek information which is not relevant to the subject matter of this action nor

5    reasonably calculated to lead to the discovery of admissible evidence.

6        5.    Mattel objects to the Requests on the grounds and to the extent

7    they seek documents equally or more available to, or already in the possession,

8    custody or control of MGA and/or Carter Bryant.

9        6.    Mattel objects to the Requests on the grounds and to the extent

10   they seek documents not in Mattel's possession, custody or control.

11       7.    Mattel objects to the Requests on the grounds that they are

12   unduly burdensome and vague and ambiguous in that they purport to require Mattel

13   to identify and produce documents relating to matters that are currently known to

14   and in the possession, custody and control of defendants and third parties, including

15   third parties associated with defendants, and that are not known to Mattel.

16       8.    Mattel objects to the Requests on the grounds that they seek the

17   production of documents or information that are in the possession, custody and

18   control of independent parties over whom Mattel has no control, including without

19   limitation defendants, and seek the disclosure of information or documents that are

20   in the possession, custody and control of defendants or are publicly available and

21   hence equally available to all parties to this litigation.

22       9.    Mattel objects to the Requests on the ground and to the extent

23   they seek trade secret, proprietary or otherwise confidential information of Mattel or

24   third parties or would violate the terms of any agreement or contracts with third

25   parties.  Any such documents that are produced, if any, will be produced only

26   pursuant to and in reliance upon the Protective Order entered in this case.

27       10.    Mattel objects to the Requests on the grounds that the definitions

28   of the terms "ADVERTISEMENT," "ACCELERACERS," "BRATZ,"

1   "CONTESTED MATTEL PRODUCTS," "DIVA STARZ," "FISHER-PRICE,"

2   "MATTEL," "MGA," "MY SCENE," and "POLLY POCKET" are overbroad, vague

3   and ambiguous, unduly burdensome, and extend beyond those products and matters

4   placed at issue in this litigation.

5       11.   Mattel objects to each and every Request that seeks "all"

6   documents which constitute, mention, refer or relate to a given topic on the grounds

7   of undue burden and oppression.  Mattel will make available for inspection and

8   copying those documents and tangible items, if any, that it is able to locate after a

9   reasonable, good-faith search for and review of non-privileged responsive

10  documents.

11      12.   Mattel objects to the Requests on the grounds that they seek

12  information about matters that are not within the subject matter jurisdiction of the

13  Court.  Production by Mattel, if any, will be limited to those matters within the

14  Court's jurisdiction, and only in the event and to the extent that it is permitted by or

15  otherwise in compliance with foreign laws limiting disclosure and discovery and

16  only in the event and to the extent that the documents are within Mattel's possession,

17  custody or control pursuant to governing law.

18      13.   Mattel objects to each and every Request to the extent that it

19  seeks documents already produced in this action.  Documents which have already

20  been produced will not be produced again in response to these Requests.

21      14.   Objection to the production of any document or category of

22  documents described in the Requests, or agreement to produce any such documents,

23  is not and shall not be construed as an admission by Mattel that any such documents

24  or category of documents exist.  Where the responses indicate that Mattel will

25  produce such responsive documents, such documents, if any, will be produced if and

26  to the extent any such documents are in Mattel's possession, custody or control.

27      15.   Mattel objects to the time, place and manner of production

28  specified in the Requests.  Mattel will produce such responsive, non-privileged

1 | documents and tangible things, if any and to the extent not previously produced, in
2 | accordance with its responses at a time and place and in a manner that is reasonable,
3 | convenient and mutually agreed upon by the parties.
4 |
5 | ## RESPONSES TO REQUESTS FOR PRODUCTION
6 |    Each of the following objections and responses to the Requests is
7 | expressly made subject to the above Preliminary Statement and General Objections,
8 | all of which are incorporated in each of the following objections and responses to
9 | specific Requests.  A statement that Mattel will produce documents or tangible
10 | things in response to a Request is not intended to suggest, nor should it be construed
11 | to mean, that any such documents or tangible things exist, or that they are in Mattel's
12 | possession, custody or control.
13 |
14 | **REQUEST NO. 572**
15 |    All telephone records for any telephone number used by any of the
16 | following people at any time from January 1, 2001 to the present: Bob Eckert,
17 | Richard De Anda, Matt Bousquette, Neil Freedman, Erica Ashbrook, Ivy Ross, and
18 | Chuck Schooten.
19 |
20 | **RESPONSE TO REQUEST NO. 572**
21 |    In addition to the general objections stated above which are
22 | incorporated herein by reference, Mattel objects to this Request on the grounds that
23 | it is overbroad and unduly burdensome, including in that it seeks all documents
24 | regardless of whether such documents relate to products or matters at issue in this
25 | case and over an overly broad period of time.  Mattel further objects to the use of the
26 | terms "used by" in this context as vague and ambiguous.  Mattel further objects to
27 | the Request on the grounds that it seeks documents that are not relevant to this
28 | action or likely to lead to the discovery of admissible evidence.  Mattel further

1  objects to this Request on the grounds that it seeks confidential, proprietary and

2  trade secret information, including such information that has no bearing on the

3  claims or defenses in this action.  Mattel further objects to this Request on the

4  grounds that it seeks information that is protected by the right of privacy and the

5  right of privacy of third persons.

6

7  **REQUEST NO. 573**

8           All DOCUMENTS and COMMUNICATIONS REFERRING OR

9  RELATING TO MATTEL's employment policies, including, without limitation, all

10  employee manuals.  (The relevant time from for this request is from January. 1,

11  1998 to the present).

12

13  **RESPONSE TO REQUEST NO. 573**

14           In addition to the general objections stated above which are

15  incorporated herein by reference, Mattel objects to this Request on the grounds that

16  it is overbroad and unduly burdensome, including in that it seeks all documents

17  regardless of whether such documents relate to products or matters at issue in this

18  case.  Mattel further objects to the use of the terms "employment policies" in this

19  context as vague and ambiguous.  Mattel further objects to the Request on the

20  grounds that it seeks documents that are not relevant to this action or likely to lead

21  to the discovery of admissible evidence.  Mattel further objects to this Request on

22  the grounds that it seeks confidential, proprietary and trade secret information,

23  including such information that has no bearing on the claims or defenses in this

24  action.  Mattel further objects to this Request on the grounds that it calls for the

25  disclosure of information subject to the attorney-client privilege, the attorney work-

26  product doctrine and other applicable privileges.  Mattel further objects to the extent

27  the Request seeks documents already produced by Mattel.  Such documents will not

28  be produced again.

07975/2338336.1

1    Subject to and without waiving the foregoing objections, Mattel
2  responds as follows: Mattel has produced certain employee handbooks and Mattel's
3  code of conduct during the relevant time period.  These documents will not be re-
4  produced.
5
6  **REQUEST NO. 574**
7    All DOCUMENTS and COMMUNICATIONS between MATTEL and
8  EARLY LIGHT REFERRING OR RELATING TO the conception, design,
9  manufacture, production, marketing or sale of any BRATZ product.  (The relevant
10 time frame for this request is from January 1, 2001 to the present).
11
12 **RESPONSE TO REQUEST NO. 574**
13    In addition to the general objections stated above which are
14 incorporated herein by reference, Mattel objects to this Request on the grounds that
15 it is overbroad and unduly burdensome, including in that it seeks all documents
16 regardless of whether such documents relate to products or matters at issue in this
17 case.   Mattel further objects to the Request on the grounds that it seeks documents
18 that are not relevant to this action or likely to lead to the discovery of admissible
19 evidence.  Mattel further objects on the ground that this Request seeks to circumvent
20 the Discovery Master's Order dated May 22, 2007.
21
22 **REQUEST NO. 575**
23    All DOCUMENTS and COMMUNICATIONS between Tom
24 Debrowski and EARLY LIGHT REFERRING OR RELATING TO the conception,
25 design, manufacture, production, marketing or sale of any BRATZ product.  (The
26 relevant time frame for this request is from January 1, 2001 to the present).
27
28

07975/2338336.1

-7-

**RESPONSE TO REQUEST NO. 575**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad and unduly burdensome, including in that it seeks all documents regardless of whether such documents relate to products or matters at issue in this case.   Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence.   Mattel further objects on the ground that this Request seeks to circumvent the Discovery Master's Order dated May 22, 2007.

**REQUEST NO. 576**

All DOCUMENTS and COMMUNICATIONS between David Lewis and EARLY LIGHT REFERRING OR RELATING TO the conception, design, manufacture, production, marketing or sale of any BRATZ product.  (The relevant time frame for this request is from January 1, 2001 to the present).

**RESPONSE TO REQUEST NO. 576**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad and unduly burdensome, including in that it seeks all documents regardless of whether such documents relate to products or matters at issue in this case.   Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence.  Mattel further objects on the ground that this Request seeks to circumvent the Discovery Master's Order dated May 22, 2007.

07975/2338336.1

-8-

Exhibit 35 - Page 1341

**REQUEST NO. 577**

All DOCUMENTS and COMMUNICATIONS REFERRING OR RELATING TO MATTEL'S knowledge or awareness of a business relationship between MGA and EARLY LIGHT or any attempts by MATTEL to assist EARLY LIGHT in any way or interfere with or impact MGA's relationship with EARLY LIGHT.

**RESPONSE TO REQUEST NO. 577**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad and unduly burdensome, including in that it seeks all documents regardless of whether such documents relate to products or matters at issue in this case.   Mattel further objects to the use of the terms "assist," "interfere with" and "impact" in this context as vague and ambiguous.  Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence.  Mattel further objects on the ground that this Request seeks to circumvent the Discovery Master's Order dated May 22, 2007.  Mattel further objects to this Request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges.

**REQUEST NO. 578**

All DOCUMENTS and COMMUNICATIONS authored (in whole or in part) by Tom Debrowski REFERRING OR RELATING TO any business relationship between MGA and EARLY LIGHT.  (The relevant time frame for this request is from January 1, 2001 to the present).

07975/2338336.1

MATTEL'S RESPONSES TO MGA'S SEVENTH SET OF REQUESTS FOR PRODUCTION

Exhibit 35 - Page 1342

**RESPONSE TO REQUEST NO. 578**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad and unduly burdensome, including in that it seeks all documents regardless of whether such documents relate to products or matters at issue in this case. Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence. Mattel further objects to this Request on the grounds that it seeks confidential, proprietary and trade secret information, including such information that has no bearing on the claims or defenses in this action. Mattel further objects to this Request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges.

**REQUEST NO. 579**

All DOCUMENTS and COMMUNICATIONS authored by David Lewis REFERRING OR RELATING TO any business relationship between MGA and EARLY LIGHT. (The relevant time frame for this request is from January 1, 2001 to the present).

**RESPONSE TO REQUEST NO. 579**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad and unduly burdensome, including in that it seeks all documents regardless of whether such documents relate to products or matters at issue in this case. Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence. Mattel further objects to this Request on the grounds that it seeks

07975/2338336.1

**-10-**

Exhibit 35 - Page 1343

1 confidential, proprietary and trade secret information, including such information
2 that has no bearing on the claims or defenses in this action. Mattel further objects to
3 this Request on the grounds that it calls for the disclosure of information subject to
4 the attorney-client privilege, the attorney work-product doctrine and other applicable
5 privileges.

6

7 **REQUEST NO. 580**

8       All DOCUMENTS produced or provided by MATTEL to EARLY
9 LIGHT REFERRING OR RELATING TO the conception, design, manufacture,
10 production, marketing or sale of any BRATZ product, or any business relationship
11 between MGA and EARLY LIGHT. (The relevant time frame for this request is
12 from January 1, 2001 to the present).

13

14 **RESPONSE TO REQUEST NO. 580**

15       In addition to the general objections stated above which are
16 incorporated herein by reference, Mattel objects to this Request on the grounds that
17 it is overbroad and unduly burdensome, including in that it seeks all documents
18 regardless of whether such documents relate to products or matters at issue in this
19 case. Mattel further objects to the Request on the grounds that it seeks documents
20 that are not relevant to this action or likely to lead to the discovery of admissible
21 evidence. Mattel further objects to this Request on the grounds that it seeks
22 confidential, proprietary and trade secret information, including such information
23 that has no bearing on the claims or defenses in this action.

24

25

26

27

28

-11-

Exhibit 35 - Page 1344

**REQUEST NO. 581**

All DOCUMENTS REFERRING OR RELATING TO the identity of licensees of BARBIE or any intellectual property relating to any CONTESTED MATTEL PRODUCT since January 1, 2001.

**RESPONSE TO REQUEST NO. 581**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad and unduly burdensome, including in that it seeks all documents regardless of whether such documents relate to products or matters at issue in this case and relates for an unreasonably long time period.   Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence.  Mattel further objects to this Request on the grounds that it seeks confidential, proprietary and trade secret information, including such information that has no bearing on the claims or defenses in this action.  Mattel further objects to this Request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges.

**REQUEST NO. 582**

All license agreements for BARBIE or any intellectual property relating to any CONTESTED MATTEL PRODUCT that was in effect at any time from January 1, 2001 to the present.

**RESPONSE TO REQUEST NO. 582**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad and unduly burdensome, including in that it seeks all documents

1  regardless of whether such documents relate to products or matters at issue in this

2  case and is for an unreasonable length of time.  Mattel further objects to the Request

3  on the grounds that it seeks documents that are not relevant to this action or likely to

4  lead to the discovery of admissible evidence.  Mattel further objects to this Request

5  on the grounds that it seeks confidential, proprietary and trade secret information,

6  including such information that has no bearing on the claims or defenses in this

7  action.

8

9  **REQUEST NO. 583**

10          All DOCUMENTS and COMMUNICATIONS REFERRING OR

11  RELATING TO the conception, reduction to practice, design, marketing, or

12  promotion of any CONTESTED MATTEL PRODUCT.

13

14  **RESPONSE TO REQUEST NO. 583**

15          In addition to the general objections stated above which are

16  incorporated herein by reference, Mattel objects to this Request on the grounds that

17  it is overbroad and unduly burdensome, including in that it seeks all documents on

18  this subject without limitation as to time, and regardless of whether such documents

19  relate to products or matters at issue in this case.  Mattel further objects to the use of

20  the phrase "CONTESTED MATTEL PRODUCT" in this context as vague and

21  ambiguous.  Mattel further objects to the Request on the grounds that it seeks

22  documents that are not relevant to this action or likely to lead to the discovery of

23  admissible evidence.  Mattel further objects to this Request on the grounds that it

24  seeks confidential, proprietary and trade secret information, including such

25  information that has no bearing on the claims or defenses in this action.  Mattel

26  further objects to this Request on the grounds that it calls for the disclosure of

27  information subject to the attorney-client privilege, the attorney work-product

28  doctrine and other applicable privileges.  Mattel further objects to the extent the

07975/2338336.1

-13-

MATTEL'S RESPONSES TO MGA'S SEVENTH SET OF REQUESTS FOR PRODUCTION

Exhibit 35 - Page 1346

1  Request seeks documents already produced by Mattel. Such documents will not be
2  produced again.

3          Subject to and without waiving the foregoing objections, Mattel
4  responds as follows: Mattel will produce documents regarding the conception,
5  reduction to practice and design of the CONTESTED MATTEL PRODUCTS that
6  are in Mattel's possession, custody, or control, if any, that Mattel has been able to
7  locate after a diligent search and reasonable inquiry, to the extent not previously
8  produced.

9

10  **REQUEST NO. 584**

11          All DOCUMENTS and COMMUNICATIONS REFERRING OR
12  RELATING TO any COMMUNICATION from MATTEL to any PERSON
13  regarding whether that PERSON, or any other PERSON, should or should not do
14  business with MGA.

15

16  **RESPONSE TO REQUEST NO. 584**

17          In addition to the general objections stated above which are
18  incorporated herein by reference, Mattel objects to this Request on the grounds that
19  it is overbroad and unduly burdensome, including in that it seeks all documents on
20  this subject without limitation as to time, and regardless of whether such documents
21  relate to products or matters at issue in this case, and would require Mattel to
22  undertake an unreasonable search determine whether such communications
23  occurred. Mattel further objects to the Request on the grounds that it seeks
24  documents that are not relevant to this action or likely to lead to the discovery of
25  admissible evidence. Mattel further objects to the Request on the grounds that it is
26  vague and ambiguous. Mattel further objects to this Request on the grounds that it
27  seeks confidential, proprietary and trade secret information, including such
28  information that has no bearing on the claims or defenses in this action. Mattel

07975/2338336.1

1  further objects to this Request on the grounds that it calls for the disclosure of

2  information subject to the attorney-client privilege, the attorney work-product

3  doctrine and other applicable privileges.  Mattel further objects to the extent the

4  Request seeks documents already produced by Mattel.  Such documents will not be

5  produced again.

6

7  **REQUEST NO. 585**

8        All DOCUMENTS and COMMUNICATIONS REFERRING OR

9  RELATING TO any restriction or limitation on a PERSON's business dealings with

10  MGA (whether contractual or otherwise) that MATTEL has suggested, proposed, or

11  required.  (The relevant time frame for this request is from January 1, 2001, to the

12  present).

13

14  **RESPONSE TO REQUEST NO. 585**

15        In addition to the general objections stated above which are

16  incorporated herein by reference, Mattel objects to this Request on the grounds that

17  it is overbroad and unduly burdensome, and regardless of whether such documents

18  relate to products or matters at issue in this case, and would require Mattel to

19  undertake an unreasonable search determine whether such communications

20  occurred.  Mattel further objects to the Request on the grounds that it seeks

21  documents that are not relevant to this action or likely to lead to the discovery of

22  admissible evidence.  Mattel further objects to the Request on the grounds that it is

23  vague and ambiguous.  Mattel further objects to this Request on the grounds that it

24  seeks confidential, proprietary and trade secret information, including such

25  information that has no bearing on the claims or defenses in this action.  Mattel

26  further objects to this Request on the grounds that it calls for the disclosure of

27  information subject to the attorney-client privilege, the attorney work-product

28  doctrine and other applicable privileges.  Mattel further objects to the extent the

07975/2338336.1

-15-

Exhibit 35 - Page 1348

1 Request seeks documents already produced by Mattel. Such documents will not be
2 produced again.

3

4 **REQUEST NO. 586**

5       ALL DOCUMENTS and COMMUNICATIONS REFERRING OR
6 RELATING TO any COMMUNICATION sent by MATTEL to any PERSON
7 asserting, alleging or suggesting that MGA's advertising or promotional materials
8 are false or misleading. (The relevant time frame for this request is from January 1,
9 2001 to the present).

10

11 **RESPONSE TO REQUEST NO. 586**

12       In addition to the general objections stated above which are
13 incorporated herein by reference, Mattel objects to this Request on the grounds that
14 it is overbroad and unduly burdensome, including in that it seeks all documents
15 regardless of whether such documents relate to products or matters at issue in this
16 case. Mattel further objects to the Request on the grounds that it seeks documents
17 that are not relevant to this action or likely to lead to the discovery of admissible
18 evidence. Mattel further objects to this Request on the grounds that it seeks
19 confidential, proprietary and trade secret information, including such information
20 that has no bearing on the claims or defenses in this action. Mattel further objects to
21 this Request on the grounds that it calls for the disclosure of information subject to
22 the attorney-client privilege, the attorney work-product doctrine and other applicable
23 privileges. Mattel further objects to the extent the Request seeks documents already
24 produced by Mattel. Such documents will not be produced again.

25       Subject to and without waiving the foregoing objections, Mattel
26 responds as follows: Mattel will produce communications with third-parties
27 regarding complaints that MGA's advertising or promotional materials fail to
28 comply with applicable requirements, or are false or misleading, if any, that Mattel

07975/2338336.1

1 | has been able to locate after a diligent search and reasonable inquiry, to the extent
2 | not previously produced.

3

4 | **REQUEST NO. 587**

5 |       ALL DOCUMENTS and COMMUNICATIONS REFERRING OR
6 | RELATING TO any COMMUNICATION sent by MATTEL to any PERSON
7 | asserting, alleging or suggesting that MGA is infringing MATTEL's intellectual
8 | property rights. (The relevant time frame for this request is from January 1, 2001 to
9 | the present).

10

11 | **RESPONSE TO REQUEST NO. 587**

12 |       In addition to the general objections stated above which are
13 | incorporated herein by reference, Mattel objects to this Request on the grounds that
14 | it is overbroad and unduly burdensome, including in that it seeks all documents
15 | regardless of whether such documents relate to products or matters at issue in this
16 | case. Mattel further objects to the Request on the grounds that it seeks documents
17 | that are not relevant to this action or likely to lead to the discovery of admissible
18 | evidence. Mattel further objects to this Request on the grounds that it seeks
19 | confidential, proprietary and trade secret information, including such information
20 | that has no bearing on the claims or defenses in this action. Mattel further objects to
21 | this Request on the grounds that it calls for the disclosure of information subject to
22 | the attorney-client privilege, the attorney work-product doctrine and other applicable
23 | privileges.

24

25 | **REQUEST NO. 588**

26 |       All DOCUMENTS or COMMUNICATIONS REFERRING OR
27 | RELATING to any assertion, allegation or suggestion by any PERSON (other than
28 | the parties in this ACTION) that MATTEL's advertising or promotional materials

-17-

MATTEL'S RESPONSES TO MGA'S SEVENTH SET OF REQUESTS FOR PRODUCTION

Exhibit 35 - Page 1350

1 | are false and misleading. (The relevant time frame for this request is from January
2 | 1, 2001 to the present).

3

4 | **RESPONSE TO REQUEST NO. 588**

5 | In addition to the general objections stated above which are
6 | incorporated herein by reference, Mattel objects to this Request on the grounds that
7 | it is overbroad and unduly burdensome, including in that it seeks all documents
8 | regardless of whether such documents relate to products or matters at issue in this
9 | case. Mattel further objects to the Request on the grounds that it seeks documents
10 | that are not relevant to this action or likely to lead to the discovery of admissible
11 | evidence. Mattel further objects to this Request on the grounds that it seeks
12 | confidential, proprietary and trade secret information, including such information
13 | that has no bearing on the claims or defenses in this action. Mattel further objects to
14 | this Request on the grounds that it calls for the disclosure of information subject to
15 | the attorney-client privilege, the attorney work-product doctrine and other applicable
16 | privileges.

17

18 | **REQUEST NO. 589**

19 | All DOCUMENTS or COMMUNICATIONS REFERRING OR
20 | RELATING to any assertion, allegation or suggestion by any PERSON (other than
21 | the parties in this ACTION) that MATTEL is infringing on that other PERSON's
22 | intellectual property rights. (The relevant time frame for this request is from
23 | January 1, 2001 to the present).

24

25 | **RESPONSE TO REQUEST NO. 589**

26 | In addition to the general objections stated above which are
27 | incorporated herein by reference, Mattel objects to this Request on the grounds that
28 | it is overbroad and unduly burdensome, including in that it seeks all documents

-18-

MATTEL'S RESPONSES TO MGA'S SEVENTH SET OF REQUESTS FOR PRODUCTION

Exhibit 35 - Page 1351

1  regardless of whether such documents relate to products or matters at issue in this
2  case. Mattel further objects on the grounds that the Request is vague and
3  ambiguous. Mattel further objects to the Request on the grounds that it seeks
4  documents that are not relevant to this action or likely to lead to the discovery of
5  admissible evidence. Mattel further objects to this Request on the grounds that it
6  seeks confidential, proprietary and trade secret information, including such
7  information that has no bearing on the claims or defenses in this action. Mattel
8  further objects to this Request on the grounds that it calls for the disclosure of
9  information subject to the attorney-client privilege, the attorney work-product
10 doctrine and other applicable privileges.

11

12 **REQUEST NO. 590**

13         ALL DOCUMENTS and COMMUNICATIONS REFERRING OR
14 RELATING TO any effort by MATTEL to contact or hire any MGA employee.

15

16 **RESPONSE TO REQUEST NO. 590**

17         In addition to the general objections stated above which are
18 incorporated herein by reference, Mattel objects to this Request on the grounds that
19 it is overbroad and unduly burdensome, including in that it seeks all documents on
20 this subject without limitation as to time, and regardless of whether such documents
21 relate to products or matters at issue in this case. Mattel further objects to the
22 Request on the grounds that it seeks documents that are not relevant to this action or
23 likely to lead to the discovery of admissible evidence. Mattel further objects to this
24 Request on the grounds that it calls for the disclosure of information subject to the
25 attorney-client privilege, the attorney work-product doctrine and other applicable
26 privileges.

27

28

1   **REQUEST NO. 591**

2           ALL DOCUMENTS and COMMUNICATIONS REFERRING OR

3   RELATING to lead paint being used or found in any product sold by MATTEL,

4   including without limitation any CONTESTED MATTEL PRODUCT, any

5   BARBIE product, or any DIVA STARS product.

6

7   **RESPONSE TO REQUEST NO. 591**

8           In addition to the general objections stated above which are

9   incorporated herein by reference, Mattel objects to this Request on the grounds that

10  it is overbroad and unduly burdensome, including in that it seeks all documents on

11  this subject without limitation as to time, and regardless of whether such documents

12  relate to products or matters at issue in this case.  Mattel further objects to the

13  Request on the grounds that it seeks documents that are not relevant to this action or

14  likely to lead to the discovery of admissible evidence.  Mattel further objects to this

15  Request on the grounds that it seeks confidential, proprietary and trade secret

16  information, including such information that has no bearing on the claims or

17  defenses in this action.  Mattel further objects to this Request on the grounds that it

18  calls for the disclosure of information subject to the attorney-client privilege, the

19  attorney work-product doctrine and other applicable privileges.

20

21  **REQUEST NO. 592**

22          ALL DOCUMENTS and COMMUNICATIONS REFERRING OR

23  RELATING to any recall any product sold by MATTEL, including without

24  limitation any CONTESTED MATTEL PRODUCT, any BARBIE product, or any

25  DIVA STARS product.

26

27

28

**RESPONSE TO REQUEST NO. 592**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad and unduly burdensome, including in that it seeks all documents on this subject without limitation as to time, and regardless of whether such documents relate to products or matters at issue in this case.  Mattel further objects to the use of the term "MATTEL" in this context as vague and ambiguous.  Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence.  Mattel further objects to this Request on the grounds that it seeks confidential, proprietary and trade secret information, including such information that has no bearing on the claims or defenses in this action.  Mattel further objects to this Request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges.

**REQUEST NO. 593**

ALL DOCUMENTS and COMMUNICATIONS REFERRING OR RELATING to any safety concern regarding any product sold by MATTEL, including without limitation any CONTESTED MATTEL PRODUCT, any BARBIE product, or any DIVA STARS product.

**RESPONSE TO REQUEST NO. 593**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad and unduly burdensome, including in that it seeks all documents on this subject without limitation as to time, and regardless of whether such documents relate to products or matters at issue in this case.  Mattel further objects to the use of the terms "MATTEL" and "CONTESTED MATTEL PRODUCTS" in this context

1  as vague and ambiguous.  Mattel further objects to the Request on the grounds that it

2  seeks documents that are not relevant to this action or likely to lead to the discovery

3  of admissible evidence.  Mattel further objects to this Request on the grounds that it

4  seeks confidential, proprietary and trade secret information, including such

5  information that has no bearing on the claims or defenses in this action.  Mattel

6  further objects to this Request on the grounds that it calls for the disclosure of

7  information subject to the attorney-client privilege, the attorney work-product

8  doctrine and other applicable privileges.

