# Exhibit 49



1　DALE M. CENDALI　(*admitted pro hac vice*)
　DIANA M. TORRES (S.B. #162284)
2　JAMES P. JENAL (S.B. #180190)
　O'MELVENY & MYERS LLP
3　400 South Hope Street
　Los Angeles, California 90071-2899
4　Telephone: (213) 430-6000
　Facsimile: (213) 430-6407
5　Email: dtorres@omm.com

6　PATRICIA GLASER (S.B. # 55668)
　CHRISTENSEN, GLASER, FINK,
7　JACOBS, WEIL & SHAPIRO LLP
　10250 Constellation Boulevard, 19ᵗʰ Floor
8　Los Angeles, CA 90067
　Telephone: (310) 553-3000
9　Facsimile: (310) 556-2920
　Email: pglaser@chrisglase.com

10
　Attorneys for Defendant-in-Intervention,
11　MGA Entertainment, Inc.

12

13　　　　　**UNITED STATES DISTRICT COURT**

14　　　　　**CENTRAL DISTRICT OF CALIFORNIA**

15　MATTEL, INC., a Delaware　　　| Case No.  CV04-9059 NM (RNBx)
　Corporation,
16　　　　　　　　　　　　　　　　　| **MGA'S THIRD SET OF REQUESTS**
　　　　　　　　　　　　　　　　　　| **FOR THE PRODUCTION OF**
17　　　　　　　　Plaintiff,　　　　| **DOCUMENTS AND THINGS**

18　　　v.

19　CARTER BRYANT, an individual,　| Date Filed:　　April 27, 2004
　and MGA ENTERTAINMENT,
20　INC., a California Corporation,　| Discovery cut-off:　October 22, 2007

21　Defendant and Defendant-in-
　Intervention.

22

23　AND RELATED
　COUNTERCLAIMS
24

25　PROPOUNDING PARTY:　　MGA ENTERTAINMENT, INC.

26　RESPONDING PARTY:　　MATTEL, INC.

27　SET NO.　　　　　　　THREE

28　**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

LA2:823582.1

EXHIBIT ___4___ PAGE _137_

MGA'S THIRD SET OF REQUESTS FOR THE
PRODUCTION OF DOCUMENTS AND THINGS

Exhibit 49 - Page 2312

1    Pursuant to Rule 34 of the Federal Rules of Civil Procedure, defendant-in-
2    intervention MGA Entertainment, Inc. ("MGA") requests that plaintiff Mattel, Inc.
3    ("Mattel") produce all DOCUMENTS and tangible things described, in accordance
4    with the Definitions and Instructions set forth below, at 10:00 a.m. on March 16,
5    2007, at the offices of O'Melveny & Myers LLP, 400 South Hope Street, Los
6    Angeles, California 90071.

## DEFINITIONS

8    As used in these Requests:

9    1.    "BRATZ" means and refers to each image, character, logo, doll, toy,
10    accessory, product, packaging or other thing or matter that is or has ever been
11    manufactured, marketed or sold by MGA, or others under license, as part of a line
12    of goods or merchandise commonly known as, or sold and marketed under the
13    "Bratz" trademark or trade dress including but not limited to the "BRATZ
14    CONCEPT," "FIRST BRATZ DOLLS," "BRATZ DOLLS," "BRATZ PACK,"
15    "LIL' BRATZ," "BRATZ PETZ," "BRATZ BABYZ," and "BRATZ BOYZ."

16    2.    "COMMUNICATION[S]" means any transmission of information
17    from one person or entity to another, including, without limitation, by personal
18    meeting, conversation, letter, telephone, facsimile or electronic mail.  Each request
19    that encompasses information relating in any way to communications to, from or
20    within a business or corporate entity is hereby designated to mean, and should be
21    construed to include, all communications by and between representatives,
22    employees, agents or servants of the business or corporate entity.

