# Exhibit 63

1  DOUGLAS A. WICKHAM (S.B. #127268)
   dwickham@littler.com
2  KEITH A. JACOBY (S.B. #150233)
   kjacoby@littler.com
3  LITTLER MENDELSON
   A Professional Corporation
4  2049 Century Park East, 5th Floor
   Los Angeles, CA 90067.3107
5  Telephone: (310) 553-0308
   Facsimile: (310) 553-5583
6
   Attorneys for Carter Bryant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation,<br><br>Defendant.<br><br>CONSOLIDATED WITH MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | Case No. CV 04-09049 SGL (RNBx)<br>(consolidated with CV 04-9059 & 05-2727)<br><br>**DISCOVERY MATTER**<br><br>[To Be Heard By Discovery Master Hon. Edward Infante (Ret.) Pursuant to The Court's Order of December 6, 2006<br><br>[~~PROPOSED~~] ORDER GRANTING IN PART CARTER BRYANT AND MGA ENTERTAINMENT INC'S MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS AND 30(B)(6) DEPOSITIONS<br><br>Date: January 25, 2007<br>Time: 9:00 a.m.<br>Place: Telephonic<br><br>Discovery Cut-off: None set<br>Pre-trial Conference: None Set<br>Trial Date: None Set<br><br>Judge: Hon. Stephen G. Larson<br><br>Discovery Cut-Off: T.B.D. |

07209/2046388.17209/2045559.1

Order

1-30

Exhibit 63 - Page 3162

1   On January 25, 2006, Discovery Master Edward Infante heard oral argument on Defendants' Carter Bryant ("Mr. Bryant") and MGA Entertainment, Inc.'s ("MGA") motion to compel the production of documents and 30(b)(6) depositions. Keith Jacoby appeared on behalf of Mr. Bryant. Jim Jenal appeared on behalf of MGA. Jon Corey and Dylan Proctor appeared on behalf of Mattel, Inc. After considering all of the papers filed in support of and in opposition to said motion, and good cause appearing, Mr. Bryant and MGA's motion is GRANTED IN PART and it is hereby ORDERED as follows:

1. Within two weeks of the entry of this Order, Mattel must produce all non-privileged documents relating to any investigation that occurred as a result of the receipt of the August 2002 "Anonymous Letter" to Mattel CEO Robert Eckert, and provide a privilege log identifying all documents withheld under the attorney client privilege or attorney work product doctrine. It is suggested Mattel submit declarations laying out the factual basis for any work product or privilege protection it intends to assert. The Discovery Master defers ruling on whether Alan Kaye should be reproduced for further deposition testimony. The Discovery Master further rules that it is premature to rule on any issue of waiver of any claimed privilege.

2. Mattel shall identify and produce for deposition corporate designees pursuant to Federal Rule of Civil Procedure 30(b)(6) qualified to testify regarding the Topics Nos. 2, 3, 4, 5, 6, 7, 23, 49 and 50 set forth in Carter Bryant's Notice of Deposition of Mattel, Inc. dated December 21, 2004, as limited by Mattel's May 16, 2005 letter. Mattel shall identify these witnesses with the production of the

//
//
//
//
//

1. privilege log with dates they can appear for deposition, such that the depositions on
2. these topics shall be completed no later than March 31, 2007.
3.    IT IS SO ORDERED.
4.
5. DATE: January 30, 2007
6.                                                                     Hon. Edward A. Infante (Ret.)
                                                                        Discovery Master
7. Firmwide:81960684.1 028307.1010

07209/2046388.17209/2045559.1                    2.                        ORDER

Exhibit 63 - Page 3164