MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1-415-773-5700
Facsimile: +1-415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: +1-213-629-2020
Facsimile: +1-213-612-2499

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049-SGL (RNBx)<br><br>Consolidated with:<br>CV 04-9059<br>CV 05-2727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard by Discovery Master Robert C. O'Brien]**<br><br>**PROOF OF SERVICE BY HAND DELIVERY** |

OHS West:260722696.1                                      PROOF OF SERVICE

## PROOF OF SERVICE BY HAND DELIVERY

I, Jeffrey Lopez, declare I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 350 South Figueroa Street, Suite 196, Los Angeles, California 90071.

On September 23, 2009, I served the following documents:

1. **EXHIBITS 16, 53, 55, 56, 60, 62, AND 67 TO DECLARATION OF DIANA M. RUTOWSKI IN SUPPORT OF MGA PARTIES' MOTION TO COMPEL FURTHER RESPONSES TO MGA'S REQUESTS FOR PRODUCTION OF DOCUMENTS**

2. **APPLICATION TO FILE UNDER SEAL**

3. **[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL**

4. **NOTICE OF MANUAL FILING**

by hand-delivering true and correct copies of those documents to:

**Michael Zeller, Esq.**
**Dylan Proctor, Esq.**
**Jon Corey, Esq.**
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017

Executed on September 23, 2009, at Los Angeles, California.

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Jeffrey Lopez*
Jeffrey Lopez
USA Network, Inc.

OHS West:260722696.1                           - 1 -                           PROOF OF SERVICE