MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1-415-773-5700
Facsimile: +1-415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: +1-213-629-2020
Facsimile: +1-213-612-2499

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049-SGL (RNBx)<br><br>Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>**DISCOVERY MATTER**<br>[To Be Heard by Discovery Master Robert O'Brien]<br><br>**MGA ENTERTAINMENT, INC.'S EX PARTE APPLICATION FOR LEAVE TO FILE DECLARATION OF CESAR PRIETO IN OPPOSITION TO MATTEL'S MOTION TO AMEND PROTECTIVE ORDER** |

# EX PARTE APPLICATION

With this *ex parte* application, Plaintiff and Counter-Defendant MGA Entertainment, Inc. ("MGA") seeks leave to file a Declaration of Cesar Prieto in Opposition to Mattel's Motion to Amend Protective Order. The hearing on Mattel's motion is currently set for September 25, 2009, at 8:30 am (PST).

Mr. Prieto is Mexican counsel for Counter-Defendant Carlos Gustavo Machado Gomez, as well as third parties Mariana Trueba Almada and Pablo Vargas San Jose. Mr. Prieto is familiar with Mexican law and criminal procedure, and has reviewed the Declaration of Franciso J. Tiburcio that Mattel submitted in support of its motion to amend. Mr. Prieto would like to clarify Mr. Tiburcio's incomplete summary of Mexican law as it applies to Mattel's motion, and he has listed his observations in four-page declaration that is attached hereto as Exhibit A.

MGA is asking the Court to consider Mr. Prieto's Declaration when it rules on Mattel's motion to amend, even though Mr. Prieto was unable to provide a signed declaration until just this week. Mattel will not be prejudiced by the Court's consideration of Mr. Prieto's Declaration, since it is simply responding to Mr. Tiburcio's Declaration, and clarifying Mexican law with respect to the publication and release of information concerning a Mexican criminal investigation.

Mr. Prieto's Declaration supports MGA's argument that there is nothing about Mexican law that requires Mattel to amend the Protective Order as to prevent MGA in-house counsel from viewing documents that concern the investigation of MGA's employees in Mexico. MGA respectfully requests that the Court consider Mr. Prieto's Declaration.

Dated:   September 23, 2009           ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____
William A. Molinski
Attorneys for MGA Parties

# EXHIBIT A

MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1-415-773-5700
Facsimile: +1-415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: +1-213-629-2020
Facsimile: +1-213-612-2499

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049-SGL (RNBx)<br>Consolidated with: Case No. CV 04-9059 and Case No. CV 05-2727<br><br>**DISCOVERY MATTER**<br>[To Be Heard by Discovery Master Robert O'Brien]<br><br>**DECLARATION OF CESAR PRIETO IN OPPOSITION TO MATTEL MOTION TO AMEND PROTECTIVE ORDER**<br><br>Date: September 25, 2009<br>Time: TBD<br>Courtroom: TBD<br><br>**Phase 2**<br>Discovery Cutoff: December 11, 2009<br>Pretrial Conference: March 1, 2010<br>Trial Date: March 23, 2010 |

# DECLARATION OF CESAR ANTONIO PRIETO PALMA

I, Cesar Antonio Prieto Palma, declare as follows:

1. I am an attorney with Mexican criminal law and procedure, and am one of the attorneys for Carlos Gustavo Machado Gomez, Mariana Trueba Almada, and Pablo Vargas San Jose in this case. I have taken note of the June 30, 2009, declaration by Francisco J. Tiburcio, in Mexico City and would like to comment as follows:

2. In relation to items with numbers 5 and 6 of the statement, there is a need to distinguish between the criminal investigation and the process itself.

3. According to Article 16 of the Federal Code of Criminal Procedures, the criminal investigation file could only be accessed by the defendant, his/her counsel, and the victim, or the offended party and his/her legal representative, and said investigation with all the documents and elements related to the same are strictly classified.

4. Therefore, any public officer that infringes the reserve on the information pertaining to the criminal investigation, or provides a third party with copies of the documents contained therein, shall be subject to the corresponding administrative liability or criminal process.

5. Nevertheless, when dealing with federal criminal processes, the law does not provide the same strictly reserved character, because all those that participate in them, such as the Federal Prosecutor, the defendants, and their counsel, have the right to request and obtain certified photocopies of all or some of the documents contained in such processes.

