MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1-415-773-5700
Facsimile: +1-415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: +1-213-629-2020
Facsimile: +1-213-612-2499

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049-SGL (RNBx)<br><br>Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>**DECLARATION OF ANDRÉ DE LA CRUZ IN SUPPORT OF MGA ENTERTAINMENT INC'S EX PARTE APPLICATION FOR LEAVE TO FILE DECLARATION OF CESAR PRIETO** |

# DECLARATION

I, André De La Cruz, declare:

1. I am an attorney at the law firm of Orrick, Herrington & Sutcliffe LLP ("Orrick"), counsel of record for MGA Entertainment Inc. and the MGA parties in the above-captioned action. I am a member in good standing of the State Bar of California and am admitted to practice before this Court. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. Since Mattel filed its Motion To Amend Protective Order on August 26, 2009, I have been working with Mexican counsel Cesar Prieto to review and respond to the Declaration of Francisco J. Tiburcio that was submitted by Mattel in support of its motion. Due to circumstances beyond my control, I was unable to collect Mr. Prieto's signature on the Declaration in Opposition To Mattel's Motion To Amend Protective Order until just this morning.

3. Upon receiving Mr. Prieto's signature, I contacted counsel for Mattel, Mr. James Webster, via email and informed him that MGA would be filing an ex parte application for leave to file Mr. Prieto's Declaration. Mattel indicated that it would oppose.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 24th day of September 2009.

André De La Cruz