# Exhibit H

**Confidential
Filed Under Seal Pursuant to
Protective Order**

Name & Address:
Warrington S. Parker III (State Bar No. 148003)
Orrick, Herrington & Sutcliffe LLP
405 Howard Street
San Francisco, California 94105
(415) 773-5700
(415) 773-5759 (Facsimile)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT<br><br>PLAINTIFF(S)<br>v.<br><br>MATTEL, INC., a Delaware Corporation<br><br>DEFENDANT(S). | CASE NUMBER:<br>CV 04-9049-SGL (RNBx)<br><br><br>NOTICE OF MANUAL FILING |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**
(1)Issac Larian's Reply In Support of Objections to Discovery Master Order No. 46 Regarding Responses to Phase 2 Interrogatories, and (2) Exhibit H of the Declaration of Warrington S. Parker III In Support of Isaac Larian's Reply In Support of Objections to Discovery Master Order No. 46 Regarding Responses to Phase 2 Interrogatories

**Document Description:**

☐ Administrative Record
☐ Exhibits
☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]
☒ Other 1)Issac Larian's Reply In Support of Objections to Discovery Master Order No. 46 Regarding Responses to Phase 2 Interrogatories, and (2) Exhibit H of the Declaration of Warrington S. Parker III In Support of Isaac Larian's Reply In Support of Objections to Discovery Master Order No. 46 Regarding Responses to Phase 2 Interrogatories

**Reason:**

☒ Under Seal
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☐ Per Court order dated _____
☐ Manual Filing required (*reason*):

| | |
|---|---|
| September 24, 2009<br>Date | /s/ Warrington S. Parker, III<br>Attorney Name<br>MGA Parties<br>Party Represented |

Note: File one Notice in each case, each time you manually file document(s).

G-92 (03/09)          NOTICE OF MANUAL FILING        American LegalNet, Inc.
www.FormsWorkflow.com