QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
 John B. Quinn (Bar No. 090378)
 (johnquinn@quinnemanuel.com)
 Michael T. Zeller (Bar No. 196417)
 (michaelzeller@quinnemanuel.com)
 Jon D. Corey (Bar No. 185066)
 (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>[DISCOVERY MATTER]<br>To be heard by Discovery Master Robert C. O'Brien<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL (1) MATTEL, INC.'S *EX PARTE* APPLICATION FOR AN ORDER SHORTENING TIME FOR MGA AND LARIAN TO RESPOND TO REQUESTS FOR ADMISSION AND FOR PRODUCTION OF PRIVILEGE LOG, (2) CERTAIN EXHIBITS TO THE DECLARATION OF SCOTT L. WATSON IN SUPPORT THEREOF, AND (3) THE SEPARATE STATEMENT IN SUPPORT THEREOF<br><br>[[Proposed] Order filed concurrently]<br><br>**Phase 2**<br>Discovery Cut-off: December 11, 2009<br>Pre-trial Conference: March 1, 2010<br>Trial Date: March 23, 2010 |

00505.07975/3101704.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1          Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal (1) Mattel's *Ex Parte* Application For An Order Shortening Time For MGA And Larian To Respond To Requests For Admission And For Production Of Privilege Log ("Application"), (2) Exhibits 4, 5, 9, 10, 13, 17, 18 and 27 to the Declaration of Scott L. Watson In Support Thereof ("Exhibits"), and (3) the Separate Statement In Support Thereof ("Separate Statement").

         The Application, Exhibits and Separate Statement contain materials that Mattel or MGA have designated as "Confidential" or "Confidential--Attorneys' Eyes Only" pursuant to the Protective Order. Accordingly, Mattel requests that the Court order that the Application, Exhibits and Separate Statement be filed under seal.

DATED: September 14, 2009      QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Michael T. Zeller
     Michael T. Zeller
     Attorneys for Mattel, Inc.