1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     John B. Quinn (Bar No. 090378)
2    (johnquinn@quinnemanuel.com)
     Michael T. Zeller (Bar No. 196417)
3    (michaelzeller@quinnemanuel.com)
     Jon D. Corey (Bar No. 185066)
4    (joncorey@quinnemanuel.com)
     865 South Figueroa Street, 10th Floor
5    Los Angeles, California 90017-2543
     Telephone: (213) 443-3000
6    Facsimile: (213) 443-3100
7  Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
|---|---|
| Plaintiff, | Consolidated with Case Nos. CV 04-09059 & CV 05-2727 |
| vs. | Hon. Stephen G. Larson |
| MATTEL, INC., a Delaware corporation, | [PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL (1) MATTEL, INC.'S *EX PARTE* APPLICATION FOR AN ORDER SHORTENING TIME FOR MGA AND LARIAN TO RESPOND TO REQUESTS FOR ADMISSION AND FOR PRODUCTION OF PRIVILEGE LOG, (2) CERTAIN EXHIBITS TO THE DECLARATION OF SCOTT L. WATSON IN SUPPORT THEREOF, AND (3) THE SEPARATE STATEMENT IN SUPPORT THEREOF |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | |

**Phase 2**
Discovery Cut-off: December 11, 2009
Pre-trial Conference: March 1, 2010
Trial Date: March 23, 2010

00505.07975/3101705.1

[PROPOSED] ORDER

## [PROPOSED] ORDER

Based on the concurrently filed Application to File Under Seal (1) Mattel, Inc.'s *Ex Parte* Application For An Order Shortening Time For MGA And Larian To Respond To Requests For Admission And For Production Of Privilege Log, (2) Exhibits 4, 5, 9, 10, 13, 17, 18 and 27 to the Declaration of Scott L. Watson In Support Thereof, and (3) the Separate Statement In Support Thereof, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Mattel, Inc.'s *Ex Parte* Application For An Order Shortening Time For MGA And Larian To Respond To Requests For Admission And For Production Of Privilege Log, Exhibits 4, 5, 9, 10, 13, 17, 18 and 27 to the Declaration of Scott L. Watson In Support Thereof, and the Separate Statement In Support Thereof are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: Sept 23, 2009

Hon. Stephen G. Larson
United States District Judge

-2-

[PROPOSED] ORDER