MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1-415-773-5700
Facsimile: +1-415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: +1-213-629-2020
Facsimile: +1-213-612-2499

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant. | Case No. CV 04-9049-SGL (RNBx)<br><br>**PROOF OF SERVICE BY ELECTRONIC MAIL, U.S. MAIL, AND HAND DELIVERY** |
| AND CONSOLIDATED ACTIONS | |

OHS West:260733269.1

PROOF OF SERVICE

| | |
|---|---|
| 1 | **PROOF OF SERVICE BY EMAIL TO COUNSEL** |
| 2 | I am more than eighteen years old and not a party to this action. My business |
| 3 | address is Orrick, Herrington & Sutcliffe LLP, The Orrick Building, 405 Howard |
| 4 | Street, San Francisco, CA 94105. On September 24, 2009, I served the following |
| 5 | document(s): |

- **APPLICATION TO FILE UNDER SEAL;**

- **ISAAC LARIAN'S REPLY IN SUPPORT OF OBJECTIONS TO DISCOVERY MASTER ORDER NO. 46 REGARDING RESPONSES TO PHASE 2 INTERROGATORIES; AND**

- **DECLARATION OF WARRINGTON S. PARKER III IN SUPPORT OF ISAAC LARIAN'S REPLY IN SUPPORT OF OBJECTIONS TO DISCOVERY MASTER ORDER NO. 46 REGARDING RESPONSES TO PHASE 2 INTERROGATORIES; EXHIBITS;**

- **[PROPOSED] ORDER RE APPLICATION TO FILE UNDER SEAL.**

I served copies of said papers on September 24, 2009 by attaching them to an email addressed to:

| | |
|---|---|
| **Michael Zeller** <br> michaelzeller@quinnemanuel.com | **Dylan Proctor** <br> dylanproctor@quinnemanuel.com |
| **Jon Corey** <br> joncorey@quinnemanuel.com | **Jason Russell** <br> jason.russell@skadden.com |
| **Todd Gordinier** <br> todd.gordinier@bingham.com | **Peter Villar** <br> peter.villar@bingham.com |
| **Mark Overland** <br> moverland@scheperkim.com | **Alexander Cote** <br> acote@scheperkim.com |

1  I declare under penalty of perjury that the foregoing is true and correct.
2  Executed on September 24, 2009, at San Francisco, California.

*Anne Devlin* (signature)

Anne Devlin

## PROOF OF SERVICE BY MAIL

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, The Orrick Building, 405 Howard Street, San Francisco, CA 94105. On September 24, 2009, I served the following document(s):

- **APPLICATION TO FILE UNDER SEAL;**

- **ISAAC LARIAN'S REPLY IN SUPPORT OF OBJECTIONS TO DISCOVERY MASTER ORDER NO. 46 REGARDING RESPONSES TO PHASE 2 INTERROGATORIES; AND**

- **DECLARATION OF WARRINGTON S. PARKER III IN SUPPORT OF ISAAC LARIAN'S REPLY IN SUPPORT OF OBJECTIONS TO DISCOVERY MASTER ORDER NO. 46 REGARDING RESPONSES TO PHASE 2 INTERROGATORIES; EXHIBITS;**

- **[PROPOSED] ORDER RE APPLICATION TO FILE UNDER SEAL.**

on the interested parties in this action by placing true and correct copies thereof in sealed envelope(s) addressed as follows:

**Jason Russell, Esq.**
Skadden Arps Slate Meagher & Flom LLP
300 South Grand Avenue
Suite 3400
Los Angeles, CA 90071

**Todd Gordinier, Esq.**
**Peter Villar, Esq.**
Bingham McCutchen LLP
600 Anton Boulevard, 18th Floor
Costa Mesa, CA 92626

**Mark Overland, Esq.**
**Alexander Cote, Esq.**
Scheper Kim & Overland LLP
One Bunker Hill
601 West Fifth Street, 12th Floor
Los Angeles, California 90071

|    |    |
|----|----|
| 1  | I am employed in the county from which the mailing occurred. On the |
| 2  | date indicated above, I placed the sealed envelope(s) for collection and mailing at |
| 3  | this firm's office business address indicated above. I am readily familiar with this |
| 4  | firm's practice for the collection and processing of correspondence for mailing with |
| 5  | the United States Postal Service. Under that practice, the firm's correspondence |
| 6  | would be deposited with the United States Postal Service on this same date with |
| 7  | postage thereon fully prepaid in the ordinary course of business. |
| 8  | I declare under penalty of perjury that the foregoing is true and correct. |
| 9  | Executed on September 24, 2009, at San Francisco, California. |

_____
Anne Devlin

PROOF OF SERVICE

## PROOF OF SERVICE BY HAND DELIVERY

I, Edgar Ramirez, declare I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 350 South Figueroa Street, Suite 196, Los Angeles, California 90071.

On September 24, 2009, I served all parties with the following documents:

- **ISAAC LARIAN'S REPLY IN SUPPORT OF OBJECTIONS TO DISCOVERY MASTER ORDER NO. 46 REGARDING RESPONSES TO PHASE 2 INTERROGATORIES;**

- **DECLARATION OF WARRINGTON S. PARKER III IN SUPPORT OF ISAAC LARIAN'S REPLY IN SUPPORT OF OBJECTIONS TO DISCOVERY MASTER ORDER NO. 46 REGARDING RESPONSES TO PHASE 2 INTERROGATORIES; EXHIBITS;**

- **APPLICATION TO FILE UNDER SEAL; AND**

- **[PROPOSED] ORDER RE APPLICATION TO FILE UNDER SEAL**

by hand-delivering true and correct copies of those documents to:

**Michael Zeller, Esq.**
**Dylan Proctor, Esq.**
**Jon Corey, Esq.**
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017

Executed on September 24, 2009, at Los Angeles, California.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Edgar Ramirez
USA Network, Inc.

PROOF OF SERVICE