QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation. et. al.,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S NOTICE OF MOTION AND MOTION OBJECTING TO PORTIONS OF DISCOVERY MASTER ORDER NO. 60 REGARDING RFPS 75, 85, 95, 105, AND 115 OF MATTEL'S FIRST SET OF REQUESTS RE UNFAIR COMPETITION; EXHIBITS 7-11, 17-19, 21-22 OF DECLARATION OF SCOTT L. WATSON IN SUPPORT<br><br>[[Proposed] Order Filed Concurrently Herewith]<br><br>**Phase 2**<br>Discovery Cut-off: December 11, 2009<br>Pre-trial Conference: March 1, 2010<br>Trial Date: March 23, 2010 |

07975/3117979.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal Mattel, Inc.'s Notice of Motion and Motion Objecting to Portions of Discovery Master Order No. 60 Regarding RFPs 75, 85, 95, 105, and 115 of Mattel's First Set of Requests Re Unfair Competition (the "Motion"); and Exhibits 7-11, 17-19, and 21-22 of the Declaration of Scott L. Watson in Support (the "Declaration").

The Declaration includes materials that Mattel, MGA, Carter Bryant, IGWT and the Discovery Master have designated as "Confidential" or "Confidential -- Attorney's Eyes Only" pursuant to the Protective Order. MGA has designated Exhibits 7, 10, and 17 to the Declaration as "Confidential -- Attorney's Eyes Only." IGWT has designated Exhibit 8 as "Confidential -- Attorney's Eyes Only." Mattel has designated Exhibits 9, 21, and 22 as "Confidential -- Attorney's Eyes Only." The Discovery Master has designated Exhibit 11 to the Declaration as "Confidential -- Attorney's Eyes Only," and Exhibit 19 to the Declaration as "Confidential." Carter Bryant has designated Exhibit 18 as "Confidential -- Attorney's Eyes Only." The Motion references and quotes from these documents. Accordingly, Mattel requests that the Court order that the Motion and Declaration be filed under seal.

DATED: September 23, 2009

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Cyrus S. Naim
Cyrus S. Naim
Attorneys for Mattel, Inc.