ORIGINAL

1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
    John B. Quinn (Bar No. 090378)
2   (johnquinn@quinnemanuel.com)
    Michael T. Zeller (Bar No. 196417)
3   (michaelzeller@quinnemanuel.com)
    Jon D. Corey (Bar No. 185066)
4   (joncorey@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
6  Facsimile:  (213) 443-3100

7  Attorneys for Mattel, Inc.

8                UNITED STATES DISTRICT COURT
9                CENTRAL DISTRICT OF CALIFORNIA
10                      EASTERN DIVISION

| | |
|---|---|
| 11  MATTEL, INC., a Delaware corporation,<br>12<br>13       Plaintiff,<br>14       vs.<br>15  MGA ENTERTAINMENT, INC., a California corporation. et. al.,<br>16       Defendants.<br>17<br>18  AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>[~~PROPOSED~~] ORDER GRANTING APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S NOTICE OF MOTION AND MOTION OBJECTING TO PORTIONS OF DISCOVERY MASTER ORDER NO. 60 REGARDING RFPS 75, 85, 95, 105, AND 115 OF MATTEL'S FIRST SET OF REQUESTS RE UNFAIR COMPETITION; EXHIBITS 7-11, 17-19, 21-22 OF DECLARATION OF SCOTT L. WATSON IN SUPPORT<br><br>**Phase 2**<br>Discovery Cut-off: December 11, 2009<br>Pre-trial Conference: March 1, 2010<br>Trial Date: March 23, 2010 |

LODGED



07975/3107209.1

[PROPOSED] ORDER

# [~~PROPOSED~~] ORDER

Based on the concurrently filed Application to File Under Seal Mattel, Inc.'s Notice of Motion and Motion Objecting to Portions of Discovery Master Order No. 60 Regarding RFPs 75, 85, 95, 105, and 115 of Mattel's First Set of Requests Re Unfair Competition; Exhibits 7-11, 17-19, and 21-22 of Declaration of Scott L. Watson in Support,

IT IS HEREBY ORDERED:

Mattel, Inc.'s Notice of Motion and Motion Objecting to Portions of Discovery Master Order No. 60 Regarding RFPs 75, 85, 95, 105, and 115 of Mattel's First Set of Requests Re Unfair Competition; and Exhibits 7-11, 17-19, and 21-22 of the Declaration of Scott L. Watson in Support, are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: Sept 23, 2009

_____
Hon. Stephen G. Larson
United States District Judge