| | |
|---|---|
| **Name & Address:**<br>James J. Webster (SBN 169187)<br>Quinn Emanuel Urquhart Oliver & Hedges,<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>213-443-3000 | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>PLAINTIFF(S)<br>v.<br>MATTEL, INC., a Delaware corporation<br><br>DEFENDANT(S). | CASE NUMBER: CV 04-9049 SGL(RNBx)<br><br>**NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
Mattel's Opposition to MGA's Ex Parte Application for Leave; Declaration of Robert Dart in Support of Mattel's Opposition; Application to File Under Seal; [Proposed]Order Granting Application to File Under Seal

**Document Description:**

- [ ] Administrative Record
- [X] Exhibits
- [ ] Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Rule 79-5.4. Documents to be excluded, (h)]
- [X] Other  Opposition

**Reason:**

- [X] Under Seal
- [ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- [ ] Electronic versions are not available to filer
- [X] Per Court order dated  January 4, 2005
- [ ] Manual Filing required (*reason*):

| | |
|---|---|
| September 24, 2009<br>Date | James J. Webster<br>Attorney Name<br><br>Mattel, Inc.<br>Party Represented |

Note: File one Notice in each case, each time you manually file document(s).