QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case Nos. CV 04-09059 and CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Robert O'Brien]**<br><br>[PUBLIC REDACTED] DECLARATION OF ROBERT J. DART IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA ENTERTAINMENT, INC'S EX PARTE APPLICATION FOR LEAVE TO FILE DECLARATION OF CESAR PRIETO IN OPPOSITION TO MATTEL'S MOTION TO AMEND PROTECTIVE ORDER<br><br>Hearing Date: September 25, 2009<br>Time: 8:30 a.m.<br>Place: Arent Fox LLP<br>      555 West Fifth St.<br>      48th Floor<br>      Los Angeles, CA 90013<br><br>Phase 2<br>Discovery Cut-off: June 1, 2010<br>Pre-trial Conference:<br>Trial Date: |

00505.07975/3121084.1

Case No. CV 04-9049 SGL (RNBx)
DART DEC ISO MATTEL'S OPPOSITION TO MGA'S EX PARTE APPLICATION TO FILE PRIETO DECLARATION

I, Robert J. Dart, declare as follows:

1. I am a member of the bar of the State of California and an associate at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of MGA Parties' Omnibus Opposition to Mattel's Ex Parte Applications, dated May 26, 2008.

3. Attached hereto as Exhibit 2 is a true and correct copy excerpts from the August 27, 2009 hearing before the Discovery Master.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 24th day of September 2009, at Los Angeles, California.

Robert J. Dart

00505.07975/3121084.1

-1-   Case No. CV 04-9049 SGL (RNBx)
DART DEC ISO MATTEL'S OPPOSITION TO MGA'S EX PARTE APPLICATION TO FILE PRIETO DECLARATION

**EXHIBIT 1**

# REDACTED

# SUBJECT TO

# PROTECTIVE ORDER

**EXHIBIT 2**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

CARTER BRYANT, an individual,

    Plaintiff,

vs.

MATTEL, INC., a Delaware corporation,

    Defendants.

No. CV 04-9049 SGL (RNBx)
Consolidated with
Nos. CV 04-9405 and
05-2727

**CERTIFIED COPY**

AND CONSOLIDATED ACTIONS.

REPORTER'S TRANSCRIPT OF PROCEEDINGS

Los Angeles, California

Thursday, August 27, 2009

Reported by:
CHERYL R. KAMALSKI
CSR No. 7113

Job No. 118895

EXHIBIT 2

PAGE 12

TRANSCRIPT OF PROCEEDINGS                                08/27/09

```
 1   APPEARANCES:
 2
 3   Discovery Master:
 4        ROBERT C. O'BRIEN
          Attorney at Law
 5        555 West Fifth Street, Suite 4800
          Los Angeles, California 90013-1065
 6        (213) 629-7400
 7   For Defendant Mattel, Inc.:
 8        QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
          BY:  MICHAEL T. ZELLER
 9        BY:  B. DYLAN PROCTOR
          BY:  SUSAN ESTRICH
10        Attorneys at Law
          865 South Figueroa Street, 10th Floor
11        Los Angeles, California 90017
          (213) 624-7707
12
          MATTEL, INC.
13        BY:  MICHAEL MOORE
          Expert Counsel
14        333 Continental Boulevard
          El Segundo, California 90245-5012
15        (310) 252-2000
16   For Defendants MGA and Isaac Larian:
17        ORRICK, HERRINGTON & SUTCLIFFE LLP
          BY:  ANNETTE L. HURST
18        BY:  FRANK D. RORIE, JR.
          Attorneys at Law
19        405 Howard Street
          San Francisco, California 94105
20        (415) 773-4585
21   Also Present:
22        CRAIG HOLDEN
23
24
25
```

3

EXHIBIT ___2___

PAGE ___13___

```
 1   deposition motion.  I'll have Mattel address that, since
 2   it was their motion to seek additional time, but I'll make
 3   sure, since there was a cross-motion, that everybody has
 4   plenty of opportunity to be heard, as has been my
 5   practice.
 6          So, Mr. Zeller, do you want to address that
 7   issue?
 8          MR. ZELLER:  Yes.  And I'll be very brief.
 9          Obviously we've discussed these issues pretty
10   extensively in the papers.  I did want to mention that we
11   had filed a couple of supplemental declarations yesterday,
12   and these are documents that we had received on August
13   21st, 2009 from MGA.  These are denominated the
14   Supplemental Zeller Declaration and the Supplemental
15   Proctor Declaration.
16          MR. O'BRIEN:  I have the Zeller declaration, I
17   didn't see the Proctor declaration, but I think these came
18   in last night.
19          MR. ZELLER:  Yes.  They should have come in
20   together.
21          MR. O'BRIEN:  Which I'm sure they did.  I've read
22   your declaration.  I'll let you address the information in
23   the Proctor declaration.  The only caution -- I say this
24   because I know, or I'm guessing that Ms. Hurst will have
25   something to say about this -- is that with the late
```

7

1   declarations it deprives MGA of the opportunity to reply
2   to them.  I understand that you believe there are new
3   facts here, but it does make it a little difficult, we've
4   had these in various hearings, when the late declarations
5   come in, this is both sides have done this, I try to read
6   everything, but I will give Ms. Hurst and MGA a chance to
7   respond to those today.  In the future, it would be
8   obviously -- and I know you do -- my assumption is that
9   nobody's trying to sandbag the other side on these, but
10  it's better to get the declaration in with the moving
11  papers, just out of fairness to the other side.  That goes
12  for MGA as well.  Having said that, I've read your
13  declaration.  I'll let you fill me in on what -- or
14  Mr. Proctor can do it himself, although we won't swear him
15  in, and tell us what's in that declaration or I can go get
16  it, and then I'll certainly provide MGA a chance both to
17  object to it if that's what you choose to do and also to
18  make any arguments you want.
19          MS. HURST:  Thank you.
20          MR. O'BRIEN:  And we'll give it the consideration
21  that a night-before-the-hearing declaration should get.
22          MR. ZELLER:  Fair.  I think those are all
23  certainly fair points.  I mean, I will say that with
24  respect to the documents that are attached to these
25  declarations, these were ones that we received late on

```
 1            I, the undersigned, a Certified Shorthand
 2   Reporter of the State of California, do hereby certify:
 3            That the foregoing proceedings were taken
 4   before me at the time and place herein set forth; that
 5   any witnesses in the foregoing proceedings, prior to
 6   testifying, were duly sworn; that a record of the
 7   proceedings was made by me using machine shorthand
 8   which was thereafter transcribed under my direction;
 9   that the foregoing transcript is a true record of the
10   testimony given.
11            Further, that if the foregoing pertains to
12   the original transcript of a deposition in a Federal
13   Case, before completion of the proceedings, review of
14   the transcript [ ] was [ ] was not requested.
15            I further certify I am neither financially
16   interested in the action nor a relative or employee
17   of any attorney or party to this action.
18            IN WITNESS WHEREOF, I have this date
19   subscribed my name.
20
21   Dated:    AUG 28 2009
22
23                        _____
                                  CHERYL R. KAMALSKI
24                                CSR No. 7113
25
```

EXHIBIT ___2___

PAGE ___16___