QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>              Plaintiff,<br><br>      vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>              Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case Nos. CV 04-09059 and  CV 05-02727<br><br>**DISCOVERY MATTER**<br>**[To Be Heard By Discovery Master Robert O'Brien]**<br><br>**[PUBLIC REDACTED]**<br>**DECLARATION OF MICHAEL T. ZELLER IN SUPPORT OF MATTEL, INC.'S *EX PARTE* APPLICATION FOR PRODUCTION FO COMPLETE COPIES OF WITHHELD DOCUMENTS IN ADVANCE OF HEARING ON MGA PARTIES' APPLICATION FOR ISSUANCE OF LETTER OF REQUEST FOR JUDICIAL ASSISTANCE RE: DANNY K.H. YU AND BIRD & BIRD**<br><br>Date:    TBD<br>Time:    TBD<br>Place:   TBD<br><br>**Phase 2:**<br>Disc. Cut-off:       December 11, 2009<br>Pre-trial Con.:       March 1, 2010<br>Trial Date:           March  23, 2010 |

00505.07209/3122636.1

ZELLER DEC ISO MATTEL'S *EX PARTE* APPLICATION FOR PRODUCTION OF WITHHELD DOCUMENTS

## DECLARATION OF MICHAEL T. ZELLER

I, Michael T. Zeller, declare as follows:

1. I am a member of the bars of the States of California, New York and Illinois and a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP "Quinn Emanuel"), attorneys for plaintiff and counter-defendant, Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy the Court's Order Finding In Favor Of Mattel As To MGA Parties' Affirmative Defenses, et. al., dated December 3, 2008.

3. Attached hereto as Exhibit 2 is a true and correct copy of the Court's Further And Final Order Re Statute Of Limitations Defense, dated June 2, 2008.

4. Attached hereto as Exhibit 3 is a true and correct copy of the Courts Order Re Statute Of Limitations Defense, dated May 27, 2008.

5. Attached hereto as Exhibit 4 is a true and correct copy of Exhibit 4434 to the deposition of Mattel Rule 30(b)(6) designee Kathleen Simpson-Taylor, dated February 23, 2008.

6. Attached hereto as Exhibit 5 is a true and correct copy of an e-mail I sent to MGA's attorneys William A. Molinski and Annette Hurst on September 22, 2004 requesting the documents at issue. In the e-mail, I stated that if MGA failed to produce the documents Mattel would be forced to file the present ex parte application. To date, MGA has not responded to my e-mail.

7. MGA never disclosed to Mattel the Bill of Costs documents prior to its filing of MGA Parties' Application For Letters Of Request For Judicial Assistance on September 4, 2009. Nor to this day has MGA ever produced to Mattel complete copies of these documents.

8. Attached hereto as Exhibit 6 is a true and correct copy of excerpts of Mattel, Inc.'s First Set Of Requests For Production Of Documents And Tangible Things To MGA Entertainment Inc., dated March 14, 2005.

9. Attached hereto as Exhibit 7 is a true and correct copy of excerpts of MGA Entertainment, Inc.'s Responses To Mattel's First Set Of Requests For Production Of Documents And Tangible Things, dated April 13, 2005.

10. Attached hereto as Exhibit 8 is a true and correct copy of the Discovery Master's Order Granting Mattel's Motion To Compel Production Of Documents And Interrogatory Responses By MGA, dated May 15, 2007.

11. Attached hereto as Exhibit 9 is a true and correct copy of excerpts of MGA Entertainment, Inc.'s Supplemental Responses To Mattel, Inc.'s First Set Of Requests For Documents And Things Re Claims Of Unfair Competition, dated May 31, 2007.

12. Attached hereto as Exhibit 10 is a true and correct copy of the Court's Order Granting Motion For Leave To Serve A Supplemental Interrogatory; Order Denying Motion To Strike (Or Alternatively, For Summary Judgment As To) Affirmative Defenses, dated December 3, 2007.

13. Attached hereto as Exhibit 11 is a true and correct copy of the Discovery Master's Order No. 62, dated September 11, 2009.

14. Attached hereto as Exhibit 12 is a true and correct copy of the Court's Order Denying Terminating Sanctions, et. al., dated August 27, 2007.

15. Attached hereto as Exhibit 13 is a true and correct copy of the Transcript of Proceedings, dated September 21, 2009.

16. Attached hereto as Exhibit 14 is a true and correct copy of excerpts of the Trial Transcript, dated June 17, 2008.

17. Attached hereto as Exhibit 15 is a true and correct copy of the Court's Order Granting Ex Parte Application Re Temporary Receivership, dated July 9, 2009.

18.   Attached hereto as Exhibit 16 is a true and correct copy of an article in an Israeli newspaper <u>Baba-Buba</u>, dated July 17, 2009, with certified translation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 24, 2009, at Los Angeles, California.

    /s/  Michael T. Zeller
Michael T. Zeller