QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  michaelzeller@quinnemanuel.com
  Jon D. Corey (Bar No. 185066)
  joncorey@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel. Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., et al.,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS<br><br>**PUBLIC REDACTED VERSION** | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09039<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br>**[To Be Heard By Discovery Master Robert C. O'Brien]**<br><br>DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO BINGHAM MCCUTCHEN'S MOTION FOR PARTIAL RECONSIDERATION OF ORDER NO. 51 REGARDING THE PRODUCTION OF ATTORNEY FEE INFORMATION<br><br>Hearing Date: TBD<br>Time: TBD<br>Place: Arent Fox LLP<br>555 West Fifth Street<br>Los Angeles, CA 90013<br><br>**Phase 2**<br>Discovery Cut-off: Dec. 11, 2009<br>Pre-trial Conference: Mar. 1, 2010<br>Trial Date: Mar. 23. 2010 |

1           I, B. Dylan Proctor, declare as follows:

2     1.     I am a member of the bar of the State of California and a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

    2.     Attached hereto as Exhibit 1 is a true and correct copy of Mattel's Motion Objecting to Portions of Discovery Master Order No. 60, Regarding RFPs 75, 85, 95, 105, and 115 of Mattel's First Set of Requests Re Unfair Competition, dated Sept. 23, 2009.

    3.     Attached hereto as Exhibit 2 is a true and correct copy of Discovery Master Order No. 60, dated August 26, 2009.

    4.     Attached hereto as Exhibit 3 is a true and correct copy of the Notice of Subpoena Issued to Bingham McCutchen, LLP, dated Feb. 12, 2009.

    5.     Attached hereto as Exhibit 4 is a true and correct copy of Mattel, Inc.'s Notice of Motion and Motion to Compel Bingham McCutchen LLP to Produce Documents in Response to Subpoena, dated March 5, 2009.

    6.     Attached hereto as Exhibit 5 is a true and correct copy of Discovery Master Order No. 27, dated May 6, 2009.

    7.     Attached hereto as Exhibit 6 is a true and correct copy of the Court's Omnibus Order, dated July 9, 2009.

    8.     Attached hereto as Exhibit 7 is a true and correct copy of Discovery Master Order No. 51, dated August 26, 2009.

    9.     Attached hereto as Exhibit 8 is a true and correct copy of relevant excerpts from the court reporter's official transcript of the hearing in this matter dated February 11, 2009.

    10.     Attached hereto as Exhibit 9 is a true and correct copy of relevant excerpts from the court reporter's official transcript of the hearing in this matter dated March 4, 2009.

1.       11.    Attached hereto as Exhibit 10 is a true and correct copy of relevant excerpts from the court reporter's official transcript of the deposition of Neil Kadisha, dated August 28, 2009.

2.       12.    Attached hereto as Exhibit 11 is a true and correct copy of documents Bates numbered BRYANT2 000010 – BRYANT2 000015.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 25, 2009, at Los Angeles, California.

/s/ B. Dylan Proctor
B. Dylan Proctor