1  THOMAS J. NOLAN (Bar No. 66992)
   (tnolan@skadden.com)
2  JASON D. RUSSELL (Bar No. 169219)
   (jrussell@skadden.com)
3  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   300 South Grand Avenue, Suite 3400
4  Los Angeles, CA 90071-3144
   Tel.: (213) 687-5000/Fax: (213) 687-5600
5

6  Attorneys for Counter-Defendants,
   MGA ENTERTAINMENT, INC., ISAAC LARIAN,
7  and MGA ENTERTAINMENT (HK) LIMITED

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                    EASTERN DIVISION

11 CARTER BRYANT, an individual,          CASE NO. CV 04-9049 SGL (RNBx)
                                          Consolidated with Case No. 04-9059
12             Plaintiff,                 and Case No. 05-2727

13       v.                               Honorable Stephen G. Larson

14 MATTEL, INC., a Delaware corporation,  **APPLICATION TO FILE UNDER SEAL:**
15             Defendant.

16                                        MGA PARTIES' OPENING
   AND CONSOLIDATED ACTIONS.             SUBMISSION TO THE MONITOR
17                                        REGARDING JULY 2009 ACCOUNTING
                                          ISSUES
18
                                          DECLARATION OF STEPHEN
19                                        SCHULTZ

1. Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action on January 4, 2005, MGA Entertainment, Inc., Isaac Larian, and MGA Entertainment (HK) Limited, (collectively, the "MGA Parties") hereby respectfully request that the Court order the following documents be filed under seal:

    1. MGA Parties' Opening Submission To The Monitor Regarding July 2009 Accounting Issues; and
    2. Declaration Of Stephen Schultz.

    Good cause exists for filing these documents under seal because they contain confidential financial information and it was ordered filed under seal and designated "Attorneys' Eyes Only" by the Court Appointed Monitor in his September 11, 2009 Monitor's Briefing Schedule related to July 2009 Profit Report at 4.

DATED: September 25, 2009

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: _Thomas J. Nolan /JKdC_
Thomas J. Nolan
Attorneys for the MGA Parties