QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation. et. al.,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>APPLICATION TO FILE UNDER SEAL MATTEL'S OPPOSITION TO MGA ENTERTAINMENT, INC.'S EX PARTE APPLICATION FOR LEAVE TO FILE DECLARATION OF CESAR PRIETO IN OPPOSITION TO MATTEL'S MOTION TO AMEND PROTECTIVE ORDER, AND EXHIBIT 1 OF DECLARATION OF ROBERT J. DART IN SUPPORT THEREOF<br><br>[[Proposed] Order Filed Concurrently Herewith]<br><br>**Phase 2**<br>Discovery Cut-off:  June 1, 2010<br>Pre-trial Conference:<br>Trial Date: |

00505.07975/3121506.1

MATTEL. INC.'S APPLICATION TO FILE UNDER SEAL

1. Pursuant to <u>Local Rule</u> 79-5.1 and the Stipulated Protective Order entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal Mattel, Inc.'s Opposition to MGA Entertainment, Inc.'s Ex Parte Application for Leave to File Declaration of Cesar Prieto in Opposition to Mattel's Motion to Amend Protective Order (the "Opposition"), and Exhibit 1 of the Declaration of Robert J. Dart in Support (the "Declaration").

Exhibit 1 to the Declaration includes materials that Mattel, MGA, Carter Bryant, IGWT and the Discovery Master have designated as "Confidential" or "Confidential -- Attorney's Eyes Only" pursuant to the Protective Order. The Opposition references and quotes from Exhibit 1 to the Declaration. Accordingly, Mattel requests that the Court order that the Motion and Declaration be filed under seal.

DATED: September 25, 2009    QUINN EMANUEL URQUHART OLIVER & HEDGES. LLP

By /s/ Robert J. Dart
Robert J. Dart
Attorneys for Mattel. Inc.