ORIGINAL

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S *EX PARTE* APPLICATION FOR PRODUCTION OF COMPLETE COPIES OF WITHHELD DOCUMENTS IN ADVANCE OF HEARING ON MGA PARTIES' APPLICATION FOR ISSUANCE OF LETTER OF REQUEST FOR JUDICIAL ASSISTANCE RE: DANNY K.H. YU AND BIRD & BIRD; EXHIBIT 11 OF DECLARATION OF MICHAEL T. ZELLER IN SUPPORT<br><br>[[Proposed] Order Filed Concurrently Herewith]<br><br>**Phase 2**<br>Discovery Cut-off: December 11, 2009<br>Pre-trial Conference: March 1, 2010<br>Trial Date: March 23, 2010 |

00505.07975/3121544.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2  entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully
3  requests that the Court order filed under seal Mattel, Inc.'s *Ex Parte* Application For
4  Production Of Complete Copies Of Withheld Documents In Advance Of Hearing
5  On MGA Parties' Application For Issuance Of Request For Judicial Assistance Re:
6  Danny K.H. Yu And Bird & Bird (the "Application"); and Exhibit 11 of the
7  Declaration of Michael T. Zeller in Support (the "Declaration").
8  The Discovery Master has designated Exhibit 11 to the Declaration as
9  "Confidential" pursuant to the Protective Order. The Application references and
10 quotes from this document. Accordingly, Mattel requests that the Court order that
11 the Application and Declaration be filed under seal.

13 DATED: September 25, 2009   QUINN EMANUEL URQUHART OLIVER & HEDGES. LLP

15                              By /s/ Patrick C. McGannon
16                                 Patrick C. McGannon
                                   Attorneys for Mattel. Inc.