ORIGINAL

LODGED

1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     John B. Quinn (Bar No. 090378)
2    (johnquinn@quinnemanuel.com)
     Michael T. Zeller (Bar No. 196417)
3    (michaelzeller@quinnemanuel.com)
     Jon D. Corey (Bar No. 185066)
4    (joncorey@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
6  Facsimile:  (213) 443-3100

7  Attorneys for Mattel, Inc.

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                   EASTERN DIVISION

11 | CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx)
12 |                               | Consolidated with
   |         Plaintiff,            | Case No. CV 04-09059
13 |                               | Case No. CV 05-02727
   |    vs.                        |
   |                               | Hon. Stephen G. Larson
14 | MATTEL, INC., a Delaware      |
   | corporation,                  | [~~PROPOSED~~] ORDER GRANTING
15 |                               | APPLICATION TO FILE UNDER SEAL
   |         Defendant.            | MATTEL, INC.'S *EX PARTE*
16 |                               | APPLICATION FOR PRODUCTION OF
   |                               | COMPLETE COPIES OF WITHHELD
17 | AND CONSOLIDATED ACTIONS      | DOCUMENTS IN ADVANCE OF
   |                               | HEARING ON MGA PARTIES'
18                                   APPLICATION FOR ISSUANCE OF
                                     LETTER OF REQUEST FOR JUDICIAL
19                                   ASSISTANCE RE: DANNY K.H. YU AND
                                     BIRD & BIRD; EXHIBIT 11 OF
20                                   DECLARATION OF MICHAEL T.
                                     ZELLER IN SUPPORT
21

22  **Phase 2**
    Discovery Cut-off: December 11, 2009
23  Pre-trial Conference: March 1, 2010
    Trial Date: March 23, 2010
24

25

26

27

28

00505.07975/3121583.1

# [~~PROPOSED~~] ORDER

Based on the concurrently filed Application to File Under Seal Mattel, Inc.'s *Ex Parte* Application For Production Of Complete Copies Of Withheld Documents In Advance Of Hearing On MGA Parties' Application For Issuance Of Request For Judicial Assistance Re: Danny K.H. Yu And Bird & Bird; and Exhibit 11 of Declaration of Michael T. Zeller in Support.

IT IS HEREBY ORDERED:

Mattel, Inc.'s *Ex Parte* Application For Production Of Complete Copies Of Withheld Documents In Advance Of Hearing On MGA Parties' Application For Issuance Of Request For Judicial Assistance Re: Danny K.H. Yu And Bird & Bird; and Exhibit 11 of Declaration of Michael T. Zeller in Support, are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: Sept 25, 2009

_____
Hon. Stephen G. Larson
United States District Judge