LODGED

1  THOMAS J. NOLAN (Bar No. 66992)
   (tnolan@skadden.com)
2  JASON D. RUSSELL (Bar No. 169219)
   (jrussell@skadden.com)
3  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   300 South Grand Avenue, Suite 3400
4  Los Angeles, CA 90071-3144
   Tel.: (213) 687-5000/Fax: (213) 687-5600
5

6  Attorneys for Counter-Defendants,
   MGA ENTERTAINMENT, INC., ISAAC LARIAN,
7  and MGA ENTERTAINMENT (HK) LIMITED

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                   EASTERN DIVISION

11 | CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx)
   |                               | Consolidated with Case No. 04-9059
12 |                    Plaintiff, | and Case No. 05-2727
13 |          v.                   | Honorable Stephen G. Larson
14 | MATTEL, INC., a Delaware corporation, |
   |                               | [PROPOSED] ORDER TO FILE
15 |                    Defendant. | UNDER SEAL:
16 |                               | MGA PARTIES' OPENING
   | AND CONSOLIDATED ACTIONS.     | SUBMISSION TO THE MONITOR
17 |                               | REGARDING JULY 2009 ACCOUNTING
   |                               | ISSUES
18 |                               | DECLARATION OF STEPHEN
19 |                               | SCHULTZ

20
21
22
23
24
25
26
27
28

[Proposed] Order To File Under Seal
Case No. CV 04-9049 SGL (RNBx)

## **ORDER**

Based on the concurrently filed Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that the following documents be filed under seal pursuant to Local Rule 79-5.1:

1. MGA Parties' Opening Submission To The Monitor Regarding July 2009 Accounting Issues
2. Declaration Of Stephen Schultz

DATED: 9-25-09

*/s/ S.G. Larson*

Hon. Stephen G. Larson
United States District Court Judge