QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation. et. al.,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>[~~PROPOSED~~] ORDER GRANTING APPLICATION TO FILE UNDER SEAL MATTEL'S OPPOSITION TO MGA ENTERTAINMENT, INC.'S EX PARTE APPLICATION FOR LEAVE TO FILE DECLARATION OF CESAR PRIETO IN OPPOSITION TO MATTEL'S MOTION TO AMEND PROTECTIVE ORDER, AND EXHIBIT 1 OF DECLARATION OF ROBERT J. DART IN SUPPORT THEREOF<br><br>**Phase 2**<br>Discovery Cut-off: June 1, 2010<br>Pre-trial Conference:<br>Trial Date: |

00505.07975/3121532.1

# [~~PROPOSED~~] ORDER

Based on the concurrently filed Application to File Under Seal Mattel, Inc.'s Opposition to MGA Entertainment, Inc.'s Ex Parte Application for Leave to File Declaration of Cesar Prieto in Opposition to Mattel's Motion to Amend Protective Order, and Exhibit 1 of the Declaration of Robert J. Dart in Support,

IT IS HEREBY ORDERED:

Mattel, Inc.'s Opposition to MGA Entertainment, Inc.'s Ex Parte Application for Leave to File Declaration of Cesar Prieto in Opposition to Mattel's Motion to Amend Protective Order, and Exhibit 1 of the Declaration of Robert J. Dart in Support, are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: Sept 25, 2009

Hon. Stephen G. Larson
United States District Judge