# LIST OF EXHIBITS AND WITNESSES

*FILED CLERK, U.S. DISTRICT COURT — SEP 22 2009 — CENTRAL DISTRICT OF CALIFORNIA EASTERN DIVISION — BY DEPUTY*

| Case Number | CV 04-09049 SGL (RNBx) | Title | Mattel, Inc. v. MGA Entertainment Inc. |
|---|---|---|---|
| Judge | Stephen G. Larson | | |
| Dates of Trial or Hearing | September 22, 2009 | | |
| Court Reporters or Tape No. | Theresa Lanza | | |
| Deputy Clerks | C. Sasse | | |

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| John B. Quinn | Annette L. Hurst, Warrington S. Parker, III, William A. Molinski, |
| Michael T. Zeller | Alexander H. Cote, Jason D. Russell, J. Christopher Jennings, |
| B. Dylan Proctor | Thomas J. Nolan, Walter F. Brown, Jr. |
| | |
| | |

| Plaintiff(s) or Petitioner(s) | | | Defendant(s) or Respondent(s) | | | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev. | | |
| | | | | | | Richard de Anda | Plaintiff |
| | | | 1 | 9/22/09 | | City of Los Angeles Code of Ethics | |
| | | | 2 | 9/22/09 | 9/22/09 | Code of Prof Conduct &Responsibilities for Peace Officers | |
| | | | 3 | 9/22/09 | 9/22/09 | Do the Right Thing Code of Conduct | |
| | | | 4 | 9/22/09 | 9/22/09 | Mattel Code of Conduct | |
| | | | 5 | 9/22/09 | | Prohibited foreign trade practices by issuers | |
| | | | 6 | 9/22/09 | | Investigation into Conduct of Janine Brisbois | |
| | | | 7 | 9/22/09 | 9/22/09 | Email exchange between Richard De Anda & Rod Jones | |
| | | | 8 | 9/22/09 | | Supplemental Privilege Log dtd 4/13/09 | |
| | | | 9 | 9/22/09 | | Email exchange between Richard De Anda & Vince Pucci | |