MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1-415-773-5700
Facsimile: +1-415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: +1-213-629-2020
Facsimile: +1-213-612-2499

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | Case No. CV 04-9049-SGL (RNBx) |
| Plaintiff, | |
| v. | **PROOF OF SERVICE RE ECF/E-SERVICE/U.S. MAIL AND HAND DELIVERY** |
| MATTEL, INC., a Delaware corporation, | |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | |

OHS West:260728919.1                                                                PROOF OF SERVICE

## PROOF OF SERVICE VIA ECF

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, The Orrick Building, 405 Howard Street, San Francisco, CA 94105. On September 16, 2009, I served the following document(s):

- **NOTICE OF MANUAL FILING MGA PARTIES' OPPOSITION TO MATTEL, INC.'S EX PARTE APPLICATION FOR ORDER SHORTENING TIME FOR MGA AND LARIAN TO RESPOND TO REQUESTS FOR ADMISSION AND FOR PRODUCTION OF PRIVILEGE LOG**

filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on September 16, 2009.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 16, 2009, at San Francisco, California.

_____
Rebecca B. Mance

OHS West:260728919.1       - 1 -       PROOF OF SERVICE

## PROOF OF SERVICE BY EMAIL TO COUNSEL

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, The Orrick Building, 405 Howard Street, San Francisco, CA 94105. On September 15, 2009, I served the following document(s):

- **MGA PARTIES' OPPOSITION TO MATTEL, INC.'S EX PARTE APPLICATION FOR ORDER SHORTENING TIME FOR MGA AND LARIAN TO RESPOND TO REQUESTS FOR ADMISSION AND FOR PRODUCTION OF PRIVILEGE LOG**

I served copies of said papers on September 15, 2009 by attaching them to an email addressed to:

**Michael Zeller, Esq.**
michaelzeller@quinnemanuel.com

**Dylan Proctor, Esq.**
dylanproctor@quinnemanuel.com

**Jon Corey, Esq.**
joncorey@quinnemanuel.com

**Jason Russell, Esq.**
jason.russell@skadden.com

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 16, 2009, at San Francisco, California.

_____
Rebecca B. Mance

## Mance, Rebecca

| | |
|---|---|
| **From:** | Mance, Rebecca |
| **Sent:** | Tuesday, September 15, 2009 5:13 PM |
| **To:** | 'obrien.robert@arentfox.com' |
| **Cc:** | 'hansen.drew@arentfox.com'; Parker, Warrington; Hurst, Annette |
| **Subject:** | FW: Bryant v. Mattel - CV 04-9049 SGL (RNBx) MGA PARTIES' OPPOSITION TO MATTEL, INC.'S EX PARTE APPLICATION FOR ORDER SHORTENING TIME FOR MGA AND LARIAN TO RESPOND TO REQUESTS FOR ADMISSION AND FOR PRODUCTION OF PRIVILEGE LOG |
| **Attachments:** | MGA--opp to ex parte for rfas9-15-09.pdf |

Dear Mr. O'Brien:

Please see attached document referenced above that was e-served on the parties listed below today..

Thank you very much,
Rebecca Mance

---

**From:** Mance, Rebecca
**Sent:** Tuesday, September 15, 2009 5:11 PM
**To:** 'michaelzeller@quinnemanuel.com'; 'dylanproctor@quinnemanuel.com'; 'joncorey@quinnemanuel.com'; 'jason.russell@skadden.com'
**Cc:** Parker, Warrington; Hurst, Annette
**Subject:** Bryant v. Mattel - CV 04-9049 SGL (RNBx) MGA PARTIES' OPPOSITION TO MATTEL, INC.'S EX PARTE APPLICATION FOR ORDER SHORTENING TIME FOR MGA AND LARIAN TO RESPOND TO REQUESTS FOR ADMISSION AND FOR PRODUCTION OF PRIVILEGE LOG

Gentlemen:

Please find the attached document referenced above.

Thank you very much,
Rebecca Mance



ORRICK

**REBECCA B. MANCE**
*Legal Secretary*
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
rmance@orrick.com
www.orrick.com

9/15/2009

## PROOF OF SERVICE BY MAIL

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, The Orrick Building, 405 Howard Street, San Francisco, CA 94105. On September 16, 2009, I served the following document(s):

- **MGA PARTIES' OPPOSITION TO MATTEL, INC.'S EX PARTE APPLICATION FOR ORDER SHORTENING TIME FOR MGA AND LARIAN TO RESPOND TO REQUESTS FOR ADMISSION AND FOR PRODUCTION OF PRIVILEGE LOG;**

- **APPLICATION TO FILE UNDER SEAL MGA PARTIES' OPPOSITION TO MATTEL, INC.'S EX PARTE APPLICATION FOR ORDER SHORTENING TIME FOR MGA AND LARIAN TO RESPOND TO REQUESTS FOR ADMISSION AND FOR PRODUCTION OF PRIVILEGE LOG;**

- **[PROPOSED] ORDER RE APPLICATION TO FILE UNDER SEAL**

on the interested parties in this action by placing true and correct copies thereof in sealed envelope(s) addressed as follows:

**Jason Russell, Esq.**
Skadden Arps Slate Meagher & Flom LLP
300 South Grand Avenue
Suite 3400
Los Angeles, CA 90071

**Todd Gordinier, Esq.**
**Peter Villar, Esq.**
Bingham McCutchen LLP
600 Anton Boulevard, 18th Floor
Costa Mesa, CA 92626

**Mark Overland, Esq.**
**Alexander Cote, Esq.**
Scheper Kim & Overland LLP
One Bunker Hill
601 West Fifth Street, 12th Floor
Los Angeles, California 90071

I am employed in the county from which the mailing occurred. On the date indicated above, I placed the sealed envelope(s) for collection and mailing at this firm's office business address indicated above. I am readily familiar with this

OHS West:260728919.1      - 3 -      PROOF OF SERVICE

firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the firm's correspondence would be deposited with the United States Postal Service on this same date with postage thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 16, 2009, at San Francisco, California.

_____
Rebecca B. Mance