# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Carter Bryant, | CASE NUMBER |
| --- | --- |
| PLAINTIFF(S) <br> v. | CV 04-09049 SGL (RNBx) |
| Mattel, Inc., <br><br> DEFENDANT(S). | ORDER TRANSFERRING <br> CIVIL ACTION UNDER SECTION 3.1 <br> OF GENERAL ORDER 08-05 |

Pursuant to Section 3.1 of General Order 08-05,

    IT IS HEREBY ORDERED that the above-entitled civil action be transferred to the calendar of Judge __David O. Carter__ for all further proceedings.

__September 24, 2009__  
Date

David O. Carter  
United States District Judge

__9-23-09__  
Date

Stephen G. Larson  
United States District Judge

## NOTICE TO COUNSEL FROM CLERK

On all documents subsequently filed in this case, please substitute the initials __DOC (RNBx)__ after the case number, so that the case number will read __CV 04-09049 DOC (RNBx)__. This is very important because documents are routed to the assigned Judge by means of these initials.

The case file, under seal documents, exhibits, docket, transcripts or depositions may be viewed at the:
☐ Western   ☑ Southern   ☐ Eastern Division.

**Traditionally filed subsequent documents must be filed at the   ☐ Western   ☑ Southern   ☐ Eastern Division.**
**Failure to file at the proper location will result in your documents being returned to you.**

cc: ☑ Previous Judge   ☑ Statistics Clerk