THOMAS J. NOLAN (Bar No. 66992)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071-3144
Tel.: (213) 687-5000 / Fax: (213) 687-5600:
tnolan@skadden.com
Attorneys for The MGA Parties

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual | CASE NUMBER:<br>CV 04-9049 DOC (RNBx) |
| PLAINTIFF(S) | |
| v. | |
| MATTEL, INC., a Delaware corporation | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
1. MGA Parties' Statement Of Position Regarding Scope Of Existing Product Recall And Impoundment;  2. Declaration Of Jason D. Russell In Support Of The MGA Parties' Statement Of Position Regarding Scope Of Existing Product Recall And Impoundment;  3. Application To File Under Seal;  4. [Proposed] Order Granting Application To File Under Seal; and 5. Proof of Service

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5 .4(h)

☒ Other

**Reason:**

☒ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☐ Manual Filing required *(reason):*

| | |
|---|---|
| September 28, 2009 | Thomas J. Nolan |
| Date | Attorney Name |
| | MGA Entertainment, Inc, I. Larian, MGA (HK) Ltd |
| | Party Represented |

Note:   File one Notice in each case, each time you manually file document(s).

American LegalNet, Inc.<br>www.FormsWorkflow.com