MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1-415-773-5700
Facsimile: +1-415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: +1-213-629-2020
Facsimile: +1-213-612-2499

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049-DOC (RNBx)<br><br>Consolidated with:<br>CV 04-9059<br>CV 05-2727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard by Discovery Master Robert C. O'Brien]**<br><br>**PROOF OF SERVICE BY HAND DELIVERY** |

PROOF OF SERVICE
CASE NO. CV 04-9049-DOC (RNBX)

# PROOF OF SERVICE BY HAND DELIVERY

I, Ruben Fraire, declare I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 350 South Figueroa Street, Suite 196, Los Angeles, California 90071.

On September 28, 2009, I served the following document(s):

**MGA PARTIES' OPPOSITION TO MATTEL'S *EX PARTE* APPLICATION FOR PRODUCTION OF COMPLETE COPIES OF WITHHELD DOCUMENTS IN ADVANCE OF HEARING FOR ISSUANCE OF LETTERS OF REQUEST FOR JUDICIAL ASSISTANCE RE: DANNY K.H. YU AND BIRD & BIRD; DECL. OF ANNETTE L. HURST; EXHIBITS**

by hand-delivering true and correct copies of that document to:

**Michael Zeller, Esq.**
**Dylan Proctor, Esq.**
**Jon Corey, Esq.**
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017

Executed on September 28, 2009, at Los Angeles, California.

I declare under penalty of perjury that the foregoing is true and correct.

Ruben Fraire
USA Network, Inc.