| | |
|---|---|
| 1 | MELINDA HAAG (State Bar No. 132612) |
| | mhaag@orrick.com |
| 2 | ANNETTE L. HURST (State Bar No. 148738) |
| | ahurst@orrick.com |
| 3 | WARRINGTON S. PARKER III (State Bar No. 148003) |
| | wparker@orrick.com |
| 4 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | The Orrick Building |
| 5 | 405 Howard Street |
| | San Francisco, CA 94105-2669 |
| 6 | Telephone: +1-415-773-5700 |
| | Facsimile: +1-415-773-5759 |
| 7 | |
| 8 | WILLIAM A. MOLINSKI (State Bar No. 145186) |
| | wmolinski@orrick.com |
| 9 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 777 South Figueroa Street, Suite 3200 |
| 10 | Los Angeles, CA 90017 |
| | Telephone: +1-213-629-2020 |
| 11 | Facsimile: +1-213-612-2499 |
| 12 | Attorneys for MGA Parties |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | Case No. CV 04-9049-DOC (RNBx) |
| Plaintiff, | Consolidated with: CV 04-9059 CV 05-2727 |
| v. | **DISCOVERY MATTER** |
| MATTEL, INC., a Delaware corporation, | [To Be Heard by Discovery Master Robert C. O'Brien] |
| Defendant. | **PROOF OF SERVICE VIA E-MAIL** |
| AND CONSOLIDATED ACTIONS | |

PROOF OF SERVICE
CASE NO. CV 04-9049-DOC (RNBX)

## PROOF OF SERVICE BY E-MAIL TO COUNSEL

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, 1000 Marsh Road, Menlo Park, CA 94025. On September 28, 2009, I served the following document(s):

1. **MGA PARTIES' OPPOSITION TO MATTEL'S *EX PARTE* APPLICATION FOR PRODUCTION OF COMPLETE COPIES OF WITHHELD DOCUMENTS IN ADVANCE OF HEARING FOR ISSUANCE OF LETTERS OF REQUEST FOR JUDICIAL ASSISTANCE RE: DANNY K.H. YU AND BIRD & BIRD; DECL. OF ANNETTE L. HURST; EXHIBITS**

I served copies of said papers on September 28, 2009 by attaching them to an email addressed to:

**Michael Zeller**
michaelzeller@quinnemanuel.com

**Dylan Proctor**
dylanproctor@quinnemanuel.com

**Jon Corey**
joncorey@quinnemanuel.com

**Jason Russell**
jason.russell@skadden.com

**Mark Overland**
moverland@scheperkim.com

**Alexander Cote**
acote@scheperkim.com

**Robert C. O'Brien, Esq.**
obrien.robert@arentfox.com

**Drew Hansen**
hansen.drew@arentfox.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 28, 2009, at Menlo Park, California.

_____
Elizabeth Kim

- 1 -

PROOF OF SERVICE
CASE NO. CV 04-9049-DOC (RNBX)