THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
JASON D. RUSSELL (Bar No. 169219)
(jrussell@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071-3144
Tel.: (213) 687-5000/Fax: (213) 687-5600

Attorneys for Counter-Defendants,
MGA ENTERTAINMENT, INC., ISAAC LARIAN,
and MGA ENTERTAINMENT (HK) LIMITED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>　　　　　Defendant.<br><br>AND CONSOLIDATED CASES. | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>Honorable David O. Carter<br><br>**BEFORE THE MONITOR<br>PER COURT ORDER**<br><br>[*PUBLIC REDACTED*] DECLARATION OF JASON D. RUSSELL IN SUPPORT OF THE MGA PARTIES' STATEMENT OF POSITION REGARDING THE SCOPE OF THE RECALL AND IMPOUNDMENT<br><br>DATE: October 12, 2009<br>TIME: 9:30 a.m. |

I, Jason D. Russell, hereby declare as follows:

1. I am an attorney licensed to practice law in the State of California and a partner at the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, counsel of record for MGA Entertainment, Inc., Isaac Larian, and MGA Entertainment (HK) Limited (collectively, the "MGA Parties") in the above-captioned matter. I submit this Declaration in support of the MGA Parties' Statement Of Position Regarding The Scope Of The Recall And Impoundment. Unless otherwise stated, I have personal knowledge of the facts set forth below and, if called as a witness, I could and would testify competently thereto.

2. Attached as Exhibit 1 is a true and correct copy of Mattel's Motion For Permanent Injunction (Dkt 4319), filed September 29, 2008.

3. Attached as Exhibit 2 is a true and correct copy of Mattel, Inc.'s Motion For: (1) Constructive Trust [and] (2) Finding Of Liability And Injunctive Relief Under Cal. Bus. & Prof. Code § 17200 (Dkt 4305), filed September 29, 2008.

4. Attached as Exhibit 3 is a true and correct copy of Mattel's [Proposed] Order Granting Mattel, Inc.'s Motion for Permanent Injunction (Dkt 4316), filed September 29, 2008.

5. Attached as Exhibit 4 is a true and correct copy of [Proposed] Order Granting Mattel's Motion For Constructive Trust And For Finding Liability And Injunctive Relief Pursuant To Cal. Bus. & Prof Code § 17200 (Dkt 4305-6), filed September 29, 2008.

6. Attached as Exhibit 5 is a true and correct copy of the Court's Omnibus Order (Order Finding In Favor Of Mattel As To The MGA Parties' Affirmative Defenses; Order Granting Mattel's Motion For Declaratory Judgment; Order Granting Mattel's Motion For Constructive Trust And § 17200 Injunctive Relief; Order Granting Mattel's Motion For Permanent Injunction; Order Denying As Moot Motion To Strike Portions Of Hutnyan Declarations And Exhibits Thereto; Order Denying Motion To Strike The Proctor, Keiser, And Hollander Declarations, etc.) (Dkt 4439), dated December 3, 2008.

    7.    Attached as Exhibit 6 is a true and correct copy of the Court's Order Granting Mattel, Inc.'s Motion For Permanent Injunction (Dkt 4443), with excerpts from its exhibits, dated December 3, 2008.

    8.    Attached as Exhibit 7 is a true and correct copy of the Court's Order Granting Mattel's Motion For Constructive Trust And For Finding Liability And Injunctive Relief Pursuant To Cal. Bus. & Prof Code § 17200 (Dkt 4441), dated December 3. 2008.

    9.    Attached as Exhibit 8 is a true and correct copy of redline comparing Mattel's [Proposed] Permanent Injunction Order and final Permanent Injunction Order.

    10.    Attached as Exhibit 9 is a true and correct copy of the Court's Order Denying Mattel's Motion for Judgment As A Matter Of Law (Dkt 5273), dated April 27, 2009.

    11.    Attached as Exhibit 10 is a true and correct copy of Mattel, Inc.'s Opposition to the MGA Parties' Ex Parte Application & Motion for Stay Pending Appeal (Dkt 5495), filed May 13, 2009.

    12.    Attached as Exhibit 11 is a true and correct copy of Declaration of Timothy Kilpin in support of Mattel, Inc.'s Opposition to the MGA Parties' Ex Parte Application & Motion for Stay Pending Appeal (Dkt 5496), filed May 13, 2009.

    13.    Attached as Exhibit 12 are true and correct copies of Trial Exhibits 17360, 17467, 17479, 17486, 17491, 17602, 18860, 18861, 18862, 18864, 18865, 18866, 18867, 18868, 18877, and 18878.

    14.    Attached as Exhibit 13 are true and correct copies of transcript excerpts from the Phase I trial and hearings in this case, specifically, Trial Tr. 5759-5768, 7205-7212; November 11, 2008 Hearing Tr. 86; December 30, 2008 Hearing Tr. 33; January 5, 2009 Hearing Tr. 8-9; and February 11, 2009 Hearing Tr. 46.

    15.    Attached as Exhibit 14 are true and correct copies of emails I sent to Patrick Fraioli and Byron Moldo dated August 12 and August 13, 2009 regarding verification of Mattel's offer to sell Bratz branded products in Spring 2010.

    16.    Attached as Exhibit 15 is a true and correct copy of MGA's Third Set of Phase 2 Req. for Prod. of Documents & Things to Mattel, dated August 28, 2009.

1  17. Attached as Exhibit 16 are true and correct copies of MGA's Spring and Fall 2009 Bratz product lines.

18. I provided a sample of 2009 Non-Recalled Bratz Products to Mattel's counsel, Michael Zeller, at the recall working group meeting on August 19, 2009. The sample consisted of: Lil Bratz Bedroom Phone Yasmin, Lil Bratz School Time Lunch Box Jade, Lil Bratz Surprise Purse Cloe, Bratz Bunny Boo, Bratz Boyz Wildlife Kobe, Bratz Boyz Cowboyz Cade, Bratz Boyz Spring Break Cameron, Bratz Lil Angelz Sleepy Time Ashley, Bratz Lil Angelz Sleepy Time Trinity, Bratz Lil Angelz Pet Store Surprise Sasha, Bratz Kidz Sassy Style Cloe, Bratz Kidz Sassy Style Katia, Bratz Kidz Hair Crazy Cloe, Bratz Kidz Hair Crazy Meygan, Bratz Kidz Sleep Over Yasmin, and Bratz Kidz Sleep Over Sasha. I invited Mr. Zeller to provide a complete listing of all bases on which it objected to such products and he identified only that these products bore the Bratz trademark on their packaging.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on September 28, 2009, at Los Angeles, California.

_____
Jason D. Russell

3

Decl. of Jason D. Russell ISO MGA Parties' Stmt. of Position Re: Scope Of Recall And Impoundment
Case No. CV 04-9049 DOC (RNBx)