EXHIBIT 12



TRIAL EXHIBIT 17360-001



TRIAL EXHIBIT 17467-001



TRIAL EXHIBIT 17479-001



TRIAL EXHIBIT 17486-001





TRIAL EXHIBIT 17602-001



TRIAL EXHIBIT 18860-001







**TRIAL EXHIBIT 18864-001**



TRIAL EXHIBIT 18865-001









TRIAL EXHIBIT 18877-001



EXHIBIT 13

1        UNITED STATES DISTRICT COURT

2        CENTRAL DISTRICT OF CALIFORNIA

3            EASTERN DIVISION

4               - - -

5   HONORABLE STEPHEN G. LARSON, JUDGE PRESIDING

6               - - -

7   MATTEL, INC.,                    )
                                     )
8                  Plaintiff,        )
                                     )
9          vs.                       )    No. CV 04-09049
                                     )
10  MGA ENTERTAINMENT, inc., et. Al.,)
                                     )
11                 Defendants.       )    TRIAL DAY 29
    _____    )    MORNING SESSION
12  AND CONSOLIDATED ACTIONS,        )    pages 5722-5814
                                     )
13  _____    )

14

15      REPORTER'S TRANSCRIPT OF JURY TRIAL PROCEEDINGS

16              Riverside, California

17              Tuesday, August 5, 2008

18                 8:41 A.M.

19

20

21

22

23          THERESA A. LANZA, RPR, CSR
            Federal Official Court Reporter
24          3470 12th Street, Rm. 134
            Riverside, California  92501
25              951-274-0844
                WWW.THERESALANZA.COM

**CERTIFIED COPY**

5723

```
1    APPEARANCES:

2

     On behalf of MATTEL, INC.:
3
                         QUINN EMANUEL
4                        By:  JOHN QUINN
                              JON COREY
5                             MICHAEL T. ZELLER
                              WILLIAM PRICE
6                        865 S. FIGUEROA STREET,
                         10TH FLOOR
7                        LOS ANGELES, California  90017

8


9
     ON BEHALF OF MGA ENTERTAINMENT:
10
                         SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
11                       BY:  THOMAS J. NOLAN
                              RAOUL KENNEDY
12                            LAUREN AGUIAR
                              CARL ROTH
13                       300 SOUTH GRAND AVENUE
                         LOS ANGELES, CALIFORNIA  90071-3144
14                       213-687-5000

15

16

17

18

19

20

21

22

23

24

25
```

tuesday, august 5, 2008          Exhibit 13, Page 220 trial day 29, morning session

```
 1                            I N D E X

 2                                                      Page

 3    Phase 1-b...................................    5722

 4

 5

 6    PLAINTIFF
      WITNESS           DIRECT       CROSS      REDIRECT      RECROSS
 7    Ninette Pembleton

 8    BY Ms. Augiar                  5750                      5785
      BY Mr. Quinn                              5776, 5789
 9

10

11    PLAINTIFF
      WITNESS           DIRECT       CROSS      REDIRECT      RECROSS
12    Mitchell Kamarck

      BY Mr. Quinn      5792
13

14

15

16          EXHIBITS            RECEIVED

17          18196               5774
            13705               5795
18          13707               5799
            13708               5807
19

20

21

22

23

24

25
```

tuesday, august 5, 2008          Exhibit 13, Page 221 trial day 29, morning session

558324 LA SERVER2A

1   PRODUCTS WE'VE LOOKED AT SO FAR, OR THAT YOU WOULD CATEGORIZE?

2   A    WELL, THESE WE'VE LOOKED AT ARE ALL FASHION DOLLS.

3   BASICALLY, THE POINT OF A FASHION DOLL IS FOR A GIRL TO BE ABLE

4   TO DRESS IT UP, PLAY WITH IT, MAKE IT LOOK PRETTY.

5   Q    OKAY.                                                         01:23

6        AT SOME POINT DID MGA BEGIN TO DEVELOP AND PRODUCE

7   PRODUCTS THAT WERE BEYOND THE FASHION DOLL CATEGORY?

8   A    YES.

9   Q    I'D LIKE TO WALK THROUGH SOME OF THOSE.

10        LET'S LOOK AT 17578.                                         01:23

11        CAN YOU DESCRIBE FOR THE JURY WHAT WE SEE HERE.

12   A    THIS IS A BRATZ TALKING DOLL.

13   Q    WHAT WAS THE THOUGHT PROCESS HERE?

14   A    THE THOUGHT PROCESS IS THAT A LOT OF CONSUMERS WERE

15   REPEATEDLY SAYING 'WOULDN'T IT BE GREAT IF YOU COULD TALK TO      01:24

16   YOUR BRATZ DOLL?'  SO THE IDEA HERE WAS TO BUILD A BASE THAT

17   HAD A SPEAKER AND CONSUMER ELECTRONICS COMPONENTS IN IT THAT

18   ALLOWS YOU TO ASK A QUESTION AND THEN THE DOLL WILL RESPOND

19   WITH A CANNED ANSWER.

20   Q    I DON'T IF THAT ONE ACTUALLY WORKS.  IS IT POSSIBLE TO       01:24

21   SHOW THE JURY HOW IT WORKS?

22   A    YES.  YOU CAN PUSH A BUTTON.

23        (DOLL STARTS TALKING.)

24   A    SHE ASKED ME, 'DO I LIKE SCHOOL?'  AND I HAVE TWO OPTIONS

25   HERE:  ONE IS YES; TWO IS NO.                                     01:24

1          IT'S BEEN A LONG TIME.

2          (DOLL STARTS TALKING AGAIN.)

