QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  michaelzeller@quinnemanuel.com
  Jon D. Corey (Bar No. 185066)
  joncorey@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>      vs.<br><br>MGA ENTERTAINMENT, INC., et al.,<br><br>            Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with Case Nos. CV 04-09059 and CV 05-02727<br><br>**[BEFORE THE MONITOR PER COURT ORDER]**<br><br>DECLARATION OF TIMOTHY KILPIN IN SUPPORT OF MATTEL, INC.'S SUBMISSION TO THE MONITOR REGARDING THE RECALL OF BRATZ PRODUCTS<br><br>Hearing Date:    TBD<br>Time:            TBD<br>Place:           TBD<br><br>**Phase 2**<br>Discovery Cut-off: June 1, 2010<br>Pre-trial Conference: TBD<br>Trial Date: TBD<br><br>**PUBLIC REDACTED VERSION** |

00505.07975/3120417.1

KILPIN DECLARATION

# DECLARATION OF TIMOTHY KILPIN

I, Timothy Kilpin, declare as follows:

1. I am Mattel's Senior Vice President, Boys and Girls Marketing and Design. I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. I have worked in the toy industry for approximately 25 years. Of those 25 years, I have worked for Mattel for approximately 18 years -- from 1984 to 1988, from 1991 to 1999, and from 2003 to present. I have held a number of positions, both at Mattel and elsewhere, overseeing marketing and product design and development.

3. Throughout my 25 years in the toy industry and 18 years at Mattel, I have overseen all aspects of marketing and of toy design and development. Based on this experience, I am familiar with the amount of time it takes for product design and development, as well as the ordering and purchasing schedules of toy retailers.

4. I am heavily involved in Mattel's on-going preparation of a Bratz line for launch in Spring 2010. ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬. I consider the details about these products and the plans associated with them to be trade secrets and otherwise confidential information, so I am not disclosing them in this Declaration. Sharing such information with MGA would risk competitive harm to Mattel and to its products. However, I am scheduled to meet with the Monitor's agent, Byron Moldo, on October 1, 2009 to provide more detailed information about Mattel's 2010 Bratz launch that I also understand will be kept confidential and not shared with MGA. Mattel also stands ready to provide the Monitor with any other

1 information he believes is appropriate to satisfy himself on this subject in a
2 confidential, *in camera* submission.
3    5.
4
5
6
7
8    6.   Moreover, throughout the Fall 2009 season, MGA's remaining
9 Bratz products have been in the process of being marked down to "close out" prices
10 by many retailers. If "close out" Bratz product remains on the shelves while Mattel
11 is launching its own, full-priced Bratz products, consumers would be confused, the
12 brand would be further de-valued, and
13        In addition, if retailers are able to continue selling
14 MGA's existing, "close out" Bratz products.
15
16
17
18
19    I declare under penalty of perjury under the laws of the United States
20 that the foregoing is true and correct.
21    Executed this 2̸8̸ day of September, 2009, at Los Angeles, Calfornia.
22
23                                              _____
24                                                 Timothy Kilpin
25
26
27
28

00505.07975/3120417.1

2

KILPIN DECLARATION