1 QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   John B. Quinn (Bar No. 090378)
2  johnquinn@quinnemanuel.com
   Michael T. Zeller (Bar No. 196417)
3  (michaelzeller@quinnemanuel.com)
   Jon D. Corey (Bar No. 185066)
4  (joncorey@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
6  Facsimile:  (213) 443-3100

7 Attorneys for Mattel, Inc.

8                UNITED STATES DISTRICT COURT
9                CENTRAL DISTRICT OF CALIFORNIA
10                    SOUTHERN DIVISION

| | |
|---|---|
| 11  MATTEL, INC., a Delaware corporation, | CASE NO. CV 04-9049 DOC (RNBx) |
| 12           Plaintiff, | Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727 |
| 13  vs. | |
| 14  MGA ENTERTAINEMENT, INC., et al., | **[BEFORE THE MONITOR PER COURT ORDER]** |
| 15 | |
| 16           Defendants. | **DECLARATION OF MICHAEL T. ZELLER IN SUPPORT OF MATTEL, INC.'S SUBMISSION TO THE MONITOR REGARDING THE SCOPE OF THE COURT-ORDERED RECALL** |
| 17  AND CONSOLIDATED ACTIONS | |
| 18 | |
| 19 | Date: TBD<br>Time: TBD<br>Place: TBD |
| 20 | |
| 21 | **Phase 2:**<br>Disc. Cut-off:  June 1, 2010<br>Pre-trial Con.: TBD<br>Trial Date:    TBD |

**PUBLIC REDACTED VERSION**

00505.07975/3125024.1

SUPP. ZELLER DEC ISO MATTEL'S MOTION TO MODIFY SCHEDULING ORDER

## DECLARATION OF MICHAEL T. ZELLER

I, Michael T. Zeller, declare as follows:

1. I am a member of the bars of the States of California, New York and Illinois and a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for plaintiff and counter-defendant, Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. Attached as Exhibit 1 is a true and correct copy of the Court's Order Granting Mattel, Inc's Motion for Permanent Injunction, dated December 3, 2008.

3. Attached as Exhibit 2 is a true and correct copy of Trial Exhibit 1709A from the Phase 1 trial in this matter.

4. Attached as Exhibit 3 is a true and correct copy of Trial Exhibit 13239 from the Phase 1 trial in this matter.

5. Attached as Exhibit 4 is a true and correct copy of Trial Exhibit 660 from the Phase 1 trial in this matter.

6. Attached as Exhibit 5 is a true and correct copy of Trial Exhibit 567 from the Phase 1 trial in this matter.

7. Attached as Exhibit 6 is a true and correct copy of Trial Exhibit 568 from the Phase 1 trial in this matter.

8. Attached as Exhibit 7 is a true and correct copy of Trial Exhibit 569 from the Phase 1 trial in this matter.

9. Attached as Exhibit 8 is a true and correct copy of Trial Exhibit 570 from the Phase 1 trial in this matter.

10. Attached as Exhibit 9 is a true and correct copy of Trial Exhibit 571 from the Phase 1 trial in this matter.

11. Attached as Exhibit 10 is a true and correct copy of Trial Exhibit 572 from the Phase 1 trial in this matter.

1    12.    Attached as Exhibit 11 is a true and correct copy of Trial Exhibit 573 from the Phase 1 trial in this matter.

2    13.    Attached as Exhibit 12 is a true and correct copy of Trial Exhibit 574 from the Phase 1 trial in this matter.

3    14.    Attached as Exhibit 13 is a true and correct copy of Trial Exhibit 505 from the Phase 1 trial in this matter.

4    15.    Attached as Exhibit 14 is a true and correct copy of Trial Exhibit 506 from the Phase 1 trial in this matter.

5    16.    Attached as Exhibit 15 is a true and correct copy of Trial Exhibit 507 from the Phase 1 trial in this matter.

6    17.    Attached as Exhibit 16 is a true and correct copy of Trial Exhibit 508 from the Phase 1 trial in this matter.

7    18.    Attached as Exhibit 17 is a true and correct copy of Trial Exhibit 509 from the Phase 1 trial in this matter.

8    19.    Attached as Exhibit 18 is a true and correct copy of Trial Exhibit 510 from the Phase 1 trial in this matter.

9    20.    Attached as Exhibit 19 is a true and correct copy of Trial Exhibit 511 from the Phase 1 trial in this matter.

10   21.    Attached as Exhibit 20 is a true and correct copy of Trial Exhibit 512 from the Phase 1 trial in this matter.

11   22.    Attached as Exhibit 21 is a true and correct copy of Trial Exhibit 513 from the Phase 1 trial in this matter.

12   23.    Attached as Exhibit 22 is a true and correct copy of the Court's Order dated May 21, 2009.

13   24.    Attached as Exhibit 23 is a true and correct copy of the Court's Order dated September 22, 2009.

25. Attached as Exhibit 24 is a true and correct copy of images of a "Bratz Petz" product that MGA provided to me at a meeting regarding recall issues as an example of the type of product MGA believes is not subject to recall.

26. Attached as Exhibit 25 is a true and correct copy of images of a "Bratz Boyz" product that MGA provided to me at a meeting regarding recall issues as an example of the type of product MGA believes is not subject to recall.

27. Attached as Exhibit 26 is a true and correct copy of images of a "Bratz Kidz" product that MGA provided to me at a meeting regarding recall issues as an example of the type of product MGA believes is not subject to recall.

28. Attached as Exhibit 27 is a true and correct copy of images of a "Lil' Bratz" product that MGA provided to me at a meeting regarding recall issues as an example of the type of product MGA believes is not subject to recall.

29. Attached as Exhibit 28 is a true and correct copy of the court reporter's official transcript from the trial in this matter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 28, 2009, at Los Angeles, California.

_____
Michael T. Zeller