# EXHIBIT 1



quinn emanuel trial lawyers | los angeles

865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
TEL: (213) 443-3000 FAX: (213) 443-3100

Mattel v. MGA
CV 04-09049 SGL
ORDER GRANTING MATTEL'S'
MOTION FOR PERMANENT
INJUNCTION

EXHIBIT ___1___
PAGE ___5___

# EXHIBIT 2

# EXHIBIT FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

# EXHIBIT 3

EXHIBIT FILED UNDER
SEAL PURSUANT TO
PROTECTIVE ORDER

# EXHIBIT 4

EXHIBIT FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER