# EXHIBIT 5

C
F
W
r

**149003973**

to change.
ight Office
e the Copy-

**Form VA**
For a Work of the Visual Arts

VA 1-340-165

EFFECTIVE DATE OF REGISTRATION

JAN 25 2006

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** Title of This Work ▼ NATURE OF THIS WORK ▼ See Instructions

BRATZ PASSION 4 FASHION PACKAGING STYLE GUIDE FALL 2006    Text and artwork

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2** NAME OF AUTHOR ▼
a    MGA ENTERTAINMENT, INC.

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

NOTE

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in   USA

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☑ No

If the answer to either of these questions is "Yes," see detailed instructions.

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Nature of Authorship Check appropriate box(es) See Instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☑ 2-Dimensional artwork    ☐ Photograph    ☑ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

b    Name of Author ▼

Dates of Birth and Death
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es) See Instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**3** a Year in Which Creation of This Work Was Completed
2005    Year    in all cases.

b Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month   October   Day   31   Year   2005
United States of America    Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
MGA ENTERTAINMENT, INC.
16380 Roscoe Boulevard, Van Nuys, CA 91406

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
JAN 25 2006
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
JAN 25 2006

FUNDS RECEIVED

See instructions before completing this space.

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ____ pages



Δ π EXHIBIT 567
Deponent Armstrong
Date 5/1/07  Rptr. AC
WWW.KDEPOSOOK.COM

CONFIDENTIAL
PAGE 5
163

M 0110231

EX 567-0001

| EXAMINED BY | | FORM VA |
| --- | --- | --- |
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

**5**

a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

Preexisting artwork including reg. nos. VA 1-218-487, VA 1-218-488, VA 1-218-489, VA 1-218-490, VA 1-218-491, VA 1-301-529, VA 1-301-530, VA 1-301-528, VA 1-301-531 and VA 1-301-532 and other prior character artwork.

**a**

See instructions before completing this space.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
New artwork and text

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                    Account Number ▼

**7**

MGA ENTERTAINMENT, INC.                     DA 92613

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

**b**

Sam Khare, MGA ENTERTAINMENT, INC.
16380 Roscoe Boulevard, Van Nuys, CA 91406

Area code and daytime telephone number  ( 818 ) 894-2525                    Fax number  ( 818 ) 895-0771
Email

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

**8**

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   MGA Entertainment, Inc.
                          Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
SAM KHARE                                                          Date  1/23/06

Handwritten signature (X) ▼
X  _Sam Khare_

| Certificate will be mailed in window envelope to this address: | Name ▼ IP Department, MGA ENTERAINMENT, INC. | **9** |
| --- | --- | --- |
| | Number/Street/Apt ▼ 16380 Roscoe Boulevard | |
| | City/State/ZIP ▼ Van Nuys, CA 91406 | |

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: August 2003—30,000   Web Rev: June 2002   ⊛ Printed on recycled paper                    U.S. Government Printing Office: 2003–494-605/60,026

EXHIBIT
PAGE

5

161

M 0110232

567-2

EX 567-0002

# EXHIBIT 6

EX 568-0001

149003995

...to change. ...ght Office ...the Copy-

Form VA

VA 1-340-167

EFFECTIVE DATE OF REGISTRATION

JAN 25 2006

Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** Title of This Work ▼ BRATZ ROCK ANGELZ PACKAGING STYLE GUIDE FALL 2005

NATURE OF THIS WORK ▼ See instructions: Text and artwork

Previous or Alternative Titles ▼

Publication as a Contribution. If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

**2** NAME OF AUTHOR ▼

a MGA ENTERTAINMENT, INC.

DATES OF BIRTH AND DEATH: Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No

Author's Nationality or Domicile. Name of Country: OR Citizen of ___ / Domiciled in USA

Was This Author's Contribution to the Work: Anonymous? ☐ Yes ☒ No; Pseudonymous? ☐ Yes ☒ No. If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship. Check appropriate box(es). See instructions

☐ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☒ 2-Dimensional artwork ☐ Photograph ☒ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

b Name of Author ▼

Dates of Birth and Death: Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

Author's Nationality or Domicile. Name of Country: OR Citizen of ___ / Domiciled in ___

Was This Author's Contribution to the Work: Anonymous? ☐ Yes ☐ No; Pseudonymous? ☐ Yes ☐ No. If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship. Check appropriate box(es). See instructions

☐ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**3** a Year in Which Creation of This Work Was Completed: 2005. This information must be given in all cases.

b Date and Nation of First Publication of This Particular Work. Complete this information ONLY if this work has been published. Month January Day 19 Year 2005. United States of America. Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

MGA ENTERTAINMENT, INC.
16380 Roscoe Boulevard, Van Nuys, CA 91406

See instructions before completing this space.

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE. OFFICE USE ONLY.
APPLICATION RECEIVED: JAN 25 2006
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED: JAN 25 2006
FUNDS RECEIVED

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page. • See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE. Page 1 of 2 pages

Δ π EXHIBIT 5068
Deponent Armstrong
Date 8/1/07 Rptr. AC
WWW.DEPOBOOK.COM

EXHIBIT 6
165

M 0110233

| EXAMINED BY | DB | FORM VA |
| CHECKED BY | | |
| ☐ CORRESPONDENCE ☐ Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5** PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☑ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**6** DERIVATIVE WORK OR COMPILATION Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Preexisting artwork including reg. nos. VA 1-218-487, VA 1-218-488, VA 1-218-489, VA 1-218-490, VA 1-218-491, VA 1-301-529, VA 1-301-530, VA 1-301-528, VA 1-301-531 and VA 1-301-532 and other prior character artwork.

See instructions before completing this space.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
New artwork and text

**7** DEPOSIT ACCOUNT If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼          Account Number ▼
MGA ENTERTAINMENT, INC.          DA 92613

a

CORRESPONDENCE Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
Sam Khare, MGA ENTERTAINMENT, INC.
16380 Roscoe Boulevard, Van Nuys, CA 91406

b

Area code and daytime telephone number  ( 818 ) 894-2525          Fax number   ( 818 ) 895-0771
Email

**8** CERTIFICATION* I, the undersigned, hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  MGA Entertainment, Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
SAM KHARE          Date 1/23/06

Handwritten signature (X) ▼
X

**9** Certificate will be mailed in window envelope to this address:
Name ▼
IP Department, MGA ENTERTAINMENT, INC.
Number/Street/Apt ▼
16380 Roscoe Boulevard
City/State/ZIP ▼
Van Nuys, CA 91406

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 606(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: August 2003—30,000   Web Rev: June 2002   ☺ Printed on recycled paper          U.S. Government Printing Office: 2003-496-605/60,029

EXHIBIT 6
PAGE 166

568-2

M 0110234

EX 568-0002

# EXHIBIT 7

C...
F...
we
rig

**Form VA**
For a Work of the Visual Arts

**VA 1-340-168**

EFFECTIVE DATE OF REGISTRATION

JAN 2 5 2006

Month    Day    Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**
Title of This Work ▼

BRATZ GENIE MAGIC STYLE GUIDE

NATURE OF THIS WORK ▼ See instructions

Text and artwork

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2**
**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

a  NAME OF AUTHOR ▼

MGA ENTERTAINMENT, INC.

