# EXHIBIT 26



BRATZ KIDZ

Sleep Over

Sleepover Style in a Snap!

Sasha

How do you play? The Bratz Kidz way!™

EXHIBIT 76
PAGE 230

# EXHIBIT 27







## Lil' Bratz Surprise Purse

Your stunning purse holds a secret Lil' Bratz surprise!

Yasmin   Cloe   Sasha   Jade

### Collect them all!

TM & ® MGA Entertainment, Inc. BRATZ™, BRATZ PETZ™, LIL' BRATZ™, BRATZ BABYZ™, BRATZ KIDZ™ and all related logos, names, characters, distinctive likenesses and slogans, as well as the packaging and images appearing thereon, are the exclusive property of MGA. 16300 Roscoe Blvd. Van Nuys, CA 91406 USA (800) 222-4685 **Made in China**

Please keep this address and packaging for reference since it contains important information.

Contents, including specifications and colors, may vary from photos depicted on package.

Not suitable for children under 3 years due to small parts.

Please remove all packaging including tags, ties & tacking stitches before giving this product to a child.

www.mgae.com
www.bratz.com

# EXHIBIT 28

6627

```
            UNITED STATES DISTRICT COURT

            CENTRAL DISTRICT OF CALIFORNIA

                        ---

      HONORABLE STEPHEN G. LARSON, JUDGE PRESIDING

                        ---

MATTEL, INC.,              :  PAGES 6627 - 6744
                           :
       PLAINTIFF,          :
                           :
    VS.                    :  NO. ED CV04-09049-SGL
                           :  [CONSOLIDATED WITH
MGA ENTERTAINMENT, INC.,   :  CV04-9059 & CV05-2727]
ET AL.,                    :
                           :
       DEFENDANTS.         :


            REPORTER'S TRANSCRIPT OF PROCEEDINGS

                  RIVERSIDE, CALIFORNIA

                  FRIDAY, AUGUST 8, 2008

                   JURY TRIAL - DAY 32

                   AFTERNOON SESSION


                              MARK SCHWEITZER, CSR, RPR, CRR
                              OFFICIAL COURT REPORTER
                              UNITED STATES DISTRICT COURT
                              181-H ROYBAL FEDERAL BUILDING
                              255 EAST TEMPLE STREET
                              LOS ANGELES, CALIFORNIA 90012
                              (213) 663-3494
```

CERTIFIED COPY



EXHIBIT 28
PAGE 235

6629

## INDEX

MICHAEL CHRISTOPHER MOORE, PREVIOUSLY SWORN............ 6648

VIDEOTAPED DEPOSITION EXCERPTS OF JANET BRYANT......... 6649

VIDEOTAPED DEPOSITION EXCERPTS OF KERRI BRODE.......... 6650

VIDEOTAPED DEPOSITION EXCERPTS OF BRYAN ARMSTRONG...... 6653

VIDEOTAPED DEPOSITION EXCERPTS OF SARAH CHUI........... 6663

VIDEOTAPED DEPOSITION EXCERPTS OF CARTER BRYANT........ 6664

MARGARET ANN LEAHY, SWORN.............................. 6672

DIRECT EXAMINATION BY MR. NOLAN:....................... 6672

## EXHIBITS

(Exhibits 491, 513, 565, 566, 567, 568,
569, 570, 571, 572, 5373, 574, 576, and
577 received.)........................................ 6659

(Exhibit 13738 received.)............................. 6671

(Exhibit 13958 received.)............................. 6671

(Exhibit 1141 A received.)............................ 6684

(Exhibit 1141 received.).............................. 6718

(Exhibit 1234 A received.)............................ 6723

EXHIBIT 78
PAGE 236

6653

1         THE COURT: Very well.

2         (Whereupon the videotaped deposition excerpts

3         of Bryan Armstrong, as provided by counsel, were

4         played for the jury as follows:)

5 Q. Could you please tell us your full name for the record.

6 A. Bryan Joseph Armstrong, with a Y.

7 Q. How long have you been employed by MGA?

8 A. Since November 3rd, 2003.

9 Q. What is your title there?

10 A. Senior paralegal.

11 Q. Have you ever had the title senior trademark paralegal?

12 A. Sometimes my title gets morphed into that, yeah.

13 Q. Just generally speaking, and I don't want you to

14 disclose, you know, communications that you have with -- with

15 MGA lawyers, but if you could tell me, just generally

16 speaking, what your responsibilities have been while at MGA?

