QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
Michael T. Zeller (Bar No. 196417)
Jon D. Corey (Bar No. 185066)
Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTEL, INC., a Delaware corporation<br><br>PLAINTIFF(S)<br>v.<br>MGA ENTERTAINMENT, INC., a California corporation, et. al.<br><br>DEFENDANT(S). | CASE NUMBER:<br>CASE NO. CV 04-9049 DOC (RNBx)<br><br>NOTICE OF MANUAL FILING |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**

Mattel, Inc.'s Opposition to Motion to Compel Further Responses to MGA's Phase 1 Interrogatory Nos. 20-23 and 28; Opposition to MGA's Separate Statement filed in Support; Declaration of Michael Moore; Declaration of Lori Pantel; Declaration of Scott L. Watson; Application to File Under Seal and Proposed Order

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)

☑ Other

**Reason:**

☑ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☑ Per Court order dated  January 4, 2005

☐ Manual Filing required (*reason*):

September 30, 2009                                    Cyrus S. Naim
Date                                                              Attorney Name

                                                                      Mattel, Inc.
                                                              Party Represented

Note:  File one Notice in each case, each time you manually file document(s).

G-92 (02/07)                                    **NOTICE OF MANUAL FILING**