QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
Michael T. Zeller (Bar No. 196417)
Jon D. Corey  (Bar No. 185066
Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| MATTEL, INC., a Delaware Corporation | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CASE NO.  CV 04-9049 DOC (RNBX) |
| v. | |
| MGA ENTERTAINMENT, INC., a California Corporation | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**

Mattel, Inc.'s Reply In Support Of Its Ex Parte Application For Production Of Complete Copies Of Withheld Documents In Advance Of Hearing On MGA Parties' Application For Issuance Of Request For Judicial Assistance Re: Danny K.H. Yu And Bird & Bird;

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☑ Other   -Reply Brief In Support Of Ex Parte Application

**Reason:**

☑ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☑ Per Court order dated  January 4, 2005

☐ Manual Filing required (*reason*):

September 30, 2009
Date

Patrick C. McGannon,
Attorney Name

Mattel, Inc.
Party Represented

Note:   File one Notice in each case, each time you manually file document(s).