QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation. et. al.,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with Case Nos. CV 04-09059 and CV 05-02727<br><br>[DISCOVERY MATTER]<br>To be heard by Discovery Master Robert C. O'Brien<br><br>[PUBLIC REDACTED] DECLARATION OF SCOTT L. WATSON IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MOTION TO COMPEL FURTHER RESPONSES TO MGA'S PHASE 1 INTERROGATORY NOS. 20-23 AND 28<br><br>Date: TBD<br>Time: TBD<br>Place: Arent Fox LLP<br>  555 West Fifth St., 48th Floor<br>  Los Angeles, CA 90013<br><br>**Phase 2**<br>Disc. Cut-off: June 1, 2010<br>Pre-trial Conf.: None Set<br>Trial Date: None Set |
|---|---|

I, Scott L. Watson, declare as follows:

1. I am a member of the bar of the State of California and a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. To my knowledge, neither Mattel or any of the other parties in this action have ever provided a separate public redacted version of interrogatory responses that were designated under the protective order.

3. Attached hereto as Exhibit 1 is a true and correct copy of a letter from Caroline H. Mankey to Jon D. Corey dated March 25, 2009.

4. Attached hereto as Exhibit 2 is a true and correct copy of a letter from Diane C. Hutnyan to Caroline H. Mankey dated April 16, 2009.

5. Attached hereto as Exhibit 3 is a true and correct copy of MGA Entertainment, Inc.'s Motion to Compel Production of Documents and Things From MGA's Second and Fifth Sets of Requests for Production and Responses to MGA's Second Set of Interrogatories to Mattel, Inc., dated April 20, 2009.

6. Attached hereto as Exhibit 4 is a true and correct copy of the Discovery Master's Phase 2 Discovery Matter Order No. 46, dated August 14, 2009.

7. Attached hereto as Exhibit 5 is a true and correct copy of Mattel, Inc.'s Opposition to MGA Entertainment, Inc.'s Motion to Compel Production of Documents and Things From MGA's Second and Fifth Sets of Requests for Production and Responses to MGA's Second Set of Interrogatories to Mattel, Inc., dated April 29, 2009.

8. Attached hereto as Exhibit 6 is a true and correct copy of MGA Entertainment, Inc.'s Reply Re Motion to Compel Production of Documents and Things From MGA's Second and Fifth Sets of Requests for Production and Responses to MGA's Second Set of Interrogatories to Mattel, Inc., dated May 4, 2009.

1  9. Attached hereto as Exhibit 7 is a true and correct copy of the Discovery Master's Phase 2 Discovery Matter Order No. 42, dated July 29, 2009.

10. Attached hereto as Exhibit 8 is a true and correct copy of MGA's Second Set of Interrogatories To Mattel, Inc., dated December 4, 2007.

11. Attached hereto as Exhibit 9 is a true and correct copy of Mattel, Inc.'s First Supplemental Objections and Responses to Interrogatory Nos. 20-23 and 28 in MGA Entertainment, Inc.'s Second Set of Interrogatories, dated July 15, 2009.

12. Attached hereto as Exhibit 10 is a true and correct copy of Mattel, Inc.'s Second Supplemental Objections and Responses to Interrogatory Nos. 20-23 and 28 in MGA Entertainment, Inc.'s Second Set of Interrogatories, dated September 14, 2009.

13. Attached hereto as Exhibit 11 is a true and correct copy of Phase 2 Discovery Matter Order No. 22, dated April 28, 2009.

14. Attached hereto as Exhibit 12 is a true and correct copy of the Discovery Master's Phase 2 Discovery Matter Order No. 11, dated March 31, 2009.

15. Attached hereto as Exhibit 13 is a true and correct copy of the Discovery Master's Phase 2 Discovery Matter Order No. 56, dated September 3, 2009.

16. Attached hereto as Exhibit 14 is a true and correct copy of MGA Entertainment and Isaac Larian's Memorandum of Points and Authorities in Support of Joint Motion to Dismiss Mattel's Amended Answer and Counterclaims, dated February 12, 2007.

17. Attached hereto as Exhibit 15 is a true and correct copy of the Court's Order Re Motions Heard On June 11, 2007, dated June 27, 2007.

18. Attached hereto as Exhibit 16 is a true and correct copy of MGA Entertainment, Inc.'s Opposition to Mattel, Inc.'s Motion to Compel Responses to Interrogatories by the MGA Parties, dated December 31, 2007.

19. Attached hereto as Exhibit 17 is a true and correct copy of the Discovery Master's Order Granting in Part and Denying in Part Mattel's Motion to Compel Responses to Interrogatory Nos. 27-44 and 46-50 by the MGA Parties, dated February 15, 2008.

20. Attached hereto as Exhibit 18 is a true and correct copy of the Court's Order dated May 21, 2009.

21. Attached hereto as Exhibit 19 is a true and correct copy of the Discovery Master's Phase 2 Discovery Matter Order No. 60, dated September 9, 2009.

22. Attached hereto as Exhibit 20 is a true and correct copy of Carter Bryant and MGA Defendants' Joint Opposition to Mattel, Inc.'s Motion for Leave to Serve a Supplemental Interrogatory Regarding Defendants' Affirmative Defenses, dated November 19, 2007.

23. Attached hereto as Exhibit 21 is a true and correct copy of excerpts of the hearing transcript dated December 3, 2007.

24. Attached hereto as Exhibit 22 is a true and correct copy of the Declaration of Richard de Anda in Support of Mattel, Inc.'s Motion for Modification of the Protective Order, dated July 27, 2007.

25. Attached hereto as Exhibit 23 is a true and correct copy of Phase 2 Discovery Matter Order No. 3, dated March 10, 2009.

26. Attached hereto as Exhibit 24 is a true and correct copy of the verification of Mattel, Inc.'s Second Supplemental Objections and Responses to Interrogatory Nos. 20-23 and 28 in MGA Entertainment, Inc.'s Second Set of Interrogatories, dated September 29, 2009.

//
//
//
//

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 29th day of September 2009, at Los Angeles, California.

_____
Scott L. Watson