```
 1
 2  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
      John B. Quinn (Bar No. 090378)
 3    johnquinn@quinnemanuel.com
      Michael T. Zeller (Bar No. 196417)
 4    (michaelzeller@quinnemanuel.com)
      Jon D. Corey (Bar No. 185066)
 5    (joncorey@quinnemanuel.com)
    865 South Figueroa Street, 10th Floor
 6  Los Angeles, California  90017-2543
    Telephone:    (213) 443-3000
 7  Facsimile:    (213) 443-3100
 8  Attorneys for Mattel, Inc.
 9                    UNITED STATES DISTRICT COURT
10                   CENTRAL DISTRICT OF CALIFORNIA
11                           EASTERN DIVISION
```

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, | CASE NO. CV 04-9049 DOC (RNBx) |
| Plaintiff, | Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727 |
| vs. | |
| MGA ENTERTAINMENT, INC., a California corporation, et. al., | **DISCOVERY MATTER** |
| | **[To Be Heard By Discovery Master Robert O'Brien]** |
| Defendants. | |
| | **PROOF OF SERVICE** |
| AND CONSOLIDATED ACTIONS | |

07975/3106975.1

Case No. CV 04-9049 SGL (RNBx)
PROOF OF SERVICE

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On September 29, 2009, I served true copies of the following document(s) described as

**SEE ATTACHED DOCUMENT LIST**

on the parties in this action as follows:

| | |
|---|---|
| Thomas J. Nolan, Esq.<br>Jason D. Russell, Esq.<br>Skadden Arps Slate Meagher & Flom<br>300 S. Grand Avenue, Suite 3400<br>Los Angeles, CA 90071<br>thomas.nolan@skadden.com<br>jason.russell@skadden.com | Melinda Haag<br>Annette L. Hurst<br>Warrington S. Parker III<br>Orrick, Herrington & Sutcliffe, LLP<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105<br>mhaag@orrick.com<br>ahurst@orrick.com<br>wparker@orrick.com |
| William A. Molinski<br>Orrick, Herrington & Sutcliffe, LLP<br>777 South Figueroa Street<br>Suite 3200<br>Los Angeles, CA 90017<br>wmolinski@orrick.com | Mark E. Overland, Esq.<br>Alexand H. Cote, Esq.<br>Overland Borenstein Scheper & Kim LLP<br>601 West Fifth Street, 125th Floor<br>Los Angeles, CA 90071<br>moverland@scheperkim.com<br>acote@scheperkim.com |
| Todd E. Gordinier<br>Bingham McCutchen LLP<br>600 Anton Boulevard, 18th Floor<br>Costa Mesa, CA 92626<br>todd.gordinier@bingham.com | |

**BY ELECTRONIC MAIL TRANSMISSION:**  By electronic mail transmission from cyrusnaimm@quinnemanuel.com on September 29, 2009, by transmitting a PDF format copy of such document(s) to each such person at the e-mail address listed below their address(es).  The document(s) was/were transmitted by electronic transmission and such transmission was reported as complete and without error.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 29, 2009, at Los Angeles, California.

                                                  /s/ Cyrus Naim
                                                Cyrus Naim

**DOCUMENT LIST**

1. **MATTEL, INC.'S OPPOSITION TO MOTION TO COMPEL FURTHER RESPONSES TO MGA'S PHASE 1 INTERROGATORY NOS. 20-23 AND 28**

2. **MATTEL, INC.'S OPPOSITION TO MGA'S SEPARATE STATEMENT IN SUPPORT OF MOTION TO COMPEL FURTHER RESPONSES TO PHASE 1 INTERROGATORY NOS. 20-23 AND 28**

3. **DECLARATION OF MICHAEL MOORE IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MOTION TO COMPEL FURTHER RESPONSES TO MGA'S PHASE 1 INTERROGATORY NOS. 20-23 AND 28**

4. **DECLARATION OF LORI PANTEL IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MOTION TO COMPEL FURTHER RESPONSES TO MGA'S PHASE 1 INTERROGATORY NOS. 20-23 AND 28**

5. **DECLARATION OF SCOTT WATSON IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MOTION TO COMPEL FURTHER RESPONSES TO MGA'S PHASE 1 INTERROGATORY NOS. 20-23 AND 28**

6. **PROOF OF SERVICE**