1  THOMAS J. NOLAN (Bar No. 66992)
   (tnolan@skadden.com)
2  JASON D. RUSSELL (Bar No. 169219)
   (jrussell@skadden.com)
3  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4  300 South Grand Avenue, Suite 3400
   Los Angeles, CA  90071-3144
5  Tel.: (213) 687-5000
6  Fax: (213) 687-5600

7  Attorneys for The MGA Parties

8

9  JOHN B. QUINN (Bar No. 090378)
   (johnquinn@quinnemanuel.com)
10 MICHAEL T. ZELLER (Bar No. 196417)
   (michaelzeller@quinnemanuel.com)
11 QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   865 South Figueroa Street, 10th Floor
12 Los Angeles, California 90017-2543
   Telephone:  (213) 443-3000
13 Facsimile:   (213) 443-3100

14
   Attorneys for Mattel, Inc.
15

16                       UNITED STATED DISTRICT COURT

17                      CENTRAL DISTRICT OF CALIFORNIA

18                              SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, | CASE NO. CV 04-9049 DOC (RNBx) |
| Plaintiff, | Consolidated with Case No. 04-9059 and Case No. 05-2727 |
| v. | Honorable David O. Carter |
| MGA ENTERTAINMENT, INC., a California corporation, et al. | **STIPULATION REGARDING MONITOR'S ACCESS TO MATTEL DESIGN CENTER** |
| Defendant. | |
| AND CONSOLIDATED ACTIONS. | **Lodged under separate cover:** [PROPOSED] ORDER |

00505.07975/3130620.1

**WHEREAS**, the Monitor Patrick A. Fraioli, Jr. and Mattel, Inc. ("Mattel") have scheduled a meeting at Mattel's Design Center for September 31, 2009 in which the Monitor and his agents may be provided or otherwise exposed to Mattel product design and other sensitive, forward-looking competitive information;

**WHEREAS**, Mattel has requested, and the Monitor is amenable to agreeing, that such information from Mattel's Design Center not be shared with MGA Entertainment, Inc., MGA Entertainment (HK) Ltd., MGAE de Mexico S.RL. de C.V. and Isaac Larian (collectively, the "MGA Parties") and will be otherwise maintained in confidence unless and to the extent that Mattel agrees and/or the Court orders otherwise;

**WHEREAS**, the MGA Parties have agreed that they will not argue that Mattel has waived, lost, limited, diminished, compromised or otherwise forfeited the trade secret or confidential status of information solely by virtue of Mattel's providing the Monitor or his agents with access to it;

**NOW, THEREFORE**, Mattel, on the one hand, and the MGA Parties, on the other hand, by and through their counsel of record and subject to Court approval, hereby stipulate that:

1. The MGA Parties agree that they will not argue that Mattel has waived, lost, limited, diminished, compromised or otherwise forfeited the trade secret or confidential status of information solely by virtue of Mattel's providing the Monitor or his agents with access to it, including without limitation at the meeting at Mattel's Design Center for September 31, 2009 in which the Monitor and his agents may be provided or otherwise exposed to Mattel product design and other sensitive, forward-looking competitive information and in connection with follow-up disclosures as a result thereof.

2. Nothing in this stipulation shall be construed to grant, limit, diminish, compromise or waive the MGA Parties' right or ability to argue that the Mattel information to which the Monitor or his agents have been or will be provided or exposed to is not trade secret or not confidential for any reason other than to the extent that the MGA Parties agree

they will not argue that Mattel has waived, lost, limited, diminished, compromised or otherwise forfeited the trade secret or confidential status of information solely by virtue of Mattel's providing the Monitor or his agents with access to it. Furthermore, nothing in this stipulation shall be construed to grant, limit, diminish, compromise or waive the MGA Parties' right or ability to argue that they should be entitled to access, production or disclosure of any such information for any reason in connection with this or any other litigation.

**IT IS SO STIPULATED.**

DATED: September 30, 2009     SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: _____/s/ Jason D. Russell_____
Jason D. Russell
Attorneys for the MGA Parties

DATED: September 30, 2009     QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By: _____/s/ Michael T. Zeller_____
Michael T. Zeller
Attorneys for Mattel, Inc.