UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et. al.,<br><br>    Defendants. | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>[PROPOSED] ORDER ON STIPULATION REGARDING MONITOR'S ACCESS TO MATTEL DESIGN CENTER |
| AND CONSOLIDATED ACTIONS | |

00505.07975/3130661.1

[PROPOSED] ORDER

<u>[PROPOSED] ORDER</u>

Based on the concurrently filed Stipulation Regarding Monitor's Access to Mattel Design Center,

IT IS HEREBY ORDERED:

1. The Monitor and his agents shall maintain in confidence all information which the Monitor and his agents may be provided or otherwise be exposed to during the Monitor's meeting at Mattel's Design Center on September 31, 2009 and any related follow-up disclosures, unless and to the extent that Mattel agrees or this Court otherwise orders.

2. The MGA Parties will not argue that Mattel has waived, lost, limited, diminished, compromised or otherwise forfeited the trade secret or confidential status of information solely by virtue of Mattel's providing the Monitor or his agents with access to it, including without limitation at the meeting at Mattel's Design Center for September 31, 2009 in which the Monitor and his agents may be provided or otherwise exposed to Mattel product design and other sensitive, forward-looking competitive information and in connection with follow-up disclosures as a result thereof.

3. Nothing in this Order shall be construed to grant, limit, diminish, compromise or waive the MGA Parties' right or ability to argue that the Mattel information to which the Monitor or his agents have been or will be provided or exposed to is not trade secret or not confidential for any reason other than to the extent that the MGA Parties agree they will not argue that Mattel has waived, lost, limited, diminished, compromised or otherwise forfeited the trade secret or confidential status of information solely by virtue of Mattel's providing the Monitor or his agents with access to it. Furthermore, nothing in this Order shall be construed to grant, limit, diminish, compromise or waive the MGA Parties' right or ability to

1 | argue that they should be entitled to access, production or disclosure of any such
2 | information for any reason in connection with this or any other litigation.
3 |
4 | DATED:                    , 2009  _____
5 |                                    Hon. David O. Carter
  |                                    United States District Judge

00505.07975/3130661.1

-3-

[PROPOSED] ORDER