QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>               Plaintiff,<br><br>     vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.<br><br>               Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Date: Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br>**[To Be Heard By Discovery Master Robert O'Brien]**<br><br>DECLARATION OF BRIDGET A. HAULER IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGAE DE MEXICO'S AND MGA ENTERTAINMENT (HK) LTD.'S MOTION TO COMPEL RESPONSES TO INTERROGATORIES<br><br>Date:  TBD<br>Time:  TBD<br>Place: Arent Fox LLP<br>           555 West Fifth St.<br>           48th Floor<br>           Los Angeles, CA<br>           90013<br><br>Discovery Cut-off:    June 11, 2010<br>Pre-trial Conference: TBD<br>Trial Date:           TBD |

# DECLARATION OF BRIDGET A. HAULER

I, Bridget A. Hauler, declare as follows:

1. I am a member of the bar of the State of California and an associate at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of Minute Order, dated February 12, 2007.

3. Attached hereto as Exhibit 2 is a true and correct copy of Hearing Transcript, dated June 19, 2007.

4. Attached hereto as Exhibit 3 is a true and correct copy of Defendant's First Set of Interrogatories Propounded on Plaintiff, dated June 14, 2004.

5. Attached hereto as Exhibit 4 is a true and correct copy of Carter Bryant's Second Set of Interrogatories to Mattel, dated December 26, 2007.

6. Attached hereto as Exhibit 5 is a true and correct copy of MGA Entertainment, Inc.'s ("MGA's") First Set of Interrogatories to Mattel, dated February 4, 2005.

7. Attached hereto as Exhibit 6 is a true and correct copy of MGA's Second Set of Interrogatories to Mattel, dated December 4, 2007.

8. Attached hereto as Exhibit 7 is a true and correct copy of MGA's Amended Supplemental Interrogatory to Mattel Re Its Affirmative Defenses, dated December 6, 2007.

9. Attached hereto as Exhibit 8 is a true and correct copy of a letter from B. Dylan Proctor to Michael H. Page and Thomas J. Nolan, dated January 3, 2008.

10. Attached hereto as Exhibit 9 is a true and correct copy of excerpts from MGA's Motion To Compel Further Responses To MGA's First Set of Phase 2 Interrogatories And Second Set of Phase 2 Requests For Production, dated July 24, 2009.

11. Attached hereto as Exhibit 10 is a true and correct copy of Hearing Transcript, dated August 6, 2009.

12. Attached hereto as Exhibit 11 is a true and correct copy of Hearing Transcript, dated February 11, 2009.

13. Attached hereto as Exhibit 12 is a true and correct copy of a letter from Carolyn H. Mankey to Jon D. Corey and Michael T. Zeller, dated March 25, 2009.

14. Attached hereto as Exhibit 13 is a true and correct copy of a letter from Diane C. Hutnyan to Caroline H. Mankey, dated April 16, 2009.

15. Attached hereto as Exhibit 14 is a true and correct copy of MGA's First Set of Phase 2 Interrogatories, dated April 14, 2009.

16. Attached hereto as Exhibit 15 is a true and correct copy of MGA's Second Set of Phase 2 Requests for Production, dated April 14, 2009.

17. Attached hereto as Exhibit 16 is a true and correct copy of Mattel's Responses to MGA's First Set of Phase 2 Interrogatories, dated May 18, 2009.

18. Attached hereto as Exhibit 17 is a true and correct copy of the MGA Parties' Opposition to Motion to Compel MGA Mexico to Produce Documents and Things in Response to Mattel's First, Second and Third Sets of Requests for Production to MGA Mexico, dated July 22, 2009.

19. Attached hereto as Exhibit 18 is a true and correct copy of Scheduling Conference Transcript, dated February 12, 2007.

20. Attached hereto as Exhibit 19 is a true and correct copy of the Order Granting Joint Motion For Protective Order Regarding Mattel's Interrogatories, dated September 5, 2007.

21. Attached hereto as Exhibit 20 is a true and correct copy of a letter from Marshall Searcy to Jean Pierre Nogues, dated June 26, 2009.

22. Attached hereto as Exhibit 21 is a true and correct copy of MGA's and Bryant's Joint Motion for Protective Order, dated July 10, 2007.

