# EXHIBIT 1

# ***Public Redacted***

# This Exhibit Is Filed Under Seal
# Pursuant To Protective Order

# EXHIBIT 2

# ***Public Redacted***

# This Exhibit Is Filed Under Seal
# Pursuant To Protective Order

# EXHIBIT 3

# ***Public Redacted***

# This Exhibit Is Filed Under Seal
# Pursuant To Protective Order

# EXHIBIT 4

# ***Public Redacted***

# This Exhibit Is Filed Under Seal
# Pursuant To Protective Order

# EXHIBIT 5

# ***Public Redacted***

# This Exhibit Is Filed Under Seal
# Pursuant To Protective Order

# EXHIBIT 6

# ***Public Redacted***

# This Exhibit Is Filed Under Seal

# Pursuant To Protective Order

# EXHIBIT 7

# ***Public Redacted***

# This Exhibit Is Filed Under Seal
# Pursuant To Protective Order

# EXHIBIT 8

# ***Public Redacted***

# This Exhibit Is Filed Under Seal
# Pursuant To Protective Order

# EXHIBIT 9

# ***Public Redacted***

# This Exhibit Is Filed Under Seal
# Pursuant To Protective Order

# EXHIBIT 10

# ***Public Redacted***

# This Exhibit Is Filed Under Seal
# Pursuant To Protective Order

# EXHIBIT 11

# ***Public Redacted***

# This Exhibit Is Filed Under Seal
# Pursuant To Protective Order

# EXHIBIT 12

# ***Public Redacted***

# This Exhibit Is Filed Under Seal
# Pursuant To Protective Order

# EXHIBIT 13

# ***Public Redacted***

# This Exhibit Is Filed Under Seal
# Pursuant To Protective Order

# EXHIBIT 14

# ***Public Redacted***

# This Exhibit Is Filed Under Seal
# Pursuant To Protective Order

# EXHIBIT 15

# ***Public Redacted***

# This Exhibit Is Filed Under Seal

# Pursuant To Protective Order

# EXHIBIT 16

# ***Public Redacted***

# This Exhibit Is Filed Under Seal
# Pursuant To Protective Order

# EXHIBIT 17

# ***Public Redacted***

# This Exhibit Is Filed Under Seal
# Pursuant To Protective Order

# EXHIBIT 18

# ***Public Redacted***

# This Exhibit Is Filed Under Seal
# Pursuant To Protective Order

# EXHIBIT 19

# ***Public Redacted***

# This Exhibit Is Filed Under Seal
# Pursuant To Protective Order

# EXHIBIT 20

# ***Public Redacted***

# This Exhibit Is Filed Under Seal

# Pursuant To Protective Order

# EXHIBIT 21

# ***Public Redacted***

# This Exhibit Is Filed Under Seal
# Pursuant To Protective Order

# EXHIBIT 22

# ***Public Redacted***

# This Exhibit Is Filed Under Seal
# Pursuant To Protective Order