QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with:<br>Case No. CV 04-09039<br>Case No. CV 05-02727<br><br>**PROOF OF SERVICE** |

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017.

On October 1, 2009, I served true copies of the following documents described as:

SEE ATTACHED DOCUMENT LIST

on the parties in this action as follows:

| | |
|---|---|
| Orrick, Herrington & Sutcliffe LLP<br>William A. Molinski<br>777 S. Figueroa Street, STE 3200<br>Los Angeles, CA 90017<br>wmolinski@orrick.com | **Attorneys for the MGA Parties** |
| Orrick, Herrington & Sutcliffe LLP<br>Annette L. Hurst<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94104<br>ahurst@orrick.com | **Attorneys for the MGA Parties** |
| Skadden, Arps, Slate, Meagher & Flom LLP<br>   Thomas J. Nolan, Esq.<br>   Jason Russell, Esq.<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA  90071<br>   tnolan@skadden.com<br>   jrussell@skadden.com | **Attorneys for the MGA Parties**<br><br><br>Telephone: 213.687.5000<br>Facsimile: 213.687.5600 |
| Overland Borenstein Scheper & Kim LLP<br>   Mark E. Overland, Esq.<br>   Alexander H. Cote, Esq.<br>601 W. 5th Street, 12th Floor<br>Los Angeles, CA 90017<br>   moverland@obsklaw.com<br>   acote@obsklaw.com | **Attorneys for *Carlos Gustavo Machado Gomez***<br><br><br>Telephone: 213.613.4655<br>Facsimile: 213.613.4656 |
| Bingham McCutchen LLP<br>Todd Gordinier, Esq.<br>Peter Villar, Esq.<br>600 Anton Boulevard, 18th Floor<br>Costa Mesa, CA 92626<br>todd.gordinier@bingham.com | **Attorneys for *Omni 808 Investors, LLC*** |

1 | **BY ELECTRONIC MAIL TRANSMISSION:** By electronic mail transmission
2 | from bridgethauler@quinnemanuel.com on October 1, 2009, by transmitting a PDF
3 | format copy of such document(s) to each such person at the e-mail address listed
4 | below their address(es). The document(s) was/were transmitted by electronic
5 | transmission and such transmission was reported as complete and without error.

6 |     I declare that I am employed in the office of a member of the bar of this
7 | court at whose direction the service was made.

9 |     Executed on October 1, 2009, at Los Angeles, California.

13 | Bridget Hauler

07975/3128092.1

Case No. CV 04-9049 SGL (RNBx)
PROOF OF SERVICE

## DOCUMENT LIST

1. MATTEL, INC.'S OPPOSITION TO MGAE DE MEXICO'S AND MGA ENTERTAINMENT (HK) LTD.'S MOTION TO COMPEL RESPONSES TO INTERROGATORIES; AND MEMORANDUM OF POINTS AND AUTHORITIES

2. MATTEL, INC.'S RESPONSE TO MGA'S STATEMENT IN SUPPORT OF MGAE DE MEXICO'S AND MGA ENTERTAINMENT (HK) LTD.'S MOTION TO COMPEL RESPONSES TO INTERROGATORIES

3. MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL (1) MATTEL'S OPPOSITION TO MGAE DE MEXICO'S AND MGA ENTERTAINMENT (HK) LTD.'S MOTION TO COMPEL RESPONSES TO INTERROGATORIES, (2) THE DECLARATION OF MARSHALL M. SEARCY AND EXHIBITS IN SUPPORT THEREOF, AND (3) RESPONSE TO MGA'S STATEMENT IN SUPPORT OF MGAE DE MEXICO'S AND MGA ENTERTAINMENT (HK) LTD.'S MOTION TO COMPEL RESPONSES TO INTERROGATORIES

4. [PROPOSED] ORDER GRANTING MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL (1) MATTEL'S OPPOSITION TO MGAE DE MEXICO'S AND MGA ENTERTAINMENT (HK) LTD.'S MOTION TO COMPEL RESPONSES TO INTERROGATORIES, (2) DECLARATION OF MARSHALL M. SEARCY AND EXHIBITS IN SUPPORT THEREOF, AND (3) RESPONSE TO MGA'S STATEMENT IN SUPPORT OF MGAE DE MEXICO'S AND MGA ENTERTAINMENT (HK) LTD.'S MOTION TO COMPEL RESPONSES TO INTERROGATORIES

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017.

On October 1, 2009, I served true copies of the following documents described as:

DECLARATION OF MARSHALL M. SEARCY IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGAE DE MEXICO'S AND MGA ENTERTAINMENT (HK) LTD.'S MOTION TO COMPEL RESPONSES TO INTERROGATORIES

on the parties in this action as follows:

| | |
|---|---|
| Orrick, Herrington & Sutcliffe LLP<br>Annette L. Hurst<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94104<br>ahurst@orrick.com | *Attorneys for the MGA Parties* |
| Bingham McCutchen LLP<br>Todd Gordinier, Esq.<br>Peter Villar, Esq.<br>600 Anton Boulevard, 18th Floor<br>Costa Mesa, CA 92626<br>todd.gordinier@bingham.com | *Attorneys for Omni 808 Investors, LLC* |

[√]   **BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on October 1, 2009, at Los Angeles, California.

Amy Kuzio

07975/3128092.1

Case No. CV 04-9049 SGL (RNBx)
PROOF OF SERVICE

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017.

On October 1, 2009, I served true copies of the following documents described as:

DECLARATION OF MARSHALL M. SEARCY IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGAE DE MEXICO'S AND MGA ENTERTAINMENT (HK) LTD.'S MOTION TO COMPEL RESPONSES TO INTERROGATORIES

on the parties in this action as follows:

| | |
|---|---|
| Orrick, Herrington & Sutcliffe LLP<br>William A. Molinski<br>777 S. Figueroa Street, STE 3200<br>Los Angeles, CA 90017 | **Attorneys for *the MGA Parties*** |
| Skadden, Arps, Slate, Meagher & Flom LLP<br>  Thomas J. Nolan, Esq.<br>  Jason Russell, Esq.<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90071 | **Attorneys for *the MGA Parties***<br><br><br>Telephone: 213.687.5000<br>Facsimile: 213.687.5600 |
| Overland Borenstein Scheper & Kim LLP<br>  Mark E. Overland, Esq.<br>  Alexander H. Cote, Esq.<br>601 W. 5th Street, 12th Floor<br>Los Angeles, CA 90017 | **Attorneys for *Carlos Gustavo Machado Gomez***<br><br>Telephone: 213.613.4655<br>Facsimile: 213.613.4656 |

[√] **PERSONAL**: By personally delivering the document listed above to the person(s) at the address(es) set forth above.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made

Executed on October 1, 2009, at Los Angeles, California.

Amy Kuzio

07975/3128092.1

Case No. CV 04-9049 SGL (RNBx)
PROOF OF SERVICE