| | |
|---|---|
| 1 | MELINDA HAAG (State Bar No. 132612) |
|  | mhaag@orrick.com |
| 2 | ANNETTE L. HURST (State Bar No. 148738) |
|  | ahurst@orrick.com |
| 3 | WARRINGTON S. PARKER III (State Bar No. 148003) |
|  | wparker@orrick.com |
| 4 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|  | The Orrick Building |
| 5 | 405 Howard Street |
|  | San Francisco, CA  94105-2669 |
| 6 | Telephone:   +1-415-773-5700 |
|  | Facsimile:    +1-415-773-5759 |
| 7 | |
| 8 | WILLIAM A. MOLINSKI (State Bar No. 145186) |
|  | wmolinski@orrick.com |
|  | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 9 | 777 South Figueroa Street, Suite 3200 |
|  | Los Angeles, CA  90017 |
| 10 | Telephone:   +1-213-629-2020 |
|  | Facsimile:    +1-213-612-2499 |
| 11 | |
|  | Attorneys for MGA Parties |

FILED 2009 SEP 28 PM 12:39
Lodged (proposed) order

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | Case No.  CV 04-9049-SGL (RNBx) |
| Plaintiff, | Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727 |
| v. | |
| MATTEL, INC., a Delaware corporation, | **APPLICATION TO FILE UNDER SEAL** |
| Defendant. | |
|  | Judge:    Hon. Stephen G. Larson |
| AND CONSOLIDATED ACTIONS | |

Pursuant to Civil Local Rule 79-5.1, the MGA Parties hereby submit this application for an order to file under seal the following documents:

**MGA PARTIES' OPPOSITION TO MATTEL, INC.'S EX PARTE APPLICATION FOR ORDER SHORTENING TIME FOR MGA AND LARIAN TO RESPOND TO REQUESTS FOR ADMISSION AND FOR PRODUCTION OF PRIVILEGE LOG**

The Opposition is designated "CONFIDENTIAL" under the January 4, 2005 Stipulated Protective Order entered in this action because they contain or reference information concerning documents designated as such. Accordingly, the Opposition should be filed under seal in order to maintain the confidentiality of the information contained therein and abide by the terms of the Court's order.

For the foregoing reasons, the MGA Parties respectfully request that the Court enter the concurrently filed [Proposed] Order granting this request to file the documents under seal.

Dated: September 16, 2009       ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____
    Warrington S. Parker III
    Attorneys for MGA Parties