ORIGINAL

1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
2    John B. Quinn (Bar No. 090378)
     johnquinn@quinnemanuel.com
3    Michael T. Zeller (Bar No. 196417)
     michaelzeller@quinnemanuel.com
4    Jon D. Corey (Bar No. 185066)
     joncorey@quinnemanuel.com
5  865 South Figueroa Street, 10th Floor
   Los Angeles, California 90017-2543
6  Telephone: (213) 443-3000
   Facsimile: (213) 443-3100

7  Attorneys for Mattel, Inc.

8                  UNITED STATES DISTRICT COURT

9                 CENTRAL DISTRICT OF CALIFORNIA

10                        EASTERN DIVISION

11 | MATTEL, INC., a Delaware corporation, | CASE NO. CV 04-9049 SGL (RNBx)
                                            Consolidated with
12 |                                        | Case No. CV 04-09059
   |              Plaintiff,                  Case No. CV 05-02727
13 |
   |         vs.                            | Hon. Stephen G. Larson
14 |
   | MGA ENTERTAINMENT, INC., et al,       | APPLICATION TO FILE UNDER SEAL
15 |                                          MATTEL, INC.'S OPPOSITION TO
   |                                          BINGHAM MCCUTCHEN'S MOTION
16 |              Defendants.                 FOR PARTIAL RECONSIDERATION OF
                                              ORDER NO. 51 REGARDING THE
17 |                                          PRODUCTION OF ATTORNEY FEE
   | AND CONSOLIDATED ACTIONS              | INFORMATION AND EXHIBITS 1, 2, 4,
18 |                                          5, 7 AND 11 TO THE DECLARATION OF
                                              B. DYLAN PROCTOR IN SUPPORT
19                                            THEREOF

20                                          [[Proposed] Order Filed Concurrently
                                            Herewith]
21
                                            **Phase 2**
22                                          Discovery Cut-off: June 1, 2010
                                            Pre-trial Conference: TBD
23                                          Trial Date: TBD

00505.07975/3122955.1

MATTEL. INC.'S APPLICATION TO FILE UNDER SEAL

|   |   |
|---|---|
| 1 | Pursuant to <u>Local Rule</u> 79-5.1 and the Stipulated Protective Order |
| 2 | entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully |
| 3 | requests that the Court order filed under seal Mattel, Inc.'s Opposition to Bingham |
| 4 | McCutchen's Motion for Partial Reconsideration of Order No. 51 Regarding the |
| 5 | Production of Attorney Fee Information (the "Opposition"), and Exhibits 1, 2, 4, 5, 7 |
| 6 | and 11 to the Declaration of B. Dylan Proctor in support thereof ("Proctor |
| 7 | Declaration"). |
| 8 | The Opposition quotes from and discusses documents and information |
| 9 | that Mattel and the MGA Parties have designated as "Confidential -- Attorney's |
| 10 | Eyes Only" pursuant to the Protective Order. Exhibits 1, 2, 4, 5, 7 and 11 to the |
| 11 | Proctor Declaration are documents that Mattel and the MGA Parties have designated |
| 12 | as "Confidential – Attorney's Eyes Only" pursuant to the Protective Order. |
| 13 | Accordingly, Mattel requests that the Court order that the Opposition and Exhibits 1, |
| 14 | 2, 4, 5, 7 and 11 to the Proctor Declaration be filed under seal. |

DATED: September 25, 2009

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Michael T. Zeller
  Michael T. Zeller
  Attorneys for Mattel, Inc.