THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
JASON D. RUSSELL (Bar No. 169219)
(jrussell@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071-3144
Tel.: (213) 687-5000/Fax: (213) 687-5600

Attorneys for Counter-Defendants,
MGA ENTERTAINMENT, INC., ISAAC LARIAN,
and MGA ENTERTAINMENT (HK) LIMITED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>　　　　　　Defendant.<br><br>AND CONSOLIDATED CASES. | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>Honorable David O. Carter<br><br>**BEFORE THE MONITOR**<br>**PER COURT ORDER**<br><br>*[PUBLIC REDACTED]* SUPPLEMENTAL DECLARATION OF JASON D. RUSSELL IN SUPPORT OF THE MGA PARTIES' STATEMENT OF POSITION REGARDING THE SCOPE OF THE RECALL AND IMPOUNDMENT<br><br>DATE: October 12, 2009<br>TIME: 9:30 a.m. |

I, Jason D. Russell, hereby declare as follows:

1. I am an attorney licensed to practice law in the State of California and a partner at the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, counsel of record for MGA Entertainment, Inc., Isaac Larian, and MGA Entertainment (HK) Limited (collectively, the "MGA Parties") in the above-captioned matter. I submit this Declaration in support of the MGA Parties' Statement Of Position Regarding The Scope Of The Recall And Impoundment and the MGA Parties' Response To Mattel, Inc.'s Submission Regarding The Scope Of The Court-Ordered Recall. Unless otherwise stated, I have personal knowledge of the facts set forth below and, if called as a witness, I could and would testify competently thereto.

2. Attached as Exhibit 17 is a true and correct copy of the Court's Order Re Expiration Of Temporary Receivership And Order Appointing MGA Monitor etc. (Dkt 5565) dated May 21, 2009.

3. Attached as Exhibit 18 are true and correct copies of additional excerpts from the exhibits to the Court's Order Granting Mattel, Inc.'s Motion For Permanent Injunction (Dkt 4443), dated December 3, 2008, specifically, Exhibit 5 pages 521-22 and Exhibit 7 in its entirety.

4. Attached as Exhibit 19 are true and correct copies of additional trial exhibits from the Phase 1 trial, specifically Trial Exhibits 504, 774, 14006, and 18712.

5. Attached as Exhibit 20 are true and correct copies of excerpts from the exhibits to the Declaration of Diane Hutnyan In Support Of Mattel's Motion for Permanent Injunction (Dkt 4320-4327), specifically, Exhibits 54-59, 129-131, 135-136, and 138-141. *[SEALED]*

6. Attached as Exhibit 21 is a true and correct copy of the Declaration of John Woolard In Support Of The MGA Parties' Opposition to Mattel's *Ex Parte* Application For Receiver (Dkt 4595) dated December 29, 2008. *[SEALED]*

7. Attached as Exhibit 22 is a true and correct copy of the Declaration of Ninette Pembleton ISO MGA Parties' Motion for Stay (Dkt 5398) dated May 7, 2009. *[SEALED]*

1

Supp. Decl. of Jason D. Russell ISO MGA Parties' Stmt. of Position Re: Scope Of Recall And Impoundment
Case No. CV 04-9049 DOC (RNBx)

8.  Attached as Exhibit 23 is a true and correct of the webpage at http://www.toysrus.com/product/index.jsp?productId=3060696# as printed October 4, 2009.

9.  Attached as Exhibit 24 are true and correct copies of the webpages at http://www.matteltoystore.com/locations.aspx, http://www.matteltoystore.com/discount-programs/toy-store-membership.aspx, http://www.matteltoystore.com/promotions/Coupons.aspx, and http://www.matteltoystore.com/Upload/city_of_industry/calendar/10October/Calendar.pdf as printed from www.matteltoystore.com on October 4 and October 5, 2009.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on October 5, 2009, at Los Angeles, California.

_____
Jason D. Russell

2

Supp. Decl. of Jason D. Russell ISO MGA Parties' Stmt. of Position Re: Scope Of Recall And Impoundment
Case No. CV 04-9049 DOC (RNBx)