QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  michaelzeller@quinnemanuel.com
  Jon D. Corey (Bar No. 185066)
  joncorey@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINEMENT, INC., et al.,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**SUPPLEMENTAL DECLARATION OF MICHAEL T. ZELLER IN SUPPORT OF MATTEL, INC.'S SUBMISSION TO THE MONITOR REGARDING THE SCOPE OF THE COURT-ORDERED RECALL**<br><br>Date: TBD<br>Time: TBD<br>Place: TBD<br><br>**Phase 2:**<br>Disc. Cut-off:    June 1, 2010<br>Pre-trial Con.:   TBD<br>Trial Date:       TBD |

**PUBLIC REDACTED VERSION**

## DECLARATION OF MICHAEL T. ZELLER

I, Michael T. Zeller, declare as follows:

1. I am a member of the bars of the States of California, New York and Illinois and a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for plaintiff and counter-defendant, Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. At a meeting on or about August 19, 2009 to discuss the recall with counsel for MGA and with counsel for the Monitor, ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

3. At a meeting on or about September 28, 2009 to discuss the recall with counsel for MGA and counsel for the Monitor, MGA's counsel claimed that MGA had spoken to retailers and that the retailers had told MGA that Mattel was not preparing a Bratz line for Spring 2010. MGA's counsel indicated that MGA would be submitting declarations to substantiate this claim on the recall briefing.

4. Attached as Exhibit 1 is a true and correct copy of MGA Parties' Opening Submission to the Monitor Regarding July 2009 Accounting Issues, dated September 25, 2009.

5. Attached as Exhibit 2 is a true and correct copy of the Stipulation Regarding Access to Mattel Design Center, dated September 30, 2009.

6.    Attached as Exhibit 3 is a true and correct copy of the Court's June 10, 2009 Order.

7.    Attached as Exhibit 4 are true and correct excerpts from Mattel, Inc.'s [Corrected] Notice of Motion and Motion for Permanent Injunction, dated September 30, 2008.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 5, 2009, at Los Angeles, California.

_____
Michael T. Zeller

Exhibit "1"

# EXHIBIT FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

Exhibit "2"

Case 2:04-cv-09049-DOC-RNB   Document 6898   Filed 09/30/2009   Page 1 of 3

```
 1  THOMAS J. NOLAN (Bar No. 66992)
    (tnolan@skadden.com)
 2  JASON D. RUSSELL (Bar No. 169219)
    (jrussell@skadden.com)
 3  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
    300 South Grand Avenue, Suite 3400
 4  Los Angeles, CA  90071-3144
    Tel.: (213) 687-5000
 5  Fax: (213) 687-5600
 6
 7  Attorneys for The MGA Parties
 8
 9  JOHN B. QUINN (Bar No. 090378)
    (johnquinn@quinnemanuel.com)
10  MICHAEL T. ZELLER (Bar No. 196417)
    (michaelzeller@quinnemanuel.com)
11  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
    865 South Figueroa Street, 10th Floor
12  Los Angeles, California 90017-2543
    Telephone:  (213) 443-3000
13  Facsimile:   (213) 443-3100
14
    Attorneys for Mattel, Inc.
15
                    UNITED STATED DISTRICT COURT
16
                    CENTRAL DISTRICT OF CALIFORNIA
17
                          SOUTHERN DIVISION
18
```

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, | CASE NO. CV 04-9049 DOC (RNBx) |
| Plaintiff, | Consolidated with Case No. 04-9059 and Case No. 05-2727 |
| v. | Honorable David O. Carter |
| MGA ENTERTAINMENT, INC., a California corporation, et al. | **STIPULATION REGARDING MONITOR'S ACCESS TO MATTEL DESIGN CENTER** |
| Defendant. | |
| AND CONSOLIDATED ACTIONS. | <u>Lodged under separate cover:</u> [PROPOSED] ORDER |

00505.07975/3130620.1

Stipulation Regarding Monitor's Access To Mattel Design Center
Case No. CV 04-9049 DOC (RNBx)

EXHIBIT 2
PAGE 14

1  WHEREAS, the Monitor Patrick A. Fraioli, Jr. and Mattel, Inc. ("Mattel") have
2  scheduled a meeting at Mattel's Design Center for September 31, 2009 in which the Monitor
3  and his agents may be provided or otherwise exposed to Mattel product design and other
4  sensitive, forward-looking competitive information;

5  WHEREAS, Mattel has requested, and the Monitor is amenable to agreeing, that
6  such information from Mattel's Design Center not be shared with MGA Entertainment, Inc.,
7  MGA Entertainment (HK) Ltd., MGAE de Mexico S.RL. de C.V. and Isaac Larian
8  (collectively, the "MGA Parties") and will be otherwise maintained in confidence unless
9  and to the extent that Mattel agrees and/or the Court orders otherwise;

10  WHEREAS, the MGA Parties have agreed that they will not argue that Mattel has
11  waived, lost, limited, diminished, compromised or otherwise forfeited the trade secret or
12  confidential status of information solely by virtue of Mattel's providing the Monitor or his
13  agents with access to it;

