THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
JASON D. RUSSELL (Bar No. 169219)
(jrussell@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071-3144
Tel.: (213) 687-5000
Fax: (213) 687-5600

Attorneys for The MGA Parties


JOHN B. QUINN (Bar No. 090378)
(johnquinn@quinnemanuel.com)
MICHAEL T. ZELLER (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATED DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> MGA ENTERTAINMENT, INC., a California corporation, et al. <br><br> Defendant. <br><br> AND CONSOLIDATED ACTIONS. | CASE NO. CV 04-9049 DOC (RNBx) <br><br> Consolidated with Case No. 04-9059 and Case No. 05-2727 <br><br> Honorable David O. Carter <br><br> **STIPULATION REGARDING MGA ACCOUNTING STATEMENTS** <br><br> **Lodged under separate cover:** <br> [PROPOSED] ORDER |

07975/3140849.1

**WHEREAS**, in connection with the accounting of Bratz-related revenues, costs and profits ordered by the Court, MGA Entertainment, Inc., MGA Entertainment (HK) Ltd., MGAE de Mexico S.RL. de C.V. and Isaac Larian (together, the "MGA Parties") prepare and provide to the Monitor Patrick A. Fraioli, Jr. monthly statements of such revenues, costs and profits (the "Statements");

**WHEREAS**, Mattel, Inc. ("Mattel") has requested that the MGA Parties provide, and the MGA Parties have agreed to provide, the Statements to Mattel, both as to past Statements and Statements provided to the Monitor in the future;

**NOW, THEREFORE**, Mattel and the MGA Parties, by and through their counsel of record and subject to Court approval, hereby stipulate that:

1. The MGA Parties agree that they shall provide to Mattel the Statements that MGA provides to the Monitor at or about the time that they are provided to the Monitor.

2. This Stipulation is without prejudice as to the parties' respective positions on whether and to what extent the MGA Parties are or are not obligated to provide to Mattel the back-up or supporting documents for the Statements. Nothing in this Stipulation shall be construed to grant, limit, diminish, compromise or waive the MGA Parties' or Mattel's respective rights or ability to argue whether and to what extent such back-up or supporting documentation must or should be provided to Mattel, whether in discovery, in the context of the equitable accounting ordered by the Court or otherwise.

**IT IS SO STIPULATED.**

DATED: October 6, 2009    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: /s/ Jason D. Russell
Jason D. Russell
Attorneys for the MGA Parties

DATED: October 6, 2009    QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By: /s/ Michael T. Zeller
Michael T. Zeller
Attorneys for Mattel, Inc.