1

2

3

4

5

6

7

8

9

10

11

12

13

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, | CASE NO. CV 04-9049 DOC (RNBx) Consolidated with Case No. CV 04-09059 Case No. CV 05-02727 |
| Plaintiff, | |
| vs. | Hon. David O. Carter |
| MGA ENTERTAINMENT, INC., a California corporation, et. al., | [PROPOSED] ORDER ON STIPULATION REGARDING MGA ACCOUNTING STATEMENTS |
| Defendants. | |
| AND CONSOLIDATED ACTIONS | |

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

00505.07975/3143918.1

[PROPOSED] ORDER

Based on the concurrently filed Stipulation Regarding MGA Accounting Statements,

IT IS HEREBY ORDERED:

1.      The MGA Parties shall provide to Mattel the monthly accounting statements of Bratz-related revenues, costs and profits ("Statements") that MGA provides to the Monitor at or about the time that they are provided to the Monitor.

3.      Nothing in this Order shall be construed to prejudice the parties' respective positions on whether and to what extent the MGA Parties are or are not obligated to provide to Mattel the back-up or supporting documents for the Statements.  Nothing in this Order shall be construed to grant, limit, diminish, compromise or waive the MGA Parties' or Mattel's respective rights or ability to argue whether and to what extent such back-up or supporting documentation must or should be provided to Mattel, whether in discovery, in the context of the equitable accounting ordered by the Court or otherwise.

DATED:                        . 2009  _____
                                      Hon. David O. Carter
                                      United States District Judge