| | |
|---|---|
| 1 | MELINDA HAAG (State Bar No. 132612) |
| | mhaag@orrick.com |
| 2 | ANNETTE L. HURST (State Bar No. 148738) |
| | ahurst@orrick.com |
| 3 | WARRINGTON S. PARKER III (State Bar No. 148003) |
| | wparker@orrick.com |
| 4 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | The Orrick Building |
| 5 | 405 Howard Street |
| | San Francisco, CA 94105-2669 |
| 6 | Telephone: +1-415-773-5700 |
| | Facsimile: +1-415-773-5759 |
| 7 | |
| 8 | WILLIAM A. MOLINSKI (State Bar No. 145186) |
| | wmolinski@orrick.com |
| 9 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 777 South Figueroa Street, Suite 3200 |
| 10 | Los Angeles, CA 90017 |
| | Telephone: +1-213-629-2020 |
| 11 | Facsimile: +1-213-612-2499 |
| 12 | Attorneys for MGA Parties |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS<br><br>**Exhibits 1, 7, 8, 9 and 10 FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER** | Case No. CV 04-9049 DOC (RNBx)<br>Consolidated with: Case No. CV 04-9059 and Case No. CV 05-2727<br><br>**DISCOVERY MATTER**<br>[To Be Heard by Discovery Master Robert O'Brien]<br><br>**SUPPLEMENTAL DECLARATION OF ANTHONY DECORSO IN SUPPORT OF MGA DE MEXICO'S AND MGA ENTERTAINMENT HK, LTD.'S MOTION TO COMPEL FURTHER RESPONSES TO MGA DE MEXICO'S INTERROGATORIES NOS. 1-11 AND MGA ENTERTAINMENT HK'S INTERROGATORIES NOS. 1-25**<br><br>Date:   TBD<br>Time:   TBD<br><br>**Phase 2**<br>Discovery Cutoff:   June 11, 2009 |

# DECLARATION OF ANTHONY A. DeCORSO

I, Anthony A. De Corso, hereby declare as follows:

1. I am partner at the law firm of Orrick, Herrington & Sutcliffe LLP, attorneys of record for Plaintiff and Counter-Defendant MGA Entertainment, Inc. and Counter-Defendants MGA Entertainment HK, Ltd., MGAE de Mexico S.R.L. de C.V., and Isaac Larian ("MGA Parties"). Based on this representation, I am familiar with the events, pleadings, and discovery in this action and, if called upon as a witness, I could and would testify competently to the matters stated herein of my own personal knowledge. I make this declaration in support of the Motion To Compel Further Reponses To MGA Entertainment HK, Ltd. and MGAE de Mexico S.R.L. de C.V.'s Respective First Set of Phase 2 Interrogatories.

2. Attached hereto as **Exhibit 1** is a true and correct copy of Mattel's First Supplemental Objections and Responses to Interrogatory Nos. 20-23 and 28 in MGA's Second Set of Interrogatories dated July 31, 2009.

3. Attached hereto as **Exhibit 2** is a true and correct copy of Mattel's Third Set of Requests for Documents and Things to MGA Entertainment, Inc. dated September 16, 2009.

4. Attached hereto as **Exhibit 3** is a true and correct copy of Mattel's First Set of Requests for Documents and Things to MGAE de Mexico S.R.L. de C.V. dated November 21, 2007.

5. Attached hereto as **Exhibit 4** is a true and correct copy of Request for Judicial Assistance by the United States District Court for the Central District of California.

6. Attached hereto as **Exhibit 5** is a true and correct copy of Mattel's Supplemental Interrogatories dated January 9, 2008.

7. Attached hereto as **Exhibit 6** is a true and correct copy of [Public Redacted] Mattel's Motion to Compel Responses to Interrogatories and Production of Documents by MGA and Isaac Larian dated February 10, 2009.

8. Attached hereto as **Exhibit 7** is a true and correct copy of MGA's First Supplemental Responses to Mattel's Supplemental Interrogatories Nos. 56-63 dated July 8, 2009.

9. Attached hereto as **Exhibit 8** is a true and correct copy of Larian's First Supplemental Responses to Mattel's Supplemental Interrogatories Nos. 56-63 dated July 8, 2009.

10. Attached hereto as **Exhibit 9** is a true and correct copy of MGA's Second Supplemental Responses to Mattel's Supplemental Interrogatories Nos. 56-63 dated August 20, 2009.

11. Attached hereto as **Exhibit 10** is a true and correct copy of Larian's Second Supplemental Responses to Mattel's Supplemental Interrogatories Nos. 56-63 dated August 20, 2009.

12. On September 3, 2009, I, along with William Molinski and Melanie Phillips, participated in an in-person meet and confer session with Marshall Searcy and Curran Walker of Quinn Emanuel regarding Mattel's objections to the MGA HK Interrogatories and the MGA Mexico Interrogatories. At the meeting, Mattel made no mention that the information MGA seeks in the interrogatories is the subject of expert testimony or that it had already provided discovery concerning its RICO claims. I further have no recollection of volunteering to clarify the deficiencies with Mattel's allegations of predicate acts, thought I did reference them as an attempt to place square pegs in round holes. I do specifically recall

///
///
///
///
///
///
///

1 | Mr. Searcy agreeing to review Mattel's objections to provide its position with some
2 | of the ones that were clearly inapplicable. Mr. Searcy never responded with that
3 | review.
4 |     I declare under penalty of perjury under the laws of the United States the
5 | foregoing is true and correct, and that this declaration was executed this 9th day of
6 | October, 2009, at Los Angeles, California.

_____
Anthony A. DeCorso