# EXHIBIT 3

1 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   John B. Quinn (Bar No. 090378)
2 | johnquinn@quinnemanuel.com
   Michael T. Zeller (Bar No. 196417)
3 | (michaelzeller@quinnemanuel.com)
   Jon D. Corey (Bar No. 185066)
4 | (joncorey@quinnemanuel.com)
   Timothy L. Alger (Bar No. 160303)
5 | (timalger@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
6 | Los Angeles, California  90017-2543
   Telephone:  (213) 443-3000
7 | Facsimile:  (213) 443-3100

8 | Attorneys for Mattel, Inc.

9

10 |                UNITED STATES DISTRICT COURT

11 |                CENTRAL DISTRICT OF CALIFORNIA

12 |                     EASTERN DIVISION

13 | CARTER BRYANT, an individual,          CASE NO. CV 04-9049 SGL (RNBx)

14 |           Plaintiff,                   Consolidated with
                                           Case No. CV 04-09059
15 |      vs.                               Case No. CV 05-02727

16 | MATTEL, INC., a Delaware              MATTEL, INC.'S FIRST SET OF
     corporation,                          REQUESTS FOR DOCUMENTS AND
17 |                                        THINGS TO MGAE DE MEXICO,
             Defendant.                     S.R.L. DE C.V.
18 |

19 | AND CONSOLIDATED CASES

20

21

22 |           Pursuant to Rule 34 of the Federal Rules of Civil Procedure, MGAE de

23 | Mexico, S.R.L. de C.V. ("MGA Mexico") is required to make available for

24 | inspection and copying, the following documents within 30 days of service, at the

25 | offices of Quinn Emanuel Urquhart Oliver & Hedges, LLP, 865 South Figueroa

26 | Street, 10th Floor, Los Angeles, CA 90017.  MGA Mexico shall be obligated to

27 | supplement responses to these requests at such times and to the extent required by

28 | Rule 26(e) of the Federal Rules of Civil Procedure.

**EXHIBIT 3  Page 295**

07975/2278530.3

1   I.      **DEFINITIONS**

2           For purposes of these Requests, the following definitions apply:

3           A.      "YOU," "YOUR" and "MGA" mean MGAE de Mexico, S.R.L.

4   de C.V., and any PERSON acting directly or indirectly by, through, under or on

5   behalf of MGAE de Mexico, S.R.L. de C.V., including but not limited to current or

6   former directors, officers, employees, agents, contractors, attorneys, accountants, or

7   representatives of MGAE de Mexico, S.R.L. de C.V. and any corporation,

8   partnership, association, trust, parent, subsidiary, division, affiliate, predecessor-in-

9   interest and successor-in-interest, and any other PERSON acting on its behalf.

10          B.      "MATTEL" means Mattel, Inc. and all current or former

11  directors, officers, employees, agents, contractors, attorneys, accountants,

12  representatives, subsidiaries, divisions, affiliates, predecessors-in-interest and

13  successors-in-interest, and any other PERSON acting on its behalf, pursuant to its

14  authority or subject to its control.

15          C.      "BRATZ" means any project, product, doll or DESIGN ever

16  known by that name (whether in whole or in part and regardless of what such

17  project, product or doll is or has been also, previously or subsequently called) and

18  any product, doll or DESIGN or any portion thereof that is now or has ever been

19  known as, or sold or marketed under, the name or term "Bratz" (whether in whole or

20  in part and regardless of what such product, doll or DESIGN or portion thereof is or

21  has been also, previously or subsequently called) or that is now or has ever been

22  sold or marketed as part of the "Bratz" line, and each version or iteration of such

23  product, doll or DESIGN or any portion thereof.  As used herein, "product, doll or

24  DESIGNS or any portion thereof" also includes without limitation any names,

25  fashions, accessories, artwork, packaging or any other works, materials, matters or

26  items included or associated therewith.  Without limiting the generality of the

27  foregoing, the term "BRATZ" does not and shall not require that there be a doll

28

1   existing at the time of the event, incident or occurrence that is the subject of, or
2   otherwise relevant or responsive to, the Requests herein.

3       D.     "DESIGN" or "DESIGNS" means any and all representations,
4   whether two-dimensional or three-dimensional, and whether in tangible, digital,
5   electronic or other form, including but not limited to all works, designs, artwork,
6   sketches, drawings, illustrations, representations, depictions, blueprints, schematics,
7   diagrams, images, sculptures, prototypes, models, samples, rotocasts, reductions to
8   practice, developments, inventions and/or improvements, as well as all other items,
9   things and DOCUMENTS in which any of the foregoing are or have been
10  expressed, embodied, contained, fixed or reflected in any manner, whether in whole
11  or in part.

12      E.     "BRATZ DOLL" means any doll that is or has ever been
13  distributed, marketed, sold or offered for sale under the name "BRATZ" or as part of
14  the "BRATZ" line.

15      F.     "BRATZ PRODUCT" means any product, whether two-
16  dimensional or three-dimensional, and whether in tangible, digital, electronic or
17  other form: (i) that is or has ever been distributed, marketed or sold under the name
18  "Bratz" or as part of the "Bratz" line; (ii) depicts, incorporates, embodies, consists of
19  or REFERS OR RELATES TO BRATZ; and/or (iii) that is or has ever been
20  distributed, marketed or sold in any packaging that includes the name "Bratz" or
21  depicts, incorporates, embodies, consists of or REFERS OR RELATES TO
22  BRATZ.

23      G.     "BRATZ LICENSE" means any license that REFERS OR
24  RELATES TO any BRATZ PRODUCT.

25      H.     "BRATZ MOVIE" means any motion picture or film that
26  depicts, incorporates, embodies, consists of or REFERS OR RELATES TO BRATZ
27  or any BRATZ work.

28

**EXHIBIT 3  Page 297**

-3-

1    I.    "BRATZ TELEVISION SHOW" means any production
2    exhibited on television that depicts, incorporates, embodies, consists of or REFERS
3    OR RELATES TO BRATZ or any BRATZ work.

4    J.    "SYSTEM" or "SYSTEMS" means any computer or network of
5    computers or other network devices that allow two or more computers to share
6    information and equipment, including but not limited to local area networks, wide
7    area networks, storage area networks, client-server networks or peer-to-peer
8    networks.  The use of the term "SYSTEM" or "SYSTEMS" also includes the brand,
9    model number, technical specifications, and capacities of the computers who are
10   part of each such SYSTEM.

11   K.    "DIGITAL INFORMATION" means any information created or
12   stored digitally, including but not limited to electronically, magnetically or optically.

13   L.    "MACHADO" means Carlos Gustavo Machado Gomez, and all
14   of his current or former employees, agents, representatives, attorneys, accountants,
15   vendors, consultants, independent contractors, predecessors-in-interest and
16   successors-in-interest, and any other PERSON acting on his behalf, pursuant to his
17   authority or subject to his control.

18   M.    "TRUEBA" means Mariana Trueba Almada, and all of her
19   current or former employees, agents, representatives, attorneys, accountants,
20   vendors, consultants, independent contractors, predecessors-in-interest and
21   successors-in-interest, and any other PERSON acting on her behalf, pursuant to her
22   authority or subject to her control.

23   N.    "VARGAS" means Pablo Vargas San Jose, and all of his current
24   or former employees, agents, representatives, attorneys, accountants, vendors,
25   consultants, independent contractors, predecessors-in-interest and successors-in-
26   interest, and any other PERSON acting on his behalf, pursuant to his authority or
27   subject to his control.

28

07975/2278530.3

-4-

EXHIBIT 3  Page 298

MATTEL'S FIRST SET OF DOCUMENT REQUESTS TO MGAE DE MEXICO, S.R.L. DE C.V.

1          O.     "FORMER MATTEL EMPLOYEES" means any former

2    MATTEL employee who left MATTEL to join YOU, including but not limited to

3    MACHADO, TRUEBA and VARGAS.

4          P.     "MATTEL DOCUMENTS" means all DOCUMENTS authored

5    by MATTEL or taken from MATTEL and in the possession of MGA or any

6    FORMER MATTEL EMPLOYEE, including but not limited to those documents

7    which have been identified as Bates Numbers M 0019162-M 0019365, M 0019375-

8    M 0019491, M 0019492-M 0019586, M 0030576, M 0019587-M 0022008, M

9    0022009-M 0026076, M 0026077-M 0029024, M 0029025-M 0029042, M

10   0029043-M 0029044, M 0029045-M 0029050, M 0029051-M 0029053, M

11   0031471-M 0031473, M 0029054-M 0029255, M 0031474-M 0031485, M

12   0029226-M 0030163, M 0030164-M 0030173, M 0030174-M 0030183, M0030261-

13   M 0030268, M 0030269-M 0030278, M 0030440-M 0030441, M 0030505-M

14   0030575, M 0030577-M 0030608, M 0019366-M 0019374, M 0030184-M

15   0030240, M 0030254-M 0030260, M 0030279-M 0030439, M 0030442-M

16   0030470, M 0030471-M 0030501, M 0030609, M 0030610-M 0030625, M

17   0030626-M 0030674, M 0030241-M 0030253, M 0030502-M 0030504, M

18   0030675-M 0030754, M 0030755-M 0030756, M 0030770-M 0030782, M

19   0030757-M 0030769, M 0030783-M 0030788, M 0030789-M 0030799, M

20   0030800-M 0030834, M 0030835, M 0030836-M 0030838, M 0030839-M

21   0030841, M 0030842-M 0030845, M 0030846-M 0030850, M 0030851- M

22   0030959, M 0030960-M 0030972, M 0030973-M 0031141, M 0031142-M

23   0031153, M 0031154-M 0031162, M 0031163-M 0031172, M 0031173, M

24   0031174-M 0031206, M 0031207-M 0031223, M 0031224-M 0031229, M

25   0031230-M 0031247, M 0031248-M 0031258, M 0031259-M 0031262, M

26   0031263-M 0031264, M 0031265, M 0031266, M 0031267, M 0031268, M

27   0031269, M 0031270-M 0031278, M 0031279-M 0031280, M 0031281-M

28   0031282, M 0031283-M 0031291, M 0031292-M 0031470, M 0032318, M

07975/2278530.3

-5-

**EXHIBIT 3  Page 299**

MATTEL'S FIRST SET OF DOCUMENT REQUESTS TO MGAE DE MEXICO, S.R.L. DE C.V.

1  0031486-M 0031503, M 0031504-M 0031612, M 0031613-M 0031860, M
2  0031863-M 0031864, M 0031865-M 0031919, M 0031861-M 0031862, M
3  0031925-M 0032000, M 0031920-M 0031924, M 0032001-M 0032009, M
4  0032010-M 0032057, M 0032058, M 0032059-M 0032070, M 0032071-M
5  0032288, M 0032289, M 0032290-M 0032317, M 0059836-M 0059837, M
6  0075253-M 0075260, M 0075261-M 0075277, M 0075278-M 0075289, M
7  0075290-M 0075307, M 0075308-M 0075309, M 0075310-M 0075315, M
8  0075316-M 0075317, M 0075318-M 0075322, M 0075323-M 0075324, M
9  0075325, M 0075326-M 0075328, M 0075329-M 0075333, M 0075334-M
10 0075375, M 0075376-M 0075378, M 0075379-M 0075380, M 0075381-M
11 0075384, M 0075385, M 0075386-M 0075388, M 0075389, M 0075390, M
12 0075391, M 0075392-M 0075398, M 0075399-M 0075400, M 0075401-M
13 0075407, M 0075408, M 0075409-M 0075416, M 0075417-M 0075420, M
14 0075421, M 0075422-M 0075469, M 0075470-M 0075490, M 0075491-M
15 0075494, M 0075495-M 0075515, M 0075516-M 0075531, M 0075532-M
16 0075552, M 0075553-M 0075572, M 0075573, M 0075574-M 0075594, M
17 0075595-M 0075616, M 0075617, M 0075618-M 0075619, M 0075620-M
18 0075635, M 0075636-M 0075654, M 0075655-M 0075661, M 0075662-M
19 0075699, M 0075700-M 0075709, M 0075710-M 0075713, M 0075714-M
20 0075775, M 0075776-M 0075780, M 0075781-M 0075798, M 0075799-M
21 0075842, M 0075843-M 0075906, M 0075907-M 0075949, M 0075950-M
22 0076018, M 0076019, M 0076020-M 0076132, M 0076133-M 0076143, M
23 0076144-M 0076145, M 0076146-M 0076148, M 0076149-M 0076155, M
24 0076156-M 0076169, M 0076170-M 0076171, M 0076172-M 0076196, M
25 0076197-M 0076215, M 0076216-M 0076250, M 0076251-M 0076264, M
26 0076265-M 0076279, M 0076280, M 0076281-M 0076311, M 0076312-M
27 0076362, M 0076363-M 0076370, M 0076371, M 0076372-M 0076425, M
28 0076426-M 0076427, M 0076428-M 0076431, M 0076432- M 0076442, M

07975/2278530.3

-6-                                                    **EXHIBIT 3  Page 300**
MATTEL'S FIRST SET OF DOCUMENT REQUESTS TO MGAE DE MEXICO, S.R.L. DE C.V.

1 | 0076443-M 0076446, M 0100646-M 0100653, M 0098687-M 0098688, M
2 | 0098689-M 0098697, M 0098698-M 0098723, M 0098724-M 0098771, M
3 | 0098772-M 0098832, M 0098833-M 0098846, M 0098847-M 0098865, M
4 | 0098866-M 0098879, M 0098880-M 0098883, M 0098884-M 0098933, M
5 | 0098934-M 0098936, M 0098937-M 0098971, M 0098972-M 0099436, M
6 | 0099437-M 0099439, M 0099440-M 0099448, M 0099449-M 0099461, M
7 | 0099462-M 0099471, M 0099472-M 0099476, M 0099477-M 0099493, M
8 | 0099494-M 0099529, M 0099530-M 0099594, M 0099595-M 0099597, M
9 | 0099598-M 0099601, M 0099602-M 0099618, M 0099619-M 0099628, M
10 | 0099629-M 0099656, M 0099657-M 0099665, M 0099666-M 0099725, M
11 | 0099726-M 0100622, M 0100623-M 0100645, M 0100646-M 0100653, M
12 | 0100654-M 0100695, M 0100696-M 0100698, M 0100699-M 0100700, M
13 | 0100701-M 0100735, M 0100736-M 0100741, M 0100742-M 0100774, M
14 | 0100775-M 0100778, M 0100779-M 0100780, M 0100781, M 0100782, M
15 | 0100783-M 0100789, M 0100790-M 0100795, M 0100796-M 0100858, M
16 | 0100859-M 0100868, M 0100869-M 0100878, M 0100879-M 0100891, M
17 | 0100892-M 0100905, M 0100906-M 0100918, M 0100919-M 0100932, M
18 | 0100933-M 0100941, M 0100942-M 0100952, M 0100953, M 0100954-M
19 | 0100955, M 0100956-M 0100983, M 0100984-M 0101013, M 0101014-M
20 | 0101064, M 0101065 and M 0101069-M 0101128.

21          Q.     "DOCUMENT" or "DOCUMENTS" means all "writings" and

22 | "recordings" as those terms are defined in <u>Rule</u> 1001 of the <u>Federal Rules of</u>

23 | <u>Evidence</u> and <u>Rule</u> 34 of the <u>Federal Rules of Civil Procedure</u> and shall include all

24 | writings, including but not limited to handwriting, typewriting, printing, image,

25 | photograph, photocopy, digital file of any kind, transmittal by (or as an attachment

26 | to) electronic mail (including instant messages and text messages) or facsimile,

27 | video and audio recordings, and every other means of recording upon any tangible

28 | thing, any form of communication or representation, and any record thereby created,

07975/2278530.3

-7-

**EXHIBIT 3   Page 301**

MATTEL'S FIRST SET OF DOCUMENT REQUESTS TO MGAE DE MEXICO, S.R.L. DE C.V.

1  regardless of the manner in which the record has been stored, and all non-identical

2  copies of such DOCUMENTS, in the possession, custody, or control of YOU,

3  YOUR counsel, or any other PERSON acting on YOUR behalf.

4         R.     "COMMUNICATION," in the plural as well as the singular,

5  means any transmittal and/or receipt of information, whether such was oral or

6  written, and whether such was by chance, prearranged, formal or informal, and

7  specifically includes, but is not limited to, conversations in person, telephone

8  conversations, electronic mail (including instant messages and text messages),

9  voicemail, letters, memoranda, statements, media releases, magazine and newspaper

10  articles, and video and audio transmissions.

11         S.     "PERSON," in the plural as well as the singular, means any

12  natural person, association, partnership, corporation, joint venture, government

13  entity, organization, trust, institution, proprietorship, or any other entity recognized

14  as having an existence under the laws in United States or any other nation.

15         T.     "ACTION" refers to *Mattel, Inc. v. Bryant*, Case No. CV 04-

16  9059 SGL (RNBx), filed by Mattel on April 27, 2004, and the cases consolidated

17  therewith.

18         U.     "REFER OR RELATE TO" mean any and all of the following

19  terms and their synonyms:  refer to, discuss, constitute, evidence, pertain to,

20  mention, support, contradict, negate, bear on, touch on, contain, embody, reflect,

21  identify, state, deal with, concern, comment on, respond to, relevant to, or describe.

22         V.     "IDENTIFY" means the following:

23             (a)    with reference to an individual or individuals, means to

24  state, fully and separately as to each, such individual's full name, any known

25  business title, current or last known business affiliation, current or last known

26  residential address, current or last known business address, current or last known

27  relationship to MGA, and current or last known telephone number.

28

1           (b)    with reference to an entity or entities, means to state, fully

2  and separately as to each, such entity's full name, state (or country) of incorporation

3  or organization, present or last known address, and present or last known telephone

4  number.

5           (c)    with reference to any other DOCUMENT or

6  DOCUMENTS, means to describe each DOCUMENT by Bates number.  In the

7  event that a DOCUMENT does not have a Bates number, IDENTIFY means, with

8  respect to each such DOCUMENT, to provide a complete description of it such that

9  it may be the subject of a request for the production of documents, including by

10  stating the date, identity of the author, addressee(s), signatories, parties, or other

11  PERSONS identified therein, its present location or custodian and a description of

12  its contents.

13        W.    The singular form of a noun or pronoun includes within its

14  meaning the plural form of the noun or pronoun so used, and vice versa; the use of

15  the masculine form of a pronoun also includes within its meaning the feminine form

16  of the pronoun so used, and vice versa; the use of any tense of any verb includes

17  also within its meaning all other tenses of the verb so used, whenever such

18  construction results in a broader request for information; and "and" includes "or"

19  and vice versa, whenever such construction results in a broader disclosure of

20  documents or information.

21

22  **II.**    **INSTRUCTIONS**

23        A.    YOU are to produce all requested DOCUMENTS in YOUR

24  possession, custody or control.

25        B.    If YOU contend that YOU are not required to produce certain

26  DOCUMENTS called for by these Requests on the grounds of a privilege or

27  protection that YOU are not prepared to waive, identify each such DOCUMENT

28  and provide the following information:

07975/2785303                                -9-                         **EXHIBIT 3  Page 303**

MATTEL'S FIRST SET OF DOCUMENT REQUESTS TO MGAE DE MEXICO, S.R.L. DE C.V.

1.    the date and type of the DOCUMENT, the author(s) and all recipients;

2.    the privilege or protection that YOU claim permits YOU to withhold the DOCUMENT;

3.    the title and subject matter of the DOCUMENT;

4.    any additional facts on which YOU base YOUR claim of privilege or protection; and

5.    the identity of the current custodian of the original of the DOCUMENT.

C.    DOCUMENTS shall be produced in their original file folders, or in lieu thereof, any writing on the file folder from which each such DOCUMENT is taken shall be copied and appended to such DOCUMENT and the PERSON for whom or department, division or office for which the DOCUMENT or the file folder is maintained shall be identified.

D.    The DOCUMENTS should be produced in their complete and unaltered form. Attachments to DOCUMENTS should not be removed. The DOCUMENTS should not be cut-up, pasted over, redacted or altered in any way for any reason, including alleged nonrelevance. If emails are produced that had attachments, the attachments shall be attached when produced.

E.    DOCUMENTS in electronic form shall be produced in that form.

F.    In the event that any DOCUMENT called for by these requests has been destroyed or discarded, that DOCUMENT is to be identified by stating:

1.    the date and type of the DOCUMENT, the author(s) and all recipients;

2.    the DOCUMENT's date, subject matter, number of pages, and attachments or appendices;

3.    the date of destruction or discard, manner of destruction or discard, and reason for destruction or discard;

-10-

4.   the PERSONS who were authorized to carry out such destruction or discard;

5.   the PERSONS who have knowledge of the content, origins, distribution and destruction of the DOCUMENT; and

6.   whether any copies of the document exist and, if so, the name of the custodian of each copy.

## III.   REQUESTS FOR DOCUMENTS AND THINGS

REQUEST FOR PRODUCTION NO. 1:

A sample of each BRATZ PRODUCT including, without limitation, each BRATZ DOLL, sold by YOU or YOUR licensees.

REQUEST FOR PRODUCTION NO. 2:

All DOCUMENTS or tangible things that any of the FORMER MATTEL EMPLOYEES removed, sent or transferred from MATTEL or removed, deleted, copied, reproduced or transferred from any MATTEL computer or electronic storage device.

REQUEST FOR PRODUCTION NO. 3:

All DOCUMENTS which YOU contend were prepared by any FORMER MATTEL EMPLOYEE for the benefit of YOU at any time prior to April 20, 2004.

REQUEST FOR PRODUCTION NO. 4:

All DOCUMENTS authored by a MATTEL employee or for MATTEL's benefit.

07975/2278530.3

EXHIBIT 3  Page 305

-11-

MATTEL'S FIRST SET OF DOCUMENT REQUESTS TO MGAE DE MEXICO, S.R.L. DE C.V.

1  REQUEST FOR PRODUCTION NO. 5:

2          ALL DOCUMENTS that REFER or RELATE to ANY MATTEL

3  product, plan or business information.

4

5  REQUEST FOR PRODUCTION NO. 6:

6          Copies of all DOCUMENTS that were seized by Mexican authorities

7  from YOUR office or any facility of YOURS.

8

9  REQUEST FOR PRODUCTION NO. 7:

10          All DOCUMENTS that REFER OR RELATE TO the DOCUMENTS,

11  data and/or information that were seized by Mexican authorities from YOUR office

12  or any facility of YOURS.

13

14  REQUEST FOR PRODUCTION NO. 8:

15          All DOCUMENTS, including all COMMUNICATIONS, that REFER

16  OR RELATE TO the search of YOUR office or any facility of YOURS that was

17  conducted by Mexican authorities.

18

19  REQUEST FOR PRODUCTION NO. 9:

20          All DOCUMENTS that REFER OR RELATE TO the email account

21  <plot04@aol.com>, including but not limited to all emails and attachments sent

22  from, sent to, received by, transmitted by way of or through and/or stored in such

23  account in any manner.

24

25  REQUEST FOR PRODUCTION NO. 10:

26          All DOCUMENTS that REFER OR RELATE TO when the email

27  account <plot04@aol.com> was first registered, set up or established.

28

07975/2278530.3

-12-

EXHIBIT 3  Page 306

MATTEL'S FIRST SET OF DOCUMENT REQUESTS TO MGAE DE MEXICO, S.R.L. DE C.V.

REQUEST FOR PRODUCTION NO. 11:

All DOCUMENTS that IDENTIFY each PERSON who registered, set up, established or used the email account <plot04@aol.com>.

REQUEST FOR PRODUCTION NO. 12:

All DOCUMENTS that REFER OR RELATE TO the email account <argentrade@aol.com>, including but not limited to all emails and attachments sent from, sent to, received by, transmitted by way of or through and/or stored in such account in any manner.

REQUEST FOR PRODUCTION NO. 13:

All DOCUMENTS given, sent or transmitted from or shared by YOU to any FORMER MATTEL EMPLOYEE prior to April 20, 2004.

REQUEST FOR PRODUCTION NO. 14:

All DOCUMENTS given, sent or transmitted to or shared with YOU from or by, whether directly or indirectly, any of the FORMER MATTEL EMPLOYEES prior to April 20, 2004.

REQUEST FOR PRODUCTION NO. 15:

All COMMUNICATIONS between YOU and any of the FORMER MATTEL EMPLOYEES prior to April 20, 2004.

REQUEST FOR PRODUCTION NO. 16:

All COMMUNICATIONS between YOU and any of the FORMER MATTEL EMPLOYEES that REFER OR RELATE TO their employment or potential employment with YOU.

07975/2278530.3

-13-

**EXHIBIT 3  Page 307**

MATTEL'S FIRST SET OF DOCUMENT REQUESTS TO MGAE DE MEXICO, S.R.L. DE C.V.

REQUEST FOR PRODUCTION NO. 17:

All DOCUMENTS, including but not limited to COMMUNICATIONS that REFER OR RELATE TO agreements between YOU and any of the FORMER MATTEL EMPLOYEES that REFER OR RELATE TO their employment or potential employment with YOU, including all drafts of such agreements.

REQUEST FOR PRODUCTION NO. 18:

All DOCUMENTS that REFER OR RELATE TO the "analysis" prepared by MACHADO, TRUEBA and/or VARGAS and provided to MGA and or MGAE DE MEXICO, including but not limited to the "analysis" itself.

REQUEST FOR PRODUCTION NO. 19:

All DOCUMENTS that REFER OR RELATE TO MACHADO's transfer to the MGA office in Van Nuys, California.

REQUEST FOR PRODUCTION NO. 20:

All DOCUMENTS that REFER OR RELATE TO travel to Los Angeles, California by any of the FORMER MATTEL EMPLOYEES between January 1, 2004 and April 20, 2004.

REQUEST FOR PRODUCTION NO. 21:

All DOCUMENTS that REFER OR RELATE to any COMMUNICATIONS between YOU and any of the FORMER MATTEL EMPLOYEES prior to April 20, 2004, including without limitation all telephone records, logs, notes, calendars, planners, diaries, letters and other DOCUMENTS relating thereto.

07975/2278530.3

-14-

EXHIBIT 3  Page 308

MATTEL'S FIRST SET OF DOCUMENT REQUESTS TO MGAE DE MEXICO, S.R.L. DE C.V.

REQUEST FOR PRODUCTION NO. 22:

All DOCUMENTS that REFER OR RELATE to any COMMUNICATIONS between YOU and any of the FORMER MATTEL EMPLOYEES that REFER OR RELATE TO MATTEL.

REQUEST FOR PRODUCTION NO. 23:

ALL DOCUMENTS that REFER or RELATE to any of the FORMER MATTEL EMPLOYEES' employment with MATTEL including, without limitation, any agreement between YOU and MATTEL.

REQUEST FOR PRODUCTION NO. 24:

All DOCUMENTS, including but not limited to all COMMUNICATIONS with any PERSON, that REFER OR RELATE TO any of the FORMER MATTEL EMPLOYEES prior to April 20, 2004.

REQUEST FOR PRODUCTION NO. 25:

COMMUNICATIONS between YOU and any individual while that individual was still employed by MATTEL and all DOCUMENTS that REFER OR RELATE thereto.

REQUEST FOR PRODUCTION NO. 26:

All DOCUMENTS that REFER OR RELATE to any COMMUNICATIONS between Susana Kuemmerle and any of the FORMER MATTEL EMPLOYEES prior to April 20, 2004, including without limitation all telephone records, logs, notes, calendars, planners, diaries, letters and other DOCUMENTS relating thereto.

07975/2278530.3

-15-

**EXHIBIT 3  Page 309**

MATTEL'S FIRST SET OF DOCUMENT REQUESTS TO MGAE DE MEXICO, S.R.L. DE C.V.

REQUEST FOR PRODUCTION NO. 27:

All DOCUMENTS that REFER OR RELATE to any COMMUNICATION between any of the FORMER MATTEL EMPLOYEES and any of YOUR representatives or employees including, without limitation, Isaac Larian, prior to April 20, 2004, including without limitation all telephone records, logs, notes, calendars, planners, diaries, letters and other DOCUMENTS relating thereto.

REQUEST FOR PRODUCTION NO. 28:

All DOCUMENTS that REFER OR RELATE to meetings between YOU and any of the FORMER MATTEL EMPLOYEES prior to April 20, 2004, including without limitation notes or records that REFER OR RELATE to any such meetings.

REQUEST FOR PRODUCTION NO. 29:

All DOCUMENTS that REFER OR RELATE to meetings between Susana Kuemmerle and any of the FORMER MATTEL EMPLOYEES prior to April 20, 2004, including without limitation notes or records that REFER OR RELATE to any such meetings.

REQUEST FOR PRODUCTION NO. 30:

All DOCUMENTS that REFER OR RELATE to meetings between Isaac Larian and any of the FORMER MATTEL EMPLOYEES prior to April 20, 2004, including without limitation notes or records that REFER OR RELATE to any such meetings.

07975/2278530.3

-16-

**EXHIBIT 3  Page 310**

MATTEL'S FIRST SET OF DOCUMENT REQUESTS TO MGAE DE MEXICO, S.R.L. DE C.V.

**REQUEST FOR PRODUCTION NO. 31:**

All DOCUMENTS, including but not limited to all COMMUNICATIONS with any PERSON, that REFER OR RELATE TO any of the FORMER MATTEL EMPLOYEES' resignations or departures from MATTEL.

**REQUEST FOR PRODUCTION NO. 32:**

All DOCUMENTS, including but not limited to all COMMUNICATIONS with any PERSON, that REFER OR RELATE TO compensation, money or any other item of value paid to any of the FORMER MATTEL EMPLOYEES, promised to any FORMER MATTEL EMPLOYEE on anyone acting on their behalf, whether directly or indirectly, by YOU.

**REQUEST FOR PRODUCTION NO. 33:**

All DOCUMENTS, including but not limited to all COMMUNICATIONS with any PERSON, that REFER OR RELATE TO compensation, money or any other item of value paid to any of the FORMER MATTEL EMPLOYEES, promised to any FORMER MATTEL EMPLOYEE on anyone acting on their behalf, whether directly or indirectly, by LARIAN.

**REQUEST FOR PRODUCTION NO. 34:**

All DOCUMENTS, including but not limited to all COMMUNICATIONS with any PERSON, that REFER OR RELATE TO compensation, money or any other item of value paid to any of the FORMER MATTEL EMPLOYEES, promised to any FORMER MATTEL EMPLOYEE on anyone acting on their behalf, whether directly or indirectly, by Thomas Park.

**REQUEST FOR PRODUCTION NO. 35:**

YOUR phone records from January 1, 2002 through the present.

07975/2785303

-17-

**EXHIBIT 3  Page 311**

MATTEL'S FIRST SET OF DOCUMENT REQUESTS TO MGAE DE MEXICO, S.R.L. DE C.V.

REQUEST FOR PRODUCTION NO. 36:

All DOCUMENTS received by, shared with or disclosed to YOU, directly or indirectly, from any FORMER MATTEL EMPLOYEE authored by or for the benefit of MATTEL, or that REFER OR RELATE TO MATTEL, or any MATTEL product, plan, client, customer, current or former MATTEL employee, sales, advertising, marketing, analysis, tool or procedure.

REQUEST FOR PRODUCTION NO. 37:

To the extent not produced in response to any other Request for Production, all DOCUMENTS received by, shared with or disclosed to YOU, directly or indirectly, at any time after January 1, 1998 from any current or former MATTEL employee or MATTEL contractor that was authored by or for the benefit of MATTEL, or that REFER OR RELATE TO MATTEL, or any MATTEL product, plan, client, customer, current or former MATTEL employee, sales, advertising, marketing, analysis, tool or procedure.

REQUEST FOR PRODUCTION NO. 38:

All DOCUMENTS, including but not limited to all COMMUNICATIONS with any PERSON, that REFER OR RELATE TO YOUR receipt, reproduction, copying, storage, transmission, transfer, retention, destruction, deletion or use of any DOCUMENTS, data and/or information, including but not limited to any compilation of information, that was prepared, made, created, generated, assembled or compiled by or for MATTEL and that YOU received, directly or indirectly, from any FORMER MATTEL EMPLOYEE.

07975/2278530.3

-18-

EXHIBIT 3  Page 312

MATTEL'S FIRST SET OF DOCUMENT REQUESTS TO MGAE DE MEXICO, S.R.L. DE C.V.

1  REQUEST FOR PRODUCTION NO. 39:

2        To the extent not produced in response to any other Request for

3  Production, all DOCUMENTS, including but not limited to all

4  COMMUNICATIONS with any PERSON, that REFER OR RELATE TO YOUR

5  receipt, reproduction, copying, storage, transmission, transfer, retention, destruction,

6  deletion or use of any DOCUMENTS, data and/or information, including but not

7  limited to any compilation of information, that was prepared, made, created,

8  generated, assembled or compiled by or for MATTEL and that YOU received,

9  directly or indirectly, at any time after January 1, 1998 from any current or former

10  MATTEL employee or MATTEL contractor.

11

12  REQUEST FOR PRODUCTION NO. 40:

13        ALL DOCUMENTS that REFER or RELATE to efforts to destroy,

14  disable or otherwise interfere with the ability to access any MATTEL computer or

15  electronic storage device.

16

17  REQUEST FOR PRODUCTION NO. 41:

18        A copy of each personnel file that REFERS OR RELATES TO any of

19  the FORMER MATTEL EMPLOYEES.

20

21  REQUEST FOR PRODUCTION NO. 42:

22        All DOCUMENTS that REFER OR RELATE TO any of the FORMER

23  MATTEL EMPLOYEES' job titles and job duties in each position the FORMER

24  MATTEL EMPLOYEES held while employed by YOU.

25

26  REQUEST FOR PRODUCTION NO. 43:

27        All DOCUMENTS, including but not limited to all

28  COMMUNICATIONS, that REFER OR RELATE TO YOUR market planning or

1 | product development prepared, created, sent or transmitted, whether in whole or in
2 | part, by MACHADO at any time prior to April 30, 2005.

3

4 | **REQUEST FOR PRODUCTION NO. 44:**

5 | All DOCUMENTS, including but not limited to all
6 | COMMUNICATIONS, that REFER OR RELATE TO YOUR market planning or
7 | product development prepared, created, sent or transmitted, whether in whole or in
8 | part, by TRUEBA at any time prior to April 30, 2005.

9

10 | **REQUEST FOR PRODUCTION NO. 45:**

11 | All DOCUMENTS, including but not limited to all
12 | COMMUNICATIONS, that REFER OR RELATE TO YOUR promotional
13 | spending and activities prepared, created, sent or transmitted, whether in whole or in
14 | part, by VARGAS at any time prior to April 30, 2005.

15

16 | **REQUEST FOR PRODUCTION NO. 46:**

17 | All DOCUMENTS that REFER OR RELATE TO any promotions,
18 | bonuses, monetary incentives, payments, increases in benefits or pay, awards,
19 | transfers, warnings, admonishments, discipline, reprimands, demotions or
20 | terminations of or received by any of the FORMER MATTEL EMPLOYEES while
21 | employed by YOU, including without limitation all DOCUMENTS that REFER OR
22 | RELATE TO the reasons therefor.

23

24 | **REQUEST FOR PRODUCTION NO. 47:**

25 | DOCUMENTS sufficient to show all efforts that YOU take to maintain
26 | the secrecy of YOUR trade secrets, and the date YOU started such efforts, including
27 | but not limited to all policies and procedures related thereto.

28

07975/2278530.3

-20-

**EXHIBIT 3  Page 314**

MATTEL'S FIRST SET OF DOCUMENT REQUESTS TO MGAE DE MEXICO, S.R.L. DE C.V.

1  REQUEST FOR PRODUCTION NO. 48:

2         All DOCUMENTS that REFER OR RELATE TO any failures to

3  comply with YOUR efforts or violation of YOUR policies or procedure to maintain

4  the secrecy of YOUR trade secrets.

5

6  REQUEST FOR PRODUCTION NO. 49:

7         DOCUMENTS sufficient to IDENTIFY who failed to comply with

8  YOUR efforts or violated YOUR policies and procedures to maintain the secrecy of

9  YOUR trade secrets.

10

11  REQUEST FOR PRODUCTION NO. 50:

12         All DOCUMENTS that REFER OR RELATE TO any warning,

13  admonition, discipline or any other adverse employment action that YOU have

14  taken toward any of YOUR current or former employees for using a competitor's

15  confidential or proprietary information, trade secrets or intellectual property.

16

17  REQUEST FOR PRODUCTION NO. 51:

18         All DOCUMENTS that REFER OR RELATE TO the destruction, loss,

19  failure to preserve, or otherwise render unavailable or inaccessible any MATTEL

20  DOCUMENTS.

21

22  REQUEST FOR PRODUCTION NO. 52:

23         All DOCUMENTS that REFER OR RELATE TO the destruction, loss,

24  failure to preserve, or otherwise render unavailable or inaccessible any MATTEL

25  computer or electronic storage device.

26

27

28

07975/2278530.3

-21-

EXHIBIT 3  Page 315

MATTEL'S FIRST SET OF DOCUMENT REQUESTS TO MGAE DE MEXICO, S.R.L. DE C.V.

REQUEST FOR PRODUCTION NO. 53:

The original of any media or device on which any MATTEL DOCUMENT was provided, delivered, disclosed or shared with YOU.

REQUEST FOR PRODUCTION NO. 54:

The original of any MATTEL DOCUMENT provided, delivered, disclosed or shared with YOU.

REQUEST FOR PRODUCTION NO. 55:

All DOCUMENTS that YOU contend prove or that YOU will rely on in this ACTION to prove that YOU did not use or disclose any MATTEL DOCUMENT or any information contained in any MATTEL DOCUMENT.

REQUEST FOR PRODUCTION NO. 56:

All DOCUMENTS that YOU contend prove or that YOU will rely on in this ACTION to prove that MATTEL agreed or consented to or acquiesced in YOUR taking, use or possession of any MATTEL DOCUMENT.

REQUEST FOR PRODUCTION NO. 57:

All DOCUMENTS that YOU contend prove or that YOU will rely on in this ACTION to prove that YOU did not acquire any MATTEL DOCUMENT through improper means.

REQUEST FOR PRODUCTION NO. 58:

All DOCUMENTS that YOU contend prove or that YOU will rely on in this ACTION to prove that the information in the MATTEL DOCUMENTS does not derive independent economic value from not being generally known to the public or other persons who can obtain economic value from its use.

07975/2278530.3

-22-

EXHIBIT 3 Page 316

MATTEL'S FIRST SET OF DOCUMENT REQUESTS TO MGAE DE MEXICO, S.R.L. DE C.V.

1 | REQUEST FOR PRODUCTION NO. 59:

2        DOCUMENTS sufficient to IDENTIFY any MATTEL DOCUMENT

3 in YOUR possession, custody or control that YOU contend contains information

4 generally known to the public.

5

6 | REQUEST FOR PRODUCTION NO. 60:

7        DOCUMENTS sufficient to IDENTIFY any MATTEL DOCUMENT

8 in YOUR possession, custody or control that YOU contend does not contain

9 information from which PERSONS can obtain economic value from its disclosure

10 and use.

11

12 | REQUEST FOR PRODUCTION NO. 61:

13        All DOCUMENTS that YOU contend prove or that YOU will rely on

14 in this ACTION to prove that MATTEL did not take reasonable efforts under the

15 circumstances to maintain the secrecy of the information in the MATTEL

16 DOCUMENTS.

17

18 | REQUEST FOR PRODUCTION NO. 62:

19        All DOCUMENTS that REFER OR RELATE TO YOUR access to any

20 information in the MATTEL DOCUMENTS.

21

22 | REQUEST FOR PRODUCTION NO. 63:

23        All DOCUMENTS that REFER OR RELATE TO YOUR use or

24 disclosure of any information in the MATTEL DOCUMENTS.

25

26 | REQUEST FOR PRODUCTION NO. 64:

27        All DOCUMENTS that REFER OR RELATE TO YOUR non-use or

28 non-disclosure of any information in the MATTEL DOCUMENTS.

**EXHIBIT 3  Page 317**

REQUEST FOR PRODUCTION NO. 65:

All DOCUMENTS created, authored, modified or copied by YOU or for YOUR benefit that contain any portion of information contained in any MATTEL DOCUMENT.

REQUEST FOR PRODUCTION NO. 66:

DOCUMENTS sufficient to IDENTIFY the date of creation, modification, access or transmission of any DOCUMENT created, authored, modified or copied by YOU or for YOUR benefit that contains any portion of information contained in any MATTEL DOCUMENT.

REQUEST FOR PRODUCTION NO. 67:

DOCUMENTS sufficient to IDENTIFY each PERSON who created, accessed, modified, used, copied or transmitted any DOCUMENT created, authored, modified or copied by YOU or for YOUR benefit that contains any portion of information contained in any MATTEL DOCUMENT.

REQUEST FOR PRODUCTION NO. 68:

DOCUMENTS sufficient to IDENTIFY the date of creation, modification, access or transmission of any DOCUMENTS that REFER OR RELATE TO YOUR access to any information in the MATTEL DOCUMENTS.

REQUEST FOR PRODUCTION NO. 69:

DOCUMENTS sufficient to IDENTIFY each PERSON who created, accessed, modified, used, copied or transmitted any DOCUMENTS that REFER OR RELATE TO YOUR access to any information in the MATTEL DOCUMENTS.

07975/2278530.3

-24-

EXHIBIT 3  Page 318

MATTEL'S FIRST SET OF DOCUMENT REQUESTS TO MGAE DE MEXICO, S.R.L. DE C.V.

REQUEST FOR PRODUCTION NO. 70:

All DOCUMENTS that YOU contend prove or that YOU will rely on in this ACTION to prove that MATTEL suffered no harm caused by YOUR use and/or disclosure of any information in the MATTEL DOCUMENTS.

REQUEST FOR PRODUCTION NO. 71:

All DOCUMENTS that YOU contend prove or that YOU will rely on in this ACTION to prove that YOU obtained no benefit from YOUR use and/or disclosure of any information in the MATTEL DOCUMENTS.

REQUEST FOR PRODUCTION NO. 72:

All DOCUMENTS that REFER OR RELATE TO YOUR product or product line offerings, or contemplated or proposed product or product line offerings, for calendar year 2004, including without limitation YOUR product line lists for such time period and all DOCUMENTS that REFER OR RELATE TO changes or amendments or contemplated or proposed changes or amendments thereto.

REQUEST FOR PRODUCTION NO. 73:

All DOCUMENTS that REFER OR RELATE TO YOUR product or product line offerings, or contemplated or proposed product or product line offerings, for calendar year 2005, including without limitation YOUR product line lists for such time period and all DOCUMENTS that REFER OR RELATE TO changes or amendments or contemplated or proposed changes or amendments thereto.

EXHIBIT 3  Page 319

07975/2278530.3

-25-

MATTEL'S FIRST SET OF DOCUMENT REQUESTS TO MGAE DE MEXICO, S.R.L. DE C.V.

REQUEST FOR PRODUCTION NO. 74:

All DOCUMENTS that REFER OR RELATE TO YOUR product or product line offerings, or contemplated or proposed product or product line offerings, for calendar year 2006, including without limitation YOUR product line lists for such time period and all DOCUMENTS that REFER OR RELATE TO changes or amendments or contemplated or proposed changes or amendments thereto.

REQUEST FOR PRODUCTION NO. 75:

All DOCUMENTS that REFER OR RELATE TO YOUR product or product line offerings, or contemplated or proposed product or product line offerings, for calendar year 2007, including without limitation YOUR product line lists for such time period and all DOCUMENTS that REFER OR RELATE TO changes or amendments or contemplated or proposed changes or amendments thereto.

REQUEST FOR PRODUCTION NO. 76:

All DOCUMENTS that REFER OR RELATE TO YOUR corporate structure since January 1, 1999, including without limitation YOUR relationship with MGA Entertainment, Inc. and the IDENTITY of YOUR officers, directors, shareholders and employees since January 1, 1999.

REQUEST FOR PRODUCTION NO. 77:

To the extent not covered by other Requests, all DOCUMENTS, including without limitation all COMMUNICATIONS between YOU and any PERSON, that REFER OR RELATE TO any agreement or contract between MATTEL, on the one hand, and any former employee of MATTEL who has been

07975/2278530.3

-26-

**EXHIBIT 3 Page 320**

MATTEL'S FIRST SET OF DOCUMENT REQUESTS TO MGAE DE MEXICO, S.R.L. DE C.V.

hired, considered, solicited or interviewed for any position or potential position or employment by YOU .

REQUEST FOR PRODUCTION NO. 78:

All DOCUMENTS that REFER OR RELATE TO any effort by YOU to recruit employees or contractors who have been or are employed by or who have worked for MATTEL since January 1, 1999, including but not limited to advertising, media releases, brochures, articles, catalogs, handbooks, and public relations material.

REQUEST FOR PRODUCTION NO. 79:

DOCUMENTS sufficient to IDENTIFY every PERSON who has entered into a BRATZ LICENSE with YOU or anyone acting on YOUR behalf.

REQUEST FOR PRODUCTION NO. 80:

DOCUMENTS sufficient to IDENTIFY by product name, product number and SKU each BRATZ PRODUCT including, without limitation, each BRATZ DOLL, sold by YOU or YOUR licensees.

REQUEST FOR PRODUCTION NO. 81:

DOCUMENTS sufficient to show the number of units of each BRATZ DOLL sold by YOU or YOUR licensees.

REQUEST FOR PRODUCTION NO. 82:

DOCUMENTS sufficient to show the revenue received by YOU from the sale of each BRATZ DOLL sold by YOU or YOUR licensees.

EXHIBIT 3  Page 321

1  REQUEST FOR PRODUCTION NO. 83:

2          DOCUMENTS sufficient to show YOUR cost of goods sold, unit cost

3  and other costs for each BRATZ DOLL sold by YOU or YOUR licensees.

4

5  REQUEST FOR PRODUCTION NO. 84:

6          All DOCUMENTS that evidence, reflect or REFER OR RELATE TO

7  YOUR profits from the sale of each BRATZ DOLL sold by YOU or YOUR

8  licensees.

9

10 REQUEST FOR PRODUCTION NO. 85:

11         For each customer to whom YOU or YOUR licensees have ever sold

12 any BRATZ DOLL, DOCUMENTS sufficient to show the number of units of each

13 such BRATZ DOLL sold by YOU or YOUR licensees to that customer.

14

15 REQUEST FOR PRODUCTION NO. 86:

16         For each customer to whom YOU or YOUR licensees have ever sold

17 any BRATZ DOLL, DOCUMENTS sufficient to show the revenue received by

18 YOU from each such BRATZ DOLL sold by YOU or YOUR licensees to that

19 customer.

20

21 REQUEST FOR PRODUCTION NO. 87:

22         For each customer to whom YOU or YOUR licensees have ever sold

23 any BRATZ DOLL, DOCUMENTS sufficient to show YOUR profits from each

24 such BRATZ DOLL sold by YOU or YOUR licensees to that customer.

25

26 REQUEST FOR PRODUCTION NO. 88:

27         DOCUMENTS sufficient to show customer returns to YOU of BRATZ

28 DOLLS sold or distributed by YOU or YOUR licensees.

1    REQUEST FOR PRODUCTION NO. 89:

2         DOCUMENTS sufficient to show customer rebates or credits given by

3    YOU or YOUR licensees to customers in connection with BRATZ DOLLS.

4

5    REQUEST FOR PRODUCTION NO. 90:

6         DOCUMENTS sufficient to show, by product number or SKU, the

7    number of units of each BRATZ DOLL sold by YOU or YOUR licensees.

8

9    REQUEST FOR PRODUCTION NO. 91:

10        DOCUMENTS sufficient to show, by product number or SKU, the

11   revenue received by YOU from the sale of each BRATZ DOLL sold by YOU or

12   YOUR licensees.

13

14   REQUEST FOR PRODUCTION NO. 92:

15        DOCUMENTS sufficient to show, by product number or SKU, YOUR

16   cost of goods sold, unit cost and other costs for each BRATZ DOLL sold by YOU

17   or YOUR licensees.

18

19   REQUEST FOR PRODUCTION NO. 93:

20        All DOCUMENTS that evidence, reflect or REFER OR RELATE TO

21   YOUR profits, by product number or SKU, from the sale of each BRATZ DOLL

22   sold by YOU or YOUR licensees.

23

24   REQUEST FOR PRODUCTION NO. 94:

25        For each customer to whom YOU or YOUR licensees have ever sold

26   any BRATZ DOLL, DOCUMENTS sufficient to show, by product number or SKU,

27   the number of units of each such BRATZ DOLL sold by YOU or YOUR licensees

28   to that customer.

EXHIBIT 3  Page 323

07975/22785303

-29-

MATTEL'S FIRST SET OF DOCUMENT REQUESTS TO MGAE DE MEXICO, S.R.L. DE C.V.

1  REQUEST FOR PRODUCTION NO. 95:

2       For each customer to whom YOU or YOUR licensees have ever sold
3  any BRATZ DOLL, DOCUMENTS sufficient to show, by product number or SKU,
4  the revenue received by YOU from each such BRATZ DOLL sold by YOU or
5  YOUR licensees to that customer.

6

7  REQUEST FOR PRODUCTION NO. 96:

8       For each customer to whom YOU or YOUR licensees have ever sold
9  any BRATZ DOLL, DOCUMENTS sufficient to show, by product number or SKU,
10 YOUR profits from each such BRATZ DOLL sold by YOU or YOUR licensees to
11 that customer.

12

13 REQUEST FOR PRODUCTION NO. 97:

14      DOCUMENTS sufficient to show the revenue and profits derived by
15 YOU from the sale by YOU or YOUR licensees of BRATZ DOLLS including,
16 without limitation, DOCUMENTS sufficient to show sales revenue, costs of goods
17 sold, variable costs, gross margins, royalties paid and received, gross profits and net
18 profits.

19

20 REQUEST FOR PRODUCTION NO. 98:

21      DOCUMENTS sufficient to show the number of units of each BRATZ
22 PRODUCT sold by YOU or YOUR licensees.

23

24 REQUEST FOR PRODUCTION NO. 99:

25      DOCUMENTS sufficient to show the revenue received by YOU from
26 the sale of each BRATZ PRODUCT sold by YOU or YOUR licensees.

27

28

07975/2278530.3

-30-

EXHIBIT 3  Page 324

MATTEL'S FIRST SET OF DOCUMENT REQUESTS TO MGAE DE MEXICO, S.R.L. DE C.V.

1  REQUEST FOR PRODUCTION NO. 100:

2          DOCUMENTS sufficient to show YOUR cost of goods sold, unit cost

3  and other costs for each BRATZ PRODUCT sold by YOU or YOUR licensees.

4

5  REQUEST FOR PRODUCTION NO. 101:

6          All DOCUMENTS that evidence, reflect or REFER OR RELATE TO

7  YOUR profits from the sale of each BRATZ PRODUCT sold by YOU or YOUR

8  licensees.

9

10  REQUEST FOR PRODUCTION NO. 102:

11          DOCUMENTS sufficient to IDENTIFY all customers to whom YOU

12  or YOUR licensees have ever sold any BRATZ PRODUCT.

13

14  REQUEST FOR PRODUCTION NO. 103:

15          For each customer to whom YOU or YOUR licensees have ever sold

16  any BRATZ PRODUCT, DOCUMENTS sufficient to show the number of units of

17  each such BRATZ PRODUCT sold by YOU or YOUR licensees to that customer.

18

19  REQUEST FOR PRODUCTION NO. 104:

20          For each customer to whom YOU or YOUR licensees have ever sold

21  any BRATZ PRODUCT, DOCUMENTS sufficient to show the revenue received by

22  YOU from each such BRATZ PRODUCT sold by YOU or YOUR licensees to that

23  customer.

24

25  REQUEST FOR PRODUCTION NO. 105:

26          For each customer to whom YOU or YOUR licensees have ever sold

27  any BRATZ PRODUCT, DOCUMENTS sufficient to show YOUR profits from

28  each such BRATZ PRODUCT sold by YOU or YOUR licensees to that customer.

**EXHIBIT 3 Page 325**

-31-

1  REQUEST FOR PRODUCTION NO. 106:

2      DOCUMENTS sufficient to show customer returns to YOU of BRATZ

3  PRODUCTS sold or distributed by YOU or YOUR licensees.

4

5  REQUEST FOR PRODUCTION NO. 107:

6      DOCUMENTS sufficient to show customer rebates and credits given

7  by YOU or YOUR licensees to customers in connection with BRATZ PRODUCTS.

8

9  REQUEST FOR PRODUCTION NO. 108:

10      DOCUMENTS sufficient to show, by product number or SKU, the

11  number of units of each BRATZ PRODUCT sold by YOU or YOUR licensees.

12

13  REQUEST FOR PRODUCTION NO. 109:

14      DOCUMENTS sufficient to show, by product number or SKU, the

15  revenue received by YOU from the sale of each BRATZ PRODUCT sold by YOU

16  or YOUR licensees.

17

18  REQUEST FOR PRODUCTION NO. 110:

19      DOCUMENTS sufficient to show, by product number or SKU, YOUR

20  cost of goods sold, unit cost and other costs for each BRATZ PRODUCT sold by

21  YOU or YOUR licensees.

22

23  REQUEST FOR PRODUCTION NO. 111:

24      All DOCUMENTS that evidence, reflect or REFER OR RELATE TO

25  YOUR profits, by product number or SKU, from the sale of each BRATZ

26  PRODUCT sold by YOU or YOUR licensees.

27

28

07975/2278530.3

-32-

**EXHIBIT 3  Page 326**

MATTEL'S FIRST SET OF DOCUMENT REQUESTS TO MGAE DE MEXICO, S.R.L. DE C.V.

REQUEST FOR PRODUCTION NO. 112:

For each customer to whom YOU or YOUR licensees have ever sold any BRATZ PRODUCT, DOCUMENTS sufficient to show, by product number or SKU, the number of units of each such BRATZ PRODUCT sold by YOU or YOUR licensees to that customer.

REQUEST FOR PRODUCTION NO. 113:

For each customer to whom YOU or YOUR licensees have ever sold any BRATZ PRODUCT, DOCUMENTS sufficient to show, by product number or SKU, the revenue received by YOU from each such BRATZ PRODUCT sold by YOU or YOUR licensees to that customer.

REQUEST FOR PRODUCTION NO. 114:

DOCUMENTS sufficient to show the revenue and profits derived by YOU from the sale by YOU or YOUR licensees of BRATZ PRODUCTS including, without limitation, DOCUMENTS sufficient to show sales revenue, costs of goods sold, variable costs, gross margins, royalties paid and received, gross profits and net profits.

REQUEST FOR PRODUCTION NO. 115:

DOCUMENTS sufficient to show the revenue and profits derived by YOU from BRATZ MOVIES including, without limitation, DOCUMENTS sufficient to show sales revenue, costs of goods sold, variable costs, gross margins, royalties paid and received, gross profits and net profits.

REQUEST FOR PRODUCTION NO. 116:

DOCUMENTS sufficient to show the revenue and profits derived by YOU from BRATZ TELEVISION SHOWS including, without limitation,

**EXHIBIT 3 Page 327**

DOCUMENTS sufficient to show sales revenue, costs of goods sold, variable costs, gross margins, royalties paid and received, gross profits and net profits.

REQUEST FOR PRODUCTION NO. 117:

All DOCUMENTS that describe YOUR cost allocation procedures.

REQUEST FOR PRODUCTION NO. 118:

YOUR general ledgers from January 1, 2002 through the present.

REQUEST FOR PRODUCTION NO. 119:

All quarterly and annual profit and loss statements for BRATZ.

REQUEST FOR PRODUCTION NO. 120:

All sales, profit and cash flow projections or forecasts for BRATZ DOLLS, BRATZ PRODUCTS, BRATZ MOVIES and BRATZ TELEVISION SHOWS.

REQUEST FOR PRODUCTION NO. 121:

All tax returns filed by YOU, including all schedules and work papers that REFER OR RELATE TO the preparation and filing of YOUR tax returns.

REQUEST FOR PRODUCTION NO. 122:

All DOCUMENTS that REFER OR RELATE TO the value of the BRATZ brand.

REQUEST FOR PRODUCTION NO. 123:

DOCUMENTS sufficient to calculate YOUR net worth on a yearly basis for each year from 2002 to the present.

07975/2278530.3

-34-

**EXHIBIT 3  Page 328**

MATTEL'S FIRST SET OF DOCUMENT REQUESTS TO MGAE DE MEXICO, S.R.L. DE C.V.

1 | REQUEST FOR PRODUCTION NO. 124:

2 | All monthly, quarterly and annual financial reports, including financial
3 | statements (both audited and unaudited) for the years 2002 to the present.

4

5 | REQUEST FOR PRODUCTION NO. 125:

6 | ' All DOCUMENTS that evidence, reflect or REFER OR RELATE TO
7 | the BRATZ DOLL's share of the fashion doll market in Mexico including, without
8 | limitation, the extent to which BRATZ has been or is gaining or losing market share
9 | in the Mexico fashion doll market.

10

11 | REQUEST FOR PRODUCTION NO. 126:

12 | All DOCUMENTS or tangible things any of the FORMER MATTEL
13 | EMPLOYEES removed, sent or transferred from any office of MATTEL or
14 | removed, deleted, copied, reproduced or transferred from any MATTEL computer
15 | or electronic storage device.

16

17 | REQUEST FOR PRODUCTION NO. 127:

18 | All DOCUMENTS that REFER OR RELATE TO the hiring,
19 | engagement, or retention by YOU of any current or former MATTEL employee or
20 | contractor since January 1, 1999, including but not limited to all employment
21 | agreements and agreements that REFER OR RELATE TO confidentiality or the
22 | invention, authorship, or ownership of any concept or product.

23

24 | REQUEST FOR PRODUCTION NO. 128:

25 | All DOCUMENTS, since January 1, 1999, that REFER OR RELATE
26 | TO YOUR receipt, reproduction, copying, storage, transmission, transfer, retention,
27 | destruction, deletion or use of any DOCUMENTS or DIGITAL INFORMATION,
28 | including but not limited to any compilation of information, that was prepared,

07975/2278530.3

**EXHIBIT 3  Page 329**

-35-

MATTEL'S FIRST SET OF DOCUMENT REQUESTS TO MGAE DE MEXICO, S.R.L. DE C.V.

1  made, created, generated, assembled or compiled by or for MATTEL and that was

2  not publicly available at the time of YOUR receipt of such DOCUMENT or

3  DIGITAL INFORMATION.

4

5  REQUEST FOR PRODUCTION NO. 129:

6       All DOCUMENTS, since January 1, 1999, that REFER OR RELATE

7  TO YOUR knowledge of any DESIGN created by, on behalf of, or at the behest of

8  MATTEL, or created by any PERSON employed by or under contract with

9  MATTEL at the time of the DESIGN's creation, that was not manufactured for sale

10  or placed into the retail market.

11

12  REQUEST FOR PRODUCTION NO. 130:

13       All DOCUMENTS, since January 1, 1999, that REFER OR RELATE

14  TO YOUR receipt, reproduction, copying, storage, transmission, transfer, retention,

15  destruction, deletion or use of any MATTEL line list or other DOCUMENT

16  prepared by MATTEL identifying MATTEL products in the planning, design or

17  development phase.

18

19  REQUEST FOR PRODUCTION NO. 131:

20       All DOCUMENTS that YOU knew or were informed that, or ever had

21  any reason to believe, had been or were created by or originated from MATTEL,

22  other than MATTEL products that YOU purchased at retail.

23

24  REQUEST FOR PRODUCTION NO. 132:

25       All COMMUNICATIONS between YOU and any PERSON that

26  REFER OR RELATE TO the retention or destruction of DOCUMENTS or

27  DIGITAL INFORMATION between January 1, 1999 and the present.

28

**EXHIBIT 3  Page 330**

-36-

1   REQUEST FOR PRODUCTION NO. 133:

2         All DOCUMENTS that REFER OR RELATE TO the retention or

3   destruction policies, procedures and practices for YOUR DOCUMENTS and

4   DIGITAL INFORMATION that REFER OR RELATE TO BRATZ since January 1,

5   2003, including without limitation the retention or destruction of DOCUMENTS

6   and DIGITAL INFORMATION when (a) hardware is replaced, modified or

7   upgraded and (b) when PERSONS leave YOUR employ.

8

9   REQUEST FOR PRODUCTION NO. 134:

10         All DOCUMENTS that REFER OR RELATE TO the preservation,

11   collection, destruction, removal, transfer, loss or impairment of YOUR

12   DOCUMENTS and DIGITAL INFORMATION in connection with the ACTION

13   and/or any DOCUMENTS requested by MATTEL in the ACTION.

14

15   REQUEST FOR PRODUCTION NO. 135:

16         All DOCUMENTS that REFER OR RELATE TO the preservation,

17   collection, destruction, removal, transfer, loss or impairment of YOUR

18   DOCUMENTS and DIGITAL INFORMATION since January 1, 2003 that REFER

19   OR RELATE TO MATTEL (including without limitation to any MATTEL product,

20   plan or information) that YOU received in any manner from any PERSON who was

21   at the time an employee of MATTEL or who had previously been an employee of

22   MATTEL.

23

24   REQUEST FOR PRODUCTION NO. 136:

25         YOUR DIGITAL INFORMATION data backup policies, practices and

26   procedures from January 1, 2003 to the present, including without limitation the

27   location and specifications of any media used to preserve YOUR DIGITAL

28

**EXHIBIT 3  Page 331**

-37-

1 | INFORMATION and the software, if any, used to preserve YOUR DIGITAL
2 | INFORMATION.

3

4 | REQUEST FOR PRODUCTION NO. 137:

5 |      The DIGITAL INFORMATION SYSTEMS and the application
6 | software that YOU have used since January 1, 2003 that REFER OR RELATE TO
7 | design, development, planning, inventory, manufacturing, sales, shipping and
8 | accounting, including without limitation the common or shared storage for such
9 | DIGITAL INFORMATION SYSTEMS, remote access of such DIGITAL
10 | INFORMATION SYSTEMS, and any changes, modifications or upgrades to such
11 | DIGITAL INFORMATION SYSTEMS or application software.

12

13 | REQUEST FOR PRODUCTION NO. 138:

14 |      All DOCUMENTS that REFER OR RELATE TO the IDENTITY of
15 | PERSONS, including without limitation vendors, who since January 1, 1999 have
16 | been responsible for or supported YOUR DIGITAL INFORMATION SYSTEMS,
17 | including without limitation the IDENTITY of such PERSON who serviced or
18 | provided hardware for YOUR DIGITAL INFORMATION SYSTEMS, hosted,
19 | stored, archived or maintained YOUR DIGITAL INFORMATION, including but
20 | not limited to internet service providers, and provided analytical, training or
21 | implementation services with respect to YOUR DIGITAL INFORMATION
22 | SYSTEMS.

23

24 | REQUEST FOR PRODUCTION NO. 139:

25 |      All DOCUMENTS that REFER OR RELATE TO the electronic
26 | messaging SYSTEMS used by YOUR employees within the scope of their
27 | employment between January 1, 1999 and the present, including but not limited to
28

**EXHIBIT 3  Page 332**

MATTEL'S FIRST SET OF DOCUMENT REQUESTS TO MGAE DE MEXICO, S.R.L. DE C.V.

1  electronic mail, instant messenger, telephone or voice-mail, and the routing of such

2  electronic messages to, from or within MGA.

3

4  REQUEST FOR PRODUCTION NO. 140:

5           All DOCUMENTS and tangible things REFERRING OR RELATING

6  TO YOUR defenses in this ACTION.

7

8  REQUEST FOR PRODUCTION NO. 141:

9           YOUR policies, practices and procedures regarding the use of

10  transportable media that contain or are capable of containing DIGITAL

11  INFORMATION, including but not limited to floppy discs, compact discs, DVDs,

12  USB drives, portable hard drives, digital cameras and personal digital assistants.

13

14  REQUEST FOR PRODUCTION NO. 142:

15           To the extent not produced in response to any other Request for

16  Production, all DOCUMENTS and tangible things that upon which YOU intend to

17  rely to support YOUR defenses in this ACTION.

18

19  REQUEST FOR PRODUCTION NO. 143:

20           To the extent not produced in response to any other Request for

21  Production, all DOCUMENTS and tangible things upon which YOU intend to rely

22  in this ACTION.

23

24  REQUEST FOR PRODUCTION NO. 144:

25           All DOCUMENTS that REFER OR RELATE TO Machado's

26  citizenship or residency status in the United States after January 1, 2004.

27

28

EXHIBIT 3  Page 333

07975/2278530.3

MATTEL'S FIRST SET OF DOCUMENT REQUESTS TO MGAE DE MEXICO, S.R.L. DE C.V.

1 REQUEST FOR PRODUCTION NO. 145:

2       All DOCUMENTS that REFER OR RELATE TO Machado's

3 citizenship or residency status in Mexico after January 1, 2004.

4

5 REQUEST FOR PRODUCTION NO. 146:

6       All COMMUNICATIONS between any FORMER MATTEL

7 EMPLOYEE and YOUR customers, distributors, advertisers, advertising agencies,

8 marketing consultants, or public relations firms before January 1, 2006.

9

10 REQUEST FOR PRODUCTION NO. 147:

11       All DOCUMENTS that REFER OR RELATE TO

12 COMMUNICATIONS between any FORMER MATTEL EMPLOYEE and YOUR

13 customers, distributors, advertisers, advertising agencies, marketing consultants, or

14 public relations firms before January 1, 2006.

15

16 REQUEST FOR PRODUCTION NO. 148:

17       All COMMUNICATIONS between YOU and YOUR customers,

18 distributors, advertisers, advertising agencies, marketing consultants, or public

19 relations firms that REFER OR RELATE TO MATTEL.

20

21 DATED:  November 21, 2007       QUINN EMANUEL URQUHART OLIVER &
                                     HEDGES, LLP
22

23                               By_____

24                                  Jon Corey
                                    Attorneys for Mattel, Inc.
25

26

27

28

07975/2278530.3

-40-

**EXHIBIT 3  Page 334**

MATTEL'S FIRST SET OF DOCUMENT REQUESTS TO MGAE DE MEXICO, S.R.L. DE C.V.

1

## PROOF OF SERVICE

2

    I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service,

3   1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

4

    On November 21, 2007, I served true copies of the following document(s) described as **MATTEL, INC.'S FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS TO**

5   **MGAE DE MEXICO, S.R.L. DE C.V.**on the parties in this action as follows:

6

7   Thomas Nolan, Esq.                     Mark E. Overland, Esq.
Carl Roth, Esq.                       Alexander H. Cote

8   **SKADDEN ARPS SLATE MEAGHER**    **OVERLAND BORENSTEIN**
**& FLOM, LLP**                    **SCHEPER & KIM LLP**
300 South Grand Avenue, Suite 3400    300 South Grand Avenue, Suite 2750

9   Los Angeles, CA 90071                Los Angeles, CA 90071-3144

10

11

12

**BY PERSONAL SERVICE:**  I delivered such envelope(s) by hand to the office of the person(s) being served.

13

    I declare that I am employed in the office of a member of the bar of this Court at whose

14   direction the service was made.

15

    Executed on November 21, 2007, at Los Angeles, California.

16

17

18   NOW LEGAL -- Dave Quintana

19

20

21

22

23

24

25

26

27

28

**EXHIBIT 3  Page 335**

07209/2282816.1              -1-

1

**PROOF OF SERVICE**

2      I am employed in the County of Los Angeles, State of California.  I am over the age of
eighteen years and not a party to the within action; my business address is 865 South Figueroa
3 Street, 10th Floor, Los Angeles, California 90017-2543.

4 On November 21, 2007, I served true copies of the following document(s) described as
**MATTEL, INC.'S FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS TO**
5 **MGAE DE MEXICO, S.R.L. DE C.V.** on the parties in this action as follows:

6      John W. Keker
       Michael H. Page, Esq.
7      **KEKER & VAN NEST, LLP**
       710 Sansome Street
8      San Francisco, CA 94111

9

10

11 **BY FEDEX:**  I deposited such document(s) in a box or other facility regularly maintained by
FedEx, or delivered such document(s) to a courier or driver authorized by FedEx to receive
documents, in sealed envelope(s) or package(s) designated by FedEx with delivery fees paid or
12 provided for, addressed to the person(s) being served..

13      I declare that I am employed in the office of a member of the bar of this Court at whose
direction the service was made.

14

15      Executed on November 21, 2007, at Los Angeles, California.

16

17      _____
        Johanna Lopez

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT 3  Page 336

07209/2261482.1