# EXHIBIT 1
# (Pages 4-263)
# FILED UNDER SEAL