# EXHIBIT 7
# (Pages 415-525)
# FILED UNDER SEAL