# EXHIBIT 8
# (Pages 526-637)
# FILED UNDER SEAL