# EXHIBIT 9
# (Pages 638-749)
# FILED UNDER SEAL