# EXHIBIT 10
# (Pages 750-861)
# FILED UNDER SEAL