```
 1  MELINDA HAAG (State Bar No. 132612)
    mhaag@orrick.com
 2  ANNETTE L. HURST (State Bar No. 148738)
    ahurst@orrick.com
 3  WARRINGTON S. PARKER III (State Bar No. 148003)
    wparker@orrick.com
 4  ORRICK, HERRINGTON & SUTCLIFFE LLP
    The Orrick Building
 5  405 Howard Street
    San Francisco, CA 94105
 6  Telephone: +1-415-773-5700
    Facsimile:  +1-415-773-5759
 7
    WILLIAM A. MOLINSKI (State Bar No. 145186)
 8  wmolinski@orrick.com
    ORRICK, HERRINGTON & SUTCLIFFE LLP
 9  777 South Figueroa Street, Suite 3200
    Los Angeles, CA 90017
10  Telephone: +1-213-629-2020
    Facsimile:  +1-213-612-2499
11
    Attorneys for MGA Parties
12
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx)<br><br>Consolidated with: Case No. CV 04-9059 and Case No. CV 05-2727<br><br>**DISCOVERY MATTER**<br>[To Be Heard by Discovery Master Robert O'Brien]<br><br>**CERTIFICATE OF SERVICE**<br><br>Date:       TBD<br>Time:       TBD<br>Courtroom:  TBD<br><br>**Phase 2**<br>Discovery Cutoff:   December 11, 2009<br>Pretrial Conference: March 1, 2010<br>Trial Date:   March 23, 2010 |

OHS West:260742603.1

CERTIFICATE OF SERVICE
CV 04-9049 DOC (RNBx)

**PROOF OF SERVICE**

I, Lupe Flores, declare:

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, 777 South Figueroa Street, Suite 3200, Los Angeles, California 90017-5855.

On October 9, 2009, I served the following document:

1. **Application to File Under Seal**

2. **Proposed Order re Application to File Under Seal**

3. **Supplemental Declaration of Anthony DeCorso in Support of MGA de Mexico's and MGA Entertainment HK, Ltd.'s Motion to Compel Further Responses to MGA de Mexico's Interrogatories Nos. 1-11 and MGA Entertainment HK's Interrogatories Nos. 1-25**

4. **Exhibits 1, 7, 8, 9 and 10 to Supplemental Declaration of Anthony DeCorso in Support of MGA de Mexico's and MGA Entertainment HK, Ltd.'s Motion to Compel Further Responses to MGA de Mexico's Interrogatories Nos. 1-11 and MGA Entertainment HK's Interrogatories Nos. 1-25- FILED UNDER SEAL**

5. **MGA de Mexico's and MGA Entertainment HK, Ltd.'s Reply in Support of Motion to Compel Responses to MGA de Mexico's Interrogatories Nos. 1-11 and MGA Entertainment HK's Interrogatories Nos. 1-25 - [Attorney's Eyes Only - Filed Under Seal Pursuant to Protective Order]**

6. **MGA de Mexico's and MGA Entertainment HK, Ltd.'s Reply in Support of Motion to Compel Responses to MGA de Mexico's Interrogatories Nos. 1-11 and MGA Entertainment HK's Interrogatories Nos. 1-25 - [Public Redacted Version]**

[x] By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

[ ] By depositing a true and correct copy of the document(s) listed above with Fed Ex in Los Angeles, California, enclosed in a sealed envelope.

[x] (by Electronic Mail), I caused such documents to be transmitted by electronic mal to the offices of the addressee.

**SEE ATTACHED SERVICE LIST**

1         I am employed in the county from which the mailing occurred. On the
2 date indicated above, I placed the sealed envelope(s) for collection and mailing at
3 this firm's office business address indicated above. I am readily familiar with this
4 firm's practice for the collection and processing of correspondence for mailing with
5 the United States Postal Service. Under that practice, the firm's correspondence
6 would be deposited with the United States Postal Service on this same date with
7 postage thereon fully prepaid in the ordinary course of business.
8         I declare under penalty of perjury that the foregoing is true and correct.
9 Executed on October 9, 2009, at Los Angeles, California.

                                                        */s/ Lupe Flores*
                                                             Lupe Flores

## PHASE 2 DISCOVERY SERVICE LIST

Counsel for Carlos Gustavo Machado Gomez
Mark E. Overland, Esq.
moverland@scheperkim.com
Alexander H. Cote, Esq.
acote@scheperkim.com
SCHEPER KIM & OVERLAND LLP
601 W. 5th Street, 12th Floor
Los Angeles, CA 90017
Telephone: (213) 613-4655
Facsimile: (213) 613-4656

Additional Counsel:
Jason D. Russell, Esq.
jason.russell@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Ave., Suite 3400
Los Angeles, CA 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600

# DECLARATION OF SERVICE

I declare I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is USA Network, Inc., 800 West 1st Street, Suite 200-B, Los Angeles, California 90012.

On September 18, 2009, I served the following documents:

1. **Application to File Under Seal**

2. **Proposed Order re Application to File Under Seal**

3. **Supplemental Declaration of Anthony DeCorso in Support of MGA de Mexico's and MGA Entertainment HK, Ltd.'s Motion to Compel Further Responses to MGA de Mexico's Interrogatories Nos. 1-11 and MGA Entertainment HK's Interrogatories Nos. 1-25**

4. **Exhibits 1, 7, 8, 9 and 10 to Supplemental Declaration of Anthony DeCorso in Support of MGA de Mexico's and MGA Entertainment HK, Ltd.'s Motion to Compel Further Responses to MGA de Mexico's Interrogatories Nos. 1-11 and MGA Entertainment HK's Interrogatories Nos. 1-25- FILED UNDER SEAL**

5. **MGA de Mexico's and MGA Entertainment HK, Ltd.'s Reply in Support of Motion to Compel Responses to MGA de Mexico's Interrogatories Nos. 1-11 and MGA Entertainment HK's Interrogatories Nos. 1-25 - [Attorney's Eyes Only - Filed Under Seal Pursuant to Protective Order]**

6. **MGA de Mexico's and MGA Entertainment HK, Ltd.'s Reply in Support of Motion to Compel Responses to MGA de Mexico's Interrogatories Nos. 1-11 and MGA Entertainment HK's Interrogatories Nos. 1-25 - [Public Redacted Version]**

[X] by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below:

Counsel for Mattel. Inc.
Michael T. Zeller, Esq.
michaelzeller@quinnemanuel.com
Brett D. Proctor
dylanproctor@quinnemanuel.com
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

1  Robert C. O'Brien, Esq.
2  Discovery Master
   Arent Fox LLP
3  555 West 5th Street, Suite 4800
   Los Angeles, CA  90013
4

5      I declare under penalty of perjury that the foregoing is true and correct.

6  Executed on October 9, 2009, at Los Angeles, California.

7

8  _Isaac Trenco_                                    _/s/ Isaac Trenco_
9                                                    USA Network, Inc.