**<u>Appendix A Has Been Filed Under Seal Pursuant To Protective Order</u>**