# EXHIBIT 1

# CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

# EXHIBIT 2

# CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

# EXHIBIT 3

# CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

# EXHIBIT 4

**CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER**

# EXHIBIT 5

# CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

# EXHIBIT 6

# CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

# EXHIBIT 7

# CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

# EXHIBIT 8

**CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER**



# EXHIBIT 9

**CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER**