# EXHIBIT 13

**CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER**