**EXHIBIT 14**



ORRICK, HERRINGTON & SUTCLIFFE LLP
THE ORRICK BUILDING
405 HOWARD STREET
SAN FRANCISCO, CALIFORNIA 94105-2669

tel +1-415-773-5700
fax +1-415-773-5759

WWW.ORRICK.COM

August 3, 2009

Annette L. Hurst
(415) 773-4585
ahurst@orrick.com

*VIA ELECTRONIC MAIL AND FACSIMILE*

Robert C. O'Brien, Esq.
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065

Re:  **Carter Bryant v. Mattel and consolidated actions**

Dear Mr. O'Brien:

MGA's Motion to Compel Further Responses to MGA's First Set of Phase 2 Interrogatories and Second Set of Phase 2 Requests for Production ("Motion") was filed and served by the ECF system before the 6:00 p.m. deadline on July 24. Mattel's opposition was due on July 31, and Mattel failed to file by that date. Mattel has therefore defaulted on the Motion. As provided by Local Rule 7-12, such failure to file by the deadline "may be deemed consent to the granting of the motion." This is an instance where such consent should be deemed, because the excusable neglect requirement of Federal Rule 6(b)(1)(B) (applicable when an extension is requested after the deadline) is not met here.

Yesterday, on Sunday at 10:59 a.m., Mattel (by Ms. Hauler) sent me an e-mail asking for an extension of time until Wednesday to file the already-late opposition. She requested the extension "for scheduling reasons" as "a professional courtesy." I generally interpret requests for professional courtesy to mean there is a personal scheduling problem on the part of counsel. When I pointed out that the opposition was already late, Ms. Hauler then claimed that the extension was actually needed in order to obtain declarations from Mattel witnesses.

Mattel asserts that a calendaring error led to its failure to file a timely opposition. This is hard to credit, since the motion was filed and served by ECF before 6:00 p.m. It is hard to imagine that Mattel's calendaring system is determined by e-mails from counsel rather than official court notices—and failing to observe official court notices is inexcusable. Even were that failure excusable, it does not justify a further extension until Wednesday and the failure to file today should be considered a further default. Had Mattel been diligent, it should have been able to file an opposition today. Instead, Mattel apparently did not start working on the opposition until the weekend and then realized that it would require declarations in order to oppose the motion. The overall picture here is not excusable neglect sufficient to relieve Mattel of its default and grant it a further extension.

EXHIBIT 14
PAGE 571


ORRICK

Robert C. O'Brien
August 3, 2009
Page 2

Moreover, this delay of nearly a week in getting the motion fully briefed matters for three reasons: (1) MGA's need for the information; (2) Mattel's consistent pattern of aggressive exploitation of deadlines and other rules to its perceived advantage; and (3) enforcement of *consistent* minimum standards of courtesy *applied evenly to both parties*.

First, complete answers, responses and production for this discovery, which goes to the core of Phase 2 issues, have already been improperly delayed with a near-frivolous motion for protective order on *counting* issues. As the Discovery Master stated to Mattel at the July 8 hearing, there should be no further motion on counting issues until there is some claim that MGA is past its limit for Phase 2, and even then the Discovery Master is going to be inclined to give both parties the discovery they reasonably need in this complex matter. Mattel's motion for protective order should have been immediately withdrawn at that point and the answers and responses served. Instead that protective order motion will not even be heard for another ten days. If Mattel is not ordered to comply promptly, MGA will be even further delayed in obtaining this discovery. Thus, it matters if the Motion is delayed, and no extension should be granted.

Second, Mattel raised no issue in meet and confer that could now reasonably be expected to require attention in declarations from its personnel. In fact, Mattel engages in a consistent pattern of failing to meet and confer in good faith. It does not present its arguments during meet and confer, it does not agree to limitations on its own discovery, and it does not agree to produce anything in response to discovery requests from others. So, Mattel should not even be permitted to submit these declarations which are purportedly causing it to be late, because the issues were never raised in the first place during meet and confer as an excuse for non-compliance.

Third, Mattel apparently believes that MGA's efforts to obtain relevant and timely discovery must come to a standstill when it requires a courtesy, but it is entirely unwilling to grant one to MGA when desperately needed, no matter how reasonable the request. Courtesy is a two-way street, but Mattel walks only in one direction. Here, I pause to address Mattel's misleading assertions concerning the extension we requested for MGA's *in camera* inspection.

The notion that we should force the Discovery Master to review documents *in camera* for which no claim of privilege is maintained, as Mattel apparently would have it, is foolish. The only reason for such an assertion is to impose the expense of the Discovery Master upon MGA as an ancillary burden of litigation. Orrick has spent hundreds of hours re-reviewing the documents at issue and in the utmost good faith has determined that some of them should be produced in their entirety and others should be produced in redacted form (it is this total group that we estimated a week ago would comprise approximately 40% of the documents on the appendices). But we are not certain whether the documents to be produced in redacted form have ever been produced in the form we believe appropriate. We proposed to Mattel an additional two-week extension to complete this

EXHIBIT 14
PAGE 572


ORRICK

Robert C. O'Brien
August 3, 2009
Page 3

production, serve a supplemental privilege log expanding upon the claims of privilege for the documents continuing to be withheld and the basis for the redactions, and then to let Mattel say which documents they really believe require *in camera* review at which point we would turn them over for review immediately without further discussion. Mattel refused our original request for a two-week extension (agreeing only to one), and refused all of our subsequent entreaties for additional time, including this proposal. As a result, we have had several people working almost nonstop on this issue for the last three weeks, pulling all-nighters, missing family obligations and the like. Accordingly, we will provide to the Discovery Master tomorrow, as ordered, all of the documents for *in camera* inspection over which MGA maintains any claim of privilege, with proposed redactions. Once those proposed redactions are approved (or modified), we will produce the redacted documents and the additional ones for which no claim of privilege is maintained.

Additionally, Mattel has granted extensions either sparingly, or not at all, asserting that discovery meet and confer letters are late if not sent within five days, and refusing to grant other reasonable extensions such as the additional time reasonable needed to oppose their motion for continuance. Most recently Mattel has threatened IGWT with the five-day requirement for meet and confer on a document subpoena, even though IGWT's prior counsel informed Mattel that he was no longer representing it and it had not yet obtained new counsel. Mattel serves witnesses with subpoenas on Sundays at 6:00 a.m. in the morning. Mattel will stop short of nothing to enforce the deadlines and press all limits when it perceives doing so to be even in its slightest interest.

Despite Mattel's practices, *on every prior occasion until this one that Mattel has requested an extension, we have granted it.* We granted three weeks to serve interrogatory responses ordered by the Discovery Master to be served by July 31, *and we still don't have those responses.* We granted other extensions on deadlines in at least two instances when requested, promptly and without question.

Mattel should be held to the same standards it would inflict on others. Mattel's approach to the discovery process should not be rewarded with the requested extension.

Respectfully submitted,

*Annette L. Hurst*

Annette L. Hurst


cc:   Michael T. Zeller, Esq.
      Todd Gordinier, Esq.

EXHIBIT 14
PAGE 513

**EXHIBIT 15**



ORRICK

ORRICK, HERRINGTON & SUTCLIFFE LLP
4 PARK PLAZA
SUITE 1600
IRVINE, CALIFORNIA 92614-2558

tel +1-949-567-6700
fax 949-567-6710

WWW.ORRICK.COM

August 21, 2009

Cynthia A. Lock
(949) 852-7753
clock@orrick.com

**BY MESSENGER**

B. Dylan Proctor
Quinn Emanuel
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017

Re: <u>MGA Entertainment, Inc. v. Mattel</u>

Dear Dylan:

Enclosed is MGA's production of documents not submitted for *in camera* review, Bates Range MGA2 0069701 – MGA2 0070614.

## Mattel's Appendix A

Jan. 15 Log Entry Nos. 32, 33, 41 and 44.

Jan. 30 Log Entry Nos. 5, 40, 294, 295, 296, 297, 298, 299 and 300.

Oct. Log Entry Nos. 8, 1941, 2724, 2728, 2732 and 2802.

Rev. Aug. Log Entry No. 990.

Rev. Jan. 23 Log Entry Nos. 115, 209, 232, 233, 267, 381, 536, 548, 592, 593, 594, 595, 596, 609, 610, 611, 613, 672, 1172, 1173, 1178, 1179, 1277, 1301, 1399, 1418, 1424, 1474, 1635, 1706, 1721, 1731, 1732, 1775, 1779, 1783, 1899, 2025, 2039, 2042 and 2043.

Rev. Jan. 28 Log Entry Nos. 28, 36, 37, 38, 42, 43, 61, 97, 98, 99, 113 and 219.

## Mattel's Appendix B

Jan. 30 Log Entry Nos. 126, 218, 225 and 226.

Rev. Jan. 23 Log Entry No. 1476.

Rev. Jan. 28 Log Entry No. 214.

EXHIBIT 15
PAGE 574


ORRICK

B. Dylan Proctor
August 21, 2009
Page 2

**Mattel's Appendix C**

Oct. Log Entry Nos. 3, 1046, 1047, 1466 and 1761.

**Mattel's Appendix D**

Rev. Jan. 23 Log Entry Nos. 1480 and 1648.

**Mattel's Appendix E**

Jan. 15 Log Entry No. 188.

Rev. Jan. 23 Log Entry Nos. 118, 670, 1087, 1096, 1099, 1103, 2031 and 2090.

Very truly yours,

Cynthia Lock

Cynthia A. Lock

cc: Annette L. Hurst
    Jason D. Russell

EXHIBIT 15
PAGE 575



**EXHIBIT 16**

**Anderson, Diane**

**From:** Isaac Larian
**Sent:** Wednesday, October 23, 2002 8:39 AM
**To:** Victoria O'Connor
**Subject:** RE: FW: Interview for the French magazine CAPITAL

good point. Thanks.

-----Original Message-----
From: Victoria O'Connor
Sent: Wednesday, October 23, 2002 8:38 AM
To: Isaac Larian
Subject: RE: FW: Interview for the French magazine CAPITAL


don't you think we should say Bratz was born in October when a certain person was no
longer with their company?

-----Original Message-----
From: Isaac Larian
Sent: Wednesday, October 23, 2002 1:35 AM
To: Victoria O'Connor; Sandrine de Raspide
Subject: FW: FW: Interview for the French magazine CAPITAL


FYI

-----Original Message-----
From: Isaac Larian
Sent: Wednesday, October 23, 2002 1:25 AM
To: 'Nathalie RIESEN'
Subject: RE: FW: Interview for the French magazine CAPITAL


Natalie,

Please see below

-----Original Message-----
From: Nathalie RIESEN [mailto:nathalie.villard@wanadoo.fr]
Sent: Wednesday, October 23, 2002 12:42 AM
To: ilarian@mgae.com
Subject: Re: FW: Interview for the French magazine CAPITAL


Thank you Isaac.
I have a few more questions about the story of the Bratz you would be kind to answer by
email:
. Date of birth of the Bratz, time of development, first launch in the US

BORN SEPTEMBER 2000; 9 MONTH TO DEVELOP ( LIKE A BABY!); LAUNCHED IN THE USA IN JULY 2001
AND IN SPAIN JUNE 2001 ( BEFORE USA).ISAAC
. Total yearly Sales of the Bratz (in dollars) since their launch.
2001: $65 MILLION

2002: $350 MILLION ( INCLUDING LICENSED GOODS)

2003: PROJECTED $1 BILLION ( INCLUDING LICENSED GOODS)

. Increase of their market share of the doll market

BRATZ CURRENTLY HAVE 33% OF FASHION DOLL MARKET SHARE IN THE USA AND GROWING.

1

. Further development of the Bratz expected in 2003

THE BRATS LINE IS EXPANDING GREATLY FOR 2003. MGA , FOR THE FIRST TIME IS LAUNCHING A VERY INNOVATIVE AND FASHIONABLE LINE OF ELECTRONICS CALLED " BRATZ ELECTRIC FUNK" FOR 2003 AND THIS LINE IS EXPECTED TO GENERATE WHOLESALE SALES IN EXCESS OF $100 MILLION. WE ARE LITERALLY SIGNING 2-3 NEW LICENSEE'S A DAY FOR A VARIETY OF PRODUCTS ( I WILL E MAIL YOU THE LIST). we HAVE ALSO EXPANDED THE TOY LINE GREATLY FOR 2003 AND WILL HAVE OVER 100 NEW ITEMS INTRODUCED IN 2003, BY MGA ALONE. ISAAC

. Sales, Profits and margin of MGAE in 2002 / 2001 /2000

2000 SALES $90 MILLION

2001 SALES  $110 MILLION

2002 SALES $350 MILLION ( ESTIMATE)

. Brief description of MGAE headquarters in LA, its location...

MGAE IS PRESENTLY HEAD QUARTERED IN NORTH OF LA in 43,000 SQUARE FEET OFFICES. WE HAVE OUTGROWN THE FACILITIES AND ARE LOOKING TO MOVE TO A BIGGER FACILITY SOON. ISAAC
. Brief description of your management team

OUR MANAGEMENT TEAM CONSIST OF A GREAT GROUP PASSIONATE AND GROWTH AND EXCELLENCE ORIENTED INDIVIDUALS WHO CARE FOR THE BUSINESS. OUR MISSION STATEMENT IS TO BE NO 1 OR 2 IN ANYTHING WE DO OR DON'T DO IT. INNOVATIVE CONSUMER ENTERTAINMENT PRODUCTS IS THE HEART OF MAGE'S BUSINESS.MGA HAS WON NUMEROUS PRODUCT EXCELLENCE AWARDS EVERY YEAR INCLUDING THE MOST PRESTIGIOUS TOY OF THE YEAR AWARD AND FAMILY FUN TOY OF THE YEAR AWARD ( 3 YEARS IN THE ROW IN DIFFERENT CATEGORIES). ISAAC
. Your age, family situation and hobbies.

I AM 48 YEARS OLD ( BUT 13 AT HEART!) MARRIED FOR THE PAST 18 YEARS TO ANGELA AND HAVE 3 CHILDREN ( JASON:16, YASMINE: 14, CAMERON:8). A KID AT HEART, MY HOBBIES ARE CREATING TOYS, PLAYING VOLLEYBALL, MOUNTAIN BIKE RIDING , CAMPING AND BACKPACKING. TWO OF THE DOLLS ( YASMINE AND CAMERON) ARE NAMED AFTER MY KIDS.

Thank you very much for all this. This story will come out in Capital (leading French business magazine) at the end of
November.

PLEASE VISIT WWW.MGAE.COM FOR MORE INFORMATION ABOUT MGA. PLEASE SEND ME TWO COPIES OF THE MAGAZINE WHEN IT COMES OUT.

THANK YOU FOR YOUR INTEREST IN MGA. BY THE WAY, ARE YOUR THREE DAUGHTERS BRATZ FANS? ISAAC

Best regards,
Nathalie

nathalie.villard@wanadoo.fr
Journaliste
CAPITAL
Tel 00 +33 (4) 66 03 24 03 / (1) 56 99 49 33
 Fax 00 +33 (4) 66 03 24 02


  inMesssage du 23/10/2002 02:49
>De : Isaac Larian <ilarian@mgae.com>
>A : Dave Malacrida <DMalacrida@mgae.com>
>Copie à : 'nathalie.villard@wanadoo.fr' <nathalie.villard@wanadoo.fr>
>Objet : FW: Interview for the French magazine CAPITAL
>
> Natalie, It was a pleasure talking to you.
>
> Dave, Please send Natalie our recent news clipinings by e mail ASAP.

2

MGA2-0070267
EXHIBIT 7
PAGE 528

```
>
> Thanks,
>
> Isaac
>
>
>
> -----Original Message-----
> From: Nathalie RIESEN [mailto:nathalie.villard@wanadoo.fr]
> Sent: Tuesday, October 22, 2002 4:49 AM
> To: ilarian@mgae.com
> Subject: RE: Interview for the French magazine CAPITAL
>
>
> >I'll call you today at 10:00 am (your time).
> Nathalie
>
> Messsage du 22/10/2002 03:21
> >De : Isaac Larian <ilarian@mgae.com>
> >A : 'Nathalie RIESEN' <nathalie.villard@wanadoo.fr>
> >Copie à : Rene Turin <RTurin@mgae.com>
> >Objet : RE: Interview for the French magazine CAPITAL
> >
> > Dear Natalie,
> >
> > Lets do October 22 at 10 am.
> >
> > Thanks,
> >
> > Isaac Larian
> > Isaac Larian
> > CEO
> > M G A  Entertainment
> > 16730 Schoenborn Street
> > North Hills, California 91343
> > Tel: 818-894-3150
> > Fax:818-894-1267
> > e-mail: Ilarian@MGAE.COM
> > Please Visit
> > www.MGAE.com
> > And the beautiful BRATZ at
> > www.Bratzpack.com
> > Hey! Its MGA!
> >
> >
> >
> > -----Original Message-----
> > From: Nathalie RIESEN [mailto:nathalie.villard@wanadoo.fr]
> > Sent: Monday, October 21, 2002 8:47 AM
> > To: ilarian@mgae.com
> > Subject: Re: Interview for the French magazine CAPITAL
> >
> >
> > >Dear Isaac,
> > Thanks for your prompt answer.
> > When can I call you for a 15 mn interview, between 8:00 and 10:00 am (your
> > time), either on Oct 22, 28, 29, 30 or 31?
> > Interview: the ingredients of the success of the Bratz.
> > . Birth of the concept? Is there a "Mr or Mrs Bratz"?
> > . How many people involved in the Bratz business today at MGAE?
> > . How different are they from the Barbie world and among the doll market
> in
> > general?
> > . Sales and market share in the US and oversea
> > Thanks.
> > Best regards,
> > Nathalie
```

3

MGA2EXH02468
PAGE 579

```
> >
> >  nathalie.villard@wanadoo.fr
> > > Journaliste
> > > CAPITAL
> > > Tel 00 +33 (4) 66 03 24 03 / (1) 56 99 49 33
> > > Fax 00 +33 (4) 66 03 24 02
> >
> > Messsage du 06/03/1904 16:20
> > >De : Nathalie Villard <nathalie.villard@wanadoo.fr>
> > >A :   <nathalie.villard@wanadoo.fr>
> > >Copie à :
> > >Objet : FW: Interview pour le magazine franç ais        CAPITAL
> > >
> > >
> > > ----------
> > > De : Isaac Larian <ilarian@mgae.com>
> > > Date : Fri, 18 Oct 2002 19:55:30 -0700
> > > À : Sandrine de Raspide <SDeRaspide@mgae.com>, 'Nathalie Villard'
> > > <nathalie.villard@wanadoo.fr>
> > > Cc : Dave Malacrida <DMalacrida@mgae.com>
> > > Objet : RE: Interview pour le magazine franç ais CAPITAL
> > >
> > > Dear Nathalie,
> > >
> > > I will be happy to do an interview.
> > >
> > > I am now in HK and back in the USA next Tuesday.
> > >
> > > I would like to ask for the list of questions in advance please.
> > >
> > > Best Regards,
> > >
> > > Isaac Larian
> > > Isaac Larian
> > > CEO
> > > M G A  Entertainment
> > > 16730 Schoenborn Street
> > > North Hills, California 91343
> > > Tel: 818-894-3150
> > > Fax:818-894-1267
> > > e-mail: Ilarian@MGAE.COM
> > > Please Visit
> > > www.MGAE.com
> > > And the beautiful BRATZ at
> > > www.Bratzpack.com
> > > Hey! Its MGA!
> > >
> > >
> > >
> > > -----Original Message-----
> > > From: Sandrine de Raspide
> > > Sent: Friday, October 18, 2002 5:53 PM
> > > To: 'Nathalie Villard'
> > > Cc: Isaac Larian; Dave Malacrida
> > > Subject: RE: Interview pour le magazine franç ais CAPITAL
> > >
> > >
> > > Dear Nathalie,
> > >
> > > Thanks for your interest in Bratz.  Per our company policy, all
> interviews
> > > need to be conducted through Isaac Larian, our CEO.  Isaac is copied on
> > this
> > > e-mail and will let you know if he can make himself available for a
> phone
> > > interview before the 31st of October.
> > > Isaac, Capital is a business magazine (500,000 prints/month) that will
```

4

MGA2 00710269
PAGE 560

```
>  do
> > a
> > > special report on the toy industry worldwide.
> > > Kind regards,
> > > Sandrine
> > >
> > > -----Original Message-----
> > > From: Nathalie Villard [mailto:nathalie.villard@wanadoo.fr]
> > > Sent: Friday, October 18, 2002 5:44 AM
> > > To: sderaspide@mgae.com
> > > Subject: Interview pour le magazine franç ais CAPITAL
> > > Importance: High
> > >
> > >
> > > Bonjour,
> > > Dans son numéro de Décembre, Capital (leader de la presse économique,
> 500
> > > 000 ex/mois) prépare un Dossier international de 18 pages sur le
> business
> > > mondial du jouet.
> > > Entre autres articles, je prépare une histoire sur le succès du
> phénomène
> > > Bratz, la naissance du concept, ses déclinaisons, son univers de
> > concurrence
> > > avec Mattel, ses licences...
> > > Pourrions-nous convenir rapidement d'un rdv téléphonique avant le 31
> > > Octobre. Beaucoup de personnes ici en France m'ont dit que vous pourriez
> > > m'être très utile.
> > > D'avance merci.
> > > Cordialement,
> > > Nathalie Villard
> > >
> > > nathalie.villard@wanadoo.fr
> > > Journaliste
> > > CAPITAL
> > > Tel 00 +33 (4) 66 03 24 03 / (1) 56 99 49 33
> > > Fax 00 +33 (4) 66 03 24 02
> > >
> > >
> >
>
```

5

MGA2007108270
PAGE 581