QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
johnquinn@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
Jon D. Corey (Bar No. 185066)
joncorey@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., et al.,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>**APPLICATION TO FILE UNDER SEAL MATTEL INC.'S RESPONSE BRIEF TO THE MONITOR REGARDING ACCOUNTING ISSUES; DECLARATION OF TIMOTHY KILPIN IN SUPPORT THEREOF; EXHIBITS 2, 3, AND 4 TO THE DECLARATION OF MICHAEL T. ZELLER IN SUPPORT THEREOF**<br><br>[[Proposed] Order Filed Concurrently Herewith]<br><br>**Phase 2**<br>Discovery Cut-off: June 1, 2010<br>Pre-trial Conference: TBD<br>Trial Date: TBD |

00505.07975/3125558.1

MATTEL. INC.'S APPLICATION TO FILE UNDER SEAL

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal Mattel, Inc.'s Submission to the Monitor Regarding the Scope of the Court-Ordered Recall (the "Recall Brief"), the Declaration of Timothy Kilpin in support thereof (the "Kilpin Declaration"), and Exhibits 2, 3, and 4 to the Declaration of Michael T. Zeller in support thereof (the "Zeller Declaration").

The Recall Brief quotes from and discusses documents and information that Mattel and the MGA Parties have designated as "Confidential -- Attorney's Eyes Only" pursuant to the Protective Order. The Kilpin Declaration discusses highly confidential information that Mattel has designated as "Confidential -- Attorney's Eyes Only" pursuant to the Protective Order. Exhibits 2, 3, and 4 to the Zeller Declaration are documents that Mattel and the MGA Parties have designated as "Confidential -- Attorney's Eyes Only" pursuant to the Protective Order. Accordingly, Mattel requests that the Court order that the Recall Brief, the Kilpin Declaration, and Exhibits 2, 3, and 4 to the Zeller Declaration be filed under seal.

DATED: September 28, 2009          QUINN EMANUEL URQUHART OLIVER & HEDGES. LLP

By /s/ Michael T. Zeller
   Michael T. Zeller
   Attorneys for Mattel. Inc.