QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
johnquinn@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
Jon D. Corey (Bar No. 185066)
joncorey@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., et al.,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S RESPONSE BRIEF TO THE MONITOR REGARDING ACCOUNTING ISSUES<br><br>**Phase 2**<br>Discovery Cut-off: June 1, 2010<br>Pre-trial Conference: TBD<br>Trial Date: TBD |

## [PROPOSED] ORDER

Based on the concurrently filed Application to File Under Seal, Mattel, Inc.'s Submission to the Monitor Regarding the Scope of the Court-Ordered Recall (the "Recall Brief"), the Declaration of Timothy Kilpin in support thereof (the "Kilpin Declaration"), and Exhibits 2, 3, and 4 to the Declaration of Michael T. Zeller in support thereof (the "Zeller Declaration"),

IT IS HEREBY ORDERED:

The Recall Brief, the Kilpin Declaration, and Exhibits 2, 3, and 4 to the Zeller Declaration are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: October 1, 2009 /s/ David O. Carter

**DAVID O. CARTER**