QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
johnquinn@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
Jon D. Corey (Bar No. 185066)
joncorey@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., et al.,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>**APPLICATION TO FILE UNDER SEAL DECLARATION OF JEFFREY H. KINRICH IN SUPPORT OF MATTEL INC.'S SUBMISSIONS TO THE MONITOR REGARDING ACCOUNTING ISSUES**<br><br>[[Proposed] Order Filed Concurrently Herewith]<br><br>**Phase 2**<br>Discovery Cut-off: June 1, 2010<br>Pre-trial Conference: TBD<br>Trial Date: TBD |

00505.07975/3127268.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1         Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2 entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully
3 requests that the Court order filed under seal the Declaration of Jeffrey H. Kinrich in
4 Support of Mattel, Inc.'s Submissions to the Monitor Regarding Accounting Issues
5 (the "Kinrich Declaration").
6         The Kinrich Declaration discusses documents and information that
7 Mattel and the MGA Parties have designated as "Confidential -- Attorney's Eyes
8 Only" pursuant to the Protective Order. Accordingly, Mattel requests that the Court
9 order that the Kinrich Declaration be filed under seal.

DATED: September 29, 2009     QUINN EMANUEL URQUHART OLIVER & HEDGES. LLP

By: /s/ Scott B. Kidman
Scott B. Kidman
Attorneys for Mattel, Inc.