1  THOMAS J. NOLAN (Bar No. 66992)
   (tnolan@skadden.com)
2  JASON D. RUSSELL (Bar No. 169219)
   (jrussell@skadden.com)
3  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   300 South Grand Avenue, Suite 3400
4  Los Angeles, CA  90071-3144
   Tel.: (213) 687-5000/Fax: (213) 687-5600
5

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT - 6 2009
SDM

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

6  Attorneys for Counter-Defendants,
   MGA ENTERTAINMENT, INC., ISAAC LARIAN,
7  and MGA ENTERTAINMENT (HK) LIMITED

8              UNITED STATES DISTRICT COURT

9            CENTRAL DISTRICT OF CALIFORNIA

10               SOUTHERN DIVISION

11 CARTER BRYANT, an individual,          )   CASE NO. CV 04-9049 DOC (RNBx)
                                          )
12               Plaintiff,               )   Consolidated with Case No. 04-9059
                                          )   and Case No. 05-2727
13        v.                              )
                                          )   Honorable David O. Carter
14 MATTEL, INC., a Delaware corporation,  )
                                          )   APPLICATION TO FILE UNDER
15               Defendant.               )   SEAL:
                                          )
16                                        )   MGA PARTIES' RESPONSE TO
                                          )   MATTEL, INC.'S SUBMISSION
17 AND CONSOLIDATED ACTIONS.              )   REGARDING THE SCOPE OF THE
                                          )   COURT-ORDERED RECALL; and
18
                                              SUPPLEMENTAL DECLARATION OF
19                                            JASON D. RUSSELL IN SUPPORT OF
                                              THE MGA PARTIES' STATEMENT OF
20                                            POSITION RE: SCOPE OF RECALL
                                              AND IMPOUNDMENT.
21
22
23
24
25
26
27
28

ORIGINAL

1   Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the
2   Court in this action on January 4, 2005, MGA Entertainment, Inc., Isaac Larian, and MGA
3   Entertainment (HK) Limited, (collectively, the "MGA Parties") hereby respectfully request
4   that the Court order the following documents be filed under seal:

5       1.   MGA Parties' Response To Mattel, Inc.'s Submission Regarding The Scope Of
6            The Court-Ordered Recall (the "Response"); and
7       2.   Supplemental Declaration of Jason D. Russell In Support of the MGA Parties'
8            Statement of Position Re: Scope Of Recall And Impoundment (the "Supp.
9            Declaration").

10
11   Good cause exists for filing these documents under seal because several documents
12   attached as exhibits to the Supplemental Declaration (or otherwise cited in the Response)
13   have either been ordered sealed by this Court or have been designated "Confidential" or
14   "Confidential-Attorneys' Eyes Only" pursuant to the Stipulated Protective Order in place in
15   this case, and the contents of those documents are discussed in the Response.

16   Specifically, (1) Mattel's Motion For Permanent Injunction (Dkt 4319) was
17   designated "Confidential-Attorneys' Eyes Only" by Mattel and sealed by this Court;
18   (2) Mattel, Inc.'s Submission To The Monitor Regarding Scope Of Court-Ordered Recall
19   was designated "Confidential-Attorneys' Eyes Only" by Mattel and submitted for filing
20   under seal; (3) the Declaration of Timothy Kilpin in support of Mattel, Inc.'s Submission To
21   The Monitor Regarding The Recall of Bratz Products was designated "Confidential–
22   Attorneys' Eyes Only" by Mattel and submitted for filing under seal; (4) the Declaration of
23   Michael Zeller in support of Mattel, Inc.'s Submission To The Monitor Regarding Scope Of
24   Court-Ordered Recall was designated "Confidential– Attorneys' Eyes Only" by Mattel and
25   submitted for filing under seal; (5) MGA Parties' Statement of Position Regarding Scope Of
26   Existing Product Recall And Impoundment was designated "Confidential – Attorneys' Eyes
27   Only" and submitted for filing under seal; (6) the Declaration of Diane Hutnyan In Support
28   Of Mattel's Motion for Permanent Injunction (Dkt 4320-4327), designated "Confidential"

by Mattel and sealed by this Court; (7) the Declaration of John Woolard In Support Of The MGA Parties' Opposition to Mattel's Ex Parte Application For Receiver (Dkt 4595) dated December 29, 2008 references confidential commercial and financial information, was designated "Confidential - Attorneys' Eyes Only" by MGA, and was sealed by this Court; and (8) the Declaration of Ninette Pembleton ISO MGA Parties' Motion for Stay (Dkt 5398) dated May 7, 2009 references confidential commercial information, was designated "Confidential" by MGA, and was sealed by this Court.

DATED: October 5, 2009                SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

                                      By: _____ / JKdC
                                                  Thomas J. Nolan
                                          Attorneys for the MGA Parties