Case 2:04-cv-09049-DOC-RNB   Document 6940   Filed 10/06/09   Page 1 of 2   Page ID #:232469

THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
JASON D. RUSSELL (Bar No. 169219)
(jrussell@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA  90071-3144
Tel.: (213) 687-5000/Fax: (213) 687-5600

Attorneys for Counter-Defendants,
MGA ENTERTAINMENT, INC., ISAAC LARIAN,
and MGA ENTERTAINMENT (HK) LIMITED

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
OCT - 6 2009
CENTRAL DISTRICT OF CALIFORNIA
BY  SDM  DEPUTY

BY FAX

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS. | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>Honorable David O. Carter<br><br>~~[PROPOSED]~~ ORDER TO FILE UNDER SEAL:<br><br>MGA PARTIES' RESPONSE TO MATTEL, INC.'S SUBMISSION REGARDING THE SCOPE OF THE COURT-ORDERED RECALL; and<br><br>SUPPLEMENTAL DECLARATION OF JASON D. RUSSELL IN SUPPORT OF THE MGA PARTIES' STATEMENT OF POSITION REGARDING SCOPE OF EXISTING PRODUCT RECALL AND IMPOUNDMENT. |

LODGED
2009 OCT -5  PM 4: 17
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY

Case No. CV 04-9049 DOC (RNBx)

ORIGINAL

# ORDER

Based on the concurrently filed Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that the following documents be filed under seal pursuant to Local Rule 79-5.1:

1. MGA Parties' Response To Mattel, Inc.'s Submission Regarding The Scope Of The Court-Ordered Recall; and

2. Supplemental Declaration Of Jason D. Russell In Support Of The MGA Parties' Statement Of Position Regarding Scope Of Existing Product Recall And Impoundment.

DATED: October 6, 2009

*David O. Carter*

Hon. David O. Carter
United States District Court Judge