UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA 92501
CIVIL MINUTES - GENERAL

Case No.   CV 04-09049 SGL                                                          Date: October 16, 2009

Title:   MATTEL, INC. -v- MGA ENTERTAINMENT, INC.
================================================================
PRESENT:   HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

| Cindy Sasse | N/A |
|---|---|
| Courtroom Deputy Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None Present | None Present |

**PROCEEDINGS: TELEPHONIC CONFERENCE IN RELATED CASE**

　　With the assent fo the presiding judge, a telephonic conference was held in the related cases consolidated as MGA Entertainment, Inc., et al. v. The Hartford Insurance Group, 08-0457 DOC (RNBx), among the parties, certain non-party excess insurers, and Judge Stephen G. Larson, who has scheduled a settlement conference in this related case. The purpose of that conference was to discuss the participation of insurance carriers for the MGA parties in the settlement conference set for this case at 8:30 a.m., on October 23, 2009.

　　A copy of the minute order in the related case is attached to this Order.

　　**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA 92501
<u>CIVIL MINUTES - GENERAL</u>

Case No.   EDCV 08-00457-SGL(RNBx)                                   Date: October 16, 2009

Title:   MGA ENTERTAINMENT, INC., et al. -v- THE HARTFORD INSURANCE GROUP
==================================================================
PRESENT:   HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

Cindy Sasse                                                 N/A
Courtroom Deputy Clerk                                      Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

Michael Bidart                                              Mark Sheridan
                                                            Paul Gale
                                                            Erik Pritchard
                                                            James Wagoner
                                                            Marta Arriandiaga
                                                            Sean Hanifin
                                                            Susan Field
                                                            Jennifer Kokes


**PROCEEDINGS:   TELEPHONIC CONFERENCE RE SETTLEMENT CONFERENCE IN RELATED CASE**

With the assent of the presiding judge, a telephonic conference was held among the parties, certain non-party excess insurers, and Judge Stephen G. Larson, who has scheduled a settlement conference in the related case of <u>Mattel, Inc. v. MGA Entertainment, Inc., et al.</u>, 04-9049 DOC (RNBx), to discuss the participation of the insurers in that conference.

     Toward that end, the Court directs fully qualified counsel for all insurers whose counsel was present during the telephonic conference to also be present at the 8:30 a.m., October 23, 2009, settlement conference. A fully qualified representative of each carrier must be available for telephone consultation from 8:30 a.m. to 5:00 p.m. PDT.

MINUTES FORM 90                                              Initials of Deputy Clerk<u>: cls</u>
CIVIL -- GEN                         Page 2                  Time: 00/22

Counsel for the insurers are directed to submit to chambers, in camera, no later than October 21, 2009, their respective positions regarding settlement of the related case.

**IT IS SO ORDERED.**