ORIGINAL

LODGED
2009 OCT -6 PM 2:16

**QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP**
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  michaelzeller@quinnemanuel.com
  Jon D. Corey (Bar No. 185066)
  joncorey@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
OCT - 6 2009
SDM
CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>**APPLICATION TO FILE UNDER SEAL MATTEL INC.'S RESPONSIVE SUBMISSION TO THE MONITOR REGARDING THE SCOPE OF THE COURT-ORDERED RECALL; SUPPLEMENTAL DECLARATION OF MICHAEL T. ZELLER IN SUPPORT THEREOF AND EXHIBITS 1 AND 4 THERETO**<br><br>[[Proposed] Order Filed Concurrently Herewith]<br><br>**Phase 2**<br>Discovery Cut-off: June 1, 2010<br>Pre-trial Conference: TBD<br>Trial Date: TBD |

00505.07975/3139220.1

MATTEL. INC.'S APPLICATION TO FILE UNDER SEAL

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2  entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully
3  requests that the Court order filed under seal Mattel, Inc.'s Responsive Submission
4  to the Monitor Regarding the Scope of the Court-Ordered Recall (the "Recall
5  Brief"), the Supplemental Declaration of Michael T. Zeller in support thereof (the
6  "Supplemental Zeller Declaration"), and Exhibits 1 and 4 to the Supplemental Zeller
7  Declaration.

8  The Recall Brief quotes from and discusses documents and information
9  that Mattel and the MGA Parties have designated as "Confidential -- Attorney's
10 Eyes Only" pursuant to the Protective Order.  The Supplemental Zeller Declaration
11 discusses highly confidential information that Mattel has designated as
12 "Confidential -- Attorney's Eyes Only" pursuant to the Protective Order.  Exhibits 1
13 and 4 to the Zeller Declaration are documents that Mattel and the MGA Parties have
14 designated as "Confidential -- Attorney's Eyes Only" pursuant to the Protective
15 Order.  Accordingly, Mattel requests that the Court order that the Recall Brief, the
16 Supplemental Zeller Declaration, and Exhibits 1 and 4 to the Supplemental Zeller
17 Declaration be filed under seal.

DATED:  October 5, 2009

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By _____
Michael T. Zeller
Attorneys for Mattel, Inc.