**QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP**
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  michaelzeller@quinnemanuel.com
  Jon D. Corey (Bar No. 185066)
  joncorey@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>      vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>            Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL MATTEL INC.'S RESPONSIVE SUBMISSION TO THE MONITOR REGARDING THE SCOPE OF THE COURT-ORDERED RECALL; SUPPLEMENTAL DECLARATION OF MICHAEL T. ZELLER IN SUPPORT THEREOF AND EXHIBITS 1 AND 4 THERETO<br><br>**Phase 2**<br>Discovery Cut-off: June 1, 2010<br>Pre-trial Conference: TBD<br>Trial Date: TBD |

ORIGINAL

LODGED

00505.07975/3125620.1

[PROPOSED] ORDER

# ~~[PROPOSED]~~ ORDER

Based on the concurrently filed Application to File Under Seal, Mattel, Inc.'s Responsive Submission to the Monitor Regarding the Scope of the Court-Ordered Recall (the "Recall Brief"), the Supplemental Declaration of Michael T. Zeller in support thereof (the "Supplemental Zeller Declaration"), and Exhibits 1 and 4 to the Supplemental Zeller Declaration,

IT IS HEREBY ORDERED:

The Recall Brief, the Supplemental Zeller Declaration, and Exhibits 1 and 4 to the Supplemental Zeller Declaration are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: October 6, 2009

*/s/ David O. Carter*
Hon. David O. Carter
United States District Judge