
1  Bingham McCutchen LLP
   TODD E. GORDINIER (SBN 82200)
2  todd.gordinier@bingham.com
   PETER N. VILLAR (SBN 204038)
3  peter.villar@bingham.com
   CRAIG A. TAGGART (SBN 239168)
4  craig.taggart@bingham.com
   600 Anton Boulevard, 18th Floor
5  Costa Mesa, CA  92626-1924
   Telephone:  714.830.0600
6  Facsimile:  714.830.0700

7  Attorneys for Non-Party
   BINGHAM McCUTCHEN LLP
8

9              UNITED STATES DISTRICT COURT

10             CENTRAL DISTRICT OF CALIFORNIA

11                   SOUTHERN DIVISION

12 | CARTER BRYANT, an individual, | Case No. CV 04-09049 DOC (RNBx)
13 |                               | c/w Case Nos. CV 04-09059 & CV 05-2727
   | Plaintiff,                    |
14 |                               | **DISCOVERY MATTER**
   | v.                            | **To be heard by Discovery Master Robert C. O'Brien**
15 |                               |
   | MATTEL, INC., a Delaware      |
16 | Corporation,                  | **APPLICATION TO FILE UNDER SEAL:**
17 | Defendant.                    |
   |                               | **REPLY MEMORANDUM IN SUPPORT OF BINGHAM**
18 |                               | **McCUTCHEN LLP'S MOTION FOR**
   |                               | **CLARIFICATION AND/OR PARTIAL**
19 |                               | **RECONSIDERATION OF ORDER**
   |                               | **NO. 51 REGARDING THE**
20 |                               | **PRODUCTION OF ATTORNEY FEE**
   |                               | **INFORMATION**
21
22                                   Date:   TBD
                                     Time:   TBD
23                                   Place:  Arent Fox LLP
                                             555 West Fifth Street, 48th Fl.
24                                           Los Angeles, CA  90013

25 | AND CONSOLIDATED ACTIONS.     | **Phase 2:**
                                     Discovery Cut-off:   June 1, 2010
26                                   Pre-trial Conference: TBD
                                     Trial Date:          TBD
27
28

A/73159202.1                                    **ORIGINAL**

Pursuant to Central District Local Rule 79-5.1, the Stipulated Protective Order entered by the Court in this action on January 4, 2005, and the Court's Orders dated April 27, 2009 and May 21, 2009, Omni 808 Investors, LLC hereby respectfully requests that the Court permit the following document to be filed under seal:

**REPLY MEMORANDUM IN SUPPORT OF BINGHAM McCUTCHEN LLP'S MOTION FOR CLARIFICATION AND/OR PARTIAL RECONSIDERATION OF ORDER NO. 51 REGARDING THE PRODUCTION OF ATTORNEY FEE INFORMATION**

DATED: September 30, 2009          Bingham McCutchen LLP


                                   By:  /s/ Todd E. Gordinier
                                        Todd E. Gordinier
                                        Attorneys for Non-Party
                                        Bingham McCutchen LLP

A/73159202.1                                    1

**PROOF OF SERVICE BY E-MAIL TO COUNSEL**

I am over eighteen years of age, not a party in this action, and employed in Orange County, California at 600 Anton Boulevard, 18th Floor, Costa Mesa, California 92626-1924.. On **September 30, 2009**, I served the attached by transmitting via email the document(s) listed below on this date before 5:00 p.m. PST:

APPLICATION TO FILE UNDER SEAL:

REPLY MEMORANDUM IN SUPPORT OF BINGHAM McCUTCHEN LLP'S MOTION FOR CLARIFICATION AND/OR PARTIAL RECONSIDERATION OF ORDER NO. 51 REGARDING THE PRODUCTION OF ATTORNEY FEE INFORMATION

to the person(s) at the email address(es) set forth below:

Michael Zeller
michaelzeller@quinnemanuel.com

Dylan Proctor
dylanproctor@quinnemanuel.com

Jon Corey
joncorey@quinnemanuel.com

Jason Russell
jason.russell@skadden.com

Melinda Haag
mhaag@orrick.com

Annette L. Hurst
ahurst@orrick.com

Warrington S. Parker III
wparker@orrick.com

William A. Molinski
wmolinski@orrick.com

Mark Overland
moverland@scheperkim.com

Alexander Cote
acote@scheperkim.com

A/73159202.1

- 1 -

Discovery Master Robert C. O'Brien
obrien.robert@arentfox.com

Drew R. Hansen
hansen.drew@arentfox.com

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made and that this declaration was executed on **September 30, 2009**, at Costa Mesa, California.

*Paul A. McConnell*
Paul A. McConnell