THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
JASON D. RUSSELL (Bar No. 169219)
(jrussell@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071-3144
Tel.: (213) 687-5000/Fax: (213) 687-5600

Attorneys for Counter-Defendants,
MGA ENTERTAINMENT, INC., ISAAC LARIAN,
and MGA ENTERTAINMENT (HK) LIMITED

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS. | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br>Honorable David O. Carter<br><br>**APPLICATION TO FILE UNDER SEAL:**<br><br>MGA PARTIES' STATEMENT OF POSITION REGARDING SCOPE OF EXISTING PRODUCT RECALL AND IMPOUNDMENT; and<br><br>DECLARATION OF JASON D. RUSSELL IN SUPPORT OF THE MGA PARTIES' STATEMENT OF POSITION REGARDING SCOPE OF EXISTING PRODUCT RECALL AND IMPOUNDMENT. |

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the
2  Court in this action on January 4, 2005, MGA Entertainment, Inc., Isaac Larian, and MGA
3  Entertainment (HK) Limited, (collectively, the "MGA Parties") hereby respectfully request
4  that the Court order the following documents be filed under seal:
5      1.    MGA Parties' Statement Of Position Regarding Scope Of Existing Product
6          Recall And Impoundment (the "Statement"); and
7      2.    Declaration Of Jason D. Russell In Support Of The MGA Parties' Statement
8          Of Position Regarding Scope Of Existing Product Recall And Impoundment
9          (the "Declaration").
10
11 Good cause exists for filing these documents under seal because several documents
12 attached as exhibits to the Declaration have either been ordered sealed by this Court or have
13 been designated "Confidential" or "Confidential-Attorneys' Eyes Only" pursuant to the
14 Stipulated Protective Order in place in this case, and the contents of those documents are
15 discussed in the Statement.
16 Specifically, (1) Mattel's Motion For Permanent Injunction (Dkt 4319) was
17 designated "Confidential-Attorneys' Eyes Only" by Mattel and sealed by this Court;
18 (2) Mattel, Inc.'s Opposition to the MGA Parties' Ex Parte Application & Motion for Stay
19 Pending Appeal (Dkt 5495) was designated "Confidential-Attorneys' Eyes Only" by Mattel
20 and sealed by this Court; (3) the Declaration of Timothy Kilpin in support of Mattel, Inc.'s
21 Opposition to the MGA Parties' Ex Parte Application & Motion for Stay Pending Appeal
22 (Dkt 5496) was designated "Confidential" by Mattel and sealed by this Court; (4) the
23 January 5, 2009 Hearing Transcript was designated "Confidential – Attorneys' Eyes Only"
24 and sealed by this Court; (5) Exhibit 14 to the Declaration references Mattel's confidential
25 commercial information and has been designated "Confidential" by MGA; (6) MGA's
26 Third Set of Phase 2 Req. for Prod. of Documents & Things to Mattel, dated August 28,
27 2009, was references confidential commercial information and was designated
28

---

MGA Parties' Application To File Under Seal
Case No. CV 04-9049 DOC (RNBx)

1 | "Confidential - Attorneys' Eyes Only" by MGA; and (7) MGA's Product Lines contain
2 | confidential business information and have been designated "Confidential" by MGA.
3
4 | DATED: September 28, 2009     SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
5 |                               By: /s/ Thomas J. Nolan /JKdC
6 |                                   Thomas J. Nolan
                                      Attorneys for the MGA Parties