1  THOMAS J. NOLAN (Bar No. 66992)
   (tnolan@skadden.com)
2  JASON D. RUSSELL (Bar No. 169219)
   (jrussell@skadden.com)
3  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   300 South Grand Avenue, Suite 3400
4  Los Angeles, CA 90071-3144
   Tel.: (213) 687-5000/Fax: (213) 687-5600
5
6  Attorneys for Counter-Defendants,
   MGA ENTERTAINMENT, INC., ISAAC LARIAN,
7  and MGA ENTERTAINMENT (HK) LIMITED

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 DOC (RNBx) |
| Plaintiff, | Consolidated with Case No. 04-9059 and Case No. 05-2727 |
| v. | Honorable David O. Carter |
| MATTEL, INC., a Delaware corporation, | **APPLICATION TO FILE UNDER SEAL:** |
| Defendant. | |
| AND CONSOLIDATED ACTIONS. | DECLARATION OF STEPHEN SCHULTZ; |
| | DECLARATION OF JOHN WOOLARD; |
| | DECLARATION OF D. PAUL REGAN |

1     Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action on January 4, 2005, MGA Entertainment, Inc., Isaac Larian, and MGA Entertainment (HK) Limited, (collectively, the "MGA Parties") hereby respectfully request that the Court order the following documents be filed under seal:

    1.    Declaration Of Stephen Schultz, dated September 29, 2009;

    2.    Declaration of John Woolard, dated September 29, 2009; and

    3.    Declaration of D. Paul Regan, dated September 29, 2009.

    Good cause exists for filing these documents under seal because they contain confidential financial information and were ordered filed under seal and designated "Attorneys' Eyes Only" by the Court Appointed Monitor in his August 13, 2009 Briefing Schedule For Issues Related To The Calculation Of Monthly Profits, ¶ 5, and subsequent amendments thereto.

DATED: September 29, 2009     SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: _____
Thomas J. Nolan
Attorneys for the MGA Parties