QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  michaelzeller@quinnemanuel.com
  Jon D. Corey (Bar No. 185066)
  joncorey@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>**APPLICATION TO FILE UNDER SEAL MATTEL INC.'S SUBMISSION TO THE MONITOR REGARDING JULY 2009 ACCOUNTING ISSUES; DECLARATION OF JEFFREY KINRICH IN SUPPORT THEREOF**<br><br>[[Proposed] Order Filed Concurrently Herewith]<br><br>**Phase 2**<br>Discovery Cut-off: June 1, 2010<br>Pre-trial Conference: TBD<br>Trial Date: TBD |

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
OCT - 6 2009
CENTRAL DISTRICT OF CALIFORNIA
BY  STM  DEPUTY

00505.07975/3139220.1

MATTEL. INC.'S APPLICATION TO FILE UNDER SEAL

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2  entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully
3  requests that the Court order filed under seal Mattel, Inc.'s Submission to the
4  Monitor Regarding July 2009 Accounting Issues (the "July Accounting Brief"), and
5  the Declaration of Jeffrey Kinrich in support thereof (the "Kinrich Declaration").
6  The July Accounting Brief quotes from and discusses documents and
7  information that Mattel and the MGA Parties have designated as "Confidential --
8  Attorney's Eyes Only" pursuant to the Protective Order. The Kinrich Declaration
9  discusses highly confidential information that Mattel has designated as
10 "Confidential -- Attorney's Eyes Only" pursuant to the Protective Order.
11 Accordingly, Mattel requests that the Court order that the July Accounting Brief,
12 and the Kinrich Declaration, be filed under seal.

14 DATED: October 5, 2009         QUINN EMANUEL URQUHART OLIVER &
                                   HEDGES. LLP

16                                 By /s/ Michael T. Zeller
17                                 Michael T. Zeller
                                   Attorneys for Mattel, Inc.