MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:  +1-415-773-5700
Facsimile:   +1-415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA  90017
Telephone:  +1-213-629-2020
Facsimile:   +1-213-612-2499

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | Case No.  CV 04-9049-DOC (RNBx) |
| Plaintiff, | Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727 |
| v. | |
| MATTEL, INC., a Delaware corporation, | **APPLICATION TO FILE UNDER SEAL** |
| Defendant. | Judge:     Hon. David O. Carter |
| AND CONSOLIDATED ACTIONS | |

Pursuant to Civil Local Rule 79-5.1, MGA de Mexico and MGA Entertainment HK, Ltd. (collectively "MGA Parties") hereby submit this application for an order to file under seal the following documents:

1. MGA DE MEXICO'S AND MGA ENTERTAINMENT HK, LTD.'S REPLY ISO MOTION TO COMPEL RESPONSES TO MGA DE MEXICO'S INTERROGATORIES NOS. 1-11 AND MGA ENTERTAINMENT HK'S INTERROGATORIES NOS. 1-25

2. EXHIBITS 1, 7, 8, 9, and 10 to the SUPPLEMENTAL DECLARATION OF ANTHONY DECORSO IN SUPPORT OF MGA DE MEXICO'S AND MGA ENTERTAINMENT HK, LTD.'S MOTION TO COMPEL FURTHER RESPONSES TO MGA DE MEXICO'S INTERROGATORIES NOS. 1-11 AND MGA ENTERTAINMENT HK'S INTERROGATORIES NOS. 1-25

The de Corso Declaration attaches

- as **Exhibit 1,** Mattel's First Supplemental Objections and Responses to Interrogatory Nos. 20-23 and 28 in MGA's Second Set of Interrogatories dated July 31, 2009, and designated "Attorney's Eyes Only" by Mattel;
- as **Exhibit 7,** MGA's First Supplemental Responses to Mattel's Supplemental Interrogatories Nos. 56-63 dated July 8, 2009, and designated "Confidential";
- as **Exhibit 8,** Larian's First Supplemental Responses to Mattel's Supplemental Interrogatories Nos. 56-63 dated July 8, 2009, and designate "Confidential";
- as **Exhibit 9,** MGA's Second Supplemental Responses to Mattel's Supplemental Interrogatories Nos. 56-63 dated August 20, 2009, and designated "Confidential";

1      • as **Exhibit 10**, Larian's Second Supplemental Responses to Mattel's
2      Supplemental Interrogatories Nos. 56-63 dated August 20, 2009, and
3      designated "Confidential".

Both the "Attorney's Eye Only" and "Confidential" designations are pursuant to the protective order entered in this Court on January 4, 2005. *See* Case 2:04-cv-09059-SGL-RNB Docket No. 54

     The MGA Parties' Reply in Support of Motion to Compel Further Responses to MGA de Mexico's Interrogatories Nos. 1-11 and MGA Entertainment HK's Interrogatories Nos. 1-25 discusses and quotes contents of **Exhibits 1, 7, 8, 9**, and **10**. Accordingly, the MGA Parties believe that the foregoing documents should be filed under seal in order to maintain the confidentiality of the information contained therein and abide by the terms of the Court's order.

     For the foregoing reasons, the MGA Parties respectfully request that the Court enter the concurrently filed [Proposed] Order granting this request to file the documents under seal.

Dated:    October 9, 2009          ORRICK, HERRINGTON & SUTCLIFFE LLP

                                         By: _____
                                                William A. Molinski
                                                Attorneys for MGA Parties