Bingham McCutchen LLP
TODD E. GORDINIER (SBN 82200)
todd.gordinier@bingham.com
PETER N. VILLAR (SBN 204038)
peter.villar@bingham.com
CRAIG A. TAGGART (SBN 239168)
craig.taggart@bingham.com
600 Anton Boulevard, 18th Floor
Costa Mesa, CA 92626-1924
Telephone: 714.830.0600
Facsimile: 714.830.0700

Attorneys for Non-Party
BINGHAM McCUTCHEN LLP

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
OCT -1 2009
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

LODGED
2009 SEP 31 AM 10:13
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY:

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

CARTER BRYANT, an individual,

Plaintiff,

v.

MATTEL, INC., a Delaware Corporation,

Defendant.

AND CONSOLIDATED ACTIONS.

Case No. CV 04-09049 DOC (RNBx)
c/w Case Nos. CV 04-09059 & CV 05-2727

**DISCOVERY MATTER**
**To be heard by Discovery Master Robert C. O'Brien**

**~~[PROPOSED]~~ ORDER TO FILE UNDER SEAL:**

**REPLY MEMORANDUM IN SUPPORT OF BINGHAM McCUTCHEN LLP'S MOTION FOR CLARIFICATION AND/OR PARTIAL RECONSIDERATION OF ORDER NO. 51 REGARDING THE PRODUCTION OF ATTORNEY FEE INFORMATION**

Date: TBD
Time: TBD
Place: Arent Fox LLP
555 West Fifth Street, 48th Fl.
Los Angeles, CA 90013

**Phase 2:**
Discovery Cut-off: June 1, 2010
Pre-trial Conference: TBD
Trial Date: TBD

ORIGINAL

**ORDER**

Based on the concurrently filed Application and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that the following document be filed under seal pursuant to Local Rule 79-5.1:

**REPLY MEMORANDUM IN SUPPORT OF BINGHAM McCUTCHEN LLP'S MOTION FOR CLARIFICATION AND/OR PARTIAL RECONSIDERATION OF ORDER NO. 51 REGARDING THE PRODUCTION OF ATTORNEY FEE INFORMATION**

DATED: October 1, 2009

David O. Carter

Hon. ~~Stephen J. Larson~~ DAVID O. CARTER
United States District Judge

**PROOF OF SERVICE BY E-MAIL TO COUNSEL**

I am over eighteen years of age, not a party in this action, and employed in Orange County, California at 600 Anton Boulevard, 18th Floor, Costa Mesa, California 92626-1924.. On **September 30, 2009,** I served the attached by transmitting via email the document(s) listed below on this date before 5:00 p.m. PST:

**[PROPOSED] ORDER TO FILE UNDER:**

**REPLY MEMORANDUM IN SUPPORT OF BINGHAM McCUTCHEN LLP'S MOTION FOR CLARIFICATION AND/OR PARTIAL RECONSIDERATION OF ORDER NO. 51 REGARDING THE PRODUCTION OF ATTORNEY FEE INFORMATION**

to the person(s) at the email address(es) set forth below:

Michael Zeller
michaelzeller@quinnemanuel.com

Dylan Proctor
dylanproctor@quinnemanuel.com

Jon Corey
joncorey@quinnemanuel.com

Jason Russell
jason.russell@skadden.com

Melinda Haag
mhaag@orrick.com

Annette L. Hurst
ahurst@orrick.com

Warrington S. Parker III
wparker@orrick.com

William A. Molinski
wmolinski@orrick.com

Mark Overland
moverland@scheperkim.com

Alexander Cote
acote@scheperkim.com

Discovery Master Robert C. O'Brien
obrien.robert@arentfox.com

Drew R. Hansen
hansen.drew@arentfox.com

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made and that this declaration was executed on **September 30, 2009**, at Costa Mesa, California.

Paul A. McConnell