1 | THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
2 | JASON D. RUSSELL (Bar No. 169219)
(jrussell@skadden.com)
3 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
4 | Los Angeles, CA 90071-3144
Tel.: (213) 687-5000/Fax: (213) 687-5600
5 |

6 | Attorneys for Counter-Defendants,
MGA ENTERTAINMENT, INC., ISAAC LARIAN,
7 | and MGA ENTERTAINMENT (HK) LIMITED

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
OCT - 1 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

8 | UNITED STATES DISTRICT COURT
9 | CENTRAL DISTRICT OF CALIFORNIA
10 | SOUTHERN DIVISION

11 | CARTER BRYANT, an individual,         ) CASE NO. CV 04-9049 DOC (RNBx)
12 |                    Plaintiff,          ) Consolidated with Case No. 04-9059
                                            ) and Case No. 05-2727
13 |        v.                              ) Honorable David O. Carter
14 | MATTEL, INC., a Delaware corporation,  )
15 |                    Defendant.          ) [PROPOSED] ORDER TO FILE
                                            ) UNDER SEAL:
16 |                                        )
17 | AND CONSOLIDATED ACTIONS.              ) MGA PARTIES' STATEMENT OF
                                            ) POSITION REGARDING SCOPE OF
                                            ) EXISTING PRODUCT RECALL AND
18 |                                        ) IMPOUNDMENT; and
19 |                                          DECLARATION OF JASON D.
                                              RUSSELL IN SUPPORT OF THE MGA
20 |                                          PARTIES' STATEMENT OF POSITION
                                              REGARDING SCOPE OF EXISTING
21 |                                          PRODUCT RECALL AND
                                              IMPOUNDMENT.
22 |
23 |
24 |
25 |
26 |
27 |
28 |

[Proposed] Order To File Under Seal
Case No. CV 04-9049 DOC (RNBx)

# ORDER

Based on the concurrently filed Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that the following documents be filed under seal pursuant to Local Rule 79-5.1:

1. MGA Parties' Statement Of Position Regarding Scope Of Existing Product Recall And Impoundment; and

2. Declaration Of Jason D. Russell In Support Of The MGA Parties' Statement Of Position Regarding Scope Of Existing Product Recall And Impoundment.

DATED: October 1, 2009

*David O. Carter*

Hon. David O. Carter
United States District Court Judge