QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>      vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.<br><br>            Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Robert C. O'Brien]**<br><br>[PUBLIC REDACTED] DECLARATION OF JON COREY IN SUPPORT OF MATTEL, INC.'S NOTICE OF MOTION AND MOTION TO ENFORCE, TO COMPEL AND FOR SANCTIONS RE: THE MGA DEFENDANTS' AFFIRMATIVE DEFENSES<br><br>Hearing Date:      TBD<br>Time:              TBD<br>Place:             Arent Fox, LLP<br>                   555 West Fifth Street,<br>                   48th Floor<br>                   Los Angeles, CA<br><br>**Phase 2:**<br>Disc. Cut-off:     June 1, 2010<br>Pre-trial Conf.:   TBD<br>Trial Date:        TBD |

DECLARATION OF JON COREY

1  <u>DECLARATION OF JON COREY</u>

2      I, Jon D. Corey, declare as follows:

3      1.    I am a member of the bars of the State of California, the State of

4  New York and the District of Columbia, and a partner of Quinn Emanuel Urquhart

5  Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel").  I make this declaration

6  of personal, firsthand knowledge, and if called and sworn as a witness, I could and

7  would testify competently thereto.

8      2.    Attached as Exhibit 1 is a true and correct copy of the Court's

9  December 3, 2007 Order.

10     3.    Attached as Exhibit 2 is a true and correct copy of Mattel, Inc.'s

11 Supplemental Interrogatory Regarding Defendants' Affirmative Defenses, dated

12 December 3, 2007.

13     4.    Attached as Exhibit 3 is a true and correct copy of Carter

14 Bryant's And MGA Defendants' Joint Opposition To Mattel, Inc.'s Motion For

15 Leave To Serve A Supplemental Interrogatory Regarding Defendants' Affirmative

16 Defenses, dated November 19, 2007.

17     5.    Attached as Exhibit 4 is a true and correct copy of the December

18 3, 2007 Hearing transcript.

19     6.    Attached as Exhibit 5 is a true and correct copy of MGA's

20 Response To Mattel, Inc.'s Amended Supplemental Interrogatory Regarding

21 Defendants' Affirmative Defenses, dated January 8, 2008.

22     7.    Attached as Exhibit 6 is a true and correct copy of the MGA

23 Parties' Answer & Affirmative Defenses to Mattel, Inc.'s Third Amended Answer

24 & Counterclaims, dated June 29, 2009.

25     8.    Attached as Exhibit 7 is a true and correct copy of a letter from

26 Jon Corey to Warrington Parker, dated July 24, 2009.

27

28

00505.07975/3160286.1

DECLARATION OF JON COREY

9.       Attached as Exhibit 8 is a true and correct copy of MGA's Response To Mattel, Inc.'s Amended Supplemental Interrogatory Regarding Defendants' Affirmative Defenses, dated August 31, 2009.

10.      Attached as Exhibit 9 is a true and correct copy of a letter from B. Dylan Proctor to Annette Hurst, dated September 4, 2009.

11.      Attached as Exhibit 10 is a true and correct copy of letter from Jon Corey to Annette Hurst, dated September 4, 2009.

12.      Attached as Exhibit 11 is a true and correct copy of letter from Jon Corey to Annette Hurst, dated September 21, 2009.

13.      Attached as Exhibit 12 is a true and correct copy of an email from William Molinski to Valerie Lozano, et al, dated September 22, 2009.

14.      Attached as Exhibit 13 is a true and correct copy of an email from Michael Zeller to William Molinski, et al, dated September 22, 2009.

15.      Attached as Exhibit 14 is a true and correct copy of the an email from William Molinski to Michael Zeller, dated September 23, 2009.

16.      Attached as Exhibit 15 is a true and correct copy of a letter from Warrington Parker to Jon Corey, dated September 10, 2009.

17.      Attached as Exhibit 16 is a true and correct copy of a letter from Jon Corey to Warrington Parker, dated September 23, 2009.

18.      Attached as Exhibit 17 is a true and correct copy of an email from Michael Zeller to Annette Hurst, et al, dated September 22, 2009.

19.      Attached as Exhibit 18 is a true and correct copy of an email from Michael Zeller to Annette Hurst, et al, dated October 3, 2009.

20.      Attached as Exhibit 19 is a true and correct copy of an email from Annette Hurst to Michael Zeller, et al, dated October 5, 2009.

21.      Attached as Exhibit 20 is a true and correct copy of an email from Michael Zeller to Annette Hurst, et al, dated October 5, 2009.

22.     Attached as Exhibit 21 is a true and correct copy of an email from Annette Hurst to Michael Zeller, et al, dated October 5, 2009.

23.     Attached as Exhibit 22 is a true and correct copy of an email from Michael Zeller to Annette Hurst, et al, dated October 5, 2009.

24.     Attached as Exhibit 23 is a true and correct copy of the Phase 2 Order No. 22, dated April 28, 2009.

25.     Attached as Exhibit 24 is a true and correct copy of a Mattel Organizational Chart, Bates numbered M0282108-09.

26.     Attached as Exhibit 25 is a true and correct copy of the Court's March 31, 2008 Order.

27.     Attached as Exhibit 26 is a true and correct copy of Mattel, Inc.'s First Set Of Requests For Documents And Things Re Claims Of Unfair Competition To MGA Entertainment, Inc., dated December 18, 2006.

28.     Attached as Exhibit 27 is a true and correct copy of the Order Granting In Part And Denying In Part Mattel's Motion To Compel Production Of Documents By MGA; Denying Request For Monetary Sanctions, dated August 13, 2007.

29.     Attached as Exhibit 28 is a true and correct copy of the Phase 1 Order Granting Mattel's Motion To Compel Production Of Documents And Interrogatory Responses By MGA, dated May 15, 2007.

30.     Attached as Exhibit 29 is a true and correct copy of the Phase 2 Discovery Matter Order No. 60, dated September 9, 2009.

31.     Attached as Exhibit 30 is a true and correct copy of the MGA Parties' Notice And Application For Issuance Of Letter Of Request For Judicial Assistance Re: Danny K.H. Yu And Bird & Bird, dated September 4, 2009.

32.     Attached as Exhibit 31 is a true and correct copy of the MGA Parties' Reply In Support Of Notice And Application For Issuance Of Letter Of

1   Request For Judicial Assistance Re: Danny K.H. Yu And Bird & Bird, dated
2   September 17, 2009.

3          33.    Attached as Exhibit 32 is a true and correct copy of the Exhibit K
4   to the Declaration of Diane Rutowski In Support Of the MGA Parties' Notice And
5   Application For Issuance Of Letter Of Request For Judicial Assistance Re: Danny
6   K.H. Yu And Bird & Bird, dated September 4, 2009.

7          34.    Attached as Exhibit 33 is a true and correct copy of the Exhibit L
8   to the Declaration of Diane Rutowski In Support Of the MGA Parties' Notice And
9   Application For Issuance Of Letter Of Request For Judicial Assistance Re: Danny
10  K.H. Yu And Bird & Bird, dated September 4, 2009.

11         35.    Attached as Exhibit 34 is a true and correct copy of Mattel's *Ex*
12  *Parte* Application For Production of Complete Copies Of Withheld Documents In
13  Advance of Hearing On MGA Parties' Application For Issuance Of Letter Of
14  Request For Judicial Assistance Re: Danny K.U. Yu And Bird & Bird, dated
15  September 24, 2009.

16         36.    Attached as Exhibit 35 is a true and correct copy of the Phase 2
17  Discovery Matter Order No. 68, dated October 3, 2009.

18         37.    Attached as Exhibit 36 is a true and correct copy of the MGA
19  Parties' Opposition To Mattel's *Ex Parte* Application For Production Of Complete
20  Copies Of Withheld Documents In Advance Of Hearing For Issuance Of Letters Of
21  Request, dated September 28, 2009.

22         38.    Attached as Exhibit 37 is a true and correct copy of the
23  Stipulation For Appointment Of A Discovery Master And Order, dated December 6,
24  2006.

25         39.    Attorneys ran searches on databases containing the MGA
26  Defendants' documents production based on terms used in the MGA Defendants'
27  Supplemental Response.  Searches for letters and email from Endemol U.S. did not
28  return any documents.   Likewise, searches for correspondence between the

Children's Advertising Review Unit, or CARU and MGA representatives produced no results.

        40.    I spent at least two hours on this Motion at an hourly rate of $690. My colleague, Valerie A. Lozano, spent at least nine hours on the Motion. Her hourly rate is $330. Combined, Mattel incurred fees in an amount of at least $4350 preparing this Motion.

        I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

        Executed on October 16, 2009, at Los Angeles, California.


        /s/ Jon Corey
        Jon Corey