1   MELINDA HAAG (State Bar No. 132612)
    mhaag@orrick.com
2   ANNETTE L. HURST (State Bar No. 148738)
    ahurst@orrick.com
3   WARRINGTON S. PARKER III (State Bar No. 148003)
    wparker@orrick.com
4   ORRICK, HERRINGTON & SUTCLIFFE LLP
    The Orrick Building
5   405 Howard Street
    San Francisco, CA  94105-2669
6   Telephone:  +1-415-773-5700
    Facsimile:   +1-415-773-5759
7
    WILLIAM A. MOLINSKI (State Bar No. 145186)
8   wmolinski@orrick.com
    ORRICK, HERRINGTON & SUTCLIFFE LLP
9   777 South Figueroa Street, Suite 3200
    Los Angeles, CA  90017
10  Telephone:  +1-213-629-2020
    Facsimile:   +1-213-612-2499
11
    Attorneys for MGA Parties
12

13                  UNITED STATES DISTRICT COURT

14                 CENTRAL DISTRICT OF CALIFORNIA

15                        EASTERN DIVISION

16  CARTER BRYANT, an individual,       Case No.  CV 04-9049-SGL (RNBx)

17              Plaintiff,              Consolidated with:
                                        Case No. CV 04-9059
18        v.                            Case No. CV 05-2727

19  MATTEL, INC., a Delaware            [PROPOSED] ORDER RE
    corporation,                        APPLICATION TO FILE UNDER
20                                      SEAL
              Defendant.
21                                      DAVID O. CARTER
                                        Judge:      Hon. Stephen G. Larson
22
23  AND CONSOLIDATED ACTIONS

24

25

26

27

28

1    The Court, having considered MGA Parties' application for an order to file

2  under seal, and having found good cause to do so, it is HEREBY ORDERED that

3  said application is GRANTED in its entirety.

4    The Clerk shall maintain under Seal the following document:

5

6  **MGA PARTIES' OPPOSITION TO MATTEL, INC.'S EX PARTE APPLICATION FOR ORDER SHORTENING TIME FOR MGA AND**

7  **LARIAN TO RESPOND TO REQUESTS FOR ADMISSION AND FOR PRODUCTION OF PRIVILEGE LOG**

8

9    **It is so ORDERED.**

10

11

12  Dated: ___October 1___, 2009

Hon. ~~Stephen G. Larson~~

13

DAVID O. CARTER

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 1 -