QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  michaelzeller@quinnemanuel.com
  Jon D. Corey (Bar No. 185066)
  joncorey@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., et al,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S OPPOSITION TO BINGHAM MCCUTCHEN'S MOTION FOR PARTIAL RECONSIDERATION OF ORDER NO. 51 REGARDING THE PRODUCTION OF ATTORNEY FEE INFORMATION AND EXHIBITS 1, 2, 4, 5, 7 AND 11 TO THE DECLARATION OF B. DYLAN PROCTOR IN SUPPORT THEREOF<br><br>**Phase 2**<br>Discovery Cut-off: June 1, 2010<br>Pre-trial Conference: TBD<br>Trial Date: TBD |

| | |
|---|---|
| 1 | [PROPOSED] ORDER |
| 2 | |
| 3 | Based on the concurrently filed Application to File Under Seal Mattel, |
| 4 | Inc.'s Opposition to Bingham McCutchen's Motion for Partial Reconsideration of |
| 5 | Order No. 51 Regarding the Production of Attorney Fee Information, and Exhibits |
| 6 | 1, 2, 4, 5, 7 and 11 to the Declaration of B. Dylan Proctor in support thereof, |
| 7 | IT IS HEREBY ORDERED: |
| 8 | Mattel, Inc.'s Opposition to Isaac Larian's Objections to Discovery |
| 9 | Master Order No. 46 Regarding Responses to Phase 2 Interrogatories, and Exhibits |
| 10 | 1, 2, 4, 5, 7 and 11 to the Declaration of B. Dylan Proctor in support thereof are |
| 11 | ORDERED filed under seal pursuant to Local Rule 79-5.1. |

DATED: October 1, 2009

*/s/ David O. Carter*
~~Hon. Stephen G. Larson~~ DAVID O. CARTER
United States District Judge