THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
JASON D. RUSSELL (Bar No. 169219)
(jrussell@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071-3144
Tel.: (213) 687-5000/Fax: (213) 687-5600

Attorneys for Counter-Defendants,
MGA ENTERTAINMENT, INC., ISAAC LARIAN,
and MGA ENTERTAINMENT (HK) LIMITED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>　　　　Defendant.<br><br>AND CONSOLIDATED ACTIONS. | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>Honorable David O. Carter<br><br>[PROPOSED] ORDER TO FILE UNDER SEAL:<br><br>DECLARATION OF STEPHEN SCHULTZ;<br><br>DECLARATION OF JOHN WOOLARD;<br><br>DECLARATION OF D. PAUL REGAN |

## ORDER

Based on the concurrently filed Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that the following documents be filed under seal pursuant to Local Rule 79-5.1:

1. Declaration Of Stephen Schultz, dated September 29, 2009;
2. Declaration of John Woolard, dated September 29, 2009; and
3. Declaration of D. Paul Regan, dated September 29, 2009.

DATED: 10/1/09

_____
Hon. David O. Carter
United States District Court Judge