ORIGINAL

LODGED

2009 OCT -6 PM 2: 14

1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     John B. Quinn (Bar No. 090378)
2    johnquinn@quinnemanuel.com
     Michael T. Zeller (Bar No. 196417)
3    michaelzeller@quinnemanuel.com
     Jon D. Corey (Bar No. 185066)
4    joncorey@quinnemanuel.com
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California  90017-2543
   Telephone:   (213) 443-3000
6  Facsimile:   (213) 443-3100

7  Attorneys for Mattel, Inc.

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                  SOUTHERN DIVISION

11  MATTEL, INC., a Delaware          CASE NO. CV 04-9049 DOC (RNBx)
    corporation,                      Consolidated with
12                                    Case No. CV 04-09059
             Plaintiff,               Case No. CV 05-02727
13
        vs.                           Hon. David O. Carter
14
    MGA ENTERTAINMENT, INC., a        [PROPOSED] ORDER GRANTING
15  California corporation, et al.,   APPLICATION TO FILE UNDER SEAL
                                      MATTEL INC.'S SUBMISSION TO
16           Defendants.              THE MONITOR REGARDING JULY
                                      2009 ACCOUNTING ISSUES;
17                                    DECLARATION OF JEFFREY
    AND CONSOLIDATED ACTIONS          KINRICH IN SUPPORT THEREOF

18

19                                    **Phase 2**
                                      Discovery Cut-off:  June 1, 2010
20                                    Pre-trial Conference:  TBD
                                      Trial Date:  TBD
21

22

23

24

25

26

27

28

00505.07975/3125620.1

[PROPOSED] ORDER

1

~~[PROPOSED]~~ ORDER

2

3          Based on the concurrently filed Application to File Under Seal, Mattel,

4   Inc.'s Responsive Submission to the Monitor Regarding July 2009 Accounting

5   Issues (the "July Accounting Brief"), and the Declaration of Jeffrey Kinrich in

6   support thereof (the "Kinrich Declaration"),

7          IT IS HEREBY ORDERED:

8          The July Accounting Brief and the Kinrich Declaration are ORDERED

9   filed under seal pursuant to Local Rule 79-5.1.

10

11  DATED: *October 6* . 2009  *David O. Carter*

12                                              Hon. David O. Carter
                                                United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28