THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
JASON D. RUSSELL (Bar No. 169219)
(jrussell@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071-3144
Tel.: (213) 687-5000/Fax: (213) 687-5600

Attorneys for Counter-Defendants,
MGA ENTERTAINMENT, INC., ISAAC LARIAN,
and MGA ENTERTAINMENT (HK) LIMITED

UNITED STATED DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS. | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>PROOF OF SERVICE |

PROOF OF SERVICE
Case No. CV 04-9049 DOC (RNBx)

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 300 South Grand Avenue, Suite 3400, Los Angeles, California 90071.

On **September 29, 2009**, I served the foregoing documents described as:

1. Declaration Of Stephen Schultz;

2. Declaration of John Woolard;

3. Declaration of D. Paul Regan;

4. Application to File Under Seal;

5. Proposed Order to File Under Seal;

and

6. Proof of Service

on the counsel of record in this action addressed as follows:

### SEE ATTACHED SERVICE LIST

(X) [E-MAIL OR ELECTRONIC SERVICE] Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed in the attached service list. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

Executed on **September 29, 2009,** in Los Angeles, California.

Al Chua
PRINT NAME                                    SIGNATURE

## SERVICE LIST

| | |
|---|---|
| John Quinn, Esq.<br>Michael T. Zeller, Esq.<br>Jon D. Corey, Esq.<br>Quinn Emanuel Urquhart Oliver & Hedges, LLP<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, CA 90017-2543<br>johnquinn@quinnemanuel.com<br>michaelzeller@quinnemanuel.com<br>joncorey@quinnemanuel.com | Attorneys for Mattel, Inc.<br><br>SERVED BY EMAIL |
| Annette L. Hurst, Esq.<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105<br>ahurst@orrick.com | Attorneys for MGA Parties<br><br>SERVED BY EMAIL |
| Todd E. Gordinier, Esq.<br>Bingham McCutchen LLP<br>Plaza Tower<br>600 Anton Boulevard, 18th Floor<br>Costa Mesa, CA 92626-1924<br>todd.gordinier@bingham.com | Attorneys for Omni 808<br><br>SERVED BY EMAIL |
| Patrick A. Fraioli, Jr., Esq.<br>Byron Z. Moldo, Esq.<br>Peter A. Davidson, Esq.<br>Ervin Cohen & Jessup LLP<br>9401 Wilshire Boulevard, Ninth Floor<br>Beverly Hills, California 90212-2974<br>pfraioli@ecjlaw.com<br>bmoldo@ecjlaw.com<br>pdavidson@ecjlaw.com | Court Appointed Monitor<br><br>SERVED BY EMAIL |