ORIGINAL

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
johnquinn@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
OCT - 6 2009
CENTRAL DISTRICT OF CALIFORNIA
BY SDM DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

MATTEL, INC., a Delaware corporation,

Plaintiff,

vs.

MGA ENTERTAINMENT, INC., et al.,

Defendants.

AND CONSOLIDATED ACTIONS

CASE NO. CV 04-9049 DOC (RNBx)

Consolidated with Case Nos. CV 04-09059 and CV 05-02727

**[BEFORE THE MONITOR PER COURT ORDER]**

PROOF OF SERVICE

Hearing Date: TBD
Time: TBD
Place: TBD

**Phase 2**
Discovery Cut-off: June 1, 2010
Pre-trial Conference: TBD
Trial Date: TBD

LODGED
2009 OCT -6 PM 2: 15

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On October 5, 2009, I served true copies of the following document(s) described as on the parties in this action as follows:

**SEE ATTACHED DOCUMENT LIST**

on the parties in this action as follows:

| | |
|---|---|
| Skadden, Arps, Slate, Meagher & Flom LLP<br>Thomas J. Nolan, Esq.<br>Jason Russell, Esq.<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90071<br>tnolan@skadden.com<br>jrussell@skadden.com | **Attorneys for *the MGA Parties*** |
| Scheper, Kim & Overland, LLP<br>Mark E. Overland, Esq.<br>Alexander H. Cote, Esq.<br>601 West Fifth Street, 12th Floor<br>Los Angeles, CA 90071<br>moverland@obsklaw.com<br>acote@obsklaw.com | **Attorneys for *Carlos Gustavo Machado Gomez*** |
| Orrick, Herrington & Sutcliffe, LLP<br>Melinda Haag, Esq.<br>Annette L. Hurst, Esq.<br>Warrington S. Parker III, Esq.<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105<br>mhaag@orrick.com<br>ahurst@orrick.com<br>wparker@orrick.com | **Attorneys for *the MGA Parties*** |

| | |
|---|---|
| Orrick, Herrington & Sutcliffe, LLP<br>William A. Molinski, Esq.<br>777 South Figueroa Street, Suite 3200<br>Los Angeles, CA 90017<br>wmolinski@orrick.com | **Attorneys for *the MGA Parties*** |
| Bingham McCutchen LLP<br>Todd E. Gordinier, Esq.<br>Peter N. Villar, Esq.<br>600 Anton Boulevard, 18th Floor<br>Costa Mesa, CA 92626-1924<br>todd.gordinier@bingham.com<br>peter.villar@bingham.com | **Attorneys for *the Omni 808 Investors, LLC*** |
| Ervin Cohen & Jessup LLP<br>Byron Z. Moldo, Esq.<br>9401 Wilshire Blvd., 9th Floor<br>Beverly Hills, CA 90212-2974<br>bmoldo@ecjlaw.com | **Attorneys for Patrick Fraioli** |

**BY ELECTRONIC MAIL TRANSMISSION:** By electronic mail transmission from josephsarles@quinnemanuel.com on October 5, 2009, by transmitting a PDF format copy of such document(s) to each such person at the e-mail address listed below their address(es). The document(s) was/were transmitted by electronic transmission and such transmission was reported as complete and without error.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 5, 2009, at Los Angeles, California.

Joseph Sarles

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On October 5, 2009, I served true copies of the following document(s) described as:

**SEE DOCUMENT LIST**

on the parties in this action as follows:

| | |
|---|---|
| Scheper, Kim & Overland, LLP<br>Mark E. Overland, Esq.<br>Alexander H. Cote, Esq.<br>601 West Fifth Street, 12th Floor<br>Los Angeles, CA 90071<br>moverland@obsklaw.com<br>acote@obsklaw.com | **Attorneys for *Carlos Gustavo Machado Gomez*** |
| Bingham McCutchen LLP<br>Todd E. Gordinier, Esq.<br>Peter N. Villar, Esq.<br>600 Anton Boulevard, 18th Floor<br>Costa Mesa, CA 92626-1924<br>todd.gordinier@bingham.com<br>peter.villar@bingham.com | **Attorneys for *the Omni 808 Investors, LLC*** |
| Orrick, Herrington & Sutcliffe, LLP<br>Melinda Haag, Esq.<br>Annette L. Hurst, Esq.<br>Warrington S. Parker III, Esq.<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105<br>mhaag@orrick.com<br>ahurst@orrick.com<br>wparker@orrick.com` | **Attorneys for *the MGA Parties*** |

| | |
|---|---|
| Skadden, Arps, Slate, Meagher & Flom LLP<br>Thomas J. Nolan, Esq.<br>Jason Russell, Esq.<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90071<br>tnolan@skadden.com<br>jrussell@skadden.com | **Attorneys for *the MGA Parties*** |
| Orrick, Herrington & Sutcliffe, LLP<br>William A. Molinski, Esq.<br>777 South Figueroa Street, Suite 3200<br>Los Angeles, CA 90017<br>wmolinski@orrick.com | **Attorneys for *the MGA Parties*** |

**BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 6, 2009, at Los Angeles, California.

Elaine Chavarria

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action. My business address is NOW Messenger, 1301 West Second Street, Suite 206, Los Angeles, CA 90026.

On October 5, 2009, I served a true copy of the following documents described as

**SEE ATTACHED DOCUMENTS**

on the parties in this action as follows:

| | |
|---|---|
| Ervin Cohen & Jessup LLP<br>Byron Z. Moldo, Esq.<br>9401 Wilshire Blvd., 9th Floor<br>Beverly Hills, CA 90212-2974<br>bmoldo@ecjlaw.com | **Attorneys for *Patrick Fraioli*** |

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 5, 2009, at Los Angeles, California.

David Ouintana

**LIST OF DOCUMENTS**

(1)     MATTEL INC.'S SUBMISSION TO THE MONITOR REGARDING THE SCOPE OF THE COURT-ORDERED RECALL

(2)     SUPPLEMENTAL DECLARATION OF MICHAEL T. ZELLER IN SUPPORT OF MATTEL INC.'S SUBMISSION TO THE MONITOR REGARDING THE SCOPE OF THE COURT-ORDERED RECALL

(3)     APPLICATION TO FILE UNDER SEAL MATTEL INC.'S SUBMISSION TO THE MONITOR REGARDING THE SCOPE OF THE COURT-ORDERED RECALL; SUPPLEMENTAL DECLARATION OF MICHAEL T. ZELLER IN SUPPORT AND EXHIBITS 1 AND 4 THERETO

4)     [PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL MATTEL INC.'S SUBMISSION TO THE MONITOR REGARDING THE SCOPE OF THE COURT-ORDERED RECALL; SUPPLEMENTAL DECLARATION OF MICHAEL T. ZELLER IN SUPPORT AND EXHIBITS 1 AND 4 THERETO