# Exhibit 10

1753

1        UNITED STATES DISTRICT COURT

2        CENTRAL DISTRICT OF CALIFORNIA

3                    ---

4    **HONORABLE STEPHEN G. LARSON, JUDGE PRESIDING**

5                    ---

6   MATTEL, INC.,                    :   PAGES 1753 - 1888
                                     :
7            PLAINTIFF,              :
                                     :
8      VS.                           :   NO. ED CV04-09049-SGL
                                     :   [CONSOLIDATED WITH
9   MGA ENTERTAINMENT, INC.,         :   CV04-9059 & CV05-2727]
    ET AL.,                          :
10                                   :
            DEFENDANTS.              :
11   _____:

12

13

14

15        REPORTER'S TRANSCRIPT OF PROCEEDINGS

16           RIVERSIDE, CALIFORNIA

17          FRIDAY, JUNE 6, 2008

18           JURY TRIAL - DAY 9

19           AFTERNOON SESSION

20

21

22                         MARK SCHWEITZER, CSR, RPR, CRR
                           OFFICIAL COURT REPORTER
23   **CERTIFIED**         UNITED STATES DISTRICT COURT
                           181-H ROYBAL FEDERAL BUILDING
24   **COPY**              255 EAST TEMPLE STREET
                           LOS ANGELES, CALIFORNIA 90012
25                         (213) 663-3494

Exhibit 10 - Page 62

1     A.    Yes, sir.

2              MR. PRICE:   Your Honor, move Exhibit 1762 into

3     evidence.

4              MR. NOLAN:   No objection.

5              THE COURT:   It's admitted.

6              **(Exhibit 1762 received.)**

7              THE COURT:   You may publish.

8     Q.    BY MR. PRICE:   You see this is dated October 6, 2000?

9     A.    Yes, that's correct.

10    Q.    And this is where you tell Mr. Bryant that, quote, you

11    are very creative, and I believe this line, if done with

12    focus and strategic thought, will be huge.

13    A.    I do.

14    Q.    And you are requesting him to meet with Paula ASAP and

15    work on this full time.

16              Do you see that?

17    A.    I do.

18    Q.    So it was your expectation, then, from October 6th --

19    well, between October 6th and October 19th, that Mr. Bryant

20    would be working on this full time?

21    A.    Yes, that's right.

22    Q.    By the way, you say "Mercedeh," is that how it's

23    pronounced?

24    A.    Your pronunciation is better than mine.  Mercedeh will

25    be starting at MGA next Tuesday.

Exhibit 10 - Page 63

1

2

3

4

5

6                **C E R T I F I C A T E**

7

8

9         I hereby certify that pursuant to Title 28,

10   Section 753 United States Code, the foregoing is a true and

11   correct transcript of the stenographically reported

12   proceedings in the above matter.

13         Certified on June 6, 2008.

14

15

16   **MARK SCHWEITZER, CSR, RPR, CRR**
     Official Court Reporter
17   License No. 10514

18

19

20

21

22

23

24

25

Exhibit 10 - Page 64

# Exhibit 11

1976

1        UNITED STATES DISTRICT COURT

2        CENTRAL DISTRICT OF CALIFORNIA

3                  ---

4    **HONORABLE STEPHEN G. LARSON, JUDGE PRESIDING**

5                  ---

6    MATTEL, INC.,              :  PAGES 1976 - 2117
                                :
7            PLAINTIFF,         :
                                :
8        VS.                    :  NO. ED CV04-09049-SGL
                                :  [CONSOLIDATED WITH
9    MGA ENTERTAINMENT, INC.,   :  CV04-9059 & CV05-2727]
     ET AL.,                    :
10                              :
             DEFENDANTS.        :
11   _____:

12

13

14

15        REPORTER'S TRANSCRIPT OF PROCEEDINGS

16            RIVERSIDE, CALIFORNIA

17          TUESDAY, JUNE 10, 2008

18           JURY TRIAL - DAY 10

19            AFTERNOON SESSION

20

21

22                              MARK SCHWEITZER, CSR, RPR, CRR
                                OFFICIAL COURT REPORTER
23   **CERTIFIED**              UNITED STATES DISTRICT COURT
                                181-H ROYBAL FEDERAL BUILDING
24   **COPY**                   255 EAST TEMPLE STREET
                                LOS ANGELES, CALIFORNIA 90012
25                              (213) 663-3494

Exhibit 11 - Page 65

2097

1          MR. PRICE:  Object.

2          THE COURT:  Sustained.

3  **Q.**   BY MR. NOLAN:  Had you ever heard of Toon Teens before

4  this litigation?

5  **A.**   I had not.

6  **Q.**   Had you ever heard that Mattel was considering the name

7  of Bratz for any project?

8  **A.**   No.

9  **Q.**   Did Carter Bryant ever tell you any information

10 regarding product lines at Mattel?

11 **A.**   No, never.

12 **Q.**   Let me turn to 16789.  Do you have it?

13 **A.**   I do.

14 **Q.**   Do you recognize it?

15 **A.**   Yes, I do.

16 **Q.**   And what is it?

17 **A.**   It's an e-mail dated at the bottom, starts as an e-mail

18 on October 5, 2000, at 11:32 A.M. from me to Carter Bryant,

19 copy to Paula Treantafelles and Victoria O'Connor.

20          MR. NOLAN:  We'd offer Exhibit 16789.

21          THE COURT:  It's already in evidence, Counsel.

22          MR. NOLAN:  I apologize.  Can we have it up?

23 **Q.**   Mr. Larian, when you signed the consulting agreement

24 with Carter Bryant on October 4th, did you have an

25 understanding as to whether or not Carter Bryant was going to

Exhibit 11 - Page 66

2098

1    resign that very day?

2    **A.**    I did.

3    **Q.**    Tell the jury what your understanding was.

4    **A.**    I told him that once his contract is signed, he needs to

5    leave Mattel and work full time on Bratz.

6    **Q.**    Now, in this e-mail that you sent to Mr. Bryant on

7    October 5th, 2000, at 11:32 A.M., that is the day after

8    you've signed the consulting agreement with Carter Bryant;

9    right?

10   **A.**    It is.

11   **Q.**    In fact, it's the very next morning.

12   **A.**    It is.

13   **Q.**    And you say:  Carter, now that we have the agreement in

14   place, we need you and Paula to focus 200 percent on getting

15   this done.  Think different.  Think the fashion.  Think and

16   design the accessories.  Think about the commercial.  Think

17   about the New York showroom presentation.  We are thinking a

18   catwalk.  Think about all the royalty you are going to make.

19            "Carter, this is your big break in business life.

20   I have put my whole resources, money, people, development,

21   et cetera, on this to make your dream happen because I

22   believe in young people's dreams.  Now it is up to you.  You

23   need to put 16 hours a day starting now on this and nothing

24   else.  That is the only way it will happen.  Let's do it.

25   Isaac."

Exhibit 11 - Page 67

1          Is that what you wrote to Carter Bryant?

2    **A.**   I did.

3    **Q.**   When you wrote to Carter Bryant on October 5th and told

4    him you wanted him to work 16 hours a day, did you believe

5    that Carter Bryant had already resigned from Mattel?

6    **A.**   I believed that Carter Bryant had followed my

7    instructions, resigned, and left Mattel on October 4, 2000,

8    after he signed the agreement.

9    **Q.**   Do you know what, if anything, Carter Bryant did between

10   the day of October 4, 2000, to October 20th of 2000?

11   **A.**   What do you mean anyway?

12   **Q.**   Meaning do you know whether or not he was doing any work

13   at MGA?

14   **A.**   I know he was not doing any work at MGA.   There was

15   nothing to be done at MGA.

16   **Q.**   Were you expecting him to be working on fashions and

17   other things for the Bratz dolls?

18   **A.**   I did.

19   **Q.**   Did you know that he was working at Mattel during the

20   two-week period of time of October 4th through October 19th?

21   **A.**   I did not.

22   **Q.**   Did you know that Carter Bryant gave two weeks' notice

23   to Mattel?

24   **A.**   I did not until Mattel filed the lawsuit against Carter

25   Bryant.

Exhibit 11 - Page 68

1

2

3

4

5

6

7               C E R T I F I C A T E

8

9

10          I hereby certify that pursuant to Title 28,

11    Section 753 United States Code, the foregoing is a true and

12    correct transcript of the stenographically reported

13    proceedings in the above matter.

14          Certified on June 10, 2008.

15

16

17    _____
      MARK SCHWEITZER, CSR, RPR, CRR
18    Official Court Reporter
      License No. 10514

19

20

21

22

23

24

25

Exhibit 11 - Page 69

# Exhibit 12

4022

1          UNITED STATES DISTRICT COURT

2          CENTRAL DISTRICT OF CALIFORNIA

3                    ---

4     **HONORABLE STEPHEN G. LARSON, JUDGE PRESIDING**

5                    ---

6    MATTEL, INC.,                    :   PAGES 4022- 4201
                                      :
7              PLAINTIFF,             :
                                      :
8       VS.                          :   NO. ED CV04-09049-SGL
                                      :   [CONSOLIDATED WITH
9    MGA ENTERTAINMENT, INC.,         :   CV04-9059 & CV05-2727]
     ET AL.,                          :
10                                    :
               DEFENDANTS.            :
11   _____

12

13

14

15          REPORTER'S TRANSCRIPT OF PROCEEDINGS

16               RIVERSIDE, CALIFORNIA

17             WEDNESDAY, JULY 2, 2008

18              JURY TRIAL - DAY 19

19               AFTERNOON SESSION

20

21

22                              MARK SCHWEITZER, CSR, RPR, CRR
                                OFFICIAL COURT REPORTER
23   **CERTIFIED**              UNITED STATES DISTRICT COURT
                                181-H ROYBAL FEDERAL BUILDING
24   **COPY**                   255 EAST TEMPLE STREET
                                LOS ANGELES, CALIFORNIA 90012
25                              (213) 663-3494

Exhibit 12 - Page 70

1   A.   I don't know how many.

2   Q.   Could you describe for us the concept drawings that you

3   saw at the first meeting?

4   A.   They were very basic drawings.  Some of them had color

5   on them.  Some of them were just lines with black and white.

6   It was of four different girls with big heads and big feet.

7   Q.   What did Mr. Bryant ask you, if anything, to do at that

8   meeting?

9   A.   He said, "Here's my idea.  Just take it and run with it.

10  Let me know when you've sculpted something."

11  Q.   Did Mr. Bryant provide to you on that day any -- well,

12  let me ask you this:  Are you -- have you ever worked with

13  engineering drawings?

14  A.   Yes, I have.

15  Q.   Did Mr. Bryant have in his notebook at the first meeting

16  any engineering drawings?

17  A.   No, none whatsoever.  They were just really rough

18  sketches.

19  Q.   I want to move just aside for just a second.

20       Do you know a woman by the name of Ivy Ross?

21  A.   Yes, I do.

22  Q.   And how do you know Ivy Ross?

23  A.   Ivy Ross was my boss at the Disney Store.

24  Q.   Does she still work at the Disney Store?

25  A.   No, she doesn't.

Exhibit 12 - Page 71

1

2

3

4

5

6                        **C E R T I F I C A T E**

7

8

9          I hereby certify that pursuant to Title 28,

10   Section 753 United States Code, the foregoing is a true and

11   correct transcript of the stenographically reported

12   proceedings in the above matter.

13          Certified on July 2, 2008.

14

15

16   **MARK SCHWEITZER, CSR, RPR, CRR**
     Official Court Reporter
17   License No. 10514

18

19

20

21

22

23

24

25

Exhibit 12 - Page 72

# Exhibit 13

5722



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

- - -

HONORABLE STEPHEN G. LARSON, JUDGE PRESIDING

- - -

MATTEL, INC.,                          )
                                       )
                    Plaintiff,         )
                                       )
          vs.                          )   No. CV 04-09049
                                       )
MGA ENTERTAINMENT, inc., et. Al.,      )
                                       )
                    Defendants.        )   TRIAL DAY 29
_____)   MORNING SESSION
AND CONSOLIDATED ACTIONS,              )   pages 5722-5814
_____)

CERTIFIED COPY

REPORTER'S TRANSCRIPT OF JURY TRIAL PROCEEDINGS

Riverside, California

Tuesday, August 5, 2008

8:41 A.M.

THERESA A. LANZA, RPR, CSR
Federal Official Court Reporter
3470 12th Street, Rm. 134
Riverside, California  92501
951-274-0844
WWW.THERESALANZA.COM

tuesday, august 5, 2008                    trial day 29, morning session

Exhibit 13 - Page 73

5752

1          **THE COURT:** YOU MAY.

2          **MS. AGUIAR:** I WANT TO START BY SHOWING YOU FOUR

3     EXHIBITS THAT MOST OF THE FOLKS ON THE JURY HAVE SEEN BEFORE;

4     IT'S EXHIBIT 17558, 12286, 17551, AND 17561.

5     **BY MS. AGUIAR:**                                                        01:15

6     Q     CAN YOU DESCRIBE TO THE JURY WHAT WE'RE SEEING HERE IN

7     THESE FOUR EXHIBITS I JUST PUT IN FRONT OF YOU?

8     A     THESE ARE THE FIRST GENERATION BRATZ DOLLS THAT WERE

9     INTRODUCED.

10    Q     AND IS THAT HOW THEY ARE REFERRED TO, JUST COLLOQUIALLY,           01:15

11    WITHIN MGA?

12    A     THE ORIGINAL DOLLS; THE FOUR GIRLS.

13    Q     AND WHEN DID THESE DOLLS FIRST COME TO THE MARKET?

14    A     THESE CAME TO MARKET IN THE LATTER PART OF 2001.

15    Q     AND JUST TO REMIND US ALL, WHAT ARE THE NAMES OF THE FOUR          01:15

16    DOLLS?

17    A     CLOE, JADE, YASMINE AND SASHA.

18    Q     IS IT CORRECT THAT MGA LATER CAME UP WITH DIFFERENT DOLLS

19    BY DIFFERENT NAMES?  IN OTHER WORDS, CREATED DIFFERENT

20    CHARACTERS?                                                              01:16

21    A     YES; THAT'S CORRECT.

22    Q     WERE DOLLS INTRODUCED IN YEARS AFTER 2001?

23          IN OTHER WORDS, AFTER THE FIRST GENERATION DOLLS CAME

24    OUT?

25    A     YES.  DOLLS WERE INTRODUCED EACH YEAR, TWICE A YEAR, MAYBE         01:16

tuesday, august 5, 2008                    trial day 29, morning session

Exhibit 13 - Page 74

5753

1    MORE, AND STILL TO THIS DAY ARE BEING INTRODUCED.

2    Q    SO IN WHAT PART OF THE YEAR ARE THOSE DOLLS TYPICALLY

3    INTRODUCED?

4    A    WELL, THE MARKET BASICALLY HAS TWO MAIN SEASONS, WHICH IS

5    A STRING LAUNCH AND A FALL LAUNCH.  THE SPRING LAUNCH USUALLY          01:16

6    HITS SHELVES BY JANUARY, BEGINNING OF THE YEAR.  THERE'S AN

7    OPPORTUNITY THEN FOR WHAT THEY CALL A RESET OR AN OPPORTUNITY

8    TO PUT NEW PRODUCTS ON THE SHELVES IN MARCH.

9         BUT THE SECOND BIG INTRODUCTION, WHICH IS THE BIGGEST

10   ONE FOR THE TOY INDUSTRY, IS THE FALL AND THAT'S AUGUST 1ST ON         01:16

11   SHELF; AND THEN THERE'S A SUBSEQUENT OCTOBER RESET.

12   Q    GREAT.

13        HAS MGA, TO YOUR KNOWLEDGE, INTRODUCED DIFFERENT

14   BRATZ DOLLS TWICE A YEAR SINCE THE FIRST GENERATION DOLLS?

15   A    CONTINUALLY.                                                       01:17

16   Q    I JUST WANT TO SHOW YOU A COUPLE OF EXAMPLES AND TALK

17   ABOUT THEM.  LET'S START WITH 17582.

18        WHAT ARE WE LOOKING AT HERE?

19   A    THIS IS A BRATZ WINTER WONDERLAND DOLL; IT WAS ONE OF THE

20   FIRST THINGS WE CAME OUT WITH AFTER WE JUMPED FROM THE 14.99           01:17

21   PRICE POINT INTO A HIGHER PRICE POINT.

22   Q    CAN YOU EXPLAIN TO ME WHAT YOU JUST SAID?  YOU WERE

23   JUMPING FROM --

24   A    THIS IS A WINTER WONDERLAND DOLL; IT WAS ONE OF THE

25   THEMES.  AND BY "THEMES" WHAT WE MEAN IS THAT WE COME OUT WITH         01:17

tuesday, august 5, 2008                    trial day 29, morning session

Exhibit 13 - Page 75

5814

1      **MR. QUINN:**  ONE OTHER THING.  AS THE PROPONENT OF THE

2  OBJECTION, WOULDN'T MGA HAVE THE RESPONSIBILITY TO COME FORWARD

3  AND SAY THIS HAS GOT SOME SPECIALIZED MEANING?

4      **THE COURT:**  YOU'RE THE PROPONENT OF THE EVIDENCE, AND

5  I'VE ALREADY SET THE PARAMETERS ON THAT.        03:17

6      **MR. QUINN:**  THANK YOU.

7      **THE COURT:**  VERY WELL.

8      (WHEREUPON, SIDE-BAR PROCEEDINGS WERE CONCLUDED.)

9      **THE COURT:**  WE'RE JUST ABOUT AT THE LUNCH BREAK.

10  WE'LL TAKE OUR LUNCH BREAK NOW.        03:18

11      I'LL SEE THE JURY AT 1:30; I'LL SEE COUNSEL AT 1:15.

12      (WHEREUPON, MORNING SESSION CONCLUDES.)

13

14

15

16

17

18               CERTIFICATE

19

20  I hereby certify that pursuant to section 753, title 28, united
    states code, the foregoing is a true and correct transcript of
21  the stenographically recorded proceedings held in the above-
    entitled matter and that the transcript page format is in
22  conformance with the regulations of the judicial conference of
    the united states.

23

24  THERESA A. LANZA, CSR, RPR        1-5-09

25  Federal Official Court Reporter      Date

# Exhibit 14

6048

1                    UNITED STATES DISTRICT COURT

2                   CENTRAL DISTRICT OF CALIFORNIA

3                              ---

4         **HONORABLE STEPHEN G. LARSON, JUDGE PRESIDING**

5                              ---

6   MATTEL, INC.,                  :   PAGES 6048 - 6190
                                   :
7            PLAINTIFF,            :
                                   :
8      VS.                         :   NO. ED CV04-09049-SGL
                                   :   [CONSOLIDATED WITH
9   MGA ENTERTAINMENT, INC.,       :   CV04-9059 & CV05-2727]
    ET AL.,                        :
10                                 : :
             DEFENDANTS.           :
11  _____:

12

13

14

15          REPORTER'S TRANSCRIPT OF PROCEEDINGS

16                  RIVERSIDE, CALIFORNIA

17              WEDNESDAY, AUGUST 6, 2008

18                JURY TRIAL - DAY 30

19                 AFTERNOON SESSION

20

21

22                             MARK SCHWEITZER, CSR, RPR, CRR
                               OFFICIAL COURT REPORTER
23                             UNITED STATES DISTRICT COURT
                               181-H ROYBAL FEDERAL BUILDING
24                             255 EAST TEMPLE STREET
                               LOS ANGELES, CALIFORNIA 90012
25                             (213) 663-3494

**CERTIFIED COPY**

Exhibit 14 - Page 77

1          THE COURT:  Sustained.

2     Q.    BY MR. PRICE:  And then based again just on Mattel's

3     property that you had seen, you were saying we're going do

4     start doing line extensions to Bratz; is that right?  In

5     October of 2000.

6     A.    October, I'm not sure if October 2000 or before.  Can

7     you show me a document?

8     Q.    Sure.  I'll put up 11276, which is already admitted.

9     And you say there's an e-mail that begins with October 15 of

10    2000.  Talking about brainstorming, about sports activity,

11    dolls, et cetera, and then the response to that is from Paula

12    Garcia Treantafelles, what about the line extension to Bratz?

13          Do you see that?

14    A.    Yes, I do.

15    Q.    And then your response, yes, all caps, everything;

16    correct?

17    A.    Everything means all product line.

18    Q.    Including Bratz?

19    A.    That's correct.

20    Q.    So in October 2000, you were getting together to try to

21    figure out how to do line extensions based upon Mattel's

22    property?

23    A.    Based on -- we were going to launch a line of Bratz

24    dolls inspired by Carter Bryant's drawings, and we were going

25    to launch accessories and other products to go with it.

Exhibit 14 - Page 78

1   Q.   Okay.   And you said based on Carter Bryant's drawings.

2   Inspired by Carter Bryant's drawings.   That's all you had at

3   the time, was Mattel's property to inspire you; right?

4            MR. NOLAN:   Objection, your Honor.   Compound, based

5   on, inspired --

6            MR. PRICE:   I'll rephrase.

7   Q.   Here you are in October 2000 talking about doing

8   extensions to the Bratz line.   What you're talking about is

9   doing extensions to a Bratz concept and idea that belonged to

10  Mattel.

11  A.   That's not correct.   The only thing that the jury has

12  found that belonged to Mattel are those drawings on a piece

13  of paper.

14  Q.   But you said that as of this date, all you had to

15  inspire you, all you had to create a line was the

16  confidential information that Carter Bryant gave you which

17  belonged to Mattel; correct?

18           MR. NOLAN:   Objection, your Honor.   Misstates his

19  testimony.   Also argumentative.

20           THE COURT:   Overruled.   You may answer.

21           THE WITNESS:   Can you repeat the question again,

22  please?

23  Q.   BY MR. PRICE:   As of October 2000, what was inspiring

24  this, and the only thing inspiring this, was the confidential

25  information, the design drawings you had seen which belonged

Exhibit 14 - Page 79

1            Court is in recess.

2              (Proceedings concluded at 5:12 P.M.)

3

4

5                    **C E R T I F I C A T E**

6

7

8         I hereby certify that pursuant to Title 28,

9    Section 753 United States Code, the foregoing is a true and

10   correct transcript of the stenographically reported

11   proceedings in the above matter.

12           Certified on August 6, 2008.

13

14

15   **MARK SCHWEITZER, CSR, RPR, CRR**
     Official Court Reporter
16   License No. 10514

17

18

19

20

21

22

23

24

25

Exhibit 14 - Page 80

# Exhibit 15

6363

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

---

**HONORABLE STEPHEN G. LARSON, JUDGE PRESIDING**

| | | |
|---|---|---|
| MATTEL, INC., | : | PAGES 6363 - 6493 |
|     PLAINTIFF, | : | |
|   VS. | : | NO. ED CV04-09049-SGL |
| | : | [CONSOLIDATED WITH |
| MGA ENTERTAINMENT, INC., ET AL., | : | CV04-9059 & CV05-2727] |
|     DEFENDANTS. | : | |

REPORTER'S TRANSCRIPT OF PROCEEDINGS

RIVERSIDE, CALIFORNIA

THURSDAY, AUGUST 7, 2008

JURY TRIAL - DAY 31

AFTERNOON SESSION

CERTIFIED COPY

MARK SCHWEITZER, CSR, RPR, CRR
OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
181-H ROYBAL FEDERAL BUILDING
255 EAST TEMPLE STREET
LOS ANGELES, CALIFORNIA 90012
(213) 663-3494

Exhibit 15 - Page 81

6380

1    A.    I agree with that statement.

2    Q.    And in particular, you have not been retained to offer

3    any causation opinions of any kind; correct?

4    A.    That is correct.

5    Q.    What you've been told is to assume that Mattel, through

6    other witnesses and through other evidence, is able to prove

7    various things or establish various things, and you have then

8    been asked to calculate various numbers based on the

9    assumption they can do that; correct?

10   A.    I'd agree with your statement.

11   Q.    Okay.  So I think you've told us there's somebody else

12   who is going to have to be the causal link witness in this

13   case.  You are the numbers guy?

14   A.    I've said that in my deposition.

15   Q.    Okay.  That's where I got it from, actually.  And

16   turning, if we could, back to slide 2 that Mr. Quinn showed

17   you, with regard to the first line revenues, it's correct, is

18   it not, that what you've done is taken all of what are called

19   SKUs, or stock keeping unit, relating to Bratz, and added

20   those all up; correct?

21   A.    That's true.

22   Q.    And there's something like, I'm told, 14,000 stock

23   keeping units?

24   A.    I don't know the number, but that seems to be about

25   right.

Exhibit 15 - Page 82

6381

1  Q.   And as I understand it, there's a different SKU

2  established for each product.   Is that your understanding?

3  A.   There is.

4  Q.   If this pen were a MGA product, it would be a SKU and

5  all the pens like this that were sold would be one SKU;

6  correct?

7  A.   It could be any pen that looked just like that would be

8  a SKU, and one that was a different color might be a

9  different SKU.

10 Q.   Exactly.   If there were a green one just like this, it

11 would be a different one, which is why we get to so many

12 thousands and thousands of SKUs; right?

13 A.   That is true.

14 Q.   And within that $3.1 billion -- well, actually, do you

15 have your book in front of you?   If you'd turn to tab 13931.

16 Tab B-1 and Schedule 1.1-I, new.

17         THE COURT:   I'm there, starting at page 43?

18 Q.   BY MR. KENNEDY:   Yes.   And that's part of the materials

19 that you prepared in the course of your work on this case;

20 correct?

21 A.   It is.

22 Q.   And that, for example, shows that part of that 3.1

23 billion consists of --

24         And, Aaron, if we could put it up.

25         It shows that there's 59.4 million in gross sales

Exhibit 15 - Page 83

1          MR. NOLAN:   Thank you, your Honor.   See you in the

2    morning.

3

4               (Proceedings concluded at 5:15 P.M.)

5

6

7

8

9                    C E R T I F I C A T E

10

11

12          I hereby certify that pursuant to Title 28,

13   Section 753 United States Code, the foregoing is a true and

14   correct transcript of the stenographically reported

15   proceedings in the above matter.

16          Certified on August 7, 2008.

17

18

19   MARK SCHWEITZER, CSR, RPR, CRR
     Official Court Reporter
20   License No. 10514

21

22

23

24

25

Exhibit 15 - Page 84

# Exhibit 16

6627

1              UNITED STATES DISTRICT COURT

2              CENTRAL DISTRICT OF CALIFORNIA

3                       - - -

4        HONORABLE STEPHEN G. LARSON, JUDGE PRESIDING

5                       - - -

6   MATTEL, INC.,               :   PAGES 6627 - 6744
                                :
7             PLAINTIFF,        :
                                :
8        VS.                    :   NO. ED CV04-09049-SGL
                                :   [CONSOLIDATED WITH
9   MGA ENTERTAINMENT, INC.,    :   CV04-9059 & CV05-2727]
    ET AL.,                     :
10                              :
              DEFENDANTS.       :
11   _____

12

13

14

15         REPORTER'S TRANSCRIPT OF PROCEEDINGS

16              RIVERSIDE, CALIFORNIA

17            FRIDAY, AUGUST 8, 2008

18             JURY TRIAL - DAY 32

19              AFTERNOON SESSION

20

21

22                          MARK SCHWEITZER, CSR, RPR, CRR
                            OFFICIAL COURT REPORTER
23                          UNITED STATES DISTRICT COURT
                            181-H ROYBAL FEDERAL BUILDING
24                          255 EAST TEMPLE STREET
                            LOS ANGELES, CALIFORNIA 90012
25                          (213) 663-3494

**CERTIFIED COPY**

Exhibit 16 - Page 85

6699

1   showed it to Paula and Mercedeh and Carter on the 25th.

2   **Q.**   And that's October 25th?

3   **A.**   October 25th.

4   **Q.**   Of 2000?

5   **A.**   Correct.

6   **Q.**   And where was that meeting, if you recall?

7   **A.**   That was at MGA.

8   **Q.**   Between the time that you did the sculpt, 1136 A, and

9   you did the sculpt that's marked as 1141, did you consult

10  with Carter Bryant?

11  **A.**   No, nobody saw it in between then.  I didn't talk to

12  anybody.

13  **Q.**   You referred earlier to cut up something.  What I wanted

14  to do is maybe we could just more or less divide it.

15          And Aaron, do we have a picture of this on the

16  screen?  1141.

17          The picture that we have here does not have the

18  head or the arms on it.

19          I apologize, your Honor.

20          But if I could just ask you first to talk about the

21  relative sizes.  1136 on the one hand and 1141 on the other

22  hand.  What are the differences in the sizes?

23  **A.**   Well, I mean aside from the obvious height, gosh, just

24  starting from the head, the head is smaller because I started

25  to clean it up more.  The neck's a lot thinner.  I had to

Exhibit 16 - Page 86

6700

1    bring the shoulders in because it needed to look more like a

2    tween body rather than a mature high school or college

3    student body.  This body is a little alienating for young

4    girls.

5    Q.   When you say this body, if you could just for the

6    record, the body that you're referring to is the gray sculpt

7    marked as 1136 A?

8    A.   Correct.  1136.  The gray sculpt.  It's too mature.  Too

9    fleshy.  This one I needed to make it more of a tween body.

10   And you know, personally, I love the tween body.  So I was

11   very excited about this because they still -- they are still

12   growing --

13           MR. PRICE:  Objection.  Beyond the scope.

14           THE COURT:  Sustained.

15   Q.   BY MR. NOLAN:  We'll break this up.  First of all, you

16   mentioned something about a tween body.

17   A.   Correct.

18   Q.   Help us out.  What do you mean by a tween body?

19   A.   It's girls from, say, age 11 to even 13.  It's supposed

20   to be like in between teenage stage.  It's like right before

21   they turn into a teenager.

22   Q.   So is 1141, for the jury's benefit, an example of what

23   you would call a tween body?

24   A.   Correct.

25   Q.   Now, looking at 1136, would you describe that as a tween

Exhibit 16 - Page 87

6701

1   body?

2   **A.**   No, I would not.  It's more mature.

3   **Q.**   When you say more mature, describe that for me.

4   **A.**   I would say it's more like a 19, 20 year old.  Even

5   older.

6   **Q.**   Going back to 1141, looking at, because I know you

7   described size changes.  Let me just have you focus on the

8   sculpt for a moment of the head.

9   **A.**   Okay.

10  **Q.**   All right.  Did you make any changes, design changes in

11  the sculpt of the head?

12  **A.**   From 1136?

13  **Q.**   Yes.

14  **A.**   Yes, I made plenty of changes.

15  **Q.**   Can you explain those changes for us or identify those

16  changes for us?

17  **A.**   Well, I had to raise the cheek bones a little.  I had to

18  take out the jaw and, you know, overall to make this more

19  clear, I had to make it more humanistic.  This is more -- I

20  call it a super ball with eyes dug in.  And if you don't have

21  bone structure in a doll, if it doesn't have humanistic

22  qualities, if it's just a stylized thing like a cartoon, it

23  doesn't have longevity on the shelf.  It's just what we

24  learned in sculpting.

25          I had to put in brow bones, nose bridge,

Exhibit 16 - Page 88

6702

1    cheekbones.  I had to add a chin.  There's this part of the

2    jaw that cuts in from the cheek here.  You can see it in the

3    three-quarter view.  You know, I started to get it a lot more

4    humanistic rather than this round piece of clay, wad of clay.

5    **Q.**   And when you say the wad of clay, you're holding up --

6    **A.**   1136.

7    **Q.**   The sculpt head?

8    **A.**   Correct.

9    **Q.**   Just looking at 1141, the head sculpt, is there a nose

10   structure?

11   **A.**   Yes, there's a nose.

12   **Q.**   Do you recall, and you can refer back to 302, if you

13   wish, did Carter Bryant's original concept drawings have a

14   nose for those characters?

15   **A.**   No.  Carter Bryant's drawings had a little dot on them.

16   Some of them didn't even have the dot.  He didn't, when I

17   asked him about it, he didn't want the nose --

18        MR. PRICE:  Objection, your Honor.  This is hearsay

19   and irrelevant.

20        THE COURT:  Sustained on hearsay, the last

21   statement.

22   **Q.**   BY MR. NOLAN:  Carter Bryant's drawings, presented to

23   you in September, marked as Exhibit 302, did they have a nose

24   structure?

25   **A.**   No, they did not.

Exhibit 16 - Page 89

6705

1    the comments was to press them more into the head.  They were

2    sticking out too far.

3    **Q.**   Now, is the face that's depicted on the sculpt that you

4    created, Exhibit 1141, and presented on October 25th, the

5    same age depiction as 1136, or was it older, younger?

6    **A.**   This one is younger because they asked me to make it

7    younger, but it's also just plain more refined in every way.

8    **Q.**   And the one you're holding up is --

9    **A.**   1141 is more refined and younger looking.

10   **Q.**   Any other changes that you can recall making to the head

11   sculpt on 1141?

12   **A.**   I had to make it smaller, which is -- it's easier than

13   making things bigger in the sculpting world, because making

14   things bigger you have to add and add and contracted add, and

15   it changes everything.  Well, smaller also changes everything

16   because it's not just taking out around here.  It's moving

17   the eyes down, moving the nose back to the right position.

18        You have to kind of -- like stirring up an ant

19   hill.  You have it all there, but you have to change it all

20   to make it like I did before, but more refined.

21   **Q.**   Now, are the eyes on 1141 the same eyes as on 1136?

22   **A.**   No, the eyes are different.

23   **Q.**   In what ways?

24   **A.**   The eyes are more washed out.  And like I said, I

25   started to define the brow a little bit more.  These eyes,

Exhibit 16 - Page 90

6706

1   you can't see it from where you are, but they have the

2   indication of an eyelash here.  Some eyes do that.  They

3   sculpt the whole eyelash to give dramatic effect.  And that's

4   what I was going for here, but, you know, as a sculptor, it

5   progressed.  Everything started to get more washed out, which

6   is easier to produce, and, you know, easier to make -- easier

7   to maneuver and manipulate and things like that.

8           MR. NOLAN:  Your Honor, could we either have

9   Ms. Leahy use the laser to point out the differences here or

10  permission for her to have the microphone and go to the head

11  sculpts that are depicted?

12          THE COURT:  Whichever is easiest.

13  **Q.**    BY MR. NOLAN:  Would it be easier for you to come to the

14  screen, Ms. Leahy?

15  **A.**    Probably.

16  **Q.**    And why don't you bring the two heads with you at the

17  same time if you don't mind.

18          I think I was directing your attention to the eyes?

19  **A.**    Correct.

20  **Q.**    And can you explain now, with the benefit of your

21  standing by the screen, the changes?

22  **A.**    Just in the eyes?

23  **Q.**    Start with the eyes.

24  **A.**    The eyes here, I'll start with this one because it has a

25  little bit more light on it.  You can see this line of

Exhibit 16 - Page 91

6707

1  eyelash ridge goes all the way out like kind of towards the

2  temple.  And it's a flatter -- flatter line under here.  As I

3  moved to this one, here you can see that it's starting to get

4  a little more rounder and more eye-shaped, not so flat and

5  stylized.  It's getting a little more humanistic here.

6  **Q.**   Why did you do that?

7  **A.**   To make it more humanistic.  Like I was saying, this is

8  just a rough sketch --

9           MR. PRICE:  Objection as to why, your Honor.

10          THE COURT:  I'm sorry?

11          MR. PRICE:  Objection, irrelevant as to why.

12          THE COURT:  Sustained.

13          MR. PRICE:  Move to strike.

14          THE COURT:  It is stricken.

15  **Q.**   BY MR. NOLAN:  You can continue.  Any other changes on

16  the eyes?

17  **A.**   I was saying this line is also getting a lot softer, a

18  lot more washed out.  You know, that helps her look a little

19  less mature, too, a little younger.

20  **Q.**   And then I think -- anything else with respect to the

21  eyes?  Otherwise, I'll ask you to look at the ears.

22  **A.**   We can move to the ears.  Those are the major things.

23  **Q.**   Okay.  Now, you're talking about the ears before?

24  **A.**   Yeah, these -- the ears on the gray one are sticking out

25  a lot more.  We call it jug ears back home.  But yeah, they

Exhibit 16 - Page 92

6708

1  are sticking out more, and it didn't look right.

2          And then there's this part of the cheekbone and the

3  temple, and it's a very -- very tricky thing to do.  And

4  people have spent a lot of time with me teaching me how to do

5  it, but there's a lot of mass here.  You really have to make

6  this lead back there or else it just doesn't look like the

7  eyes are sitting on the face right.  It's not believable.

8          So you can see how I took some out of the temple

9  here.  And you kind of leave the cheek bones so they go back

10  to the ear.

11  **Q.**  And what changes, if any, did you make to the cheek

12  bones?

13  **A.**  I defined them more and raised them more.  You know,

14  this is -- this is a very low mass of cheekbone right here,

15  which is, you know, as you get older, your face droops more,

16  unfortunately.  And --

17          MR. PRICE:  Your Honor, sadly true, but I'm also

18  going to object as being irrelevant.  We're only describing

19  the differences.

20          THE COURT:  Continue, Counsel.  We're going to be

21  taking a break in a few minutes.

22          MR. NOLAN:  Let me try to finish up with this, and

23  then we'll take a break.

24  **Q.**  We were talking about?

25  **A.**  Cheek bones.  So this is kind of like sagging too low.

Exhibit 16 - Page 93

6710

1    you have to carve out the shadow, just the way the skin lies

2    around the skull.  And you can see here, it's just almost a

3    perfect curved line.

4            MR. NOLAN:  This will be the last area, your Honor.

5    Q.    Looking at the lips on 1136 and comparing it to the lips

6    on 1141, did you make changes?

7    A.    Yes, I did.  This lip, this section from here to here is

8    bigger from top to bottom than this section.

9    Q.    And now you're referring to the lips on 1136?

10   A.    1136.  The bottom lip is a lot smaller, and then again,

11   you know, the lips kind -- all of kind of the lip area,

12   there's a lot of flesh right in here which I needed to take

13   out.  These lips started to get more refined.  These lips

14   have chunky clay area that I didn't clean up because I didn't

15   need to.  It would have been a waste of time.  It's just to

16   give an indication.

17   Q.    And then you had pointed out something about an

18   indention under the lips?

19   A.    Yeah, that's this part under the chin.  This has it by

20   default just because I stuck the lips on there literally.

21   But as I was showing the jury, there's no -- there's no chin.

22   This just goes straight back into the underside of her chin.

23   This one, the chin starts to pop out.  You can see a little

24   shadow where the chin starts to pop out more, and it starts

25   to cut in under the lip.

Exhibit 16 - Page 94

6724

1    know I didn't finish it until sometime in December.

2    **Q.**    Of the year 2000?

3    **A.**    Correct.

4    **Q.**    And you were still at that time working as a free-lancer

5    for MGA; correct?

6    **A.**    Correct.

7    **Q.**    Okay.  Now focusing on Exhibit 1234 A, sculpt 3, did you

8    make any changes in this sculpt from what we referred to as

9    sculpt 2, 1141?

10   **A.**    Yes, I did.

11   **Q.**    And can you describe for the jury -- and these are

12   smaller and may be easier to just hold them up like that.

13   Could you identify for us, first of all, let's start with the

14   head.  Were any changes made to the head sculpt?

15   **A.**    Yes, they were.  I made it a lot bigger, number one, for

16   the shrink rate, and number two, just for the overall doll

17   appearance.

18   **Q.**    And without explaining why you made the changes, I just

19   want you to identify the changes that were made.

20   **A.**    I'll try.  Just tell me.  The nose is a lot rounder.

21   This nose is a sharp, almost triangle in there, if you can

22   see the shadow.  This is starting to get rounder, a little

23   more washed out.  The lips don't have that hard line.  They

24   are starting to kind of finesse back into the cheekbone and

25   the marionette area.

Exhibit 16 - Page 95

6725

1          MR. NOLAN:  Your Honor, do you mind if we do this

2    at the screen?  I think it's easier.

3    **Q.**   Ms. Leahy, do you mind?  And for record, on the

4    left-hand side is 1141, and on the right-hand side is

5    Exhibit 1234 A.

6    **A.**   Okay.

7    **Q.**   Again, Ms. Leahy, I know it's hard to do, I always mess

8    up myself.  Just when you are making the reference, just the

9    changes, please, and refer to the actual sculpt with the

10   exhibit number for the record, if you don't mind.

11   **A.**   And this is 1141, and this is --

12   **Q.**   1234 A?

13   **A.**   1234.  So as I said, I made this head a lot bigger.  You

14   can't see it from the picture.  But I showed you.  The lips,

15   everything is starting to get a little more washed out.  I

16   wanted to make the eyes so they weren't so defined and

17   dedicated here.  So this sculpt actually doesn't have any

18   eyes at all.  It just has a flat area where the eye socket

19   is.  The nose is a lot more washed out or rounder.  It's not

20   so harsh and triangular as this one is.  The lips are

21   finessed.  This has a hard -- you can't see it on the

22   drawing, but this has a hard line drawn around it.

23   **Q.**   And again, you're referring to 1141?

24   **A.**   1141.  These ears on -- what's this number again?

25   **Q.**   1234.

Exhibit 16 - Page 96

6726

1    **A.**    On 1234 are even more flattened to the head.  So they

2    don't stick out as far.  Everything is softer and cleaned up

3    more much the ears are more defined.  I put in a rooting line

4    which, when you make toys, they have these machines that

5    basically sew the hair in the head, and this --

6              MR. PRICE:  Objection to the why.

7              THE COURT:  Sustained.

8              THE WITNESS:  Oh.

9    **Q.**    BY MR. NOLAN:  Just explain the changes.

10   **A.**    It's a rooting line where you put hair.  I kind of

11   separated the lips more.  These are very clearly closed and

12   pressed together.  It's a more natural look when you open the

13   mouth a little bit more.  In 1234, the mouth is opened a

14   little bit more.  And then there's this little expression in

15   here.

16   **Q.**    Any other changes that you made on 1234 A?

17   **A.**    Yes.  The area -- you can't see from this side, but

18   you'll just have to take my word for it.  The area under the

19   chin here has gotten even thinner and more defined.  So

20   there's an indication of a jaw line here.  And this area has

21   been kind of moved up even more on 1234.  This is the area

22   that's less defined on 1141 so this area on 1234 is more

23   defined in the jaw.  And it's this line from the cheekbone

24   that leads to the chin is more defined and narrower, not

25   quite as round on 1234.

Exhibit 16 - Page 97

6727

1          I carve the nose bridge in a little more on 1234

2   because that helped her look younger.

3          MR. PRICE:  Objection as to why.

4          THE COURT:  Sustained.

5          MR. PRICE:  Move to strike.

6          THE COURT:  It's stricken.

7          THE WITNESS:  Which part did I say why?  I'm sorry.

8          MR. PRICE:  It started with because.

9   Q.   BY MR. NOLAN:  So don't say because or why.  Just tell

10  us the changes you made.

11  A.   Okay.  On 1234 I pushed the bridge of the nose in.

12  Q.   By the way, did Carter Bryant have a bridge of a nose on

13  his concept drawings?

14  A.   No, he didn't have a nose.  I also started to add a

15  little bit more of the forehead back on 1234, more definition

16  up here to leave more into this temple cranium area.

17         The part outside of the bridge leading into the

18  corner of the mouth is more refined and smooth and less harsh

19  on 1234.

20         On 1141, it's hard to see in this shadow, but this

21  is kind of a very harsh defined line right here.  The upper

22  lip is quite a bit smaller on 1234.  And as I started to

23  define the corners of the mouth -- oops.  That was a why.  I

24  just started to define this.  She's smiling.

25         The upper lip in profile view protrudes out more

Exhibit 16 - Page 98

6728

1    from the lip, pushing her lower lip back on 1234.  This one

2    is like the other, 1136, this one is more, still flat in

3    1141.  It's still flat from a side view.  Okay.

4    **Q.**    Did Carter Bryant present to you in his concept drawings

5    a drawing of only one face?

6    **A.**    No.  There were four different characters and four

7    different faces.

8    **Q.**    Did you copy any of those four faces?

9    **A.**    No, I didn't.

10   **Q.**    And before we move to the torso, looking for a moment at

11   the final Bratz sculpt that you did, Exhibit 1234 A, and

12   looking back to 1136, there are changes between 1136 and 1234

13   A, yes?

14   **A.**    Correct.

15   **Q.**    Now let's turn to the torso on Exhibit No. 1234 A.  Do

16   you have that?

17   **A.**    Yes.

18   **Q.**    Okay.  Again here on the left we have 1136 and on the

19   right we have 1234 -- I did it myself.  1141.  I'm sorry.  On

20   the left-hand side is 1141 and 1234 on the right.

21        All right.  Can you identify for us any changes in

22   the final Bratz sculpt, 1234, that you made?

23   **A.**    Yes.  For starters, I'll start with the shoulders.  On

24   1141, the deltoids here, which is the neck muscle area above

25   the collarbone that leads into the top of the neck, was too

Exhibit 16 - Page 99

6729

1    extreme, was too much of a slope.  I squared off the

2    shoulders in 1234.

3    **Q.**   By the way, just to correct myself, Exhibit 1234 is the

4    third sculpt; correct?

5    **A.**   Correct.

6    **Q.**   Okay.  Is that or is that not the final Bratz sculpt?

7    **A.**   It's not the final Bratz sculpt.

8    **Q.**   Thank you.  Okay.  Go ahead and continue to identify

9    just the changes that you made on 1234.

10   **A.**   Looking at the collarbone on 1141, it's a big mass

11   there.  So I defined the collarbone more on 1234, give an

12   indication.  The breasts on 1234 are more defined.  I put in

13   the ball joints in the shoulders for the arms on 1234.  The

14   ball joints are there.  I had them engineered because of

15   Mercedeh's control drawing.  The shoulders subsequently got

16   wider on 1234 than they are on 1141.

17         I took the area under the breasts of 1234, they are

18   more defined.  There's more of a rib cage put in there, more

19   of a natural rib cage put in there.

20         From the side view, and I'll try to explain it from

21   a front view, on 1141 you can see a shadow here which

22   indicates that this is a very, very strong line for a waist

23   on 1141.  Here it's more smooth.  On 1234 I gave her a little

24   less of a waist and made it a more smooth transition.  So she

25   has more material on 1234 in the waist area from the front

Exhibit 16 - Page 100

6730

1   all the way to the -- not the side, but this area of the back

2   under the back of the rib cage.

3         I put in a joint -- on 1141 these are ball joints

4   that I had put in which are at an angle.  Here I had a disk

5   joint or a U joint, because it's shaped like a U, but there's

6   just a flat disk where the legs just move up and down.  Ball

7   joints move all over the place.

8         So in doing that, I had to change the structure of

9   the hips.  When you have a ball joint, you can do this

10   smooth --

11         MR. PRICE:  Objection again.

12         THE WITNESS:  Oh, sorry, sorry.

13         THE COURT:  Sustained.

14         THE WITNESS:  Okay.  This is at a slant because

15   it's a ball joint in 1141.  Because this is a straight joint.

16   It's a disk joint.  So I only can go straight up and down.

17   So the hips have to go up into the body in 1234.  Whereas in

18   1141, it's more of a smooth transition.

19         The pelvis area is a lot wider because of the

20   nature of the joint.

21   **Q.**  BY MR. NOLAN:  On Carter Bryant's concept drawings,

22   could you tell whether or not he had any dimensions for hips?

23   **A.**  He didn't.

24         MR. PRICE:  Objection.  That's irrelevant, your

25   Honor.

Exhibit 16 - Page 101

6731

1          THE COURT:  On hips I believe it is irrelevant,

2     Counsel.  Sustained.

3     **Q.**    BY MR. NOLAN:  On Carter Bryant's drawings, did he have

4     any breasts?

5     **A.**    No.

6     **Q.**    Okay.  Keep going.  Any other changes?

7     **A.**    This joint is a tighter fit here.  Meaning there's less

8     space in between the pelvis area and the thigh area in 1234.

9     On 1141 there's a lot more of a gap in between the pelvic

10    area and the thigh area.

11          I added a slightly more voluptuous tummy area just

12    below the bellybutton on 1234 and in widening 1234 in the

13    pelvis area, I added -- it's hard to see from this photo, but

14    I added a little bit of the leg joint structure implied in

15    here.  So there's a little bit of a little, you know, thing.

16    Like there's a little bit of an indication, an indication of

17    like the stomach area down here.

18    **Q.**    In making any of these changes, did you look at Carter

19    Bryant's concept drawings?

20    **A.**    No, I did not.  Is there a side view?

21          MR. NOLAN:  Aaron, we have a side view?

22    Three-quarter view is the best.

23    **Q.**    Does that help?

24    **A.**    Yeah, that helps.  On 1141, from front to back is a very

25    large kind of rib cage, almost 50's style doll, and a big,

Exhibit 16 - Page 102

6744

1

2

3

4

5

6

7                    **C E R T I F I C A T E**

8

9

10          I hereby certify that pursuant to Title 28,

11   Section 753 United States Code, the foregoing is a true and

12   correct transcript of the stenographically reported

13   proceedings in the above matter.

14          Certified on August 8, 2008.

15

16

17   **MARK SCHWEITZER, CSR, RPR, CRR**
     Official Court Reporter
18   License No. 10514

19

20

21

22

23

24

25

Exhibit 16 - Page 103

# Exhibit 17

6745



1          UNITED STATES DISTRICT COURT

2          CENTRAL DISTRICT OF CALIFORNIA

3               EASTERN DIVISION

4                  - - -

5     HONORABLE STEPHEN G. LARSON, JUDGE PRESIDING

6                  - - -

7   MATTEL, INC.,                    )
                                     )
8                  Plaintiff,        )
                                     )
9           vs.                      )   No. CV 04-09049
                                     )
10  MGA ENTERTAINMENT, INC., ET. AL.,)   Trial Day 33
                                     )   Morning Session
11                 Defendants.       )   Pages 6745-6855
    _____)
12  AND CONSOLIDATED ACTIONS,        )
                                     )
13  _____)

14

15      REPORTER'S TRANSCRIPT OF JURY TRIAL PROCEEDINGS

16              RIVERSIDE, CALIFORNIA

17            TUESDAY, AUGUST 12, 2008

18                 8:23 A.M.

19

20

21

22

23            THERESA A. LANZA, RPR, CSR
            Federal Official Court Reporter
24            3470 12th Street, Rm. 134
            Riverside, California  92501
25                951-274-0844
              WWW.THERESALANZA.COM

Tuesday, August 12, 2008                    Trial Day 33, Morning Session

Exhibit 17 - Page 104

6782

1   mature-looking, so in the 1141 sculpt, I made it smaller and

2   younger.

3         The gray head didn't have any bone structure; it

4   looked like a superball with eyes stuck on it, dug in.

5         Going to the 1141 sculpt, the bone structure, I added    01:27

6   cheek bones, did the brow and the nose and the bridge and the

7   chin.

8         The eyelash definition, kind of the upper eyelid,

9   kind of leading back to the ear, I changed that and made it

10  less distinct, more neutral and softer; took the eyebrows off.   01:27

11        Again, on 1136, there's defined eyebrows.

12        I'll just keep on 1136, and then go to 1141.

13        The eye socket is stylized, meaning it's, like,

14  rounder, with the eyes actually dug in; and that started to get

15  softer in the right-hand side sculpt, the 1141 sculpt.           01:27

16        In 1131, the nose is a lot higher; it's a lot higher

17  above the upper lip; and so I lowered that and elongated it in

18  the 1141 sculpt; made the nose more defined on 1141, wider and

19  bigger.

20        Again, the 1136 has a rounder, flatter nose; and I        01:28

21  just started to give it more bone structure and cartilage

22  structure in 1141.

23        On 1136, you can't see the rear view, but the back of

24  the skull is very, very round; and 1141, I started to go in and

25  shape the nape of the neck; so you can see the skull bones back  01:28

Tuesday, August 12, 2008

Trial Day 33, Morning Session

Exhibit 17 - Page 105

6783

1   there, or start to.

2           Her cheek bones on 1136 were too low, too saggy; so
3   to make it look younger, on 1141, I raised the cheekbones and
4   kind of narrowed her cheeks out a little.

5           The forehead is very round on 1136, so on 1141, I
6   flattened her forehead and made it a little longer.

7           There's barely any jaw, no jaw definition, on 1136,
8   and I started to give, on 1141, an indication of a jaw.

9           She had very big chunky lips that were just stuck on
10  her face, so on 1141, I started to smooth them in and shape
11  them more, and carve out, like, under the corners of the mouth
12  and below the lower lip.  There's no definition on 1136
13  underneath the lip, leading to the chin; so I put that
14  indention in there, and, you know, added to the chin, to make
15  it pop out more, as well as taking it back here.

16  Q    Now, just looking at the changes that you made, when you
17  look at -- and the reference to mature-looking and
18  younger-looking, were the changes made to distinguish -- or
19  make a difference in the age of the sculpt depicted in 1136 and
20  the sculpt depicted in 1141?

21          **MR. PRICE:**  Objection.  Leading.

22          **THE COURT:**  Sustained.

23          Rephrase, counsel.

24  **BY MR. NOLAN:**

25  Q    What were the effects of the changes that you made with

Tuesday, August 12, 2008

Trial Day 33, Morning Session

Exhibit 17 - Page 106

6784

1   respect to 1136 and 1141, with respect to the age, if any?

2   A    Well, part of making all these changes was -- we say

3   massaging, but leading it into looking younger.  She was too

4   mature in the gray sculpt.

5   Q    Now, going to the second graphic in this package, this is                    01:30

6   a summary of Leahy's changes from 1136 to 1141; and now we're

7   talking about the torso.

8        Again, could you walk us through those changes, and

9   then at the end, I'll ask you a follow-up question with respect

10  to the effect those changes had.                                                   01:31

11  A    On 1136, the body became too mature, like an older body,

12  like a college student or late high school; so I had to shorten

13  her torso and narrow her shoulders to make her look younger,

14  more tween-like.

15       The shoulders were too developed and square and                              01:31

16  brawny, so I narrowed them and gave her more slope at her neck.

17       The hips are lower on 1136; and on 1141, I raised the

18  hips to give the illusion of longer legs.

19       Again, the upper torso was too mature and broad and

20  developed; her bust was too developed, and rib cage and                           01:31

21  everything like that; so on 1141, I just downplayed the whole

22  upper torso to make it look younger, like it's still

23  developing.

24       1136 has a thicker neck, so I thinned down the neck,

25  also adding to the younger effect.                                                 01:32

Tuesday, August 12, 2008                    Trial Day 33, Morning Session

Exhibit 17 - Page 107

6785

1        On 1141, I made her chest higher, as all part of the

2    tween torso look, that underdeveloped upper torso, and kept the

3    baby fat, like around her breast area and in her armpit area.

4        1136 does not have any hip joints yet.  It's just all

5    one big piece, which is what we call a figurine, or a maquette.    01:32

6    On 1141, I added the ball joints, so the legs would move.

7    Q    Could you explain to the jury what effect, if any, these

8    changes had with respect to the appearance of the 1141 sculpt

9    as compared to 1136.

10   A    The biggest effect was that I took a lot of inches out,    01:33

11   and also aesthetically, I had to make her look a lot younger

12   and more tween-like, rather than such a mature body.

13   Q    By the way, I think on Friday, I was asking you about hips

14   and other parts of the torso.  I asked you whether or not

15   Carter Bryant's drawings depicted any breasts.    01:33

16        Do you recall that testimony?

17   A    Yeah.  I remember, yeah.

18   Q    Did Carter Bryant's drawings provide any definition of the

19   breast size or shape or form of any breasts?

20   A    No, not at all.    01:33

21   Q    Now, the next summary page, these are changes from the

22   back view of 1136 to 1141.  Could you just briefly go through

23   that same exercise for us, pointing out the changes that you

24   made on 1136 and 1141.

25   A    Okay.    01:34

Tuesday, August 12, 2008                    Trial Day 33, Morning Session

Exhibit 17 - Page 108

6786

1        On 1136, the rear end, her bottom, was too wide and

2   mature and flat and low.  It was too voluptuous, yet being too

3   flat at the top part of it, where the lower back kind of leads

4   into the bottom part.

5        In 1141, in order to remedy that, I made it more

6   perky, like I raised the muscles up towards the lower back; and

7   it's just overall smaller and more childlike.

8   Q    By the way, in your background and education, do you have

9   experience in classes in anatomy?

10  A    I've never taken any official classes in anatomy.  We had

11  a lot of figure-drawing classes in college.

12  Q    Okay.

13       In the changes that were made between 1136 and 1141

14  from the back view, what effect did those changes have on the

15  appearance of the sculpt?

16  A    I had a few more changes that I needed to go through.

17       Was that enough?

18  Q    I'm sorry.  Go through those.

19  A    The upper back is just too wide; the rib cage was spread

20  too much; so I narrowed it; same with the front, to make it

21  look younger and more tween-like.

22       The back of the legs are getting straighter -- I

23  mean, the back of the legs in 1136 are straighter and they

24  don't have all of the muscles and definition; it almost gives

25  the appearance of fat.

01:34
01:34
01:35
01:35
01:35

Tuesday, August 12, 2008                    Trial Day 33, Morning Session

Exhibit 17 - Page 109

6790

1   A     Yes.

2   Q     Again, do you mind just going through the changes here

3   that you made in the sculpt 1234 from the 1141 sculpt.

4   A     Okay.

5          In 1141, there's a smaller, flatter forehead; so I          01:40

6   had to even make her look younger.  I had gone too far with the

7   flattened part.  This had more definition.  But I had gone too

8   far on this, so I added more to make this larger and more

9   childlike, on 1234.

10         On 1141, the jaw is still too round and the cheeks          01:41

11  are still a little too poofy and young.

12  Q     Did you say "poofy" or "goofy"?

13  A     Poofy.  They're not goofy.

14  Q     That's a sculptor term?

15  A     Yeah.                                                        01:41

16         On 1141, the jaw is rounder and the cheeks are still

17  poofy; there's not enough definition in them yet; so I went in

18  and defined the cheekbones more on 1234 and started defining

19  the jaw line and the cheeks more, in the area below the cheeks.

20         There's this roundness in the temple area of 1141, so      01:41

21  I started to bring that out and give her more bone structure in

22  her temples.

23         In 1141, there's details in the eye and eyelids, so

24  in 1234, I did what I call a wash.  We just washed out the

25  eyes, or I just washed out the eyes.  They're completely flat;   01:42

Tuesday, August 12, 2008                    Trial Day 33, Morning Session

Exhibit 17 - Page 109A

6791

1   there's just nothing there.

2          In 1141, her nose is still very sharp and triangular,

3   and I rounded it quite a bit in 1234.  The bridge of her nose,

4   if you see it in this profile, is sitting a lot higher in 1141

5   than it is in 1234.  I brought it down lower in 1234, just that    01:42

6   part where it cuts in between the eyes.

7          In 1141, the lips are still separated from the face,

8   so I started to wash them out and join them with the cheeks and

9   the upper lip and the lower lip and the corners of the mouth.

10  The expression of the mouth on 1141 is very tightly closed, and   01:43

11  it's a very unnatural, kind of stagnant expression; so I opened

12  it a little to relax her and then defined the corners of the

13  mouth more and pushed them back a little bit more, to give the

14  illusion that she's smiling.

15         The ears were still sticking out too far on 1141, so       01:43

16  when I got to 1124, I pushed the ears back in.

17  Q    What effect, if any, did these changes have between 1141

18  and your 1234 sculpt presented on December of 2000?

19  A    Overall, it made it look younger, but the effect is that

20  it was more human and more defined, more believable, and more     01:43

21  of a finished product.

22  Q    By the way, before we move to the sculpt, again there's a

23  reference to nose bridge, both on 1141 and 1234.  I asked you

24  on Friday with respect to Carter Bryant's drawings, and whether

25  or not they depicted a nose structure.                            01:44

Tuesday, August 12, 2008                    Trial Day 33, Morning Session

Exhibit 17 - Page 109B

```
 1

 2

 3                              CERTIFICATE

 4

 5   I hereby certify that pursuant to section 753, title 28, united
     states code, the foregoing is a true and correct transcript of
 6   the stenographically recorded proceedings held in the above-
     entitled matter and that the transcript page format is in
 7   conformance with the regulations of the judicial conference of
     the united states.

 8

 9   _____        _____
     THERESA A. LANZA, CSR, RPR                    Date
10   FEDERAL Official COURT Reporter

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Tuesday, August 12, 2008                    Trial Day 33, Morning Session

Exhibit 17 - Page 110

# Exhibit 18

6856

1          UNITED STATES DISTRICT COURT

2          CENTRAL DISTRICT OF CALIFORNIA

3                    ---

4     **HONORABLE STEPHEN G. LARSON, JUDGE PRESIDING**

5                    ---

6   MATTEL, INC.,              :   PAGES 6856 - 7046
                               :
7          PLAINTIFF,          :
                               :
8      VS.                     :   NO. ED CV04-09049-SGL
                               :   [CONSOLIDATED WITH
9   MGA ENTERTAINMENT, INC.,   :   CV04-9059 & CV05-2727]
    ET AL.,                    :
10                             :
           DEFENDANTS.         :
11   _____

12

13

14

15          REPORTER'S TRANSCRIPT OF PROCEEDINGS

16               RIVERSIDE, CALIFORNIA

17           TUESDAY, AUGUST 12, 2008

18             JURY TRIAL - DAY 33

19              AFTERNOON SESSION

20

21

22                          MARK SCHWEITZER, CSR, RPR, CRR
                            OFFICIAL COURT REPORTER
23                          UNITED STATES DISTRICT COURT
                            181-H ROYBAL FEDERAL BUILDING
24                          255 EAST TEMPLE STREET
                            LOS ANGELES, CALIFORNIA 90012
25                          (213) 663-3494

**CERTIFIED COPY**

Exhibit 18 - Page 111

6935

1   overall size of the body.  The difference in our manufactured

2   Bratz doll is actually much longer.  Specially relative to

3   the entire body.  So this torso may be more natural.

4         The upper thigh, very short, specially if you look

5   at it from the hip to the knee.  And the manufactured Bratz

6   sculpt, you'll see that the length of the hip to the knee is

7   much longer, again, looking more like a human-like quality.

8   But if you look at the thickness of the upper thigh, the

9   thickness of the thigh was pretty thick.  The adjustment in

10  the manufactured Bratz doll, you'll see the leg is thinner.

11        From Carter Bryant's 2D portfolio sketch, specially

12  from the knee to the ankle is actually quite long, specially

13  in relationship to its upper thigh.  And the actual

14  manufactured Bratz doll, you'll see that the shin from the

15  knee to the ankles actually is more human like, especially

16  more natural in relationship to the upper thigh.

17        The feet, the perception, especially I read when

18  looking at the Carter Bryant 2D sketches, was the feet were

19  large, especially in relation to, again, the overall sketch.

20  Our feet, definitely we have big feet, but we -- our

21  manufactured Bratz sculpt actually has some smaller larger

22  foot, if that makes sense, specially in relationship to the

23  overall body proportion.

24  **Q.**   And in terms of doing a comparison between the drawing

25  and the sculpt, because the drawing gives -- was there

Exhibit 18 - Page 112

6937

1          THE COURT:  Sustained.  As to reason.

2     Q.   BY MS. AGUIAR:  Okay.  Is it easier for a child to take

3     clothes on and off a fashion doll if the thumb is not

4     sticking out?

5          MR. PRICE:  Objection.  Foundation.  It's also

6     irrelevant.

7          THE COURT:  Overruled.

8     Q.   BY MS. AGUIAR:  You may answer.

9     A.   It is very difficult for a little girl to be able to

10    dress fashions on and off, especially on, if a thumb is

11    protruded.

12    Q.   Aaron, if you would flip to, still on Exhibit 302, but

13    page 4.  So if we -- the image on the left, I want to go to

14    302-004.  I see that in Mr. Bryant's drawings, that

15    contemplated a removable hair feature; is that correct?

16    A.   That's correct.

17    Q.   And the actual Bratz dolls that MGA created and released

18    don't have that feature, do they?

19    A.   No, they don't.

20    Q.   Would you agree that that represents a difference,

21    significant difference between the two-dimensional drawing

22    and the three-dimensional doll that MGA created?

23         MR. PRICE:  Objection.  It's improper opinion.

24         THE COURT:  Rephrase, Counsel.

25    Q.   BY MS. AGUIAR:  Do you believe that the drawing, which

Exhibit 18 - Page 113

6938

1    shows a removable hair feature, is different from the doll

2    which does not show that feature?

3    **A.**   Yes.

4    **Q.**   Did you personally believe that the doll should have a

5    removable hair feature?

6              MR. PRICE:   Object.   Irrelevant.

7              THE COURT:   Sustained.   You can rephrase it,

8    Counsel.

9    **Q.**   BY MS. AGUIAR:   What effect -- did you take into

10   consideration the marketability in the target audience when

11   deciding whether the final doll that MGA created should have

12   a removable hair feature?

13             MR. PRICE:   Objection.   It's irrelevant.

14             THE COURT:   Sustained.

15   **Q.**   BY MS. AGUIAR:   Given your target audience, did you

16   think that the doll would be as marketable if it had a

17   removable hair feature?

18             MR. PRICE:   Same objection.   It's not one of the

19   five factors.

20             THE COURT:   Let me see you at sidebar, Counsel.

21             **(SIDEBAR CONFERENCE HELD.)**

22             THE COURT:   Why is this not a dissimilarity from

23   the drawings, I mean, particularly as she phrased it this

24   last time in terms of marketability.   There's a foundational

25   issue, but focusing on your relevancy objection.

Exhibit 18 - Page 114

6962

1    Bratz head, and we released those heads to Anna Rhee.   And

2    Anna Rhee hand painted the eye artwork onto the roto cast

3    head.

4    Q.    Okay.   I'd like to go to some comparisons.   I want to --

5    I'm going to take you through and ask you to compare the

6    drawings from Mr. Bryant's pitch book of the dolls and

7    compare those to the actual painted face on the Bratz dolls

8    themselves.   Okay?

9           So we've made some graphics which will be a little

10   bit easier to do that, which are drawn from trial exhibits.

11          Aaron, I think the first one is No. 500.   That's

12   slide No. 500.   So for those people on the jury who wear

13   makeup, then you may actually dig the next five or ten

14   minutes.   And for those of you who don't, you know, this will

15   be like a trip from hell to the Nordstrom cosmetics counter,

16   but bear with me for a few minutes.

17          So let's not focus for the moment, because we're

18   going to get to that in a few minutes.   Don't talk for now

19   about the shape of the lip, the size of the lip, the size of

20   the eye.   This is all about makeup.

21          If you would compare for us the makeup on the eye

22   area and the lip area as between his drawings and the actual

23   doll for us.

24   A.    May I please have the --

25   Q.    You want the laser?

Exhibit 18 - Page 115

6963

1  **A.**    It would help.

2  **Q.**    Sure.

3  **A.**    Thank you.  I guess the best place to start is from the

4  top.  So using and pointing to the Carter Bryant 2D portfolio

5  sketch, you'll see that Lupe's eyebrow color is actually -- I

6  also will have to say that this -- the images that they are

7  projected right now don't really represent, you know, the

8  greatest representation of the truest colors, but it's pretty

9  good to represent that Lupe's color in her eyebrows are very,

10  very dark brown.  Almost with some hints of black in them.

11          On the Yasmin manufactured Bratz doll, you'll see

12  that the eyebrows actually have -- certainly they are brown,

13  but it's a lighter brown, a softer brown.  Almost to have a

14  little bit of -- like a violet or a purple tone to it.

15          If you look at Lupe, Carter Bryant's portfolio

16  sketch, her eye shadow color, the color indicated in his

17  drawing was a very, very dark brown.

18          If you look at the manufactured Yasmin doll, you'll

19  see actually that the eye shadow color was adjusted to a

20  lavender or purple brown, softer color.

21          Going into her eye color, Lupe, in Carter Bryant's

22  portfolio sketch, had almost a green eye color.

23          In the manufactured Bratz Yasmin doll, you'll see

24  that the -- while that eye color is dual toned, meaning it

25  has two colors, the primary color in Yasmin's eye is brown.

Exhibit 18 - Page 116

6964

1   A light brown.

2          Even the lips.  The lipliner on Lupe's drawing in

3   Carter Bryant's portfolio sketches had a very, very dark

4   brown, very dark brown.  And you look on the Yasmin

5   manufactured doll, she has a -- almost like a red tone, a red

6   lipliner.

7          And then further, the lip color of Lupe in the

8   Carter Bryant's 2D portfolio has a -- again, a dark brown, a

9   very, very dark brown as opposed to the manufactured Yasmin

10  doll that has almost a pink tone to it.  All of these

11  revisions were very important to, you know, set the right

12  tone and the right personality about the Bratz to our

13  consumer.

14  Q.   Help me out for a second.  As someone who doesn't wear

15  lipstick, and there's a lot of people in the room who don't,

16  help us out here.  You know someone could be -- thank God;

17  right?

18          I'm just trying to, you know, appeal to everyone in

19  the room.  You are walking down the aisle.  I may walk down

20  the aisle and go to those lipsticks, they kind of look

21  somewhat the same color to me; is that right?  Tell me if I'm

22  wrong.

23  A.   No, you're wrong.

24  Q.   Okay.

25  A.   Those lip colors are very, very different.  And those

Exhibit 18 - Page 117

6965

```
 1   lip colors, I believe they strongly mean something very, very

 2   different to our consumer.  Lip color is a reflection of a

 3   mood or a personality in a female.  So you can speak a lot in

 4   the color of your lipliner or your lip color.  And that makes

 5   a difference.  Absolutely.

 6   Q.   In your view, was the face decoration on the Bratz doll

 7   copied from the colors of the -- of face colors in

 8   Mr. Bryant's drawing?

 9   A.   Absolutely not.

10        MR. PRICE:  Object.  That's her understanding.

11        THE COURT:  Rephrase the question.

12   Q.   BY MS. AGUIAR:  In making the manufactured Bratz dolls,

13   in your view the colors used for the face decoration are

14   different?

15   A.   Yes.

16   Q.   Let's go to the next one.  And we have four of these.

17   So we'll try to move through them so this makeup tutorial

18   doesn't last the whole afternoon.

19        So if you could just go through the next three of

20   these and do sort of the major areas of comparison for us.

21   A.   Without getting through so much detail, Hallidae in

22   Carter Bryant's portfolio drawings, the eye shadow here

23   referenced in Hallidae was almost like a burnt orange, kind

24   of a mustardy color.  In the manufactured Bratz doll, you'll

25   see that we adjusted the eye shadow to a more natural brown
```

Exhibit 18 - Page 118

6966

1   tone. The eye color of Hallidae seems to be dual tone, but

2   there's like an orange and also kind a very bright yellow in

3   the highlight of her eye.

4           In the Bratz manufactured Sasha doll, you'll see

5   that the eye color for Sasha is also dual toned. It was

6   primarily a brown color with an accent of a lighter green.

7           The lip color on Hallidae, if you look at the

8   lipliner, it's a very, very dark brown color. And then the

9   color within the liner is also a kind of dark reddish sort of

10  burnt orange color.

11          In Bratz manufactured Sasha dolls, certainly we

12  chose a color. The color is orange, but not in the same

13  value that the Hallidae doll is. It's softer. All of these

14  things, you know, intentionally creates a softer, younger,

15  more appropriate character to the consumer.

16  **Q.**   Why don't we do Jade next.

17  **A.**   I'll definitely say that there are probably some more

18  similarities in the Jade Carter Bryant portfolio drawing to

19  the Jade manufactured doll; however, there are still some

20  differences. This image doesn't do it well. But actually,

21  the eyebrow color used on Carter Bryant's portfolio drawings

22  is actually a little bit darker than the actual manufactured

23  Jade eyebrow.

24          The eye color of Jade in Carter Bryant's portfolio

25  sketch is kind of an olive greenish brownish color. MGA's

Exhibit 18 - Page 119

6967

1    Jade color is also dual tones, but we used primarily a

2    lighter brown color.  And even in the lip color, they are

3    similar.  We chose to take a softer pink approach.

4    **Q.**    And why did you do that?

5    **A.**    Again, also just doing everything we can to make sure

6    that the characters don't appear harsh or just relevant,

7    appropriate, soft.  Still edgy, though, of course.

8    **Q.**    And the last one.

9    **A.**    This is Carter Bryant's Zoe sketch that represents, if

10   you look at the eyebrows, again, in a 2D image, you'll

11   probably see more clearly that the eyebrow color used in the

12   Carter Bryant Zoe drawings is a dark brown color.  Cloe, the

13   manufactured Bratz doll, has a much lighter brown color.  And

14   Zoe's drawing in Carter Bryant's portfolio sketch, you'll see

15   that he used a lot of purple and violet eye shadow, almost

16   like she was made up with a lot of eye shadow.  If you look

17   at the manufactured Cloe doll, you'll see that we removed a

18   lot of the eye shadow.  Actually, the shadows that we used

19   are very mute or natural tone, very deliberate to soften up

20   the face.

21          You'll see the eye color of Zoe is actually a

22   purple, a very violet, intense color.  It almost appeared

23   that she was wearing a contact, like a false eye color.  So

24   we deliberately in the Jade manufactured doll created a light

25   blue color, a more natural blue tone.

Exhibit 18 - Page 120

6968

1        Carter Bryant added a little makeup addition

2 underneath the eye.  We opted not to include that in the

3 manufactured Bratz doll.

4 **Q.**   You mean that purple butterfly looking thing?

5 **A.**   Half butterfly sort of.

6 **Q.**   Okay.

7 **A.**   And in terms of the lip colors, our colors are pretty

8 similar.  And the closer view of that image, Zoe on Carter

9 Bryant's sketch has a -- kind of a more pink, more intense

10 pink color.  Where our manufactured doll, we actually used a

11 lot of pearlescent paint, to soften up the paint to make it

12 appear a little more natural, a little less made up.

13        One also really important sort of reference that

14 Carter made in all of the characters was if you can see this

15 really strong reference to blush on the face.  It's a

16 reference that starts almost above the ear and almost to the

17 ends of her -- the tips of her lips.  And also kind of

18 indicates that only that big space, but some strength from

19 the color, some intensity to the color.

20        MR. PRICE:  I'm going to object.  Color is

21 irrelevant.  Unprotectable.

22        THE COURT:  Color?

23        MR. PRICE:  What she's described is an

24 unprotectable element.

25        THE COURT:  As is being incorporated into the look,

Exhibit 18 - Page 121

6969

1   overruled.

2          THE WITNESS:   I'll also point out that the Cloe

3   manufactured doll, we close to use a very, very little amount

4   of blush on the face.   Using a very small area on the face

5   and also to reduce the amount of blush.   Again, doing

6   everything we can to just soften and sweeten up the

7   characters from the portfolio drawings.

8          THE COURT:   Counsel --

9          MS. AGUIAR:   That includes the presentation on

10  makeup for this afternoon.   I was going to move on to another

11  area.

12         THE COURT:   Let's take our afternoon break at this

13  time, Counsel.

14         **(WHEREUPON THE JURY WITHDRAWS.)**

15         THE COURT:   Please be seated.   Just on that last

16  objection, I agree, Counsel, that color by itself is not

17  relevant, not protectable, but as it's being used in the

18  particularized expression, I think it's fair game.

19         MR. ZELLER:   I'll take responsibility for this one.

20  As I understood the Court's ruling, in fact, it was really at

21  MGA's insistence where they said things like the complexion,

22  the blush, that kind of coloration.

23         THE COURT:   You're talking -- I'm sorry.   Mr. Price

24  just said color is irrelevant.   You're talking about it on

25  the cheeks itself?

Exhibit 18 - Page 122

1
2
3

# C E R T I F I C A T E

4
5
6
7

        I hereby certify that pursuant to Title 28,

8

Section 753 United States Code, the foregoing is a true and

9

correct transcript of the stenographically reported

10

proceedings in the above matter.

11

        Certified on August 12, 2008.

12
13
14

MARK SCHWEITZER, CSR, RPR, CRR
Official Court Reporter
License No. 10514

15
16
17
18
19
20
21
22
23
24
25

Exhibit 18 - Page 123

# Exhibit 19

2118



1          UNITED STATES DISTRICT COURT

2          CENTRAL DISTRICT OF CALIFORNIA

3              EASTERN DIVISION

4                 - - -

5      HONORABLE STEPHEN G. LARSON, JUDGE PRESIDING

6                 - - -

7   MATTEL, INC.,                    )

8                   PLAINTIFF,       )

9          VS.                       )   NO. CV 04-09049

10  MGA ENTERTAINMENT, INC., ET. AL.,)

11                  DEFENDANTS.       )   TRIAL DAY 11
                                      )   MORNING SESSION
12  AND CONSOLIDATED ACTIONS,        )   PAGES 2118-2225
                                      )

13

14

15      REPORTER'S TRANSCRIPT OF JURY TRIAL PROCEEDINGS

16              RIVERSIDE, CALIFORNIA

17          WEDNESDAY, JUNE 11, 2008

18              9:02 A.M.

19

20

21

22

23          THERESA A. LANZA, RPR, CSR
         FEDERAL OFFICIAL COURT REPORTER
24          3470 12TH STREET, RM. 134
         RIVERSIDE, CALIFORNIA  92501
25              951-274-0844
            WWW.THERESALANZA.COM

CERTIFIED COPY

2149

```
 1 │ A    WE DID.
 2 │ Q    NOW, CAN YOU TELL THE JURY WHAT STEPS YOU HAD TO TAKE TO
 3 │ SECURE THE RIGHTS TO "BRATZ," THE NAME ITSELF.
 4 │ A    WE HAD -- WE CONSIDERED OTHER NAMES SUCH AS "BABEZ
 5 │ FASHION," ANOTHER NAME, BUT AT THE END, WE SETTLED ON "BRATZ."     09:53
 6 │ WHEN WE CAME UP WITH THE PRODUCT TO THE MARKET, NAMING THEM
 7 │ "BRATZ," WE WERE SUED BY A COMPANY CALLED LOVIN.  AND HE SHOWED
 8 │ US A TRADEMARK REGISTRATION THAT I BELIEVE HE OWNED THE NAME
 9 │ "BRATZ," TO THE BEST OF MY RECOLLECTION -- I DON'T REMEMBER THE
10 │ EXACT DATE -- GOING BACK TO '84 OR '94, WHERE HE HAD REGISTERED   09:54
11 │ AND USED THE NAME "BRATZ."
12 │        SO WE SETTLED WITH HIM AND WE BOUGHT THE NAME "BRATZ"
13 │ FROM HIM.
14 │ Q    NOW, AFTER YOU PURCHASED THE MARK AS A RESULT OF THE
15 │ LAWSUIT, DID YOU ALSO HAVE ANY ISSUES IN EUROPE WITH RESPECT TO   09:54
16 │ A CLAIM THAT SOMEONE ELSE HAD A RIGHT TO THE NAME "BRATZ"?
17 │        MR. PRICE:  IRRELEVANT; ANY CLAIM.
18 │        THE COURT:  SUSTAINED.
19 │ BY MR. NOLAN:
20 │ Q    MR. LARIAN, CAN YOU PLEASE TELL THE JURY WHEN IS THE FIRST   09:55
21 │ TIME YOU EVER HEARD THAT MATTEL WAS MAKING A CLAIM THAT THE
22 │ "BRATZ" NAME WAS PROPRIETARY TO MATTEL.
23 │        MR. PRICE:  OBJECTION.  THAT MISSTATES OUR CLAIMS.
24 │        THE COURT:  REPHRASE, COUNSEL.
25 │ / / /                                                            09:55
```

WEDNESDAY, JUNE 11, 2008                TRIAL DAY 11, MORNING SESSION

Exhibit 19 - Page 125

```
 1    FURTHER INTO THAT.

 2              MR. NOLAN:   I UNDERSTAND.

 3              THE CLERK:   COURT STANDS IN RECESS.

 4

 5

 6

 7

 8

 9

10

11

12                          CERTIFICATE

13

14    I HEREBY CERTIFY THAT PURSUANT TO SECTION 753, TITLE 28, UNITED
      STATES CODE, THE FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF
15    THE STENOGRAPHICALLY RECORDED PROCEEDINGS HELD IN THE
      ABOVE-ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE FORMAT IS IN
16    CONFORMANCE WITH THE REGULATIONS OF THE JUDICIAL CONFERENCE OF
      THE UNITED STATES.
17

18

19    THERESA A. LANZA, RPR, CSR              6-12-08
      OFFICIAL COURT REPORTER                  DATE
20

21

22

23

24

25
```

WEDNESDAY, JUNE 11, 2008                TRIAL DAY 11, MORNING SESSION

Exhibit 19 - Page 126

# Exhibit 20

Confidential - Attorneys' Eyes Only

**Mattel v. MGA**
**Profitability of Bratz**
**2000 - June 2008**

Tab B1, Schedule 1.1 (Revised)

| | Methodology | Source | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 |
|---|---|---|---|---|---|---|---|---|---|---|
| Bratz Gross Sales | Direct | (a) | $0 | $24,426,632 | $190,065,231 | $548,945,832 | $541,312,696 | $586,022,790 | $631,696,542 | $500,430,710 |
| Bratz Other Revenues | Direct | (a) | $0 | $90,000 | $1,878,012 | $14,639,069 | $36,201,905 | $39,479,770 | $53,046,160 | $46,539,028 |
| Total Bratz Gross Revenue | | | $0 | $24,516,632 | $191,943,243 | $563,584,901 | $577,514,601 | $625,502,560 | $685,642,702 | $546,969,738 |
| Sales Returns | Direct | (a) | $0 | $234 | $520,683 | $2,259,558 | $8,835,716 | $4,381,862 | $8,008,901 | $6,470,572 |
| Sales Discounts and Allowances | Direct | (a) | $0 | $1,343,886 | $8,246,014 | $37,779,505 | $39,733,579 | $31,195,107 | $40,371,224 | $42,572,123 |
| Net Sales | Calculated | | $0 | $23,172,500 | $185,176,537 | $523,545,828 | $528,945,306 | $589,925,590 | $637,261,576 | $497,927,042 |
| Cost of Goods Sold (at HK Standard) | Meyer Normalized | (a) | $0 | $8,766,348 | $76,778,828 | $235,511,887 | $245,549,536 | $295,405,676 | $308,347,737 | $247,182,496 |
| **Gross Profit on Sales** | | | **$0** | **$14,406,154** | **$108,397,709** | **$295,033,941** | **$283,395,770** | **$294,519,714** | **$328,913,839** | **$250,744,546** |
| Gross Profit as a % of Gross Revenue | | | | 58.76% | 56.47% | 52.35% | 49.07% | 47.08% | 47.97% | 45.84% |
| Production Costs (DVD, TV, Music) | Direct | (a) | $0 | $0 | $0 | $0 | $1,896,856 | $243,927 | $5,289,888 | $15,026,047 |
| Other COS, Excluding Production and Royalty Expenses | Calculated | (a) + (b) | $0 | $832,513 | $2,569,081 | $16,734,467 | $11,216,885 | $33,010,468 | $31,685,990 | $32,506,851 |
| Royalty Expense | Direct | (a) | $0 | $665,353 | $3,927,975 | $6,782,462 | $9,505,253 | $6,947,962 | $7,344,478 | $4,709,862 |
| **Gross Margin** | | | **$0** | **$12,908,288** | **$101,900,653** | **$271,517,013** | **$263,763,776** | **$254,317,707** | **$284,593,703** | **$198,496,767** |
| Gross Margin as a % of Gross Revenue | | | | 52.65% | 53.09% | 48.18% | 45.67% | 40.66% | 41.51% | 36.29% |
| Ad Production Expense | Direct | (a) | $0 | $3,997,021 | $7,229,733 | $3,077,588 | $6,251,760 | $3,653,035 | $4,147,309 | $3,068,789 |
| Ad Media Expense | Direct | (a) | $0 | $592,031 | $4,639,770 | $12,827,692 | $15,097,710 | $17,478,766 | $16,502,285 | $30,366,241 |
| Other Sales & Marketing Expense | Calculated | (a) + (b) | $0 | $908,145 | $4,224,092 | $9,171,181 | $13,960,037 | $15,120,031 | $16,573,776 | $13,221,888 |
| Product Development Expenses | Calculated | (a) + (b) | $80,268 | $67,957 | $532,039 | $970,410 | $5,902,903 | $9,256,476 | $8,695,122 | $4,042,185 |
| Travel & Entertainment Expenses | Calculated | (a) + (b) | $0 | $1,177,755 | $9,220,764 | $17,616,095 | $1,600,789 | $1,733,804 | $1,900,504 | $1,516,123 |
| Salaries & Related Expenses | Calculated | (a) + (b) | $0 | $703,704 | $4,533,781 | $4,750,712 | $27,743,231 | $42,500,940 | $57,006,900 | $26,275,896 |
| Professional Fees | Calculated | (a) + (b) | $0 | $280,872 | $2,198,697 | $4,183,239 | $59,397,865 | $12,874,799 | $17,360,470 | $15,699,798 |
| Premises Related Expenses | Calculated | (a) + (b) | $0 | $0 | $0 | $0 | $7,834,450 | $9,602,536 | $12,177,010 | $9,266,300 |
| Equipment Related Expenses | Calculated | (a) + (b) | $0 | $54,237 | $3,145,445 | $7,249,800 | $2,284,622 | $6,968,662 | $2,549,939 | $0 |
| Supplies, Postage & Delivery Expense | Calculated | (a) + (b) | $0 | $424,625 | $1,246,788 | $1,277,004 | $1,383,765 | $1,516,810 | $1,210,031 | |
| Other Expenses | Calculated | (a) + (b) | $0 | $3,176,358 | $2,549,939 | | | | | |
| Distribution Expenses | Calculated | (a) + (b) | $0 | $0 | $0 | $0 | | | | |
| **Net Operating Income** | | | **($80,268)** | **$1,949,009** | **$65,751,447** | **$202,046,523** | **$172,412,786** | **$133,744,872** | **$145,733,579** | **$96,831,788** |
| Net Operating Income as a % of Gross Revenue | | | | 7.95% | 34.26% | 35.85% | 29.85% | 21.38% | 21.26% | 17.70% |
| Mold Depreciation | Direct | (a) | $0 | $0 | $54,355 | $2,423,222 | $8,953,064 | $11,193,814 | $12,939,038 | $7,905,471 |
| Other Depreciation & Amortization | Calculated | (a) + (b) | $0 | $0 | $289,800 | $615,105 | $1,444,110 | $0 | $0 | $0 |
| Other (Income) & Expense | Calculated | (a) + (b) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Total Non-Operating Expenses | | | $0 | $0 | $344,155 | $3,038,327 | $8,397,173 | $11,193,814 | $12,939,038 | $7,905,471 |
| Non-Operating Expenses as a % of Gross Revenue | | | | 0.00% | 0.18% | 0.54% | 1.45% | 1.79% | 1.89% | 1.45% |
| **Profit Before Taxes** | | | **($80,268)** | **$1,949,009** | **$65,397,292** | **$199,008,196** | **$164,015,613** | **$122,551,058** | **$132,794,541** | **$88,926,317** |
| Profit Before Taxes as a % of Gross Revenue | | | | 7.95% | 34.07% | 35.31% | 28.40% | 19.59% | 19.37% | 16.26% |
| Taxes | Calculated | (c) | ($80,268) | $52,409 | $865,373 | $8,056,051 | $14,051,389 | $11,028,834 | $10,960,703 | $6,693,614 |
| **Net Income from Bratz** | | | **($80,268)** | **$1,896,600** | **$64,531,919** | **$190,952,145** | **$149,964,224** | **$111,522,123** | **$121,833,838** | **$82,232,703** |
| Net Income from Bratz as a % of Gross Revenue | | | | 7.74% | 33.62% | 33.88% | 25.97% | 17.83% | 17.77% | 15.03% |
| Taxes Paid by Shareholders | Unmet | (a) | $0 | $0 | $8,770,250 | $46,805,000 | $55,094,000 | $17,554,703 | $71,555,909 | $12,525,555 |
| **Income from Bratz after MGA Taxes** | Calculated | (a) | **($80,268)** | **$1,896,600** | **$57,761,669** | **$144,147,145** | **$94,870,224** | **$93,967,421** | **$50,277,929** | **$69,707,148** |
| Income from Bratz after MGA Taxes as a % of Gross Revenue | | | | 7.74% | 30.09% | 23.98% | 16.43% | 15.02% | 7.33% | 12.74% |
| **Net Income from Bratz, US Only** | | (d) | **($80,268)** | **$1,281,520** | **$39,029,158** | **$115,119,727** | **$66,066,613** | **$63,362,574** | **$33,902,591** | **$47,003,784** |

# Exhibit 21

7047



1          UNITED STATES DISTRICT COURT

2          CENTRAL DISTRICT OF CALIFORNIA

3              EASTERN DIVISION

4                 - - -

5     HONORABLE STEPHEN G. LARSON, JUDGE PRESIDING

6                 - - -

7    MATTEL, INC.,                    )
                                      )
8              Plaintiff,             )
                                      )
9         vs.                         )   No. CV 04-09049
                                      )
10   MGA ENTERTAINMENT, inc., et. Al.,)   Trial Day 34
                                      )   morning session
11             Defendants.            )   Pages 7047-7162
                                      )
12   AND CONSOLIDATED ACTIONS,        )
                                      )

13

14

15     REPORTER'S TRANSCRIPT OF JURY TRIAL PROCEEDINGS

16           RIVERSIDE, CALIFORNIA

17         WEDNESDAY, AUGUST 13, 2008

18              8:39 A.M.

19

20

21

22

23         THERESA A. LANZA, RPR, CSR
         Federal Official Court Reporter
24          3470 12th Street, Rm. 134
           Riverside, California  92501
25              951-274-0844
              WWW.THERESALANZA.COM

Wednesday, August 13, 2008                Trial Day 34, Morning Session

Exhibit 21 - Page 128

7076

1    generation dolls.

2         And those were launched in 2001; is that correct?

3    A    That's right.

4    Q    And then we spent some time talking about all of the

5    different lines of the Bratz dolls after that time.          00:53

6         Are those all considered core fashion dolls; for

7    example, the Slumber Party or the Genie Magic that we spoke

8    about?

9    A    Yes.

10   Q    If we move beyond -- not only beyond the first generation,   00:53

11   but move beyond the fashion dolls, has MGA made other products

12   or other sub-brands related to Bratz?

13   A    Yes.

14   Q    The jury has seen a number of these in an exhibit room,

15   and we have some here on the table, but I just want to run       00:54

16   through with you a little bit about how they were developed and

17   what the target audience is for some of these products.

18        Let's start with Bratz Boyz.

19        Can you tell us when it was developed and what the

20   thought was behind developing Bratz Boyz.                        00:54

21   A    I believe Bratz Boyz was developed in the 2002 year; and

22   Bratz Boyz, as a brand, was meant primarily for the Bratz

23   consumer, so that she might have the chance to collect further

24   characters or maybe use a boy to build story lines or

25   experiences with.                                                00:55

Wednesday, August 13, 2008              Trial Day 34, Morning Session

Exhibit 21 - Page 129

7077

Q    There's also something called Little Bratz; is that correct?

A    Correct.

Q    Can you describe to the jury what Little Bratz was or how it was created?

A    Definitely.

Little Bratz is actually a small doll.  It's probably, I'm going to estimate, about four inches in height.  It's interesting with Little Bratz, because Little Bratz actually is a brand that is meant to target a younger consumer.  So yesterday, I mentioned Bratz was deliberately built for the seven- to ten-year-old consumer.  Little Bratz was built for the younger consumer, for the four- to six-year-olds.

With a smaller doll, we actually have the opportunity to use that doll within a play set context.  So you can actually -- it's meant to use that doll within a play set environment.  For example, if I might, you might use -- and we would have been interested in making Little Bratz so that we could create a little Bratz mall.  And it's intended that you take your Little Bratz and play within that little mall.  We call it, in very unprofessional toy terms, doinky-doink play, which means you can kind of doink the doll around the play set environment.

Q    Okay.

Is there another product line called Bratz Kidz?

Wednesday, August 13, 2008

Trial Day 34, Morning Session

Exhibit 21 - Page 130

7078

1   A     Yes.

2   Q     And, again, briefly, can you just describe how that came

3   into being, the Bratz Kidz concept.

4   A     Yep.

5         Bratz Kidz is also built and was designed specific to        00:56

6   the younger consumer as well.  But Kidz is, unlike Little

7   Bratz, a fashion doll, like Bratz is a fashion doll.  So if

8   Bratz, the mainline, is appropriate to seven- to ten-year-olds,

9   Kidz was really meant to be the fashion doll for the younger

10  consumer, four to six.  So they, as characters, are younger     00:57

11  than Bratz.  It would be taking Yasmin and making her younger,

12  looking at her almost back in time, almost sort of reflecting

13  the age of the consumer who we hope would be purchasing them.

14  Q     Let me ask you -- and I didn't ask you this for the Boyz,

15  but in creating the Bratz Boyz, did MGA make changes from the   00:57

16  characters that were expressed in that particular way in

17  Mr. Bryant's original concept drawings?

18        Are there differences between the Bratz Boyz products

19  and the original concept drawings that Mr. Bryant did and

20  brought to MGA in September of 2000?                            00:58

21  A     Yes.  And to be clear, there were no Bratz Boyz sketches

22  in Carter Bryant's portfolio drawings.

23  Q     And the same question for Little Bratz.

24  A     Yes.  Carter Bryant's portfolio drawings did not include

25  any design references for Little Bratz.                        00:58

Wednesday, August 13, 2008              Trial Day 34, Morning Session

Exhibit 21 - Page 131

7079

```
 1   Q     Now, let's talk about Bratz Lil' Angelz.
 2         Can you tell the jury what that is and how that's
 3   different than the doll that you started with.
 4   A     Lil' Angelz -- even Lil' Angelz has its own unique
 5   purchase for -- or reason for being.                              00:58
 6         Lil' Angelz is like taking, again, the core
 7   characters of Bratz and even making them younger than Kidz,
 8   sort of looking at Yasmin when she was a newborn.  So it
 9   definitely would make references to precious or cuddly and
10   sweet.  They still have an edge and attitude, if newborns can    00:59
11   have attitude and edge; but certainly, they're the sweeter,
12   softer side of Bratz.
13         And they're meant to be collected.  They're sold and
14   associated with Petz.  So in each pack, you might get one
15   newborn, maybe Yasmin as a newborn, with two individual Petz.   00:59
16   Q     And without getting into the details, I just want to
17   confirm, has MGA also developed a line of products called
18   Itsy Bitsy Bratz?
19   A     Yes.
20   Q     And has MGA also developed a line called Bratz Petz?      00:59
21   A     Yes.
22   Q     And Bratz Babyz?
23   A     Yes.
24   Q     And are these different concepts from the ones that were
25   embodied in Mr. Bryant's pitch book drawings?                   00:59
```

Wednesday, August 13, 2008                    Trial Day 34, Morning Session

Exhibit 21 - Page 132

7080

```
 1   A     Yes.

 2           In fact, none of these brands were in any way

 3   represented in the portfolio pitch book drawings.

 4   Q     I mean, certainly, they incorporate the name Bratz;

 5   correct?                                                        01:00

 6   A     Correct.

 7   Q     So what would you say to the argument that, Well, they all

 8   stem from the drawings, because they all have Bratz in the

 9   name?

10           MR. PRICE:  Objection.  The question is                01:00

11   argumentative.

12           THE COURT:  Sustained.

13   BY MS. AGUIAR:

14   Q     Do you believe that they're all -- because they have the

15   name Bratz in them, they all stem from the drawings?           01:00

16           MR. PRICE:  Objection.  Her understanding is

17   irrelevant.

18           THE COURT:  Sustained.

19   BY MS. AGUIAR:

20   Q     Are all of these products, because they have the name     01:00

21   Bratz in them -- do they come from the ideas that were

22   expressed in Mr. Bryant's drawings?

23           MR. PRICE:  Objection.  Vague; improper opinion.

24           THE COURT:  All of them come from -- it is vague.

25           Sustained.                                              01:00
```

Wednesday, August 13, 2008                    Trial Day 34, Morning Session

Exhibit 21 - Page 133

7162

```
 1   to the MGA party's phase 1-B designations of Jill Nordquist.  I
 2   don't think there's been a written response from MGA.  I want
 3   to give MGA a chance to respond to that.
 4            MS. AGUIAR:  I do believe we would have one.
 5            Could we take this up at the end of the lunch hour?    03:33
 6            THE COURT:  Yes.  You have one coming forward?
 7            MS. AGUIAR:  Yes.  And we're not going to be playing
 8   it today; so could we respond even at the end of the day?
 9            THE COURT:  Yes.  Thank you.
10            That solves my problem.                                03:33
11            I'll continue through lunch with the Farr
12   designations and hopefully have those ready for you before the
13   lunch break ends.
14            I'll see counsel in an hour.  Court is in recess.
15            (Morning session concludes. )                          03:34
16
17
18                          CERTIFICATE
19
20   I hereby certify that pursuant to section 753, title 28, united
     states code, the foregoing is a true and correct transcript of
21   the stenographically recorded proceedings held in the above-
     entitled matter and that the transcript page format is in
22   conformance with the regulations of the judicial conference of
     the united states.
23
24   _____        _____
     THERESA A. LANZA, CSR, RPR              Date
25   Federal Official Court Reporter
```

Wednesday, August 13, 2008                    Trial Day 34, Morning Session

Exhibit 21 - Page 134