# Exhibit 26





ATTORNEY'S EYES
ONLY

BRYANT 00222





To give Zoe a whole new look for night, change her short dark brown hairstyle to her long blonde hairdo (included), change her pants to a skirt (also included) and change her sneakers to platform sandals (you get those too!)

8/1998

ATTORNEY'S EYES ONLY

BRYANT 00223



8/1998

ATTORNEY'S EYES
ONLY

BRYANT 00224



ATTORNEY'S EYES
ONLY

BRYANT 00225



8/1998

ATTORNEY'S EYES
ONLY

BRYANT 00226



8/1998

ATTORNEY'S EYES
ONLY

BRYANT 00227



ATTORNEY'S EYES
ONLY

BRYANT 00228



8/1998

**ATTORNEY'S EYES ONLY**          **BRYANT** 00229



ATTORNEY'S EYES
ONLY

BRYANT 00230



**ATTORNEY'S EYES
ONLY**

**BRYANT 00231**



ATTORNEY'S EYES
ONLY

BRYANT 00232



8/1998

ATTORNEY'S EYES
ONLY

BRYANT 00233



8/1998

ATTORNEY'S EYES
ONLY                    BRYANT 00234

# Exhibit 27



ATTORNEY'S EYES ONLY

BRYANT 00151

EX 5-0014

Exhibit 27 - Page 241



ATTORNEY'S EYES
ONLY

BRYANT 00155

EX 5-0018

Exhibit 27 - Page 242



ATTORNEY'S EYES
ONLY

BRYANT 00156



ATTORNEY'S EYES ONLY

BRYANT 00163



- Fashion play -
Zoe-prom queen
&
sleeve coat

- Hairplay -
additional styles/colors
for Zoe/Lupe/Jade
additional styles/colors
for Holidae

ATTORNEY'S EYES ONLY

BRYANT 00164

EX 5-0027

Exhibit 27 - Page 245



FASHION PAK

PAJAMA POWER!

FABRICS UNDETERMINED





- TANK TOP
- DRAWSTRING BOTTOMS
- FUZZY ANIMAL SLIPPERS
- FUZZY PILLOW
- FUZZY NIGHT BLINDERS
- FUZZY LAMB

ATTORNEY'S EYES ONLY

BRYANT 00165

FROM :                    FAX NO. :              Apr. 10 2000 07:57AM  P3

NEO

TWEEDY/FELT
W/GRANNY
SQUARES
BROWN W/
BEIGE
BLANKET
STICH

YASMIN

b. black topstitch

Surfect.

JADE

SILVER NYLON
W/RED TYPE

oyster white
nylon heavy duty

animal
print

aqua
pearlied
vinyl
piping

FIONA

WHITE (PEARLIZED) VINYL
W/ANIMAL PRINT FLAP
& ELASTICIZED CLASP.
BLACK PIPING ?
RIBBON

orange/lite
navy

Stripe on side

⁷/₁₆ ⁷/₁₆ /B

KADEISHA

stra p
( ¼"
only)

LIGHT BLUE NYLON w/ Stripe & strap like

~~WHITE / ORANGE / BLACK~~
~~AQUA / BLUE BEIGE FLAP~~ ??



FINAL DESIGNS



YASMIN

BROWN "SUEDE-Y" LOOKING FABRIC
W/BEIGE WHIPSTITCHING,
BLUE, PURPLE CROCHET BODY

**ATTORNEY'S EYES ONLY**          **BRYANT 00167**



ATTORNEY'S EYES ONLY

BRYANT 00173



Silver lame top

lavender pants w/ black & white accents

silver & lavender

HALLADAY

fave color: lavender
fave insect: bee
fave food: mac 'n' cheese
if you were
a fruit: nectarine!
pet: dalmation
fave music: hip hop & reggae

**ATTORNEY'S EYES ONLY**

**BRYANT 00175**



JADE

ATTORNEY'S EYES
ONLY

BRYANT 00176



fake
eye lashes!
in colors!
Glittery



ATTORNEY'S EYES ONLY          BRYANT 00177

EX 5-0037

Exhibit 27 - Page 251



ATTORNEY'S EYES ONLY

BRYANT 00178



ATTORNEY'S EYES
ONLY          BRYANT 00179



Plays Drums
and Spins
the
turntable

Studies:
French
Acting
Political Science

**ATTORNEY'S EYES ONLY**                    **BRYANT 00180**



Plays Bass

Studies:
Classical Violin
Child Psycology

**ATTORNEY'S EYES ONLY**          **BRYANT 00181**



ATTORNEY'S EYES ONLY

BRYANT 00182

Meet the Bratz!

They're the cool girls from your school!

4 best friends with totally transformable looks!
Simply pop off their hair and shoes and trade for a new
look. Each doll comes with 2 pop-off "wigs" and 2 pairs of
Meet Zoe! shoes, plus, 2 hip fashions!
(AKA "ANGEL")

She's the queen of cool in class in her short dark brown
hair and funky ~~sex~~ stompin' sneaks. At night, she
likes to go ~~blonde and to~~ long and blonde,
with a skirt and sandals for a sweeter look!

Meet Lope! (AKA "PRINCESS!")

She's the Hispanic girl with lotsa 'tude. For school,
it's casual in wide-leg khakis and sweatshirt and
a fun updo. At night, long brown braids & a mini
do the trick

Meet Hallidae! (AKA HIP HOP!)

She's got the heat! Ultra trendy street wear 'n' braids
for hittin' the books, and on date night, it's "sassy
short dress & totally new 'do.

Meet Jade! (AKA LI'L STAR!)

She's got the lock on far out fashion! Twisty black
hair with fun blue streaks for school zone, and for
tearing it up with friends on the weekends, it's fantasy
time in light blue hair, short skirt and boots.

ATTORNEY'S EYES
ONLY

BRYANT 00183



ATTORNEY'S EYES
ONLY

BRYANT 00186



JADE

fave color: pink
fave insect: dragonfly
fave food:

clear bag

ATTORNEY'S EYES ONLY

BRYANT 00189

EX 5-0049

Exhibit 27 - Page 259



white T

pink & grey

eye on you

Khaki

**ATTORNEY'S EYES ONLY**

**BRYANT 00190**



ATTORNEY'S EYES ONLY

BRYANT 00192



20€

ATTORNEY'S EYES
ONLY          BRYANT 00193



ATTORNEY'S EYES
ONLY

BRYANT 00194



VAL

ATTORNEY'S EYES ONLY

BRYANT 00105



ATTORNEY'S EYES
ONLY

BRYANT 00196





ATTORNEY'S EYES
ONLY

BRYANT 00197



ATTORNEY'S EYES
ONLY

BRYANT 00198



Hollidae

ATTORNEY'S EYES ONLY

BRYANT 00199



ATTORNEY'S EYES
ONLY                    BRYANT 00200



JADE

ATTORNEY'S EYES ONLY          BRYANT 00201



ATTORNEY'S EYES ONLY

BRYANT 00202



ATTORNEY'S EYES ONLY

BRYANT 00203





**ATTORNEY'S EYES ONLY**          BRYANT 00204

EX 5-0064

Exhibit 27 - Page 273



ATTORNEY'S EYES
ONLY

BRYANT 00205



LUPE

ATTORNEY'S EYES ONLY

BRYANT 00206

EX 5-0066

Exhibit 27 - Page 275



JARED

ATTORNEY'S EYES ONLY

BRYANT 00207

EX 5-0067

Exhibit 27 - Page 276



2ᵒE

**ATTORNEY'S EYES ONLY**

BRYANT 00208



ATTORNEY'S EYES
ONLY                    BRYANT 00209



ATTORNEY'S EYES
ONLY

BRYANT 00210

EX 5-0070

Exhibit 27 - Page 279



? 90% ?

ATTORNEY'S EYES ONLY          BRYANT 00211



Zoe

Zoe

ATTORNEY'S EYES
ONLY

BRYANT 00212



lupe

ATTORNEY'S EYES ONLY

BRYANT 00212



ATTORNEY'S EYES
ONLY

BRYANT 00214



ATTORNEY'S EYES ONLY

BRYANT 00215



ATTORNEY'S EYES
ONLY

BRYANT 00216



Plug

rooted hair

recessed scalp

① lower rooted hair onto recessed scalp, lining up notches in plug and in scalp.

② twist hair onto place to lock.

③ Now hair can be Brushed and styled.

notches

top view

ATTORNEY'S EYES ONLY

BRYANT 00217



ATTORNEY'S EYES
ONLY

BRYANT 00218



8/1998

ATTORNEY'S EYES
ONLY            BRYANT 00220



ATTORNEY'S EYES
ONLY                                    BRYANT 00221



Hallidae

ATTORNEY'S EYES ONLY

BRYANT 00235



Zoe

ATTORNEY'S EYES ONLY

BRYANT 00236

EX 5-0082

Exhibit 27 - Page 291



Jade

ATTORNEY'S EYES ONLY          BRYANT 00237



**ATTORNEY'S EYES ONLY**

BRYANT 00273



**ATTORNEY'S EYES ONLY**

BRYANT 00274



ATTORNEY'S EYES
ONLY

BRYANT 00275



**ATTORNEY'S EYES ONLY**

**BRYANT 00276**



9-10" tall

14-15yrs old

Nov 9th

JOINTED HERE, @ SHOULDERS

JOINTED HIPS

SCULPTED FINGERNAILS

removable ankles

BASIC 5TH SCULPT

**ATTORNEY'S EYES ONLY**

**BRYANT 00277**



TOP OF HEAD

ROOTING LINE / SEPERATION LINE

ACTUAL PROPORTION

ACTUAL SIZE
10"

0.7
3. 1110
2.52
147

310) 580 -3615

**ATTORNEY'S EYES ONLY**

BRYANT 00278



*YASMIN'S*
*BOOT*
*FINAL*

*APPY. ACTUAL SIZE*

*SIDE*　　*FRONT*

**ATTORNEY'S EYES ONLY**

BRYANT 00284

EX 5-0095

Exhibit 27 - Page 299



110% of original

FIONA'S BOOTS

BOOT DE: #1

APPROXIMATE ACTUAL SIZE

TOP P OF BC H

LOWER SO.

.40 wall thickness

8250851 m.ward MGAc.con

ATTORNEY'S EYES ONLY

BRYANT 00285

EX 5-0096

Exhibit 27 - Page 300



JADE/YASMIN
PLATFORM SANDAL
(PLATFORM DESIGN #2)

FINAL DESIGN:

'INDICATION' OF TOES
ON INSIDE OF SHOE

APX. ACTUAL SIZE

ATTORNEY'S EYES
ONLY

BRYANT 00288

EX 5-0099

Exhibit 27 - Page 301



JOINTED HERE, @ SHOULDERS

JOINTED HIPS

SCULPTED FINGERNAILS

BASIC STK SCULPT

ATTORNEY'S EYES ONLY

BRYANT 00290



**Meet Zoe!**

She's the queen of cool at school with her short dark brown hair and funky stompin' sneaks. Hiphugger jeans, short tee shirt and glittery vinyl backpack complete her daytime look.

ATTORNEY'S EYES ONLY

BRYANT 00291

EX 5-0102

Exhibit 27 - Page 303



**Meet Jade!**

Jade loves far-out fashion! Mary Janes and a baby doll are just perfect for study hall! Twisty hairdo, fringe-y jacket and a sweeter than sweet backpack and Jade is ready for serious school house radd

ATTORNEY'S EYES ONLY

BRYANT 00292

EX 5-0103

Exhibit 27 - Page 304



**Meet Lupe!**

She's the princess of pretty in her casual wear of tank top and wide leg khakis. Cute sweatshirt, silvery tennies , a fun red updo and fresh backpack give her a great look for school!

ATTORNEY'S EYES ONLY

BRYANT 00293



On date night, it's a sassy short dress, platforms, and a totally new 'do!

ATTORNEY'S EYES ONLY

BRYANT 00294



For weekend nights hangin' with the Bratz, it's a sweet dragon logo tee, with ruffly skirt and those boots, she's as cool as can be!

**ATTORNEY'S EYES ONLY**

**BRYANT 00295**

EX 5-0106

Exhibit 27 - Page 307



For partytime, change her into a
short skirt, braids and silver
stampers!

**ATTORNEY'S EYES
ONLY**

**BRYANT 00296**



ATTORNEY'S EYES
ONLY

BRYANT 00297



**ATTORNEY'S EYES ONLY**

BRYANT 00300



ATTORNEY'S EYES
ONLY

BRYANT 00301



ATTORNEY'S EYES ONLY

BRYANT 00302

EX 5-0113

Exhibit 27 - Page 312



ATTORNEY'S EYES ONLY

BRYANT 00303

EX 5-0114

Exhibit 27 - Page 313



**ATTORNEY'S EYES ONLY**

**BRYANT 00341**

# Exhibit 28



All Rights Assigned to ABC International Traders
d/b/a MGA Entertainment.

Isaac Larian, CEO

June 2000
Contract date : 9/18/2000

M 0001489



8/1998

All Rights Assigned to ABC International Traders
d/b/a MGA Entertainment.

Isaac Larian, CEO

Contract date: 9/5/00

M 0001490

EX 10-0003

Exhibit 28 - Page 316