# Exhibit 29



9-10" tall

14-15 yrs old

New 7th

Jointed here, @ shoulders

Jointed hips

Sculpted fingernails

removable ankles

Basic shk sculpt

**ATTORNEY'S EYES ONLY**

**BRYANT 00277**



Deft's
Exhibit no. 35
Date: 12/06/04
P. Pyburn

35-1

TRIAL EXHIBIT 00035-001

Exhibit 29 - Page 317



TOP OF HEAD

ROOTING LINE / SEPERATION
LINE

ACTUAL PROPORTION

ACTUAL SIZE
10"

(310) 530 - 3615

ATTORNEY'S EYES
ONLY

BRYANT 00278

35·2

TRIAL EXHIBIT 00035-002

Exhibit 29 - Page 318



ATTORNEY'S EYES ONLY

BRYANT 00290

# Exhibit 30



JADE

LUPE

ZÖE

HALLYDAY

ATTORNEY'S EYES ONLY



**EXHIBIT**

62

12/21/04   KKB

BRYANT 00192



ATTORNEY'S EYES
ONLY

BRYANT 00194



VAL

ATTORNEY'S EYES
ONLY

BRYANT 00105



JADE

**ATTORNEY'S EYES ONLY**

BRYANT 00201



ATTORNEY'S EYES
ONLY

BRYANT 00202





ATTORNEY'S EYES ONLY

BRYANT 00204





JARED

**ATTORNEY'S EYES ONLY**

**BRYANT 00207**



20E

**ATTORNEY'S EYES ONLY**

BRYANT 00208



ATTORNEY'S EYES ONLY

BRYANT 00210



? 90%0 ?



**ATTORNEY'S EYES ONLY**          **BRYANT 00241**



ATTORNEY'S EYES
ONLY

BRYANT 00214



ATTORNEY'S EYES
ONLY

BRYANT 00215



ATTORNEY'S EYES
ONLY

BRYANT 00301



BRYANT 01003

CONFIDENTIAL
ATTORNEYS EYES
ONLY



CONFIDENTIAL

BRYANT 01243

# Exhibit 31





All Rights Assigned to ABC International Traders
d/b/a MGA Entertainment.

Isaac Larian, CEO

JUNE 2000

Contract date 9/18/2000

EX 63-0001                M 0001489

Exhibit 31 - Page 335

# Exhibit 32



SL00030



SL00031



SL00038



TOP OF HEAD

ROOTING LINE / SEPERATION LINE

ACTUAL PROPORTION

ACTUAL SIZE 10"

**SL00044**



TOP OF HEAD

ROOTING LINE / SEPERATION LINE

ACTUAL PROPORTION

ACTUAL SIZE
10"

**SL00045**

# Exhibit 33



ATTORNEY'S EYES
ONLY

BRYANT 00179

Δ π EXHIBIT 523
Deponent TONNU
Date 7/19/07 Rptr ACC
WWW.DEPOBOOK.COM

# Exhibit 34



ATTORNEY'S EYES
ONLY

BRYANT 00194

# Exhibit 35



ATTORNEY'S EYES
ONLY

BRYANT 00202

# Exhibit 36



BODY
94%

ATTORNEY'S EYES ONLY

BRYANT 00210

# Exhibit 37



ATTORNEY'S EYES ONLY

BRYANT 00192

# Exhibit 38



JADE

ATTORNEY'S EYES
ONLY

BRYANT 00176



DEPOSITION
EXHIBIT
701
Bryant J

# Exhibit 39



JADE

ATTORNEY'S EYES
ONLY

BRYANT 00176

DEPOSITION
EXHIBIT
702
Bryant J

7/12/2006
IMG_1475.JPG



JADE

ATTORNEY'S EYES ONLY

BRYANT 00176

# Exhibit 40





fake
eyelashes!
in colors!
Glittery

ATTORNEY'S EYES
ONLY

BRYANT 00177



EX 703-0001

Exhibit 40 - Page 349

# Exhibit 41



JADE

fave color: pink
fave insect: dragonfly
fave food:

clear bag

ATTORNEY'S EYES
ONLY

BRYANT 00189



DEPOSITION
EXHIBIT
704
Bryant J. 0-25-07

EX 704-0001

Exhibit 41 - Page 350

# Exhibit 42



white
T

pink & grey

eye on you

khaki

**ATTORNEY'S EYES ONLY**

**BRYANT 00190**

DEPOSITION EXHIBIT
705
Bryant J
9-25-07

EX 705-0001

Exhibit 42 - Page 351

# Exhibit 43



ATTORNEY'S EYES ONLY

BRYANT 00216



DEPOSITION EXHIBIT
706
Bryant J.

EX 706-0001

Exhibit 43 - Page 352

# Exhibit 44





Plug

rooted hair

recessed scalp

notches

top view

① lower rooted hair onto recessed scalp, lining up notches in plug and in scalp.

② twist hair onto place to lock.

③ Now hair can be brushed and styled.

ATTORNEY'S EYES ONLY

BRYANT 00217

# Exhibit 45



ATTORNEY'S EYES
ONLY

BRYANT 00300

DEPOSITION EXHIBIT
708    9-25-07
Bryant J.

# Exhibit 46

DEPOSITION
EXHIBIT
709
Bryant J

Meet the Bratz!

They're the cool girls from your school!
4 best friends with totally transformable looks!
Simply pop off their hair and shoes and trade for a new look. Each doll comes with 2 pop-off "wigs" and 2 pairs of shoes, plus, 2 hip fashions!

Meet Zoe! (AKA "ANGEL")
She's the queen of cool in class in her short dark brown hair and funky ~~see~~ stompin' sneaks. At night, she likes to go ~~blonde~~ ~~and so~~ long and blonde, with a skirt and sandals for a sweeter look!

Meet Lupe! (AKA "PRINCESS!")
She's the Hispanic girl with lotsa 'tude. For school, it's casual in wide-leg khakis and sweatshirt and a fun updo. At night, long brown braids & a mini do the trick

Meet Hallidae! (AKA HIP HOP!)
She's got the beat! Ultra trendy streetwear 'n' braids for hittin' the books, and on date night, it's a sassy short dress & totally new 'do.

Meet Jade! (AKA LI'L STAR!)
She's got the lock on far out fashion! Twisty black hair with fun blue streaks for school zone, and for tearing it up with friends on the weekends, it's fantasy time in light blue hair, short skirt and boots.

ATTORNEY'S EYES ONLY

BRYANT 00183

# Exhibit 47





**ATTORNEY'S EYES ONLY**

**BRYANT 00186**

# Exhibit 48



**ATTORNEY'S EYES ONLY**

DEPOSITION
EXHIBIT
711
Bryant J.  9-25-07

**BRYANT 00341**

# Exhibit 49



Zoe

holldae

ATTORNEY'S EYES ONLY

BRYANT 00163

DEPOSITION
EXHIBIT
7/2
Bryant J.
9-25-07

EX 712-0001

Exhibit 49 - Page 358

# Exhibit 50

4764

1          UNITED STATES DISTRICT COURT

2          CENTRAL DISTRICT OF CALIFORNIA

3                    ---

4     **HONORABLE STEPHEN G. LARSON, JUDGE PRESIDING**

5                    ---

6   MATTEL, INC.,                :   PAGES 4764 - 4889
                                 :
7          PLAINTIFF,            :
                                 :
8      VS.                       :   NO. ED CV04-09049-SGL
                                 :   [CONSOLIDATED WITH
9   MGA ENTERTAINMENT, INC.,     :   CV04-9059 & CV05-2727]
    ET AL.,                      :
10                               :
           DEFENDANTS.           :
11  _____

12

13

14

15        REPORTER'S TRANSCRIPT OF PROCEEDINGS

16            RIVERSIDE, CALIFORNIA

17          THURSDAY, JULY 10, 2008

18            JURY TRIAL - DAY 22

19              MORNING SESSION

20

21

22              MARK SCHWEITZER, CSR, RPR, CRR
                OFFICIAL COURT REPORTER
23              UNITED STATES DISTRICT COURT
                181-H ROYBAL FEDERAL BUILDING
24              255 EAST TEMPLE STREET
                LOS ANGELES, CALIFORNIA 90012
25              (213) 663-3494

CERTIFIED COPY

Exhibit 50 - Page 359

4805

1          The inventions agreement defines the term

2    inventions as follows:

3          The term inventions includes, but is not limited

4    to, all discoveries, improvements, processes, developments,

5    designs, know-how, data, computer programs, and formulae,

6    whether patentable or unpatentable.

7          To prevail on its first claim, Mattel must show, by

8    a preponderance of the evidence, that any particular

9    Bratz-related ideas, concept, drawing, design, or work was

10   conceived or reduced to practice, that is, created, by

11   Mr. Bryant, alone or jointly with others, while employed by

12   Mattel.

13         It is for you to decide what, if any, Bratz-related

14   works were created by Mr. Bryant alone or jointly with others

15   while he was employed by Mattel.

16         In its second claim, Mattel contends that MGA and

17   Isaac Larian intentionally interfered with the inventions

18   agreement between Mattel and Carter Bryant.  To establish

19   this claim, Mattel must prove the following by a

20   preponderance of the evidence:

21         1.  That there was a contract or contracts between

22   Mattel and Carter Bryant.

23         2.  That MGA and/or Mr. Larian knew of the

24   contract.

25         3.  That MGA and/or Mr. Larian intended to disrupt

Exhibit 50 - Page 360

```
 1                              CERTIFICATE

 2

 3   I HEREBY CERTIFY THAT PURSUANT TO SECTION 753, TITLE 28, UNITED
     STATES CODE, THE FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF
 4   THE STENOGRAPHICALLY RECORDED PROCEEDINGS HELD IN THE
     ABOVE-ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE FORMAT IS IN
 5   CONFORMANCE WITH THE REGULATIONS OF THE JUDICIAL CONFERENCE OF
     THE UNITED STATES.

 6

 7

 8   THERESA A. LANZA, RPR, CSR            DATE
     OFFICIAL COURT REPORTER

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

THURSDAY, JULY 10, 2008                    TRIAL DAY 23, AFTERNOON SESSION

Exhibit 50 - Page 361