| | |
|---|---|
| 1 | MELINDA HAAG (State Bar No. 132612) |
| | mhaag@orrick.com |
| 2 | ANNETTE L. HURST (State Bar No. 148738) |
| | ahurst@orrick.com |
| 3 | WARRINGTON S. PARKER III (State Bar No. 148003) |
| | wparker@orrick.com |
| 4 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | The Orrick Building |
| 5 | 405 Howard Street |
| | San Francisco, CA 94105-2669 |
| 6 | Tel: (415) 773-5700/Fax: (415) 773-5759 |
| 7 | WILLIAM A. MOLINSKI (State Bar No. 145186) |
| | wmolinski@orrick.com |
| 8 | THOMAS S. MCCONVILLE (State Bar No. 155905) |
| | tmcconville@orrick.com |
| 9 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 777 South Figueroa Street, Suite 3200 |
| 10 | Los Angeles, CA 90017 |
| | Tel. (213) 629-2020/Fax: (213) 612-2499 |
| 11 | THOMAS S. MCCONVILLE (State Bar No. 155905) |
| 12 | tmcconville@orrick.com |
| | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 13 | 4 Park Plaza, Suite 1600 |
| | Irvine, CA 92614-2258 |
| 14 | Tel: (949) 567-6700/Fax: (949) 567-6710 |
| 15 | Attorneys for MGA Parties |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an Individual, | Case No. 2:04-cv-09049-DOC-RNBx |
| Plaintiff, | Consolidated with Case No. CV 04-9059 and Case No. CV 05-2727 |
| v. | **NOTICE OF LODGING AND LODGING OF NINTH CIRCUIT APPELLATE BRIEFS FILED IN SUPPORT OF MOTIONS TO VACATE RECALL PROVISIONS OF INJUNCTION, OR, IN THE ALTERNATIVE TO CLARIFY AND/OR MODIFY SUCH RECALL PROVISIONS; MOTION TO CLARIFY AND/OR LIMIT MONITOR'S AUTHORITY AS AN ADJUDICATIVE OFFICER OF THE COURT; CONTAINS CONFIDENTIAL AND ATTORNEY'S EYES ONLY EXHIBITS** |
| MATTEL, INC., a Delaware Corporation, | |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | |
| | Date: November 9, 2009 |
| | Time: 8:30 a.m. |
| | Courtroom: 9D (Hon. David O. Carter) |

Counter-Defendants MGA Entertainment, Inc., MGA Entertainment HK Ltd., and Isaac Larian hereby lodge with this Court the following Ninth Circuit appellate briefs in support of their Motions to Vacate Recall Provisions of Injunction, or, in the Alternative to Clarify and/or Modify Such Recall Provisions; Motion to Clarify and/or Limit Monitor's Authority as an Adjudicative Officer of the Court.

The documents lodged are as follows:

Exhibit 1: Opening Brief of Appellants MGA Entertainment, Inc., MGA Entertainment HK Ltd., and Isaac Larian;

Exhibit 2: Mattel, Inc's Combined Answering Brief on Appeal and Opening Brief on Cross-Appeal **[LODGED UNDER SEAL PURSUANT TO CIV.L.R. 79-5.1]**;

Exhibit 3: Reply and Answering Brief of Appellants/Cross-Appellees MGA Entertainment, Inc., MGA Entertainment HK Ltd., and Isaac Larian **[LODGED UNDER SEAL PURSUANT TO CIV.L.R. 79-5.1]**;

Exhibit 4: Mattel, Inc.'s Reply Brief on Cross-Appeal **[LODGED UNDER SEAL PURSUANT TO CIV.L.R. 79-5.1]**.

Respectfully submitted,

Dated: October 19, 2009        ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____ */s Warrington S. Parker III* _____
Warrington S. Parker III
Attorneys for MGA Parties