MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Tel: (415) 773-5700/Fax: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Tel. (213) 629-2020/Fax: (213) 612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049-DOC (RNBx)<br><br>Consolidated with: Case No. CV 04-9059 and Case No. CV 05-2727<br><br>**PROOF OF SERVICE BY ELECTRONIC MAIL, U.S. MAIL, AND HAND DELIVERY** |

OHS West:260735711.1                                                                 PROOF OF SERVICE

# PROOF OF SERVICE BY EMAIL TO COUNSEL

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, The Orrick Building, 405 Howard Street, San Francisco, CA 94105. On October 19, 2009, I served the following document(s):

- **MOTIONS TO VACATE RECALL PROVISIONS OF INJUNCTION, OR, IN THE ALTERNATIVE TO CLARIFY AND/OR MODIFY SUCH RECALL PROVISIONS; MOTION TO CLARIFY AND/OR LIMIT MONITOR'S AUTHORITY AS AN ADJUDICATIVE OFFICER OF THE COURT;**

- **DECLARATION OF ANNETTE L. HURST IN SUPPORT OF MOTIONS TO VACATE RECALL PROVISIONS OF INJUNCTION, OR, IN THE ALTERNATIVE TO CLARIFY AND/OR MODIFY SUCH RECALL PROVISIONS; MOTION TO CLARIFY AND/OR LIMIT MONITOR'S AUTHORITY AS AN ADJUDICATIVE OFFICER OF THE COURT; EXHIBITS;**

- **EXHIBITS 56, 58, 59 AND 62 MOTIONS TO VACATE RECALL PROVISIONS OF INJUNCTION, OR, IN THE ALTERNATIVE TO CLARIFY AND/OR MODIFY SUCH RECALL PROVISIONS; MOTION TO CLARIFY AND/OR LIMIT MONITOR'S AUTHORITY AS AN ADJUDICATIVE OFFICER OF THE COURT – UNDER SEAL;**

- **DECLARATION OF NINETTE PEMBLETON IN SUPPORT OF MOTIONS TO VACATE RECALL PROVISIONS OF INJUNCTION, OR, IN THE ALTERNATIVE TO CLARIFY AND/OR MODIFY SUCH RECALL PROVISIONS; MOTION TO CLARIFY AND/OR LIMIT MONITOR'S AUTHORITY AS AN ADJUDICATIVE OFFICER OF THE COURT--UNDER SEAL;**

- **DECLARATION OF JASON D. RUSSELL IN SUPPORT OF MOTIONS TO VACATE RECALL PROVISIONS OF INJUNCTION, OR, IN THE ALTERNATIVE TO CLARIFY AND/OR MODIFY SUCH RECALL PROVISIONS; MOTION TO CLARIFY AND/OR LIMIT MONITOR'S AUTHORITY AS**

AN ADJUDICATIVE OFFICER OF THE COURT--UNDER SEAL;

- DECLARATION OF LARRY FALCON IN SUPPORT OF MOTIONS TO VACATE RECALL PROVISIONS OF INJUNCTION, OR, IN THE ALTERNATIVE TO CLARIFY AND/OR MODIFY SUCH RECALL PROVISIONS; MOTION TO CLARIFY AND/OR LIMIT MONITOR'S AUTHORITY AS AN ADJUDICATIVE OFFICER OF THE COURT--UNDER SEAL;

- APPLICATION TO FILE UNDER SEAL;

- [PROPOSED] ORDER TO VACATE RECALL PROVISIONS OF INJUNCTION, OR, IN THE ALTERNATIVE TO CLARIFY AND/OR MODIFY SUCH RECALL PROVISIONS; MOTION TO CLARIFY AND/OR LIMIT MONITOR'S AUTHORITY AS AN ADJUDICATIVE OFFICER OF THE COURT

- MGA PARTIES' EX PARTE APPLICATION FOR RELIEF FROM THE TWENTY-DAY REQUIREMENT OF LOCAL RULE 7-3--UNDER SEAL; AND

- [PROPOSED] ORDER GRANTING MGA'S EX PARTE APPLICATION FOR RELIEF FROM THE TWENTY-DAY REQUIREMENT OF LOCAL RULE 7-3.

I served copies of said papers on October 19, 2009, by attaching them to an email addressed to:

| | |
|---|---|
| **Michael Zeller**<br>michaelzeller@quinnemanuel.com | **Dylan Proctor**<br>dylanproctor@quinnemanuel.com |
| **Jon Corey**<br>joncorey@quinnemanuel.com | **Jason Russell**<br>jason.russell@skadden.com |
| **Todd Gordinier**<br>todd.gordinier@bingham.com | **Peter Villar**<br>peter.villar@bingham.com |
| **Mark Overland**<br>moverland@scheperkim.com | **Alexander Cote**<br>acote@scheperkim.com |
| **Patrick A. Fraioli, Jr.**<br>pfraioli@ecjlaw.com | **B Moldo**<br>bmoldo@ecjlaw.com |
| | **David Seror**<br>dseror@ECJLAW.COM |

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 19, 2009, at San Francisco, California.

_____
Jacqueline D. Kaddah

| | |
|---|---|
| 1 | **PROOF OF SERVICE BY MAIL** |

2  I am more than eighteen years old and not a party to this action. My business
3  address is Orrick, Herrington & Sutcliffe LLP, The Orrick Building, 405 Howard
4  Street, San Francisco, CA 94105. On October 19, 2009, I served the following
5  document(s):

6,7,8,9
- **MOTIONS TO VACATE RECALL PROVISIONS OF INJUNCTION, OR, IN THE ALTERNATIVE TO CLARIFY AND/OR MODIFY SUCH RECALL PROVISIONS; MOTION TO CLARIFY AND/OR LIMIT MONITOR'S AUTHORITY AS AN ADJUDICATIVE OFFICER OF THE COURT;**

10,11,12,13,14
- **DECLARATION OF ANNETTE L. HURST IN SUPPORT OF MOTIONS TO VACATE RECALL PROVISIONS OF INJUNCTION, OR, IN THE ALTERNATIVE TO CLARIFY AND/OR MODIFY SUCH RECALL PROVISIONS; MOTION TO CLARIFY AND/OR LIMIT MONITOR'S AUTHORITY AS AN ADJUDICATIVE OFFICER OF THE COURT; EXHIBITS;**

15,16,17,18,19
- **EXHIBITS 56, 58, 59 AND 62 MOTIONS TO VACATE RECALL PROVISIONS OF INJUNCTION, OR, IN THE ALTERNATIVE TO CLARIFY AND/OR MODIFY SUCH RECALL PROVISIONS; MOTION TO CLARIFY AND/OR LIMIT MONITOR'S AUTHORITY AS AN ADJUDICATIVE OFFICER OF THE COURT;**

20,21,22,23,24
- **DECLARATION OF NINETTE PEMBLETON IN SUPPORT OF MOTIONS TO VACATE RECALL PROVISIONS OF INJUNCTION, OR, IN THE ALTERNATIVE TO CLARIFY AND/OR MODIFY SUCH RECALL PROVISIONS; MOTION TO CLARIFY AND/OR LIMIT MONITOR'S AUTHORITY AS AN ADJUDICATIVE OFFICER OF THE COURT--UNDER SEAL;**

25,26,27,28
- **DECLARATION OF JASON D. RUSSELL IN SUPPORT OF MOTIONS TO VACATE RECALL PROVISIONS OF INJUNCTION, OR, IN THE ALTERNATIVE TO CLARIFY AND/OR MODIFY SUCH RECALL PROVISIONS; MOTION TO CLARIFY AND/OR LIMIT MONITOR'S AUTHORITY AS**

AN ADJUDICATIVE OFFICER OF THE COURT--UNDER SEAL;

- DECLARATION OF LARRY FALCON IN SUPPORT OF MOTIONS TO VACATE RECALL PROVISIONS OF INJUNCTION, OR, IN THE ALTERNATIVE TO CLARIFY AND/OR MODIFY SUCH RECALL PROVISIONS; MOTION TO CLARIFY AND/OR LIMIT MONITOR'S AUTHORITY AS AN ADJUDICATIVE OFFICER OF THE COURT--UNDER SEAL;

- APPLICATION TO FILE UNDER SEAL;

- [PROPOSED] ORDER RE APPLICATION TO FILE UNDER SEAL;

- [PROPOSED] ORDER TO VACATE RECALL PROVISIONS OF INJUNCTION, OR, IN THE ALTERNATIVE TO CLARIFY AND/OR MODIFY SUCH RECALL PROVISIONS; MOTION TO CLARIFY AND/OR LIMIT MONITOR'S AUTHORITY AS AN ADJUDICATIVE OFFICER OF THE COURT

- MGA PARTIES' EX PARTE APPLICATION FOR RELIEF FROM THE TWENTY-DAY REQUIREMENT OF LOCAL RULE 7-3--UNDER SEAL; AND

- [PROPOSED] ORDER GRANTING MGA'S EX PARTE APPLICATION FOR RELIEF FROM THE TWENTY-DAY REQUIREMENT OF LOCAL RULE 7-3.

on the interested parties in this action by placing true and correct copies thereof in sealed envelope(s) addressed as follows:

**Jason Russell, Esq.**
Skadden Arps Slate Meagher & Flom LLP
300 South Grand Avenue
Suite 3400
Los Angeles, CA 90071

**Todd Gordinier, Esq.**
**Peter Villar, Esq.**
Bingham McCutchen LLP
600 Anton Boulevard, 18th Floor
Costa Mesa, CA 92626

OHS West:260735711.1     - 6 -     PROOF OF SERVICE

**Mark Overland, Esq.**
**Alexander Cote, Esq.**
Scheper Kim & Overland LLP
One Bunker Hill
601 West Fifth Street, 12th Floor
Los Angeles, California 90071

  I am employed in the county from which the mailing occurred. On the date indicated above, I placed the sealed envelope(s) for collection and mailing at this firm's office business address indicated above. I am readily familiar with this firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the firm's correspondence would be deposited with the United States Postal Service on this same date with postage thereon fully prepaid in the ordinary course of business.

  I declare under penalty of perjury that the foregoing is true and correct.

  Executed on October 19, 2009, at San Francisco, California.

<em>/s/ Anne Devlin</em><br>
Anne Devlin

**PROOF OF SERVICE BY HAND DELIVERY**

I, Emmanuel Lomeli, declare I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 800 West First Street, Suite 200B, Los Angeles, CA 90012.

On October 19, 2009, I served all parties with the following documents:

- **MOTIONS TO VACATE RECALL PROVISIONS OF INJUNCTION, OR, IN THE ALTERNATIVE TO CLARIFY AND/OR MODIFY SUCH RECALL PROVISIONS; MOTION TO CLARIFY AND/OR LIMIT MONITOR'S AUTHORITY AS AN ADJUDICATIVE OFFICER OF THE COURT;**

- **[PROPOSED] ORDER TO VACATE RECALL PROVISIONS OF INJUNCTION, TO CLARIFY AND MODIFY SUCH RECALL PROVISIONS AND TO CLARIFY AND LIMIT MONITOR'S AUTHORITY AS AN ADJUDICATIVE OFFICER OF THE COURT;**

- **DECLARATION OF ANNETTE L. HURST IN SUPPORT OF MOTIONS TO VACATE RECALL PROVISIONS OF INJUNCTION, OR, IN THE ALTERNATIVE TO CLARIFY AND/OR MODIFY SUCH RECALL PROVISIONS; MOTION TO CLARIFY AND/OR LIMIT MONITOR'S AUTHORITY AS AN ADJUDICATIVE OFFICER OF THE COURT; EXHIBITS;**

- **EXHIBITS 56, 58, 59, AND 62 OF TO THE DECLARATION OF ANNETTE L. HURST IN SUPPORT OF MOTIONS TO VACATE RECALL PROVISIONS OF INJUNCTION, OR, IN THE ALTERNATIVE TO CLARIFY AND/OR MODIFY SUCH RECALL PROVISIONS; MOTION TO CLARIFY AND/.OR LIMIT MONITOR'S AUTHORITY AS AN ADJUDICATIVE OFFICER OF THE COURT; EXHIBITS;**

- **DECLARATION OF NINETTE PEMBLETON IN SUPPORT OF MOTIONS TO VACATE RECALL PROVISIONS OF INJUNCTION, OR, IN THE ALTERNATIVE TO CLARIFY AND/OR MODIFY SUCH RECALL PROVISIONS; MOTION TO CLARIFY AND/OR LIMIT MONITOR'S AUTHORITY AS**

AN ADJUDICATIVE OFFICER OF THE COURT--UNDER SEAL;

- DECLARATION OF JASON D. RUSSELL IN SUPPORT OF MOTIONS TO VACATE RECALL PROVISIONS OF INJUNCTION, OR, IN THE ALTERNATIVE TO CLARIFY AND/OR MODIFY SUCH RECALL PROVISIONS; MOTION TO CLARIFY AND/OR LIMIT MONITOR'S AUTHORITY AS AN ADJUDICATIVE OFFICER OF THE COURT--UNDER SEAL;

- DECLARATION OF LARRY FALCON IN SUPPORT OF MOTIONS TO VACATE RECALL PROVISIONS OF INJUNCTION, OR, IN THE ALTERNATIVE TO CLARIFY AND/OR MODIFY SUCH RECALL PROVISIONS; MOTION TO CLARIFY AND/OR LIMIT MONITOR'S AUTHORITY AS AN ADJUDICATIVE OFFICER OF THE COURT--UNDER SEAL;

- APPLICATION TO FILE UNDER SEAL;

- [PROPOSED] ORDER RE APPLICATION TO FILE UNDER SEAL;

- MGA PARTIES' EX PARTE APPLICATION FOR RELIEF FROM THE TWENTY-DAY REQUIREMENT OF LOCAL RULE 7-3--UNDER SEAL;

- [PROPOSED] ORDER GRANTING MGA'S EX PARTE APPLICATION FOR RELIEF FROM THE TWENTY-DAY REQUIREMENT OF LOCAL RULE 7-3; AND

- NOTICE OF LODGING AND LODGING OF NINTH CIRCUIT APPELLATE BRIEFS FILED IN SUPPORT OF MOTIONS TO VACATE RECALL PROVISIONS OF INJUNCTION, OR, IN THE ALTERNATIVE TO CLARIFY AND/OR MODIFY SUCH RECALL PROVISIONS; MOTION TO CLARIFY AND/OR LIMIT MONITOR'S AUTHORITY AS AN ADJUDICATIVE OFFICER OF THE COURT; CONTAINS CONFIDENTIAL AND ATTORNEYS EYES ONLY EXHIBITS.

| | |
|---|---|
| 1 | by hand-delivering true and correct copies of those documents to: |
| 2 | **Michael Zeller, Esq.** |
| 3 | **Dylan Proctor, Esq.**<br>**Jon Corey, Esq.** |
| 4 | Quinn Emanuel Urquhart Oliver & Hedges, LLP<br>865 South Figueroa Street, 10th Floor |
| 5 | Los Angeles, CA 90017 |
| 6 | and |
| 7 | **Patrick A. Fraioli, Jr.** |
| 8 | Ervin Cohen & Jessup LLP<br>9401 Wilshire Boulevard, |
| 9 | Ninth Floor<br>Beverly Hills, CA 90212-2974 |
| 10 | Executed on October 19, 2009, at Los Angeles, California. |
| 11 | I declare under penalty of perjury that the foregoing is true and correct. |

Emmanuel Lomeli
USA Network, Inc.