QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.<br>　　　　Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No.   CV 04-09059<br>Case No.   CV 05-2727<br><br>**STIPULATION RE MGA PARTIES' MOTIONS TO VACATE RECALL PROVISIONS OF INJUNCTION, OR, IN THE ALTERNATIVE TO CLARIFY AND/OR MODIFY SUCH RECALL PROVISIONS; MOTION TO CLARIFY AND/OR LIMIT MONITOR'S AUTHORITY AS AN ADJUDICATIVE OFFICER OF THE COURT**<br><br>**<u>Phase 2:</u>**<br>Disc. Cut-off:　　June 1, 2010<br>Pre-trial Conf.:　　TBD<br>Trial Date:　　　TBD |

1  WHEREAS, per the hearing date noticed for MGA Entertainment, Inc., MGA Entertainment HK Ltd. and Isaac Larian's Motions To Vacate Recall Provisions Of Injunction, Or, In The Alternative To Clarify And/Or Modify Such Recall Provisions; Motion to Clarify And/Or Limit Monitor's Authority As An Adjudicative Officer Of The Court ("MGA Parties' Consolidated Motions"), Mattel, Inc.'s Opposition to the MGA Parties' Consolidated Motions is due on October 26, 2009;

WHEREAS, Mattel has not opposed the MGA Parties' request for relief from the 20-day requirement of Local Rule 7-3;

NOW, THEREFORE, MGA Entertainment Inc., MGA Entertainment HK Ltd., Isaac Larian, and Mattel, Inc. by and through their respective counsel of record, and subject to the Court's approval, hereby stipulate and agree as follows:

1. The deadline for Mattel, Inc. to serve its consolidated Opposition to the MGA Parties' Consolidated Motions will be noon on October 29, 2009. Mattel will file its consolidated Opposition the same day.

2. The deadline for the MGA Parties' consolidated reply will remain the same.

3. The MGA Parties' Consolidated Motions will be heard as noticed on November 9, 2009 at 8:30 a.m.

IT IS SO STIPULATED.

DATED: October 20, 2009         QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP


                                By /s/ Michael T. Zeller
                                   Michael T. Zeller
                                   Attorneys for Mattel, Inc.

DATED: October 20, 2009         ORRICK, HERRINGTON & SUTCLIFFE, LLP


                                By /s/ Warrington S. Parker III
                                   Warrington S. Parker III
                                   Attorneys for the MGA Parties