QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| MATTEL, INC., a Delaware corporation, | CASE NO. CV 04-9049 DOC (RNBx) |
|---|---|
| Plaintiff, | Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-2727 |
| vs. | **[PROPOSED ORDER] RE STIPULATION RE MGA PARTIES' MOTIONS TO VACATE RECALL PROVISIONS OF INJUNCTION, OR, IN THE ALTERNATIVE TO CLARIFY AND/OR MODIFY SUCH RECALL PROVISIONS; MOTION TO CLARIFY AND/OR LIMIT MONITOR'S AUTHORITY AS AN ADJUDICATIVE OFFICER OF THE COURT** |
| MGA ENTERTAINMENT, INC., a California corporation, et al. Defendant. | |
| AND CONSOLIDATED ACTIONS | |
| | **Phase 2:**<br>Disc. Cut-off:    June 1, 2010<br>Pre-trial Conf.:  TBD<br>Trial Date:       TBD |

07975/3161444.1

Case No. CV 04-9049 SGL (RNBx)
[PROPOSED] ORDER RE STIPULATION RE MGA PARTIES' CONSOLIDATED MOTIONS

[PROPOSED] ORDER

Based on the concurrently filed Stipulation Re MGA Parties' Motions To Vacate Recall Provisions Of Injunction, Or, In The Alternative To Clarify And/Or Modify Such Recall Provisions; Motion To Clarify And/Or Limit Monitor's Authority As An Adjudicative Officer Of The Court, and good cause appearing for the entry thereof,

IT IS HEREBY ORDERED:

1. The deadline for Mattel, Inc. to serve its consolidated Opposition to MGA Entertainment, Inc., MGA Entertainment HK Ltd., and Isaac Larian's Motions To Vacate Recall Provisions Of Injunction, Or, In The Alternative To Clarify And/Or Modify Such Recall Provisions; Motion To Clarify And/Or Limit Monitor's Authority As An Adjudicative Officer Of The Court ("MGA Parties' Consolidated Motions") will be noon on October 29, 2009.  Mattel shall file its consolidated Opposition the same day.

2. The deadline for the MGA Parties' consolidated reply will remain the same.

3. The MGA Parties' Consolidated Motions will be heard as noticed on November 9, 2009 at 8:30 a.m.

IT IS SO ORDERED.

DATED:                              , 2009   _____
David O. Carter
United States District Judge