1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
    John B. Quinn (Bar No. 090378)
2   johnquinn@quinnemanuel.com
    Michael T. Zeller (Bar No. 196417)
3   (michaelzeller@quinnemanuel.com)
    Jon D. Corey (Bar No. 185066)
4   (joncorey@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
6  Facsimile: (213) 443-3100

7  Attorneys for Mattel, Inc.

8              UNITED STATES DISTRICT COURT

9             CENTRAL DISTRICT OF CALIFORNIA

10                  SOUTHERN DIVISION

| | |
|---|---|
| 11  MATTEL, INC., a Delaware corporation, | CASE NO. CV 04-9049 DOC (RNBx) |
| 12  Plaintiff, | Consolidated with Case Nos. CV 04-09059 and CV 05-02727 |
| 13  vs. | **DISCOVERY MATTER** |
| 14  MGA ENTERTAINMENT, INC., a California corporation, et al., | [To Be Heard By Discovery Master Robert O'Brien] |
| 15  Defendant. | DECLARATION OF ROBERT J. DART IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA PARTIES' MOTION TO COMPEL FURTHER RESPONSES TO MGA'S REQUESTS FOR PRODUCTION OF DOCUMENTS |
| 17  AND CONSOLIDATED ACTIONS | Hearing Date: TBD<br>Time: TBD<br>Place: TBD |
| | **Phase 2**<br>Discovery Cut-off: June 1, 2010<br>Pre-trial Conference:<br>Trial Date: |
| | **PUBLIC REDACTED VERSION** |

I, Robert J. Dart, declare as follows:

1. I am a member of the bar of the State of California and an associate at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Order Granting in Part and Denying in Part Mattel's Motion for protective Order Regarding "Polly Pocket" Documents, dated April 19, 2007.

3. Attached hereto as Exhibit 2 is a true and correct copy of Discovery Matter Order No. 17, dated April 14, 2009.

4. Attached hereto as Exhibit 3 is a true and correct copy of the Order Denying Mattel's Motion for Protective Order Limiting the Temporal Scope of its Privilege Log, dated May 7, 2008.

5. Attached hereto as Exhibit 4 is a true and correct copy of the Court's Omnibus Order, dated July 9, 2009.

6. Attached hereto as Exhibit 5 is a true and correct copy of the Order Granting in Part and Denying in Part MGA's Motion to Compel dated May 22, 2007.

7. Attached hereto as Exhibit 6 is a true and correct copy of the MGA Parties' Reply In Support of Their Motion to Quash Receiver Subpoenas Issued by Mattel, dated February 13, 2009.

8. Attached hereto as Exhibit 7 is a true and correct copy of Discovery Matter Order No. 3, dated March 10, 2009.

9. Attached hereto as Exhibit 8 is a true and correct copy of MGA's Motion to Compel Mattel to Supplement its Responses and Produce Documents, dated July 3, 2007.

10. Attached hereto as Exhibit 9 is a true and correct copy of the Order Granting in Part and Denying in Part MGA's Motion to Compel, dated September 12, 2007.

11. Attached hereto as Exhibit 10 is a true and correct copy of the Order Re: Statute of Limitations Defense, dated May 27, 2008.

12. Attached hereto as Exhibit 11 is a true and correct copy of the Court's Final Pre-Trial Conference Order For Phase 1 Trial, dated June 7, 2008.

13. Attached hereto as Exhibit 12 is a true and correct copy of the Further And Final Order Re Statute Of Limitations Defense, dated June 2, 2008.

14. Attached hereto as Exhibit 13 is a true and correct copy of the Order Finding In Favor Of Mattel As To The MGA Parties' Affirmative Defenses, et al., dated December 3, 2008.

15. Attached hereto as Exhibit 14 is a true and correct copy of MGAE de Mexico S.R.L. de C.V.'s Objections and Responses to Mattel, Inc.'s First Set of Requests for Documents and Things, dated December 21, 2007.

16. Attached hereto as Exhibit 15 is a true and correct copy of the Order Denying Motion for Terminating Sanctions, dated August 27, 2007.

17. Attached hereto as Exhibit 16 is a true and correct copy of the Order Denying MGA's Motion to Compel dated April 24, 2008.

18. Attached hereto as Exhibit 17 is a true and correct copy of Phase 2 Discovery Master Order No. 1, dated February 12, 2009.

19. Attached hereto as Exhibit 18 is a true and correct copy of Mattel's Third Supplemental Responses to MGA's First Set of Requests for Production 04-9059, dated January 19, 2008.

20. Attached hereto as Exhibit 19 is a true and correct copy of the Court's Omnibus Order, dated February 4, 2008.

21. Attached hereto as Exhibit 20 is a true and correct copy of MGA Entertainment, Inc.'s Motion to Compel, dated April 13, 2007.

22. Attached hereto as Exhibit 21 is a true and correct copy of Order Granting in Part Mattel's Motion to Compel MGA to Produce Communications Regarding This Action, dated April 14, 2008.

23. Attached hereto as Exhibit 22 is a true and correct copy of Order Denying MGA's Motion to Compel Mattel to Produce Email and Other Electronic Documents; Denying Request for Sanctions, dated April 24, 2008.

24. Attached hereto as Exhibit 23 is a true and correct copy of the Discovery Master Stipulation and Order, dated December 6, 2006.

25. Attached hereto as Exhibit 24 is a true and correct copy of Discovery Master Order No. 59, dated September 9, 2009.

26. Attached hereto as Exhibit 25 is a true and correct copy of relevant excerpts from the court reporter's official transcript from the hearing in this matter dated May 11, 2007.

27. Attached hereto as Exhibit 26 is a true and correct copy of relevant excerpts from the court reporter's official transcript of the hearing in this matter dated August 27, 2009.

28. Attached hereto as Exhibit 27 is a true and correct copy of Mattel, Inc.'s Opposition to MGA's Motion to Overrule Mattel's Relevance Objection and Compel Discovery Relevant to Statute of Limitations and Laches Defenses, dated January 31, 2008.

29. Attached hereto as Exhibit 28 is a true and correct copy of the Discovery Master's Order Granting in Part and Denying in Part Mattel's Motion to Compel Production of Documents by MGA, dated August 14, 2007.

30. Attached hereto as Exhibit 29 is a true and correct copy of the Discovery Master's Order Granting in Part and Denying in Part Mattel's Motion to Compel Responses To Interrogatory Nos. 27-44 and 46-50 By The MGA Parties, dated February 15, 2008.

1    31.    Attached hereto as Exhibit 30 is a true and correct copy of the June 26, 2007 Letter from Michael Keats to Tim Alger.

32.    Attached hereto as Exhibit 31 is a true and correct copy of the Declaration of Lori Pantel, dated August 6, 2009.

33.    Attached hereto as Exhibit 32 is a true and correct copy of the Declaration of Phil Moore, dated August 6, 2009.

34.    Attached hereto as Exhibit 33 is a true and correct copy of the Declarations of Erin Bric and Sergio Hernandez, dated April 25, 2007.

35.    Attached hereto as Exhibit 34 is a true and correct copy of the Affidavit of Michael Moore in Support of Mattel, Inc.'s Opposition to MGA Entertainment, Inc.'s Motion for Terminating Sanctions Due to Spoliation of Evidence, dated September 10, 2007.

36.    Attached hereto as Exhibit 35 is a true and correct copy of relevant excerpts from the Deposition of Rodney Palmer, dated June 26, 2007.

37.    Attached hereto as Exhibit 36 is a true and correct copy of the Declaration of Peter Garza in Support of Mattel, Inc.'s Opposition to MGA's Motion to Compel Mattel to Produce E-Mail, dated January 31, 2008.

38.    Attached hereto as Exhibit 37 is a true and correct copy of the Declaration of Michael Moore in Support of Mattel, Inc.'s Opposition to MGA Entertainment, Inc.'s Motion for Terminating Sanctions, dated August 13, 2007.

39.    Attached hereto as Exhibit 38 is a true and correct copy of relevant excerpts from the court reporter's official transcript from the hearing in this matter dated August 27, 2007.

40.    Attached hereto as Exhibit 39 is a true and correct copy of relevant excerpts from the court reporter's official transcript from the Phase 1 trial, dated June 12, 2008.

1  41. Attached hereto as Exhibit 40 is a true and correct copy of MGA Mexico's Response to Mattel, Inc.'s Third Set of Requests for Documents and Things to MGAE De Mexico, S.R.L. de C.V., dated February 21, 2008.

42. Attached hereto as Exhibit 41 is a true and correct copy of the Phase 1B Jury Form As Given.

43. Attached hereto as Exhibit 42 is a true and correct copy of MGA's Seventh Set of Requests for the Production of Documents and Things in Case No. 05-2727, dated December 21, 2007.

44. Attached hereto as Exhibit 43 is a true and correct copy of the letter from David Hurwitz to Michael Zeller, dated March 29, 2007.

45. Attached hereto as Exhibit 44 is a true and correct copy of the Declaration of Michael T. Zeller In Support of Mattel's Opposition to MGA's Motion to Compel, dated July 17, 2007.

46. Attached hereto as Exhibit 45 is a true and correct copy of MGA's First Set of Document Requests (04-9059), dated November 22, 2006.

47. Attached hereto as Exhibit 46 is a true and correct copy of MGA's Response to Mattel, Inc.'s Amended Supplemental Interrogatory Regarding Defendants' Affirmative Defenses, dated August 31, 2008.

48. Attached hereto as Exhibit 47 is a true and correct copy of Discovery Matter Order No. 11, dated January 31, 2005.

49. Attached hereto as Exhibit 48 is a true and correct copy of MGA's First Set of Requests for the Production of Documents and Things, dated January 31, 2005.

50. Attached hereto as Exhibit 49 is a true and correct copy of Phase 2 Discovery Matter Order No. 56, dated September 3, 2009.

51. Attached hereto as Exhibit 50 is a true and correct copy of a letter from Timothy Alger to James Jenal, dated February 23, 2007.

52. Attached hereto as Exhibit 51 is a true and correct copy of Mattel's Objections and Responses to Defendant's First Set of Requests for Identification and Production of Documents and Tangible Things, dated July 16, 2004.

53. Attached hereto as Exhibit 52 is a true and correct copy of Mattel, Inc.'s Second Supplemental Objections and Responses to Interrogatory Nos. 20-23 and 28 in MGA Entertainment, Inc.'s Second Set of Interrogatories, dated September 29, 2009.

54. Attached hereto as Exhibit 53 is a true and correct copy of excerpts from the Trial Transcript, dated July 23, 2008.

55. Attached hereto as Exhibit 54 is a true and correct copy of the Order Granting Mattel's Motion to Compel Production of Documents, dated January 25, 2007.

56. Attached hereto as Exhibit 55 is a true and correct copy of the Order Granting in Part, Denying in Part, and Deferring in Part the Parties' Motions for Partial Summary Judgment, dated April 25, 2008.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 19th day of October 2009, at Los Angeles, California.

Robert J. Dart