# EXHIBIT 14

1  THOMAS J. NOLAN (Bar No. 66992)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
2  300 South Grand Avenue
   Los Angeles, California 90071-3144
3  Telephone: (213) 687-5000
   Facsimile: (213) 687-5600
4  E-mail:    tnolan@skadden.com

5  RAOUL D. KENNEDY (Bar No. 40892)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
6  Four Embarcadero Center, Suite 3800
   San Francisco, California 94111-5974
7  Telephone: (415) 984-6400
   Facsimile: (415) 984-2698
8  Email:     rkennedy@skadden.com

9  Attorneys for MGA
   ENTERTAINMENT, INC., ISAAC
10 LARIAN, MGA ENTERTAINMENT
   (HK) LIMITED, and MGAE de
11 MEXICO S.R.L. de C.V.

RECEIVED

DEC 2 1 2007

12              UNITED STATES DISTRICT COURT

13              CENTRAL DISTRICT OF CALIFORNIA

14                     EASTERN DIVISION

15  CARTER BRYANT, an individual      )  CASE NO. CV 04-9049 SGL (RNBx)
                                      )
16              Plaintiff,            )  Consolidated with Case No. 04-9059
                                      )  and Case No. 05-2727
17      v.                            )
                                      )  MGAE de MEXICO S.R.L
18  MATTEL, INC., a Delaware          )  de C.V.'S OBJECTIONS
    corporation                       )  AND RESPONSES TO
19                                    )  MATTEL INC.'S FIRST SET OF
                Defendant.            )  REQUESTS FOR DOCUMENTS
20                                    )  AND THINGS
                                      )
21  Consolidated with MATTEL, INC. v. )  Honorable Stephen G. Larson
    BRYANT and MGA                    )  Courtroom 1
22  ENTERTAINMENT, INC. v.            )
    MATTEL, INC.                      )
23                                    )
                                      )
24  _____)

25  PROPOUNDING PARTY:     MATTEL, INC.

26  RESPONDING PARTY:      MGAE de MEXICO, S.R.L. de C.V.

27  SET NUMBER:            ONE

28                                       EXHIBIT  14
                                         PAGE _____ 268

1      Pursuant to Rule 34 of the Federal Rules of Civil Procedure, MGAE de

2 Mexico, S.R.L. de C.V. ("MGA Mexico") hereby submits these responses and

3 objections (the "Response") to Mattel, Inc.'s ("Mattel's") First Set of Requests for

4 Production of Documents to MGA (the "Requests").

5 **GENERAL RESPONSE**

6      The General Response and General and Specific Objections set forth herein

7 apply to all documents that MGA Mexico may in the future produce in response to

8 the Requests. The Response is made without waiving, or intending to waive but, on

9 the contrary, expressly reserving: (a) the right to object, on the grounds of

10 competency, privilege, relevancy or materiality, or any other proper grounds, to the

11 use of the documents, for any purpose in whole or in part, in any subsequent step or

12 proceeding in this action or any other action; (b) the right to object on any and all

13 grounds, at any time, to other requests for production or other discovery procedures

14 involving or relating to the subject matter of the Requests; and (c) the right at any

15 time to revise, correct, add to, or clarify any of the responses propounded herein.

16      The Response reflects only the present state of MGA Mexico's discovery

17 regarding the documents sought by Mattel. Except as otherwise stated below, an

18 objection to a specific document request does not imply that documents responsive

19 to the request exist or have ever existed. In addition, an agreement to produce

20 documents responsive to any specific document request does not imply that

21 documents responsive to the request exist or have existed; rather, it is an agreement

22 to produce non-privileged documents responsive to that particular document request

23 as limited by or interpreted in any applicable General or Specific objections, if any

24 exist. Production of any document is not intended as, and, to the extent permitted by

25 law, shall not be deemed to be, a waiver of any objection set forth herein. Discovery

26 and other investigation or research concerning this litigation are continuing. MGA

27 Mexico, therefore, reserves the right to amend or supplement this Response at any

28 time in light of future investigation, research or analysis, and also expressly reserves

-1-

EXHIBIT _14_

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049/SOL (RNBx)
256415.05-Palo Alto Server 1A      MSW - Draft December 19, 2007 - 1:25 PM

269

1  the right to rely on, at any time, including trial, subsequently discovered information
2  or information omitted from this Response as a result of mistake, error, oversight or
3  inadvertence.  MGA Mexico does not hereby admit, adopt or acquiesce in any
4  factual or legal contention, assertion or characterization contained in the Requests or
5  any particular request therein, even where MGA Mexico has not otherwise objected
6  to a particular request, or has agreed to produce documents responsive to a particular
7  request.

8      MGA Mexico invites Mattel to meet and confer regarding these Reponses, the
9  scope of the Requests, and arriving at protocol for production of documents in this
10  litigation.

11                    **GENERAL OBJECTIONS**

12      MGA Mexico incorporates the following General Objections, as well as the
13  General Response, into its Specific Responses and Objections to each and every
14  request for documents contained in the Requests:

15      1.      MGA Mexico objects to the date and place of production on the
16  grounds that they impose an undue burden on MGA Mexico.  The time set for
17  compliance is unduly burdensome, especially in light of the number of document
18  requests, and the scope and volume of the material being sought.  To the extent
19  MGA Mexico later agrees to produce responsive documents, MGA Mexico intends
20  to proceed expeditiously to collect the documents for production, if any, and will
21  produce them at a date and time, and in such a manner, as may be mutually agreed
22  by counsel for the parties.

23      2.      MGA Mexico objects to the Requests to the extent that they seek
24  documents not relevant to the claims or defenses in this action and are not reasonably
25  calculated to lead to the discovery of admissible evidence.

26      3.      MGA Mexico objects to the Requests on the grounds that they are
27  overly broad and unduly burdensome.

28

EXHIBIT _14_

PAGE ___270___

-2-

1    4.    MGA Mexico objects to the Requests insofar as they seek
2  documents that are protected from disclosure under any applicable privilege, doctrine
3  or immunity, including without limitation the attorney-client privilege, the attorney
4  work product doctrine, the right of privacy, and all other privileges recognized under
5  the constitutional, statutory or decisional law of the United States of America, the
6  State of California or any other applicable jurisdiction, including, but not limited to,
7  such laws existing in the United Mexican States.  MGA Mexico shall not produce
8  such documents in response to Mattel's Request.  Any production of such protected
9  or privileged materials is inadvertent and shall not be construed as a waiver of those
10  privileges or protections.

11    5.    MGA Mexico objects to the Requests insofar as they seek
12  documents that by reason of public filing, public distribution or otherwise are already
13  in Mattel's possession or are readily accessible to Mattel from public sources or third
14  parties.

15    6.    MGA Mexico objects to the Requests insofar as they seek
16  production of documents (1) not within its possession, custody or control; (2) that
17  MGA Mexico cannot locate after a reasonably diligent search; or (3) that refer to
18  persons, entities, or events not known to MGA Mexico.  Such instructions,
19  definitions, or requests are objectionable where they subject MGA Mexico to
20  unreasonable and undue annoyance, oppression, burden, and expense; and/or seek to
21  impose upon MGA Mexico an obligation to produce documents from sources
22  equally accessible to Mattel.  To the extent MGA Mexico agrees to produce
23  documents in response to the Requests, MGA Mexico will make a reasonably
24  diligent search for responsive documents within its possession, custody or control
25  and located at MGA Mexico's offices.

26    7.    In responding to Mattel's Requests, MGA Mexico has not and
27  will not comply with any instructions or definitions that seek to impose requirements
28  in addition to those imposed by Federal law.

EXHIBIT ___14___

-3-    PAGE ___271___

1      8.    MGA Mexico objects to each and every request to the extent it
2  purports to require MGA Mexico to search all documents and things within its
3  possession, custody or control or within the possession, custody or control of any of
4  MGA Mexico's current or former employees, officers, directors, agents,
5  representatives, attorneys, parents, subsidiaries, divisions, affiliates, predecessors-in-
6  interest and successors-in-interest, and any other person acting on its behalf, pursuant
7  to its authority or subject to its control, on the grounds that such request is
8  unreasonable, overbroad, unduly burdensome and oppressive, violates the right to
9  privacy, and purports to require MGA Mexico to search for documents not within its
10  possession, custody or control.  To the extent MGA Mexico agrees to produce
11  documents in response to the Requests, MGA Mexico will make a reasonably
12  diligent search for responsive documents within its possession, custody or control.

13      9.    MGA Mexico objects to each and every request to the extent it
14  seeks "all documents" responsive to a certain category on the grounds that such
15  request is overbroad and unduly burdensome and oppressive.  MGA Mexico will not
16  respond to duplicative or cumulative requests and will not re-produce documents it
17  has already produced or produce documents that it has received from Mattel or
18  others in the course of discovery in this matter.

19      10.    MGA Mexico objects to the Requests insofar as they seek
20  production of confidential, proprietary, or trade-secret information, the disclosure of
21  which would be inimical to the business interests of MGA Mexico.

22      11.    MGA Mexico objects to each request to the extent it seeks
23  information relating to the activities or conduct of other entities or non-parties.

24      12.    MGA Mexico objects to each request to the extent it seeks
25  information relating to activities or conduct in foreign countries.

26      13.    MGA Mexico objects to the Definitions and Instructions to the
27  extent such Definitions and Instructions purport to enlarge, expand, or alter in any
28  way the plain meaning and scope of any specific term or specific request on the

EXHIBIT 14
PAGE 272

-4-

1 | ground that such enlargement, expansion, or alteration renders such a term or request
2 | vague, ambiguous, unintelligible, overbroad, unduly burdensome, and/or uncertain.

3 |        14.    MGA Mexico objects to the Instructions to the extent that they
4 | purport to deprive MGA Mexico of the right to redact information from any
5 | documents "for any reason."  MGA Mexico retains and reserves the right to redact
6 | documents on any appropriate grounds, including in particular for privilege.

7 |        15.    MGA Mexico specifically objects to the following definitions in
8 | the Requests:

9 |        (a)    MGA Mexico  objects to the terms "YOU," "YOUR" and
10 | "MGA" (Definitions ¶ A) as vague, ambiguous, overbroad, and unduly burdensome.
11 | The definition broadly includes, without limitation, "current or former directors,
12 | officers, employees, agents, contractors, attorneys, accountants, or representatives of
13 | MGAE de Mexico, S.R.L. de C.V. and any corporation, partnership, association,
14 | trust, parent, subsidiary, division, affiliate, predecessor-in- interest and successor-in-
15 | interest, and any other PERSON acting on its behalf." It is impossible for MGA
16 | Mexico to know whether a particular person comes within this definition unless that
17 | person or entity at some point in time held himself or herself out as being directly
18 | affiliated with MGA Mexico.  MGA Mexico additionally objects to these terms
19 | because they call for legal conclusions.  Thus, "YOU," "YOUR," and "MGA" will
20 | be interpreted to mean all persons or entities who hold themselves out to MGA
21 | Mexico as officers, employees, agents, subsidiaries or divisions of MGA Mexico.

22 |        (b)    MGA Mexico objects to the defined term "MATTEL"
23 | (Definitions ¶ B) on the grounds that the term, as defined, is overbroad, vague and
24 | ambiguous, and calls for legal conclusions.

25 |        (c)    MGA Mexico objects to the definition of the term
26 | "BRATZ" (Definitions ¶ C) as vague, ambiguous, overly broad and unduly
27 | burdensome, and designed to mislead and confuse the trier of fact.  The definition
28 | includes "any project, product, doll or DESIGN ever known by [the Bratz] name/

EXHIBIT  74
PAGE  273

-5-

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A                                    MSW - Draft December 19, 2007 - 1:25 PM

1  (whether in whole or in part and regardless of what such project, product or doll is or
2  has been also, previously or subsequently called) and any product, doll or DESIGN
3  or any portion thereof that is now or has ever been known as, or sold or marketed
4  under, the name or term 'Bratz' (whether in whole or in part and regardless of what
5  such product, doll or DESIGN or portion thereof is or has been also, previously or
6  subsequently called) or that is now or has ever been marketed as part of the 'Bratz'
7  line, and each version or iteration of such product, doll or DESIGN or any portion
8  thereof," and it goes on.  By incorporating the definition of "DESIGN," the overly
9  broad definition of "BRATZ" includes two-dimensional and three-dimensional
10  representations, including "works, designs, artwork, sketches, drawings, illustrations,
11  representations, depictions, blueprints, schematics, diagrams, images, sculptures,
12  prototypes, models, samples, rotocasts, reductions to practice, developments,
13  inventions and/or improvements . . . ."  (Definitions ¶ D.)  These convoluted and
14  multi-part definitions combine to render the document requests that refer to the term
15  vague, ambiguous and overly broad, and to include within the term "BRATZ" things
16  that do not fairly represent the Bratz line of dolls, accessories and related products
17  that are the subject of this case.

18  For the same reasons, MGA Mexico objects to the definitions of the phrases
19  "BRATZ DOLL," "BRATZ PRODUCT," "BRATZ LICENSE," "BRATZ MOVIE"
20  and "BRATZ TELEVISION SHOW" (Definitions ¶¶ E-I), all of which incorporate
21  the defined term "BRATZ."

22  Accordingly, in responding to the Requests, MGA Mexico will interpret the
23  term "BRATZ" to mean the line of dolls introduced to the market for sale in May or
24  June of 2001 and subsequent dolls, accessories and other products known as Bratz or
25  associated by MGA Mexico with the Bratz line of dolls.

26  (d)  MGA Mexico objects to the terms "MACHADO,"
27  "TRUEBA" and "VARGAS" (Definitions ¶¶ L-N) on the grounds that they are
28  overbroad, vague and ambiguous and call for legal conclusions.  The definition of

-6-

EXHIBIT _14_

274

1 | these terms include "all of [his/her] current and former employees, agents,

2 | representatives, attorneys, accountants, vendors, consultants, independent contractors,

3 | predecessors-in-interest and successors-in-interest, and any other PERSON acting on

4 | his or her behalf, pursuant to his authority or subject to his control." MGA Mexico

5 | will interpret the terms "MACHADO," "TRUEBA" and "VARGAS" to mean

6 | respectively, the individuals Carlos Gustavo Machado Gomez, Mariana Trueba

7 | Almada, and Pablo Vargas San Jose.

8 |        (e)    MGA Mexico objects to the definition of the phrase

9 | "FORMER MATTEL EMPLOYEE" (Definitions ¶ O) as overbroad, and vague and

10 | ambiguous in its use of the terms "join," "YOU," "MACHADO," "TRUEBA" and

11 | "VARGAS." MGA Mexico will interpret the term "join" to mean "work as a full

12 | time, salaried employee for." MGA further objects to the definition of the phrase

13 | "FORMER MATTEL EMPLOYEE" because of its reliance on the phrase

14 | "MATTEL employee" which call for a legal conclusion.

15 |        (f)    MGA Mexico objects to the term "MATTEL

16 | DOCUMENTS" (Definitions ¶ P) on the grounds that it is overbroad, unduly

17 | burdensome, vague and ambiguous and designed to mislead and confuse the trier of

18 | fact. The definition includes "all DOCUMENTS authored by MATTEL or taken

19 | from MATTEL and in the possession of MGA or any FORMER MATTEL

20 | EMPLOYEE . . ." and lists a string of documents by Bates Numbers. By including

21 | "DOCUMENTS taken from MATTEL" without specifying authorship, the definition

22 | includes within the term "MATTEL DOCUMENTS" documents in which Mattel has

23 | no proprietary interest. By example, news magazines or other publicly available

24 | information taken from out of Mattel offices would thus be included in the definition.

25 | In responding to these requests, MGA Mexico will interpret the term "MATTEL

26 | DOCUMENTS" to mean the specific documents Mattel has identified by Bates

27 | Numbers, while specifically denying that MGA Mexico has improperly "taken," or is

28 | in improper possession of, any of those documents.

EXHIBIT _14_
PAGE 275

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A           MSW - Draft December 19, 2007 - 1:25 PM

1          (g)    MGA Mexico also objects to the phrase "REFER OR

2  RELATE TO" (Definitions ¶ U) on the grounds and to the extent it is overbroad,

3  unduly burdensome, and/or is vague and ambiguous in the context of the Requests as

4  written and as those requests would be plainly understood absent Mattel's vague and

5  confusing definitions.

6          (h)    MGA Mexico also objects to the term "SYSTEM" or

7  "SYSTEMS" (Definitions ¶ J) on the grounds and to the extent it is overbroad,

8  unduly burdensome, and/or is vague and ambiguous in the context of the Requests as

9  written.  Mattel purports to define these terms confusingly as "any computer or

10  network of computers or other network devices that allow two or more computers to

11  share information and equipment, including but not limited to local area networks,

12  wide area networks, storage area networks, client-server networks or peer-to-peer

13  networks," including the "brand, model number, technical specifications, and

14  capacities of the computers who are part of each such SYSTEM."  MGA Mexico

15  interprets "SYSTEM" as local area networks, wide area networks, storage area

16  networks, client-server networks or peer-to-peer networks, including such

17  SYSTEM's brand and model number.

18         16.    MGA Mexico objects to the Requests to the extent they seek the

19  production of documents in their native format where the burden of such production

20  outweighs the likelihood of discovering information that is relevant to the subject

21  matter of the claims or defenses in this action or calculated to lead to the discovery

22  of admissible evidence.

23         17.    MGA Mexico objects to the Requests on the grounds that they are

24  harassing, oppressive and unduly burdensome.  Mattel has already propounded over

25  700 requests for documents and things to MGA Mexico, MGA Entertainment (HK)

26  Limited and Isaac Larian ("the MGA Parties"), in response to which the MGA

27  Parties have already produced approximately 3.4 million pages of responsive

28

EXHIBIT _14_

PAGE  276

-8-

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A                    MSW - Draft December 19, 2007 - 1:25 PM

1 | documents. MGA Mexico is, however, willing to meet and confer regarding the
2 | Requests herein, in light of the responses and objections provided herein.

3 | **SPECIFIC RESPONSES AND OBJECTIONS**

4 | Without waiving or departing from its General Response and General
5 | Objections and specifically incorporating its General Response and General
6 | Objections into each of the Specific Responses and Objections below, MGA Mexico
7 | makes the following specific responses and objections to the Requests:

8 | REQUEST FOR PRODUCTION NO. 1:

9 | A sample of each BRATZ PRODUCT including, without limitation, each
10 | BRATZ DOLL, sold by YOU or YOUR licensees.

11 | RESPONSE TO REQUEST FOR PRODUCTION NO. 1:

12 | MGA Mexico incorporates by reference its General Response and General
13 | Objections above, as though fully set forth herein and specifically incorporates
14 | General Objection No. 15 (regarding Definitions), including without limitation MGA
15 | Mexico's objection to the definition of the terms BRATZ, BRATZ PRODUCT, and
16 | BRATZ DOLL. MGA Mexico further objects to the request to the extent it seeks the
17 | production of documents that are protected from disclosure under any applicable
18 | privilege, doctrine or immunity, including without limitation the attorney-client
19 | privilege, the work product doctrine, the right of privacy, and all other privileges
20 | recognized under the constitutional, statutory or decisional law of the United States
21 | of America, the State of California or any other applicable jurisdiction, including, but
22 | not limited to, such laws existing in the United Mexican States. MGA Mexico
23 | further objects to this request on the grounds that it is overly broad and unduly
24 | burdensome in that it seeks documents not relevant to the claims or defenses in this
25 | action and not reasonably calculated to lead to the discovery of admissible evidence.
26 | Mattel has not demonstrated how samples of *each and every* BRATZ PRODUCT
27 | sold by YOU and YOUR licensees could be relevant to the claims and defenses in
28 | this action. The request is not limited to the subject matter of this action and is thus

EXHIBIT *14*

PAGE *277*

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A                    MSW - Draft December 19, 2007 - 1:25 PM

1   impermissibly overbroad. See Magistrate Judge Infante's August 13, 2007 Order
2   ("Aug. 13 Order") at 9:17-20; see also Magistrate Judge Infante's May 22, 2007
3   Order ("May 22 Order") at 21:5-7 (requests that require production of documents
4   "merely mention[ing] MGA and Bratz but that otherwise have no relevance to the
5   claims and defenses in the suit" are impermissibly overbroad). MGA Mexico further
6   objects to this request as being overly broad and unduly burdensome on the grounds
7   that it is not limited in time or geographic scope. MGA Mexico further objects to
8   this request on the grounds that the terms BRATZ, BRATZ PRODUCT, and BRATZ
9   DOLL render the request vague, ambiguous, overly broad and unduly burdensome.
10  MGA Mexico further objects to the term "sample" as vague and ambiguous. MGA
11  Mexico further objects to the request to the extent that it seeks items that by reason
12  of public distribution or otherwise are already in Mattel's possession or are readily
13  accessible to Mattel. MGA Mexico further objects to the request to the extent that it
14  seeks items not in MGA Mexico's possession, custody or control. MGA Mexico
15  further objects to the request to the extent it seeks confidential, proprietary or
16  commercially sensitive information, the disclosure of which would be inimical to the
17  business interests of MGA Mexico.

18      MGA Mexico further objects to this request as cumulative, duplicative, and
19  unduly burdensome to the extent that it seeks items previously requested by Mattel
20  and/or produced in response to Mattel's document requests.

21  REQUEST FOR PRODUCTION NO. 2:

22      All DOCUMENTS or tangible things that any of the FORMER MATTEL
23  EMPLOYEES removed, sent or transferred from MATTEL or removed, deleted,
24  copied, reproduced or transferred from any MATTEL computer or electronic storage
25  device.

26  RESPONSE TO REQUEST FOR PRODUCTION NO. 2:

27      MGA Mexico incorporates by reference its General Response and General
28  Objections above, as though fully set forth herein and specifically incorporates

-10-

EXHIBIT 14
278

1  General Objection No. 15 (regarding Definitions), including without limitation MGA
2  Mexico's objection to the definition of the terms FORMER MATTEL EMPLOYEES
3  and MATTEL. MGA Mexico further objects to the request to the extent it seeks the
4  production of documents that are protected from disclosure under any applicable
5  privilege, doctrine or immunity, including without limitation the attorney-client
6  privilege, the work product doctrine, the right of privacy, and all other privileges
7  recognized under the constitutional, statutory or decisional law of the United States
8  of America, the State of California or any other applicable jurisdiction, including, but
9  not limited to, such laws existing in the United Mexican States. MGA Mexico
10 further objects to this request on the grounds that it is overly broad and unduly
11 burdensome in that it seeks documents not relevant to the claims or defenses in this
12 action and not reasonably calculated to lead to the discovery of admissible evidence.
13 Mattel has not demonstrated how *all* DOCUMENTS or tangible things that any of
14 the FORMER MATTEL EMPLOYEES removed, sent or transferred from MATTEL
15 or removed, deleted, copied, reproduced or transferred from any MATTEL computer
16 or electronic storage device, could be relevant to the claims and defenses in this
17 action. The request is not limited to the subject matter of this action and is thus
18 impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.
19 MGA Mexico further objects to this request as being overly broad and unduly
20 burdensome on the grounds that it is not limited in time or geographic scope. MGA
21 Mexico further objects to this request on the grounds that the terms FORMER
22 MATTEL EMPLOYEES and MATTEL render the request vague, ambiguous, overly
23 broad and unduly burdensome. MGA Mexico further objects to the terms
24 "removed," "transferred" and "reproduced" as vague and ambiguous in the context of
25 this request. MGA Mexico further objects to the request to the extent that it seeks
26 documents that by reason of public filing, public distribution or otherwise are already
27 in Mattel's possession or are readily accessible to Mattel. MGA Mexico further
28

EXHIBIT 14
PAGE 279

-11-

1 | objects to the request to the extent that it seeks documents not in MGA Mexico's
2 | possession, custody or control.

3 | MGA Mexico further objects to this request as cumulative, duplicative, and
4 | unduly burdensome to the extent that it seeks documents previously requested by
5 | Mattel and/or produced in response to Mattel's document requests.

6 | REQUEST FOR PRODUCTION NO. 3:

7 | All DOCUMENTS which YOU contend were prepared by any FORMER
8 | MATTEL EMPLOYEE for the benefit of YOU at any time prior to April 20, 2004.

9 | RESPONSE TO REQUEST FOR PRODUCTION NO. 3:

10 | MGA Mexico incorporates by reference its General Response and General
11 | Objections above, as though fully set forth herein and specifically incorporates
12 | General Objection No. 15 (regarding Definitions), including without limitation MGA
13 | Mexico's objection to the definition of the term FORMER MATTEL EMPLOYEE.
14 | MGA Mexico further objects to the request to the extent it seeks the production of
15 | documents that are protected from disclosure under any applicable privilege, doctrine
16 | or immunity, including without limitation the attorney-client privilege, the work
17 | product doctrine, the right of privacy, and all other privileges recognized under the
18 | constitutional, statutory or decisional law of the United States of America, the State
19 | of California or any other applicable jurisdiction, including, but not limited to, such
20 | laws existing in the United Mexican States. MGA Mexico further objects to this
21 | request on the grounds that it is overly broad and unduly burdensome in that it seeks
22 | documents not relevant to the claims or defenses in this action and not reasonably
23 | calculated to lead to the discovery of admissible evidence. Mattel has not
24 | demonstrated how *all* DOCUMENTS prepared by any FORMER MATTEL
25 | EMPLOYEE for the benefit of MGA Mexico at any time prior to April 20, 2004
26 | could be relevant to the claims and defenses in this action. The request is not limited
27 | to the subject matter of this action and is thus impermissibly overbroad. See Aug. 13
28 | Order at 9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this

EXHIBIT __/4__

-12-

PAGE __230__

1  request as being overly broad and unduly burdensome on the grounds that it is not
2  sufficiently limited in geographic scope.  MGA Mexico further objects to this request
3  on the grounds that the term FORMER MATTEL EMPLOYEE renders the request
4  vague, ambiguous, overly broad and unduly burdensome.  MGA Mexico further
5  objects to the phrases "prepared by" and "for the benefit of" as vague and ambiguous.
6  MGA Mexico further objects to the request to the extent that it seeks documents that
7  by reason of public filing, public distribution or otherwise are already in Mattel's
8  possession or are readily accessible to Mattel.  MGA Mexico further objects to the
9  request to the extent that it seeks documents not in MGA Mexico's possession,
10  custody or control.  MGA Mexico further objects to the request to the extent it seeks
11  confidential, proprietary or commercially sensitive information, the disclosure of
12  which would be inimical to the business interests of MGA Mexico.  MGA Mexico
13  further objects to the request to the extent it violates the privacy rights of third parties
14  to their private, confidential, proprietary or trade secret information.

15      MGA Mexico further objects to this request as cumulative, duplicative, and
16  unduly burdensome to the extent that it seeks documents previously requested by
17  Mattel and/or produced in response to Mattel's document requests.

18  REQUEST FOR PRODUCTION NO. 4:

19      All DOCUMENTS authored by a MATTEL employee or for MATTEL'S
20  benefit.

21  RESPONSE TO REQUEST FOR PRODUCTION NO. 4:

22      MGA Mexico incorporates by reference its General Response and General
23  Objections above, as though fully set forth herein and specifically incorporates
24  General Objection No. 15 (regarding Definitions), including without limitation MGA
25  Mexico's objection to the definition of the term MATTEL.  MGA Mexico further
26  objects to the request to the extent it seeks the production of documents that are
27  protected from disclosure under any applicable privilege, doctrine or immunity,
28  including without limitation the attorney-client privilege, the work product doctrine,

EXHIBIT 14

-13-

PAGE 281

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A                 MSW - Draft December 19, 2007 - 1:25 PM

1  the right of privacy, and all other privileges recognized under the constitutional,

2  statutory or decisional law of the United States of America, the State of California or

3  any other applicable jurisdiction, including, but not limited to, such laws existing in

4  the United Mexican States. MGA Mexico further objects to this request on the

5  grounds that it is overly broad and unduly burdensome in that it seeks documents not

6  relevant to the claims or defenses in this action and not reasonably calculated to lead

7  to the discovery of admissible evidence. Mattel has not demonstrated how *all*

8  DOCUMENTS authored by a MATTEL employee or for MATTEL'S benefit could

9  be relevant to the claims and defenses in this action. The request is not limited to the

10  subject matter of this action and is thus impermissibly overbroad. See Aug. 13 Order

11  at 9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this request as

12  being overly broad and unduly burdensome on the grounds that it is not limited in

13  time or geographic scope. MGA Mexico further objects to this request on the

14  grounds that the term MATTEL renders the request vague, ambiguous, overly broad

15  and unduly burdensome. MGA Mexico further objects to the phrases "authored by"

16  and "for MATTEL'S benefit" as vague and ambiguous, and to the term "employee"

17  as calling for a legal conclusion. MGA Mexico further objects to the request to the

18  extent that it seeks documents that by reason of public filing, public distribution or

19  otherwise are already in Mattel's possession or are readily accessible to Mattel.

20  MGA Mexico further objects to the request to the extent that it seeks documents not

21  in MGA Mexico's possession, custody or control.

22     MGA Mexico further objects to this request as cumulative, duplicative, and

23  unduly burdensome to the extent that it seeks documents previously requested by

24  Mattel and/or produced in response to Mattel's document requests.

25  REQUEST FOR PRODUCTION NO. 5:

26     ALL DOCUMENTS that REFER or RELATE to ANY MATTEL product,

27  plan or business information.

28

EXHIBIT 14

PAGE 282

-14-

1  RESPONSE TO REQUEST FOR PRODUCTION NO. 5:

2       MGA Mexico incorporates by reference its General Response and General

3  Objections above, as though fully set forth herein and specifically incorporates

4  General Objection No. 15 (regarding Definitions), including without limitation MGA

5  Mexico's objection to the definition of the terms REFER OR RELATE TO and

6  MATTEL. MGA Mexico further objects to the request to the extent it seeks the

7  production of documents that are protected from disclosure under any applicable

8  privilege, doctrine or immunity, including without limitation the attorney-client

9  privilege, the work product doctrine, the right of privacy, and all other privileges

10 recognized under the constitutional, statutory or decisional law of the United States

11 of America, the State of California or any other applicable jurisdiction, including, but

12 not limited to, such laws existing in the United Mexican States. MGA Mexico

13 further objects to this request on the grounds that it is overly broad and unduly

14 burdensome in that it seeks documents not relevant to the claims or defenses in this

15 action and not reasonably calculated to lead to the discovery of admissible evidence.

16 Mattel has not demonstrated how *all* DOCUMENTS that REFER or RELATE to

17 ANY MATTEL product, plan or business information could be relevant to the claims

18 and defenses in this action. The request is not limited to the subject matter of this

19 action and is thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22

20 Order at 21:5-7. MGA Mexico further objects to this request as being overly broad

21 and unduly burdensome on the grounds that it is not limited in time or geographic

22 scope. MGA Mexico further objects to this request on the grounds that the terms

23 REFER OR RELATE TO and MATTEL render the request vague, ambiguous,

24 overly broad and unduly burdensome. MGA Mexico further objects to the phrase

25 "plan or business information" as vague and ambiguous. MGA Mexico further

26 objects to the request to the extent that it seeks documents that by reason of public

27 filing, public distribution or otherwise are already in Mattel's possession or are

28 readily accessible to Mattel. MGA Mexico further objects to the request to the

-15-

EXHIBIT __14__

283

1 extent that it seeks documents not in MGA Mexico's possession, custody or control.

2 MGA Mexico further objects to the request to the extent it seeks confidential,

3 proprietary or commercially sensitive information, the disclosure of which would be

4 inimical to the business interests of MGA Mexico. MGA Mexico further objects to

5 the request to the extent it violates the privacy rights of third parties to their private,

6 confidential, proprietary or trade secret information.

7 MGA Mexico further objects to this request as cumulative, duplicative, and

8 unduly burdensome to the extent that it seeks documents previously requested by

9 Mattel and/or produced in response to Mattel's document requests.

10 REQUEST FOR PRODUCTION NO. 6:

11 Copies of all DOCUMENTS that were seized by Mexican authorities from

12 YOUR office or any facility of YOURS.

13 RESPONSE TO REQUEST FOR PRODUCTION NO. 6:

14 MGA Mexico incorporates by reference its General Response and General

15 Objections above, as though fully set forth herein. MGA Mexico further objects to

16 the request to the extent it seeks the production of documents that are protected from

17 disclosure under any applicable privilege, doctrine or immunity, including without

18 limitation the attorney-client privilege, the work product doctrine, the right of

19 privacy, and all other privileges recognized under the constitutional, statutory or

20 decisional law of the United States of America, the State of California or any other

21 applicable jurisdiction, including, but not limited to, such laws existing in the United

22 Mexican States. MGA Mexico further objects to this request on the grounds that it is

23 overly broad and unduly burdensome in that it seeks documents not relevant to the

24 claims or defenses in this action and not reasonably calculated to lead to the

25 discovery of admissible evidence. Mattel has not demonstrated how *all* purported

26 DOCUMENTS that were seized by Mexican authorities from YOUR office or

27 facilities could be relevant to the claims and defenses in this action. The request is

28 not limited to the subject matter of this action and is thus impermissibly overbroad.

EXHIBIT /4
-16-
PAGE 284

1  See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.  MGA Mexico further
2  objects to this request as being overly broad and unduly burdensome on the grounds
3  that it is not limited in time or geographic scope. MGA Mexico further objects to the
4  phrases "seized by," "Mexican authorities" and "YOUR office or any facility of
5  YOURS" as vague and ambiguous.  MGA Mexico further objects to the request to
6  the extent that it seeks documents that by reason of public filing, public distribution
7  or otherwise are already in Mattel's possession or are readily accessible to Mattel.
8  MGA Mexico further objects to the request to the extent that it seeks documents not
9  in MGA Mexico's possession, custody or control.  MGA Mexico further objects to
10  the request to the extent it seeks confidential, proprietary or commercially sensitive
11  information, the disclosure of which would be inimical to the business interests of
12  MGA Mexico. MGA Mexico further objects to the request to the extent it violates
13  the privacy rights of third parties to their private, confidential, proprietary or trade
14  secret information.

15      MGA Mexico further objects to this request as cumulative, duplicative, and
16  unduly burdensome to the extent that it seeks documents previously requested by
17  Mattel and/or produced in response to Mattel's document requests.

18  REQUEST FOR PRODUCTION NO. 7:

19      All DOCUMENTS that REFER OR RELATE TO the DOCUMENTS, data
20  and/or information that were seized by Mexican authorities from YOUR office or
21  any facility of YOURS.

22  RESPONSE TO REQUEST FOR PRODUCTION NO. 7:

23      MGA Mexico incorporates by reference its General Response and General
24  Objections above, as though fully set forth herein and specifically incorporates
25  General Objection No. 15 (regarding Definitions), including without limitation MGA
26  Mexico's objection to the definition of the term REFER OR RELATE TO.  MGA
27  Mexico further objects to the request to the extent it seeks the production of
28  documents that are protected from disclosure under any applicable privilege, doctrine

EXHIBIT  14
-17-
PAGE  285

1  or immunity, including without limitation the attorney-client privilege, the work
2  product doctrine, the right of privacy, and all other privileges recognized under the
3  constitutional, statutory or decisional law of the United States of America, the State
4  of California or any other applicable jurisdiction, including, but not limited to, such
5  laws existing in the United Mexican States. MGA Mexico further objects to this
6  request on the grounds that it is overly broad and unduly burdensome in that it seeks
7  documents not relevant to the claims or defenses in this action and not reasonably
8  calculated to lead to the discovery of admissible evidence. Mattel has not
9  demonstrated how *all* DOCUMENTS that REFER OR RELATE TO the
10 DOCUMENTS, data and/or information that were seized by Mexican authorities
11 from YOUR offices or facilities could be relevant to the claims and defenses in this
12 action. The request is not limited to the subject matter of this action and is thus
13 impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.
14 MGA Mexico further objects to this request as being overly broad and unduly
15 burdensome on the grounds that it is not limited in time or geographic scope. MGA
16 Mexico further objects to this request on the grounds that the term REFER OR
17 RELATE TO renders the request vague, ambiguous, overly broad and unduly
18 burdensome. MGA Mexico further objects to the phrases "data and/or information,"
19 "seized by," "Mexican authorities" and "YOUR office or any facility of YOURS" as
20 vague and ambiguous. MGA Mexico further objects to the request to the extent that
21 it seeks documents that by reason of public filing, public distribution or otherwise
22 are already in Mattel's possession or are readily accessible to Mattel. MGA Mexico
23 further objects to the request to the extent that it seeks documents not in MGA
24 Mexico's possession, custody or control. MGA Mexico further objects to the request
25 to the extent it seeks confidential, proprietary or commercially sensitive information,
26 the disclosure of which would be inimical to the business interests of MGA Mexico.
27 MGA Mexico further objects to the request to the extent it violates the privacy rights
28 of third parties to their private, confidential, proprietary or trade secret information.

-18-                    EXHIBIT ___ /4

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A                    MSW - Draft December 19, 2007 - 1:25 PM

259

1  MGA Mexico further objects to this request as cumulative, duplicative, and
2  unduly burdensome to the extent that it seeks documents previously requested by
3  Mattel and/or produced in response to Mattel's document requests.

4  REQUEST FOR PRODUCTION NO. 8:

5  All DOCUMENTS, including all COMMUNICATIONS, that REFER OR
6  RELATE TO the search of YOUR office or any facility of YOURS that was
7  conducted by Mexican authorities.

8  RESPONSE TO REQUEST FOR PRODUCTION NO. 8:

9  MGA Mexico incorporates by reference its General Response and General
10 Objections above, as though fully set forth herein and specifically incorporates
11 General Objection No. 15 (regarding Definitions), including without limitation MGA
12 Mexico's objection to the definition of the term REFER OR RELATE TO. MGA
13 Mexico further objects to the request to the extent it seeks the production of
14 documents that are protected from disclosure under any applicable privilege, doctrine
15 or immunity, including without limitation the attorney-client privilege, the work
16 product doctrine, the right of privacy, and all other privileges recognized under the
17 constitutional, statutory or decisional law of the United States of America, the State
18 of California or any other applicable jurisdiction, including, but not limited to, such
19 laws existing in the United Mexican States. MGA Mexico further objects to this
20 request on the grounds that it is overly broad and unduly burdensome in that it seeks
21 documents not relevant to the claims or defenses in this action and not reasonably
22 calculated to lead to the discovery of admissible evidence. Mattel has not
23 demonstrated how *all* DOCUMENTS that REFER OR RELATE TO the search of
24 YOUR offices or facilities that was conducted by Mexican authorities, could be
25 relevant to the claims and defenses in this action. The request is not limited to the
26 subject matter of this action and is thus impermissibly overbroad. See Aug. 13 Order
27 at 9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this request as
28 being overly broad and unduly burdensome on the grounds that it is not limited in

EXHIBIT
PAGE

-19-

1 time or geographic scope. MGA Mexico further objects to this request on the

2 grounds that the term REFER OR RELATE TO renders the request vague,

3 ambiguous, overly broad and unduly burdensome. MGA Mexico further objects to

4 the phrases "YOUR office or any facility of YOURS" and "Mexican authorities" as

5 vague and ambiguous. MGA Mexico further objects to the request to the extent that

6 it seeks documents that by reason of public filing, public distribution or otherwise

7 are already in Mattel's possession or are readily accessible to Mattel. MGA Mexico

8 further objects to the request to the extent that it seeks documents not in MGA

9 Mexico's possession, custody or control. MGA Mexico further objects to the request

10 to the extent it seeks confidential, proprietary or commercially sensitive information,

11 the disclosure of which would be inimical to the business interests of MGA Mexico.

12 MGA Mexico further objects to the request to the extent it violates the privacy rights

13 of third parties to their private, confidential, proprietary or trade secret information.

14 MGA Mexico further objects to this request as cumulative, duplicative, and

15 unduly burdensome to the extent that it seeks documents previously requested by

16 Mattel and/or produced in response to Mattel's document requests.

17 REQUEST FOR PRODUCTION NO. 9:

18 All DOCUMENTS that REFER OR RELATE TO the email account

19 <plot04@aol.com>, including but not limited to all emails and attachments sent from,

20 sent to, received by, transmitted by way of or through and/or stored in such account

21 in any manner.

22 RESPONSE TO REQUEST FOR PRODUCTION NO. 9:

23 MGA Mexico incorporates by reference its General Response and General

24 Objections above, as though fully set forth herein and specifically incorporates

25 General Objection No. 15 (regarding Definitions), including without limitation MGA

26 Mexico's objection to the definition of the term REFER OR RELATE TO. MGA

27 Mexico further objects to the request to the extent it seeks the production of

28 documents that are protected from disclosure under any applicable privilege, doctrine

EXHIBIT
14

-20-

1   or immunity, including without limitation the attorney-client privilege, the work
2   product doctrine, the right of privacy, and all other privileges recognized under the
3   constitutional, statutory or decisional law of the United States of America, the State
4   of California or any other applicable jurisdiction, including, but not limited to, such
5   laws existing in the United Mexican States. MGA Mexico further objects to this
6   request on the grounds that it is overly broad and unduly burdensome in that it seeks
7   documents not relevant to the claims or defenses in this action and not reasonably
8   calculated to lead to the discovery of admissible evidence. Mattel has not
9   demonstrated how *all* DOCUMENTS that REFER OR RELATE TO the email
10  account plot04@aol.com could be relevant to the claims and defenses in this action.
11  The request is not limited to the subject matter of this action and is thus
12  impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.
13  MGA Mexico further objects to this request as being overly broad and unduly
14  burdensome on the grounds that it is not limited in time or geographic scope. MGA
15  Mexico further objects to this request on the grounds that the term REFER OR
16  RELATE TO renders the request vague, ambiguous, overly broad and unduly
17  burdensome. MGA Mexico further objects to the phrases "transmitted by way of or
18  through," and "stored in" as vague and ambiguous. MGA Mexico further objects to
19  the request to the extent that it seeks documents that by reason of public filing,
20  public distribution or otherwise are already in Mattel's possession or are readily
21  accessible to Mattel. MGA Mexico further objects to the request to the extent that it
22  seeks documents not in MGA Mexico's possession, custody or control. MGA
23  Mexico further objects to the request to the extent it violates the privacy rights of
24  third parties to their private, confidential, proprietary or trade secret information.

25      MGA Mexico further objects to this request as cumulative, duplicative, and
26  unduly burdensome to the extent that it seeks documents previously requested by
27  Mattel and/or produced in response to Mattel's document requests.

28

EXHIBIT 14
PAGE 289

-21-

1  REQUEST FOR PRODUCTION NO. 10:

2  　　All DOCUMENTS that REFER OR RELATE TO when the email account

3  <plot04@aol.com> was first registered, set up or established.

4  RESPONSE TO REQUEST FOR PRODUCTION NO. 10:

5  　　MGA Mexico incorporates by reference its General Response and General

6  Objections above, as though fully set forth herein and specifically incorporates

7  General Objection No. 15 (regarding Definitions), including without limitation MGA

8  Mexico's objection to the definition of the term REFER OR RELATE TO.  MGA

9  Mexico further objects to the request to the extent it seeks the production of

10  documents that are protected from disclosure under any applicable privilege, doctrine

11  or immunity, including without limitation the attorney-client privilege, the work

12  product doctrine, the right of privacy, and all other privileges recognized under the

13  constitutional, statutory or decisional law of the United States of America, the State

14  of California or any other applicable jurisdiction, including, but not limited to, such

15  laws existing in the United Mexican States.  MGA Mexico further objects to this

16  request on the grounds that it is overly broad and unduly burdensome in that it seeks

17  documents not relevant to the claims or defenses in this action and not reasonably

18  calculated to lead to the discovery of admissible evidence.  Mattel has not

19  demonstrated how *all* DOCUMENTS that REFER OR RELATE TO when the email

20  account <plot04@aol.com> was first registered, set up or established could be

21  relevant to the claims and defenses in this action.  The request is not limited to the

22  subject matter of this action and is thus impermissibly overbroad.  See Aug. 13 Order

23  at 9:17-20; May 22 Order at 21:5-7.  MGA Mexico further objects to this request as

24  being overly broad and unduly burdensome on the grounds that it is not limited in

25  time or geographic scope.  MGA Mexico further objects to this request on the

26  grounds that the term "REFER OR RELATE TO" renders the request vague,

27  ambiguous, overly broad and unduly burdensome.  MGA Mexico further objects to

28  the term "established" as vague and ambiguous.  MGA Mexico further objects to the

EXHIBIT __14__

PAGE __290__

-22-

1  request to the extent that it seeks documents that by reason of public filing, public
2  distribution or otherwise are already in Mattel's possession or are readily accessible
3  to Mattel.  MGA Mexico further objects to the request to the extent that it seeks
4  documents not in MGA Mexico's possession, custody or control.  MGA Mexico
5  further objects to the request to the extent it violates the privacy rights of third parties
6  to their private, confidential, proprietary or trade secret information.

7      MGA Mexico further objects to this request as cumulative, duplicative, and
8  unduly burdensome to the extent that it seeks documents previously requested by
9  Mattel and/or produced in response to Mattel's document requests.

10  REQUEST FOR PRODUCTION NO. 11:

11      All DOCUMENTS that IDENTIFY each PERSON who registered, set up,
12  established or used the email account <plot04@aol.com>.

13  RESPONSE TO REQUEST FOR PRODUCTION NO. 11:

14      MGA Mexico incorporates by reference its General Response and General
15  Objections above, as though fully set forth herein and specifically incorporates
16  General Objection No. 15 (regarding Definitions).  MGA Mexico further objects to
17  the request to the extent it seeks the production of documents that are protected from
18  disclosure under any applicable privilege, doctrine or immunity, including without
19  limitation the attorney-client privilege, the work product doctrine, the right of
20  privacy, and all other privileges recognized under the constitutional, statutory or
21  decisional law of the United States of America, the State of California or any other
22  applicable jurisdiction, including, but not limited to, such laws existing in the United
23  Mexican States.  MGA Mexico further objects to this request on the grounds that it is
24  overly broad and unduly burdensome in that it seeks documents not relevant to the
25  claims or defenses in this action and not reasonably calculated to lead to the
26  discovery of admissible evidence.  Mattel has not demonstrated how *all*
27  DOCUMENTS that IDENTIFY each PERSON who registered, set up, established or
28  used the email account plot04@aol.com could be relevant to the claims and defenses

-23-

EXHIBIT ___14___

281

1 in this action. The request is not limited to the subject matter of this action and is
2 thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-
3 7. MGA Mexico further objects to this request as being overly broad and unduly
4 burdensome on the grounds that it is not limited in time or geographic scope. MGA
5 Mexico further objects to the terms "used" and "established" as vague and
6 ambiguous. MGA Mexico further objects to the request to the extent that it seeks
7 documents that by reason of public filing, public distribution or otherwise are already
8 in Mattel's possession or are readily accessible to Mattel. MGA Mexico further
9 objects to the request to the extent that it seeks documents not in MGA Mexico's
10 possession, custody or control. MGA Mexico further objects to the request to the
11 extent it violates the privacy rights of third parties to their private, confidential,
12 proprietary or trade secret information.

13     MGA Mexico further objects to this request as cumulative, duplicative, and
14 unduly burdensome to the extent that it seeks documents previously requested by
15 Mattel and/or produced in response to Mattel's document requests.

16 REQUEST FOR PRODUCTION NO. 12:

17     All DOCUMENTS that REFER OR RELATE TO the email account
18 <argentrade@aol.com>, including but not limited to all emails and attachments sent
19 from, sent to, received by, transmitted by way of or through and/or stored in such
20 account in any manner.

21 RESPONSE TO REQUEST FOR PRODUCTION NO. 12:

22     MGA Mexico incorporates by reference its General Response and General
23 Objections above, as though fully set forth herein and specifically incorporates
24 General Objection No. 15 (regarding Definitions), including without limitation MGA
25 Mexico's objection to the definition of the term REFER OR RELATE TO. MGA
26 Mexico further objects to the request to the extent it seeks the production of
27 documents that are protected from disclosure under any applicable privilege, doctrine
28 or immunity, including without limitation the attorney-client privilege, the work

-24-

EXHIBIT 14

292

1 | product doctrine, the right of privacy, and all other privileges recognized under the
2 | constitutional, statutory or decisional law of the United States of America, the State
3 | of California or any other applicable jurisdiction, including, but not limited to, such
4 | laws existing in the United Mexican States. MGA Mexico further objects to this
5 | request on the grounds that it is overly broad and unduly burdensome in that it seeks
6 | documents not relevant to the claims or defenses in this action and not reasonably
7 | calculated to lead to the discovery of admissible evidence. Mattel has not
8 | demonstrated how *all* DOCUMENTS that REFER OR RELATE TO the email
9 | account argentrade@aol.com could be relevant to the claims and defenses in this
10 | action. The request is not limited to the subject matter of this action and is thus
11 | impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.
12 | MGA Mexico further objects to this request as being overly broad and unduly
13 | burdensome on the grounds that it is not limited in time or geographic scope. MGA
14 | Mexico further objects to this request on the grounds that the term REFER OR
15 | RELATE TO renders the request vague, ambiguous, overly broad and unduly
16 | burdensome. MGA Mexico further objects to the phrases "transmitted by way of or
17 | through" and "stored" as vague and ambiguous. MGA Mexico further objects to the
18 | request to the extent that it seeks documents that by reason of public filing, public
19 | distribution or otherwise are already in Mattel's possession or are readily accessible
20 | to Mattel. MGA Mexico further objects to the request to the extent that it seeks
21 | documents not in MGA Mexico's possession, custody or control. MGA Mexico
22 | further objects to the request to the extent it violates the privacy rights of third parties
23 | to their private, confidential, proprietary or trade secret information.

24 | MGA Mexico further objects to this request as cumulative, duplicative, and
25 | unduly burdensome to the extent that it seeks documents previously requested by
26 | Mattel and/or produced in response to Mattel's document requests.

27 |
28 |

EXHIBIT __14__
PAGE ____293

-25-

1 | REQUEST FOR PRODUCTION NO. 13:

2      All DOCUMENTS given, sent or transmitted from or shared by YOU to any

3 | FORMER MATTEL EMPLOYEE prior to April 20, 2004.

4 | RESPONSE TO REQUEST FOR PRODUCTION NO. 13:

5      MGA Mexico incorporates by reference its General Response and General

6 | Objections above, as though fully set forth herein and specifically incorporates

7 | General Objection No. 15 (regarding Definitions), including without limitation MGA

8 | Mexico's objection to the definition of the terms FORMER MATTEL EMPLOYEE.

9 | MGA Mexico further objects to the request to the extent it seeks the production of

10 | documents that are protected from disclosure under any applicable privilege, doctrine

11 | or immunity, including without limitation the attorney-client privilege, the work

12 | product doctrine, the right of privacy, and all other privileges recognized under the

13 | constitutional, statutory or decisional law of the United States of America, the State

14 | of California or any other applicable jurisdiction, including, but not limited to, such

15 | laws existing in the United Mexican States. MGA Mexico further objects to this

16 | request on the grounds that it is overly broad and unduly burdensome in that it seeks

17 | documents not relevant to the claims or defenses in this action and not reasonably

18 | calculated to lead to the discovery of admissible evidence. Mattel has not

19 | demonstrated how *all* DOCUMENTS given, sent or transmitted from or shared by

20 | YOU to any FORMER MATTEL EMPLOYEE prior to April 20, 2004 could be

21 | relevant to the claims and defenses in this action. The request is not limited to the

22 | subject matter of this action and is thus impermissibly overbroad. See Aug. 13 Order

23 | at 9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this request as

24 | being overly broad and unduly burdensome on the grounds that it is not sufficiently

25 | limited in time or geographic scope. MGA Mexico further objects to this request on

26 | the grounds that the term FORMER MATTEL EMPLOYEE renders the request

27 | vague, ambiguous, overly broad and unduly burdensome. MGA Mexico further

28 | objects to the request to the extent that it seeks documents that by reason of public

EXHIBIT 14

294

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A                      MSW - Draft December 19, 2007 - 1:25 PM

1 filing, public distribution or otherwise are already in Mattel's possession or are
2 readily accessible to Mattel. MGA Mexico further objects to the request to the
3 extent that it seeks documents not in MGA Mexico's possession, custody or control.
4 MGA Mexico further objects to the request to the extent it seeks confidential,
5 proprietary or commercially sensitive information, the disclosure of which would be
6 inimical to the business interests of MGA Mexico. MGA Mexico further objects to
7 the request to the extent it violates the privacy rights of third parties to their private,
8 confidential, proprietary or trade secret information.

9 MGA Mexico further objects to this request as cumulative, duplicative, and
10 unduly burdensome to the extent that it seeks documents previously requested by
11 Mattel and/or produced in response to Mattel's document requests.

12 REQUEST FOR PRODUCTION NO. 14:

13 All DOCUMENTS given, sent or transmitted to or shared with YOU from or
14 by, whether directly or indirectly, any of the FORMER MATTEL EMPLOYEES
15 prior to April 20, 2004.

16 RESPONSE TO REQUEST FOR PRODUCTION NO. 14:

17 MGA Mexico incorporates by reference its General Response and General
18 Objections above, as though fully set forth herein and specifically incorporates
19 General Objection No. 15 (regarding Definitions), including without limitation MGA
20 Mexico's objection to the definition of the term FORMER MATTEL EMPLOYEES.
21 MGA Mexico further objects to the request to the extent it seeks the production of
22 documents that are protected from disclosure under any applicable privilege, doctrine
23 or immunity, including without limitation the attorney-client privilege, the work
24 product doctrine, the right of privacy, and all other privileges recognized under the
25 constitutional, statutory or decisional law of the United States of America, the State
26 of California or any other applicable jurisdiction, including, but not limited to, such
27 laws existing in the United Mexican States. MGA Mexico further objects to this
28 request on the grounds that it is overly broad and unduly burdensome in that it seeks

EXHIBIT 14

-27-

PAGE 295

1  documents not relevant to the claims or defenses in this action and not reasonably

2  calculated to lead to the discovery of admissible evidence. Mattel has not

3  demonstrated how *all* DOCUMENTS given, sent or transmitted to or shared with

4  YOU from or by any of the FORMER MATTEL EMPLOYEES prior to April 20,

5  2004 could be relevant to the claims and defenses in this action. The request is not

6  limited to the subject matter of this action and is thus impermissibly overbroad. See

7  Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to

8  this request as being overly broad and unduly burdensome on the grounds that it is

9  not sufficiently limited in geographic scope. MGA Mexico further objects to this

10  request on the grounds that the term FORMER MATTEL EMPLOYEES renders the

11  request vague, ambiguous, overly broad and unduly burdensome. MGA Mexico

12  further objects to the term "indirectly" as vague and ambiguous. MGA Mexico

13  further objects to the request to the extent that it seeks documents that by reason of

14  public filing, public distribution or otherwise are already in Mattel's possession or

15  are readily accessible to Mattel. MGA Mexico further objects to the request to the

16  extent that it seeks documents not in MGA Mexico's possession, custody or control.

17  MGA Mexico further objects to the request to the extent it seeks confidential,

18  proprietary or commercially sensitive information, the disclosure of which would be

19  inimical to the business interests of MGA Mexico. MGA Mexico further objects to

20  the request to the extent it violates the privacy rights of third parties to their private,

21  confidential, proprietary or trade secret information.

22      MGA Mexico further objects to this request as cumulative, duplicative, and

23  unduly burdensome to the extent that it seeks documents previously requested by

24  Mattel and/or produced in response to Mattel's document requests.

25  REQUEST FOR PRODUCTION NO. 15:

26      All COMMUNICATIONS between YOU and any of the FORMER MATTEL

27  EMPLOYEES prior to April 20, 2004.

28

EXHIBIT __14__
PAGE __296__

-28-

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A    MSW - Draft December 19, 2007 - 1:25 PM

1 RESPONSE TO REQUEST FOR PRODUCTION NO. 15:

2      MGA Mexico incorporates by reference its General Response and General

3 Objections above, as though fully set forth herein and specifically incorporates

4 General Objection No. 15 (regarding Definitions), including without limitation MGA

5 Mexico's objection to the definition of the term FORMER MATTEL EMPLOYEES.

6 MGA Mexico further objects to the request to the extent it seeks the production of

7 documents that are protected from disclosure under any applicable privilege, doctrine

8 or immunity, including without limitation the attorney-client privilege, the work

9 product doctrine, the right of privacy, and all other privileges recognized under the

10 constitutional, statutory or decisional law of the United States of America, the State

11 of California or any other applicable jurisdiction, including, but not limited to, such

12 laws existing in the United Mexican States. MGA Mexico further objects to this

13 request on the grounds that it is overly broad and unduly burdensome in that it seeks

14 documents not relevant to the claims or defenses in this action and not reasonably

15 calculated to lead to the discovery of admissible evidence. Mattel has not

16 demonstrated how *all* COMMUNICATIONS between YOU and any of the

17 FORMER MATTEL EMPLOYEES prior to April 20, 2004 could be relevant to the

18 claims and defenses in this action. The request is not limited to the subject matter of

19 this action and is thus impermissibly overbroad. See Aug. 13 Order at 9:17-20;

20 May 22 Order at 21:5-7. MGA Mexico further objects to this request as being overly

21 broad and unduly burdensome on the grounds that it is not sufficiently limited in

22 geographic scope. MGA Mexico further objects to this request on the grounds that

23 the term FORMER MATTEL EMPLOYEES renders the request vague, ambiguous,

24 overly broad and unduly burdensome. MGA Mexico further objects to the request to

25 the extent that it seeks documents that by reason of public filing, public distribution

26 or otherwise are already in Mattel's possession or are readily accessible to Mattel.

27 MGA Mexico further objects to the request to the extent that it seeks documents not

28 in MGA Mexico's possession, custody or control. MGA Mexico further objects to

EXHIBIT _____

PAGE ___ 297

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A      MSW - Draft December 19, 2007 - 1:25 PM

1 the request to the extent it seeks confidential, proprietary or commercially sensitive
2 information, the disclosure of which would be inimical to the business interests of
3 MGA Mexico. MGA Mexico further objects to the request to the extent it violates
4 the privacy rights of third parties to their private, confidential, proprietary or trade
5 secret information.

6 MGA Mexico further objects to this request as cumulative, duplicative, and
7 unduly burdensome to the extent that it seeks documents previously requested by
8 Mattel and/or produced in response to Mattel's document requests.

9 REQUEST FOR PRODUCTION NO. 16:

10 All COMMUNICATIONS between YOU and any of the FORMER MATTEL
11 EMPLOYEES that REFER OR RELATE TO their employment or potential
12 employment with YOU.

13 RESPONSE TO REQUEST FOR PRODUCTION NO. 16:

14 MGA Mexico incorporates by reference its General Response and General
15 Objections above, as though fully set forth herein and specifically incorporates
16 General Objection No. 15 (regarding Definitions), including without limitation MGA
17 Mexico's objection to the definition of the terms REFER OR RELATE TO and
18 FORMER MATTEL EMPLOYEES. MGA Mexico further objects to the request to
19 the extent it seeks the production of documents that are protected from disclosure
20 under any applicable privilege, doctrine or immunity, including without limitation
21 the attorney-client privilege, the work product doctrine, the right of privacy, and all
22 other privileges recognized under the constitutional, statutory or decisional law of
23 the United States of America, the State of California or any other applicable
24 jurisdiction, including, but not limited to, such laws existing in the United Mexican
25 States. MGA Mexico further objects to this request on the grounds that it is overly
26 broad and unduly burdensome in that it seeks documents not relevant to the claims or
27 defenses in this action and not reasonably calculated to lead to the discovery of
28 admissible evidence. Mattel has not demonstrated how *all* COMMUNICATIONS

-30-

EXHIBIT ___ 14

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A                              MSW - Draft December 19, 2007 - 1:25 PM

258

1   between YOU and any of the FORMER MATTEL EMPLOYEES that REFER OR
2   RELATE TO their employment or potential employment with YOU, could be
3   relevant to the claims and defenses in this action. The request is not limited to the
4   subject matter of this action and is thus impermissibly overbroad. See Aug. 13 Order
5   at 9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this request as
6   being overly broad and unduly burdensome on the grounds that it is not limited in
7   time or geographic scope. MGA Mexico further objects to this request on the
8   grounds that the term FORMER MATTEL EMPLOYEES renders the request vague,
9   ambiguous, overly broad and unduly burdensome. MGA Mexico further objects to
10  the phrase "potential employment" as vague and ambiguous. MGA Mexico further
11  objects to the request to the extent that it seeks documents that by reason of public
12  filing, public distribution or otherwise are already in Mattel's possession or are
13  readily accessible to Mattel. MGA Mexico further objects to the request to the
14  extent that it seeks documents not in MGA Mexico's possession, custody or control.
15  MGA Mexico further objects to the request to the extent it seeks confidential,
16  proprietary or commercially sensitive information, the disclosure of which would be
17  inimical to the business interests of MGA Mexico. MGA Mexico further objects to
18  the request to the extent it violates the privacy rights of third parties to their private,
19  confidential, proprietary or trade secret information.

20      MGA Mexico further objects to this request as cumulative, duplicative, and
21  unduly burdensome to the extent that it seeks documents previously requested by
22  Mattel and/or produced in response to Mattel's document requests.

23  REQUEST FOR PRODUCTION NO. 17:

24      All DOCUMENTS, including but not limited to COMMUNICATIONS that
25  REFER OR RELATE TO agreements between YOU and any of the FORMER
26  MATTEL EMPLOYEES that REFER OR RELATE TO their employment or
27  potential employment with YOU, including all drafts of such agreements.

28

EXHIBIT _14_
PAGE 299

-31-

1 | RESPONSE TO REQUEST FOR PRODUCTION NO. 17:

2     MGA Mexico incorporates by reference its General Response and General
3 | Objections above, as though fully set forth herein and specifically incorporates
4 | General Objection No. 15 (regarding Definitions), including without limitation MGA
5 | Mexico's objection to the definition of the terms REFER OR RELATE TO and
6 | FORMER MATTEL EMPLOYEES. MGA Mexico further objects to the request to
7 | the extent it seeks the production of documents that are protected from disclosure
8 | under any applicable privilege, doctrine or immunity, including without limitation
9 | the attorney-client privilege, the work product doctrine, the right of privacy, and all
10 | other privileges recognized under the constitutional, statutory or decisional law of
11 | the United States of America, the State of California or any other applicable
12 | jurisdiction, including, but not limited to, such laws existing in the United Mexican
13 | States. MGA Mexico further objects to this request on the grounds that it is overly
14 | broad and unduly burdensome in that it seeks documents not relevant to the claims or
15 | defenses in this action and not reasonably calculated to lead to the discovery of
16 | admissible evidence. Mattel has not demonstrated how *all* DOCUMENTS that
17 | REFER OR RELATE TO agreements between YOU and any of the FORMER
18 | MATTEL EMPLOYEES that REFER OR RELATE TO their employment or
19 | potential employment with YOU, could be relevant to the claims and defenses in this
20 | action. The request is not limited to the subject matter of this action and is thus
21 | impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.
22 | MGA Mexico further objects to this request as being overly broad and unduly
23 | burdensome on the grounds that it is not limited in time or geographic scope. MGA
24 | Mexico further objects to this request on the grounds that the terms REFER OR
25 | RELATE TO and FORMER MATTEL EMPLOYEES render the request vague,
26 | ambiguous, overly broad and unduly burdensome. MGA Mexico further objects to
27 | the phrase "potential employment" as vague and ambiguous. MGA Mexico further
28 | objects to the request to the extent that it seeks documents that by reason of public

EXHIBIT _14_
PAGE _300_

1 filing, public distribution or otherwise are already in Mattel's possession or are
2 readily accessible to Mattel. MGA Mexico further objects to the request to the
3 extent that it seeks documents not in MGA Mexico's possession, custody or control.
4 MGA Mexico further objects to the request to the extent it seeks confidential,
5 proprietary or commercially sensitive information, the disclosure of which would be
6 inimical to the business interests of MGA Mexico. MGA Mexico further objects to
7 the request to the extent it violates the privacy rights of third parties to their private,
8 confidential, proprietary or trade secret information.

9     MGA Mexico further objects to this request as cumulative, duplicative, and
10 unduly burdensome to the extent that it seeks documents previously requested by
11 Mattel and/or produced by in response to Mattel's document requests.

12 REQUEST FOR PRODUCTION NO. 18:

13     All DOCUMENTS that REFER OR RELATE TO the "analysis" prepared by
14 MACHADO, TRUEBA and/or VARGAS and provided to MGA and or MGAE DE
15 MEXICO, including but not limited to the "analysis" itself.

16 RESPONSE TO REQUEST FOR PRODUCTION NO. 18:

17     MGA Mexico incorporates by reference its General Response and General
18 Objections above, as though fully set forth herein and specifically incorporates
19 General Objection No. 15 (regarding Definitions), including without limitation MGA
20 Mexico's objection to the definition of the terms REFER OR RELATE TO,
21 MACHADO, TRUEBA, VARGAS and MGA. MGA Mexico further objects to the
22 request to the extent it seeks the production of documents that are protected from
23 disclosure under any applicable privilege, doctrine or immunity, including without
24 limitation the attorney-client privilege, the work product doctrine, the right of
25 privacy, and all other privileges recognized under the constitutional, statutory or
26 decisional law of the United States of America, the State of California or any other
27 applicable jurisdiction, including, but not limited to, such laws existing in the United
28 Mexican States. MGA Mexico further objects to this request on the grounds that it is

EXHIBIT __14__
-33-                                    PAGE __301__

1  overly broad and unduly burdensome in that it seeks documents not relevant to the
2  claims or defenses in this action and not reasonably calculated to lead to the
3  discovery of admissible evidence.  Mattel has not demonstrated how *all*
4  DOCUMENTS that REFER OR RELATE TO the "analysis" prepared by
5  MACHADO, TRUEBA and/or VARGAS and provided to MGA and or MGAE DE
6  MEXICO, could be relevant to the claims and defenses in this action.  The request is
7  not limited to the subject matter of this action and is thus impermissibly overbroad.
8  See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.  MGA Mexico further
9  objects to this request as being overly broad and unduly burdensome on the grounds
10 that it is not limited in time or geographic scope.  MGA Mexico further objects to
11 this request on the grounds that the terms REFER OR RELATE TO, MACHADO,
12 TRUEBA, VARGAS and MGA render the request vague, ambiguous, overly broad
13 and unduly burdensome.  MGA Mexico further objects to the phrase "analysis,"
14 which is not defined thereby rendering the request hopelessly vague and ambiguous.
15 MGA Mexico further objects to the request to the extent that it seeks documents that
16 by reason of public filing, public distribution or otherwise are already in Mattel's
17 possession or are readily accessible to Mattel.  MGA Mexico further objects to the
18 request to the extent that it seeks documents not in MGA Mexico's possession,
19 custody or control.  MGA Mexico further objects to the request to the extent it seeks
20 confidential, proprietary or commercially sensitive information, the disclosure of
21 which would be inimical to the business interests of MGA Mexico.  MGA Mexico
22 further objects to the request to the extent it violates the privacy rights of third parties
23 to their private, confidential, proprietary or trade secret information.

24      MGA Mexico further objects to this request as cumulative, duplicative, and
25 unduly burdensome to the extent that it seeks documents previously requested by
26 Mattel and/or produced in response to Mattel's document requests.

27

28

EXHIBIT _14_
PAGE _302_

-34-

1  REQUEST FOR PRODUCTION NO. 19:

2  　　All DOCUMENTS that REFER OR RELATE TO MACHADO's transfer to

3  the MGA office in Van Nuys, California.

4  RESPONSE TO REQUEST FOR PRODUCTION NO. 19:

5  　　MGA Mexico incorporates by reference its General Response and General

6  Objections above, as though fully set forth herein and specifically incorporates

7  General Objection No. 15 (regarding Definitions), including without limitation MGA

8  Mexico's objection to the definition of the terms MGA, REFER OR RELATE TO

9  and MACHADO. MGA Mexico further objects to the request to the extent it seeks

10  the production of documents that are protected from disclosure under any applicable

11  privilege, doctrine or immunity, including without limitation the attorney-client

12  privilege, the work product doctrine, the right of privacy, and all other privileges

13  recognized under the constitutional, statutory or decisional law of the United States

14  of America, the State of California or any other applicable jurisdiction, including, but

15  not limited to, such laws existing in the United Mexican States. MGA Mexico

16  further objects to this request on the grounds that it is overly broad and unduly

17  burdensome in that it seeks documents not relevant to the claims or defenses in this

18  action and not reasonably calculated to lead to the discovery of admissible evidence.

19  Mattel has not demonstrated how *all* DOCUMENTS that REFER OR RELATE TO

20  MACHADO's transfer to the MGA office in Van Nuys, California could be relevant

21  to the claims and defenses in this action. The request is not limited to the subject

22  matter of this action and is thus impermissibly overbroad. See Aug. 13 Order at

23  9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this request as

24  being overly broad and unduly burdensome on the grounds that it is not limited in

25  time or geographic scope. MGA Mexico further objects to this request on the

26  grounds that the terms MGA, REFER OR RELATE TO, and MACHADO render the

27  request vague, ambiguous, overly broad and unduly burdensome. MGA Mexico

28  further objects to the request to the extent that it seeks documents that by reason of

EXHIBIT ___14

-35-

PAGE ___303

1 public filing, public distribution or otherwise are already in Mattel's possession or
2 are readily accessible to Mattel. MGA Mexico further objects to the request to the
3 extent that it seeks documents not in MGA Mexico's possession, custody or control.
4 MGA Mexico further objects to the request to the extent it seeks confidential,
5 proprietary or commercially sensitive information, the disclosure of which would be
6 inimical to the business interests of MGA Mexico. MGA Mexico further objects to
7 the request to the extent it violates the privacy rights of third parties to their private,
8 confidential, proprietary or trade secret information.

9 MGA Mexico further objects to this request as cumulative, duplicative, and
10 unduly burdensome to the extent that it seeks documents previously requested by
11 Mattel and/or produced in response to Mattel's document requests.

12 REQUEST FOR PRODUCTION NO. 20:

13 All DOCUMENTS that REFER OR RELATE TO travel to Los Angeles,
14 California by any of the FORMER MATTEL EMPLOYEES between January 1,
15 2004 and April 20, 2004.

16 RESPONSE TO REQUEST FOR PRODUCTION NO. 20:

17 MGA Mexico incorporates by reference its General Response and General
18 Objections above, as though fully set forth herein and specifically incorporates
19 General Objection No. 15 (regarding Definitions), including without limitation MGA
20 Mexico's objection to the definition of the terms REFER OR RELATE TO and
21 FORMER MATTEL EMPLOYEES. MGA Mexico further objects to the request to
22 the extent it seeks the production of documents that are protected from disclosure
23 under any applicable privilege, doctrine or immunity, including without limitation
24 the attorney-client privilege, the work product doctrine, the right of privacy, and all
25 other privileges recognized under the constitutional, statutory or decisional law of
26 the United States of America, the State of California or any other applicable
27 jurisdiction, including, but not limited to, such laws existing in the United Mexican
28 States. MGA Mexico further objects to this request on the grounds that it is overly

-36-

EXHIBIT ___14___
PAGE ___304___

1  broad and unduly burdensome in that it seeks documents not relevant to the claims or
2  defenses in this action and not reasonably calculated to lead to the discovery of
3  admissible evidence. Mattel has not demonstrated how *all* DOCUMENTS that
4  REFER OR RELATE TO travel to Los Angeles, California by any of the FORMER
5  MATTEL EMPLOYEES between January 1, 2004 and April 20, 2004 could be
6  relevant to the claims and defenses in this action. The request is not limited to the
7  subject matter of this action and is thus impermissibly overbroad. See Aug. 13 Order
8  at 9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this request on
9  the grounds that the terms REFER OR RELATE TO and FORMER MATTEL
10  EMPLOYEES render the request vague, ambiguous, overly broad and unduly
11  burdensome. MGA Mexico further objects to the request to the extent that it seeks
12  documents that by reason of public filing, public distribution or otherwise are already
13  in Mattel's possession or are readily accessible to Mattel. MGA Mexico further
14  objects to the request to the extent that it seeks documents not in MGA Mexico's
15  possession, custody or control. MGA Mexico further objects to the request to the
16  extent it seeks confidential, proprietary or commercially sensitive information, the
17  disclosure of which would be inimical to the business interests of MGA Mexico.
18  MGA Mexico further objects to the request to the extent it violates the privacy rights
19  of third parties to their private, confidential, proprietary or trade secret information.

20      MGA Mexico further objects to this request as cumulative, duplicative, and
21  unduly burdensome to the extent that it seeks documents previously requested by
22  Mattel and/or produced in response to Mattel's document requests.

23  REQUEST FOR PRODUCTION NO. 21:

24      All DOCUMENTS that REFER OR RELATE to any COMMUNICATIONS
25  between YOU and any of the FORMER MATTEL EMPLOYEES prior to April 20,
26  2004, including without limitation all telephone records, logs, notes, calendars,
27  planners, diaries, letters and other DOCUMENTS relating thereto.
28

EXHIBIT __14__
PAGE __305__

-37-

RESPONSE TO REQUEST FOR PRODUCTION NO. 21:

MGA Mexico incorporates by reference its General Response and General Objections above, as though fully set forth herein and specifically incorporates General Objection No. 15 (regarding Definitions), including without limitation MGA Mexico's objection to the definition of the terms REFER OR RELATE and FORMER MATTEL EMPLOYEES. MGA Mexico further objects to the request to the extent it seeks the production of documents that are protected from disclosure under any applicable privilege, doctrine or immunity, including without limitation the attorney-client privilege, the work product doctrine, the right of privacy, and all other privileges recognized under the constitutional, statutory or decisional law of the United States of America, the State of California or any other applicable jurisdiction, including, but not limited to, such laws existing in the United Mexican States. MGA Mexico further objects to this request on the grounds that it is overly broad and unduly burdensome in that it seeks documents not relevant to the claims or defenses in this action and not reasonably calculated to lead to the discovery of admissible evidence. Mattel has not demonstrated how *all* DOCUMENTS that REFER OR RELATE to any COMMUNICATIONS between YOU and any of the FORMER MATTEL EMPLOYEES prior to April 20, 2004, could be relevant to the claims and defenses in this action. The request is not limited to the subject matter of this action and is thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this request as being overly broad and unduly burdensome on the grounds that it is not sufficiently limited in geographic scope. MGA Mexico further objects to this request on the grounds that the terms REFER OR RELATE and FORMER MATTEL EMPLOYEES render the request vague, ambiguous, overly broad and unduly burdensome. MGA Mexico further objects to the phrase "other DOCUMENTS relating thereto" as vague and ambiguous. MGA Mexico further objects to the request to the extent that it seeks documents that by reason of public filing, public distribution or otherwise are already

EXHIBIT _14_

-38-

PAGE 306

1 in Mattel's possession or are readily accessible to Mattel. MGA Mexico further
2 objects to the request to the extent that it seeks documents not in MGA Mexico's
3 possession, custody or control. MGA Mexico further objects to the request to the
4 extent it seeks confidential, proprietary or commercially sensitive information, the
5 disclosure of which would be inimical to the business interests of MGA Mexico.
6 MGA Mexico further objects to the request to the extent it violates the privacy rights
7 of third parties to their private, confidential, proprietary or trade secret information.
8     MGA Mexico further objects to this request as cumulative, duplicative, and
9 unduly burdensome to the extent that it seeks documents previously requested by
10 Mattel and/or produced in response to Mattel's document requests.

11 REQUEST FOR PRODUCTION NO. 22:

12     All DOCUMENTS that REFER OR RELATE to any COMMUNICATIONS
13 between YOU and any of the FORMER MATTEL EMPLOYEES that REFER OR
14 RELATE TO MATTEL.

15 RESPONSE TO REQUEST FOR PRODUCTION NO. 22:

16     MGA Mexico incorporates by reference its General Response and General
17 Objections above, as though fully set forth herein and specifically incorporates
18 General Objection No. 15 (regarding Definitions), including without limitation MGA
19 Mexico's objection to the definition of the terms REFER OR RELATE, FORMER
20 MATTEL EMPLOYEES, and MATTEL. MGA Mexico further objects to the
21 request to the extent it seeks the production of documents that are protected from
22 disclosure under any applicable privilege, doctrine or immunity, including without
23 limitation the attorney-client privilege, the work product doctrine, the right of
24 privacy, and all other privileges recognized under the constitutional, statutory or
25 decisional law of the United States of America, the State of California or any other
26 applicable jurisdiction, including, but not limited to, such laws existing in the United
27 Mexican States. MGA Mexico further objects to this request on the grounds that it is
28 overly broad and unduly burdensome in that it seeks documents not relevant to the

EXHIBIT __14__
PAGE __307__

-39-

1 claims or defenses in this action and not reasonably calculated to lead to the
2 discovery of admissible evidence. Mattel has not demonstrated how *all*
3 DOCUMENTS that REFER OR RELATE to any COMMUNICATIONS between
4 YOU and any of the FORMER MATTEL EMPLOYEES that REFER OR RELATE
5 TO MATTEL, could be relevant to the claims and defenses in this action. The
6 request is not limited to the subject matter of this action and is thus impermissibly
7 overbroad. See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7. MGA Mexico
8 further objects to this request as being overly broad and unduly burdensome on the
9 grounds that it is not limited in time or geographic scope. MGA Mexico further
10 objects to this request on the grounds that the terms REFER OR RELATE,
11 FORMER MATTEL EMPLOYEES, and MATTEL render the request vague,
12 ambiguous, overly broad and unduly burdensome. MGA Mexico further objects to
13 the request to the extent that it seeks documents that by reason of public filing,
14 public distribution or otherwise are already in Mattel's possession or are readily
15 accessible to Mattel. MGA Mexico further objects to the request to the extent that it
16 seeks documents not in MGA Mexico's possession, custody or control. MGA
17 Mexico further objects to the request to the extent it seeks confidential, proprietary
18 or commercially sensitive information, the disclosure of which would be inimical to
19 the business interests of MGA Mexico. MGA Mexico further objects to the request
20 to the extent it violates the privacy rights of third parties to their private, confidential,
21 proprietary or trade secret information.

22 MGA Mexico further objects to this request as cumulative, duplicative, and
23 unduly burdensome to the extent that it seeks documents previously requested by
24 Mattel and/or produced in response to Mattel's document requests.

25 REQUEST FOR PRODUCTION NO. 23:

26 ALL DOCUMENTS that REFER or RELATE to any of the FORMER
27 MATTEL EMPLOYEES' employment with MATTEL including, without limitation,
28 any agreement between YOU and MATTEL.

EXHIBIT ___14___

PAGE ___308___

-40-

**RESPONSE TO REQUEST FOR PRODUCTION NO. 23:**

MGA Mexico incorporates by reference its General Response and General Objections above, as though fully set forth herein and specifically incorporates General Objection No. 15 (regarding Definitions), including without limitation MGA Mexico's objection to the definition of the terms REFER OR RELATE, FORMER MATTEL EMPLOYEES, and MATTEL. MGA Mexico further objects to the request to the extent it seeks the production of documents that are protected from disclosure under any applicable privilege, doctrine or immunity, including without limitation the attorney-client privilege, the work product doctrine, the right of privacy, and all other privileges recognized under the constitutional, statutory or decisional law of the United States of America, the State of California or any other applicable jurisdiction, including, but not limited to, such laws existing in the United Mexican States. MGA Mexico further objects to this request on the grounds that it is overly broad and unduly burdensome in that it seeks documents not relevant to the claims or defenses in this action and not reasonably calculated to lead to the discovery of admissible evidence. Mattel has not demonstrated how *all* ALL DOCUMENTS that REFER or RELATE to any of the FORMER MATTEL EMPLOYEES' employment with MATTEL could be relevant to the claims and defenses in this action. The request is not limited to the subject matter of this action and is thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this request as being overly broad and unduly burdensome on the grounds that it is not limited in time or geographic scope. MGA Mexico further objects to this request on the grounds that the terms REFER OR RELATE, FORMER MATTEL EMPLOYEES, and MATTEL render the request vague, ambiguous, overly broad and unduly burdensome. MGA Mexico further objects to the request to the extent that it seeks documents that by reason of public filing, public distribution or otherwise are already in Mattel's possession or are readily accessible to Mattel. MGA Mexico further objects to the request to the

-41-

EXHIBIT ___14

309

1  extent that it seeks documents not in MGA Mexico's possession, custody or control.

2  MGA Mexico further objects to the request to the extent it seeks confidential,

3  proprietary or commercially sensitive information, the disclosure of which would be

4  inimical to the business interests of MGA Mexico. MGA Mexico further objects to

5  the request to the extent it violates the privacy rights of third parties to their private,

6  confidential, proprietary or trade secret information.

7      MGA Mexico further objects to this request as cumulative, duplicative, and

8  unduly burdensome to the extent that it seeks documents previously requested by

9  Mattel and/or produced in response to Mattel's document requests.

10  REQUEST FOR PRODUCTION NO. 24:

11      All DOCUMENTS, including but not limited to all COMMUNICATIONS

12  with any PERSON, that REFER OR RELATE TO any of the FORMER MATTEL

13  EMPLOYEES prior to April 20, 2004.

14  RESPONSE TO REQUEST FOR PRODUCTION NO. 24:

15      MGA Mexico incorporates by reference its General Response and General

16  Objections above, as though fully set forth herein and specifically incorporates

17  General Objection No. 15 (regarding Definitions), including without limitation MGA

18  Mexico's objection to the definition of the terms REFER OR RELATE and

19  FORMER MATTEL EMPLOYEES. MGA Mexico further objects to the request to

20  the extent it seeks the production of documents that are protected from disclosure

21  under any applicable privilege, doctrine or immunity, including without limitation

22  the attorney-client privilege, the work product doctrine, the right of privacy, and all

23  other privileges recognized under the constitutional, statutory or decisional law of

24  the United States of America, the State of California or any other applicable

25  jurisdiction, including, but not limited to, such laws existing in the United Mexican

26  States. MGA Mexico further objects to this request on the grounds that it is overly

27  broad and unduly burdensome in that it seeks documents not relevant to the claims or

28  defenses in this action and not reasonably calculated to lead to the discovery of

EXHIBIT __14__

PAGE __310__

-42-

1 admissible evidence. Mattel has not demonstrated how *all* DOCUMENTS that
2 REFER OR RELATE TO any of the FORMER MATTEL EMPLOYEES prior to
3 April 20, 2004, could be relevant to the claims and defenses in this action. The
4 request is not limited to the subject matter of this action and is thus impermissibly
5 overbroad. See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7. MGA Mexico
6 further objects to this request as being overly broad and unduly burdensome on the
7 grounds that it is not sufficiently limited in time or geographic scope. MGA Mexico
8 further objects to this request on the grounds that the terms REFER OR RELATE
9 and FORMER MATTEL EMPLOYEES render the request vague, ambiguous,
10 overly broad and unduly burdensome. MGA Mexico further objects to the request to
11 the extent that it seeks documents that by reason of public filing, public distribution
12 or otherwise are already in Mattel's possession or are readily accessible to Mattel.
13 MGA Mexico further objects to the request to the extent that it seeks documents not
14 in MGA Mexico's possession, custody or control. MGA Mexico further objects to
15 the request to the extent it seeks confidential, proprietary or commercially sensitive
16 information, the disclosure of which would be inimical to the business interests of
17 MGA Mexico. Such information may also be subject to protective orders governing
18 other litigations thereby precluding disclosure in response to this request. MGA
19 Mexico further objects to the request to the extent it violates the privacy rights of
20 third parties to their private, confidential, proprietary or trade secret information.

21 MGA Mexico further objects to this request as cumulative, duplicative, and
22 unduly burdensome to the extent that it seeks documents previously requested by
23 Mattel and/or produced in response to Mattel's document requests.

24 REQUEST FOR PRODUCTION NO. 25:

25 COMMUNICATIONS between YOU and any individual while that individual
26 was still employed by MATTEL and all DOCUMENTS that REFER OR RELATE
27 thereto.

28

EXHIBIT 14
PAGE 311

-43-

1 | RESPONSE TO REQUEST FOR PRODUCTION NO. 25:

2      MGA Mexico incorporates by reference its General Response and General

3 | Objections above, as though fully set forth herein and specifically incorporates

4 | General Objection No. 15 (regarding Definitions), including without limitation MGA

5 | Mexico's objection to the definition of the terms MATTEL and REFER OR

6 | RELATE. MGA Mexico further objects to the request to the extent it seeks the

7 | production of documents that are protected from disclosure under any applicable

8 | privilege, doctrine or immunity, including without limitation the attorney-client

9 | privilege, the work product doctrine, the right of privacy, and all other privileges

10 | recognized under the constitutional, statutory or decisional law of the United States

11 | of America, the State of California or any other applicable jurisdiction, including, but

12 | not limited to, such laws existing in the United Mexican States. MGA Mexico

13 | further objects to this request on the grounds that it is overly broad and unduly

14 | burdensome in that it seeks documents not relevant to the claims or defenses in this

15 | action and not reasonably calculated to lead to the discovery of admissible evidence.

16 | Mattel has not demonstrated how *all* COMMUNICATIONS between YOU and any

17 | individual while that individual was still employed by MATTEL and all

18 | DOCUMENTS that REFER OR RELATE thereto, could be relevant to the claims

19 | and defenses in this action. The request is not limited to the subject matter of this

20 | action and is thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22

21 | Order at 21:5-7. MGA Mexico further objects to this request as being overly broad

22 | and unduly burdensome on the grounds that it is not limited in time or geographic

23 | scope. MGA Mexico further objects to this request on the grounds that the terms

24 | MATTEL and REFER OR RELATE render the request vague, ambiguous, overly

25 | broad and unduly burdensome. MGA Mexico further objects to the phrase

26 | "employed by" as calling for a legal conclusion. MGA Mexico further objects to the

27 | request to the extent that it seeks documents that by reason of public filing, public

28 | distribution or otherwise are already in Mattel's possession or are readily accessible

EXHIBIT _14_

-44-

PAGE _312_

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A      MSW - Draft December 19, 2007 - 1:25 PM

1 | to Mattel.  MGA Mexico further objects to the request to the extent that it seeks
2 | documents not in MGA Mexico's possession, custody or control.  MGA Mexico
3 | further objects to the request to the extent it seeks confidential, proprietary or
4 | commercially sensitive information, the disclosure of which would be inimical to the
5 | business interests of MGA Mexico.  MGA Mexico further objects to the request to
6 | the extent it violates the privacy rights of third parties to their private, confidential,
7 | proprietary or trade secret information.

8 | MGA Mexico further objects to this request as cumulative, duplicative, and
9 | unduly burdensome to the extent that it seeks documents previously requested by
10 | Mattel and/or produced in response to Mattel's document requests.

11 | REQUEST FOR PRODUCTION NO. 26:

12 | All DOCUMENTS that REFER OR RELATE to any COMMUNICATIONS
13 | between Susana Kuemmerle and any of the FORMER MATTEL EMPLOYEES
14 | prior to April 20, 2004, including without limitation all telephone records, logs, notes,
15 | calendars, planners, diaries, letters and other DOCUMENTS relating thereto.

16 | RESPONSE TO REQUEST FOR PRODUCTION NO. 26:

17 | MGA Mexico incorporates by reference its General Response and General
18 | Objections above, as though fully set forth herein and specifically incorporates
19 | General Objection No. 15 (regarding Definitions), including without limitation MGA
20 | Mexico's objection to the definition of the terms REFER OR RELATE and
21 | FORMER MATTEL EMPLOYEES.  MGA Mexico further objects to the request to
22 | the extent it seeks the production of documents that are protected from disclosure
23 | under any applicable privilege, doctrine or immunity, including without limitation
24 | the attorney-client privilege, the work product doctrine, the right of privacy, and all
25 | other privileges recognized under the constitutional, statutory or decisional law of
26 | the United States of America, the State of California or any other applicable
27 | jurisdiction, including, but not limited to, such laws existing in the United Mexican
28 | States.  MGA Mexico further objects to this request on the grounds that it is overly

EXHIBIT  14

-45-

1  broad and unduly burdensome in that it seeks documents not relevant to the claims or

2  defenses in this action and not reasonably calculated to lead to the discovery of

3  admissible evidence. Mattel has not demonstrated how *all* DOCUMENTS that

4  REFER OR RELATE to any COMMUNICATIONS between Susana Kuemmerle

5  and any of the FORMER MATTEL EMPLOYEES prior to April 20, 2004 could be

6  relevant to the claims and defenses in this action. The request is not limited to the

7  subject matter of this action and is thus impermissibly overbroad. See Aug. 13 Order

8  at 9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this request as

9  being overly broad and unduly burdensome on the grounds that it is not sufficiently

10  limited in geographic scope. MGA Mexico further objects to this request on the

11  grounds that the terms REFER OR RELATE and FORMER MATTEL

12  EMPLOYEES render the request vague, ambiguous, overly broad and unduly

13  burdensome. MGA Mexico further objects to the phrase "other DOCUMENTS

14  relating thereto" as vague and ambiguous. MGA Mexico further objects to the

15  request to the extent that it seeks documents that by reason of public filing, public

16  distribution or otherwise are already in Mattel's possession or are readily accessible

17  to Mattel. MGA Mexico further objects to the request to the extent that it seeks

18  documents not in MGA Mexico's possession, custody or control. MGA Mexico

19  further objects to the request to the extent it seeks confidential, proprietary or

20  commercially sensitive information, the disclosure of which would be inimical to the

21  business interests of MGA Mexico. MGA Mexico further objects to the request to

22  the extent it violates the privacy rights of third parties to their private, confidential,

23  proprietary or trade secret information.

24       MGA Mexico further objects to this request as cumulative, duplicative, and

25  unduly burdensome to the extent that it seeks documents previously requested by

26  Mattel and/or produced in response to Mattel's document requests.

27

28

EXHIBIT __14__

PAGE __314__

1 | REQUEST FOR PRODUCTION NO. 27:

2 |     All DOCUMENTS that REFER OR RELATE to any COMMUNICATION

3 | between any of the FORMER MATTEL EMPLOYEES and any of YOUR

4 | representatives or employees including, without limitation, Isaac Larian, prior to

5 | April 20, 2004, including without limitation all telephone records, logs, notes,

6 | calendars, planners, diaries, letters and other DOCUMENTS relating thereto.

7 | RESPONSE TO REQUEST FOR PRODUCTION NO. 27:

8 |     MGA Mexico incorporates by reference its General Response and General

9 | Objections above, as though fully set forth herein and specifically incorporates

10 | General Objection No. 15 (regarding Definitions), including without limitation MGA

11 | Mexico's objection to the definition of the terms REFER OR RELATE and

12 | FORMER MATTEL EMPLOYEES. MGA Mexico further objects to the request to

13 | the extent it seeks the production of documents that are protected from disclosure

14 | under any applicable privilege, doctrine or immunity, including without limitation

15 | the attorney-client privilege, the work product doctrine, the right of privacy, and all

16 | other privileges recognized under the constitutional, statutory or decisional law of

17 | the United States of America, the State of California or any other applicable

18 | jurisdiction, including, but not limited to, such laws existing in the United Mexican

19 | States. MGA Mexico further objects to this request on the grounds that it is overly

20 | broad and unduly burdensome in that it seeks documents not relevant to the claims or

21 | defenses in this action and not reasonably calculated to lead to the discovery of

22 | admissible evidence. Mattel has not demonstrated how *all* DOCUMENTS that

23 | REFER OR RELATE to any COMMUNICATION between any of the FORMER

24 | MATTEL EMPLOYEES and any of YOUR representatives or employees, could be

25 | relevant to the claims and defenses in this action. The request is not limited to the

26 | subject matter of this action and is thus impermissibly overbroad. See Aug. 13 Order

27 | at 9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this request as

28 | being overly broad and unduly burdensome on the grounds that it is not sufficiently

EXHIBIT 14

-47-

PAGE 313

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A                         MSW - Draft December 19, 2007 - 1:25 PM