1  limited in time or geographic scope.  MGA Mexico further objects to this request on
2  the grounds that the terms REFER OR RELATE and FORMER MATTEL
3  EMPLOYEES render the request vague, ambiguous, overly broad and unduly
4  burdensome.  MGA Mexico further objects to the phrases "other DOCUMENTS
5  relating thereto" and "representatives" as vague and ambiguous, and to the term
6  "employees" as calling for a legal conclusion.  MGA Mexico further objects to the
7  request to the extent that it seeks documents that by reason of public filing, public
8  distribution or otherwise are already in Mattel's possession or are readily accessible
9  to Mattel.  MGA Mexico further objects to the request to the extent that it seeks
10  documents not in MGA Mexico's possession, custody or control.  MGA Mexico
11  further objects to the request to the extent it seeks confidential, proprietary or
12  commercially sensitive information, the disclosure of which would be inimical to the
13  business interests of MGA Mexico.  MGA Mexico further objects to the request to
14  the extent it violates the privacy rights of third parties to their private, confidential,
15  proprietary or trade secret information.

16      MGA Mexico further objects to this request as cumulative, duplicative, and
17  unduly burdensome to the extent that it seeks documents previously requested by
18  Mattel and/or produced in response to Mattel's document requests.

19  REQUEST FOR PRODUCTION NO. 28:

20      All DOCUMENTS that REFER OR RELATE to meetings between YOU and
21  any of the FORMER MATTEL EMPLOYEES prior to April 20, 2004, including
22  without limitation notes or records that REFER OR RELATE to any such meetings.

23  RESPONSE TO REQUEST FOR PRODUCTION NO. 28:

24      MGA Mexico incorporates by reference its General Response and General
25  Objections above, as though fully set forth herein and specifically incorporates
26  General Objection No. 15 (regarding Definitions), including without limitation MGA
27  Mexico's objection to the definition of the terms REFER OR RELATE and
28  FORMER MATTEL EMPLOYEES.  MGA Mexico further objects to the request to

EXHIBIT __14__

-48-

PAGE __316__

1  the extent it seeks the production of documents that are protected from disclosure
2  under any applicable privilege, doctrine or immunity, including without limitation
3  the attorney-client privilege, the work product doctrine, the right of privacy, and all
4  other privileges recognized under the constitutional, statutory or decisional law of
5  the United States of America, the State of California or any other applicable
6  jurisdiction, including, but not limited to, such laws existing in the United Mexican
7  States. MGA Mexico further objects to this request on the grounds that it is overly
8  broad and unduly burdensome in that it seeks documents not relevant to the claims or
9  defenses in this action and not reasonably calculated to lead to the discovery of
10 admissible evidence. Mattel has not demonstrated how *all* DOCUMENTS that
11 REFER OR RELATE to meetings between YOU and any of the FORMER
12 MATTEL EMPLOYEES prior to April 20, 2004, could be relevant to the claims and
13 defenses in this action. The request is not limited to the subject matter of this action
14 and is thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22 Order
15 at 21:5-7. MGA Mexico further objects to this request as being overly broad and
16 unduly burdensome on the grounds that it is not sufficiently limited in time or
17 geographic scope. MGA Mexico further objects to this request on the grounds that
18 the terms REFER OR RELATE and FORMER MATTEL EMPLOYEES render the
19 request vague, ambiguous, overly broad and unduly burdensome. MGA Mexico
20 further objects to the term "meetings" as vague and ambiguous. MGA Mexico
21 further objects to the request to the extent that it seeks documents that by reason of
22 public filing, public distribution or otherwise are already in Mattel's possession or
23 are readily accessible to Mattel. MGA Mexico further objects to the request to the
24 extent that it seeks documents not in MGA Mexico's possession, custody or control.
25 MGA Mexico further objects to the request to the extent it seeks confidential,
26 proprietary or commercially sensitive information, the disclosure of which would be
27 inimical to the business interests of MGA Mexico. MGA Mexico further objects to
28

EXHIBIT __14__

-49-                    PAGE __3:7__

1 the request to the extent it violates the privacy rights of third parties to their private,
2 confidential, proprietary or trade secret information.

3      MGA Mexico further objects to this request as cumulative, duplicative, and
4 unduly burdensome to the extent that it seeks documents previously requested by
5 Mattel and/or produced in response to Mattel's document requests.

6 REQUEST FOR PRODUCTION NO. 29:

7      All DOCUMENTS that REFER OR RELATE to meetings between Susana
8 Kuemmerle and any of the FORMER MATTEL EMPLOYEES prior to April 20,
9 2004, including without limitation notes or records that REFER OR RELATE to any
10 such meetings.

11 RESPONSE TO REQUEST FOR PRODUCTION NO. 29:

12      MGA Mexico incorporates by reference its General Response and General
13 Objections above, as though fully set forth herein and specifically incorporates
14 General Objection No. 15 (regarding Definitions), including without limitation MGA
15 Mexico's objection to the definition of the terms REFER OR RELATE and
16 FORMER MATTEL EMPLOYEES. MGA Mexico further objects to the request to
17 the extent it seeks the production of documents that are protected from disclosure
18 under any applicable privilege, doctrine or immunity, including without limitation
19 the attorney-client privilege, the work product doctrine, the right of privacy, and all
20 other privileges recognized under the constitutional, statutory or decisional law of
21 the United States of America, the State of California or any other applicable
22 jurisdiction, including, but not limited to, such laws existing in the United Mexican
23 States. MGA Mexico further objects to this request on the grounds that it is overly
24 broad and unduly burdensome in that it seeks documents not relevant to the claims or
25 defenses in this action and not reasonably calculated to lead to the discovery of
26 admissible evidence. Mattel has not demonstrated how *all* DOCUMENTS that
27 REFER OR RELATE to meetings between Susana Kuemmerle and any of the
28 FORMER MATTEL EMPLOYEES prior to April 20, 2004 could be relevant to the

EXHIBIT _14_

PAGE _318_

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A                                    MSW - Draft December 19, 2007 - 1:25 PM

1 | claims and defenses in this action.  The request is not limited to the subject matter of
2 | this action and is thus impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May
3 | 22 Order at 21:5-7.  MGA Mexico further objects to this request as being overly
4 | broad and unduly burdensome on the grounds that it is not sufficiently limited in
5 | geographic scope.  MGA Mexico further objects to this request on the grounds that
6 | the terms REFER OR RELATE and FORMER MATTEL EMPLOYEES render the
7 | request vague, ambiguous, overly broad and unduly burdensome.  MGA Mexico
8 | further objects to the term "meetings" as vague and ambiguous.  MGA Mexico
9 | further objects to the request to the extent that it seeks documents that by reason of
10 | public filing, public distribution or otherwise are already in Mattel's possession or
11 | are readily accessible to Mattel.  MGA Mexico further objects to the request to the
12 | extent that it seeks documents not in MGA Mexico's possession, custody or control.
13 | MGA Mexico further objects to the request to the extent it seeks confidential,
14 | proprietary or commercially sensitive information, the disclosure of which would be
15 | inimical to the business interests of MGA Mexico.  MGA Mexico further objects to
16 | the request to the extent it violates the privacy rights of third parties to their private,
17 | confidential, proprietary or trade secret information.

18 | MGA Mexico further objects to this request as cumulative, duplicative, and
19 | unduly burdensome to the extent that it seeks documents previously requested by
20 | Mattel and/or produced in response to Mattel's document requests.

21 | REQUEST FOR PRODUCTION NO. 30:

22 | All DOCUMENTS that REFER OR RELATE to meetings between Isaac
23 | Larian and any of the FORMER MATTEL EMPLOYEES prior to April 20, 2004,
24 | including without limitation notes or records that REFER OR RELATE to any such
25 | meetings.

26 | RESPONSE TO REQUEST FOR PRODUCTION NO. 30:

27 | MGA Mexico incorporates by reference its General Response and General
28 | Objections above, as though fully set forth herein and specifically incorporates

EXHIBIT 14
PAGE 319

-51-

1  General Objection No. 15 (regarding Definitions), including without limitation MGA
2  Mexico's objection to the definition of the terms REFER OR RELATE and
3  FORMER MATTEL EMPLOYEES. MGA Mexico further objects to the request to
4  the extent it seeks the production of documents that are protected from disclosure
5  under any applicable privilege, doctrine or immunity, including without limitation
6  the attorney-client privilege, the work product doctrine, the right of privacy, and all
7  other privileges recognized under the constitutional, statutory or decisional law of
8  the United States of America, the State of California or any other applicable
9  jurisdiction, including, but not limited to, such laws existing in the United Mexican
10  States. MGA Mexico further objects to this request on the grounds that it is overly
11  broad and unduly burdensome in that it seeks documents not relevant to the claims or
12  defenses in this action and not reasonably calculated to lead to the discovery of
13  admissible evidence. Mattel has not demonstrated how *all* DOCUMENTS that
14  REFER OR RELATE to meetings between Isaac Larian and any of the FORMER
15  MATTEL EMPLOYEES prior to April 20, 2004 could be relevant to the claims and
16  defenses in this action. The request is not limited to the subject matter of this action
17  and is thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22 Order
18  at 21:5-7. MGA Mexico further objects to this request as being overly broad and
19  unduly burdensome on the grounds that it is not sufficiently limited in geographic
20  scope. MGA Mexico further objects to this request on the grounds that the terms
21  REFER OR RELATE and FORMER MATTEL EMPLOYEES render the request
22  vague, ambiguous, overly broad and unduly burdensome. MGA Mexico further
23  objects to the phrase "meetings" as vague and ambiguous. MGA Mexico further
24  objects to the request to the extent that it seeks documents that by reason of public
25  filing, public distribution or otherwise are already in Mattel's possession or are
26  readily accessible to Mattel. MGA Mexico further objects to the request to the
27  extent that it seeks documents not in MGA Mexico's possession, custody or control.
28  MGA Mexico further objects to the request to the extent it seeks confidential,

EXHIBIT _____14_____

-52-

PAGE _____320_____

1    proprietary or commercially sensitive information, the disclosure of which would be
2    inimical to the business interests of MGA Mexico. MGA Mexico further objects to
3    the request to the extent it violates the privacy rights of third parties to their private,
4    confidential, proprietary or trade secret information.

5        MGA Mexico further objects to this request as cumulative, duplicative, and
6    unduly burdensome to the extent that it seeks documents previously requested by
7    Mattel and/or produced in response to Mattel's document requests.

8    REQUEST FOR PRODUCTION NO. 31:

9        All DOCUMENTS, including but not limited to all COMMUNICATIONS
10   with any PERSON, that REFER OR RELATE TO any of the FORMER MATTEL
11   EMPLOYEES' resignations or departures from MATTEL.

12   RESPONSE TO REQUEST FOR PRODUCTION NO. 31:

13       MGA Mexico incorporates by reference its General Response and General
14   Objections above, as though fully set forth herein and specifically incorporates
15   General Objection No. 15 (regarding Definitions), including without limitation MGA
16   Mexico's objection to the definition of the terms REFER OR RELATE, FORMER
17   MATTEL EMPLOYEES, and MATTEL. MGA Mexico further objects to the
18   request to the extent it seeks the production of documents that are protected from
19   disclosure under any applicable privilege, doctrine or immunity, including without
20   limitation the attorney-client privilege, the work product doctrine, the right of
21   privacy, and all other privileges recognized under the constitutional, statutory or
22   decisional law of the United States of America, the State of California or any other
23   applicable jurisdiction, including, but not limited to, such laws existing in the United
24   Mexican States. MGA Mexico further objects to this request on the grounds that it is
25   overly broad and unduly burdensome in that it seeks documents not relevant to the
26   claims or defenses in this action and not reasonably calculated to lead to the
27   discovery of admissible evidence. Mattel has not demonstrated how *all*
28   DOCUMENTS that REFER OR RELATE TO any of the FORMER MATTEL

EXHIBIT _14_
-53-
PAGE _321_

1  EMPLOYEES' resignations or departures from MATTEL could be relevant to the
2  claims and defenses in this action. The request is not limited to the subject matter of
3  this action and is thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May
4  22 Order at 21:5-7. MGA Mexico further objects to this request as being overly
5  broad and unduly burdensome on the grounds that it is not limited in time or
6  geographic scope. MGA Mexico further objects to this request on the grounds that
7  the terms REFER OR RELATE, FORMER MATTEL EMPLOYEES, and MATTEL
8  render the request vague, ambiguous, overly broad and unduly burdensome. MGA
9  Mexico further objects to the term "departures" as vague and ambiguous. MGA
10  Mexico further objects to the request to the extent that it seeks documents that by
11  reason of public filing, public distribution or otherwise are already in Mattel's
12  possession or are readily accessible to Mattel. MGA Mexico further objects to the
13  request to the extent that it seeks documents not in MGA Mexico's possession,
14  custody or control. MGA Mexico further objects to the request to the extent it seeks
15  confidential, proprietary or commercially sensitive information, the disclosure of
16  which would be inimical to the business interests of MGA Mexico. MGA Mexico
17  further objects to the request to the extent it violates the privacy rights of third parties
18  to their private, confidential, proprietary or trade secret information.

19      MGA Mexico further objects to this request as cumulative, duplicative, and
20  unduly burdensome to the extent that it seeks documents previously requested by
21  Mattel and/or produced in response to Mattel's document requests.

22  REQUEST FOR PRODUCTION NO. 32:

23      All DOCUMENTS, including but not limited to all COMMUNICATIONS
24  with any PERSON, that REFER OR RELATE TO compensation, money or any
25  other item of value paid to any of the FORMER MATTEL EMPLOYEES, promised
26  to any FORMER MATTEL EMPLOYEE on anyone acting on their behalf, whether
27  directly or indirectly, by YOU.

28

EXHIBIT _14_

PAGE _322_

-54-

RESPONSE TO REQUEST FOR PRODUCTION NO. 32:

MGA Mexico incorporates by reference its General Response and General Objections above, as though fully set forth herein and specifically incorporates General Objection No. 15 (regarding Definitions), including without limitation MGA Mexico's objection to the definition of the terms REFER OR RELATE TO and FORMER MATTEL EMPLOYEES. MGA Mexico further objects to the request to the extent it seeks the production of documents that are protected from disclosure under any applicable privilege, doctrine or immunity, including without limitation the attorney-client privilege, the work product doctrine, the right of privacy, and all other privileges recognized under the constitutional, statutory or decisional law of the United States of America, the State of California or any other applicable jurisdiction, including, but not limited to, such laws existing in the United Mexican States. MGA Mexico further objects to this request on the grounds that it is overly broad and unduly burdensome in that it seeks documents not relevant to the claims or defenses in this action and not reasonably calculated to lead to the discovery of admissible evidence. Mattel has not demonstrated how *all* DOCUMENTS that REFER OR RELATE TO compensation, money or any other item of value paid to any of the FORMER MATTEL EMPLOYEES, promised to any FORMER MATTEL EMPLOYEE on anyone acting on their behalf by YOU, could be relevant to the claims and defenses in this action. The request is not limited to the subject matter of this action and is thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this request as being overly broad and unduly burdensome on the grounds that it is not limited in time or geographic scope. MGA Mexico further objects to this request on the grounds that the terms REFER OR RELATE TO and FORMER MATTEL EMPLOYEES render the request vague, ambiguous, overly broad and unduly burdensome. MGA Mexico further objects to the phrases "other item of value paid" and "indirectly" as vague and ambiguous. MGA Mexico further objects to the

EXHIBIT __14__
PAGE __323__

-55-

1 request to the extent that it seeks documents that by reason of public filing, public
2 distribution or otherwise are already in Mattel's possession or are readily accessible
3 to Mattel.  MGA Mexico further objects to the request to the extent that it seeks
4 documents not in MGA Mexico's possession, custody or control.  MGA Mexico
5 further objects to the request to the extent it seeks confidential, proprietary or
6 commercially sensitive information, the disclosure of which would be inimical to the
7 business interests of MGA Mexico.  MGA Mexico further objects to the request to
8 the extent it violates the privacy rights of third parties to their private, confidential,
9 proprietary or trade secret information.

10      MGA Mexico further objects to this request as cumulative, duplicative, and
11 unduly burdensome to the extent that it seeks documents previously requested by
12 Mattel and/or produced in response to Mattel's document requests.

13 REQUEST FOR PRODUCTION NO. 33:

14      All DOCUMENTS, including but not limited to all COMMUNICATIONS
15 with any PERSON, that REFER OR RELATE TO compensation, money or any
16 other item of value paid to any of the FORMER MATTEL EMPLOYEES, promised
17 to any FORMER MATTEL EMPLOYEE on anyone acting on their behalf, whether
18 directly or indirectly, by LARIAN.

19 RESPONSE TO REQUEST FOR PRODUCTION NO. 33:

20      MGA Mexico incorporates by reference its General Response and General
21 Objections above, as though fully set forth herein and specifically incorporates
22 General Objection No. 15 (regarding Definitions), including without limitation MGA
23 Mexico's objection to the definition of the terms REFER OR RELATE TO and
24 FORMER MATTEL EMPLOYEES.  MGA Mexico further objects to the request to
25 the extent it seeks the production of documents that are protected from disclosure
26 under any applicable privilege, doctrine or immunity, including without limitation
27 the attorney-client privilege, the work product doctrine, the right of privacy, and all
28 other privileges recognized under the constitutional, statutory or decisional law of

-56-

EXHIBIT __/Ч__

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A                                    MSW - Draft December 19, 2007 - 1:25 PM

324

1 the United States of America, the State of California or any other applicable
2 jurisdiction, including, but not limited to, such laws existing in the United Mexican
3 States. MGA Mexico further objects to this request on the grounds that it is overly
4 broad and unduly burdensome in that it seeks documents not relevant to the claims or
5 defenses in this action and not reasonably calculated to lead to the discovery of
6 admissible evidence. Mattel has not demonstrated how *all* DOCUMENTS that
7 REFER OR RELATE TO compensation, money or any other item of value paid to
8 any of the FORMER MATTEL EMPLOYEES, promised to any FORMER
9 MATTEL EMPLOYEE on anyone acting on their behalf, by LARIAN, could be
10 relevant to the claims and defenses in this action. The request is not limited to the
11 subject matter of this action and is thus impermissibly overbroad. See Aug. 13 Order
12 at 9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this request as
13 being overly broad and unduly burdensome on the grounds that it is not limited in
14 time or geographic scope. MGA Mexico further objects to this request on the
15 grounds that the terms REFER OR RELATE TO and FORMER MATTEL
16 EMPLOYEES render the request vague, ambiguous, overly broad and unduly
17 burdensome. MGA Mexico further objects to the phrases "other item of value paid"
18 and "indirectly" as vague and ambiguous. MGA Mexico further objects to the
19 request to the extent that it seeks documents that by reason of public filing, public
20 distribution or otherwise are already in Mattel's possession or are readily accessible
21 to Mattel. MGA Mexico further objects to the request to the extent that it seeks
22 documents not in MGA Mexico's possession, custody or control. MGA Mexico
23 further objects to the request to the extent it seeks confidential, proprietary or
24 commercially sensitive information, the disclosure of which would be inimical to the
25 business interests of MGA Mexico. MGA Mexico further objects to the request to
26 the extent it violates the privacy rights of third parties to their private, confidential,
27 proprietary or trade secret information.
28

EXHIBIT 14
PAGE 325

-57-

1  MGA Mexico further objects to this request as cumulative, duplicative, and
2  unduly burdensome to the extent that it seeks documents previously requested by
3  Mattel and/or produced in response to Mattel's document requests.

4  REQUEST FOR PRODUCTION NO. 34:

5  All DOCUMENTS, including but not limited to all COMMUNICATIONS
6  with any PERSON, that REFER OR RELATE TO compensation, money or any
7  other item of value paid to any of the FORMER MATTEL EMPLOYEES, promised
8  to any FORMER MATTEL EMPLOYEE on anyone acting on their behalf, whether
9  directly or indirectly, by Thomas Park.

10  RESPONSE TO REQUEST FOR PRODUCTION NO. 34:

11  MGA Mexico incorporates by reference its General Response and General
12  Objections above, as though fully set forth herein and specifically incorporates
13  General Objection No. 15 (regarding Definitions), including without limitation MGA
14  Mexico's objection to the definition of the terms REFER OR RELATE TO and
15  FORMER MATTEL EMPLOYEES. MGA Mexico further objects to the request to
16  the extent it seeks the production of documents that are protected from disclosure
17  under any applicable privilege, doctrine or immunity, including without limitation
18  the attorney-client privilege, the work product doctrine, the right of privacy, and all
19  other privileges recognized under the constitutional, statutory or decisional law of
20  the United States of America, the State of California or any other applicable
21  jurisdiction, including, but not limited to, such laws existing in the United Mexican
22  States. MGA Mexico further objects to this request on the grounds that it is overly
23  broad and unduly burdensome in that it seeks documents not relevant to the claims or
24  defenses in this action and not reasonably calculated to lead to the discovery of
25  admissible evidence. Mattel has not demonstrated how *all* DOCUMENTS that
26  REFER OR RELATE TO compensation, money or any other item of value paid to
27  any of the FORMER MATTEL EMPLOYEES, promised to any FORMER
28  MATTEL EMPLOYEE on anyone acting on their behalf by Thomas Park, could be

-58-

EXHIBIT __14__
326

1 relevant to the claims and defenses in this action. The request is not limited to the
2 subject matter of this action and is thus impermissibly overbroad. See Aug. 13 Order
3 at 9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this request as
4 being overly broad and unduly burdensome on the grounds that it is not limited in
5 time or geographic scope. MGA Mexico further objects to this request on the
6 grounds that the terms REFER OR RELATE TO and FORMER MATTEL
7 EMPLOYEES render the request vague, ambiguous, overly broad and unduly
8 burdensome. MGA Mexico further objects to the phrases "item of value paid" and
9 "indirectly" as vague and ambiguous. MGA Mexico further objects to the request to
10 the extent that it seeks documents that by reason of public filing, public distribution
11 or otherwise are already in Mattel's possession or are readily accessible to Mattel.
12 MGA Mexico further objects to the request to the extent that it seeks documents not
13 in MGA Mexico's possession, custody or control. MGA Mexico further objects to
14 the request to the extent it seeks confidential, proprietary or commercially sensitive
15 information, the disclosure of which would be inimical to the business interests of
16 MGA Mexico. MGA Mexico further objects to the request to the extent it violates
17 the privacy rights of third parties to their private, confidential, proprietary or trade
18 secret information.

19     MGA Mexico further objects to this request as cumulative, duplicative, and
20 unduly burdensome to the extent that it seeks documents previously requested by
21 Mattel and/or produced in response to Mattel's document requests.

22 REQUEST FOR PRODUCTION NO. 35:

23     YOUR phone records from January 1, 2002 through the present.

24 RESPONSE TO REQUEST FOR PRODUCTION NO. 35:

25     MGA Mexico incorporates by reference its General Response and General
26 Objections above, as though fully set forth herein and specifically incorporates
27 General Objection No. 15 (regarding Definitions), including without limitation MGA
28 Mexico's objection to the definition of the term YOUR. MGA Mexico further

EXHIBIT _14_
PAGE _327_

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A            MSW - Draft December 19, 2007 - 1:25 PM

1 | objects to the request to the extent it seeks the production of documents that are
2 | protected from disclosure under any applicable privilege, doctrine or immunity,
3 | including without limitation the attorney-client privilege, the work product doctrine,
4 | the right of privacy, and all other privileges recognized under the constitutional,
5 | statutory or decisional law of the United States of America, the State of California or
6 | any other applicable jurisdiction, including, but not limited to, such laws existing in
7 | the United Mexican States. MGA Mexico further objects to this request on the
8 | grounds that it is overly broad and unduly burdensome in that it seeks documents not
9 | relevant to the claims or defenses in this action and not reasonably calculated to lead
10 | to the discovery of admissible evidence. Mattel has not demonstrated how *all*
11 | YOUR phone records from January 1, 2002 through the present could be relevant to
12 | the claims and defenses in this action. The request is not limited to the subject
13 | matter of this action and is thus impermissibly overbroad. See Aug. 13 Order at
14 | 9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this request as
15 | being overly broad and unduly burdensome on the grounds that it is not sufficiently
16 | limited in time or geographic scope. MGA Mexico further objects to this request on
17 | the grounds that the term YOUR renders the request vague, ambiguous, overly broad
18 | and unduly burdensome. MGA Mexico further objects to the phrase "phone records"
19 | as vague and ambiguous. MGA Mexico further objects to the request to the extent
20 | that it seeks documents that by reason of public filing, public distribution or
21 | otherwise are already in Mattel's possession or are readily accessible to Mattel.
22 | MGA Mexico further objects to the request to the extent that it seeks documents not
23 | in MGA Mexico's possession, custody or control. MGA Mexico further objects to
24 | the request to the extent it seeks confidential, proprietary or commercially sensitive
25 | information, the disclosure of which would be inimical to the business interests of
26 | MGA Mexico. MGA Mexico further objects to the request to the extent it violates
27 | the privacy rights of third parties to their private, confidential, proprietary or trade
28 | secret information.

EXHIBIT ___14___

PAGE ___328___

-60-

1  MGA Mexico further objects to this request as cumulative, duplicative, and
2  unduly burdensome to the extent that it seeks documents previously requested by
3  Mattel and/or produced in response to Mattel's document requests.

4  REQUEST FOR PRODUCTION NO. 36:

5  All DOCUMENTS received by, shared with or disclosed to YOU, directly or
6  indirectly, from any FORMER MATTEL EMPLOYEE authored by or for the
7  benefit of MATTEL, or that REFER OR RELATE TO MATTEL, or any MATTEL
8  product, plan, client, customer, current or former MATTEL employee, sales,
9  advertising, marketing, analysis, tool or procedure.

10  RESPONSE TO REQUEST FOR PRODUCTION NO. 36:

11  MGA Mexico incorporates by reference its General Response and General
12  Objections above, as though fully set forth herein and specifically incorporates
13  General Objection No. 15 (regarding Definitions), including without limitation MGA
14  Mexico's objection to the definition of the terms FORMER MATTEL EMPLOYEES,
15  MATTEL and REFER OR RELATE TO. MGA Mexico further objects to the
16  request to the extent it seeks the production of documents that are protected from
17  disclosure under any applicable privilege, doctrine or immunity, including without
18  limitation the attorney-client privilege, the work product doctrine, the right of
19  privacy, and all other privileges recognized under the constitutional, statutory or
20  decisional law of the United States of America, the State of California or any other
21  applicable jurisdiction, including, but not limited to, such laws existing in the United
22  Mexican States. MGA Mexico further objects to this request on the grounds that it is
23  overly broad and unduly burdensome in that it seeks documents not relevant to the
24  claims or defenses in this action and not reasonably calculated to lead to the
25  discovery of admissible evidence. Mattel has not demonstrated how *all*
26  DOCUMENTS received by, shared with or disclosed to YOU from any FORMER
27  MATTEL EMPLOYEE authored by or for the benefit of MATTEL, or that REFER
28  OR RELATE TO MATTEL, or any MATTEL product, plan, client, customer,

EXHIBIT 14

-61-

PAGE 329

1  current or former MATTEL EMPLOYEE, sales, advertising, marketing, analysis,
2  tool or procedure, could be relevant to the claims and defenses in this action.  The
3  request is not limited to the subject matter of this action and is thus impermissibly
4  overbroad.  See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.  MGA Mexico
5  further objects to this request as being overly broad and unduly burdensome on the
6  grounds that it is not limited in time or geographic scope.  MGA Mexico further
7  objects to this request on the grounds that the terms FORMER MATTEL
8  EMPLOYEES, MATTEL, and REFER OR RELATE TO render the request vague,
9  ambiguous, overly broad and unduly burdensome.  MGA Mexico further objects to
10  the phrases "indirectly," "authored by," "analysis," "tool," "procedure" and "for the
11  benefit of" as vague and ambiguous, and to the term "employee" as calling for a legal
12  conclusion.  MGA Mexico further objects to the request to the extent that it seeks
13  documents that by reason of public filing, public distribution or otherwise are already
14  in Mattel's possession or are readily accessible to Mattel.  MGA Mexico further
15  objects to the request to the extent that it seeks documents not in MGA Mexico's
16  possession, custody or control.  MGA Mexico further objects to the request to the
17  extent it seeks confidential, proprietary or commercially sensitive information, the
18  disclosure of which would be inimical to the business interests of MGA Mexico.

19      MGA Mexico further objects to this request as cumulative, duplicative, and
20  unduly burdensome to the extent that it seeks documents previously requested by
21  Mattel and/or produced in response to Mattel's document requests.

22  REQUEST FOR PRODUCTION NO. 37:

23      To the extent not produced in response to any other Request for Production, all
24  DOCUMENTS received by, shared with or disclosed to YOU, directly or indirectly,
25  at any time after January 1, 1998 from any current or former MATTEL employee or
26  MATTEL contractor that was authored by or for the benefit of MATTEL, or that
27  REFER OR RELATE TO MATTEL, or any MATTEL product, plan, client,

28

EXHIBIT __14__
PAGE __330__

-62-

1 customer, current or former MATTEL employee, sales, advertising, marketing,

2 analysis, tool or procedure.

3 RESPONSE TO REQUEST FOR PRODUCTION NO. 37:

4    MGA Mexico incorporates by reference its General Response and General

5 Objections above, as though fully set forth herein and specifically incorporates

6 General Objection No. 15 (regarding Definitions), including without limitation MGA

7 Mexico's objection to the definition of the terms MATTEL and REFER OR

8 RELATE TO. MGA Mexico further objects to the request to the extent it seeks the

9 production of documents that are protected from disclosure under any applicable

10 privilege, doctrine or immunity, including without limitation the attorney-client

11 privilege, the work product doctrine, the right of privacy, and all other privileges

12 recognized under the constitutional, statutory or decisional law of the United States

13 of America, the State of California or any other applicable jurisdiction, including, but

14 not limited to, such laws existing in the United Mexican States. MGA Mexico

15 further objects to this request on the grounds that it is overly broad and unduly

16 burdensome in that it seeks documents not relevant to the claims or defenses in this

17 action and not reasonably calculated to lead to the discovery of admissible evidence.

18 Mattel has not demonstrated how *all* DOCUMENTS received by, shared with or

19 disclosed to YOU, directly or indirectly, at any time after January 1, 1998 from any

20 current or former MATTEL employee or MATTEL contractor that was authored by

21 or for the benefit of MATTEL, or that REFER OR RELATE TO MATTEL, or any

22 MATTEL product, plan, client, customer, current or former MATTEL employee,

23 sales, advertising, marketing, analysis, tool or procedure, could be relevant to the

24 claims and defenses in this action. The request is not limited to the subject matter of

25 this action and is thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May

26 22 Order at 21:5-7. MGA Mexico further objects to this request as being overly

27 broad and unduly burdensome on the grounds that it is not sufficiently limited in

28 time or geographic scope. MGA Mexico further objects to this request on the

EXHIBIT ___ 131

-63-

PAGE

1  grounds that the terms MATTEL and REFER OR RELATE TO render the request
2  vague, ambiguous, overly broad and unduly burdensome. MGA Mexico further
3  objects to the phrase "indirectly," "authored by," "for the benefit of," "analysis,"
4  "tool," and "procedure" as vague and ambiguous, and to the term "employee" as
5  calling for a legal conclusion. MGA Mexico further objects to the request to the
6  extent that it seeks documents that by reason of public filing, public distribution or
7  otherwise are already in Mattel's possession or are readily accessible to Mattel.
8  MGA Mexico further objects to the request to the extent that it seeks documents not
9  in MGA Mexico's possession, custody or control. MGA Mexico further objects to
10 the request to the extent it seeks confidential, proprietary or commercially sensitive
11 information, the disclosure of which would be inimical to the business interests of
12 MGA Mexico.

13      MGA Mexico further objects to this request as cumulative, duplicative, and
14 unduly burdensome to the extent that it seeks documents previously requested by
15 Mattel and/or produced in response to Mattel's document requests.

16 REQUEST FOR PRODUCTION NO. 38:

17      All DOCUMENTS, including but not limited to all COMMUNICATIONS
18 with any PERSON, that REFER OR RELATE TO YOUR receipt, reproduction,
19 copying, storage, transmission, transfer, retention, destruction, deletion or use of any
20 DOCUMENTS, data and/or information, including but not limited to any
21 compilation of information, that was prepared, made, created, generated, assembled
22 or compiled by or for MATTEL and that YOU received, directly or indirectly, from
23 any FORMER MATTEL EMPLOYEE.

24 RESPONSE TO REQUEST FOR PRODUCTION NO. 38:

25      MGA Mexico incorporates by reference its General Response and General
26 Objections above, as though fully set forth herein and specifically incorporates
27 General Objection No. 15 (regarding Definitions), including without limitation MGA
28 Mexico's objection to the definition of the terms REFER OR RELATE, MATTEL

EXHIBIT

-64-

PAGE    332

1 | and FORMER MATTEL EMPLOYEES. MGA Mexico further objects to the
2 | request to the extent it seeks the production of documents that are protected from
3 | disclosure under any applicable privilege, doctrine or immunity, including without
4 | limitation the attorney-client privilege, the work product doctrine, the right of
5 | privacy, and all other privileges recognized under the constitutional, statutory or
6 | decisional law of the United States of America, the State of California or any other
7 | applicable jurisdiction, including, but not limited to, such laws existing in the United
8 | Mexican States. MGA Mexico further objects to this request on the grounds that it is
9 | overly broad and unduly burdensome in that it seeks documents not relevant to the
10 | claims or defenses in this action and not reasonably calculated to lead to the
11 | discovery of admissible evidence. Mattel has not demonstrated how *all*
12 | DOCUMENTS that REFER OR RELATE TO YOUR receipt, reproduction, copying,
13 | storage, transmission, transfer, retention, destruction, deletion or use of any
14 | DOCUMENTS, data and/or information that was prepared, made, created, generated,
15 | assembled or compiled by or for MATTEL and that YOU received from any
16 | FORMER MATTEL EMPLOYEE, could be relevant to the claims and defenses in
17 | this action. The request is not limited to the subject matter of this action and is thus
18 | impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.
19 | MGA Mexico further objects to this request as being overly broad and unduly
20 | burdensome on the grounds that it is not limited in time or geographic scope. MGA
21 | Mexico further objects to this request on the grounds that the terms REFER OR
22 | RELATE, MATTEL and FORMER MATTEL EMPLOYEES render the request
23 | vague, ambiguous, overly broad and unduly burdensome. MGA Mexico further
24 | objects to the phrase, "by or for MATTEL" and "indirectly" as vague and ambiguous.
25 | MGA Mexico further objects to the request to the extent that it seeks documents that
26 | by reason of public filing, public distribution or otherwise are already in Mattel's
27 | possession or are readily accessible to Mattel. MGA Mexico further objects to the
28 | request to the extent that it seeks documents not in MGA Mexico's possession,

EXHIBIT ___ 14
PAGE 333

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A                                MSW - Draft December 19, 2007 - 1:25 PM

1　custody or control.  MGA Mexico further objects to the request to the extent it seeks

2　confidential, proprietary or commercially sensitive information, the disclosure of

3　which would be inimical to the business interests of MGA Mexico.  MGA Mexico

4　further objects to the request to the extent it violates the privacy rights of third parties

5　to their private, confidential, proprietary or trade secret information.

6　　　　MGA Mexico further objects to this request as cumulative, duplicative, and

7　unduly burdensome to the extent that it seeks documents previously requested by

8　Mattel and/or produced in response to Mattel's document requests.

9　REQUEST FOR PRODUCTION NO. 39:

10　　　　To the extent not produced in response to any other Request for Production, all

11　DOCUMENTS, including but not limited to all COMMUNICATIONS with any

12　PERSON, that REFER OR RELATE TO YOUR receipt, reproduction, copying,

13　storage, transmission, transfer, retention, destruction, deletion or use of any

14　DOCUMENTS, data and/or information, including but not limited to any

15　compilation of information, that was prepared, made, created, generated, assembled

16　or compiled by or for MATTEL and that YOU received, directly or indirectly, at any

17　time after January 1, 1998 from any current or former MATTEL employee or

18　MATTEL contractor.

19　RESPONSE TO REQUEST FOR PRODUCTION NO. 39:

20　　　　MGA Mexico incorporates by reference its General Response and General

21　Objections above, as though fully set forth herein and specifically incorporates

22　General Objection No. 15 (regarding Definitions), including without limitation MGA

23　Mexico's objection to the definition of the terms MATTEL and REFER OR

24　RELATE TO.  MGA Mexico further objects to the request to the extent it seeks the

25　production of documents that are protected from disclosure under any applicable

26　privilege, doctrine or immunity, including without limitation the attorney-client

27　privilege, the work product doctrine, the right of privacy, and all other privileges

28　recognized under the constitutional, statutory or decisional law of the United States

EXHIBIT ___14___

PAGE ___334___

-66-

1 | of America, the State of California or any other applicable jurisdiction, including, but
2 | not limited to, such laws existing in the United Mexican States. MGA Mexico
3 | further objects to this request on the grounds that it is overly broad and unduly
4 | burdensome in that it seeks documents not relevant to the claims or defenses in this
5 | action and not reasonably calculated to lead to the discovery of admissible evidence.
6 | Mattel has not demonstrated how *all* DOCUMENTS that REFER OR RELATE TO
7 | YOUR receipt, reproduction, copying, storage, transmission, transfer, retention,
8 | destruction, deletion or use of any DOCUMENTS, data and/or information that was
9 | prepared, made, created, generated, assembled or compiled by or for MATTEL and
10 | that YOU received, directly or indirectly, at any time after January 1, 1998 from any
11 | current or former MATTEL EMPLOYEE or MATTEL contractor, could be relevant
12 | to the claims and defenses in this action. The request is not limited to the subject
13 | matter of this action and is thus impermissibly overbroad. See Aug. 13 Order at
14 | 9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this request as
15 | being overly broad and unduly burdensome on the grounds that it is not sufficiently
16 | limited in time or geographic scope. MGA Mexico further objects to this request on
17 | the grounds that the term REFER OR RELATE TO render the request vague,
18 | ambiguous, overly broad and unduly burdensome. MGA Mexico further objects to
19 | the phrases "compilation of information" and "indirectly" as vague and ambiguous,
20 | and to the terms "contractor" and "employee" as calling for a legal conclusion.
21 | MGA Mexico further objects to the request to the extent that it seeks documents that
22 | by reason of public filing, public distribution or otherwise are already in Mattel's
23 | possession or are readily accessible to Mattel. MGA Mexico further objects to the
24 | request to the extent that it seeks documents not in MGA Mexico's possession,
25 | custody or control. MGA Mexico further objects to the request to the extent it seeks
26 | confidential, proprietary or commercially sensitive information, the disclosure of
27 | which would be inimical to the business interests of MGA Mexico. MGA Mexico
28 |

EXHIBIT __14__
PAGE __335__

-67-

1 │ further objects to the request to the extent it violates the privacy rights of third parties
2 │ to their private, confidential, proprietary or trade secret information.

3 │ MGA Mexico further objects to this request as cumulative, duplicative, and
4 │ unduly burdensome to the extent that it seeks documents previously requested by
5 │ Mattel and/or produced in response to Mattel's document requests.

6 │ REQUEST FOR PRODUCTION NO. 40:

7 │ ALL DOCUMENTS that REFER or RELATE to efforts to destroy, disable or
8 │ otherwise interfere with the ability to access any MATTEL computer or electronic
9 │ storage device.

10 │ RESPONSE TO REQUEST FOR PRODUCTION NO. 40:

11 │ MGA Mexico incorporates by reference its General Response and General
12 │ Objections above, as though fully set forth herein and specifically incorporates
13 │ General Objection No. 15 (regarding Definitions), including without limitation MGA
14 │ Mexico's objection to the definition of the terms REFER OR RELATE and
15 │ MATTEL. MGA Mexico further objects to the request to the extent it seeks the
16 │ production of documents that are protected from disclosure under any applicable
17 │ privilege, doctrine or immunity, including without limitation the attorney-client
18 │ privilege, the work product doctrine, the right of privacy, and all other privileges
19 │ recognized under the constitutional, statutory or decisional law of the United States
20 │ of America, the State of California or any other applicable jurisdiction, including, but
21 │ not limited to, such laws existing in the United Mexican States. MGA Mexico
22 │ further objects to this request on the grounds that it is overly broad and unduly
23 │ burdensome in that it seeks documents not relevant to the claims or defenses in this
24 │ action and not reasonably calculated to lead to the discovery of admissible evidence.
25 │ Mattel has not demonstrated how *all* DOCUMENTS that REFER or RELATE to
26 │ efforts to destroy, disable or otherwise interfere with the ability to access any
27 │ MATTEL computer or electronic storage device, could be relevant to the claims and
28 │ defenses in this action. The request is not limited to the subject matter of this action

EXHIBIT ___ 14

-68-

336

1  and is thus impermissibly overbroad. <u>See</u> Aug. 13 Order at 9:17-20; May 22 Order
2  at 21:5-7. MGA Mexico further objects to this request as being overly broad and
3  unduly burdensome on the grounds that it is not limited in time or geographic scope.
4  MGA Mexico further objects to this request on the grounds that the terms REFER
5  OR RELATE and MATTEL render the request vague, ambiguous, overly broad and
6  unduly burdensome. MGA Mexico further objects to the phrases "interfere with,"
7  "ability to access," and "MATTEL computer or electronic storage device" as vague
8  and ambiguous. MGA Mexico further objects to the request to the extent that it
9  seeks documents that by reason of public filing, public distribution or otherwise are
10  already in Mattel's possession or are readily accessible to Mattel. MGA Mexico
11  further objects to the request to the extent that it seeks documents not in MGA
12  Mexico's possession, custody or control. MGA Mexico further objects to the request
13  to the extent it seeks confidential, proprietary or commercially sensitive information,
14  the disclosure of which would be inimical to the business interests of MGA Mexico.
15  MGA Mexico further objects to the request to the extent it violates the privacy rights
16  of third parties to their private, confidential, proprietary or trade secret information.

17      MGA Mexico further objects to this request as cumulative, duplicative, and
18  unduly burdensome to the extent that it seeks documents previously requested by
19  Mattel and/or produced in response to Mattel's document requests.

20  <u>REQUEST FOR PRODUCTION NO. 41</u>:

21      A copy of each personnel file that REFERS OR RELATES TO any of the
22  FORMER MATTEL EMPLOYEES.

23  <u>RESPONSE TO REQUEST FOR PRODUCTION NO. 41</u>:

24      MGA Mexico incorporates by reference its General Response and General
25  Objections above, as though fully set forth herein and specifically incorporates
26  General Objection No. 15 (regarding Definitions), including without limitation MGA
27  Mexico's objection to the definition of the terms REFERS OR RELATES TO and
28  FORMER MATTEL EMPLOYEES. MGA Mexico further objects to the request to

EXHIBIT ___14___

-69-   PAGE   337

1  the extent it seeks the production of documents that are protected from disclosure
2  under any applicable privilege, doctrine or immunity, including without limitation
3  the attorney-client privilege, the work product doctrine, the right of privacy, and all
4  other privileges recognized under the constitutional, statutory or decisional law of
5  the United States of America, the State of California or any other applicable
6  jurisdiction, including, but not limited to, such laws existing in the United Mexican
7  States.  MGA Mexico further objects to this request on the grounds that it is overly
8  broad and unduly burdensome in that it seeks documents not relevant to the claims or
9  defenses in this action and not reasonably calculated to lead to the discovery of
10  admissible evidence.  Mattel has not demonstrated how each and every personnel file
11  that REFERS OR RELATES TO any of the FORMER MATTEL EMPLOYEES
12  could be relevant to the claims and defenses in this action.  The request is not limited
13  to the subject matter of this action and is thus impermissibly overbroad.  See Aug. 13
14  Order at 9:17-20; May 22 Order at 21:5-7.  MGA Mexico further objects to this
15  request on the grounds that the terms REFERS OR RELATES TO and FORMER
16  MATTEL EMPLOYEES render the request vague, ambiguous, overly broad and
17  unduly burdensome.  MGA Mexico further objects to the request to the extent that it
18  seeks documents not in MGA Mexico's possession, custody or control.  MGA
19  Mexico further objects to the request to the extent it seeks confidential, proprietary
20  or commercially sensitive information, the disclosure of which would be inimical to
21  the business interests of MGA Mexico.  MGA Mexico further objects to the request
22  to the extent it violates the privacy rights of third parties to their private, confidential,
23  proprietary or trade secret information.

24      MGA Mexico further objects to this request as cumulative, duplicative, and
25  unduly burdensome to the extent that it seeks documents previously requested by
26  Mattel and/or produced in response to Mattel's document requests.

27

28

EXHIBIT 14
PAGE 338

-70-

1  REQUEST FOR PRODUCTION NO. 42:

2      All DOCUMENTS that REFER OR RELATE TO any of the FORMER

3  MATTEL EMPLOYEES' job titles and job duties in each position the FORMER

4  MATTEL EMPLOYEES held while employed by YOU.

5  RESPONSE TO REQUEST FOR PRODUCTION NO. 42:

6      MGA Mexico incorporates by reference its General Response and General

7  Objections above, as though fully set forth herein and specifically incorporates

8  General Objection No. 15 (regarding Definitions), including without limitation MGA

9  Mexico's objection to the definition of the terms REFER OR RELATE TO and

10  FORMER MATTEL EMPLOYEES. MGA Mexico further objects to the request to

11  the extent it seeks the production of documents that are protected from disclosure

12  under any applicable privilege, doctrine or immunity, including without limitation

13  the attorney-client privilege, the work product doctrine, the right of privacy, and all

14  other privileges recognized under the constitutional, statutory or decisional law of

15  the United States of America, the State of California or any other applicable

16  jurisdiction, including, but not limited to, such laws existing in the United Mexican

17  States. MGA Mexico further objects to this request on the grounds that it is overly

18  broad and unduly burdensome in that it seeks documents not relevant to the claims or

19  defenses in this action and not reasonably calculated to lead to the discovery of

20  admissible evidence. Mattel has not demonstrated how *all* DOCUMENTS that

21  REFER OR RELATE TO any of the FORMER MATTEL EMPLOYEES' job titles

22  and job duties in each position the FORMER MATTEL EMPLOYEES held while

23  employed by YOU, could be relevant to the claims and defenses in this action. The

24  request is not limited to the subject matter of this action and is thus impermissibly

25  overbroad. See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7. MGA Mexico

26  further objects to this request as being overly broad and unduly burdensome on the

27  grounds that it is not limited in time or geographic scope. MGA Mexico further

28  objects to this request on the grounds that the terms REFER OR RELATE TO and

EXHIBIT     14
-71-     PAGE     339

1 FORMER MATTEL EMPLOYEES render the request vague, ambiguous, overly
2 broad and unduly burdensome. MGA Mexico further objects to the phrase "job
3 duties" as vague and ambiguous, and to the phrase "employed by" as calling for a
4 legal conclusion. MGA Mexico further objects to the request to the extent that it
5 seeks documents that by reason of public filing, public distribution or otherwise are
6 already in Mattel's possession or are readily accessible to Mattel. MGA Mexico
7 further objects to the request to the extent that it seeks documents not in MGA
8 Mexico's possession, custody or control. MGA Mexico further objects to the request
9 to the extent it seeks confidential, proprietary or commercially sensitive information,
10 the disclosure of which would be inimical to the business interests of MGA Mexico.
11 MGA Mexico further objects to the request to the extent it violates the privacy rights
12 of third parties to their private, confidential, proprietary or trade secret information.

13 MGA Mexico further objects to this request as cumulative, duplicative, and
14 unduly burdensome to the extent that it seeks documents previously requested by
15 Mattel and/or produced in response to Mattel's document requests.

16 REQUEST FOR PRODUCTION NO. 43:

17 All DOCUMENTS, including but not limited to all COMMUNICATIONS,
18 that REFER OR RELATE TO YOUR market planning or product development
19 prepared, created, sent or transmitted, whether in whole or in part, by MACHADO at
20 any time prior to April 30, 2005.

21 RESPONSE TO REQUEST FOR PRODUCTION NO. 43:

22 MGA Mexico incorporates by reference its General Response and General
23 Objections above, as though fully set forth herein and specifically incorporates
24 General Objection No. 15 (regarding Definitions), including without limitation MGA
25 Mexico's objection to the definition of the terms REFER OR RELATE TO and
26 MACHADO. MGA Mexico further objects to the request to the extent it seeks the
27 production of documents that are protected from disclosure under any applicable
28 privilege, doctrine or immunity, including without limitation the attorney-client

-72-

EXHIBIT /_____

1  privilege, the work product doctrine, the right of privacy, and all other privileges
2  recognized under the constitutional, statutory or decisional law of the United States
3  of America, the State of California or any other applicable jurisdiction, including, but
4  not limited to, such laws existing in the United Mexican States. MGA Mexico
5  further objects to this request on the grounds that it is overly broad and unduly
6  burdensome in that it seeks documents not relevant to the claims or defenses in this
7  action and not reasonably calculated to lead to the discovery of admissible evidence.
8  Mattel has not demonstrated how *all* DOCUMENTS prepared, created, sent or
9  transmitted, whether in whole or in part, by MACHADO at any time prior to April
10 30, 2005, could be relevant to the claims and defenses in this action. The request is
11 not limited to the subject matter of this action and is thus impermissibly overbroad.
12 See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7. MGA Mexico further
13 objects to this request as being overly broad and unduly burdensome on the grounds
14 that it is not sufficiently limited in time or geographic scope. MGA Mexico further
15 objects to this request on the grounds that the terms REFER OR RELATE TO and
16 MACHADO render the request vague, ambiguous, overly broad and unduly
17 burdensome. MGA Mexico further objects to the phrases "market planning,"
18 "product development" and "in part" as vague and ambiguous. MGA Mexico further
19 objects to the request to the extent that it seeks documents that by reason of public
20 filing, public distribution or otherwise are already in Mattel's possession or are
21 readily accessible to Mattel. MGA Mexico further objects to the request to the
22 extent that it seeks documents not in MGA Mexico's possession, custody or control.
23 MGA Mexico further objects to the request to the extent it seeks confidential,
24 proprietary or commercially sensitive information, the disclosure of which would be
25 inimical to the business interests of MGA Mexico. MGA Mexico further objects to
26 the request to the extent it violates the privacy rights of third parties to their private,
27 confidential, proprietary or trade secret information.

28

EXHIBIT __14__

PAGE __341__

-73-

1   MGA Mexico further objects to this request as cumulative, duplicative, and
2   unduly burdensome to the extent that it seeks documents previously requested by
3   Mattel and/or produced in response to Mattel's document requests.

4   REQUEST FOR PRODUCTION NO. 44:

5       All DOCUMENTS, including but not limited to all COMMUNICATIONS,
6   that REFER OR RELATE TO YOUR market planning or product development
7   prepared, created, sent or transmitted, whether in whole or in part, by TRUEBA at
8   any time prior to April 30, 2005.

9   RESPONSE TO REQUEST FOR PRODUCTION NO. 44:

10      MGA Mexico incorporates by reference its General Response and General
11  Objections above, as though fully set forth herein and specifically incorporates
12  General Objection No. 15 (regarding Definitions), including without limitation MGA
13  Mexico's objection to the definition of the terms REFER OR RELATE TO and
14  TRUEBA.  MGA Mexico further objects to the request to the extent it seeks the
15  production of documents that are protected from disclosure under any applicable
16  privilege, doctrine or immunity, including without limitation the attorney-client
17  privilege, the work product doctrine, the right of privacy, and all other privileges
18  recognized under the constitutional, statutory or decisional law of the United States
19  of America, the State of California or any other applicable jurisdiction, including, but
20  not limited to, such laws existing in the United Mexican States.  MGA Mexico
21  further objects to this request on the grounds that it is overly broad and unduly
22  burdensome in that it seeks documents not relevant to the claims or defenses in this
23  action and not reasonably calculated to lead to the discovery of admissible evidence.
24  Mattel has not demonstrated how *all* DOCUMENTS that REFER OR RELATE TO
25  market planning or product development prepared, created, sent or transmitted,
26  whether in whole or in part, by TRUEBA at any time prior to April 30, 2005, could
27  be relevant to the claims and defenses in this action.  The request is not limited to the
28  subject matter of this action and is thus impermissibly overbroad.  See Aug. 13 Order

EXHIBIT __19__
-74-            PAGE __342__

1  at 9:17-20; May 22 Order at 21:5-7.  MGA Mexico further objects to this request as

2  being overly broad and unduly burdensome on the grounds that it is not sufficiently

3  limited in time or geographic scope.  MGA Mexico further objects to this request on

4  the grounds that the terms REFER OR RELATE TO and TRUEBA render the

5  request vague, ambiguous, overly broad and unduly burdensome.  MGA Mexico

6  further objects to the phrases "market planning," "product development" and "in

7  part" as vague and ambiguous.  MGA Mexico further objects to the request to the

8  extent that it seeks documents that by reason of public filing, public distribution or

9  otherwise are already in Mattel's possession or are readily accessible to Mattel.

10  MGA Mexico further objects to the request to the extent that it seeks documents not

11  in MGA Mexico's possession, custody or control.  MGA Mexico further objects to

12  the request to the extent it seeks confidential, proprietary or commercially sensitive

13  information, the disclosure of which would be inimical to the business interests of

14  MGA Mexico.  MGA Mexico further objects to the request to the extent it violates

15  the privacy rights of third parties to their private, confidential, proprietary or trade

16  secret information.

17       MGA Mexico further objects to this request as cumulative, duplicative, and

18  unduly burdensome to the extent that it seeks documents previously requested by

19  Mattel and/or produced in response to Mattel's document requests.

20  REQUEST FOR PRODUCTION NO. 45:

21       All DOCUMENTS, including but not limited to all COMMUNICATIONS,

22  that REFER OR RELATE TO YOUR promotional spending and activities prepared,

23  created, sent or transmitted, whether in whole or in part, by VARGAS at any time

24  prior to April 30, 2005.

25  RESPONSE TO REQUEST FOR PRODUCTION NO. 45:

26       MGA Mexico incorporates by reference its General Response and General

27  Objections above, as though fully set forth herein and specifically incorporates

28  General Objection No. 15 (regarding Definitions), including without limitation MGA

-75-

EXHIBIT ____ 14
PAGE ____ 343

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A                                    MSW - Draft December 19, 2007 - 1:25 PM

1   Mexico's objection to the definition of the terms REFER OR RELATE TO and
2   VARGAS. MGA Mexico further objects to the request to the extent it seeks the
3   production of documents that are protected from disclosure under any applicable
4   privilege, doctrine or immunity, including without limitation the attorney-client
5   privilege, the work product doctrine, the right of privacy, and all other privileges
6   recognized under the constitutional, statutory or decisional law of the United States
7   of America, the State of California or any other applicable jurisdiction, including, but
8   not limited to, such laws existing in the United Mexican States. MGA Mexico
9   further objects to this request on the grounds that it is overly broad and unduly
10  burdensome in that it seeks documents not relevant to the claims or defenses in this
11  action and not reasonably calculated to lead to the discovery of admissible evidence.
12  Mattel has not demonstrated how *all* DOCUMENTS that REFER OR RELATE TO
13  MGA Mexico's promotional spending and activities prepared, created, sent or
14  transmitted, whether in whole or in part, by VARGAS at any time prior to April 30,
15  2005, could be relevant to the claims and defenses in this action. The request is not
16  limited to the subject matter of this action and is thus impermissibly overbroad. See
17  Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to
18  this request as being overly broad and unduly burdensome on the grounds that it is
19  not sufficiently limited in time or geographic scope. MGA Mexico further objects to
20  this request on the grounds that the terms REFER OR RELATE TO and VARGAS
21  render the request vague, ambiguous, overly broad and unduly burdensome. MGA
22  Mexico further objects to the terms "activities" and "in part" as vague and ambiguous.
23  MGA Mexico further objects to the request to the extent that it seeks documents that
24  by reason of public filing, public distribution or otherwise are already in Mattel's
25  possession or are readily accessible to Mattel. MGA Mexico further objects to the
26  request to the extent that it seeks documents not in MGA Mexico's possession,
27  custody or control. MGA Mexico further objects to the request to the extent it seeks
28  confidential, proprietary or commercially sensitive information, the disclosure of

EXHIBIT _____ /4

-76-                    PAGE          344

1 | which would be inimical to the business interests of MGA Mexico.  MGA Mexico

2 | further objects to the request to the extent it violates the privacy rights of third parties

3 | to their private, confidential, proprietary or trade secret information.

4 | 　　MGA Mexico further objects to this request as cumulative, duplicative, and

5 | unduly burdensome to the extent that it seeks documents previously requested by

6 | Mattel and/or produced in response to Mattel's document requests.

7 | REQUEST FOR PRODUCTION NO. 46:

8 | 　　All DOCUMENTS that REFER OR RELATE TO any promotions, bonuses,

9 | monetary incentives, payments, increases in benefits or pay, awards, transfers,

10 | warnings, admonishments, discipline, reprimands, demotions or terminations of or

11 | received by any of the FORMER MATTEL EMPLOYEES while employed by YOU,

12 | including without limitation all DOCUMENTS that REFER OR RELATE TO the

13 | reasons therefor.

14 | RESPONSE TO REQUEST FOR PRODUCTION NO. 46:

15 | 　　MGA Mexico incorporates by reference its General Response and General

16 | Objections above, as though fully set forth herein and specifically incorporates

17 | General Objection No. 15 (regarding Definitions), including without limitation MGA

18 | Mexico's objection to the definition of the terms REFER OR RELATE TO and

19 | FORMER MATTEL EMPLOYEES.  MGA Mexico further objects to the request to

20 | the extent it seeks the production of documents that are protected from disclosure

21 | under any applicable privilege, doctrine or immunity, including without limitation

22 | the attorney-client privilege, the work product doctrine, the right of privacy, and all

23 | other privileges recognized under the constitutional, statutory or decisional law of

24 | the United States of America, the State of California or any other applicable

25 | jurisdiction, including, but not limited to, such laws existing in the United Mexican

26 | States.  MGA Mexico further objects to this request on the grounds that it is overly

27 | broad and unduly burdensome in that it seeks documents not relevant to the claims or

28 | defenses in this action and not reasonably calculated to lead to the discovery of

EXHIBIT _14_

-77-

PAGE 345

1 admissible evidence. Mattel has not demonstrated how *all* DOCUMENTS that

2 REFER OR RELATE TO any promotions, bonuses, monetary incentives, payments,

3 increases in benefits or pay, awards, transfers, warnings, admonishments, discipline,

4 reprimands, demotions or terminations of or received by any of the FORMER

5 MATTEL EMPLOYEES while employed by YOU, could be relevant to the claims

6 and defenses in this action. The request is not limited to the subject matter of this

7 action and is thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22

8 Order at 21:5-7. MGA Mexico further objects to this request as being overly broad

9 and unduly burdensome on the grounds that it is not limited in time or geographic

10 scope. MGA Mexico further objects to this request on the grounds that the terms

11 REFER OR RELATE TO and FORMER MATTEL EMPLOYEES render the

12 request vague, ambiguous, overly broad and unduly burdensome. MGA Mexico

13 further objects to the phrases "monetary incentives," "awards," and "transfers" as

14 vague and ambiguous, and to "employed by" as calling for a legal conclusion. MGA

15 Mexico further objects to the request to the extent that it seeks documents that by

16 reason of public filing, public distribution or otherwise are already in Mattel's

17 possession or are readily accessible to Mattel. MGA Mexico further objects to the

18 request to the extent that it seeks documents not in MGA Mexico's possession,

19 custody or control. MGA Mexico further objects to the request to the extent it seeks

20 confidential, proprietary or commercially sensitive information, the disclosure of

21 which would be inimical to the business interests of MGA Mexico. MGA Mexico

22 further objects to the request to the extent it violates the privacy rights of third parties

23 to their private, confidential, proprietary or trade secret information.

24      MGA Mexico further objects to this request as cumulative, duplicative, and

25 unduly burdensome to the extent that it seeks documents previously requested by

26 Mattel and/or produced in response to Mattel's document requests.

27

28

EXHIBIT ___14___

PAGE ___346___

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A                                 MSW - Draft December 19, 2007 - 1:25 PM

1  REQUEST FOR PRODUCTION NO. 47:

2      DOCUMENTS sufficient to show all efforts that YOU take to maintain the

3  secrecy of YOUR trade secrets, and the date YOU started such efforts, including but

4  not limited to all policies and procedures related thereto.

5  RESPONSE TO REQUEST FOR PRODUCTION NO. 47:

6      MGA Mexico incorporates by reference its General Response and General

7  Objections above, as though fully set forth herein and specifically incorporates

8  General Objection No. 15 (regarding Definitions), including without limitation MGA

9  Mexico's objection to the definition of the terms YOU and YOUR.  MGA Mexico

10  further objects to the request to the extent it seeks the production of documents that

11  are protected from disclosure under any applicable privilege, doctrine or immunity,

12  including without limitation the attorney-client privilege, the work product doctrine,

13  the right of privacy, and all other privileges recognized under the constitutional,

14  statutory or decisional law of the United States of America, the State of California or

15  any other applicable jurisdiction, including, but not limited to, such laws existing in

16  the United Mexican States.  MGA Mexico further objects to this request on the

17  grounds that it is overly broad and unduly burdensome in that it seeks documents not

18  relevant to the claims or defenses in this action and not reasonably calculated to lead

19  to the discovery of admissible evidence.  The request is not limited to the subject

20  matter of this action and is thus impermissibly overbroad.  See Aug. 13 Order at

21  9:17-20; May 22 Order at 21:5-7.  MGA Mexico further objects to this request as

22  being overly broad and unduly burdensome on the grounds that it is not limited in

23  time or geographic scope.  MGA Mexico further objects to this request on the

24  grounds that the terms YOU and YOUR render the request vague, ambiguous, overly

25  broad and unduly burdensome.  MGA Mexico further objects to the phrase "policies

26  and procedures related thereto," and to the term "secrecy," as vague and ambiguous.

27  MGA Mexico further objects to the request to the extent that it seeks documents not

28  in MGA Mexico's possession, custody or control.  MGA Mexico further objects to

EXHIBIT ____ 14 ____

-79-

PAGE ____ 947 ____

1  the request to the extent it seeks confidential, proprietary or commercially sensitive

2  information, the disclosure of which would be inimical to the business interests of

3  MGA Mexico.

4     MGA Mexico further objects to this request as cumulative, duplicative, and

5  unduly burdensome to the extent that it seeks documents previously requested by

6  Mattel and/or produced in response to Mattel's document requests.

7  REQUEST FOR PRODUCTION NO. 48:

8     All DOCUMENTS that REFER OR RELATE TO any failures to comply with

9  YOUR efforts or violation of YOUR policies or procedure to maintain the secrecy of

10  YOUR trade secrets.

11  RESPONSE TO REQUEST FOR PRODUCTION NO. 48:

12     MGA Mexico incorporates by reference its General Response and General

13  Objections above, as though fully set forth herein and specifically incorporates

14  General Objection No. 15 (regarding Definitions), including without limitation MGA

15  Mexico's objection to the definition of the terms REFER OR RELATE TO, YOU

16  and YOUR.  MGA Mexico further objects to the request to the extent it seeks the

17  production of documents that are protected from disclosure under any applicable

18  privilege, doctrine or immunity, including without limitation the attorney-client

19  privilege, the work product doctrine, the right of privacy, and all other privileges

20  recognized under the constitutional, statutory or decisional law of the United States

21  of America, the State of California or any other applicable jurisdiction, including, but

22  not limited to, such laws existing in the United Mexican States.  MGA Mexico

23  further objects to this request on the grounds that it is overly broad and unduly

24  burdensome in that it seeks documents not relevant to the claims or defenses in this

25  action and not reasonably calculated to lead to the discovery of admissible evidence.

26  Mattel has not demonstrated how *all* DOCUMENTS that REFER OR RELATE TO

27  any failures to comply with YOUR efforts or violation of MGA Mexico's policies or

28  procedure to maintain the secrecy of YOUR trade secrets, could be relevant to the

EXHIBIT ___14__
-80-                     PAGE ___343__

1 claims and defenses in this action. The request is not limited to the subject matter of
2 this action and is thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May
3 22 Order at 21:5-7. MGA Mexico further objects to this request as being overly
4 broad and unduly burdensome on the grounds that it is not limited in time or
5 geographic scope. MGA Mexico further objects to this request on the grounds that
6 the terms REFER OR RELATE TO, YOU and YOUR render the request vague,
7 ambiguous, overly broad and unduly burdensome. MGA Mexico further objects to
8 the phrase "failures to comply with YOUR efforts," and the term "secrecy" as vague
9 and ambiguous. MGA Mexico further objects to the request to the extent it seeks
10 confidential, proprietary or commercially sensitive information, the disclosure of
11 which would be inimical to the business interests of MGA Mexico.

12 MGA Mexico further objects to this request as cumulative, duplicative, and
13 unduly burdensome to the extent that it seeks documents previously requested by
14 Mattel and/or produced in response to Mattel's document requests.

15 REQUEST FOR PRODUCTION NO. 49:

16 DOCUMENTS sufficient to IDENTIFY who failed to comply with YOUR
17 efforts or violated YOUR policies and procedures to maintain the secrecy of YOUR
18 trade secrets.

19 RESPONSE TO REQUEST FOR PRODUCTION NO. 49:

20 MGA Mexico incorporates by reference its General Response and General
21 Objections above, as though fully set forth herein and specifically incorporates
22 General Objection No. 15 (regarding Definitions), including without limitation MGA
23 Mexico's objection to the definition of the term YOUR. MGA Mexico further
24 objects to the request to the extent it seeks the production of documents that are
25 protected from disclosure under any applicable privilege, doctrine or immunity,
26 including without limitation the attorney-client privilege, the work product doctrine,
27 the right of privacy, and all other privileges recognized under the constitutional,
28 statutory or decisional law of the United States of America, the State of California or

EXHIBIT ____ 14

-81-   PAGE   349

1 | any other applicable jurisdiction, including, but not limited to, such laws existing in
2 | the United Mexican States. MGA Mexico further objects to this request on the
3 | grounds that it is overly broad and unduly burdensome in that it seeks documents not
4 | relevant to the claims or defenses in this action and not reasonably calculated to lead
5 | to the discovery of admissible evidence. The request is not limited to the subject
6 | matter of this action and is thus impermissibly overbroad. See Aug. 13 Order at
7 | 9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this request as
8 | being overly broad and unduly burdensome on the grounds that it is not limited in
9 | time or geographic scope. MGA Mexico further objects to this request on the
10 | grounds that the term YOUR renders the request vague, ambiguous, overly broad
11 | and unduly burdensome. MGA Mexico further objects to the phrase "failed to
12 | comply with YOUR efforts," and to the term "secrecy," as vague and ambiguous.
13 | MGA Mexico further objects to the request to the extent it seeks confidential,
14 | proprietary or commercially sensitive information, the disclosure of which would be
15 | inimical to the business interests of MGA Mexico.

16 | MGA Mexico further objects to this request as cumulative, duplicative, and
17 | unduly burdensome to the extent that it seeks documents previously requested by
18 | Mattel and/or produced in response to Mattel's document requests.

19 | REQUEST FOR PRODUCTION NO. 50:

20 | All DOCUMENTS that REFER OR RELATE TO any warning, admonition,
21 | discipline or any other adverse employment action that YOU have taken toward any
22 | of YOUR current or former employees for using a competitor's confidential or
23 | proprietary information, trade secrets or intellectual property.

24 | RESPONSE TO REQUEST FOR PRODUCTION NO. 50:

25 | MGA Mexico incorporates by reference its General Response and General
26 | Objections above, as though fully set forth herein and specifically incorporates
27 | General Objection No. 15 (regarding Definitions), including without limitation MGA
28 | Mexico's objection to the definition of the term REFER OR RELATE TO. MGA

EXHIBIT 14

-82-

1  Mexico further objects to the request to the extent it seeks the production of

2  documents that are protected from disclosure under any applicable privilege, doctrine

3  or immunity, including without limitation the attorney-client privilege, the work

4  product doctrine, the right of privacy, and all other privileges recognized under the

5  constitutional, statutory or decisional law of the United States of America, the State

6  of California or any other applicable jurisdiction, including, but not limited to, such

7  laws existing in the United Mexican States. MGA Mexico further objects to this

8  request on the grounds that it is overly broad and unduly burdensome in that it seeks

9  documents not relevant to the claims or defenses in this action and not reasonably

10  calculated to lead to the discovery of admissible evidence. Mattel has not

11  demonstrated how *all* DOCUMENTS that REFER OR RELATE TO any warning,

12  admonition, discipline or any other adverse employment action that YOU have taken

13  toward any of YOUR current or former employees for using a competitor's

14  confidential or proprietary information, trade secrets or intellectual property, could

15  be relevant to the claims and defenses in this action. The request is not limited to the

16  subject matter of this action and is thus impermissibly overbroad. See Aug. 13 Order

17  at 9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this request as

18  being overly broad and unduly burdensome on the grounds that it is not limited in

19  time or geographic scope. MGA Mexico further objects to this request on the

20  grounds that the term REFER OR RELATE TO render the request vague, ambiguous,

21  overly broad and unduly burdensome. MGA Mexico object to the phrases

22  "confidential or proprietary information," "trade secrets," "intellectual property," and

23  "employees," as vague and ambiguous and calling for legal conclusions, and to the

24  term "using" as vague and ambiguous. MGA Mexico further objects to the request

25  to the extent it seeks confidential, proprietary or commercially sensitive information,

26  the disclosure of which would be inimical to the business interests of MGA Mexico.

27

28

EXHIBIT  14

PAGE  351

-83-

1    MGA Mexico further objects to this request as cumulative, duplicative, and
2 unduly burdensome to the extent that it seeks documents previously requested by
3 Mattel and/or produced in response to Mattel's document requests.

4 REQUEST FOR PRODUCTION NO. 51:

5    All DOCUMENTS that REFER OR RELATE TO the destruction, loss, failure
6 to preserve, or otherwise render unavailable or inaccessible any MATTEL
7 DOCUMENTS.

8 RESPONSE TO REQUEST FOR PRODUCTION NO. 51:

9    MGA Mexico incorporates by reference its General Response and General
10 Objections above, as though fully set forth herein and specifically incorporates
11 General Objection No. 15 (regarding Definitions), including without limitation MGA
12 Mexico's objection to the definition of the terms REFER OR RELATE TO and
13 MATTEL DOCUMENTS.  MGA Mexico further objects to the request to the extent
14 it seeks the production of documents that are protected from disclosure under any
15 applicable privilege, doctrine or immunity, including without limitation the attorney-
16 client privilege, the work product doctrine, the right of privacy, and all other
17 privileges recognized under the constitutional, statutory or decisional law of the
18 United States of America, the State of California or any other applicable jurisdiction,
19 including, but not limited to, such laws existing in the United Mexican States.  MGA
20 Mexico further objects to this request on the grounds that it is overly broad and
21 unduly burdensome in that it seeks documents not relevant to the claims or defenses
22 in this action and not reasonably calculated to lead to the discovery of admissible
23 evidence.  Mattel has not demonstrated how *all* DOCUMENTS that REFER OR
24 RELATE TO the destruction, loss, failure to preserve, or otherwise render
25 unavailable or inaccessible any MATTEL DOCUMENTS, could be relevant to the
26 claims and defenses in this action.  The request is not limited to the subject matter of
27 this action and is thus impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May
28 22 Order at 21:5-7.  MGA Mexico further objects to this request as being overly

EXHIBIT _____
-84-
PAGE                352

1 | broad and unduly burdensome on the grounds that it is not limited in time or
2 | geographic scope. MGA Mexico further objects to this request on the grounds that
3 | the terms REFER OR RELATE TO and MATTEL DOCUMENTS render the
4 | request vague, ambiguous, overly broad and unduly burdensome. MGA Mexico
5 | further objects to the phrase "render unavailable or inaccessible" as vague and
6 | ambiguous. MGA Mexico further objects to the request to the extent that it seeks
7 | documents that by reason of public filing, public distribution or otherwise are already
8 | in Mattel's possession or are readily accessible to Mattel. MGA Mexico further
9 | objects to the request to the extent that it seeks documents not in MGA Mexico's
10 | possession, custody or control. MGA Mexico further objects to the request to the
11 | extent it seeks confidential, proprietary or commercially sensitive information, the
12 | disclosure of which would be inimical to the business interests of MGA Mexico.
13 | MGA Mexico further objects to the request to the extent it violates the privacy rights
14 | of third parties to their private, confidential, proprietary or trade secret information.

15 | MGA Mexico further objects to this request as cumulative, duplicative, and
16 | unduly burdensome to the extent that it seeks documents previously requested by
17 | Mattel and/or produced in response to Mattel's document requests.

18 | REQUEST FOR PRODUCTION NO. 52:

19 | All DOCUMENTS that REFER OR RELATE TO the destruction, loss, failure
20 | to preserve, or otherwise render unavailable or inaccessible any MATTEL computer
21 | or electronic storage device.

22 | RESPONSE TO REQUEST FOR PRODUCTION NO. 52:

23 | MGA Mexico incorporates by reference its General Response and General
24 | Objections above, as though fully set forth herein and specifically incorporates
25 | General Objection No. 15 (regarding Definitions), including without limitation MGA
26 | Mexico's objection to the definition of the terms REFER OR RELATE TO and
27 | MATTEL. MGA Mexico further objects to the request to the extent it seeks the
28 | production of documents that are protected from disclosure under any applicable

EXHIBIT 12

PAGE 353

-85-

1 | privilege, doctrine or immunity, including without limitation the attorney-client
2 | privilege, the work product doctrine, the right of privacy, and all other privileges
3 | recognized under the constitutional, statutory or decisional law of the United States
4 | of America, the State of California or any other applicable jurisdiction, including, but
5 | not limited to, such laws existing in the United Mexican States. MGA Mexico
6 | further objects to this request on the grounds that it is overly broad and unduly
7 | burdensome in that it seeks documents not relevant to the claims or defenses in this
8 | action and not reasonably calculated to lead to the discovery of admissible evidence.
9 | Mattel has not demonstrated how *all* DOCUMENTS that REFER OR RELATE TO
10 | the destruction, loss, failure to preserve, or otherwise render unavailable or
11 | inaccessible any MATTEL computer or electronic storage device, could be relevant
12 | to the claims and defenses in this action. The request is not limited to the subject
13 | matter of this action and is thus impermissibly overbroad. See Aug. 13 Order at
14 | 9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this request as
15 | being overly broad and unduly burdensome on the grounds that it is not limited in
16 | time or geographic scope. MGA Mexico further objects to this request on the
17 | grounds that the terms REFER OR RELATE TO and MATTEL render the request
18 | vague, ambiguous, overly broad and unduly burdensome. MGA Mexico further
19 | objects to the phrases "otherwise render unavailable or inaccessible," and "MATTEL
20 | computer or electronic storage device," as vague and ambiguous. MGA Mexico
21 | further objects to the request to the extent that it seeks documents that by reason of
22 | public filing, public distribution or otherwise are already in Mattel's possession or
23 | are readily accessible to Mattel. MGA Mexico further objects to the request to the
24 | extent that it seeks documents not in MGA Mexico's possession, custody or control.
25 | MGA Mexico further objects to this request as cumulative, duplicative, and
26 | unduly burdensome to the extent that it seeks documents previously requested by
27 | Mattel and/or produced in response to Mattel's document requests.
28 |

EXHIBIT __14__

PAGE __354__

-86-

1 | REQUEST FOR PRODUCTION NO. 53:

2 |     The original of any media or device on which any MATTEL DOCUMENT

3 | was provided, delivered, disclosed or shared with YOU.

4 | RESPONSE TO REQUEST FOR PRODUCTION NO. 53:

5 |     MGA Mexico incorporates by reference its General Response and General

6 | Objections above, as though fully set forth herein and specifically incorporates

7 | General Objection No. 15 (regarding Definitions), including without limitation MGA

8 | Mexico's objection to the definition of the term MATTEL DOCUMENT. MGA

9 | Mexico further objects to the request to the extent it seeks the production of

10 | documents that are protected from disclosure under any applicable privilege, doctrine

11 | or immunity, including without limitation the attorney-client privilege, the work

12 | product doctrine, the right of privacy, and all other privileges recognized under the

13 | constitutional, statutory or decisional law of the United States of America, the State

14 | of California or any other applicable jurisdiction, including, but not limited to, such

15 | laws existing in the United Mexican States. MGA Mexico further objects to this

16 | request on the grounds that it is overly broad and unduly burdensome in that it seeks

17 | documents not relevant to the claims or defenses in this action and not reasonably

18 | calculated to lead to the discovery of admissible evidence. Mattel has not

19 | demonstrated how the original of any media or device on which any MATTEL

20 | DOCUMENT was provided, delivered, disclosed or shared with YOU could be

21 | relevant to the claims and defenses in this action. The request is not limited to the

22 | subject matter of this action and is thus impermissibly overbroad. See Aug. 13 Order

23 | at 9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this request as

24 | being overly broad and unduly burdensome on the grounds that it is not limited in

25 | time or geographic scope. MGA Mexico further objects to this request on the

26 | grounds that the term MATTEL DOCUMENT renders the request vague, ambiguous,

27 | overly broad and unduly burdensome. MGA Mexico further objects to the phrase

28 | "media or device" as vague and ambiguous. MGA Mexico further objects to the

EXHIBIT _____
PAGE _____ 355

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A                                 MSW - Draft December 19, 2007 - 1:25 PM

1  request to the extent that it seeks documents that by reason of public filing, public
2  distribution or otherwise are already in Mattel's possession or are readily accessible
3  to Mattel. MGA Mexico further objects to the request to the extent that it seeks
4  documents not in MGA Mexico's possession, custody or control.

5      MGA Mexico further objects to this request as cumulative, duplicative, and
6  unduly burdensome to the extent that it seeks documents previously requested by
7  Mattel and/or produced in response to Mattel's document requests.

8  REQUEST FOR PRODUCTION NO. 54:

9      The original of any MATTEL DOCUMENT provided, delivered, disclosed or
10  shared with YOU.

11  RESPONSE TO REQUEST FOR PRODUCTION NO. 54:

12      MGA Mexico incorporates by reference its General Response and General
13  Objections above, as though fully set forth herein and specifically incorporates
14  General Objection No. 15 (regarding Definitions), including without limitation MGA
15  Mexico's objection to the definition of the term MATTEL DOCUMENT. MGA
16  Mexico further objects to the request to the extent it seeks the production of
17  documents that are protected from disclosure under any applicable privilege, doctrine
18  or immunity, including without limitation the attorney-client privilege, the work
19  product doctrine, the right of privacy, and all other privileges recognized under the
20  constitutional, statutory or decisional law of the United States of America, the State
21  of California or any other applicable jurisdiction, including, but not limited to, such
22  laws existing in the United Mexican States. MGA Mexico further objects to this
23  request on the grounds that it is overly broad and unduly burdensome in that it seeks
24  documents not relevant to the claims or defenses in this action and not reasonably
25  calculated to lead to the discovery of admissible evidence. Mattel has not
26  demonstrated how each and every original of any MATTEL DOCUMENT provided,
27  delivered, disclosed or shared with YOU, could be relevant to the claims and
28  defenses in this action. The request is not limited to the subject matter of this action

EXHIBIT 14
PAGE 356

-88-

1  and is thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22 Order
2  at 21:5-7. MGA Mexico further objects to this request as being overly broad and
3  unduly burdensome on the grounds that it is not limited in time or geographic scope.
4  MGA Mexico further objects to this request on the grounds that the term MATTEL
5  DOCUMENT renders the request vague, ambiguous, overly broad and unduly
6  burdensome. MGA Mexico further objects to the request to the extent that it seeks
7  documents that by reason of public filing, public distribution or otherwise are already
8  in Mattel's possession or are readily accessible to Mattel. MGA Mexico further
9  objects to the request to the extent that it seeks documents not in MGA Mexico's
10  possession, custody or control.

11       MGA Mexico further objects to this request as cumulative, duplicative, and
12  unduly burdensome to the extent that it seeks documents previously requested by
13  Mattel and/or produced in response to Mattel's document requests.

14  REQUEST FOR PRODUCTION NO. 55:

15       All DOCUMENTS that YOU contend prove or that YOU will rely on in this
16  ACTION to prove that YOU did not use or disclose any MATTEL DOCUMENT or
17  any information contained in any MATTEL DOCUMENT.

18  RESPONSE TO REQUEST FOR PRODUCTION NO. 55:

19       MGA Mexico incorporates by reference its General Response and General
20  Objections above, as though fully set forth herein and specifically incorporates
21  General Objection No. 15 (regarding Definitions), including without limitation MGA
22  Mexico's objection to the definition of the term MATTEL DOCUMENT. MGA
23  Mexico further objects to the request to the extent it seeks the production of
24  documents that are protected from disclosure under any applicable privilege, doctrine
25  or immunity, including without limitation the attorney-client privilege, the work
26  product doctrine, the right of privacy, and all other privileges recognized under the
27  constitutional, statutory or decisional law of the United States of America, the State
28  of California or any other applicable jurisdiction, including, but not limited to, such

EXHIBIT 14
-89-
PAGE 357

1  laws existing in the United Mexican States. MGA Mexico further objects to this
2  request on the grounds that it is overly broad and unduly burdensome in that it seeks
3  documents not relevant to the claims or defenses in this action and not reasonably
4  calculated to lead to the discovery of admissible evidence. The request is not limited
5  to the subject matter of this action and is thus impermissibly overbroad. See Aug. 13
6  Order at 9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this
7  request as being overly broad and unduly burdensome on the grounds that it is not
8  limited in time or geographic scope. MGA Mexico further objects to this request on
9  the grounds that the term MATTEL DOCUMENT renders the request vague,
10  ambiguous, overly broad and unduly burdensome. MGA Mexico further objects to
11  the term "use" as vague and ambiguous. MGA Mexico further objects to the request
12  to the extent that it seeks documents that by reason of public filing, public
13  distribution or otherwise are already in Mattel's possession or are readily accessible
14  to Mattel. MGA Mexico further objects to the request to the extent that it seeks
15  documents not in MGA Mexico's possession, custody or control. MGA Mexico
16  further objects to the request to the extent it seeks confidential, proprietary or
17  commercially sensitive information, the disclosure of which would be inimical to the
18  business interests of MGA Mexico. Such information may also be subject to
19  protective orders governing other litigations thereby precluding disclosure in
20  response to this request. MGA Mexico further objects to the request to the extent it
21  violates the privacy rights of third parties to their private, confidential, proprietary or
22  trade secret information.

23      MGA Mexico further objects to this request as cumulative, duplicative, and
24  unduly burdensome to the extent that it seeks documents previously requested by
25  Mattel and/or produced in response to Mattel's document requests.

26
27
28

EXHIBIT __14__

PAGE ____358

-90-

1   REQUEST FOR PRODUCTION NO. 56:

2       All DOCUMENTS that YOU contend prove or that YOU will rely on in this

3   ACTION to prove that MATTEL agreed or consented to or acquiesced in YOUR

4   taking, use or possession of any MATTEL DOCUMENT.

5   RESPONSE TO REQUEST FOR PRODUCTION NO. 56:

6       MGA Mexico incorporates by reference its General Response and General

7   Objections above, as though fully set forth herein and specifically incorporates

8   General Objection No. 15 (regarding Definitions), including without limitation MGA

9   Mexico's objection to the definition of the terms YOUR, MATTEL and MATTEL

10  DOCUMENT.  MGA Mexico further objects to the request to the extent it seeks the

11  production of documents that are protected from disclosure under any applicable

12  privilege, doctrine or immunity, including without limitation the attorney-client

13  privilege, the work product doctrine, the right of privacy, and all other privileges

14  recognized under the constitutional, statutory or decisional law of the United States

15  of America, the State of California or any other applicable jurisdiction, including, but

16  not limited to, such laws existing in the United Mexican States.  MGA Mexico

17  further objects to this request on the grounds that it is overly broad and unduly

18  burdensome in that it seeks documents not relevant to the claims or defenses in this

19  action and not reasonably calculated to lead to the discovery of admissible evidence.

20  The request is not limited to the subject matter of this action and is thus

21  impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.

22  MGA Mexico further objects to this request as being overly broad and unduly

23  burdensome on the grounds that it is not limited in time or geographic scope.  MGA

24  Mexico further objects to this request on the grounds that the terms MATTEL,

25  YOUR and MATTEL DOCUMENT render the request vague, ambiguous, overly

26  broad and unduly burdensome.  MGA Mexico further objects to the terms "taking"

27  and "use" as vague and ambiguous.  MGA Mexico further objects to the request to

28  the extent that it seeks documents that by reason of public filing, public distribution

EXHIBIT 14

PAGE 359

-91-

1 | or otherwise are already in Mattel's possession or are readily accessible to Mattel.
2 | MGA Mexico further objects to the request to the extent that it seeks documents not
3 | in MGA Mexico's possession, custody or control. MGA Mexico further objects to
4 | the request to the extent it seeks confidential, proprietary or commercially sensitive
5 | information, the disclosure of which would be inimical to the business interests of
6 | MGA Mexico. Such information may also be subject to protective orders governing
7 | other litigations thereby precluding disclosure in response to this request. MGA
8 | Mexico further objects to the request to the extent it violates the privacy rights of
9 | third parties to their private, confidential, proprietary or trade secret information.

10 |     MGA Mexico further objects to this request as cumulative, duplicative, and
11 | unduly burdensome to the extent that it seeks documents previously requested by
12 | Mattel and/or produced in response to Mattel's document requests.

13 | REQUEST FOR PRODUCTION NO. 57:

14 |     All DOCUMENTS that YOU contend prove or that YOU will rely on in this
15 | ACTION to prove that YOU did not acquire any MATTEL DOCUMENT through
16 | improper means.

17 | RESPONSE TO REQUEST FOR PRODUCTION NO. 57:

18 |     MGA Mexico incorporates by reference its General Response and General
19 | Objections above, as though fully set forth herein and specifically incorporates
20 | General Objection No. 15 (regarding Definitions), including without limitation MGA
21 | Mexico's objection to the definition of the terms MATTEL DOCUMENT and YOU.
22 | MGA Mexico further objects to the request to the extent it seeks the production of
23 | documents that are protected from disclosure under any applicable privilege, doctrine
24 | or immunity, including without limitation the attorney-client privilege, the work
25 | product doctrine, the right of privacy, and all other privileges recognized under the
26 | constitutional, statutory or decisional law of the United States of America, the State
27 | of California or any other applicable jurisdiction, including, but not limited to, such
28 | laws existing in the United Mexican States. MGA Mexico further objects to this

EXHIBIT ___/4___

-92-

360
MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A                            MSW - Draft December 19, 2007 - 1:25 PM

1 | request on the grounds that it is overly broad and unduly burdensome in that it seeks
2 | documents not relevant to the claims or defenses in this action and not reasonably
3 | calculated to lead to the discovery of admissible evidence. The request is not limited
4 | to the subject matter of this action and is thus impermissibly overbroad. See Aug. 13
5 | Order at 9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this
6 | request as being overly broad and unduly burdensome on the grounds that it is not
7 | limited in time or geographic scope. MGA Mexico further objects to this request on
8 | the grounds that the terms MATTEL DOCUMENT and YOU render the request
9 | vague, ambiguous, overly broad and unduly burdensome. MGA Mexico further
10 | objects to the phrase "improper means" as vague and ambiguous, and calling for a
11 | legal conclusion. MGA Mexico further objects to the request to the extent that it
12 | seeks documents that by reason of public filing, public distribution or otherwise are
13 | already in Mattel's possession or are readily accessible to Mattel. MGA Mexico
14 | further objects to the request to the extent that it seeks documents not in MGA
15 | Mexico's possession, custody or control. MGA Mexico further objects to the request
16 | to the extent it seeks confidential, proprietary or commercially sensitive information,
17 | the disclosure of which would be inimical to the business interests of MGA Mexico.
18 | Such information may also be subject to protective orders governing other litigations
19 | thereby precluding disclosure in response to this request. MGA Mexico further
20 | objects to the request to the extent it violates the privacy rights of third parties to
21 | their private, confidential, proprietary or trade secret information.

22 | MGA Mexico further objects to this request as cumulative, duplicative, and
23 | unduly burdensome to the extent that it seeks documents previously requested by
24 | Mattel and/or produced in response to Mattel's document requests.

25 | REQUEST FOR PRODUCTION NO. 58:

26 | All DOCUMENTS that YOU contend prove or that YOU will rely on in this
27 | ACTION to prove that the information in the MATTEL DOCUMENTS does not
28 |

EXHIBIT __14__

-93-          PAGE          **361**

1  derive independent economic value from not being generally known to the public or
2  other persons who can obtain economic value from its use.

3  RESPONSE TO REQUEST FOR PRODUCTION NO. 58:

4      MGA Mexico incorporates by reference its General Response and General
5  Objections above, as though fully set forth herein and specifically incorporates
6  General Objection No. 15 (regarding Definitions), including without limitation MGA
7  Mexico's objection to the definition of the term MATTEL DOCUMENT. MGA
8  Mexico further objects to the request to the extent it seeks the production of
9  documents that are protected from disclosure under any applicable privilege, doctrine
10  or immunity, including without limitation the attorney-client privilege, the work
11  product doctrine, the right of privacy, and all other privileges recognized under the
12  constitutional, statutory or decisional law of the United States of America, the State
13  of California or any other applicable jurisdiction, including, but not limited to, such
14  laws existing in the United Mexican States. MGA Mexico further objects to this
15  request on the grounds that it is overly broad and unduly burdensome in that it seeks
16  documents not relevant to the claims or defenses in this action and not reasonably
17  calculated to lead to the discovery of admissible evidence. The request is not limited
18  to the subject matter of this action and is thus impermissibly overbroad. See Aug. 13
19  Order at 9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this
20  request as being overly broad and unduly burdensome on the grounds that it is not
21  limited in time or geographic scope. MGA Mexico further objects to this request on
22  the grounds that the term MATTEL DOCUMENT renders the request vague,
23  ambiguous, overly broad and unduly burdensome. MGA Mexico further objects to
24  the phrase "independent economic value," "generally known to the public," "use" and
25  "other persons" as vague and ambiguous. MGA Mexico further objects to the
26  request to the extent that it seeks documents that by reason of public filing, public
27  distribution or otherwise are already in Mattel's possession or are readily accessible
28  to Mattel. MGA Mexico further objects to the request to the extent that it seeks

EXHIBIT 14

-94-

PAGE 382

1 | documents not in MGA Mexico's possession, custody or control.  MGA Mexico
2 | further objects to the request to the extent it seeks confidential, proprietary or
3 | commercially sensitive information, the disclosure of which would be inimical to the
4 | business interests of MGA Mexico.  Such information may also be subject to
5 | protective orders governing other litigations thereby precluding disclosure in
6 | response to this request.  MGA Mexico further objects to the request to the extent it
7 | violates the privacy rights of third parties to their private, confidential, proprietary or
8 | trade secret information.

9 | MGA Mexico further objects to this request as cumulative, duplicative, and
10 | unduly burdensome to the extent that it seeks documents previously requested by
11 | Mattel and/or produced in response to Mattel's document requests.

12 | REQUEST FOR PRODUCTION NO. 59:

13 | DOCUMENTS sufficient to IDENTIFY any MATTEL DOCUMENT in
14 | YOUR possession, custody or control that YOU contend contains information
15 | generally known to the public.

16 | RESPONSE TO REQUEST FOR PRODUCTION NO. 59:

17 | MGA Mexico incorporates by reference its General Response and General
18 | Objections above, as though fully set forth herein and specifically incorporates
19 | General Objection No. 15 (regarding Definitions), including without limitation MGA
20 | Mexico's objection to the definition of the terms MATTEL DOCUMENT and
21 | YOUR.  MGA Mexico further objects to the request to the extent it seeks the
22 | production of documents that are protected from disclosure under any applicable
23 | privilege, doctrine or immunity, including without limitation the attorney-client
24 | privilege, the work product doctrine, the right of privacy, and all other privileges
25 | recognized under the constitutional, statutory or decisional law of the United States
26 | of America, the State of California or any other applicable jurisdiction, including, but
27 | not limited to, such laws existing in the United Mexican States.  MGA Mexico
28 | further objects to this request on the grounds that it is overly broad and unduly

EXHIBIT /4
-95-   PAGE 363

1  burdensome in that it seeks documents not relevant to the claims or defenses in this
2  action and not reasonably calculated to lead to the discovery of admissible evidence.
3  The request is not limited to the subject matter of this action and is thus
4  impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.
5  MGA Mexico further objects to this request as being overly broad and unduly
6  burdensome on the grounds that it is not limited in time or geographic scope. MGA
7  Mexico further objects to this request on the grounds that the term MATTEL
8  DOCUMENT renders the request vague, ambiguous, overly broad and unduly
9  burdensome. MGA Mexico further objects to the phrase "generally known to the
10  public" as vague and ambiguous. MGA Mexico further objects to the request to the
11  extent that it seeks documents that by reason of public filing, public distribution or
12  otherwise are already in Mattel's possession or are readily accessible to Mattel.
13  MGA Mexico further objects to the request to the extent that it seeks documents not
14  in MGA Mexico's possession, custody or control. MGA Mexico further objects to
15  the request to the extent it seeks confidential, proprietary or commercially sensitive
16  information, the disclosure of which would be inimical to the business interests of
17  MGA Mexico.

18  MGA Mexico further objects to this request as cumulative, duplicative, and
19  unduly burdensome to the extent that it seeks documents previously requested by
20  Mattel and/or produced in response to Mattel's document requests.

21  REQUEST FOR PRODUCTION NO. 60:

22  DOCUMENTS sufficient to IDENTIFY any MATTEL DOCUMENT in
23  YOUR possession, custody or control that YOU contend does not contain
24  information from which PERSONS can obtain economic value from its disclosure
25  and use.

26  RESPONSE TO REQUEST FOR PRODUCTION NO. 60:

27  MGA Mexico incorporates by reference its General Response and General
28  Objections above, as though fully set forth herein and specifically incorporates

EXHIBIT _14_

-96-   PAGE _364_

1 | General Objection No. 15 (regarding Definitions), including without limitation MGA
2 | Mexico's objection to the definition of the term MATTEL DOCUMENT and YOUR.
3 | MGA Mexico further objects to the request to the extent it seeks the production of
4 | documents that are protected from disclosure under any applicable privilege, doctrine
5 | or immunity, including without limitation the attorney-client privilege, the work
6 | product doctrine, the right of privacy, and all other privileges recognized under the
7 | constitutional, statutory or decisional law of the United States of America, the State
8 | of California or any other applicable jurisdiction, including, but not limited to, such
9 | laws existing in the United Mexican States. MGA Mexico further objects to this
10 | request on the grounds that it is overly broad and unduly burdensome in that it seeks
11 | documents not relevant to the claims or defenses in this action and not reasonably
12 | calculated to lead to the discovery of admissible evidence. The request is not limited
13 | to the subject matter of this action and is thus impermissibly overbroad. See Aug. 13
14 | Order at 9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this
15 | request as being overly broad and unduly burdensome on the grounds that it is not
16 | limited in time or geographic scope. MGA Mexico further objects to this request on
17 | the grounds that the term MATTEL DOCUMENT renders the request vague,
18 | ambiguous, overly broad and unduly burdensome. MGA Mexico further objects to
19 | the phrases "can obtain economic value" and "use," as vague and ambiguous. MGA
20 | Mexico further objects to the request to the extent that it seeks documents that by
21 | reason of public filing, public distribution or otherwise are already in Mattel's
22 | possession or are readily accessible to Mattel. MGA Mexico further objects to the
23 | request to the extent that it seeks documents not in MGA Mexico's possession,
24 | custody or control. MGA Mexico further objects to the request to the extent it seeks
25 | confidential, proprietary or commercially sensitive information, the disclosure of
26 | which would be inimical to the business interests of MGA Mexico.
27 |
28 |

EXHIBIT __14__

PAGE __365__

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A                                    MSW - Draft December 19, 2007 - 1:25 PM

1    MGA Mexico further objects to this request as cumulative, duplicative, and

2  unduly burdensome to the extent that it seeks documents previously requested by

3  Mattel and/or produced in response to Mattel's document requests.

4  REQUEST FOR PRODUCTION NO. 61:

5    All DOCUMENTS that YOU contend prove or that YOU will rely on in this

6  ACTION to prove that MATTEL did not take reasonable efforts under the

7  circumstances to maintain the secrecy of the information in the MATTEL

8  DOCUMENTS.

9  RESPONSE TO REQUEST FOR PRODUCTION NO. 61:

10    MGA Mexico incorporates by reference its General Response and General

11  Objections above, as though fully set forth herein and specifically incorporates

12  General Objection No. 15 (regarding Definitions), including without limitation MGA

13  Mexico's objection to the definition of the terms MATTEL and MATTEL

14  DOCUMENTS.  MGA Mexico further objects to the request to the extent it seeks the

15  production of documents that are protected from disclosure under any applicable

16  privilege, doctrine or immunity, including without limitation the attorney-client

17  privilege, the work product doctrine, the right of privacy, and all other privileges

18  recognized under the constitutional, statutory or decisional law of the United States

19  of America, the State of California or any other applicable jurisdiction, including, but

20  not limited to, such laws existing in the United Mexican States.  MGA Mexico

21  further objects to this request on the grounds that it is overly broad and unduly

22  burdensome in that it seeks documents not relevant to the claims or defenses in this

23  action and not reasonably calculated to lead to the discovery of admissible evidence.

24  The request is not limited to the subject matter of this action and is thus

25  impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.

26  MGA Mexico further objects to this request as being overly broad and unduly

27  burdensome on the grounds that it is not limited in time or geographic scope.  MGA

28  Mexico further objects to this request on the grounds that the terms MATTEL and

EXHIBIT 14

-98-
PAGE 366

1 MATTEL DOCUMENTS render the request vague, ambiguous, overly broad and
2 unduly burdensome. MGA Mexico further objects to the term "secrecy" as vague
3 and ambiguous. MGA Mexico further objects to the request to the extent that it
4 seeks documents that by reason of public filing, public distribution or otherwise are
5 already in Mattel's possession or are readily accessible to Mattel. MGA Mexico
6 further objects to the request to the extent that it seeks documents not in MGA
7 Mexico's possession, custody or control. MGA Mexico further objects to the request
8 to the extent it seeks confidential, proprietary or commercially sensitive information,
9 the disclosure of which would be inimical to the business interests of MGA Mexico.
10 Such information may also be subject to protective orders governing other litigations
11 thereby precluding disclosure in response to this request. MGA Mexico further
12 objects to the request to the extent it violates the privacy rights of third parties to
13 their private, confidential, proprietary or trade secret information.

14 　　　　MGA Mexico further objects to this request as cumulative, duplicative, and
15 unduly burdensome to the extent that it seeks documents previously requested by
16 Mattel and/or produced in response to Mattel's document requests.

17 REQUEST FOR PRODUCTION NO. 62:

18 　　　　All DOCUMENTS that REFER OR RELATE TO YOUR access to any
19 information in the MATTEL DOCUMENTS.

20 RESPONSE TO REQUEST FOR PRODUCTION NO. 62:

21 　　　　MGA Mexico incorporates by reference its General Response and General
22 Objections above, as though fully set forth herein and specifically incorporates
23 General Objection No. 15 (regarding Definitions), including without limitation MGA
24 Mexico's objection to the definition of the terms REFER OR RELATE TO, YOUR
25 and MATTEL DOCUMENTS. MGA Mexico further objects to the request to the
26 extent it seeks the production of documents that are protected from disclosure under
27 any applicable privilege, doctrine or immunity, including without limitation the
28 attorney-client privilege, the work product doctrine, the right of privacy, and all other

EXHIBIT _____14_____
PAGE _____367_____

1 | privileges recognized under the constitutional, statutory or decisional law of the
2 | United States of America, the State of California or any other applicable jurisdiction,
3 | including, but not limited to, such laws existing in the United Mexican States.  MGA
4 | Mexico further objects to this request on the grounds that it is overly broad and
5 | unduly burdensome in that it seeks documents not relevant to the claims or defenses
6 | in this action and not reasonably calculated to lead to the discovery of admissible
7 | evidence.  Mattel has not demonstrated how *all* DOCUMENTS that REFER OR
8 | RELATE TO YOUR access to any information in the MATTEL DOCUMENTS
9 | could be relevant to the claims and defenses in this action.  The request is not limited
10 | to the subject matter of this action and is thus impermissibly overbroad.  See Aug. 13
11 | Order at 9:17-20; May 22 Order at 21:5-7.  MGA Mexico further objects to this
12 | request as being overly broad and unduly burdensome on the grounds that it is not
13 | limited in time or geographic scope.  MGA Mexico further objects to this request on
14 | the grounds that the terms REFER OR RELATE TO, YOUR and MATTEL
15 | DOCUMENTS render the request vague, ambiguous, overly broad and unduly
16 | burdensome.  MGA Mexico further objects to the request to the extent that it seeks
17 | documents that by reason of public filing, public distribution or otherwise are already
18 | in Mattel's possession or are readily accessible to Mattel.  MGA Mexico further
19 | objects to the request to the extent that it seeks documents not in MGA Mexico's
20 | possession, custody or control.  MGA Mexico further objects to the request to the
21 | extent it seeks confidential, proprietary or commercially sensitive information, the
22 | disclosure of which would be inimical to the business interests of MGA Mexico.
23 | Such information may also be subject to protective orders governing other litigations
24 | thereby precluding disclosure in response to this request.  MGA Mexico further
25 | objects to the request to the extent it violates the privacy rights of third parties to
26 | their private, confidential, proprietary or trade secret information.
27 |
28 |

EXHIBIT _14_
PAGE _368_

-100-

1 MGA Mexico further objects to this request as cumulative, duplicative, and

2 unduly burdensome to the extent that it seeks documents previously requested by

3 Mattel and/or produced, in response to Mattel's document requests.

4 REQUEST FOR PRODUCTION NO. 63:

5 All DOCUMENTS that REFER OR RELATE TO YOUR use or disclosure of

6 any information in the MATTEL DOCUMENTS.

7 RESPONSE TO REQUEST FOR PRODUCTION NO. 63:

8 MGA Mexico incorporates by reference its General Response and General

9 Objections above, as though fully set forth herein and specifically incorporates

10 General Objection No. 15 (regarding Definitions), including without limitation MGA

11 Mexico's objection to the definition of the terms REFER OR RELATE TO, YOUR

12 and MATTEL DOCUMENTS. MGA Mexico further objects to the request to the

13 extent it seeks the production of documents that are protected from disclosure under

14 any applicable privilege, doctrine or immunity, including without limitation the

15 attorney-client privilege, the work product doctrine, the right of privacy, and all other

16 privileges recognized under the constitutional, statutory or decisional law of the

17 United States of America, the State of California or any other applicable jurisdiction,

18 including, but not limited to, such laws existing in the United Mexican States. MGA

19 Mexico further objects to this request on the grounds that it is overly broad and

20 unduly burdensome in that it seeks documents not relevant to the claims or defenses

21 in this action and not reasonably calculated to lead to the discovery of admissible

22 evidence. Mattel has not demonstrated how *all* DOCUMENTS that REFER OR

23 RELATE TO YOUR use or disclosure of any information in the MATTEL

24 DOCUMENTS could be relevant to the claims and defenses in this action. The

25 request is not limited to the subject matter of this action and is thus impermissibly

26 overbroad. See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7. MGA Mexico

27 further objects to this request as being overly broad and unduly burdensome on the

28 grounds that it is not limited in time or geographic scope. MGA Mexico further

EXHIBIT 14

-101-

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A                                                    MSW - Draft December 19, 2007 - 1:25 PM

1   objects to this request on the grounds that the terms REFER OR RELATE TO,

2   YOUR and MATTEL DOCUMENTS render the request vague, ambiguous, overly

3   broad and unduly burdensome. MGA Mexico further objects to the terms "use" and

4   "disclosure" as vague and ambiguous. MGA Mexico further objects to the request to

5   the extent that it seeks documents that by reason of public filing, public distribution

6   or otherwise are already in Mattel's possession or are readily accessible to Mattel.

7   MGA Mexico further objects to the request to the extent that it seeks documents not

8   in MGA Mexico's possession, custody or control. MGA Mexico further objects to

9   the request to the extent it seeks confidential, proprietary or commercially sensitive

10   information, the disclosure of which would be inimical to the business interests of

11   MGA Mexico. Such information may also be subject to protective orders governing

12   other litigations thereby precluding disclosure in response to this request. MGA

13   Mexico further objects to the request to the extent it violates the privacy rights of

14   third parties to their private, confidential, proprietary or trade secret information.

15       MGA Mexico further objects to this request as cumulative, duplicative, and

16   unduly burdensome to the extent that it seeks documents previously requested by

17   Mattel and/or produced in response to Mattel's document requests.

18   REQUEST FOR PRODUCTION NO. 64:

19       All DOCUMENTS that REFER OR RELATE TO YOUR non-use or non-

20   disclosure of any information in the MATTEL DOCUMENTS.

21   RESPONSE TO REQUEST FOR PRODUCTION NO. 64:

22       MGA Mexico incorporates by reference its General Response and General

23   Objections above, as though fully set forth herein and specifically incorporates

24   General Objection No. 15 (regarding Definitions), including without limitation MGA

25   Mexico's objection to the definition of the terms REFER OR RELATE TO, YOUR

26   and MATTEL DOCUMENTS. MGA Mexico further objects to the request to the

27   extent it seeks the production of documents that are protected from disclosure under

28   any applicable privilege, doctrine or immunity, including without limitation the

EXHIBIT      14
-102-          PAGE      370

1  attorney-client privilege, the work product doctrine, the right of privacy, and all other

2  privileges recognized under the constitutional, statutory or decisional law of the

3  United States of America, the State of California or any other applicable jurisdiction,

4  including, but not limited to, such laws existing in the United Mexican States. MGA

5  Mexico further objects to this request on the grounds that it is overly broad and

6  unduly burdensome in that it seeks documents not relevant to the claims or defenses

7  in this action and not reasonably calculated to lead to the discovery of admissible

8  evidence. Mattel has not demonstrated how *all* DOCUMENTS that REFER OR

9  RELATE TO YOUR non-use or non-disclosure of any information in the MATTEL

10  DOCUMENTS could be relevant to the claims and defenses in this action. The

11  request is not limited to the subject matter of this action and is thus impermissibly

12  overbroad. See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7. MGA Mexico

13  further objects to this request as being overly broad and unduly burdensome on the

14  grounds that it is not limited in time or geographic scope. MGA Mexico further

15  objects to this request on the grounds that the terms REFER OR RELATE TO,

16  YOUR and MATTEL DOCUMENTS render the request vague, ambiguous, overly

17  broad and unduly burdensome. MGA Mexico further objects to the phrase "non-use

18  or non-disclosure" as vague and ambiguous. MGA Mexico further objects to the

19  request to the extent that it seeks documents that by reason of public filing, public

20  distribution or otherwise are already in Mattel's possession or are readily accessible

21  to Mattel. MGA Mexico further objects to the request to the extent that it seeks

22  documents not in MGA Mexico's possession, custody or control. MGA Mexico

23  further objects to the request to the extent it seeks confidential, proprietary or

24  commercially sensitive information, the disclosure of which would be inimical to the

25  business interests of MGA Mexico. Such information may also be subject to

26  protective orders governing other litigations thereby precluding disclosure in

27  response to this request. MGA Mexico further objects to the request to the extent it

28

EXHIBIT __14__

PAGE __371__

-103-

1  violates the privacy rights of third parties to their private, confidential, proprietary or
2  trade secret information.

3      MGA Mexico further objects to this request as cumulative, duplicative, and
4  unduly burdensome to the extent that it seeks documents previously requested by
5  Mattel and/or produced in response to Mattel's document requests.

6  REQUEST FOR PRODUCTION NO. 65:

7      All DOCUMENTS created, authored, modified or copied by YOU or for
8  YOUR benefit that contain any portion of information contained in any MATTEL
9  DOCUMENT.

10  RESPONSE TO REQUEST FOR PRODUCTION NO. 65:

11      MGA Mexico incorporates by reference its General Response and General
12  Objections above, as though fully set forth herein and specifically incorporates
13  General Objection No. 15 (regarding Definitions), including without limitation MGA
14  Mexico's objection to the definition of the term MATTEL DOCUMENT. MGA
15  Mexico further objects to the request to the extent it seeks the production of
16  documents that are protected from disclosure under any applicable privilege, doctrine
17  or immunity, including without limitation the attorney-client privilege, the work
18  product doctrine, the right of privacy, and all other privileges recognized under the
19  constitutional, statutory or decisional law of the United States of America, the State
20  of California or any other applicable jurisdiction, including, but not limited to, such
21  laws existing in the United Mexican States. MGA Mexico further objects to this
22  request on the grounds that it is overly broad and unduly burdensome in that it seeks
23  documents not relevant to the claims or defenses in this action and not reasonably
24  calculated to lead to the discovery of admissible evidence. Mattel has not
25  demonstrated how *all* DOCUMENTS created, authored, modified or copied by YOU
26  or for YOUR benefit that contain any portion of information contained in any
27  MATTEL DOCUMENT, could be relevant to the claims and defenses in this action.
28  The request is not limited to the subject matter of this action and is thus

EXHIBIT ___ 14

-104-                    PAGE    372

1  impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.

2  MGA Mexico further objects to this request as being overly broad and unduly

3  burdensome on the grounds that it is not limited in time or geographic scope. MGA

4  Mexico further objects to this request on the grounds that the term MATTEL

5  DOCUMENT renders the request vague, ambiguous, overly broad and unduly

6  burdensome. MGA Mexico further objects to the request to the extent that it seeks

7  documents that by reason of public filing, public distribution or otherwise are already

8  in Mattel's possession or are readily accessible to Mattel. MGA Mexico further

9  objects to the request to the extent that it seeks documents not in MGA Mexico's

10  possession, custody or control. MGA Mexico further objects to the request to the

11  extent it seeks confidential, proprietary or commercially sensitive information, the

12  disclosure of which would be inimical to the business interests of MGA Mexico.

13  Such information may also be subject to protective orders governing other litigations

14  thereby precluding disclosure in response to this request. MGA Mexico further

15  objects to the request to the extent it violates the privacy rights of third parties to

16  their private, confidential, proprietary or trade secret information.

17  MGA Mexico further objects to this request as cumulative, duplicative, and

18  unduly burdensome to the extent that it seeks documents previously requested by

19  Mattel and/or produced in response to Mattel's document requests.

20  REQUEST FOR PRODUCTION NO. 66:

21  DOCUMENTS sufficient to IDENTIFY the date of creation, modification,

22  access or transmission of any DOCUMENT created, authored, modified or copied by

23  YOU or for YOUR benefit that contains any portion of information contained in any

24  MATTEL DOCUMENT.

25  RESPONSE TO REQUEST FOR PRODUCTION NO. 66:

26  MGA Mexico incorporates by reference its General Response and General

27  Objections above, as though fully set forth herein and specifically incorporates

28  General Objection No. 15 (regarding Definitions), including without limitation MGA

-105-

EXHIBIT ___

PAGE ___

1  Mexico's objection to the definition of the terms MATTEL DOCUMENT, YOU,

2  YOUR, and IDENTIFY. MGA Mexico further objects to the request to the extent it

3  seeks the production of documents that are protected from disclosure under any

4  applicable privilege, doctrine or immunity, including without limitation the attorney-

5  client privilege, the work product doctrine, the right of privacy, and all other

6  privileges recognized under the constitutional, statutory or decisional law of the

7  United States of America, the State of California or any other applicable jurisdiction,

8  including, but not limited to, such laws existing in the United Mexican States. MGA

9  Mexico further objects to this request on the grounds that it is overly broad and

10 unduly burdensome in that it seeks documents not relevant to the claims or defenses

11 in this action and not reasonably calculated to lead to the discovery of admissible

12 evidence. The request is not limited to the subject matter of this action and is thus

13 impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.

14 MGA Mexico further objects to this request as being overly broad and unduly

15 burdensome on the grounds that it is not limited in time or geographic scope. MGA

16 Mexico further objects to this request on the grounds that the terms MATTEL

17 DOCUMENTS, YOU, YOUR and IDENTIFY render the request vague, ambiguous,

18 overly broad and unduly burdensome. MGA Mexico further objects to the request to

19 the extent that it seeks documents that by reason of public filing, public distribution

20 or otherwise are already in Mattel's possession or are readily accessible to Mattel.

21 MGA Mexico further objects to the request to the extent that it seeks documents not

22 in MGA Mexico's possession, custody or control. MGA Mexico further objects to

23 the request to the extent it seeks confidential, proprietary or commercially sensitive

24 information, the disclosure of which would be inimical to the business interests of

25 MGA Mexico. Such information may also be subject to protective orders governing

26 other litigations thereby precluding disclosure in response to this request. MGA

27 Mexico further objects to the request to the extent it violates the privacy rights of

28 third parties to their private, confidential, proprietary or trade secret information.

EXHIBIT 7

-106-        PAGE        374