1  MGA Mexico further objects to this request as cumulative, duplicative, and
2  unduly burdensome to the extent that it seeks documents previously requested by
3  Mattel and/or produced in response to Mattel's document requests.
4  REQUEST FOR PRODUCTION NO. 67:
5     DOCUMENTS sufficient to IDENTIFY each PERSON who created, accessed,
6  modified, used, copied or transmitted any DOCUMENT created, authored, modified
7  or copied by YOU or for YOUR benefit that contains any portion of information
8  contained in any MATTEL DOCUMENT.
9  RESPONSE TO REQUEST FOR PRODUCTION NO. 67:
10    MGA Mexico incorporates by reference its General Response and General
11 Objections above, as though fully set forth herein and specifically incorporates
12 General Objection No. 15 (regarding Definitions), including without limitation MGA
13 Mexico's objection to the definition of the terms MATTEL DOCUMENTS, YOU
14 and YOUR.  MGA Mexico further objects to the request to the extent it seeks the
15 production of documents that are protected from disclosure under any applicable
16 privilege, doctrine or immunity, including without limitation the attorney-client
17 privilege, the work product doctrine, the right of privacy, and all other privileges
18 recognized under the constitutional, statutory or decisional law of the United States
19 of America, the State of California or any other applicable jurisdiction, including, but
20 not limited to, such laws existing in the United Mexican States.  MGA Mexico
21 further objects to this request on the grounds that it is overly broad and unduly
22 burdensome in that it seeks documents not relevant to the claims or defenses in this
23 action and not reasonably calculated to lead to the discovery of admissible evidence.
24 The request is not limited to the subject matter of this action and is thus
25 impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.
26 MGA Mexico further objects to this request as being overly broad and unduly
27 burdensome on the grounds that it is not limited in time or geographic scope.  MGA
28 Mexico further objects to this request on the grounds that the terms MATTEL

-107-

EXHIBIT

1 | DOCUMENT, YOU and YOUR render the request vague, ambiguous, overly broad
2 | and unduly burdensome. MGA Mexico further objects to the term "use" as vague
3 | and ambiguous. MGA Mexico further objects to the request to the extent that it
4 | seeks documents that by reason of public filing, public distribution or otherwise are
5 | already in Mattel's possession or are readily accessible to Mattel. MGA Mexico
6 | further objects to the request to the extent that it seeks documents not in MGA
7 | Mexico's possession, custody or control. MGA Mexico further objects to the request
8 | to the extent it seeks confidential, proprietary or commercially sensitive information,
9 | the disclosure of which would be inimical to the business interests of MGA Mexico.
10 | Such information may also be subject to protective orders governing other litigations
11 | thereby precluding disclosure in response to this request. MGA Mexico further
12 | objects to the request to the extent it violates the privacy rights of third parties to
13 | their private, confidential, proprietary or trade secret information.

14 | MGA Mexico further objects to this request as cumulative, duplicative, and
15 | unduly burdensome to the extent that it seeks documents previously requested by
16 | Mattel and/or produced in response to Mattel's document requests.

17 | REQUEST FOR PRODUCTION NO. 68:

18 | DOCUMENTS sufficient to IDENTIFY the date of creation, modification,
19 | access or transmission of any DOCUMENTS that REFER OR RELATE TO YOUR
20 | access to any information in the MATTEL DOCUMENTS.

21 | RESPONSE TO REQUEST FOR PRODUCTION NO. 68:

22 | MGA Mexico incorporates by reference its General Response and General
23 | Objections above, as though fully set forth herein and specifically incorporates
24 | General Objection No. 15 (regarding Definitions), including without limitation MGA
25 | Mexico's objection to the definition of the terms REFER OR RELATE TO, YOUR
26 | and IDENTIFY and MATTEL DOCUMENTS. MGA Mexico further objects to the
27 | request to the extent it seeks the production of documents that are protected from
28 | disclosure under any applicable privilege, doctrine or immunity, including without

EXHIBIT 14

-108-   PAGE   376

1 | limitation the attorney-client privilege, the work product doctrine, the right of
2 | privacy, and all other privileges recognized under the constitutional, statutory or
3 | decisional law of the United States of America, the State of California or any other
4 | applicable jurisdiction, including, but not limited to, such laws existing in the United
5 | Mexican States. MGA Mexico further objects to this request on the grounds that it is
6 | overly broad and unduly burdensome in that it seeks documents not relevant to the
7 | claims or defenses in this action and not reasonably calculated to lead to the
8 | discovery of admissible evidence. The request is not limited to the subject matter of
9 | this action and is thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May
10 | 22 Order at 21:5-7. MGA Mexico further objects to this request as being overly
11 | broad and unduly burdensome on the grounds that it is not limited in time or
12 | geographic scope. MGA Mexico further objects to this request on the grounds that
13 | the terms REFER OR RELATE TO, YOUR, IDENTIFY and MATTEL
14 | DOCUMENTS render the request vague, ambiguous, overly broad and unduly
15 | burdensome. MGA Mexico further objects to the request to the extent that it seeks
16 | documents that by reason of public filing, public distribution or otherwise are already
17 | in Mattel's possession or are readily accessible to Mattel. MGA Mexico further
18 | objects to the request to the extent that it seeks documents not in MGA Mexico's
19 | possession, custody or control. MGA Mexico further objects to the request to the
20 | extent it seeks confidential, proprietary or commercially sensitive information, the
21 | disclosure of which would be inimical to the business interests of MGA Mexico.
22 | Such information may also be subject to protective orders governing other litigations
23 | thereby precluding disclosure in response to this request. MGA Mexico further
24 | objects to the request to the extent it violates the privacy rights of third parties to
25 | their private, confidential, proprietary or trade secret information.

26 | MGA Mexico further objects to this request as cumulative, duplicative, and
27 | unduly burdensome to the extent that it seeks documents previously requested by
28 | Mattel and/or produced in response to Mattel's document requests.

EXHIBIT

-109-

1  REQUEST FOR PRODUCTION NO. 69:

2      DOCUMENTS sufficient to IDENTIFY each PERSON who created, accessed,

3  modified, used, copied or transmitted any DOCUMENTS that REFER OR RELATE

4  TO YOUR access to any information in the MATTEL DOCUMENTS.

5  RESPONSE TO REQUEST FOR PRODUCTION NO. 69:

6      MGA Mexico incorporates by reference its General Response and General

7  Objections above, as though fully set forth herein and specifically incorporates

8  General Objection No. 15 (regarding Definitions), including without limitation MGA

9  Mexico's objection to the definition of the terms REFER OR RELATE TO, YOUR

10  and MATTEL DOCUMENTS. MGA Mexico further objects to the request to the

11  extent it seeks the production of documents that are protected from disclosure under

12  any applicable privilege, doctrine or immunity, including without limitation the

13  attorney-client privilege, the work product doctrine, the right of privacy, and all other

14  privileges recognized under the constitutional, statutory or decisional law of the

15  United States of America, the State of California or any other applicable jurisdiction,

16  including, but not limited to, such laws existing in the United Mexican States. MGA

17  Mexico further objects to this request on the grounds that it is overly broad and

18  unduly burdensome in that it seeks documents not relevant to the claims or defenses

19  in this action and not reasonably calculated to lead to the discovery of admissible

20  evidence. The request is not limited to the subject matter of this action and is thus

21  impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.

22  MGA Mexico further objects to this request as being overly broad and unduly

23  burdensome on the grounds that it is not limited in time or geographic scope. MGA

24  Mexico further objects to this request on the grounds that the terms REFER OR

25  RELATE TO, YOUR and MATTEL DOCUMENTS render the request vague,

26  ambiguous, overly broad and unduly burdensome. MGA Mexico further objects to

27  the phrase "used" as vague and ambiguous. MGA Mexico further objects to the

28  request to the extent that it seeks documents that by reason of public filing, public

EXHIBIT ___14___

-110-       PAGE    378

1 | distribution or otherwise are already in Mattel's possession or are readily accessible
2 | to Mattel. MGA Mexico further objects to the request to the extent that it seeks
3 | documents not in MGA Mexico's possession, custody or control. MGA Mexico
4 | further objects to the request to the extent it seeks confidential, proprietary or
5 | commercially sensitive information, the disclosure of which would be inimical to the
6 | business interests of MGA Mexico. Such information may also be subject to
7 | protective orders governing other litigations thereby precluding disclosure in
8 | response to this request. MGA Mexico further objects to the request to the extent it
9 | violates the privacy rights of third parties to their private, confidential, proprietary or
10 | trade secret information.

11 | MGA Mexico further objects to this request as cumulative, duplicative, and
12 | unduly burdensome to the extent that it seeks documents previously requested by
13 | Mattel and/or produced in response to Mattel's document requests.

14 | REQUEST FOR PRODUCTION NO. 70:

15 | All DOCUMENTS that YOU contend prove or that YOU will rely on in this
16 | ACTION to prove that MATTEL suffered no harm caused by YOUR use and/or
17 | disclosure of any information in the MATTEL DOCUMENTS.

18 | RESPONSE TO REQUEST FOR PRODUCTION NO. 70:

19 | MGA Mexico incorporates by reference its General Response and General
20 | Objections above, as though fully set forth herein and specifically incorporates
21 | General Objection No. 15 (regarding Definitions), including without limitation MGA
22 | Mexico's objection to the definition of the terms MATTEL, YOUR and MATTEL
23 | DOCUMENTS. MGA Mexico further objects to the request to the extent it seeks the
24 | production of documents that are protected from disclosure under any applicable
25 | privilege, doctrine or immunity, including without limitation the attorney-client
26 | privilege, the work product doctrine, the right of privacy, and all other privileges
27 | recognized under the constitutional, statutory or decisional law of the United States
28 | of America, the State of California or any other applicable jurisdiction, including, but

EXHIBIT 14

-111-    PAGE    379

1 | not limited to, such laws existing in the United Mexican States. MGA Mexico
2 | further objects to this request on the grounds that it is overly broad and unduly
3 | burdensome in that it seeks documents not relevant to the claims or defenses in this
4 | action and not reasonably calculated to lead to the discovery of admissible evidence.
5 | The request is not limited to the subject matter of this action and is thus
6 | impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.
7 | MGA Mexico further objects to this request as being overly broad and unduly
8 | burdensome on the grounds that it is not limited in time or geographic scope. MGA
9 | Mexico further objects to this request on the grounds that the terms MATTEL,
10 | YOUR and MATTEL DOCUMENTS render the request vague, ambiguous, overly
11 | broad and unduly burdensome. MGA Mexico further objects to the terms "harm,"
12 | "use" and "disclosure" as vague and ambiguous. MGA Mexico further objects to the
13 | request to the extent that it seeks documents that by reason of public filing, public
14 | distribution or otherwise are already in Mattel's possession or are readily accessible
15 | to Mattel. MGA Mexico further objects to the request to the extent that it seeks
16 | documents not in MGA Mexico's possession, custody or control. MGA Mexico
17 | further objects to the request to the extent it seeks confidential, proprietary or
18 | commercially sensitive information, the disclosure of which would be inimical to the
19 | business interests of MGA Mexico. Such information may also be subject to
20 | protective orders governing other litigations thereby precluding disclosure in
21 | response to this request. MGA Mexico further objects to the request to the extent it
22 | violates the privacy rights of third parties to their private, confidential, proprietary or
23 | trade secret information.

24 | MGA Mexico further objects to this request as cumulative, duplicative, and
25 | unduly burdensome to the extent that it seeks documents previously requested by
26 | Mattel and/or produced in response to Mattel's document requests.

27 |

28 |

EXHIBIT ___14___
PAGE ___380___

-112-

REQUEST FOR PRODUCTION NO. 71:

All DOCUMENTS that YOU contend prove or that YOU will rely on in this ACTION to prove that YOU obtained no benefit from YOUR use and/or disclosure of any information in the MATTEL DOCUMENTS.

RESPONSE TO REQUEST FOR PRODUCTION NO. 71:

MGA Mexico incorporates by reference its General Response and General Objections above, as though fully set forth herein and specifically incorporates General Objection No. 15 (regarding Definitions), including without limitation MGA Mexico's objection to the definition of the terms MATTEL DOCUMENTS, and YOU. MGA Mexico further objects to the request to the extent it seeks the production of documents that are protected from disclosure under any applicable privilege, doctrine or immunity, including without limitation the attorney-client privilege, the work product doctrine, the right of privacy, and all other privileges recognized under the constitutional, statutory or decisional law of the United States of America, the State of California or any other applicable jurisdiction, including, but not limited to, such laws existing in the United Mexican States. MGA Mexico further objects to this request on the grounds that it is overly broad and unduly burdensome in that it seeks documents not relevant to the claims or defenses in this action and not reasonably calculated to lead to the discovery of admissible evidence. The request is not limited to the subject matter of this action and is thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this request as being overly broad and unduly burdensome on the grounds that it is not limited in time or geographic scope. MGA Mexico further objects to this request on the grounds that the term MATTEL DOCUMENTS and YOU render the request vague, ambiguous, overly broad and unduly burdensome. MGA Mexico further objects to the terms "use" and "disclosure" as vague and ambiguous. MGA Mexico further objects to the request to the extent that it seeks documents that by reason of public filing, public

EXHIBIT __14__

PAGE __381__

-113-

1    distribution or otherwise are already in Mattel's possession or are readily accessible

2    to Mattel. MGA Mexico further objects to the request to the extent that it seeks

3    documents not in MGA Mexico's possession, custody or control. MGA Mexico

4    further objects to the request to the extent it seeks confidential, proprietary or

5    commercially sensitive information, the disclosure of which would be inimical to the

6    business interests of MGA Mexico. Such information may also be subject to

7    protective orders governing other litigations thereby precluding disclosure in

8    response to this request. MGA Mexico further objects to the request to the extent it

9    violates the privacy rights of third parties to their private, confidential, proprietary or

10   trade secret information.

11       MGA Mexico further objects to this request as cumulative, duplicative, and

12   unduly burdensome to the extent that it seeks documents previously requested by

13   Mattel and/or produced in response to Mattel's document requests.

14   REQUEST FOR PRODUCTION NO. 72:

15       All DOCUMENTS that REFER OR RELATE TO YOUR product or product

16   line offerings, or contemplated or proposed product or product line offerings, for

17   calendar year 2004, including without limitation YOUR product line lists for such

18   time period and all DOCUMENTS that REFER OR RELATE TO changes or

19   amendments or contemplated or proposed changes or amendments thereto.

20   RESPONSE TO REQUEST FOR PRODUCTION NO. 72:

21       MGA Mexico incorporates by reference its General Response and General

22   Objections above, as though fully set forth herein and specifically incorporates

23   General Objection No. 15 (regarding Definitions), including without limitation MGA

24   Mexico's objection to the definition of the term REFER OR RELATE TO. MGA

25   Mexico further objects to the request to the extent it seeks the production of

26   documents that are protected from disclosure under any applicable privilege, doctrine

27   or immunity, including without limitation the attorney-client privilege, the work

28   product doctrine, the right of privacy, and all other privileges recognized under the

EXHIBIT _____

-114-          PAGE _____ 382

1  constitutional, statutory or decisional law of the United States of America, the State
2  of California or any other applicable jurisdiction, including, but not limited to, such
3  laws existing in the United Mexican States.  MGA Mexico further objects to this
4  request on the grounds that it is overly broad and unduly burdensome in that it seeks
5  documents not relevant to the claims or defenses in this action and not reasonably
6  calculated to lead to the discovery of admissible evidence.  Mattel has not
7  demonstrated how *all* DOCUMENTS that REFER OR RELATE TO YOUR product
8  or product line offerings, or contemplated or proposed product or product line
9  offerings, for calendar year 2004, could be relevant to the claims and defenses in this
10  action.  The request is not limited to the subject matter of this action and is thus
11  impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.
12  MGA Mexico further objects to this request as being overly broad and unduly
13  burdensome on the grounds that it is not sufficiently limited in time or geographic
14  scope.  MGA Mexico further objects to this request on the grounds that the term
15  REFER OR RELATE TO renders the request vague, ambiguous, overly broad and
16  unduly burdensome.  MGA Mexico further objects to the request to the extent that it
17  seeks documents that by reason of public filing, public distribution or otherwise are
18  already in Mattel's possession or are readily accessible to Mattel.  MGA Mexico
19  further objects to the request to the extent that it seeks documents not in MGA
20  Mexico's possession, custody or control.  MGA Mexico further objects to the request
21  to the extent it seeks confidential, proprietary or commercially sensitive information,
22  the disclosure of which would be inimical to the business interests of MGA Mexico.
23  Such information may also be subject to protective orders governing other litigations
24  thereby precluding disclosure in response to this request.  MGA Mexico further
25  objects to the request to the extent it violates the privacy rights of third parties to
26  their private, confidential, proprietary or trade secret information.

27
28

EXHIBIT 14
PAGE 383

-115-

1      MGA Mexico further objects to this request as cumulative, duplicative, and

2 unduly burdensome to the extent that it seeks documents previously requested by

3 Mattel and/or produced in response to Mattel's document requests.

4 REQUEST FOR PRODUCTION NO. 73:

5      All DOCUMENTS that REFER OR RELATE TO YOUR product or product

6 line offerings, or contemplated or proposed product or product line offerings, for

7 calendar year 2005, including without limitation YOUR product line lists for such

8 time period and all DOCUMENTS that REFER OR RELATE TO changes or

9 amendments or contemplated or proposed changes or amendments thereto.

10 RESPONSE TO REQUEST FOR PRODUCTION NO. 73:

11      MGA Mexico incorporates by reference its General Response and General

12 Objections above, as though fully set forth herein and specifically incorporates

13 General Objection No. 15 (regarding Definitions), including without limitation MGA

14 Mexico's objection to the definition of the term REFER OR RELATE TO.  MGA

15 Mexico further objects to the request to the extent it seeks the production of

16 documents that are protected from disclosure under any applicable privilege, doctrine

17 or immunity, including without limitation the attorney-client privilege, the work

18 product doctrine, the right of privacy, and all other privileges recognized under the

19 constitutional, statutory or decisional law of the United States of America, the State

20 of California or any other applicable jurisdiction, including, but not limited to, such

21 laws existing in the United Mexican States. MGA Mexico further objects to this

22 request on the grounds that it is overly broad and unduly burdensome in that it seeks

23 documents not relevant to the claims or defenses in this action and not reasonably

24 calculated to lead to the discovery of admissible evidence. Mattel has not

25 demonstrated how *all* DOCUMENTS that REFER OR RELATE TO YOUR product

26 or product line offerings, or contemplated or proposed product or product line

27 offerings, for calendar year 2005 could be relevant to the claims and defenses in this

28 action. The request is not limited to the subject matter of this action and is thus

EXHIBIT 14
PAGE 384

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A         MSW - Draft December 19, 2007 - 1:25 PM

1 impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.

2 MGA Mexico further objects to this request as being overly broad and unduly

3 burdensome on the grounds that it is not sufficiently limited in time or geographic

4 scope. MGA Mexico further objects to this request on the grounds that the term

5 REFER OR RELATE TO renders the request vague, ambiguous, overly broad and

6 unduly burdensome. MGA Mexico further objects to the request to the extent that it

7 seeks documents that by reason of public filing, public distribution or otherwise are

8 already in Mattel's possession or are readily accessible to Mattel. MGA Mexico

9 further objects to the request to the extent that it seeks documents not in MGA

10 Mexico's possession, custody or control. MGA Mexico further objects to the request

11 to the extent it seeks confidential, proprietary or commercially sensitive information,

12 the disclosure of which would be inimical to the business interests of MGA Mexico.

13 Such information may also be subject to protective orders governing other litigations

14 thereby precluding disclosure in response to this request. MGA Mexico further

15 objects to the request to the extent it violates the privacy rights of third parties to

16 their private, confidential, proprietary or trade secret information.

17 MGA Mexico further objects to this request as cumulative, duplicative, and

18 unduly burdensome to the extent that it seeks documents previously requested by

19 Mattel and/or produced in response to Mattel's document requests.

20 REQUEST FOR PRODUCTION NO. 74:

21 All DOCUMENTS that REFER OR RELATE TO YOUR product or product

22 line offerings, or contemplated or proposed product or product line offerings, for

23 calendar year 2006, including without limitation YOUR product line lists for such

24 time period and all DOCUMENTS that REFER OR RELATE TO changes or

25 amendments or contemplated or proposed changes or amendments thereto.

26 RESPONSE TO REQUEST FOR PRODUCTION NO. 74:

27 MGA Mexico incorporates by reference its General Response and General

28 Objections above, as though fully set forth herein and specifically incorporates

EXHIBIT _14_

-117-                                          PAGE __385__

1 General Objection No. 15 (regarding Definitions), including without limitation MGA
2 Mexico's objection to the definition of the term REFER OR RELATE TO. MGA
3 Mexico further objects to the request to the extent it seeks the production of
4 documents that are protected from disclosure under any applicable privilege, doctrine
5 or immunity, including without limitation the attorney-client privilege, the work
6 product doctrine, the right of privacy, and all other privileges recognized under the
7 constitutional, statutory or decisional law of the United States of America, the State
8 of California or any other applicable jurisdiction, including, but not limited to, such
9 laws existing in the United Mexican States. MGA Mexico further objects to this
10 request on the grounds that it is overly broad and unduly burdensome in that it seeks
11 documents not relevant to the claims or defenses in this action and not reasonably
12 calculated to lead to the discovery of admissible evidence. Mattel has not
13 demonstrated how *all* DOCUMENTS that REFER OR RELATE TO YOUR product
14 or product line offerings, or contemplated or proposed product or product line
15 offerings, for calendar year 2006, could be relevant to the claims and defenses in this
16 action. The request is not limited to the subject matter of this action and is thus
17 impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.
18 MGA Mexico further objects to this request as being overly broad and unduly
19 burdensome on the grounds that it is not sufficiently limited in time or geographic
20 scope. MGA Mexico further objects to this request on the grounds that the term
21 REFER OR RELATE TO renders the request vague, ambiguous, overly broad and
22 unduly burdensome. MGA Mexico further objects to the request to the extent that it
23 seeks documents that by reason of public filing, public distribution or otherwise are
24 already in Mattel's possession or are readily accessible to Mattel. MGA Mexico
25 further objects to the request to the extent that it seeks documents not in MGA
26 Mexico's possession, custody or control. MGA Mexico further objects to the request
27 to the extent it seeks confidential, proprietary or commercially sensitive information,
28 the disclosure of which would be inimical to the business interests of MGA Mexico.

EXHIBIT 14

-118-

PAGE 356

1 Such information may also be subject to protective orders governing other litigations
2 thereby precluding disclosure in response to this request. MGA Mexico further
3 objects to the request to the extent it violates the privacy rights of third parties to
4 their private, confidential, proprietary or trade secret information.

5       MGA Mexico further objects to this request as cumulative, duplicative, and
6 unduly burdensome to the extent that it seeks documents previously requested by
7 Mattel and/or produced in response to Mattel's document requests.

8 REQUEST FOR PRODUCTION NO. 75:

9       All DOCUMENTS that REFER OR RELATE TO YOUR product or product
10 line offerings, or contemplated or proposed product or product line offerings, for
11 calendar year 2007, including without limitation YOUR product line lists for such
12 time period and all DOCUMENTS that REFER OR RELATE TO changes or
13 amendments or contemplated or proposed changes or amendments thereto.

14 RESPONSE TO REQUEST FOR PRODUCTION NO. 75:

15       MGA Mexico incorporates by reference its General Response and General
16 Objections above, as though fully set forth herein and specifically incorporates
17 General Objection No. 15 (regarding Definitions), including without limitation MGA
18 Mexico's objection to the definition of the term REFER OR RELATE TO.  MGA
19 Mexico further objects to the request to the extent it seeks the production of
20 documents that are protected from disclosure under any applicable privilege, doctrine
21 or immunity, including without limitation the attorney-client privilege, the work
22 product doctrine, the right of privacy, and all other privileges recognized under the
23 constitutional, statutory or decisional law of the United States of America, the State
24 of California or any other applicable jurisdiction, including, but not limited to, such
25 laws existing in the United Mexican States. MGA Mexico further objects to this
26 request on the grounds that it is overly broad and unduly burdensome in that it seeks
27 documents not relevant to the claims or defenses in this action and not reasonably
28 calculated to lead to the discovery of admissible evidence. Mattel has not

EXHIBIT

PAGE 387

-119-

1 demonstrated how *all* DOCUMENTS that REFER OR RELATE TO YOUR product
2 or product line offerings, or contemplated or proposed product or product line
3 offerings, for calendar year 2007 could be relevant to the claims and defenses in this
4 action. The request is not limited to the subject matter of this action and is thus
5 impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.
6 MGA Mexico further objects to this request as being overly broad and unduly
7 burdensome on the grounds that it is not sufficiently limited in time or geographic
8 scope. MGA Mexico further objects to this request on the grounds that the term
9 REFER OR RELATE TO renders the request vague, ambiguous, overly broad and
10 unduly burdensome. MGA Mexico further objects to the request to the extent that it
11 seeks documents that by reason of public filing, public distribution or otherwise are
12 already in Mattel's possession or are readily accessible to Mattel. MGA Mexico
13 further objects to the request to the extent that it seeks documents not in MGA
14 Mexico's possession, custody or control. MGA Mexico further objects to the request
15 to the extent it seeks confidential, proprietary or commercially sensitive information,
16 the disclosure of which would be inimical to the business interests of MGA Mexico.
17 Such information may also be subject to protective orders governing other litigations
18 thereby precluding disclosure in response to this request. MGA Mexico further
19 objects to the request to the extent it violates the privacy rights of third parties to
20 their private, confidential, proprietary or trade secret information.

21 MGA Mexico further objects to this request as cumulative, duplicative, and
22 unduly burdensome to the extent that it seeks documents previously requested by
23 Mattel and/or produced in response to Mattel's document requests.

24 REQUEST FOR PRODUCTION NO. 76:

25 All DOCUMENTS that REFER OR RELATE TO YOUR corporate structure
26 since January 1, 1999, including without limitation YOUR relationship with MGA
27 Entertainment, Inc. and the IDENTITY of YOUR officers, directors, shareholders
28 and employees since January 1, 1999.

EXHIBIT __14__
PAGE __383__

-120-

1 | RESPONSE TO REQUEST FOR PRODUCTION NO. 76:

2 |     MGA Mexico incorporates by reference its General Response and General
3 | Objections above, as though fully set forth herein and specifically incorporates
4 | General Objection No. 15 (regarding Definitions), including without limitation MGA
5 | Mexico's objection to the definition of the term REFER OR RELATE TO. MGA
6 | Mexico further objects to the request to the extent it seeks the production of
7 | documents that are protected from disclosure under any applicable privilege, doctrine
8 | or immunity, including without limitation the attorney-client privilege, the work
9 | product doctrine, the right of privacy, and all other privileges recognized under the
10 | constitutional, statutory or decisional law of the United States of America, the State
11 | of California or any other applicable jurisdiction, including, but not limited to, such
12 | laws existing in the United Mexican States. MGA Mexico further objects to this
13 | request on the grounds that it is overly broad and unduly burdensome in that it seeks
14 | documents not relevant to the claims or defenses in this action and not reasonably
15 | calculated to lead to the discovery of admissible evidence. Mattel has not
16 | demonstrated how *all* DOCUMENTS that REFER OR RELATE TO YOUR
17 | corporate structure since January 1, 1999, could be relevant to the claims and
18 | defenses in this action. The request is not limited to the subject matter of this action
19 | and is thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22 Order
20 | at 21:5-7. MGA Mexico further objects to this request as being overly broad and
21 | unduly burdensome on the grounds that it is not sufficiently limited in time or
22 | geographic scope. MGA Mexico further objects to this request on the grounds that
23 | the term REFER OR RELATE TO renders the request vague, ambiguous, overly
24 | broad and unduly burdensome. MGA Mexico further objects to the undefined term
25 | "IDENTITY" as vague and ambiguous. MGA Mexico further objects to the request
26 | to the extent that it seeks documents that by reason of public filing, public
27 | distribution or otherwise are already in Mattel's possession or are readily accessible
28 | to Mattel. MGA Mexico further objects to the request to the extent that it seeks

EXHIBIT 14
PAGE 388
-121-

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A      MSW - Draft December 19, 2007 - 1:25 PM

1  documents not in MGA Mexico's possession, custody or control.  MGA Mexico
2  further objects to the request to the extent it seeks confidential, proprietary or
3  commercially sensitive information, the disclosure of which would be inimical to the
4  business interests of MGA Mexico.

5      MGA Mexico further objects to this request as cumulative, duplicative, and
6  unduly burdensome to the extent that it seeks documents previously requested by
7  Mattel and/or produced in response to Mattel's document requests.

8  REQUEST FOR PRODUCTION NO. 77:

9      To the extent not covered by other Requests, all DOCUMENTS, including
10  without limitation all COMMUNICATIONS between YOU and any PERSON, that
11  REFER OR RELATE TO any agreement or contract between MATTEL, on the one
12  hand, and any former employee of MATTEL who has been hired, considered,
13  solicited or interviewed for any position or potential position or employment by
14  YOU.

15  RESPONSE TO REQUEST FOR PRODUCTION NO. 77:

16      MGA Mexico incorporates by reference its General Response and General
17  Objections above, as though fully set forth herein and specifically incorporates
18  General Objection No. 15 (regarding Definitions), including without limitation MGA
19  Mexico's objection to the definition of the terms REFER OR RELATE TO and
20  MATTEL.  MGA Mexico further objects to the request to the extent it seeks the
21  production of documents that are protected from disclosure under any applicable
22  privilege, doctrine or immunity, including without limitation the attorney-client
23  privilege, the work product doctrine, the right of privacy, and all other privileges
24  recognized under the constitutional, statutory or decisional law of the United States
25  of America, the State of California or any other applicable jurisdiction, including, but
26  not limited to, such laws existing in the United Mexican States.  MGA Mexico
27  further objects to this request on the grounds that it is overly broad and unduly
28  burdensome in that it seeks documents not relevant to the claims or defenses in this

EXHIBIT _____

-122-         PAGE      330

1 | action and not reasonably calculated to lead to the discovery of admissible evidence.

2 | Mattel has not demonstrated how *all* DOCUMENTS, including without limitation all

3 | COMMUNICATIONS between YOU and any PERSON, that REFER OR RELATE

4 | TO any agreement or contract between MATTEL, on the one hand, and any former

5 | employee of MATTEL who has been hired, considered, solicited or interviewed for

6 | any position or potential position or employment by YOU could be relevant to the

7 | claims and defenses in this action. The request is not limited to the subject matter of

8 | this action and is thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May

9 | 22 Order at 21:5-7. MGA Mexico further objects to this request as being overly

10 | broad and unduly burdensome on the grounds that it is not limited in time or

11 | geographic scope. MGA Mexico further objects to this request on the grounds that

12 | the terms REFER OR RELATE TO and MATTEL render the request vague,

13 | ambiguous, overly broad and unduly burdensome. MGA Mexico further objects to

14 | the phrase "potential position" as vague and ambiguous and to "employee" as calling

15 | for a legal conclusion. MGA Mexico further objects to the request to the extent that

16 | it seeks documents that by reason of public filing, public distribution or otherwise

17 | are already in Mattel's possession or are readily accessible to Mattel. MGA Mexico

18 | further objects to the request to the extent that it seeks documents not in MGA

19 | Mexico's possession, custody or control. MGA Mexico further objects to the request

20 | to the extent it seeks confidential, proprietary or commercially sensitive information,

21 | the disclosure of which would be inimical to the business interests of MGA Mexico.

22 | Such information may also be subject to protective orders governing other litigations

23 | thereby precluding disclosure in response to this request. MGA Mexico further

24 | objects to the request to the extent it violates the privacy rights of third parties to

25 | their private, confidential, proprietary or trade secret information.

26 | MGA Mexico further objects to this request as cumulative, duplicative, and

27 | unduly burdensome to the extent that it seeks documents previously requested by

28 | Mattel and/or produced in response to Mattel's document requests.

EXHIBIT _14_

-123-

PAGE _391_

1 | REQUEST FOR PRODUCTION NO. 78:

2       All DOCUMENTS that REFER OR RELATE TO any effort by YOU to
3 | recruit employees or contractors who have been or are employed by or who have
4 | worked for MATTEL since January 1, 1999, including but not limited to advertising,
5 | media releases, brochures, articles, catalogs, handbooks, and public relations
6 | material.

7 | RESPONSE TO REQUEST FOR PRODUCTION NO. 78:

8       MGA Mexico incorporates by reference its General Response and General
9 | Objections above, as though fully set forth herein and specifically incorporates
10 | General Objection No. 15 (regarding Definitions), including without limitation MGA
11 | Mexico's objection to the definition of the term REFER OR RELATE TO. MGA
12 | Mexico further objects to the request to the extent it seeks the production of
13 | documents that are protected from disclosure under any applicable privilege, doctrine
14 | or immunity, including without limitation the attorney-client privilege, the work
15 | product doctrine, the right of privacy, and all other privileges recognized under the
16 | constitutional, statutory or decisional law of the United States of America, the State
17 | of California or any other applicable jurisdiction, including, but not limited to, such
18 | laws existing in the United Mexican States. MGA Mexico further objects to this
19 | request on the grounds that it is overly broad and unduly burdensome in that it seeks
20 | documents not relevant to the claims or defenses in this action and not reasonably
21 | calculated to lead to the discovery of admissible evidence. Mattel has not
22 | demonstrated how *all* DOCUMENTS that REFER OR RELATE TO any effort by
23 | YOU to recruit employees or contractors who have been or are employed by or who
24 | have worked for MATTEL since January 1, 1999, could be relevant to the claims
25 | and defenses in this action. The request is not limited to the subject matter of this
26 | action and is thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22
27 | Order at 21:5-7. MGA Mexico further objects to this request as being overly broad
28 | and unduly burdensome on the grounds that it is not sufficiently limited in time or

-124-

EXHIBIT ___14___

PAGE 392

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A                 MSW - Draft December 19, 2007 - 1:25 PM

1   geographic scope. MGA Mexico further objects to this request on the grounds that
2   the term REFER OR RELATE TO renders the request vague, ambiguous, overly
3   broad and unduly burdensome. MGA Mexico further objects to the phrase "worked
4   for" as vague and ambiguous, and to the terms "employees" and "employed" as
5   calling for legal conclusions. MGA Mexico further objects to the request to the
6   extent that it seeks documents that by reason of public filing, public distribution or
7   otherwise are already in Mattel's possession or are readily accessible to Mattel.
8   MGA Mexico further objects to the request to the extent that it seeks documents not
9   in MGA Mexico's possession, custody or control. MGA Mexico further objects to
10  the request to the extent it seeks confidential, proprietary or commercially sensitive
11  information, the disclosure of which would be inimical to the business interests of
12  MGA Mexico. Such information may also be subject to protective orders governing
13  other litigations thereby precluding disclosure in response to this request. MGA
14  Mexico further objects to the request to the extent it violates the privacy rights of
15  third parties to their private, confidential, proprietary or trade secret information.

16        MGA Mexico further objects to this request as cumulative, duplicative, and
17  unduly burdensome to the extent that it seeks documents previously requested by
18  Mattel and/or produced in response to Mattel's document requests.

19  REQUEST FOR PRODUCTION NO. 79:

20        DOCUMENTS sufficient to IDENTIFY every PERSON who has entered into
21  a BRATZ LICENSE with YOU or anyone acting on YOUR behalf.

22  RESPONSE TO REQUEST FOR PRODUCTION NO. 79:

23        MGA Mexico incorporates by reference its General Response and General
24  Objections above, as though fully set forth herein and specifically incorporates
25  General Objection No. 15 (regarding Definitions), including without limitation MGA
26  Mexico's objection to the definition of the term BRATZ LICENSE. MGA Mexico
27  further objects to the request to the extent it seeks the production of documents that
28  are protected from disclosure under any applicable privilege, doctrine or immunity,

EXHIBIT /4
-125-   PAGE   393

1 including without limitation the attorney-client privilege, the work product doctrine,

2 the right of privacy, and all other privileges recognized under the constitutional,

3 statutory or decisional law of the United States of America, the State of California or

4 any other applicable jurisdiction, including, but not limited to, such laws existing in

5 the United Mexican States. MGA Mexico further objects to this request on the

6 grounds that it is overly broad and unduly burdensome in that it seeks documents not

7 relevant to the claims or defenses in this action and not reasonably calculated to lead

8 to the discovery of admissible evidence. The request is not limited to the subject

9 matter of this action and is thus impermissibly overbroad. See Aug. 13 Order at

10 9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this request as

11 being overly broad and unduly burdensome on the grounds that it is not limited in

12 time or geographic scope. MGA Mexico further objects to this request on the

13 grounds that the term BRATZ LICENSE renders the request vague, ambiguous,

14 overly broad and unduly burdensome. MGA Mexico further objects to the request to

15 the extent that it seeks documents that by reason of public filing, public distribution

16 or otherwise are already in Mattel's possession or are readily accessible to Mattel.

17 MGA Mexico further objects to the request to the extent that it seeks documents not

18 in MGA Mexico's possession, custody or control. MGA Mexico further objects to

19 the request to the extent it seeks confidential, proprietary or commercially sensitive

20 information, the disclosure of which would be inimical to the business interests of

21 MGA Mexico.

22     MGA Mexico further objects to this request as cumulative, duplicative, and

23 unduly burdensome to the extent that it seeks documents previously requested by

24 Mattel and/or produced in response to Mattel's document requests.

25 REQUEST FOR PRODUCTION NO. 80:

26     DOCUMENTS sufficient to IDENTIFY by product name, product number

27 and SKU each BRATZ PRODUCT including, without limitation, each BRATZ

28 DOLL, sold by YOU or YOUR licensees.

EXHIBIT _14_
PAGE _394_

-126-

1 | RESPONSE TO REQUEST FOR PRODUCTION NO. 80:

2 |     MGA Mexico incorporates by reference its General Response and General

3 | Objections above, as though fully set forth herein and specifically incorporates

4 | General Objection No. 15 (regarding Definitions), including without limitation MGA

5 | Mexico's objection to the definition of the terms BRATZ PRODUCT and BRATZ

6 | DOLL. MGA Mexico further objects to the request to the extent it seeks the

7 | production of documents that are protected from disclosure under any applicable

8 | privilege, doctrine or immunity, including without limitation the attorney-client

9 | privilege, the work product doctrine, the right of privacy, and all other privileges

10 | recognized under the constitutional, statutory or decisional law of the United States

11 | of America, the State of California or any other applicable jurisdiction, including, but

12 | not limited to, such laws existing in the United Mexican States. MGA Mexico

13 | further objects to this request on the grounds that it is overly broad and unduly

14 | burdensome in that it seeks documents not relevant to the claims or defenses in this

15 | action and not reasonably calculated to lead to the discovery of admissible evidence.

16 | The request is not limited to the subject matter of this action and is thus

17 | impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.

18 | MGA Mexico further objects to this request as being overly broad and unduly

19 | burdensome on the grounds that it is not limited in time or geographic scope. MGA

20 | Mexico further objects to this request on the grounds that the terms BRATZ

21 | PRODUCT and BRATZ DOLL render the request vague, ambiguous, overly broad

22 | and unduly burdensome. MGA Mexico further objects to the request to the extent

23 | that it seeks documents that by reason of public filing, public distribution or

24 | otherwise are already in Mattel's possession or are readily accessible to Mattel.

25 | MGA Mexico further objects to the request to the extent that it seeks documents not

26 | in MGA Mexico's possession, custody or control. MGA Mexico further objects to

27 | the request to the extent it seeks confidential, proprietary or commercially sensitive

28 |

EXHIBIT __14__

PAGE __395__

-127-

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A    MSW - Draft December 19, 2007 - 1:25 PM

1 | information, the disclosure of which would be inimical to the business interests of
2 | MGA Mexico.

3 | MGA Mexico further objects to this request as cumulative, duplicative, and
4 | unduly burdensome to the extent that it seeks documents previously requested by
5 | Mattel and/or produced in response to Mattel's document requests.

6 | REQUEST FOR PRODUCTION NO. 81:

7 | DOCUMENTS sufficient to show the number of units of each BRATZ DOLL
8 | sold by YOU or YOUR licensees.

9 | RESPONSE TO REQUEST FOR PRODUCTION NO. 81:

10 | MGA Mexico incorporates by reference its General Response and General
11 | Objections above, as though fully set forth herein and specifically incorporates
12 | General Objection No. 15 (regarding Definitions), including without limitation MGA
13 | Mexico's objection to the definition of the term BRATZ DOLL.  MGA Mexico
14 | further objects to the request to the extent it seeks the production of documents that
15 | are protected from disclosure under any applicable privilege, doctrine or immunity,
16 | including without limitation the attorney-client privilege, the work product doctrine,
17 | the right of privacy, and all other privileges recognized under the constitutional,
18 | statutory or decisional law of the United States of America, the State of California or
19 | any other applicable jurisdiction, including, but not limited to, such laws existing in
20 | the United Mexican States.  MGA Mexico further objects to this request on the
21 | grounds that it is overly broad and unduly burdensome in that it seeks documents not
22 | relevant to the claims or defenses in this action and not reasonably calculated to lead
23 | to the discovery of admissible evidence.  The request is not limited to the subject
24 | matter of this action and is thus impermissibly overbroad.  See Aug. 13 Order at
25 | 9:17-20; May 22 Order at 21:5-7.  MGA Mexico further objects to this request as
26 | being overly broad and unduly burdensome on the grounds that it is not limited in
27 | time or geographic scope.  MGA Mexico further objects to this request on the
28 | grounds that the term BRATZ DOLL renders the request vague, ambiguous, overly

EXHIBIT _14_

-128-

PAGE _396_

1  broad and unduly burdensome. MGA Mexico further objects to the request to the
2  extent that it seeks documents that by reason of public filing, public distribution or
3  otherwise are already in Mattel's possession or are readily accessible to Mattel.
4  MGA Mexico further objects to the request to the extent that it seeks documents not
5  in MGA Mexico's possession, custody or control. MGA Mexico further objects to
6  the request to the extent it seeks confidential, proprietary or commercially sensitive
7  information, the disclosure of which would be inimical to the business interests of
8  MGA Mexico.

9  MGA Mexico further objects to this request as cumulative, duplicative, and
10  unduly burdensome to the extent that it seeks documents previously requested by
11  Mattel and/or produced in response to Mattel's document requests.

12  REQUEST FOR PRODUCTION NO. 82:

13  DOCUMENTS sufficient to show the revenue received by YOU from the sale
14  of each BRATZ DOLL sold by YOU or YOUR licensees.

15  RESPONSE TO REQUEST FOR PRODUCTION NO. 82:

16  MGA Mexico incorporates by reference its General Response and General
17  Objections above, as though fully set forth herein and specifically incorporates
18  General Objection No. 15 (regarding Definitions), including without limitation MGA
19  Mexico's objection to the definition of the term BRATZ DOLL. MGA Mexico
20  further objects to the request to the extent it seeks the production of documents that
21  are protected from disclosure under any applicable privilege, doctrine or immunity,
22  including without limitation the attorney-client privilege, the work product doctrine,
23  the right of privacy, and all other privileges recognized under the constitutional,
24  statutory or decisional law of the United States of America, the State of California or
25  any other applicable jurisdiction, including, but not limited to, such laws existing in
26  the United Mexican States. MGA Mexico further objects to this request on the
27  grounds that it is overly broad and unduly burdensome in that it seeks documents not
28  relevant to the claims or defenses in this action and not reasonably calculated to lead

EXHIBIT _____ 14

-129-                          PAGE _____ 397

1  to the discovery of admissible evidence.  The request is not limited to the subject
2  matter of this action and is thus impermissibly overbroad.  See Aug. 13 Order at
3  9:17-20; May 22 Order at 21:5-7.  MGA Mexico further objects to this request as
4  being overly broad and unduly burdensome on the grounds that it is not limited in
5  time or geographic scope.  MGA Mexico further objects to this request on the
6  grounds that the term BRATZ DOLL renders the request vague, ambiguous, overly
7  broad and unduly burdensome.  MGA Mexico further objects to the request to the
8  extent that it seeks documents that by reason of public filing, public distribution or
9  otherwise are already in Mattel's possession or are readily accessible to Mattel.
10  MGA Mexico further objects to the request to the extent that it seeks documents not
11  in MGA Mexico's possession, custody or control.  MGA Mexico further objects to
12  the request to the extent it seeks confidential, proprietary or commercially sensitive
13  information, the disclosure of which would be inimical to the business interests of
14  MGA Mexico.

15      MGA Mexico further objects to this request as cumulative, duplicative, and
16  unduly burdensome to the extent that it seeks documents previously requested by
17  Mattel and/or produced in response to Mattel's document requests.

18  REQUEST FOR PRODUCTION NO. 83:

19      DOCUMENTS sufficient to show the revenue received by YOU from the sale
20  of each BRATZ DOLL sold by YOU or YOUR licensees.

21  RESPONSE TO REQUEST FOR PRODUCTION NO. 83:

22      MGA Mexico incorporates by reference its General Response and General
23  Objections above, as though fully set forth herein and specifically incorporates
24  General Objection No. 15 (regarding Definitions), including without limitation MGA
25  Mexico's objection to the definition of the term BRATZ DOLL.  MGA Mexico
26  further objects to the request to the extent it seeks the production of documents that
27  are protected from disclosure under any applicable privilege, doctrine or immunity,
28  including without limitation the attorney-client privilege, the work product doctrine,

EXHIBIT     14
-130-       PAGE     398

1  the right of privacy, and all other privileges recognized under the constitutional,
2  statutory or decisional law of the United States of America, the State of California or
3  any other applicable jurisdiction, including, but not limited to, such laws existing in
4  the United Mexican States. MGA Mexico further objects to this request on the
5  grounds that it is overly broad and unduly burdensome in that it seeks documents not
6  relevant to the claims or defenses in this action and not reasonably calculated to lead
7  to the discovery of admissible evidence. The request is not limited to the subject
8  matter of this action and is thus impermissibly overbroad. See Aug. 13 Order at
9  9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this request as
10 being overly broad and unduly burdensome on the grounds that it is not limited in
11 time or geographic scope. MGA Mexico further objects to this request on the
12 grounds that the term BRATZ DOLL renders the request vague, ambiguous, overly
13 broad and unduly burdensome. MGA Mexico further objects to the request to the
14 extent that it seeks documents that by reason of public filing, public distribution or
15 otherwise are already in Mattel's possession or are readily accessible to Mattel.
16 MGA Mexico further objects to the request to the extent that it seeks documents not
17 in MGA Mexico's possession, custody or control. MGA Mexico further objects to
18 the request to the extent it seeks confidential, proprietary or commercially sensitive
19 information, the disclosure of which would be inimical to the business interests of
20 MGA Mexico.

21      MGA Mexico further objects to this request as cumulative, duplicative, and
22 unduly burdensome to the extent that it seeks documents previously requested by
23 Mattel and/or produced in response to Mattel's document requests.

24 REQUEST FOR PRODUCTION NO. 84:

25      All DOCUMENTS that evidence, reflect or REFER OR RELATE TO YOUR
26 profits from the sale of each BRATZ DOLL sold by YOU or YOUR licensees.

27

28

EXHIBIT 14
PAGE 399

-131-

1 | RESPONSE TO REQUEST FOR PRODUCTION NO. 84:

2 |     MGA Mexico incorporates by reference its General Response and General

3 | Objections above, as though fully set forth herein and specifically incorporates

4 | General Objection No. 15 (regarding Definitions), including without limitation MGA

5 | Mexico's objection to the definition of the terms REFER OR RELATE TO and

6 | BRATZ DOLL. MGA Mexico further objects to the request to the extent it seeks the

7 | production of documents that are protected from disclosure under any applicable

8 | privilege, doctrine or immunity, including without limitation the attorney-client

9 | privilege, the work product doctrine, the right of privacy, and all other privileges

10 | recognized under the constitutional, statutory or decisional law of the United States

11 | of America, the State of California or any other applicable jurisdiction, including, but

12 | not limited to, such laws existing in the United Mexican States. MGA Mexico

13 | further objects to this request on the grounds that it is overly broad and unduly

14 | burdensome in that it seeks documents not relevant to the claims or defenses in this

15 | action and not reasonably calculated to lead to the discovery of admissible evidence.

16 | Mattel has not demonstrated how *all* DOCUMENTS that evidence, reflect or REFER

17 | OR RELATE TO YOUR profits from the sale of each BRATZ DOLL sold by YOU

18 | or YOUR licensees, could be relevant to the claims and defenses in this action. The

19 | request is not limited to the subject matter of this action and is thus impermissibly

20 | overbroad. See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7. MGA Mexico

21 | further objects to this request as being overly broad and unduly burdensome on the

22 | grounds that it is not limited in time or geographic scope. MGA Mexico further

23 | objects to this request on the grounds that the terms REFER OR RELATE TO and

24 | BRATZ DOLL render the request vague, ambiguous, overly broad and unduly

25 | burdensome. MGA Mexico further objects to the request to the extent that it seeks

26 | documents that by reason of public filing, public distribution or otherwise are already

27 | in Mattel's possession or are readily accessible to Mattel. MGA Mexico further

28 | objects to the request to the extent that it seeks documents not in MGA Mexico's

EXHIBIT ___4___

-132-    PAGE    400

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A    MSW - Draft December 19, 2007 - 1:25 PM

1 possession, custody or control. MGA Mexico further objects to the request to the

2 extent it seeks confidential, proprietary or commercially sensitive information, the

3 disclosure of which would be inimical to the business interests of MGA Mexico.

4 Such information may also be subject to protective orders governing other litigations

5 thereby precluding disclosure in response to this request. MGA Mexico further

6 objects to the request to the extent it violates the privacy rights of third parties to

7 their private, confidential, proprietary or trade secret information.

8     MGA Mexico further objects to this request as cumulative, duplicative, and

9 unduly burdensome to the extent that it seeks documents previously requested by

10 Mattel and/or produced in response to Mattel's document requests.

11 REQUEST FOR PRODUCTION NO. 85:

12     For each customer to whom YOU or YOUR licensees have ever sold any

13 BRATZ DOLL, DOCUMENTS sufficient to show the number of units of each such

14 BRATZ DOLL sold by YOU or YOUR licensees to that customer.

15 RESPONSE TO REQUEST FOR PRODUCTION NO. 85:

16     MGA Mexico incorporates by reference its General Response and General

17 Objections above, as though fully set forth herein and specifically incorporates

18 General Objection No. 15 (regarding Definitions), including without limitation MGA

19 Mexico's objection to the definition of the terms BRATZ DOLL. MGA Mexico

20 further objects to the request to the extent it seeks the production of documents that

21 are protected from disclosure under any applicable privilege, doctrine or immunity,

22 including without limitation the attorney-client privilege, the work product doctrine,

23 the right of privacy, and all other privileges recognized under the constitutional,

24 statutory or decisional law of the United States of America, the State of California or

25 any other applicable jurisdiction, including, but not limited to, such laws existing in

26 the United Mexican States. MGA Mexico further objects to this request on the

27 grounds that it is overly broad and unduly burdensome in that it seeks documents not

28 relevant to the claims or defenses in this action and not reasonably calculated to lead

EXHIBIT /4

-133-

PAGE 401

1  to the discovery of admissible evidence. The request is not limited to the subject
2  matter of this action and is thus impermissibly overbroad. See Aug. 13 Order at
3  9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this request as
4  being overly broad and unduly burdensome on the grounds that it is not limited in
5  time or geographic scope. MGA Mexico further objects to this request on the
6  grounds that the terms BRATZ DOLL renders the request vague, ambiguous, overly
7  broad and unduly burdensome. MGA Mexico further objects to the request to the
8  extent that it seeks documents that by reason of public filing, public distribution or
9  otherwise are already in Mattel's possession or are readily accessible to Mattel.
10 MGA Mexico further objects to the request to the extent that it seeks documents not
11 in MGA Mexico's possession, custody or control. MGA Mexico further objects to
12 the request to the extent it seeks confidential, proprietary or commercially sensitive
13 information, the disclosure of which would be inimical to the business interests of
14 MGA Mexico. MGA Mexico further objects to the request to the extent it violates
15 the privacy rights of third parties to their private, confidential, proprietary or trade
16 secret information.

17  MGA Mexico further objects to this request as cumulative, duplicative, and
18 unduly burdensome to the extent that it seeks documents previously requested by
19 Mattel and/or produced in response to Mattel's document requests.

20 REQUEST FOR PRODUCTION NO. 86:

21  For each customer to whom YOU or YOUR licensees have ever sold any
22 BRATZ DOLL, DOCUMENTS sufficient to show the revenue received by YOU
23 from each such BRATZ DOLL sold by YOU or YOUR licensees to that customer.
24 RESPONSE TO REQUEST FOR PRODUCTION NO. 86:

25  MGA Mexico incorporates by reference its General Response and General
26 Objections above, as though fully set forth herein and specifically incorporates
27 General Objection No. 15 (regarding Definitions), including without limitation MGA
28 Mexico's objection to the definition of the terms BRATZ DOLL. MGA Mexico

EXHIBIT 14

-134-

1  further objects to the request to the extent it seeks the production of documents that

2  are protected from disclosure under any applicable privilege, doctrine or immunity,

3  including without limitation the attorney-client privilege, the work product doctrine,

4  the right of privacy, and all other privileges recognized under the constitutional,

5  statutory or decisional law of the United States of America, the State of California or

6  any other applicable jurisdiction, including, but not limited to, such laws existing in

7  the United Mexican States. MGA Mexico further objects to this request on the

8  grounds that it is overly broad and unduly burdensome in that it seeks documents not

9  relevant to the claims or defenses in this action and not reasonably calculated to lead

10  to the discovery of admissible evidence. The request is not limited to the subject

11  matter of this action and is thus impermissibly overbroad. See Aug. 13 Order at

12  9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this request as

13  being overly broad and unduly burdensome on the grounds that it is not limited in

14  time or geographic scope. MGA Mexico further objects to this request on the

15  grounds that the term BRATZ DOLL renders the request vague, ambiguous, overly

16  broad and unduly burdensome. MGA Mexico further objects to the request to the

17  extent that it seeks documents that by reason of public filing, public distribution or

18  otherwise are already in Mattel's possession or are readily accessible to Mattel.

19  MGA Mexico further objects to the request to the extent that it seeks documents not

20  in MGA Mexico's possession, custody or control. MGA Mexico further objects to

21  the request to the extent it seeks confidential, proprietary or commercially sensitive

22  information, the disclosure of which would be inimical to the business interests of

23  MGA Mexico. MGA Mexico further objects to the request to the extent it violates

24  the privacy rights of third parties to their private, confidential, proprietary or trade

25  secret information.

26     MGA Mexico further objects to this request as cumulative, duplicative, and

27  unduly burdensome to the extent that it seeks documents previously requested by

28  Mattel and/or produced in response to Mattel's document requests.

EXHIBIT   14

-135-   PAGE   433

1 | REQUEST FOR PRODUCTION NO. 87:

2 | For each customer to whom YOU or YOUR licensees have ever sold any

3 | BRATZ DOLL, DOCUMENTS sufficient to show YOUR profits from each such

4 | BRATZ DOLL sold by YOU or YOUR licensees to that customer.

5 | RESPONSE TO REQUEST FOR PRODUCTION NO. 87:

6 | MGA Mexico incorporates by reference its General Response and General

7 | Objections above, as though fully set forth herein and specifically incorporates

8 | General Objection No. 15 (regarding Definitions), including without limitation MGA

9 | Mexico's objection to the definition of the term BRATZ DOLL. MGA Mexico

10 | further objects to the request to the extent it seeks the production of documents that

11 | are protected from disclosure under any applicable privilege, doctrine or immunity,

12 | including without limitation the attorney-client privilege, the work product doctrine,

13 | the right of privacy, and all other privileges recognized under the constitutional,

14 | statutory or decisional law of the United States of America, the State of California or

15 | any other applicable jurisdiction, including, but not limited to, such laws existing in

16 | the United Mexican States. MGA Mexico further objects to this request on the

17 | grounds that it is overly broad and unduly burdensome in that it seeks documents not

18 | relevant to the claims or defenses in this action and not reasonably calculated to lead

19 | to the discovery of admissible evidence. The request is not limited to the subject

20 | matter of this action and is thus impermissibly overbroad. See Aug. 13 Order at

21 | 9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this request as

22 | being overly broad and unduly burdensome on the grounds that it is not limited in

23 | time or geographic scope. MGA Mexico further objects to this request on the

24 | grounds that the term BRATZ DOLL renders the request vague, ambiguous, overly

25 | broad and unduly burdensome. MGA Mexico further objects to the phrase "YOUR

26 | profits" as vague and ambiguous. MGA Mexico further objects to the request to the

27 | extent that it seeks documents that by reason of public filing, public distribution or

28 | otherwise are already in Mattel's possession or are readily accessible to Mattel.

EXHIBIT __14__

-136-                    PAGE ____434____

1  MGA Mexico further objects to the request to the extent that it seeks documents not
2  in MGA Mexico's possession, custody or control.  MGA Mexico further objects to
3  the request to the extent it seeks confidential, proprietary or commercially sensitive
4  information, the disclosure of which would be inimical to the business interests of
5  MGA Mexico.  MGA Mexico further objects to the request to the extent it violates
6  the privacy rights of third parties to their private, confidential, proprietary or trade
7  secret information.

8      MGA Mexico further objects to this request as cumulative, duplicative, and
9  unduly burdensome to the extent that it seeks documents previously requested by
10  Mattel and/or produced in response to Mattel's document requests.

11  REQUEST FOR PRODUCTION NO. 88:

12      DOCUMENTS sufficient to show customer returns to YOU of BRATZ
13  DOLLS sold or distributed by YOU or YOUR licensees.

14  RESPONSE TO REQUEST FOR PRODUCTION NO. 88:

15      MGA Mexico incorporates by reference its General Response and General
16  Objections above, as though fully set forth herein and specifically incorporates
17  General Objection No. 15 (regarding Definitions), including without limitation MGA
18  Mexico's objection to the definition of the term BRATZ DOLLS.  MGA Mexico
19  further objects to the request to the extent it seeks the production of documents that
20  are protected from disclosure under any applicable privilege, doctrine or immunity,
21  including without limitation the attorney-client privilege, the work product doctrine,
22  the right of privacy, and all other privileges recognized under the constitutional,
23  statutory or decisional law of the United States of America, the State of California or
24  any other applicable jurisdiction, including, but not limited to, such laws existing in
25  the United Mexican States.  MGA Mexico further objects to this request on the
26  grounds that it is overly broad and unduly burdensome in that it seeks documents not
27  relevant to the claims or defenses in this action and not reasonably calculated to lead
28  to the discovery of admissible evidence.  The request is not limited to the subject

EXHIBIT 4 405
PAGE

-137-

1 matter of this action and is thus impermissibly overbroad. See Aug. 13 Order at

2 9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this request as

3 being overly broad and unduly burdensome on the grounds that it is not limited in

4 time or geographic scope. MGA Mexico further objects to this request on the

5 grounds that the term BRATZ DOLLS renders the request vague, ambiguous, overly

6 broad and unduly burdensome. MGA Mexico further objects to the request to the

7 extent that it seeks documents that by reason of public filing, public distribution or

8 otherwise are already in Mattel's possession or are readily accessible to Mattel.

9 MGA Mexico further objects to the request to the extent that it seeks documents not

10 in MGA Mexico's possession, custody or control. MGA Mexico further objects to

11 the request to the extent it seeks confidential, proprietary or commercially sensitive

12 information, the disclosure of which would be inimical to the business interests of

13 MGA Mexico.

14     MGA Mexico further objects to this request as cumulative, duplicative, and

15 unduly burdensome to the extent that it seeks documents previously requested by

16 Mattel and/or produced in response to Mattel's document requests.

17 REQUEST FOR PRODUCTION NO. 89:

18     DOCUMENTS sufficient to show customer rebates or credits given by YOU

19 or YOUR licensees to customers in connection with BRATZ DOLLS.

20 RESPONSE TO REQUEST FOR PRODUCTION NO. 89:

21     MGA Mexico incorporates by reference its General Response and General

22 Objections above, as though fully set forth herein and specifically incorporates

23 General Objection No. 15 (regarding Definitions), including without limitation MGA

24 Mexico's objection to the definition of the term BRATZ DOLL. MGA Mexico

25 further objects to the request to the extent it seeks the production of documents that

26 are protected from disclosure under any applicable privilege, doctrine or immunity,

27 including without limitation the attorney-client privilege, the work product doctrine,

28 the right of privacy, and all other privileges recognized under the constitutional,

EXHIBIT 14

-138-

PAGE 406

1  statutory or decisional law of the United States of America, the State of California or

2  any other applicable jurisdiction, including, but not limited to, such laws existing in

3  the United Mexican States. MGA Mexico further objects to this request on the

4  grounds that it is overly broad and unduly burdensome in that it seeks documents not

5  relevant to the claims or defenses in this action and not reasonably calculated to lead

6  to the discovery of admissible evidence. The request is not limited to the subject

7  matter of this action and is thus impermissibly overbroad. See Aug. 13 Order at

8  9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this request as

9  being overly broad and unduly burdensome on the grounds that it is not limited in

10 time or geographic scope. MGA Mexico further objects to this request on the

11 grounds that the term BRATZ DOLLS renders the request vague, ambiguous, overly

12 broad and unduly burdensome. MGA Mexico further objects to the phrase "in

13 connection with" as vague and ambiguous. MGA Mexico further objects to the

14 request to the extent that it seeks documents that by reason of public filing, public

15 distribution or otherwise are already in Mattel's possession or are readily accessible

16 to Mattel. MGA Mexico further objects to the request to the extent that it seeks

17 documents not in MGA Mexico's possession, custody or control. MGA Mexico

18 further objects to the request to the extent it seeks confidential, proprietary or

19 commercially sensitive information, the disclosure of which would be inimical to the

20 business interests of MGA Mexico.

21      MGA Mexico further objects to this request as cumulative, duplicative, and

22 unduly burdensome to the extent that it seeks documents previously requested by

23 Mattel and/or produced in response to Mattel's document requests.

24 REQUEST FOR PRODUCTION NO. 90:

25      DOCUMENTS sufficient to show, by product number or SKU, the number of

26 units of each BRATZ DOLL sold by YOU or YOUR licensees.

27

28

EXHIBIT  14
PAGE            407

-139-

RESPONSE TO REQUEST FOR PRODUCTION NO. 90:

MGA Mexico incorporates by reference its General Response and General Objections above, as though fully set forth herein and specifically incorporates General Objection No. 15 (regarding Definitions), including without limitation MGA Mexico's objection to the definition of the term BRATZ DOLL. MGA Mexico further objects to the request to the extent it seeks the production of documents that are protected from disclosure under any applicable privilege, doctrine or immunity, including without limitation the attorney-client privilege, the work product doctrine, the right of privacy, and all other privileges recognized under the constitutional, statutory or decisional law of the United States of America, the State of California or any other applicable jurisdiction, including, but not limited to, such laws existing in the United Mexican States. MGA Mexico further objects to this request on the grounds that it is overly broad and unduly burdensome in that it seeks documents not relevant to the claims or defenses in this action and not reasonably calculated to lead to the discovery of admissible evidence. The request is not limited to the subject matter of this action and is thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this request as being overly broad and unduly burdensome on the grounds that it is not limited in time or geographic scope. MGA Mexico further objects to this request on the grounds that the term BRATZ DOLL renders the request vague, ambiguous, overly broad and unduly burdensome. MGA Mexico further objects to the request to the extent that it seeks documents that by reason of public filing, public distribution or otherwise are already in Mattel's possession or are readily accessible to Mattel. MGA Mexico further objects to the request to the extent that it seeks documents not in MGA Mexico's possession, custody or control. MGA Mexico further objects to the request to the extent it seeks confidential, proprietary or commercially sensitive information, the disclosure of which would be inimical to the business interests of MGA Mexico.

EXHIBIT 14
PAGE 408

-140-

1    MGA Mexico further objects to this request as cumulative, duplicative, and
2    unduly burdensome to the extent that it seeks documents previously requested by
3    Mattel and/or produced in response to Mattel's document requests.
4    REQUEST FOR PRODUCTION NO. 91:
5        DOCUMENTS sufficient to show, by product number or SKU, the revenue
6    received by YOU from the sale of each BRATZ DOLL sold by YOU or YOUR
7    licensees.
8    RESPONSE TO REQUEST FOR PRODUCTION NO. 91:
9        MGA Mexico incorporates by reference its General Response and General
10   Objections above, as though fully set forth herein and specifically incorporates
11   General Objection No. 15 (regarding Definitions), including without limitation MGA
12   Mexico's objection to the definition of the term BRATZ DOLL. MGA Mexico
13   further objects to the request to the extent it seeks the production of documents that
14   are protected from disclosure under any applicable privilege, doctrine or immunity,
15   including without limitation the attorney-client privilege, the work product doctrine,
16   the right of privacy, and all other privileges recognized under the constitutional,
17   statutory or decisional law of the United States of America, the State of California or
18   any other applicable jurisdiction, including, but not limited to, such laws existing in
19   the United Mexican States. MGA Mexico further objects to this request on the
20   grounds that it is overly broad and unduly burdensome in that it seeks documents not
21   relevant to the claims or defenses in this action and not reasonably calculated to lead
22   to the discovery of admissible evidence. The request is not limited to the subject
23   matter of this action and is thus impermissibly overbroad. See Aug. 13 Order at
24   9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this request as
25   being overly broad and unduly burdensome on the grounds that it is not limited in
26   time or geographic scope. MGA Mexico further objects to this request on the
27   grounds that the term BRATZ DOLL renders the request vague, ambiguous, overly
28   broad and unduly burdensome. MGA Mexico further objects to the request to the

EXHIBIT ____ 14
-141-
PAGE ____ 409

1 extent that it seeks documents that by reason of public filing, public distribution or
2 otherwise are already in Mattel's possession or are readily accessible to Mattel.
3 MGA Mexico further objects to the request to the extent that it seeks documents not
4 in MGA Mexico's possession, custody or control. MGA Mexico further objects to
5 the request to the extent it seeks confidential, proprietary or commercially sensitive
6 information, the disclosure of which would be inimical to the business interests of
7 MGA Mexico.

8      MGA Mexico further objects to this request as cumulative, duplicative, and
9 unduly burdensome to the extent that it seeks documents previously requested by
10 Mattel and/or produced in response to Mattel's document requests.

11 REQUEST FOR PRODUCTION NO. 92:

12      DOCUMENTS sufficient to show, by product number or SKU, YOUR cost of
13 goods sold, unit cost and other costs for each BRATZ DOLL sold by YOU or YOUR
14 licensees.

15 RESPONSE TO REQUEST FOR PRODUCTION NO. 92:

16      MGA Mexico incorporates by reference its General Response and General
17 Objections above, as though fully set forth herein and specifically incorporates
18 General Objection No. 15 (regarding Definitions), including without limitation MGA
19 Mexico's objection to the definition of the term BRATZ DOLL. MGA Mexico
20 further objects to the request to the extent it seeks the production of documents that
21 are protected from disclosure under any applicable privilege, doctrine or immunity,
22 including without limitation the attorney-client privilege, the work product doctrine,
23 the right of privacy, and all other privileges recognized under the constitutional,
24 statutory or decisional law of the United States of America, the State of California or
25 any other applicable jurisdiction, including, but not limited to, such laws existing in
26 the United Mexican States. MGA Mexico further objects to this request on the
27 grounds that it is overly broad and unduly burdensome in that it seeks documents not
28 relevant to the claims or defenses in this action and not reasonably calculated to lead

EXHIBIT _____14____.

-142-

PAGE _____410____

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A             MSW - Draft December 19, 2007 - 1:25 PM

1  to the discovery of admissible evidence. The request is not limited to the subject

2  matter of this action and is thus impermissibly overbroad. See Aug. 13 Order at

3  9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this request as

4  being overly broad and unduly burdensome on the grounds that it is not limited in

5  time or geographic scope. MGA Mexico further objects to this request on the

6  grounds that the term BRATZ DOLL renders the request vague, ambiguous, overly

7  broad and unduly burdensome. MGA Mexico further objects to the phrase "unit cost

8  and other costs" as vague and ambiguous. MGA Mexico further objects to the

9  request to the extent that it seeks documents that by reason of public filing, public

10  distribution or otherwise are already in Mattel's possession or are readily accessible

11  to Mattel. MGA Mexico further objects to the request to the extent that it seeks

12  documents not in MGA Mexico's possession, custody or control. MGA Mexico

13  further objects to the request to the extent it seeks confidential, proprietary or

14  commercially sensitive information, the disclosure of which would be inimical to the

15  business interests of MGA Mexico.

16      MGA Mexico further objects to this request as cumulative, duplicative, and

17  unduly burdensome to the extent that it seeks documents previously requested by

18  Mattel and/or produced in response to Mattel's document requests.

19  REQUEST FOR PRODUCTION NO. 93:

20      All DOCUMENTS that evidence, reflect or REFER OR RELATE TO YOUR

21  profits, by product number or SKU, from the sale of each BRATZ DOLL sold by

22  YOU or YOUR licensees.

23  RESPONSE TO REQUEST FOR PRODUCTION NO. 93:

24      MGA Mexico incorporates by reference its General Response and General

25  Objections above, as though fully set forth herein and specifically incorporates

26  General Objection No. 15 (regarding Definitions), including without limitation MGA

27  Mexico's objection to the definition of the terms BRATZ DOLL and REFER OR

28  RELATE TO. MGA Mexico further objects to the request to the extent it seeks the

EXHIBIT __14__

-143-

PAGE __411__

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A        MSW - Draft December 19, 2007 - 1:25 PM

1 | production of documents that are protected from disclosure under any applicable
2 | privilege, doctrine or immunity, including without limitation the attorney-client
3 | privilege, the work product doctrine, the right of privacy, and all other privileges
4 | recognized under the constitutional, statutory or decisional law of the United States
5 | of America, the State of California or any other applicable jurisdiction, including, but
6 | not limited to, such laws existing in the United Mexican States. MGA Mexico
7 | further objects to this request on the grounds that it is overly broad and unduly
8 | burdensome in that it seeks documents not relevant to the claims or defenses in this
9 | action and not reasonably calculated to lead to the discovery of admissible evidence.
10 | Mattel has not demonstrated how *all* DOCUMENTS that evidence, reflect or REFER
11 | OR RELATE TO YOUR profits, by product number or SKU, from the sale of each
12 | BRATZ DOLL sold by YOU or YOUR licensees, could be relevant to the claims
13 | and defenses in this action. The request is not limited to the subject matter of this
14 | action and is thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22
15 | Order at 21:5-7. MGA Mexico further objects to this request as being overly broad
16 | and unduly burdensome on the grounds that it is not limited in time or geographic
17 | scope. MGA Mexico further objects to this request on the grounds that the terms
18 | REFER OR RELATE TO and BRATZ DOLL render the request vague, ambiguous,
19 | overly broad and unduly burdensome. MGA Mexico further objects to the term
20 | "reflect" as vague and ambiguous. MGA Mexico further objects to the request to the
21 | extent that it seeks documents that by reason of public filing, public distribution or
22 | otherwise are already in Mattel's possession or are readily accessible to Mattel.
23 | MGA Mexico further objects to the request to the extent that it seeks documents not
24 | in MGA Mexico's possession, custody or control. MGA Mexico further objects to
25 | the request to the extent it seeks confidential, proprietary or commercially sensitive
26 | information, the disclosure of which would be inimical to the business interests of
27 | MGA Mexico. Such information may also be subject to protective orders governing
28 | other litigations thereby precluding disclosure in response to this request, MGA

EXHIBIT 14
-144-
PAGE 412

1 Mexico further objects to the request to the extent it violates the privacy rights of
2 third parties to their private, confidential, proprietary or trade secret information.

3      MGA Mexico further objects to this request as cumulative, duplicative, and
4 unduly burdensome to the extent that it seeks documents previously requested by
5 Mattel and/or produced in response to Mattel's document requests.

6 REQUEST FOR PRODUCTION NO. 94:

7      For each customer to whom YOU or YOUR licensees have ever sold any
8 BRATZ DOLL, DOCUMENTS sufficient to show, by product number or SKU, the
9 number of units of each such BRATZ DOLL sold by YOU or YOUR licensees to
10 that customer.

11 RESPONSE TO REQUEST FOR PRODUCTION NO. 94:

12      MGA Mexico incorporates by reference its General Response and General
13 Objections above, as though fully set forth herein and specifically incorporates
14 General Objection No. 15 (regarding Definitions), including without limitation MGA
15 Mexico's objection to the definition of the term BRATZ DOLL. MGA Mexico
16 further objects to the request to the extent it seeks the production of documents that
17 are protected from disclosure under any applicable privilege, doctrine or immunity,
18 including without limitation the attorney-client privilege, the work product doctrine,
19 the right of privacy, and all other privileges recognized under the constitutional,
20 statutory or decisional law of the United States of America, the State of California or
21 any other applicable jurisdiction, including, but not limited to, such laws existing in
22 the United Mexican States. MGA Mexico further objects to this request on the
23 grounds that it is overly broad and unduly burdensome in that it seeks documents not
24 relevant to the claims or defenses in this action and not reasonably calculated to lead
25 to the discovery of admissible evidence. The request is not limited to the subject
26 matter of this action and is thus impermissibly overbroad. See Aug. 13 Order at
27 9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this request as
28 being overly broad and unduly burdensome on the grounds that it is not limited in

EXHIBIT 14
PAGE 413

-145-

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A                                    MSW - Draft December 19, 2007 - 1:25 PM

1 | time or geographic scope. MGA Mexico further objects to this request on the
2 | grounds that the term BRATZ DOLL renders the request vague, ambiguous, overly
3 | broad and unduly burdensome. MGA Mexico further objects to the request to the
4 | extent that it seeks documents that by reason of public filing, public distribution or
5 | otherwise are already in Mattel's possession or are readily accessible to Mattel.
6 | MGA Mexico further objects to the request to the extent that it seeks documents not
7 | in MGA Mexico's possession, custody or control. MGA Mexico further objects to
8 | the request to the extent it seeks confidential, proprietary or commercially sensitive
9 | information, the disclosure of which would be inimical to the business interests of
10 | MGA Mexico. MGA Mexico further objects to the request to the extent it violates
11 | the privacy rights of third parties to their private, confidential, proprietary or trade
12 | secret information.

13 | MGA Mexico further objects to this request as cumulative, duplicative, and
14 | unduly burdensome to the extent that it seeks documents previously requested by
15 | Mattel and/or produced in response to Mattel's document requests.

16 | REQUEST FOR PRODUCTION NO. 95:

17 | For each customer to whom YOU or YOUR licensees have ever sold any
18 | BRATZ DOLL, DOCUMENTS sufficient to show, by product number or SKU, the
19 | revenue received by YOU from each such BRATZ DOLL sold by YOU or YOUR
20 | licensees to that customer.

21 | RESPONSE TO REQUEST FOR PRODUCTION NO. 95:

22 | MGA Mexico incorporates by reference its General Response and General
23 | Objections above, as though fully set forth herein and specifically incorporates
24 | General Objection No. 15 (regarding Definitions), including without limitation MGA
25 | Mexico's objection to the definition of the term BRATZ DOLL. MGA Mexico
26 | further objects to the request to the extent it seeks the production of documents that
27 | are protected from disclosure under any applicable privilege, doctrine or immunity,
28 | including without limitation the attorney-client privilege, the work product doctrine,

EXHIBIT ___/___

-146-   PAGE ___414___

1  the right of privacy, and all other privileges recognized under the constitutional,
2  statutory or decisional law of the United States of America, the State of California or
3  any other applicable jurisdiction, including, but not limited to, such laws existing in
4  the United Mexican States. MGA Mexico further objects to this request on the
5  grounds that it is overly broad and unduly burdensome in that it seeks documents not
6  relevant to the claims or defenses in this action and not reasonably calculated to lead
7  to the discovery of admissible evidence. The request is not limited to the subject
8  matter of this action and is thus impermissibly overbroad. See Aug. 13 Order at
9  9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this request as
10 being overly broad and unduly burdensome on the grounds that it is not limited in
11 time or geographic scope. MGA Mexico further objects to this request on the
12 grounds that the term BRATZ DOLL renders the request vague, ambiguous, overly
13 broad and unduly burdensome. MGA Mexico further objects to the request to the
14 extent that it seeks documents that by reason of public filing, public distribution or
15 otherwise are already in Mattel's possession or are readily accessible to Mattel.
16 MGA Mexico further objects to the request to the extent that it seeks documents not
17 in MGA Mexico's possession, custody or control. MGA Mexico further objects to
18 the request to the extent it seeks confidential, proprietary or commercially sensitive
19 information, the disclosure of which would be inimical to the business interests of
20 MGA Mexico. MGA Mexico further objects to the request to the extent it violates
21 the privacy rights of third parties to their private, confidential, proprietary or trade
22 secret information.

23    MGA Mexico further objects to this request as cumulative, duplicative, and
24 unduly burdensome to the extent that it seeks documents previously requested by
25 Mattel and/or produced in response to Mattel's document requests.

26 REQUEST FOR PRODUCTION NO. 96:

27    For each customer to whom YOU or YOUR licensees have ever sold any
28 BRATZ DOLL, DOCUMENTS sufficient to show, by product number or SKU,

EXHIBIT __7__

-147-

PAGE __415__

1  YOUR profits from each such BRATZ DOLL sold by YOU or YOUR licensees to
2  that customer.

3  RESPONSE TO REQUEST FOR PRODUCTION NO. 96:

4        MGA Mexico incorporates by reference its General Response and General
5  Objections above, as though fully set forth herein and specifically incorporates
6  General Objection No. 15 (regarding Definitions), including without limitation MGA
7  Mexico's objection to the definition of the term BRATZ DOLL.  MGA Mexico
8  further objects to the request to the extent it seeks the production of documents that
9  are protected from disclosure under any applicable privilege, doctrine or immunity,
10  including without limitation the attorney-client privilege, the work product doctrine,
11  the right of privacy, and all other privileges recognized under the constitutional,
12  statutory or decisional law of the United States of America, the State of California or
13  any other applicable jurisdiction, including, but not limited to, such laws existing in
14  the United Mexican States.  MGA Mexico further objects to this request on the
15  grounds that it is overly broad and unduly burdensome in that it seeks documents not
16  relevant to the claims or defenses in this action and not reasonably calculated to lead
17  to the discovery of admissible evidence.  The request is not limited to the subject
18  matter of this action and is thus impermissibly overbroad.  See Aug. 13 Order at
19  9:17-20; May 22 Order at 21:5-7.  MGA Mexico further objects to this request as
20  being overly broad and unduly burdensome on the grounds that it is not limited in
21  time or geographic scope.  MGA Mexico further objects to this request on the
22  grounds that the term BRATZ DOLL renders the request vague, ambiguous, overly
23  broad and unduly burdensome.  MGA Mexico further objects to the request to the
24  extent that it seeks documents that by reason of public filing, public distribution or
25  otherwise are already in Mattel's possession or are readily accessible to Mattel.
26  MGA Mexico further objects to the request to the extent that it seeks documents not
27  in MGA Mexico's possession, custody or control.  MGA Mexico further objects to
28  the request to the extent it seeks confidential, proprietary, or commercially sensitive

EXHIBIT ___14___
-148-                PAGE ___416___

1  information, the disclosure of which would be inimical to the business interests of
2  MGA Mexico. MGA Mexico further objects to the request to the extent it violates
3  the privacy rights of third parties to their private, confidential, proprietary or trade
4  secret information.

5      MGA Mexico further objects to this request as cumulative, duplicative, and
6  unduly burdensome to the extent that it seeks documents previously requested by
7  Mattel and/or produced in response to Mattel's document requests.

8  REQUEST FOR PRODUCTION NO. 97:

9      DOCUMENTS sufficient to show the revenue and profits derived by YOU
10 from the sale by YOU or YOUR licensees of BRATZ DOLLS including, without
11 limitation, DOCUMENTS sufficient to show sales revenue, costs of goods sold,
12 variable costs, gross margins, royalties paid and received, gross profits and net
13 profits.

14 RESPONSE TO REQUEST FOR PRODUCTION NO. 97:

15     MGA Mexico incorporates by reference its General Response and General
16 Objections above, as though fully set forth herein and specifically incorporates
17 General Objection No. 15 (regarding Definitions), including without limitation MGA
18 Mexico's objection to the definition of the term BRATZ DOLL. MGA Mexico
19 further objects to the request to the extent it seeks the production of documents that
20 are protected from disclosure under any applicable privilege, doctrine or immunity,
21 including without limitation the attorney-client privilege, the work product doctrine,
22 the right of privacy, and all other privileges recognized under the constitutional,
23 statutory or decisional law of the United States of America, the State of California or
24 any other applicable jurisdiction, including, but not limited to, such laws existing in
25 the United Mexican States. MGA Mexico further objects to this request on the
26 grounds that it is overly broad and unduly burdensome in that it seeks documents not
27 relevant to the claims or defenses in this action and not reasonably calculated to lead
28 to the discovery of admissible evidence. The request is not limited to the subject

-149-

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV-04-9049-SGL (RNBx)
256415.05-Palo Alto Server 1A                                    MSW - Draft December 9, 2007 - 1:25 PM

PAGE    417

1  matter of this action and is thus impermissibly overbroad. See Aug. 13 Order at

2  9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this request as

3  being overly broad and unduly burdensome on the grounds that it is not limited in

4  time or geographic scope. MGA Mexico further objects to this request on the

5  grounds that the term BRATZ DOLLS renders the request vague, ambiguous, overly

6  broad and unduly burdensome. MGA Mexico further objects to the phrase as vague

7  and ambiguous. MGA Mexico further objects to the request to the extent that it

8  seeks documents that by reason of public filing, public distribution or otherwise are

9  already in Mattel's possession or are readily accessible to Mattel. MGA Mexico

10  further objects to the request to the extent that it seeks documents not in MGA

11  Mexico's possession, custody or control. MGA Mexico further objects to the request

12  to the extent it seeks confidential, proprietary or commercially sensitive information,

13  the disclosure of which would be inimical to the business interests of MGA Mexico.

14  MGA Mexico further objects to this request as cumulative, duplicative, and

15  unduly burdensome to the extent that it seeks documents previously requested by

16  Mattel and/or produced in response to Mattel's document requests.

17  REQUEST FOR PRODUCTION NO. 98:

18  DOCUMENTS sufficient to show the number of units of each BRATZ

19  PRODUCT sold by YOU or YOUR licensees.

20  RESPONSE TO REQUEST FOR PRODUCTION NO. 98:

21  MGA Mexico incorporates by reference its General Response and General

22  Objections above, as though fully set forth herein and specifically incorporates

23  General Objection No. 15 (regarding Definitions), including without limitation MGA

24  Mexico's objection to the definition of the term BRATZ PRODUCT. MGA Mexico

25  further objects to the request to the extent it seeks the production of documents that

26  are protected from disclosure under any applicable privilege, doctrine or immunity,

27  including without limitation the attorney-client privilege, the work product doctrine,

28  the right of privacy, and all other privileges recognized under the constitutional,

-150-

EXHIBIT ___14___

418

1 statutory or decisional law of the United States of America, the State of California or
2 any other applicable jurisdiction, including, but not limited to, such laws existing in
3 the United Mexican States. MGA Mexico further objects to this request on the
4 grounds that it is overly broad and unduly burdensome in that it seeks documents not
5 relevant to the claims or defenses in this action and not reasonably calculated to lead
6 to the discovery of admissible evidence. The request is not limited to the subject
7 matter of this action and is thus impermissibly overbroad. See Aug. 13 Order at
8 9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this request as
9 being overly broad and unduly burdensome on the grounds that it is not limited in
10 time or geographic scope. MGA Mexico further objects to this request on the
11 grounds that the term BRATZ PRODUCT renders the request vague, ambiguous,
12 overly broad and unduly burdensome. MGA Mexico further objects to the request to
13 the extent that it seeks documents that by reason of public filing, public distribution
14 or otherwise are already in Mattel's possession or are readily accessible to Mattel.
15 MGA Mexico further objects to the request to the extent that it seeks documents not
16 in MGA Mexico's possession, custody or control. MGA Mexico further objects to
17 the request to the extent it seeks confidential, proprietary or commercially sensitive
18 information, the disclosure of which would be inimical to the business interests of
19 MGA Mexico.

20 MGA Mexico further objects to this request as cumulative, duplicative, and
21 unduly burdensome to the extent that it seeks documents previously requested by
22 Mattel and/or produced in response to Mattel's document requests.

23 REQUEST FOR PRODUCTION NO. 99:

24 DOCUMENTS sufficient to show the revenue received by YOU from the sale
25 of each BRATZ PRODUCT sold by YOU or YOUR licensees.

26 RESPONSE TO REQUEST FOR PRODUCTION NO. 99:

27 MGA Mexico incorporates by reference its General Response and General
28 Objections above, as though fully set forth herein and specifically incorporates

EXHIBIT

-151- PAGE 419

1  General Objection No. 15 (regarding Definitions), including without limitation MGA
2  Mexico's objection to the definition of the term BRATZ PRODUCT. MGA Mexico
3  further objects to the request to the extent it seeks the production of documents that
4  are protected from disclosure under any applicable privilege, doctrine or immunity,
5  including without limitation the attorney-client privilege, the work product doctrine,
6  the right of privacy, and all other privileges recognized under the constitutional,
7  statutory or decisional law of the United States of America, the State of California or
8  any other applicable jurisdiction, including, but not limited to, such laws existing in
9  the United Mexican States. MGA Mexico further objects to this request on the
10 grounds that it is overly broad and unduly burdensome in that it seeks documents not
11 relevant to the claims or defenses in this action and not reasonably calculated to lead
12 to the discovery of admissible evidence. The request is not limited to the subject
13 matter of this action and is thus impermissibly overbroad. See Aug. 13 Order at
14 9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this request as
15 being overly broad and unduly burdensome on the grounds that it is not limited in
16 time or geographic scope. MGA Mexico further objects to this request on the
17 grounds that the term BRATZ PRODUCT renders the request vague, ambiguous,
18 overly broad and unduly burdensome. MGA Mexico further objects to the request to
19 the extent that it seeks documents that by reason of public filing, public distribution
20 or otherwise are already in Mattel's possession or are readily accessible to Mattel.
21 MGA Mexico further objects to the request to the extent that it seeks documents not
22 in MGA Mexico's possession, custody or control. MGA Mexico further objects to
23 the request to the extent it seeks confidential, proprietary or commercially sensitive
24 information, the disclosure of which would be inimical to the business interests of
25 MGA Mexico.

26     MGA Mexico further objects to this request as cumulative, duplicative, and
27 unduly burdensome to the extent that it seeks documents previously requested by
28 Mattel and/or produced in response to Mattel's document requests.

EXHIBIT 14
PAGE 420

-152-

1  REQUEST FOR PRODUCTION NO. 100:

2      DOCUMENTS sufficient to show YOUR cost of goods sold, unit cost and

3  other costs for each BRATZ PRODUCT sold by YOU or YOUR licensees.

4  RESPONSE TO REQUEST FOR PRODUCTION NO. 100:

5      MGA Mexico incorporates by reference its General Response and General

6  Objections above, as though fully set forth herein and specifically incorporates

7  General Objection No. 15 (regarding Definitions), including without limitation MGA

8  Mexico's objection to the definition of the term BRATZ PRODUCT. MGA Mexico

9  further objects to the request to the extent it seeks the production of documents that

10 are protected from disclosure under any applicable privilege, doctrine or immunity,

11 including without limitation the attorney-client privilege, the work product doctrine,

12 the right of privacy, and all other privileges recognized under the constitutional,

13 statutory or decisional law of the United States of America, the State of California or

14 any other applicable jurisdiction, including, but not limited to, such laws existing in

15 the United Mexican States. MGA Mexico further objects to this request on the

16 grounds that it is overly broad and unduly burdensome in that it seeks documents not

17 relevant to the claims or defenses in this action and not reasonably calculated to lead

18 to the discovery of admissible evidence. The request is not limited to the subject

19 matter of this action and is thus impermissibly overbroad. See Aug. 13 Order at

20 9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this request as

21 being overly broad and unduly burdensome on the grounds that it is not limited in

22 time or geographic scope. MGA Mexico further objects to this request on the

23 grounds that the term BRATZ PRODUCT renders the request vague, ambiguous,

24 overly broad and unduly burdensome. MGA Mexico further objects to the terms

25 "unit cost" and "other costs" as vague and ambiguous. MGA Mexico further objects

26 to the request to the extent that it seeks documents that by reason of public filing,

27 public distribution or otherwise are already in Mattel's possession or are readily

28 accessible to Mattel. MGA Mexico further objects to the request to the extent that it

EXHIBIT 14

-153-

PAGE 421

1  seeks documents not in MGA Mexico's possession, custody or control. MGA

2  Mexico further objects to the request to the extent it seeks confidential, proprietary

3  or commercially sensitive information, the disclosure of which would be inimical to

4  the business interests of MGA Mexico.

5      MGA Mexico further objects to this request as cumulative, duplicative, and

6  unduly burdensome to the extent that it seeks documents previously requested by

7  Mattel and/or produced in response to Mattel's document requests.

8  REQUEST FOR PRODUCTION NO. 101:

9      All DOCUMENTS that evidence, reflect or REFER OR RELATE TO YOUR

10 profits from the sale of each BRATZ PRODUCT sold by YOU or YOUR licensees.

11 RESPONSE TO REQUEST FOR PRODUCTION NO. 101:

12     MGA Mexico incorporates by reference its General Response and General

13 Objections above, as though fully set forth herein and specifically incorporates

14 General Objection No. 15 (regarding Definitions), including without limitation MGA

15 Mexico's objection to the definition of the terms REFER OR RELATE TO and

16 BRATZ PRODUCT. MGA Mexico further objects to the request to the extent it

17 seeks the production of documents that are protected from disclosure under any

18 applicable privilege, doctrine or immunity, including without limitation the attorney-

19 client privilege, the work product doctrine, the right of privacy, and all other

20 privileges recognized under the constitutional, statutory or decisional law of the

21 United States of America, the State of California or any other applicable jurisdiction,

22 including, but not limited to, such laws existing in the United Mexican States. MGA

23 Mexico further objects to this request on the grounds that it is overly broad and

24 unduly burdensome in that it seeks documents not relevant to the claims or defenses

25 in this action and not reasonably calculated to lead to the discovery of admissible

26 evidence. Mattel has not demonstrated how *all* DOCUMENTS that evidence, reflect

27 or REFER OR RELATE TO YOUR profits from the sale of each BRATZ

28 PRODUCT sold by YOU or YOUR licensees, could be relevant to the claims and

EXHIBIT ___14___

-154-

PAGE ___422___

1 defenses in this action. The request is not limited to the subject matter of this action
2 and is thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22 Order
3 at 21:5-7. MGA Mexico further objects to this request as being overly broad and
4 unduly burdensome on the grounds that it is not limited in time or geographic scope.
5 MGA Mexico further objects to this request on the grounds that the terms REFER
6 OR RELATE TO and BRATZ PRODUCT render the request vague, ambiguous,
7 overly broad and unduly burdensome. MGA Mexico further objects to the request to
8 the extent that it seeks documents that by reason of public filing, public distribution
9 or otherwise are already in Mattel's possession or are readily accessible to Mattel.
10 MGA Mexico further objects to the request to the extent that it seeks documents not
11 in MGA Mexico's possession, custody or control. MGA Mexico further objects to
12 the request to the extent it seeks confidential, proprietary or commercially sensitive
13 information, the disclosure of which would be inimical to the business interests of
14 MGA Mexico. Such information may also be subject to protective orders governing
15 other litigations thereby precluding disclosure in response to this request. MGA
16 Mexico further objects to the request to the extent it violates the privacy rights of
17 third parties to their private, confidential, proprietary or trade secret information.

18 MGA Mexico further objects to this request as cumulative, duplicative, and
19 unduly burdensome to the extent that it seeks documents previously requested by
20 Mattel and/or produced in response to Mattel's document requests.

21 REQUEST FOR PRODUCTION NO. 102:

22 DOCUMENTS sufficient to IDENTIFY all customers to whom YOU or
23 YOUR licensees have ever sold any BRATZ PRODUCT.

24 RESPONSE TO REQUEST FOR PRODUCTION NO. 102:

25 MGA Mexico incorporates by reference its General Response and General
26 Objections above, as though fully set forth herein and specifically incorporates
27 General Objection No. 15 (regarding Definitions), including without limitation MGA
28 Mexico's objection to the definition of the term BRATZ PRODUCT. MGA Mexico

EXHIBIT ___ H

-155-

PAGE 423

1 | further objects to the request to the extent it seeks the production of documents that
2 | are protected from disclosure under any applicable privilege, doctrine or immunity,
3 | including without limitation the attorney-client privilege, the work product doctrine,
4 | the right of privacy, and all other privileges recognized under the constitutional,
5 | statutory or decisional law of the United States of America, the State of California or
6 | any other applicable jurisdiction, including, but not limited to, such laws existing in
7 | the United Mexican States. MGA Mexico further objects to this request on the
8 | grounds that it is overly broad and unduly burdensome in that it seeks documents not
9 | relevant to the claims or defenses in this action and not reasonably calculated to lead
10 | to the discovery of admissible evidence. The request is not limited to the subject
11 | matter of this action and is thus impermissibly overbroad. See Aug. 13 Order at
12 | 9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this request as
13 | being overly broad and unduly burdensome on the grounds that it is not limited in
14 | time or geographic scope. MGA Mexico further objects to this request on the
15 | grounds that the term BRATZ PRODUCT renders the request vague, ambiguous,
16 | overly broad and unduly burdensome. MGA Mexico further objects to the request to
17 | the extent that it seeks documents that by reason of public filing, public distribution
18 | or otherwise are already in Mattel's possession or are readily accessible to Mattel.
19 | MGA Mexico further objects to the request to the extent that it seeks documents not
20 | in MGA Mexico's possession, custody or control. MGA Mexico further objects to
21 | the request to the extent it seeks confidential, proprietary or commercially sensitive
22 | information, the disclosure of which would be inimical to the business interests of
23 | MGA Mexico. Such information may also be subject to protective orders governing
24 | other litigations thereby precluding disclosure in response to this request. MGA
25 | Mexico further objects to the request to the extent it violates the privacy rights of
26 | third parties to their private, confidential, proprietary or trade secret information.
27 |
28 |

EXHIBIT 14
PAGE 424

-156-