1      MGA Mexico further objects to this request as cumulative, duplicative, and
2 unduly burdensome to the extent that it seeks documents previously requested by
3 Mattel and/or produced in response to Mattel's document requests.

4 REQUEST FOR PRODUCTION NO. 103:

5      For each customer to whom YOU or YOUR licensees have ever sold any
6 BRATZ PRODUCT, DOCUMENTS sufficient to show the number of units of each
7 such BRATZ PRODUCT sold by YOU or YOUR licensees to that customer.

8 RESPONSE TO REQUEST FOR PRODUCTION NO. 103:

9      MGA Mexico incorporates by reference its General Response and General
10 Objections above, as though fully set forth herein and specifically incorporates
11 General Objection No. 15 (regarding Definitions), including without limitation MGA
12 Mexico's objection to the definition of the term BRATZ PRODUCT. MGA Mexico
13 further objects to the request to the extent it seeks the production of documents that
14 are protected from disclosure under any applicable privilege, doctrine or immunity,
15 including without limitation the attorney-client privilege, the work product doctrine,
16 the right of privacy, and all other privileges recognized under the constitutional,
17 statutory or decisional law of the United States of America, the State of California or
18 any other applicable jurisdiction, including, but not limited to, such laws existing in
19 the United Mexican States. MGA Mexico further objects to this request on the
20 grounds that it is overly broad and unduly burdensome in that it seeks documents not
21 relevant to the claims or defenses in this action and not reasonably calculated to lead
22 to the discovery of admissible evidence. The request is not limited to the subject
23 matter of this action and is thus impermissibly overbroad. See Aug. 13 Order at
24 9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this request as
25 being overly broad and unduly burdensome on the grounds that it is not limited in
26 time or geographic scope. MGA Mexico further objects to this request on the
27 grounds that the term BRATZ PRODUCT renders the request vague, ambiguous,
28 overly broad and unduly burdensome. MGA Mexico further objects to the request to

EXHIBIT /4

-157-

PAGE 425

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A                  MSW - Draft December 19, 2007 - 1:25 PM

1  the extent that it seeks documents that by reason of public filing, public distribution
2  or otherwise are already in Mattel's possession or are readily accessible to Mattel.
3  MGA Mexico further objects to the request to the extent that it seeks documents not
4  in MGA Mexico's possession, custody or control.  MGA Mexico further objects to
5  the request to the extent it seeks confidential, proprietary or commercially sensitive
6  information, the disclosure of which would be inimical to the business interests of
7  MGA Mexico.  MGA Mexico further objects to the request to the extent it violates
8  the privacy rights of third parties to their private, confidential, proprietary or trade
9  secret information.

10     MGA Mexico further objects to this request as cumulative, duplicative, and
11  unduly burdensome to the extent that it seeks documents previously requested by
12  Mattel and/or produced in response to Mattel's document requests.

13  REQUEST FOR PRODUCTION NO. 104:

14     For each customer to whom YOU or YOUR licensees have ever sold any
15  BRATZ PRODUCT, DOCUMENTS sufficient to show the revenue received by
16  YOU from each such BRATZ PRODUCT sold by YOU or YOUR licensees to that
17  customer.

18  RESPONSE TO REQUEST FOR PRODUCTION NO. 104:

19     MGA Mexico incorporates by reference its General Response and General
20  Objections above, as though fully set forth herein and specifically incorporates
21  General Objection No. 15 (regarding Definitions), including without limitation MGA
22  Mexico's objection to the definition of the term BRATZ PRODUCT.  MGA Mexico
23  further objects to the request to the extent it seeks the production of documents that
24  are protected from disclosure under any applicable privilege, doctrine or immunity,
25  including without limitation the attorney-client privilege, the work product doctrine,
26  the right of privacy, and all other privileges recognized under the constitutional,
27  statutory or decisional law of the United States of America, the State of California or
28  any other applicable jurisdiction, including, but not limited to, such laws existing in

-158-

EXHIBIT _14_

PAGE 426

1 the United Mexican States. MGA Mexico further objects to this request on the
2 grounds that it is overly broad and unduly burdensome in that it seeks documents not
3 relevant to the claims or defenses in this action and not reasonably calculated to lead
4 to the discovery of admissible evidence. The request is not limited to the subject
5 matter of this action and is thus impermissibly overbroad. See Aug. 13 Order at
6 9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this request as
7 being overly broad and unduly burdensome on the grounds that it is not limited in
8 time or geographic scope. MGA Mexico further objects to this request on the
9 grounds that the term BRATZ PRODUCT renders the request vague, ambiguous,
10 overly broad and unduly burdensome. MGA Mexico further objects to the request to
11 the extent that it seeks documents that by reason of public filing, public distribution
12 or otherwise are already in Mattel's possession or are readily accessible to Mattel.
13 MGA Mexico further objects to the request to the extent that it seeks documents not
14 in MGA Mexico's possession, custody or control. MGA Mexico further objects to
15 the request to the extent it seeks confidential, proprietary or commercially sensitive
16 information, the disclosure of which would be inimical to the business interests of
17 MGA Mexico. MGA Mexico further objects to the request to the extent it violates
18 the privacy rights of third parties to their private, confidential, proprietary or trade
19 secret information.

20 MGA Mexico further objects to this request as cumulative, duplicative, and
21 unduly burdensome to the extent that it seeks documents previously requested by
22 Mattel and/or produced in response to Mattel's document requests.

23 REQUEST FOR PRODUCTION NO. 105:

24 For each customer to whom YOU or YOUR licensees have ever sold any
25 BRATZ PRODUCT, DOCUMENTS sufficient to show YOUR profits from each
26 such BRATZ PRODUCT sold by YOU or YOUR licensees to that customer.

27

28

EXHIBIT __14__

PAGE __427__

-159-

1 | RESPONSE TO REQUEST FOR PRODUCTION NO. 105:

2 |     MGA Mexico incorporates by reference its General Response and General
3 | Objections above, as though fully set forth herein and specifically incorporates
4 | General Objection No. 15 (regarding Definitions), including without limitation MGA
5 | Mexico's objection to the definition of the term BRATZ PRODUCT.  MGA Mexico
6 | further objects to the request to the extent it seeks the production of documents that
7 | are protected from disclosure under any applicable privilege, doctrine or immunity,
8 | including without limitation the attorney-client privilege, the work product doctrine,
9 | the right of privacy, and all other privileges recognized under the constitutional,
10 | statutory or decisional law of the United States of America, the State of California or
11 | any other applicable jurisdiction, including, but not limited to, such laws existing in
12 | the United Mexican States.  MGA Mexico further objects to this request on the
13 | grounds that it is overly broad and unduly burdensome in that it seeks documents not
14 | relevant to the claims or defenses in this action and not reasonably calculated to lead
15 | to the discovery of admissible evidence.  The request is not limited to the subject
16 | matter of this action and is thus impermissibly overbroad.  See Aug. 13 Order at
17 | 9:17-20; May 22 Order at 21:5-7.  MGA Mexico further objects to this request as
18 | being overly broad and unduly burdensome on the grounds that it is not limited in
19 | time or geographic scope.  MGA Mexico further objects to this request on the
20 | grounds that the term BRATZ PRODUCT renders the request vague, ambiguous,
21 | overly broad and unduly burdensome.  MGA Mexico further objects to the request to
22 | the extent that it seeks documents that by reason of public filing, public distribution
23 | or otherwise are already in Mattel's possession or are readily accessible to Mattel.
24 | MGA Mexico further objects to the request to the extent that it seeks documents not
25 | in MGA Mexico's possession, custody or control.  MGA Mexico further objects to
26 | the request to the extent it seeks confidential, proprietary or commercially sensitive
27 | information, the disclosure of which would be inimical to the business interests of
28 | MGA Mexico.  MGA Mexico further objects to the request to the extent it violates

EXHIBIT __14__

-160-

PAGE __428__

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A                           MSW - Draft December 19, 2007 - 1:25 PM

1 | the privacy rights of third parties to their private, confidential, proprietary or trade
2 | secret information.

3 |     MGA Mexico further objects to this request as cumulative, duplicative, and
4 | unduly burdensome to the extent that it seeks documents previously requested by
5 | Mattel and/or produced in response to Mattel's document requests.

6 | REQUEST FOR PRODUCTION NO. 106:

7 |     DOCUMENTS sufficient to show customer returns to YOU of BRATZ
8 | PRODUCTS sold or distributed by YOU or YOUR licensees.

9 | RESPONSE TO REQUEST FOR PRODUCTION NO. 106:

10 |     MGA Mexico incorporates by reference its General Response and General
11 | Objections above, as though fully set forth herein and specifically incorporates
12 | General Objection No. 15 (regarding Definitions), including without limitation MGA
13 | Mexico's objection to the definition of the term BRATZ PRODUCTS. MGA
14 | Mexico further objects to the request to the extent it seeks the production of
15 | documents that are protected from disclosure under any applicable privilege, doctrine
16 | or immunity, including without limitation the attorney-client privilege, the work
17 | product doctrine, the right of privacy, and all other privileges recognized under the
18 | constitutional, statutory or decisional law of the United States of America, the State
19 | of California or any other applicable jurisdiction, including, but not limited to, such
20 | laws existing in the United Mexican States. MGA Mexico further objects to this
21 | request on the grounds that it is overly broad and unduly burdensome in that it seeks
22 | documents not relevant to the claims or defenses in this action and not reasonably
23 | calculated to lead to the discovery of admissible evidence. The request is not limited
24 | to the subject matter of this action and is thus impermissibly overbroad. See Aug. 13
25 | Order at 9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this
26 | request as being overly broad and unduly burdensome on the grounds that it is not
27 | limited in time or geographic scope. MGA Mexico further objects to this request on
28 | the grounds that the term BRATZ PRODUCTS renders the request vague,

EXHIBIT ___14___
PAGE 429

-161-

1 ambiguous, overly broad and unduly burdensome. MGA Mexico further objects to

2 the request to the extent that it seeks documents that by reason of public filing,

3 public distribution or otherwise are already in Mattel's possession or are readily

4 accessible to Mattel. MGA Mexico further objects to the request to the extent that it

5 seeks documents not in MGA Mexico's possession, custody or control. MGA

6 Mexico further objects to the request to the extent it seeks confidential, proprietary

7 or commercially sensitive information, the disclosure of which would be inimical to

8 the business interests of MGA Mexico.

9 MGA Mexico further objects to this request as cumulative, duplicative, and

10 unduly burdensome to the extent that it seeks documents previously requested by

11 Mattel and/or produced in response to Mattel's document requests.

12 REQUEST FOR PRODUCTION NO. 107:

13 DOCUMENTS sufficient to show customer rebates and credits given by YOU

14 or YOUR licensees to customers in connection with BRATZ PRODUCTS.

15 RESPONSE TO REQUEST FOR PRODUCTION NO. 107:

16 MGA Mexico incorporates by reference its General Response and General

17 Objections above, as though fully set forth herein and specifically incorporates

18 General Objection No. 15 (regarding Definitions), including without limitation MGA

19 Mexico's objection to the definition of the term BRATZ PRODUCTS. MGA

20 Mexico further objects to the request to the extent it seeks the production of

21 documents that are protected from disclosure under any applicable privilege, doctrine

22 or immunity, including without limitation the attorney-client privilege, the work

23 product doctrine, the right of privacy, and all other privileges recognized under the

24 constitutional, statutory or decisional law of the United States of America, the State

25 of California or any other applicable jurisdiction, including, but not limited to, such

26 laws existing in the United Mexican States. MGA Mexico further objects to this

27 request on the grounds that it is overly broad and unduly burdensome in that it seeks

28 documents not relevant to the claims or defenses in this action and not reasonably

EXHIBIT __14__

-162-

PAGE __430__

1  calculated to lead to the discovery of admissible evidence. The request is not limited
2  to the subject matter of this action and is thus impermissibly overbroad. See Aug. 13
3  Order at 9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this
4  request as being overly broad and unduly burdensome on the grounds that it is not
5  limited in time or geographic scope. MGA Mexico further objects to this request on
6  the grounds that the term BRATZ PRODUCTS renders the request vague,
7  ambiguous, overly broad and unduly burdensome. MGA Mexico further objects to
8  the phrase "in connection with" as vague and ambiguous. MGA Mexico further
9  objects to the request to the extent that it seeks documents that by reason of public
10 filing, public distribution or otherwise are already in Mattel's possession or are
11 readily accessible to Mattel. MGA Mexico further objects to the request to the
12 extent that it seeks documents not in MGA Mexico's possession, custody or control.
13 MGA Mexico further objects to the request to the extent it seeks confidential,
14 proprietary or commercially sensitive information, the disclosure of which would be
15 inimical to the business interests of MGA Mexico.

16     MGA Mexico further objects to this request as cumulative, duplicative, and
17 unduly burdensome to the extent that it seeks documents previously requested by
18 Mattel and/or produced in response to Mattel's document requests.

19 REQUEST FOR PRODUCTION NO. 108:

20     DOCUMENTS sufficient to show, by product number or SKU, the number of
21 units of each BRATZ PRODUCT sold by YOU or YOUR licensees.

22 RESPONSE TO REQUEST FOR PRODUCTION NO. 108:

23     MGA Mexico incorporates by reference its General Response and General
24 Objections above, as though fully set forth herein and specifically incorporates
25 General Objection No. 15 (regarding Definitions), including without limitation MGA
26 Mexico's objection to the definition of the term BRATZ PRODUCT. MGA Mexico
27 further objects to the request to the extent it seeks the production of documents that
28 are protected from disclosure under any applicable privilege, doctrine or immunity,

EXHIBIT __14__

-163-                    PAGE    __431__

1  including without limitation the attorney-client privilege, the work product doctrine,

2  the right of privacy, and all other privileges recognized under the constitutional,

3  statutory or decisional law of the United States of America, the State of California or

4  any other applicable jurisdiction, including, but not limited to, such laws existing in

5  the United Mexican States. MGA Mexico further objects to this request on the

6  grounds that it is overly broad and unduly burdensome in that it seeks documents not

7  relevant to the claims or defenses in this action and not reasonably calculated to lead

8  to the discovery of admissible evidence. The request is not limited to the subject

9  matter of this action and is thus impermissibly overbroad. See Aug. 13 Order at

10  9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this request as

11  being overly broad and unduly burdensome on the grounds that it is not limited in

12  time or geographic scope. MGA Mexico further objects to this request on the

13  grounds that the term BRATZ PRODUCT renders the request vague, ambiguous,

14  overly broad and unduly burdensome. MGA Mexico further objects to the request to

15  the extent that it seeks documents that by reason of public filing, public distribution

16  or otherwise are already in Mattel's possession or are readily accessible to Mattel.

17  MGA Mexico further objects to the request to the extent that it seeks documents not

18  in MGA Mexico's possession, custody or control. MGA Mexico further objects to

19  the request to the extent it seeks confidential, proprietary or commercially sensitive

20  information, the disclosure of which would be inimical to the business interests of

21  MGA Mexico.

22       MGA Mexico further objects to this request as cumulative, duplicative, and

23  unduly burdensome to the extent that it seeks documents previously requested by

24  Mattel and/or produced in response to Mattel's document requests.

25  REQUEST FOR PRODUCTION NO. 109:

26       DOCUMENTS sufficient to show, by product number or SKU, the revenue

27  received by YOU from the sale of each BRATZ PRODUCT sold by YOU or YOUR

28  licensees.

EXHIBIT  14

-164-        PAGE        432

1  RESPONSE TO REQUEST FOR PRODUCTION NO. 109:

2      MGA Mexico incorporates by reference its General Response and General
3  Objections above, as though fully set forth herein and specifically incorporates
4  General Objection No. 15 (regarding Definitions), including without limitation MGA
5  Mexico's objection to the definition of the term BRATZ PRODUCT. MGA Mexico
6  further objects to the request to the extent it seeks the production of documents that
7  are protected from disclosure under any applicable privilege, doctrine or immunity,
8  including without limitation the attorney-client privilege, the work product doctrine,
9  the right of privacy, and all other privileges recognized under the constitutional,
10 statutory or decisional law of the United States of America, the State of California or
11 any other applicable jurisdiction, including, but not limited to, such laws existing in
12 the United Mexican States. MGA Mexico further objects to this request on the
13 grounds that it is overly broad and unduly burdensome in that it seeks documents not
14 relevant to the claims or defenses in this action and not reasonably calculated to lead
15 to the discovery of admissible evidence. The request is not limited to the subject
16 matter of this action and is thus impermissibly overbroad. See Aug. 13 Order at
17 9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this request as
18 being overly broad and unduly burdensome on the grounds that it is not limited in
19 time or geographic scope. MGA Mexico further objects to this request on the
20 grounds that the term BRATZ PRODUCT renders the request vague, ambiguous,
21 overly broad and unduly burdensome. MGA Mexico further objects to the request to
22 the extent that it seeks documents that by reason of public filing, public distribution
23 or otherwise are already in Mattel's possession or are readily accessible to Mattel.
24 MGA Mexico further objects to the request to the extent that it seeks documents not
25 in MGA Mexico's possession, custody or control. MGA Mexico further objects to
26 the request to the extent it seeks confidential, proprietary or commercially sensitive
27 information, the disclosure of which would be inimical to the business interests of
28 MGA Mexico.

EXHIBIT __14__

-165-

PAGE __433__

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A      MSW - Draft December 19, 2007 - 1:25 PM

1  MGA Mexico further objects to this request as cumulative, duplicative, and
2  unduly burdensome to the extent that it seeks documents previously requested by
3  Mattel and/or produced in response to Mattel's document requests.

4  REQUEST FOR PRODUCTION NO. 110:

5  DOCUMENTS sufficient to show, by product number or SKU, YOUR cost of
6  goods sold, unit cost and other costs for each BRATZ PRODUCT sold by YOU or
7  YOUR licensees.

8  RESPONSE TO REQUEST FOR PRODUCTION NO. 110:

9  MGA Mexico incorporates by reference its General Response and General
10  Objections above, as though fully set forth herein and specifically incorporates
11  General Objection No. 15 (regarding Definitions), including without limitation MGA
12  Mexico's objection to the definition of the term BRATZ PRODUCT. MGA Mexico
13  further objects to the request to the extent it seeks the production of documents that
14  are protected from disclosure under any applicable privilege, doctrine or immunity,
15  including without limitation the attorney-client privilege, the work product doctrine,
16  the right of privacy, and all other privileges recognized under the constitutional,
17  statutory or decisional law of the United States of America, the State of California or
18  any other applicable jurisdiction, including, but not limited to, such laws existing in
19  the United Mexican States. MGA Mexico further objects to this request on the
20  grounds that it is overly broad and unduly burdensome in that it seeks documents not
21  relevant to the claims or defenses in this action and not reasonably calculated to lead
22  to the discovery of admissible evidence. The request is not limited to the subject
23  matter of this action and is thus impermissibly overbroad. See Aug. 13 Order at
24  9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this request as
25  being overly broad and unduly burdensome on the grounds that it is not limited in
26  time or geographic scope. MGA Mexico further objects to this request on the
27  grounds that the term BRATZ PRODUCT renders the request vague, ambiguous,
28  overly broad and unduly burdensome. MGA Mexico further objects to the request to

EXHIBIT /U

-166-

PAGE 434

1 the extent that it seeks documents that by reason of public filing, public distribution
2 or otherwise are already in Mattel's possession or are readily accessible to Mattel.
3 MGA Mexico further objects to the request to the extent that it seeks documents not
4 in MGA Mexico's possession, custody or control.  MGA Mexico further objects to
5 the request to the extent it seeks confidential, proprietary or commercially sensitive
6 information, the disclosure of which would be inimical to the business interests of
7 MGA Mexico.

8      MGA Mexico further objects to this request as cumulative, duplicative, and
9 unduly burdensome to the extent that it seeks documents previously requested by
10 Mattel and/or produced in response to Mattel's document requests.

11 REQUEST FOR PRODUCTION NO. 111:

12      All DOCUMENTS that evidence, reflect or REFER OR RELATE TO YOUR
13 profits, by product number or SKU, from the sale of each BRATZ PRODUCT sold
14 by YOU or YOUR licensees.

15 RESPONSE TO REQUEST FOR PRODUCTION NO. 111:

16      MGA Mexico incorporates by reference its General Response and General
17 Objections above, as though fully set forth herein and specifically incorporates
18 General Objection No. 15 (regarding Definitions), including without limitation MGA
19 Mexico's objection to the definition of the terms REFER OR RELATE TO and
20 BRATZ PRODUCT.  MGA Mexico further objects to the request to the extent it
21 seeks the production of documents that are protected from disclosure under any
22 applicable privilege, doctrine or immunity, including without limitation the attorney-
23 client privilege, the work product doctrine, the right of privacy, and all other
24 privileges recognized under the constitutional, statutory or decisional law of the
25 United States of America, the State of California or any other applicable jurisdiction,
26 including, but not limited to, such laws existing in the United Mexican States.  MGA
27 Mexico further objects to this request on the grounds that it is overly broad and
28 unduly burdensome in that it seeks documents not relevant to the claims or defenses

EXHIBIT ____14

-167-      PAGE ____435

1  in this action and not reasonably calculated to lead to the discovery of admissible
2  evidence. Mattel has not demonstrated how *all* DOCUMENTS that evidence, reflect
3  or REFER OR RELATE TO YOUR profits, by product number or SKU, from the
4  sale of each BRATZ PRODUCT sold by YOU or YOUR licensees, could be relevant
5  to the claims and defenses in this action. The request is not limited to the subject
6  matter of this action and is thus impermissibly overbroad. See Aug. 13 Order at
7  9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this request as
8  being overly broad and unduly burdensome on the grounds that it is not limited in
9  time or geographic scope. MGA Mexico further objects to this request on the
10 grounds that the terms REFER OR RELATE TO and BRATZ PRODUCT render the
11 request vague, ambiguous, overly broad and unduly burdensome. MGA Mexico
12 further objects to the phrase as vague and ambiguous. MGA Mexico further objects
13 to the request to the extent that it seeks documents that by reason of public filing,
14 public distribution or otherwise are already in Mattel's possession or are readily
15 accessible to Mattel. MGA Mexico further objects to the request to the extent that it
16 seeks documents not in MGA Mexico's possession, custody or control. MGA
17 Mexico further objects to the request to the extent it seeks confidential, proprietary
18 or commercially sensitive information, the disclosure of which would be inimical to
19 the business interests of MGA Mexico. Such information may also be subject to
20 protective orders governing other litigations thereby precluding disclosure in
21 response to this request. MGA Mexico further objects to the request to the extent it
22 violates the privacy rights of third parties to their private, confidential, proprietary or
23 trade secret information.

24      MGA Mexico further objects to this request as cumulative, duplicative, and
25 unduly burdensome to the extent that it seeks documents previously requested by
26 Mattel and/or produced in response to Mattel's document requests.

27

28

EXHIBIT  14
PAGE

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A                                          MSW - Draft December 19, 2007 - 1:25 PM

436

1 | REQUEST FOR PRODUCTION NO. 112:

2 |     For each customer to whom YOU or YOUR licensees have ever sold any

3 | BRATZ PRODUCT, DOCUMENTS sufficient to show, by product number or SKU,

4 | the number of units of each such BRATZ PRODUCT sold by YOU or YOUR

5 | licensees to that customer.

6 | RESPONSE TO REQUEST FOR PRODUCTION NO. 112:

7 |     MGA Mexico incorporates by reference its General Response and General

8 | Objections above, as though fully set forth herein and specifically incorporates

9 | General Objection No. 15 (regarding Definitions), including without limitation MGA

10 | Mexico's objection to the definition of the term BRATZ PRODUCT. MGA Mexico

11 | further objects to the request to the extent it seeks the production of documents that

12 | are protected from disclosure under any applicable privilege, doctrine or immunity,

13 | including without limitation the attorney-client privilege, the work product doctrine,

14 | the right of privacy, and all other privileges recognized under the constitutional,

15 | statutory or decisional law of the United States of America, the State of California or

16 | any other applicable jurisdiction, including, but not limited to, such laws existing in

17 | the United Mexican States. MGA Mexico further objects to this request on the

18 | grounds that it is overly broad and unduly burdensome in that it seeks documents not

19 | relevant to the claims or defenses in this action and not reasonably calculated to lead

20 | to the discovery of admissible evidence. The request is not limited to the subject

21 | matter of this action and is thus impermissibly overbroad. See Aug. 13 Order at

22 | 9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this request as

23 | being overly broad and unduly burdensome on the grounds that it is not limited in

24 | time or geographic scope. MGA Mexico further objects to this request on the

25 | grounds that the term BRATZ PRODUCT renders the request vague, ambiguous,

26 | overly broad and unduly burdensome. MGA Mexico further objects to the request to

27 | the extent that it seeks documents that by reason of public filing, public distribution

28 | or otherwise are already in Mattel's possession or are readily accessible to Mattel.

EXHIBIT _____

-169-    PAGE _____4 3 7

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A    MSW - Draft December 19, 2007 - 1:25 PM

1  MGA Mexico further objects to the request to the extent that it seeks documents not
2  in MGA Mexico's possession, custody or control.  MGA Mexico further objects to
3  the request to the extent it seeks confidential, proprietary or commercially sensitive
4  information, the disclosure of which would be inimical to the business interests of
5  MGA Mexico.  MGA Mexico further objects to the request to the extent it violates
6  the privacy rights of third parties to their private, confidential, proprietary or trade
7  secret information.

8      MGA Mexico further objects to this request as cumulative, duplicative, and
9  unduly burdensome to the extent that it seeks documents previously requested by
10  Mattel and/or produced in response to Mattel's document requests.

11  REQUEST FOR PRODUCTION NO. 113:

12      For each customer to whom YOU or YOUR licensees have ever sold any
13  BRATZ PRODUCT, DOCUMENTS sufficient to show, by product number or SKU,
14  the revenue received by YOU from each such BRATZ PRODUCT sold by YOU or
15  YOUR licensees to that customer.

16  RESPONSE TO REQUEST FOR PRODUCTION NO. 113:

17      MGA Mexico incorporates by reference its General Response and General
18  Objections above, as though fully set forth herein and specifically incorporates
19  General Objection No. 15 (regarding Definitions), including without limitation MGA
20  Mexico's objection to the definition of the term BRATZ PRODUCT.  MGA Mexico
21  further objects to the request to the extent it seeks the production of documents that
22  are protected from disclosure under any applicable privilege, doctrine or immunity,
23  including without limitation the attorney-client privilege, the work product doctrine,
24  the right of privacy, and all other privileges recognized under the constitutional,
25  statutory or decisional law of the United States of America, the State of California or
26  any other applicable jurisdiction, including, but not limited to, such laws existing in
27  the United Mexican States.  MGA Mexico further objects to this request on the
28  grounds that it is overly broad and unduly burdensome in that it seeks documents not

EXHIBIT 14
PAGE 438

-170-

1 relevant to the claims or defenses in this action and not reasonably calculated to lead
2 to the discovery of admissible evidence. The request is not limited to the subject
3 matter of this action and is thus impermissibly overbroad. See Aug. 13 Order at
4 9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this request as
5 being overly broad and unduly burdensome on the grounds that it is not limited in
6 time or geographic scope. MGA Mexico further objects to this request on the
7 grounds that the term BRATZ PRODUCT renders the request vague, ambiguous,
8 overly broad and unduly burdensome. MGA Mexico further objects to the request to
9 the extent that it seeks documents that by reason of public filing, public distribution
10 or otherwise are already in Mattel's possession or are readily accessible to Mattel.
11 MGA Mexico further objects to the request to the extent that it seeks documents not
12 in MGA Mexico's possession, custody or control. MGA Mexico further objects to
13 the request to the extent it seeks confidential, proprietary or commercially sensitive
14 information, the disclosure of which would be inimical to the business interests of
15 MGA Mexico. MGA Mexico further objects to the request to the extent it violates
16 the privacy rights of third parties to their private, confidential, proprietary or trade
17 secret information.

18 MGA Mexico further objects to this request as cumulative, duplicative, and
19 unduly burdensome to the extent that it seeks documents previously requested by
20 Mattel and/or produced in response to Mattel's document requests.

21 REQUEST FOR PRODUCTION NO. 114:

22 DOCUMENTS sufficient to show the revenue and profits derived by YOU
23 from the sale by YOU or YOUR licensees of BRATZ PRODUCTS including,
24 without limitation, DOCUMENTS sufficient to show sales revenue, costs of goods
25 sold, variable costs, gross margins, royalties paid and received, gross profits and net
26 profits.

27

28

EXHIBIT _14_
PAGE _439_

-171-

1 | RESPONSE TO REQUEST FOR PRODUCTION NO. 114:

2 |     MGA Mexico incorporates by reference its General Response and General

3 | Objections above, as though fully set forth herein and specifically incorporates

4 | General Objection No. 15 (regarding Definitions), including without limitation MGA

5 | Mexico's objection to the definition of the term BRATZ PRODUCTS. MGA

6 | Mexico further objects to the request to the extent it seeks the production of

7 | documents that are protected from disclosure under any applicable privilege, doctrine

8 | or immunity, including without limitation the attorney-client privilege, the work

9 | product doctrine, the right of privacy, and all other privileges recognized under the

10 | constitutional, statutory or decisional law of the United States of America, the State

11 | of California or any other applicable jurisdiction, including, but not limited to, such

12 | laws existing in the United Mexican States. MGA Mexico further objects to this

13 | request on the grounds that it is overly broad and unduly burdensome in that it seeks

14 | documents not relevant to the claims or defenses in this action and not reasonably

15 | calculated to lead to the discovery of admissible evidence. The request is not limited

16 | to the subject matter of this action and is thus impermissibly overbroad. See Aug. 13

17 | Order at 9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this

18 | request as being overly broad and unduly burdensome on the grounds that it is not

19 | limited in time or geographic scope. MGA Mexico further objects to this request on

20 | the grounds that the term BRATZ PRODUCTS renders the request vague,

21 | ambiguous, overly broad and unduly burdensome. MGA Mexico further objects to

22 | the request to the extent that it seeks documents that by reason of public filing,

23 | public distribution or otherwise are already in Mattel's possession or are readily

24 | accessible to Mattel. MGA Mexico further objects to the request to the extent that it

25 | seeks documents not in MGA Mexico's possession, custody or control. MGA

26 | Mexico further objects to the request to the extent it seeks confidential, proprietary

27 | or commercially sensitive information, the disclosure of which would be inimical to

28 | the business interests of MGA Mexico.

EXHIBIT 14
PAGE 440

-172-

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A                             MSW - Draft December 19, 2007 - 1:25 PM

1    MGA Mexico further objects to this request as cumulative, duplicative, and
2    unduly burdensome to the extent that it seeks documents previously requested by
3    Mattel and/or produced in response to Mattel's document requests.

4    REQUEST FOR PRODUCTION NO. 115:

5    DOCUMENTS sufficient to show the revenue and profits derived by YOU
6    from BRATZ MOVIES including, without limitation, DOCUMENTS sufficient to
7    show sales revenue, costs of goods sold, variable costs, gross margins, royalties paid
8    and received, gross profits and net profits.

9    RESPONSE TO REQUEST FOR PRODUCTION NO. 115:

10   MGA Mexico incorporates by reference its General Response and General
11   Objections above, as though fully set forth herein and specifically incorporates
12   General Objection No. 15 (regarding Definitions), including without limitation MGA
13   Mexico's objection to the definition of the term BRATZ MOVIES. MGA Mexico
14   further objects to the request to the extent it seeks the production of documents that
15   are protected from disclosure under any applicable privilege, doctrine or immunity,
16   including without limitation the attorney-client privilege, the work product doctrine,
17   the right of privacy, and all other privileges recognized under the constitutional,
18   statutory or decisional law of the United States of America, the State of California or
19   any other applicable jurisdiction, including, but not limited to, such laws existing in
20   the United Mexican States. MGA Mexico further objects to this request on the
21   grounds that it is overly broad and unduly burdensome in that it seeks documents not
22   relevant to the claims or defenses in this action and not reasonably calculated to lead
23   to the discovery of admissible evidence. The request is not limited to the subject
24   matter of this action and is thus impermissibly overbroad. See Aug. 13 Order at
25   9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this request as
26   being overly broad and unduly burdensome on the grounds that it is not limited in
27   time or geographic scope. MGA Mexico further objects to this request on the
28   grounds that the term BRATZ MOVIES renders the request vague, ambiguous,

EXHIBIT 14

-173-

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A                                                    MSW - Draft December 19, 2007 - 1:25 PM

441

1  overly broad and unduly burdensome. MGA Mexico further objects to the request to
2  the extent that it seeks documents that by reason of public filing, public distribution
3  or otherwise are already in Mattel's possession or are readily accessible to Mattel.
4  MGA Mexico further objects to the request to the extent that it seeks documents not
5  in MGA Mexico's possession, custody or control. MGA Mexico further objects to
6  the request to the extent it seeks confidential, proprietary or commercially sensitive
7  information, the disclosure of which would be inimical to the business interests of
8  MGA Mexico.

9  MGA Mexico further objects to this request as cumulative, duplicative, and
10 unduly burdensome to the extent that it seeks documents previously requested by
11 Mattel and/or produced in response to Mattel's document requests.

12 REQUEST FOR PRODUCTION NO. 116:

13 DOCUMENTS sufficient to show the revenue and profits derived by YOU
14 from BRATZ TELEVISION SHOWS including, without limitation, DOCUMENTS
15 sufficient to show sales revenue, costs of goods sold, variable costs, gross margins,
16 royalties paid and received, gross profits and net profits.

17 RESPONSE TO REQUEST FOR PRODUCTION NO. 116:

18 MGA Mexico incorporates by reference its General Response and General
19 Objections above, as though fully set forth herein and specifically incorporates
20 General Objection No. 15 (regarding Definitions), including without limitation MGA
21 Mexico's objection to the definition of the term BRATZ TELEVISION SHOWS.
22 MGA Mexico further objects to the request to the extent it seeks the production of
23 documents that are protected from disclosure under any applicable privilege, doctrine
24 or immunity, including without limitation the attorney-client privilege, the work
25 product doctrine, the right of privacy, and all other privileges recognized under the
26 constitutional, statutory or decisional law of the United States of America, the State
27 of California or any other applicable jurisdiction, including, but not limited to, such
28 laws existing in the United Mexican States. MGA Mexico further objects to this

EXHIBIT  14

-174-                                    PAGE  442

1 request on the grounds that it is overly broad and unduly burdensome in that it seeks
2 documents not relevant to the claims or defenses in this action and not reasonably
3 calculated to lead to the discovery of admissible evidence. The request is not limited
4 to the subject matter of this action and is thus impermissibly overbroad. See Aug. 13
5 Order at 9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this
6 request as being overly broad and unduly burdensome on the grounds that it is not
7 limited in time or geographic scope. MGA Mexico further objects to this request on
8 the grounds that the term BRATZ TELEVISION SHOWS renders the request vague,
9 ambiguous, overly broad and unduly burdensome. MGA Mexico further objects to
10 the request to the extent that it seeks documents that by reason of public filing,
11 public distribution or otherwise are already in Mattel's possession or are readily
12 accessible to Mattel. MGA Mexico further objects to the request to the extent that it
13 seeks documents not in MGA Mexico's possession, custody or control. MGA
14 Mexico further objects to the request to the extent it seeks confidential, proprietary
15 or commercially sensitive information, the disclosure of which would be inimical to
16 the business interests of MGA Mexico.

17 MGA Mexico further objects to this request as cumulative, duplicative, and
18 unduly burdensome to the extent that it seeks documents previously requested by
19 Mattel and/or produced in response to Mattel's document requests.

20 REQUEST FOR PRODUCTION NO. 117:

21 All DOCUMENTS that describe YOUR cost allocation procedures.

22 RESPONSE TO REQUEST FOR PRODUCTION NO. 117:

23 MGA Mexico incorporates by reference its General Response and General
24 Objections above, as though fully set forth herein and specifically incorporates
25 General Objection No. 15 (regarding Definitions). MGA Mexico further objects to
26 the request to the extent it seeks the production of documents that are protected from
27 disclosure under any applicable privilege, doctrine or immunity, including without
28 limitation the attorney-client privilege, the work product doctrine, the right of

EXHIBIT /4
PAGE 443

-175-

1 | privacy, and all other privileges recognized under the constitutional, statutory or
2 | decisional law of the United States of America, the State of California or any other
3 | applicable jurisdiction, including, but not limited to, such laws existing in the United
4 | Mexican States. MGA Mexico further objects to this request on the grounds that it is
5 | overly broad and unduly burdensome in that it seeks documents not relevant to the
6 | claims or defenses in this action and not reasonably calculated to lead to the
7 | discovery of admissible evidence. Mattel has not demonstrated how *all*
8 | DOCUMENTS that describe YOUR cost allocation procedures could be relevant to
9 | the claims and defenses in this action. The request is not limited to the subject
10 | matter of this action and is thus impermissibly overbroad. See Aug. 13 Order at
11 | 9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this request as
12 | being overly broad and unduly burdensome on the grounds that it is not limited in
13 | time or geographic scope. MGA Mexico further objects to the phrases "describe"
14 | and "cost allocation procedures" as vague and ambiguous. MGA Mexico further
15 | objects to the request to the extent that it seeks documents that by reason of public
16 | filing, public distribution or otherwise are already in Mattel's possession or are
17 | readily accessible to Mattel. MGA Mexico further objects to the request to the
18 | extent that it seeks documents not in MGA Mexico's possession, custody or control.
19 | MGA Mexico further objects to the request to the extent it seeks confidential,
20 | proprietary or commercially sensitive information, the disclosure of which would be
21 | inimical to the business interests of MGA Mexico. Such information may also be
22 | subject to protective orders governing other litigations thereby precluding disclosure
23 | in response to this request.

24 | MGA Mexico further objects to this request as cumulative, duplicative, and
25 | unduly burdensome to the extent that it seeks documents previously requested by
26 | Mattel and/or produced in response to Mattel's document requests.

27 | REQUEST FOR PRODUCTION NO. 118:

28 | YOUR general ledgers from January 1, 2002 through the present.

-176-

EXHIBIT    10
PAGE    444

1 RESPONSE TO REQUEST FOR PRODUCTION NO. 118:

2     MGA Mexico incorporates by reference its General Response and General

3 Objections above, as though fully set forth herein and specifically incorporates

4 General Objection No. 15 (regarding Definitions). MGA Mexico further objects to

5 the request to the extent it seeks the production of documents that are protected from

6 disclosure under any applicable privilege, doctrine or immunity, including without

7 limitation the attorney-client privilege, the work product doctrine, the right of

8 privacy, and all other privileges recognized under the constitutional, statutory or

9 decisional law of the United States of America, the State of California or any other

10 applicable jurisdiction, including, but not limited to, such laws existing in the United

11 Mexican States. MGA Mexico further objects to this request on the grounds that it is

12 overly broad and unduly burdensome in that it seeks documents not relevant to the

13 claims or defenses in this action and not reasonably calculated to lead to the

14 discovery of admissible evidence. Mattel has not demonstrated how *all* general

15 ledgers from January 1, 2002 through the present, could be relevant to the claims and

16 defenses in this action. The request is not limited to the subject matter of this action

17 and is thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22 Order

18 at 21:5-7. MGA Mexico further objects to this request as being overly broad and

19 unduly burdensome on the grounds that it is not sufficiently limited in time or

20 geographic scope. MGA Mexico further objects to the request to the extent that it

21 seeks documents that by reason of public filing, public distribution or otherwise are

22 already in Mattel's possession or are readily accessible to Mattel. MGA Mexico

23 further objects to the request to the extent that it seeks documents not in MGA

24 Mexico's possession, custody or control. MGA Mexico further objects to the request

25 to the extent it seeks confidential, proprietary or commercially sensitive information,

26 the disclosure of which would be inimical to the business interests of MGA Mexico.

27 Such information may also be subject to protective orders governing other litigations

28 thereby precluding disclosure in response to this request. EXHIBIT __14__

PAGE __445__

-177-

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A      MSW - Draft December 19, 2007 - 1:25 PM

1   MGA Mexico further objects to this request as cumulative, duplicative, and

2   unduly burdensome to the extent that it seeks documents previously requested by

3   Mattel and/or produced in response to Mattel's document requests.

4   REQUEST FOR PRODUCTION NO. 119:

5       All quarterly and annual profit and loss statements for BRATZ.

6   RESPONSE TO REQUEST FOR PRODUCTION NO. 119:

7       MGA Mexico incorporates by reference its General Response and General

8   Objections above, as though fully set forth herein and specifically incorporates

9   General Objection No. 15 (regarding Definitions), including without limitation MGA

10  Mexico's objection to the definition of the term BRATZ. MGA Mexico further

11  objects to the request to the extent it seeks the production of documents that are

12  protected from disclosure under any applicable privilege, doctrine or immunity,

13  including without limitation the attorney-client privilege, the work product doctrine,

14  the right of privacy, and all other privileges recognized under the constitutional,

15  statutory or decisional law of the United States of America, the State of California or

16  any other applicable jurisdiction, including, but not limited to, such laws existing in

17  the United Mexican States. MGA Mexico further objects to this request on the

18  grounds that it is overly broad and unduly burdensome in that it seeks documents not

19  relevant to the claims or defenses in this action and not reasonably calculated to lead

20  to the discovery of admissible evidence. Mattel has not demonstrated how *all*

21  quarterly and annual profit and loss statements for BRATZ could be relevant to the

22  claims and defenses in this action. The request is not limited to the subject matter of

23  this action and is thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May

24  22 Order at 21:5-7. MGA Mexico further objects to this request as being overly

25  broad and unduly burdensome on the grounds that it is not sufficiently limited in

26  time or geographic scope. MGA Mexico further objects to this request on the

27  grounds that the terms BRATZ renders the request vague, ambiguous, overly broad

28  and unduly burdensome. MGA Mexico further objects to the request to the extent

EXHIBIT 14

-178-

PAGE 446

1  that it seeks documents that by reason of public filing, public distribution or

2  otherwise are already in Mattel's possession or are readily accessible to Mattel.

3  MGA Mexico further objects to the request to the extent that it seeks documents not

4  in MGA Mexico's possession, custody or control.  MGA Mexico further objects to

5  the request to the extent it seeks confidential, proprietary or commercially sensitive

6  information, the disclosure of which would be inimical to the business interests of

7  MGA Mexico.  Such information may also be subject to protective orders governing

8  other litigations thereby precluding disclosure in response to this request.

9  　　　　MGA Mexico further objects to this request as cumulative, duplicative, and

10 unduly burdensome to the extent that it seeks documents previously requested by

11 Mattel and/or produced in response to Mattel's document requests.

12 REQUEST FOR PRODUCTION NO. 120:

13 　　　　All sales, profit and cash flow projections or forecasts for BRATZ DOLLS,

14 BRATZ PRODUCTS, BRATZ MOVIES and BRATZ TELEVISION SHOWS.

15 RESPONSE TO REQUEST FOR PRODUCTION NO. 120:

16 　　　　MGA Mexico incorporates by reference its General Response and General

17 Objections above, as though fully set forth herein and specifically incorporates

18 General Objection No. 15 (regarding Definitions), including without limitation MGA

19 Mexico's objection to the definition of the terms BRATZ DOLLS, BRATZ

20 PRODUCTS, BRATZ MOVIES and BRATZ TELEVISION SHOWS.  MGA

21 Mexico further objects to the request to the extent it seeks the production of

22 documents that are protected from disclosure under any applicable privilege, doctrine

23 or immunity, including without limitation the attorney-client privilege, the work

24 product doctrine, the right of privacy, and all other privileges recognized under the

25 constitutional, statutory or decisional law of the United States of America, the State

26 of California or any other applicable jurisdiction, including, but not limited to, such

27 laws existing in the United Mexican States.  MGA Mexico further objects to this

28 request on the grounds that it is overly broad and unduly burdensome in that it seeks

EXHIBIT ___14

-179-

PAGE  447

1 | documents not relevant to the claims or defenses in this action and not reasonably
2 | calculated to lead to the discovery of admissible evidence. Mattel has not
3 | demonstrated how *all* sales, profit and cash flow projections or forecasts for BRATZ
4 | DOLLS, BRATZ PRODUCTS, BRATZ MOVIES and BRATZ TELEVISION
5 | SHOWS could be relevant to the claims and defenses in this action. The request is
6 | not limited to the subject matter of this action and is thus impermissibly overbroad.
7 | See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7. MGA Mexico further
8 | objects to this request as being overly broad and unduly burdensome on the grounds
9 | that it is not limited in time or geographic scope. MGA Mexico further objects to
10 | this request on the grounds that the terms BRATZ DOLLS, BRATZ PRODUCTS,
11 | BRATZ MOVIES and BRATZ TELEVISION SHOWS render the request vague,
12 | ambiguous, overly broad and unduly burdensome. MGA Mexico further objects to
13 | the request to the extent that it seeks documents that by reason of public filing,
14 | public distribution or otherwise are already in Mattel's possession or are readily
15 | accessible to Mattel. MGA Mexico further objects to the request to the extent that it
16 | seeks documents not in MGA Mexico's possession, custody or control. MGA
17 | Mexico further objects to the request to the extent it seeks confidential, proprietary
18 | or commercially sensitive information, the disclosure of which would be inimical to
19 | the business interests of MGA Mexico. Such information may also be subject to
20 | protective orders governing other litigations thereby precluding disclosure in
21 | response to this request.

22 | MGA Mexico further objects to this request as cumulative, duplicative, and
23 | unduly burdensome to the extent that it seeks documents previously requested by
24 | Mattel and/or produced in response to Mattel's document requests.

25 | REQUEST FOR PRODUCTION NO. 121:

26 | All tax returns filed by YOU, including all schedules and work papers that
27 | REFER OR RELATE TO the preparation and filing of YOUR tax returns.

28 |

EXHIBIT __14__

-180- PAGE __448__

1 | RESPONSE TO REQUEST FOR PRODUCTION NO. 121:

2      MGA Mexico incorporates by reference its General Response and General

3 | Objections above, as though fully set forth herein and specifically incorporates

4 | General Objection No. 15 (regarding Definitions), including without limitation MGA

5 | Mexico's objection to the definition of the terms REFER OR RELATE TO, YOU

6 | and YOUR. MGA Mexico further objects to the request to the extent it seeks the

7 | production of documents that are protected from disclosure under any applicable

8 | privilege, doctrine or immunity, including without limitation the attorney-client

9 | privilege, the work product doctrine, the right of privacy, and all other privileges

10 | recognized under the constitutional, statutory or decisional law of the United States

11 | of America, the State of California or any other applicable jurisdiction, including, but

12 | not limited to, such laws existing in the United Mexican States. MGA Mexico

13 | further objects to this request on the grounds that it is overly broad and unduly

14 | burdensome in that it seeks documents not relevant to the claims or defenses in this

15 | action and not reasonably calculated to lead to the discovery of admissible evidence.

16 | Mattel has not demonstrated how *all* tax returns filed by YOU, including all

17 | schedules and work papers that REFER OR RELATE TO the preparation and filing

18 | of YOUR tax returns, could be relevant to the claims and defenses in this action.

19 | The request is not limited to the subject matter of this action and is thus

20 | impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.

21 | MGA Mexico further objects to this request as being overly broad and unduly

22 | burdensome on the grounds that it is not limited in time or geographic scope. MGA

23 | Mexico further objects to this request on the grounds that the terms REFER OR

24 | RELATE TO, YOU and YOUR render the request vague, ambiguous, overly broad

25 | and unduly burdensome. MGA Mexico also objects to the phrase "work papers" as

26 | vague and ambiguous. MGA Mexico further objects to the request to the extent that

27 | it seeks documents that by reason of public filing, public distribution or otherwise

28 | are already in Mattel's possession or are readily accessible to Mattel. MGA Mexico

EXHIBIT ___14__

PAGE ___449__

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A                   MSW - Draft December 19, 2007 - 1:25 PM

1 further objects to the request to the extent that it seeks documents not in MGA

2 Mexico's possession, custody or control. MGA Mexico further objects to the request

3 to the extent it seeks confidential, proprietary or commercially sensitive information,

4 the disclosure of which would be inimical to the business interests of MGA Mexico.

5     MGA further objects to the request on the grounds that it seeks documents

6 protected from disclosure by applicable federal and state tax return privileges. See

7 Premium Service Corp. v. Sperry & Hutchinson Co., 511 F.2d 225, 229 (9th Cir.

8 1975); Southern California Housing Rights Center. v. Krug, et al., 2006 U.S. Dist.

9 LEXIS 65330 (C.D. Cal. 2006); Aliotti v. Senora, 217 F.R.D. 496 (N.D. Cal. 2003);

10 San Francisco Bay Area Rapid Transit District v. Spencer, 2006 U.S. LEXIS 81681

11 (N.D. Cal. 2006). See also Webb v. Standard Oil Co., 49 Cal. 2d. 509, 513-514

12 (1957); Sav-On Drugs, Inc. v. Superior Ct., 15 Cal. 3d 1, 6-8 (1975); Sammut v.

13 Sammut, 103 Cal. App. 3d 557, 562 (1982); Magistrate Judge Infante's January 25,

14 2007 Order, at 14:29-15:2.

15     MGA Mexico further objects to this request as cumulative, duplicative, and

16 unduly burdensome to the extent that it seeks documents previously requested by

17 Mattel and/or produced in response to Mattel's document requests.

18 REQUEST FOR PRODUCTION NO. 122:

19     All DOCUMENTS that REFER OR RELATE TO the value of the BRATZ

20 brand.

21 RESPONSE TO REQUEST FOR PRODUCTION NO. 122:

22     MGA Mexico incorporates by reference its General Response and General

23 Objections above, as though fully set forth herein and specifically incorporates

24 General Objection No. 15 (regarding Definitions), including without limitation MGA

25 Mexico's objection to the definition of the terms REFER OR RELATE TO and

26 BRATZ. MGA Mexico further objects to the request to the extent it seeks the

27 production of documents that are protected from disclosure under any applicable

28 privilege, doctrine or immunity, including without limitation the attorney-client

EXHIBIT 14
PAGE 450

-182-

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A          MSW - Draft December 19, 2007 - 1:25 PM

1  privilege, the work product doctrine, the right of privacy, and all other privileges
2  recognized under the constitutional, statutory or decisional law of the United States
3  of America, the State of California or any other applicable jurisdiction, including, but
4  not limited to, such laws existing in the United Mexican States. MGA Mexico
5  further objects to this request on the grounds that it is overly broad and unduly
6  burdensome in that it seeks documents not relevant to the claims or defenses in this
7  action and not reasonably calculated to lead to the discovery of admissible evidence.
8  Mattel has not demonstrated how *all* All DOCUMENTS that REFER OR RELATE
9  TO the value of the BRATZ brand could be relevant to the claims and defenses in
10 this action. The request is not limited to the subject matter of this action and is thus
11 impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.
12 MGA Mexico further objects to this request as being overly broad and unduly
13 burdensome on the grounds that it is not limited in time or geographic scope. MGA
14 Mexico further objects to this request on the grounds that the terms REFER OR
15 RELATE TO and BRATZ render the request vague, ambiguous, overly broad and
16 unduly burdensome. MGA Mexico further objects to the phrase "value of the
17 BRATZ brand" as vague and ambiguous. MGA Mexico further objects to the
18 request to the extent that it seeks documents that by reason of public filing, public
19 distribution or otherwise are already in Mattel's possession or are readily accessible
20 to Mattel. MGA Mexico further objects to the request to the extent that it seeks
21 documents not in MGA Mexico's possession, custody or control. MGA Mexico
22 further objects to the request to the extent it seeks confidential, proprietary or
23 commercially sensitive information, the disclosure of which would be inimical to the
24 business interests of MGA Mexico. Such information may also be subject to
25 protective orders governing other litigations thereby precluding disclosure in
26 response to this request. MGA Mexico further objects to the request to the extent it
27 violates the privacy rights of third parties to their private, confidential, proprietary or
28 trade secret information.

EXHIBIT ___14___

PAGE ___451___

-183-

1 MGA Mexico further objects to this request as cumulative, duplicative, and
2 unduly burdensome to the extent that it seeks documents previously requested by
3 Mattel and/or produced in response to Mattel's document requests.

4 REQUEST FOR PRODUCTION NO. 123:

5 DOCUMENTS sufficient to calculate YOUR net worth on a yearly basis for
6 each year from 2002 to the present.

7 RESPONSE TO REQUEST FOR PRODUCTION NO. 123:

8 MGA Mexico incorporates by reference its General Response and General
9 Objections above, as though fully set forth herein and specifically incorporates
10 General Objection No. 15 (regarding Definitions). MGA Mexico further objects to
11 the request to the extent it seeks the production of documents that are protected from
12 disclosure under any applicable privilege, doctrine or immunity, including without
13 limitation the attorney-client privilege, the work product doctrine, the right of
14 privacy, and all other privileges recognized under the constitutional, statutory or
15 decisional law of the United States of America, the State of California or any other
16 applicable jurisdiction, including, but not limited to, such laws existing in the United
17 Mexican States. MGA Mexico further objects to this request on the grounds that it is
18 overly broad and unduly burdensome in that it seeks documents not relevant to the
19 claims or defenses in this action and not reasonably calculated to lead to the
20 discovery of admissible evidence. The request is not limited to the subject matter of
21 this action and is thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May
22 22 Order at 21:5-7. MGA Mexico further objects to this request as being overly
23 broad and unduly burdensome on the grounds that it is not sufficiently limited in
24 time or geographic scope. MGA Mexico further objects to the request to the extent
25 that it seeks documents that by reason of public filing, public distribution or
26 otherwise are already in Mattel's possession or are readily accessible to Mattel.
27 MGA Mexico further objects to the request to the extent that it seeks documents not
28 in MGA Mexico's possession, custody or control. MGA Mexico further objects to

-184-

EXHIBIT _14_

452

1 | the request to the extent it seeks confidential, proprietary or commercially sensitive
2 | information, the disclosure of which would be inimical to the business interests of
3 | MGA Mexico.

4 |     MGA Mexico further objects to this request as cumulative, duplicative, and
5 | unduly burdensome to the extent that it seeks documents previously requested by
6 | Mattel and/or produced in response to Mattel's document requests.

7 | REQUEST FOR PRODUCTION NO. 124:

8 |     All monthly, quarterly and annual financial reports, including financial
9 | statements (both audited and unaudited) for the years 2002 to the present.

10 | RESPONSE TO REQUEST FOR PRODUCTION NO. 124:

11 |     MGA Mexico objects that this request does not call for a response by MGA
12 | Mexico because it does not in any way request such a response.  Notwithstanding the
13 | foregoing, even if this request is addressed to MGA Mexico, MGA Mexico
14 | incorporates by reference its General Response and General Objections above, as
15 | though fully set forth herein and specifically incorporates General Objection No. 15
16 | (regarding Definitions).  MGA Mexico further objects to the request to the extent it
17 | seeks the production of documents that are protected from disclosure under any
18 | applicable privilege, doctrine or immunity, including without limitation the attorney-
19 | client privilege, the work product doctrine, the right of privacy, and all other
20 | privileges recognized under the constitutional, statutory or decisional law of the
21 | United States of America, the State of California or any other applicable jurisdiction,
22 | including, but not limited to, such laws existing in the United Mexican States.  MGA
23 | Mexico further objects to this request on the grounds that it is overly broad and
24 | unduly burdensome in that it seeks documents not relevant to the claims or defenses
25 | in this action and not reasonably calculated to lead to the discovery of admissible
26 | evidence.  Mattel has not demonstrated how *all* monthly, quarterly and annual
27 | financial reports, including financial statements (both audited and unaudited) for the
28 | years 2002 to the present, could be relevant to the claims and defenses in this action.

EXHIBIT __ 14
-185-      PAGE __453

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A      MSW - Draft December 19, 2007 - 1:25 PM

1  The request is not limited to the subject matter of this action and is thus

2  impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.

3  MGA Mexico further objects to this request as being overly broad and unduly

4  burdensome on the grounds that it is not sufficiently limited in time or geographic

5  scope. MGA Mexico further objects to the request to the extent that it seeks

6  documents that by reason of public filing, public distribution or otherwise are already

7  in Mattel's possession or are readily accessible to Mattel. MGA Mexico further

8  objects to the request to the extent that it seeks documents not in MGA Mexico's

9  possession, custody or control. MGA Mexico further objects to the request to the

10  extent it seeks confidential, proprietary or commercially sensitive information, the

11  disclosure of which would be inimical to the business interests of MGA Mexico.

12  Such information may also be subject to protective orders governing other litigations

13  thereby precluding disclosure in response to this request.

14  MGA Mexico further objects to this request as cumulative, duplicative, and

15  unduly burdensome to the extent that it seeks documents previously requested by

16  Mattel and/or produced in response to Mattel's document requests.

17  REQUEST FOR PRODUCTION NO. 125:

18  All DOCUMENTS that evidence, reflect or REFER OR RELATE TO the

19  BRATZ DOLL's share of the fashion doll market in Mexico including, without

20  limitation, the extent to which BRATZ has been or is gaining or losing market share

21  in the Mexico fashion doll market.

22  RESPONSE TO REQUEST FOR PRODUCTION NO. 125:

23  MGA Mexico incorporates by reference its General Response and General

24  Objections above, as though fully set forth herein and specifically incorporates

25  General Objection No. 15 (regarding Definitions), including without limitation MGA

26  Mexico's objection to the definition of the terms REFER OR RELATE TO, BRATZ

27  and BRATZ DOLL. MGA Mexico further objects to the request to the extent it

28  seeks the production of documents that are protected from disclosure under any

-186-

EXHIBIT ___/4___

PAGE ___454

1  applicable privilege, doctrine or immunity, including without limitation the attorney-
2  client privilege, the work product doctrine, the right of privacy, and all other
3  privileges recognized under the constitutional, statutory or decisional law of the
4  United States of America, the State of California or any other applicable jurisdiction,
5  including, but not limited to, such laws existing in the United Mexican States. MGA
6  Mexico further objects to this request on the grounds that it is overly broad and
7  unduly burdensome in that it seeks documents not relevant to the claims or defenses
8  in this action and not reasonably calculated to lead to the discovery of admissible
9  evidence. Mattel has not demonstrated how *all* DOCUMENTS that evidence, reflect
10  or REFER OR RELATE TO the BRATZ DOLL's share of the fashion doll market in
11  Mexico could be relevant to the claims and defenses in this action. The request is
12  not limited to the subject matter of this action and is thus impermissibly overbroad.
13  See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7. MGA Mexico further
14  objects to this request as being overly broad and unduly burdensome on the grounds
15  that it is not limited in time or geographic scope. MGA Mexico further objects to
16  this request on the grounds that the terms REFER OR RELATE TO and BRATZ
17  DOLL render the request vague, ambiguous, overly broad and unduly burdensome.
18  MGA Mexico further objects to the phrases "evidence" and "reflect" as vague and
19  ambiguous. MGA Mexico further objects to the request to the extent that it seeks
20  documents that by reason of public filing, public distribution or otherwise are already
21  in Mattel's possession or are readily accessible to Mattel. MGA Mexico further
22  objects to the request to the extent that it seeks documents not in MGA Mexico's
23  possession, custody or control. MGA Mexico further objects to the request to the
24  extent it seeks confidential, proprietary or commercially sensitive information, the
25  disclosure of which would be inimical to the business interests of MGA Mexico.
26  Such information may also be subject to protective orders governing other litigations
27  thereby precluding disclosure in response to this request. MGA Mexico further
28

EXHIBIT __14__
PAGE __455__

-187-

1 | objects to the request to the extent it violates the privacy rights of third parties to
2 | their private, confidential, proprietary or trade secret information.

3 | MGA Mexico further objects to this request as cumulative, duplicative, and
4 | unduly burdensome to the extent that it seeks documents previously requested by
5 | Mattel and/or produced in response to Mattel's document requests.

6 | REQUEST FOR PRODUCTION NO. 126:

7 | All DOCUMENTS or tangible things any of the FORMER MATTEL
8 | EMPLOYEES removed, sent or transferred from any office of MATTEL or removed,
9 | deleted, copied, reproduced or transferred from any MATTEL computer or
10 | electronic storage device.

11 | RESPONSE TO REQUEST FOR PRODUCTION NO. 126:

12 | MGA Mexico incorporates by reference its General Response and General
13 | Objections above, as though fully set forth herein and specifically incorporates
14 | General Objection No. 15 (regarding Definitions), including without limitation MGA
15 | Mexico's objection to the definition of the terms FORMER MATTEL EMPLOYEES
16 | and MATTEL. MGA Mexico further objects to the request to the extent it seeks the
17 | production of documents that are protected from disclosure under any applicable
18 | privilege, doctrine or immunity, including without limitation the attorney-client
19 | privilege, the work product doctrine, the right of privacy, and all other privileges
20 | recognized under the constitutional, statutory or decisional law of the United States
21 | of America, the State of California or any other applicable jurisdiction, including, but
22 | not limited to, such laws existing in the United Mexican States. MGA Mexico
23 | further objects to this request on the grounds that it is overly broad and unduly
24 | burdensome in that it seeks documents not relevant to the claims or defenses in this
25 | action and not reasonably calculated to lead to the discovery of admissible evidence.
26 | Mattel has not demonstrated how *all* DOCUMENTS or tangible things any of the
27 | FORMER MATTEL EMPLOYEES removed, sent or transferred from any office of
28 | MATTEL or removed, deleted, copied, reproduced or transferred from any

EXHIBIT _____ 14

-188-

PAGE _____ 456

1  MATTEL computer or electronic storage device, could be relevant to the claims and
2  defenses in this action. MGA further objects to the phrase "MATTEL computer or
3  electronic storage device" as vague and ambiguous. The request is not limited to the
4  subject matter of this action and is thus impermissibly overbroad. See Aug. 13 Order
5  at 9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this request as
6  being overly broad and unduly burdensome on the grounds that it is not limited in
7  time or geographic scope. MGA Mexico further objects to this request on the
8  grounds that the terms FORMER MATTEL EMPLOYEES and MATTEL render the
9  request vague, ambiguous, overly broad and unduly burdensome. MGA Mexico
10  further objects to the request to the extent that it seeks documents that by reason of
11  public filing, public distribution or otherwise are already in Mattel's possession or
12  are readily accessible to Mattel. MGA Mexico further objects to the request to the
13  extent that it seeks documents not in MGA Mexico's possession, custody or control.
14  MGA Mexico further objects to the request to the extent it seeks confidential,
15  proprietary or commercially sensitive information, the disclosure of which would be
16  inimical to the business interests of MGA Mexico. Such information may also be
17  subject to protective orders governing other litigations thereby precluding disclosure
18  in response to this request. MGA Mexico further objects to the request to the extent
19  it violates the privacy rights of third parties to their private, confidential, proprietary
20  or trade secret information.

21      MGA Mexico further objects to this request as cumulative, duplicative, and
22  unduly burdensome to the extent that it seeks documents previously requested by
23  Mattel and/or produced in response to Mattel's document requests.

24  REQUEST FOR PRODUCTION NO. 127:

25      All DOCUMENTS that REFER OR RELATE TO the hiring, engagement, or
26  retention by YOU of any current or former MATTEL employee or contractor since
27  January 1,1999, including but not limited to all employment agreements and

28

EXHIBIT _14_

PAGE    457

-189-

1 agreements that REFER OR RELATE TO confidentiality or the invention,

2 authorship, or ownership of any concept or product.

3 RESPONSE TO REQUEST FOR PRODUCTION NO. 127:

4      MGA Mexico incorporates by reference its General Response and General

5 Objections above, as though fully set forth herein and specifically incorporates

6 General Objection No. 15 (regarding Definitions), including without limitation MGA

7 Mexico's objection to the definition of the terms REFER OR RELATE TO and

8 MATTEL. MGA Mexico further objects to the request to the extent it seeks the

9 production of documents that are protected from disclosure under any applicable

10 privilege, doctrine or immunity, including without limitation the attorney-client

11 privilege, the work product doctrine, the right of privacy, and all other privileges

12 recognized under the constitutional, statutory or decisional law of the United States

13 of America, the State of California or any other applicable jurisdiction, including, but

14 not limited to, such laws existing in the United Mexican States. MGA Mexico

15 further objects to this request on the grounds that it is overly broad and unduly

16 burdensome in that it seeks documents not relevant to the claims or defenses in this

17 action and not reasonably calculated to lead to the discovery of admissible evidence.

18 Mattel has not demonstrated how *all* DOCUMENTS that REFER OR RELATE TO

19 the hiring, engagement, or retention by YOU of any current or former MATTEL

20 employee or contractor since January 1, 1999, could be relevant to the claims and

21 defenses in this action. The request is not limited to the subject matter of this action

22 and is thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22 Order

23 at 21:5-7. MGA Mexico further objects to this request as being overly broad and

24 unduly burdensome on the grounds that it is not sufficiently limited in time or

25 geographic scope. MGA Mexico further objects to this request on the grounds that

26 the terms REFER OR RELATE TO and MATTEL render the request vague,

27 ambiguous, overly broad and unduly burdensome. MGA Mexico further objects to

28 the term "confidentiality" as vague and ambiguous, and to the terms "employee" and

-190-

EXHIBIT ____14____
____458____

MGAE de MEXICO S.R.L. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A            MSW - Draft December 19, 2007 - 1:25 PM

1  "contractor" as ambiguous and calling for legal conclusions. MGA Mexico further

2  objects to the request to the extent that it seeks documents that by reason of public

3  filing, public distribution or otherwise are already in Mattel's possession or are

4  readily accessible to Mattel. MGA Mexico further objects to the request to the

5  extent that it seeks documents not in MGA Mexico's possession, custody or control.

6  MGA Mexico further objects to the request to the extent it seeks confidential,

7  proprietary or commercially sensitive information, the disclosure of which would be

8  inimical to the business interests of MGA Mexico. Such information may also be

9  subject to protective orders governing other litigations thereby precluding disclosure

10 in response to this request. MGA Mexico further objects to the request to the extent

11 it violates the privacy rights of third parties to their private, confidential, proprietary

12 or trade secret information.

13     MGA Mexico further objects to this request as cumulative, duplicative, and

14 unduly burdensome to the extent that it seeks documents previously requested by

15 Mattel and/or produced in response to Mattel's document requests.

16 REQUEST FOR PRODUCTION NO. 128:

17     All DOCUMENTS, since January 1, 1999, that REFER OR RELATE TO

18 YOUR receipt, reproduction, copying, storage, transmission, transfer, retention,

19 destruction, deletion or use of any DOCUMENTS or DIGITAL INFORMATION,

20 including but not limited to any compilation of information, that was prepared, made,

21 created, generated, assembled or compiled by or for MATTEL and that was not

22 publicly available at the time of YOUR receipt of such DOCUMENT or DIGITAL

23 INFORMATION.

24 RESPONSE TO REQUEST FOR PRODUCTION NO. 128:

25     MGA Mexico incorporates by reference its General Response and General

26 Objections above, as though fully set forth herein and specifically incorporates

27 General Objection No. 15 (regarding Definitions), including without limitation MGA

28 Mexico's objection to the definition of the terms REFER OR RELATE TO and

EXHIBIT ____

-191-        PAGE        459

1 MATTEL. MGA Mexico further objects to the request to the extent it seeks the
2 production of documents that are protected from disclosure under any applicable
3 privilege, doctrine or immunity, including without limitation the attorney-client
4 privilege, the work product doctrine, the right of privacy, and all other privileges
5 recognized under the constitutional, statutory or decisional law of the United States
6 of America, the State of California or any other applicable jurisdiction, including, but
7 not limited to, such laws existing in the United Mexican States. MGA Mexico
8 further objects to this request on the grounds that it is overly broad and unduly
9 burdensome in that it seeks documents not relevant to the claims or defenses in this
10 action and not reasonably calculated to lead to the discovery of admissible evidence.
11 Mattel has not demonstrated how *all* DOCUMENTS, since January 1, 1999, that
12 REFER OR RELATE TO YOUR receipt, reproduction, copying, storage,
13 transmission, transfer, retention, destruction, deletion or use of any DOCUMENTS
14 or DIGITAL INFORMATION, that was prepared, made, created, generated,
15 assembled or compiled by or for MATTEL and that was not publicly available at the
16 time of YOUR receipt of such DOCUMENT or DIGITAL INFORMATION, could
17 be relevant to the claims and defenses in this action. The request is not limited to the
18 subject matter of this action and is thus impermissibly overbroad. See Aug. 13 Order
19 at 9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this request as
20 being overly broad and unduly burdensome on the grounds that it is not sufficiently
21 limited in time or geographic scope. MGA Mexico further objects to this request on
22 the grounds that the terms REFER OR RELATE TO and MATTEL render the
23 request vague, ambiguous, overly broad and unduly burdensome. MGA Mexico
24 further objects to the term "use" and the phrase "publicly available" as vague and
25 ambiguous. MGA Mexico further objects to the request to the extent that it seeks
26 documents that by reason of public filing, public distribution or otherwise are already
27 in Mattel's possession or are readily accessible to Mattel. MGA Mexico further
28 objects to the request to the extent that it seeks documents not in MGA Mexico's

EXHIBIT __14__

-192-

PAGE __460__

1 possession, custody or control. MGA Mexico further objects to the request to the
2 extent it seeks confidential, proprietary or commercially sensitive information, the
3 disclosure of which would be inimical to the business interests of MGA Mexico.
4 Such information may also be subject to protective orders governing other litigations
5 thereby precluding disclosure in response to this request. MGA Mexico further
6 objects to the request to the extent it violates the privacy rights of third parties to
7 their private, confidential, proprietary or trade secret information.

8 MGA Mexico further objects to this request as cumulative, duplicative, and
9 unduly burdensome to the extent that it seeks documents previously requested by
10 Mattel and/or produced in response to Mattel's document requests.

11 REQUEST FOR PRODUCTION NO. 129:

12 All DOCUMENTS, since January 1, 1999, that REFER OR RELATE TO
13 YOUR knowledge of any DESIGN created by, on behalf of, or at the behest of
14 MATTEL, or created by any PERSON employed by or under contract with
15 MATTEL at the time of the DESIGN'S creation, that was not manufactured for sale
16 or placed into the retail market.

17 RESPONSE TO REQUEST FOR PRODUCTION NO. 129:

18 MGA Mexico incorporates by reference its General Response and General
19 Objections above, as though fully set forth herein and specifically incorporates
20 General Objection No. 15 (regarding Definitions), including without limitation MGA
21 Mexico's objection to the definition of the term REFER OR RELATE TO. MGA
22 Mexico further objects to the request to the extent it seeks the production of
23 documents that are protected from disclosure under any applicable privilege, doctrine
24 or immunity, including without limitation the attorney-client privilege, the work
25 product doctrine, the right of privacy, and all other privileges recognized under the
26 constitutional, statutory or decisional law of the United States of America, the State
27 of California or any other applicable jurisdiction, including, but not limited to, such
28 laws existing in the United Mexican States. MGA Mexico further objects to this

-193-

EXHIBIT /4

461

1  request on the grounds that it is overly broad and unduly burdensome in that it seeks
2  documents not relevant to the claims or defenses in this action and not reasonably
3  calculated to lead to the discovery of admissible evidence. Mattel has not
4  demonstrated how *all* DOCUMENTS, since January 1, 1999, that REFER OR
5  RELATE TO YOUR knowledge of any DESIGN created by, on behalf of, or at the
6  behest of MATTEL, or created by any PERSON employed by or under contract with
7  MATTEL at the time of the DESIGN'S creation, that was not manufactured for sale
8  or placed into the retail market, could be relevant to the claims and defenses in this
9  action. The request is not limited to the subject matter of this action and is thus
10 impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.
11 MGA Mexico further objects to this request as being overly broad and unduly
12 burdensome on the grounds that it is not sufficiently limited in time or geographic
13 scope. MGA Mexico further objects to this request on the grounds that the term
14 REFER OR RELATE TO renders the request vague, ambiguous, overly broad and
15 unduly burdensome. MGA Mexico further objects to the phrase "on behalf of, or at
16 the behest of" as vague and ambiguous, and to the phrases "employed by" and "under
17 contract" a calling for legal conclusions. MGA Mexico further objects to the request
18 to the extent that it seeks documents that by reason of public filing, public
19 distribution or otherwise are already in Mattel's possession or are readily accessible
20 to Mattel. MGA Mexico further objects to the request to the extent that it seeks
21 documents not in MGA Mexico's possession, custody or control. MGA Mexico
22 further objects to the request to the extent it seeks confidential, proprietary or
23 commercially sensitive information, the disclosure of which would be inimical to the
24 business interests of MGA Mexico. Such information may also be subject to
25 protective orders governing other litigations thereby precluding disclosure in
26 response to this request. MGA Mexico further objects to the request to the extent it
27 violates the privacy rights of third parties to their private, confidential, proprietary or
28 trade secret information.

EXHIBIT 14
PAGE 462

-194-

1   MGA Mexico further objects to this request as cumulative, duplicative, and
2   unduly burdensome to the extent that it seeks documents previously requested by
3   Mattel and/or produced in response to Mattel's document requests.

4   REQUEST FOR PRODUCTION NO. 130:

5   All DOCUMENTS, since January 1,1999, that REFER OR RELATE TO
6   YOUR receipt, reproduction, copying, storage, transmission, transfer, retention,
7   destruction, deletion or use of any MATTEL line list or other DOCUMENT prepared
8   by MATTEL identifying MATTEL products in the planning, design or development
9   phase.

10  RESPONSE TO REQUEST FOR PRODUCTION NO. 130:

11  MGA Mexico incorporates by reference its General Response and General
12  Objections above, as though fully set forth herein and specifically incorporates
13  General Objection No. 15 (regarding Definitions), including without limitation MGA
14  Mexico's objection to the definition of the terms REFER OR RELATE TO and
15  MATTEL.  MGA Mexico further objects to the request to the extent it seeks the
16  production of documents that are protected from disclosure under any applicable
17  privilege, doctrine or immunity, including without limitation the attorney-client
18  privilege, the work product doctrine, the right of privacy, and all other privileges
19  recognized under the constitutional, statutory or decisional law of the United States
20  of America, the State of California or any other applicable jurisdiction, including, but
21  not limited to, such laws existing in the United Mexican States.  MGA Mexico
22  further objects to this request on the grounds that it is overly broad and unduly
23  burdensome in that it seeks documents not relevant to the claims or defenses in this
24  action and not reasonably calculated to lead to the discovery of admissible evidence.
25  Mattel has not demonstrated how *all* DOCUMENTS, since January 1,1999, that
26  REFER OR RELATE TO YOUR receipt, reproduction, copying, storage,
27  transmission, transfer, retention, destruction, deletion or use of any MATTEL line
28  list or other DOCUMENT prepared by MATTEL identifying MATTEL products in

-195-

EXHIBIT
PAGE    463

1 the planning, design or development phase, could be relevant to the claims and
2 defenses in this action. The request is not limited to the subject matter of this action
3 and is thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22 Order
4 at 21:5-7. MGA Mexico further objects to this request as being overly broad and
5 unduly burdensome on the grounds that it is not sufficiently limited in time or
6 geographic scope. MGA Mexico further objects to this request on the grounds that
7 the terms REFER OR RELATE TO and MATTEL render the request vague,
8 ambiguous, overly broad and unduly burdensome. MGA Mexico further objects to
9 the terms "identifying" and "use," and to the phrase "planning, design, or
10 development phase," as vague and ambiguous. MGA Mexico further objects to the
11 request to the extent that it seeks documents that by reason of public filing, public
12 distribution or otherwise are already in Mattel's possession or are readily accessible
13 to Mattel. MGA Mexico further objects to the request to the extent that it seeks
14 documents not in MGA Mexico's possession, custody or control. MGA Mexico
15 further objects to the request to the extent it seeks confidential, proprietary or
16 commercially sensitive information, the disclosure of which would be inimical to the
17 business interests of MGA Mexico. Such information may also be subject to
18 protective orders governing other litigations thereby precluding disclosure in
19 response to this request.

20 MGA Mexico further objects to this request as cumulative, duplicative, and
21 unduly burdensome to the extent that it seeks documents previously requested by
22 Mattel and/or produced in response to Mattel's document requests.

23 REQUEST FOR PRODUCTION NO. 131:

24 All DOCUMENTS that YOU knew or were informed that, or ever had any
25 reason to believe, had been or were created by or originated from MATTEL, other
26 than MATTEL products that YOU purchased at retail.

27

28

EXHIBIT ___ 14
PAGE ___ 464

-196-

1  RESPONSE TO REQUEST FOR PRODUCTION NO. 131:

2       MGA Mexico incorporates by reference its General Response and General

3  Objections above, as though fully set forth herein and specifically incorporates

4  General Objection No. 15 (regarding Definitions), including without limitation MGA

5  Mexico's objection to the definition of the term MATTEL. MGA Mexico further

6  objects to the request to the extent it seeks the production of documents that are

7  protected from disclosure under any applicable privilege, doctrine or immunity,

8  including without limitation the attorney-client privilege, the work product doctrine,

9  the right of privacy, and all other privileges recognized under the constitutional,

10  statutory or decisional law of the United States of America, the State of California or

11  any other applicable jurisdiction, including, but not limited to, such laws existing in

12  the United Mexican States. MGA Mexico further objects to this request on the

13  grounds that it is overly broad and unduly burdensome in that it seeks documents not

14  relevant to the claims or defenses in this action and not reasonably calculated to lead

15  to the discovery of admissible evidence. Mattel has not demonstrated how *all*

16  DOCUMENTS that YOU knew or were informed that, or ever had any reason to

17  believe, had been or were created by or originated from MATTEL, other than

18  MATTEL products that YOU purchased at retail, could be relevant to the claims and

19  defenses in this action. The request is not limited to the subject matter of this action

20  and is thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22 Order

21  at 21:5-7. MGA Mexico further objects to this request as being overly broad and

22  unduly burdensome on the grounds that it is not limited in time or geographic scope.

23  MGA Mexico further objects to this request on the grounds that the term MATTEL

24  renders the request vague, ambiguous, overly broad and unduly burdensome. MGA

25  Mexico further objects to the phrase "originated from" as vague and ambiguous.

26  MGA Mexico further objects to the request to the extent that it seeks documents that

27  by reason of public filing, public distribution or otherwise are already in Mattel's

28  possession or are readily accessible to Mattel. MGA Mexico further objects to the

-197-

EXHIBIT ___14___

465

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A     MSW - Draft December 19, 2007 - 1:25 PM

1  request to the extent that it seeks documents not in MGA Mexico's possession,

2  custody or control. MGA Mexico further objects to the request to the extent it seeks

3  confidential, proprietary or commercially sensitive information, the disclosure of

4  which would be inimical to the business interests of MGA Mexico. Such

5  information may also be subject to protective orders governing other litigations

6  thereby precluding disclosure in response to this request. MGA Mexico further

7  objects to the request to the extent it violates the privacy rights of third parties to

8  their private, confidential, proprietary or trade secret information.

9      MGA Mexico further objects to this request as cumulative, duplicative, and

10  unduly burdensome to the extent that it seeks documents previously requested by

11  Mattel and/or produced in response to Mattel's document requests.

12  REQUEST FOR PRODUCTION NO. 132:

13      All COMMUNICATIONS between YOU and any PERSON that REFER OR

14  RELATE TO the retention or destruction of DOCUMENTS or DIGITAL

15  INFORMATION between January 1, 1999 and the present.

16  RESPONSE TO REQUEST FOR PRODUCTION NO. 132:

17      MGA Mexico incorporates by reference its General Response and General

18  Objections above, as though fully set forth herein and specifically incorporates

19  General Objection No. 15 (regarding Definitions), including without limitation MGA

20  Mexico's objection to the definition of the term REFER OR RELATE TO. MGA

21  Mexico further objects to the request to the extent it seeks the production of

22  documents that are protected from disclosure under any applicable privilege, doctrine

23  or immunity, including without limitation the attorney-client privilege, the work

24  product doctrine, the right of privacy, and all other privileges recognized under the

25  constitutional, statutory or decisional law of the United States of America, the State

26  of California or any other applicable jurisdiction, including, but not limited to, such

27  laws existing in the United Mexican States. MGA Mexico further objects to this

28  request on the grounds that it is overly broad and unduly burdensome in that it seeks

EXHIBIT ___14___

-198-                    PAGE 466

1 documents not relevant to the claims or defenses in this action and not reasonably
2 calculated to lead to the discovery of admissible evidence. Mattel has not
3 demonstrated how *all* COMMUNICATIONS between YOU and any PERSON that
4 REFER OR RELATE TO the retention or destruction of DOCUMENTS or
5 DIGITAL INFORMATION between January 1, 1999 and the present, could be
6 relevant to the claims and defenses in this action. The request is not limited to the
7 subject matter of this action and is thus impermissibly overbroad. See Aug. 13 Order
8 at 9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this request as
9 being overly broad and unduly burdensome on the grounds that it is not sufficiently
10 limited in time or geographic scope. MGA Mexico further objects to this request on
11 the grounds that the term REFER OR RELATE TO renders the request vague,
12 ambiguous, overly broad and unduly burdensome. MGA Mexico further objects to
13 the request to the extent that it seeks documents that by reason of public filing,
14 public distribution or otherwise are already in Mattel's possession or are readily
15 accessible to Mattel. MGA Mexico further objects to the request to the extent that it
16 seeks documents not in MGA Mexico's possession, custody or control. MGA
17 Mexico further objects to the request to the extent it seeks confidential, proprietary
18 or commercially sensitive information, the disclosure of which would be inimical to
19 the business interests of MGA Mexico.

20      MGA Mexico further objects to this request as cumulative, duplicative, and
21 unduly burdensome to the extent that it seeks documents previously requested by
22 Mattel and/or produced in response to Mattel's document requests.

23 REQUEST FOR PRODUCTION NO. 133:

24      All DOCUMENTS that REFER OR RELATE TO the retention or destruction
25 policies, procedures and practices for YOUR DOCUMENTS and DIGITAL
26 INFORMATION that REFER OR RELATE TO BRATZ since January 1, 2003,
27 including without limitation the retention or destruction of DOCUMENTS and

28

EXHIBIT _14_

1 DIGITAL INFORMATION when (a) hardware is replaced, modified or upgraded
2 and (b) when PERSONS leave YOUR employ.

3 RESPONSE TO REQUEST FOR PRODUCTION NO. 133:

4       MGA Mexico incorporates by reference its General Response and General
5 Objections above, as though fully set forth herein and specifically incorporates
6 General Objection No. 15 (regarding Definitions), including without limitation MGA
7 Mexico's objection to the definition of the terms REFER OR RELATE TO and
8 BRATZ. MGA Mexico further objects to the request to the extent it seeks the
9 production of documents that are protected from disclosure under any applicable
10 privilege, doctrine or immunity, including without limitation the attorney-client
11 privilege, the work product doctrine, the right of privacy, and all other privileges
12 recognized under the constitutional, statutory or decisional law of the United States
13 of America, the State of California or any other applicable jurisdiction, including, but
14 not limited to, such laws existing in the United Mexican States. MGA Mexico
15 further objects to this request on the grounds that it is overly broad and unduly
16 burdensome in that it seeks documents not relevant to the claims or defenses in this
17 action and not reasonably calculated to lead to the discovery of admissible evidence.
18 Mattel has not demonstrated how *all* DOCUMENTS that REFER OR RELATE TO
19 the retention or destruction policies, procedures and practices for YOUR
20 DOCUMENTS and DIGITAL INFORMATION that REFER OR RELATE TO
21 BRATZ since January 1, 2003, could be relevant to the claims and defenses in this
22 action. MGA Mexico further objects to the term "employ" as vague and calling for a
23 legal conclusion. The request is not limited to the subject matter of this action and is
24 thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-
25 7. MGA Mexico further objects to this request as being overly broad and unduly
26 burdensome on the grounds that it is not sufficiently limited in time or geographic
27 scope. MGA Mexico further objects to this request on the grounds that the terms
28 REFER OR RELATE TO and BRATZ render the request vague, ambiguous, overly

-200-

EXHIBIT ___14___

PAGE 468

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A           MSW - Draft December 19. 2007 - 1:25 PM

1  broad and unduly burdensome.  MGA Mexico further objects to the request to the
2  extent that it seeks documents that by reason of public filing, public distribution or
3  otherwise are already in Mattel's possession or are readily accessible to Mattel.
4  MGA Mexico further objects to the request to the extent that it seeks documents not
5  in MGA Mexico's possession, custody or control.  MGA Mexico further objects to
6  the request to the extent it seeks confidential, proprietary or commercially sensitive
7  information, the disclosure of which would be inimical to the business interests of
8  MGA Mexico.

9       MGA Mexico further objects to this request as cumulative, duplicative, and
10  unduly burdensome to the extent that it seeks documents previously requested by
11  Mattel and/or produced in response to Mattel's document requests.

12  REQUEST FOR PRODUCTION NO. 134:

13       All DOCUMENTS that REFER OR RELATE TO the preservation, collection,
14  destruction, removal, transfer, loss or impairment of YOUR DOCUMENTS and
15  DIGITAL INFORMATION in connection with the ACTION and/or any
16  DOCUMENTS requested by MATTEL in the ACTION.

17  RESPONSE TO REQUEST FOR PRODUCTION NO. 134:

18       MGA Mexico incorporates by reference its General Response and General
19  Objections above, as though fully set forth herein and specifically incorporates
20  General Objection No. 15 (regarding Definitions), including without limitation MGA
21  Mexico's objection to the definition of the terms REFER OR RELATE TO and
22  MATTEL.  MGA Mexico further objects to the request to the extent it seeks the
23  production of documents that are protected from disclosure under any applicable
24  privilege, doctrine or immunity, including without limitation the attorney-client
25  privilege, the work product doctrine, the right of privacy, and all other privileges
26  recognized under the constitutional, statutory or decisional law of the United States
27  of America, the State of California or any other applicable jurisdiction, including, but
28  not limited to, such laws existing in the United Mexican States.  MGA Mexico

EXHIBIT __14__

-201-

PAGE __469__

1  further objects to this request on the grounds that it is overly broad and unduly
2  burdensome in that it seeks documents not relevant to the claims or defenses in this
3  action and not reasonably calculated to lead to the discovery of admissible evidence.
4  Mattel has not demonstrated how *all* DOCUMENTS that REFER OR RELATE TO
5  the preservation, collection, destruction, removal, transfer, loss or impairment of
6  YOUR DOCUMENTS and DIGITAL INFORMATION in connection with the
7  ACTION and/or any DOCUMENTS requested by MATTEL in the ACTION, could
8  be relevant to the claims and defenses in this action. The request is not limited to the
9  subject matter of this action and is thus impermissibly overbroad. See Aug. 13 Order
10  at 9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this request as
11  being overly broad and unduly burdensome on the grounds that it is not limited in
12  time or geographic scope. MGA Mexico further objects to this request on the
13  grounds that the terms REFER OR RELATE TO and MATTEL render the request
14  vague, ambiguous, overly broad and unduly burdensome. MGA Mexico further
15  objects to the phrases "impairment" and "in connection with" as vague and
16  ambiguous. MGA Mexico further objects to the request to the extent that it seeks
17  documents that by reason of public filing, public distribution or otherwise are already
18  in Mattel's possession or are readily accessible to Mattel. MGA Mexico further
19  objects to the request to the extent that it seeks documents not in MGA Mexico's
20  possession, custody or control. MGA Mexico further objects to the request to the
21  extent it seeks confidential, proprietary or commercially sensitive information, the
22  disclosure of which would be inimical to the business interests of MGA Mexico.

23      MGA Mexico further objects to this request as cumulative, duplicative, and
24  unduly burdensome to the extent that it seeks documents previously requested by
25  Mattel and/or produced in response to Mattel's document requests.

26  REQUEST FOR PRODUCTION NO. 135:

27      All DOCUMENTS that REFER OR RELATE TO the preservation, collection,
28  destruction, removal, transfer, loss or impairment of YOUR DOCUMENTS and

EXHIBIT     /4

-202-

PAGE     470