1  DIGITAL INFORMATION since January 1, 2003 that REFER OR RELATE TO
2  MATTEL (including without limitation to any MATTEL product, plan or
3  information) that YOU received in any manner from any PERSON who was at the
4  time an employee of MATTEL or who had previously been an employee of
5  MATTEL.

6  RESPONSE TO REQUEST FOR PRODUCTION NO. 135:

7       MGA Mexico incorporates by reference its General Response and General
8  Objections above, as though fully set forth herein and specifically incorporates
9  General Objection No. 15 (regarding Definitions), including without limitation MGA
10 Mexico's objection to the definition of the terms REFER OR RELATE TO and
11 MATTEL. MGA Mexico further objects to the request to the extent it seeks the
12 production of documents that are protected from disclosure under any applicable
13 privilege, doctrine or immunity, including without limitation the attorney-client
14 privilege, the work product doctrine, the right of privacy, and all other privileges
15 recognized under the constitutional, statutory or decisional law of the United States
16 of America, the State of California or any other applicable jurisdiction, including, but
17 not limited to, such laws existing in the United Mexican States. MGA Mexico
18 further objects to this request on the grounds that it is overly broad and unduly
19 burdensome in that it seeks documents not relevant to the claims or defenses in this
20 action and not reasonably calculated to lead to the discovery of admissible evidence.
21 Mattel has not demonstrated how *all* DOCUMENTS that REFER OR RELATE TO
22 the preservation, collection, destruction, removal, transfer, loss or impairment of
23 YOUR DOCUMENTS and DIGITAL INFORMATION since January 1, 2003 that
24 REFER OR RELATE TO MATTEL that YOU received in any manner from any
25 PERSON who was at the time an employee of MATTEL or who had previously been
26 an employee of MATTEL, could be relevant to the claims and defenses in this action.
27 The request is not limited to the subject matter of this action and is thus
28 impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.

EXHIBIT 14

-203-                                    PAGE 471

1  MGA Mexico further objects to this request as being overly broad and unduly
2  burdensome on the grounds that it is not sufficiently limited in time or geographic
3  scope. MGA Mexico further objects to this request on the grounds that the terms
4  REFER OR RELATE TO and MATTEL render the request vague, ambiguous,
5  overly broad and unduly burdensome. MGA Mexico further objects to the phrase
6  "impairment" as vague and ambiguous, and to the term "employee" as calling for a
7  legal conclusion. MGA Mexico further objects to the request to the extent that it
8  seeks documents that by reason of public filing, public distribution or otherwise are
9  already in Mattel's possession or are readily accessible to Mattel. MGA Mexico
10  further objects to the request to the extent that it seeks documents not in MGA
11  Mexico's possession, custody or control. MGA Mexico further objects to the request
12  to the extent it seeks confidential, proprietary or commercially sensitive information,
13  the disclosure of which would be inimical to the business interests of MGA Mexico.

14  MGA Mexico further objects to this request as cumulative, duplicative, and
15  unduly burdensome to the extent that it seeks documents previously requested by
16  Mattel and/or produced in response to Mattel's document requests.

17  REQUEST FOR PRODUCTION NO. 136:

18  YOUR DIGITAL INFORMATION data backup policies, practices and
19  procedures from January 1, 2003 to the present, including without limitation the
20  location and specifications of any media used to preserve YOUR DIGITAL
21  INFORMATION and the software, if any, used to preserve YOUR DIGITAL
22  INFORMATION.

23  RESPONSE TO REQUEST FOR PRODUCTION NO. 136:

24  MGA Mexico incorporates by reference its General Response and General
25  Objections above, as though fully set forth herein and specifically incorporates
26  General Objection No. 15 (regarding Definitions). MGA Mexico further objects to
27  the request to the extent it seeks the production of documents that are protected from
28  disclosure under any applicable privilege, doctrine or immunity, including without

EXHIBIT _14_

-204-

PAGE _472_

1 limitation the attorney-client privilege, the work product doctrine, the right of
2 privacy, and all other privileges recognized under the constitutional, statutory or
3 decisional law of the United States of America, the State of California or any other
4 applicable jurisdiction, including, but not limited to, such laws existing in the United
5 Mexican States. MGA Mexico further objects to this request on the grounds that it is
6 overly broad and unduly burdensome in that it seeks documents not relevant to the
7 claims or defenses in this action and not reasonably calculated to lead to the
8 discovery of admissible evidence. Mattel has not demonstrated how *all* DIGITAL
9 INFORMATION data backup policies, practices and procedures from January 1,
10 2003 to the present, could be relevant to the claims and defenses in this action. The
11 request is not limited to the subject matter of this action and is thus impermissibly
12 overbroad. See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7. MGA Mexico
13 further objects to this request as being overly broad and unduly burdensome on the
14 grounds that it is not sufficiently limited in time or geographic scope. MGA Mexico
15 further objects to the term "specification" as vague and ambiguous. MGA Mexico
16 further objects to the request to the extent that it seeks documents that by reason of
17 public filing, public distribution or otherwise are already in Mattel's possession or
18 are readily accessible to Mattel. MGA Mexico further objects to the request to the
19 extent that it seeks documents not in MGA Mexico's possession, custody or control.
20 MGA Mexico further objects to the request to the extent it seeks confidential,
21 proprietary or commercially sensitive information, the disclosure of which would be
22 inimical to the business interests of MGA Mexico.

23 MGA Mexico further objects to this request as cumulative, duplicative, and
24 unduly burdensome to the extent that it seeks documents previously requested by
25 Mattel and/or produced in response to Mattel's document requests.

26 REQUEST FOR PRODUCTION NO. 137:

27 The DIGITAL INFORMATION SYSTEMS and the application software that
28 YOU have used since January 1, 2003 that REFER OR RELATE TO design,

EXHIBIT __14__

-205-

PAGE __473__

1 development, planning, inventory, manufacturing, sales, shipping and accounting,

2 including without limitation the common or shared storage for such DIGITAL

3 INFORMATION SYSTEMS, remote access of such DIGITAL INFORMATION

4 SYSTEMS, and any changes, modifications or upgrades to such DIGITAL

5 INFORMATION SYSTEMS or application software.

6 RESPONSE TO REQUEST FOR PRODUCTION NO. 137:

7 MGA Mexico incorporates by reference its General Response and General

8 Objections above, as though fully set forth herein and specifically incorporates

9 General Objection No. 15 (regarding Definitions), including without limitation MGA

10 Mexico's objection to the definition of the terms SYSTEMS and REFER OR

11 RELATE TO. MGA Mexico further objects to the request to the extent it seeks the

12 production of documents that are protected from disclosure under any applicable

13 privilege, doctrine or immunity, including without limitation the attorney-client

14 privilege, the work product doctrine, the right of privacy, and all other privileges

15 recognized under the constitutional, statutory or decisional law of the United States

16 of America, the State of California or any other applicable jurisdiction, including, but

17 not limited to, such laws existing in the United Mexican States. MGA Mexico

18 further objects to this request on the grounds that it is overly broad and unduly

19 burdensome in that it seeks documents not relevant to the claims or defenses in this

20 action and not reasonably calculated to lead to the discovery of admissible evidence.

21 Mattel has not demonstrated how *all* the documents and things purportedly sought by

22 the request, could be relevant to the claims and defenses in this action.  The request

23 is not limited to the subject matter of this action and is thus impermissibly overbroad.

24 See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7. MGA Mexico further

25 objects to this request as being overly broad and unduly burdensome on the grounds

26 that it is not sufficiently limited in time or geographic scope. MGA Mexico further

27 objects to this request on the grounds that the terms REFER OR RELATE TO and

28 SYSTEMS render the request vague, ambiguous, overly broad and unduly

EXHIBIT  14

-206-

474

1 | burdensome. MGA Mexico further objects to the phrase "application software" as
2 | vague and ambiguous. MGA Mexico further objects to the request to the extent that
3 | it seeks documents that by reason of public filing, public distribution or otherwise
4 | are already in Mattel's possession or are readily accessible to Mattel. MGA Mexico
5 | further objects to the request to the extent that it seeks documents not in MGA
6 | Mexico's possession, custody or control. MGA Mexico further objects to the request
7 | to the extent it seeks confidential, proprietary or commercially sensitive information,
8 | the disclosure of which would be inimical to the business interests of MGA Mexico.

9 | MGA Mexico further objects to this request as cumulative, duplicative, and
10 | unduly burdensome to the extent that it seeks documents previously requested by
11 | Mattel and/or produced in response to Mattel's document requests.

12 | REQUEST FOR PRODUCTION NO. 138:

13 | All DOCUMENTS that REFER OR RELATE TO the IDENTITY of
14 | PERSONS, including without limitation vendors, who since January 1, 1999 have
15 | been responsible for or supported YOUR DIGITAL INFORMATION SYSTEMS,
16 | including without limitation the IDENTITY of such PERSON who serviced or
17 | provided hardware for YOUR DIGITAL INFORMATION SYSTEMS, hosted,
18 | stored, archived or maintained YOUR DIGITAL INFORMATION, including but not
19 | limited to internet service providers, and provided analytical, training or
20 | implementation services with respect to YOUR DIGITAL INFORMATION
21 | SYSTEMS.

22 | RESPONSE TO REQUEST FOR PRODUCTION NO. 138:

23 | MGA Mexico incorporates by reference its General Response and General
24 | Objections above, as though fully set forth herein and specifically incorporates
25 | General Objection No. 15 (regarding Definitions), including without limitation MGA
26 | Mexico's objection to the definition of the terms SYSTEMS and REFER OR
27 | RELATE TO. MGA Mexico further objects to the request to the extent it seeks the
28 | production of documents that are protected from disclosure under any applicable

EXHIBIT 14

-207-     PAGE     475

1 │ privilege, doctrine or immunity, including without limitation the attorney-client
2 │ privilege, the work product doctrine, the right of privacy, and all other privileges
3 │ recognized under the constitutional, statutory or decisional law of the United States
4 │ of America, the State of California or any other applicable jurisdiction, including, but
5 │ not limited to, such laws existing in the United Mexican States. MGA Mexico
6 │ further objects to this request on the grounds that it is overly broad and unduly
7 │ burdensome in that it seeks documents not relevant to the claims or defenses in this
8 │ action and not reasonably calculated to lead to the discovery of admissible evidence.
9 │ Mattel has not demonstrated how *all* the documents and things purportedly sought by
10 │ the request, could be relevant to the claims and defenses in this action.   The request
11 │ is not limited to the subject matter of this action and is thus impermissibly overbroad.
12 │ See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7. MGA Mexico further
13 │ objects to this request as being overly broad and unduly burdensome on the grounds
14 │ that it is not sufficiently limited in time or geographic scope. MGA Mexico further
15 │ objects to this request on the grounds that the terms REFER OR RELATE TO and
16 │ SYSTEMS render the request vague, ambiguous, overly broad and unduly
17 │ burdensome. MGA Mexico further objects to the phrase "analytical" as vague and
18 │ ambiguous. MGA Mexico further objects to the request to the extent that it seeks
19 │ documents that by reason of public filing, public distribution or otherwise are already
20 │ in Mattel's possession or are readily accessible to Mattel. MGA Mexico further
21 │ objects to the request to the extent that it seeks documents not in MGA Mexico's
22 │ possession, custody or control. MGA Mexico further objects to the request to the
23 │ extent it seeks confidential, proprietary or commercially sensitive information, the
24 │ disclosure of which would be inimical to the business interests of MGA Mexico.
25 │ Such information may also be subject to protective orders governing other litigations
26 │ thereby precluding disclosure in response to this request. MGA Mexico further
27 │ objects to the request to the extent it violates the privacy rights of third parties to
28 │ their private, confidential, proprietary or trade secret information.

EXHIBIT 14
PAGE 476

-208-

1    MGA Mexico further objects to this request as cumulative, duplicative, and

2  unduly burdensome to the extent that it seeks documents previously requested by

3  Mattel and/or produced in response to Mattel's document requests.

4  REQUEST FOR PRODUCTION NO. 139:

5    All DOCUMENTS that REFER OR RELATE TO the electronic messaging

6  SYSTEMS used by YOUR employees within the scope of their employment

7  between January 1, 1999 and the present, including but not limited to electronic mail,

8  instant messenger, telephone or voice-mail, and the routing of such electronic

9  messages to, from or within MGA.

10  RESPONSE TO REQUEST FOR PRODUCTION NO. 139:

11    MGA Mexico incorporates by reference its General Response and General

12  Objections above, as though fully set forth herein and specifically incorporates

13  General Objection No. 15 (regarding Definitions), including without limitation MGA

14  Mexico's objection to the definition of the terms REFER OR RELATE TO and

15  SYSTEMS. MGA Mexico further objects to the request to the extent it seeks the

16  production of documents that are protected from disclosure under any applicable

17  privilege, doctrine or immunity, including without limitation the attorney-client

18  privilege, the work product doctrine, the right of privacy, and all other privileges

19  recognized under the constitutional, statutory or decisional law of the United States

20  of America, the State of California or any other applicable jurisdiction, including, but

21  not limited to, such laws existing in the United Mexican States. MGA Mexico

22  further objects to this request on the grounds that it is overly broad and unduly

23  burdensome in that it seeks documents not relevant to the claims or defenses in this

24  action and not reasonably calculated to lead to the discovery of admissible evidence.

25  Mattel has not demonstrated how *all* DOCUMENTS that REFER OR RELATE TO

26  the electronic messaging SYSTEMS used by YOUR employees within the scope of

27  their employment between January 1, 1999 and the present, could be relevant to the

28  claims and defenses in this action. The request is not limited to the subject matter of

-209-

EXHIBIT 14

1 this action and is thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May

2 22 Order at 21:5-7. MGA Mexico further objects to this request as being overly

3 broad and unduly burdensome on the grounds that it is not sufficiently limited in

4 time or geographic scope. MGA Mexico further objects to this request on the

5 grounds that the term SYSTEMS renders the request vague, ambiguous, overly broad

6 and unduly burdensome. MGA Mexico further objects to the term "employees" as

7 vague and calling for a legal conclusion. MGA Mexico further objects to the request

8 to the extent that it seeks documents that by reason of public filing, public

9 distribution or otherwise are already in Mattel's possession or are readily accessible

10 to Mattel. MGA Mexico further objects to the request to the extent that it seeks

11 documents not in MGA Mexico's possession, custody or control. MGA Mexico

12 further objects to the request to the extent it seeks confidential, proprietary or

13 commercially sensitive information, the disclosure of which would be inimical to the

14 business interests of MGA Mexico. Such information may also be subject to

15 protective orders governing other litigations thereby precluding disclosure in

16 response to this request. MGA Mexico further objects to the request to the extent it

17 violates the privacy rights of third parties to their private, confidential, proprietary or

18 trade secret information.

19     MGA Mexico further objects to this request as cumulative, duplicative, and

20 unduly burdensome to the extent that it seeks documents previously requested by

21 Mattel and/or produced in response to Mattel's document requests.

22 REQUEST FOR PRODUCTION NO. 140:

23     All DOCUMENTS and tangible things REFERRING OR RELATING TO

24 YOUR defenses in this ACTION.

25 RESPONSE TO REQUEST FOR PRODUCTION NO. 140:

26     MGA Mexico incorporates by reference its General Response and General

27 Objections above, as though fully set forth herein and specifically incorporates

28 General Objection No. 15 (regarding Definitions), including without limitation MGA

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A                                    MSW - Draft December 19, 2007 - 1:25 PM

1 | Mexico's objection to the definition of the term REFERING OR RELATING.  MGA
2 | Mexico further objects to the request to the extent it seeks the production of
3 | documents that are protected from disclosure under any applicable privilege, doctrine
4 | or immunity, including without limitation the attorney-client privilege, the work
5 | product doctrine, the right of privacy, and all other privileges recognized under the
6 | constitutional, statutory or decisional law of the United States of America, the State
7 | of California or any other applicable jurisdiction, including, but not limited to, such
8 | laws existing in the United Mexican States.  MGA Mexico further objects to this
9 | request on the grounds that it is overly broad and unduly burdensome in that it seeks
10 | documents not relevant to the claims or defenses in this action and not reasonably
11 | calculated to lead to the discovery of admissible evidence.  Mattel has not
12 | demonstrated how *all* DOCUMENTS and tangible things REFERRING OR
13 | RELATING TO YOUR defenses in this ACTION, could be relevant to the claims
14 | and defenses in this action.  The request is not limited to the subject matter of this
15 | action and is thus impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May 22
16 | Order at 21:5-7.  MGA Mexico further objects to this request as being overly broad
17 | and unduly burdensome on the grounds that it is not limited in time or geographic
18 | scope.  MGA Mexico further objects to this request on the grounds that the term
19 | REFERRING OR RELATING TO renders the request vague, ambiguous, overly
20 | broad and unduly burdensome.  MGA Mexico further objects to the request to the
21 | extent that it seeks documents that by reason of public filing, public distribution or
22 | otherwise are already in Mattel's possession or are readily accessible to Mattel.
23 | MGA Mexico further objects to the request to the extent that it seeks documents not
24 | in MGA Mexico's possession, custody or control.  MGA Mexico further objects to
25 | the request to the extent it seeks confidential, proprietary or commercially sensitive
26 | information, the disclosure of which would be inimical to the business interests of
27 | MGA Mexico.  Such information may also be subject to protective orders governing
28 | other litigations thereby precluding disclosure in response to this request.  MGA

EXHIBIT /4

-211-

PAGE 479

1 | Mexico further objects to the request to the extent it violates the privacy rights of
2 | third parties to their private, confidential, proprietary or trade secret information.

3 |     MGA Mexico further objects to this request as cumulative, duplicative, and
4 | unduly burdensome to the extent that it seeks documents previously requested by
5 | Mattel and/or produced in response to Mattel's document requests.

6 | REQUEST FOR PRODUCTION NO. 141:

7 |     YOUR policies, practices and procedures regarding the use of transportable
8 | media that contain or are capable of containing DIGITAL INFORMATION,
9 | including but not limited to floppy discs, compact discs, DVDs, USB drives, portable
10 | hard drives, digital cameras and personal digital assistants.

11 | RESPONSE TO REQUEST FOR PRODUCTION NO. 141:

12 |     MGA Mexico incorporates by reference its General Response and General
13 | Objections above, as though fully set forth herein and specifically incorporates
14 | General Objection No. 15 (regarding Definitions). MGA Mexico further objects to
15 | the request to the extent it seeks the production of documents that are protected from
16 | disclosure under any applicable privilege, doctrine or immunity, including without
17 | limitation the attorney-client privilege, the work product doctrine, the right of
18 | privacy, and all other privileges recognized under the constitutional, statutory or
19 | decisional law of the United States of America, the State of California or any other
20 | applicable jurisdiction, including, but not limited to, such laws existing in the United
21 | Mexican States. MGA Mexico further objects to this request on the grounds that it is
22 | overly broad and unduly burdensome in that it seeks documents not relevant to the
23 | claims or defenses in this action and not reasonably calculated to lead to the
24 | discovery of admissible evidence. Mattel has not demonstrated how *all* policies,
25 | practices and procedures regarding the use of transportable media that contain or are
26 | capable of containing DIGITAL INFORMATION, could be relevant to the claims
27 | and defenses in this action. The request is not limited to the subject matter of this
28 | action and is thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22

-212-

EXHIBIT 14

PAGE 480

1  Order at 21:5-7. MGA Mexico further objects to this request as being overly broad
2  and unduly burdensome on the grounds that it is not limited in time or geographic
3  scope. MGA Mexico further objects to the phrase "use of transportable media" as
4  vague and ambiguous. MGA Mexico further objects to the request to the extent that
5  it seeks documents that by reason of public filing, public distribution or otherwise
6  are already in Mattel's possession or are readily accessible to Mattel. MGA Mexico
7  further objects to the request to the extent that it seeks documents not in MGA
8  Mexico's possession, custody or control. MGA Mexico further objects to the request
9  to the extent it seeks confidential, proprietary or commercially sensitive information,
10 the disclosure of which would be inimical to the business interests of MGA Mexico.

11      MGA Mexico further objects to this request as cumulative, duplicative, and
12 unduly burdensome to the extent that it seeks documents previously requested by
13 Mattel and/or produced in response to Mattel's document requests.

14 REQUEST FOR PRODUCTION NO. 142:

15      To the extent not produced in response to any other Request for Production, all
16 DOCUMENTS and tangible things that upon which YOU intend to rely to support
17 YOUR defenses in this ACTION.

18 RESPONSE TO REQUEST FOR PRODUCTION NO. 142:

19      MGA Mexico incorporates by reference its General Response and General
20 Objections above, as though fully set forth herein and specifically incorporates
21 General Objection No. 15 (regarding Definitions). MGA Mexico further objects to
22 the request to the extent it seeks the production of documents that are protected from
23 disclosure under any applicable privilege, doctrine or immunity, including without
24 limitation the attorney-client privilege, the work product doctrine, the right of
25 privacy, and all other privileges recognized under the constitutional, statutory or
26 decisional law of the United States of America, the State of California or any other
27 applicable jurisdiction, including, but not limited to, such laws existing in the United
28 Mexican States. MGA Mexico further objects to this request on the grounds that it is

EXHIBIT  /4

-213-                                    PAGE   481

1 | overly broad and unduly burdensome in that it seeks documents not relevant to the
2 | claims or defenses in this action and not reasonably calculated to lead to the
3 | discovery of admissible evidence.  The request is not limited to the subject matter of
4 | this action and is thus impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May
5 | 22 Order at 21:5-7.  MGA Mexico further objects to this request as being overly
6 | broad and unduly burdensome on the grounds that it is not limited in time or
7 | geographic scope.  MGA Mexico further objects to the request to the extent that it
8 | seeks documents that by reason of public filing, public distribution or otherwise are
9 | already in Mattel's possession or are readily accessible to Mattel.  MGA Mexico
10 | further objects to the request to the extent that it seeks documents not in MGA
11 | Mexico's possession, custody or control.  MGA Mexico further objects to the request
12 | to the extent it seeks confidential, proprietary or commercially sensitive information,
13 | the disclosure of which would be inimical to the business interests of MGA Mexico.

14 | MGA Mexico further objects to this request as cumulative, duplicative, and
15 | unduly burdensome to the extent that it seeks documents previously requested by
16 | Mattel and/or produced in response to Mattel's document requests.

17 | REQUEST FOR PRODUCTION NO. 143:

18 | To the extent not produced in response to any other Request for Production, all
19 | DOCUMENTS and tangible things upon which YOU intend to rely in this ACTION.
20 | RESPONSE TO REQUEST FOR PRODUCTION NO. 143:

21 | MGA Mexico incorporates by reference its General Response and General
22 | Objections above, as though fully set forth herein and specifically incorporates
23 | General Objection No. 15 (regarding Definitions).  MGA Mexico further objects to
24 | the request to the extent it seeks the production of documents that are protected from
25 | disclosure under any applicable privilege, doctrine or immunity, including without
26 | limitation the attorney-client privilege, the work product doctrine, the right of
27 | privacy, and all other privileges recognized under the constitutional, statutory or
28 | decisional law of the United States of America, the State of California or any other

-214-                    PAGE        482

1  applicable jurisdiction, including, but not limited to, such laws existing in the United

2  Mexican States. MGA Mexico further objects to this request on the grounds that it is

3  overly broad and unduly burdensome in that it seeks documents not relevant to the

4  claims or defenses in this action and not reasonably calculated to lead to the

5  discovery of admissible evidence. The request is not limited to the subject matter of

6  this action and is thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May

7  22 Order at 21:5-7. MGA Mexico further objects to this request as being overly

8  broad and unduly burdensome on the grounds that it is not limited in time or

9  geographic scope. MGA Mexico further objects to the request to the extent that it

10  seeks documents that by reason of public filing, public distribution or otherwise are

11  already in Mattel's possession or are readily accessible to Mattel. MGA Mexico

12  further objects to the request to the extent that it seeks documents not in MGA

13  Mexico's possession, custody or control. MGA Mexico further objects to the request

14  to the extent it seeks confidential, proprietary or commercially sensitive information,

15  the disclosure of which would be inimical to the business interests of MGA Mexico.

16  Such information may also be subject to protective orders governing other litigations

17  thereby precluding disclosure in response to this request.

18      MGA Mexico further objects to this request as cumulative, duplicative, and

19  unduly burdensome to the extent that it seeks documents previously requested by

20  Mattel and/or produced in response to Mattel's document requests.

21  REQUEST FOR PRODUCTION NO. 144:

22      All DOCUMENTS that REFER OR RELATE TO Machado's citizenship or

23  residency status in the United States after January 1, 2004.

24  RESPONSE TO REQUEST FOR PRODUCTION NO. 144:

25      MGA Mexico incorporates by reference its General Response and General

26  Objections above, as though fully set forth herein and specifically incorporates

27  General Objection No. 15 (regarding Definitions), including without limitation MGA

28  Mexico's objection to the definition of the term REFER OR RELATE TO.  MGA

-215-

EXHIBIT /4

485

1 │ Mexico further objects to the request to the extent it seeks the production of
2 │ documents that are protected from disclosure under any applicable privilege, doctrine
3 │ or immunity, including without limitation the attorney-client privilege, the work
4 │ product doctrine, the right of privacy, and all other privileges recognized under the
5 │ constitutional, statutory or decisional law of the United States of America, the State
6 │ of California or any other applicable jurisdiction, including, but not limited to, such
7 │ laws existing in the United Mexican States. MGA Mexico further objects to this
8 │ request on the grounds that it is overly broad and unduly burdensome in that it seeks
9 │ documents not relevant to the claims or defenses in this action and not reasonably
10 │ calculated to lead to the discovery of admissible evidence. Mattel has not
11 │ demonstrated how *all* DOCUMENTS that REFER OR RELATE TO Machado's
12 │ citizenship or residency status in the United States after January 1, 2004 could be
13 │ relevant to the claims and defenses in this action. The request is not limited to the
14 │ subject matter of this action and is thus impermissibly overbroad. See Aug. 13 Order
15 │ at 9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this request as
16 │ being overly broad and unduly burdensome on the grounds that it is not sufficiently
17 │ limited in time or geographic scope. MGA Mexico further objects to this request on
18 │ the grounds that the term REFER OR RELATE TO renders the request vague,
19 │ ambiguous, overly broad and unduly burdensome. MGA Mexico further objects to
20 │ the request to the extent that it seeks documents that by reason of public filing,
21 │ public distribution or otherwise are already in Mattel's possession or are readily
22 │ accessible to Mattel. MGA Mexico further objects to the request to the extent that it
23 │ seeks documents not in MGA Mexico's possession, custody or control. MGA
24 │ Mexico further objects to the request to the extent it seeks confidential, proprietary
25 │ or commercially sensitive information, the disclosure of which would be inimical to
26 │ the business interests of MGA Mexico. Such information may also be subject to
27 │ protective orders governing other litigations thereby precluding disclosure in
28 │ response to this request. MGA Mexico further objects to the request to the extent it

EXHIBIT 74
PAGE 484

-216-

1 | violates the privacy rights of third parties to their private, confidential, proprietary or
2 | trade secret information.

3 | MGA Mexico further objects to this request as cumulative, duplicative, and
4 | unduly burdensome to the extent that it seeks documents previously requested by
5 | Mattel and/or produced in response to Mattel's document requests.

6 | REQUEST FOR PRODUCTION NO. 145:

7 | All DOCUMENTS that REFER OR RELATE TO Machado's citizenship or
8 | residency status in Mexico after January 1, 2004.

9 | RESPONSE TO REQUEST FOR PRODUCTION NO. 145:

10 | MGA Mexico incorporates by reference its General Response and General
11 | Objections above, as though fully set forth herein and specifically incorporates
12 | General Objection No. 15 (regarding Definitions), including without limitation MGA
13 | Mexico's objection to the definition of the term REFER OR RELATE TO. MGA
14 | Mexico further objects to the request to the extent it seeks the production of
15 | documents that are protected from disclosure under any applicable privilege, doctrine
16 | or immunity, including without limitation the attorney-client privilege, the work
17 | product doctrine, the right of privacy, and all other privileges recognized under the
18 | constitutional, statutory or decisional law of the United States of America, the State
19 | of California or any other applicable jurisdiction, including, but not limited to, such
20 | laws existing in the United Mexican States. MGA Mexico further objects to this
21 | request on the grounds that it is overly broad and unduly burdensome in that it seeks
22 | documents not relevant to the claims or defenses in this action and not reasonably
23 | calculated to lead to the discovery of admissible evidence. Mattel has not
24 | demonstrated how *all* DOCUMENTS that REFER OR RELATE TO Machado's
25 | citizenship or residency status hi Mexico after January 1, 2004could be relevant to
26 | the claims and defenses in this action. The request is not limited to the subject
27 | matter of this action and is thus impermissibly overbroad. See Aug. 13 Order at
28 | 9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this request as

-217-

EXHIBIT 7
PAGE 485

1 being overly broad and unduly burdensome on the grounds that it is not sufficiently
2 limited in time. MGA Mexico further objects to this request on the grounds that the
3 term REFER OR RELATE TO renders the request vague, ambiguous, overly broad
4 and unduly burdensome. MGA Mexico further objects to the request to the extent
5 that it seeks documents that by reason of public filing, public distribution or
6 otherwise are already in Mattel's possession or are readily accessible to Mattel.
7 MGA Mexico further objects to the request to the extent that it seeks documents not
8 in MGA Mexico's possession, custody or control. MGA Mexico further objects to
9 the request to the extent it seeks confidential, proprietary or commercially sensitive
10 information, the disclosure of which would be inimical to the business interests of
11 MGA Mexico. Such information may also be subject to protective orders governing
12 other litigations thereby precluding disclosure in response to this request. MGA
13 Mexico further objects to the request to the extent it violates the privacy rights of
14 third parties to their private, confidential, proprietary or trade secret information.

15 MGA Mexico further objects to this request as cumulative, duplicative, and
16 unduly burdensome to the extent that it seeks documents previously requested by
17 Mattel and/or produced in response to Mattel's document requests.

18 REQUEST FOR PRODUCTION NO. 146:

19 All COMMUNICATIONS between any FORMER MATTEL EMPLOYEE
20 and YOUR customers, distributors, advertisers, advertising agencies, marketing
21 consultants, or public relations firms before January 1, 2006.

22 RESPONSE TO REQUEST FOR PRODUCTION NO. 146:

23 MGA Mexico incorporates by reference its General Response and General
24 Objections above, as though fully set forth herein and specifically incorporates
25 General Objection No. 15 (regarding Definitions), including without limitation MGA
26 Mexico's objection to the definition of the term FORMER MATTEL EMPLOYEE.
27 MGA Mexico further objects to the request to the extent it seeks the production of
28 documents that are protected from disclosure under any applicable privilege, doctrine

EXHIBIT

-218-                                     PAGE    486

1 │ or immunity, including without limitation the attorney-client privilege, the work
2 │ product doctrine, the right of privacy, and all other privileges recognized under the
3 │ constitutional, statutory or decisional law of the United States of America, the State
4 │ of California or any other applicable jurisdiction, including, but not limited to, such
5 │ laws existing in the United Mexican States. MGA Mexico further objects to this
6 │ request on the grounds that it is overly broad and unduly burdensome in that it seeks
7 │ documents not relevant to the claims or defenses in this action and not reasonably
8 │ calculated to lead to the discovery of admissible evidence. Mattel has not
9 │ demonstrated how *all* COMMUNICATIONS between any FORMER MATTEL
10 │ EMPLOYEE and YOUR customers, distributors, advertisers, advertising agencies,
11 │ marketing consultants, or public relations firms before January 1, 2006 could be
12 │ relevant to the claims and defenses in this action. The request is not limited to the
13 │ subject matter of this action and is thus impermissibly overbroad. See Aug. 13 Order
14 │ at 9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this request as
15 │ being overly broad and unduly burdensome on the grounds that it is not sufficiently
16 │ limited in time or geographic scope. MGA Mexico further objects to this request on
17 │ the grounds that the term FORMER MATTEL EMPLOYEE renders the request
18 │ vague, ambiguous, overly broad and unduly burdensome. MGA Mexico further
19 │ objects to the request to the extent that it seeks documents that by reason of public
20 │ filing, public distribution or otherwise are already in Mattel's possession or are
21 │ readily accessible to Mattel. MGA Mexico further objects to the request to the
22 │ extent that it seeks documents not in MGA Mexico's possession, custody or control.
23 │ MGA Mexico further objects to the request to the extent it seeks confidential,
24 │ proprietary or commercially sensitive information, the disclosure of which would be
25 │ inimical to the business interests of MGA Mexico. Such information may also be
26 │ subject to protective orders governing other litigations thereby precluding disclosure
27 │ in response to this request. MGA Mexico further objects to the request to the extent
28 │

EXHIBIT __14__

PAGE __487__

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A                                              MSW - Draft December 19, 2007 - 1:25 PM

1  it violates the privacy rights of third parties to their private, confidential, proprietary
2  or trade secret information.

3      MGA Mexico further objects to this request as cumulative, duplicative, and
4  unduly burdensome to the extent that it seeks documents previously requested by
5  Mattel and/or produced in response to Mattel's document requests.

6  REQUEST FOR PRODUCTION NO. 147:

7      All DOCUMENTS that REFER OR RELATE TO COMMUNICATIONS
8  between any FORMER MATTEL EMPLOYEE and YOUR customers, distributors,
9  advertisers, advertising agencies, marketing consultants, or public relations firms
10  before January 1, 2006.

11  RESPONSE TO REQUEST FOR PRODUCTION NO. 147:

12      MGA Mexico incorporates by reference its General Response and General
13  Objections above, as though fully set forth herein and specifically incorporates
14  General Objection No. 15 (regarding Definitions), including without limitation MGA
15  Mexico's objection to the definition of the terms REFER OR RELATE TO and
16  FORMER MATTEL EMPLOYEE. MGA Mexico further objects to the request to
17  the extent it seeks the production of documents that are protected from disclosure
18  under any applicable privilege, doctrine or immunity, including without limitation
19  the attorney-client privilege, the work product doctrine, the right of privacy, and all
20  other privileges recognized under the constitutional, statutory or decisional law of
21  the United States of America, the State of California or any other applicable
22  jurisdiction, including, but not limited to, such laws existing in the United Mexican
23  States. MGA Mexico further objects to this request on the grounds that it is overly
24  broad and unduly burdensome in that it seeks documents not relevant to the claims or
25  defenses in this action and not reasonably calculated to lead to the discovery of
26  admissible evidence. Mattel has not demonstrated how *all* DOCUMENTS that
27  REFER OR RELATE TO COMMUNICATIONS between any FORMER MATTEL
28  EMPLOYEE and YOUR customers, distributors, advertisers, advertising agencies,

EXHIBIT _14_

-220-

PAGE 488

1 marketing consultants, or public relations firms before January 1, 2006 could be
2 relevant to the claims and defenses in this action. The request is not limited to the
3 subject matter of this action and is thus impermissibly overbroad. See Aug. 13 Order
4 at 9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this request as
5 being overly broad and unduly burdensome on the grounds that it is not sufficiently
6 limited in time or geographic scope. MGA Mexico further objects to this request on
7 the grounds that the terms REFER OR RELATE TO and FORMER MATTEL
8 EMPLOYEE render the request vague, ambiguous, overly broad and unduly
9 burdensome. MGA Mexico further objects to the request to the extent that it seeks
10 documents that by reason of public filing, public distribution or otherwise are already
11 in Mattel's possession or are readily accessible to Mattel. MGA Mexico further
12 objects to the request to the extent that it seeks documents not in MGA Mexico's
13 possession, custody or control. MGA Mexico further objects to the request to the
14 extent it seeks confidential, proprietary or commercially sensitive information, the
15 disclosure of which would be inimical to the business interests of MGA Mexico.
16 Such information may also be subject to protective orders governing other litigations
17 thereby precluding disclosure in response to this request. MGA Mexico further
18 objects to the request to the extent it violates the privacy rights of third parties to
19 their private, confidential, proprietary or trade secret information.

20 MGA Mexico further objects to this request as cumulative, duplicative, and
21 unduly burdensome to the extent that it seeks documents previously requested by
22 Mattel and/or produced in response to Mattel's document requests.

23 REQUEST FOR PRODUCTION NO. 148:

24 All COMMUNICATIONS between YOU and YOUR customers, distributors,
25 advertisers, advertising agencies, marketing consultants, or public relations firms that
26 REFER OR RELATE TO MATTEL.

27

28

EXHIBIT _14_
PAGE _489_

-221-

1  RESPONSE TO REQUEST FOR PRODUCTION NO. 148:

2      MGA Mexico incorporates by reference its General Response and General
3  Objections above, as though fully set forth herein and specifically incorporates
4  General Objection No. 15 (regarding Definitions), including without limitation MGA
5  Mexico's objection to the definition of the term REFER OR RELATE TO and
6  MATTEL. MGA Mexico further objects to the request to the extent it seeks the
7  production of documents that are protected from disclosure under any applicable
8  privilege, doctrine or immunity, including without limitation the attorney-client
9  privilege, the work product doctrine, the right of privacy, and all other privileges
10 recognized under the constitutional, statutory or decisional law of the United States
11 of America, the State of California or any other applicable jurisdiction, including, but
12 not limited to, such laws existing in the United Mexican States. MGA Mexico
13 further objects to this request on the grounds that it is overly broad and unduly
14 burdensome in that it seeks documents not relevant to the claims or defenses in this
15 action and not reasonably calculated to lead to the discovery of admissible evidence.
16 Mattel has not demonstrated how *all* COMMUNICATIONS between YOU and
17 YOUR customers, distributors, advertisers, advertising agencies, marketing
18 consultants, or public relations firms that REFER OR RELATE TO MATTEL could
19 be relevant to the claims and defenses in this action. The request is not limited to the
20 subject matter of this action and is thus impermissibly overbroad. See Aug. 13 Order
21 at 9:17-20; May 22 Order at 21:5-7. MGA Mexico further objects to this request as
22 being overly broad and unduly burdensome on the grounds that it is not limited in
23 time or geographic scope. MGA Mexico further objects to this request on the
24 grounds that the term REFER OR RELATE TO MATTEL renders the request vague,
25 ambiguous, overly broad and unduly burdensome. MGA Mexico further objects to
26 the request to the extent that it seeks documents that by reason of public filing,
27 public distribution or otherwise are already in Mattel's possession or are readily
28 accessible to Mattel. MGA Mexico further objects to the request to the extent that it

-222-

EXHIBIT ___14___

PAGE __490__

MGAE de MEXICO S.R.I. de C.V.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S
FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS NO. - CV 04-9049 SGL (RNBx)
256415.05-Palo Alto Server 1A    MSW - Draft December 19, 2007 - 1:25 PM

1   seeks documents not in MGA Mexico's possession, custody or control. MGA

2   Mexico further objects to the request to the extent it seeks confidential, proprietary

3   or commercially sensitive information, the disclosure of which would be inimical to

4   the business interests of MGA Mexico. Such information may also be subject to

5   protective orders governing other litigations thereby precluding disclosure in

6   response to this request. MGA Mexico further objects to the request to the extent it

7   violates the privacy rights of third parties to their private, confidential, proprietary or

8   trade secret information.

9        MGA Mexico further objects to this request as cumulative, duplicative, and

10  unduly burdensome to the extent that it seeks documents previously requested by

11  Mattel and/or produced in response to Mattel's document requests.

12

13  DATED: December 21, 2007          SKADDEN, ARPS, SLATE, MEAGHER &
                                      FLOM, LLP
14

15

16                                   By: _____
                                            THOMAS J. NOLAN
17
                                       Attorneys for Counter-Defendants,
18                                     MGA ENTERTAINMENT, INC.,
                                       ISAAC LARIAN, MGA ENTERTAINMENT
19                                     (HK) LIMITED, AND MGAE de MEXICO
                                       S.R.L. de C.V.
20

21

22

23

24

25

26

27

28                                              EXHIBIT __14__
                                                PAGE ___491___
                              -223-

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 300 South Grand Avenue, 34th Floor, Los Angeles, CA 90071.

On **December 21, 2007**, I served the foregoing document described as:

**MGAE DE Mexico S.R.L DE C.V.'s OBJECTIONS AND RESPONSES TO MATTEL INC.'S FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS**

on the interested parties in this action addressed as follows:

**SEE ATTACHED SERVICE LIST**

[X]   **(BY PERSONAL SERVICE)** ☐   By personally delivering copies to the person served. (FEDERAL) (As Noted.)

[X]   I caused such documents to be hand delivered to the office of the addressee. (FEDERAL) (As Noted.)

[X]   **(BY FEDERAL EXPRESS)** I am readily familiar with the firm's practice for the collection and processing of correspondence for mailing with Federal Express and the fact that the correspondence would be deposited with Federal Express that same day in the ordinary course of business; on this date, the above-referenced correspondence was placed for deposit at Los Angeles, California and placed for collection and mailing following ordinary business practices. (As Noted.)

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

Executed on **December 21, 2007** at Los Angeles, California.

_____Cecilia Reyes_____                    _____
PRINT NAME                                          SIGNATURE

EXHIBIT __14__
PAGE __492__

1

## SERVICE LIST

John B. Quinn, Esq.
Michael T. Zeller, Esq.
Jon D. Corey, Esq.
Timothy L. Alger, Esq.
Quinn Emanuel Urquhart Oliver &
Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
(213) 443-3000
(213) 443-3100 (Fax)

Attorneys for Mattel, Inc.
[Personal Service]

John W. Keker, Esq.
Michael H. Page, Esq.
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA 94111
(415) 391-5400
(415) 397-7188 (Fax)

Attorneys for Carter Bryant
[Federal Express]

Mark E. Overland, Esq.
Alexander H. Cote, Esq.
David C. Scheper, Esq.
Overland Borenstein Scheper & Kim
300 South Grand Avenue, Suite 2750
Los Angeles, CA 90071
(213) 613-4655
(213) 613-4656 (Fax)

Attorneys for Carlos Gustavo Machado
Gomez
[Federal Express]

EXHIBIT 14
PAGE 493

2

PROOF OF SERVICE

NO. CV 04-9049 SGL (RNBx)