QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC. et al.<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>[To Be Heard By Discovery Master Robert O'Brien]<br><br>**DECLARATION OF JAN HODGES IN OPPOSITION TO MGA PARTIES' MOTION TO COMPEL FURTHER RESPONSES TO MGA'S REQUESTS FOR PRODUCTION OF DOCUMENTS (9049, [SECOND] SET SEVEN)** |

**PUBLIC REDACTED VERSION**

Hearing Date: TBA
Time: TBA
Place: Arent Fox LLP
555 West Fifth St.
48th Floor
Los Angeles, CA 90013
**Phase 2**
Disc. Cut-off: Dec. 11, 2009
Pre-trial Conf.: Mar. 1, 2010
Trial Date: Mar. 23, 2010

07209/3146997.3

DECLARATION IN OPPOSITION TO MOTION TO COMPEL

1  I, JAN HODGES, declare as follows:

2  1.  I am Senior Manager of Corporate Records at Mattel, Inc. I became Manager of Corporate Records in May 1996, and was promoted to Senior Manager in 2007. I am personally familiar with Mattel's policies and practices with respect to off-site storage of records. I make this declaration of personal, firsthand knowledge or based upon the books, records and other information of Mattel and, if called and sworn as a witness, I could and would testify competently thereto.

2. ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████.

3. ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████. However, information sought by MGA go far beyond what is available from the database. For example, MGA has requested:

> Each log, record, index, file or other DOCUMENT identifying or listing MATTEL DOCUMENTS or tangible things that have been sent to or retrieved from the OFFSITE STORAGE FACILITIES since 1995, including when the DOCUMENTS were sent and/or retrieved.

1      4.

7  p    Based on my knowledge of the system, I estimate that it would take several thousands of hours to undertake such a task.

9      5.

Mumbai, India. It would take thousands of hours to examine each of the boxes archived in these locations to determine their contents and submission dates, and there is no method to my knowledge to determine their retrieval activity.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 12, 2009, at El Segundo, California.

_____
Jan Hodges