Name & Address:
Warrington S. Parker III (State Bar No. 148003)
Orrick, Herrington & Sutcliffe LLP
405 Howard Street
San Francisco, California 94105
(415) 773-5700
(415) 773-5759 (Facsimile)

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT<br><br>PLAINTIFF(S)<br>v.<br><br>MATTEL, INC., a Delaware Corporation<br><br>DEFENDANT(S). | CASE NUMBER:<br>CV 04-9049-DOC (RNBx)<br><br>NOTICE OF MANUAL FILING |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**
Notices of Errata re Declarations of (1) Larry Falcon, (2) Ninette Pembleton and (3) Jason D. Russell in Suport of Motions to Vacate Recall Provisons of Injuction, or, in the Alternative to Clarify and/or Modify Such Recall Provisions; Motion to Clarify and/or Limit Monitor's Authority as an Adjudicative Officer of the Court.

**Document Description:**

☐ Administrative Record
☐ Exhibits
☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]
☒ Other See documents listed above.

**Reason:**

☒ Under Seal
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☐ Per Court order dated _____
☐ Manual Filing required (*reason*):

October 21, 2009
Date

/s/ Warrington S. Parker, III
Attorney Name
MGA Parties
Party Represented

Note: File one Notice in each case, each time you manually file document(s).

G-92 (03/09)          NOTICE OF MANUAL FILING         American LegalNet, Inc.
www.FormsWorkflow.com