**QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP**
John B. Quinn (Bar No. 090378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL (1) MATTEL'S OPPOSITION TO MGAE DE MEXICO'S AND MGA ENTERTAINMENT (HK) LTD.'S MOTION TO COMPEL RESPONSES TO INTERROGATORIES, (2) THE DECLARATION OF MARSHALL M. SEARCY AND EXHIBITS IN SUPPORT THEREOF, AND (3) RESPONSE TO MGA'S STATEMENT IN SUPPORT OF MGAE DE MEXICO'S AND MGA ENTERTAINMENT (HK) LTD.'S MOTION TO COMPEL RESPONSES TO INTERROGATORIES<br><br>[[Proposed] Order Filed Concurrently Herewith]<br><br>Date: TBA<br>Time: TBA<br>Place: TBA |

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
OCT - 6 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

ORIGINAL
LODGED

07975/3131814.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal (1) Mattel's Opposition to MGAE de Mexico's and MGA Entertainment (HK) Ltd.'s Motion to Compel Responses to Interrogatories (the "Opposition"), (2) the Declaration of Marshall M. Searcy and Exhibits in support thereof (the "Declaration and Exhibits"), and (3) Mattel's Response to MGA's Statement in Support of MGAE de Mexico's and MGA Entertainment (HK) Ltd.'s Motion to Compel Responses to Interrogatories (the "Response").

The Opposition, Declaration and Exhibits, and Response reference materials that the MGA Parties and/or Mattel have designated "Confidential" or "Confidential -- Attorney's Eyes Only" pursuant to the Protective Order. Accordingly, Mattel requests that the Court order that the Opposition, Declaration and Exhibits, and Response be filed under seal.

DATED: October 1, 2009

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By _____
Marshall M. Searcy III
Attorneys for Mattel, Inc.