ORIGINAL

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
OCT - 6 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>[~~PROPOSED~~] ORDER GRANTING MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL (1) MATTEL'S OPPOSITION TO MGAE DE MEXICO'S AND MGA ENTERTAINMENT (HK) LTD.'S MOTION TO COMPEL RESPONSES TO INTERROGATORIES, (2) DECLARATION OF MARSHALL M. SEARCY AND EXHIBITS IN SUPPORT THEREOF, AND (3) RESPONSE TO MGA'S STATEMENT IN SUPPORT OF MGAE DE MEXICO'S AND MGA ENTERTAINMENT (HK) LTD.'S MOTION TO COMPEL RESPONSES TO INTERROGATORIES |

LODGED 2009 OCT -2 PM 2:44

07975/3131815.1

[PROPOSED] ORDER

# [PROPOSED] ORDER

Based on the concurrently filed Application to File Under Seal (1) Mattel's Opposition to MGAE de Mexico's and MGA Entertainment (HK) Ltd.'s Motion to Compel Responses to Interrogatories (the "Opposition"), (2) the Declaration of Marshall M. Searcy and Exhibits in support thereof (the "Declaration and Exhibits"), and (3) Mattel's Response to MGA's Statement in Support of MGAE de Mexico's and MGA Entertainment (HK) Ltd.'s Motion to Compel Responses to Interrogatories (the "Response"),

IT IS HEREBY ORDERED:

The Opposition, Declaration and Exhibits, and Response are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: OCTOBER 6, 2009

_____
Hon. David O. Carter
United States District Judge