QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL (1) MATTEL, INC.'S MOTION TO ENFORCE, TO COMPEL AND FOR SANCTIONS RE: THE MGA DEFENDANTS' AFFIRMATIVE DEFENSES; AND (2) CERTAIN EXHIBITS TO THE DECLARATION OF JON COREY IN SUPPORT THEREOF<br><br>[[Proposed] Order Filed Concurrently Herewith]<br><br>Date: TBA<br>Time: TBA<br>Place: TBA |

00505.07975/3146192.1

MATTEL. INC.'S APPLICATION TO FILE UNDER SEAL

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2  entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully
3  requests that the Court order filed under seal (1) Mattel's Motion To Enforce, To
4  Compel And For Sanctions Re: The MGA Defendants' Affirmative Defenses
5  ("Motion"), and (2) Exhibits 5, 8, 24, 29, 32, 33, and 34 to the Declaration of Jon
6  Corey In Support Thereof ("Exhibits").
7  The Motion and Exhibits reference materials that the MGA Parties
8  and/or Mattel have designated "Confidential" or "Confidential -- Attorney's Eyes
9  Only" pursuant to the Protective Order. Accordingly, Mattel requests that the Court
10  order that the Opposition, Declaration and Exhibits, and Response be filed under
11  seal.

13  DATED: October 16, 2009     QUINN EMANUEL URQUHART OLIVER & HEDGES. LLP

15                              By /s/ Jon Corey
16                              Jon Corey
                                Attorneys for Mattel, Inc.