1 | THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
2 | JASON D. RUSSELL (Bar No. 169219)
(jrussell@skadden.com)
3 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
4 | Los Angeles, CA 90071-3144
Tel.: (213) 687-5000/Fax: (213) 687-5600
5 |
6 | Attorneys for Counter-Defendants,
MGA ENTERTAINMENT, INC., ISAAC LARIAN,
7 | and MGA ENTERTAINMENT (HK) LIMITED

8 | UNITED STATES DISTRICT COURT
9 | CENTRAL DISTRICT OF CALIFORNIA
10 | SOUTHERN DIVISION

11 | CARTER BRYANT, an individual,              ) CASE NO. CV 04-9049 DOC (RNBx)
12 |                         Plaintiff,         ) Consolidated with Case No. 04-9059
                                                ) and Case No. 05-2727
13 |         v.                                 )
                                                ) Honorable David O. Carter
14 | MATTEL, INC., a Delaware corporation,      )
15 |                         Defendant.         ) **APPLICATION TO FILE UNDER SEAL:**
16 | _____        )
17 | AND CONSOLIDATED ACTIONS.                  ) (1) REPLY IN SUPPORT OF MGA
                                                )     PARTIES' SUBMISSION TO THE
18 |                                            )     MONITOR REGARDING JULY 2009
                                                )     ACCOUNTING ISSUES;
19 |                                            
20 |                                            (2) DECLARATION OF STEPHEN
                                                    SCHULTZ IN SUPPORT OF THE MGA
21 |                                                 PARTIES' REPLY BRIEF TO THE
                                                    MONITOR REGARDING JULY 2009
22 |                                                 ACCOUNTING ISSUES;
23 |
                                                (3) DECLARATION OF D. PAUL
24 |                                                 REGAN IN SUPPORT OF THE MGA
                                                    PARTIES' REPLY BRIEF TO THE
25 |                                                 MONITOR REGARDING JULY 2009
                                                    ACCOUNTING ISSUES;
26 |
                                                (4) DECLARATION OF JENNIFER K.
27 |                                                 DEL CASTILLO IN SUPPORT OF MGA
                                                    PARTIES' REPLY BRIEF TO THE
28 |                                                 MONITOR REGARDING JULY 2009
                                                    ACCOUNTING ISSUES.

1  THOMAS J. NOLAN (Bar No. 66992)
   (tnolan@skadden.com)
2  JASON D. RUSSELL (Bar No. 169219)
   (jrussell@skadden.com)
3  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   300 South Grand Avenue, Suite 3400
4  Los Angeles, CA 90071-3144
   Tel.: (213) 687-5000/Fax: (213) 687-5600
5
6  Attorneys for Counter-Defendants,
   MGA ENTERTAINMENT, INC., ISAAC LARIAN,
7  and MGA ENTERTAINMENT (HK) LIMITED

8                UNITED STATES DISTRICT COURT
9                CENTRAL DISTRICT OF CALIFORNIA
10                     SOUTHERN DIVISION

11 | CARTER BRYANT, an individual, | CASE NO. CV 04-9049 DOC (RNBx)
12 |                Plaintiff,      | Consolidated with Case No. 04-9059 and Case No. 05-2727
13 |       v.                       | Honorable David O. Carter
14 | MATTEL, INC., a Delaware corporation, |
15 |                Defendant.      | **APPLICATION TO FILE UNDER SEAL:**
16 |                                | (1) REPLY IN SUPPORT OF MGA PARTIES' SUBMISSION TO THE MONITOR REGARDING JULY 2009 ACCOUNTING ISSUES;
17 | AND CONSOLIDATED ACTIONS.       |
18 |                                | (2) DECLARATION OF STEPHEN SCHULTZ IN SUPPORT OF THE MGA PARTIES' REPLY BRIEF TO THE MONITOR REGARDING JULY 2009 ACCOUNTING ISSUES;
19 
20 
21 
22                                  | (3) DECLARATION OF D. PAUL REGAN IN SUPPORT OF THE MGA PARTIES' REPLY BRIEF TO THE MONITOR REGARDING JULY 2009 ACCOUNTING ISSUES;
23 
24 
25                                  | (4) DECLARATION OF JENNIFER K. DEL CASTILLO IN SUPPORT OF MGA PARTIES' REPLY BRIEF TO THE MONITOR REGARDING JULY 2009 ACCOUNTING ISSUES.
26 
27 
28

| | |
|---|---|
| 1 | THOMAS J. NOLAN (Bar No. 66992) <br> (tnolan@skadden.com) |
| 2 | JASON D. RUSSELL (Bar No. 169219) <br> (jrussell@skadden.com) |
| 3 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP <br> 300 South Grand Avenue, Suite 3400 |
| 4 | Los Angeles, CA 90071-3144 <br> Tel.: (213) 687-5000/Fax: (213) 687-5600 |
| 5 | |
| 6 | Attorneys for Counter-Defendants, <br> MGA ENTERTAINMENT, INC., ISAAC LARIAN, |
| 7 | and MGA ENTERTAINMENT (HK) LIMITED |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, <br><br> Plaintiff, <br><br> v. <br><br> MATTEL, INC., a Delaware corporation, <br><br> Defendant. <br><br> AND CONSOLIDATED ACTIONS. | CASE NO. CV 04-9049 DOC (RNBx) <br><br> Consolidated with Case No. 04-9059 and Case No. 05-2727 <br><br> Honorable David O. Carter <br><br> **APPLICATION TO FILE UNDER SEAL:** <br><br> (1) REPLY IN SUPPORT OF MGA PARTIES' SUBMISSION TO THE MONITOR REGARDING JULY 2009 ACCOUNTING ISSUES; <br><br> (2) DECLARATION OF STEPHEN SCHULTZ IN SUPPORT OF THE MGA PARTIES' REPLY BRIEF TO THE MONITOR REGARDING JULY 2009 ACCOUNTING ISSUES; <br><br> (3) DECLARATION OF D. PAUL REGAN IN SUPPORT OF THE MGA PARTIES' REPLY BRIEF TO THE MONITOR REGARDING JULY 2009 ACCOUNTING ISSUES; <br><br> (4) DECLARATION OF JENNIFER K. DEL CASTILLO IN SUPPORT OF MGA PARTIES' REPLY BRIEF TO THE MONITOR REGARDING JULY 2009 ACCOUNTING ISSUES. |