1 │ THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
2 │ JASON D. RUSSELL (Bar No. 169219)
(jrussell@skadden.com)
3 │ SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
4 │ Los Angeles, CA  90071-3144
Tel.: (213) 687-5000/Fax: (213) 687-5600
5 │

6 │ Attorneys for Counter-Defendants,
MGA ENTERTAINMENT, INC., ISAAC LARIAN,
7 │ and MGA ENTERTAINMENT (HK) LIMITED

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

**OCT 1 3 2009**

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

8 │           UNITED STATES DISTRICT COURT

9 │          CENTRAL DISTRICT OF CALIFORNIA

10 │               SOUTHERN DIVISION

11 │ CARTER BRYANT, an individual,          )   CASE NO. CV 04-9049 DOC (RNBx)
                                           )
12 │                        Plaintiff,     )   Consolidated with Case No. 04-9059
                                           )   and Case No. 05-2727
13 │            v.                          )
                                           )   Honorable David O. Carter
14 │ MATTEL, INC., a Delaware corporation, )
                                           )   [~~PROPOSED~~] ORDER TO FILE
15 │                        Defendant.     )   UNDER SEAL:
                                           )
16 │                                       )   (1) REPLY IN SUPPORT OF MGA
                                           )   PARTIES' SUBMISSION TO THE
17 │ AND CONSOLIDATED ACTIONS.             )   MONITOR REGARDING JULY 2009
                                           )   ACCOUNTING ISSUES;
18 │
                                               (2) DECLARATION OF STEPHEN
19 │                                           SCHULTZ IN SUPPORT OF THE MGA
                                               PARTIES' REPLY BRIEF TO THE
20 │                                           MONITOR REGARDING JULY 2009
                                               ACCOUNTING ISSUES;
21 │
                                               (3) DECLARATION OF D. PAUL
22 │                                           REGAN IN SUPPORT OF THE MGA
                                               PARTIES' REPLY BRIEF TO THE
23 │                                           MONITOR REGARDING JULY 2009
                                               ACCOUNTING ISSUES;
24 │
                                               (4) DECLARATION OF JENNIFER K.
25 │                                           DEL CASTILLO IN SUPPORT OF MGA
                                               PARTIES' REPLY BRIEF TO THE
26 │                                           MONITOR REGARDING JULY 2009
                                               ACCOUNTING ISSUES.
27 │

28 │

[Proposed] Order To File Under Seal
Case No. CV 04-9049 DOC (RNBx)

## ORDER

Based on the concurrently filed Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that the following documents be filed under seal pursuant to Local Rule 79-5.1:

1.  Reply In Support Of The MGA Parties' Submission To The Monitor Regarding July 2009 Accounting Issues;

2.  Declaration Of Stephen Schultz In Support Of The MGA Parties' Reply Brief To The Monitor Regarding July 2009 Accounting Issues;

3.  Declaration Of D. Paul Regan In Support Of The MGA Parties' Reply Brief To The Monitor Regarding July 2009 Accounting Issues;

4.  Declaration Of Jennifer K. del Castillo In Support Of The MGA Parties' Reply Brief To The Monitor Regarding July 2009 Accounting Issues.

DATED: *OCTOBER 13, 2009*

_____
Hon. David O. Carter
United States District Court Judge

[Proposed] Order To File Under Seal
Case No. CV 04-9049 DOC (RNBx)