```
 1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
      John B. Quinn (Bar No. 090378)
 2    johnquinn@quinnemanuel.com
      Michael T. Zeller (Bar No. 196417)
 3    michaelzeller@quinnemanuel.com
      Jon D. Corey (Bar No. 185066)
 4    joncorey@quinnemanuel.com
    865 South Figueroa Street, 10th Floor
 5  Los Angeles, California 90017-2543
    Telephone: (213) 443-3000
 6  Facsimile: (213) 443-3100

 7  Attorneys for Mattel, Inc.
```

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
OCT 15 2009
CENTRAL DISTRICT OF CALIFORNIA
BY: [signature] DEPUTY

LODGED — ORIGINAL

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>[PROPOSED] **ORDER GRANTING APPLICATION TO FILE UNDER SEAL:**<br><br>**(1) MATTEL INC.'S NOTICE OF MOTION AND MOTION TO COMPEL** *IN CAMERA* **REVIEW OF IMPROPERLY WITHHELD NON-LEGAL LARIAN COMMUNICATIONS;**<br><br>**(2) APPENDIX A OF MGA PRIVILEGE LOG ENTRIES; AND**<br><br>**(3) EXHIBITS 1-9, 12, 13, 18, 19, 21, 22 AND 28 TO THE DECLARATION OF ZACHARY D. KRUG IN SUPPORT OF MATTEL'S MOTION TO COMPEL** *IN CAMERA* **REVIEW OF IMPROPERLY WITHHELD NON-LEGAL LARIAN COMMUNICATIONS**<br><br>**Phase 2**<br>Discovery Cut-off: June 1, 2010<br>Pre-trial Conference: TBD<br>Trial Date: TBD |

07975/3151299.2

[PROPOSED] ORDER

## [PROPOSED] ORDER

Based on the concurrently filed Application to File Under Seal Mattel, Inc.'s Notice of Motion and Motion to Compel *In Camera* Review of Improperly Withheld Non-Legal Larian Communications; (2) Appendix A of MGA Privilege Log Entries; and (3) Exhibits 1-9, 12, 13, 18, 19, 21, 22 and 28 to the supporting Declaration of Zachary D. Krug, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that:

Mattel, Inc.'s Notice of Motion and Motion to Compel *In Camera* Review of Improperly Withheld Non-Legal Larian Communications, Appendix A of MGA Privilege Log Entries and Exhibits 1-9, 12, 13, 18, 19, 21, 22 and 28 to the supporting Declaration of Zachary D. Krug are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: OCTOBER 15, 2009

_____
Hon. David O. Carter
United States District Judge