```
 1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
      John B. Quinn (Bar No. 090378)
 2    (johnquinn@quinnemanuel.com)
      Michael T. Zeller (Bar No. 196417)
 3    (michaelzeller@quinnemanuel.com)
      Jon D. Corey (Bar No. 185066)
 4    (joncorey@quinnemanuel.com)
    865 South Figueroa Street, 10th Floor
 5  Los Angeles, California 90017-2543
    Telephone: (213) 443-3000
 6  Facsimile: (213) 443-3100

 7  Attorneys for Mattel, Inc.
```

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
OCT 2 0 2009
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>[PROPOSED] ORDER GRANTING MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL (1) MATTEL, INC.'S MOTION TO ENFORCE, TO COMPEL AND FOR SANCTIONS RE: THE MGA DEFENDANTS' AFFIRMATIVE DEFENSES; AND (2) CERTAIN EXHIBITS TO THE DECLARATION OF JON COREY IN SUPPORT THEREOF |
|---|---|

## [PROPOSED] ORDER

Based on the concurrently filed Application to File Under Seal, Mattel's Motion To Enforce, To Compel And For Sanctions Re: The MGA Defendants' Affirmative Defenses, and Exhibits 5, 8, 24, 29, 32, 33, and 34 to the Declaration of Jon Corey In Support Thereof, and for good cause shown,

IT IS HEREBY ORDERED:

Mattel's Motion To Enforce, To Compel And For Sanctions Re: The MGA Defendants' Affirmative Defenses, and Exhibits 5, 8, 24, 29, 32, 33, and 34 to the Declaration of Jon Corey In Support Thereof are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: OCTOBER 20, 2009

Hon. David O. Carter
United States District Judge