**<u>Appendices A & B Have Been Filed Under Seal Pursuant To The Protective Order</u>**