QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS<br><br>**[PUBLIC REDACTED]** | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>[To Be Heard By Discovery Master Robert O'Brien Pursuant To Order Of January 6, 2009]<br><br>DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL PRODUCTION AND/OR *IN CAMERA* REVIEW OF DOCUMENTS IMPROPERLY WITHHELD ON OMNI 808'S PRIVILEGE LOG<br><br>Date: TBD<br>Time: TBD<br>Place: Arent Fox LLP<br><br>**Phase 2:**<br>Discovery Cut-off:   June 1, 2010<br>Pre-trial Conference: TBD<br>Trial Date:           TBD |

## DECLARATION OF B. DYLAN PROCTOR

I, B. Dylan Proctor, declare as follows:

1. I am a member of the bar of the State of California and a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of Omni 808's Amended Privilege Log, dated September 4, 2009.

3. Attached hereto as Exhibit 2 is a true and correct copy of Mattel's Motion to Compel Production of Documents For Which Any Claims of Privilege Have Been Waived, dated June 29, 2009.

4. Attached hereto as Exhibit 3 is a true and correct copy of Omni 808's Original Privilege Log, dated June 29, 2009.

5. Attached hereto as Exhibit 4 is a true and correct copy of Discovery Matter Order No. 51, dated August 26, 2009.

6. Attached hereto as Exhibit 5 is a true and correct copy of relevant transcript excerpts from the August 13, 2009 Hearing.

7. Attached hereto as Exhibit 6 is a true and correct copy of a letter I sent to Peter Villar, Omni's counsel, dated August 14, 2009.

8. Attached hereto as Exhibit 7 is a true and correct copy of a letter I received from Peter Villar, dated August 18, 2009.

9. Attached hereto as Exhibit 8 is a true and correct copy of a letter I sent to Peter Villar, dated August 19, 2009.

10. Attached hereto as Exhibit 9 is a true and correct copy of a letter I received from Peter Villar, dated September 1, 2009.

11. Attached hereto as Exhibit 10 is a true and correct copy of a printout of Omninet's website.

12. Attached hereto as Exhibit 11 is a true and correct copy of a printout from the California Bar website indicating Mr. Tanna's attorney status.

13. Attached hereto as Exhibit 12 is a true and correct copy of an Omninet press release, dated September 23, 2008.

14. Attached hereto as Exhibit 13 is a true and correct copy of an Omninet press release, dated April 9, 2008.

15. Attached hereto as Exhibit 14 is a true and correct copy of a letter I sent to Peter Villar, dated September 3, 2009.

16. Attached hereto as Exhibit 15 is a true and correct copy of an email communication produced by Omni, bates-stamped OMNI 0002109-110.

17. Attached hereto as Exhibit 16 is a true and correct copy of an email communication produced by Omni, bates-stamped OMNI 0004505-506.

18. Attached hereto as Exhibit 17 is a true and correct copy of an email communication produced by Omni, bates-stamped OMNI 0004894.

19. Attached hereto as Exhibit 18 is a true and correct copy of a printout from the California Department of Real Estate website showing Kevin Tanna as a licensed real estate broker.

20. Attached hereto as Exhibit 19 is a true and correct copy of the Multiple Listing Service listing for Kevin P. Tanna Realty.

21. Attached hereto as Exhibit 20 is a true and correct copy of the directory listing for Tanna Tile & Construction.

22. Attached hereto as Exhibit 21 is a true and correct copy of Omni's Request to Strike Summary and Responsive Report of Ronald L. Durkin, dated June 8, 2009.

23. Attached hereto as Exhibit 22 is a true and correct copy of relevant transcript excerpts from the February 11, 2009 Hearing.

24. Attached hereto as Exhibit 23 is a true and correct copy of relevant transcript excerpts from the May 18, 2009 Hearing.

25. Attached hereto as Exhibit 24 is a true and correct copy of Omni's *Ex Parte* Application for Leave to Intervene for Limited Purpose as a Matter of Right or, in the Alternative, for Permissive Intervention, dated February 3, 2009.

26. Attached hereto as Exhibit 25 is a true and correct copy of Omni's Statement of Position re Order to Show Cause re Appointment of Permanent Receiver, dated May 14, 2009.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 23, 2009, at Los Angeles, California.

_____
B. Dylan Proctor