Name & Address:
William A. Molinski (State Bar No. 145186)
Orrick, Herrington & Sutcliffe LLP
777 South Figueroa Street, Suite 3200
Los Angeles, California 90017
(213) 629-2020
(213) 612-2499 (Facsimile)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT<br><br>PLAINTIFF(S)<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation<br><br>DEFENDANT(S). | CASE NUMBER:<br>CV 04-9049-DOC (RNBx)<br><br>**NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**

APPLICATION TO FILE UNDER SEAL; (PROPOSED) ORDER RE FILE UNDER SEAL; MGA'S OPPOSITION TO MATTEL, INC.'S MOTION TO ENFORCE, TO COMPEL AND FOR SANCTIONS RE: THE MGA DEFENDANTS' AFFIRMATIVE DEFENSES; and EXHIBITS C, E-G, I, AND P-T TO DECLARATION OF WILLIAM A. MOLINSKI IN SUPPORT OF MGA'S OPPOSITION

**Document Description:**

☐ Administrative Record
☒ Exhibits
☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]
☒ Other MGA'S OPPOSITION TO MATTEL, INC.'S MOTION TO ENFORCE, TO COMPEL AND FOR SANCTIONS RE: THE MGA DEFENDANTS' AFFIRMATIVE DEFENSES

**Reason:**

☒ Under Seal
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☒ Per Court order dated January 4, 2005
☐ Manual Filing required (*reason*):

| | |
|---|---|
| October 27, 2009<br>Date | /s/ William A. Molinski<br>Attorney Name<br>MGA Parties<br>Party Represented |

Note:   File one Notice in each case, each time you manually file document(s).

G-92 (03/09)   **NOTICE OF MANUAL FILING**   American LegalNet, Inc.<br>www.Forms*Workflow*.com