UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
CIVIL MINUTES - GENERAL

Case No.    CV 04-09049-SGL(RNBx)                                     Date: October 23, 2009
            EDCV 08-00457 SGL (RNBx)
Title:      CARTER BRYANT -v- MATTEL, INC.
            MGA ENTERTAINMENT INC. -v- THE HARTFORD INSURANCE GROUP,
              et al.
================================================================
PRESENT:   HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

| Cindy Sasse | Theresa Lanza |
| Courtroom Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

John Quinn                                 Marta Arriandiaga
Michael Zeller                             Erik Pritchard
                                           Paul Gale
                                           James Wagoner
                                           Jennifer Kokes
                                           Peter N. Villar
                                           Michael J. Bidart
                                           Annette Hurst
                                           Kim karelis
                                           Thomas Nolan

PROCEEDINGS:   SETTLEMENT CONFERENCE

   Court conducts settlement conference.  Cases did not settle.

MINUTES FORM 90                                                Initials of Deputy Clerk: cls
CIVIL -- GEN                    Page 1                         Time: 07/25