# Exhibit E



ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 MARSH ROAD
MENLO PARK, CA 94025

tel 650-614-7400
fax 650-614-7401

WWW.ORRICK.COM

August 25, 2009

Diana M. Rutowski
(650) 614-7685
drutowski@orrick.com

VIA E-MAIL AND U.S. MAIL

James J. Webster
Quinn Emanuel Urquhart Oliver & Hedges LLP
865 South Figueroa St., 10th Floor
Los Angeles, CA 90017

Re:   *Carter Bryant v. Mattel, Inc.*, and consolidated cases

Dear Mr. Webster:

During our meet and confer telephone call on August 19, 2009, we asked that you confirm compliance with prior court orders on motions to compel production in response to document requests served in Phase 1 seeking information discoverable in Phase 2. As you were unable provide confirmation during our call, you agreed to do so if we provided a list of the document requests at issue. Accordingly, we identify the following orders and document requests:

5/22/07 (RFPs served in 04-9049)

Granted as to: 32 (as modified), 33 (as modified), 37, 39, 47 (as modified), 59-60, 61 (as modified), 62-67, 102

9/12/07 (RFPs served in 04-9059)

Granted as to: 44-46 (as narrowed), 172-174, 180, 188, 190, 224-249, 258-261, 264-267 (as narrowed), 269-270, 281-282 (as narrowed), 284-285 (as narrowed), 296



# ORRICK

We look forward to your prompt confirmation, in no more than five court days, that Mattel has complied fully with these orders and that no documents are being withheld in response to the requests (as modified by the court, if applicable) that are the subject to these orders, except on the grounds of attorney client privilege or work product.

Very truly yours,

/s/ Diana M. Rutowski

Diana M. Rutowski

DMR/ek

OHS West:260715490.1