# Exhibit F

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California  90017-2543 | TEL: (213) 443-3000 FAX: (213) 443-3100

WRITER'S DIRECT DIAL NO.
**(213) 443-3132**

WRITER'S INTERNET ADDRESS
**jameswebster@quinnemanuel.com**

August 27, 2009

VIA E-MAIL AND U.S. MAIL

Diana M. Rutowski, Esq.
Orrick Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025

Re:     Mattel, Inc. v. MGA Entertainment, Inc., et. al.

Dear Ms. Rutowski:

I am writing in response to your letter of August 25, 2009.  Your letter states that the Document Requests identified are Phase 1 Requests that seek "information discoverable in Phase 2."  As Mattel has repeatedly requested, please provide us with the basis for MGA's contention that such Phase 1 Requests are relevant to claims in Phase 2.

In addition, I suggest that you consult Mattel's Third Supplemental Responses to MGA's First Set of Requests for Production, and revise your list accordingly.  In these Responses, served after the September 12, 2007 Order, Mattel confirms that it has produced all relevant documents for well over half of the Requests you now seek to put at issue.  At a minimum, MGA should be expected to review Mattel's discovery responses before initiating meet and confers, to avoid demanding information that Mattel has already provided.

Best regards,

/s/ James J. Webster

James J. Webster
JJW

00505.07975/3074994.1

**quinn emanuel urquhart oliver & hedges, llp**

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York  10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California  94111 | TEL (415) 875-6600 FAX (415) 875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California  94065-2139 | TEL (650) 801-5000 FAX (650) 801-5100
CHICAGO | 250 South Wacker Drive, Suite 230, Chicago, Illinois  60606-6301 | TEL (312) 463-2961 FAX (312) 463-2962
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom | TEL +44(0) 20 7653 2000 FAX +44(0) 20 7653 2100
TOKYO | Akasaka Twin Tower Main Bldg., 6th Fl., 17-22 Akasaka 2-Chome, Minato-ku, Tokyo 107-0052, Japan | TEL +81 3 5561-1711 FAX +81 3 5561-1712