1  MELINDA HAAG (State Bar No. 132612)
   mhaag@orrick.com
2  ANNETTE L. HURST (State Bar No. 148738)
   ahurst@orrick.com
3  WARRINGTON S. PARKER III (State Bar No. 148003)
   wparker@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
5  405 Howard Street
   San Francisco, CA 94105
6  Telephone:  415-773-5700
   Facsimile:   415-773-5759
7
   WILLIAM A. MOLINSKI (State Bar No. 145186)
8  wmolinski@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
9  777 South Figueroa Street, Suite 3200
   Los Angeles, CA  90017
10 Telephone:  213-629-2020
   Facsimile:   213-612-2499
11
   Attorneys for MGA Parties
12
13              UNITED STATES DISTRICT COURT
14              CENTRAL DISTRICT OF CALIFORNIA
15                   SOUTHERN DIVISION

16  CARTER BRYANT, an individual     Case No.  CV 04-9049-DOC (RNBx)

17              Plaintiff,           Consolidated with: Case No. CV 04-9059
                                     and Case No. CV 05-2727
18  v.
                                     **DISCOVERY MATTER**
19  MATTEL, INC., a Delaware         [To Be Heard by Discovery Master O'Brien
    corporation,                     Pursuant to Order of January 6, 2009]
20              Defendant.           **MGA ENTERTAINMENT, INC.'S
21                                   SEPARATE STATEMENT IN
                                     SUPPORT OF MOTION TO CONFIRM
22  AND CONSOLIDATED ACTIONS         OR COMPEL COMPLIANCE WITH
                                     THE DISCOVERY MASTER'S MAY
23                                   22, 2007 ORDER COMPELLING
                                     PRODUCTION OF DOCUMENTS AND
24                                   FOR SANCTIONS**

25                                   Date:       TBD
                                     Time:       TBD
26                                   Courtroom:  TBD

27                                   **Phase 2**
                                     Discovery Cutoff:     June 10, 2010
28                                   Pretrial Conference:  TBD
                                     Trial Date:           TBD

OHS West:260750467.1                         SEPARATE STATEMENT ISO MOTION TO CONFIRM OR
                                             COMPEL COMPLIANCE WITH  MAY 22, 2007 ORDER
                                             CV-04-9049 DOC (RNBx)

1        Plaintiff and Counter-defendant MGA Parties ("MGA") submits this

2   Separate Statement of items in dispute in support of its Motion to Confirm or

3   Compel Compliance With the Discovery Master's May 22, 2007 Order Compelling

4   Production of Documents, Nos. 32, 33, 37, 39, 47, 59-67 and 102 in *Bryant  v.*

5   *Mattel, Inc.*, Case No. CV 04-9049 SGL (RNBx) (the "Requests at Issue").

6   **REQUEST FOR PRODUCTION NO. 32 (As Modified by May 22 Order):**

7        All COMMUNICATIONS between YOU and YOUR sales personnel

8   REFERRING OR RELATING TO any alteration, manipulation or change of

9   displays or retail spacing of MGA's PRODUCTS from June 2001 to the present.

10        **RESPONSE TO REQUEST NO. 32:**

11        Mattel is demanding that MGA "provide [Mattel] with the basis for MGA's

12   contention that [the Requests at Issue] are relevant to claims in Phase 2" before it

13   will consider complying with the Discovery Master's May 22, 2007 Order.

14        **FACTUAL AND LEGAL REASONS WHY FURTHER RESPONSE TO**

15   **SHOULD BE COMPELLED**

16        The prior discovery master held that this request seeks "documents relevant

17   to MGA's allegation that 'Mattel merchandisers have been caught tampering with

18   MGA's displays, replacing favorably located MGA merchandise with Mattel

19   merchandise instead.'"  Molinski Decl. Ex. C at 13:11-13 (quoting MGA

20   Complaint at ¶ 79).  This is an element of MGA's Unfair Competition claim, which

21   will be decided in Phase 2.

22   **REQUEST FOR PRODUCTION NO. 33 (As Modified by May 22 Order):**

23        All COMMUNICATIONS between YOU and any merchandiser

24   REFERRING OR RELATING TO any alteration, manipulation or change of

25   displays or retail spacing of MGA's PRODUCTS from June 2001 to the present.

26        **RESPONSE TO REQUEST NO. 33:**

27        Mattel is demanding that MGA "provide [Mattel] with the basis for MGA's

28   contention that [the Requests at Issue] are relevant to claims in Phase 2" before it

- 1 -

1    will consider complying with the Discovery Master's May 22, 2007 Order.

2    **FACTUAL AND LEGAL REASONS WHY FURTHER RESPONSE TO**
3    **SHOULD BE COMPELLED**

4    The prior discovery master held that this request seeks "documents relevant

5    to MGA's allegation that 'Mattel merchandisers have been caught tampering with

6    MGA's displays, replacing favorably located MGA merchandise with Mattel

7    merchandise instead.'"  Molinski Decl. Ex. C at 13:11-13 (quoting MGA

8    Complaint at ¶ 79).  This is an element of MGA's Unfair Competition claim, which

9    will be decided in Phase 2.

10   **REQUEST FOR PRODUCTION NO. 37:**

11   All COMMUNICATIONS between YOU and the Children's Advertising

12   Review Unit REFERRING OR RELATING TO MGA's advertisements,

13   commercials, amendments to MGA commercials, or MGA's website, including but

14   not limited to restrictions placed or suggested to be placed on any of the foregoing.

15   **RESPONSE TO REQUEST NO. 37:**

16   Mattel is demanding that MGA "provide [Mattel] with the basis for MGA's

17   contention that [the Requests at Issue] are relevant to claims in Phase 2" before it

18   will consider complying with the Discovery Master's May 22, 2007 Order.

19   **FACTUAL AND LEGAL REASONS WHY FURTHER RESPONSE TO**
20   **SHOULD BE COMPELLED**

21   The prior discovery master held that this request seeks "information relevant

22   to MGA's allegation that Mattel influenced CARU to place restrictions on MGA's

23   advertisements."  Molinski Decl. Ex. C at 14:19-20 (paraphrasing MGA Complaint

24   at ¶ 89).  This is an element of MGA's Unfair Competition claim, which will be

25   decided in Phase 2.

26   **REQUEST FOR PRODUCTION NO. 39:**

27   All DOCUMENTS supporting YOUR assertion of "MGA's violations of the

28   Children's Advertising Review Unit standards" as set forth in paragraph 80 of

1    YOUR ANSWER.

2    **RESPONSE TO REQUEST NO. 39:**

3    Mattel is demanding that MGA "provide [Mattel] with the basis for MGA's

4    contention that [the Requests at Issue] are relevant to claims in Phase 2" before it

5    will consider complying with the Discovery Master's May 22, 2007 Order.

6
     **FACTUAL AND LEGAL REASONS WHY FURTHER RESPONSE TO SHOULD BE COMPELLED**
7

8    The prior discovery master held that this request seeks "information relevant

9    to MGA's allegation that Mattel influenced CARU to place restrictions on MGA's

10   advertisements."  Molinski Decl. Ex. C at 14:19-20 (paraphrasing MGA Complaint

11   at ¶ 89).  This is an element of MGA's Unfair Competition claim, which will be

12   decided in Phase 2.

13   **REQUEST FOR PRODUCTION NO. 47 (As Modified by May 22 Order):**

14   All COMMUNICATIONS between MATTEL and any buyers,

15   merchandisers, general merchandise managers or retailers world wide

16   REFERRING OR RELATING TO whether MGA was giving another United States

17   retailer below-market pricing, or whether MGA was discontinuing one of its lines

18   as alleged in paragraph 79 of the COMPLAINT world wide.

19   **RESPONSE TO REQUEST NO. 47:**

20   Mattel is demanding that MGA "provide [Mattel] with the basis for MGA's

21   contention that [the Requests at Issue] are relevant to claims in Phase 2" before it

22   will consider complying with the Discovery Master's May 22, 2007 Order.

23
     **FACTUAL AND LEGAL REASONS WHY FURTHER RESPONSE TO SHOULD BE COMPELLED**
24

25   The prior discovery master held that this request seeks "documents relevant

26   to MGA's allegation that Mattel made a false representation to a major United
     States retailer that MGA was giving another retailer below-market pricing, and

27   falsely told a United Kingdom retailer that MGA was discontinuing a product line."

28

1  Molinski Decl. at 16:1-4 (paraphrasing MGA Complaint at ¶ 79).  This is an
2  element of MGA's Unfair Competition claim, which will be decided in Phase 2.

3  **REQUEST FOR PRODUCTION NO. 59:**

4       All DOCUMENTS REFERRING OR RELATING TO any interference with
5  or inhibition of the licensing or potential licensing of MGA's products (including
6  but not limited to "BRATZ") world wide or REFERRING OR RELATING TO any
7  limitations or restrictions on a licensee's ability to purchase, promote, advertise,
8  develop, design or sell "BRATZ" or other MGA products world wide.

9       **RESPONSE TO REQUEST NO. 59:**

10       Mattel is demanding that MGA "provide [Mattel] with the basis for MGA's
11  contention that [the Requests at Issue] are relevant to claims in Phase 2" before it
12  will consider complying with the Discovery Master's May 22, 2007 Order.

13  **FACTUAL AND LEGAL REASONS WHY FURTHER RESPONSE TO
14  SHOULD BE COMPELLED**

15       The prior discovery master held that this request seeks "information relevant
16  to MGA's allegations, including among others, that Mattel 'warned a number of
17  companies, including the biggest publishing entity in the United Kingdom, not to
18  license MGA products, or risk retribution,' and that Mattel 'terminated one of its
19  licensees, apparently in retribution for licensing Bratz.'"  Molinski Decl. at 20:17-
20  20, (citing MGA's Complaint at ¶ 76).  This is an element of MGA's Unfair
21  Competition claim, which will be decided in Phase 2.

22  **REQUEST FOR PRODUCTION NO. 60:**

23       All DOCUMENTS REFERRING OR RELATING TO any third party's
24  licensing or potential licensing of MGA PRODUCTS world wide, or REFERRING
25  OR RELATING TO any licensee's ability

26       **RESPONSE TO REQUEST NO. 60:**

27       Mattel is demanding that MGA "provide [Mattel] with the basis for MGA's
28  contention that [the Requests at Issue] are relevant to claims in Phase 2" before it

will consider complying with the Discovery Master's May 22, 2007 Order.

**FACTUAL AND LEGAL REASONS WHY FURTHER RESPONSE TO SHOULD BE COMPELLED**

The prior discovery master held that this request seeks "information relevant to MGA's allegations, including among others, that Mattel 'warned a number of companies, including the biggest publishing entity in the United Kingdom, not to license MGA products, or risk retribution,' and that Mattel 'terminated one of its licensees, apparently in retribution for licensing Bratz.'" Molinski Decl. at 20:17-20, (citing MGA's Complaint at ¶ 76). This is an element of MGA's Unfair Competition claim, which will be decided in Phase 2.

**REQUEST FOR PRODUCTION NO. 61 (As Modified by May 22 Order):**

All COMMUNICATIONS between YOU and any retailer, sales person or merchandiser world wide REFERRING OR RELATING TO the allocation of shelf space, altering of retail displays, or placement of "BRATZ" in retail stores, including but not limited to COMMUNICATIONS concerning the placement of "BRATZ" relative to "MY SCENE" products world wide from June, 2001 to the present.

**RESPONSE TO REQUEST NO. 61:**

Mattel is demanding that MGA "provide [Mattel] with the basis for MGA's contention that [the Requests at Issue] are relevant to claims in Phase 2" before it will consider complying with the Discovery Master's May 22, 2007 Order.

**FACTUAL AND LEGAL REASONS WHY FURTHER RESPONSE TO SHOULD BE COMPELLED**

The prior discovery master held that this request seeks "documents relevant to MGA's allegation that 'Mattel merchandisers have been caught tampering with MGA's displays, replacing favorably located MGA merchandise with Mattel merchandise instead.'" Molinski Decl. Ex. C at 13:11-13 (quoting MGA Complaint at ¶ 79). This is an element of MGA's Unfair Competition claim, which

1    will be decided in Phase 2.

2    **REQUEST FOR PRODUCTION NO. 62:**

3          All DOCUMENTS, including but not limited to COMMUNICATIONS,

4    REFERRING OR RELATING TO any interference with or inhibition of the sales

5    or potential sales of MGA's products (including but not limited to "BRATZ") or

6    REFERRING OR RELATING TO any limitations or restrictions on any retailer's

7    ability to purchase, promote, advertise, develop, design or sell "BRATZ" or other

8    MGA products world wide.

9          **RESPONSE TO REQUEST NO. 62:**

10         Mattel is demanding that MGA "provide [Mattel] with the basis for MGA's

11   contention that [the Requests at Issue] are relevant to claims in Phase 2" before it

12   will consider complying with the Discovery Master's May 22, 2007 Order.

13         **FACTUAL AND LEGAL REASONS WHY FURTHER RESPONSE TO
14   SHOULD BE COMPELLED**

15         The prior discovery master held that this request seeks "information relevant

16   to MGA's allegations, including among others, that Mattel 'warned a number of

17   companies, including the biggest publishing entity in the United Kingdom, not to

18   license MGA products, or risk retribution,' and that Mattel 'terminated one of its

19   licensees, apparently in retribution for licensing Bratz.'"  Molinski Decl. at 20:17-

20   20, (citing MGA's Complaint at ¶ 76).  This is an element of MGA's Unfair

21   Competition claim, which will be decided in Phase 2.

22   **REQUEST FOR PRODUCTION NO. 63:**

23         All DOCUMENTS, including but not limited to COMMUNICATIONS,

24   REFERRING OR RELATING TO any contracts, licenses or agreements between

25   MATTEL and any third party world wide that place any limitations, prohibitions or

26   restriction on that third party's ability to license, manufacture, promote, distribute

27   or sell any MGA products or to supply materials or services to MGA world wide.

28

**RESPONSE TO REQUEST NO. 63:**

Mattel is demanding that MGA "provide [Mattel] with the basis for MGA's contention that [the Requests at Issue] are relevant to claims in Phase 2" before it will consider complying with the Discovery Master's May 22, 2007 Order.

**FACTUAL AND LEGAL REASONS WHY FURTHER RESPONSE TO SHOULD BE COMPELLED**

The prior discovery master held that this request seeks "information relevant to MGA's allegations, including among others, that Mattel 'warned a number of companies, including the biggest publishing entity in the United Kingdom, not to license MGA products, or risk retribution,' and that Mattel 'terminated one of its licensees, apparently in retribution for licensing Bratz.'" Molinski Decl. at 20:17-20, (citing MGA's Complaint at ¶ 76). This is an element of MGA's Unfair Competition claim, which will be decided in Phase 2.

**REQUEST FOR PRODUCTION NO. 64:**

All DOCUMENTS, including but not limited to COMMUNICATIONS, REFERRING OR RELATING TO any third party's agreement or decision not to license, manufacture, promote, distribute or sell any MGA products, or supply materials or services to MGA world wide.

**RESPONSE TO REQUEST NO. 64:**

Mattel is demanding that MGA "provide [Mattel] with the basis for MGA's contention that [the Requests at Issue] are relevant to claims in Phase 2" before it will consider complying with the Discovery Master's May 22, 2007 Order.

**FACTUAL AND LEGAL REASONS WHY FURTHER RESPONSE TO SHOULD BE COMPELLED**

The prior discovery master held that this request seeks "information relevant to MGA's allegation that Mattel interfered with its business dealings. In particular, MGA has alleged that Mattel 'warned a number of companies, including the biggest publishing entity in the United Kingdom, not to license MGA products, or risk

1   retribution,' and that Mattel 'terminated one of its licensees, apparently in

2   retribution for licensing Bratz.'  MGA's requests are reasonably calculated to lead

3   to information relevant to this allegation."  Molinski Decl. at 21:23-22:2 (citing

4   MGA's Complaint at ¶ 76).  This is an element of MGA's Unfair Competition

5   claim, which will be decided in Phase 2.

6   **REQUEST FOR PRODUCTION NO. 65:**

7        All DOCUMENTS, including but not limited to COMMUNICATIONS,

8   REFERRING OR RELATING TO any third party's agreement or decision to limit,

9   restrict, curtail or reduce its license, manufacture, promotion, distribution or sales of

10  any MGA products, or its supply of materials or services to MGA world wide.

11       **RESPONSE TO REQUEST NO. 65:**

12       Mattel is demanding that MGA "provide [Mattel] with the basis for MGA's

13  contention that [the Requests at Issue] are relevant to claims in Phase 2" before it

14  will consider complying with the Discovery Master's May 22, 2007 Order.

15  **FACTUAL AND LEGAL REASONS WHY FURTHER RESPONSE TO SHOULD BE COMPELLED**
16

17       The prior discovery master held that this request seeks "information relevant

18  to MGA's allegation that Mattel interfered with its business dealings.  In particular,

19  MGA has alleged that Mattel 'warned a number of companies, including the biggest

20  publishing entity in the United Kingdom, not to license MGA products, or risk

21  retribution,' and that Mattel 'terminated one of its licensees, apparently in

22  retribution for licensing Bratz.'  MGA's requests are reasonably calculated to lead

23  to information relevant to this allegation."  Molinski Decl. at 21:23-22:2 (citing

24  MGA's Complaint at ¶ 76).  This is an element of MGA's Unfair Competition

25  claim, which will be decided in Phase 2.

26  **REQUEST FOR PRODUCTION NO. 66:**

27       All DOCUMENTS, including but not limited to COMMUNICATIONS,

28  REFERRING OR RELATING TO any interference with or inhibition of the supply

- 8 -

1    of goods or services, or the potential supply of goods or services, to MGA or

2    REFERRING OR RELATING TO any limitations or restrictions on any supplier's

3    ability to do business with MGA world wide.

4        **RESPONSE TO REQUEST NO. 66:**

5        Mattel is demanding that MGA "provide [Mattel] with the basis for MGA's

6    contention that [the Requests at Issue] are relevant to claims in Phase 2" before it

7    will consider complying with the Discovery Master's May 22, 2007 Order.

8        **FACTUAL AND LEGAL REASONS WHY FURTHER RESPONSE TO**

9        **SHOULD BE COMPELLED**

10        The prior discovery master held that this request seeks "information relevant

11    to MGA's allegation that Mattel interfered with its business dealings.  In particular,

12    MGA has alleged that Mattel 'warned a number of companies, including the biggest

13    publishing entity in the United Kingdom, not to license MGA products, or risk

14    retribution,' and that Mattel 'terminated one of its licensees, apparently in

15    retribution for licensing Bratz.'  MGA's requests are reasonably calculated to lead

16    to information relevant to this allegation."  Molinski Decl. at 21:23-22:2 (citing

17    MGA's Complaint at ¶ 76).  This is an element of MGA's Unfair Competition

18    claim, which will be decided in Phase 2.

19    **REQUEST FOR PRODUCTION NO. 67:**

20        All DOCUMENTS, including but not limited to COMMUNICATIONS,

21    REFERRING OR RELATING TO any interference with or inhibition of the

22    distribution or potential distribution of MGA's products (including but not limited

23    to "BRATZ") or REFERRING OR RELATING TO any limitations or restrictions

24    on any distributor's ability to purchase, promote, advertise, develop, design, or sell

25    "BRATZ" or other MGA products world wide.

26        **RESPONSE TO REQUEST NO. 67:**

27        Mattel is demanding that MGA "provide [Mattel] with the basis for MGA's

28    contention that [the Requests at Issue] are relevant to claims in Phase 2" before it

- 9 -

1  will consider complying with the Discovery Master's May 22, 2007 Order.

2  **FACTUAL AND LEGAL REASONS WHY FURTHER RESPONSE TO**
3  **SHOULD BE COMPELLED**

4  The prior discovery master held that this request seeks "information relevant

5  to MGA's allegation that Mattel interfered with its business dealings.  In particular,

6  MGA has alleged that Mattel 'warned a number of companies, including the biggest

7  publishing entity in the United Kingdom, not to license MGA products, or risk

8  retribution,' and that Mattel 'terminated one of its licensees, apparently in

9  retribution for licensing Bratz.'  MGA's requests are reasonably calculated to lead

10  to information relevant to this allegation."  Molinski Decl. at 21:23-22:2 (citing

11  MGA's Complaint at ¶ 76).  This is an element of MGA's Unfair Competition

12  claim, which will be decided in Phase 2.

13  **REQUEST FOR PRODUCTION NO. 102:**

14  All COMMUNICATIONS, and all DOCUMENTS REFERRING OR

15  RELATING TO any COMMUNICATIONS, between YOU on the one hand and

16  any employee, officer, director, agent, representative, or counsel for Nickelodeon

17  REFERRING OR RELATING TO MGA, "BRATZ," or Larian.

18  **RESPONSE TO REQUEST NO. 102:**

19  Mattel is demanding that MGA "provide [Mattel] with the basis for MGA's

20  contention that [the Requests at Issue] are relevant to claims in Phase 2" before it

21  will consider complying with the Discovery Master's May 22, 2007 Order.

22  **FACTUAL AND LEGAL REASONS WHY FURTHER RESPONSE TO**
23  **SHOULD BE COMPELLED**

24  The prior discovery master held that this request is "relevant in light of

25  MGA's allegation that Mattel was 'instrumental in attempting to keep MGA from

26  / / /

27  / / /

28  / / /

OHS West:260750467.1

1  participating as a sponsor in the 'Kids' Choice Awards.'"  Molinski Decl. at 22:15-

2  17 (citing MGA's Complaint at ¶ 97).  This is an element of MGA's Unfair

3  Competition claim, which will be decided in Phase 2.

4  Dated:  October 28, 2009          ORRICK, HERRINGTON & SUTCLIFFE LLP

5

6                                        By:  _____/s/ Diana M. Rutowski_____
                                                  Diana M. Rutowski
7                                        Attorneys for MGA ENTERTAINMENT, INC.,
                                         MGA ENTERTAINMENT HK, LTD., MGA de
8                                        MEXICO, S.R.L. de C.V., and ISAAC LARIAN

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28