MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: (213) 629-2020
Facsimile: (213) 612-2499

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx)<br><br>Consolidated with: Case No. CV 04-9059 and Case No. CV 05-2727<br><br>**DISCOVERY MATTER**<br>[To Be Heard by Discovery Master Robert O'Brien]<br><br>**CERTIFICATE OF SERVICE**<br><br>Date: TBD<br>Time: TBD<br>Courtroom: TBD<br><br>**Phase 2**<br>Discovery Cutoff: December 11, 2009<br>Pretrial Conference: March 1, 2010<br>Trial Date: March 23, 2010 |

OHS West:260751474.1

CERTIFICATE OF SERVICE
CV 04-9049 DOC (RNBx)

## CERTIFICATE OF SERVICE BY EMAIL TO COUNSEL

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, The Orrick Building, 405 Howard Street, San Francisco, California 94105. On October 28, 2009, I served the following document(s):

- **MGA ENTERTAINMENT, INC.'S NOTICE OF MOTION AND MOTION TO CONFIRM OR COMPEL COMPLIANCE WITH THE DISCOVERY MASTER'S MAY 22, 2007 ORDER COMPELLING PRODUCTION OF DOCUMENTS AND FOR SANCTIONS;**

- **DECLARATION OF WILLIAM A. MOLINSKI IN SUPPORT OF MGA PARTIES' MOTION TO CONFIRM COMPLIANCE WITH THE DISCOVERY MASTER'S MAY 22, 2007 ORDER COMPELLING PRODUCTION OF DOCUMENTS AND FOR SANCTIONS;**

- **MGA ENTERTAINMENT, INC.'S SEPARATE STATEMENT IN SUPPORT OF MOTION TO CONFIRM OR COMPEL COMPLIANCE WITH THE DISCOVERY MASTER'S MAY 22, 2007 ORDER COMPELLING PRODUCTION OF DOCUMENTS AND FOR SANCTIONS;**

- **[PROPOSED] ORDER GRANTING MGA ENTERTAINMENT, INC.'S MOTION TO CONFIRM OR COMPEL COMPLIANCE WITH THE DISCOVERY MASTER'S MAY 22, 2007 ORDER COMPELLING PRODUCTION OF DOCUMENTS AND FOR SANCTIONS**

I served copies of said papers on October 28, 2009, by attaching them to an email addressed to:

| Michael T. Zeller, Esq.<br>michaelzeller@quinnemanuel.com | Brett D. Proctor, Esq.<br>dylanproctor@quinnemanuel.com |

| | |
|---|---|
| Jon Corey, Esq.<br>joncorey@quinnemanuel.com | Marshall Searcy<br>marshallsearcy@quinnemanuel.com |
| Mark E. Overland, Esq.<br>moverland@scheperkim.com | Alexander H. Cote, Esq.<br>acote@scheperkim.com |
| Jason D. Russell, Esq.<br>jason.russell@skadden.com | |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 28, 2009, at San Francisco, California.

*/s/ Rica Rivera*
Rica Rivera

## CERTIFICATE OF SERVICE BY MAIL

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, The Orrick Building, 405 Howard Street, San Francisco, California 94105. On October 28, 2009, I served the following document(s):

- **MGA ENTERTAINMENT, INC.'S NOTICE OF MOTION AND MOTION TO CONFIRM OR COMPEL COMPLIANCE WITH THE DISCOVERY MASTER'S MAY 22, 2007 ORDER COMPELLING PRODUCTION OF DOCUMENTS AND FOR SANCTIONS**

on the interested parties in this action by placing true and correct copies thereof in sealed envelope(s) addressed as follows:

> Honorable David O. Carter
> United States District Court
> Central District of California
> Southern Division
> 411 West Fourth Street, Courtroom 9D
> Santa Ana, CA 92701-4516
> Telephone: (714) 338-4543

I am employed in the county from which the mailing occurred. On the date indicated above, I placed the sealed envelope(s) for collection and mailing at this firm's office business address indicated above. I am readily familiar with this firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the firm's correspondence would be deposited with the United States Postal Service on this same date with postage thereon fully prepaid in the ordinary course of business.

/ / /

/ / /

/ / /

/ / /

OHS West:260751474.1     - 3 -     CERTIFICATE OF SERVICE
CV 04-9049 SGL (RNBX)

1 | I declare under penalty of perjury that the foregoing is true and correct. Executed on October 28, 2009, at San Francisco, California.

_____
Rica Rivera