1  MELINDA HAAG (State Bar No. 132612)
   mhaag@orrick.com
2  ANNETTE L. HURST (State Bar No. 148738)
   ahurst@orrick.com
3  WARRINGTON S. PARKER III (State Bar No. 148003)
   wparker@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
5  405 Howard Street
   San Francisco, CA 94105
6  Telephone: +1-415-773-5700
   Facsimile: +1-415-773-5759
7
   WILLIAM A. MOLINSKI (State Bar No. 145186)
8  wmolinski@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
9  777 South Figueroa Street, Suite 3200
   Los Angeles, CA 90017
10 Telephone: +1-213-629-2020
   Facsimile: +1-213-612-2499
11
   Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx)<br><br>Consolidated with: CV 04-9059 & CV 05-2727<br><br>**DISCOVERY MATTER**<br>[To Be Heard by Discovery Master Robert O'Brien]<br><br>**SUPPLEMENTAL DECLARATION OF DIANA M. RUTOWSKI IN SUPPORT OF MGA'S MOTION TO COMPEL FURTHER RESPONSES TO MGA'S REQUESTS FOR PRODUCTION OF DOCUMENTS**<br><br>Date: TBD<br>Time: TBD<br>Courtroom: TBD<br><br>**Phase 2**<br>Discovery Cutoff: June 1, 2010<br>Pretrial Conference: None Set<br>Trial Date: None Set |

I, Diana M. Rutowski, declare:

1. I am a member of the bar of the State of California, admitted to practice before this Court, and an associate with the law firm of Orrick, Herrington & Sutcliffe LLP, counsel for the MGA Parties. I make this declaration based on personal knowledge unless otherwise expressly stated, in which case, it is based on information and belief. If called and sworn as a witness, I could and would testify competently as follows.

2. In Mattel, Inc's Opposition to MGA Entertainment, Inc.'s Motion to Compel Further Responses to MGA's Requests for Production of Documents ("Opp."), Mattel represents that it has or will fully comply with 485 requests. Opp. at 14. As Mattel does not list 485 requests by number in its opposition, MGA undertook to identify requests in response to which Mattel has agreed to produce in full. In addition to those identified in Mattel's opposition at pages 11 and 12 (which total 421 requests), MGA identified 52 additional requests, for a total of 473 requests. These requests, and where Mattel's purported confirmation of compliance can be found, are detailed below:

    a. <u>Mattel Represents That It Has Fully Complied.</u> Mattel represents that it has fully complied with 287 requests (Mattel states 289, but lists only 287) (Opp. at 11):

- 9049 RFPs: 9, 42, 68, 75, 89, 105, 114-117, 123-124, 126, 128-129, 131-133, 172-173, 182-271, 273-383, 385, 395, 398-399, 419, 475, 481, 483, 485, 502, 653-655, 657, 676, 699-703, 716-719, 726-728, 732-733, 757-758, 785 (253 requests).
- 9059 RFPs: 82-86, 89-90, 280, 283, 286-295, 298, 301, 308, 310, 312, 314, 316, 318-319, 321-322, 333, 348-349, 361 (34 requests).

    b. <u>Mattel Has Or Will Fully Produce.</u> Mattel represents that it has or will fully produce in response to 134 requests (Mattel states 136, but lists

only 134) (Opp. at 12):

- 9049 RFPs: 1-8, 10-16, 18-31, 36, 40, 41, 44-45, 69-74, 76, 79-81, 83-88, 90-91, 93-94, 106-112, 168, 171, 176, 384, 388-394, 396-397, 400-418, 420-422, 430-432, 452-454, 456-463, 466, 516-518, 525, 550, 564, 583, 642-643 (120 requests).
- 9059 RFPs: 334-337, 351-360 (14 requests).

c. <u>Responsive Documents Are Subsumed.</u>  Mattel represents that documents responsive to the following requests are completely subsumed by other requests in response to which Mattel has provided a complete production (Opp. at 10):

- 9049 RFPs: 125, 127, 130 (3 requests).
- 9059 RFPs: 72-75 (4 requests).

d. <u>Mattel States It Previously Represented Full Production:</u>  Mattel apparently verifies that representations in correspondence from 2007 continue to be accurate, in which it stated that it produced all responsive documents (Opp. at 2, n. 2):

- 9049 RFPs: 113, 468, 540-542, 544, 557, 561-562, 678-690 (22 requests).

e. <u>Mattel's Responses State It Will Produce.</u>  In its initial responses, Mattel agreed to produce responsive, non-privileged documents in response to requests including the following, which are not otherwise discussed above:

- 9049 RFPs: 17, 46, 92, 386-387, 547, 586, 605-610 (13 requests).
- 9059 RFPs: 87, 96-97, 189, 338-342 (9 requests).

f. <u>Mattel's Response to Separate Statements States It Will Produce.</u>

- 9049 RFP: 554 (1 request).  Response to Separate Statement 9049, Set 6 at 66.

-2-

Supp. Decl. of Diana Rutowski ISO MGA's
MTC Further Response to RFPs
CV-04-0049 DOC (RNBx)

3. Attached hereto as **Exhibit A** is a true and correct copy of the MATTEL INC /DE/ Form 10-K Annual Report filed February 26, 2009 for the period ending December 31, 2008.

4. Attached hereto as **Exhibit B** is a true and correct copy of excerpts from the Deposition of Maureen Tafoya, dated January 28, 2008.  (**Filed Under Seal**)

5. Attached hereto as **Exhibit C** is a true and correct copy of excerpts from the Deposition of Mathew C. Bousquette, dated May 17, 2008.  (**Filed Under Seal**)

6. Attached hereto as **Exhibit D** is a true and correct copy of excerpts from the Deposition of Jean Gomez, dated January 24, 2008.  (**Filed Under Seal**)

7. Attached hereto as **Exhibit E** is a true and correct copy of excerpts from the Deposition of Mr. Ronald Brawer, dated February 5, 2008.  (**Filed Under Seal**)

8. Attached hereto as **Exhibit F** is a true and correct copy of MGA Parties' Reply in Support of Notice and Application for Issuance of Letter of Request for Judicial Assistance re: Danny K.H. Yu and Bird & Bird filed September 17, 2009.

9. Attached hereto as **Exhibit G** is a true and correct copy of Mattel, Inc.'s Third Amended Answer in Case No. 05-2727 and Counterclaims, dated May 22, 2005.  (**Filed Under Seal**)

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 29th day of October, 2009, in San Francisco, California.

/*s*/ Diana M. Rutowski
Diana M. Rutowski