# Exhibit C

**Confidential – Attorneys' Eyes Only**
**FILED UNDER SEAL PURSUANT TO**
**PROTECTIVE ORDER**

Name & Address:
Diana M. Rutowski (State Bar No. 233878)
ORRICK HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

CARTER BRYANT, an individual,

PLAINTIFF(S)

v.

MATTEL, INC., a Delaware Corporation,

DEFENDANT(S).

CASE NUMBER:

CV 04-9049 DOC (RNBx)

**NOTICE OF MANUAL FILING**

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**

MGA's Reply in Support of Motion to Compel Further Responses to MGA's Requests for Production of Documents; Exhibit A to the Declaration of Matthew DuBois; Exhibits B,C,D,E and G to the Supplemental Declaration of Diana Rutowski.

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☑ Other   MGA's Reply in Support of Motion to Compel Further Responses to MGA's Requests for Production of Documents; Exhibit A to the Declaration of Matthew DuBois; Exhibits B,C,D,E and G to the Supplemental Declaration of Diana Rutowski.

**Reason:**

☑ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☐ Manual Filing required (*reason*):

October 29, 2009
Date

Diana M. Rutowski
Attorney Name

MGA Parties
Party Represented

Note:   File one Notice in each case, each time you manually file document(s).

G-92 (03/09)                              NOTICE OF MANUAL FILING