# Exhibit G

## Confidential
## FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

Name & Address:
Diana M. Rutowski (State Bar No. 233878)
ORRICK HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| CARTER BRYANT, an individual, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CV 04-9049 DOC (RNBx) |
| v. | |
| MATTEL, INC., a Delaware Corporation, | NOTICE OF MANUAL FILING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**

MGA's Reply in Support of Motion to Compel Further Responses to MGA's Requests for Production of Documents; Exhibit A to the Declaration of Matthew DuBois; Exhibits B,C,D,E and G to the Supplemental Declaration of Diana Rutowski.

**Document Description:**

- ☐ Administrative Record
- ☐ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]
- ☑ Other  MGA's Reply in Support of Motion to Compel Further Responses to MGA's Requests for Production of Documents; Exhibit A to the Declaration of Matthew DuBois; Exhibits B,C,D,E and G to the Supplemental Declaration of Diana Rutowski.

**Reason:**

- ☑ Under Seal
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☐ Per Court order dated _____
- ☐ Manual Filing required (*reason*):

October 29, 2009                                        Diana M. Rutowski
Date                                                    Attorney Name

                                                        MGA Parties
                                                        Party Represented

Note:   File one Notice in each case, each time you manually file document(s).

G-92 (03/09)                        NOTICE OF MANUAL FILING