MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:   +1-415-773-5700
Facsimile:    +1-415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA  90017
Telephone:   +1-213-629-2020
Facsimile:    +1-213-612-2499

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No.  CV 04-9049-DOC (RNBx)<br>Consolidated with: Case No. CV 04-9059 and Case No. CV 05-2727<br><br>**DISCOVERY MATTER**<br>[To Be Heard by Discovery Master Robert O'Brien]<br><br>**DECLARATION OF WILLIAM A. MOLINSKI IN SUPPORT OF MGA'S REPLY IN SUPPORT OF MOTION TO COMPEL FURTHER RESPONSES TO MGA'S REQUESTS FOR PRODUCTION OF DOCUMENTS**<br><br>Date:         TBD<br>Time:        TBD<br>Courtroom:  TBD<br><br>**Phase 2**<br>Discovery Cutoff:       June 1, 2010<br>Pretrial Conference:   None Set<br>Trial Date:                None Set |

# DECLARATION OF WILLIAM A. MOLINSKI

I, William A. Molinski, declare as follows:

1. I am an attorney at the law firm of Orrick, Herrington & Sutcliffe LLP, attorneys of record for Plaintiff and Counter-Defendant MGA Entertainment, Inc. and Counter-Defendants MGA Entertainment HK, Ltd., MGAE de Mexico S.R.L. de C.V., and Isaac Larian ("MGA Parties"). Based on this representation, I am familiar with the events, pleadings, and discovery in this action and, if called upon as a witness, I could and would testify competently to the matters stated herein of my own personal knowledge. I make this declaration in opposition to Mattel's motion to amend the protective order governing discovery in this case.

2. In 2007 and 2008 MGA produced more than 46,000 documents from MGA Mexico. The production documents bore the Bates prefix "MGA," so it may not have been clear from the prefix that they were from MGA Mexico. However, the custodial data produced in connection with the documents reflects that the documents were collected from custodians employed by or associated with MGA Mexico.

3. Attached hereto as **Exhibit A** is a true and correct copy of a meet and confer letter from me to Marshall M. Searcy, III, Esq. dated October 1, 2009. This letter lists by Bates number documents produced by MGA Mexico in 2007 and 2008 and attaches the corresponding production letters.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed this 29th day of October, 2009, at Los Angeles, California.

_____
William A. Molinski