# Exhibit A



ORRICK

ORRICK, HERRINGTON & SUTCLIFFE LLP
777 SOUTH FIGUEROA STREET
SUITE 3200
LOS ANGELES, CALIFORNIA 90017-5855

tel +1-213-629-2020
fax +1-213-612-2499

WWW.ORRICK.COM

*VIA EMAIL AND U.S. MAIL*

October 1, 2009

William A. Molinski
(213) 612-2256
wmolinski@orrick.com

Marshall M. Searcy III, Esq.
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California  90017

Re:     <u>MGA v. Mattel, Inc.</u>

Dear Marshall:

Further to my letter to you dated September 23, 2009, which addresses Mattel's concerns regarding MGA Mexico's document production of September 15, I wanted to provide you with the following information we have been able to collect.  As you will appreciate upon review, and contrary to your assertion that MGA Mexico's "ranges cited . . . contain over 470,000 pages of documents that Mattel has never received," Mattel has possessed the vast amount of this information for just short of two years.

MGA 3777561 – MGA 3787284 - produced 1/15/08
MGA 3793592 – MGA 3806166 - produced 1/18/08
MGA 3806167 – MGA 3810586 - produced 1/18/08
MGA 3810587 – MGA 3811900 - produced 1/18/08
MGA 3811901 – MGA 3814736 - produced 1/18/08
MGA 3814737 – MGA 3814791 - produced 1/18/08
MGA 3815507 – MGA 3815799 - produced 1/25/08
MGA 3817239 – MGA 3819587 - produced 1/25/08
MGA 3881090 – MGA 3881128 - produced 5/22/08[1]
MGA 4000001 – MGA 4005358 - produced 1/11/08
MGA 4005359 – MGA 4008513 - produced 1/15/08
MGA 4008514 – MGA 4012564 - produced 1/18/08
MGA 0831543 – MGA 0831930 - produced 6/25/07

Attached are copies of the transmittal letters for those productions.

There are, however, a handful of Bates ranges in your letter of September 21 that may include documents that MGA Mexico has either not produced or were incorrectly referenced because they are numbers that are not assigned to documents.

---

[1] Copied by Quinn Emmanuel vendor, Guidance Software.

OHS West:260737845.1

Exhibit A - Page 2



Marshall M. Searcy III, Esq.
October 1, 2009
Page 2

Importantly, the mere fact that the ranges identified above are "missing" does not necessarily mean that there are any documents associated with that entire range or even to any documents at all. For example, although you flag MGA 0887426 – MGA 0999999 as never having been produced, document bearing MGA 0887425 may very well have been the last document produced in that range. We will confirm our belief with prior counsel and will update you as soon as we can.

Very truly yours,

William A. Molinski

WAM/mmn
Attachments

OHS West:260737845.1

Exhibit A - Page 3



# O'MELVENY & MYERS LLP

| | | |
|---|---|---|
| BEIJING | 400 South Hope Street | NEW YORK |
| BRUSSELS | Los Angeles, California 90071-2899 | SAN FRANCISCO |
| CENTURY CITY | | SHANGHAI |
| HONG KONG | TELEPHONE (213) 430-6000 | SILICON VALLEY |
| LONDON | FACSIMILE (213) 430-6407 | TOKYO |
| NEWPORT BEACH | www.omm.com | WASHINGTON, D.C. |

OUR FILE NUMBER
0527436-00004

June 25, 2007

WRITER'S DIRECT DIAL
(213) 430-6389

**HAND-DELIVERED**

WRITER'S E-MAIL ADDRESS
cnguyen@omm.com

Michael T. Zeller, Esq.
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017

    Re: *Bryant v. Mattel, Inc and Consolidated Actions.*
       *Case No. CV 04-09049 SGL (RNBx)*

Dear Mr. Zeller:

  Enclosed please find 47 discs individually marked with Bates Nos. MGA 0831543 -
MGA 0831589, and a disc of Group IV TIFF and JPEG digital files of documents marked with
Bates Nos. MGA0831590-MGA0831930.  As per Mattel's request and pursuant to the agreement
between MGA and Mattel, the disc containing documents marked with Bates Nos.
MGA0831590-MGA0831930 also includes an Opticon load file.  Certain images are marked
Confidential -- Attorneys' Eyes Only pursuant to the protective order in this case.  Please do not
hesitate to contact me if you have any questions.

             Sincerely,

             Chris D. Nguyen
             for O'MELVENY & MYERS LLP

Enclosure
cc: Michael Page, Esq. (letter only via facsimile)
LA2:835267.1

Exhibit A - Page 4

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

525 UNIVERSITY AVENUE

PALO ALTO, CALIFORNIA 94301-1908
_____

TEL: (650) 470-4500

FAX: (650) 470-4570

www.skadden.com

DIRECT DIAL
(650) 470-4624
EMAIL ADDRESS
ATEMKIN@SKADDEN.COM

FIRM/AFFILIATE OFFICES
_____
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEWARK
NEW YORK
RESTON
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
_____
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

January 10, 2008

**Via Hand Delivery**

Scott B. Kidman, Esq.
Quinn, Emanuel, Urquhart, Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017

RE:   Mattel v. Bryant; Production of Documents Pursuant to
December 31, 2007 Order

Dear Scott:

Pursuant to Judge Infante's December 31, 2007 Order Granting in
Part and Denying in Part Mattel's Motion to Compel Production of Documents by
Isaac Larian; Denying Request for Sanctions, please find enclosed two CD
containing single page TIFFs with Concordance load files for documents Bates-
numbered MGA 3766689 - MGA 3772036 and MGA 4000001 - MGA 4005358.
Also enclosed are documents Bates numbered MGA 3766684 - MGA 3766688 that
were produced in pdf and hard copy form with my letter yesterday.  Please note that
these Bates ranges include documents designated CONFIDENTIAL-ATTORNEYS
EYES ONLY under the stipulated protective order.

Very truly yours,

Andrew C. Temkin

Andrew C. Temkin        by A. Chm

Enclosure

258909.01-Palo Alto Server 1A                                    MSW - Draft January 11, 2008 - 1:45 PM

Exhibit A - Page 5

# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

525 UNIVERSITY AVENUE

PALO ALTO, CALIFORNIA 94301-1908

———

TEL: (650) 470-4500

FAX: (650) 470-4570

www.skadden.com

DIRECT DIAL
(650) 470-4624
EMAIL ADDRESS
ATEMKIN@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEWARK
NEW YORK
RESTON
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

January 15, 2008

## Via Hand Delivery

Scott B. Kidman, Esq.
Quinn, Emanuel, Urquhart, Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017

RE:   Mattel v. Bryant; Production of Documents Pursuant to
December 31, 2007 Order

Dear Scott:

Pursuant to Judge Infante's December 31, 2007 Order Granting in
Part and Denying in Part Mattel's Motion to Compel Production of Documents by
Isaac Larian; Denying Request for Sanctions and the parties' January 11 stipulation,
please find enclosed two (2) CDs containing single page TIFFs with Concordance
load files for documents Bates-numbered MGA 37777561 - MGA 3787284 and
MGA 4005359 - MGA 4008513.   Please note that these Bates ranges include
documents designated CONFIDENTIAL-ATTORNEYS EYES ONLY under the
stipulated protective order.  A privilege log will be provided under separate cover.

Very truly yours,

Andrew C. Temkin

Enclosure

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

300 SOUTH GRAND AVENUE

LOS ANGELES, CALIFORNIA 90071-3144

———

TEL: (213) 687-5000

FAX: (213) 687-5600

www.skadden.com

DIRECT DIAL
(650) 470-4624
EMAIL ADDRESS
ATEMKIN@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
NEWARK
NEW YORK
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

January 18, 2008

**Via Hand Delivery**

Scott B. Kidman, Esq.
Quinn, Emanuel, Urquhart, Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017

RE:  Mattel v. Bryant; Production of Documents

Dear Scott:

Pursuant to Judge Infante's December 31, 2007 Order Granting in Part and Denying in Part Mattel's Motion to Compel Production of Documents by Isaac Larian; Denying Request for Sanctions and the parties January 11, 2008 stipulation, please find enclosed 3 CDs containing single page TIFFs with Concordance load files for documents Bates-numbered MGA 379352-MGA 3806166, MGA 3810587-MGA 3811900, and MGA 4008514 - MGA 4012564. Please note that these Bates ranges include documents designated CONFIDENTIAL-ATTORNEYS EYES ONLY under the stipulated protective order.

Very truly yours,

Andrew C. Temkin /cp fr

Andrew C. Temkin

Enclosure

# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

300 SOUTH GRAND AVENUE

LOS ANGELES, CALIFORNIA 90071-3144

TEL: (213) 687-5000

FAX: (213) 687-5600

www.skadden.com

DIRECT DIAL
(650) 470-4624
EMAIL ADDRESS
ATEMKIN@SKADDEN.COM

FIRM/AFFILIATE OFFICES
——
BOSTON
CHICAGO
HOUSTON
NEWARK
NEW YORK
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
——
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

January 18, 2008

## Via Hand Delivery

Scott B. Kidman, Esq.
Quinn, Emanuel, Urquhart, Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017

RE:  Mattel v. Bryant; Production of Documents

Dear Scott:

Pursuant to Judge Infante's December 31, 2007 Order Granting in Part and Denying in Part Mattel's Motion to Compel Production of Documents by Isaac Larian; Denying Request for Sanctions and the parties January 11, 2008 stipulation, please find enclosed a CD containing single page TIFFs with Concordance load files for documents Bates-numbered MGA  MGA 3806167- MGA 3810586. Please note that these Bates ranges include documents designated CONFIDENTIAL - ATTORNEYS' EYES ONLY under the stipulated protective order.

Also, please note that the enclosed CD may include documents covered by one or more of the protective orders in the state court action or the arbitration proceeding between Isaac and Farhad Larian. We are producing these documents now, with the understanding that you will execute a stipulation in this action acknowledging that the documents produced that are subject to protective orders in the *Larian v. Larian* action and arbitration proceedings are subject to the terms of the Stipulation and Protective Order entered in this action. Our production is also conditioned upon the Los Angeles Superior Court's approval, in the *Larian v. Larian* action, of the stipulation between Isaac and Farhad Larian to modify the protective order entered in that action.

Scott B. Kidman, Esq.
January 18, 2008
Page 2


       If you are unwilling or unable to agree to these terms, then we ask that
you immediately return the CD and its documents to us.


                     Very truly yours,

                     Andrew C. Temkin


Enclosure

# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

300 SOUTH GRAND AVENUE

LOS ANGELES, CALIFORNIA 90071-3144
———

TEL: (213) 687-5000
FAX: (213) 687-5600
www.skadden.com

DIRECT DIAL
(650) 470-4624
EMAIL ADDRESS
ATEMKIN@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
NEWARK
NEW YORK
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

January 18, 2008

**Via Hand Delivery**

Scott B. Kidman, Esq.
Quinn, Emanuel, Urquhart, Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017

RE:    Mattel v. Bryant; Production of Documents

Dear Scott:

Pursuant to Judge Infante's December 31, 2007 Order Granting in Part and Denying in Part Mattel's Motion to Compel Production of Documents by Isaac Larian; Denying Request for Sanctions and the parties January 11, 2008 stipulation, please find enclosed 2 CDs containing single page TIFFs with Concordance load files for documents Bates-numbered MGA 3811901-MGA 3814736 and MGA 3814737-MGA 3814791. Please note that these Bates ranges include documents designated CONFIDENTIAL-ATTORNEYS EYES ONLY under the stipulated protective order.

Very truly yours,

Andrew C. Temkin /cpf

Andrew C. Temkin

Enclosure

# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

525 UNIVERSITY AVENUE

PALO ALTO, CALIFORNIA 94301-1908

TEL: (650) 470-4500
FAX: (650) 470-4570
www.skadden.com

DIRECT DIAL
(650) 470-4624
EMAIL ADDRESS
ATEMKIN@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEWARK
NEW YORK
RESTON
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

January 25, 2008

**Via Hand Delivery**

Scott B. Kidman, Esq.
Quinn, Emanuel, Urquhart, Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017

RE:    Mattel v. Bryant; Production of Documents

Dear Scott:

Please find enclosed a CD containing single page TIFFs with Concordance load files for documents Bates-numbered MGA 3815507 - MGA 3815799  Please note that these Bates ranges include documents designated HIGHLY CONFIDENTIAL – RESTRICTED ATTORNEYS' EYES ONLY under the stipulated protective order, as amended by subsequent stipulations and orders.

Because of the commercially sensitive nature of these documents, we have placed them on a separate CD and in a separate package to help aid you in handling them as required for documents designated HIGHLY CONFIDENTIAL – RESTRICTED ATTORNEYS' EYES ONLY.

If you are unwilling or unable to handle the documents in the manner required under this designation, then we ask that you immediately return the CD and its documents to us.  Please let me know if you have any questions.

Very truly yours,

Andrew C. Temkin

Andrew C. Temkin

Enclosure

Exhibit A - Page 11

# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

525 UNIVERSITY AVENUE

PALO ALTO, CALIFORNIA 94301-1908

———

TEL: (650) 470-4500

FAX: (650) 470-4570

www.skadden.com

DIRECT DIAL
(650) 470-4624
EMAIL ADDRESS
ATEMKIN@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEWARK
NEW YORK
RESTON
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

January 25, 2008

**Via Hand Delivery**

Scott B. Kidman, Esq.
Quinn, Emanuel, Urquhart, Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017

RE: Mattel v. Bryant; Production of Documents

Dear Scott:

Enclosed are six CDs containing single page TIFFs with Concordance load files for documents Bates-numbered MGA 3815249 through MGA 3815505, MGA 3815800 through 3821514, and MGA 4047805 through MGA 4048266. Please note that these Bates ranges include documents designated CONFIDENTIAL-ATTORNEYS' EYES ONLY under the stipulated protective order.

Very truly yours,

Andrew C. Jenkin

Andrew C. Temkin

Enclosures

Exhibit A - Page 12