MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone:  +1-415-773-5700
Facsimile:  +1-415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone:  +1-213-629-2020
Facsimile:  +1-213-612-2499

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx)<br><br>Consolidated with: CV 04-9059 & CV 05-2727<br><br>**DISCOVERY MATTER**<br>[To Be Heard by Discovery Master Robert O'Brien]<br><br>**DECLARATION OF MATTHEW DUBOIS IN SUPPORT OF MGA'S REPLY IN SUPPORT OF MOTION TO COMPEL FURTHER RESPONSES TO MGA'S REQUESTS FOR PRODUCTION OF DOCUMENTS**<br><br>Date:          TBD<br>Time:          TBD<br>Courtroom:  TBD<br><br>**Phase 2**<br>Discovery Cutoff:      June 1, 2010<br>Pretrial Conference:  None Set<br>Trial Date:                None Set |

1  I, Matthew DuBois, declare:

2  1. I am a Regional Litigation Services Manager at Orrick, Herrington & Sutcliffe LLP and I manage litigation services for Orrick's Los Angeles, Menlo Park and Orange County offices. I make this declaration based on personal knowledge unless otherwise expressly stated, in which case, it is based on information and belief. If called and sworn as a witness, I could and would testify competently as follows.

3  2. My job responsibilities include uploading, maintaining and managing in a database, the documents produced by Mattel in the case titled *Carter Bryant v. Mattel Inc.*, Case No. CV 04-9049 DOC (consolidated with CV 04-9059 & CV 05-2727).

4  3. Attached hereto as **Exhibit A** is a true and correct copy of a Microsoft Excel spreadsheet listing the number of unique custodians and the number of documents per unique custodian that Mattel has produced to date. **(Filed Under Seal)**

5  4. The list attached as Exhibit A was created using the following procedure:

   a. On September 23, 2009, Mattel sent a CD containing the custodian information of the documents produced by Mattel in this case. The custodial information was produced in the form of a data file containing the beginning bates, ending bates and custodian information for each document. Attached hereto as **Exhibit B** is a true and correct copy of Mattel's September 23, 2009 letter enclosing the CD containing the custodian data file.

   b. I loaded the custodian data received from Mattel into a Microsoft Access database ("Mattel Custodial Database").

   c. For each document production received from Mattel since September 23, 2009, I extracted the beginning bates, ending bates and custodian information and updated the Mattel Custodial Database with this information.

-1-

1         d.     Attached hereto as **Exhibits C, D, E and F** are true and correct
2 copies of Mattel's letters dated October 7, 2009, October 8, 2009, October 8, 2009
3 (replacing the production of October 7, 2009) and October 16, 2009, enclosing
4 Mattel's productions since September 23, 2009. The Mattel Custodial Database has
5 been updated with the custodial information from these productions.

6         e.     On October 28, 2009, I executed a query on the Mattel Custodial
7 Database to extract the number of unique custodians and the number of documents
8 per unique custodian and exported the results of this query into an MS excel
9 spreadsheet, a true and correct copy of which is attached as Exhibit A.

10     I declare under penalty of perjury under the laws of the United States
11 that the foregoing is true and correct.

12     Executed this 29th day of October, 2009, in Los Angeles, California.

_[signature]_
Matthew DuBois