# Exhibit E

## quinn emanuel trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100

WRITER'S DIRECT DIAL NO.
(213) 443-3315

WRITER'S INTERNET ADDRESS
geoffreygrundy@quinnemanuel.com

October 8, 2009

Thomas J. Nolan, Esq.
Jason D. Russell, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071

Melinda Haag, Esq.
Annette L. Hurst, Esq.
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105

Mark E. Overland, Esq.
Alexander H. Cote, Esq.
Overland Borenstein Scheper & Kim LLP
601 W. Fifth Street, 12th Floor
Los Angeles, CA 90071

William A. Molinski
Orrick, Herrington & Sutcliffe, LLP
777 South Figueroa Street
Suite 3200
Los Angeles, CA 90017

Re:   Mattel v. MGA  CV 04-9049 DOC

Dear Counsel:

We provided a DVD of Mattel document production bearing Bates numbers M 0928188 through M 0930659 on October 7. We have found that due to a processing error, certain documents on the DVD did not reproduce correctly in color. Enclosed please find a DVD with replacement images. Please discard the DVD we previously sent. We regret the inconvenience.

Should you have any questions regarding the attached, please do not hesitate to call.

Sincerely,

Geoffrey Grundy
Paralegal
Enclosure

00505.07975/3143033.1

quinn emanuel urquhart oliver & hedges, llp

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100
TOKYO | Akasaka Twin Tower Main Building, 6th Floor, 17-22 Akasaka 2-Chome, Minato-ku, Tokyo 107-0052, Japan | TEL +81-3-5561-1711 FAX +81-3-5561-1712