# Exhibit F

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL: (213) 443-3000 FAX: (213) 443-3100

October 16, 2009

**VIA E-MAIL**

Annette L. Hurst, Esq.
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105

William Molinski, Esq.
Orrick, Herrington & Sutcliffe LLP
777 South Figueroa Street
Suite 3200
Los Angeles, CA 90017

Re:   Mattel v. MGA

Dear Annette:

I write in response to your October 9, 2009 email regarding custodial data for which MGA claims to not have corresponding documents.

Our records indicate that the documents listed in the attachment to your email were produced at various times between May 2005 and August 2009. However, to avoid confusion, I have enclosed a series of CD's containing the following Bates ranges, as referenced in your October 9 email:

M 0012590 - M 0012592
M 0012609 - M 0012617
M 0016535 - M 0016537
M 0016843 - M 0016854
M 0016857 - M 0016864
M 0017106 - M 0017107
M 0017260 - M 0017260
M 0079347 - M 0079349
M 0079352 - M 0079356

**quinn emanuel urquhart oliver & hedges, llp**

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, NY 10010 | TEL (212) 849-7000 FAX (212) 849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, CA 94111 | TEL (415) 875-6600 FAX (415) 875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, CA 94065 | TEL (650) 801-5000 FAX (650) 801-5100
CHICAGO | 250 South Wacker Drive, Suite 230, Chicago, IL 60606 | TEL (312) 463-2961 FAX (312) 463-2962
LONDON | 16 Old Bailey, London EC4M 7EG United Kingdom | TEL +44(0) 20 7653 2000 FAX +44(0) 20 7653 2100
TOKYO | Akasaka Twin Tower Main Bldg., 6th Fl., 17-22 Akasaka 2-Chome, Minato-ku, Tokyo 107-0052 Japan | TEL +81 3 5561-1711 FAX +81 3 5561-1712

```
M 0079456 - M 0079490
M 0110639 - M 0110642
M 0121184 - M 0121219
M 0123724 - M 0123727
M 0126648 - M 0126659
M 0127000 - M 0127005
M 0127496 - M 0127499
M 0127512 - M 0127517
M 0127570 - M 0127579
M 0127652 - M 0127661
M 0127690 - M 0127695
M 0127830 - M 0127839
M 0128324 - M 0128327
M 0128584 - M 0128587
M 0129326 - M 0129327
M 0129656 - M 0129657
M 0129720 - M 0129721
M 0147690 - M 0147690
M 0157279 - M 0157284
M 0157885 - M 0158066
M 0199769 - M 0199778
M 0257840 - M 0257846
M 0896801 - M 0896871
M 0920004 - M 0920004
M 0920185 - M 0920194
M 0926818 - M 0926825
M 0927516 - M 0927516
M 0012618 - M 0012618
M 0016470 - M 0016473
M 0110717 - M 0110717
M 0262584 - M 0262584
```

Please let me know if you have any questions.

Very truly yours,

/s/ Marshall M. Searcy

Marshall M. Searcy III
07975/3156868.1