1 QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   John B. Quinn (Bar No. 090378)
2   johnquinn@quinnemanuel.com
   Michael T. Zeller (Bar No. 196417)
3   (michaelzeller@quinnemanuel.com)
   Jon D. Corey (Bar No. 185066)
4   (joncorey@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
6  Facsimile: (213) 443-3100

7  Attorneys for Mattel, Inc.

8

9                    UNITED STATES DISTRICT COURT

10                 CENTRAL DISTRICT OF CALIFORNIA

11                       SOUTHERN DIVISION

| | |
|---|---|
| 12 MATTEL, INC., a Delaware corporation, | CASE NO. CV 04-9049 DOC (RNBx) |
| 13 Plaintiff, | Date: Consolidated with Case No. CV 04-09059 Case No. CV 05-02727 |
| 14 | |
| 15 vs. | DECLARATION OF BRIDGET A. HAULER IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA DEFENDANTS' MOTION TO VACATE RECALL PROVISIONS OF INJUNCTION, OR, IN THE ALTERNATIVE TO CLARIFY AND/OR MODIFY SUCH RECALL PROVISIONS; MOTION TO CLARIFY AND/OR LIMIT MONITOR'S AUTHORITY AS AN ADJUDICATIVE OFFICER OF THE COURT |
| 16 MGA ENTERTAINMENT, INC., a California corporation, et al. | |
| 17 Defendants. | |
| 18 AND CONSOLIDATED ACTIONS | |
| 19 | |
| 20 | |
| 21 | |
| 22 | Date: November 9, 2009 Time: 8:30 a.m. Place: Courtroom 9D |
| 23 | |
| 24 | Discovery Cut-off: June 1, 2010 Pre-trial Conference: TBD Trial Date: TBD |
| 25 | |

26

27

28

07975/3176530.1

DECLARATION OF BRIDGET A. HAULER

1

## DECLARATION OF BRIDGET A. HAULER

2

3          I, Bridget A. Hauler, declare as follows:

4          1.      I am a member of the bar of the State of California and an

5    associate at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel,

6    Inc. ("Mattel").   I make this declaration of personal, firsthand knowledge and, if

7    called and sworn as a witness, I could and would testify competently thereto.

8          2.      Attached hereto as Exhibit 1 is a true and correct copy of two of

9    Mattel's slides used in its Phase 1a closing.

10         3.      Attached hereto as Exhibit 2 is a true and correct copy of Trial

11   Exhibit 777.

12         4.      Attached hereto as Exhibit 3 is a true and correct copy of Trial

13   Exhibit 13657.

14         5.      Attached hereto as Exhibit 4 is a true and correct copy of Trial

15   Exhibit 48.

16         6.      Attached hereto as Exhibit 5 is a true and correct copy of Trial

17   Exhibit 263.

18         7.      Attached hereto as Exhibit 6 is a true and correct copy of Trial

19   Exhibit 302.

20         8.      Attached hereto as Exhibit 7 is a true and correct copy of Trial

21   Exhibit 276-0001.

22         9.      Attached hereto as Exhibit 8 is a true and correct copy of Trial

23   Exhibit 316.

24

25

26

27

28

07975/3176530.1

DECLARATION OF BRIDGET A. HAULER

1      10.    Attached hereto as Exhibit 9 is a true and correct copy of Trial

2  Exhibit 10.

3

4      I declare under penalty of perjury under the laws of the United States of

5  America that the foregoing is true and correct.

6      Executed this 29th day of October 2009, at Los Angeles, California.

7

8                                        /s/ Bridget A. Hauler
                                         Bridget A. Hauler
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

07975/3176530.1

-2-