# EXHIBIT 1



**Bryant's Drawings of Sasha's Head Are Substantially Similar To The Sasha Doll Head**



EX 17558



EX 1108



EX 3-0005

18K

EXHIBIT 1
PAGE 4

# EXHIBIT 2



DEPOSITION EXHIBIT
777
Bryant J     9-25-07

EXHIBIT __2__
PAGE __5__

EX 777-0001



EXHIBIT __2__
PAGE __6__

EX 777-0002

# EXHIBIT 3



PLAINTIFF'S
EXHIBIT

13657

CV O4-9049 SGL

CONFIDENTIAL - ATTORNEYS' EYES ONLY

M 0189897

EXHIBIT **3**
PAGE **7**

EX 13657-0001

# EXHIBIT 4



EXHIBIT
48
21 pgs.   12-18-08

48-1    M0012566

EXHIBIT    4
PAGE    8

EX 48-0001



M0012567

48-2

EXHIBIT    4
PAGE       9

EX 48-0002



48-3   M0012568

EXHIBIT ___4___
PAGE ___10___

EX 48-0003



48-4   M0012569

EXHIBIT ____4____
PAGE ____II____          EX 48-0004



48-5  M0012570

EX 48-0005



48-6   M0012571

EXHIBIT    4
PAGE      13

EX 48-0006



CONFIDENTIAL

48-7   M0012572

EXHIBIT ____4____
PAGE ____14____

EX 48-0007



CONFIDENTIAL

48-8   M0012573

EXHIBIT ___4___
PAGE ___15___





CONFIDENTIAL  48-9  M0012574

EXHIBIT ___4___
PAGE ___16___

EX 48-0009



CONFIDENTIAL

M0012575

48-10

EXHIBIT ___4___
PAGE ___17___

EX 48-0010



VISUAL DESIGN

ORIGINAL *COLOR PRINT

CONFIDENTIAL

48-11   M0012576

EXHIBIT ___4___
PAGE ___18___

EX 48-0011





Barbie decal
Roller blade
1999

CONFIDENTIAL

48-12   M0012577

EXHIBIT ___4___
PAGE ___19___

EX 48-0012





CONFIDENTIAL

48-13   M0012578

EXHIBIT    4
PAGE       20

EX 48-0013



"TEEN TEENS"

CONFIDENTIAL

48-14 M0012579

EXHIBIT     4
PAGE        21

EX 48-0014



CONFIDENTIAL

48-15  M0012580

EXHIBIT    4
PAGE       22    EX 48-0015



CONFIDENTIAL

48-16   M0012581

EXHIBIT __4__
PAGE __23__         EX 48-0016