Case 2:04-cv-09049-DOC-RNB   Document 7071-4   Filed 10/29/09   Page 1 of 14   Page ID #:246503









CONFIDENTIAL
48-18
M0012583

EXHIBIT 4
PAGE 25

EX 48-0018





CONFIDENTIAL

48-19   M0012584

EXHIBIT   4
PAGE   26

EX 48-0019





CONFIDENTIAL

48-20   M0012585

EXHIBIT   4
PAGE   27

EX 48-0020





CONFIDENTIAL
48-21   M0012586

EXHIBIT   4
PAGE   28

EX 48-0021

# EXHIBIT 5







PAGE 5 31    EX 263-0003









EXHIBIT 5
PAGE 35
EX 263-0007

