

EXHIBIT 5

PAGE 37

EX 263-0009

# EXHIBIT 6



ALL MATERIALS © 2000 CARTER BRYANT

$\frac{\pi}{15}$ EX. NO. 302
PAGES 1, 18, 06
A. PRAXMARER, CSR • WIT: LARIAN

CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA006453

EXHIBIT 6
PAGE 38

302

EX 302-0001

# Bratz!

Meet the Bratz! The Totally Transformable Teenage dolls! They're four best friends from high school who love to trade clothes, shoes and hairdos! They come to school with a new look every day!

By simply popping off the hairstyle and shoes, and exchanging them for one of their other hairstyles and pairs of shoes, or a friend's hairstyle and shoes, you can create a whole new look! Complete the look by changing their pants or skirts for one of their additional garments!

Each doll comes dressed in a trendy, hip outfit, with one or two additional pieces, such as an additional skirt or t- shirt (for mix and matching.) Each doll also comes with two great hairstyles, 2 great pairs of shoes, and a cool backpack.

CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA006454

EXHIBIT ___6___
PAGE ___39___

EX 302-0002

## Meet Zoe!

She's the queen of cool at school with her short dark brown hair and funky stompin' sneaks. Hiphugger jeans, short tee shirt and glittery vinyl backpack complete her daytime look.

CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA006455



EXHIBIT ___6___
PAGE ___40___

EX 302-0003

To give Zoe a whole new look for night, change her short dark brown hairstyle to her long blonde hairdo (included), change her pants to a skirt (also included) and change her sneakers to platform sandals (you get those too!)



CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA006456

EXHIBIT     6
PAGE     41

EX 302-0004



Now she has a whole new look for nighttime fun with the rest of the Bratz gang!

CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA006457

EXHIBIT 6
PAGE 42

EX 302-0005



**Meet Lupe!**

She's the princess of pretty in her casual wear of tank top and wide leg khakis. Cute sweatshirt, silvery tennies , a fun red updo and fresh backpack give her a great look for school!

CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA006458

EXHIBIT 6
PAGE 43

EX 302-0006

For partytime, change her into a short skirt, braids and silver stompers!

CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA006459

EXHIBIT 6
PAGE 44

EX 302-0007

EXHIBIT
PAGE

CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA006460



Meet Hallidae!

She's got the beat! Ultra trendy
street wear 'n' braids for hittin'
the books. Jean skirt, boots and
knit cap, not to mention a funky
bookpack (check out the logos!)
give Hallidae a look that is all
that!



On date night, it's a sassy short dress, platforms, and a totally new 'do!

CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA006461

EXHIBIT ____6____
PAGE ____46____

EX 302-0009

## Meet Jade!

Jade loves far-out fashion! Mary Janes and a baby doll are just perfect for study hall! Twisty hairdo, fringe-y jacket and a sweeter than sweet backpack and Jade is ready for serious school house rock!



CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA006462

EXHIBIT ___6___
PAGE ___47___

EX 302-0010



For weekend nights hangin' with the Bratz, it's a sweet dragon logo tee, with ruffly skirt and those boots, she's as cool as can be!

CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA006463

EXHIBIT __6__
PAGE ____48____

EX 302-0011



CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA006464

EXHIBIT 6
PAGE 49

EX 302-0012



CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA006465

EXHIBIT 6
PAGE 50

EX 302-0013



CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA006466

EXHIBIT ___6___
PAGE ___51___

EX 302-0014



CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA006467

EXHIBIT ___6___
PAGE ___52___

EX 302-0015

# EXHIBIT 7



EXHIBIT
276

EXHIBIT ___7___
PAGE ___53___   EX 276-0001

# EXHIBIT 8



CONFIDENTIAL - ATTORNEY'S EYES ONLY

EXHIBIT ___8___   TP 0008

PAGE ___54___   EX 316-0001

DEP. EX. NO. 316

FOR I.D., AS OF 9-13-06 pw







CONFIDENTIAL - ATTORNEY'S EYES ONLY

EXHIBIT 8
PAGE 55

TP 0009

EX 316-0002























CONFIDENTIAL - ATTORNEY'S EYES ONLY

EXHIBIT ___8___   TP 0011

PAGE ___56___

EX 316-0003

# EXHIBIT 9