

HCA 2152/2002

IN THE HIGH COURT OF THE

HONG KONG SPECIAL ADMINISTRATIVE REGION

COURT OF FIRST INSTANCE

CIVIL ACTION NO. 2152 OF 2002

BETWEEN

| | | |
|---|---|---|
| ABC INTERNATIONAL TRADERS, INC. doing business as MGA ENTERTAINMENT | | Plaintiff |
| and | | |
| (1) TOYS & TRENDS (HONG KONG) LIMITED | | |
| (2) CITYWORLD LIMITED | | |
| (3) JURG WILLI KESSELRING | | Defendants |

This is the exhibit marked "LSC-3" referred to in the Affirmation of Lee Shiu Cheung dated the 18th day of June 2002.

| Description of document | Date | No. of pages |
|---|---|---|
| Copies of 17 initial concept and Design drawings of the BRATZ Dolls made by Mr. Bryant in the year 2000 | divers | 17 |

Before me,

*Chan Yiu Chee*

Solicitor, HKSAR

Chan Yiu Chee
Solicitor, Hong Kong SAR
C.L. Chow & Macksion Chan, Solicitors

DEPOSITION EXHIBIT 10

M 0001489A

9
57

EX 10-0001



All Rights Assigned to ABC International Traders d/b/a MGA Entertainment.

Isaac Larian, CEO

JUNE 2000
Contract date: 9/18/2000

EXHIBIT 9
PAGE 58

M 0001489

EX 10-0002



8/1998

All Rights Assigned to ABC International Traders d/b/a MGA Entertainment.

Isaac Larian, CEO

Contract date 9/15/00

EXHIBIT 9
PAGE 59

M 0001490

EX 10-0003



All Rights Assigned to ABC International Traders d/b/a MGA Entertainment.

Isaac Larian, CEO

Contract date 9/18/00

EXHIBIT 9
PAGE 60

M 0001491

EX 10-0004



8/1998

All Rights Assigned to ABC International Traders d/b/a MGA Entertainment.

Isaac Larian, CEO

Contract date 9/18/00

EXHIBIT 9
PAGE 61

M 0001492

EX 10-0005



© / 1998

All Rights Assigned to ABC International Traders d/b/a MGA Entertainment.

Isaac Larian, CEO

Contract date 9/15/00

EXHIBIT 9
PAGE 62

M 0001493

EX 10-0006



All Rights Assigned to ABC International Traders d/b/a MGA Entertainment.

Isaac Larian, CEO

Contract date - 9/18/00

EXHIBIT 9
PAGE 63

M 0001494

EX 10-0007



©
8/1998

All Rights Assigned to ABC International Traders d/b/a MGA Entertainment.

Isaac Larian, CEO

Contract date 9/15/00

EXHIBIT 9
PAGE 64

M 0001495
EX 10-0008



8/1998

All Rights Assigned to ABC International Traders d/b/a MGA Entertainment.

Isaac Larian, CEO

Contract date 9/18/00

EXHIBIT 9
PAGE 65

M 0001496

EX 10-0009



8/1998

All Rights Assigned to ABC International Traders d/b/a MGA Entertainment.

Isaac Larian, CEO

Contract date 9/18/00

EXHIBIT 9
PAGE 66

M 0001497

EX 10-0010



(c)

All Rights Assigned to ABC International Traders d/b/a MGA Entertainment.

Isaac Larian, CEO

Contract date 9/15/00

EXHIBIT 9
PAGE 67

M 0001498

EX 10-0011



All Rights Assigned to ABC International Traders d/b/a MGA Entertainment.

Isaac Larian, CEO

Contract date: 9/18/00

EXHIBIT 9
PAGE 68

M 0001499

EX 10-0012



All Rights Assigned to ABC International Traders d/b/a MGA Entertainment.

Isaac Larian, CEO



EXHIBIT 9
PAGE 69
M 0001500
EX 10-0013



All Rights Assigned to ABC International Traders d/b/a MGA Entertainment.

Isaac Larian, CEO

Contract date. 9/18/00

EXHIBIT 9
PAGE 70

M 0001501

EX 10-0014



DOLL PIECE COUNT*

LONG TEE

SHORT TEE

JEANS

SKIRT

HAIRSTYLE #1

SNEAKERS

MARY JANES

HAIRSTYLE #2

TOTAL PIECES*
- LONG SLEEVED TEE SHIRT
- CUFFED "JEANS"
- SHORT SLEEVED TEE SHIRT
- SKIRT
- POP-ON/OFF SNEAKERS
- POP-ON/OFF MARY JANES
- BACKPACK
- LONG HAIRSTYLE "WIG" (POP-ON/OFF)
- SHORT HAIRSTYLE "WIG" (POP-ON/OFF)
- DOLL BODY/HEAD

* DESIGN SUBJECT TO CHANGE

DRAWINGS NOT TO ACTUAL SIZE

M 0001502

EXHIBIT 9
PAGE 71

EX 10-0015



BODY

NOT ACTUAL SIZE

ACTUAL DOLL HEIGHT (WITH HEAD) APPX. 9½" - 10"

M 0001503

EXHIBIT 9
PAGE 72

EX 10-0016



To give Zoe a whole new look for night, change her short dark brown hairstyle to her long blonde hairdo (included), change her pants to a skirt (also included) and change her sneakers to platform sandals (you get those too!)

M 0001504

EXHIBIT 9
73

EX 10-0017



M 0001505

EXHIBIT 9
PAGE 74

EX 10-0018