QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>              Plaintiff,<br><br>       vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>              Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Hon. David O. Carter<br><br>[PUBLIC REDACTED] DECLARATION OF SCOTT L. WATSON IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO THE MGA DEFENDANTS' MOTION TO VACATE RECALL PROVISIONS OF INJUNCTION, OR, IN THE ALTERNATIVE TO CLARIFY AND/OR MODIFY SUCH RECALL PROVISIONS; MOTION TO CLARIFY AND/OR LIMIT MONITOR'S AUTHORITY AS AN ADJUDICATIVE OFFICER OF THE COURT<br><br>**Phase 2:**<br>Discovery Cut-off:   June 1, 2009<br>Pre-trial Conference: TBD<br>Trial Date:                TBD |

## DECLARATION OF SCOTT L. WATSON

I, Scott L. Watson, declare as follows:

1. I am a member of the bar of the State of California, admitted to practice in the Central District of California and elsewhere, and a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Final Verdict Form as Given, dated July 17, 2008.

3. Attached hereto as Exhibit 2 is a true and correct copy of the Phase B Verdict Form as Given, dated August 26, 2008.

4. Attached hereto as Exhibit 3 is a true and correct copy of the Court's Omnibus Order, dated December 3, 2008.

5. Attached hereto as Exhibit 4 is a true and correct copy of the Court's Order Granting Mattel's Motion for Permanent Injunction, dated December 3, 2008. Mattel has not attached the exhibits to this Order here, which are over 1,000 pages.

6. Attached hereto as Exhibit 5 is a true and correct copy of the Court's Order Granting Mattel's Motion for Declaratory Judgment, dated December 3, 2008.

7. Attached hereto as Exhibit 6 is a true and correct copy of the Court's Order Granting Mattel's Motion for Constructive Trust and for Finding Liability and Injunctive Relief Pursuant to Cal. Bus. & Prof. Code Section 17200, dated December 3, 2008.

8. Attached hereto as Exhibit 7 is a true and correct copy of the Court's Order, dated April 25, 2008.

9. Attached hereto as Exhibit 8 is a true and correct copy of the Court's Order, dated August 31, 2009.

1  10. Attached hereto as Exhibit 9 is a true and correct copy of the
2 Phase 2 Discovery Matter No. 33, dated May 18, 2009.
3  11. Attached hereto as Exhibit 10 is a true and correct copy of the
4 Ninth Circuit Order, dated June 10, 2009.
5  12. Attached hereto as Exhibit 11 is a true and correct copy of
6 Appellant's Emergency Motion for Stay Pending Appeal or Permanent Injunction,
7 dated May 26, 2009.
8  13. Attached hereto as Exhibit 12 is a true and correct copy of the
9 Court's Order, dated May 21, 2009.
10  14. Attached hereto as Exhibit 13 is a true and correct copy of the
11 MGA Parties' *Ex Parte* Application and Motion for Stay Pending Appeal, dated
12 May 8, 2009.
13  15. Attached hereto as Exhibit 14 is a true and correct copy of the
14 MGA Parties' Reply in Support of Motion for Reconsideration of Order No. 42
15 Regarding In Camera Review of Documents Protected by Attorney Client Privilege,
16 dated September 4, 2009.
17  16. Attached hereto as Exhibit 15 is a true and correct copy of
18 Mattel, Inc.'s Opposition to the MGA Parties' Motion for Reconsideration of Order
19 No. 42, dated August 27, 2009.
20  17. Attached hereto as Exhibit 16 is a true and correct copy of the
21 MGA Parties' Notice of Appeal to the United States Court of Appeal for the Ninth
22 Circuit, dated May 4, 2009.
23  18. Attached hereto as Exhibit 17 is a true and correct copy of the
24 MGA Parties' Supplemental Memorandum in Support of Motion for
25 Reconsideration of Order No. 42 Regarding In Camera Review of Documents
26 Protected by Attorney Client Privilege, dated August 18, 2009.
27  19. Attached hereto as Exhibit 18 is a true and correct copy of the
28 Phase 2 Discovery Matter Order No. 42, dated July 29, 2009.

20. Attached hereto as Exhibit 19 is a true and correct copy of Mattel, Inc.'s Motion for Order Compelling Production of Communications Made in Furtherance of Crimes and Frauds, dated March 13, 2009.

21. Attached hereto as Exhibit 20 is a true and correct copy of Court's Order, dated April 27, 2009.

22. Attached hereto as Exhibit 21 is a true and correct copy of MGA Parties' Corrections to the Opposition to Mattel, Inc.'s *Ex Parte* Application for Appointment of a Receiver, dated  December 31, 2008.

23. Attached hereto as Exhibit 22 is a true and correct copy of the Declaration of Brian Wing in Support of the MGA Parties' Request for a Stay, dated December 11, 2008.

24. Attached hereto as Exhibit 23 is a true and correct copy of the Courts Order, dated December 30, 2008.

25. Attached hereto as Exhibit 24 is a true and correct copy of the Appellants' Emergency Motion For Stay Pending Appeal, dated December 19, 2008.

26. Attached hereto as Exhibit 25 is a true and correct copy of the MGA Parties' *Ex Parte* Application and Motion for Stay Pending Appeal, dated December 11, 2008.

27. Attached hereto as Exhibit 26 is a true and correct copy of the Ninth Circuit Order, dated January 12, 2009.

28. Attached hereto as Exhibit 27 is a true and correct copy of First Report of Monitor, dated June 10, 2009.

29. Attached hereto as Exhibit 28 is a true and correct copy of Second Interim Report of Monitor, dated July 31, 2009.

30. Attached hereto as Exhibit 29 is a true and correct copy of Third Interim Report of Monitor, dated August 20, 2009.

31. Attached hereto as Exhibit 30 is a true and correct copy of Fourth Interim Report of Monitor, dated September 30, 2009.

32. Attached hereto as Exhibit 31 is a true and correct copy of the letter from Annette Hurst to Robert C. O'Brien, dated August 3, 2009.

33. Attached hereto as Exhibit 32 is a true and correct copy of the Fifth Interim Report of the Monitor, dated October 27, 2009.

34. Attached hereto as Exhibit 33 is a true and correct copy of the *In Camera* Report of Forensic Auditor Ronald L. Durkin, dated April 23, 2009.

35. Attached hereto as Exhibit 34 is a true and correct copy of Mattel, Inc.'s Brief In Support Of Appointment Of A Permanent Receiver, dated May 14, 2009.

36. Attached hereto as Exhibit 35 is a true and correct copy of Mattel's Memorandum Regarding The MGA/Omni 808 Transactions, dated May 14, 2009.

37. Attached hereto as Exhibit 36 is a true and correct copy of Omni 808 Investor's, LLC's Memorandum In Support Of Its Request To Strike Summary And Responsive Reports Of Ronald L. Durkin, June 8, 2009.

38. Attached hereto as Exhibit 37 is a true and correct copy of the Court's July 9, 2009 Omnibus Order.

39. Attached hereto as Exhibit 38 is a true and correct copy of the October 9, 2009 letter from Monitor's counsel to MGA's counsel.

40. Attached hereto as Exhibit 39 is a true and correct copy of the October 2002 e-mail chain between Larian and O'Connor, as produced by MGA and Bates numbered MGA2 0070266-70.

41. Attached hereto as Exhibit 40 is a true and correct copy of the transcript of the September 22, 2009 *In Chambers* Hearing in this matter.

42. Attached hereto as Exhibit 41 is a true and correct copy of the transcript of the August 15, 2008 *In Chambers* Hearing in this matter.

1    43.    Attached hereto as Exhibit 42 is a true and correct copy of
2 Mattel's Combined Answering Brief on Appeal and Opening Brief Of Cross-
3 Appeal, dated August 10, 2009.
4    44.    Attached hereto as Exhibit 43 is a true and correct copy of
5 Mattel's Motion For Limited Remand Of Cross-Appeal, dated October 13, 2009.
6    45.    Attached hereto as Exhibit 44 is a true and correct copy of trial
7 exhibit excerpt 5-39-42.
8    46.    Attached hereto as Exhibit 45 is a true and correct copy of trial
9 exhibit excerpt 4623-2-4.
10   47.    Attached hereto as Exhibit 46 is a true and correct copy of trial
11 exhibit 10756.
12   48.    Attached hereto as Exhibit 47 is a true and correct copy of trial
13 exhibit excerpt 1155-C-027.
14   49.    Attached hereto as Exhibit 48 is a true and correct copy of trial
15 exhibit excerpt 1155-C-01-13.
16   50.    Attached hereto as Exhibit 49 is a true and correct copy of trial
17 exhibit 4507.
18   51.    Attached hereto as Exhibit 50 is a true and correct copy of trial
19 exhibit 4942.
20   52.    Attached hereto as Exhibit 51 is a true and correct copy of trial
21 exhibit excerpt 1932-004.
22   53.    Attached hereto as Exhibit 52 is a true and correct copy of trial
23 exhibit excerpt 947.
24   54.    Attached hereto as Exhibit 53 is a true and correct copy of trial
25 exhibit 4941.
26   55.    Attached hereto as Exhibit 54 is a true and correct copy of trial
27 exhibit 6000.
28

00505.07975/3177764.1

DECLARATION OF SCOTT L. WATSON

56. Attached hereto as Exhibit 55 is a true and correct copy of trial exhibit 500.

57. Attached hereto as Exhibit 56 is a true and correct copy of trial exhibit 1.

58. Attached hereto as Exhibit 57 is a true and correct copy of trial exhibit 13383.

59. Attached hereto as Exhibit 58 is a true and correct copy of trial exhibit 13621.

60. Attached hereto as Exhibit 59 is a true and correct copy of trial exhibit 1328.

61. Attached hereto as Exhibit 60 is a true and correct copy of relevant excerpts from the Phase 1 trial transcript from this matter dated June 18, 2009, morning session.

62. Attached hereto as Exhibit 61 is a true and correct copy of the Court's July 2, 2007 Omnibus Order.

63. Attached hereto as Exhibit 62 is a true and correct copy of the Notice of Lodging of Bratz Products in Support of Mattel Inc.'s Motion for a Permanent Injunction, dated October 14, 2008.

64. Attached hereto as Exhibit 63 is a true and correct copy of the Notice of Lodging of Bratz Products in Support of Mattel Inc.'s Motion for a Permanent Injunction, dated October 23, 2008.

65. Attached hereto as Exhibit 64 is a true and correct copy of the Court's Final Jury Instructions from the Phase 1(a) trial in this matter.

66. Attached hereto as Exhibit 65 is a true and correct copy of relevant excerpts from the Phase 1 trial transcript from this matter dated June 17, 2008, morning session.

67. Attached hereto as Exhibit 66 is a true and correct copy of relevant excerpts from the Phase 1 trial transcript from this matter dated June 18, 2008, afternoon session.

68. Exhibit 67 is intentionally left blank.

69. Attached hereto as Exhibit 68 is a true and correct copy of relevant excerpts from the Phase 1 trial transcript from this matter dated June 12, 2008, morning session.

70. Attached hereto as Exhibit 69 is a true and correct copy of relevant excerpts from the Phase 1 trial transcript from this matter dated June 12, 2008, afternoon session.

71. Attached hereto as Exhibit 70 is a true and correct copy of relevant excerpts from the Phase 1 trial transcript from this matter dated June 13, 2008, afternoon session.

72. Attached hereto as Exhibit 71 is a true and correct copy of relevant excerpts from the Phase 1 trial transcript from this matter dated June 24, 2008, afternoon session.

73. Attached hereto as Exhibit 72 is a true and correct copy of relevant excerpts from the Phase 1 trial transcript from this matter dated June 20, 2008, afternoon session.

74. Attached hereto as Exhibit 73 is a true and correct copy of relevant excerpts from the Phase 1 trial transcript from this matter dated June 4, 2008.

75. Attached hereto as Exhibit 74 is a true and correct copy of the Court's Order dated September 22, 2009.

76. Attached hereto as Exhibit 75 is a true and correct copy of MGA's Opposition To Mattel's Motion For Permanent Injunction, dated October 13, 2008.

77. Attached hereto as Exhibit 76 is a true and correct copy of printed material from the following websites, printed October 28, 2009: http://www.merriam-webster.com/dictionary/procure and http://www.merriam-webster.com/dictionary/withdraw.

78. Attached hereto as Exhibit 77 is a true and correct copy of the Court's Final Jury Instructions from the Phase 1(b) trial in this matter.

79. Attached hereto as Exhibit 78 is a true and correct copy of relevant excerpts from the December 30, 2008 hearing in this matter.

80. Attached hereto as Exhibit 79 is a true and correct copy of trial exhibit 1327.

81. Attached hereto as Exhibit 80 is a true and correct copy of relevant excerpts from the Phase 1 trial transcript from this matter dated June 17, 2008, afternoon session.

82. Attached hereto as Exhibit 81 is a true and correct copy of relevant excerpts from the Phase 1 trial transcript from this matter dated June 20, 2008, morning session.

83. Attached hereto as Exhibit 82 is a true and correct copy of the MGA Parties' Motion For Reconsideration Of Order No. 42, dated August 11, 2009.

84. Attached hereto as Exhibit 83 is a true and correct copy of the Court's Order, dated January 7, 2009.

85. Attached hereto as Exhibit 84 is a true and correct copy of relevant excerpts from the Phase 1 trial transcript from this matter dated June 17, 2008, afternoon session.

86. Attached hereto as Exhibit 85 is a true and correct copy of relevant excerpts from the Phase 1 trial transcript from this matter dated June 18, 2008, morning session.

87.    Attached hereto as Exhibit 86 is a true and correct copy of relevant excerpts from the transcript of the September 22, 2009 Hearing in this matter.

88.    Attached hereto as Exhibit 87 is a true and correct copy of relevant excerpts from the transcript of the September 25, 2009 Hearing in this matter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration was executed on October 29, 2009 at Los Angeles, California.

/s/ Scott L. Watson
Scott L. Watson