# Exhibit 55

Matter No. 15904-142

UNITED STATES PATENT APPLICATION

For

## DOLL WITH AESTHETIC CHANGEABLE FOOTGEAR

Inventor:   Isaac Larian

OPPENHEIMER

**OPPENHEIMER WOLFF & DONNELLY LLP**
2029 Century Park East, Suite 3800
Los Angeles, California 90067
(310) 788-5000
Fax (310) 788-5100

Attorney Matter No. 15904-142



LA: 333498 v01 02/13/2003

MGA 0825485

55     957

EX 500-0001

# DOLL WITH AESTHETIC CHANGEABLE FOOTGEAR

## FIELD OF THE INVENTION

[0001]   This invention relates to dolls or toy figures with changeable footgear.

## BACKGROUND OF THE INVENTION

[0002]   It has previously been proposed to make dolls with shoes, boots or footgear which may be changed, and patents which relate to such arrangements include the following:

[0003]

| | | |
|---|---|---|
| L. Schmetzer | U.S. Pat. No. 187,322 | Granted February 13, 1877 |
| G. Doebrich | U.S. Pat. No. 831,330 | Granted September 18, 1906 |
| F. Steiff | U.S. Pat. No. 898,018 | Granted September 8, 1908 |
| P.H. Young | U.S. Pat. No. 2,175,789 | Granted October 10, 1939 |
| G.H. Calverley | U.S. Pat. No. 2,662,335 | Granted December 15, 1953 |
| S.F. Speers et al. | U.S. Pat. No. 3,475,042 | Granted October 28, 1969 |
| H.J. Solson et al. | U.S. Pat. No. 3,624,960 | Granted December 7, 1971 |
| Goldfarb et al. | U.S. Pat. No. 3,782,027 | Granted January 1, 1974 |
| Port | U.S. Pat. No. 4,030,240 | Granted June 21, 1977 |
| Lambert | U.S. Pat. No. 4,137,115 | Granted January 30, 1979 |
| Rahmstorf | U.S. Pat. No. 4,185,412 | Granted January 29, 1980 |
| Keiji | U.S. Pat. No. 4,643,691 | Granted February 17, 1987 |
| Schiavo et al. | U.S. Pat. No. 4,729,751 | Granted March 8, 1988 |
| Fogarty et al. | U.S. Pat. No. 1,186,673 | Granted February 16, 1993 |
| Larson | U.S. Pat. No. 5,588,895 | Granted December 31, 1996 |
| Kulchyski | U.S. Pat. No. 5,803,787 | Granted September 8, 1998 |
| Toft | U.S. Pat. No. 6,179,685 | Granted January 30, 2001 |
| Asmussen et al. | U.S. Pat. No. 6,203,396 | Granted March 20, 2001 |

[0004]   In reviewing these patents, the appearance of the resultant dolls or figures is relatively "clunky" and not aesthetically pleasing.

## SUMMARY OF THE INVENTION

[0005]   In accordance with the present invention a more aesthetically pleasing and elegant doll with changeable footgear, includes open work shoes with exposed portions of the feet matching the color and texture of the exposed legs; and straps of the shoes extend around the lower legs at the separation point where the removable foot/shoe assemblies mate with the lower leg. With this configuration, the straps of the shoes conceal the joint between the leg and the foot/shoe assembly, resulting in a more realistic and elegant doll construction.

-1-

55   MGA 0825486
EX 500-0002

Matter No. 15904-142

[0006]   Additional features which may be included would involve the use of colored shoes and shoe straps which contrast sharply with the exposed skin areas of the foot; and snap-in mechanical arrangements for assembling the shoe/foot assemblies to the legs of the doll.

[0007]   Other objects, features and advantages will become apparent from a consideration of the following detailed description, and from the accompanying drawings.

BRIEF DESCRIPTION OF THE DRAWINGS

[0008]   Fig. 1 shows a doll provided with changeable shoes or footgear, illustrating the principles of the invention;

[0009]   Fig. 2 is an enlarged cross-sectional view taken along the plane indicated at 2-2 of Fig. 1; and

[0010]   Figs. 3 – 5 illustrate alternative shoes or foot/shoe assemblies shown mounted on one leg of the doll of Fig. 1.

DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

[0011]   While the specification describes particular embodiments of the present invention, those of ordinary skill can devise variations of the present invention without departing from the inventive concepts.

[0012]   Referring more particularly to the drawings, Fig. 1 shows a doll 12 formed of known materials employed for dolls, such as resilient plastic material.  The doll 12 has lower legs 14, 16 and foot and shoe assemblies 18, 20 for mounting on the lower legs 14, 16, respectively.

[0013]   Fig. 2 is an enlarged cross-sectional view taken in the plane indicated at 2 – 2 in Fig. 1.

[0014]   In order to removably secure the shoe and foot assemblies 18, 20 to the legs 14, 16, the leg 14 has an enlarged protuberance 22 which snaps into a recess 24 in the assembly 18; and similarly, as shown in Fig. 2, the leg 16 has an enlarged protuberance 26 which locks into a recess 28 in the shoe and foot assembly 20.

2

MGA 0825487

55        95  EX 500-0003

Matter No. 15904-142

[0015]   It is desirable that the separation points 30 and 32 be concealed or made less noticeable, to provide a more realistic appearance.  This is accomplished by providing the shoes with the appearance of a strap 34 on assembly 18, and strap 36 on assembly 20.  With the upper edge of the simulated strap enlargements 34, 36 coincident with the separation points 30, 32, the separation points are not conspicuous.

[0016]   This effect is enhanced by the exposed skin areas 42 on assembly 18 and 44 on assembly 20.  Further, the color and texture of the lower legs 14, 16 are substantially the same as the color and texture of the exposed feet areas 42 and 44.

[0017]   Figs. 3, 4 and 5 illustrate typical alternative shoe styles which may be employed with the doll 12 of Fig. 1.  Thus, a shoe/foot assembly may be selected of a color to match the color of a dress to be worn by the doll, or may be selected for special activities such as beach wear or formal occasions.

[0018]   In Fig. 3 the leg 52, separation point 54, and upper strap 56 on the foot/shoe assembly 58, are shown.  In addition, the skin area 60 of the foot/shoe assembly 58 is substantially the same as that of the leg 52.

[0019]   Fig. 4 shows another alternative shoe/foot configuration 64 mounted on the leg 66 at separation point 68.  As in the arrangements of Figs. 1 – 3, the simulated strap 70 conceals the separation point 68, and the skin area 72 of the foot matches that of the lower leg 66.

[0020]   Fig. 5 is a similar showing of a shoe/foot assembly 76 mounted on the lower leg 78 of the doll at separation point 80.  The simulated strap 82 serves to camouflage the separation point.  In Fig. 5 the shoe is shown darkened to emphasize that different colored shoes may be employed, and that it is desirable that the shoe color contrast sharply with the skin color for more effective concealment or camouflaging of the separation point.  For specific examples, the shoe colors may be blue, green, red, black or some combination thereof.

[0021]   Return to Fig. 2 of the drawings, it may be noted that the protuberance 26 has a larger cross-sectional configuration than the mouth 27 of the opening 28.  Accordingly, with both the doll legs 16, 18 and the foot/shoe assemblies 18 and 20 being of resilient

3.

MGA 0825488

55      960      EX 500-0004

material, the protuberance 26 may be snapped through the mouth 27 of the opening 28, and thereafter the shoe/foot assemblies are firmly held onto the legs 14, 16 of the doll.

[0022]   In the foregoing detailed description, specific embodiments of the invention have been described.  However, it is to be understood that various changes and modifications may be made without departing from the spirit and scope of the invention.  Thus, by way of example and not of limitation instead of having the protuberance 26 on the leg 16 and the recess 28 on the shoe/foot assemblies, this configuration may be reversed, with the protuberance on the shoe/foot assembly, and the recess on the doll legs.  Further, instead of a single protuberance and mating recess, other snap-together arrangements may be employed, using more than one protuberance/recess, or a snap-in ring and mating ring shaped recess could be used.  It is also noted that, instead of using resilient plastic for the doll, stiffer plastic could be employed, and the foot/shoe assemblies may be attached using a simple concealed mechanical latch.  Accordingly, the invention is not limited to the exact embodiments described hereinabove and shown in the drawings.

4

55    961

MGA 0825489

EX 500-0005

Matter No. 15904-142

**WE CLAIM:**

1.   A doll with changeable footgear comprising:

a torso having a body and legs, said legs having a predetermined skin color and texture;

a pair of foot/shoe assemblies, each including an open shoe with straps, with the shoe being open to expose at least part of the foot, the foot having substantially the same predetermined skin color and texture;

each said assembly being removable secured to one of said legs at the lower leg or ankle of said doll at a separation point;

each said assembly and lower legs having a snap-together joint with a protuberance on one part and a mating recess on the other part; and

a simulated strap forming part of said shoe extending around said assembly at said separation point.

2.   A doll as defined in claim 1 wherein the shoe portion of the foot/shoe assembly is colored to contrast sharply with the exposed skin areas of the foot.

3.   A doll with changeable footgear as defined in claim 1 further including a plurality of different sets of shoes of different styles for selectively mounting on said legs.

4.   A doll as defined in claim 1 wherein said doll and said foot/shoe assemblies are formed of resilient plastic material.

5.   A doll with changeable footgear comprising:

a torso having a body and legs, said legs having a predetermined color;

a pair of foot/shoe assemblies, each including an open shoe with straps, with the shoe being open to expose at least part of the foot, the foot having substantially the same predetermined color;

each said assembly being removable secured to one of said legs at the lower leg or ankle of said doll at a separation point;

5

MGA 0825490

55   962

EX 500-0006

Matter No. 15904–142

each said assembly and lower legs having a joint for releasably securing the foot/shoe assemblies to the legs; and

a simulated strap forming part of said shoe extending around said assembly at said separation point.

6.   A doll as defined in claim 5 wherein the shoe portion of the foot/shoe assembly is colored to contrast sharply with the exposed skin areas of the foot.

7.   A doll with changeable footgear as defined in claim 5 further including a plurality of different sets of shoes of different styles for selectively mounting on said legs.

8.   A doll as defined in claim 5 wherein said doll and said foot/shoe assemblies are formed of resilient plastic material.

9.   A doll with changeable footgear comprising:

a torso having a body and legs, said legs having a predetermined color;

a pair of foot/shoe assemblies, each including an open shoe with straps, with the shoe being open to expose at least part of the foot, the foot having substantially the same predetermined color;

each said assembly being removable secured to one of said legs at the lower leg or ankle of said doll at a separation point;

each said assembly and lower legs having a snap-together joint; and

a simulated strap forming part of said shoe extending around said assembly at said separation point.

10.   A doll as defined in claim 9 wherein the shoe portion of the foot/shoe assembly is colored to contrast sharply with the exposed skin areas of the foot.

11.   A doll with changeable footgear as defined in claim 9 further including a plurality of different sets of shoes of different styles for selectively mounting on said legs.

12.   A doll as defined in claim 9 wherein said doll and said foot/shoe assemblies are formed of resilient plastic material.

6

MGA 0825491

55   963   EX 500-0007

Matter No. 15904-142

13. A doll with changeable footgear comprising:

a torso having a body and legs;

a pair of foot/shoe assemblies, each including an open shoe with straps, with the shoe being open to expose at least part of the foot;

each said assembly being removable secured to one of said legs at the lower leg or ankle of said doll at a separation point;

each said assembly and lower legs having a joint for releasably securing the foot/shoe assemblies to the legs; and

a simulated strap forming part of said shoe extending around said assembly at said separation point.

14. A doll as defined in claim 13 wherein the shoe portion of the foot/shoe assembly is colored to contrast sharply with the exposed skin areas of the foot.

15. A doll with changeable footgear as defined in claim 13 further including a plurality of different sets of shoes of different styles for selectively mounting on said legs.

16. A doll as defined in claim 13 wherein said doll and said foot/shoe assemblies are formed of resilient plastic material.

17. A doll as defined in claim 13 wherein said exposed parts of the feet have substantially the same color as said legs.

7

MGA 0825492

55    964  EX 500-0008

Matter No. 15904-142

## Doll With Aesthetic Changeable Footgear

ABSTRACT OF THE DISCLOSURE

A doll with changeable footgear includes a torso with legs, and a pair of foot/shoe assemblies mounted on the legs at separation points; and each foot shoe assembly has exposed skin of a color and texture substantially matching the skin of the legs, and the simulated shoes include simulated straps extending around the foot/shoe assembly immediately adjacent the separation point on each leg. Each foot/shoe assembly may be mounted on one of the doll legs, employing a protuberance on one part and a recess on the other part, with a snap-in locking fit between the two parts. The simulated shoes may be of a sharply contrasting color relative to the skin color.

MGA 0825493

55       965

EX 500-0009

1/2



FIG. 1

FIG. 2

EXHIBIT 55 PAGE 966

MGA 0825494

EX 500-0010

2/2



FIG. 3

FIG. 4

FIG. 5

MGA 0825495
967   EX 500-0011

# Exhibit 56



ATTORNEY'S EYES
ONLY

BRYANT 00262



EXHIBIT __56__
PAGE __968__

EX 1-0001

# Bratz!

Meet the Bratz! The Totally Transformable Teenage dolls! They're four best friends from high school who love to trade clothes, shoes and hairdos! They come to school with a new look every day!

By simply popping off the hairstyle and shoes, and exchanging them for one of their other hairstyles and pairs of shoes, or a friend's hairstyle and shoes, you can create a whole new look! Complete the look by changing their pants or skirts for one of their additional garments!

Each doll comes dressed in a trendy, hip outfit, with one or two additional pieces, such as an additional skirt or t- shirt (for mix and matching.) Each doll also comes with two great hairstyles, 2 great pairs of shoes, and a cool backpack.

ATTORNEY'S EYES ONLY

BRYANT 00263

EXHIBIT __56__
PAGE __969__

EX 1-0002



**Meet Zoe!**

She's the queen of cool at school with her short dark brown hair and funky stompin' sneaks. Hiphugger jeans, short tee shirt, and glittery vinyl backpack complete her daytime look.

ATTORNEY'S EYES ONLY

BRYANT 00264

EXHIBIT 56
PAGE 970

EX 1-0003



To give Zoe a whole new look for night, change her short dark brown hairstyle to her long blonde hairdo (included), change her pants to a skirt (also included) and change her sneakers to platform sandals (you get those too!)

**ATTORNEY'S EYES ONLY**

BRYANT 00265

EXHIBIT __56__
PAGE __971__

EX 1-0004



Now she has a whole new look for nighttime fun with the rest of the Bratz gang!

ATTORNEY'S EYES ONLY

BRYANT 00266

EXHIBIT __56__
PAGE __972__

EX 1-0005



**Meet Lupe!**

She's the princess of pretty in her casual wear of tank top and wide leg khakis. Cute sweatshirt, silvery tennies, a fun red updo and fresh backpack give her a great look for school!

ATTORNEY'S EYES ONLY

BRYANT 00267

EXHIBIT __56__
PAGE __973__

EX 1-0006



For partytime, change her into a short skirt, braids and silver stompers!

ATTORNEY'S EYES ONLY

BRYANT 00268

EXHIBIT __56__
PAGE __974__

EX 1-0007



## Meet Hallidae!

She's got the beat! Ultra trendy street wear 'n' braids for hittin' the books. Jean skirt, boots and knit cap, not to mention a funky bookpack (check out the logos!) give Hallidae a look that is all that!

**ATTORNEY'S EYES ONLY**

BRYANT 00269

EXHIBIT __56__
PAGE __975__

EX 1-0008



On date night, it's a sassy short dress, platforms, and a totally new 'do!

ATTORNEY'S EYES
ONLY

BRYANT 00270

EXHIBIT __56__
PAGE __976__

EX 1-0009



**Meet Jade!**

Jade loves far-out fashion! Mary Jones and a baby doll are just perfect for study hall! Twisty hairdo, fringe-y jacket and a sweeter than sweet backpack and Jade is ready for serious school house rock!

ATTORNEY'S EYES ONLY

BRYANT 00271

EXHIBIT __56__
PAGE __977__

EX 1-0010



For weekend nights hangin' with the Bratz, it's a sweet dragon logo tee, with ruffly skirt and those boots, she's as cool as can be!

ATTORNEY'S EYES
ONLY

BRYANT 00272

EXHIBIT _56_
PAGE _978_

EX 1-0011

# Exhibit 57

ATTORNEYS' EYES ONLY

*To: Gary S.*



Corporate Office:

16730 Schoenborn Street
North Hills, CA 91343
Phone: 818/894-2525
Fax:    818/894-1267

**Fax To:**   Patty Glaser                    **Date:** July 3, 2001
              Christensen, Miller et al.

**Fax #:**    (310) 557-9815

**From:**     Victoria O'Connor               **# of Pages:** 7
                                              (Including cover)

**Re:**       CARTER BRYANT

---

### CONFIDENTIAL - ATTORNEY/CLIENT PRIVILEGE

Isaac asked that I fax you our contract with Carter Bryant (see attached).

CG 0018.1

EXHIBIT **57** PAGE **979**

EX 13383-0001

ATTORNEYS' EYES ONLY

*Final*

**MGA ENTERTAINMENT**
16730 Schoenborn Street
North Hills, California  91343

Mr. Carter Bryant
1319 West 160th Street
Gardena, California 90247

Dear Mr. Bryant:

Set forth below are the terms and conditions upon which we (hereinafter "MGA") are retaining you ("Bryant") to consult and advise MGA in the design and development of certain products which MGA wishes to manufacture and distribute (hereinafter our agreement is sometimes referred to as the "MGA Consulting Agreement"). The parties' agreement is as follows:

1.    **Retention as Consultant/Services:** MGA retains Bryant to provide his services to consult with MGA and advise MGA on the design and development by MGA of a line of dolls presently known as "Bratz" (the "MGA Products"). Bryant will render his services at such locations and times as may be reasonably be designated by MGA. It is understood and agreed that Bryant shall provide his services on a "top priority" basis as his services pertain to other clients of Bryant. In addition, Bryant and all other Bryant staff will take direction from and be under the supervision of such person(s) as may be reasonably designated by MGA from time to time upon notice to Bryant. It is understood and agreed that, subject to MGA's prior written consent, Bryant may retain third party contractors ("Contractors") to assist at his direction in the services to be rendered hereunder. Such third parties shall be compensated in a manner ("Contractor Fees") to be determined between Bryant and such third parties and shall be subject to the terms of this Agreement, including without limitation, paragraphs 3, 4, and 7, below. Bryant shall enter into agreements with all Contractors on a form approved by MGA as conforming to the terms of this Agreement and confirming MGA's ownership of all results and proceeds of the services provided by any such Contractors; such form is attached a Exhibit "A" to this Agreement, and is incorporated herein by reference.

2.    **Term/Exclusivity:** The Term shall commence on the date of this Agreement. MGA shall have the right to terminate this Agreement on not less than forty-five (45) days prior written notice to Bryant. During the Term of this Agreement, Bryant will not provide consulting services to any person, firm or corporation engaged in the design, development and manufacture and sale of dolls or similar products.

3.    **Ownership:**

(a)    All results and proceeds of the services provided by Bryant hereunder and any Contractor, including without limitation, any inventions, and any documentation related thereto, and any other material, whether written or oral (collectively, the "Bryant Work Product") shall be considered "work made for hire" and shall be owned exclusively, throughout the world, and in perpetuity by MGA (including all copyrights and patents therein and thereto, and all renewals and extensions thereof). MGA shall have the sole and exclusive right to use the Bryant Work Product, in whole or in part, in whatever manner MGA may desire, including without limitation, the right to cut, edit, revise, alter and/or otherwise modify the Bryant Work Product and the results of Bryant's services hereunder and the Contractors' services, and to freely use, perform, distribute, exhibit and exploit such materials and license others to do so in any and all media now known or hereafter devised. MGA shall have the sole and exclusive right to copyright or patent the Bryant Work Product in MGA's name, as the owner and author thereof, and to secure any and all registrations, renewals and extensions of such copyrights and

{00006662.DOC/2 / 10/04/2000  03:05 PM}

1.

CG 0019

EXHIBIT **57** PAGE *980*     EX 13383-0002

ATTORNEYS' EYES ONLY

patents in MGA's name or Bryant's name or the Contractors' names, as permitted pursuant to applicable statute. Bryant expressly waives, and shall cause all Contractors to waive, any "moral rights" (as such term is commonly understood around the world) in and to the Bryant Work Product prepared by Bryant and/or the Contractors pursuant to the Agreement. Bryant shall, upon request, execute, acknowledge and deliver, and shall cause each Contractor to execute, acknowledge and deliver, to MGA such additional documents as MGA may deem necessary to evidence and effectuate MGA's rights hereunder, and Bryant hereby grants to MGA the right as Bryant's attorney-in-fact to execute, acknowledge, deliver and record in the U.S. Copyright Office, the U.S. Patent Office or elsewhere any and all such documents. If, whether by statutory amendment to the U.S. Copyright and/or Patent Laws, or a decision by a court of competent jurisdiction interpreting such laws, MGA shall not be deemed to be the author or owner of the Bryant Work Product, this Agreement and each agreement with a Contractor shall, nevertheless, constitute an irrevocable assignment by Bryant and each Contractor, as applicable, to MGA of any and all of Bryant's and each Contractors' right, title and interest, including copyright and patent (and all renewals and extensions thereof), in and to the Bryant Work Product. Bryant acknowledges and agrees, and shall cause each Contractor to acknowledge and agree, that he and they have no interest in and shall not, by virtue of this Agreement or any services rendered by Bryant and/or each Contractor to MGA acquire any interest in the MGA Products and that ˙MGA may exploit the MGA Products and any derivative works thereto, without obligation to Bryant and/or the Contractors, except as provided in Paragraph 4, below.

(b)   . Without limiting the generality of the provisions of Paragraph 3(a), above, with respect only to any Inventions, and any documentation related thereto, and any other material, whether written or oral, created by or for Bryant relating to the MGA Products prior to the commencement of the term of this Agreement, for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged by Bryant, Bryant hereby irrevocably grants, conveys, transfers, sets over and assigns to MGA in perpetuity all of Bryant's right, title and interest, in an to the such material, including, without limiting the generality of the foregoing, all rights under copyright and patent (and all renewals and extensions thereof) including the right to produce and authorize the production of any and all derivative works, and all proprietary rights of any kind therein, now known or hereafter created throughout the world. MGA shall have the sole and exclusive right to use such material, in whole or in part, in whatever manner MGA may desire, including without limitation, the right to cut, edit, revise, alter and/or otherwise · modify such materials and to freely use, perform, distribute, exhibit and exploit such materials and license others to do so in any and all media now known or hereafter devised or refrain from doing so as MGA may determine. Bryant expressly waives any "moral rights" (as such term is commonly understood around the world) in and to such materials.

4.    Compensation/Costs:

(a)    For the first six (6) months of the Term of this Agreement, MGA shall pay Bryant for his services at the rate of five thousand five hundred dollars ($5,500.00) per month; for the next three (3) months of the Term, MGA shall pay Bryant for his services at the rate of five thousand dollars ($5,000.00) per month. All sums paid to Bryant as monthly fees shall be deemed to be non-refundable, fully-recoupable advances against any royalties that may be payable to Bryant pursuant to paragraph 4(b), below.

(b)    MGA shall pay to Bryant a royalty of three percent (3%) of the Net Sales Receipts from the sales by MGA of any of the MGA Products developed by MGA on which Bryant provided his consulting services. As used herein, the term "Net Sales Receipts" means all monies actually received by MGA from its customers on sales of MGA Products less (i) any and all excise, sales, value added or comparable or similar taxes; (ii) freight and similar third party handling charges paid or payable by MGA; and (iii) returns, discounts, allowances or credits (inclusive of co-op and trade discounts and allowances). MGA shall account to Bryant on a calendar quarterly basis within thirty (30) days after the ·end of each quarter. All statements of royalties rendered by MGA hereunder shall be conclusive, final,

{00006662.DOC/2 / 10/04/2000  03:05 PM)

2

CG 0020

EXHIBIT 57 PAGE 981   EX 13383-0003

ATTORNEYS' EYES ONLY

and binding on Bryant, shall constitute an account stated, and shall not be subject to any question for any reason whatsoever unless specific written objection, stating the basis thereof, is given by Bryant to MGA within two (2) years after the date rendered. No action, suit, or proceeding of any nature in respect of any royalty statement or other accounting rendered by MGA hereunder may be maintained against MGA unless such action, suit, or proceeding is commenced against MGA in a court of competent jurisdiction within one (1) year after the date of MGA's notice rejecting such objection. Bryant or his representatives shall have the right, not more than once per year and not more than once per statement of royalties, to examine MGA's books and records relating to the sales of such MGA Products, such examination to be conducted during MGA's normal business hours and upon reasonable prior written notice.

(c)     All costs and expenses incurred by Bryant in connection with the performance of his obligations hereunder shall be borne solely by Bryant, except as otherwise agreed and incurred with MGA's prior written consent. In the event MGA requests Bryant to travel to the Orient on MGA's behalf in connection with his services hereunder, MGA will reimburse Bryant for all travel expenses incurred in connection therewith, such as parking, airfare (economy class), auto rental, meals and hotel accommodations. Reimbursement shall be at the actual cost of such item without any mark-up.

(d)     Bryant shall submit invoices to MGA for his monthly fees (and reimbursable expenses, if and as agreed) on a monthly basis. Each invoice shall provide sufficient detail to support the monthly fee charges and hours rendered (and shall include satisfactory copies of bills and/or payments for reimbursable expenses, as applicable). MGA shall pay each such invoice within fifteen (15) days after receipt of such invoice, provided, however, MGA reserves the right to request further explanation or documentation before paying any invoice submitted by Bryant.

(e)     MGA shall use its reasonable business efforts, consistent with its business judgment, to market, promote, distribute, sell and/or exploit the MGA Products and to collect on all monies due from sales. MGA has not made and does not hereby make any representation or warranty with respect to the quantity of sales (if any) of MGA Products embodying the Property which MGA may sell. Bryant recognizes and acknowledges that the sale of MGA Products is speculative and agrees that MGA's judgment and the judgment of its subsidiaries and affiliated companies with regard to the sales of any of its MGA Products and with regard to the marketing, promotion, advertising and exploitation of the MGA Products shall be binding and conclusive upon Bryant. Bryant warrants and agrees that Bryant will not make any claim, nor shall any liability be imposed upon MGA based upon any claim, that more sales could have been made or that better business could have been done than what was actually made or done by MGA or any of MGA's subsidiaries or its affiliated companies, or that better prices or terms could have been obtained.

5.     <u>Warranties and Indemnity</u>: Bryant represents, warrants and agrees that:

(a)     he has the right and is free to execute this Agreement, to grant the rights granted by him to MGA hereunder, and to perform each and every term and provision hereof;

(b)     neither the execution and delivery of this Agreement nor the performance by Bryant of any of his obligations hereunder will constitute a violation, breach or default under any agreement, arrangement or understanding, or any other restriction of any kind, to which Bryant is a party or by which Bryant is bound;

(c)     the Bryant Work Product shall be free of all liens and encumbrances and there will be no claims, demands or actions pending or threatened with respect thereto; and that the Bryant Work Product is original and no part thereof infringes or shall infringe upon any common law or statutory rights or intellectual property rights of any third party including, without limitation, contractual rights,

CG 0021

EXHIBIT 57 PAGE 98   EX 13383-0004

ATTORNEYS' EYES ONLY

patents, copyrights, mask-work rights, trade secrets, rights of privacy and other intellectual property rights;

(d)     he shall comply with all applicable laws and regulations in force during the Term of this Agreement with respect to the services to be rendered hereunder; and

(e)     he shall indemnify and hold MGA harmless from and against any and all claims, losses, costs, judgments, settlements, damages and expenses (including reasonable counsel fees) arising from any breach by him of any of the warranties, representations and agreements made by him hereunder.

6.     **Default/Termination:**

(a)     In the event either Party fails to perform any of its material obligations hereunder, or breaches any representation, warranty or agreement contained herein, the other Party may terminate this Agreement on thirty (30) days prior written notice, provided the breaching Party shall not have remedied such failure within such thirty (30) day period.

(b)     Upon the termination of this Agreement Bryant shall turn over to MGA all materials relating to the MGA Products furnished by MGA to Bryant or shall give MGA satisfactory evidence of their destruction.

7.     **Confidentiality:**

(a)     Bryant shall keep in confidence and not disclose to any third party, without the written permission of MGA, the Confidential Information made known to him under this Agreement.  As used herein, the term "Confidential Information" means information relating to MGA's products (whether current or projected), product titles, customers, employees, tools and techniques, designs, drawings, schematics and other documentation relating thereto and other confidential and proprietary business information of MGA and which is expressly labeled or identified to Bryant in writing as "confidential" or which, under the circumstances of such disclosure, Bryant knows, or reasonably should know, are treated by MGA as confidential.  This requirement of confidentiality shall not apply to any information that is (i) in the public domain through no wrongful act of Bryant; (ii) rightfully received by the Bryant from a third party who is not bound by a restriction of nondisclosure; (iii) already in the Bryant's possession without restriction as to disclosure; or (iv) required to be disclosed by operation of law or by order of a court or administrative body of competent jurisdiction, (provided that prior to such disclosure, MGA shall first receive notice thereof from Bryant and have the opportunity to contest such order or requirement of disclosure or seek appropriate protective order).

(b)     Bryant agrees and acknowledges that all Confidential Information disclosed to him shall be and remain the sole property of MGA. Nothing contained in this Agreement shall be construed as granting to Bryant any right, title or interest of any kind, by license or otherwise, to the Confidential Information disclosed by MGA, the intellectual property therein or any part or copy thereof. Bryant further acknowledges and agrees that nothing contained herein shall be construed as granting Bryant any right to develop, manufacture, produce and/or distribute any product(s) derived from or which otherwise uses any of the Confidential Information disclosed by MGA, or authorize or in any way assist others to do so.  Bryant may not make, sell, license or distribute copies of the Confidential Information disclosed by MGA and may not sublicense, transfer or assign in any manner whatsoever this Agreement or any of Bryant's rights or obligations under this Agreement.

(c)     Bryant acknowledges that his failure to perform any of the terms or conditions of this Agreement shall result in immediate and irreparable damage to MGA.  Bryant also acknowledges that there may be no adequate remedy at law for such failures and that in the event thereof MGA shall be

(00006662.DOC/2 / 10/04/2000  03:05 PM)

4

CG 0022

EXHIBIT **57** PAGE **983**   EX 13383-0005

ATTORNEYS' EYES ONLY

entitled to equitable relief in the nature of injunction and to all other available relief, at law and/or in equity.

8.      **Notices:** All notices, statements and/or payments to be given to the parties hereunder shall be addressed to the parties at the addresses set forth on the first page hereof or at such other address as the parties shall designate in writing from time to time. All notices shall be in writing and shall either be served by personal delivery, mail, or facsimile (if confirmed by mail or personal delivery of the hard copy), all charges prepaid. Except as otherwise provided herein, such notices shall be deemed given when personally delivered, all charges prepaid, or on the date five (5) days following the date of mailing, except that notices of change of address shall be effective only after the actual receipt thereof. Copies of all notices to MGA shall be sent to Fischbach, Perlstein & Lieberman LLP, 1875 Century Park East, Suite 850, Los Angeles, California 90067, Attention: David S. Rosenbaum, Esq. Copies of all notices to Bryant shall be sent to Carter Bryant 1319 West 160th Street, Gardena, California 90247.

9.      **Independent Contractor/No Partnership/Third Party Beneficiary:** Bryant's relationship with MGA is that of an independent contractor. Bryant does not have, and will not represent that he has, any power, right or authority to bind MGA, or to assume or create any obligation or responsibility, express or implied, on behalf of MGA in MGA's name. Nothing stated in the Agreement shall be construed as constituting a partnership or as creating the relationships of employer/employee or principal/agent between the parties. In all matters relating to the Agreement, Bryant shall not act as MGA's employee within the meaning or application of any federal or state unemployment insurance laws, or any other laws or regulations which may impute any obligations or liabilities to MGA by reason of an employment relationship. Bryant will be solely responsible for all taxes, including without limitation, employee and employer, and that he carries all of his own insurance. Neither of the parties hereto shall hold itself out contrary to the terms of this provision by advertising or otherwise. This Agreement shall not be construed to be for the benefit of any third party.

10.     **Services Rendered Deemed Special, etc.:** Bryant acknowledges that the services to be rendered by him hereunder are of a special, unique, extraordinary and intellectual character which gives them peculiar value, the loss of which cannot be adequately compensated for in an action at law and that a breach of any term, condition or covenant hereof will cause irreparable harm and injury to MGA and in addition to any other available relief MGA will be entitled to seek injunctive relief.

11.     **General Provisions:**

        (a)     This Agreement may not be assigned by either Party hereto either voluntarily or by operation of law. Any such assignment shall not relieve such Party of its obligations hereunder.

        (b)     The titles of the paragraphs of this Agreement are for convenience only and shall not in any way affect the interpretation of any paragraph of this Agreement or the Agreement itself.

        (c)     A waiver by either Party of the terms or conditions of this Agreement in any instance shall not be deemed or construed to be a waiver of such terms or conditions for the future or of any subsequent breach thereof. All remedies, rights, undertakings, obligations and agreements contained herein shall be cumulative and none of them shall be in limitation of any other remedy, right, undertaking, obligation or agreement of either Party.

        (d)     Neither Party hereto shall be liable to the other for any incidental, consequential, special or punitive damages of any nature or kind, arising out of in connection with a breach by such Party of this Agreement, whether such liability is asserted on the basis of contract, tort (including negligence or strict liability), or otherwise, even if such Party has been warned of the possibility of any such loss or damage.

{00006662.DOC/2 / 10/04/2000  03:05 PM}

CG 0023

EXHIBIT **57** PAGE _984_   EX 13383-0006

ATTORNEYS' EYES ONLY

(e)     This Agreement shall be construed and interpreted pursuant to the laws of the State of California, applicable to agreements made and to be performed entirely therein, and the parties hereto submit and consent to the jurisdiction of the courts of the State of California, including Federal Courts located therein, should Federal jurisdiction requirements exist, in any action brought to enforce (or otherwise relating to) this contract.

(f)     This Agreement constitutes the entire Agreement between the parties hereto and supersedes all prior agreements, whether written or oral, with respect to the subject matter herein contained.  No provision of this Agreement shall be deemed waived, amended or modified by either Party unless such waiver, amendment or modification shall be in writing and signed by a duly authorized officer of the Party against whom the waiver, amendment or modification is to be enforced.

(g)     Nothing contained in this Agreement shall be construed so as to require the commission of any act contrary to law, and wherever there is any conflict between any provision of this Agreement and any material statute, law, ordinance, order or regulation contrary to which the parties hereto have no legal right to contract, the latter shall prevail, but in such event any provision of this Agreement so affected shall be curtailed and limited only to the extent necessary to bring it within the legal requirements.

Kindly indicate your agreement with the foregoing by signing in the space provided below.

Very truly yours,

MGA ENTERTAINMENT

By: _____

Its: _____

AGREED TO AND ACCEPTED:

_____
CARTER BRYANT

_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_____
Social Security Number

{00008662.DOC/2 / 10/04/2000  03:05 PM}

6

CG 0024

# Exhibit 58

*Kmai*

**MGA ENTERTAINMENT**
**16730 Schoenborn Street**
**North Hills, California 91343**

Dated as of September 18, 2000

Mr. Carter Bryant
1319 West 160th Street
Gardena, California 90247

Dear Mr. Bryant:

Set forth below are the terms and conditions upon which we (hereinafter "MGA") are retaining you ("Bryant") to consult and advise MGA in the design and development of certain products which MGA wishes to manufacture and distribute (hereinafter our agreement is sometimes referred to as the "MGA Consulting Agreement"). The parties' agreement is as follows:

1.   **Retention as Consultant/Services:** MGA retains Bryant to provide his services to consult with MGA and advise MGA on the design and development by MGA of a line of dolls presently known as "Bratz" (the "MGA Products"). Bryant will render his services at such locations and times as may be reasonably be designated by MGA. It is understood and agreed that Bryant shall provide his services on a "top priority" basis as his services pertain to other clients of Bryant. In addition, Bryant and all other Bryant staff will take direction from and be under the supervision of such person(s) as may be reasonably designated by MGA from time to time upon notice to Bryant. It is understood and agreed that, subject to MGA's prior written consent, Bryant may retain third party contractors ("Contractors") to assist at his direction in the services to be rendered hereunder. Such third parties shall be compensated in a manner ("Contractor Fees") to be determined between Bryant and such third parties and shall be subject to the terms of this Agreement, including without limitation, paragraphs 3, 4, and 7, below. Bryant shall enter into agreements with all Contractors on a form approved by MGA as conforming to the terms of this Agreement and confirming MGA's ownership of all results and proceeds of the services provided by any such Contractors; such form is attached a Exhibit "A" to this Agreement, and is incorporated herein by reference.

2.   **Term/Exclusivity:** The Term shall commence on the date of this Agreement. MGA shall have the right to terminate this Agreement on not less than forty-five (45) days prior written notice to Bryant. During the Term of this Agreement, Bryant will not provide consulting services to any person, firm or corporation engaged in the design, development and manufacture and sale of dolls or similar products.

3.   **Ownership:**

(a)   All results and proceeds of the services provided by Bryant hereunder and any Contractor, including without limitation, any inventions, and any documentation related thereto, and any other material, whether written or oral (collectively, the "Bryant Work Product") shall be considered "work made for hire" and shall be owned exclusively, throughout the world, and in perpetuity by MGA (including all copyrights and patents therein and thereto, and all renewals and extensions thereof). MGA shall have the sole and exclusive right to use the Bryant Work Product, in whole or in part, in whatever manner MGA may desire, including without limitation, the right to cut, edit, revise, alter and/or otherwise modify the Bryant Work Product and the results of Bryant's services hereunder and the Contractors' services, and to freely use, perform, distribute, exhibit and exploit such materials and license others to do so in any and all media now known or hereafter devised. MGA shall have the sole and exclusive right to copyright or patent the Bryant Work Product in MGA's name, as the owner and author thereof, and to secure any and all registrations, renewals and extensions of such copyrights and

{00006862.DOC/2 / 10/04/2000 03:05 PM}

1

**ATTORNEY'S EYES ONLY**

MGA000001

EX 13621-0001

*58     986*

patents in MGA's name or Bryant's name or the Contractors' names, as permitted pursuant to applicable statute. Bryant expressly waives, and shall cause all Contractors to waive, any "moral rights" (as such term is commonly understood around the world) in and to the Bryant Work Product prepared by Bryant and/or the Contractors pursuant to the Agreement. Bryant shall, upon request, execute, acknowledge and deliver, and shall cause each Contractor to execute, acknowledge and deliver, to MGA such additional documents as MGA may deem necessary to evidence and effectuate MGA's rights hereunder, and Bryant hereby grants to MGA the right as Bryant's attorney-in-fact to execute, acknowledge, deliver and record in the U.S. Copyright Office, the U.S. Patent Office or elsewhere any and all such documents. If, whether by statutory amendment to the U.S. Copyright and/or Patent Laws, or a decision by a court of competent jurisdiction interpreting such laws, MGA shall not be deemed to be the author or owner of the Bryant Work Product, this Agreement and each agreement with a Contractor shall, nevertheless, constitute an irrevocable assignment by Bryant and each Contractor, as applicable, to MGA of any and all of Bryant's and each Contractors' right, title and interest, including copyright and patent (and all renewals and extensions thereof), in and to the Bryant Work Product. Bryant acknowledges and agrees, and shall cause each Contractor to acknowledge and agree, that he and they have no interest in and shall not, by virtue of this Agreement or any services rendered by Bryant and/or each Contractor to MGA acquire any interest in any as Bryant's attorney-in-fact to MGA may exploit the MGA Products and any derivative works thereto, without obligation to Bryant and/or the Contractors, except as provided in Paragraph 4, below.

(b)     Without limiting the generality of the provisions of Paragraph 3(a), above, with respect only to any inventions, and any documentation related thereto, and any other material, whether written or oral, created by or for Bryant relating to the MGA Products prior to the commencement of the term of this Agreement, for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged by Bryant, Bryant hereby irrevocably grants, conveys, transfers, sets over and assigns to MGA in perpetuity all of Bryant's right, title and interest, in an to the such material, including, without limiting the generality of the foregoing, all rights under copyright and patent (and all renewals and extensions thereof) including the right to produce and authorize the production of any and all derivative works, and all proprietary rights of any kind therein, now known or hereafter created throughout the world. MGA shall have the sole and exclusive right to use such material, in whole or in part, in whatever manner MGA may desire, including without limitation, the right to cut, edit, revise, alter and/or otherwise modify such materials and to freely use, perform, distribute, exhibit and exploit such materials and license others to do so in any and all media now known or hereafter devised or refrain from doing so as MGA may determine. Bryant expressly waives any "moral rights" (as such term is commonly understood around the world) in and to such materials.

4.     **Compensation/Costs:**

(a)     For the first six (6) months of the Term of this Agreement, MGA shall pay Bryant for his services at the rate of five thousand five hundred dollars ($5,500.00) per month; for the next three (3) months of the Term, MGA shall pay Bryant for his services at the rate of five thousand dollars ($5,000.00) per month. All sums paid to Bryant as monthly fees shall be deemed to be non-refundable, fully-recoupable advances against any royalties that may be payable to Bryant pursuant to paragraph 4(b), below.

(b)     MGA shall pay to Bryant a royalty of three percent (3%) of the Net Sales Receipts from the sales by MGA of any of the MGA Products developed by MGA on which Bryant provided his consulting services. As used herein, the term "Net Sales Receipts" means all monies actually received by MGA from its customers on sales of MGA Products less (i) any and all excise, sales, value added or comparable or similar taxes; (ii) freight and similar third party handling charges paid or payable by MGA; and (iii) returns, discounts, allowances or credits (inclusive of co-op and trade discounts and allowances). MGA shall account to Bryant on a calendar quarterly basis within thirty (30) days after the end of each quarter. All statements of royalties rendered by MGA hereunder shall be conclusive, final,

{00008882.DOC/2 / 10/04/2000  03:05 PM}

2

ATTORNEY'S EYES
ONLY

MGA000002

EX 13621-0002

EXHIBIT 58 PAGE 987

and binding on Bryant, shall constitute an account stated, and shall not be subject to any question for any reason whatsoever unless specific written objection, stating the basis thereof, is given by Bryant to MGA within two (2) years after the date rendered.  No action, suit, or proceeding of any nature in respect of any royalty statement or other accounting rendered by MGA hereunder may be maintained against MGA unless such action, suit, or proceeding is commenced against MGA in a court of competent jurisdiction within one (1) year after the date of MGA's notice rejecting such objection. Bryant or his representatives shall have the right, not more than once per year and not more than once per statement of royalties, to examine MGA's books and records relating to the sales of such MGA Products, such examination to be conducted during MGA's normal business hours and upon reasonable prior written notice.

(c)     All costs and expenses incurred by Bryant in connection with the performance of his obligations hereunder shall be borne solely by Bryant, except as otherwise agreed and incurred with MGA's prior written consent.  In the event MGA requests Bryant to travel to the Orient on MGA's behalf in connection with his services hereunder, MGA will reimburse Bryant for all travel expenses incurred in connection therewith, such as parking, airfare (economy class), auto rental, meals and hotel accommodations. Reimbursement shall be at the actual cost of such item without any mark-up.

(d)     Bryant shall submit invoices to MGA for his monthly fees (and reimbursable expenses, if and as agreed) on a monthly basis.  Each invoice shall provide sufficient detail to support the monthly fee charges and hours rendered (and shall include satisfactory copies of bills and/or payments for reimbursable expenses, as applicable).  MGA shall pay each such invoice within fifteen (15) days after receipt of such invoice, provided, however, MGA reserves the right to request further explanation or documentation before paying any invoice submitted by Bryant.

(e)     MGA shall use its reasonable business efforts, consistent with its business judgment, to market, promote, distribute, sell and/or exploit the MGA Products and to collect on all monies due from sales.  MGA has not made and does not hereby make any representation or warranty with respect to the quantity of sales (if any) of MGA Products embodying the Property which MGA may sell.  Bryant recognizes and acknowledges that the sale of MGA Products is speculative and agrees that MGA's judgment and the judgment of its subsidiaries and affiliated companies with regard to the sales of any of its MGA Products and with regard to the marketing, promotion, advertising and exploitation of the MGA Products shall be binding and conclusive upon Bryant.  Bryant warrants and agrees that Bryant will not make any claim, nor shall any liability be imposed upon MGA based upon any claim, that more sales could have been made or that better business could have been done than what was actually made or done by MGA or any of MGA's subsidiaries or its affiliated companies, or that better prices or terms could have been obtained.

5.     **Warranties and Indemnity:**  Bryant represents, warrants and agrees that:

(a)     he has the right and is free to execute this Agreement, to grant the rights granted by him to MGA hereunder, and to perform each and every term and provision hereof;

(b)     neither the execution and delivery of this Agreement nor the performance by Bryant of any of his obligations hereunder will constitute a violation, breach or default under any agreement, arrangement or understanding, or any other restriction of any kind, to which Bryant is a party or by which Bryant is bound;

(c)     the Bryant Work Product shall be free of all liens and encumbrances and there will be no claims, demands or actions pending or threatened with respect thereto; and that the Bryant Work Product is original and no part thereof infringes or shall infringe upon any common law or statutory rights or intellectual property rights of any third party including, without limitation, contractual rights,

{00008662.DOC/2 / 10/04/2000  03:05 PM}

3

**ATTORNEY'S EYES
ONLY**

MGA000003

EX 13621-0003

58     988

patents, copyrights, mask-work rights, trade secrets, rights of privacy and other intellectual property rights;

     (d)    he shall comply with all applicable laws and regulations in force during the Term of this Agreement with respect to the services to be rendered hereunder; and

     (e)    he shall indemnify and hold MGA harmless from and against any and all claims, losses, costs, judgments, settlements, damages and expenses (including reasonable counsel fees) arising from any breach by him of any of the warranties, representations and agreements made by him hereunder.

## 6.    Default/Termination:

     (a)    In the event either Party fails to perform any of its material obligations hereunder, or breaches any representation, warranty or agreement contained herein, the other Party may terminate this Agreement on thirty (30) days prior written notice, provided the breaching Party shall not have remedied such failure within such thirty (30) day period.

     (b)    Upon the termination of this Agreement Bryant shall turn over to MGA all materials relating to the MGA Products furnished by MGA to Bryant or shall give MGA satisfactory evidence of their destruction.

## 7.    Confidentiality:

     (a)    Bryant shall keep in confidence and not disclose to any third party, without the written permission of MGA, the Confidential Information made known to him under this Agreement. As used herein, the term "Confidential Information" means information relating to MGA's products (whether current or projected), product titles, customers, employees, tools and techniques, designs, drawings, schematics and other documentation relating thereto and other confidential and proprietary business information of MGA and which is expressly labeled or identified to Bryant in writing as "confidential" or which, under the circumstances of such disclosure, Bryant knows, or reasonably should know, are treated by MGA as confidential. This requirement of confidentiality shall not apply to any information that is (i) in the public domain through no wrongful act of Bryant; (ii) rightfully received by the Bryant from a third party who is not bound by a restriction of nondisclosure; (iii) already in the Bryant's possession without restriction as to disclosure; or (iv) required to be disclosed by operation of law or by order of a court or administrative body of competent jurisdiction, (provided that prior to such disclosure, MGA shall first receive notice thereof from Bryant and have the opportunity to contest such order or requirement of disclosure or seek appropriate protective order).

     (b)    Bryant agrees and acknowledges that all Confidential Information disclosed to him shall be and remain the sole property of MGA. Nothing contained in this Agreement shall be construed as granting to Bryant any right, title or interest of any kind, by license or otherwise, to the Confidential Information disclosed by MGA, the intellectual property therein or any part or copy thereof. Bryant further acknowledges and agrees that nothing contained herein shall be construed as granting Bryant any right to develop, manufacture, produce and/or distribute any product(s) derived from or which otherwise uses any of the Confidential Information disclosed by MGA, or authorize or in any way assist others to do so. Bryant may not make, sell, license or distribute copies of the Confidential Information disclosed by MGA and may not sublicense, transfer or assign in any manner whatsoever this Agreement or any of Bryant's rights or obligations under this Agreement.

     (c)    Bryant acknowledges that his failure to perform any of the terms or conditions of this Agreement shall result in immediate and irreparable damage to MGA. Bryant also acknowledges that there may be no adequate remedy at law for such failures and that in the event thereof MGA shall be

{00006662.DOC/2 / 10/04/2000  03:05 PM}

4

ATTORNEY'S EYES
ONLY

MGA000004

EX 13621-0004

EXHIBIT 58 PAGE 989

entitled to equitable relief in the nature of injunction and to all other available relief, at law and/or in equity.

8.      **Notices:**  All notices, statements and/or payments to be given to the parties hereunder shall be addressed to the parties at the addresses set forth on the first page hereof or at such other address as the parties shall designate in writing from time to time.  All notices shall be in writing and shall either be served by personal delivery, mail, or facsimile (if confirmed by mail or personal delivery of the hard copy), all charges prepaid.  Except as otherwise provided herein, such notices shall be deemed given when personally delivered, all charges prepaid, or on the date five (5) days following the date of mailing, except that notices of change of address shall be effective only after the actual receipt thereof.  Copies of all notices to MGA shall be sent to Fischbach, Perlstein & Lieberman LLP, 1875 Century Park East, Suite 850, Los Angeles, California 90067, Attention: David S. Rosenbaum, Esq. Copies of all notices to Bryant shall be sent to Carter Bryant 1319 West 160th Street, Gardena, California 90247.

9.      **Independent Contractor/No Partnership/Third Party Beneficiary:** Bryant's relationship with MGA is that of an independent contractor.  Bryant does not have, and will not represent that he has, any power, right or authority to bind MGA, or to assume or create any obligation or responsibility, express or implied, on behalf of MGA in MGA's name.  Nothing stated in the Agreement shall be construed as constituting a partnership or as creating the relationships of employer/employee or principal/agent between the parties.  In all matters relating to the Agreement, Bryant shall not act as MGA's employee within the meaning or application of any federal or state unemployment insurance laws, or any other laws or regulations which may impute any obligations or liabilities to MGA by reason of an employment relationship.  Bryant will be solely responsible for all taxes, including without limitation, employee and employer, and that he carries all of his own insurance.  Neither of the parties hereto shall hold itself out contrary to the terms of this provision by advertising or otherwise.  This Agreement shall not be construed to be for the benefit of any third party.

10.     **Services Rendered Deemed Special, etc.:**  Bryant acknowledges that the services to be rendered by him hereunder are of a special, unique, extraordinary and intellectual character which gives them peculiar value, the loss of which cannot be adequately compensated for in an action at law and that a breach of any term, condition or covenant hereof will cause irreparable harm and injury to MGA and in addition to any other available relief MGA will be entitled to seek injunctive relief.

11.     **General Provisions:**

        (a)      This Agreement may not be assigned by either Party hereto either voluntarily or by operation of law.  Any such assignment shall not relieve such Party of its obligations hereunder.

        (b)      The titles of the paragraphs of this Agreement are for convenience only and shall not in any way affect the interpretation of any paragraph of this Agreement or the Agreement itself.

        (c)      A waiver by either Party of the terms or conditions of this Agreement in any instance shall not be deemed or construed to be a waiver of such terms or conditions for the future or of any subsequent breach thereof.  All remedies, rights, undertakings, obligations and agreements contained herein shall be cumulative and none of them shall be in limitation of any other remedy, right, undertaking, obligation or agreement of either Party.

        (d)      Neither Party hereto shall be liable to the other for any incidental, consequential, special or punitive damages of any nature or kind, arising out of in connection with a breach by such Party of this Agreement, whether such liability is asserted on the basis of contract, tort (including negligence or strict liability), or otherwise, even if such Party has been warned of the possibility of any such loss or damage.

{00005662.DOC/2 / 10/04/2000  03:05 PM}

5

ATTORNEY'S EYES
ONLY

MGA000005

EX 13621-0005

EXHIBIT 58 PAGE 990

(e)      This Agreement shall be construed and interpreted pursuant to the laws of the State of California, applicable to agreements made and to be performed entirely therein, and the parties hereto submit and consent to the jurisdiction of the courts of the State of California, including Federal Courts located therein, should Federal jurisdiction requirements exist, in any action brought to enforce (or otherwise relating to) this contract.

(f)      This Agreement constitutes the entire Agreement between the parties hereto and supersedes all prior agreements, whether written or oral, with respect to the subject matter herein contained.  No provision of this Agreement shall be deemed waived, amended or modified by either Party unless such waiver, amendment or modification shall be in writing and signed by a duly authorized officer of the Party against whom the waiver, amendment or modification is to be enforced.

(g)      Nothing contained in this Agreement shall be construed so as to require the commission of any act contrary to law, and wherever there is any conflict between any provision of this Agreement and any material statute, law, ordinance, order or regulation contrary to which the parties hereto have no legal right to contract, the latter shall prevail, but in such event any provision of this Agreement so affected shall be curtailed and limited only to the extent necessary to bring it within the legal requirements.

Kindly indicate your agreement with the foregoing by signing in the space provided below.

Very truly yours,

MGA ENTERTAINMENT

By: _____

Its: _____

AGREED TO AND ACCEPTED:

_____
CARTER BRYANT

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
Social Security Number

{00008862.DOC/2 / 10/04/2000  03:05 PM}

6

ATTORNEY'S EYES
ONLY

MGA000006

EX 13821-0006

EXHIBIT 58 PAGE 99

# Exhibit 59



2½" appx

ACTUAL SIZE

LUPE

–LUPE–

SCULPTURAL
DRAWINGS;
HEADS

9/19/99



2½" appx

ACTUAL SIZE

ZOE

–ZOE–

CONFIDENTIAL

Attorney's Eyes Only



DEPOSITION
EXHIBIT

BRYANT 01976

EXHIBIT 59 PAGE 992

EX 1328-0001



SCULPTURAL
DRAWINGS;
HEADS.

9/19/99

CONFIDENTIAL       Attorney's Eyes Only       BRYANT 01976

EXHIBIT 59 PAGE 992

EX 1328-0002

# Exhibit 60

2936

1              UNITED STATES DISTRICT COURT

2              CENTRAL DISTRICT OF CALIFORNIA

3                    EASTERN DIVISION

4                      - - -

5       HONORABLE STEPHEN G. LARSON, JUDGE PRESIDING

6                      - - -

7    MATTEL, INC.,                    )    CERTIFIED
                                      )    COPY
8                     PLAINTIFF,      )
                                      )
9          VS.                        )    NO. CV 04-09049
                                      )
10   MGA ENTERTAINMENT, INC., ET. AL.,)
                                      )
11                    DEFENDANTS.     )    TRIAL DAY 15
     _____)    MORNING SESSION
12   AND CONSOLIDATED ACTIONS,        )    PAGES 2936-3032
                                      )
13   _____)

14

15      REPORTER'S TRANSCRIPT OF JURY TRIAL PROCEEDINGS

16                 RIVERSIDE, CALIFORNIA

17              WEDNESDAY, JUNE 18, 2008

18                    9:07 A.M.

19

20

21

22

23              THERESA A. LANZA, RPR, CSR
                FEDERAL OFFICIAL COURT REPORTER
24              3470 12TH STREET, RM. 134
                RIVERSIDE, CALIFORNIA  92501
25                   951-274-0844
                WWW.THERESALANZA.COM  EXHIBIT __60__
                                      PAGE  993

2937

```
 1    APPEARANCES:

 2

 3    ON BEHALF OF MATTEL, INC.:

 4                         QUINN EMANUEL
                          BY:   JOHN QUINN
 5                             JON COREY
                               MICHAEL T. ZELLER
 6                             HARRY OLIVAR
                               TIMOTHY ALGER
 7                        865 S. FIGUEROA STREET,
                          10TH FLOOR
 8                        LOS ANGELES, CALIFORNIA   90017

 9

10    ON BEHALF OF MGA ENTERTAINMENT:

11                        SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
                          BY:   THOMAS J. NOLAN
12                             JASON RUSSELL
                               RAOUL KENNEDY
13                             LAUREN AGUIAR
                               CARL ROTH
14                        300 SOUTH GRAND AVENUE
                          LOS ANGELES, CALIFORNIA   90071-3144
15                        213-687-5000

16

17

18

19

20

21

22

23

24

25
```

EXHIBIT __60__

PAGE __994__

2938

```
 1                          I N D E X

 2                                                    PAGE

 3   PLAINTIFF CASE (CONT'D)..........................  2939

 4

 5   PLAINTIFF
     WITNESS            DIRECT      CROSS     REDIRECT      RECROSS
 6   CARTER H. BRYANT  (CONTINUED)

 7   BY MR. NOLAN                    2939

 8

 9

10           EXHIBITS          RECEIVED

11            1155              2940
             15058             2961
             15110             2970
12            1310              3014

13

14

15

16

17

18

19

20

21

22

23

24

25
```

EXHIBIT 60

PAGE 995

2958

1  THAT INTERVIEW?

2  A    NO.

3  Q    DID YOU ASK ANY QUESTIONS CONCERNING MEL ODOM AND HOW HE

4  CAME TO ASHTON DRAKE?

5  A    YES.                                                        09:36

6  Q    WHAT QUESTIONS DID YOU ASK CONCERNING MEL ODOM'S

7  INVOLVEMENT WITH THE GENE DOLL?

8  A    I ASKED THE PERSON THAT I WAS INTERVIEWING -- I JUST SAID,

9  'HOW DID YOU GET THIS CONCEPT?  HOW DID THE DESIGNER BRING YOU

10 THIS CONCEPT?'  AND SHE TOLD ME THAT IT HAD BEEN BROUGHT TO     09:36

11 THEM.

12         MR. PRICE:  OBJECTION.  HEARSAY.  THIS IS NOT OFFERED

13 FOR THE TRUTH.

14         THE COURT:  COUNSEL, IS THIS GOING TO ANYTHING?  IS

15 THIS BEYOND THE TRUTH OF THE MATTER ASSERTED?                   09:37

16         MR. NOLAN:  IT'S JUST FOR STATE OF MIND.

17         THE COURT:  I DON'T SEE HOW THAT'S RELEVANT AT THIS

18 POINT.  I'LL SUSTAIN THE OBJECTION.

19 BY MR. NOLAN:

20 Q    BEFORE THE MEETING IN CHICAGO, HAD YOU EVER HEARD OF A     09:37

21 COMPANY CALLED ALASKA MAMA?

22 A    NO.

23 Q    AFTER MEETING IN CHICAGO, HAD YOU HEARD OF THE NAME

24 ALASKA MAMA?

25 A    YES.                                                       09:37

EXHIBIT  60
PAGE  996

2959

1  Q    DID YOU KNOW WHERE ALASKA MAMA WAS LOCATED?

2  A    I DON'T REMEMBER.

3  Q    DID YOU HAVE AN UNDERSTANDING, IN SEPTEMBER OF 1998, AS TO

4  WHAT ALASKA MAMA WAS?

5  A    YES.                                                    09:37

6  Q    WHAT WAS YOUR UNDERSTANDING?

7  A    MY UNDERSTANDING WAS THAT THEY WERE AN ARTIST AND DESIGNER

8  REP, REPRESENTATIVE.

9  Q    AT SOME POINT IN TIME, DID YOU COME TO THE DECISION THAT

10 YOU NEEDED TO MAKE MORE MONEY THAN YOU WERE MAKING AT OLD NAVY?   09:38

11 A    YES.

12 Q    AND HOW OLD WERE YOU AT THAT TIME?

13 A    I THINK I WAS ABOUT 29.

14 Q    DID YOU MAKE ANY DECISION AS TO WHERE YOU WOULD SEEK

15 EMPLOYMENT?                                                  09:38

16 A    WELL, AFTER I INTERVIEWED WITH ASHTON DRAKE AND NOTHING

17 CAME ABOUT OF THAT, I DECIDED TO REAPPLY TO MATTEL.

18 Q    SO AT THIS POINT IN TIME, OTHER THAN YOUR SALARY AS A

19 SALES CLERK AT OLD NAVY AND THE APPROXIMATE $800 THAT YOU HAD

20 MADE IN FREELANCING FROM ASHTON DRAKE, HAD YOU HAD ANY OTHER   09:38

21 INCOME AFTER YOU HAD RESIGNED FROM MATTEL?

22 A    NO, NOT THAT I REMEMBER.

23 Q    TELL US ABOUT WHEN YOU REAPPLIED TO MATTEL.

24 A    LET'S SEE.  I THINK I REAPPLIED IN OCTOBER OF 1998.

25 Q    DO YOU REMEMBER WHO YOU GOT IN TOUCH WITH?           09:39

WEDNESDAY, JUNE 18, 2008                 TRIAL DAY 15

EXHIBIT 60
PAGE 997

2960

| | | |
|---|---|---|
| 1 | A | YES.  I CALLED MY FORMER SUPERVISOR, CASSIDY PARK. |
| 2 | Q | DID YOU SUBMIT ANYTHING IN CONNECTION WITH YOUR |
| 3 | REAPPLICATION TO MATTEL? | |
| 4 | A | WELL, NO, I DIDN'T REALLY SUBMIT ANYTHING, THAT I |
| 5 | REMEMBER.  I DID HAVE AN INTERVIEW. | 09:39 |
| 6 | Q | DO YOU RECALL WHO YOU INTERVIEWED WITH? |
| 7 | A | YES.  I INTERVIEWED WITH -- WELL, MY FIRST INTERVIEW WAS |
| 8 | WITH IVY ROSS. | |
| 9 | Q | AND HOW MANY INTERVIEWS DID YOU HAVE? |
| 10 | A | I ACTUALLY HAD TWO. | 09:40 |
| 11 | Q | BOTH WITH IVY ROSS, OR DID YOU MEET WITH OTHER PEOPLE? |
| 12 | A | NO.  THE FIRST WAS WITH IVY ROSS, AND THE SECOND WAS WITH |
| 13 | RON LONGSDORF AND ANNE DRISKILL. | |
| 14 | Q | AND WHO'S RON LONGSDORF AND ANNE DRISKILL?  WERE THEY |
| 15 | EMPLOYEES OF MATTEL? | 09:40 |
| 16 | A | YES. |
| 17 | Q | DO YOU KNOW WHAT THEIR POSITIONS WERE? |
| 18 | A | I THINK RON'S POSITION WAS SENIOR VICE PRESIDENT OF BARBIE |
| 19 | COLLECTIBLES, AND I'M NOT EXACTLY SURE WHAT ANNE DRISKILL'S | |
| 20 | TITLE WAS. | 09:40 |
| 21 | Q | AT SOME POINT DURING THE INTERVIEW PROCESS, DID YOU SUBMIT |
| 22 | AN UPDATED PORTFOLIO? | |
| 23 | A | YES. |
| 24 | Q | DO YOU HAVE EXHIBIT 15058 IN FRONT OF YOU? |
| 25 | A | YES. | 09:41 |

EXHIBIT  60
PAGE  998

2961

1  Q    DO YOU RECOGNIZE 15058?

2  A    YES.

3  Q    WHAT IS 15058?

4  A    THIS LOOKS LIKE ONE OF THE PORTFOLIO PIECES THAT I HAD

5  DONE.                                                                09:41

6            MR. NOLAN:   MAY I APPROACH WITH THE ORIGINAL OF THIS?

7            THE COURT:   YOU MAY.

8  BY MR. NOLAN:

9  Q    DO YOU RECOGNIZE WHAT I'VE PLACED IN FRONT OF YOU AS THE

10 ORIGINAL OF 15058?                                                   09:41

11 A    YES.

12 Q    AND COULD YOU SHOW THAT TO THE JURY.

13           MR. NOLAN:   YOUR HONOR, WE'D OFFER UP A COPY OF 15058

14 INTO EVIDENCE.

15           THE COURT:   ANY OBJECTION?                                09:42

16           MR. PRICE:   NO OBJECTION.

17           THE COURT:   IT'S ADMITTED.

18           YOU MAY PUBLISH.

19           (EXHIBIT 15058 RECEIVED.)

20 BY MR. NOLAN:

21 Q    NOW, AGAIN, MR. BRYANT, I WANT TO POINT OUT, WHAT'S SHOWN

22 ON THE SCREEN IS A COPY; YOU HAVE THE ORIGINAL, BUT THAT'S YOUR

23 SIGNATURE AND THE DATE.

24           DO YOU SEE THAT?

25 A    YES.                                                            09:42

EXHIBIT  60
PAGE  999

2987

1    BY MR. NOLAN:

2    Q    WAS JACQUELINE PRINCE A CLOSE, PERSONAL FRIEND OF YOURS?

3    A    I MEAN, WE WEREN'T REALLY CLOSE.  WE WERE FRIENDLY AT

4    WORK.

5    Q    DID SHE KEEP HER NOTARY STAMP AT WORK?                          10:20

6         MR. PRICE:  OBJECTION.  LACK OF FOUNDATION.

7    BY MR. NOLAN:

8    Q    DO YOU KNOW WHETHER OR NOT --

9         THE COURT:  I TAKE IT YOU'RE WITHDRAWING THE

10   QUESTION?                                                           10:20

11        MR. NOLAN:  I WAS GOING TO REPHRASE IT.

12        THE COURT:  VERY WELL.

13        WAIT FOR THE COURT'S RULING.

14   BY MR. NOLAN:

15   Q    DO YOU HAVE ANY KNOWLEDGE ONE WAY OR THE OTHER AS TO           10:20

16   WHETHER OR NOT JACQUELINE PRINCE HAD A NOTARY STAMP?

17   A    YES, SHE DID.

18   Q    DO YOU KNOW WHERE SHE KEPT THE NOTARY STAMP?

19        MR. PRICE:  OBJECTION.  LACK OF FOUNDATION.

20        MR. NOLAN:  JUST YES OR NO.                                    10:20

21        THE COURT:  VERY WELL.

22        THE WITNESS:  NO.

23   BY MR. NOLAN:

24   Q    SO IF I UNDERSTAND YOUR TESTIMONY, YOU WANTED

25   JACQUELINE PRINCE, WHO'S THE ADMINISTRATIVE ASSISTANT TO            10:20

WEDNESDAY, JUNE 18, 2008                    TRIAL DAY 15  MORNING SESSION

EXHIBIT ___

PAGE 1000

2988

1   RON LONGSDORF, TO NOTARIZE YOUR DRAWINGS; CORRECT?

2          MR. PRICE:  OBJECTION.  LEADING.

3          THE COURT:  SUSTAINED.

4   BY MR. NOLAN:

5   Q    DID YOU HAVE ANY CONCERN, MR. BRYANT, IN AUGUST OF 1999,      10:20

6   ABOUT APPROACHING JACQUELINE PRINCE TO NOTARIZE SOMETHING FOR

7   YOU?

8   A    NO, NOT THAT I REMEMBER.

9   Q    I MEAN, THE FACT THAT SHE WAS THE ADMINISTRATIVE ASSISTANT

10  TO A SENIOR MANAGEMENT PERSON, AN EMPLOYEE AT MATTEL, WAS NOT A     10:21

11  CONCERN TO YOU?

12         MR. PRICE:  OBJECTION.  LEADING.

13  BY MR. NOLAN:

14  Q    WAS IT A CONCERN TO YOU?

15         THE COURT:  VERY WELL.                                       10:21

16         AS REPHRASED, YOU MAY ANSWER.

17         THE WITNESS:  NO.

18  BY MR. NOLAN:

19  Q    DID THERE COME A TIME WHEN YOU MET WITH JACQUELINE PRINCE?

20  A    YOU MEAN OUTSIDE OF WORK?                                      10:21

21  Q    OUTSIDE OF WORK.

22  A    YES.

23  Q    DO YOU RECALL WHEN THAT WAS?

24  A    THAT WAS AUGUST '99.

25  Q    FOR WHAT PURPOSE DID YOU MEET WITH JACQUELINE PRINCE?          10:21

EXHIBIT  60
PAGE  1001

2989

1    A    I MET WITH HER TO HAVE HER NOTARIZE MY MASTER DRAWINGS.

2    Q    AND AT THE TIME THAT YOU MET WITH JACQUELINE PRINCE, HAD

3    YOU MADE A DECISION, ONE WAY OR THE OTHER, TO SEND OUT YOUR

4    BRATZ DRAWINGS TO A COMPANY?

5    A    I BELIEVE SO, YES.                                          10:22

6    Q    AND THE NAME OF THAT COMPANY WAS WHAT?

7    A    ALASKA MAMA.

8    Q    DID ANYBODY FROM MGA TELL YOU IN 1999 TO SEND YOUR

9    DRAWINGS TO ALASKA MAMA?

10   A    NO.                                                         10:22

11   Q    HAD YOU, IN 1999, AT THE TIME YOU DECIDED TO SEND YOUR

12   BRATZ DRAWINGS TO ALASKA MAMA, EVER HEARD OF MGA?

13   A    NO.

14   Q    HAD YOU EVER HEARD OF ISAAC LARIAN?

15   A    NO.                                                         10:23

16   Q    EVER HEAR OF PAULA TREANTAFELLES GARCIA?

17   A    NO.

18   Q    DID SOMEONE FORCE YOU TO SEND YOUR BRATZ DRAWINGS TO

19   ALASKA MAMA IN AUGUST OF 1999?

20   A    NO.                                                         10:23

21   Q    WHERE DID YOU MEET JACQUELINE PRINCE?

22   A    DO YOU MEAN TO SIGN THE --

23   Q    I APOLOGIZE.  I'M TRYING TO...

24        YOU MET WITH HER; CORRECT?

25   A    YES.                                                        10:23

EXHIBIT 60

PAGE 1002

2990

```
 1  Q    WITH THE INTENT TO HAVE YOUR DRAWINGS NOTARIZED; YES?
 2  A    YES.
 3  Q    WHERE WAS THAT MEETING HELD?
 4  A    THAT WAS AT HER HOME.
 5  Q    WAS ANYBODY ELSE PRESENT?                                 10:23
 6  A    I THINK HER SON WAS PRESENT.
 7  Q    AND HOW OLD WAS HER SON?  DO YOU REMEMBER?
 8  A    I'M GOING TO SAY I THINK HE WAS AROUND FIVE.
 9  Q    DID YOU HAVE YOUR BRATZ DRAWINGS WITH YOU AT
10  JACQUELINE PRINCE'S HOUSE?                                      10:24
11            MR. PRICE:  OBJECTION.  VAGUE AS TO WHICH BRATZ
12  DRAWINGS.
13            THE COURT:  SUSTAINED.
14  BY MR. NOLAN:
15  Q    DID YOU BRING ANY OF THE BRATZ MASTER DRAWINGS WITH YOU TO  10:24
16  THAT MEETING WITH JACQUELINE PRINCE?
17  A    YES.
18  Q    AND WHY DID YOU BRING BRATZ MASTER DRAWINGS WITH YOU TO
19  JACQUELINE PRINCE?
20  A    TO HAVE THEM NOTARIZED.                                    10:24
21  Q    DID YOU BRING ALL OF YOUR MASTER DRAWINGS OF BRATZ
22  CHARACTERS AND ACCESSORIES AND HAIRSTYLES TO MS. PRINCE IN
23  AUGUST OF 1999 TO BE NOTARIZED?
24  A    I'M NOT EXACTLY CERTAIN, BUT I THINK SO.
25  Q    IN ANY EVENT, DO YOU RECALL WHETHER OR NOT MS. PRINCE      10:24
```

WEDNESDAY, JUNE 18, 2008                    TRIAL DAY 15

EXHIBIT  60
PAGE  1002

3032

1          THE COURT:  IT WAS JUST FILED ON JUNE 17TH.  I JUST

2     WANTED TO GIVE YOU NOTICE OF IT.  WE'LL TAKE THIS UP AT 1:15.

3          MR. NOLAN:  THANK YOU.

4          THE COURT:  COURT IS IN RECESS.

5          (WHEREUPON, MORNING SESSION IS CONCLUDED. )                12:01

6

7

8

9

10

11

12

13

14                         CERTIFICATE

15

16     I HEREBY CERTIFY THAT PURSUANT TO SECTION 753, TITLE 28, UNITED
       STATES CODE, THE FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF
17     THE STENOGRAPHICALLY RECORDED PROCEEDINGS HELD IN THE ABOVE-
       ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE FORMAT IS IN
18     CONFORMANCE WITH THE REGULATIONS OF THE JUDICIAL CONFERENCE OF
       THE UNITED STATES.

19

20     _____          6-20-08
       THERESA A. LANZA, CSR, CRR         _____
21     FEDERAL OFFICIAL COURT REPORTER      DATE

22

23

24

25

WEDNESDAY, JUNE 18, 2008                    TRIAL DAY 15, MORNING SESSION

EXHIBIT ___60___

PAGE __1003__

# Exhibit 61

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(D).

**PRIORITY SEND**
& ENTERED

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA 92501
<u>CIVIL MINUTES – GENERAL</u>

Case No.    CV 04-09049 SGL(RNBx)                     Date:  July 2, 2007

Title:    CARTER BRYANT -v- MATTEL, INC.
          AND CONSOLIDATED ACTIONS
=============================================================
PRESENT:  HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

Jim Holmes                              Theresa Lanza
Courtroom Deputy Clerk                  Court Reporter

ATTORNEYS PRESENT FOR CARTER          ATTORNEYS PRESENT FOR MATTEL:
BRYANT:

John W. Keker                          John B. Quinn
                                       Brett Dylan Proctor
                                       Michael T. Zeller

ATTORNEYS PRESENT FOR MGA:

Dale M. Cendali
Patricia Glaser

PROCEEDINGS:   MINUTE ORDER

> ENTERED
> CLERK, U.S. DISTRICT COURT
> JUL - 5 2007
> CENTRAL DISTRICT OF CALIFORNIA
> EASTERN DIVISION    BY DEPUTY

> DOCKETED ON CM
> JUL - 5 2007
> BY _____ 164

As set forth more fully herein, the Court hereby makes the following ruling regarding matters heard on July 2, 2007:

(1)    The Court **GRANTS** Mattel's Motion re Trial Structure (docket #462);

(2)    The Court **GRANTS IN PART AND DENIES IN PART** MGA's Motion re Discovery Master's May 15, 2007, Order (docket #505);

(3)    The Court **GRANTS IN PART AND DENIES IN PART** MGA's Ex Parte Application

MINUTES FORM 90                                    Initials of Deputy Clerk _Jh_
CIVIL – GEN                        1                Time: 01/15

EXHIBIT __61__  (608)
PAGE __1004__

07|c2|c7

regarding date of production of documents (docket #545); and

(4)    The Court **DENIES** MGA's Motion re Discovery Master's May 16, 2007, Order (docket #508).

(5)    The Court **DENIES** the parties' oral request for modification of pretrial and trial dates.


(1)    Motion re Trial Structure (docket #462)

     Previous orders of the Court specified that the claims and counterclaims brought in this action will be tried in two phases. The parties have agreed, in large part, to a refinement of the Court's mandate that all issues regarding the ownership of Bratz shall be tried in Phase 1. Where the parties differ is upon a proposal by Mattel that the Phase 1 be bifurcated into two sub-phases, with Mattel's copyright infringement claim (its first counterclaim in the 05-02727 case) and all Phase 1 damages being tried after all the other issues. Phase 1(a) would be limited to issues surrounding Carter Bryant's employment with Mattel, and how those issues impact the ownership of certain original Bratz drawings, while Phase 1(b) would address approximately two-hundred Bratz products that are potentially derivative of the original drawings. This approach has the appeal of limiting Phase 1(a) to discrete issue of the ownership of the original Bratz drawings. A finding that Bryant owns these original drawings in Phase 1(a) has the potential to eliminate the need for Phase 1(b).

     Accordingly, **THE COURT ADOPTS MATTEL'S MODIFICATION OF DEFENDANTS' PROPOSAL,** as set forth at 8-9 of its Memorandum Regarding Trial Structure, filed June 20, 2007. Phase 1(a) and Phase 1(b) (if necessary) will be tried to the same jury.

(2)    MGA's Motion re Discovery Master's May 15, 2007, Order (docket #505), and
(3)    MGA's Ex Parte Application regarding date of production of documents (docket #545).

     The Discovery Master's May 15, 2007, Order compels production of documents regarding ink, paper, and chemical analysis and documents relating to unreleased MGA products. The order required that documents be produced no later than the end of May.

     The Court reviews the Discovery Master's orders under the "clearly erroneous" or "contrary to law" standard set forth in Fed. R. Civ. P. 72(a).

     The Discovery Master's order compels the production of only non-privileged documents. Therefore, MGA's arguments that the Discovery Master's order requires production of documents in violation of the attorney-client privilege are misplaced. If the only responsive documents are privileged, then MGA need not produce them, but must produce a privilege log.

     MGA acknowledges that it has raised an argument before the Court that was not raised

EXHIBIT _61_
PAGE _1005_

before the Discovery Master, namely, that Mattel has failed to establish that there are "exceptional circumstances" that allow Mattel to "discover facts known or opinions held by an expert . . . who is not expected to be called as a witness at trial." Fed. R. Civ. P. 26(b)(4)(B). MGA contends that the Discovery Master's order is contrary to law based on this standard, and that it was incumbent upon Mattel to raise it below. The Court disagrees. Mattel would be required to establish that exceptional circumstances existed if MGA objected to production on that grounds. A party seeking production cannot be expected to rebut all arguments that could possibly be raised by a party resisting production. MGA has not convinced the Court that the Discovery Master's failure to require Mattel to rebut an argument that was not raised by MGA is contrary to law.

MGA contends that the Discovery Master's order compelling production of documents regarding unreleased products is contrary to law. Relevant to that determination is a balancing test required to be applied by the Ninth Circuit when trade secrets are requested by a competitor in discovery. See Brown Bag Software v. Symantec Corp., 960 F.2d 1465, 1470 (9th Cir. 1992) ("Specifically, in this case we must balance the risk to [defendant] of inadvertent disclosure of trade secrets to competitors against the risk to [plaintiff] that protection of [defendant's] trade secrets [will] impair[] prosecution of [plaintiff's] claims.").

Here, the documents sought are of a particularly sensitive nature. They represent some of the most secretive documents maintained by MGA, and they are being ordered to be produced to MGA's fierce competitor. The Discovery Master recognized the sensitive nature of the documents and entered a strict protective order that severely limits access to those documents and that goes well beyond the normal "attorney eyes only" designation.

MGA argues that unreleased products are irrelevant to the issue of who owns the original Bratz drawings. That is clear. However, MGA's argument attempts to limit the discovery to issues involved in Phase 1 of the trial. There has been no bifurcation of discovery.

Mattel correctly points out that these documents are relevant to a number of its other claims. Specifically, if they show unreleased products that are similar to Mattel's unreleased products, the documents would be highly probative of Mattel's misappropriation of trade secrets claim. Moreover, these documents could be relevant to Mattel's RICO claims based on alleged acts of criminal copyright infringement.

Balancing tests are inherently subjective and particularly susceptible to varying interpretation by individual judicial officers. This Court, upon considering this issue from the outset, may very well have weighed the evidence differently and reached a contrary result. However, this Court is bound by the standard of review, and MGA's motion falls far short of convincing the Court that the Discovery Master's order is contrary to law.

The parties have a long history regarding the production of documents ordered in the May 15, 2007, Order, which is set forth in their papers and which need not be repeated here. Counsel for MGA represented that the remaining documents could be produced no later than July 31, 2007, with the exception of the documents from MGA Hong Kong, which could be produced no

MINUTES FORM 90
CIVIL -- GEN

Initials of Deputy Clerk __jh_____
Time: 01/15

EXHIBIT __61__
PAGE _1006_

later than two weeks after that date. Accordingly, the Court **ORDERS** that MGA complete the document production set forth in the Discovery Master's May 15, 2007, order no later than July 31, 2007, with the exception of the documents from MGA Hong Kong, which shall be produced no later than August 14, 2007.

Accordingly, the Court **GRANTS** in part MGA's motion re the Discovery Master's May 15, 2007, Order, extending the document production date as set forth above. The Motion is **DENIED** in all other respects.

Likewise, the Court **GRANTS** in part MGA's ex parte application re date of production of documents, extending the document production date as set forth above. The application is **DENIED** in all other respects.

(4)    MGA's Motion re Discovery Master's May 16, 2007, Order (docket #508)

The Discovery Master's May 16, 2007, Order compelled the Rule 30(b)(6) depositions of witnesses on the topics of MGA's net worth, prior sworn statements, and ink, paper, and chemical analysis performed by MGA.

> A party may in the party's notice and in a subpoena name as the deponent a public or private corporation or a partnership or association or governmental agency and describe with reasonable particularity the matters on which examination is requested. In that event, the organization so named shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. . . . The persons so designated shall testify as to matters *known or reasonably available* to the organization.

Fed. R. Civ. P. 30(b)(6) (emphasis added). "The purpose behind Rule 30(b)(6) is to create testimony that will bind the corporation." Sanders v. Circle K Corp., 137 F.R.D. 292, 294 (D. Ariz. 1991) (internal citation omitted). Another purpose of Rule 30(b)(6) is aptly described by the District Court for the District of Columbia:

> [The purpose of Rule 30(b)(6) is to] prevent[] serial depositions of various witnesses without knowledge within an organization and eliminating 'bandying', which is the name given to the practice in which people are deposed in turn but each disclaims knowledge of facts that are clearly known to persons in the organization and thereby to the organization itself.

Alexander v. F.B.I., 186 F.R.D. 148, 152 (D.D.C. 1999) (citing the 1970 Advisory Committee Notes to Rule 30(b)(6)).

The Discovery Master's order compelling Rule 30(b)(6) depositions in the specified

Initials of Deputy Clerk __jh_____
Time: 01/15

EXHIBIT 61
PAGE 1007

categories serve both these purposes and is not contrary to law.

Although MGA's net worth may not be known to it, MGA does not contend that the information is not readily available. That net worth is generally the subject of expert testimony at trial -- a proposition disputed by neither Mattel nor the Court -- does not render it an improper subject for a Rule 30(b)(6). Therefore, the Discovery Master's ruling on this issue is not contrary to law.

MGA likewise does not contend that information regarding prior sworn statements are not readily available to it. Although contending that this is not an appropriate subject for a Rule 30(b)(6) deposition, MGA fails to cite authority in support of that contention. Therefore, the Discovery Master's ruling on this issue is not contrary to law.

The ink, paper, and chemical analysis topic is likewise a proper subject of a Rule 30(b)(6) deposition. To the extent that such a deposition has the potential to encroach upon information protected by the work-product privilege, then that objection must be made on a question-by-question basis. MGA may not make a blanket objection and justify its refusal to produce a Rule 30(b)(6) designee on this topic based on that blanket objection. Therefore, the Discovery Master's ruling on this issue is not contrary to law.

Accordingly, the Court **DENIES** MGA's motion re the Discovery Master's May 16, 2007, Order.

(5)     Oral Request for Modification of pretrial and trial dates.

Although no motion or ex parte application on the subject was pending before the Court, the parties made an oral request at the hearing to continue certain pretrial and trial dates. A discussion ensued and it became apparent that no final agreement was reached by the parties regarding extending these dates. Accordingly, the Court **DENIES** the parties' oral request for modification of pretrial and trial dates. The Court will consider counsels' stipulation regarding extensions of those dates only where all counsel unqualifiedly stipulate to those dates. Until the scheduling order is modified by the Court, the dates previously set by the Court remain in effect. In addition, the Court is unlikely to entertain a continuance of the Phase 1 trial past April, 2008.

IT IS SO ORDERED.

EXHIBIT __61__
PAGE __1008__

# Exhibit 62

1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   John B. Quinn (Bar No. 090378)
2  johnquinn@quinnemanuel.com
   Michael T. Zeller (Bar No. 196417)
3  (michaelzeller@quinnemanuel.com)
   Jon D. Corey (Bar No. 185066)
4  (joncorey@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California  90017-2543
   Telephone:  (213) 443-3000
6  Facsimile:  (213) 443-3100

7  Attorneys for Mattel, Inc.

8              UNITED STATES DISTRICT COURT

9             CENTRAL DISTRICT OF CALIFORNIA

10                  EASTERN DIVISION

| 11 | CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
|----|-------------------------------|--------------------------------|
| 12 | Plaintiff, | Consolidated with |
| 13 | vs. | Case No.    CV 04-09059<br>Case No.    CV 05-2727 |
| 14 | MATTEL, INC., a Delaware corporation, | NOTICE OF LODGING OF BRATZ PRODUCTS IN SUPPORT OF MATTEL INC.'S MOTION FOR A |
| 15 | Defendant. | PERMANENT INJUNCTION |
| 16 | | |
| 17 | AND CONSOLIDATED ACTIONS | Date:   Nov. 10, 2008<br>Time:   1:00 p.m.<br>Place:  Courtroom 1 |
| 18 | | |
| 19 | | **Phase 1(a)**<br>Trial Date:  May 27, 2008 |
| 20 | | **Phase 1(b)**<br>Trial Date:  July 23, 2008 |

21

22

23

24

25

26

27

28

EXHIBIT 62
PAGE 1007

1         TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF

2  RECORD, PLEASE TAKE NOTICE that pursuant to <u>Local Rule</u> 11-5.1 and the

3  Court's October 6, 2008 Order Granting Mattel, Inc.'s *Ex Parte* Application for

4  Leave to Lodge Non-Paper Physical Exhibits, Mattel, Inc. hereby lodges with the

5  Court the Bratz products identified in Exhibit A hereto in support of Mattel's Motion

6  for a Permanent Injunction.

7

8  DATED:  October 14, 2008     QUINN EMANUEL URQUHART OLIVER &amp;
                           HEDGES, LLP

9

10                   By<u>/s/ Michael T. Zeller</u>

11                    Michael T. Zeller
                      Attorneys for Mattel, Inc.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT 62
PAGE 1010

## Exhibit A

| | PRODUCT | SKU | PHOTO ID | BOX |
|---|---|---|---|---|
| 1. | Play Sportz X-treme Kick Boxing Cloe | 379034 | 1505 | Quinn Emanuel 1 |
| 2. | Walking Yasmin | 366539 | 1517 | Quinn Emanuel 1 |
| 3. | Designed by Sasha | 379515 | 1545 | Quinn Emanuel 1 |
| 4. | Introducing "Kina" | 382522 | 1547 | Quinn Emanuel 1 |
| 5. | The Movie – Movie Making Set "Sharidan" | 355267 | 1549 | Quinn Emanuel 1 |
| 6. | Bratz World Cloe's House | 382935 | 1551 | Quinn Emanuel 1 |
| 7. | Wild Wild West - Yasmin | 411956 | 1554 | Quinn Emanuel 1 |
| 8. | Wild Wild West - Cloe | 411949 | 1555 | Quinn Emanuel 1 |
| 9. | Wild Wild West - Fianna | 411963 | 1556 | Quinn Emanuel 1 |
| 10. | Play Sportz X-treme – Skate Boarding Leah | 379041 | 1557 | Quinn Emanuel 2 |
| 11. | Fashion Designer Cloe | 370918 | 1558 | Quinn Emanuel 2 |
| 12. | Fashion Designer Yasmin | 370901 | 1559 | Quinn Emanuel 2 |
| 13. | Designed by Cloe | 379492 | 1560 | Quinn Emanuel 2 |
| 14. | Designed by Yasmin | 379485 | 1561 | Quinn Emanuel 2 |
| 15. | Passion 4 Fashion Yasmin | 354734 | 1562 | Quinn Emanuel 2 |
| 16. | Passion 4 Fashion Cloe | 354741 | 1563 | Quinn Emanuel 2 |
| 17. | Wintertime Collection Yasmin | 379324 | 1565 | Quinn Emanuel 2 |
| 18. | Sweet Dreamz Pajama Party Yasmin | 411543 | 1566 | Quinn Emanuel 2 |
| 19. | Bratz Doll - Aubrey! | 379270 | 1567 | Quinn Emanuel 2 |
| 20. | Familiez – Cloe & Her Sister Sonya | 384724 | 1568 | Quinn Emanuel 2 |
| 21. | Familiez -- Yasmin & Her Mom Portia | 384557 | 1569 | Quinn Emanuel 2 |
| 22. | Jetset Playset - Katia | 385578 E5 | 1572 | Quinn Emanuel 2 |
| 23. | Girlfriendz Nite Out Phoebe | 408871 | 1574 | Quinn Emanuel 2 |
| 24. | Grilfriendz Yasmin | 407980 | 1575 | Quinn Emanuel 2 |

- 1 -

EXHIBIT A

NOTICE OF LODGING IN SUPPORT OF MATTEL INC.'S MOTION FOR A PERMANENT INJUNCTION

EXHIBIT 62
PAGE 181

| | | | | |
|---|---|---|---|---|
| 25. | Fashion Stylistz Cloe | 362401 | 1576 | Quinn Emanuel 2 |
| 26. | Nighty-Nite Cloe | 384762 | 1578 | Quinn Emanuel 2 |
| 27. | Neon Pop Divaz Sasha | 368465 | 1579 | Quinn Emanuel 2 |
| 28. | Costume Party - Pretty Pirate Yasmin | 384496 | 1580 | Quinn Emanuel 2 |
| 29. | Costume Party - Wicked Witch Meygan | 384502 | 1581 | Quinn Emanuel 2 |
| 30. | Costume Party - Pouty Princess Cloe | 384489 | 1582 | Quinn Emanuel 2 |
| 31. | Play Sportz X-Treme Sky Diving Yasmin | 379027 | 1583 | Quinn Emanuel 3 |
| 32. | Play Sportz Gymnasitcs Sasha | 374442 | 1585 | Quinn Emanuel 3 |
| 33. | Yasmin the Pretty Princess | 385387 | 1586 | Quinn Emanuel 3 |
| 34. | Celebritiez - Movie Star Yasmin | 379065 | 1588 | Quinn Emanuel 3 |
| 35. | Wintertime Collection Sasha | 383956 | 1589 | Quinn Emanuel 3 |
| 36. | Celebritiez - Dance Star Cloe | 382898 | 1590 | Quinn Emanuel 3 |
| 37. | Girlz Really Rock - Hip Hop Hottie Sasha | 381198 | 1592 | Quinn Emanuel 3 |
| 38. | Star Singerz Yasmin | 355090 | 1593 | Quinn Emanuel 3 |
| 39. | Play Sportz Racecar Dana | 362371 | 1595 | Quinn Emanuel 3 |
| 40. | Bratz Nighty-Nite Sasha | 385325 | 1598 | Quinn Emanuel 3 |
| 41. | Fashion Designer Sasha | 370932 | 1599 | Quinn Emanuel 3 |
| 42. | Sportz - RC X-Treme Skateboarding Sasha | 353201 P | 1600 | Quinn Emanuel 3 |
| 43. | Bratz Fashion Stylistz "Yasmin" (Hair Stylist) | 36245 | 1601 | Quinn Emanuel 3 |
| 44. | Bratz Forever Diamondz "Cloe" | 334088 | 1602 | Quinn Emanuel 3 |
| 45. | Bratz Magic Fashion Nails "Cloe" | 368540 | 1603 | Quinn Emanuel 3 |
| 46. | Bratz Magic Fashion Nails "Yasmin" | 368533 | 1604 | Quinn Emanuel 3 |
| 47. | Bratz Holiday "Cloe" | 379690 | 1605 | Quinn Emanuel 3 |
| 48. | Bratz SunKissed "Yasmin" | 368397 | 1607 | Quinn Emanuel 3 |
| 49. | Bratz The Fashion Show Evening Wear Collection "Cloe" | 370826 | 1608 | Quinn Emanuel 3 |
| 50. | Bratz The Fashion Show Sleepwear Collection "Yasmin" | 373636 | 1609 | Quinn Emanuel 3 |
| 51. | Bratz Magic Hair Color "Fianna" | 383468 | 1611 | Quinn Emanuel 3 |

- 2 -

NOTICE OF LODGING IN SUPPORT OF MATTEL INC.'S MOTION FOR A PERMANENT INJUNCTION

EXHIBIT 62
PAGE 1012

| | | | | |
|---|---|---|---|---|
| 52. | Bratz Play Sportz "Cloe" (Cheerleading) | 374435 | 1612 | Quinn Emanuel 3 |
| 53. | Bratz Play Sportz "Katia" (Scuba Diving) | 375876 | 1613 | Quinn Emanuel 3 |
| 54. | Bratz Girlz Really Rock "Cloe" | 379416 | 1614 | Quinn Emanuel 3 |
| 55. | Bratz Magic Hair Color "Cloe" | 379652 | 1615 | Quinn Emanuel 3 |
| 56. | Bratz Magic Hair Color "Leah" | 379645 | 1616 | Quinn Emanuel 3 |
| 57. | Bratz Birthday "Cloe" | 343622 | 1617 | Quinn Emanuel 3 |
| 58. | Bratz Birthday "Meygan" | 343646 | 1618 | Quinn Emanuel 3 |
| 59. | Bratz Birthday "Yasmin" | 343639 | 1619 | Quinn Emanuel 3 |
| 60. | Bratz Passion 4 Fashion Spotlight Collection "Cloe" | 368359 | 1620 | Quinn Emanuel 3 |
| 61. | Bratz Passion 4 Fashion Spotlight Collection "Yasmin" | 368342 | 1625 | Quinn Emanuel 3 |
| 62. | Bratz Wintertime Collection "Cloe" | 379331 | 1626 | Quinn Emanuel 3 |
| 63. | Bratz Girlz Really Rock "Yasmin" | 379409 | 1629 | Quinn Emanuel 3 |
| 64. | Bratz Play Sportz "Yasmin" (Hip Hop Dance) | 374498 | 1630 | Quinn Emanuel 3 |
| 65. | Bratz Neon Pop Divaz "Cloe" | 368458 | 1631 | Quinn Emanuel 3 |
| 66. | Bratz Pampered Pupz "Yasmin" | 343592 | 1632 | Quinn Emanuel 3 |
| 67. | Bratz The Fashion Show "Cloe" | 350910 | 1633 | Quinn Emanuel 3 |
| 68. | Bratz Spider-Man 3 "Cloe" | 362654 | 1634 | Quinn Emanuel 3 |
| 69. | Bratz Fashion Stylistz "Leah" (Nail Stylist) | 362418 | 1636 | Quinn Emanuel 3 |
| 70. | Bratz The Movie "Sasha" | 358442 | 1637 | Quinn Emanuel 3 |
| 71. | Bratz Designed by Jade (w/ perfume) | 379508 | 1638 | Quinn Emanuel 3 |
| 72. | Bratz "Destiny" | 379287 | 1641 | Quinn Emanuel 3 |
| 73. | Bratz "Kina" | 382522 | 1642 | Quinn Emanuel 3 |
| 74. | Bratz Nighty-Nite "Cloe" | 384762 | 1643 | Quinn Emanuel 3 |
| 75. | Bratz Nighty-Nite "Yasmin" | 384755 | 1644 | Quinn Emanuel 3 |
| 76. | Bratz Play Sportz Extreme "Cloe" (Kick Boxing) | 379034 | 1645 | Quinn Emanuel 3 |
| 77. | Bratz Holiday "Yasmin" | 382904 | 1647 | Quinn Emanuel 3 |
| 78. | Bratz Play Sportz "Cloe" (Ice Skating) | 354567 | 1648 | Quinn Emanuel 3 |

EXHIBIT 62
PAGE 1013

| | | | | | |
|---|---|---|---|---|---|
| 1 | 79. | Bratz The Movie "Cloe" | 358428 | 1649 | Quinn Emanuel 3 |
| 2 | 80. | Bratz World Cloe's House | 382935 | 1651 | Quinn Emanuel 4 |
| 3 | 81. | Bratz World Yasmin's House | 382928 | 1652 | Quinn Emanuel 4 |
| 4 | 82. | Bratz Girlz Really Rock "Jade" | 379423 | 1653 | Quinn Emanuel 4 |
| 5 | 83. | Bratz Magic Make Up "Cloe" | 355168 | 1654 | Quinn Emanuel 4 |
| 6 | 84. | Bratz Wild Wild West "Meygan" | 411970 | 1655 | Quinn Emanuel 4 |
| 7 | 85. | Bratz World Twins "Peyton" & "Nevaeh" | 381389 | 1657 | Quinn Emanuel 4 |
| 8 | 86. | Bratz The Fashion Show Sleepwear Collection-Cloe | 373643 | 1677 | Quinn Emanuel 4 |
| 9 | 87. | Cloe-Bratz Sweet Heart | 368229 | 1681 | Quinn Emanuel 4 |
| 10 | 88. | Yasmin-Bratz Sweet Heart | 368236 | 1680 | Quinn Emanuel 4 |
| 11 | 89. | Yasmin-The Fashion Show-Swim Wear Collection | 373674 | 1682 | Quinn Emanuel 4 |
| 12 | 90. | Yasmin-The Fashion Show, Evening Wear Collection | 370819 | 1688 | Quinn Emanuel 4 |
| 13 | 91. | Yasmin-The Fashion Show | 362661 | 1689 | Quinn Emanuel 4 |
| 14 | 92. | Yasmin-Neon Pop Divaz | 368441 | 1676 | Quinn Emanuel 4 |
| 15 | 93. | Bratz Be-Bratz.com, Be-Bratz in the Bratz World | 365433 | 1679 | Quinn Emanuel 4 |
| 16 | 94. | Yasmin--Bratz The Movie | 368411P | 1686 | Quinn Emanuel 4 |
| 17 | 95. | Yasmin Magic Make Up | 352013 | 1684 | Quinn Emanuel 4 |
| 18 | 96. | Sasha, X-treme Rock Climbing, Bratz Play Sports | 378389 | 1678 | Quinn Emanuel 4 |
| 19 | 97. | Cloe, Bratz (Cloe, the Angel, with Heavenly Style) | 385370 | 1687 | Quinn Emanuel 4 |
| 20 | | **Product** | **Trial Exhibit No.** | | **Box** |
| 21 | 98. | Bratz Birthday Jade | 14416 | | Quinn Emanuel 1 |
| 22 | 99. | Bratz Slumber Party Sasha | 14543 | | Quinn Emanuel 1 |
| 23 | 100. | 2007 Yasmin (Girlfriendz Nite Out) | 14623 | | Quinn Emanuel 1 |
| 24 | 101. | 2008 Yasmin (Girlz Really Rock) | 14624 | | Quinn Emanuel 1 |
| 25 | 102. | 2008 Sasha (Girls Really Rock) | 14626 | | Quinn Emanuel 1 |
| 26 | 103. | 2008 Jade (Girlz Really Rock) | 14627 | | Quinn Emanuel 1 |
| 27 | 104. | 2007 Cloe (Star Singerz) | 14628 | | Quinn Emanuel 1 |
| 28 | | | | | |

- 4 -

EXHIBIT A
NOTICE OF LODGING IN SUPPORT OF MATTEL INC.'S MOTION FOR A PERMANENT INJUNCTION

EXHIBIT 62
PAGE 1014

| | | | |
|---|---|---|---|
| 105. | 2008 Cloe (Magic Hair Color) | 14629 | Quinn Emanuel 1 |
| 106. | Bratz Back to School Yasmin | 17362 | Skadden Arps 31 |
| 107. | Bratz, The Xpress It Fashion Collection, Yasmin | 17366 | Skadden Arps 31 |
| 108. | Bratz F.M. Cruiser | 17367 | Skadden Arps 31 |
| 109. | Bratz Funk 'N' Glow | 17368 | Skadden Arps 31 |
| 110. | Bratz Tokyo a Go-go | 17369 | Skadden Arps 31 |
| 111. | Bratz, The Funk Out Fashion Collection, Sasha | 17494 | Skadden Arps 37 |
| 112. | Bratz Flashback Fever Hanna | 17495 | Skadden Arps 37 |
| 113. | Bratz i candy Cloe | 17496 | Skadden Arps 37 |
| 114. | Bratz i candy Phoebe | 17497 | Skadden Arps 37 |
| 115. | Bratz World! Colletor's Edition | 17498 | Skadden Arps 37 |
| 116. | Bratz Blind Date Collection | 17499 | Skadden Arps 38 |
| 117. | Bratz Midnight Dance | 17500 | Skadden Arps 38 |
| 118. | Bratz Treasures! | 17501 | Skadden Arps 38 |
| 119. | Bratz Fabulous Bratz Fiana | 17502 | Skadden Arps 38 |
| 120. | Bratz OOH LA LA Kumi | 17503 | Skadden Arps 38 |
| 121. | Bratz Life in Concert Dana | 17504 | Skadden Arps 38 |
| 122. | Bratz Life in Concert Yasmin | 17505 | Skadden Arps 38 |
| 123. | Bratz Wild Wild West Yasmin | 17506 | Skadden Arps 38 |
| 124. | Bratz Dynamite Cloe | 17507 | Skadden Arps 38 |
| 125. | Bratz Twins Tess & Nona | 17508 | Skadden Arps 38 |
| 126. | Design Your Own Bratz Cloe | 17509 | Skadden Arps 38 |
| 127. | Flower Girlz | 17510 | Skadden Arps 38 |
| 128. | Bratz Play Sportz Doll Inline Skating Sasha | 17511 | Skadden Arps 39 |
| 129. | Costume Party Jasmin | 17512 | Skadden Arps 39 |
| 130. | Bratz S07 Pampered Pups Cloe | 17513 | Skadden Arps 39 |
| 131. | Birthday Sasha | 17514 | Skadden Arps 39 |

EXHIBIT A

NOTICE OF LODGING IN SUPPORT OF MATTEL INC.'S MOTION FOR A PERMANENT INJUNCTION

EXHIBIT 62
PAGE 1615

| | | | | |
|---|---|---|---|---|
| 1 | 132. | Bratz S07 Adventure Girlz Jade | 17516 | Skadden Arps 39 |
| 2 | 133. | Bratz Back to School - Cloe | 17517 | Skadden Arps 39 |
| 3 | 134. | Birthday Meygan | 17518 | Skadden Arps 39 |
| 4 | 135. | Bratz Birthday Bash Cloe | 17519 | Skadden Arps 39 |
| 5 | 136. | Bratz X-Treme Skate Boarding RC Sasha | 17520 | Skadden Arps 39 |
| 6 | 137. | Bratz CampFire Felicia | 17521 | Skadden Arps 39 |
| 7 | 138. | Big Bratz Collector Doll Yasmin | 17522 | Skadden Arps 73 |
| 8 | 139. | Bratz Meygan Collector Doll | 17523 | Skadden Arps 73 |
| 9 | 140. | Bratz Fashion Pixiez Doll Yasmin | 17524 | Skadden Arps 40 |
| 10 | 141. | Fashion Pixiez | 17525 | Skadden Arps 40 |
| 11 | 142. | Bratz Flashback Fever Sasha | 17526 | Skadden Arps 40 |
| 12 | 143. | Bratz Forever Diamondz Jade | 17527 | Skadden Arps 40 |
| 13 | 144. | Bratz Formal Punk Super Stylin' Runway Disco | 17528 | Skadden Arps 74 |
| 14 | 145. | Bratz Formal Funk Collection - Dana | 17529 | Skadden Arps 40 |
| 15 | 146. | Bratz Funk N Glow Jade | 17530 | Skadden Arps 40 |
| 16 | 147. | Bratz Funk N' Glow Cloe | 17531 | Skadden Arps 40 |
| 17 | 148. | Bratz Funky Fashion Makeover - Cloe | 17533 | Skadden Arps 40 |
| 18 | 149. | Bratz Funky Fashion Makeover - Yasmin | 17534 | Skadden Arps 41 |
| 19 | 150. | Bratz Funky Fashion Makeover- Meygan | 17535 | Skadden Arps 41 |
| 20 | 151. | Bratz Genie Magic - Megan | 17536 | Skadden Arps 41 |
| 21 | 152. | Genie Magic Sasha | 17537 | Skadden Arps 41 |
| 22 | 153. | Bratz Doll (Girlz Night Out) Cloe | 17538 | Skadden Arps 41 |
| 23 | 154. | Bratz Gold Medal Gymnasts Sasha | 17539 | Skadden Arps 41 |
| 24 | 155. | Bratz Holiday Doll - Trinity | 17540 | Skadden Arps 23 |
| 25 | 156. | Bratz I-Candy Yasmin | 17541 | Skadden Arps 22 |
| 26 | 157. | Bratz Doll (Live N Concert) Cloe | 17542 | Skadden Arps 22 |
| 27 | 158. | Bratz S07 Magic Hair Yasmin | 17543 | Skadden Arps 22 |
| 28 | | | | |

EXHIBIT 62
PAGE 1016

| | | | |
|---|---|---|---|
| 1 | 159. | Midnight Dance Jasmin | 17544 | Skadden Arps 22 |
| 2 | 160. | Bratz Motorcycle Style! - Cloe | 17545 | Skadden Arps 23 |
| 3 | 161. | Bratz OOH LA LA Cloe | 17546 | Skadden Arps 22 |
| 4 | 162. | Bratz Doll - Cloe | 17550 | Skadden Arps 22 |
| 5 | 163. | Bratz Doll - Jade | 17551 | Skadden Arps 71 |
| 6 | 164. | Bratz Doll - Yasmin | 17561 | Skadden Arps 22 |
| 7 | 165. | Bratz Play Sportz Sasha Cheerleading | 17563 | Skadden Arps 48 |
| 8 | 166. | Play Sportz One on One Tennis Cloe & Meygan | 17564 | Skadden Arps 22 |
| 9 | 167. | Bratz World London Pretty 'N' Punk Cloe | 17565 | Skadden Arps 22 |
| 10 | 168. | Bratz Princess - Roxxi | 17566 | Skadden Arps 22 |
| 11 | 169. | Shrek Doll Yasmin | 17567 | Skadden Arps 22 |
| 12 | 170. | Bratz Sleep Over - Cloe | 17568 | Skadden Arps 48 |
| 13 | 171. | Spider Man Cloe | 17569 | Skadden Arps 48 |
| 14 | 172. | Bratz Spring Break Doll Pack - Cloe | 17570 | Skadden Arps 48 |
| 15 | 173. | Bratz Strut it - Meygan | 17571 | Skadden Arps 48 |
| 16 | 174. | Bratz Style It - Cloe | 17572 | Skadden Arps 48 |
| 17 | 175. | Bratz Style It - Dana | 17573 | Skadden Arps 48 |
| 18 | 176. | Bratz Stylin Salon N Spa - Version 2 | 17574 | Skadden Arps 74 |
| 19 | 177. | Bratz Sun-Kissed Summer - Cloe | 17575 | Skadden Arps 78 |
| 20 | 178. | Sweet Heart Phoebe | 17576 | Skadden Arps 48 |
| 21 | 179. | Bratz Special Feature Talking Cloe | 17577 | Skadden Arps 48 |
| 22 | 180. | Bratz Special Feature Talking Yasmin | 17578 | Skadden Arps 48 |
| 23 | 181. | Bratz Twins Collector Dolls | 17579 | Skadden Arps 48 |
| 24 | 182. | Bratz Doll (Wild Life Safari) Meygan | 17580 | Skadden Arps 49 |
| 25 | 183. | Bratz Wild Wild West Cloe | 17581 | Skadden Arps 49 |
| 26 | 184. | Bratz Wintertime Collection Sasha | 17582 | Skadden Arps 49 |
| 27 | 185. | Bratz Babyz Sitter (1 Bratz & 1 Babyz) Lana & Alicia | 17583 | Skadden Arps 49 |
| 28 | | | | |

EXHIBIT 62
PAGE 1617

| # | No. | Title | Number | Firm |
|---|-----|-------|--------|------|
| 1 | 186. | Bratz Passion 4 Fashion Cloe | 17726 | Skadden Arps 57 |
| 2 | 187. | Bratz Doll (Girfriendz Nite Out) Phoebe | 17727 | Skadden Arps 57 |
| 3 | 188. | Bratz Girlfriendz Nite Out Sasha | 17728 | Skadden Arps 57 |
| 4 | 189. | Bratz Play Sportz Yasmin | 17729 | Skadden Arps 57 |
| 5 | 190. | Bratz Doll (Playz Sportz) Tess | 17730 | Skadden Arps 57 |
| 6 | 191. | Bratz the Movie Jade | 17731 | Skadden Arps 57 |
| 7 | 192. | Bratz the Movie Funky Fashion Makeover | 17772 | Skadden Arps 17 |
| 8 | 193. | Bratz Holiday Yasmin | 17776 | Skadden Arps 57 |
| 9 | 194. | Bratz Fall 2002 Yasmin | 17805 | Skadden Arps 58 |
| 10 | 195. | Bratz Xpress It! Sasha | 17806 | Skadden Arps 58 |
| 11 | 196. | Bratz Fall 2002 Cloe | 17807 | Skadden Arps 58 |
| 12 | 197. | Bratz Xpress It! Meygan | 17808 | Skadden Arps 58 |
| 13 | 198. | Bratz Xpress It! Jade | 17809 | Skadden Arps 58 |
| 14 | 199. | Bratz Doll S02 Sasha | 17810 | Skadden Arps 58 |
| 15 | 200. | Bratz Doll S02 Jade | 17811 | Skadden Arps 58 |
| 16 | 201. | Bratz Doll S02 Yasmin | 17812 | Skadden Arps 58 |
| 17 | 202. | Beach Party Bratz-Cloe | 17813 | Skadden Arps 58 |
| 18 | 203. | Beach Party Bratz-Jade | 17814 | Skadden Arps 58 |
| 19 | 204. | Bratz Stylin' Hair Studio | 17815 | Skadden Arps 17 |
| 20 | 205. | Bratz Dynamite Cloe | 18290 | Skadden Arps 58 |
| 21 | 206. | Bratz Life in Concert Sasha | 18291 | Skadden Arps 58 |
| 22 | 207. | Bratz Play Sportz Basketball | 18292 | Skadden Arps 59 |
| 23 | 208. | Cloe | 18512 | Skadden Arps 59 |
| 24 | 209. | Cloe | 18513 | Skadden Arps 59 |
| 25 | 210. | Bratz Funk N' Glow Jade | 18542 | Skadden Arps 59 |
| 26 | 211. | Bratz Birthday - Cloe | 18650 | Skadden Arps 59 |
| 27 | 212. | Bratz Birthday Yasmin | 18651 | Skadden Arps 59 |
| 28 | | | | |

| | | | |
|---|---|---|---|
| 1 | 213. | Bratz X-Treme Skate Boarding RC Sasha | 18652 | Skadden Arps 59 |
| 2 | 214. | Costume Party Lela | 18653 | Skadden Arps 59 |
| 3 | 215. | Bratz Fashion Pixiez Dee | 18654 | Skadden Arps 61 |
| 4 | 216. | Bratz Feelin' Pretty Collection Dana | 18655 | Skadden Arps 61 |
| 5 | 217. | Bratz Funk N' Glow - Cloe | 18656 | Skadden Arps 61 |
| 6 | 218. | Bratz Girls Night Out- Dana | 18657 | Skadden Arps 61 |
| 7 | 219. | Bratz Hollywood Yasmin | 18658 | Skadden Arps 61 |
| 8 | 220. | Bratz Hollywood Phoebe | 18659 | Skadden Arps 61 |
| 9 | 221. | Bratz Jade Hot Summer Dayz | 18660 | Skadden Arps 61 |
| 10 | 222. | Bratz Vinessa Ice Champions | 18661 | Skadden Arps 61 |
| 11 | 223. | Bratz Maribel Ice Champions | 18662 | Skadden Arps 18 |
| 12 | 224. | Bratz Jade Magic Hair | 18663 | Skadden Arps 61 |
| 13 | 225. | Bratz Fianna Midnight Dance | 18664 | Skadden Arps 61 |
| 14 | 226. | Bratz Fianna Nighty Nite | 18665 | Skadden Arps 61 |
| 15 | 227. | Bratz Roxxi Play Sportz | 18666 | Skadden Arps 61 |
| 16 | 228. | Bratz Phoebe Play Sportz | 18667 | Skadden Arps 61 |
| 17 | 229. | Bratz Lilee Play Sportz | 18668 | Skadden Arps 62 |
| 18 | 230. | Bratz Katia Play Sportz | 18669 | Skadden Arps 62 |
| 19 | 231. | Bratz Play Sportz Sportz Teamz (Cloe & Katia) | 18670 | Skadden Arps 62 |
| 20 | 232. | Yasmin Bratz Costume Party | 18671 | Skadden Arps 62 |
| 21 | 233. | Bratz Play Sportz Sportz Teamz (Dana & Leah) | 18672 | Skadden Arps 62 |
| 22 | 234. | Bratz Vinessa Play Sportz | 18673 | Skadden Arps 62 |
| 23 | 235. | Bratz Princess Sisterz (Ciara & Diona) | 18674 | Skadden Arps 62 |
| 24 | 236. | Bratz Cloe Rodeo | 18675 | Skadden Arps 62 |
| 25 | 237. | Bratz Jade Rock Angelz | 18676 | Skadden Arps 62 |
| 26 | 238. | Bratz Rodeo Sorya | 18677 | Skadden Arps 62 |
| 27 | 239. | Bratz Secret Date Nevra | 18678 | Skadden Arps 63 |
| 28 | | | | |

EXHIBIT A

NOTICE OF LODGING IN SUPPORT OF MATTEL INC.'S MOTION FOR A PERMANENT INJUNCTION

EXHIBIT 62
PAGE 1019

| | | | | |
|---|---|---|---|---|
| 1 | 240. | Bratz Sisterz (Lilani & Kiani) | 18679 | Skadden Arps 63 |
| 2 | 241. | Bratz Slumber Party Yasmin | 18680 | Skadden Arps 63 |
| 3 | 242. | Bratz Sleep Over Jade | 18681 | Skadden Arps 63 |
| 4 | 243. | Bratz Spring Break Leah | 18682 | Skadden Arps 63 |
| 5 | 244. | Bratz Step Out Meygan | 18683 | Skadden Arps 63 |
| 6 | 245. | Bratz Sun Kissed Summer Cloe | 18684 | Skadden Arps 63 |
| 7 | 246. | Bratz Sweet Dreamz Pajama Party - Siernna | 18685 | Skadden Arps 63 |
| 8 | 247. | Bratz Sweet Dreamz Pajama Party - Kumi | 18686 | Skadden Arps 63 |
| 9 | 248. | Sweet Heart Lilee | 18687 | Skadden Arps 63 |
| 10 | 249. | Bratz Twiins Krysta & Lela (identical) | 18688 | Skadden Arps 63 |
| 11 | 250. | Bratz Twins Collector | 18689 | Skadden Arps 64 |
| 12 | 251. | Fabulous Las Vegas Tiana | 18690 | Skadden Arps 64 |
| 13 | 252. | Bratz Wild Life Safari- Fianna | 18691 | Skadden Arps 64 |
| 14 | 253. | Bratz Wild Wild West Kiana | 18692 | Skadden Arps 64 |
| 15 | 254. | Bratz Wintertime Collection Cloe | 18693 | Skadden Arps 64 |
| 16 | 255. | Bratz Wintertime Collection Yasmin | 18694 | Skadden Arps 64 |
| 17 | 256. | Bratz Girlfriendz Cloe | 18695 | Skadden Arps 64 |
| 18 | 257. | Bratz Funk Out! Sasha | 18697 | Skadden Arps 64 |
| 19 | 258. | Bratz Funk Out! Sasha | 18698 | Skadden Arps 64 |
| 20 | 259. | Bratz Cloe | 18701 | Skadden Arps 64 |
| 21 | 260. | Bratz Yasmin | 18702 | Skadden Arps 64 |
| 22 | 261. | Bratz Play Sportz Soccer Cloe | 18703 | Skadden Arps 64 |
| 23 | 262. | Bratz Jade | 18704 | Skadden Arps 64 |
| 24 | 263. | Bratz Genie Magic Yasmin | 18705 | Skadden Arps 65 |
| 25 | 264. | Bratz Play Sportz Inline Skating Sasha | 18706 | Skadden Arps 65 |
| 26 | 265. | Bratz Ice Champions Dana | 18707 | Skadden Arps 65 |
| 27 | 266. | Bratz Summer Days Cloe | 18708 | Skadden Arps 65 |
| 28 | | | | |

EXHIBIT A
NOTICE OF LODGING IN SUPPORT OF MATTEL INC.'S MOTION FOR A PERMANENT INJUNCTION

EXHIBIT 62
PAGE 1020

| | | | | |
|---|---|---|---|---|
| 1 | 267. | Bratz Adventure Girlz Yasmin | 18709 | Skadden Arps 71 |
| 2 | 268. | Bratz Girlz Night Out Sasha | 18710 | Skadden Arps 65 |
| 3 | 269. | Bratz Bday Meygan | 18711 | Skadden Arps 66 |
| 4 | 270. | Bratz Kidz Yasmin | 18712 | Skadden Arps 66 |
| 5 | 271. | Bratz Passion 4 Fashion Cloe | 18713 | Skadden Arps 66 |
| 6 | 272. | Bratz Flashback Fever Fianna | 18714 | Skadden Arps 66 |
| 7 | 273. | Bratz Jade | 18715 | Skadden Arps 66 |
| 8 | 274. | Bratz FM Cruiser Jade | 18716 | Skadden Arps 65 |
| 9 | 275. | Bratz Safari Meygan | 18717 | Skadden Arps 66 |
| 10 | 276. | Bratz Safari Meygan | 18718 | Skadden Arps 66 |
| 11 | 277. | Bratz Play Sportz Basketball Yasmin & Jade | 18719 | Skadden Arps 66 |
| 12 | 278. | Bratz Play Sportz Tennis Jade & Meygan | 18720 | Skadden Arps 66 |
| 13 | 279. | Bratz Play Sportz Jade & Yasmin | 18721 | Skadden Arps 66 |
| 14 | 280. | Bratz Play Sportz Megan & Yasmin | 18722 | Skadden Arps 66 |
| 15 | 281. | Bratz Play Sportz Cloe & Yasmin | 18723 | Skadden Arps 66 |
| 16 | 282. | Bratz Wild Wild West Yasmin | 18724 | Skadden Arps 66 |
| 17 | 283. | Bratz Play Sportz Skiing Yasmin | 18725 | Skadden Arps 67 |
| 18 | 284. | Bratz Funk n Glo Cloe | 18726 | Skadden Arps 67 |
| 19 | 285. | Bratz Funk n Glo Sasha | 18727 | Skadden Arps 67 |
| 20 | 286. | Bratz Sleepin' Style Sasha | 18728 | Skadden Arps 67 |
| 21 | 287. | Bratz Sleepin in style Sasha | 18729 | Skadden Arps 67 |
| 22 | 288. | Bratz Live in Concert Yasmin | 18730 | Skadden Arps 67 |
| 23 | 289. | Bratz Sweet Heart Sasha | 18731 | Skadden Arps 67 |
| 24 | 290. | Bratz Sweet Heart Yasmin | 18732 | Skadden Arps 67 |
| 25 | 291. | Bratz Triiplets | 18735 | Skadden Arps 67 |
| 26 | 292. | Bratz Sleepin Style Meygan | 18737 | Skadden Arps 68 |
| 27 | 293. | Bratz Sunkissed Summer Jade | 18738 | Skadden Arps 68 |
| 28 | | | | |

EXHIBIT 62
PAGE 1021

| | | | | |
|---|---|---|---|---|
| 1 | 294. | Bratz Midnite Dance Fianna | 18739 | Skadden Arps 68 |
| 2 | 295. | Bratz Goldmedal Gymnyst Cloe | 18740 | Skadden Arps 68 |
| 3 | 296. | Bratz Girlz Nite Out Yasmin | 18741 | Skadden Arps 68 |
| 4 | 297. | Bratz Sunkissed Summer Jade | 18742 | Skadden Arps 68 |
| 5 | 298. | Bratz Sunkissed Summer Cloe | 18743 | Skadden Arps 68 |
| 6 | 299. | Bratz Sunkissed Summer Jade | 18744 | Skadden Arps 68 |
| 7 | 300. | Bratz Bratz Dynamite Nevra | 18745 | Skadden Arps 68 |
| 8 | 301. | Bratz Genie Magic Jade | 18746 | Skadden Arps 68 |
| 9 | 302. | Bratz Bratz Treasures Roxxi | 18747 | Skadden Arps 68 |
| 10 | 303. | Bratz Wildlife Safari Nevra | 18748 | Skadden Arps 69 |
| 11 | 304. | Bratz Wildlife Safari Fianna | 18749 | Skadden Arps 69 |
| 12 | 305. | Bratz Wildlife Safari Nevra | 18750 | Skadden Arps 69 |
| 13 | 306. | Bratz Bratz Bday Yasmin | 18751 | Skadden Arps 69 |
| 14 | 307. | Bratz Bratz Treasures Yasmin | 18752 | Skadden Arps 69 |
| 15 | 308. | Bratz Bratz I-Candy Phoebe | 18753 | Skadden Arps 69 |
| 16 | 309. | Bratz Bratz I-Candy Cloe | 18754 | Skadden Arps 69 |
| 17 | 310. | Bratz Sunkissed Summer Sasha | 18755 | Skadden Arps 69 |
| 18 | 311. | Bratz Sunkissed Summer Dana | 18756 | Skadden Arps 69 |
| 19 | 312. | Bratz Sunkissed Summer Yasmin | 18757 | Skadden Arps 69 |
| 20 | 313. | Bratz Sunkissed Summer Yasmin | 18758 | Skadden Arps 69 |
| 21 | 314. | Bratz Ooh-la-la Kumi | 18759 | Skadden Arps 70 |
| 22 | 315. | Bratz Funky Fashion Makeover Cloe | 18760 | Skadden Arps 70 |
| 23 | 316. | Bratz Funky Fashion Makeover Meygan | 18761 | Skadden Arps 70 |
| 24 | 317. | Bratz Funky Fashion Makeover Nevra | 18762 | Skadden Arps 70 |
| 25 | 318. | Bratz Play Sportz Soccer Katia & Cloe | 18763 | Skadden Arps 70 |
| 26 | 319. | Bratz Funky Fashion Makeover Dana | 18764 | Skadden Arps 70 |
| 27 | 320. | Bratz Play Sportz Cloe & Yasmin Softball | 18765 | Skadden Arps 70 |
| 28 | | | | |

EXHIBIT 62
PAGE 1022

Case 2:04-cv-09049-SGL-RNB      Document 4356      Filed 10/14/2008      Page 15 of 21

| | | | |
|---|---|---|---|
| 1 | 321. | Bratz Camfire Yasmin | 18766 | Skadden Arps 70 |
| 2 | 322. | Bratz Live in Concert Dana | 18767 | Skadden Arps 70 |
| 3 | 323. | Bratz Doll Dynamite Meygan | 18768 | Skadden Arps 71 |
| 4 | 324. | Bratz Doll Live in Concert Cloe | 18769 | Skadden Arps 71 |
| 5 | 325. | Bratz Doll Gymnastics Gold Medal Yasmin | 18770 | Skadden Arps 71 |
| 6 | 326. | Bratz Doll Bday Bash Phoebe | 18771 | Skadden Arps 71 |
| 7 | 327. | Bratz Doll Bratz Bday Jade | 18772 | Skadden Arps 71 |
| 8 | 328. | Bratz Doll Bratz Back 2 School Yasmin | 18773 | Skadden Arps 71 |
| 9 | 329. | Bratz Doll Blind Date Jade | 18774 | Skadden Arps 71 |
| 10 | 330. | Bratz Sculpt | 17733 | Skadden Arps 59 |
| 11 | 331. | Bratz Sculpt | 18858 | Skadden Arps 59 |
| 12 | 332. | Bratz Sculpt | 18859 | Skadden Arps 59 |
| 13 | 333. | Bratz Walking body (without clothes) | 18871 | Skadden Arps 59 |
| 14 | 334. | Bratz body (without clothes) | 18872 | Skadden Arps 59 |
| 15 | 335. | Bratz body (without clothes) | 18873 | Skadden Arps 59 |
| 16 | 336. | Bratz Cloe Walking | 18879 | Skadden Arps 59 |
| 17 | 337. | Bratz Fabulous Bratz Yasmin | 14001 | Skadden Arps 1 |
| 18 | 338. | Bratz Dynamite Nevra | 14003 | Skadden Arps 1 |
| 19 | 339. | Bratz Hollywood Dana | 14004 | Skadden Arps 1 |
| 20 | 340. | Bratz Sleep Over - Meygan | 14005 | Skadden Arps 1 |
| 21 | 341. | Bratz Motorcycle Style! - Meygan | 14007 | Skadden Arps 1 |
| 22 | 342. | Bratz Secret Date Meygan | 14008 | Skadden Arps 1 |
| 23 | 343. | Design Your Own Bratz Yasmin | 14009 | Skadden Arps 1 |
| 24 | 344. | Bratz Fabulous Bratz Sasha | 14010 | Skadden Arps 1 |
| 25 | 345. | Bratz Birthday Bash Sasha | 14011 | Skadden Arps 1 |
| 26 | 346. | Bratz FM Cruiser Radio Shack Yasmin | 14012 | Skadden Arps 2 |
| 27 | 347. | Bratz FM Cruiser Radio Shack Sasha | 14013 | Skadden Arps 2 |
| 28 | | | | |

NOTICE OF LODGING IN SUPPORT OF MATTEL INC.'S MOTION FOR A PERMANENT INJUNCTION

EXHIBIT 62
PAGE 1023

| | | | | |
|---|---|---|---|---|
| 1 | 348. | Bratz Hollywood Cloe | 14014 | Skadden Arps 1 |
| 2 | 349. | Bratz Step Out! Yasmin | 14015 | Skadden Arps 1 |
| 3 | 350. | Bratz Step Out! Jade | 14016 | Skadden Arps 3 |
| 4 | 351. | Bratz Tokyo-A-Go Go! Cloe | 14017 | Skadden Arps 3 |
| 5 | 352. | Bratz Tokyo-A-Go-Go! Sasha | 14018 | Skadden Arps 3 |
| 6 | 353. | Bratz Tokyo-A-Go Go! Yasmin | 14019 | Skadden Arps 3 |
| 7 | 354. | Bratz Wintertime Collection Yasmin | 14020 | Skadden Arps 3 |
| 8 | 355. | Bratz Wintertime Collection Jade | 14021 | Skadden Arps 3 |
| 9 | 356. | Bratz Slumber Party - Yasmin | 14022 | Skadden Arps 72 |
| 10 | 357. | Bratz Slumber Party - Meygan | 14023 | Skadden Arps 72 |
| 11 | 358. | Bratz Slumber Party - Sasha | 14024 | Skadden Arps 72 |
| 12 | 359. | Bratz Slumber Party - Jade | 14025 | Skadden Arps 72 |
| 13 | 360. | Bratz Slumber Party - Cloe | 14026 | Skadden Arps 72 |
| 14 | 361. | Bratz Secret Date Jade | 14027 | Skadden Arps 72 |
| 15 | 362. | Bratz Wintertime Collection Sasha | 14028 | Skadden Arps 72 |
| 16 | 363. | Bratz Sleep Over - Sasha | 14029 | Skadden Arps 74 |
| 17 | 364. | Bratz S07 Adventure Girlz Cloe | 14031 | Skadden Arps 3 |
| 18 | 365. | Bratz S07 Adventure Girlz Yasmin | 14032 | Skadden Arps 11 |
| 19 | 366. | Bratz S07 Adventure Girlz Sasha | 14033 | Skadden Arps 3 |
| 20 | 367. | Bratz Back to School - Pheobe | 14034 | Skadden Arps 3 |
| 21 | 368. | Bratz Birthday - Yasmin | 14036 | Skadden Arps 3 |
| 22 | 369. | Bratz Birthday Cloe | 14037 | Skadden Arps 3 |
| 23 | 370. | Bratz Birthday Sasha | 14039 | Skadden Arps 4 |
| 24 | 371. | Bratz Birthday Bash Yasmin | 14040 | Skadden Arps 4 |
| 25 | 372. | Bratz X-Treme Skate Boarding RC Yasmin | 14043 | Skadden Arps 4 |
| 26 | 373. | Bratz X-Treme Skate Boarding RC Cloe | 14045 | Skadden Arps 4 |
| 27 | 374. | Bratz CampFire Cloe | 14046 | Skadden Arps 4 |
| 28 | | | | |

EXHIBIT 62
PAGE 1024

| | | | |
|---|---|---|---|
| 1 | 375. | Bratz CampFire Phoebe | 14047 | Skadden Arps 4 |
| 2 | 376. | Bratz CampFire Dana | 14048 | Skadden Arps 4 |
| 3 | 377. | Bratz Cloe Collector Doll | 14049 | Skadden Arps 5 |
| 4 | 378. | Bratz Fashion Pixiez Doll Cloe | 14051 | Skadden Arps 8 |
| 5 | 379. | Bratz Fashion Pixiez Doll Jade | 14052 | Skadden Arps 8 |
| 6 | 380. | Bratz Fashion Pixiez Doll Breeana | 14053 | Skadden Arps 6 |
| 7 | 381. | Bratz Feelin' Pretty Collection Cloe | 14055 | Skadden Arps 6 |
| 8 | 382. | Bratz Feelin' Pretty Collection Sasha | 14057 | Skadden Arps 6 |
| 9 | 383. | Bratz Flashback Fever Cloe | 14058 | Skadden Arps 6 |
| 10 | 384. | Bratz Flashback Fever Yasmin | 14059 | Skadden Arps 6 |
| 11 | 385. | Bratz Flashback Fever Jade | 14060 | Skadden Arps 6 |
| 12 | 386. | Bratz Forever Diamondz Sasha | 14061 | Skadden Arps 8 |
| 13 | 387. | Bratz Forever Diamondz Cloe | 14062 | Skadden Arps 8 |
| 14 | 388. | Bratz Forever Diamondz Yasmin | 14063 | Skadden Arps 8 |
| 15 | 389. | Bratz Forever Diamondz Sharidan | 14064 | Skadden Arps 7 |
| 16 | 390. | Bratz Formal Funk Collection Cloe | 14065 | Skadden Arps 7 |
| 17 | 391. | Bratz Formal Funk Collection Yasmin | 14066 | Skadden Arps 7 |
| 18 | 392. | Bratz Formal Funk Collection - Jade | 14067 | Skadden Arps 7 |
| 19 | 393. | Bratz Formal Funk Collection - Sasha | 14068 | Skadden Arps 7 |
| 20 | 394. | Bratz Funk N' Glow - Yasmin | 14069 | Skadden Arps 7 |
| 21 | 395. | Bratz Funk N Glow - Sasha | 14071 | Skadden Arps 7 |
| 22 | 396. | Bratz Funk N Glow - Dana | 14072 | Skadden Arps 7 |
| 23 | 397. | Bratz Funk N' Glow Yasmin | 14073 | Skadden Arps 8 |
| 24 | 398. | Bratz Funk N' Glow Meygan | 14075 | Skadden Arps 8 |
| 25 | 399. | Bratz Funk Out! Cloe | 14076 | Skadden Arps 8 |
| 26 | 400. | Bratz Funk Out! Yasmin | 14077 | Skadden Arps 8 |
| 27 | 401. | Bratz Funk Out! Jade | 14078 | Skadden Arps 8 |
| 28 | | | | |

EXHIBIT A

NOTICE OF LODGING IN SUPPORT OF MATTEL INC.'S MOTION FOR A PERMANENT INJUNCTION

EXHIBIT 62

PAGE 1028

| | | | |
|---|---|---|---|
| 402. | Bratz Funk Out! Dana | 14079 | Skadden Arps 8 |
| 403. | Bratz Funk Out! Nevra | 14080 | Skadden Arps 8 |
| 404. | Bratz Funk Out! Fianna | 14081 | Skadden Arps 8 |
| 405. | Bratz Funky Fashion Makeover - Jade | 14082 | Skadden Arps 9 |
| 406. | Bratz Funky Fashion Makeover - Sasha | 14083 | Skadden Arps 9 |
| 407. | Bratz Funky Fashion Makeover - Dana | 14084 | Skadden Arps 9 |
| 408. | Bratz Funky Fashion Makeover - Fianna | 14085 | Skadden Arps 10 |
| 409. | Bratz Funky Fashion Makeover - Dana | 14086 | Skadden Arps 10 |
| 410. | Bratz Funky Fashion Makeover - Nevra | 14087 | Skadden Arps 10 |
| 411. | Bratz Genie Magic - Cloe | 14088 | Skadden Arps 11 |
| 412. | Bratz Girls Night Out- Jade | 14090 | Skadden Arps 11 |
| 413. | Bratz S07 Hot Summer Dayz Cloe | 14094 | Skadden Arps 11 |
| 414. | Bratz S07 Hot Summer Dayz Yasmin | 14095 | Skadden Arps 11 |
| 415. | Bratz S07 Hot Summer Dayz Sasha | 14097 | Skadden Arps 11 |
| 416. | Bratz Ice Champions Yasmin | 14098 | Skadden Arps 11 |
| 417. | Bratz Ice Champions Dana | 14099 | Skadden Arps 11 |
| 418. | Bratz Live In Concert Jade | 14102 | Skadden Arps 11 |
| 419. | Bratz Live In Concert Nevra | 14103 | Skadden Arps 11 |
| 420. | Bratz S07 Magic Hair Cloe | 14104 | Skadden Arps 11 |
| 421. | Bratz S07 Magic Hair Sasha | 14106 | Skadden Arps 11 |
| 422. | Bratz Midnight Dance Meygan | 14107 | Skadden Arps 12 |
| 423. | Bratz Motorcycle Style!  Yasmin | 14109 | Skadden Arps 12 |
| 424. | Bratz Motorcycle - Jade | 14110 | Skadden Arps 12 |
| 425. | Bratz Nighty Night Collection- Cloe | 14111 | Skadden Arps 19 |
| 426. | Bratz Nighty Night Collection- Yasmin | 14112 | Skadden Arps 19 |
| 427. | Bratz Nighty Night Collection- Jade | 14113 | Skadden Arps 19 |
| 428. | Bratz Nighty Night Collection- Sasha | 14115 | Skadden Arps 19 |

- 16 -

EXHIBIT A

NOTICE OF LODGING IN SUPPORT OF MATTEL INC.'S MOTION FOR A PERMANENT INJUNCTION

EXHIBIT 62
PAGE 1026

| | | | |
|---|---|---|---|
| 429. | Bratz OOH LA LA Dana | 14116 | Skadden Arps 19 |
| 430. | Bratz P4F Cloe | 14117 | Skadden Arps 19 |
| 431. | Bratz Passion For Fashion Jade | 14118 | Skadden Arps 19 |
| 432. | Bratz P4F Jade | 14119 | Skadden Arps 19 |
| 433. | Bratz Passion For Fashion Sasha | 14120 | Skadden Arps 19 |
| 434. | Bratz P4F Sasha | 14121 | Skadden Arps 19 |
| 435. | Bratz Passion For Fashion Yasmin | 14122 | Skadden Arps 19 |
| 436. | Bratz P4F Yasmin | 14123 | Skadden Arps 19 |
| 437. | Bratz Play Sportz Yasmin Soccer | 14124 | Skadden Arps 20 |
| 438. | Bratz Play Sportz Meygan Bowling | 14125 | Skadden Arps 20 |
| 439. | Bratz Passion For Fashion Cloe | 14126 | Skadden Arps 20 |
| 440. | Bratz Play Sportz Tennis Fianna | 14127 | Skadden Arps 20 |
| 441. | Bratz Play Sportz Basketball Dana | 14129 | Skadden Arps 20 |
| 442. | Bratz Play Sportz Gymnastics - Yasmin | 14130 | Skadden Arps 20 |
| 443. | Bratz Play Sportz Cheerleader Cloe | 14132 | Skadden Arps 20 |
| 444. | Play Sportz One on One Basket Ball Jade & Meygan | 14133 | Skadden Arps 20 |
| 445. | Play Sportz One on One Tennis Cloe & Jade | 14134 | Skadden Arps 20 |
| 446. | Bratz Play Sportz Teamz Softball Dana & Cloe | 14138 | Skadden Arps 20 |
| 447. | Bratz Play Sportz Teamz Soccer - Roxxi & Cloe | 14140 | Skadden Arps 20 |
| 448. | Bratz Play Sportz Doll Cheerleading - Yasmin | 14141 | Skadden Arps 21 |
| 449. | Bratz Play Sportz Doll Dance-Fianna | 14142 | Skadden Arps 21 |
| 450. | Bratz Play Sportz Doll Soccer-Cloe | 14143 | Skadden Arps 21 |
| 451. | Bratz World London Pretty 'N' Punk Yasmin | 14144 | Skadden Arps 21 |
| 452. | Bratz World London Pretty 'N' Punk Jade | 14145 | Skadden Arps 21 |
| 453. | Bratz World London Pretty 'N' Punk Meygan | 14146 | Skadden Arps 21 |
| 454. | Bratz Princess - Cloe | 14147 | Skadden Arps 21 |
| 455. | Bratz Princess - Yasmin | 14148 | Skadden Arps 21 |

- 17 -

EXHIBIT A

NOTICE OF LODGING IN SUPPORT OF MATTEL INC.'S MOTION FOR A PERMANENT INJUNCTION

EXHIBIT 62
PAGE 1027

| | | | |
|---|---|---|---|
| 1 | 456. | Bratz Princess - Jade | 14149 | Skadden Arps 21 |
| 2 | 457. | Bratz Princess - Fianna | 14150 | Skadden Arps 21 |
| 3 | 458. | Bratz Rock Angelz Yasmin | 14153 | Skadden Arps 21 |
| 4 | 459. | Bratz Rock Angelz Cloe | 14154 | Skadden Arps 21 |
| 5 | 460. | Bratz Rock Angelz Sasha | 14156 | Skadden Arps 16 |
| 6 | 461. | Bratz Rodeo Yasmin | 14158 | Skadden Arps 16 |
| 7 | 462. | Bratz Secret Date Cloe | 14161 | Skadden Arps 16 |
| 8 | 463. | Bratz Secret Date Yasmin | 14162 | Skadden Arps 16 |
| 9 | 464. | Bratz Sleep Over - Yasmin | 14164 | Skadden Arps 16 |
| 10 | 465. | Bratz Slumber Party - Jade | 14167 | Skadden Arps 16 |
| 11 | 466. | Bratz Slumber Party - Cloe | 14168 | Skadden Arps 16 |
| 12 | 467. | Bratz Spring Break Doll Pack - Yasmin | 14169 | Skadden Arps 16 |
| 13 | 468. | Bratz Step Out! Cloe | 14170 | Skadden Arps 16 |
| 14 | 469. | Bratz Step Out! Sasha | 14171 | Skadden Arps 16 |
| 15 | 470. | Bratz Strut It Cloe | 14173 | Skadden Arps 16 |
| 16 | 471. | Bratz Strut It - Yasmin | 14174 | Skadden Arps 16 |
| 17 | 472. | Bratz Strut It - Jade | 14175 | Skadden Arps 15 |
| 18 | 473. | Bratz Strut It - Sasha | 14176 | Skadden Arps 15 |
| 19 | 474. | Bratz Style It - Yasmin | 14177 | Skadden Arps 15 |
| 20 | 475. | Bratz Style It - Jade | 14178 | Skadden Arps 15 |
| 21 | 476. | Bratz Style It - Sasha | 14179 | Skadden Arps 15 |
| 22 | 477. | Bratz Sun-Kissed Summer - Yasmin | 14180 | Skadden Arps 15 |
| 23 | 478. | Bratz Sun-Kissed Summer - Sasha | 14181 | Skadden Arps 15 |
| 24 | 479. | Bratz Sweet Dreamz Pajama Party - Cloe | 14182 | Skadden Arps 15 |
| 25 | 480. | Bratz Sweet Dreamz Pajama Party - Yasmin | 14183 | Skadden Arps 15 |
| 26 | 481. | Bratz Sweet Dreamz Pajama Party - Felicia | 14186 | Skadden Arps 15 |
| 27 | 482. | Bratz Special Feature Talking Jade | 14187 | Skadden Arps 15 |
| 28 | | | | |

EXHIBIT 62
PAGE 1028

| | | | | |
|---|---|---|---|---|
| 1 | 483. | Bratz Special Feature Talking Sasha | 14188 | Skadden Arps 15 |
| 2 | 484. | Bratz Tokyo-A-Go Go! Jade | 14189 | Skadden Arps 14 |
| 3 | 485. | Bratz Treasures! Cloe | 14190 | Skadden Arps 14 |
| 4 | 486. | Bratz Treasures! Yasmin | 14191 | Skadden Arps 14 |
| 5 | 487. | Bratz Fabulous Bratz Cloe | 14194 | Skadden Arps 14 |
| 6 | 488. | Bratz Wild Life Safari- Nevra | 14195 | Skadden Arps 14 |
| 7 | 489. | Bratz Wild Life Safari- Cloe | 14197 | Skadden Arps 14 |
| 8 | 490. | Bratz Wild Wild West Fianna | 14198 | Skadden Arps 14 |
| 9 | 491. | Bratz Wild Wild West Dana | 14199 | Skadden Arps 14 |
| 10 | 492. | Bratz Wintertime Collection Dana | 14203 | Skadden Arps 14 |
| 11 | 493. | Bratz Wintertime Collection - Jade | 14204 | Skadden Arps 14 |
| 12 | 494. | Bratz Wintertime Collection Dana | 14205 | Skadden Arps 14 |
| 13 | 495. | Bratz Fall 2002 - Jade | 14206 | Skadden Arps 14 |
| 14 | 496. | Bratz Fall 2002 - Sasha | 14207 | Skadden Arps 12 |
| 15 | 497. | Bratz Fall 2002 - Meygan | 14208 | Skadden Arps 12 |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |
| 19 | | | | |
| 20 | | | | |
| 21 | | | | |
| 22 | | | | |
| 23 | | | | |
| 24 | | | | |
| 25 | | | | |
| 26 | | | | |
| 27 | | | | |
| 28 | | | | |

- 19 -                                                                    EXHIBIT A

NOTICE OF LODGING IN SUPPORT OF MATTEL INC.'S MOTION FOR A PERMANENT INJUNCTION

EXHIBIT 62
PAGE 1029