| | |
|---|---|
| 1 | MELINDA HAAG (State Bar No. 132612) |
| | mhaag@orrick.com |
| 2 | ANNETTE L. HURST (State Bar No. 148738) |
| | ahurst@orrick.com |
| 3 | WARRINGTON S. PARKER III (State Bar No. 148003) |
| | wparker@orrick.com |
| 4 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | The Orrick Building |
| 5 | 405 Howard Street |
| | San Francisco, CA 94105-2669 |
| 6 | Telephone: +1-415-773-5700 |
| | Facsimile: +1-415-773-5759 |
| 7 | |
| 8 | WILLIAM A. MOLINSKI (State Bar No. 145186) |
| | wmolinski@orrick.com |
| 9 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 777 South Figueroa Street, Suite 3200 |
| 10 | Los Angeles, CA 90017 |
| | Telephone: +1-213-629-2020 |
| 11 | Facsimile: +1-213-612-2499 |

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | Case No. CV 04-9049-SGL (RNBx) |
| Plaintiff, | Consolidated with:<br>CV 04-9059<br>CV 05-2727 |
| v. | |
| MATTEL, INC., a Delaware corporation, | **DISCOVERY MATTER** |
| Defendant. | [To Be Heard by Discovery Master Robert C. O'Brien] |
| AND CONSOLIDATED ACTIONS | **PROOF OF SERVICE** |

OHS West:260722696.1                                                                  PROOF OF SERVICE

Case 2:04-cv-09049-DOC-RNB   Document 7073   Filed 10/29/09   Page 2 of 3   Page ID
#:247302

## PROOF OF SERVICE BY MAIL

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, 1000 Marsh Road, Menlo Park, CA 94025. On October 29, 2009, I served the following document(s):

1. NOTICE OF MANUAL FILING;
2. APPLICATION TO FILE UNDER SEAL and [PROPOSED] ORDER;
3. [CONFIDENTIAL UNDER SEAL] MGA'S REPLY IN SUPPORT OF MOTION TO COMPEL FURTHER RESPONSES TO MGA'S REQUESTS FOR PRODUCTION OF DOCUMENTS;
4. [REDACTED – PUBLIC VERSION] MGA'S REPLY IN SUPPORT OF MOTION TO COMPEL FURTHER RESPONSES TO MGA'S REQUESTS FOR PRODUCTION OF DOCUMENTS;
5. SUPPLEMENTAL DECLARATION OF DIANA M. RUTOWSKI IN SUPPORT OF MGA'S MOTION TO COMPEL FURTHER RESPONSES TO MGA'S REQUESTS FOR PRODUCTION OF DOCUMENTS;
6. DECLARATION OF WILLIAM A. MOLINSKI IN SUPPORT OF MGA'S REPLY IN SUPPORT OF MOTION TO COMPEL FURTHER RESPONSES TO MGA'S REQUESTS FOR PRODUCTION OF DOCUMENTS; and
7. DECLARATION OF MATTHEW DUBOIS IN SUPPORT OF MGA'S REPLY IN SUPPORT OF MOTION TO COMPEL FURTHER RESPONSES TO MGA'S REQUESTS FOR PRODUCTION OF DOCUMENTS.

on the interested parties in this action by placing true and correct copies thereof in sealed envelope(s) addressed as follows:

**Jason Russell, Esq.**
Skadden Arps Slate Meagher & Flom LLP
300 South Grand Avenue
Suite 3400
Los Angeles, CA 90071

**Mark Overland, Esq.**
**Alexander Cote, Esq.**
Scheper Kim & Overland LLP
One Bunker Hill
601 West Fifth Street, 12th Floor
Los Angeles, California 90071

OHS West:260722696.1 - 1 - PROOF OF SERVICE

|    |                                                                                                          |
|----|----------------------------------------------------------------------------------------------------------|
| 1  | I am employed in the county from which the mailing occurred. On the                                      |
| 2  | date indicated above, I placed the sealed envelope(s) for collection and mailing at                      |
| 3  | this firm's office business address indicated above. I am readily familiar with this                    |
| 4  | firm's practice for the collection and processing of correspondence for mailing with                    |
| 5  | the United States Postal Service. Under that practice, the firm's correspondence                        |
| 6  | would be deposited with the United States Postal Service on this same date with                          |
| 7  | postage thereon fully prepaid in the ordinary course of business.                                        |
| 8  | I declare under penalty of perjury that the foregoing is true and correct.                               |
| 9  | Executed on October 29, 2009, at San Mateo, California.                                                  |

_Elizabeth Kim_