UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  - Eastern Division
<u>CIVIL MINUTES - GENERAL</u>

Case No.   EDCV 08-00457-SGL(RNBx)                              Date: October 29, 2009
           CV 04-09049 SGL (RNBx)

Title:   MGA ENTERTAINMENT, INC., and ISAAC LARIAN -v- THE HARTFORD
         INSURANCE GROUP
         MATTEL, INC. -v- MGA ENTERTAINMENT INC.
==================================================================
PRESIDING:         HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

C. Sasse                                            XXX
Courtroom Deputy Clerk                              Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:           ATTORNEYS PRESENT FOR DEFENDANTS:

Michael Bidart                              Marta Arriandiaga
John Quinn                                  Paul Gale
                                            Kim Karelis
                                            Erik Pritchard
                                            Thomas Nolan
                                            Annette Hurst
                                            Jeanine Pissani


PROCEEDINGS:    SETTLEMENT CONFERENCE

   Court conducts further settlement conference.   No settlement reached.


MINUTES FORM 90                                          Initials of Deputy Clerk<u>: cls</u>
CIVIL -- GEN                     Page 1                  Time: 05/50