Name & Address:
John B. Quinn
Michael T. Zeller
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| CARTER BRYANT | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CV-04-9049 DOC (RNBx) |
| v. | |
| MATTEL, INC. | NOTICE OF MANUAL FILING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**

Declaration of Tamara Jih in Support of Mattel, Inc.'s Motion to Strike the MGA Parties' General Objections Re Jurisdiction and for Reconsideration of Portions of Order No. 70; Application to File Under Seal; Proposed Order

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☑ Other  Declaration, Exhibits, Application to File Under Seal, Proposed Order

**Reason:**

☑ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☐ Manual Filing required (*reason*):

October 30, 2009                                          Michael T. Zeller
Date                                                              Attorney Name

                                                                   Mattel, Inc.
                                                                   Party Represented

Note:  File one Notice in each case, each time you manually file document(s).

G-92 (03/09)                              **NOTICE OF MANUAL FILING**