Name & Address:
Jason S. Angell (State Bar No. 221607)
ORRICK HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>PLAINTIFF(S)<br>v.<br>MATTEL, INC., a Delaware Corporation,<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>CV 04-9049 DOC (RNBx)<br><br>**NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**

MGA Parties' Ex Parte Application for a Protective Order Postponing the Deposition of Yoon Jung Kim aka Susan Jung Kim; Exhibits 1, 4, 5 and 6 to the Declaration of Jason S. Angell.

**Document Description:**

- ☐ Administrative Record
- ☐ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]
- ☑ Other - MGA Parties' Ex Parte Application for a Protective Order Postponing the Deposition of Yoon Jung Kim aka Susan Jung Kim; Exhibits 1, 4, 5 and 6 to the Declaration of Jason S. Angell.

**Reason:**

- ☑ Under Seal
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☐ Per Court order dated _____
- ☐ Manual Filing required (*reason*):

October 30, 2009
Date

/s/ Jason S. Angell
Attorney Name
MGA Entertainment, Inc., MGA Entertainment (HK) Limited and Isaac Larian
Party Represented

Note: File one Notice in each case, each time you manually file document(s).

G-92 (03/09)   NOTICE OF MANUAL FILING