```
 1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
      John B. Quinn (Bar No. 090378)
 2    johnquinn@quinnemanuel.com
      Michael T. Zeller (Bar No. 196417)
 3    michaelzeller@quinnemanuel.com
      Jon D. Corey (Bar No. 185066)
 4    joncorey@quinnemanuel.com
    865 South Figueroa Street, 10th Floor
 5  Los Angeles, California 90017-2543
    Telephone: (213) 443-3000
 6  Facsimile: (213) 443-3100

 7  Attorneys for Mattel, Inc.
```

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
OCT 23 2009
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>  Plaintiff,<br><br>  vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>  Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S OPPOSITION TO MGA ENTERTAINMENT, INC.'S MOTION TO COMPEL FURTHER RESPONSES TO MGA'S REQUESTS FOR PRODUCTION OF DOCUMENTS; DECLARATION OF ROBERT J. DART IN SUPPORT THEREOF; DECLARATION OF JAMES J. WEBSTER IN SUPPORT THEREOF; DECLARATION OF JAN HODGES IN SUPPORT THEREOF; MATTEL'S RESPONSES TO SEPARATE STATEMENTS<br><br>[[Proposed] Order Filed Concurrently Herewith]<br><br>**Phase 2**<br>Discovery Cut-off: June 1, 2010<br>Pre-trial Conference: TBD<br>Trial Date: TBD |

ORIGINAL
LODGED

00505.07975/3159816.1

MATTEL. INC.'S APPLICATION TO FILE UNDER SEAL

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2  entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully
3  requests that the Court order filed under seal Mattel, Inc.'s Opposition to MGA
4  Entertainment, Inc.'s Motion to Compel Further Responses to MGA's Requests for
5  Production of Documents ("Opposition"), the Declaration of Robert J. Dart in
6  support thereof ("Dart Declaration"), and the Declaration of James J. Webster in
7  support thereof ("Webster Declaration"), the Declaration of Jan Hodges in support
8  thereof ("Hodges Declaration"), Mattel's Response to Separate Statement in Support
9  of MGA Parties' Motion to Compel Further Responses to MGA's Requests for
10 Production of Documents (9049, Set One); Mattel's Response to Separate Statement
11 in Support of MGA Parties' Motion to Compel Further Responses to MGA's
12 Requests for Production of Documents (9049, Set Two); Mattel's Response to
13 Separate Statement in Support of MGA Parties' Motion to Compel Further
14 Responses to MGA's Requests for Production of Documents (9049, Set Three);
15 Mattel's Response to Separate Statement in Support of MGA Parties' Motion to
16 Compel Further Responses to MGA's Requests for Production of Documents (9049,
17 Set Four); Mattel's Response to Separate Statement in Support of MGA Parties'
18 Motion to Compel Further Responses to MGA's Requests for Production of
19 Documents (9049, Set Five); Mattel's Response to Separate Statement in Support of
20 MGA Parties' Motion to Compel Further Responses to MGA's Requests for
21 Production of Documents (9049, Set Six); Mattel's Response to Separate Statement
22 in Support of MGA Parties' Motion to Compel Further Responses to MGA's
23 Requests for Production of Documents (9049, Set Seven); Mattel's Response to
24 Separate Statement in Support of MGA Parties' Motion to Compel Further
25 Responses to MGA's Requests for Production of Documents (9049, [Second] Set
26 Seven); Mattel's Response to Separate Statement in Support of MGA Parties'
27 Motion to Compel Further Responses to MGA's Requests for Production of
28 Documents (9049, Set Eight); Mattel's Response to Separate Statement in Support

1 | of MGA Parties' Motion to Compel Further Responses to MGA's Requests for
2 | Production of Documents (9059, Set One); and Mattel's Response to Separate
3 | Statement in Support of MGA Parties' Motion to Compel Further Responses to
4 | MGA's Requests for Production of Documents (9059, Set Two) (collectively,
5 | "Mattel's Responses to the Separate Statements"),

6 |     The Opposition, the Dart Declaration, the Webster Declaration, the
7 | Hodges Declaration, and Mattel's Responses to the Separate Statements discuss and
8 | attach documents and information that Mattel and the MGA Parties have designated
9 | as "Confidential -- Attorney's Eyes Only" pursuant to the Protective Order.
10 | Accordingly, Mattel requests that the Court order that the Opposition, the Dart
11 | Declaration, the Webster Declaration, the Hodges Declaration, and Mattel's
12 | Responses to the Separate Statements be filed under seal.

14 | DATED: October 19, 2009

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ James J. Webster
James J. Webster
Attorneys for Mattel, Inc.