QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  michaelzeller@quinnemanuel.com
  Jon D. Corey (Bar No. 185066)
  joncorey@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>[PROPOSED] ORDER GRANTING MATTEL, INC.'S OPPOSITION TO MGA ENTERTAINMENT, INC.'S MOTION TO COMPEL FURTHER RESPONSES TO MGA'S REQUESTS FOR PRODUCTION OF DOCUMENTS; DECLARATION OF ROBERT J. DART IN SUPPORT THEREOF; DECLARATION OF JAMES J. WEBSTER IN SUPPORT THEREOF; DECLARATION OF JAN HODGES IN SUPPORT THEREOF; MATTEL'S RESPONSES TO SEPARATE STATEMENTS<br><br>**Phase 2**<br>Discovery Cut-off: June 1, 2010<br>Pre-trial Conference: TBD<br>Trial Date: TBD |

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
OCT 23 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

ORIGINAL

LODGED

00505.07975/3159824.1

[PROPOSED] ORDER

## [PROPOSED] ORDER

Based on the concurrently filed Application to File Under Seal Mattel, Inc.'s Opposition to MGA Entertainment, Inc.'s Motion to Compel Further Responses to MGA's Requests for Production of Documents ("Opposition"), the Declaration of Robert J. Dart in support thereof ("Dart Declaration"), and the Declaration of James J. Webster in support thereof ("Webster Declaration"), the Declaration of Jan Hodges in support thereof ("Hodges Declaration"), Mattel's Response to Separate Statement in Support of MGA Parties' Motion to Compel Further Responses to MGA's Requests for Production of Documents (9049, Set One); Mattel's Response to Separate Statement in Support of MGA Parties' Motion to Compel Further Responses to MGA's Requests for Production of Documents (9049, Set Two); Mattel's Response to Separate Statement in Support of MGA Parties' Motion to Compel Further Responses to MGA's Requests for Production of Documents (9049, Set Three); Mattel's Response to Separate Statement in Support of MGA Parties' Motion to Compel Further Responses to MGA's Requests for Production of Documents (9049, Set Four); Mattel's Response to Separate Statement in Support of MGA Parties' Motion to Compel Further Responses to MGA's Requests for Production of Documents (9049, Set Five); Mattel's Response to Separate Statement in Support of MGA Parties' Motion to Compel Further Responses to MGA's Requests for Production of Documents (9049, Set Six); Mattel's Response to Separate Statement in Support of MGA Parties' Motion to Compel Further Responses to MGA's Requests for Production of Documents (9049, Set Seven); Mattel's Response to Separate Statement in Support of MGA Parties' Motion to Compel Further Responses to MGA's Requests for Production of Documents (9049, [Second] Set Seven); Mattel's Response to Separate Statement in Support of MGA Parties' Motion to Compel Further Responses to MGA's Requests for Production of Documents (9049, Set Eight); Mattel's Response to Separate

Statement in Support of MGA Parties' Motion to Compel Further Responses to MGA's Requests for Production of Documents (9059, Set One); and Mattel's Response to Separate Statement in Support of MGA Parties' Motion to Compel Further Responses to MGA's Requests for Production of Documents (9059, Set Two) (collectively, "Mattel's Responses to the Separate Statements"),

IT IS HEREBY ORDERED:

The Opposition, the Dart Declaration, the Webster Declaration, the Hodges Declaration, and Mattel's Responses to the Separate Statements are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: October 23, 2009

/s/ David O. Carter
Hon. David O. Carter
United States District Judge