1  MELINDA HAAG (State Bar No. 132612)
   mhaag@orrick.com
2  ANNETTE L. HURST (State Bar No. 148738)
   ahurst@orrick.com
3  WARRINGTON S. PARKER III (State Bar No. 148003)
   wparker@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
5  405 Howard Street
   San Francisco, CA  94105-2669
6  Telephone:  +1-415-773-5700
   Facsimile:   +1-415-773-5759
7
   WILLIAM A. MOLINSKI (State Bar No. 145186)
8  wmolinski@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
9  777 South Figueroa Street, Suite 3200
   Los Angeles, CA  90017
10 Telephone:  +1-213-629-2020
   Facsimile:   +1-213-612-2499
11
12 Attorneys for MGA Parties

13               UNITED STATES DISTRICT COURT

14             CENTRAL DISTRICT OF CALIFORNIA

15                    EASTERN DIVISION

16 | CARTER BRYANT, an individual, | Case No.  CV 04-9049-SGL (RNBx) |
17 |            Plaintiff,          | Consolidated with: |
   |                                | CV 04-9059 |
18 |            v.                  | CV 05-2727 |
19 | MATTEL, INC., a Delaware       | **DISCOVERY MATTER** |
   | corporation,                   | |
20 |            Defendant.          | **[To Be Heard by Discovery Master Robert C. O'Brien]** |
21 |                                | |
22 |                                | **PROOF OF SERVICE BY HAND DELIVERY** |
   | AND CONSOLIDATED ACTIONS       | |
23 |                                | |
24
25
26
27
28

OHS West:260722696.1                                      PROOF OF SERVICE

## PROOF OF SERVICE BY HAND DELIVERY

I, Tiffany Boynton, declare I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 800 West First Street, Suite 200-B, Los Angeles, CA 90012.

On October 29, 2009, I served all parties with the following documents:

1. NOTICE OF MANUAL FILING;

2. APPLICATION TO FILE UNDER SEAL;

3. [PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL;

4. [CONFIDENTIAL UNDER SEAL] MGA'S REPLY IN SUPPORT OF MOTION TO COMPEL FURTHER RESPONSES TO MGA'S REQUESTS FOR PRODUCTION OF DOCUMENTS;

5. [REDACTED – PUBLIC VERSION] MGA'S REPLY IN SUPPORT OF MOTION TO COMPEL FURTHER RESPONSES TO MGA'S REQUESTS FOR PRODUCTION OF DOCUMENTS;

6. SUPPLEMENTAL DECLARATION OF DIANA M. RUTOWSKI IN SUPPORT OF MGA'S MOTION TO COMPEL FURTHER RESPONSES TO MGA'S REQUESTS FOR PRODUCTION OF DOCUMENTS;

7. EXHIBITS B, C, D, AND G TO THE SUPPLEMENTAL DECLARATION OF DIANA M. RUTOWSKI ISO MGA'S REPLY IN SUPPORT OF MGA'S MOTION TO COMPEL FURTHER RESPONSES TO MGA'S REQUESTS FOR PRODUCTION OF DOCUMENTS;

8. DECLARATION OF WILLIAM A. MOLINSKI IN SUPPORT OF MGA'S REPLY IN SUPPORT OF MOTION TO COMPEL FURTHER RESPONSES TO MGA'S REQUESTS FOR PRODUCTION OF DOCUMENTS;

9. DECLARATION OF MATTHEW DUBOIS IN SUPPORT OF MGA'S REPLY IN SUPPORT OF MOTION TO COMPEL FURTHER RESPONSES TO MGA'S REQUESTS FOR PRODUCTION OF DOCUMENTS; AND

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1   **10.**   EXHIBIT A TO THE DECLARATION OF MATTHEW DUBOIS IN
2   SUPPORT OF MGA'S REPLY IN SUPPORT OF MOTION TO
    COMPEL FURTHER RESPONSES TO MGA'S REQUESTS FOR
3   PRODUCTION OF DOCUMENTS.

by hand-delivering true and correct copies of those documents to:

**Michael Zeller, Esq.**
**Dylan Proctor, Esq.**
**Jon Corey, Esq.**
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017

Executed on October 29, 2009, at Los Angeles, California.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Tiffany Boynton
USA Network, Inc.