9

10  **REQUEST NO. 594**

11          All DOCUMENTS and COMMUNICATIONS between MATTEL and

12  Bandai REFERRING OR RELATING TO the conception, design, manufacture,

13  production, marketing or sale of any BRATZ product.  (The relevant time frame for

14  this request is from January 1, 2001 to the present).

15

16  **RESPONSE TO REQUEST NO. 594**

17          In addition to the general objections stated above which are

18  incorporated herein by reference, Mattel objects to this Request on the grounds that

19  it is overbroad and unduly burdensome, including in that it seeks all documents

20  regardless of whether such documents relate to products or matters at issue in this

21  case.  Mattel further objects to the Request on the grounds that it seeks documents

22  that are not relevant to this action or likely to lead to the discovery of admissible

23  evidence.  Mattel further objects to this Request on the grounds that it seeks

24  confidential, proprietary and trade secret information, including such information

25  that has no bearing on the claims or defenses in this action.  Mattel further objects

26  on the ground that this Request seeks to circumvent the Discovery Master's Order

27  dated May 22, 2007.

28

07975/2338336.1

-22-

MATTEL'S RESPONSES TO MGA'S SEVENTH SET OF REQUESTS FOR PRODUCTION

Exhibit 35 - Page 1355

1  **REQUEST NO. 595**

2         All DOCUMENTS and COMMUNICATIONS between MATTEL and

3  Mattel Mexico REFERRING OR RELATING TO the conception, design,

4  manufacture, production, marketing or sale of any BRATZ product or the

5  allegations in MATTEL'S COUNTERCLAIMS.

6

7  **RESPONSE TO REQUEST NO. 595**

8         In addition to the general objections stated above which are

9  incorporated herein by reference, Mattel objects to this Request on the grounds that

10  it is overbroad and unduly burdensome, including in that it seeks all documents on

11  this subject without limitation as to time, and regardless of whether such documents

12  relate to products or matters at issue in this case.   Mattel further objects to the

13  Request on the grounds that it seeks documents that are not relevant to this action or

14  likely to lead to the discovery of admissible evidence.  Mattel further objects to this

15  Request on the grounds that it seeks confidential, proprietary and trade secret

16  information, including such information that has no bearing on the claims or

17  defenses in this action. Mattel further objects to this Request on the grounds that it

18  calls for the disclosure of information subject to the attorney-client privilege, the

19  attorney work-product doctrine and other applicable privileges. Mattel further

20  objects on the ground that this Request seeks to circumvent the Discovery Master's

21  Order dated May 22, 2007.

22

23  **REQUEST NO. 596**

24         All DOCUMENTS and COMMUNICATIONS between MATTEL and

25  Mateo Romano REFERRING OR RELATING TO the conception, design,

26  manufacture, production, marketing or sale of any BRATZ product or the

27  allegations in MATTEL'S COUNTERCLAIMS.

28

07975/2338336.1

1 **RESPONSE TO REQUEST NO. 596**

2       In addition to the general objections stated above which are

3 incorporated herein by reference, Mattel objects to this Request on the grounds that

4 it is overbroad and unduly burdensome, including in that it seeks all documents on

5 this subject without limitation as to time, and regardless of whether such documents

6 relate to products or matters at issue in this case.  Mattel further objects to the

7 Request on the grounds that it seeks documents that are not relevant to this action or

8 likely to lead to the discovery of admissible evidence.  Mattel further objects to this

9 Request on the grounds that it seeks confidential, proprietary and trade secret

10 information, including such information that has no bearing on the claims or

11 defenses in this action.  Mattel further objects to this Request on the grounds that it

12 calls for the disclosure of information subject to the attorney-client privilege, the

13 attorney work-product doctrine and other applicable privileges.  Mattel further

14 objects on the ground that this Request seeks to circumvent the Discovery Master's

15 Order dated May 22, 2007.

16

17 **REQUEST NO. 597**

18       ALL DOCUMENTS and COMMUNICATIONS REFERRING OR

19 RELATING TO any litigation with Simba.

20

21 **RESPONSE TO REQUEST NO. 597**

22       In addition to the general objections stated above which are

23 incorporated herein by reference, Mattel objects to this Request on the grounds that

24 it is overbroad and unduly burdensome, including in that it seeks all documents on

25 this subject without limitation as to time, and regardless of whether such documents

26 relate to products or matters at issue in this case.  Mattel further objects to the use of

27 the terms "any litigation" in this context as vague and ambiguous.  Mattel further

28 objects to the Request on the grounds that it seeks documents that are not relevant to

1  this action or likely to lead to the discovery of admissible evidence. Mattel further

2  objects to this Request on the grounds that it seeks confidential, proprietary and

3  trade secret information, including such information that has no bearing on the

4  claims or defenses in this action. Mattel further objects to this Request on the

5  grounds that it calls for the disclosure of information subject to the attorney-client

6  privilege, the attorney work-product doctrine and other applicable privileges. Mattel

7  further objects to the extent the Request seeks documents already produced by

8  Mattel. Such documents will not be produced again.

9

10 **REQUEST NO. 598**

11           ALL DOCUMENTS and COMMUNICATIONS REFERRING OR

12 RELATING TO any demand, claim or lawsuit by MATTEL (other than this

13 ACTION) alleging infringement of MATTEL'S intellectual property rights in any

14 CONTESTED MATTEL PRODUCT, any BARBIE product, or any DIVA STARS

15 product.

16

17 **RESPONSE TO REQUEST NO. 598**

18           In addition to the general objections stated above which are

19 incorporated herein by reference, Mattel objects to this Request on the grounds that

20 it is overbroad and unduly burdensome, including in that it seeks all documents on

21 this subject without limitation as to time, and regardless of whether such documents

22 relate to products or matters at issue in this case. Mattel further objects to the

23 Request on the grounds that it seeks documents that are not relevant to this action or

24 likely to lead to the discovery of admissible evidence. Mattel further objects to this

25 Request on the grounds that it seeks confidential, proprietary and trade secret

26 information, including such information that has no bearing on the claims or

27 defenses in this action. Mattel further objects to this Request on the grounds that it

28

-25-

Exhibit 35 - Page 1358

1   calls for the disclosure of information subject to the attorney-client privilege, the

2   attorney work-product doctrine and other applicable privileges.

3

4   **REQUEST NO. 599**

5           ALL DOCUMENTS and COMMUNICATIONS REFERRING OR

6   RELATING TO any demand, claim or lawsuit against MATTEL (other than this

7   ACTION) alleging that any CONTESTED MATTEL PRODUCT, any BARBIE

8   product, or any DIVA STARS product infringes the intellectual property rights of

9   another PERSON.

10

11   **RESPONSE TO REQUEST NO. 599**

12           In addition to the general objections stated above which are

13   incorporated herein by reference, Mattel objects to this Request on the grounds that

14   it is overbroad, unduly burdensome, and unintelligible, including in that it seeks all

15   documents on this subject without limitation as to time, and regardless of whether

16   such documents relate to products or matters at issue in this case.   Mattel further

17   objects to the Request on the grounds that it seeks documents that are not relevant to

18   this action or likely to lead to the discovery of admissible evidence.  Mattel further

19   objects to this Request on the grounds that it seeks confidential, proprietary and

20   trade secret information, including such information that has no bearing on the

21   claims or defenses in this action.  Mattel further objects to this Request on the

22   grounds that it calls for the disclosure of information subject to the attorney-client

23   privilege, the attorney work-product doctrine and other applicable privileges.

24

25   **REQUEST NO. 600**

26           All DOCUMENTS and COMMUNICATIONS REFERRING OR

27   RELATING TO any COMMUNICATION (including all memos and directives)

28

07975/2338336.1

MATTEL'S RESPONSES TO MGA'S SEVENTH SET OF REQUESTS FOR PRODUCTION

Exhibit 35 - Page 1359

1  given by MATTEL to its retail merchandisers, contractors and employees with

2  regard to the conception, design, or marketing of any BRATZ product.

3

4  **RESPONSE TO REQUEST NO. 600**

5          In addition to the general objections stated above which are

6  incorporated herein by reference, Mattel objects to this Request on the grounds that

7  it is overbroad and unduly burdensome, including in that it seeks all documents on

8  this subject without limitation as to time, and regardless of whether such documents

9  relate to products or matters at issue in this case. Mattel further objects to the

10  Request on the grounds that it seeks documents that are not relevant to this action or

11  likely to lead to the discovery of admissible evidence. Mattel further objects to this

12  Request on the grounds that it seeks confidential, proprietary and trade secret

13  information, including such information that has no bearing on the claims or

14  defenses in this action. Mattel further objects to this Request on the grounds that it

15  calls for the disclosure of information subject to the attorney-client privilege, the

16  attorney work-product doctrine and other applicable privileges. Mattel further

17  objects to the extent the Request seeks documents already produced by Mattel.

18  Such documents will not be produced again. Mattel further objects on the ground

19  that this Request seeks to circumvent the Discovery Master's Order dated May 22,

20  2007.

21

22  **REQUEST NO. 601**

23          All DOCUMENTS and COMMUNICATIONS REFERRING OR

24  RELATING TO any COMMUNICATION (including all memos and directives)

25  given by MATTEL to its retail merchandisers, contractors and employees with

26  regard competition between any BRATZ product and any MATTEL product.

27

28

07975/2338336.1

-27-

MATTEL'S RESPONSES TO MGA'S SEVENTH SET OF REQUESTS FOR PRODUCTION

Exhibit 35 - Page 1360

**RESPONSE TO REQUEST NO. 601**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad and unduly burdensome, including in that it seeks all documents on this subject without limitation as to time, and regardless of whether such documents relate to products or matters at issue in this case.   Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence.  Mattel further objects to this Request on the grounds that it seeks confidential, proprietary and trade secret information, including such information that has no bearing on the claims or defenses in this action.  Mattel further objects to this Request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges.  Mattel further objects to the extent the Request seeks documents already produced by Mattel. Such documents will not be produced again.  Mattel further objects on the ground that this Request seeks to circumvent the Discovery Master's Order dated May 22, 2007.

**REQUEST NO. 602**

All DOCUMENTS and COMMUNICATIONS REFERRING OR RELATING TO any COMMUNICATION (including all memos and directives) given by MATTEL to its retail merchandisers, contractors and employees with regard selling any BRATZ product or working with or for MGA.

**RESPONSE TO REQUEST NO. 602**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad and unduly burdensome, including in that it seeks all documents on

MATTEL'S RESPONSES TO MGA'S SEVENTH SET OF REQUESTS FOR PRODUCTION

07975/2338336.1

Exhibit 35 - Page 1361

1  this subject without limitation as to time, and regardless of whether such documents

2  relate to products or matters at issue in this case.   Mattel further objects to the

3  Request on the grounds that it seeks documents that are not relevant to this action or

4  likely to lead to the discovery of admissible evidence.  Mattel further objects to this

5  Request on the grounds that it seeks confidential, proprietary and trade secret

6  information, including such information that has no bearing on the claims or

7  defenses in this action.  Mattel further objects to this Request on the grounds that it

8  calls for the disclosure of information subject to the attorney-client privilege, the

9  attorney work-product doctrine and other applicable privileges.  Mattel further

10  objects to the extent the Request seeks documents already produced by Mattel.

11  Such documents will not be produced again.  Mattel further objects on the ground

12  that this Request seeks to circumvent the Discovery Master's Order dated May 22,

13  2007.

14

15  **REQUEST NO. 603**

16          All DOCUMENTS and COMMUNICATIONS REFERRING OR

17  RELATING TO COMMUNICATIONS between Erica Ashbrook and anyone at

18  MATTEL regarding any BRATZ product or MGA's business at Wal-Mart.

19

20  **RESPONSE TO REQUEST NO. 603**

21          In addition to the general objections stated above which are

22  incorporated herein by reference, Mattel objects to this Request on the grounds that

23  it is overbroad and unduly burdensome, including in that it seeks all documents on

24  this subject without limitation as to time, and regardless of whether such documents

25  relate to products or matters at issue in this case.   Mattel further objects to the

26  Request on the grounds that it seeks documents that are not relevant to this action or

27  likely to lead to the discovery of admissible evidence.  Mattel further objects to this

28  Request on the grounds that it seeks confidential, proprietary and trade secret

1  information, including such information that has no bearing on the claims or

2  defenses in this action. Mattel further objects to this Request on the grounds that it

3  calls for the disclosure of information subject to the attorney-client privilege, the

4  attorney work-product doctrine and other applicable privileges. Mattel further

5  objects to the extent the Request seeks documents already produced by Mattel.

6  Such documents will not be produced again. Mattel further objects on the ground

7  that this Request seeks to circumvent the Discovery Master's Order dated May 22,

8  2007.

9

10  **REQUEST NO. 604**

11          All passports showing travel to or from Hong Kong or China by Neil

12  Freedman, Bob Eckert, Tom Debrowski from 1999 until the date of this request.

13

14  **RESPONSE TO REQUEST NO. 604**

15          In addition to the general objections stated above which are

16  incorporated herein by reference, Mattel objects to this Request on the grounds that

17  it is overbroad and unduly burdensome, including in that it seeks all documents

18  regardless of whether such documents relate to products or matters at issue in this

19  case. Mattel further objects to the Request on the grounds that it seeks documents

20  that are not relevant to this action or likely to lead to the discovery of admissible

21  evidence. Mattel further objects to this Request on the grounds that it seeks

22  confidential, proprietary and trade secret information, including such information

23  that has no bearing on the claims or defenses in this action. Mattel further objects to

24  this Request on the grounds that it seeks information that is protected by the right of

25  privacy.

26

27

28

**REQUEST NO. 605**

All versions of MATTEL'S employment contracts since BRYANT left MATTEL's employment on or about October 20, 2000.

**RESPONSE TO REQUEST NO. 605**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad and unduly burdensome, including in that it seeks all documents regardless of whether such documents relate to products or matters at issue in this case. Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence. Mattel further objects to this Request on the grounds that it seeks confidential, proprietary and trade secret information, including such information that has no bearing on the claims or defenses in this action. Mattel further objects to this Request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges. Mattel further objects on the grounds that this Request is duplicative of prior requests. Mattel further responds that documents responsive to this Request have been produced. They will note be reproduced.

**REQUEST NO. 606**

All DOCUMENTS and COMMUNICATIONS REFERRING TO OR RELATING TO changes or amendments made to MATTEL's employment contracts since BRYANT left MATTEL's employment on or about October 20, 2000.

**RESPONSE TO REQUEST NO. 606**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that

1  it is overbroad and unduly burdensome, including in that it seeks all documents

2  regardless of whether such documents relate to products or matters at issue in this

3  case. Mattel further objects to the Request on the grounds that it seeks documents

4  that are not relevant to this action or likely to lead to the discovery of admissible

5  evidence. Mattel further objects to this Request on the grounds that it seeks

6  confidential, proprietary and trade secret information, including such information

7  that has no bearing on the claims or defenses in this action. Mattel further objects to

8  this Request on the grounds that it calls for the disclosure of information subject to

9  the attorney-client privilege, the attorney work-product doctrine and other applicable

10  privileges. Mattel further objects on the grounds that this Request is duplicative of

11  prior requests. Mattel further responds that documents responsive to this Request

12  have been produced. They will note be reproduced.

13

14  **REQUEST NO. 607**

15          All versions of MATTEL'S EMPLOYEE INVENTIONS

16  AGREEMENT since BRYANT left MATTEL's employment on or about October

17  20, 2000.

18

19  **RESPONSE TO REQUEST NO. 607**

20          In addition to the general objections stated above which are

21  incorporated herein by reference, Mattel objects to this Request on the grounds that

22  it is overbroad and unduly burdensome, including in that it seeks all documents

23  regardless of whether such documents relate to products or matters at issue in this

24  case. Mattel further objects to the Request on the grounds that it seeks documents

25  that are not relevant to this action or likely to lead to the discovery of admissible

26  evidence. Mattel further objects to this Request on the grounds that it seeks

27  confidential, proprietary and trade secret information, including such information

28  that has no bearing on the claims or defenses in this action. Mattel further objects to

1  this Request on the grounds that it calls for the disclosure of information subject to
2  the attorney-client privilege, the attorney work-product doctrine and other applicable
3  privileges. Mattel further objects on the grounds that this Request is duplicative of
4  prior requests. Mattel further responds that documents responsive to this Request
5  have been produced. They will note be reproduced.

6

7  **REQUEST NO. 608**

8          All DOCUMENTS and COMMUNICATIONS REFERRING TO OR
9  RELATING TO changes or amendments made to MATTEL's EMPLOYEE
10 INVENTIONS AGREEMENT since BRYANT left MATTEL'S employment on or
11 about October 20, 2000.

12

13 **RESPONSE TO REQUEST NO. 608**

14          In addition to the general objections stated above which are
15 incorporated herein by reference, Mattel objects to this Request on the grounds that
16 it is overbroad and unduly burdensome, including in that it seeks all documents
17 regardless of whether such documents relate to products or matters at issue in this
18 case. Mattel further objects to the Request on the grounds that it seeks documents
19 that are not relevant to this action or likely to lead to the discovery of admissible
20 evidence. Mattel further objects to this Request on the grounds that it seeks
21 confidential, proprietary and trade secret information, including such information
22 that has no bearing on the claims or defenses in this action. Mattel further objects to
23 this Request on the grounds that it calls for the disclosure of information subject to
24 the attorney-client privilege, the attorney work-product doctrine and other applicable
25 privileges. Mattel further objects on the grounds that this Request is duplicative of
26 prior requests. Mattel further responds that documents responsive to this Request
27 have been produced. They will note be reproduced.

28

07975/2338336.1

-33-

MATTEL'S RESPONSES TO MGA'S SEVENTH SET OF REQUESTS FOR PRODUCTION

Exhibit 35 - Page 1366

**REQUEST NO. 609**

        All versions of MATTEL'S CONFLICT OF INTEREST QUESTIONNAIRE since BRYANT left MATTEL'S employment on or about October 20, 2000.

**RESPONSE TO REQUEST NO. 609**

        In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad and unduly burdensome, including in that it seeks all documents regardless of whether such documents relate to products or matters at issue in this case. Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence. Mattel further objects to this Request on the grounds that it seeks confidential, proprietary and trade secret information, including such information that has no bearing on the claims or defenses in this action. Mattel further objects to this Request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges. Mattel further objects on the grounds that this Request is duplicative of prior requests. Mattel further responds that documents responsive to this Request have been produced. They will note be reproduced.

**REQUEST NO. 610**

        All DOCUMENTS and COMMUNICATIONS REFERRING TO OR RELATING TO changes or amendments made to MATTEL's CONFLICT OF INTEREST QUESTIONNAIRE since BRYANT left MATTEL'S employment on or about October 20, 2000.

07975/2338336.1

-34-

**RESPONSE TO REQUEST NO. 610**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad and unduly burdensome, including in that it seeks all documents regardless of whether such documents relate to products or matters at issue in this case. Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence. Mattel further objects to this Request on the grounds that it seeks confidential, proprietary and trade secret information, including such information that has no bearing on the claims or defenses in this action. Mattel further objects to this Request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges. Mattel further objects on the grounds that this Request is duplicative of prior requests. Mattel further responds that documents responsive to this Request have been produced. They will note be reproduced.

**REQUEST NO. 611**

All DOCUMENTS and COMMUNICATIONS REFERRING TO OR RELATING TO the origins or sources of inspiration of POLLY POCKET, including, without limitation, the purpose for which POLLY POCKET were created.

**RESPONSE TO REQUEST NO. 611**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad and unduly burdensome, including in that it seeks all documents on this subject without limitation as to time, and regardless of whether such documents relate to products or matters at issue in this case. Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or

1   likely to lead to the discovery of admissible evidence.  Mattel further objects to this

2   Request on the grounds that it seeks confidential, proprietary and trade secret

3   information, including such information that has no bearing on the claims or

4   defenses in this action.  Mattel further objects to this Request on the grounds that it

5   calls for the disclosure of information subject to the attorney-client privilege, the

6   attorney work-product doctrine and other applicable privileges.  Mattel further

7   objects on the ground that this Request seeks to circumvent the Discovery Master's

8   Orders of April 19, 2007, and May 22, 2007.

9

10  **REQUEST NO. 612**

11          All DOCUMENTS and COMMUNICATIONS REFERRING TO OR

12  RELATING TO MATTEL'S initial design and development of POLLY POCKET,

13  including but not limited to design drawings, sculpts, internal memos, MARKET

14  RESEARCH, and approval memo.

15

16  **RESPONSE TO REQUEST NO. 612**

17          In addition to the general objections stated above which are

18  incorporated herein by reference, Mattel objects to this Request on the grounds that

19  it is overbroad and unduly burdensome, including in that it seeks all documents on

20  this subject without limitation as to time, and regardless of whether such documents

21  relate to products or matters at issue in this case.  Mattel further objects to the

22  Request on the grounds that it seeks documents that are not relevant to this action or

23  likely to lead to the discovery of admissible evidence.  Mattel further objects to this

24  Request on the grounds that it seeks confidential, proprietary and trade secret

25  information, including such information that has no bearing on the claims or

26  defenses in this action.  Mattel further objects to this Request on the grounds that it

27  calls for the disclosure of information subject to the attorney-client privilege, the

28  attorney work-product doctrine and other applicable privileges.  Mattel further

-36-

MATTEL'S RESPONSES TO MGA'S SEVENTH SET OF REQUESTS FOR PRODUCTION

Exhibit 35 - Page 1369

1 | objects on the ground that this Request seeks to circumvent the Discovery Master's
2 | Orders of April 19, 2007, and May 22, 2007.

3 |

4 | **REQUEST NO. 613**

5 |          All DOCUMENTS and COMMUNICATIONS REFERRING TO OR
6 | RELATING TO consideration being given to changing the appearance of POLLY
7 | POCKET, including but not limited to DOCUMENTS REFERRING TO OR
8 | RELATING TO sculpts, face paint and eye design.

9 |

10 | **RESPONSE TO REQUEST NO. 613**

11 |          In addition to the general objections stated above which are
12 | incorporated herein by reference, Mattel objects to this Request on the grounds that
13 | it is overbroad and unduly burdensome, including in that it seeks all documents on
14 | this subject without limitation as to time, and regardless of whether such documents
15 | relate to products or matters at issue in this case.  Mattel further objects to the
16 | Request on the grounds that it seeks documents that are not relevant to this action or
17 | likely to lead to the discovery of admissible evidence.  Mattel further objects to this
18 | Request on the grounds that it seeks confidential, proprietary and trade secret
19 | information, including such information that has no bearing on the claims or
20 | defenses in this action.  Mattel further objects to this Request on the grounds that it
21 | calls for the disclosure of information subject to the attorney-client privilege, the
22 | attorney work-product doctrine and other applicable privileges.  Mattel further
23 | objects on the ground that this Request seeks to circumvent the Discovery Master's
24 | Orders of April 19, 2007, and May 22, 2007.

25 |

26 | **REQUEST NO. 614**

27 |          Photographs or pictures sufficient to illustrate every variation or
28 | version of POLLY POCKET ever released as a commercial product, including

07975/2338336.1

-37-

Exhibit 35 - Page 1370

1   without limitation, any variation in face paint, face paint plans or designs, eye

2   designs, drafts, ideas or concepts.

3

4   **RESPONSE TO REQUEST NO. 614**

5          In addition to the general objections stated above which are

6   incorporated herein by reference, Mattel objects to this Request on the grounds that

7   it is overbroad and unduly burdensome, including in that it seeks all documents on

8   this subject without limitation as to time, and regardless of whether such documents

9   relate to products or matters at issue in this case.  Mattel further objects to the

10   Request on the grounds that it seeks documents that are not relevant to this action or

11   likely to lead to the discovery of admissible evidence.  Mattel further objects to this

12   Request on the grounds that it seeks confidential, proprietary and trade secret

13   information, including such information that has no bearing on the claims or

14   defenses in this action.  Mattel further objects to this Request on the grounds that it

15   calls for the disclosure of information subject to the attorney-client privilege, the

16   attorney work-product doctrine and other applicable privileges.  Mattel further

17   objects on the ground that this Request seeks to circumvent the Discovery Master's

18   Orders of April 19, 2007, and May 22, 2007.

19

20   **REQUEST NO. 615**

21          Photographs or pictures sufficient to illustrate every variation or

22   version of POLLY POCKET considered by YOU but never released as a

23   commercial product, including without limitation, face paint, face paint plans or

24   designs, eye designs, drafts, ideas or concepts.

25

26   **RESPONSE TO REQUEST NO. 615**

27          In addition to the general objections stated above which are

28   incorporated herein by reference, Mattel objects to this Request on the grounds that

1  it is overbroad and unduly burdensome, including in that it seeks all documents on

2  this subject without limitation as to time, and regardless of whether such documents

3  relate to products or matters at issue in this case. Mattel further objects to the

4  Request on the grounds that it seeks documents that are not relevant to this action or

5  likely to lead to the discovery of admissible evidence. Mattel further objects to this

6  Request on the grounds that it seeks confidential, proprietary and trade secret

7  information, including such information that has no bearing on the claims or

8  defenses in this action. Mattel further objects to this Request on the grounds that it

9  calls for the disclosure of information subject to the attorney-client privilege, the

10  attorney work-product doctrine and other applicable privileges. Mattel further

11  objects on the ground that this Request seeks to circumvent the Discovery Master's

12  Orders of April 19, 2007, and May 22, 2007.

13

14  **REQUEST NO. 616**

15       All DOCUMENTS and COMMUNICATIONS REFERRING TO OR

16  RELATING TO the design, development, themes, conception, or creation of the

17  packaging or artwork of POLLY POCKET, including without limitation, the

18  motivation, purpose or inspiration for the packaging or artwork.

19

20  **RESPONSE TO REQUEST NO. 616**

21       In addition to the general objections stated above which are

22  incorporated herein by reference, Mattel objects to this Request on the grounds that

23  it is overbroad and unduly burdensome, including in that it seeks all documents on

24  this subject without limitation as to time, and regardless of whether such documents

25  relate to products or matters at issue in this case. Mattel further objects to the

26  Request on the grounds that it seeks documents that are not relevant to this action or

27  likely to lead to the discovery of admissible evidence. Mattel further objects to this

28  Request on the grounds that it seeks confidential, proprietary and trade secret

1  information, including such information that has no bearing on the claims or

2  defenses in this action. Mattel further objects to this Request on the grounds that it

3  calls for the disclosure of information subject to the attorney-client privilege, the

4  attorney work-product doctrine and other applicable privileges. Mattel further

5  objects on the ground that this Request seeks to circumvent the Discovery Master's

6  Orders of April 19, 2007, and May 22, 2007.

7

8  **REQUEST NO. 617**

9        All DOCUMENTS and COMMUNICATIONS REFERRING TO OR

10  RELATING TO the development of the product design trade dress or packaging

11  trade dress of POLLY POCKET, including but not limited to the total image, design

12  and appearance of POLLY POCKET.

13

14  **RESPONSE TO REQUEST NO. 617**

15        In addition to the general objections stated above which are

16  incorporated herein by reference, Mattel objects to this Request on the grounds that

17  it is overbroad and unduly burdensome, including in that it seeks all documents on

18  this subject without limitation as to time, and regardless of whether such documents

19  relate to products or matters at issue in this case. Mattel further objects to the

20  Request on the grounds that it seeks documents that are not relevant to this action or

21  likely to lead to the discovery of admissible evidence. Mattel further objects to this

22  Request on the grounds that it seeks confidential, proprietary and trade secret

23  information, including such information that has no bearing on the claims or

24  defenses in this action. Mattel further objects to this Request on the grounds that it

25  calls for the disclosure of information subject to the attorney-client privilege, the

26  attorney work-product doctrine and other applicable privileges. Mattel further

27  objects on the ground that this Request seeks to circumvent the Discovery Master's

28  Orders of April 19, 2007, and May 22, 2007.

1   **REQUEST NO. 618**

2       DOCUMENTS sufficient to show any position MATTEL has taken

3   with respect to its claimed trade dress in connection with POLLY POCKET,

4   including but not limited to internal COMMUNICATIONS, COMMUNICATIONS

5   with third parties, trademark applications and related DOCUMENTS, filings in

6   judicial proceedings, and regulatory filings.

7

8   **RESPONSE TO REQUEST NO. 618**

9       In addition to the general objections stated above which are

10  incorporated herein by reference, Mattel objects to this Request on the grounds that

11  it is overbroad and unduly burdensome, including in that it seeks all documents on

12  this subject without limitation as to time, and regardless of whether such documents

13  relate to products or matters at issue in this case.  Mattel further objects to the

14  Request on the grounds that it seeks documents that are not relevant to this action or

15  likely to lead to the discovery of admissible evidence.  Mattel further objects to this

16  Request on the grounds that it seeks confidential, proprietary and trade secret

17  information, including such information that has no bearing on the claims or

18  defenses in this action.  Mattel further objects to this Request on the grounds that it

19  calls for the disclosure of information subject to the attorney-client privilege, the

20  attorney work-product doctrine and other applicable privileges.  Mattel further

21  objects on the ground that this Request seeks to circumvent the Discovery Master's

22  Orders of April 19, 2007, and May 22, 2007.

23

24  **REQUEST NO. 619**

25      All DOCUMENTS and COMMUNICATIONS REFERRING TO OR

26  RELATING TO any MARKET RESEARCH, projections or plans pertaining to the

27  release of POLLY POCKET to the market.

28

-41-

Exhibit 35 - Page 1374

**RESPONSE TO REQUEST NO. 619**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad and unduly burdensome, including in that it seeks all documents on this subject without limitation as to time, and regardless of whether such documents relate to products or matters at issue in this case. Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence. Mattel further objects to this Request on the grounds that it seeks confidential, proprietary and trade secret information, including such information that has no bearing on the claims or defenses in this action. Mattel further objects to this Request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges. Mattel further objects on the ground that this Request seeks to circumvent the Discovery Master's Orders of April 19, 2007, and May 22, 2007.

**REQUEST NO. 620**

All DOCUMENTS and COMMUNICATIONS REFERRING TO OR RELATING TO any BRATZ product or theme as an inspiration factor in the development of any POLLY POCKET product.

**RESPONSE TO REQUEST NO. 620**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad and unduly burdensome, including in that it seeks all documents on this subject without limitation as to time, and regardless of whether such documents relate to products or matters at issue in this case. Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or

1 | likely to lead to the discovery of admissible evidence. Mattel further objects to this

2 | Request on the grounds that it seeks confidential, proprietary and trade secret

3 | information, including such information that has no bearing on the claims or

4 | defenses in this action. Mattel further objects to this Request on the grounds that it

5 | calls for the disclosure of information subject to the attorney-client privilege, the

6 | attorney work-product doctrine and other applicable privileges. Mattel further

7 | objects on the ground that this Request seeks to circumvent the Discovery Master's

8 | Orders of April 19, 2007, and May 22, 2007.

9

## REQUEST NO. 621

11 |       All DOCUMENTS and COMMUNICATIONS REFERRING TO OR

12 | RELATING TO any similarity or dissimilarity between BRATZ and POLLY

13 | POCKET packaging, including without limitation, advertising (including

14 | commercials), color schemes, product display, shape, and style of packaging.

15

## RESPONSE TO REQUEST NO. 621

17 |       In addition to the general objections stated above which are

18 | incorporated herein by reference, Mattel objects to this Request on the grounds that

19 | it is overbroad and unduly burdensome, including in that it seeks all documents on

20 | this subject without limitation as to time, and regardless of whether such documents

21 | relate to products or matters at issue in this case. Mattel further objects to the

22 | Request on the grounds that it seeks documents that are not relevant to this action or

23 | likely to lead to the discovery of admissible evidence. Mattel further objects to this

24 | Request on the grounds that it seeks confidential, proprietary and trade secret

25 | information, including such information that has no bearing on the claims or

26 | defenses in this action. Mattel further objects to this Request on the grounds that it

27 | calls for the disclosure of information subject to the attorney-client privilege, the

28 | attorney work-product doctrine and other applicable privileges. Mattel further

1 objects on the ground that this Request seeks to circumvent the Discovery Master's

2 Orders of April 19, 2007, and May 22, 2007.

3

4 **REQUEST NO. 622**

5        All DOCUMENTS and COMMUNICATIONS REFERRING TO OR

6 RELATING TO any similarity or dissimilarity between BRATZ and POLLY

7 POCKET, including without limitation, themes, accessories, clothing and shoes.

8

9 **RESPONSE TO REQUEST NO. 622**

10        In addition to the general objections stated above which are

11 incorporated herein by reference, Mattel objects to this Request on the grounds that

12 it is overbroad and unduly burdensome, including in that it seeks all documents on

13 this subject without limitation as to time, and regardless of whether such documents

14 relate to products or matters at issue in this case. Mattel further objects to the

15 Request on the grounds that it seeks documents that are not relevant to this action or

16 likely to lead to the discovery of admissible evidence. Mattel further objects to this

17 Request on the grounds that it seeks confidential, proprietary and trade secret

18 information, including such information that has no bearing on the claims or

19 defenses in this action. Mattel further objects to this Request on the grounds that it

20 calls for the disclosure of information subject to the attorney-client privilege, the

21 attorney work-product doctrine and other applicable privileges. Mattel further

22 objects on the ground that this Request seeks to circumvent the Discovery Master's

23 Orders of April 19, 2007, and May 22, 2007.

24

25 **REQUEST NO. 623**

26        All DOCUMENTS and COMMUNICATIONS REFERRING TO OR

27 RELATING TO any similarity or dissimilarity between BRATZ and POLLY

28

-44-

Exhibit 35 - Page 1377

1 | POCKET dolls, including without limitation, feet, hair, removable heads, face paint,
2 | eye design, head size, body proportions, and any other physical attributes.

3 |

4 | **RESPONSE TO REQUEST NO. 623**

5 | In addition to the general objections stated above which are
6 | incorporated herein by reference, Mattel objects to this Request on the grounds that
7 | it is overbroad and unduly burdensome, including in that it seeks all documents on
8 | this subject without limitation as to time, and regardless of whether such documents
9 | relate to products or matters at issue in this case. Mattel further objects to the
10 | Request on the grounds that it seeks documents that are not relevant to this action or
11 | likely to lead to the discovery of admissible evidence. Mattel further objects to this
12 | Request on the grounds that it seeks confidential, proprietary and trade secret
13 | information, including such information that has no bearing on the claims or
14 | defenses in this action. Mattel further objects to this Request on the grounds that it
15 | calls for the disclosure of information subject to the attorney-client privilege, the
16 | attorney work-product doctrine and other applicable privileges. Mattel further
17 | objects on the ground that this Request seeks to circumvent the Discovery Master's
18 | Orders of April 19, 2007, and May 22, 2007.

19 |

20 | **REQUEST NO. 624**

21 | All DOCUMENTS and COMMUNICATIONS REFERRING TO OR
22 | RELATING TO whether the appearance of POLLY POCKET copies, replicates, or
23 | in any way imitates the appearance of BRATZ.

24 |

25 | **RESPONSE TO REQUEST NO. 624**

26 | In addition to the general objections stated above which are
27 | incorporated herein by reference, Mattel objects to this Request on the grounds that
28 | it is overbroad and unduly burdensome, including in that it seeks all documents on

07975/2338336.1

-45-

Exhibit 35 - Page 1378

1  this subject without limitation as to time, and regardless of whether such documents
2  relate to products or matters at issue in this case. Mattel further objects to the
3  Request on the grounds that it seeks documents that are not relevant to this action or
4  likely to lead to the discovery of admissible evidence. Mattel further objects to this
5  Request on the grounds that it seeks confidential, proprietary and trade secret
6  information, including such information that has no bearing on the claims or
7  defenses in this action. Mattel further objects to this Request on the grounds that it
8  calls for the disclosure of information subject to the attorney-client privilege, the
9  attorney work-product doctrine and other applicable privileges. Mattel further
10 objects on the ground that this Request seeks to circumvent the Discovery Master's
11 Orders of April 19, 2007, and May 22, 2007.

12

13 **REQUEST NO. 625**

14       All DOCUMENTS and COMMUNICATIONS REFERRING TO OR
15 RELATING TO whether POLLY POCKET infringes or potentially infringes the
16 copyrights, trademarks, or trade dress of BRATZ.

17

18 **RESPONSE TO REQUEST NO. 625**

19       In addition to the general objections stated above which are
20 incorporated herein by reference, Mattel objects to this Request on the grounds that
21 it is overbroad and unduly burdensome, including in that it seeks all documents on
22 this subject without limitation as to time, and regardless of whether such documents
23 relate to products or matters at issue in this case. Mattel further objects to the
24 Request on the grounds that it seeks documents that are not relevant to this action or
25 likely to lead to the discovery of admissible evidence. Mattel further objects to this
26 Request on the grounds that it seeks confidential, proprietary and trade secret
27 information, including such information that has no bearing on the claims or
28 defenses in this action. Mattel further objects to this Request on the grounds that it

1  calls for the disclosure of information subject to the attorney-client privilege, the

2  attorney work-product doctrine and other applicable privileges. Mattel further

3  objects on the ground that this Request seeks to circumvent the Discovery Master's

4  Orders of April 19, 2007, and May 22, 2007.

5

6  **REQUEST NO. 626**

7          All DOCUMENTS and COMMUNICATIONS REFERRING TO OR

8  RELATING TO whether any CONTESTED MATTEL PRODUCT infringes or

9  potentially infringes the copyrights, trademarks, or trade dress of BRATZ.

10

11  **RESPONSE TO REQUEST NO. 626**

12          In addition to the general objections stated above which are

13  incorporated herein by reference, Mattel objects to this Request on the grounds that

14  it is overbroad and unduly burdensome, including in that it seeks all documents on

15  this subject without limitation as to time, and regardless of whether such documents

16  relate to products or matters at issue in this case. Mattel further objects to the

17  Request on the grounds that it seeks documents that are not relevant to this action or

18  likely to lead to the discovery of admissible evidence. Mattel further objects to this

19  Request on the grounds that it seeks confidential, proprietary and trade secret

20  information, including such information that has no bearing on the claims or

21  defenses in this action. Mattel further objects to this Request on the grounds that it

22  calls for the disclosure of information subject to the attorney-client privilege, the

23  attorney work-product doctrine and other applicable privileges.

24

25  **REQUEST NO. 627**

26          All DOCUMENTS and COMMUNICATIONS REFERRING TO OR

27  RELATING TO actual or potential consumer confusion between any POLLY

28  POCKET product and any BRATZ product.

07975/2338336.1

-47-
MATTEL'S RESPONSES TO MGA'S SEVENTH SET OF REQUESTS FOR PRODUCTION

Exhibit 35 - Page 1380

**RESPONSE TO REQUEST NO. 627**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad and unduly burdensome, including in that it seeks all documents on this subject without limitation as to time, and regardless of whether such documents relate to products or matters at issue in this case. Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence. Mattel further objects to this Request on the grounds that it seeks confidential, proprietary and trade secret information, including such information that has no bearing on the claims or defenses in this action. Mattel further objects to this Request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges. Mattel further objects on the ground that this Request seeks to circumvent the Discovery Master's Orders of April 19, 2007, and May 22, 2007.

**REQUEST NO. 628**

All MATTEL product catalogs, sell sheets and production information sheets that include POLLY POCKET, from 2001 to the present.

**RESPONSE TO REQUEST NO. 628**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad and unduly burdensome, including in that it seeks all documents on this subject without limitation as to time, and regardless of whether such documents relate to products or matters at issue in this case. Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence. Mattel further objects to this

MATTEL'S RESPONSES TO MGA'S SEVENTH SET OF REQUESTS FOR PRODUCTION

07975/2338336.1

Exhibit 35 - Page 1381

1 Request on the grounds that it seeks confidential, proprietary and trade secret
2 information, including such information that has no bearing on the claims or
3 defenses in this action.  Mattel further objects to this Request on the grounds that it
4 calls for the disclosure of information subject to the attorney-client privilege, the
5 attorney work-product doctrine and other applicable privileges.  Mattel further
6 objects on the ground that this Request seeks to circumvent the Discovery Master's
7 Orders of April 19, 2007, and May 22, 2007.

8

9 **REQUEST NO. 629**

10          All internal studies, analyses, presentations or investigations
11 REFERRING OR RELATING TO the overall market shares and market position of
12 POLLY POCKET from 2001 to the present.

13

14 **RESPONSE TO REQUEST NO. 629**

15          In addition to the general objections stated above which are
16 incorporated herein by reference, Mattel objects to this Request on the grounds that
17 it is overbroad and unduly burdensome, including in that it seeks all documents on
18 this subject without limitation as to time, and regardless of whether such documents
19 relate to products or matters at issue in this case.  Mattel further objects to the
20 Request on the grounds that it seeks documents that are not relevant to this action or
21 likely to lead to the discovery of admissible evidence.  Mattel further objects to this
22 Request on the grounds that it seeks confidential, proprietary and trade secret
23 information, including such information that has no bearing on the claims or
24 defenses in this action.  Mattel further objects to this Request on the grounds that it
25 calls for the disclosure of information subject to the attorney-client privilege, the
26 attorney work-product doctrine and other applicable privileges.  Mattel further
27 objects on the ground that this Request seeks to circumvent the Discovery Master's
28 Orders of April 19, 2007, and May 22, 2007.

**REQUEST NO. 630**

All studies, analyses, presentations or investigations of the target audience, age groups, market share, or projections for POLLY POCKET.

**RESPONSE TO REQUEST NO. 630**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad and unduly burdensome, including in that it seeks all documents on this subject without limitation as to time, and regardless of whether such documents relate to products or matters at issue in this case. Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence. Mattel further objects to this Request on the grounds that it seeks confidential, proprietary and trade secret information, including such information that has no bearing on the claims or defenses in this action. Mattel further objects to this Request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges. Mattel further objects on the ground that this Request seeks to circumvent the Discovery Master's Orders of April 19, 2007, and May 22, 2007.

**REQUEST NO. 631**

DOCUMENTS sufficient to determine total sales, revenue, royalties, costs of goods sold and any other costs attributable to net profits REFERRING OR RELATING TO POLLY POCKET.

**RESPONSE TO REQUEST NO. 631**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that

1  it is overbroad and unduly burdensome, including in that it seeks all documents on

2  this subject without limitation as to time, and regardless of whether such documents

3  relate to products or matters at issue in this case. Mattel further objects to the

4  Request on the grounds that it seeks documents that are not relevant to this action or

5  likely to lead to the discovery of admissible evidence. Mattel further objects to this

6  Request on the grounds that it seeks confidential, proprietary and trade secret

7  information, including such information that has no bearing on the claims or

8  defenses in this action. Mattel further objects to this Request on the grounds that it

9  calls for the disclosure of information subject to the attorney-client privilege, the

10  attorney work-product doctrine and other applicable privileges. Mattel further

11  objects on the ground that this Request seeks to circumvent the Discovery Master's

12  Orders of April 19, 2007, and May 22, 2007.

13

14  **REQUEST NO. 632**

15       All DOCUMENTS and COMMUNICATIONS REFERRING TO OR

16  RELATING TO any evaluation, criticism or comparison of POLLY POCKET,

17  including relation to BRATZ by any third party.

18

19  **RESPONSE TO REQUEST NO. 632**

20       In addition to the general objections stated above which are

21  incorporated herein by reference, Mattel objects to this Request on the grounds that

22  it is overbroad and unduly burdensome, including in that it seeks all documents on

23  this subject without limitation as to time, and regardless of whether such documents

24  relate to products or matters at issue in this case. Mattel further objects to the

25  Request on the grounds that it seeks documents that are not relevant to this action or

26  likely to lead to the discovery of admissible evidence. Mattel further objects to this

27  Request on the grounds that it seeks confidential, proprietary and trade secret

28  information, including such information that has no bearing on the claims or

-51-

Exhibit 35 - Page 1384

1  defenses in this action. Mattel further objects to this Request on the grounds that it
2  calls for the disclosure of information subject to the attorney-client privilege, the
3  attorney work-product doctrine and other applicable privileges. Mattel further
4  objects on the ground that this Request seeks to circumvent the Discovery Master's
5  Orders of April 19, 2007, and May 22, 2007.

6

7  **REQUEST NO. 633**

8          All DOCUMENTS suggesting or evidencing confusion between
9  BRATZ and POLLY POCKET, including without limitation DOCUMENTS in
10 which photographs of one party's products have been used to depict another party's
11 products, or reference to one party's products has been made in lieu of the other
12 party's products.

13

14 **RESPONSE TO REQUEST NO. 633**

15         In addition to the general objections stated above which are
16 incorporated herein by reference, Mattel objects to this Request on the grounds that
17 it is overbroad and unduly burdensome, including in that it seeks all documents on
18 this subject without limitation as to time, and regardless of whether such documents
19 relate to products or matters at issue in this case. Mattel further objects to the
20 Request on the grounds that it seeks documents that are not relevant to this action or
21 likely to lead to the discovery of admissible evidence. Mattel further objects to this
22 Request on the grounds that it seeks confidential, proprietary and trade secret
23 information, including such information that has no bearing on the claims or
24 defenses in this action. Mattel further objects to this Request on the grounds that it
25 calls for the disclosure of information subject to the attorney-client privilege, the
26 attorney work-product doctrine and other applicable privileges. Mattel further
27 objects on the ground that this Request seeks to circumvent the Discovery Master's
28 Orders of April 19, 2007, and May 22, 2007.

MATTEL'S RESPONSES TO MGA'S SEVENTH SET OF REQUESTS FOR PRODUCTION

Exhibit 35 - Page 1385

**REQUEST NO. 634**

DOCUMENTS, including but not limited to organizational charts, sufficient to identify (by name and job function) all MATTEL personnel who were ever a member of the primary team that worked on the design and development of POLLY POCKET products.

**RESPONSE TO REQUEST NO. 634**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad and unduly burdensome, including in that it seeks all documents on this subject without limitation as to time, and regardless of whether such documents relate to products or matters at issue in this case. Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence. Mattel further objects to this Request on the grounds that it seeks confidential, proprietary and trade secret information, including such information that has no bearing on the claims or defenses in this action. Mattel further objects to this Request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges. Mattel further objects on the ground that this Request seeks to circumvent the Discovery Master's Orders of April 19, 2007, and May 22, 2007.

**REQUEST NO. 635**

All "New Toy Status Reports" for POLLY POCKET.

**RESPONSE TO REQUEST NO. 635**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that

1  it is overbroad and unduly burdensome, including in that it seeks all documents on

2  this subject without limitation as to time, and regardless of whether such documents

3  relate to products or matters at issue in this case.  Mattel further objects to the

4  Request on the grounds that it seeks documents that are not relevant to this action or

5  likely to lead to the discovery of admissible evidence.  Mattel further objects to this

6  Request on the grounds that it seeks confidential, proprietary and trade secret

7  information, including such information that has no bearing on the claims or

8  defenses in this action.  Mattel further objects to this Request on the grounds that it

9  calls for the disclosure of information subject to the attorney-client privilege, the

10  attorney work-product doctrine and other applicable privileges.  Mattel further

11  objects on the ground that this Request seeks to circumvent the Discovery Master's

12  Orders of April 19, 2007, and May 22, 2007.

13

14  **REQUEST NO. 636**

15      DOCUMENTS sufficient to indicate when a project number was first

16  assigned to POLLY POCKET.

17

18  **RESPONSE TO REQUEST NO. 636**

19      In addition to the general objections stated above which are

20  incorporated herein by reference, Mattel objects to this Request on the grounds that

21  it is overbroad and unduly burdensome, including in that it seeks all documents on

22  this subject without limitation as to time, and regardless of whether such documents

23  relate to products or matters at issue in this case.  Mattel further objects to the

24  Request on the grounds that it seeks documents that are not relevant to this action or

25  likely to lead to the discovery of admissible evidence.  Mattel further objects to this

26  Request on the grounds that it seeks confidential, proprietary and trade secret

27  information, including such information that has no bearing on the claims or

28  defenses in this action.  Mattel further objects to this Request on the grounds that it

-54-

MATTEL'S RESPONSES TO MGA'S SEVENTH SET OF REQUESTS FOR PRODUCTION

Exhibit 35 - Page 1387

1    calls for the disclosure of information subject to the attorney-client privilege, the

2    attorney work-product doctrine and other applicable privileges.  Mattel further

3    objects on the ground that this Request seeks to circumvent the Discovery Master's

4    Orders of April 19, 2007, and May 22, 2007.

5

6    **REQUEST NO. 637**

7            All COMMUNICATIONS between YOU and any retailer

8    REFERRING TO OR RELATING TO whether POLLY POCKET copies,

9    replicates, or in any way imitates the appearance of BRATZ.

10

11   **RESPONSE TO REQUEST NO. 637**

12           In addition to the general objections stated above which are

13   incorporated herein by reference, Mattel objects to this Request on the grounds that

14   it is overbroad and unduly burdensome, including in that it seeks all documents on

15   this subject without limitation as to time, and regardless of whether such documents

16   relate to products or matters at issue in this case.  Mattel further objects to the

17   Request on the grounds that it seeks documents that are not relevant to this action or

18   likely to lead to the discovery of admissible evidence.  Mattel further objects to this

19   Request on the grounds that it seeks confidential, proprietary and trade secret

20   information, including such information that has no bearing on the claims or

21   defenses in this action.  Mattel further objects on the ground that this Request seeks

22   to circumvent the Discovery Master's Orders of April 19, 2007, and May 22, 2007.

23

24   **REQUEST NO. 638**

25           All COMMUNICATIONS between YOU and any customer

26   REFERRING TO OR RELATING TO whether POLLY POCKET copies,

27   replicates, or in any way imitates the appearance of BRATZ.

28

-55-

Exhibit 35 - Page 1388

1 | **RESPONSE TO REQUEST NO. 638**

2 |       In addition to the general objections stated above which are

3 | incorporated herein by reference, Mattel objects to this Request on the grounds that

4 | it is overbroad and unduly burdensome, including in that it seeks all documents on

5 | this subject without limitation as to time, and regardless of whether such documents

6 | relate to products or matters at issue in this case. Mattel further objects to the

7 | Request on the grounds that it seeks documents that are not relevant to this action or

8 | likely to lead to the discovery of admissible evidence. Mattel further objects to this

9 | Request on the grounds that it seeks confidential, proprietary and trade secret

10 | information, including such information that has no bearing on the claims or

11 | defenses in this action. Mattel further objects on the ground that this Request seeks

12 | to circumvent the Discovery Master's Orders of April 19, 2007, and May 22, 2007.

13 |

14 | **REQUEST NO. 639**

15 |       All COMMUNICATIONS between YOU and any member of the press

16 | REFERRING TO OR RELATING TO whether POLLY POCKET copies,

17 | replicates, or in any way imitates the appearance of BRATZ.

18 |

19 | **RESPONSE TO REQUEST NO. 639**

20 |       In addition to the general objections stated above which are

21 | incorporated herein by reference, Mattel objects to this Request on the grounds that

22 | it is overbroad and unduly burdensome, including in that it seeks all documents on

23 | this subject without limitation as to time, and regardless of whether such documents

24 | relate to products or matters at issue in this case. Mattel further objects to the

25 | Request on the grounds that it seeks documents that are not relevant to this action or

26 | likely to lead to the discovery of admissible evidence. Mattel further objects to this

27 | Request on the grounds that it seeks confidential, proprietary and trade secret

28 | information, including such information that has no bearing on the claims or

-56-

MATTEL'S RESPONSES TO MGA'S SEVENTH SET OF REQUESTS FOR PRODUCTION

Exhibit 35 - Page 1389

1 │ defenses in this action.  Mattel further objects on the ground that this Request seeks

2 │ to circumvent the Discovery Master's Orders of April 19, 2007, and May 22, 2007.

3 │

4 │ **REQUEST NO. 640**

5 │       All COMMUNICATIONS between YOU and any supplier

6 │ REFERRING TO OR RELATING TO whether POLLY POCKET copies,

7 │ replicates, or in any way imitates the appearance of BRATZ.

8 │

9 │ **RESPONSE TO REQUEST NO. 640**

10 │       In addition to the general objections stated above which are

11 │ incorporated herein by reference, Mattel objects to this Request on the grounds that

12 │ it is overbroad and unduly burdensome, including in that it seeks all documents on

13 │ this subject without limitation as to time, and regardless of whether such documents

14 │ relate to products or matters at issue in this case.  Mattel further objects to the

15 │ Request on the grounds that it seeks documents that are not relevant to this action or

16 │ likely to lead to the discovery of admissible evidence.  Mattel further objects to this

17 │ Request on the grounds that it seeks confidential, proprietary and trade secret

18 │ information, including such information that has no bearing on the claims or

19 │ defenses in this action.  Mattel further objects on the ground that this Request seeks

20 │ to circumvent the Discovery Master's Orders of April 19, 2007, and May 22, 2007.

21 │

22 │ **REQUEST NO. 641**

23 │       All COMMUNICATIONS between YOU and any third party

24 │ REFERRING TO OR RELATING TO whether POLLY POCKET copies,

25 │ replicates, or in any way imitates the appearance of BRATZ.

26 │

27 │

28 │

07975/2338336.1

-57-

Exhibit 35 - Page 1390

1  **RESPONSE TO REQUEST NO. 641**

2          In addition to the general objections stated above which are

3  incorporated herein by reference, Mattel objects to this Request on the grounds that

4  it is overbroad and unduly burdensome, including in that it seeks all documents on

5  this subject without limitation as to time, and regardless of whether such documents

6  relate to products or matters at issue in this case.  Mattel further objects to the

7  Request on the grounds that it seeks documents that are not relevant to this action or

8  likely to lead to the discovery of admissible evidence.  Mattel further objects to this

9  Request on the grounds that it seeks confidential, proprietary and trade secret

10 information, including such information that has no bearing on the claims or

11 defenses in this action.  Mattel further objects to this Request on the grounds that it

12 calls for the disclosure of information subject to the attorney-client privilege, the

13 attorney work-product doctrine and other applicable privileges.  Mattel further

14 objects on the ground that this Request seeks to circumvent the Discovery Master's

15 Orders of April 19, 2007, and May 22, 2007.

16

17 **REQUEST NO. 642**

18          All DOCUMENTS and COMMUNICATIONS REFERRING TO OR

19 RELATING TO any agreements wherein MATTEL agreed to fund, pay for,

20 contribute to or reimburse any third party for the fees, costs or expenses that third

21 party incurred in connection with the MATTEL LITIGATION.

22

23 **RESPONSE TO REQUEST NO. 642**

24          In addition to the general objections stated above which are

25 incorporated herein by reference, Mattel objects to this Request on the grounds that

26 it is overbroad and unduly burdensome, including in that it seeks all documents on

27 this subject without limitation as to time, and regardless of whether such documents

28 relate to products or matters at issue in this case.  Mattel further objects to the

07975/2338336.1

MATTEL'S RESPONSES TO MGA'S SEVENTH SET OF REQUESTS FOR PRODUCTION

Exhibit 35 - Page 1391

1  Request on the grounds that it seeks documents that are not relevant to this action or

2  likely to lead to the discovery of admissible evidence. Mattel further objects to this

3  Request on the grounds that it seeks confidential, proprietary and trade secret

4  information, including such information that has no bearing on the claims or

5  defenses in this action. Mattel further objects to this Request on the grounds that it

6  calls for the disclosure of information subject to the attorney-client privilege, the

7  attorney work-product doctrine and other applicable privileges.

8          Subject to and without waiving the foregoing objections, Mattel

9  responds as follows: Mattel will produce documents sufficient to identify any such

10  person and the amount if any paid on behalf of that person, if any, that Mattel has

11  been able to locate after a diligent search and reasonable inquiry, to the extent not

12  previously produced.

13

14  **REQUEST NO. 643**

15          All DOCUMENTS and COMMUNICATIONS REFERRING TO OR

16  RELATING TO any agreements wherein MATTEL agreed to fund, pay for,

17  contribute to or reimburse any MATTEL employee or former MATTEL employee

18  for any fees, costs or expenses incurred in connection with the MATTEL

19  LITIGATION.

20

21  **RESPONSE TO REQUEST NO. 643**

22          In addition to the general objections stated above which are

23  incorporated herein by reference, Mattel objects to this Request on the grounds that

24  it is overbroad and unduly burdensome, including in that it seeks all documents on

25  this subject without limitation as to time, and regardless of whether such documents

26  relate to products or matters at issue in this case. Mattel further objects to the

27  Request on the grounds that it seeks documents that are not relevant to this action or

28  likely to lead to the discovery of admissible evidence. Mattel further objects to this

1   Request on the grounds that it seeks confidential, proprietary and trade secret

2   information, including such information that has no bearing on the claims or

3   defenses in this action. Mattel further objects to this Request on the grounds that it

4   calls for the disclosure of information subject to the attorney-client privilege, the

5   attorney work-product doctrine and other applicable privileges.

6           Subject to and without waiving the foregoing objections, Mattel

7   responds as follows: Mattel will produce documents sufficient to identify any such

8   person and the amount if any paid on behalf of that person, if any, that Mattel has

9   been able to locate after a diligent search and reasonable inquiry, to the extent not

10  previously produced.

11

12  **REQUEST NO. 644**

13          All DOCUMENTS REFERRING TO OR RELATING TO any

14  COMMUNICATIONS between YOU and any retailer, sales person or merchandiser

15  world wide REFERRING TO OR RELATING TO the allocation of shelf space,

16  plan-o-gram space, altering of retail displays or placement of LITTLE TIKES in

17  retail stores.

18

19  **RESPONSE TO REQUEST NO. 644**

20          In addition to the general objections stated above which are

21  incorporated herein by reference, Mattel objects to this Request on the grounds that

22  it is overbroad and unduly burdensome, including in that it seeks all documents on

23  this subject without limitation as to time or geographic location, and regardless of

24  whether such documents relate to products or matters at issue in this case. Mattel

25  further objects to the Request on the grounds that it seeks documents that are not

26  relevant to this action or likely to lead to the discovery of admissible evidence.

27  Mattel further objects to this Request on the grounds that it seeks confidential,

28  proprietary and trade secret information, including such information that has no

-60-

bearing on the claims or defenses in this action.  Mattel further objects to this Request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges.

**REQUEST NO. 645**

All DOCUMENTS REFERRING TO OR RELATING TO any COMMUNICATIONS between YOU and any retailer, sales person or merchandiser world wide REFERRING TO OR RELATING TO the allocation of shelf space, plan-o-gram space, altering of retail displays or placement of LITTLE TIKES in retail stores.

**RESPONSE TO REQUEST NO. 645**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad and unduly burdensome, including in that it seeks all documents on this subject without limitation as to time or geographic location, and regardless of whether such documents relate to products or matters at issue in this case.  Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence. Mattel further objects to this Request on the grounds that it seeks confidential, proprietary and trade secret information, including such information that has no bearing on the claims or defenses in this action.  Mattel further objects to this Request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges.

1 | **REQUEST NO. 646**

2         All DOCUMENTS REFERRING TO OR RELATING TO any

3 COMMUNICATIONS between FISHER-PRICE and any retailer, sales person or

4 merchandiser world wide REFERRING TO OR RELATING TO the allocation of

5 shelf space, plan-o-gram space, altering of retail displays or placement of LITTLE

6 TIKES in retail stores.

7

8 | **RESPONSE TO REQUEST NO. 646**

9         In addition to the general objections stated above which are

10 incorporated herein by reference, Mattel objects to this Request on the grounds that

11 it is overbroad and unduly burdensome, including in that it seeks all documents on

12 this subject without limitation as to time or geographic location, and regardless of

13 whether such documents relate to products or matters at issue in this case. Mattel

14 further objects to the Request on the grounds that it seeks documents that are not

15 relevant to this action or likely to lead to the discovery of admissible evidence.

16 Mattel further objects to this Request on the grounds that it seeks confidential,

17 proprietary and trade secret information, including such information that has no

18 bearing on the claims or defenses in this action. Mattel further objects to this

19 Request on the grounds that it calls for the disclosure of information subject to the

20 attorney-client privilege, the attorney work-product doctrine and other applicable

21 privileges.

22

23 | **REQUEST NO. 647**

24         Al! DOCUMENTS REFERRING TO OR RELATING TO any

25 COMMUNICATIONS between FISHER-PRICE and any retailer, sales person or

26 merchandiser world wide REFERRING TO OR RELATING TO the allocation of

27 shelf space, plan-o-gram space, altering of retail displays or placement of LITTLE

28 TIKES in retail stores.

MATTEL'S RESPONSES TO MGA'S SEVENTH SET OF REQUESTS FOR PRODUCTION

Exhibit 35 - Page 1395

**RESPONSE TO REQUEST NO. 647**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad and unduly burdensome, including in that it seeks all documents on this subject without limitation as to time or geographic location, and regardless of whether such documents relate to products or matters at issue in this case. Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence. Mattel further objects to this Request on the grounds that it seeks confidential, proprietary and trade secret information, including such information that has no bearing on the claims or defenses in this action. Mattel further objects to this Request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges.

**REQUEST NO. 648**

All DOCUMENTS REFERRING TO OR RELATING TO HOLLY HOBBIE that also REFER TO OR RELATE TO BRATZ.

**RESPONSE TO REQUEST NO. 648**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad and unduly burdensome, including in that it seeks all documents on this subject without limitation as to time, and regardless of whether such documents relate to products or matters at issue in this case. Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence. Mattel further objects to this Request on the grounds that it seeks confidential, proprietary and trade secret

1   information, including such information that has no bearing on the claims or

2   defenses in this action.  Mattel further objects to this Request on the grounds that it

3   calls for the disclosure of information subject to the attorney-client privilege, the

4   attorney work-product doctrine and other applicable privileges.  Mattel further

5   objects on the ground that this Request seeks to circumvent the Discovery Master's

6   Order dated May 22, 2007.

7

8   **REQUEST NO. 649**

9          All COMMUNICATIONS between YOU and any third party

10  REFERRING TO OR RELATING TO HOLLY HOBBIE that also REFER TO OR

11  RELATE TO BRATZ.

12

13  **RESPONSE TO REQUEST NO. 649**

14         In addition to the general objections stated above which are

15  incorporated herein by reference, Mattel objects to this Request on the grounds that

16  it is overbroad and unduly burdensome, including in that it seeks all documents on

17  this subject without limitation as to time, and regardless of whether such documents

18  relate to products or matters at issue in this case.  Mattel further objects to the

19  Request on the grounds that it seeks documents that are not relevant to this action or

20  likely to lead to the discovery of admissible evidence.  Mattel further objects to this

21  Request on the grounds that it seeks confidential, proprietary and trade secret

22  information, including such information that has no bearing on the claims or

23  defenses in this action.  Mattel further objects to this Request on the grounds that it

24  calls for the disclosure of information subject to the attorney-client privilege, the

25  attorney work-product doctrine and other applicable privileges.  Mattel further

26  objects on the ground that this Request seeks to circumvent the Discovery Master's

27  Order dated May 22, 2007.

28

07975/2338336.1

-64-

MATTEL'S RESPONSES TO MGA'S SEVENTH SET OF REQUESTS FOR PRODUCTION

Exhibit 35 - Page 1397

1  **REQUEST NO. 650**

2       All COMMUNICATIONS between YOU and AMERICAN

3  GREETINGS REFERRING TO OR RELATING TO HOLLY HOBBIE that also

4  REFER TO OR RELATE TO BRATZ.

5

6  **RESPONSE TO REQUEST NO. 650**

7       In addition to the general objections stated above which are

8  incorporated herein by reference, Mattel objects to this Request on the grounds that

9  it is overbroad and unduly burdensome, including in that it seeks all documents on

10  this subject without limitation as to time, and regardless of whether such documents

11  relate to products or matters at issue in this case.  Mattel further objects to the

12  Request on the grounds that it seeks documents that are not relevant to this action or

13  likely to lead to the discovery of admissible evidence.  Mattel further objects to this

14  Request on the grounds that it seeks confidential, proprietary and trade secret

15  information, including such information that has no bearing on the claims or

16  defenses in this action.  Mattel further objects on the ground that this Request seeks

17  to circumvent the Discovery Master's Order dated May 22, 2007.

18

19  **REQUEST NO. 651**

20       DOCUMENTS sufficient to determine total sales, revenues, royalties,

21  costs of goods sold and any other costs attributable to net profits REFERRING TO

22  OR RELATING TO each BARBIE product, broken down by SKU #, from 2001 to

23  the present.

24

25  **RESPONSE TO REQUEST NO. 651**

26       In addition to the general objections stated above which are

27  incorporated herein by reference, Mattel objects to this Request on the grounds that

28  it is overbroad, unduly burdensome, and unintelligible, including in that it seeks all

-65-

Exhibit 35 - Page 1398

1  documents regardless of whether such documents relate to products or matters at

2  issue in this case.  Mattel further objects to the Request on the grounds that it seeks

3  documents that are not relevant to this action or likely to lead to the discovery of

4  admissible evidence.  Mattel further objects to this Request on the grounds that it

5  seeks confidential, proprietary and trade secret information, including such

6  information that has no bearing on the claims or defenses in this action.  Mattel

7  further objects to this Request on the grounds that it calls for the disclosure of

8  information subject to the attorney-client privilege, the attorney work-product

9  doctrine and other applicable privileges.

10

11  **REQUEST NO. 652**

12          DOCUMENTS sufficient to determine total sales, revenues, royalties,

13  costs of goods sold and any other costs attributable to net profits REFERRING TO

14  OR RELATING TO each HOT WHEELS product, broken down by SKU #, from

15  2001 to the present.

16

17  **RESPONSE TO REQUEST NO. 652**

18          In addition to the general objections stated above which are

19  incorporated herein by reference, Mattel objects to this Request on the grounds that

20  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

21  documents regardless of whether such documents relate to products or matters at

22  issue in this case.  Mattel further objects to the Request on the grounds that it seeks

23  documents that are not relevant to this action or likely to lead to the discovery of

24  admissible evidence.  Mattel further objects to this Request on the grounds that it

25  seeks confidential, proprietary and trade secret information, including such

26  information that has no bearing on the claims or defenses in this action.  Mattel

27  further objects to this Request on the grounds that it calls for the disclosure of

28

1  information subject to the attorney-client privilege, the attorney work-product

2  doctrine and other applicable privileges.

3

4  **REQUEST NO. 653**

5          DOCUMENTS sufficient to determine total sales, revenues, royalties,

6  costs of goods sold and any other costs attributable to net profits REFERRING TO

7  OR RELATING TO each ACCELERACERS product, broken down by SKU #,

8  from 2001 to the present.

9

10  **RESPONSE TO REQUEST NO. 653**

11          In addition to the general objections stated above which are

12  incorporated herein by reference, Mattel objects to this Request on the grounds that

13  it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

14  documents regardless of whether such documents relate to products or matters at

15  issue in this case.  Mattel further objects to the Request on the grounds that it seeks

16  documents that are not relevant to this action or likely to lead to the discovery of

17  admissible evidence.  Mattel further objects to this Request on the grounds that it

18  seeks confidential, proprietary and trade secret information, including such

19  information that has no bearing on the claims or defenses in this action.  Mattel

20  further objects to this Request on the grounds that it calls for the disclosure of

21  information subject to the attorney-client privilege, the attorney work-product

22  doctrine and other applicable privileges.

23          Subject to and without waiving the foregoing objections, Mattel

24  responds as follows: Mattel will produce such responsive, non-privileged documents

25  that are in Mattel's possession, custody, or control, if any, that Mattel has been able

26  to locate after a diligent search and reasonable inquiry, to the extent not previously

27  produced and if reasonably available.

28

07975/2338336.1

**REQUEST NO. 654**

DOCUMENTS sufficient to determine total sales, revenues, royalties, costs of goods sold and any other costs attributable to net profits REFERRING TO OR RELATING TO each LITTLE MOMMY product, broken down by SKU #, from 2001 to the present.

**RESPONSE TO REQUEST NO. 654**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad, unduly burdensome and unintelligible, including in that it seeks all documents regardless of whether such documents relate to products or matters at issue in this case.  Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence.  Mattel further objects to this Request on the grounds that it seeks confidential, proprietary and trade secret information, including such information that has no bearing on the claims or defenses in this action.  Mattel further objects to this Request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges.

Subject to and without waiving the foregoing objections, Mattel responds as follows: Mattel will produce such responsive, non-privileged documents that are in Mattel's possession, custody, or control, if any, that Mattel has been able to locate after a diligent search and reasonable inquiry, to the extent not previously produced and if reasonably available.

**REQUEST NO. 655**

DOCUMENTS sufficient to determine total sales, revenues, royalties, costs of goods sold and any other costs attributable to net profits REFERRING TO

1 | OR RELATING TO each WEE 3 FRIENDS product, broken down by SKU #, from

2 | 2001 to the present.

3

4 | **RESPONSE TO REQUEST NO. 655**

5 |        In addition to the general objections stated above which are

6 | incorporated herein by reference, Mattel objects to this Request on the grounds that

7 | it is overbroad, unduly burdensome and unintelligible, including in that it seeks all

8 | documents regardless of whether such documents relate to products or matters at

9 | issue in this case.  Mattel further objects to the Request on the grounds that it seeks

10 | documents that are not relevant to this action or likely to lead to the discovery of

11 | admissible evidence.  Mattel further objects to this Request on the grounds that it

12 | seeks confidential, proprietary and trade secret information, including such

13 | information that has no bearing on the claims or defenses in this action.  Mattel

14 | further objects to this Request on the grounds that it calls for the disclosure of

15 | information subject to the attorney-client privilege, the attorney work-product

16 | doctrine and other applicable privileges.

17 |        Subject to and without waiving the foregoing objections, Mattel

18 | responds as follows: Mattel will produce such responsive, non-privileged documents

19 | that are in Mattel's possession, custody, or control, if any, that Mattel has been able

20 | to locate after a diligent search and reasonable inquiry, to the extent not previously

21 | produced and if reasonably available.

22

23 | **REQUEST NO. 656**

24 |        DOCUMENTS sufficient to determine total sales, revenues, royalties,

25 | costs of goods sold and any other costs attributable to net profits REFERRING TO

26 | OR RELATING TO each POLLY POCKET product, broken down by SKU #, from

27 | 2001 to the present.

28

**RESPONSE TO REQUEST NO. 656**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad and unduly burdensome, including in that it seeks all documents regardless of whether such documents relate to products or matters at issue in this case. Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence. Mattel further objects to this Request on the grounds that it seeks confidential, proprietary and trade secret information, including such information that has no bearing on the claims or defenses in this action. Mattel further objects to this Request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges. Mattel further objects on the ground that this Request seeks to circumvent the Discovery Master's Orders of April 19, 2007, and May 22, 2007.

**REQUEST NO. 657**

DOCUMENTS sufficient to determine total sales, revenues, royalties, costs of goods sold and any other costs attributable to net profits REFERRING TO OR RELATING TO each MY SCENE product, broken down by SKU #, from 2001 to the present.

**RESPONSE TO REQUEST NO. 657**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad, unduly burdensome and unintelligible, including in that it seeks all documents regardless of whether such documents relate to products or matters at issue in this case. Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of

07975/2338336.1

-70-

1  admissible evidence.  Mattel further objects to this Request on the grounds that it
2  seeks confidential, proprietary and trade secret information, including such
3  information that has no bearing on the claims or defenses in this action.  Mattel
4  further objects to this Request on the grounds that it calls for the disclosure of
5  information subject to the attorney-client privilege, the attorney work-product
6  doctrine and other applicable privileges.

7          Subject to and without waiving the foregoing objections, Mattel
8  responds as follows: Mattel will produce such responsive, non-privileged documents
9  that are in Mattel's possession, custody, or control, if any, that Mattel has been able
10  to locate after a diligent search and reasonable inquiry, to the extent not previously
11  produced and if reasonably available.

12

13  **REQUEST NO. 658**

14          All documents REFERRING OR RELATING TO YOUR contention in
15  Paragraph 37 of YOUR COUNTERCLAIM that "MGA elected to steal Mattel's
16  plans, strategy and business information for the Mexican market and materials
17  related to Mattel's worldwide business strategies."

18

19  **RESPONSE TO REQUEST NO. 658**

20          In addition to the general objections stated above which are
21  incorporated herein by reference, Mattel objects to this Request on the grounds that
22  it is overbroad and unduly burdensome, including in that it seeks all documents on
23  this subject without limitation as to time.  Mattel further objects to this Request on
24  the grounds that it calls for the disclosure of information subject to the attorney-
25  client privilege, the attorney work-product doctrine and other applicable privileges.
26  Mattel further objects to the extent the Request seeks documents already produced
27  by Mattel.  Such documents will not be produced again.

28

1        Subject to and without waiving the foregoing objections, Mattel

2  responds as follows: Mattel will produce such responsive, non-privileged documents

3  that are in Mattel's possession, custody, or control, if any, that Mattel has been able

4  to locate after a diligent search and reasonable inquiry, to the extent not previously

5  produced.

6

7  **REQUEST NO. 659**

8        All documents REFERRING OR RELATING TO YOUR contention in

9  Paragraph 37 of YOUR COUNTERCLAIM that "MGA and Larian approached

10  three employees of Mattel's Mexican subsidiary ("Mattel Mexico"), enticed them to

11  steal Mattel's most sensitive business planning materials, and then hired them to

12  assist in establishing and running MGA' s new Mexican subsidiary."

13

14  **RESPONSE TO REQUEST NO. 659**

15        In addition to the general objections stated above which are

16  incorporated herein by reference, Mattel objects to this Request on the grounds that

17  it is overbroad and unduly burdensome, including in that it seeks all documents on

18  this subject without limitation as to time.  Mattel further objects to this Request on

19  the grounds that it calls for the disclosure of information subject to the attorney-

20  client privilege, the attorney work-product doctrine and other applicable privileges.

21  Mattel further objects to the extent the Request seeks documents already produced

22  by Mattel.  Such documents will not be produced again.

23        Subject to and without waiving the foregoing objections, Mattel

24  responds as follows: Mattel will produce such responsive, non-privileged documents

25  that are in Mattel's possession, custody, or control, if any, that Mattel has been able

26  to locate after a diligent search and reasonable inquiry, to the extent not previously

27  produced.

28

07975/2338336.1

Exhibit 35 - Page 1405

**REQUEST NO. 660**

All documents REFERRING OR RELATING TO YOUR contentions in Paragraph 42 of YOUR COUNTERCLAIM that "Mattel discovered that Machado, Trueba and Vargas had been in frequent telephonic and e-mail contact with MGA personnel, including Larian, for over three months prior to their resignations."

**RESPONSE TO REQUEST NO. 660**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad and unduly burdensome, including in that it seeks all documents on this subject without limitation as to time. Mattel further objects to this Request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges. Mattel further objects to the extent the Request seeks documents already produced by Mattel. Such documents will not be produced again.

Subject to and without waiving the foregoing objections, Mattel responds as follows: Mattel will produce such responsive, non-privileged documents that are in Mattel's possession, custody, or control, if any, that Mattel has been able to locate after a diligent search and reasonable inquiry, to the extent not previously produced.

**REQUEST NO. 661**

All documents REFERRING OR RELATING TO the American Online e-mail account with the address plot04@aol.com as alleged in Paragraph 42 of YOUR COUNTERCLAIM.

07975/2338336.1

MATTEL'S RESPONSES TO MGA'S SEVENTH SET OF REQUESTS FOR PRODUCTION

Exhibit 35 - Page 1406

**RESPONSE TO REQUEST NO. 661**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad and unduly burdensome, including in that it seeks all documents on this subject without limitation as to time.  Mattel further objects to this Request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges. Mattel further objects to the extent the Request seeks documents already produced by Mattel.  Such documents will not be produced again.

Subject to and without waiving the foregoing objections, Mattel responds as follows: Mattel will produce such responsive, non-privileged documents that are in Mattel's possession, custody, or control, if any, that Mattel has been able to locate after a diligent search and reasonable inquiry, to the extent not previously produced.

**REQUEST NO. 662**

All documents REFERRING OR RELATING TO YOUR contention in Paragraph 43 of YOUR COUNTERCLAIM that "prior to their resignations, Larian and others at MGA directed Machado, Trueba and Vargas to steal virtually all Mattel confidential and proprietary information that they could access and bring it [sic] with them to MGA."

**RESPONSE TO REQUEST NO. 662**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad and unduly burdensome, including in that it seeks all documents on this subject without limitation as to time.  Mattel further objects to this Request on the grounds that it calls for the disclosure of information subject to the attorney-

1  client privilege, the attorney work-product doctrine and other applicable privileges.
2  Mattel further objects to the extent the Request seeks documents already produced
3  by Mattel.  Such documents will not be produced again.
4          Subject to and without waiving the foregoing objections, Mattel
5  responds as follows: Mattel will produce such responsive, non-privileged documents
6  that are in Mattel's possession, custody, or control, if any, that Mattel has been able
7  to locate after a diligent search and reasonable inquiry, to the extent not previously
8  produced.
9
10  **REQUEST NO. 663**
11          All documents REFERRING OR RELATING TO YOUR contentions
12  in Paragraph 44 of YOUR COUNTERCLAIM.
13
14  **RESPONSE TO REQUEST NO. 663**
15          In addition to the general objections stated above which are
16  incorporated herein by reference, Mattel objects to this Request on the grounds that
17  it is overbroad and unduly burdensome, including in that it seeks all documents on
18  this subject without limitation as to time.  Mattel further objects to this Request on
19  the grounds that it calls for the disclosure of information subject to the attorney-
20  client privilege, the attorney work-product doctrine and other applicable privileges.
21  Mattel further objects to the extent the Request seeks documents already produced
22  by Mattel.  Such documents will not be produced again.
23          Subject to and without waiving the foregoing objections, Mattel
24  responds as follows: Mattel will produce such responsive, non-privileged documents
25  that are in Mattel's possession, custody, or control, if any, that Mattel has been able
26  to locate after a diligent search and reasonable inquiry, to the extent not previously
27  produced.
28

7975/2338336.1

MATTEL'S RESPONSES TO MGA'S SEVENTH SET OF REQUESTS FOR PRODUCTION

Exhibit 35 - Page 1408

**REQUEST NO. 664**

All documents REFERRING OR RELATING TO YOUR contentions in Paragraph 45 of YOUR COUNTERCLAIM.

**RESPONSE TO REQUEST NO. 664**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad and unduly burdensome, including in that it seeks all documents on this subject without limitation as to time. Mattel further objects to this Request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges. Mattel further objects to the extent the Request seeks documents already produced by Mattel. Such documents will not be produced again.

Subject to and without waiving the foregoing objections, Mattel responds as follows: Mattel will produce such responsive, non-privileged documents that are in Mattel's possession, custody, or control, if any, that Mattel has been able to locate after a diligent search and reasonable inquiry, to the extent not previously produced.

**REQUEST NO. 665**

All documents REFERRING OR RELATING TO YOUR contention in Paragraph 46 of YOUR COUNTERCLAIM that "Two days before her resignation, she [Trueba] contacted both a Mattel employee located in El Segundo, California and Mattel's advertising agency to request updated confidential information about advertising plans for BARBIE."

1  **RESPONSE TO REQUEST NO. 665**

2       In addition to the general objections stated above which are

3  incorporated herein by reference, Mattel objects to this Request on the grounds that

4  it is overbroad and unduly burdensome, including in that it seeks all documents on

5  this subject without limitation as to time.  Mattel further objects to this Request on

6  the grounds that it calls for the disclosure of information subject to the attorney-

7  client privilege, the attorney work-product doctrine and other applicable privileges.

8  Mattel further objects to the extent the Request seeks documents already produced

9  by Mattel.  Such documents will not be produced again.

10       Subject to and without waiving the foregoing objections, Mattel

11  responds as follows: Mattel will produce such responsive, non-privileged documents

12  that are in Mattel's possession, custody, or control, if any, that Mattel has been able

13  to locate after a diligent search and reasonable inquiry, to the extent not previously

14  produced.

15

16  **REQUEST NO. 666**

17       All documents REFERRING OR RELATING TO YOUR contention in

18  Paragraph 46 of YOUR COUNTERCLAIM that "Trueba acted at the direction of

19  MGA and Larian and did so in order to obtain further information that would allow

20  MGA to obtain unfair competitive advantage over Mattel."

21

22  **RESPONSE TO REQUEST NO. 666**

23       In addition to the general objections stated above which are

24  incorporated herein by reference, Mattel objects to this Request on the grounds that

25  it is overbroad and unduly burdensome, including in that it seeks all documents on

26  this subject without limitation as to time.  Mattel further objects to this Request on

27  the grounds that it calls for the disclosure of information subject to the attorney-

28  client privilege, the attorney work-product doctrine and other applicable privileges.

07975/2338336.1

-77-

Exhibit 35 - Page 1410

1   Mattel further objects to the extent the Request seeks documents already produced
2   by Mattel.  Such documents will not be produced again.
3           Subject to and without waiving the foregoing objections, Mattel
4   responds as follows: Mattel will produce such responsive, non-privileged documents
5   that are in Mattel's possession, custody, or control, if any, that Mattel has been able
6   to locate after a diligent search and reasonable inquiry, to the extent not previously
7   produced.
8
9   **REQUEST NO. 667**
10          All documents REFERRING OR RELATING TO YOUR contentions
11  in Paragraph 48 of YOUR Counterclaim.
12
13  **RESPONSE TO REQUEST NO. 667**
14          In addition to the general objections stated above which are
15  incorporated herein by reference, Mattel objects to this Request on the grounds that
16  it is overbroad and unduly burdensome, including in that it seeks all documents on
17  this subject without limitation as to time.  Mattel further objects to this Request on
18  the grounds that it calls for the disclosure of information subject to the attorney-
19  client privilege, the attorney work-product doctrine and other applicable privileges.
20  Mattel further objects to the extent the Request seeks documents already produced
21  by Mattel.  Such documents will not be produced again.
22          Subject to and without waiving the foregoing objections, Mattel
23  responds as follows: Mattel will produce such responsive, non-privileged documents
24  that are in Mattel's possession, custody, or control, if any, that Mattel has been able
25  to locate after a diligent search and reasonable inquiry, to the extent not previously
26  produced.
27
28

**REQUEST NO. 668**

ALL documents REFERRING OR RELATING TO YOUR contentions in Paragraph 49 of YOUR Counterclaim.

**RESPONSE TO REQUEST NO. 668**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad and unduly burdensome, including in that it seeks all documents on this subject without limitation as to time. Mattel further objects to this Request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges. Mattel further objects to the extent the Request seeks documents already produced by Mattel. Such documents will not be produced again.

Subject to and without waiving the foregoing objections, Mattel responds as follows: Mattel will produce such responsive, non-privileged documents that are in Mattel's possession, custody, or control, if any, that Mattel has been able to locate after a diligent search and reasonable inquiry, to the extent not previously produced.

**REQUEST NO. 669**

All documents REFERRING OR RELATING TO YOUR contentions in Paragraph 51 of YOUR Counterclaim.

**RESPONSE TO REQUEST NO. 669**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad and unduly burdensome, including in that it seeks all documents on this subject without limitation as to time. Mattel further objects to this Request on

-79-

Exhibit 35 - Page 1412

07975/2338336.1

1   the grounds that it calls for the disclosure of information subject to the attorney-

2   client privilege, the attorney work-product doctrine and other applicable privileges.

3   Mattel further objects to the extent the Request seeks documents already produced

4   by Mattel.  Such documents will not be produced again.

5            Subject to and without waiving the foregoing objections, Mattel

6   responds as follows: Mattel will produce such responsive, non-privileged documents

7   that are in Mattel's possession, custody, or control, if any, that Mattel has been able

8   to locate after a diligent search and reasonable inquiry, to the extent not previously

9   produced.

10

11  **REQUEST NO. 670**

12           All documents REFERRING OR RELATING TO YOUR contention in

13  Paragraph 70 of YOUR Counterclaim that "In an effort to increase its market share

14  and sales in Canada and elsewhere, MGA stole Mattel trade secrets regarding

15  Mattel's customers, sales, projects, advertising and strategy, not only for Canada, but

16  the United States and the rest of the world."

17

18  **RESPONSE TO REQUEST NO. 670**

19           In addition to the general objections stated above which are

20  incorporated herein by reference, Mattel objects to this Request on the grounds that

21  it is overbroad and unduly burdensome, including in that it seeks all documents on

22  this subject without limitation as to time.  Mattel further objects to this Request on

23  the grounds that it calls for the disclosure of information subject to the attorney-

24  client privilege, the attorney work-product doctrine and other applicable privileges.

25  Mattel further objects to the extent the Request seeks documents already produced

26  by Mattel.  Such documents will not be produced again.

27           Subject to and without waiving the foregoing objections, Mattel

28  responds as follows: Mattel will produce such responsive, non-privileged documents

07975/2338336.1

-80-
MATTEL'S RESPONSES TO MGA'S SEVENTH SET OF REQUESTS FOR PRODUCTION

Exhibit 35 - Page 1413

1 | that are in Mattel's possession, custody, or control, if any, that Mattel has been able
2 | to locate after a diligent search and reasonable inquiry, to the extent not previously
3 | produced.

4

5 | **REQUEST NO. 671**

6 |      All documents REFERRING OR RELATING TO YOUR contentions
7 | in Paragraph 74 of YOUR Counterclaim.

8

9 | **RESPONSE TO REQUEST NO. 671**

10 |      In addition to the general objections stated above which are
11 | incorporated herein by reference, Mattel objects to this Request on the grounds that
12 | it is overbroad and unduly burdensome, including in that it seeks all documents on
13 | this subject without limitation as to time. Mattel further objects to this Request on
14 | the grounds that it calls for the disclosure of information subject to the attorney-
15 | client privilege, the attorney work-product doctrine and other applicable privileges.
16 | Mattel further objects to the extent the Request seeks documents already produced
17 | by Mattel. Such documents will not be produced again.
18 |      Subject to and without waiving the foregoing objections, Mattel
19 | responds as follows: Mattel will produce such responsive, non-privileged documents
20 | that are in Mattel's possession, custody, or control, if any, that Mattel has been able
21 | to locate after a diligent search and reasonable inquiry, to the extent not previously
22 | produced.

23

24 | **REQUEST NO. 672**

25 |      To the extent not already requested or produced, ALL DOCUMENTS
26 | REFERRING OR RELATING TO the contentions in YOUR COUNTERCLAIMS.

27

28

**RESPONSE TO REQUEST NO. 672**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad and unduly burdensome, including in that it seeks all documents on this subject without limitation as to time. Mattel further objects to this Request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges. Mattel further objects to the extent the Request seeks documents already produced by Mattel. Such documents will not be produced again.

Subject to and without waiving the foregoing objections, Mattel responds as follows: Mattel will produce such responsive, non-privileged documents that are in Mattel's possession, custody, or control, if any, that Mattel has been able to locate after a diligent search and reasonable inquiry, to the extent not previously produced.

**REQUEST NO. 673**

To the extent not already requested or produced, ALL DOCUMENTS REFERRING OR RELATING TO YOUR contentions in this ACTION.

**RESPONSE TO REQUEST NO. 673**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad and unduly burdensome, including in that it seeks all documents on this subject without limitation as to time. Mattel further objects to this Request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges. Mattel further objects to the extent the Request seeks documents already produced by Mattel. Such documents will not be produced again.

1    Subject to and without waiving the foregoing objections, Mattel

2  responds as follows: Mattel will produce such responsive, non-privileged documents

3  that are in Mattel's possession, custody, or control, if any, that Mattel has been able

4  to locate after a diligent search and reasonable inquiry, to the extent not previously

5  produced.

6

7  **REQUEST NO. 674**

8    A sample of each CONTESTED MATTEL PRODUCT, including,

9  without limitation, each MY SCENE DOLL, sold by YOU or YOUR licensees.

10

11  **RESPONSE TO REQUEST NO. 674**

12    In addition to the general objections stated above which are

13  incorporated herein by reference, Mattel objects to this Request on the grounds that

14  it is overbroad and unduly burdensome, including in that it seeks all documents on

15  this subject without limitation as to time, and regardless of whether such documents

16  relate to products or matters at issue in this case.  Mattel further objects to the

17  Request on the grounds that it seeks documents that are not relevant to this action or

18  likely to lead to the discovery of admissible evidence.

19

20  **REQUEST NO. 675**

21    All DOCUMENTS that REFERRING OR RELATING TO

22  MATTEL'S recruiting practices for toy or packaging designers and/or developers,

23  including, but not limited to, the hiring of employees and freelancers, paying

24  individuals for test projects or licenses to designs, or otherwise creating a legal

25  relationship between MATTEL and any PERSON with respect to that person's

26  designs.

27

28

**RESPONSE TO REQUEST NO. 675**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad and unduly burdensome, including in that it seeks all documents on this subject without limitation as to time, and regardless of whether such documents relate to products or matters at issue in this case. Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence. Mattel further objects to this Request on the grounds that it seeks confidential, proprietary and trade secret information, including such information that has no bearing on the claims or defenses in this action. Mattel further objects to this Request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges. Mattel further objects to the extent the Request seeks documents already produced by Mattel. Such documents will not be produced again.

**REQUEST NO. 676**

DOCUMENTS sufficient to show the actual release dates and all design and development stages for all CONTESTED MATTEL PRODUCTS, including but not limited to dolls, themes and waves.

**RESPONSE TO REQUEST NO. 676**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad and unduly burdensome, including in that it seeks all documents on this subject without limitation as to time, and regardless of whether such documents relate to products or matters at issue in this case. Mattel further objects to this Request on the grounds that it seeks confidential, proprietary and trade secret

1  information, including such information that has no bearing on the claims or

2  defenses in this action. Mattel further objects to this Request on the grounds that it

3  calls for the disclosure of information subject to the attorney-client privilege, the

4  attorney work-product doctrine and other applicable privileges. Mattel further

5  objects to the extent the Request seeks documents already produced by Mattel.

6  Such documents will not be produced again.

7          Subject to and without waiving the foregoing objections, Mattel

8  responds as follows: Mattel will produce such responsive, non-privileged documents

9  that are in Mattel's possession, custody, or control, if any, that Mattel has been able

10 to locate after a diligent search and reasonable inquiry, to the extent not previously

11 produced.

12

13 **REQUEST NO. 677**

14          All COMMUNICATIONS with any RETAILER that REFER OR

15 RELATE to whether MY SCENE was a substitution or competitor of BRATZ,

16 regarding competition between MY SCENE and BRATZ, similarities between MY

17 SCENE and BRATZ, confusion between MY SCENE and BRATZ, and current and

18 future plans for the advertising, promotion, marketing and sales of MY SCENE, or

19 the lack thereof.

20

21 **RESPONSE TO REQUEST NO. 677**

22          In addition to the general objections stated above which are

23 incorporated herein by reference, Mattel objects to this Request on the grounds that

24 it is overbroad, unduly burdensome, and unintelligible, including in that it seeks all

25 documents on this subject without limitation as to time, and regardless of whether

26 such documents relate to products or matters at issue in this case. Mattel further

27 objects to the Request on the grounds that it seeks documents that are not relevant to

28 this action or likely to lead to the discovery of admissible evidence. Mattel further

1   objects to this Request on the grounds that it seeks confidential, proprietary and

2   trade secret information, including such information that has no bearing on the

3   claims or defenses in this action. Mattel further objects to the extent the Request

4   seeks documents already produced by Mattel. Such documents will not be produced

5   again. Mattel further objects on the ground that this Request seeks to circumvent

6   the Discovery Master's Order dated May 22, 2007.

7

8   **REQUEST NO. 678**

9            All COMMUNICATIONS between YOU, including your inside and

10  outside counsel, on the one hand, and any PERSON including, but not limited to,

11  UBISOFT, any former MGA employee, any former MATTEL employee, any

12  current or former freelancer including, but not limited to, Steve Linker, Anna Rhee,

13  Matt Bousquette, Adrienne Fontanella, Kris Lynch, Len Mazzocco, Pamela Brew

14  Peretz, Rachel Harris, Barbara Miller, Victoria O'Connor, Kami Gillmour, Andreas

15  Koch, Maureen Mullen Chianese, David Dees, Steve Tarmichael, Liz Hogan,

16  Mercedah Ward, Margaret Hatch Leahy, Jessie Ramirez, or any PERSON listed in

17  any party's initial disclosures (as amended) on the other hand, REFERRING OR

18  RELATING to

19            (a)     the design or development of any BRATZ product;

20            (b)     the project known as DIVA STARZ;

21            (c)     the allegations in this ACTION (including, without limitation,

22  any facts underlying this ACTION or a PERSON's belief or view as to the merits of

23  any claim or defense in this ACTION) or any facts underlying this ACTION; or

24            (d)     any MGA LAWSUIT (including, without limitation, any facts

25  underlying the MGA LAWSUIT or a PERSON's belief or view as to the merits of

26  any claim or defense in the MGA LAWSUIT).

27

28

1  **RESPONSE TO REQUEST NO. 678**

2          In addition to the general objections stated above which are

3  incorporated herein by reference, Mattel objects to this Request on the grounds that

4  it is overbroad and unduly burdensome, including in that it seeks all documents on

5  this subject without limitation as to time, and regardless of whether such documents

6  relate to products or matters at issue in this case.  Mattel further objects to the

7  Request on the grounds that it seeks documents that are not relevant to this action or

8  likely to lead to the discovery of admissible evidence.  Mattel further objects to this

9  Request on the grounds that it seeks confidential, proprietary and trade secret

10  information, including such information that has no bearing on the claims or

11  defenses in this action.  Mattel further objects to this Request on the grounds that it

12  calls for the disclosure of information subject to the attorney-client privilege, the

13  attorney work-product doctrine and other applicable privileges.  Mattel further

14  objects to the extent the Request seeks documents already produced by Mattel.

15  Such documents will not be produced again.  Mattel further objects on the ground

16  that this Request seeks to circumvent the Discovery Master's Order dated May 22,

17  2007.

18

19  **REQUEST NO. 679**

20          All DOCUMENTS which UBISOFT and/or UBISOFT'S counsel

21  produced or provided to YOU and/or YOUR counsel.

22

23  **RESPONSE TO REQUEST NO. 679**

24          In addition to the general objections stated above which are

25  incorporated herein by reference, Mattel objects to this Request on the grounds that

26  it is overbroad and unduly burdensome, including in that it seeks all documents on

27  this subject without limitation as to time, and regardless of whether such documents

28  relate to products or matters at issue in this case.  Mattel further objects to the

1  Request on the grounds that it seeks documents that are not relevant to this action or

2  likely to lead to the discovery of admissible evidence.

3

4  **REQUEST NO. 680**

5       All DOCUMENTS REFERRING OR RELATING the ACTION which

6  UBISOFT and/or UBISOFT'S counsel produced or provided to YOU and/or YOUR

7  counsel.

8

9  **RESPONSE TO REQUEST NO. 680**

10       In addition to the general objections stated above which are

11  incorporated herein by reference, Mattel objects to this Request on the grounds that

12  it is overbroad and unduly burdensome, including in that it seeks all documents on

13  this subject without limitation as to time, and regardless of whether such documents

14  relate to products or matters at issue in this case.  Mattel further objects to the

15  Request on the grounds that it seeks documents that are not relevant to this action or

16  likely to lead to the discovery of admissible evidence.

17

18  **REQUEST NO. 681**

19       All COMMUNICATIONS between YOU and/or YOUR counsel, on

20  the one hand, and UBISOFT and/or UBISOFT'S counsel on the other regarding this

21  ACTION.

22

23  **RESPONSE TO REQUEST NO. 681**

24       In addition to the general objections stated above which are

25  incorporated herein by reference, Mattel objects to this Request on the grounds that

26  it is overbroad and unduly burdensome, including in that it seeks all documents on

27  this subject without limitation as to time, and regardless of whether such documents

28  relate to products or matters at issue in this case.  Mattel further objects to the

07975/2338336.1

-88-

1  Request on the grounds that it seeks documents that are not relevant to this action or
2  likely to lead to the discovery of admissible evidence.
3
4  **REQUEST NO. 682**
5        All DOCUMENTS which YOU and/or YOUR counsel produced or
6  provided to UBISOFT and/or UBISOFT'S counsel.
7
8  **RESPONSE TO REQUEST NO. 682**
9        In addition to the general objections stated above which are
10  incorporated herein by reference, Mattel objects to this Request on the grounds that
11  it is overbroad and unduly burdensome, including in that it seeks all documents on
12  this subject without limitation as to time, and regardless of whether such documents
13  relate to products or matters at issue in this case.  Mattel further objects to the
14  Request on the grounds that it seeks documents that are not relevant to this action or
15  likely to lead to the discovery of admissible evidence.
16
17  **REQUEST NO. 683**
18        All DOCUMENTS REFERRING OR RELATING TO MGA or the
19  ACTION which YOU and/or YOUR counsel produced or provided to UBISOFT
20  and/or UBISOFT'S counsel.
21
22  **RESPONSE TO REQUEST NO. 683**
23        In addition to the general objections stated above which are
24  incorporated herein by reference, Mattel objects to this Request on the grounds that
25  it is overbroad and unduly burdensome, including in that it seeks all documents on
26  this subject without limitation as to time, and regardless of whether such documents
27  relate to products or matters at issue in this case.  Mattel further objects to the
28

07975/2338336.1

Exhibit 35 - Page 1422

1  Request on the grounds that it seeks documents that are not relevant to this action or

2  likely to lead to the discovery of admissible evidence.

3

4  **REQUEST NO. 684**

5        All DOCUMENTS REFERRING OR RELATING TO information and

6  DOCUMENTS which YOU and/or YOUR counsel produced or provided to

7  UBISOFT and/or UBISOFT'S counsel.

8

9  **RESPONSE TO REQUEST NO. 684**

10        In addition to the general objections stated above which are

11  incorporated herein by reference, Mattel objects to this Request on the grounds that

12  it is overbroad and unduly burdensome, including in that it seeks all documents on

13  this subject without limitation as to time, and regardless of whether such documents

14  relate to products or matters at issue in this case.  Mattel further objects to the

15  Request on the grounds that it seeks documents that are not relevant to this action or

16  likely to lead to the discovery of admissible evidence.  Mattel further objects to this

17  Request on the grounds that it calls for the disclosure of information subject to the

18  attorney-client privilege, the attorney work-product doctrine and other applicable

19  privileges.

20

21  **REQUEST NO. 685**

22        All DOCUMENTS REFERRING OR RELATING TO information

23  regarding the UBISOFT LITIGATION which was provided to YOU and/or YOUR

24  counsel by UBISOFT and/or UBISOFT'S counsel.

25

26  **RESPONSE TO REQUEST NO. 685**

27        In addition to the general objections stated above which are

28  incorporated herein by reference, Mattel objects to this Request on the grounds that

1  it is overbroad and unduly burdensome, including in that it seeks all documents on

2  this subject without limitation as to time, and regardless of whether such documents

3  relate to products or matters at issue in this case.  Mattel further objects to the

4  Request on the grounds that it seeks documents that are not relevant to this action or

5  likely to lead to the discovery of admissible evidence.  Mattel further objects to this

6  Request on the grounds that it calls for the disclosure of information subject to the

7  attorney-client privilege, the attorney work-product doctrine and other applicable

8  privileges.

9

10  **REQUEST NO. 686**

11      All DOCUMENTS REFERRING OR RELATING TO MGA or the

12  UBISOFT LITIGATION which was provided to YOU and/or YOUR counsel by

13  UBISOFT and/or UBISOFT'S counsel.

14

15  **RESPONSE TO REQUEST NO. 686**

16      In addition to the general objections stated above which are

17  incorporated herein by reference, Mattel objects to this Request on the grounds that

18  it is overbroad and unduly burdensome, including in that it seeks all documents on

19  this subject without limitation as to time, and regardless of whether such documents

20  relate to products or matters at issue in this case.  Mattel further objects to the

21  Request on the grounds that it seeks documents that are not relevant to this action or

22  likely to lead to the discovery of admissible evidence.  Mattel further objects to this

23  Request on the grounds that it calls for the disclosure of information subject to the

24  attorney-client privilege, the attorney work-product doctrine and other applicable

25  privileges.

26

27

28

07975/2338336.1

MATTEL'S RESPONSES TO MGA'S SEVENTH SET OF REQUESTS FOR PRODUCTION

Exhibit 35 - Page 1424

1  **REQUEST NO. 687**

2        All DOCUMENTS REFERRING OR RELATING TO any and all

3  telephone conversations between or among YOU and/or YOUR counsel and

4  UBISOFT and/or UBISOFT'S counsel, including but not limited to, notes of such

5  telephone conversations.

6

7  **RESPONSE TO REQUEST NO. 687**

8        In addition to the general objections stated above which are

9  incorporated herein by reference, Mattel objects to this Request on the grounds that

10  it is overbroad and unduly burdensome, including in that it seeks all documents on

11  this subject without limitation as to time, and regardless of whether such documents

12  relate to products or matters at issue in this case.  Mattel further objects to the

13  Request on the grounds that it seeks documents that are not relevant to this action or

14  likely to lead to the discovery of admissible evidence.  Mattel further objects to this

15  Request on the grounds that it calls for the disclosure of information subject to the

16  attorney-client privilege, the attorney work-product doctrine and other applicable

17  privileges.

18

19  **REQUEST NO. 688**

20        All DOCUMENTS REFERRING OR RELATING TO any alliance,

21  agreement or arrangement between YOU and/or YOUR counsel and UBISOFT

22  and/or UBISOFT'S counsel to provide assistance, including monetary assistance, in

23  connection with any litigation against MGA, including but not limited to, the

24  ACTION and the UBISOFT LITIGATION.

25

26  **RESPONSE TO REQUEST NO. 688**

27        In addition to the general objections stated above which are

28  incorporated herein by reference, Mattel objects to this Request on the grounds that

07975/2338336.1

MATTEL'S RESPONSES TO MGA'S SEVENTH SET OF REQUESTS FOR PRODUCTION

Exhibit 35 - Page 1425

1    it is overbroad and unduly burdensome, including in that it seeks all documents on

2    this subject without limitation as to time, and regardless of whether such documents

3    relate to products or matters at issue in this case. Mattel further objects to the use of

4    the terms "alliance, agreement or arrangement" and "assistance" in this context as

5    vague and ambiguous. Mattel further objects to the Request on the grounds that it

6    seeks documents that are not relevant to this action or likely to lead to the discovery

7    of admissible evidence. Mattel further objects to this Request on the grounds that it

8    calls for the disclosure of information subject to the attorney-client privilege, the

9    attorney work-product doctrine and other applicable privileges.

10

11   **REQUEST NO. 689**

12           All DOCUMENTS REFERRING OR RELATING TO any assistance,

13   guidance, advice or information which UBISOFT and/or UBISOFT'S counsel

14   provided to YOU and/or YOUR counsel in connection with the ACTION.

15

16   **RESPONSE TO REQUEST NO. 689**

17           In addition to the general objections stated above which are

18   incorporated herein by reference, Mattel objects to this Request on the grounds that

19   it is overbroad and unduly burdensome, including in that it seeks all documents on

20   this subject without limitation as to time, and regardless of whether such documents

21   relate to products or matters at issue in this case. Mattel further objects to the use of

22   the terms "assistance, guidance, advice or information" in this context as vague and

23   ambiguous. Mattel further objects to the Request on the grounds that it seeks

24   documents that are not relevant to this action or likely to lead to the discovery of

25   admissible evidence. Mattel further objects to this Request on the grounds that it

26   calls for the disclosure of information subject to the attorney-client privilege, the

27   attorney work-product doctrine and other applicable privileges.

28

07975/2338336.1

-93-

**REQUEST NO. 690**

All DOCUMENTS REFERRING OR RELATING TO any assistance, guidance, advice or information which YOU and/or YOUR counsel provided to UBISOFT and/or UBISOFT'S counsel in connection with the UBISOFT LITIGATION.

**RESPONSE TO REQUEST NO. 690**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad and unduly burdensome, including in that it seeks all documents on this subject without limitation as to time, and regardless of whether such documents relate to products or matters at issue in this case. Mattel further objects to the use of the terms "assistance, guidance, advice or information" in this context as vague and ambiguous. Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence. Mattel further objects to this Request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges.

**REQUEST NO. 691**

All DOCUMENTS REFERRING OR RELATING TO efforts by YOU and/or YOUR counsel to obtain information or DOCUMENTS regarding MGA or the UBISOFT LITIGATION from UBISOFT and/or UBISOFT'S counsel.

**RESPONSE TO REQUEST NO. 691**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad and unduly burdensome, including in that it seeks all documents on

-94-

MATTEL'S RESPONSES TO MGA'S SEVENTH SET OF REQUESTS FOR PRODUCTION

Exhibit 35 - Page 1427

1 | this subject without limitation as to time, and regardless of whether such documents
2 | relate to products or matters at issue in this case.  Mattel further objects to the
3 | Request on the grounds that it seeks documents that are not relevant to this action or
4 | likely to lead to the discovery of admissible evidence.  Mattel further objects to this
5 | Request on the grounds that it calls for the disclosure of information subject to the
6 | attorney-client privilege, the attorney work-product doctrine and other applicable
7 | privileges.
8 |
9 | **REQUEST NO. 692**
10 | All DOCUMENTS REFERRING OR RELATING TO efforts by
11 | UBISOFT and/or UBISOFT'S counsel to obtain information or DOCUMENTS
12 | regarding MGA or the ACTION from YOU and/or YOUR counsel.
13 |
14 | **RESPONSE TO REQUEST NO. 692**
15 | In addition to the general objections stated above which are
16 | incorporated herein by reference, Mattel objects to this Request on the grounds that
17 | it is overbroad and unduly burdensome, including in that it seeks all documents on
18 | this subject without limitation as to time, and regardless of whether such documents
19 | relate to products or matters at issue in this case.  Mattel further objects to the
20 | Request on the grounds that it seeks documents that are not relevant to this action or
21 | likely to lead to the discovery of admissible evidence.  Mattel further objects to this
22 | Request on the grounds that it calls for the disclosure of information subject to the
23 | attorney-client privilege, the attorney work-product doctrine and other applicable
24 | privileges.
25 |
26 | **REQUEST NO. 693**
27 | All DOCUMENTS that REFER OR RELATE TO any claims, threat of
28 | litigation, litigation, arbitration or other legal proceeding that any current or former

1 employee, freelancer or contractor has asserted against MATTEL regarding the use
2 or infringement of any design, idea, doll, toy or artwork, including, but not limited
3 to, cease and desist letters, pleadings, affidavits, or court orders.

4

5 **RESPONSE TO REQUEST NO. 693**

6         In addition to the general objections stated above which are
7 incorporated herein by reference, Mattel objects to this Request on the grounds that
8 it is overbroad and unduly burdensome, including in that it seeks all documents on
9 this subject without limitation as to time, and regardless of whether such documents
10 relate to products or matters at issue in this case. Mattel further objects to the
11 Request on the grounds that it seeks documents that are not relevant to this action or
12 likely to lead to the discovery of admissible evidence. Mattel further objects to this
13 Request on the grounds that it calls for the disclosure of information subject to the
14 attorney-client privilege, the attorney work-product doctrine and other applicable
15 privileges.

16

17 **REQUEST NO. 694**

18         All COMMUNICATIONS between YOU, including your inside and
19 outside counsel, on the one hand, and any PERSON on the other, including but not
20 limited to HASBRO, UBISOFT, CITYWORLD, ART ATTACKS and FRED
21 LARIAN REFERRING OR RELATING TO the allegations in this ACTION, or any
22 MGA LAWSUIT (including, without limitation, any facts underlying this ACTION
23 or MGA LAWSUIT or any PERSON's belief or view as to the merits of any claim
24 or defense in this ACTION or MGA LAWSUIT).

25

26 **RESPONSE TO REQUEST NO. 694**

27         In addition to the general objections stated above which are
28 incorporated herein by reference, Mattel objects to this Request on the grounds that

07975/2338336.1

-96-

1  it is overbroad and unduly burdensome, including in that it seeks all documents on
2  this subject without limitation as to time, and regardless of whether such documents
3  relate to products or matters at issue in this case. Mattel further objects to the
4  Request on the grounds that it seeks documents that are not relevant to this action or
5  likely to lead to the discovery of admissible evidence. Mattel further objects to this
6  Request on the grounds that it seeks confidential, proprietary and trade secret
7  information, including such information that has no bearing on the claims or
8  defenses in this action. Mattel further objects to this Request on the grounds that it
9  calls for the disclosure of information subject to the attorney-client privilege, the
10  attorney work-product doctrine and other applicable privileges.

11

12  **REQUEST NO. 695**

13          All testimony, transcripts, declarations, affidavits and other sworn
14  written statements of any other type by or from YOU or made on YOUR behalf that
15  REFER OR RELATE TO ACCELERACERS, DIVA STARZ, MY SCENE,
16  FLAVAS, and BARBIE that REFER OR RELATE TO the RELEVANT TIME
17  PERIOD (regardless of when such testimony or sworn statement was taken, given,
18  signed, made or filed), other than those previously filed and served in this ACTION
19  or in which MGA's counsel in this ACTION was in attendance.

20

21  **RESPONSE TO REQUEST NO. 695**

22          In addition to the general objections stated above which are
23  incorporated herein by reference, Mattel objects to this Request on the grounds that
24  it is overbroad and unduly burdensome, including in that it seeks all documents on
25  this subject without limitation as to time, and regardless of whether such documents
26  relate to products or matters at issue in this case. Mattel further objects to the
27  Request on the grounds that it seeks documents that are not relevant to this action or
28  likely to lead to the discovery of admissible evidence. Mattel further objects to this

07975/2338336.1

-97-

1 | Request on the grounds that it seeks confidential, proprietary and trade secret
2 | information, including such information that has no bearing on the claims or
3 | defenses in this action. Mattel further objects to this Request on the grounds that it
4 | calls for the disclosure of information subject to the attorney-client privilege, the
5 | attorney work-product doctrine and other applicable privileges.

6

7 | **REQUEST NO. 696**

8 | DOCUMENTS sufficient to show the seating arrangement,
9 | configuration and/or location of BRYANT, Paula Treantafelles, the
10 | COLLECTIBLES GROUP, Cassidy Park, and Lilly Martinez from January 1, 2000
11 | through October 31, 2000, including, but not limited to, DOCUMENTS that would
12 | have been retained by MATTEL's FACILITIES GROUP.

13

14 | **RESPONSE TO REQUEST NO. 696**

15 | In addition to the general objections stated above which are
16 | incorporated herein by reference, Mattel objects to this Request on the grounds that
17 | it is overbroad and unduly burdensome, including in that it seeks all documents
18 | regardless of whether such documents relate to products or matters at issue in this
19 | case. Mattel further objects to this Request on the grounds that it seeks confidential,
20 | proprietary and trade secret information, including such information that has no
21 | bearing on the claims or defenses in this action. Mattel further objects to the extent
22 | the Request seeks documents already produced by Mattel. Such documents will not
23 | be produced again.

24 | Subject to and without waiving the foregoing objections, Mattel
25 | responds as follows: Mattel will produce documents sufficient to show the requested
26 | information to the extent in Mattel's possession, custody, or control, if any, that
27 | Mattel has been able to locate after a diligent search and reasonable inquiry, to the
28 | extent not previously produced.

1    **REQUEST NO. 697**

2            All DOCUMENTS REFERRING OR RELATING TO the recruitment,

3    hiring, or engagement by MGA of any current or former MATTEL employee,

4    freelancer or contractor since January 1, 1999, including communications between

5    MGA and any current or former MATTEL employee, freelancer or contractor

6    concerning employment or potential employment.

7

8    **RESPONSE TO REQUEST NO. 697**

9            In addition to the general objections stated above which are

10   incorporated herein by reference, Mattel objects to this Request on the grounds that

11   it is overbroad and unduly burdensome, including in that it seeks all documents

12   regardless of whether such documents relate to products or matters at issue in this

13   case.   Mattel further objects to the Request on the grounds that it seeks documents

14   that are not relevant to this action or likely to lead to the discovery of admissible

15   evidence.  Mattel further objects to this Request on the grounds that it seeks

16   confidential, proprietary and trade secret information, including such information

17   that has no bearing on the claims or defenses in this action.  Mattel further objects to

18   this Request on the grounds that it calls for the disclosure of information subject to

19   the attorney-client privilege, the attorney work-product doctrine and other applicable

20   privileges.

21

22   **REQUEST NO. 698**

23           DOCUMENTS sufficient to identify every PERSON who has entered

24   into a MY SCENE LICENSE with YOU or anyone acting on YOUR behalf.

25

26   **RESPONSE TO REQUEST NO. 698**

27           In addition to the general objections stated above which are

28   incorporated herein by reference, Mattel objects to this Request on the grounds that

07975/2338336.1

MATTEL'S RESPONSES TO MGA'S SEVENTH SET OF REQUESTS FOR PRODUCTION

Exhibit 35 - Page 1432

1  it is overbroad and unduly burdensome, including in that it seeks all documents on

2  this subject without limitation as to time, and regardless of whether such documents

3  relate to products or matters at issue in this case.  Mattel further objects to the

4  Request on the grounds that it seeks documents that are not relevant to this action or

5  likely to lead to the discovery of admissible evidence.  Mattel further objects to this

6  Request on the grounds that it seeks confidential, proprietary and trade secret

7  information, including such information that has no bearing on the claims or

8  defenses in this action.  Mattel further objects to this Request on the grounds that it

9  calls for the disclosure of information subject to the attorney-client privilege, the

10 attorney work-product doctrine and other applicable privileges.

11

12 **REQUEST NO. 699**

13          DOCUMENTS sufficient to identify by product name, product number

14 and SKU each MY SCENE PRODUCT including, without limitation, each MY

15 SCENE DOLL, sold by YOU or YOUR licensees.

16

17 **RESPONSE TO REQUEST NO. 699**

18          In addition to the general objections stated above which are

19 incorporated herein by reference, Mattel objects to this Request on the grounds that

20 it is overbroad and unduly burdensome, including in that it seeks all documents on

21 this subject without limitation as to time, and regardless of whether such documents

22 relate to products or matters at issue in this case.  Mattel further objects to this

23 Request on the grounds that it seeks confidential, proprietary and trade secret

24 information, including such information that has no bearing on the claims or

25 defenses in this action.  Mattel further objects to the extent the Request seeks

26 documents already produced by Mattel.  Such documents will not be produced

27 again.

28

-100-

Exhibit 35 - Page 1433

1        Subject to and without waiving the foregoing objections, Mattel

2   responds as follows: Mattel will produce such responsive, non-privileged documents

3   that are in Mattel's possession, custody, or control, if any, that Mattel has been able

4   to locate after a diligent search and reasonable inquiry, to the extent not previously

5   produced.

6

7   **REQUEST NO. 700**

8        DOCUMENTS sufficient to show the number of units of each MY

9   SCENE DOLL sold by YOU or YOUR licensees.

10

11  **RESPONSE TO REQUEST NO. 700**

12       In addition to the general objections stated above which are

13  incorporated herein by reference, Mattel objects to this Request on the grounds that

14  it is overbroad and unduly burdensome, including in that it seeks all documents on

15  this subject without limitation as to time, and regardless of whether such documents

16  relate to products or matters at issue in this case.  Mattel further objects to the

17  Request on the grounds that it seeks documents that are not relevant to this action or

18  likely to lead to the discovery of admissible evidence.  Mattel further objects to this

19  Request on the grounds that it seeks confidential, proprietary and trade secret

20  information, including such information that has no bearing on the claims or

21  defenses in this action.  Mattel further objects to this Request on the grounds this

22  Request seeks information beyond the possession, custody, or control of Mattel.

23       Subject to and without waiving the foregoing objections, Mattel

24  responds as follows: Mattel will produce such responsive, non-privileged documents

25  that are in Mattel's possession, custody, or control, if any, that Mattel has been able

26  to locate after a diligent search and reasonable inquiry, to the extent not previously

27  produced.

28

1  **REQUEST NO. 701**

2  DOCUMENTS sufficient to show the revenue received by YOU from

3  the sale of each MY SCENE DOLL sold by YOU or YOUR licensees.

4

5  **RESPONSE TO REQUEST NO. 701**

6  In addition to the general objections stated above which are

7  incorporated herein by reference, Mattel objects to this Request on the grounds that

8  it is overbroad and unduly burdensome, including in that it seeks all documents on

9  this subject without limitation as to time, and regardless of whether such documents

10  relate to products or matters at issue in this case.  Mattel further objects to the

11  Request on the grounds that it seeks documents that are not relevant to this action or

12  likely to lead to the discovery of admissible evidence.  Mattel further objects to this

13  Request on the grounds that it seeks confidential, proprietary and trade secret

14  information, including such information that has no bearing on the claims or

15  defenses in this action.  Mattel further objects to this Request on the grounds that it

16  calls for the disclosure of information subject to the attorney-client privilege, the

17  attorney work-product doctrine and other applicable privileges.  Mattel further

18  objects to this Request on the grounds this Request seeks information beyond the

19  possession, custody, or control of Mattel.

20  Subject to and without waiving the foregoing objections, Mattel

21  responds as follows: Mattel will produce such responsive, non-privileged documents

22  that are in Mattel's possession, custody, or control, if any, that Mattel has been able

23  to locate after a diligent search and reasonable inquiry, to the extent not previously

24  produced to the extent reasonably available.

25

26  **REQUEST NO. 702**

27  DOCUMENTS sufficient to show YOUR cost of goods sold, unit cost

28  and other costs for each MY SCENE DOLL sold by YOU or YOUR licensees.

1    **RESPONSE TO REQUEST NO. 702**

2         In addition to the general objections stated above which are

3    incorporated herein by reference, Mattel objects to this Request on the grounds that

4    it is overbroad and unduly burdensome, including in that it seeks all documents on

5    this subject without limitation as to time, and regardless of whether such documents

6    relate to products or matters at issue in this case.  Mattel further objects to the use of

7    the terms "cost of goods sold, unit cost and other costs" in this context as vague and

8    ambiguous.  Mattel further objects to the Request on the grounds that it seeks

9    documents that are not relevant to this action or likely to lead to the discovery of

10   admissible evidence.  Mattel further objects to this Request on the grounds that it

11   seeks confidential, proprietary and trade secret information, including such

12   information that has no bearing on the claims or defenses in this action.  Mattel

13   further objects to this Request on the grounds that it calls for the disclosure of

14   information subject to the attorney-client privilege, the attorney work-product

15   doctrine and other applicable privileges.  Mattel further objects to this Request on

16   the grounds this Request seeks information beyond the possession, custody, or

17   control of Mattel.

18        Subject to and without waiving the foregoing objections, Mattel

19   responds as follows: Mattel will produce such responsive, non-privileged documents

20   that are in Mattel's possession, custody, or control, if any, that Mattel has been able

21   to locate after a diligent search and reasonable inquiry, to the extent not previously

22   produced to the extent reasonably available.

23

24   **REQUEST NO. 703**

25        All DOCUMENTS REFERRING OR RELATING TO YOUR profits,

26   including, but not limited to, gross profits and gross margins, from the sale of each

27   MY SCENE DOLL sold by YOU or YOUR licensees.

28

07975/2338336.1

MATTEL'S RESPONSES TO MGA'S SEVENTH SET OF REQUESTS FOR PRODUCTION

Exhibit 35 - Page 1436

**RESPONSE TO REQUEST NO. 703**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad and unduly burdensome, including in that it seeks all documents on this subject without limitation as to time, and regardless of whether such documents relate to products or matters at issue in this case. Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence. Mattel further objects to this Request on the grounds that it seeks confidential, proprietary and trade secret information, including such information that has no bearing on the claims or defenses in this action. Mattel further objects to this Request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges. Mattel further objects to this Request on the grounds this Request seeks information beyond the possession, custody, or control of Mattel.

Subject to and without waiving the foregoing objections, Mattel responds as follows: Mattel will produce such responsive, non-privileged documents that are in Mattel's possession, custody, or control, if any, that Mattel has been able to locate after a diligent search and reasonable inquiry, to the extent not previously produced to the extent reasonably available.

**REQUEST NO. 704**

For each customer to whom YOU or YOUR licensees have ever sold any MY SCENE DOLL, DOCUMENTS sufficient to show the number of units of each such MY SCENE DOLL sold by YOU or YOUR licensees to that customer.

07975/2338336.1

MATTEL'S RESPONSES TO MGA'S SEVENTH SET OF REQUESTS FOR PRODUCTION

Exhibit 35 - Page 1437

1 | **RESPONSE TO REQUEST NO. 704**

2 |         In addition to the general objections stated above which are

3 | incorporated herein by reference, Mattel objects to this Request on the grounds that

4 | it is overbroad and unduly burdensome, including in that it seeks all documents on

5 | this subject without limitation as to time, and regardless of whether such documents

6 | relate to products or matters at issue in this case.  Mattel further objects to the

7 | Request on the grounds that it seeks documents that are not relevant to this action or

8 | likely to lead to the discovery of admissible evidence.  Mattel further objects to this

9 | Request on the grounds that it seeks confidential, proprietary and trade secret

10 | information, including such information that has no bearing on the claims or

11 | defenses in this action.  Mattel further objects to this Request on the grounds that it

12 | calls for the disclosure of information subject to the attorney-client privilege, the

13 | attorney work-product doctrine and other applicable privileges.  Mattel further

14 | objects to this Request on the grounds this Request seeks information beyond the

15 | possession, custody, or control of Mattel.

16 |

17 | **REQUEST NO. 705**

18 |         For each customer to whom YOU or YOUR licensees have ever sold

19 | any MY SCENE DOLL, DOCUMENTS sufficient to show the revenue received by

20 | YOU from the sale of each such MY SCENE DOLL sold by YOU or YOUR

21 | licensees to that customer.

22 |

23 | **RESPONSE TO REQUEST NO. 705**

24 |         In addition to the general objections stated above which are

25 | incorporated herein by reference, Mattel objects to this Request on the grounds that

26 | it is overbroad and unduly burdensome, including in that it seeks all documents on

27 | this subject without limitation as to time, and regardless of whether such documents

28 | relate to products or matters at issue in this case.  Mattel further objects to the

1   Request on the grounds that it seeks documents that are not relevant to this action or
2   likely to lead to the discovery of admissible evidence.  Mattel further objects to this
3   Request on the grounds that it seeks confidential, proprietary and trade secret
4   information, including such information that has no bearing on the claims or
5   defenses in this action.  Mattel further objects to this Request on the grounds that it
6   calls for the disclosure of information subject to the attorney-client privilege, the
7   attorney work-product doctrine and other applicable privileges.  Mattel further
8   objects to this Request on the grounds this Request seeks information beyond the
9   possession, custody, or control of Mattel.

10

11   **REQUEST NO. 706**

12          For each customer to whom YOU or YOUR licensees have ever sold
13   any MY SCENE DOLL, DOCUMENTS sufficient to show YOUR profits from
14   each such MY SCENE DOLL sold by YOU or YOUR licensees to that customer.

15

16   **RESPONSE TO REQUEST NO. 706**

17          In addition to the general objections stated above which are
18   incorporated herein by reference, Mattel objects to this Request on the grounds that
19   it is overbroad and unduly burdensome, including in that it seeks all documents on
20   this subject without limitation as to time, and regardless of whether such documents
21   relate to products or matters at issue in this case.  Mattel further objects to the
22   Request on the grounds that it seeks documents that are not relevant to this action or
23   likely to lead to the discovery of admissible evidence.  Mattel further objects to this
24   Request on the grounds that it seeks confidential, proprietary and trade secret
25   information, including such information that has no bearing on the claims or
26   defenses in this action.  Mattel further objects to this Request on the grounds that it
27   calls for the disclosure of information subject to the attorney-client privilege, the
28   attorney work-product doctrine and other applicable privileges.  Mattel further

07975/2338336.1

-106-

Exhibit 35 - Page 1439

1   objects to this Request on the grounds this Request seeks information beyond the

2   possession, custody, or control of Mattel.

3

4   **REQUEST NO. 707**

5         DOCUMENTS sufficient to show customer returns to YOU of MY

6   SCENE DOLLS sold or distributed by YOU or YOUR licensees.

7

8   **RESPONSE TO REQUEST NO. 707**

9         In addition to the general objections stated above which are

10   incorporated herein by reference, Mattel objects to this Request on the grounds that

11   it is overbroad and unduly burdensome, including in that it seeks all documents on

12   this subject without limitation as to time, and regardless of whether such documents

13   relate to products or matters at issue in this case.  Mattel further objects to the

14   Request on the grounds that it seeks documents that are not relevant to this action or

15   likely to lead to the discovery of admissible evidence.  Mattel further objects to this

16   Request on the grounds that it seeks confidential, proprietary and trade secret

17   information, including such information that has no bearing on the claims or

18   defenses in this action.  Mattel further objects to this Request on the grounds that it

19   calls for the disclosure of information subject to the attorney-client privilege, the

20   attorney work-product doctrine and other applicable privileges.

21

22   **REQUEST NO. 708**

23         DOCUMENTS sufficient to show customer rebates or credits given by

24   YOU or YOUR licensees to customers in connection with MY SCENE DOLLS.

25

26   **RESPONSE TO REQUEST NO. 708**

27         In addition to the general objections stated above which are

28   incorporated herein by reference, Mattel objects to this Request on the grounds that

07975/2338336.1

-107-

MATTEL'S RESPONSES TO MGA'S SEVENTH SET OF REQUESTS FOR PRODUCTION

Exhibit 35 - Page 1440

1 it is overbroad and unduly burdensome, including in that it seeks all documents on

2 this subject without limitation as to time, and regardless of whether such documents

3 relate to products or matters at issue in this case.  Mattel further objects to this

4 Request on the grounds that it seeks confidential, proprietary and trade secret

5 information, including such information that has no bearing on the claims or

6 defenses in this action.  Mattel further objects to this Request on the grounds that it

7 calls for the disclosure of information subject to the attorney-client privilege, the

8 attorney work-product doctrine and other applicable privileges.  Mattel further

9 objects to this Request on the grounds this Request seeks information beyond the

10 possession, custody, or control of Mattel.

11

12 **REQUEST NO. 709**

13          DOCUMENTS sufficient to show, by product number or SKU, the

14 number of units of each MY SCENE DOLL sold by YOU or YOUR licensees.

15

16 **RESPONSE TO REQUEST NO. 709**

17          In addition to the general objections stated above which are

18 incorporated herein by reference, Mattel objects to this Request on the grounds that

19 it is overbroad and unduly burdensome, including in that it seeks all documents on

20 this subject without limitation as to time, and regardless of whether such documents

21 relate to products or matters at issue in this case.  Mattel further objects to the

22 Request on the grounds that it seeks documents that are not relevant to this action or

23 likely to lead to the discovery of admissible evidence.  Mattel further objects to this

24 Request on the grounds that it seeks confidential, proprietary and trade secret

25 information, including such information that has no bearing on the claims or

26 defenses in this action.  Mattel further objects to this Request on the grounds that it

27 calls for the disclosure of information subject to the attorney-client privilege, the

28 attorney work-product doctrine and other applicable privileges.  Mattel further

1  objects to this Request on the grounds this Request seeks information beyond the

2  possession, custody, or control of Mattel.

3

4  **REQUEST NO. 710**

5          DOCUMENTS sufficient to show, by product number or SKU, the

6  revenue received by YOU from the sale of each MY SCENE DOLL sold by YOU

7  or YOUR licensees.

8

9  **RESPONSE TO REQUEST NO. 710**

10          In addition to the general objections stated above which are

11  incorporated herein by reference, Mattel objects to this Request on the grounds that

12  it is overbroad and unduly burdensome, including in that it seeks all documents on

13  this subject without limitation as to time, and regardless of whether such documents

14  relate to products or matters at issue in this case.  Mattel further objects to the

15  Request on the grounds that it seeks documents that are not relevant to this action or

16  likely to lead to the discovery of admissible evidence.  Mattel further objects to this

17  Request on the grounds that it seeks confidential, proprietary and trade secret

18  information, including such information that has no bearing on the claims or

19  defenses in this action.  Mattel further objects to this Request on the grounds that it

20  calls for the disclosure of information subject to the attorney-client privilege, the

21  attorney work-product doctrine and other applicable privileges.  Mattel further

22  objects to this Request on the grounds this Request seeks information beyond the

23  possession, custody, or control of Mattel.

24

25  **REQUEST NO. 711**

26          DOCUMENTS sufficient to show, by product number or SKU, YOUR

27  cost of goods sold, unit cost and other costs for each MY SCENE DOLL sold by

28  YOU or YOUR licensees.

07975/2338336.1

-109-

Exhibit 35 - Page 1442

1 **RESPONSE TO REQUEST NO. 711**

2          In addition to the general objections stated above which are

3 incorporated herein by reference, Mattel objects to this Request on the grounds that

4 it is overbroad and unduly burdensome, including in that it seeks all documents on

5 this subject without limitation as to time, and regardless of whether such documents

6 relate to products or matters at issue in this case.  Mattel further objects to the use of

7 the terms "cost of goods sold, unit cost and other costs" in this context as vague and

8 ambiguous.  Mattel further objects to the Request on the grounds that it seeks

9 documents that are not relevant to this action or likely to lead to the discovery of

10 admissible evidence.  Mattel further objects to this Request on the grounds that it

11 seeks confidential, proprietary and trade secret information, including such

12 information that has no bearing on the claims or defenses in this action.  Mattel

13 further objects to this Request on the grounds that it calls for the disclosure of

14 information subject to the attorney-client privilege, the attorney work-product

15 doctrine and other applicable privileges.  Mattel further objects to this Request on

16 the grounds this Request seeks information beyond the possession, custody, or

17 control of Mattel.

18

19 **REQUEST NO. 712**

20          All DOCUMENTS REFERRING OR RELATING TO YOUR profits,

21 by product number or SKU, from the sale of each MY SCENE DOLL sold by YOU

22 or YOUR licensees.

23

24 **RESPONSE TO REQUEST NO. 712**

25          In addition to the general objections stated above which are

26 incorporated herein by reference, Mattel objects to this Request on the grounds that

27 it is overbroad and unduly burdensome, including in that it seeks all documents on

28 this subject without limitation as to time, and regardless of whether such documents

07975/2338336.1

-110-
MATTEL'S RESPONSES TO MGA'S SEVENTH SET OF REQUESTS FOR PRODUCTION

Exhibit 35 - Page 1443

1  relate to products or matters at issue in this case. Mattel further objects to the
2  Request on the grounds that it seeks documents that are not relevant to this action or
3  likely to lead to the discovery of admissible evidence. Mattel further objects to this
4  Request on the grounds that it seeks confidential, proprietary and trade secret
5  information, including such information that has no bearing on the claims or
6  defenses in this action. Mattel further objects to this Request on the grounds that it
7  calls for the disclosure of information subject to the attorney-client privilege, the
8  attorney work-product doctrine and other applicable privileges. Mattel further
9  objects to this Request on the grounds this Request seeks information beyond the
10 possession, custody, or control of Mattel.
11
12
13 **REQUEST NO. 713**
14      For each customer to whom YOU or YOUR licensees have ever sold
15 any MY SCENE DOLL, DOCUMENTS sufficient to show, by product number or
16 SKU, the number of units of each such MY SCENE DOLL sold by YOU or YOUR
17 licensees to that customer.
18
19 **RESPONSE TO REQUEST NO. 713**
20      In addition to the general objections stated above which are
21 incorporated herein by reference, Mattel objects to this Request on the grounds that
22 it is overbroad and unduly burdensome, including in that it seeks all documents on
23 this subject without limitation as to time, and regardless of whether such documents
24 relate to products or matters at issue in this case. Mattel further objects to the
25 Request on the grounds that it seeks documents that are not relevant to this action or
26 likely to lead to the discovery of admissible evidence. Mattel further objects to this
27 Request on the grounds that it seeks confidential, proprietary and trade secret
28 information, including such information that has no bearing on the claims or

07975/2338336.1

-111-
MATTEL'S RESPONSES TO MGA'S SEVENTH SET OF REQUESTS FOR PRODUCTION

Exhibit 35 - Page 1444

1  defenses in this action.  Mattel further objects to this Request on the grounds that it

2  calls for the disclosure of information subject to the attorney-client privilege, the

3  attorney work-product doctrine and other applicable privileges.  Mattel further

4  objects to this Request on the grounds this Request seeks information beyond the

5  possession, custody, or control of Mattel.

6

7  **REQUEST NO. 714**

8          For each customer to whom YOU or YOUR licensees have ever sold

9  any MY SCENE DOLL, DOCUMENTS sufficient to show, by product number or

10  SKU, the revenue received by YOU from the sale of each such MY SCENE DOLL

11  sold by YOU or YOUR licensees to that customer.

12

13  **RESPONSE TO REQUEST NO. 714**

14          In addition to the general objections stated above which are

15  incorporated herein by reference, Mattel objects to this Request on the grounds that

16  it is overbroad and unduly burdensome, including in that it seeks all documents on

17  this subject without limitation as to time, and regardless of whether such documents

18  relate to products or matters at issue in this case.  Mattel further objects to the

19  Request on the grounds that it seeks documents that are not relevant to this action or

20  likely to lead to the discovery of admissible evidence.  Mattel further objects to this

21  Request on the grounds that it seeks confidential, proprietary and trade secret

22  information, including such information that has no bearing on the claims or

23  defenses in this action.  Mattel further objects to this Request on the grounds that it

24  calls for the disclosure of information subject to the attorney-client privilege, the

25  attorney work-product doctrine and other applicable privileges.  Mattel further

26  objects to this Request on the grounds this Request seeks information beyond the

27  possession, custody, or control of Mattel.

28

**REQUEST NO. 715**

For each customer to whom YOU or YOUR licensees have ever sold any MY SCENE DOLL, DOCUMENTS sufficient to show, by product number or SKU, YOUR profits from each such MY SCENE DOLL sold by YOU or YOUR licensees to that customer.

**RESPONSE TO REQUEST NO. 715**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad and unduly burdensome, including in that it seeks all documents on this subject without limitation as to time, and regardless of whether such documents relate to products or matters at issue in this case. Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence. Mattel further objects to this Request on the grounds that it seeks confidential, proprietary and trade secret information, including such information that has no bearing on the claims or defenses in this action. Mattel further objects to this Request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges. Mattel further objects to this Request on the grounds this Request seeks information beyond the possession, custody, or control of Mattel.

**REQUEST NO. 716**

DOCUMENTS sufficient to show the revenue and profits derived by YOU from the sale by YOU or YOUR licensees of MY SCENE DOLLS including, without limitation, DOCUMENTS sufficient to show sales revenues, costs of goods sold, variable costs, gross margins, royalties paid and received, fixed costs, gross profits and net profits.

**RESPONSE TO REQUEST NO. 716**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad and unduly burdensome, including in that it seeks all documents on this subject without limitation as to time, and regardless of whether such documents relate to products or matters at issue in this case. Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence. Mattel further objects to this Request on the grounds that it seeks confidential, proprietary and trade secret information, including such information that has no bearing on the claims or defenses in this action. Mattel further objects to this Request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges. Mattel further objects to this Request on the grounds this Request seeks information beyond the possession, custody, or control of Mattel.

Subject to and without waiving the foregoing objections, Mattel responds as follows: Mattel will produce such responsive, non-privileged documents that are in Mattel's possession, custody, or control, if any, that Mattel has been able to locate after a diligent search and reasonable inquiry, to the extent not previously produced and if reasonably available.

**REQUEST NO. 717**

DOCUMENTS sufficient to show the number of units of each MY SCENE PRODUCT sold by YOU or YOUR licensees.

**RESPONSE TO REQUEST NO. 717**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that

1  it is overbroad and unduly burdensome, including in that it seeks all documents on
2  this subject without limitation as to time, and regardless of whether such documents
3  relate to products or matters at issue in this case.  Mattel further objects to the
4  Request on the grounds that it seeks documents that are not relevant to this action or
5  likely to lead to the discovery of admissible evidence.  Mattel further objects to this
6  Request on the grounds that it seeks confidential, proprietary and trade secret
7  information, including such information that has no bearing on the claims or
8  defenses in this action.  Mattel further objects to this Request on the grounds that it
9  calls for the disclosure of information subject to the attorney-client privilege, the
10  attorney work-product doctrine and other applicable privileges.  Mattel further
11  objects to this Request on the grounds this Request seeks information beyond the
12  possession, custody, or control of Mattel.

13         Subject to and without waiving the foregoing objections, Mattel
14  responds as follows: Mattel will produce such responsive, non-privileged documents
15  that are in Mattel's possession, custody, or control, if any, that Mattel has been able
16  to locate after a diligent search and reasonable inquiry, to the extent not previously
17  produced and if reasonably available.

18

19  **REQUEST NO. 718**

20         DOCUMENTS sufficient to show the revenue received by YOU from
21  the sale of each MY SCENE PRODUCT sold by YOU or YOUR licensees.

22

23  **RESPONSE TO REQUEST NO. 718**

24         In addition to the general objections stated above which are
25  incorporated herein by reference, Mattel objects to this Request on the grounds that
26  it is overbroad and unduly burdensome, including in that it seeks all documents on
27  this subject without limitation as to time, and regardless of whether such documents
28  relate to products or matters at issue in this case.  Mattel further objects to the

1   Request on the grounds that it seeks documents that are not relevant to this action or

2   likely to lead to the discovery of admissible evidence. Mattel further objects to this

3   Request on the grounds that it seeks confidential, proprietary and trade secret

4   information, including such information that has no bearing on the claims or

5   defenses in this action. Mattel further objects to this Request on the grounds that it

6   calls for the disclosure of information subject to the attorney-client privilege, the

7   attorney work-product doctrine and other applicable privileges. Mattel further

8   objects to this Request on the grounds this Request seeks information beyond the

9   possession, custody, or control of Mattel.

10          Subject to and without waiving the foregoing objections, Mattel

11  responds as follows: Mattel will produce such responsive, non-privileged documents

12  that are in Mattel's possession, custody, or control, if any, that Mattel has been able

13  to locate after a diligent search and reasonable inquiry, to the extent not previously

14  produced and if reasonably available.

15

16  **REQUEST NO. 719**

17          DOCUMENTS sufficient to show YOUR cost of goods sold, unit cost

18  and other costs for each MY SCENE PRODUCT sold by YOU and/or YOUR

19  licensees.

20

21  **RESPONSE TO REQUEST NO. 719**

22          In addition to the general objections stated above which are

23  incorporated herein by reference, Mattel objects to this Request on the grounds that

24  it is overbroad and unduly burdensome, including in that it seeks all documents on

25  this subject without limitation as to time, and regardless of whether such documents

26  relate to products or matters at issue in this case. Mattel further objects to the use of

27  the terms "cost of goods sold, unit cost and other costs" in this context as vague and

28  ambiguous. Mattel further objects to the Request on the grounds that it seeks

07975/2338336.1

-116-

1   documents that are not relevant to this action or likely to lead to the discovery of

2   admissible evidence. Mattel further objects to this Request on the grounds that it

3   seeks confidential, proprietary and trade secret information, including such

4   information that has no bearing on the claims or defenses in this action. Mattel

5   further objects to this Request on the grounds that it calls for the disclosure of

6   information subject to the attorney-client privilege, the attorney work-product

7   doctrine and other applicable privileges. Mattel further objects to this Request on

8   the grounds this Request seeks information beyond the possession, custody, or

9   control of Mattel.

10          Subject to and without waiving the foregoing objections, Mattel

11   responds as follows: Mattel will produce such responsive, non-privileged documents

12   that are in Mattel's possession, custody, or control, if any, that Mattel has been able

13   to locate after a diligent search and reasonable inquiry, to the extent not previously

14   produced and if reasonably available.

15

16   **REQUEST NO. 720**

17          All DOCUMENTS evidencing, reflecting, REFERRING OR

18   RELATING TO YOUR profits from the sale of each MY SCENE PRODUCT sold

19   by YOU and/or YOUR licensees.

20       ￼

21   **RESPONSE TO REQUEST NO. 720**

22          In addition to the general objections stated above which are

23   incorporated herein by reference, Mattel objects to this Request on the grounds that

24   it is overbroad and unduly burdensome, including in that it seeks all documents on

25   this subject without limitation as to time, and regardless of whether such documents

26   relate to products or matters at issue in this case. Mattel further objects to the

27   Request on the grounds that it seeks documents that are not relevant to this action or

28   likely to lead to the discovery of admissible evidence. Mattel further objects to this

1  Request on the grounds that it seeks confidential, proprietary and trade secret

2  information, including such information that has no bearing on the claims or

3  defenses in this action. Mattel further objects to this Request on the grounds that it

4  calls for the disclosure of information subject to the attorney-client privilege, the

5  attorney work-product doctrine and other applicable privileges. Mattel further

6  objects to this Request on the grounds this Request seeks information beyond the

7  possession, custody, or control of Mattel.

8

9  **REQUEST NO. 721**

10         For each customer to whom YOU or YOUR licensees have ever sold

11  any MY SCENE PRODUCT, DOCUMENTS sufficient to show the number of units

12  of each such MY SCENE PRODUCT sold by YOU and/or YOUR licensees to that

13  customer.

14

15  **RESPONSE TO REQUEST NO. 721**

16         In addition to the general objections stated above which are

17  incorporated herein by reference, Mattel objects to this Request on the grounds that

18  it is overbroad and unduly burdensome, including in that it seeks all documents on

19  this subject without limitation as to time, and regardless of whether such documents

20  relate to products or matters at issue in this case. Mattel further objects to the

21  Request on the grounds that it seeks documents that are not relevant to this action or

22  likely to lead to the discovery of admissible evidence. Mattel further objects to this

23  Request on the grounds that it seeks confidential, proprietary and trade secret

24  information, including such information that has no bearing on the claims or

25  defenses in this action. Mattel further objects to this Request on the grounds that it

26  calls for the disclosure of information subject to the attorney-client privilege, the

27  attorney work-product doctrine and other applicable privileges. Mattel further

28

07975/2338336.1

-118-

1  objects to this Request on the grounds this Request seeks information beyond the

2  possession, custody, or control of Mattel.

3

4  **REQUEST NO. 722**

5      For each customer to whom YOU or YOUR licensees have ever sold

6  any MY SCENE PRODUCT, DOCUMENTS sufficient to show the revenue

7  received by YOU from each such MY SCENE PRODUCT sold by YOU or YOUR

8  licensees to that customer.

9

10 **RESPONSE TO REQUEST NO. 722**

11     In addition to the general objections stated above which are

12 incorporated herein by reference, Mattel objects to this Request on the grounds that

13 it is overbroad and unduly burdensome, including in that it seeks all documents on

14 this subject without limitation as to time, and regardless of whether such documents

15 relate to products or matters at issue in this case. Mattel further objects to the

16 Request on the grounds that it seeks documents that are not relevant to this action or

17 likely to lead to the discovery of admissible evidence. Mattel further objects to this

18 Request on the grounds that it seeks confidential, proprietary and trade secret

19 information, including such information that has no bearing on the claims or

20 defenses in this action. Mattel further objects to this Request on the grounds that it

21 calls for the disclosure of information subject to the attorney-client privilege, the

22 attorney work-product doctrine and other applicable privileges. Mattel further

23 objects to this Request on the grounds this Request seeks information beyond the

24 possession, custody, or control of Mattel.

25

26 **REQUEST NO. 723**

27     For each customer to whom YOU or YOUR licensees have ever sold

28 any MY SCENE PRODUCT, DOCUMENTS sufficient to show YOUR profits from

1    each such MY SCENE PRODUCT sold by YOU or YOUR licensees to that

2    customer.

3

4    **RESPONSE TO REQUEST NO. 723**

5              In addition to the general objections stated above which are

6    incorporated herein by reference, Mattel objects to this Request on the grounds that

7    it is overbroad and unduly burdensome, including in that it seeks all documents on

8    this subject without limitation as to time, and regardless of whether such documents

9    relate to products or matters at issue in this case.  Mattel further objects to the

10   Request on the grounds that it seeks documents that are not relevant to this action or

11   likely to lead to the discovery of admissible evidence.  Mattel further objects to this

12   Request on the grounds that it seeks confidential, proprietary and trade secret

13   information, including such information that has no bearing on the claims or

14   defenses in this action.  Mattel further objects to this Request on the grounds that it

15   calls for the disclosure of information subject to the attorney-client privilege, the

16   attorney work-product doctrine and other applicable privileges.  Mattel further

17   objects to this Request on the grounds this Request seeks information beyond the

18   possession, custody, or control of Mattel.

19

20   **REQUEST NO. 724**

21              DOCUMENTS sufficient to show customer returns to YOU of MY

22   SCENE PRODUCTS sold or distributed by YOU or YOUR licensees.

23

24   **RESPONSE TO REQUEST NO. 724**

25              In addition to the general objections stated above which are

26   incorporated herein by reference, Mattel objects to this Request on the grounds that

27   it is overbroad and unduly burdensome, including in that it seeks all documents on

28   this subject without limitation as to time, and regardless of whether such documents

07975/2338336.1

-120-

1  relate to products or matters at issue in this case.  Mattel further objects to the

2  Request on the grounds that it seeks documents that are not relevant to this action or

3  likely to lead to the discovery of admissible evidence.  Mattel further objects to this

4  Request on the grounds that it seeks confidential, proprietary and trade secret

5  information, including such information that has no bearing on the claims or

6  defenses in this action.  Mattel further objects to this Request on the grounds that it

7  calls for the disclosure of information subject to the attorney-client privilege, the

8  attorney work-product doctrine and other applicable privileges.

9

10 **REQUEST NO. 725**

11      DOCUMENTS sufficient to show customer rebates and credits given

12 by YOU or YOUR licensees to customers in connection with MY SCENE

13 PRODUCTS.

14

15 **RESPONSE TO REQUEST NO. 725**

16      In addition to the general objections stated above which are

17 incorporated herein by reference, Mattel objects to this Request on the grounds that

18 it is overbroad and unduly burdensome, including in that it seeks all documents on

19 this subject without limitation as to time, and regardless of whether such documents

20 relate to products or matters at issue in this case.  Mattel further objects to the

21 Request on the grounds that it seeks documents that are not relevant to this action or

22 likely to lead to the discovery of admissible evidence.  Mattel further objects to this

23 Request on the grounds that it seeks confidential, proprietary and trade secret

24 information, including such information that has no bearing on the claims or

25 defenses in this action.  Mattel further objects to this Request on the grounds that it

26 calls for the disclosure of information subject to the attorney-client privilege, the

27 attorney work-product doctrine and other applicable privileges.  Mattel further

28

07975/2338336.1

1  objects to this Request on the grounds this Request seeks information beyond the

2  possession, custody, or control of Mattel.

3

4  **REQUEST NO. 726**

5          DOCUMENTS sufficient to show, by product number or SKU, the

6  number of units of each MY SCENE PRODUCT sold by YOU or YOUR licensees.

7

8  **RESPONSE TO REQUEST NO. 726**

9          In addition to the general objections stated above which are

10  incorporated herein by reference, Mattel objects to this Request on the grounds that

11  it is overbroad and unduly burdensome, including in that it seeks all documents on

12  this subject without limitation as to time, and regardless of whether such documents

13  relate to products or matters at issue in this case. Mattel further objects to the

14  Request on the grounds that it seeks documents that are not relevant to this action or

15  likely to lead to the discovery of admissible evidence. Mattel further objects to this

16  Request on the grounds that it seeks confidential, proprietary and trade secret

17  information, including such information that has no bearing on the claims or

18  defenses in this action. Mattel further objects to this Request on the grounds that it

19  calls for the disclosure of information subject to the attorney-client privilege, the

20  attorney work-product doctrine and other applicable privileges. Mattel further

21  objects to this Request on the grounds this Request seeks information beyond the

22  possession, custody, or control of Mattel.

23          Subject to and without waiving the foregoing objections, Mattel

24  responds as follows: Mattel will produce such responsive, non-privileged documents

25  that are in Mattel's possession, custody, or control, if any, that Mattel has been able

26  to locate after a diligent search and reasonable inquiry, to the extent not previously

27  produced and if reasonably available.

28

07975/2338336.1

**REQUEST NO. 727**

DOCUMENTS sufficient to show, by product number or SKU, the revenue received by YOU from the sale of each MY SCENE PRODUCT sold by YOU or YOUR licensees.

**RESPONSE TO REQUEST NO. 727**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad and unduly burdensome, including in that it seeks all documents on this subject without limitation as to time, and regardless of whether such documents relate to products or matters at issue in this case. Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence. Mattel further objects to this Request on the grounds that it seeks confidential, proprietary and trade secret information, including such information that has no bearing on the claims or defenses in this action. Mattel further objects to this Request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges. Mattel further objects to this Request on the grounds this Request seeks information beyond the possession, custody, or control of Mattel.

Subject to and without waiving the foregoing objections, Mattel responds as follows: Mattel will produce such responsive, non-privileged documents that are in Mattel's possession, custody, or control, if any, that Mattel has been able to locate after a diligent search and reasonable inquiry, to the extent not previously produced and if reasonably available.

MATTEL'S RESPONSES TO MGA'S SEVENTH SET OF REQUESTS FOR PRODUCTION

07975/2338336.1

Exhibit 35 - Page 1456

**REQUEST NO. 728**

DOCUMENTS sufficient to show, by product number or SKU, YOUR cost of goods sold, unit cost and other costs for each MY SCENE PRODUCT sold by YOU or YOUR licensees.

**RESPONSE TO REQUEST NO. 728**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad and unduly burdensome, including in that it seeks all documents on this subject without limitation as to time, and regardless of whether such documents relate to products or matters at issue in this case. Mattel further objects to the use of the terms "cost of goods sold, unit cost and other costs" in this context as vague and ambiguous. Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence. Mattel further objects to this Request on the grounds that it seeks confidential, proprietary and trade secret information, including such information that has no bearing on the claims or defenses in this action. Mattel further objects to this Request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges. Mattel further objects to this Request on the grounds this Request seeks information beyond the possession, custody, or control of Mattel.

Subject to and without waiving the foregoing objections, Mattel responds as follows: Mattel will produce such responsive, non-privileged documents that are in Mattel's possession, custody, or control, if any, that Mattel has been able to locate after a diligent search and reasonable inquiry, to the extent not previously produced and if reasonably available.

07975/2338336.1

-124-

MATTEL'S RESPONSES TO MGA'S SEVENTH SET OF REQUESTS FOR PRODUCTION

Exhibit 35 - Page 1457

**REQUEST NO. 729**

All DOCUMENTS evidencing, reflecting, REFERRING OR RELATING TO YOUR profits, by product number or SKU, from the sale of each MY SCENE PRODUCT sold by YOU or YOUR licensees.

**RESPONSE TO REQUEST NO. 729**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad and unduly burdensome, including in that it seeks all documents on this subject without limitation as to time, and regardless of whether such documents relate to products or matters at issue in this case. Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence. Mattel further objects to this Request on the grounds that it seeks confidential, proprietary and trade secret information, including such information that has no bearing on the claims or defenses in this action. Mattel further objects to this Request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges. Mattel further objects to this Request on the grounds this Request seeks information beyond the possession, custody, or control of Mattel.

**REQUEST NO. 730**

For each customer to whom YOU or YOUR licensees have ever sold any MY SCENE PRODUCT, DOCUMENTS sufficient to show, by product number or SKU, the number of units of each such MY SCENE PRODUCT sold by YOU or YOUR licensees to that customer.

**RESPONSE TO REQUEST NO. 730**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad and unduly burdensome, including in that it seeks all documents on this subject without limitation as to time, and regardless of whether such documents relate to products or matters at issue in this case. Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence. Mattel further objects to this Request on the grounds that it seeks confidential, proprietary and trade secret information, including such information that has no bearing on the claims or defenses in this action. Mattel further objects to this Request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges. Mattel further objects to this Request on the grounds this Request seeks information beyond the possession, custody, or control of Mattel.

**REQUEST NO. 731**

For each customer to whom YOU or YOUR licensees have ever sold any MY SCENE PRODUCT, DOCUMENTS sufficient to show, by product number or SKU, the revenue received by YOU from each such MY SCENE PRODUCT sold by YOU or YOUR licensees to that customer.

**RESPONSE TO REQUEST NO. 731**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad and unduly burdensome, including in that it seeks all documents on this subject without limitation as to time, and regardless of whether such documents relate to products or matters at issue in this case. Mattel further objects to the

1  Request on the grounds that it seeks documents that are not relevant to this action or

2  likely to lead to the discovery of admissible evidence. Mattel further objects to this

3  Request on the grounds that it seeks confidential, proprietary and trade secret

4  information, including such information that has no bearing on the claims or

5  defenses in this action. Mattel further objects to this Request on the grounds that it

6  calls for the disclosure of information subject to the attorney-client privilege, the

7  attorney work-product doctrine and other applicable privileges. Mattel further

8  objects to this Request on the grounds this Request seeks information beyond the

9  possession, custody, or control of Mattel.

10

11  **REQUEST NO. 732**

12          DOCUMENTS sufficient to show the revenue and profits derived by

13  YOU from the sale by YOU or YOUR licensees of MY SCENE PRODUCTS

14  including, without limitation, DOCUMENTS sufficient to show sales revenues,

15  costs of goods sold, variable costs, gross margins, royalties paid and received, gross

16  profits and nets profits.

17

18  **RESPONSE TO REQUEST NO. 732**

19          In addition to the general objections stated above which are

20  incorporated herein by reference, Mattel objects to this Request on the grounds that

21  it is overbroad and unduly burdensome, including in that it seeks all documents on

22  this subject without limitation as to time, and regardless of whether such documents

23  relate to products or matters at issue in this case. Mattel further objects to the

24  Request on the grounds that it seeks documents that are not relevant to this action or

25  likely to lead to the discovery of admissible evidence. Mattel further objects to this

26  Request on the grounds that it seeks confidential, proprietary and trade secret

27  information, including such information that has no bearing on the claims or

28  defenses in this action. Mattel further objects to this Request on the grounds that it

MATTEL'S RESPONSES TO MGA'S SEVENTH SET OF REQUESTS FOR PRODUCTION

Exhibit 35 - Page 1460

07975/2338336.1

1  calls for the disclosure of information subject to the attorney-client privilege, the

2  attorney work-product doctrine and other applicable privileges.  Mattel further

3  objects to this Request on the grounds this Request seeks information beyond the

4  possession, custody, or control of Mattel.

5           Subject to and without waiving the foregoing objections, Mattel

6  responds as follows: Mattel will produce such responsive, non-privileged documents

7  that are in Mattel's possession, custody, or control, if any, that Mattel has been able

8  to locate after a diligent search and reasonable inquiry, to the extent not previously

9  produced and if reasonably available.

10

11  **REQUEST NO. 733**

12           All monthly, quarterly and annual profit and loss statements for MY

13  SCENE.

14

15  **RESPONSE TO REQUEST NO. 733**

16           In addition to the general objections stated above which are

17  incorporated herein by reference, Mattel objects to this Request on the grounds that

18  it is overbroad and unduly burdensome, including in that it seeks all documents on

19  this subject without limitation as to time, and regardless of whether such documents

20  relate to products or matters at issue in this case.  Mattel further objects to the

21  Request on the grounds that it seeks documents that are not relevant to this action or

22  likely to lead to the discovery of admissible evidence.  Mattel further objects to this

23  Request on the grounds that it seeks confidential, proprietary and trade secret

24  information, including such information that has no bearing on the claims or

25  defenses in this action.  Mattel further objects to this Request on the grounds that it

26  calls for the disclosure of information subject to the attorney-client privilege, the

27  attorney work-product doctrine and other applicable privileges.  Mattel further

28

MATTEL'S RESPONSES TO MGA'S SEVENTH SET OF REQUESTS FOR PRODUCTION

Exhibit 35 - Page 1461

1  objects to the extent the Request seeks documents already produced by Mattel.

2  Such documents will not be produced again.

3  　　　　Subject to and without waiving the foregoing objections, Mattel

4  responds as follows: Mattel will produce such responsive, non-privileged documents

5  that are in Mattel's possession, custody, or control, if any, that Mattel has been able

6  to locate after a diligent search and reasonable inquiry, to the extent not previously

7  produced.

8

9  **REQUEST NO. 734**

10  　　　　All DOCUMENTS REFERRING OR RELATING TO the value of the

11  "My Scene" brand.

12

13  **RESPONSE TO REQUEST NO. 734**

14  　　　　In addition to the general objections stated above which are

15  incorporated herein by reference, Mattel objects to this Request on the grounds that

16  it is overbroad and unduly burdensome, including in that it seeks all documents on

17  this subject without limitation as to time, and regardless of whether such documents

18  relate to products or matters at issue in this case.  Mattel further objects to the

19  Request on the grounds that it seeks documents that are not relevant to this action or

20  likely to lead to the discovery of admissible evidence.  Mattel further objects to this

21  Request on the grounds that it seeks confidential, proprietary and trade secret

22  information, including such information that has no bearing on the claims or

23  defenses in this action.  Mattel further objects to this Request on the grounds that it

24  calls for the disclosure of information subject to the attorney-client privilege, the

25  attorney work-product doctrine and other applicable privileges.

26

27

28

07975/2338336.1

MATTEL'S RESPONSES TO MGA'S SEVENTH SET OF REQUESTS FOR PRODUCTION

Exhibit 35 - Page 1462

1  **REQUEST NO. 735**

2        All DOCUMENTS REFERRING OR RELATING TO the MY SCENE

3  DOLL's share of the fashion doll market including, without limitation, the extent to

4  which MY SCENE has been or is gaining or losing market share in the fashion doll

5  market.

6

7  **RESPONSE TO REQUEST NO. 735**

8        In addition to the general objections stated above which are

9  incorporated herein by reference, Mattel objects to this Request on the grounds that

10  it is overbroad and unduly burdensome, including in that it seeks all documents on

11  this subject without limitation as to time, and regardless of whether such documents

12  relate to products or matters at issue in this case.  Mattel further objects to this

13  Request as vague and ambiguous.  Mattel further objects to the Request on the

14  grounds that it seeks documents that are not relevant to this action or likely to lead

15  to the discovery of admissible evidence.  Mattel further objects to this Request on

16  the grounds that it seeks confidential, proprietary and trade secret information,

17  including such information that has no bearing on the claims or defenses in this

18  action.  Mattel further objects to this Request on the grounds that it calls for the

19  disclosure of information subject to the attorney-client privilege, the attorney work-

20  product doctrine and other applicable privileges.

21

22  **REQUEST NO. 736**

23        All DOCUMENTS REFERRING OR RELATING TO business plans,

24  forecasts, budgets and projects prepared by YOU in connection with each of YOUR

25  products, including but not limited to BARBIE and MY SCENE.

26

27

28

-130-

Exhibit 35 - Page 1463

1  **RESPONSE TO REQUEST NO. 736**

2          In addition to the general objections stated above which are

3  incorporated herein by reference, Mattel objects to this Request on the grounds that

4  it is overbroad and unduly burdensome, including in that it seeks all documents on

5  this subject without limitation as to time, and regardless of whether such documents

6  relate to products or matters at issue in this case.  Mattel further objects to the

7  Request on the grounds that it seeks documents that are not relevant to this action or

8  likely to lead to the discovery of admissible evidence.  Mattel further objects to this

9  Request on the grounds that it seeks confidential, proprietary and trade secret

10  information, including such information that has no bearing on the claims or

11  defenses in this action.  Mattel further objects to this Request on the grounds that it

12  calls for the disclosure of information subject to the attorney-client privilege, the

13  attorney work-product doctrine and other applicable privileges.

14

15  **REQUEST NO. 737**

16          All DOCUMENTS REFERRING OR RELATING TO market research

17  and competitive studies and analyses prepared or conducted by YOU with respect to

18  the fashion doll market.

19

20  **RESPONSE TO REQUEST NO. 737**

21          In addition to the general objections stated above which are

22  incorporated herein by reference, Mattel objects to this Request on the grounds that

23  it is overbroad and unduly burdensome, including in that it seeks all documents on

24  this subject without limitation as to time, and regardless of whether such documents

25  relate to products or matters at issue in this case.  Mattel further objects to the

26  Request on the grounds that it seeks documents that are not relevant to this action or

27  likely to lead to the discovery of admissible evidence.  Mattel further objects to this

28  Request on the grounds that it seeks confidential, proprietary and trade secret

1  information, including such information that has no bearing on the claims or

2  defenses in this action.  Mattel further objects to this Request on the grounds that it

3  calls for the disclosure of information subject to the attorney-client privilege, the

4  attorney work-product doctrine and other applicable privileges.

5

6  **REQUEST NO. 738**

7          All DOCUMENTS REFERRING OR RELATING TO any position

8  taken by YOU in any litigation, arbitration or other legal proceeding that any

9  damages owed by YOU for copyright infringement should be apportioned.

10

11  **RESPONSE TO REQUEST NO. 738**

12          In addition to the general objections stated above which are

13  incorporated herein by reference, Mattel objects to this Request on the grounds that

14  it is overbroad and unduly burdensome, including in that it seeks all documents on

15  this subject without limitation as to time, and regardless of whether such documents

16  relate to products or matters at issue in this case.  Mattel further objects to the

17  Request on the grounds that it seeks documents that are not relevant to this action or

18  likely to lead to the discovery of admissible evidence.  Mattel further objects to this

19  Request on the grounds that it calls for the disclosure of information subject to the

20  attorney-client privilege, the attorney work-product doctrine and other applicable

21  privileges.

22

23  **REQUEST NO. 739**

24          All DOCUMENTS REFERRING OR RELATING TO any position

25  taken by YOU in any litigation, arbitration or other legal proceeding relating to the

26  estimated value of original drawings, designs or ideas for a product, including, but

27  not limited to, such determinations expressed as a fraction or percentage of the

28

07975/2338336.1

-132-

1    overall value of that product and other related products based on those original

2    drawings, designs or ideas.

3

4    **RESPONSE TO REQUEST NO. 739**

5          In addition to the general objections stated above which are

6    incorporated herein by reference, Mattel objects to this Request on the grounds that

7    it is overbroad and unduly burdensome, including in that it seeks all documents on

8    this subject without limitation as to time, and regardless of whether such documents

9    relate to products or matters at issue in this case. Mattel further objects to the

10   Request on the grounds that it seeks documents that are not relevant to this action or

11   likely to lead to the discovery of admissible evidence. Mattel further objects to this

12   Request on the grounds that it calls for the disclosure of information subject to the

13   attorney-client privilege, the attorney work-product doctrine and other applicable

14   privileges.

15

16   **REQUEST NO. 740**

17          All DOCUMENTS REFERRING OR RELATING TO any research or

18   investigation by YOU to determine the estimated value of original drawings, designs

19   or ideas for any toy, including, but not limited to, fashion dolls owned or licensed by

20   MATTEL, including, but not limited to, such determinations expressed as a fraction

21   or percentage of the overall value of all products based on those original drawings,

22   designs or ideas.

23

24   **RESPONSE TO REQUEST NO. 740**

25          In addition to the general objections stated above which are

26   incorporated herein by reference, Mattel objects to this Request on the grounds that

27   it is overbroad and unduly burdensome, including in that it seeks all documents on

28   this subject without limitation as to time, and regardless of whether such documents

07975/2338336.1

Exhibit 35 - Page 1466

1   relate to products or matters at issue in this case. Mattel further objects to the

2   Request on the grounds that it seeks documents that are not relevant to this action or

3   likely to lead to the discovery of admissible evidence. Mattel further objects to this

4   Request on the grounds that it seeks confidential, proprietary and trade secret

5   information, including such information that has no bearing on the claims or

6   defenses in this action. Mattel further objects to this Request on the grounds that it

7   calls for the disclosure of information subject to the attorney-client privilege, the

8   attorney work-product doctrine and other applicable privileges.

9

10  **REQUEST NO. 741**

11         All DOCUMENTS REFERRING OR RELATING TO any decision

12  made by YOU not to sell, grant, or license to any PERSON the rights to any toy

13  design or idea, including, but not limited to, fashion dolls that YOU did not intend to

14  exploit or develop.

15

16  **RESPONSE TO REQUEST NO. 741**

17         In addition to the general objections stated above which are

18  incorporated herein by reference, Mattel objects to this Request on the grounds that

19  it is overbroad and unduly burdensome, including in that it seeks all documents on

20  this subject without limitation as to time, and regardless of whether such documents

21  relate to products or matters at issue in this case. Mattel further objects to the

22  Request on the grounds that it seeks documents that are not relevant to this action or

23  likely to lead to the discovery of admissible evidence. Mattel further objects to this

24  Request on the grounds that it seeks confidential, proprietary and trade secret

25  information, including such information that has no bearing on the claims or

26  defenses in this action. Mattel further objects to this Request on the grounds that it

27  calls for the disclosure of information subject to the attorney-client privilege, the

28  attorney work-product doctrine and other applicable privileges.

17975/2338336.1

Exhibit 35 - Page 1467

**REQUEST NO. 742**

All DOCUMENTS REFERRING OR RELATING TO any decision made by YOU to sell, grant or license to any PERSON the rights to any toy design or idea, including, but not limited to fashion dolls, that YOU did not intend to exploit or develop.

**RESPONSE TO REQUEST NO. 742**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad and unduly burdensome, including in that it seeks all documents on this subject without limitation as to time, and regardless of whether such documents relate to products or matters at issue in this case.  Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence.  Mattel further objects to this Request on the grounds that it seeks confidential, proprietary and trade secret information, including such information that has no bearing on the claims or defenses in this action.  Mattel further objects to this Request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges.

**REQUEST NO. 743**

All DOCUMENTS REFERRING OR RELATING TO any efforts made by YOU to obtain, license or purchase the rights to any toy design or idea, including, but not limited to, fashion dolls, that YOU did not intend to exploit or develop.

J7975/2338336.1

Exhibit 35 - Page 1468

1 **RESPONSE TO REQUEST NO. 743**

2          In addition to the general objections stated above which are

3 incorporated herein by reference, Mattel objects to this Request on the grounds that

4 it is overbroad and unduly burdensome, including in that it seeks all documents on

5 this subject without limitation as to time, and regardless of whether such documents

6 relate to products or matters at issue in this case. Mattel further objects to the

7 Request on the grounds that it seeks documents that are not relevant to this action or

8 likely to lead to the discovery of admissible evidence. Mattel further objects to this

9 Request on the grounds that it seeks confidential, proprietary and trade secret

10 information, including such information that has no bearing on the claims or

11 defenses in this action. Mattel further objects to this Request on the grounds that it

12 calls for the disclosure of information subject to the attorney-client privilege, the

13 attorney work-product doctrine and other applicable privileges.

14

15 **REQUEST NO. 744**

16          All DOCUMENTS REFERRING OR RELATING TO any efforts

17 made by YOU to obtain, license or purchase the rights to any female fashion doll,

18 design or idea that YOU did intend to exploit or develop.

19

20 **RESPONSE TO REQUEST NO. 744**

21          In addition to the general objections stated above which are

22 incorporated herein by reference, Mattel objects to this Request on the grounds that

23 it is overbroad and unduly burdensome, including in that it seeks all documents on

24 this subject without limitation as to time, and regardless of whether such documents

25 relate to products or matters at issue in this case. Mattel further objects to the

26 Request on the grounds that it seeks documents that are not relevant to this action or

27 likely to lead to the discovery of admissible evidence. Mattel further objects to this

28 Request on the grounds that it seeks confidential, proprietary and trade secret

))7975/2338336.1

Exhibit 35 - Page 1469

1  information, including such information that has no bearing on the claims or
2  defenses in this action.  Mattel further objects to this Request on the grounds that it
3  calls for the disclosure of information subject to the attorney-client privilege, the
4  attorney work-product doctrine and other applicable privileges.
5
6  **REQUEST NO. 745**
7       All DOCUMENTS REFERRING OR RELATING TO the material
8  terms of any licenses, from January 1, 1995 to the present, between YOU and any
9  PERSON, including but not limited to any freelancer or any MATTEL employee,
10 that created the original idea, drawings, or designs for any toy, including, but not
11 limited to, fashion dolls, ever sold by YOU, including but not limited to the royalty
12 rate, duration, exclusivity, or territorial restrictions of any such licenses.
13
14 **RESPONSE TO REQUEST NO. 745**
15      In addition to the general objections stated above which are
16 incorporated herein by reference, Mattel objects to this Request on the grounds that
17 it is overbroad and unduly burdensome, including in that it seeks all documents
18 regardless of whether such documents relate to products or matters at issue in this
19 case.  Mattel further objects to the Request on the grounds that it seeks documents
20 that are not relevant to this action or likely to lead to the discovery of admissible
21 evidence.  Mattel further objects to this Request on the grounds that it seeks
22 confidential, proprietary and trade secret information, including such information
23 that has no bearing on the claims or defenses in this action.  Mattel further objects to
24 this Request on the grounds that it calls for the disclosure of information subject to
25 the attorney-client privilege, the attorney work-product doctrine and other applicable
26 privileges.
27
28

07975/2338336.1

MATTEL'S RESPONSES TO MGA'S SEVENTH SET OF REQUESTS FOR PRODUCTION

Exhibit 35 - Page 1470

**REQUEST NO. 746**

All DOCUMENTS REFERRING OR RELATING TO the material terms of any licenses, from January 1, 1995 to the present, in which YOU granted to any PERSON the rights to manufacture, market and sell any doll or toy racing vehicle based on any idea, design, or intellectual property that was created by any of YOUR employees but that YOU did not intend to exploit or develop.

**RESPONSE TO REQUEST NO. 746**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad and unduly burdensome, including in that it seeks all documents regardless of whether such documents relate to products or matters at issue in this case. Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence. Mattel further objects to this Request on the grounds that it seeks confidential, proprietary and trade secret information, including such information that has no bearing on the claims or defenses in this action. Mattel further objects to this Request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges.

**REQUEST NO. 747**

All DOCUMENTS REFERRING OR RELATING TO any consideration given by YOU to seeking a royalty for the manufacture and sale of BRATZ from any PERSON including, but not limited to MGA, LARIAN or BRYANT.

)7975/2338336.1

-138-
MATTEL'S RESPONSES TO MGA'S SEVENTH SET OF REQUESTS FOR PRODUCTION

Exhibit 35 - Page 1471

1  **RESPONSE TO REQUEST NO. 747**

2           In addition to the general objections stated above which are

3  incorporated herein by reference, Mattel objects to this Request on the grounds that

4  it is overbroad and unduly burdensome, including in that it seeks all documents on

5  this subject without limitation as to time, and regardless of whether such documents

6  relate to products or matters at issue in this case.  Mattel further objects to the

7  Request on the grounds that it seeks documents that are not relevant to this action or

8  likely to lead to the discovery of admissible evidence.  Mattel further objects to this

9  Request on the grounds that it calls for the disclosure of information subject to the

10  attorney-client privilege, the attorney work-product doctrine and other applicable

11  privileges.

12

13  **REQUEST NO. 748**

14           All DOCUMENTS REFERRING OR RELATING TO the design,

15  development, conception, creation, origins or sources of inspiration for the

16  GLAMERMAIDS, including, without limitation, the purpose for which

17  GLAMERMAIDS were created and whether BRATZ was a source of inspiration for

18  or factor in the development of GLAMERMAIDS.

19

20  **RESPONSE TO REQUEST NO. 748**

21           In addition to the general objections stated above which are

22  incorporated herein by reference, Mattel objects to this Request on the grounds that

23  it is overbroad and unduly burdensome, including in that it seeks all documents on

24  this subject without limitation as to time, and regardless of whether such documents

25  relate to products or matters at issue in this case.  Mattel further objects to the

26  Request on the grounds that it seeks documents that are not relevant to this action or

27  likely to lead to the discovery of admissible evidence.  Mattel further objects to this

28  Request on the grounds that it seeks confidential, proprietary and trade secret

07975/2338336.1

1  information, including such information that has no bearing on the claims or

2  defenses in this action.  Mattel further objects to this Request on the grounds that it

3  calls for the disclosure of information subject to the attorney-client privilege, the

4  attorney work-product doctrine and other applicable privileges.  Mattel further

5  objects to the extent the Request seeks documents already produced by Mattel.

6  Such documents will not be produced again.

7

8  **REQUEST NO. 749**

9        All DOCUMENTS REFERRING OR RELATING TO the decision to

10  discontinue development of or not to sell GLAMERMAIDS.

11

12  **RESPONSE TO REQUEST NO. 749**

13        In addition to the general objections stated above which are

14  incorporated herein by reference, Mattel objects to this Request on the grounds that

15  it is overbroad and unduly burdensome, including in that it seeks all documents on

16  this subject without limitation as to time, and regardless of whether such documents

17  relate to products or matters at issue in this case.  Mattel further objects to the

18  Request on the grounds that it seeks documents that are not relevant to this action or

19  likely to lead to the discovery of admissible evidence.  Mattel further objects to this

20  Request on the grounds that it seeks confidential, proprietary and trade secret

21  information, including such information that has no bearing on the claims or

22  defenses in this action.  Mattel further objects to this Request on the grounds that it

23  calls for the disclosure of information subject to the attorney-client privilege, the

24  attorney work-product doctrine and other applicable privileges.

25

26

27

28

07975/2338336.1

MATTEL'S RESPONSES TO MGA'S SEVENTH SET OF REQUESTS FOR PRODUCTION

Exhibit 35 - Page 1473

1  **REQUEST NO. 750**

2  　　　　All DOCUMENTS REFERRING OR RELATING TO the decision to

3  develop, revise, refresh or use GLAMERMAIDS in the development of MY

4  SCENE.

5

6  **RESPONSE TO REQUEST NO. 750**

7  　　　　In addition to the general objections stated above which are

8  incorporated herein by reference, Mattel objects to this Request on the grounds that

9  it is overbroad and unduly burdensome, including in that it seeks all documents on

10  this subject without limitation as to time, and regardless of whether such documents

11  relate to products or matters at issue in this case.  Mattel further objects to the

12  Request on the grounds that it seeks documents that are not relevant to this action or

13  likely to lead to the discovery of admissible evidence.  Mattel further objects to this

14  Request on the grounds that it seeks confidential, proprietary and trade secret

15  information, including such information that has no bearing on the claims or

16  defenses in this action.  Mattel further objects to this Request on the grounds that it

17  calls for the disclosure of information subject to the attorney-client privilege, the

18  attorney work-product doctrine and other applicable privileges.

19

20  **REQUEST NO. 751**

21  　　　　All DOCUMENTS REFERRING OR RELATING TO the selection,

22  approval process, design and development of the GLAMERMAIDS products and

23  themes, including but not limited to any design drawings, MARKET RESEARCH,

24  and product approval memos.

25

26  **RESPONSE TO REQUEST NO. 751**

27  　　　　In addition to the general objections stated above which are

28  incorporated herein by reference, Mattel objects to this Request on the grounds that

07975/2338336.1

-141-

Exhibit 35 - Page 1474

1  it is overbroad and unduly burdensome, including in that it seeks all documents on

2  this subject without limitation as to time, and regardless of whether such documents

3  relate to products or matters at issue in this case.  Mattel further objects to the

4  Request on the grounds that it seeks documents that are not relevant to this action or

5  likely to lead to the discovery of admissible evidence.  Mattel further objects to this

6  Request on the grounds that it seeks confidential, proprietary and trade secret

7  information, including such information that has no bearing on the claims or

8  defenses in this action.  Mattel further objects to this Request on the grounds that it

9  calls for the disclosure of information subject to the attorney-client privilege, the

10  attorney work-product doctrine and other applicable privileges.  Mattel further

11  objects to the extent the Request seeks documents already produced by Mattel.

12  Such documents will not be produced again.

13

14  **REQUEST NO. 752**

15          All DOCUMENTS REFERRING OR RELATING TO YOUR

16  awareness or knowledge of BRATZ during the creation, design and development of

17  GLAMERMAIDS.

18

19  **RESPONSE TO REQUEST NO. 752**

20          In addition to the general objections stated above which are

21  incorporated herein by reference, Mattel objects to this Request on the grounds that

22  it is overbroad and unduly burdensome, including in that it seeks all documents on

23  this subject without limitation as to time, and regardless of whether such documents

24  relate to products or matters at issue in this case.  Mattel further objects to the

25  Request on the grounds that it seeks documents that are not relevant to this action or

26  likely to lead to the discovery of admissible evidence.  Mattel further objects to this

27  Request on the grounds that it seeks confidential, proprietary and trade secret

28  information, including such information that has no bearing on the claims or

1  defenses in this action.  Mattel further objects to this Request on the grounds that it
2  calls for the disclosure of information subject to the attorney-client privilege, the
3  attorney work-product doctrine and other applicable privileges.
4
5  **REQUEST NO. 753**
6      All DOCUMENTS REFERRING OR RELATING TO any similarity
7  or dissimilarity between BRATZ and GLAMERMAIDS.
8
9  **RESPONSE TO REQUEST NO. 753**
10     In addition to the general objections stated above which are
11  incorporated herein by reference, Mattel objects to this Request on the grounds that
12  it is overbroad and unduly burdensome, including in that it seeks all documents on
13  this subject without limitation as to time, and regardless of whether such documents
14  relate to products or matters at issue in this case.  Mattel further objects to the
15  Request on the grounds that it seeks documents that are not relevant to this action or
16  likely to lead to the discovery of admissible evidence.  Mattel further objects to this
17  Request on the grounds that it seeks confidential, proprietary and trade secret
18  information, including such information that has no bearing on the claims or
19  defenses in this action.  Mattel further objects to this Request on the grounds that it
20  calls for the disclosure of information subject to the attorney-client privilege, the
21  attorney work-product doctrine and other applicable privileges.
22
23  **REQUEST NO. 754**
24     All DOCUMENTS REFERRING OR RELATING TO whether
25  GLAMERMAIDS copy, replicate, or in any way imitate BRATZ.
26
27
28

**-143-**

**RESPONSE TO REQUEST NO. 754**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad and unduly burdensome, including in that it seeks all documents on this subject without limitation as to time, and regardless of whether such documents relate to products or matters at issue in this case. Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence. Mattel further objects to this Request on the grounds that it seeks confidential, proprietary and trade secret information, including such information that has no bearing on the claims or defenses in this action. Mattel further objects to this Request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges.

**REQUEST NO. 755**

All DOCUMENTS REFERRING OR RELATING TO actual or potential confusion or otherwise evidencing confusion (including, but not limited to, confusion among consumers, RETAILERS, distributors, licensees or members of the press) between GLAMERMAIDS and BRATZ.

**RESPONSE TO REQUEST NO. 755**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad and unduly burdensome, including in that it seeks all documents on this subject without limitation as to time, and regardless of whether such documents relate to products or matters at issue in this case. Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence. Mattel further objects to this

07975/2338336.1

-144-

Exhibit 35 - Page 1477

1   Request on the grounds that it seeks confidential, proprietary and trade secret

2   information, including such information that has no bearing on the claims or

3   defenses in this action.  Mattel further objects to this Request on the grounds that it

4   calls for the disclosure of information subject to the attorney-client privilege, the

5   attorney work-product doctrine and other applicable privileges.

6

7   **REQUEST NO. 756**

8           DOCUMENTS, including but not limited to organizational charts,

9   sufficient to identify (by name and job function) all current and former MATTEL

10  personnel and/or freelancers comprising, the primary team that worked on the

11  creation, design and development of the GLAMERMAIDS products, commercials,

12  themes and logo.

13

14  **RESPONSE TO REQUEST NO. 756**

15          In addition to the general objections stated above which are

16  incorporated herein by reference, Mattel objects to this Request on the grounds that

17  it is overbroad and unduly burdensome, including in that it seeks all documents on

18  this subject without limitation as to time, and regardless of whether such documents

19  relate to products or matters at issue in this case.  Mattel further objects to the

20  Request on the grounds that it seeks documents that are not relevant to this action or

21  likely to lead to the discovery of admissible evidence.  Mattel further objects to this

22  Request on the grounds that it seeks confidential, proprietary and trade secret

23  information, including such information that has no bearing on the claims or

24  defenses in this action.  Mattel further objects to this Request on the grounds that it

25  calls for the disclosure of information subject to the attorney-client privilege, the

26  attorney work-product doctrine and other applicable privileges.

27

28

07975/2338336.1

-145-

Exhibit 35 - Page 1478

**REQUEST NO. 757**

All DOCUMENTS REFERRING OR RELATING TO your belief or claim (if any) that MGA copied GLAMERMAIDS (or any other mermaid doll), LITTLE MOMMY, Razor Scooter and Vespa Scooter Shannen or any other product, including but not limited to the allegations reported to you on January 28, 2003.

**RESPONSE TO REQUEST NO. 757**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad and unduly burdensome, including in that it seeks all documents on this subject without limitation as to time. Mattel further objects to the Request on the grounds that it seeks documents that are not relevant to this action or likely to lead to the discovery of admissible evidence. Mattel further objects to this Request on the grounds that it seeks confidential, proprietary and trade secret information. Mattel further objects to this Request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges. Mattel further objects to the extent the Request seeks documents already produced by Mattel. Such documents will not be produced again.

Subject to and without waiving the foregoing objections, Mattel responds as follows: Mattel will produce such responsive, non-privileged documents that are in Mattel's possession, custody, or control, if any, that Mattel has been able to locate after a diligent search and reasonable inquiry, to the extent not previously produced.

**REQUEST NO. 758**

All DOCUMENTS REFERRING OR RELATING TO any investigation, underlying facts, outcomes, and any action taken by MATTEL relating to investigations by MATTEL into claims or allegations that MGA stole MATTEL's proprietary information, including but not limited to the investigation relating to the allegations RELATING to GLAMERMAIDS (or any other mermaid doll), LITTLE MOMMY, Razor Scooter and Vespa Scooter Shannen, or any other product reported to you on January 28, 2003.

**RESPONSE TO REQUEST NO. 758**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad and unduly burdensome, including in that it seeks all documents on this subject without limitation as to time. Mattel further objects to this Request on the grounds that it seeks confidential, proprietary and trade secret information. Mattel further objects to this Request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges. Mattel further objects to the extent the Request seeks documents already produced by Mattel. Such documents will not be produced again.

Subject to and without waiving the foregoing objections, Mattel responds as follows: Mattel will produce non-privileged documents within its possession, custody, or control, that support its contentions that MGA and its employees have misappropriated Mattel property and that Mattel has been able to locate after a diligent search and reasonable inquiry, to the extent not previously produced.

**REQUEST NO. 759**

All DOCUMENTS REFERRING OR RELATING TO the departure of Jorge Castilla from MATTEL, including, but not limited to any MATTEL exit interview forms, surveys, questionnaires, agreements, or other documents Castilla completed on or near the date of his departure from MATTEL.

**RESPONSE TO REQUEST NO. 759**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad and unduly burdensome, including in that it seeks all documents on this subject without limitation as to time, and regardless of whether such documents relate to products or matters at issue in this case. Mattel further objects to this Request on the grounds that it seeks confidential, proprietary and trade secret information, including such information that has no bearing on the claims or defenses in this action. Mattel further objects to this Request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges.

Subject to and without waiving the foregoing objections, Mattel responds as follows: Mattel will produce such responsive, non-privileged documents that are in Mattel's possession, custody, or control, if any, that Mattel has been able to locate after a diligent search and reasonable inquiry, to the extent not previously produced.

**REQUEST NO. 760**

All DOCUMENTS REFERRING OR RELATING TO MGA's recruitment or hiring of Jorge Castilla, including but not limited to all employment agreements and any agreements relating to confidentiality or non-disclosure of MATTEL information.

**RESPONSE TO REQUEST NO. 760**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that it is overbroad and unduly burdensome, including in that it seeks all documents on this subject without limitation as to time, and regardless of whether such documents relate to products or matters at issue in this case. Mattel further objects to this Request on the grounds that it seeks confidential, proprietary and trade secret information, including such information that has no bearing on the claims or defenses in this action. Mattel further objects to this Request on the grounds that it calls for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges. Mattel further objects to the extent the Request seeks documents already produced by Mattel. Such documents will not be produced again.

Subject to and without waiving the foregoing objections, Mattel responds as follows: Mattel will produce such responsive, non-privileged documents that are in Mattel's possession, custody, or control, if any, that Mattel has been able to locate after a diligent search and reasonable inquiry, to the extent not previously produced.

**REQUEST NO. 761**

All DOCUMENTS REFERRING OR RELATING TO any taking of confidential or proprietary MATTEL information by Jorge Castilla, including but not limited to forensic reports, Guidance software reports, or computer imaging reports.

**RESPONSE TO REQUEST NO. 761**

In addition to the general objections stated above which are incorporated herein by reference, Mattel objects to this Request on the grounds that

Exhibit 35 - Page 1482

1 it is overbroad and unduly burdensome, including in that it seeks all documents on

2 this subject without limitation as to time, and regardless of whether such documents

3 relate to products or matters at issue in this case. Mattel further objects to this

4 Request on the grounds that it seeks confidential, proprietary and trade secret

5 information. Mattel further objects to this Request on the grounds that it calls for

6 the disclosure of information subject to the attorney-client privilege, the attorney

7 work-product doctrine and other applicable privileges.

8          Subject to and without waiving the foregoing objections, Mattel

9 responds as follows: Mattel will produce such responsive, non-privileged documents

10 that are in Mattel's possession, custody, or control, if any, that Mattel has been able

11 to locate after a diligent search and reasonable inquiry, to the extent not previously

12 produced.

13

14 **REQUEST NO. 762**

15          All COMMUNICATIONS between YOU (including YOUR agents and

16 attorneys) and law enforcement authorities, including but not limited to the United

17 States Attorney's Office or other federal, state or local law enforcement agencies,

18 concerning or relating to Jorge Castilla.

19

20 **RESPONSE TO REQUEST NO. 762**

21          In addition to the general objections stated above which are

22 incorporated herein by reference, Mattel objects to this Request on the grounds that

23 it is overbroad and unduly burdensome, including in that it seeks all documents on

24 this subject without limitation as to time, and regardless of whether such documents

25 relate to products or matters at issue in this case. Mattel further objects to the

26 Request on the grounds that it seeks documents that are not relevant to this action or

27 likely to lead to the discovery of admissible evidence.

28

07975/2338336.1

-150-

Exhibit 35 - Page 1483

1  **REQUEST NO. 763**

2      All DOCUMENTS YOU (including YOUR agents and attorneys)

3  provided to law enforcement authorities, including but not limited to the United

4  States Attorney's Office or other federal, state or local law enforcement agencies,

5  concerning or relating to Jorge Castilla.

6

7  **RESPONSE TO REQUEST NO. 763**

8      In addition to the general objections stated above which are

9  incorporated herein by reference, Mattel objects to this Request on the grounds that

10  it is overbroad and unduly burdensome, including in that it seeks all documents on

11  this subject without limitation as to time, and regardless of whether such documents

12  relate to products or matters at issue in this case.  Mattel further objects to this

13  Request on the grounds that it seeks confidential, proprietary and trade secret

14  information.  Mattel further objects to the Request on the grounds that it seeks

15  documents that are not relevant to this action or likely to lead to the discovery of

16  admissible evidence.

17

18  **REQUEST NO. 764**

19      DOCUMENTS sufficient to show the names of all folders under

20  S:\MATTEL that REFER OR RELATE to BRYANT, LARIAN, MGA, BRATZ, or

21  BRAWER.

22

23  **RESPONSE TO REQUEST NO. 764**

24      In addition to the general objections stated above which are

25  incorporated herein by reference, Mattel objects to this Request on the grounds that

26  it is overbroad and unduly burdensome, including in that it seeks all documents on

27  this subject without limitation as to time, and regardless of whether such documents

28  relate to products or matters at issue in this case.  Mattel further objects to this

1   Request as vague and ambiguous.  Mattel further objects to the Request on the

2   grounds that it seeks documents that are not relevant to this action or likely to lead

3   to the discovery of admissible evidence.  Mattel further objects to this Request on

4   the grounds that it seeks confidential, proprietary and trade secret information,

5   including such information that has no bearing on the claims or defenses in this

6   action.  Mattel further objects to this Request on the grounds that it calls for the

7   disclosure of information subject to the attorney-client privilege, the attorney work-

8   product doctrine and other applicable privileges.

9

10   **REQUEST NO. 765**

11          All files in the folder S:\Mattel\Larian not previously produced.

12

13   **RESPONSE TO REQUEST NO. 765**

14          In addition to the general objections stated above which are

15   incorporated herein by reference, Mattel objects to this Request on the grounds that

16   it is overbroad and unduly burdensome, including in that it seeks all documents on

17   this subject without limitation as to time, and regardless of whether such documents

18   relate to products or matters at issue in this case.  Mattel further objects to this

19   Request as vague and ambiguous.  Mattel further objects to the Request on the

20   grounds that it seeks documents that are not relevant to this action or likely to lead

21   to the discovery of admissible evidence.  Mattel further objects to this Request on

22   the grounds that it seeks confidential, proprietary and trade secret information,

23   including such information that has no bearing on the claims or defenses in this

24   action.  Mattel further objects to this Request on the grounds that it calls for the

25   disclosure of information subject to the attorney-client privilege, the attorney work-

26   product doctrine and other applicable privileges.

27

28

07975/2338336.1

-152-

MATTEL'S RESPONSES TO MGA'S SEVENTH SET OF REQUESTS FOR PRODUCTION

Exhibit 35 - Page 1485

1   **REQUEST NO. 766**

2          To the extent not already produced, all DOCUMENTS IDENTIFIED

3   or referenced in any of YOUR interrogatory responses.

4

5   **RESPONSE TO REQUEST NO. 766**

6          Subject to and without waiving the foregoing objections, Mattel

7   responds as follows: Mattel will produce such responsive, non-privileged documents

8   that are in Mattel's possession, custody, or control, if any, that Mattel has been able

9   to locate after a diligent search and reasonable inquiry, to the extent not previously

10  produced.

11

12

13  DATED: December 31, 2007          QUINN EMANUEL URQUHART OLIVER &
                                      HEDGES, LLP
14

15                                By _Michael Zeller (by Heidi Frahm)_

16                                    Michael T. Zeller
                                      Attorneys for Mattel, Inc.
17

18

19

20

21

22

23

24

25

26

27

28

07975/2338336.1

-153-

MATTEL'S RESPONSES TO MGA'S SEVENTH SET OF REQUESTS FOR PRODUCTION

Exhibit 35 - Page 1486