23    12.    "DOCUMENT[S]" incorporates the full meaning of Federal Rule of
24    Civil Procedure 34, and shall be construed in the broadest sense to mean any and
25    all writings, tangible things and property, of any kind, that are now or that have
26    been in YOUR actual or constructive possession, custody or control, including, but
27    not limited to, any handwritten, typewritten, printed, drawn, charted, taped, filmed,
28    punched, copied, recorded, transcribed, graphic or photographic matter of any kind

- 1 -
LA2:823582.1

MGA'S SECOND SET OF REQUESTS FOR THE
PRODUCTION OF DOCUMENTS AND THINGS

EXHIBIT 4 PAGE 136

Exhibit 49 - Page 2313

1   or nature, in, through, or from which information may be embodied, translated,

2   conveyed or stored, whether an original, a draft or copy, however produced or

3   reproduced, whether sent or received or neither, including, but not limited to,

4   notes, memoranda, correspondence, letters, facsimiles and facsimile transmittals,

5   reports, inter- and intra-office COMMUNICATIONS, work papers, work sheets,

6   work records, ledgers, graphs, indexes, advertisements, brochures, price lists, cost

7   sheets, estimating sheets, bills, bills of lading, bids, time cards, receipts, purchase

8   orders, telephone records, telegrams, telexes, literature, invoices, contracts,

9   purchase orders, estimates, recordings, transcriptions of recordings, records,

10  books, pamphlets, periodicals, publications, papers, tapes, DVDs, video CDs,

11  video, audio and digital recordings, television commercials, story boards, website

12  or other spot advertisements, movies, movie trailers, prototypes, products, diaries,

13  calendars, charts, drawings, sketches, messages, photographs and data contained in

14  or accessible through any electronic data processing system, including, but not

15  limited to, computer databases, data sheets, data processing cards, computer files

16  and tapes, computer disks, CD-ROMs, computer meta-data, microfilm,

17  microfiche, electronic mail, website and web pages and transcriptions thereof and

18  all other memorializations of any conversations, meetings and conference, by

19  telephone or otherwise.  The term DOCUMENT also means every copy of a

20  DOCUMENT, where such copy is not an identical duplicate of the original,

21  whether because of deletions, underlinings, showing of blind copies, initialing,

22  signatures, receipt stamps, comments, notations, differences in stationery or any

23  other difference or modification of any kind.

24      13.    "MATTEL," "YOU" or "YOUR" means MATTEL, Inc. and any of its

25  past or present officers, directors, agents, employees, representatives, consultants,

26  attorneys, parents, subsidiaries, divisions, affiliates, predecessors-in-interest and

27  successors-in-interest, entities and persons acting in joint venture or partnership

28

EXHIBIT __4__ PAGE __139__   LA2:823582.1

- 2 -

MGA'S SECOND SET OF REQUESTS FOR THE
PRODUCTION OF DOCUMENTS AND THINGS

Exhibit 49 - Page 2314

1  relationships with YOU and any others acting on YOUR behalf, pursuant to
2  YOUR authority or subject to YOUR control.

3      14.   "MGA" means MGA Entertainment, Inc. and any of its past or present
4  officers, directors, agents, employees, representatives, consultants, attorneys,
5  parents, subsidiaries, divisions, affiliates, predecessors-in-interest and successors-
6  in-interest, entities and persons acting in joint venture or partnership relationships
7  with MGA and any others acting on MGA's behalf, pursuant to its authority or
8  subject to its control.

9      17.   "DIVA STARZ" means and refers to each image, character, logo, doll,
10  toy, accessory, product, packaging or other thing or matter that is or has ever been
11  manufactured, marketed or sold by Mattel, or others under license by Mattel, as part
12  of a line of goods or merchandise commonly known as, or sold and marketed under
13  the name, "Diva Starz."

14      19.   "REFERRING OR RELATING TO" should be construed in the
15  broadest possible sense to mean concerning, consisting of, referring to, relating to,
16  describing, discussing, constituting, evidencing, containing, reflecting, mentioning,
17  pertaining to, citing, summarizing, analyzing or bearing any logical or factual
18  connection with the matter requested or described.

19      20.   The singular form includes the plural, and vice versa.

20      21.   The terms "any" and "all" are interchangeable.

21      22.   The terms "and" and "or" shall be construed disjunctively and
22  conjunctively, and each shall include the other whenever such dual construction
23  will serve to bring within the scope of any interrogatory, information that would
24  otherwise not be within its scope.

## INSTRUCTIONS

26      1.   YOU are instructed to produce all non-privileged DOCUMENTS in
27  YOUR possession, custody or control.  A document is in YOUR "possession,
28  custody, or control" if it is in YOUR physical possession, or if, as a practical

- 3 -
LA2:823582.1

MGA'S SECOND SET OF REQUESTS FOR THE
PRODUCTION OF DOCUMENTS AND THINGS

EXHIBIT __4__ PAGE __40__

Exhibit 49 - Page 2315

1  matter, YOU have the right, upon request, to obtain possession of the DOCUMENT
2  or a copy thereof from another person or entity who has physical possession of the
3  DOCUMENT.
4       2.    If any DOCUMENT or category of DOCUMENTS is not produced in
5  full, please state with particularity the reason or reasons it is not being produced in
6  full, and describe, to the best of YOUR knowledge, information and belief, and
7  with as much particularity as possible, the DOCUMENT or portions of the
8  DOCUMENT that are not being produced.
9       3.    Each DOCUMENT is to be produced as it is kept in the usual course
10 of business, including all file folders, binders, notebooks, and other devices by
11 which such DOCUMENTS may be organized or separated.
12      4.    If YOU withhold any DOCUMENT, or portion of a DOCUMENT, on
13 grounds that it is protected from discovery by the attorney-client privilege, work
14 product doctrine, or other privilege, please set forth for each DOCUMENT or
15 portion of a DOCUMENT withheld:
16           (a)   The place, approximate date, and manner of recording, creating
17                 or otherwise preparing the DOCUMENT;
18           (b)   The names and organization position, if any, of each author,
19                 sender, and recipient of the DOCUMENT;
20           (c)   A general description of the subject matter of the DOCUMENT;
21           (d)   The basis of any claim of privilege; and
22           (e)   If work-product is asserted, the proceeding for which the
23                 DOCUMENT was created.
24      5.    For any DOCUMENT or category of DOCUMENTS that was, but no
25 longer is, in YOUR possession, custody or control, please describe each such
26 DOCUMENT as completely as possible and provide the following information:
27           (a)   The reason the DOCUMENT is no longer in YOUR possession,
28                 custody or control;

- 4 -

EXHIBIT __4__ PAGE _141_  LA2:823582.1

MGA'S SECOND SET OF REQUESTS FOR THE
PRODUCTION OF DOCUMENTS AND THINGS

Exhibit 49 - Page 2316

(b)     The person or entity, if any, who has possession, custody or control or, if unknown, so state;

(c)     If the DOCUMENT was destroyed or otherwise disposed of, state (i) the manner of disposal (*i.e.* destruction, loss, discarding or other means of disposal); (ii) the date of disposal; (iii) the reason for disposal; (iv) the person authorizing disposal; (v) the person disposing of the DOCUMENT; and (vi) the name and address of the most recent custodian of the DOCUMENT.

6.     These Requests impose a continuing obligation subsequent to your initial production to the full extent provided for in Rule 26(e) of the Federal Rules of Civil Procedure.

## REQUESTS FOR PRODUCTION

### REQUEST NO. 351:

All drawings, designs, prototypes or other documents that MATTEL contends that MGA, or anyone who has worked for MGA in any capacity, including but not limited to, BRYANT, Paula Treantafelles aka Paula Garcia, Mercedeh Ward, and Margaret Leahy, has seen or had access to concerning DIVA STARZ or any other project that MATTEL contends is relevant to any claim in Case No. 04-9057 or its claims for ownership or infringement of any rights related to BRATZ.

### REQUEST NO. 352:

All statements known to MATTEL, including statements made in the course of litigation or other legal proceeding, made by any person concerning the creation, origin, design or development of DIVA STARZ or any other project that MATTEL contends is relevant to any claim in Case No. 04-9057 or its claims for ownership or infringement of any rights related to BRATZ.

### REQUEST NO. 353:

Any personnel file, and all DOCUMENTS REFERRING OR RELATING

EXHIBIT __4__ PAGE __142__

- 5 -
LA2:823582.1

MGA'S SECOND SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS

Exhibit 49 - Page 2317

1  TO same, maintained by MATTEL for Paula Treantafelles aka Paula Garcia.

2  **REQUEST NO. 354:**

3      Any personnel file, and all DOCUMENTS REFERRING OR RELATING

4  TO same, maintained by MATTEL for Mercedeh Ward, including any evaluations

5  of her performance.

6  **REQUEST NO. 355:**

7      Any personnel file, and all DOCUMENTS REFERRING OR RELATING

8  TO same, maintained by MATTEL for Margaret Leahy, including any evaluations

9  of her performance.

10  **REQUEST NO. 355:**

11      Any personnel file, and all DOCUMENTS REFERRING OR RELATING

12  TO same, maintained by MATTEL for Maureen Mullen, including any evaluations

13  of her performance.

14  **REQUEST NO. 355:**

15      Any vendor file, and all DOCUMENTS REFERRING OR RELATING TO

16  same, maintained by MATTEL for Margaret Leahy, including any evaluations of

17  her performance.

18  **REQUEST NO. 356:**

19      Any personnel or vendor file, and all DOCUMENTS REFERRING OR

20  RELATING TO same, maintained by MATTEL for Maureen Mullen, including

21  any evaluations of her performance.

22  **REQUEST NO. 354:**

23      Any personnel file, and all DOCUMENTS REFERRING OR RELATING

24  TO same, maintained by MATTEL for Anna Rhee, including any evaluations of her

25  performance.

26  **REQUEST NO. 354:**

27      Any vendor file, and all DOCUMENTS REFERRING OR RELATING TO

28  same, maintained by MATTEL for Anna Rhee, including any evaluations of her

- 6 -
LA2:823582.1

MGA'S SECOND SET OF REQUESTS FOR THE
PRODUCTION OF DOCUMENTS AND THINGS

EXHIBIT 4 PAGE 143

Exhibit 49 - Page 2318

1    performance.

2    **REQUEST NO. 354:**

3        DOCUMENTS sufficient to show payments by MATTEL to Anna Rhee, on

4    a monthly (or, if not available, quarterly) basis since January 1, 2003.

5

6

       Dated:  February 14, 2007       O'MELVENY & MYERS LLP

7

8

9

                           Diana M. Torres

10                     Attorneys for MGA Entertainment, Inc.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                      - 7 -

LA2:823582.1       MGA'S SECOND SET OF REQUESTS FOR THE
                                 PRODUCTION OF DOCUMENTS AND THINGS

EXHIBIT  4  PAGE  144

Exhibit 49 - Page 2319

1

## PROOF OF SERVICE

2

I, Mila D. Sucgang, declare:

3

4

5

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 400 South Hope Street, Los Angeles, California  90071-2899.  On February 14, 2007, I served the within document:

6

7

**MGA'S THIRD SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS**

8

9

☒    by causing to be personally served the document(s) listed above to the person(s) listed below.

10

11

Michael T. Zeller, Esq.
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017

12

13

14

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

15

Executed on February 14, 2007, at Los Angeles, California.

16

17

_____
Mila D. Sucgang

18

19

20

21

22

23

24

25

26

27

28

LA2:820508.1

EXHIBIT **4**  PAGE **145**

PROOF OF SERVICE

Exhibit 49 - Page 2320