6. The media often transcribes the names of the individuals undergoing the legal process, as well as the contents of the certified photocopies obtained by the parties.

7. Also, Article 86 of the Federal Code of Criminal Procedures provides that hearings are to be public, so that any individual, such as relatives or friends of

1  defendants and the media, desiring to be present in such hearings have the right to
2  be there.
3      8.    In relation to item 12 of the Tiburcio statement, it must be detailed that
4  Fraction XXVIII in Article 225 of the Federal Criminal Code provides:

> "Article 225. The following are felonies against the administration of justice when committed by public officers:
>
> "XXVIII.- Make known **to anyone not having the right to know**, documents, evidence or information that are part of a criminal investigation or **a criminal process** and which, by provisions in the law or by **judicial authority decision, are confidential.**"

    9.    The above means that if any Judge or Secretary of a Federal Criminal Court provides the defendant or his/her counsel the certified photocopies of all or part of the documents in said process, they are not breaking the law, **nor committing a felony**.

    10.    In relation to item 13 in the Tiburcio declaration, it is true that Article 82 of the Industrial Property Law regulates what is considered to be industrial secret, and Article 86 bis 1 of the same Law provides:

> In any judicial or administrative **process** that requests that any of the interested parties disclose an industrial secret, the authority being informed of it must adopt the necessary measures to prevent its disclosure to third parties not involved in the dispute.
>
> "No interested party, in any case, may disclose or use the industrial secret to which the above paragraph refers."

    11.    In this regard, Francisco J. Tiburcio, in his original claim-complaint writ, exhibited the documents that he considered were Mattel Inc.'s industrial secrets; nevertheless, from the inception of the criminal process in September of 2007, the Mattel Inc. representatives never requested the Judge to adopt the necessary measures to prevent disclosure of such secrets to third parties not involved in the process.

OHS West:260726469.1      -2-      DECLARATION OF CESAR ANTONIO PRIETO PALM
CV 04-9049 SGL (RNBx)

Exhibit A
Page 4

12. In addition, the court has no record of request or order for confidentiality of all proceedings and prevention of disclosure to third parties.

13. The defendants and their counsel, as well as the Mattel, Inc. attorneys, have requested and obtained from the Tenth Court for Federal Criminal Processes, copies of miscellaneous documents, among which are the supposed industrial secrets, and this has not been considered unlawful.

14. In relation to item 14, what has been declared by Tiburcio is not true, referring to the documents contained in the criminal process at the Tenth Court for Federal Criminal Processes, indicating that the documents are classified and confidential and that for such reason they are not public domain documents.

15. The parties in criminal process 130/2007-IV, such as the indicted Mariana Trueba Almada, Pablo Vargas San José and Carlos Gustavo Machado Gómez, the Federal Prosecutor, Tiburcio and the Mattel Inc authorized attorneys, have requested and obtained certified copies of some or all documents in the criminal file and those copies have been used for miscellaneous purposes without having such actions considered unlawful.

16. Finally, it is true that MGA Entertainment, Inc., and MGAE de México S. de R. L. de C. V., are not parties in such criminal process; however, Tiburcio has requested Susana Leticia Kuemmerle, Isaac Larian and the legal representative for de MGAE de Mexico, offer their testimonials.

17. As an example that no felony is incurred into, and in accordance with Mexican laws and regulations, we wish to present the following:

18. We have requested and obtained from the Tenth Court for Federal Criminal Processes, photocopies of the miscellaneous documents submitted by Tiburcio, to support his claim against Mariana Trueba Almada, Pablo Vargas San Jose and Carlos Gustavo Machado Gómez, that contain false and misleading data.

19. Also, said documents show the testimonials by the Mattel, Inc. representatives, affirm that they do not have the necessary documents to

1 | demonstrate that the computers holding the supposed industrial secrets were
2 | assigned to Mariana Trueba Almada and Gustavo Machado Gómez.
3 |     I declare under penalty of perjury under the laws of the United States that the
4 | foregoing is true and correct, and that this declaration was executed this 23d day of
5 | September, 2009, in Mexico City, Mexico.

*/s/ César Antonio Prieto Palma*

OHS West:260726469.1

4

DECLARATION OF CESAR ANTONIO PRIETO PALMA
CV 04-9049 SGL (RNB)