3    **BY MS. AGUIAR:**

4    Q    AND THIS TALKING BRATZ DOLL, IS THIS CONSIDERED A FASHION

5    DOLL?                                                                01:25

6    A    THE DOLL ITSELF IS A FASHION DOLL, BUT IT WOULD NOT BE

7    TYPICALLY THE SAME PLAY PATTERN AS YOU MIGHT USE ONE OF THESE

8    DOLLS FOR.

9    Q    YOU MENTIONED THE WORD PLAY PATTERN A COUPLE OF TIMES.  I

10   DIDN'T GET TO PLAY WITH DOLLS WHEN I WAS LITTLE.  CAN YOU         01:25

11   EXPLAIN TO THE JURY WHAT YOU MEAN WHEN YOU ARE USING THIS

12   PHRASE "PLAY PATTERN"?

13   A    YES.  IN THE DOLL CATEGORY, THERE ARE DIFFERENT DOLLS THAT

14   YOU COULD POSSIBLY BUY; THERE'S SMALL DOLLS; THERE'S FASHION

15   DOLLS; THERE'S LARGE DOLLS; THERE'S SPECIAL FEATURE DOLLS.  SO    01:25

16   WHEN YOU BUY A FASHION DOLL, THE IDEA IS FOR, YOU KNOW, YOUNGER

17   THAN A TWEEN MARKET; IT COMES WITH CLOTHES AND ACCESSORIES.  A

18   PLAY PATTERN WOULD BE THAT YOU DRESS IT; YOU MIGHT BRUSH ITS

19   HAIR; YOU MIGHT DO PRETEND PLAY WITH ACCESSORIES.

20          A PLAY PATTERN, FOR INSTANCE, FOR A LARGE DOLL WOULD       01:25

21   BE MORE LOVING AND NURTURING; A DOLL THAT YOU WOULD GIVE A

22   BOTTLE TO THAT --

23   Q    PLEASE SLOW DOWN.

24          I PUT ANOTHER DOLL IN FRONT OF YOU; 17523.  IT MIGHT

25   BE DIFFICULT TO PUT IT UP ON THE COUNTER, BUT I'M GOING TO TRY    01:26

5759

1    SO EVERYBODY CAN SEE IT.

2            WHAT ARE WE LOOKING AT HERE, 17523

3    A    THIS IS A COLLECTOR DOLL.  THIS IS A DOLL THAT'S REALLY

4    MEANT MORE FOR DISPLAY; YOU MIGHT PUT IT IN YOUR ROOM OR ON A

5    SHELF; IT'S NOT SOMETHING THAT YOU WOULD CONTINUALLY DRESS AND        01:26

6    UNDRESS.

7    Q    AND I NOTICE THIS DOLL ON THE BOX SAYS "MEYGAN."

8            CAN YOU EXPLAIN, WHAT WAS "MEYGAN"?

9    A    MEYGAN IS A BRATZ CHARACTER THAT WAS INTRODUCED SOME TIME

10   AFTER THE ORIGINAL FOUR CHARACTERS.                                  01:26

11   Q    DO YOU RECALL WHETHER THIS COLLECTOR DOLL CAME OUT WITH A

12   VERSION FOR MULTIPLE DIFFERENT CHARACTERS?

13   A    IT DID.  I BELIEVE THERE WERE THREE DIFFERENT CHARACTERS,

14   BUT NOT IN THE SAME YEAR.  IT'S A COLLECTIBLE DOLL, SO THEY

15   WERE LIMITED EDITION.  ONCE YOU SOLD THROUGH THAT NUMBER, THAT       01:27

16   WAS DONE.

17   Q    THE NEXT ONE I WANTED TO SHOW YOU WAS 17475.

18           CAN YOU TELL THE JURY, LOOKING AT 17475, IT APPEARS

19   TO BE A GUY.

20   A    IT'S A BOY'S.                                                   01:27

21   Q    CAN YOU TELL US WHAT BRATZ BOYZ IS?

22   A    YES.  BRATZ BOYZ WAS A RESPONSE TO THE CONSUMERS ASKING

23   FOR THE BRATZ DOLLS TO ACTUALLY START HAVING BOY FRIENDS.

24   Q    WAS THERE MORE THAN ONE ORIGINAL BOY?

25   A    THERE WAS.  I THINK ORIGINALLY THERE WERE TWO BOYS.  I          01:28

1   THINK IT WAS "CAMERON" AND "DYLAN."  AND THEN THERE WERE FOUR

2   MORE BOYS INTRODUCED AFTER THAT.

3   Q    WERE THE BRATZ BOYZ A SUCCESSFUL PRODUCT FOR MGA?

4   A    YES.  THEY STILL ARE A SUCCESSFUL PRODUCT FOR MGA.

5   Q    THEY ARE STILL BEING MANUFACTURED?

6   A    THEY ARE.

7   Q    AND DO YOU KNOW HOW MANY BOY CHARACTERS THERE ARE TODAY,

8   ROUGHLY?

9   A    ROUGHLY SIX.

10  Q    I THINK RELATED TO ONE OF THE COMMENTS YOU JUST MADE ABOUT

11  THE BRATZ DOLLS HAVING BOY FRIENDS, 17499, IF YOU COULD

12  DESCRIBE TO THE JURY WHAT WE'RE LOOKING AT HERE WITH 17499.

13  A    THIS IS BRATZ BLIND DATE.  AND ACTUALLY IT IS ABOUT BOY

14  FRIENDS, BUT IT WAS A VERY SMART MARKETING STRATEGY WHICH

15  ALLOWS THE GIRLS TO SEE WHICH CHARACTER THEY ARE BUYING FOR THE

16  GIRL DOLL, BUT THEY DON'T KNOW WHAT BOY THEY ARE GOING TO BE

17  GETTING UNTIL THEY OPEN THE PACKAGE.  THEN THERE WAS AN

18  OPPORTUNITY THAT ONE IN EVERY 24 CHARACTERS WOULD ACTUALLY COME

19  WITH A CHARACTER NAMED "BRYCE," A BOY'S CHARACTER.

20  Q    WHO WAS MORE COVETED THAN THE OTHER BOYS.

21  A    HE WAS THE SPECIAL ONE IN THIS SET.

22  Q    OKAY.

23  A    HE HAD A 6-PACK.

24  Q    HE HAD A 6-PACK?

25  A    I'M JUST...

01:28

01:28

01:29

01:29

01:29

5761

1   Q    IF YOU WOULD HAVE TOLD ME I WOULD HAVE BEEN ASKING ABOUT A

2   6-PACK IN FEDERAL COURT DURING THIS CASE, I WOULD HAVE SAID NO.

3          THE JURY CAN'T SEE IT, BUT CAN YOU, JUST FOR CLARITY

4   SAKE, DESCRIBE HOW MANY DOLLS ARE INCLUDED IN THAT PACKAGE?

5   A    TWO DOLLS; A GIRL AND A BOY.                                    01:29

6   Q    AND THE IDEA WAS THAT THE BOY IS BEHIND THE COVERING AND

7   SO YOU CAN'T SEE WHO THE BOY IS THAT YOU'RE BUYING; IS THAT

8   RIGHT?

9   A    THAT'S RIGHT.  IT'S A BLIND DATE; SO YOU DON'T KNOW WHO HE

10  IS UNTIL YOU OPEN THE PACKAGE; UNTIL HE SHOWS UP.                    01:30

11  Q    OKAY.

12         AND TELL ME, WHAT WAS THE THEORY BEHIND MGA WANTING

13  TO DEVELOP THIS PARTICULAR PRODUCT?

14  A    THE THEORY WAS THAT IT'S ALWAYS EXCITING FOR GIRLS AT THE

15  AGE THAT PLAY WITH THESE DOLLS TO FANTASIZE ABOUT SECRET BOY         01:30

16  FRIENDS AND BLIND DATES.

17  Q    THE NEXT ONE I WANT TO SHOW YOU, THE NEXT DIFFERENT

18  PRODUCT, IS 17493.

19         CAN YOU TELL US WHAT WE'RE LOOKING AT THERE?

20  A    THIS IS A MICRO BRATZ DIAMONDZ DOLL.  MICRO BRATZ, WHICH        01:30

21  IS THE SAME NOW AS LIL' BRATZ, ACTUALLY WE TALKED ABOUT THERE

22  BEING DIFFERENT CATEGORIES OF DOLLS.  THIS IS CONSIDERED A

23  SMALL DOLL.  IT'S A SLIGHTLY DIFFERENT PLAY PATTERN.  IT'S FOR

24  YOUNGER GIRLS.

25  Q    AND JUST FOR THE RECORD, HOW TALL WOULD YOU APPROXIMATE         01:31

1    THAT MICRO BRATZ IS?

2    A    THREE-AND-A-HALF INCHES.

3    Q    AND WHAT IS THE PLAY PATTERN ASSOCIATED WITH THIS SMALL

4    DOLL?

5    A    EVEN THOUGH FASHION DOLLS COME WITH PLAY SETS, MICRO DOLLS    01:31

6    ARE MUCH MORE -- YOU PRETEND PLAY.  YOU MOVE THEM AROUND AND

7    YOU PUT THEM IN ENVIRONMENTS AND YOU HAVE THEM TALK TO EACH

8    OTHER.

9    Q    WAS THE IDEA BEHIND THIS ONE ALSO THAT YOU WOULD CHANGE

10   ITS CLOTHES AND ITS FASHIONS, OR WAS THAT NOT PART OF IT?    01:31

11   A    YES.  IT IS A FASHION DOLL, BUT IN THE CATEGORIES WE CALL

12   IT, IT'S A SMALL FASHION DOLL.  IT'S A SMALL DOLL.

13   Q    LET'S GO ON TO THE NEXT BRAND.  I WANT TO SHOW YOU 17360.

14   WOULD YOU TELL US WHAT WE'RE LOOKING AT HERE, EXHIBIT 17360?

15   A    THIS IS A SUB BRAND OF BRATZ CALLED BRATZ BABYZ.    01:32

16   Q    WHAT IS BRATZ BABYZ?

17   A    BRATZ BABYZ IS A SMALLER DOLL THAT'S MEANT FOR THE SAME

18   TYPE OF PLAY PATTERN AS THE SMALL DOLLS.  IT WAS ALSO IN

19   RESPONSE TO CONSUMER REQUESTS THAT WE START DEVELOPING A FAMILY

20   AROUND THE BRATZ.    01:32

21   Q    CAN YOU TELL US MORE ABOUT THAT?  WHEN YOU SAY THAT IT WAS

22   IN RESPONSE TO CONSUMER REQUESTS, WHAT DO YOU MEAN BY THAT?

23   A    WELL, IN EVERY ONE OF OUR PRODUCTS, WE HAVE A WARRANTY

24   REGISTRATION CARD, AND IN THE REGISTRATION CARD THERE'S AN

25   OPPORTUNITY FOR THE CONSUMER TO SHARE THEIR THOUGHTS WITH YOU.    01:32

1    AND THE IDEA IS THAT YOU WOULD SOLICIT THEIR OPINIONS ON

2    PRODUCTS THEY WOULD LIKE TO SEE YOU MAKE; AND IT'S CONTINUAL

3    THAT THEY WOULD ASK FOR BABIES.

4    Q    WAS THIS BRATZ BABYZ DOLL BASED ON THE SAME DESIGN OR THE

5    SAME SCULPT AS THE ORIGINAL BRATZ FASHION DOLL?                    01:33

6    A    NO.  THIS IS A COMPLETELY DIFFERENT SCULPT.

7    Q    WAS THIS A SCULPT THAT WAS DEVELOPED BY MGA?

8    A    YES, IT IS.

9    Q    IF I ASKED YOU THE SAME QUESTION FOR, LET'S SAY, THE MICRO

10   BRATZ, WOULD YOUR ANSWER BE THE SAME, THAT IT WAS A DIFFERENT      01:33

11   SCULPT?

12   A    YES.

13   Q    AND HOW ABOUT THE COLLECTOR MEYGAN DOLL THAT WE LOOKED AT

14   EARLIER?  IS THAT ALSO BASED ON A DIFFERENT SCULPT?

15   A    YES.                                                          01:33

16   Q    AND THOSE WERE ALL DEVELOPED BY MGA?

17   A    YES.

18   Q    LET'S LOOK AT 17583.  IF YOU COULD TELL THE JURY WHAT

19   WE'RE LOOKING AT HERE, THIS EXHIBIT.

20   A    THIS IS A BRATZ BABYZ SITTER DOLL PACK.  IT ACTUALLY IS       01:34

21   SOMETHING INTERNALLY WE WOULD CALL A MULTI-PACK.  WE STARTED

22   DOING A LOT OF DOLLS WHERE YOU GOT TWO DOLLS IN THE SAME BOX.

23   IN THIS CASE, IT'S A BRATZ DOLL WITH A BABYZ DOLL TOGETHER AND

24   IT'S THEMED BABYSITTER; AS IF THE BIG DOLL IS WATCHING THE

25   LITTLE DOLL.                                                       01:34

5764

1    Q    DO YOU RECALL, ROUGHLY, WHEN THIS WAS INTRODUCED?

2    A    I DON'T.

3    Q    WAS THIS ALSO A REACTION TO CONSUMER REQUESTS?

4    A    IT WAS.  BUT IT STARTED, REALLY, WITH CONSUMERS ASKING FOR

5    TWINS, WHICH THEN STARTED AS A DOUBLE DOLL PACK AND THEN IT                 01:34

6    CARRIED FORWARD TO WHAT OTHER DOUBLE DOLL PACKS WE COULD

7    ACTUALLY MAKE.

8    Q    I'M NOT SHOWING IT TODAY BECAUSE THERE'S TOO MUCH TO GO

9    THROUGH, BUT YOU MENTIONED TWINS.  CAN YOU EXPLAIN TO THE JURY

10   THE CONCEPT THERE BEHIND THE TWIN DOLLS.                                     01:35

11   A    THE CONCEPT OF TWINS IS THAT YOU GET TWO DOLLS THAT WOULD

12   BE SISTERS IN THE SAME BOX.  THEY SOMETIMES LOOKED IDENTICAL

13   AND SOMETIMES THEY DIDN'T LOOK IDENTICAL, JUST LIKE IN REAL

14   LIFE.

15   Q    THESE COMMENT CARDS THAT YOU SAY YOU GET BACK FROM                      01:35

16   CONSUMERS, DO YOU HAPPEN TO KNOW WHO AT MGA READS THEM OR

17   REVIEWS THEM?

18   A    YES.  ISAAC LARIAN REVIEWS THEM CONSTANTLY, LIKE, EVERY

19   WEEK.  WE ALSO HAVE A WAY TO RESPOND ON THE INTERNET WITH THE

20   SAME QUESTIONS; SO THE CUSTOMER SERVICE TEAM AT OUR COMPANY IS              01:35

21   RESPONSIBLE FOR COPYING ALL OF THOSE CARDS AND MAKING SURE HE

22   GETS A SET TO READ THROUGH.  OUR PRODUCT DEVELOPMENT TEAMS GET

23   A SET SO THEY CAN GO THROUGH AND SEE WHAT CONSUMERS ARE ASKING

24   FOR AS WELL.

25   Q    LET ME SHOW YOU ANOTHER BRAND, 17467.                                  01:35

558324 LA SERVER2A

1          CAN YOU TELL US WHAT THIS IS.

2     A     THIS IS A BRATZ BIG BABYZ.  AND AGAIN, AS WE TALKED ABOUT

3     THERE BEING DIFFERENT TYPES OF DOLL STYLES, DOLL TYPES IN THE

4     DOLL CATEGORIES, THIS IS CONSIDERED A LARGE DOLL.

5     Q     WOULD THIS BE CONSIDERED A STANDARD BABY DOLL?                 01:36

6     A     THIS ISN'T LIKE YOUR TYPICAL BABY DOLLS IN THE MARKET, BUT

7     IT WAS TO ADDRESS THE SAME AUDIENCE.  THE PLAY PATTERN WOULD

8     BE, OF COURSE, MOTHERING AND NURTURING.

9     Q     WHEN YOU SAY IT WAS DIFFERENT THAN THE STANDARD BABY DOLL

10    IN THE MARKET, WHAT WERE YOU REFERRING TO?                          01:36

11    A     WELL, I THINK SIMILAR TO BRATZ, YOU CAN SEE THEIR FASHIONS

12    ARE NOT TYPICAL OF A BABY DOLL; THEY ARE MORE EDGY, COOL.  IT'S

13    JUST A WAY TO APPROACH IT FROM A TRENDY PERSPECTIVE.

14    Q     IS THIS BIG BABYZ DOLL BASED ON THE SAME DESIGN OR THE

15    SAME BODY SCULPT AS THE BRATZ FASHION DOLL?                         01:37

16    A     NO.  THIS IS AN ENTIRELY DIFFERENT SCULPT.

17    Q     LET'S LOOK AT 17479.  I THINK THIS IS ONE WE HAVE NOT SEEN

18    YET.  CAN YOU TELL US WHAT THIS LINE IS?

19    A     THIS IS ALSO A SUB BRAND OF BRATZ CALLED BRATZ KIDZ.

20    Q     WHY WAS THE BRATZ KIDZ LINE INTRODUCED?                       01:37

21    A     AS WE'VE ALREADY BEEN TALKING ABOUT, THE CONSUMER CARDS

22    LARGELY ALWAYS TALK ABOUT A BRATZ FAMILY; MOTHERS, SISTERS,

23    SIBLINGS, BABIES.  BRATZ KIDZ WAS ALSO IN RESPONSE TO THAT

24    CONSUMER INQUIRY.

25    Q     IS BRATZ KIDZ STILL A PRODUCT THAT IS ON THE MARKET?          01:38

5766

1    A     YES, IT IS.

2    Q     IS IT A LINE THAT'S DONE WELL FOR MGA?

3    A     YES.  IT DOES VERY WELL FOR MGA.

4    Q     LET ME SHOW YOU 17473.  WITH 17473, WHAT IS THIS?

5    A     THIS IS A BRATZ BABYZ' PONY.

6    Q     EXPLAIN TO ME, IS THIS A FASHION DOLL?

7    A     THIS IS NOT A FASHION DOLL, NO.

8    Q     WHAT WAS THE IDEA WITH MGA DEVELOPING THE PONYZ' LINE?

9    A     WELL, CHILDREN ALWAYS ASK FOR ANIMALS, ZOO CHARACTERS, BUT

10   HORSES SEEM TO BE EXTREMELY POPULAR.  THIS WAS A WAY TO MAKE A

11   HARD MOLDED -- IT WAS ACTUALLY SCULPTED AND INJECTION MOLDED

12   FOR --

13   Q     EXPLAIN TO ME WHAT YOU JUST SAID.  YOU MENTIONED SOMETHING

14   ABOUT INJECTION MOLDED.

15   A     IT'S JUST A WAY TO MANUFACTURE PRODUCTS; SO THIS ALSO HAD

16   TO BE SCULPTED SIMILAR TO THE DOLL BODIES.  IT'S JUST AN

17   ANIMAL.

18   Q     WAS THIS ALSO IN RESPONSE TO CONSUMER REQUESTS OR CONSUMER

19   COMMENTS?

20   A     YES; IN PART, IT WAS.

21   Q     I THINK I'LL GIVE YOU THE NEXT FEW TOGETHER SO WE CAN TALK

22   ABOUT SOME MORE OF THE LINES.

23         THE FIRST ONE SHOULD BE 17482, AND IF YOU COULD TELL

24   US WHAT THAT IS.

25   A     17482, THIS IS THE BRATZ ITSY BITSY LINE; THIS IS ALSO

01:38

01:39

01:39

01:39

01:40

1    DIFFERENT SCULPTS AND A FASHION DOLL; IT'S MUCH SMALLER.  THESE

2    DOLLS ALSO HAVE SOME FASHION PLAY.  YOU CAN BRUSH THEIR HAIR.

3    THEY USUALLY COME WITH ACCESSORIES AND PLAY SETS.  THEY ARE

4    COLLECTIBLE-TYPE DOLLS WHERE YOU WOULD BUY A BUNCH OF THEM TO

5    GET AS MANY STYLES AS YOU CAN.                              01:40

6    Q    SO WE'VE LOOKED AT A BUNCH OF DIFFERENT SIZES OF THE

7    DOLLS.  DOES THIS GO TO A DIFFERENT AUDIENCE THAN DOLLS THAT

8    ARE LARGER THAN THAT?

9    A    WELL, IT DEPENDS WHAT THE PURCHASE REASON IS FOR.

10          IF YOU'RE BUYING IT TO PLAY WITH, LIKE A SMALL DOLL,   01:40

11   IT WOULD BE SIMILAR TO LIKE A LIL' BRATZ PLAY PATTERN.  BUT IF

12   YOU'RE BUYING IT FROM THE COLLECTOR'S ASPECT, YOU MAY BE A

13   LITTLE OLDER GIRL.

14   Q    IS THE BRATZ ITSY BITSY A LINE THAT WAS DEVELOPED AND

15   PRODUCED BY MGA?                                           01:41

16   A    YES, IT WAS.

17   Q    AND DO YOU RECALL WHEN THAT FIRST CAME OUT, ROUGHLY?

18   A    I THINK ITSY BITSY CAME OUT IN 2006.

19   Q    AND THE NEXT ONE I PUT IN FRONT OF YOU, I BELIEVE, SHOULD

20   BE 17486.                                                  01:41

21          CAN YOU TELL US WHAT THAT IS?

22   A    BRATZ LIL' ANGELZ IS STILL A LINE THAT WE SELL TODAY.

23   THIS IS SOMETHING THAT WE MAKE MULTIPLE INTRODUCTIONS OF PER

24   YEAR.  WHAT I MEAN BY THAT IS THAT WE CONTINUALLY TRY TO KEEP

25   NEW STYLES OF THIS ON THE SHELF AT RETAIL, SO THERE IS A     01:41

1    COLLECTABILITY ELEMENT TO IT.  IT ALWAYS COMES WITH ONE SMALL

2    DOLL AND THEN PETS.  THE IDEA WOULD BE THAT IT WOULD CREATE A

3    COLLECTIBLE FRENZY THAT YOU ALWAYS WANTED TO GET THE NEXT ONE

4    THAT CAME OUT.

5    Q    YOU SAID THIS ONE IS STILL ON THE MARKET?

6    A    THIS, YES, THE LIL' ANGELZ IS.

7    Q    DOES IT COME TO MARKET MULTIPLE TIMES PER YEAR?

8    A    YES; SIX, EIGHT TIMES A YEAR.

9    Q    I WANT TO MOVE INTO WHAT I THINK IS ANOTHER DOLL CATEGORY

10   AND SHOW YOU EXHIBIT 17602.

11         CAN YOU TELL US WHAT WE'RE LOOKING AT HERE?

12   A    THIS IS A BRATZ PETZ.

13   Q    DESCRIBE FOR US WHAT CATEGORY THIS WOULD FALL INTO.

14   A    THIS WOULD FALL INTO A CATEGORY WE CALL PLUSH, WHICH IS AN

15   OPPORTUNITY TO HAVE PRODUCTS MAYBE IN A DIFFERENT SECTION OF

16   THE STORE THAN YOU WOULD PUT FASHION DOLLS.

17   Q    AND OFF THE TOP OF YOUR HEAD, DO YOU KNOW WHAT ANIMALS THE

18   BRATZ PETZ HAVE BEEN MADE IN?

19   A    YES.  BRATZ PETZ HAVE BEEN MADE IN CATS, FOXES, EASTER

20   BUNNIES.  I THINK WE TRIED DOGS.

21   Q    AND WHAT AGE GROUP IS THE BRATZ PETZ LINE TARGETED TO?

22   A    SIX TO ELEVEN.

23   Q    SO WE'VE GONE THROUGH THE DIFFERENT LINES THAT MGA HAS

24   PRODUCED.  I WANT TO ASK YOU WHAT THE TERM IN YOUR INDUSTRY

25   "PLAY SETS" REFERS TO.

01:42
01:42
01:42
01:43
01:43

1    A    PLAY SETS IS A WAY TO CREATE AN ENVIRONMENT THAT, IN OUR

2    CASE, USUALLY IS A THEME THAT THE DOLLS ARE ALSO IN.  AND IT

3    ALLOWS YOU TO ACTUALLY TAKE THE DOLLS AND PUT THEM INTO A PLAY

4    ENVIRONMENT SIMILAR TO A DOLL HOUSE.

5    Q    SO LET ME SHOW YOU, I THINK WE HAVE TWO HERE; THEY ARE          01:43

6    PRETTY LARGE, SO I'M GOING TO LIMIT IT TO TWO OF THEM; WE'VE

7    GOT 17574, AND THE SECOND ONE SHOULD BE 17528.

8         WHY DON'T WE TAKE THE ONE THAT YOU HAVE, THE RUNWAY

9    DISCO THERE, 17528.  CAN YOU DESCRIBE FOR THE JURY WHAT THEY

10   ARE LOOKING AT THERE?                                              01:44

11   A    WELL, THE BRATZ PRODUCTS IS PREDOMINANTLY KNOWN FOR

12   FASHION SENSE OR BEAUTY, AND THIS IS A FASHION RUNWAY WHICH

13   ALLOWS YOU TO SIMULATE A FASHION SHOW EXPERIENCE ON A PLAY SET

14   THAT HAD REAL WORKING SOUND AND LIGHTS WITH YOUR DOLLS.

15   Q    WAS THIS A PRODUCT THAT MGA THOUGHT OF AND DEVELOPED           01:45

16   ITSELF?

17   A    ABSOLUTELY.  THIS WAS DESIGNED AND DEVELOPED IN-HOUSE.

18   Q    AND THIS IS ONE OF THE PLAY SETS THAT HAS BEEN DEVELOPED.

19   A    YES.

20   Q    AND THE OTHER PLAY SET, IF YOU COULD DESCRIBE WHAT WE'RE       01:45

21   LOOKING AT WITH 17574.

22   A    THIS IS THE BRATZ STYLING SALON AND SPA.  AND JUST LIKE

23   YOU WOULD SIMULATE A FASHION SHOW, IN THIS CASE YOU WOULD

24   SIMULATE A BEAUTY SALON.

25   Q    LET'S START OVER WITH THE SALON.  TELL US WHAT THAT IS.        01:45

5770

1   A    THIS IS A BRATZ STYLING SALON AND SPA, AND WHAT THIS IS

2   SIMILAR TO THE FASHION RUNWAY WHERE YOU WOULD SIMULATE A

3   FASHION SHOW.  IN THIS CASE, YOU SIMULATE A BEAUTY SALON

4   EXPERIENCE; SO YOU WOULD BRING THE DOLL INTO THE SALON AND BE

5   ABLE TO WASH ITS HAIR, PUT ON ITS MAKEUP, PAMPER IT.          01:46

6   Q    I SHOULD HAVE BEEN BORN IN THE 90'S INSTEAD OF IN 1968.

7           IT'S PRETTY COOL.

8           I WANT TO MOVE AWAY FROM PLAY SETS AND INTO THE LAST

9   TWO CATEGORIES THAT I WAS GOING TO TALK WITH YOU ABOUT THIS

10  MORNING, AND THAT IS WHAT I'LL REFER TO AS BRANDED MERCHANDISE.  01:46

11          ARE YOU FAMILIAR WITH THAT TERM?

12  A    YES, I AM.

13  Q    WHAT DOES THE TERM "BRANDED MERCHANDISE" MEAN TO YOU?

14  A    BRANDED MERCHANDISE MEANS THAT THERE'S DIFFERENT PRODUCT

15  TYPES THAT YOU WOULD APPLY A SPECIFIC BRAND TO, SUCH AS BRATZ.  01:46

16  Q    I'M NOT GOING TO PUT THEM ALL UP ON THE COUNTER; MAYBE

17  I'LL JUST TRY TO SEPARATE THEM HERE ON THE TABLE TO MAKE THINGS

18  EASIER; 17773, 18801, 18802.  LET ME JUST DO THIS ONE.  WE HAVE

19  OTHERS HERE, BUT LET ME JUST LABEL IT AS THIS FOR NOW; THE LAST

20  ONE IS 18807.                                                01:47

21          SO WOULD IT BE EASIER -- WOULD YOU LIKE THESE UP

22  THERE OR CAN YOU SEE FROM WHERE YOU ARE?

23  A    THE FIRST ONE WAS...

24  Q    THE FIRST ONE IS 17773.

25  A    IS THAT A SEWING MACHINE?                               01:47

558324 LA SERVER2A

5814

1      **MR. QUINN:**  ONE OTHER THING.  AS THE PROPONENT OF THE

2   OBJECTION, WOULDN'T MGA HAVE THE RESPONSIBILITY TO COME FORWARD

3   AND SAY THIS HAS GOT SOME SPECIALIZED MEANING?

4      **THE COURT:**  YOU'RE THE PROPONENT OF THE EVIDENCE, AND

5   I'VE ALREADY SET THE PARAMETERS ON THAT.                          03:17

6      **MR. QUINN:**  THANK YOU.

7      **THE COURT:**  VERY WELL.

8      (WHEREUPON, SIDE-BAR PROCEEDINGS WERE CONCLUDED.)

9      **THE COURT:**  WE'RE JUST ABOUT AT THE LUNCH BREAK.

10  WE'LL TAKE OUR LUNCH BREAK NOW.                                   03:18

11      I'LL SEE THE JURY AT 1:30; I'LL SEE COUNSEL AT 1:15.

12      (WHEREUPON, MORNING SESSION CONCLUDES.)

13

14

15

16

17

18                         CERTIFICATE

19

20  I hereby certify that pursuant to section 753, title 28, united
    states code, the foregoing is a true and correct transcript of
21  the stenographically recorded proceedings held in the above-
    entitled matter and that the transcript page format is in
22  conformance with the regulations of the judicial conference of
    the united states.
23

24  _____        _1-5-09_____
    THERESA A. LANZA, CSR, RPR                  Date
25  Federal Official Court Reporter

1                UNITED STATES DISTRICT COURT

2                CENTRAL DISTRICT OF CALIFORNIA

3                          --- 

4        HONORABLE STEPHEN G. LARSON, JUDGE PRESIDING

5                          ---

6   MATTEL, INC.,              :   PAGES 7163 - 7323
                               :
7           PLAINTIFF,         :
                               :
8      VS.                     :   NO. ED CV04-09049-SGL
                               :   [CONSOLIDATED WITH
9   MGA ENTERTAINMENT, INC.,   :   CV04-9059 & CV05-2727]
    ET AL.,                    :
10                             :
            DEFENDANTS.        :
11  _____

12

13

14

15          REPORTER'S TRANSCRIPT OF PROCEEDINGS

16               RIVERSIDE, CALIFORNIA

17            WEDNESDAY, AUGUST 13, 2008

18               JURY TRIAL - DAY 34

19               AFTERNOON SESSION

20

21

22   CERTIFIED          MARK SCHWEITZER, CSR, RPR, CRR
                         OFFICIAL COURT REPORTER
23   COPY               UNITED STATES DISTRICT COURT
                        181-H ROYBAL FEDERAL BUILDING
24                      255 EAST TEMPLE STREET
                        LOS ANGELES, CALIFORNIA 90012
25                      (213) 663-3494

1    **Appearances of Counsel:**

2

3    On Behalf of Mattel:

4       Quinn, Emmanuel, Urquhart, Oliver & Hedges, LLP
      By John B. Quinn, Esq.
5         B. Dylan Proctor, Esq.
        Michael T. Zeller, Esq.
6         Harry Olivar, Esq.
        John Corey, Esq.
7         Diane Hutnyan, Esq.
        William Price, Esq.
8       855 South Figueroa Street
      10th Floor
9       Los Angeles, CA 90017
      (213) 624-7707
10

11

12    On Behalf of MGA Entertainment:

13       Skadden, Arps, Slate, Meagher & Flom LLP
      By Thomas J. Nolan, Esq.
14         Carl Alan Roth, Esq.
        Jason Russell, Esq.
15         Lauren Aguiar, Esq.
        David Hansen, Esq.
16         Matthew Sloan, Esq.
        Robert Herrington, Esq.
17       300 South Grand Avenue
      Los Angeles, CA 90071-3144
18       (213) 687-5000

19

20

21

22

23

24

25

1                                    **I N D E X**

2    **DEBORA MIDDLETON, SWORN**............................... 7187

3    DIRECT EXAMINATION BY MR. NOLAN: ...................... 7187
     CROSS-EXAMINATION BY MR. PRICE:....................... 7199

4    **LEON DJIGUERIAN, SWORN**............................... 7200

5    DIRECT EXAMINATION BY MS. AGUIAR ..................... 7201

6    CROSS-EXAMINATION BY MR. PRICE:....................... 7218

7

8    **LUI DOMINGO, SWORN**.................................. 7222

9    DIRECT EXAMINATION BY MS. AGUIAR:..................... 7223

10   CROSS-EXAMINATION BY MR. PRICE: ...................... 7267

11   **TIMOTHY KILPIN, SWORN**............................... 7273

12   DIRECT EXAMINATION BY MR. NOLAN: ..................... 7273

13                                **E X H I B I T S**

14    (Exhibit 18320-003 received.)........................ 7195

15    (Exhibit 18320-005 received.)........................ 7196

16   (Exhibits 18870, 18869, 18863, 18862, 18865,
     18866, 18860, 18861, 18864, 18868, 18867, 18857,
17   18858, 18859, 18871-73 received.)..................... 7218

18   (Exhibit 18929 received.)............................ 7226

19   (Exhibit 18921 received.)............................ 7233

20

21

22

23

24

25

1  corresponds to the doll in the box; correct?

2  **A.**   Yes.

3  **Q.**   And the sculpt -- can you describe -- in other words,

4  are we seeing sculpts fully decorated and clothed?

5  **A.**   No, you're seeing the naked sculpt, the raw sculpt.

6  **Q.**   Okay.  Let's start first with the Bratz boys, then.  Let

7  me hand you --

8          And your Honor, can I just move all of these in at

9  the end?

10         THE COURT:  You may.  I trust you've reviewed

11  these, Counsel?

12         MR. PRICE:  I have not seen the sculpts.  I think

13  everything else is in evidence.

14         MS. AGUIAR:  The products in the boxes are in

15  evidence, and the sculpts, they were given the opportunity to

16  inspect.

17         THE COURT:  Very well.  Why don't we do this.  If

18  you'd do this for the Court, Mr. Price, just take a quick

19  look at those, and let me know if you have any objections,

20  and this way we can get that out of the way and resolve that,

21  and then counsel can operate freely.

22         (Pause.)

23         MR. PRICE:  Your Honor, I don't know if they are

24  the sculpts to those products, but if that's what he's going

25  to testify to, I have no objection.

```
 1          THE COURT:  Very well.  Conditionally, then, I will
 2   admit them, and you'll renew your objection if you have any
 3   concerns about foundation based on the testimony.
 4          You may proceed, Counsel.
 5          MS. AGUIAR:  Thank you.
 6   Q.   So the first product, do you recognize this as a Bratz
 7   Boyz product?
 8   A.   Yes, I do.
 9   Q.   And this is for the record Trial Exhibit 17477.
10          I'm going to hand you Trial Exhibit 18870.  And
11   when you are talking about these, it would be great if you
12   could hold them up in a way that the jury can see them.
13   Thanks.
14          Can you identify the Trial Exhibit 18870?
15   A.   Yeah, this is the Bratz Boyz body sculpt.  Head sculpt.
16   It's in raw form, not painted or rooted.
17   Q.   Was it a sculpt that was developed by MGA?
18   A.   Yes.
19   Q.   And I'll ask you the same questions for all of these
20   sculpts.  I'm sorry if it becomes a slight bit repetitive.
21   So I'm going to ask you some of the same questions for all of
22   these sculpts.  So is this sculpt the same as the sculpt for
23   the Bratz core fashion doll?
24   A.   No, it's different.
25   Q.   Can you tell us in what ways it's different?
```

1   A.   Well, first thing is there's a lot of muscular mass on

2   the body defining it as a male figure.   There's muscle

3   definition on the legs, the torso, the shoulders are broader,

4   larger arms, has a six-pack, different head sculpt than the

5   girls' doll.

6   Q.   Let me ask you this threshold question before we go any

7   further.   In the years that you've been working at MGA, have

8   you ever seen before today, have you ever seen Mr. Bryant's

9   original concept drawings for Bratz that were presented to

10  MGA in September of 2000?

11  A.   No, I have not.

12  Q.   To the best of your knowledge, is that sculpt that

13  you're holding in your hand, the Bratz Boyz sculpt, were the

14  drawings used to create that sculpt?   Were the drawings from

15  the pitch book drawings from September 2000 used to create

16  that sculpt?

17  A.   I don't believe so, no.

18  Q.   So you can just leave that one.   And we'll go on to the

19  next one.   The next one is Lil Bratz.   Do you recognize this

20  as a Lil Bratz product?

21  A.   Yes.

22  Q.   And this is Trial Exhibit 17491.   And I'm going to hand

23  you Trial Exhibit 18869.   And can you tell us what we're

24  looking at there?

25  A.   This is a Lil Bratz doll.   In its raw form, the sculpt.

1   **Q.**   I'm trying to think how to get out of the way so you

2   guys can see the screen.

3           Okay.  And is this the -- I mean, this is a

4   fairly -- this may be an obvious question, but is this the

5   same sculpt as the core fashion doll sculpt?

6   **A.**   No, it's not.

7   **Q.**   What are the primary differences?

8   **A.**   The first thing is the size.  This is a miniature

9   microdoll.  The body sculpt is different.  The head size is

10  different.  The head sculpt is different.  Overall it's a

11  completely different doll.

12  **Q.**   Were Carter Bryant's drawings from September of 2000

13  used to create that sculpt?

14  **A.**   No.

15  **Q.**   The next product I wanted to talk about is Babyz.  And

16  can you explain to the jury, I'm going to show you two

17  different Babyz product.  One you'll see here is Trial

18  Exhibit 17775.  And the next one is 17471.  And can you

19  explain the difference between the two Bratz Babyz products

20  that we just looked at?

21  **A.**   Well, the first one you showed was the first launch of

22  the Babyz with the molded hair.  It has plastic hair.  And

23  the second one you showed has actual rooted hair.

24  **Q.**   And when you say rooted hair, I think we probably have

25  heard this already, but what do you mean by that?

1  **A.**   Actual hair that you can brush and style.

2  **Q.**   So let me hand you 1863 and 18862.  Can you tell us what

3  we're looking at with 1863?

4  **A.**   This is the first Babyz sculpt, it's all molded hair.

5  There's no rooted hair.

6  **Q.**   Is this a sculpt that was created and by MGA?

7  **A.**   Yes, it was.

8  **Q.**   To your knowledge was it based in any way on Carter

9  Bryant's drawings from September of 2000?

10  **A.**   No, it's not.

11  **Q.**   Can you tell us the ways in which it's different, if at

12  all, from the core fashion doll sculpt?

13  **A.**   Well, this baby here is much smaller than the Bratz core

14  doll.  It has different proportions of the body, the legs,

15  the torso.  It has a different size head in relation to the

16  Boyz.  It's a completely different sculpt.

17  **Q.**   And then moving on to the next one in front of you,

18  which should be 18862.  And if you could tell the jury what

19  we're looking at there.

20  **A.**   And this is another generation of the Bratz Babyz.  And

21  this one here you can actually move the hair and have real

22  hair to style and brush.  Versus this one where it was molded

23  hair.

24  **Q.**   And so other than the molded versus the rooted hair, is

25  the sculpt the same?

1    **A.**    The body sculpt is the same.   The only difference is the

2    head.

3    **Q.**    So it's a different head sculpt?

4    **A.**    Correct.

5    **Q.**    Next one.   I'm holding up Trial Exhibit 17466.   Do you

6    recognize this?

7    **A.**    Yes.

8    **Q.**    As a Bratz Big Babyz?

9    **A.**    Yes.

10   **Q.**    I've just handed you two trial exhibits.   One is 18865

11   and 18866.   Can you tell us what we're looking at with 18865?

12   **A.**    -65 is this one here.   This is the Big Babyz with the

13   molded hair once again, the plastic hair.   You cannot you

14   brush it or style it.   It's plastic.   And the next one here

15   is the version with the rooted hair where you can actually

16   brush and style the hair that's being applied to the head.

17   **Q.**    Were both of these sculpts that were developed and

18   manufactured by MGA?

19   **A.**    Yes.

20   **Q.**    And to the best of your knowledge, were these sculpts

21   based on Mr. Bryant's drawings from September of 2000?

22   **A.**    No.

23   **Q.**    Can you walk us through the nature of these sculpts and

24   how they differ from the core fashion doll sculpts?

25   **A.**    Well, these are large dolls.   They are large babies.

1    The scale is much different than from the Bratz core.  Once

2    again, the body proportions are different, the legs, the

3    torso, the arms, and the head size is larger.

4    **Q.**    Okay.  Great.

5    **A.**    Completely different sculpt.

6    **Q.**    Thank you.  The next product I'm going to hold up for

7    you is Trial Exhibit No. 17478.  Do you recognize that as a

8    Bratz Kidz product?

9    **A.**    Yes.

10   **Q.**    And this particular one is a girl?

11   **A.**    Yes.

12   **Q.**    So I'm handing you two more exhibits.  Those are 18860

13   and 18861.  Can you tell us what we're looking at?

14   **A.**    The 18860 is the Bratz Kidz girls' doll.  And -861 is

15   the Bratz Kidz boys' doll.

16   **Q.**    And are these two sculpts that were developed and

17   manufactured by MGA?

18   **A.**    Yes.

19   **Q.**    To the best of your knowledge, were they based on

20   Mr. Bryant's concept drawings for Bratz pitched to MGA in

21   September of 2000?

22   **A.**    No.

23   **Q.**    Can you walk us through the differences between the

24   sculpts that we're looking at here and the Bratz fashion doll

25   sculpt?

1   **A.**   Well, these dolls are also smaller than the Bratz core

2   fashion doll.  They have skinnier legs, skinnier torso,

3   different head sculpt.  Once again, the proportions are

4   different between the legs, the torso, the arms.  And the

5   boys sculpt is actually different than the girls sculpt.

6   **Q.**   Are there some ways in which you can tell that it's a

7   boy's body?

8   **A.**   The boy has little bit broader shoulders and also the

9   head sculpt is different.

10  **Q.**   Let's move on to -- do you recognize Trial Exhibit 18877

11  as a Bratz Big Kidz?

12  **A.**   Yes.

13  **Q.**   And I'm handing you 18864, and if you could tell the

14  jury what that is.

15  **A.**   That is a large scale of a Bratz Kidz.

16  **Q.**   And is this a sculpt that was developed by MGA?

17  **A.**   Yes, it was.

18  **Q.**   And was it developed based on Mr. Bryant's concept

19  drawings?

20  **A.**   No, it wasn't.

21  **Q.**   Can you tell us the differences between this sculpt,

22  18864, and the fashion doll sculpt?

23  **A.**   This sculpt is much taller than the Bratz fashion doll,

24  and the proportions are different between the legs, the arms,

25  the torso, the head sculpt is completely different.  It's a

1    much larger doll.

2    Q.   Okay.  Let's keep moving here.  Okay.  I'm going to show

3    you two products here.  17486 and 18878.  And do you

4    recognize those as Bratz Lil Angelz?

5    A.   Yes.

6    Q.   Can you tell us the difference between the two Lil

7    Angelz products that I just held up?

8    A.   Well, one has molded hair and the other one has rooted

9    hair where it can actually be styled and brushed.  And they

10   also have different body poses.  Each one is in a different

11   stance.

12   Q.   So it's sort of the rooted versus plastic hair that we

13   you talked about before?

14   A.   Correct.

15   Q.   And let's identify these, then.  The first Trial Exhibit

16   is 18867 and 18868.  And if you could tell us what those two

17   are that you're holding.

18   A.   These are the Bratz Lil Angelz dolls.  This one here,

19   she's sitting in a stance like a little newborn would sit.

20   And it has -- it will have rooted hair.  This is the version

21   where you can actually apply hair to it and brush it and

22   style it.  And the other version here is a different --

23   different stance that the baby sitting in, a different body

24   pose.  And this one here actually has molded hair, plastic

25   hair.

1   Q.   And were these sculpts that were developed and created

2   by MGA?

3   A.   Yes, they were.

4   Q.   And as far as you know, were Mr. Bryant's concept

5   drawings for Bratz referenced in creating these sculpts?

6   A.   No.

7   Q.   This is Trial Exhibit 18875.  Do you recognize that as a

8   Bratz Star Singerz?

9   A.   Yes.

10  Q.   And now I'm bringing you Trial Exhibit 18857.  And if

11  you could explain to the jury what 18857 is.

12  A.   This is a different Bratz body sculpt used for the Bratz

13  Star Singerz.  She's actually a taller doll than our normal

14  Bratz core.  She has more articulation in the knees where you

15  can actually bend her knees and pose her in different ways.

16  Her arms actually raise up when you lift the leg to put her

17  in some dancing features.  And it has pointy feet.

18  Q.   And is the torso the same as the fashion doll sculpt?

19  A.   No, it's completely different.  This is a much taller

20  doll than the Bratz core doll.

21  Q.   Okay.  And the arms themselves, do you know if the arms

22  are different or the same than the core fashion doll?

23  A.   No, the arms are different sculpts, different posture.

24  Q.   And is this a sculpt that was developed by MGA?

25  A.   Yes.

1  Q.   And to the best of your knowledge, were Mr. Bryant's

2  concept drawings used to create this particular sculpt?

3  A.   No.  It wasn't.

4  Q.   I'm holding up -- this is Trial Exhibit 17731.  And do

5  you recognize it as a Bratz -- the movie star doll?

6  A.   Yes, I do.

7  Q.   And I'm going to hand you Trial Exhibit No. 18858.  And

8  if you could describe for the jury that one you have in your

9  hand right now, what is that?

10 A.   This is the Bratz moving body.  And it's in raw form,

11 the sculpt, and the differences between this and the core is

12 the articulation in the torso.  The arms are completely

13 posable.  You have elbow joints, wrist joints, forearm joints

14 and so forth to put her in different stances.  And the torso

15 is also articulated so you can actually move her left and

16 right also in the upper body.

17 Q.   And what about sort of the legs?

18 A.   The legs are similar to the Bratz.

19 Q.   And is this a sculpt that was developed by MGA?

20 A.   Yes, it was.

21 Q.   Were Mr. Bryant's concept drawings for Bratz used to

22 create this particular sculpt?

23 A.   No, it wasn't.

24 Q.   Trial Exhibit No. 17524.  Do you recognize that as a

25 Fashion Pixiez product?

1   A.   Yes.

2   Q.   I'm going to hand you Trial Exhibit No. 18859, and if

3   you can tell us, is this -- tell us what's in your hands.

4   A.   This is the sculpt for the Bratz Pixiez line.  She is a

5   taller sculpt than the Bratz core.  She has different kinds

6   of arm posture where she's actually folding her arms.  In

7   this sculpt she has a different head sculpt, a different

8   face, completely different than the Bratz core.

9   Q.   Do her arms move as well?

10  A.   Yeah, her arms move and her legs also move.  It has

11  articulation in the hip joints and the shoulders.

12  Q.   Okay.  And is this a sculpt that was developed at MGA?

13  A.   Yes.

14  Q.   And to the best of your knowledge, were Mr. Bryant's

15  drawings referenced in order to make this particular sculpt?

16  A.   No.

17  Q.   This one is going to be -- I'm going to leave the fun

18  one for last.  Let's do the -- I'm holding up 17577 and

19  14188.  And do you recognize those as two versions of the

20  talking Bratz?

21  A.   Yes.

22  Q.   And I'm going to hand you two more trial exhibits, 18872

23  and 18876.  And why don't you do 18872 first.  And describe

24  what we're looking at there.

25  A.   This is one of the body sculpts for Bratz talking.

1          THE COURT:  Yes, I have -- MGA has about four hours

2     and 35 minutes and Mattel has about an hour and 50 minutes.

3

4          (Proceedings conclude the at 5:35 P.M.)

5

6

7                    **C E R T I F I C A T E**

8

9

10         I hereby certify that pursuant to Title 28,

11    Section 753 United States Code, the foregoing is a true and

12    correct transcript of the stenographically reported

13    proceedings in the above matter.

14         Certified on August 13, 2008.

15

16

17    **MARK SCHWEITZER, CSR, RPR, CRR**
      Official Court Reporter
18    License No. 10514

19

20

21

22

23

24

25

1           UNITED STATES DISTRICT COURT

2          CENTRAL DISTRICT OF CALIFORNIA

3               EASTERN DIVISION

4                  - - -

5     HONORABLE STEPHEN G. LARSON, JUDGE PRESIDING

6                  - - -

7    MATTEL, INC.,                    )

8                      Plaintiff,     )

9              vs.                    )   No. CV 04-09049

10   MGA ENTERTAINMENT, inc., et. Al., )

11                     Defendants.    )

12   AND CONSOLIDATED ACTIONS,        )   MOTION HEARING

13

14

15        REPORTER'S TRANSCRIPT OF PROCEEDINGS

16              Riverside, California

17          Monday, November 10, 2008

18                 1:05 P.M.

19

20

21

22

23         THERESA A. LANZA, RPR, CSR
         Federal Official Court Reporter
24          3470 12th Street, Rm. 134
         Riverside, California  92501
25              951-274-0844
            WWW.THERESALANZA.COM

CERTIFIED COPY

```
 1    APPEARANCES:

 2
      On behalf of Mattel, Inc.:
 3
                        QUINN EMANUEL
 4                      By:   JOHN QUINN
                              MICHAEL T. ZELLER
 5                      865 S. FIGUEROA STREET,
                        10TH FLOOR
 6                      LOS ANGELES, California  90017
                        213-624-7707
 7

 8

 9    On behalf of MGA Entertainment:

10                      SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
                        BY:   THOMAS J. NOLAN
11                            JASON RUSSELL
                              LAUREN AGUIAR
12                            RAOUL KENNEDY
                        300 SOUTH GRAND AVENUE
13                      LOS ANGELES, CALIFORNIA  90071-3144
                        213-687-5000
14

15

16

17

18

19

20

21

22

23

24

25
```

3

1                          I N D E X

2                                                    Page

3    MOTION HEARING...............................      4

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Exhibit 13, Page 255
Monday, November 10, 2008                    CV 04-09049

infringement, like we have here.

At the end of the day, it's an equitable remedy, of course, and the Court must do equity.  And I think it's important to focus on one of the attributes or elements or rights of copyright; that is, the right to exclude others.

In their concurring opinion in the eBay decision, Justices Roberts, Ginsburg, and Scalia noted the continuing importance of the right to exclude.

We have not been able to find any case where there has been past infringement, a threat of ongoing infringement, and an impact on the right to exclude, where a court has denied an injunction.  In the Grokster case, which MGA relies on, Judge Wilson was careful to note that where the right to exclude others would be impaired, that weighs heavily in favor of granting an injunction.

It's hard to imagine a case where the right to exclude is not impacted more than this case, your Honor.  It's not just impacted.  It's annihilated if an injunction does not issue here.

We were not told about this history for years.  It was hidden from us about the existence of our rights.  And we are being sued today for marketing a product which they contend infringes their rights in Bratz.  It's kind of a reverse right to exclude.  They want to exclude us.  The world believes that Bratz is MGA's copyrighted work.  It's impossible for us to

Exhibit 13, Page 256

```
 1    control that work, to exclude others.  This is like the end of

 2    the continuum in terms of the right to exclude.  There is no

 3    relief for us; there is no way for Mattel to exercise its

 4    rights or to protect its rights without an injunction here.

 5              THE COURT:  Counsel, I understand your arguments on

 6    the first three elements.  The one I'd like you to focus on,

 7    the one I have the biggest difficulty with, is the fourth, the

 8    public interest, and how that would be impacted by a permanent

 9    injunction.  MGA contends that not only would consumers be

10    denied an important product, but that Mattel would end up with

11    essentially a monopoly on the fashion doll market; the chilling

12    effect on competition and the other various arguments they

13    make; and particularly the timing of this.  You're asking me to

14    do this -- it's now November.

15              MR. QUINN:  I think we made an ex-parte application

16    to move this up, your Honor, for the precise reason that that's

17    mostly history.  The material is shipped, by and large -- my

18    understanding of the way the industry works, by November, the

19    stuff is either in the stores or on the way to the stores.

20              THE COURT:  It still would have -- even if we would

21    have moved it up to October, it would still have destroyed the

22    Bratz sales for the Christmas season.  That's largely why I

23    denied your ex-parte application to move it up.  And then we're

24    still here -- the timing of this does not necessarily seem

25    appropriate.
```

1     That, of course, is a secondary issue to these larger

2  arguments about the chilling effect that this would have on

3  competition, competition in the fashion doll industry and the

4  rest.  These are pretty significant public interest arguments

5  that MGA makes.

6          **MR. QUINN:**  Right.

7          In terms of this Christmas, your Honor, there are

8  certain major retailers in this industry, Toys-R-Us -- and

9  there's some other obvious candidates.  Mattel needs to have

10 good relations with those folks.  And I think if I had a moment

11 to confer with counsel, I could confirm my understanding that

12 Mattel would not do something that might damage its relations

13 with those retailers who have already made commitments for this

14 Christmas, if the Court understands what I'm saying.  Mattel

15 would be shooting itself in the foot to try to disrupt things

16 that could happen in that near-term time frame.

17         Again, I would want to confirm that with my client,

18 but that's my understanding of my client's position,

19 your Honor, in terms of this Christmas.

20         **THE COURT:**  Going forward, we have these larger

21 issues of competition.

22         **MR. QUINN:**  Your Honor, we submitted a declaration --

23 there are a number of fashion dolls out there.  Mr. Larian

24 identified a bunch of them on the stand when he testified.

25 We've submitted a declaration of Ms. Koda, where she identifies

1    the other fashion dolls that are out there; so it's not as if

2    there aren't any alternatives.

3            And this is not a situation where --

4            **THE COURT:**  How many other dolls have entire aisles

5    of a Toys-R-Us or a Wal-Mart devoted to them?

6            **MR. QUINN:**  The reality, Hannah Montana is eating

7    some folks' lunch, including folks present here in the

8    courtroom.  Hannah Montana, High School Musical, there are new

9    things that come up.  Bratz, whoever owns it, probably isn't

10   forever.  Barbie, Barbie may not be forever.  But you have new

11   ideas and new dolls that come to market.

12           Mr. Larian -- you'll recall Mr. Larian's testimony,

13   your Honor:  'If we hadn't done Bratz, we would have done

14   something else.  We would have been successful.  What

15   Carter Bryant brought wasn't that important.  We were

16   determined to do a fashion doll.  We would have done a fashion

17   doll.  We have all of these talented people.  We have these

18   unique octagonal shaped boxes.'  Put some other doll in there.

19   Put your face painters to work, painting some other sculpt.  Do

20   something else.

21           But I think it would give the folks here in this

22   courtroom too much credit to conclude that the innovation that

23   another doll, another Hannah Montana, isn't just around the

24   corner next year.

25           And I think we also have to bear in mind and assess

```
 1   this public interest.  Is it relevant -- I think we have to ask
 2   ourselves, is it relevant that this brand that we're talking
 3   about protecting as a competitor began with a theft?  That was
 4   the genesis of it.
 5              In terms of the public interest, is that not
 6   something that factors in?
 7              I submit that it is something that does factor in.
 8              There's a discussion of the Abend case concerning the
 9   great Hitchcock movie "Rear Window."  They rely on that as a
10   case to indicate that even though there was infringement, the
11   Court said an injunction shouldn't issue.  I think that's
12   readily distinguishable.  The Court said in that case that was
13   a special case; the movie maker had done nothing wrong; they
14   were the victim of what the court characterized as a legal
15   technicality; that it was based on a short story; the author of
16   the short story passed away, and the rights under the old
17   copyright act reverted to the heirs, and they were able to hold
18   up a classic motion picture.
19              The two times the Ninth Circuit has been asked to
20   apply Abend and declined to give an injunction since then, both
21   times it declined to do so -- the two published cases, I should
22   say -- that's the A&M case and the Kaden case.  The case we're
23   talking about now is not a case where -- you can't say, as you
24   could say of the motion picture company in Abend, that the
25   defendant did nothing wrong.
```

124

1   nothing that is going to happen with respect to this between

2   now and that January hearing; that any order the Court issues

3   in the next week or two will go into effect come January, after

4   the holiday season has been completed.

5           That is all I have for right now.

6           Are there any questions on how we're proceeding at

7   this point?  From Mattel?

8           **MR. QUINN:**  No, your Honor.

9           **THE COURT:**  From MGA?

10          **MR. NOLAN:**  No, your Honor.

11          **THE COURT:**  Very well.  Court is in recess.

12

13

14

15

16                          CERTIFICATE

17

18  I hereby certify that pursuant to section 753, title 28, United
    States Code, the foregoing is a true and correct transcript of
19  the stenographically recorded proceedings held in the above-
    entitled matter and that the transcript page format is in
20  conformance with the regulations of the Judicial Conference of
    the United States.

21

22  _____        _11-26-08_

23  THERESA A. LANZA, CSR, /RPR                  Date
    Federal Official Court Reporter

24

25

Monday, November 10, 2008

CV 04-09049

Page 1

1              UNITED STATES DISTRICT COURT

2              CENTRAL DISTRICT OF CALIFORNIA

3                   EASTERN DIVISION

4                      - - -

5        HONORABLE STEPHEN G. LARSON, JUDGE PRESIDING

6                      - - -

7    MATTEL, INC.,                    )
                                      )
8                     Plaintiff,      )
                                      )
9              vs.                    )   No. CV 04-09049
                                      )
10   MGA ENTERTAINMENT, INC., ET. AL.,   )
                                      )
11                    Defendants.     )
     _____)   HEARING

12

13

14

              REPORTER'S TRANSCRIPT OF PROCEEDINGS
15
                    Riverside, California
16
                 Tuesday, December 30, 2008
17
                      10:04 A.M.
18

19

20

21

22

              THERESA A. LANZA, RPR, CSR
23           Federal Official Court Reporter
              3470 12th Street, Rm. 134
24           Riverside, California  92501
                  951-274-0844
25            WWW.THERESALANZA.COM

```
 1    APPEARANCES:

 2

      On behalf of Mattel, Inc.:

 3

                          QUINN EMANUEL
 4                        By:  JOHN QUINN
                               MICHAEL T. ZELLER
 5                             DYLAN PROCTOR
                          865 S. FIGUEROA STREET,
 6                        10TH FLOOR
                          LOS ANGELES, California  90017
 7                        213-624-7707

 8

 9

      ON BEHALF OF MGA ENTERTAINMENT:

10

                          SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
11                        BY:  THOMAS J. NOLAN
                               JASON RUSSELL
12                        300 SOUTH GRAND AVENUE
                          LOS ANGELES, CALIFORNIA  90071-3144
13                        213-687-5000

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 3

1                          i N D E X

2                                                    Page

3    HEARING.......................................    4

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1   have significant economic impact on the viability of MGA.

2            That's my reading of the evidence.

3            MR. QUINN:  And I think that's a fair reading, your

4   Honor.  I agree with the Court's summary.

5            THE COURT:  And my stay until February 11th was

6   certainly in part, as I stated on the record, to get us through

7   the Christmas season so as not to adversely affect the 2008

8   season; and yes, I am mindful that Mattel pressed me to rule on

9   the equitable defenses and claims earlier so as not to run into

10  this problem; and you were right, but I needed the time to make

11  the decision.  Be that as it may, the timing is what the timing

12  is.

13           But it was also mindful of the fact that I was making

14  my decisions, as I've indicated to Mr. Nolan, based on jurors'

15  findings, on the Court's earlier rulings, all of which are

16  subject to the post-trial litigation, and I thought it was

17  prudent, because we can't unring the bell, to wait until

18  February 11th to allow those orders to take effect; so it was

19  an expressed, deliberate effort by the Court to avoid appeal of

20  those issues; not to make them final; not to enter final

21  judgment until the Court had the benefit of addressing all of

22  the issues with the benefit of hindsight that you have in a

23  post-trial motion hearing.

24           So I'm in agreement with you about the prematurity of

25  a stay pending appeal.  I'm also in agreement with you that

1    even reading the evidence most favorable to MGA, it doesn't

2    justify at this point a stay pending appeal.  But I am

3    concerned about this buying period.  I don't know from

4    Mattel -- and I really would love to get an answer today; I

5    can't force an answer to this -- I'd love to know what Mattel

6    is doing with Bratz, what they intend to do with Bratz, because

7    it doesn't make any economic sense for anybody to kill a

8    profitable brand if there is an intention to proceed with it.

9    So that's one factor.

10          I have concerns that now that you filed this ex-parte

11   application concerning the receiver about the financial

12   allegations that you have made regarding financial

13   improprieties, we need to have a hearing on that and get to the

14   bottom of that whole thing.  I very briefly reviewed the

15   opposition that Mr. Russell submitted to the Court which

16   strenuously objects and opposes those allegations, but we

17   obviously need to find out what's going on on that front.

18          I was hoping to be in a position to nominate or name

19   a special master to oversee this injunction and a discovery

20   master so I could lift the stay on discovery, but the parties

21   frustrated that effort by stipulating to January 21st as the

22   date for objections, which I have advanced to January 5th.  But

23   that needs to be resolved.  So my question is what to do with

24   the stay as it exists right now.

25          I do understand that you have objections to their

1  evidence, but I'm really not getting a whole lot from Mattel

2  saying that -- except for one declaration -- that this is not

3  accurate.  I have to credit -- if someone from Sears is telling

4  me that we're just not going to do this; someone from the

5  industry saying, Oh, that's not true, really doesn't hold all

6  that much weight.

7           I've got to credit the Sears and the Wal-Mart and the

8  Zellers.  I understand they are similar declarations and all

9  that, but still, that's the evidence before the Court and I

10  have little reason not to accept that.  So I guess I'm thinking

11  out loud right here.  I want to structure something.

12           But going back to that first question, that would go

13  a long way towards helping the Court if it had an understanding

14  of what it is that Mattel wants to do.

15           MR. QUINN:  Well, your Honor, it is not Mattel's

16  intention to let the Bratz brand die.  And beyond that, I'm

17  going to have to confer with my client.

18           I've heard what the Court said.  Even if the Court

19  disregards all our objections, I think it's fair to summarize

20  the evidence that's been submitted as saying these retailers

21  would very much like to know soon.  They are making decisions.

22  The Hong Kong toy fair is next Monday apparently; that's where

23  you show products.  They want to make decisions, like all

24  businessmen.  I assume they would like to know.  It would be

25  more convenient to them to know sooner rather than later.

1       But the case that's been put before you that the fall

2   2009 line won't go forward or will be cancelled or will be lost

3   if this Court doesn't rule right away, that, your Honor, I

4   submit, has not been proven.

5       We challenged them, and the best evidence of this,

6   your Honor, I think, is in the supplemental compendium of

7   declarations that came in with the reply.  This was after we

8   had filed our opposition.  This is after we had nitpicked their

9   declarations and said they are highly hedged; they don't

10  identify any orders; they say 'soon'.  They say what they say.

11      And what did they submit in reply after that?

12      Two more declarations from Wal-Mart, Big Wal-Mart,

13  presumably, Wal-Mart in Canada.  The first declaration is from

14  Mr. Cameron.  Having been challenged, they say now, "Due to our

15  need for merchandise planning certainty and concern about

16  supplier financial risk, Wal-Mart Canada will avoid ordering

17  substantial quantities of any products if there's a significant

18  likelihood that those products will have to be removed from the

19  shelves in 2009."

20      Your Honor, they are just saying they are going to

21  avoid it.  They don't say they won't do it.  Now the gauntlet

22  was thrown down when they went to that declarant and asked him

23  to sign a statement.  And he apparently couldn't say that.

24  Because I think we know why, among other reasons, he said

25  "Wal-Mart Canada will not add additional products on a large

Page 35

1    scale."

2              And we have a similar statement from Mr. Falk,

3    another reply declaration, who says "Retailers are concerned

4    that there will be no alternatives to Bratz."

5              What I think this is telling us -- and a fair

6    reading, read it both ways, I think, in fairness -- what they

7    are saying here is 'We'd like to know.'

8              But basically we can't make big changes in short

9    order.  We don't know of any alternatives out there that we're

10   going to be able to do easily.  There's a huge transaction cost

11   to the retailer community to decide tomorrow, next week, two

12   weeks from now, that we're not going to do Bratz.  They have

13   not identified anything.  They would like to know sooner.

14             THE COURT:  Mr. Quinn, I don't think we're all that

15   far apart in terms of what you're saying and what I'm saying.

16             I agree that the December 31st deadline is

17   artificial.  I agree that there is no need for a stay pending

18   appeal.  But crediting the declarations that you just read,

19   crediting what you just said, there is a recognition that there

20   needs to be some certainty soon.

21             MR. QUINN:  Your Honor, there's a recognition, a

22   statement that they would like to have it.  There is no

23   statement in here where people are saying 'We will not order

24   the March' -- and they are very careful not to say that --

25   'Unless we know right away, we will not order the 2009...'

Page 59

1              Good day.  And Happy New Year.

2

3

4                        CERTIFICATE

5

6    I hereby certify that pursuant to section 753, title 28, United
     States Code, the foregoing is a true and correct transcript of
7    the stenographically recorded proceedings held in the above-
     entitled matter and that the transcript page format is in
8    conformance with the regulations of the Judicial Conference of
     the United States.

9

10   _____        _____

     THERESA A. LANZA, CSR, RPR                        Date
11   Federal Official Court Reporter

12

13

14

15

16

17

18

19

20

21

22

23

24

25

REDACTED

1               UNITED STATES DISTRICT COURT

2               CENTRAL DISTRICT OF CALIFORNIA

3                      EASTERN DIVISION

4                          - - -

5        HONORABLE STEPHEN G. LARSON, JUDGE PRESIDING

6                          - - -

7   MATTEL, INC.,                   )
                                    )
8                     Plaintiff,    )
                                    )
9           vs.                     )  No. CV 04-09049
                                    )
10  MGA ENTERTAINMENT, INC., ET. AL.,  )
                                    )
11                    Defendants.   )
    _____)  Motions
12  AND CONSOLIDATED ACTIONS,       )
    _____)

13

14

15           REPORTER'S TRANSCRIPT OF PROCEEDINGS

16               Riverside, California

17           Wednesday, February 11, 2009

18                  10:03 A.M.

19

20

21

22

23              THERESA A. LANZA, RPR, CSR
                Federal Official Court Reporter
24              3470 12th Street, Rm. 134
                Riverside, California  92501
25                  951-274-0844
                WWW.THERESALANZA.COM

2

```
 1   APPEARANCES:

 2   ON BEHALF OF MATTEL, INC.:

 3                        QUINN EMANUEL
                         By:  JOHN QUINN
 4                           DYLAN PROCTOR
                             MICHAEL T. ZELLER
 5                       865 S. FIGUEROA STREET,
                         10TH FLOOR
 6                       LOS ANGELES, California  90017
                         213-624-7707
 7

 8   ON BEHALF OF MGA ENTERTAINMENT/ISAAC LARIAN:
     (Outgoing)
 9                        SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
                         BY:  THOMAS J. NOLAN
10                           JASON RUSSELL
                         300 SOUTH GRAND AVENUE
11                       LOS ANGELES, CALIFORNIA  90071-3144
                         213-687-5000
12

13   ON BEHALF OF MGA ENTERTAINMENT/ISAAC LARIAN:
     (Incoming)
14                        GLASER, WEIL, FINK, JACOBS & SHAPIRO, LLP
                         BY:  JOEL KLEVENS
15                       10250 Constellation Boulevard
                         Los Angeles, California  90067
16                       310-553-3000

17                       MITCHELL, SILBERBERG & KNUPP LLP
                         BY:  RUSSELL J. FRACKMAN
18                       11377 West Olympic Boulevard,
                         Los Angeles, California  90064-1683
19                       310-312-2000

20

21   ON BEHALF OF DEFENDANT GUSTAVO MACHADO:

                         OVERLAND BORENSTEIN SCHEPER & KIM LLP
22                       BY:  ALEXANDER H. COTE
                         601 West Fifth Street,
23                       12th Floor
                         Los Angeles, California  90071
24                       213-613-4660

25   / / /
```

```
 1                     I N D E X (Continued)

 2

 3   APPEARANCES (continued):

 4
     On behalf of OMNI 808:
 5

 6                     BINGHAM McCUTCHEN LLP
                       BY:  Todd E. Gordinier
 7                     600 Anton Boulevard
                       Costa Mesa, CA  92626-1924
 8                     714-830-0622

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                          I N D E X

2                                                              Page

3    Motions...................................      4

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

 1          The limitation he refers to, Mr. Zeller:  "Mattel

 2    reserves all right as to its Phase 2 unfair competition

 3    claims."

 4          I mean, they expressly waived this argument.  And for

 5    us to be told now that, Geez, we didn't know this argument was          00:55

 6    coming our way, that is very hard, indeed, to take.

 7          **THE COURT:**  Very well.

 8          Address the other points, Counsel.

 9          **MR. RUSSELL:**  With respect to the Desny line of

10    cases, Your Honor -- and I think there's a couple of points to          00:55

11    be made here.  First, the contract just simply doesn't cover

12    the name, and we've made that point clear now, and it's not

13    simply, as he said, dressing the argument up in different

14    clothing.

15          There are two points to be made.  One is the one that          00:55

16    you heard a lot about on the constructive trust.  You can't

17    transfer an item -- you can't assign an item that has no value.

18          **THE COURT:**  Wait a second.  Let's go back to your

19    first argument.  You say the contract does not cover the name.

20          The Court has held contrary to that.  It's not          00:56

21    self-evident.  So you might want to explicate.  It's not

22    self-evident that the Court is wrong on this.  I may be wrong,

23    but I don't think it's self-evident that I'm wrong.

24          **MR. RUSSELL:**  I would never suggest that it's

25    self-evident, Your Honor.  I think what we're trying to say          00:56

1    here is, if you look at the scope of the contract, the contract

2    might protect ideas.  It's possible that it does.  And if so,

3    California would certainly --

4            **THE COURT:**  I appreciate the concession.

5            **MR. RUSSELL:**  Thank you, Your Honor.                      00:56

6            But that doesn't answer the question, unfortunately.

7    The question is -- the contract doesn't say -- does not use the

8    word "ideas."  That word does not appear --

9            **THE COURT:**  It does not use the word "ideas,"

10   correct.                                                             00:57

11           **MR. RUSSELL:**  It uses "inventions"; things that are

12   subject to copyright ability, patent ability, and the like.

13           Even if it used the word "trademark" --

14           **THE COURT:**  Well, long ago, the Court interpreted the

15   contract, and based on its interpretation, found that the idea    00:57

16   of the name falls within that.

17           **MR. RUSSELL:**  I understand that, Your Honor.

18           But now we're trying to take you back and say -- even

19   if you accept that as true, now we're at a different place.  In

20   other words, that's the first part of the argument which          00:57

21   Mr. Zeller is saying we're just redressing.

22           The second part, which is the part I want to talk

23   about today, which is, I think, much more expounded upon in

24   these papers, is the fact that they have no right to a

25   monopoly, even if you assume that they own it.                    00:57

```
 1          THE COURT:  I'm not giving them a monopoly on the
 2    name.
 3          MR. RUSSELL:  But you are if you're saying you are
 4    precluding us from using the name.  And we had the right, then
 5    and now --                                                        00:57
 6          THE COURT:  Respond to the argument that Mr. Zeller
 7    makes, and that is that what I'm doing is giving an equitable
 8    remedy, which may have the effect, certainly, of precluding MGA
 9    from using it.  But what these cases seem to speak to, or at
10    least the ones that I've looked at seem to speak to, is the      00:58
11    idea of saying that one company as opposed to the world has a
12    monopoly or exclusive right to that idea.
13          I've been saying that, I think, since well before the
14    trial; that it doesn't make any sense to suggest that an idea
15    such as that can somehow be copyrighted, monopolized.  I get     00:58
16    that, and I've been saying that probably longer than anybody in
17    this courtroom.
18          MR. RUSSELL:  I think the link up here is -- so then
19    you look at Desny and you look at Chandler, which say ideas are
20    not subject to monopoly; anyone who's not subject to the         00:58
21    contract is free to use the idea.  And then you have to
22    juxtapose that necessarily with the fact that, how can it be
23    wrongful for someone to use something to which they have a
24    right under California law?
25          Anyone can use the name Bratz.  And it is in the           00:58
```

1    record, and Your Honor has the evidence, the name Bratz was in

2    the public domain.  It had been used many, many years prior to

3    the time that Mr. Bryant came up with the idea and brought it

4    over to MGA.  And, in fact, MGA even purchased it, albeit in a

5    different submarket, for children's clothing from Lovins.  But        00:59

6    the name was out there.  So MGA was perfectly within its right;

7    and, therefore, it is not wrongful for it to go ahead and do

8    that.  And that's what Desny and Chandler and those cases are

9    saying.

10        And I think Your Honor was troubled the last time,              00:59

11   saying, Well, there's this contractual right.  Now we're

12   saying, if there's no exclusivity and if anyone can use the

13   name, it can't be wrongful.  And we're not talking about harm

14   to Mattel.  Mattel admits it had no harm here.  Their entire

15   theory of the trial was no harm to them.                             00:59

16        THE COURT:  They're trying to reclaim the benefit.

17        MR. RUSSELL:  A benefit that we created.  And

18   according to Desny and Chandler, we had the right to create it.

19   They had no right to exclude us from using it.

20        THE COURT:  I understand your argument.                        00:59

21        Do you want to address Mr. Zeller's points on

22   preemption?

23        MR. RUSSELL:  I think the difficulty here is --

24   first, I'd like to just pick up on something that I think is,

25   in essence, a concession from Mr. Zeller.  And that is, he          00:59

1    seems to be agreeing that Your Honor can parse the claim and

2    preempt portions of the claim, if nothing else.  So if there's

3    any portion of the fiduciary duty claim that overlaps, you can

4    preempt it, which is exactly what del Madera did.

5           The only way he gets around this argument is to say,                 01:00

6    well, because one part of the contract defines what is an

7    invention, and the other part obligates him to keep it within

8    Mattel, somehow there's two distinct sets of proof.  Both had

9    to be proven for copyright.  Both had to be proven for the

10   breach of fiduciary duty.  There is no distinction.  These                  01:00

11   claims are directly overlapping.

12          His referral to del Madera proves the point.

13          In del Madera, just like here, an employee had a

14   contract, a joint venture, had a contract that said thou shalt

15   not take X work products and give it to someone else.  And                  01:00

16   that's exactly what that person did.  As part of the proof,

17   they would have had to prove a fiduciary duty and then the

18   taking.

19          We've got that exact hand in glove here, so I don't

20   see the distinction he's trying to rely upon.  I really think              01:01

21   they are indistinguishable.

22          **THE COURT:**  Thank you, Counsel.

23          **MR. RUSSELL:**  Thank you, Your Honor.

24          **THE COURT:**  I'm going to turn now to MGA's motion for

25   a remittitur.                                                              01:01

1    we'll go from there.

2              **MR. ZELLER:**  Thank you.

3              **THE COURT:**  Anything further?

4              Thank you.  Good day.

5

6

7

8

9

10                          CERTIFICATE

11

12   I hereby certify that pursuant to section 753, title 28, United
     States Code, the foregoing is a true and correct transcript of
13   the stenographically recorded proceedings held in the above-
     entitled matter and that the transcript page format is in
14   conformance with the regulations of the Judicial Conference of
     the United States.

15

16   _____          _____
     THERESA A. LANZA, CSR, RPR                          Date
17   Federal Official Court Reporter

18

19

20

21

22

23

24

25

EXHIBIT 14

REDACTED

EXHIBIT 15

REDACTED

EXHIBIT 16

REDACTED