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in  USA

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No

If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture    ☐ Map          ☐ Technical drawing
☒ 2-Dimensional artwork      ☐ Photograph   ☒ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

b  Name of Author ▼

Dates of Birth and Death
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture    ☐ Map          ☐ Technical drawing
☐ 2-Dimensional artwork      ☐ Photograph   ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**3**
a  Year in Which Creation of This Work Was Completed
2005
Year    This information must be given in all cases.

b  Date and Nation of First Publication of This Particular Work
Complete this information  Month  March    Day  30    Year  2005
ONLY if this work has been published.
United States of America    Nation

**4**
COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

MGA ENTERTAINMENT, INC.
16380 Roscoe Boulevard, Van Nuys, CA 91406

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
JAN 2 5 2006
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
JAN 2 5 2006
FUNDS RECEIVED

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages



Δ π EXHIBIT 569
Deponent Armstrong
Date 8/1/07  Rptr. AC
WWW.DEPOBOOK.COM

M 0110235

EXHIBIT 7
PAGE 167

EX 569-0001

| EXAMINED BY | RB | FORM VA |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE ☐ Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼   Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Preexisting artwork including reg. nos. VA 1-218-487, VA 1-218-488, VA 1-218-489, VA 1-218-490, VA 1-218-491, VA 1-301-529, VA 1-301-530, VA 1-301-528, VA 1-301-531 and VA 1-301-532 and other prior character artwork.

a

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

New artwork and text

b

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account. Name ▼   Account Number ▼

MGA ENTERTAINMENT, INC.   DA 92613

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Sam Khare, MGA ENTERTAINMENT, INC.
16380 Roscoe Boulevard, Van Nuys, CA 91406

b

**7**

Area code and daytime telephone number ( 818 ) 894-2525   Fax number ( 818 ) 895-0771

Email

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of   MGA Entertainment, Inc.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

SAM KHARE   Date 1/23/06

Handwritten signature (X) ▼

x

**9**

| Certificate will be mailed in window envelope to this address: | Name ▼ IP Department, MGA ENTERAINMENT, INC. |
|---|---|
| | Number/Street/Apt ▼ 16380 Roscoe Boulevard |
| | City/State/ZIP ▼ Van Nuys, CA 91406 |

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: August 2003—30,000   Web Rev: June 2002   ☺ Printed on recycled paper   U.S. Government Printing Office: 2003-496-804/60,026

EXHIBIT 7
PAGE 148

569-2

M 0110236

EX 569-0002

# EXHIBIT 8

EX 570-0001

M 0110237



EXHIBIT 570

Deponent: _Nan Shing_
Date: _5/1/03_ Rptr. _AC_
WWW.DEPOBOOK.COM

8
PAGE 169

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**VA 1-340-169**

EFFECTIVE DATE OF REGISTRATION

**JAN 2 5 2006**

For Copyright Office use only

I 1490039040

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** Title of This Work ▼   NATURE OF THIS WORK ▼ See instructions

BRATZ GENIE MAGIC PACKAGING STYLE GUIDE SPRING 2006   Text and artwork

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

**2** NAME OF AUTHOR ▼

**a** MGA ENTERTAINMENT, INC.

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?  ☑ Yes  ☐ No
Author's Nationality or Domicile
Name of Country
OR { Citizen of ____   Domiciled in USA

Was This Author's Contribution to the Work
Anonymous?  ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture  ☐ Map  ☐ Technical drawing
☑ 2-Dimensional artwork  ☐ Photograph  ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?  ☐ Yes  ☐ No
Author's Nationality or Domicile
Name of Country
OR { Citizen of ____   Domiciled in ____

Was This Author's Contribution to the Work
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture  ☐ Map  ☐ Technical drawing
☐ 2-Dimensional artwork  ☐ Photograph  ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work

**3**
**a** Year in Which Creation of This Work Was Completed   **2005**   Year
This information must be given ONLY if this work has been published.

**b** Date and Nation of First Publication of This Particular Work
Month **May**   Day **18**   Year **2005**
Nation **United States of America**

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

MGA ENTERTAINMENT, INC.
16380 Roscoe Boulevard, Van Nuys, CA 91406

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

ONE DEPOSIT RECEIVED
**JAN 2 5 2006**
TWO DEPOSITS RECEIVED
**JAN 2 5 2006**
FUNDS RECEIVED

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of ___ pages

EX 570-0002

M 0110238

570-2

8

170

| | | |
|---|---|---|
| EXAMINED BY | DB | FORM VA |
| CHECKED BY | [signature] | FOR COPYRIGHT OFFICE USE ONLY |
| ☐ CORRESPONDENCE Yes | | |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼ Year of Registration ▼

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Preexisting artwork including reg. nos. VA 1-218-487, VA 1-218-488, VA 1-218-489, VA 1-218-490, VA 1-218-491, VA 1-301-529, VA 1-301-530, VA 1-301-528, VA 1-301-531 and VA 1-301-532 and other prior character artwork.

See instructions before completing this space.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

New artwork and text

**7**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
a. Name ▼ MGA ENTERTAINMENT, INC. Account Number ▼ DA 92613

b. **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Sam Khare, MGA ENTERTAINMENT, INC.
16380 Roscoe Boulevard, Van Nuys, CA 91406

Area code and daytime telephone number (818) 894-2525 Fax number (818) 895-0771

Email

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of MGA Entertainment, Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
SAM KHARE Date 1/23/06

Handwritten signature (X) ▼
x [signature]

**9**

Certificate will be mailed in window envelope to this address:

Name ▼ IP Department, MGA ENTERAINMENT, INC.
Number/Street/Apt ▼ 16380 Roscoe Boulevard
City/State/ZIP ▼ Van Nuys, CA 91406

• Complete all necessary spaces
• Sign your application in space 8
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: August 2003—30,000 Web Rev: June 2002 Printed on recycled paper U.S. Government Printing Office: 2003-496-805/60,020

# EXHIBIT 9

Cop[...]
For [...]
web[...]
right[...]

149003984

change.
[...] t Office
[...] e Copy-

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REG **VA 1-340-170**

EFFECTIVE DATE OF REGISTRATION

**JAN 2 5 2006**
Month   Day   Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

**Title of This Work ▼**
BRATZ PASSION 4 FASHION STYLE GUIDE

**NATURE OF THIS WORK ▼** See Instructions
Text and artwork

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼**   **Number ▼**   **Issue Date ▼**   **On Pages ▼**

---

**2**

**NATURE OF AUTHOR ▼**
a   MGA ENTERTAINMENT, INC.

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**Author's Nationality or Domicile** Name of Country
OR { Citizen of _____
{ Domiciled in   USA

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes   ☒ No
Pseudonymous?   ☐ Yes   ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☒ 2-Dimensional artwork   ☐ Photograph   ☒ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**Name of Author ▼**
b

**Dates of Birth and Death**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile** Name of Country
OR { Citizen of _____
{ Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

---

**3**

**Year in Which Creation of This Work Was Completed**
a   2005
This information must be given in all cases.   Year in all cases.

b   **Date and Nation of First Publication of This Particular Work**
Complete this information Month   August   Day   29   Year   2005
ONLY if this work has been published.   United States of America   Nation

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
MGA ENTERTAINMENT, INC.
16380 Roscoe Boulevard, Van Nuys, CA 91406

See instructions before completing this space.

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
JAN 2 3 2006
**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**
JAN 2 5 2006
**FUNDS RECEIVED**

---

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages



Δ π EXHIBIT 571
Deponent Armstrong
Date 8/1/07  Rptr. PC
WWW.DEPOBOOK.COM



EXHIBIT 9
PAGE 171

M 0110239

EX 571-0001

| EXAMINED BY | DB | FORM VA |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Preexisting artwork including reg. nos. VA 1-218-487, VA 1-218-488, VA 1-218-489, VA 1-218-490, VA 1-218-491, VA 1-301-529, VA 1-301-530, VA 1-301-528, VA 1-301-531 and VA 1-301-532 and other prior character artwork.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
New artwork and text

**6**

See instructions before completing this space.

**a**

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                          Account Number ▼
MGA ENTERTAINMENT, INC.                          DA 92613

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
Sam Khare, MGA ENTERTAINMENT, INC.
16380 Roscoe Boulevard, Van Nuys, CA 91406

Area code and daytime telephone number    ( 818 ) 894-2525          Fax number    ( 818 ) 895-0771
Email

**7**

**a**

**b**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  MGA Entertainment, Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
SAM KHARE                                          Date  1/23/06

Handwritten signature (X) ▼
X  Sam Khare

**8**

| Certificate will be mailed in window envelope to this address: | Name ▼ IP Department, MGA ENTERTAINMENT, INC. | **9** |
|---|---|---|
| | Number/Street/Apt ▼ 16380 Roscoe Boulevard | |
| | City/State/ZIP ▼ Van Nuys, CA 91406 | |

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. August 2003—30,000   Web Rev. June 2002   ⊕ Printed on recycled paper          U.S. Government Printing Office: 2003-496-605/60,028

EXHIBIT  9
PAGE  172

M 0110240          571-2

EX 571-0002

# EXHIBIT 10

Copyright ... For curr... website a... right Offi...

147900013

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1-334-487

EFFECTIVE DATE OF REGISTRATION

Feb 1 2006
Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** Title of This Work ▼
BRATZ CAMPFIRE PACKAGING STYLE GUIDE HOLIDAY 2005

NATURE OF THIS WORK ▼ See instructions
Text and artwork

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

**2** NAME OF AUTHOR ▼
a MGA ENTERTAINMENT, INC.

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of
Domiciled in USA

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☒ 2-Dimensional artwork ☐ Photograph ☒ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

b Name of Author ▼

Dates of Birth and Death
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of
Domiciled in

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**3** a Year in Which Creation of This Work Was Completed 2005 ◀ Year
This information must be given in all cases.

b Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month March Day 31 Year 2005
United States of America ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
MGA ENTERTAINMENT, INC.
16380 Roscoe Boulevard, Van Nuys, CA 91406

See instructions before completing this space.

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE — OFFICE USE ONLY
APPLICATION RECEIVED FEB 01 2006
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED FEB 01 2006
FUNDS RECEIVED

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page. • See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

Δ π EXHIBIT 572
Deponent Armstrong
Date 8/1/07 Rptr. AC
WWW.DEPOBOOK.COM

10
173

M 0110227

EX 572-0001

| EXAMINED BY | | FORM VA |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼    Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Preexisting artwork including reg. nos. VA 1-218-487, VA 1-218-488, VA 1-218-489, VA 1-218-490, VA 1-218-491, VA 1-301-529, VA 1-301-530, VA 1-301-528, VA 1-301-531 and VA 1-301-532 and other prior character artwork.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

New artwork and text

**6**
a
b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼    Account Number ▼

MGA ENTERTAINMENT, INC.    DA 92613

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Sam Khare, MGA ENTERTAINMENT, INC.
16380 Roscoe Boulevard, Van Nuys, CA 91406

Area code and daytime telephone number ( 818 ) 894-2525    Fax number ( 818 ) 895-0771
Email

**7**
a
b

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶ ☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  MGA Entertainment, Inc.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

SAM KHARE    Date 1/31/06

Handwritten signature (X) ▼
X

**8**

**9**

| Certificate will be mailed in window envelope to this address: | Name ▼ IP Department, MGA ENTERTAINMENT, INC. |
| | Number/Street/Apt ▼ 16380 Roscoe Boulevard |
| | City/State/ZIP ▼ Van Nuys, CA 91406 |

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: August 2003—20,000   Web Rev: June 2002   ⊕ Printed on recycled paper    U.S. Government Printing Office: 2003-494-605/60,029

572-2
M 0110228
EX 572-0002

# EXHIBIT 11

Copyright
For curre
website a
right Offi

1479000024

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1-334-488

EFFECTIVE DATE OF REGISTRATION

Feb (Month) 1 (Day) 2006 (Year)

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

Title of This Work ▼
BRATZ OOH LA LA PACKAGING STYLE GUIDE HOLIDAY 2005

NATURE OF THIS WORK ▼ See instructions
Text and artwork

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

**2**

a NAME OF AUTHOR ▼
MGA ENTERTAINMENT, INC.

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ____ / Domiciled in USA

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☒ 2-Dimensional artwork ☐ Photograph ☒ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

b Name of Author ▼

Dates of Birth and Death
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ____ / Domiciled in ____

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**3**

a Year in Which Creation of This Work Was Completed: 2005 Year — This information must be given in all cases.

b Date and Nation of First Publication of This Particular Work — Complete this information ONLY if this work has been published.
Month February Day 18 Year 2005
United States of America Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
MGA ENTERTAINMENT, INC.
16380 Roscoe Boulevard, Van Nuys, CA 91406

See instructions before completing this space.

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE — OFFICE USE ONLY
APPLICATION RECEIVED FEB 01 2006
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED FEB 01 2006
FUNDS RECEIVED

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page. • See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

Δ π EXHIBIT 573
Deponent Armstrong
Date 8/1/07 Rptr. AC
WWW.DEPOBOOK.COM

11
175

M 0110229

EX 573-0001

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Preexisting artwork including reg. nos. VA 1-218-487, VA 1-218-488, VA 1-218-489, VA 1-218-490, VA 1-218-491, VA 1-301-529, VA 1-301-530, VA 1-301-528, VA 1-301-531 and VA 1-301-532 and other prior character artwork.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
New artwork and text

**6**
a
See instructions before completing this space.
b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                    Account Number ▼
MGA ENTERTAINMENT, INC.                    DA 92613

**7**
a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
Sam Khare, MGA ENTERTAINMENT, INC.
16380 Roscoe Boulevard, Van Nuys, CA 91406

b

Area code and daytime telephone number   ( 818 ) 894-2525          Fax number   ( 818 ) 895-0771
Email

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  MGA Entertainment, Inc.
                        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
SAM KHARE                                                    Date  1/31/06

Handwritten signature (X) ▼
X

Certificate will be mailed in window envelope to this address:
Name ▼
IP Department, MGA ENTERTAINMENT, INC.
Number/Street/Apt ▼
16380 Roscoe Boulevard
City/State/ZIP ▼
Van Nuys, CA 91406

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: August 2003—60,000   Web Rev: June 2002   ⊕ Printed on recycled paper          U.S. Government Printing Office: 2003-496-605/60,026

573-2

M 0110230

EX 573-0002

# EXHIBIT 12

Copyright Office fees ... For current ... website ... right Office ...

139092638

**Form VA**
For a Work of the Visual Arts

VA 1-233-273

EFFECTIVE DATE OF REGISTRATION

MAR 01 2004 Year

DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET

**1**

Title of This Work ▼ BRATZ Purse Style Guide

NATURE OF THIS WORK ▼ See instructions: Text Illustrations

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

**2**

NAME OF AUTHOR ▼
a MGA Entertainment Inc

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☑ Yes ☐ No

Author's Nationality or Domicile Name of Country: OR Citizen of ▶ / Domiciled in ▶ USA

Was This Author's Contribution to the Work: Anonymous? ☐ Yes ☑ No; Pseudonymous? ☐ Yes ☑ No. If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☑ 2-Dimensional artwork ☐ Photograph ☑ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**NOTE** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

b Name of Author ▼

Dates of Birth and Death Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

Author's Nationality or Domicile Name of Country: OR Citizen of ▶ / Domiciled in ▶

Was This Author's Contribution to the Work: Anonymous? ☐ Yes ☐ No; Pseudonymous? ☐ Yes ☐ No. If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**3**

a Year in Which Creation of This Work Was Completed: 2002 ◀ Year. This information must be given in all cases.

b Date and Nation of First Publication of This Particular Work. Complete this information ONLY if this work has been published. Month: at least as early as October Day: 14 Year: 2002 Nation: United States of America

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
MGA Entertainment Inc
16730 Schoenborn Street North Hills California 91343

See instructions before completing this space.

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE — OFFICE USE ONLY
APPLICATION RECEIVED MAR - 1 2004
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED MAR - 1 2004
FUNDS RECEIVED

MORE ON BACK ▶ Complete all applicable spaces (numbers 5-9) on the reverse side of this page. See detailed instructions. Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

Δ π EXHIBIT 574
Deponent Armstrong
Date 8/1/07 Rptr. AC
WWW.DEPOBOOK.COM

12
177

M 0110205

EX 574-0001

|  |  |
|---|---|
| EXAMINED BY | FORM VA |
| CHECKED BY | |
| ☐ CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☐ No If your answer is Yes, why is another registration being sought? (Check appropriate box) ▼

**5**

a ☐ This is the first published edition of a work previously registered in unpublished form.
b ☐ This is the first application submitted by this author as copyright claimant.
c ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is Yes, give: **Previous Registration Number** ▼   **Year of Registration** ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates ▼

Preexisting artwork including Reg Nos VA 1 218-487 VA 1 218 488  VA 1 218 489  VA 1 218 490 VA 1 218 491 VA 1 090 287 VA 1 090 288 VA 1 090 289 and VA 1 090 290 and other prior character artwork

**6**

a

b **Material Added to This Work** Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼

New illustrations and text

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account. **Name** ▼   **Account Number** ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Larry W McFarland  Keats McFarland & Wilson LLP
9720 Wilshire Boulevard Penthouse Suite
Beverly Hills California 90212

b

Area code and daytime telephone number  (310) 248 3830        Fax number  (310) 860 0363
Email  lmcfarland@kmwlaw com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  MGA Entertainment Inc
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date
Larry W McFarland                               Date February 27 2004

Handwritten signature (X) ▼
X

| Certificate will be mailed in window envelope to this address | **Name** ▼ Larry W  McFarland  Keats McFarland & Wilson LLP | **9** |
|---|---|---|
| | **Number/Street/Apt** ▼ 9720 Wilshire Boulevard Penthouse Suite | |
| | **City/State/ZIP** ▼ Beverly Hills California 90212 | |

\*17 U.S.C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2 500

Rev August 2003—30 000   Web Rev Jr  e 2002   ℗ Printed on recycled paper                     U S Government Printing Office 2003-496 605/60 029

574-2

M 0110206

EX 574-0002

# EXHIBIT 13



LIBRARY OF CONGRESS

*Copyright Office*
*of the United States*

WASHINGTON, D.C.

**THIS IS TO CERTIFY** that the attached additional certificate is a claim of copyright for the work entitled JADE DRAWING registered under number VA 1-218-487.

**THIS IS TO CERTIFY ALSO** that the attached photocopies are a true representation of the work entitled JADE DRAWING deposited in the Copyright Office on December 22, 2003 registered under number VA 1-218-487.

**IN WITNESS WHEREOF**, the seal of this Office is affixed hereto on May 17, 2004.

Marybeth Peters
Register of Copyrights

By      Tracie M. Coleman
Head
Certifications and Documents
Section
Information and Reference
Division

Use of this material is governed by the U.S. copyright law 17 U.S.C. 101 et seq.

△ π EXHIBIT 505
Deponent ARMSTRONG
Date 7/8/07 Rptr. ACC
WWW.DEPOBOOK.COM

EXHIBIT 13
PAGE 179

**M 0110179**

EX 505-0001

Additional Certificate (17 U.S.C. 706)
## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1-218-487

EFFECTIVE DATE OF REGISTRATION

DEC 2 2 2003

Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET**

**1** Title of This Work ▼
JADE Drawing

NATURE OF THIS WORK ▼ See instructions
color drawing

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2** NAME OF AUTHOR ▼
**a** Carter Bryant

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of __U.S.A.__
Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes  ☑ No   If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous?  ☐ Yes  ☑ No

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3 Dimensional sculpture    ☐ Map    ☐ Technical drawing
☑ 2 Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**b** Name of Author ▼

Dates of Birth and Death
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3 Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2 Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**3 a** Year in Which Creation of This Work Was Completed    1998
This information must be given Year in all cases.

**b** Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month February    Day 12    Year 2001
U.S.A.    Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
MGA Entertainment Inc  16730 Schoenborn Street
North Hills CA 91343 6122

See instructions before completing this space.

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼
Assignment

APPLICATION RECEIVED
DEC 22 2003
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
DEC 22 2003
FUNDS RECEIVED

**MORE ON BACK ▶**  Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
See detailed instructions.    Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ____ pages

EXHIBIT _13_
PAGE _180_

M 0110180

EXAMINED BY

CHECKED BY

CORRESPONDENCE
Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

**5**

**DERIVATIVE WORK OR COMPILATION**

**6**

a Material Added to This Work

b

**DEPOSIT ACCOUNT**

**7**

Name ▼                                                                                Account Number ▼

a

**CORRESPONDENCE**

b

Larry W McFarland  Keats  McFarland & Wilson LLP
9720 Wilshire Boulevard  Penthouse Suite
Beverly Hills  California  90212

lmcfarland@kmwlaw.com

**CERTIFICATION**

**8**

MGA Entertainment, Inc.

Typed or printed name and date ▼

Larry W McFarland                                         Date  December 16, 2003

Handwritten signature (X) ▼

X

**9**

Certificate
will be
mailed in
window
envelope
to this
address

Name ▼
Larry W McFarland  Keats  McFarland & Wilson LLP

Number/Street/Apt ▼
9720 Wilshire Boulevard  Penthouse Suite

City/State/ZIP ▼
Beverly Hills  California  90212

17 U S C § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

EXHIBIT  13
PAGE  181

M 0110181

EX 505-0003

EXHIBIT _13_
PAGE _182_

M 0110182

EX 505-0004



EXHIBIT _13_

PAGE _183_

M 0110183

EX 505-0005

# EXHIBIT 14





**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

VA 1—301—529

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

March 28 2005

Month     Day     Year

DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**A**
Title of Work ▼
Jade Drawing

Registration Number of the Basic Registration ▼          Year of Basic Registration ▼
VA 1-218-487                                            2003

Name(s) of Author(s) ▼                                 Name(s) of Copyright Claimant(s) ▼
Carter Bryant                                          MGA Entertainment, Inc

**B**
Location and Nature of Incorrect Information in Basic Registration ▼
Line Number    3b          Line Heading or Description   Date of Publication
Incorrect Information as It Appears in Basic Registration ▼

February 12, 2001

Corrected Information ▼
at least as early as May 21, 2001

Explanation of Correction ▼

**C**
Location and Nature of Information in Basic Registration to be Amplified ▼
Line Number _____ Line Heading or Description _____
Amplified Information and Explanation of Information ▼



MORE ON BACK ▷   • Complete all applicable spaces (D-G) on the reverse side of this page.   DO NOT WRITE HERE
• See detailed instructions.   • Sign the form at Space F.   Page 1 of ___ Pages

EXHIBIT   14
PAGE   184

M 0110209

EX 506-0001

FORM CA RECEIVED

**MAR 28 2005**

FUNDS RECEIVED DATE

FORM CA

EXAMINED BY

CORRESPONDENCE

REFERENCE TO THIS REGISTRATION ADDED TO
BASIC REGISTRATION ☐ YES ☐ NO

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET
Continuation of ☐ Part B or ☐ Part C

**D**

Correspondence  Give name and address to which correspondence about this application should be sent
Carol A. Witschel
White & Case LLP
1155 Avenue of the Americas
New York, New York  10036
Phone ( 212 ) 819-8200 ___ Fax ( 212 ) 354-8113 ___ Email cwitschel@whitecase.com

Deposit Account  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
Name : ___

Account Number ___ A 5013

Certification*  I, the undersigned, hereby certify that I am the (Check only one)
☐ author     ☐ owner of exclusive right(s)
☐ other copyright claimant  ☒ duly authorized agent of  MGA Entertainment Inc.
                          Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼  Carol A. Witschel                          Date ▼  March 24, 2005

Handwritten signature (X) ▼  *Carl A. Witschel*

Certificate
will be
mailed in
window
envelope
to this
address

Name ▼  Carol A. Witschel - White & Case LLP
Number/Street/Apt ▼  1155 Avenue of the Americas
City/State/Zip ▼  New York, New York  10036

**C**

*17 U.S.C. § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500

Rev: July 2000—20,000   Web Rev: July 2002   Printed on recycled paper                          U.S. Government Printing Office: 2000-409-423/60,003

EXHIBIT  14
PAGE  185

M 0110210

EX 506-0002

# EXHIBIT 15



LIBRARY OF CONGRESS

*Copyright Office*
*of the United States*

WASHINGTON D.C.

**THIS IS TO CERTIFY** that the attached additional certificate is a claim of copyright for the work entitled **SASHA DRAWING** registered under number **VA 1-218-488.**

**THIS IS TO CERTIFY ALSO** that the attached photocopies are a true representation of the work entitled **SASHA DRAWING** deposited in the Copyright Office on December 22, 2003 registered under number **VA 1-218-488.**

**IN WITNESS WHEREOF** the seal of this Office is affixed hereto on May 17, 2004.

Marybeth Peters
Register of Copyrights

By:  Tracie M. Coleman
Head
Certifications and Documents
Section
Information and Reference
Division

Use of this material is governed by the U. S. copyright law 17 U.S.C. 101 et seq.



∆ π **EXHIBIT** 507
Deponent *ARMSTRONG*
Date *1/18/07* Rptr. *ACC*
WWW.DEPOBOOK.COM

**M 0110184**

EXHIBIT  15
PAGE  186

EX 507-0001

**Additional Certificate (17 U.S.C. 706)**
Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1-218-488**

EFFECTIVE DATE OF REGISTRATION

DEC 22 2003

Month       Day       Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET

**1** Title of This Work ▼

SASHA Drawing

NATURE OF THIS WORK ▼ See instructions

color drawing

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give   Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2** NAME OF AUTHOR ▼

**a** Carter Bryant

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of   USA
Domiciled in

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes ☑ No
Pseudonymous?   ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es) See Instructions
☐ 3 Dimensional sculpture
☑ 2 Dimensional artwork
☐ Reproduction of work of art
☐ Map
☐ Photograph
☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

**NOTE**
Under the law the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Name of Author ▼

**b**

Dates of Birth and Death
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of
Domiciled in

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es) See Instructions
☐ 3 Dimensional sculpture
☐ 2 Dimensional artwork
☐ Reproduction of work of art
☐ Map
☐ Photograph
☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

**3** Year In Which Creation of This Work Was
**a** Completed   1998   This information must be given in all cases.   Year in all cases.

Date and Nation of First Publication of This Particular Work
**b** Complete this information ONLY if this work has been published.   Month February   Day 12   Year 2001   U.S.A.   Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

MGA Entertainment Inc   16730 Schoenborn Street
North Hills CA 91343 6122

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

Assignment

APPLICATION RECEIVED
DEC 22 2003
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
DEC 22 2003

FUNDS RECEIVED

MORE ON BACK ▶ Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
See detailed instructions.   Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ____ pages

EXHIBIT 15
PAGE 187

M 0110185

EX 507-0002

EXHIBIT _15_
PAGE _188_

M 0110186

EX 507-0003



EXHIBIT 15
PAGE 189

**M 0110187**

EX 507-0004

# EXHIBIT 16

Copyright Office fees are subject to change
yright Office
to the Copy-

# Form CA

For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

VA 1-301-530

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |
|---|---|---|---|---|---|---|---|---|

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

March 28 2005

Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**A**

Title of Work ▼

Sasha Drawing

| Registration Number of the Basic Registration ▼ | Year of Basic Registration ▼ |
|---|---|
| VA-1-218-488 | 2003 |
| Name(s) of Author(s) ▼ | Name(s) of Copyright Claimant(s) ▼ |
| Carter Bryant | MGA Entertainment, Inc |

**B**

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number 3b Line Heading or Description Date of Publication

Incorrect Information as It Appears in Basic Registration ▼

February 12, 2001

Corrected Information ▼

at least as early as May 21, 2001

Explanation of Correction ▼

**C**

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number ______ Line Heading or Description ______

Amplified Information and Explanation of Information ▼

MGA EXHIBIT 508
Deponent ARMSTRONG
Date 2/18/07 Rptr. ACC
WWW.DEPOBOOK.COM

MORE ON BACK ▶ • Complete all applicable spaces (D-G) on the reverse side of this page. • See detailed instructions. • Sign the form at Space F

DO NOT WRITE HERE
Page 1 of 2 pages

EXHIBIT 16

M 0110211

AGE 190

EX 508-0001

FORM CA RECEIVED

**MAR 28 2005**

FUNDS RECEIVED DATE

FORM CA

EXAMINED BY

CORRESPONDENCE ☒

REFERENCE TO THIS REGISTRATION ADDED TO
BASIC REGISTRATION ☒ YES ☐ NO

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

Continuation of ☐ Part B or ☐ Part C

**D**

---

Correspondence: Give name and address to which correspondence about this application should be sent
Carol A. Witschel
White & Case LLP
1155 Avenue of the Americas
New York, New York  10036
Phone (212)  819-8200          Fax (212)  354-8113          Email  cwitschel@whitecase.com

Deposit Account: If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account

Name

Account Number

Certification* I, the undersigned, hereby certify that I am the (Check only one)

☐ author
☐ other copyright claimant          ☐ owner of exclusive right(s)
☒ duly authorized agent of  MGA Entertainment Inc.
                              Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼  Carol A. Witschel                    Date ▼  March 24, 2005

Handwritten signature (X) ▼  *Carol A Witschel*

Certificate
will be
mailed in
window
envelope
to this
address

Name ▼  Carol A. Witschel – White & Case LLP

Number/Street/Apt ▼  1155 Avenue of the Americas

City/State/ZIP ▼  New York, New York  10036

**G**

17 U.S.C. § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500

Rev: July 2002—20,000   Web Rev: July 2002   Printed on recycled paper          U.S. Government Printing Office: 2002  491-503/69 100

M 0110212

EXHIBIT  16
PAGE  191

EX 508-0002

# EXHIBIT 17



LIBRARY OF CONGRESS

*Copyright Office*
*of the United States*

WASHINGTON, D.C.

THIS IS TO CERTIFY that the attached additional certificate is a claim of copyright for the work entitled CLOE DRAWING registered under number VA 1-218-490.

THIS IS TO CERTIFY ALSO that the attached photocopies are a true representation of the work entitled CLOE DRAWING deposited in the Copyright Office on December 22, 2003 registered under number VA 1-218-490.

IN WITNESS WHEREOF, the seal of this Office is affixed hereto on May 17, 2004.

Marybeth Peters
Register of Copyrights

By: Tracie M. Coleman
Head
Certifications and Documents
Section
Information and Reference
Division

Use of this material is governed by the U. S. copyright law 17 U.S.C. 101 et seq.



M 0110193

EXHIBIT 17
PAGE 192

EX 509-0001

**Additional Certificate (17 U.S.C. 706)**
# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1-218-490

EFFECTIVE DATE OF REGISTRATION

DEC 22 2003

Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

## 1

Title of This Work ▼

CLOE Drawing

NATURE OF THIS WORK ▼ See Instructions

color drawing

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give  Volume ▼      Number ▼      Issue Date ▼      On Pages ▼

## 2

NAME OF AUTHOR ▼

a  Carter Bryant

DATES OF BIRTH AND DEATH
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _ USA
     Domiciled in _

Was This Author's Contribution to the Work
Anonymous?     ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3 Dimensional sculpture      ☐ Map            ☐ Technical drawing
☑ 2 Dimensional artwork        ☐ Photograph     ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design ☐ Architectural work

b  Name of Author ▼

Dates of Birth and Death
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of
     Domiciled in _

Was This Author's Contribution to the Work
Anonymous?     ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3 Dimensional sculpture      ☐ Map            ☐ Technical drawing
☐ 2 Dimensional artwork        ☐ Photograph     ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design ☐ Architectural work

## 3

a  Year in Which Creation of This Work Was Completed
1998
This information must be given in all cases

b  Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month February  Day 12  Year 2001
U.S.A.
Nation

## 4

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

MGA Entertainment Inc  16730 Schoenborn Street
North Hills CA 91343 6122

See instructions before completing this space

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

Assignment

APPLICATION RECEIVED
DEC 22 2003
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
DEC 22 2003
FUNDS RECEIVED

---

MORE ON BACK ▶  Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions  Sign the form at line 8

DO NOT WRITE HERE
Page 1 of _ pages

EXHIBIT _17_
PAGE _193_

M 0110194

EX 509-0002

EXAMINED BY

CHECKED BY

CORRESPONDENCE
Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION**

**DERIVATIVE WORK OR COMPILATION**

**DEPOSIT ACCOUNT**

**CORRESPONDENCE**

Larry W. McFarland   Keats McFarland & Wilson LLP
9720 Wilshire Boulevard Penthouse Suite
Beverly Hills California 90212

lmcfarland@kmwlaw.com

**CERTIFICATION**

MGA Entertainment Inc.

Typed or printed name and date

Larry W. McFarland                                      Date   December 16, 2003

Handwritten signature (X)

X

Certificate
will be
mailed in
window
envelope
to this
address

Name ▼
Larry W. McFarland   Keats McFarland & Wilson LLP

Number/Street/Apt ▼
9720 Wilshire Boulevard Penthouse Suite

City/State/ZIP ▼
Beverly Hills California 90212

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact ... application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. June 2002—19,000   Web Rev. June 2002   ® Printed on recycled paper

U.S. Government Printing Office: 2000-461-113/20,021

EXHIBIT 17
PAGE 194

M 0110195

EX 509-0003

M 0110196

EX 509-0004



EXHIBIT 17
PAGE 196

M 0110197

EX 509-0005

# EXHIBIT 18

**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

VA 1-301-531

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

March 28 2005
Month    Day    Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**A**

Title of Work ▼
Cloe Drawing

| Registration Number of the Basic Registration ▼ | Year of Basic Registration ▼ |
| VA 1-218-490 | 2003 |
| Name(s) of Author(s) ▼ | Name(s) of Copyright Claimant(s) ▼ |
| Carter Bryant | MGA Entertainment, Inc |

**B**

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number    3b    Line Heading or Description  Date of Publication

Incorrect Information as It Appears in Basic Registration ▼

February 12, 2001

Corrected Information ▼

at least as early as May 21, 2001

Explanation of Correction ▼

**C**

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____ Line Heading or Description _____

Amplified Information and Explanation of Information ▼

EXHIBIT 510
Deponent ARMSTRONG
Date 7/8/07 Rptr. ACC
WWW.KLDEPOBOOK.COM

MORE ON BACK ▶   • Complete all applicable spaces (D-G) on the reverse side of this page
• See detailed instructions.   • Sign the form at Space F

DO NOT WRITE HERE
Page 1 of ____ pages

EXHIBIT    18
PAGE    197

M 0110213

EX 510-0001

FORM CA RECEIVED

**MAR 2 8 2005**

FUNDS RECEIVED DATE

EXAMINED BY

CORRESPONDENCE □

REFERENCE TO THIS REGISTRATION ADDED TO
BASIC REGISTRATION ☑ YES □ NO

FORM CA

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

Continuation of □ Part B or □ Part C

**D**

Correspondence Give name and address to which correspondence about this application should be sent

Carol A. Witschel
White & Case LLP
1155 Avenue of the Americas
New York, New York 10036
Phone ( 212) 819-8200        Fax ( 212) 354-8113        Email cwitschel@whitecase.com

Deposit Account If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account

Name _____

Account Number _____

Certification* I, the undersigned, hereby certify that I am the (Check only one)
□ author
□ other copyright claimant        □ owner of exclusive right(s)
☑ duly authorized agent of    MGA Entertainment Inc.
                              Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name ▼ Carol A. Witschel                     Date ▼ March 24, 2005

Handwritten signature (X) ▼

Certificate
will be
mailed in
window
envelope
to this
address

| Name ▼ |
| Carol A. Witschel — White & Case LLP |
| Number/Street/Apt ▼ |
| 1155 Avenue of the Americas |
| City/State/Zip ▼ |
| New York, New York 10036 |

**C**

17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500

Rev July 2003—60,000  Web Rev July 2003  Printed on recycled paper                    U S Government Printing Office 2003-501-423/60 089

M 0110214

EX 510-0002

# EXHIBIT 19



LIBRARY OF CONGRESS

*Copyright Office*
*of the United States*

WASHINGTON, D.C.

THIS IS TO CERTIFY that the attached additional certificate is a claim of copyright for the work entitled **YASMIN DRAWING** registered under number **VA 1-218-491.**

THIS IS TO CERTIFY ALSO, that the attached photocopies are a true representation of the work entitled **YASMIN DRAWING** deposited in the Copyright Office on December 22, 2003 registered under number **VA 1-218-491.**

IN WITNESS WHEREOF, the seal of this Office is affixed hereto on May 17, 2004.

Marybeth Peters
Register of Copyrights

By:  Tracie M. Coleman
Head
Certifications and Documents
Section
Information and Reference
Division

Use of this material is governed by the U. S. copyright law 17 U.S.C. 101 et seq.

Δ/π **EXHIBIT** 511
Deponent ARMSTRONG
Date 7/18/07 Rptr. ACC
WWW.DEPOBOOK.COM

**M 0110198**

EXHIBIT 19
PAGE 199

EX 511-0001

Additional Certificate (17 U.S.C. 706)

Certificate of Registration



This certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America



**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1-218-491

EFFECTIVE DATE OF REGISTRATION

DEC 22 2003
Month        Day        Year

---

DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET

**1**

Title of This Work ▼

YASMIN Drawing

NATURE OF THIS WORK ▼ See instructions

color drawing

Previous or Alternative Titles ▼

Publication as a Contribution  If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.  Title of Collective Work ▼

If published in a periodical or serial give  Volume ▼        Number ▼        Issue Date ▼        On Pages ▼

**2**

NAME OF AUTHOR ▼

**a**  Carter Bryant

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

**NOTE**

Under the law, the author of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ___ USA ___
Domiciled in ___

Was This Author's Contribution to the Work
Anonymous?  ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No

If the answer to either of these questions is "Yes," see detailed instructions

Nature of Authorship  Check appropriate box(es)  See Instructions
☐ 3 Dimensional sculpture        ☐ Map            ☐ Technical drawing
☑ 2 Dimensional artwork          ☐ Photograph     ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design  ☐ Architectural work

**b**  Name of Author ▼

Dates of Birth and Death
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ___
Domiciled in ___

Was This Author's Contribution to the Work
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

If the answer to either of these questions is "Yes," see detailed instructions

Nature of Authorship  Check appropriate box(es)  See Instructions
☐ 3 Dimensional sculpture        ☐ Map            ☐ Technical drawing
☐ 2 Dimensional artwork          ☐ Photograph     ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design  ☐ Architectural work

**3**

**a**  Year in Which Creation of This Work Was Completed
1998
This information must be given  Year in all cases

**b**  Date and Nation of First Publication of This Particular Work
Complete this information  Month February  Day 12  Year 2001
ONLY if this work has been published.  U.S.A.
Nation

**4**

See instructions before completing this space

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

MGA Entertainment Inc  16730 Schoenborn Street
North Hills CA  91343 6122

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

Assignment

APPLICATION RECEIVED
DEC 22 2003
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
DEC 22 2003
FUNDS RECEIVED

---

MORE ON BACK ▶  Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
See detailed instructions.        Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

M 0110199

EXHIBIT 19
PAGE 200

EX 511-0002

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
☐ Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

**5** PREVIOUS REGISTRATION Has registration for this work  or for an earlier version of this work  already been made in the Copyright Office?
☐ Yes  ☑ No  If your answer is  Yes   why is another registration being sought? (Check appropriate box) ▼
a  ☐ This is the first published edition of a work previously registered in unpublished form
b  ☐ This is the first application submitted by this author as copyright claimant
c  ☐ This is a changed version of the work  as shown by space 6 on this application
If your answer is  Yes   give  Previous Registration Number ▼         Year of Registration ▼

**6** DERIVATIVE WORK OR COMPILATION  Complete both space 6a and 6b for a derivative work  complete only 6b for a compilation
a  Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates ▼

a  See instructions
before completing
this space

b  Material Added to This Work  Give a brief  general  statement of the material that has been added to this work and in which copyright is claimed ▼

b

**7** DEPOSIT ACCOUNT  If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account
Name ▼                                                      Account Number ▼

a

CORRESPONDENCE  Give name and address to which correspondence about this application should be sent  Name/Address/Apt/City/State/ZIP ▼

Larry W  McFarland   Keats  McFarland & Wilson  LLP
9720 Wilshire Boulevard  Penthouse Suite
Beverly Hills  California  90212

b

Area code and daytime telephone number    (310 ) 248 3830                    Fax number    : 310 ) 860 0363
Email   lmcfarland@kmwlaw com

**8** CERTIFICATION*  I  the undersigned  hereby certify that I am the
check only one ▶
☐ author
☐ other  copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  MGA Entertainment  Inc
      Name of author or other copyright claimant  or  owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3  do not sign and submit it before that date
Larry W  McFarland                                          Date  December 16  2003

Handwritten signature (X) ▼
X

**9** Certificate
will be
mailed in
window
envelope
to this
address

Name ▼
Larry W  McFarland   Keats  McFarland & Wilson  LLP
Number/Street/Apt ▼
9720 Wilshire Boulevard  Penthouse Suite
City/State/ZIP ▼
Beverly Hills  California  90212

*17 U S C  § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection with the application  shall be fined not more than $2,500

Rev  June 2002—20 000  Web Rev  June 2002  ⊕ Printed on recycled paper                U S Government Printing Office 2000-461 113/20 021

M 0110200

201

EX 511-0003

VA 1-218-491



EXHIBIT 19
PAGE 202

**M 0110201**

EX 511-0004



M 0110202

EXHIBIT 19
PAGE 203

EX 511-0005

# EXHIBIT 20

Copyright Office fees are subject to change.

F                                    right Office
                                     e the Copy-

1 39 0912

**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

**VA 1-381-532**

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

*March 28 2005*
Month   Day   Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**A**
Title of Work ▼
**Yasmin Drawing**

| Registration Number of the Basic Registration ▼ | Year of Basic Registration ▼ |
| VA 1-218-491 | 2003 |

| Name(s) of Author(s) ▼ | Name(s) of Copyright Claimant(s) ▼ |
| Carter Bryant | MGA Entertainment, Inc |

**B**
Location and Nature of Incorrect Information in Basic Registration ▼

Line Number ___3b___   Line Heading or Description  Date of Publication

Incorrect Information as It Appears in Basic Registration ▼

February 12, 2001

Corrected Information ▼

at least as early as May 21, 2001

Explanation of Correction ▼

**C**
Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____   Line Heading or Description _____

Amplified Information and Explanation of Information ▼

MORE ON BACK ▶   • Complete all applicable spaces (D-G) on the reverse side of this page   DO NOT WRITE HERE
• See detailed instructions.   • Sign the form at Space F   Page 1 of ___ Pages

EXHIBIT ___70___
PAGE ___204___



□π EXHIBIT 512
Deponent ARMSTRONG
Date 7/18/07 Rptr. ACC
WWW.DEPOBOOK.COM

**M 0110215**

EX 512-0001

FORM CA RECEIVED                                    FORM CA

**MAR 28 2005**

FUNDS RECEIVED DATE

EXAMINED BY                                    FOR
                                               COPYRIGHT
CORRESPONDENCE                                 OFFICE
                                               USE
                                               ONLY
REFERENCE TO THIS REGISTRATION ADDED TO
BASIC REGISTRATION   □ YES □ NO

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

Continuation of □ Part B or □ Part C

**D**

Correspondence Give name and address to which correspondence about this application should be sent
Carol A. Witschel
White & Case LLP
1155 Avenue of the Americas
New York, New York  10036
Phone ( 212 ) 819-8200        Fax ( 212 ) 354-8113        Email CWitschel@whitecase.com

Deposit Account If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account

Name _____

Account Number _____

Certification* I, the undersigned, hereby certify that I am the (Check only one)
□ author                    □ owner of exclusive right(s)
□ other copyright claimant  ☒ duly authorized agent of  MGA Entertainment Inc.
                            Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼  Carol A. Witschel              Date ▼  March 24, 2005.

Handwritten signature (X) ▼
*Carol A. Witschel*

Certificate
will be
mailed in       Name ▼
window          Carol A. Witschel — White & Case LLP
envelope        Number/Street/Apt ▼
to this         1155 Avenue of the Americas
address         City/State/ZIP ▼
                New York, New York  10036

*17 U.S.C. § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.*

Rev. July 2002—20,000   Web Rev. July 2002   Printed on recycled paper          U.S. Government Printing Office 2002-491-623/69 609



M 0110216

EX 512-0002

# EXHIBIT 21



LIBRARY OF CONGRESS

*Copyright Office*
*of the United States*

WASHINGTON, D.C.

THIS IS TO CERTIFY that the attached additional certificate is a claim of copyright for the work entitled BRATZ GROUP DRAWING registered under number VA 1-218-489.

THIS IS TO CERTIFY ALSO, that the attached photocopies are a true representation of the work entitled BRATZ GROUP DRAWING deposited in the Copyright Office on December 22, 2003, registered under number VA 1-218-489.

IN WITNESS WHEREOF, the seal of this Office is affixed hereto on May 17, 2004.

Marybeth Peters
Register of Copyrights

By: _____
Tracie M. Coleman
Head
Certifications and Documents
Section
Information and Reference
Division

Use of this material is governed by the U.S. copyright law 17 U.S.C. 101 et seq.

EXHIBIT 21
PAGE 206

△ π EXHIBIT 513
Deponent ARMSTRONG
Date 2/19/07 Rptr ACC
www.bonoook.com

M 0110188

EX 513-0001

**Additional Certificate (17 U.S.C. 706)**
Certificate of Registration



This certificate issued under the seal of the Copyright Office in accordance with title 17 United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office record.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM VA**
For a Work of the Visual Arts

VA 1-218-489

EFFECTIVE DATE OF REGISTRATION

DEC 22 2003
Month   Day   Year

DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET

**1**

Title of This Work ▼

BRATZ Group Drawing

NATURE OF THIS WORK See instructions

color drawing

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2**

**a** NAME OF AUTHOR ▼

Carter Bryant

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of USA
{ Domiciled in

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes ☑ No
Pseudonymous?   ☐ Yes ☑ No
If the answer to either of these questions is "Yes" see detailed instructions

Nature of Authorship Check appropriate box(es) See Instructions
☐ 3-Dimensional sculpture
☑ 2-Dimensional artwork
☐ Reproduction of work of art
☐ Map
☐ Photograph
☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

NOTE
Under the law the author of a work made for hire is generally the employer not the employee (see instructions) For any part of this work that was made for hire check Yes in the space provided give the employer (or other person for whom the work was prepared) as Author of that part and leave the space for dates of birth and death blank

**b** Name of Author ▼

Dates of Birth and Death
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of
{ Domiciled in

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

Nature of Authorship Check appropriate box(es) See Instructions
☐ 3-Dimensional sculpture
☐ 2-Dimensional artwork
☐ Reproduction of work of art
☐ Map
☐ Photograph
☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

**3**

**a** Year in Which Creation of This Work Was Completed
1998
This information must be given Year in all cases

**b** Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month February   Day 12   Year 2001
U.S.A.   Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

MGA Entertainment Inc  16730 Schoenborn Street
North Hills CA 91343 6122

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

Assignment

APPLICATION RECEIVED
DEC 22 2003
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
DEC 22 2003
FUNDS RECEIVED

See instructions before completing this space

MORE ON BACK ▶ Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions   Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ___ pages

EXHIBIT   21
PAGE   207

M 0110189

EX 513-0002



EXHIBIT  31

PAGE  209

M 0110191

EX 513-0004



EXHIBIT 21
PAGE 210

M 0110192

EX 513-0005