17 A. Generally, my responsibilities are to maintain the

18 records for the company's intellectual property

19 registrations, that being patents, trademarks, copyrights, to

20 do the day-to-day work on trademark on those registrations.

21 Q. Take a look at the second page of Exhibit 491.

22         You'll see from the first paragraph that this

23 agreement pertains to, quote, "certain artwork for use in a

24 style guide based upon and derived from MGA's line of doll

25 products which are produced under the name 'Bratz'" --

EXHIBIT 28
PAGE 237

6654

1  A.  Yeah, I see that.
2  Q.  End quote.
3  A.  Yes, I see that.
4  Q.  Do you have any reason to dispute that in agreement
5  relates to a style guide that was based upon and derived from
6  MGA's line of dolls sold or produced under the name Bratz?
7  A.  No, I don't dispute it.
8  Q.  Do you have any knowledge or information as to when any
9  kind of work was first done on that style guide that was the
10 compilation for licensed products that you mentioned?
11 A.  No.
12 Q.  So you don't know whether that work was started in 2000
13 versus 2001; is that correct?
14 A.  That's correct.
15 Q.  Directing your attention back to the second page of
16 Exhibit 491.  The sentence we were talking about with respect
17 to, quote, certain artwork for use in a style guide based
18 upon and derived from MGA's line of doll products which are
19 produced under the name of Bratz, end quote.
20        Do you see that?
21 A.  Yes.
22 Q.  What's your understanding of what "based upon and
23 derived from MGA's line of doll products" means?
24 A.  Well, I believe that it refers to the -- the initial
25 Bratz doll line:  Cloe, Jade, Yasmin, and Sasha.

EXHIBIT 78
PAGE 238

6655

```
 1  Q.   And that the style guide was based upon those dolls?
 2  A.   Yes.
 3  Q.   Is it true that MGA's style guides with respect to Bratz
 4  are based upon the dolls?
 5  A.   Yes.
 6  Q.   And I believe you may have touched upon this earlier,
 7  but the style guides are -- are put together to be provided
 8  to licensees; is that correct?
 9  A.   That's correct.
10  Q.   And the style guides provide, well, the guide that the
11  licensees follow in connection with the use of Bratz on a
12  licensed product. Is that true?
13  A.   That's true.
14  Q.   Do you recognize Exhibit 513 as a copyright registration
15  that MGA obtained on or about December 22nd, 2003, from the
16  U.S. copyright office?
17  A.   Yes.
18  Q.   And this is a registration that MGA obtained for a work
19  called Bratz group drawing?
20  A.   Yes.
21  Q.   Is the group drawing that's the subject of this
22  registration the last page of Exhibit 513?
23  A.   Yes.
24  Q.   Is this a drawing that Carter Bryant made?
25  A.   Yes.
```

EXHIBIT 28
PAGE 239

6656

1  Q.  Do you recognize Exhibit 565 as a copyright registration
2  that MGA obtained from the copyright office on or about March
3  25th, 2002, as it pertained to a Bratz doll sculpture?
4  A.  Yes.
5  Q.  Do you recognize Exhibit 566 as a correction form that
6  MGA submitted to the copyright office on or about March 28th,
7  2005, as it pertained to this Bratz doll's sculpture
8  registration that we previously marked as Exhibit 565?
9  A.  Yes.
10 Q.  Do you recognize Exhibit 567 as the registration form
11 for a Bratz Passion for Fashion packaging style guide from
12 the fall of 2006 that MGA obtained from the copyright office
13 on or about January 25th, 2006?
14 A.  Yes, I do.
15 Q.  Do you know what the deposit materials were for
16 Exhibit 567?
17 A.  Yes, it was a style guide.
18 Q.  Do you recognize what we marked as Exhibit 568?
19 A.  Yes.
20 Q.  This is the certificate of registration form for Bratz
21 Rock Angelz packaging style guide fall 2005 that MGA obtained
22 from the copyright office on or about January 25th, 2006?
23 A.  Yes, it is.
24 Q.  Do you recognize Exhibit 569 as a copyright registration
25 that MGA obtained from the copyright office on or about

EXHIBIT 28
PAGE 240

6744

C E R T I F I C A T E

I hereby certify that pursuant to Title 28, Section 753 United States Code, the foregoing is a true and correct transcript of the stenographically reported proceedings in the above matter.

Certified on August 8, 2008.

MARK SCHWEITZER, CSR, RPR, CRR
Official Court Reporter
License No. 10514