23. Attached hereto as Exhibit 22 is a true and correct copy of Phase 2 Discovery Master Order No. 6, dated March 13, 2009.

24. Attached hereto as Exhibit 23 is a true and correct copy of Discovery Master Order Granting in Part and Denying in Part Mattel's Motion for Protective Order Regarding "Polly Pocket" Documents, dated April 19, 2007.

25. Attached hereto as Exhibit 24 is a true and correct copy of the Court's Order, dated September 22, 2009.

26. Attached hereto as Exhibit 25 is a true and correct copy of MGA's Complaint, dated April 13, 2005.

27. Attached hereto as Exhibit 26 is a true and correct copy of Phase 2 Discovery Order No. 3, dated March 10, 2009.

28. Attached hereto as Exhibit 27 is a true and correct copy of the Court's Order, dated December 3, 2008.

29. Attached hereto as Exhibit 28 is a true and correct copy of Order Denying Mattel's Motion To Compel Responses to Interrogatory Nos. 27-33, 36-40, 42, 45 and 47 by Carter Bryant, dated February 20, 2008.

30. Attached hereto as Exhibit 29 is a true and correct copy of Court's Order, dated May 21, 2009.

31. Attached hereto as Exhibit 30 is a true and correct copy of Mattel, Inc.'s Motion to Compel Production of Metadata, dated November 21, 2007.

32. Attached hereto as Exhibit 31 is a true and correct copy of MGA's Opposition to Mattel, Inc.'s Motion to Compel Production of Metadata, dated November 30, 2009.

33. Attached hereto as Exhibit 32 is a true and correct copy of the Order Regarding Mattel's Motion to Compel Production of Metadata, dated January 9, 2008.

34. Attached hereto as Exhibit 33 is a true and correct copy of relevant excerpts of Hearing Transcript, dated January 3, 2008.

35. Attached hereto as Exhibit 34 is a true and correct copy of MGA's Preliminary Response to Mattel's Motion for Letters of Request, dated February 15, 2008.

36. Attached hereto as Exhibit 35 is a true and correct copy of Phase 2 Discovery Master Order No. 52, dated August 26, 2009.

37. Attached hereto as Exhibit 36 is a true and correct copy of a letter from Michael Zeller to Todd Gordinier, dated September 4, 2009.

38. Attached hereto as Exhibit 37 is a true and correct copy of the Court's Order Granting Motion for Leave to Serve a Supplemental Interrogatory, dated December 3, 2007.

39. Attached hereto as Exhibit 38 is a true and correct copy of email from my partner Scott Kidman to Peter Villar, dated September 22, 2009.

40. Attached hereto as Exhibit 39 is a true and correct copy of Mattel's First Set of Requests for Document and Things to Isaac Larian (Phase 2), dated January 8, 2009.

41. Attached hereto as Exhibit 40 is a true and correct copy of Mattel's First Set of Requests for Document and Things to MGA (Phase 2), dated January 8, 2009.

42. Attached hereto as Exhibit 41 is a true and correct copy of Responses to Requests for Documents and Things to MGA (Phase 2), dated February 6, 2009.

43. Attached hereto as Exhibit 42 is a true and correct copy of relevant excerpts of Hearing Transcript, dated March 4, 2009.

44. Attached hereto as Exhibit 43 is a true and correct copy of Order Granting in Part and Denying in Part Mattel's Motion to Compel Responses To Interrogatory Nos. 27-44 and 46-50 By The MGA Parties, dated February 15, 2008.

45. Attached hereto as Exhibit 44 is a true and correct copy of a letter from William Molinski to Marshall Searcy, dated September 15, 2009.

46. Attached hereto as Exhibit 45 is a true and correct copy of MGA's Reply Memorandum in Support of Motion to Compel Further Responses to Phase 2 Interrogatories and Requests for Production, dated August 11, 2009.

47. Attached hereto as Exhibit 46 is a true and correct copy of excerpts from Hearing Transcript, dated September 22, 2009.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 1st day of October 2009, at Los Angeles, California.

/s/ Bridget A. Hauler
Bridget A. Hauler