14  NOW, THEREFORE, Mattel, on the one hand, and the MGA Parties, on the other
15  hand, by and through their counsel of record and subject to Court approval, hereby stipulate
16  that:

17  1.   The MGA Parties agree that they will not argue that Mattel has waived, lost,
18  limited, diminished, compromised or otherwise forfeited the trade secret or confidential
19  status of information solely by virtue of Mattel's providing the Monitor or his agents with
20  access to it, including without limitation at the meeting at Mattel's Design Center for
21  September 31, 2009 in which the Monitor and his agents may be provided or otherwise
22  exposed to Mattel product design and other sensitive, forward-looking competitive
23  information and in connection with follow-up disclosures as a result thereof.

24  2.   Nothing in this stipulation shall be construed to grant, limit, diminish,
25  compromise or waive the MGA Parties' right or ability to argue that the Mattel information
26  to which the Monitor or his agents have been or will be provided or exposed to is not trade
27  secret or not confidential for any reason other than to the extent that the MGA Parties agree
28

Case 2:04-cv-09049-DOC-RNB   Document 6898   Filed 09/30/2009   Page 3 of 3

they will not argue that Mattel has waived, lost, limited, diminished, compromised or otherwise forfeited the trade secret or confidential status of information solely by virtue of Mattel's providing the Monitor or his agents with access to it. Furthermore, nothing in this stipulation shall be construed to grant, limit, diminish, compromise or waive the MGA Parties' right or ability to argue that they should be entitled to access, production or disclosure of any such information for any reason in connection with this or any other litigation.

**IT IS SO STIPULATED.**

DATED: September 30, 2009      SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: _____/s/ Jason D. Russell_____
Jason D. Russell
Attorneys for the MGA Parties

DATED: September 30, 2009      QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By: _____/s/ Michael T. Zeller_____
Michael T. Zeller
Attorneys for Mattel, Inc.

Exhibit "3"

**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUN 10 2009

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, | No. 09-55673 |
| Defendant-counter-claimant - Appellee | D.C. No. 2:04-cv-09049-SGL |
| v. | Central District of California, Los Angeles |
| MGA ENTERTAINMENT, INC.; et al., | |
| Counter-defendants - Appellants, | |
| CARTER BRYANT, an individual, | |
| Plaintiff-counter-defendant, | |
| CARLOS GUSTAVO MACHADO GOMEZ, an individual; et al., | |
| Counter-defendants, | |
| ANNE WANG, | |
| Third-party-defendant, | |
| OMNI 808 INVESTORS LLC, | |
| Movant. | |

KW/MOATT

EXHIBIT 2
PAGE 17

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>   Plaintiff-counter-defendant - Appellee<br>and<br><br>MGA ENTERTAINMENT, INC.; et al.,<br><br>   Counter-defendants - Appellees<br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>   Defendant-counter-claimant - Appellant,<br><br>CARLOS GUSTAVO MACHADO<br>GOMEZ, an individual; et al.,<br><br>   Counter-defendants. | No. 09-55812<br><br>D.C. No. 2:04-cv-09049-SGL<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Before: KOZINSKI, Chief Judge, PAEZ and TALLMAN, Circuit Judges.

    The parties' motions to exceed page limitations are granted.

    The parties' motions to seal documents are granted with one exception. The motion to seal the "Declaration of Isaac Larian in Support of Appellants' Reply" ("Larian Declaration") and "Exhibit A" thereto is denied. The parties agree that the Larian Declaration and its exhibit no longer need to be filed under seal.

    Mattel's objections to Exhibit A to the Larian Declaration, a letter from Sears Holdings, are overruled. The court has also considered the response by Mattel and supporting Supplemental Declaration of Michael T. Zeller.

KW/MOATT                              2                              09-55673



EXHIBIT 3
PAGE 18

MGA Entertainment, Inc., MGA Entertainment HK Ltd. and Isaac Larian's ("MGA's") motion for a stay pending appeal is denied. MGA has not met the prevailing standard to show a substantial likelihood of ultimate success on the merits. *See Hilton v. Braunskill*, 481 U.S. 770, 776 (1987).

MGA's unopposed motion to expedite the briefing and hearing is granted. The following briefing schedule governs these cross-appeals: MGA's principal brief is due July 10, 2009; Mattel's principal/response brief is due August 10, 2009; MGA's response/reply brief is due September 9, 2009; and Mattel's optional reply brief is due within 14 days after service of the response/reply brief. The briefs and all courtesy copies must be received by the court on or before the dates that the briefs are due. These cross-appeals will be calendared before the first available panel following the completion of briefing. The provisions of Ninth Circuit Rule 31-2.2(a) shall not apply to these cross-appeals. Any motions to extend time to file the briefs will be strongly disfavored.

Any pending motions not addressed by this order are referred to the panel that will hear the merits.

EXHIBIT 2
PAGE 79

Exhibit "4"

# EXHIBIT FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER