QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  michaelzeller@quinnemanuel.com
  Jon D. Corey (Bar No. 185066)
  joncorey@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br><u>Hon. David O. Carter</u><br><br>**APPLICATION TO FILE UNDER SEAL:**<br><br>**(1) MATTEL INC.'S NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION AND/OR *IN CAMERA* REVIEW OF DOCUMENTS IMPROPERLY WITHHELD ON OMNI 808's PRIVILEGE LOG;**<br><br>**(2) APPENDICES OF OMNI 808 PRIVILEGE LOG ENTRIES; AND**<br><br>**(3) EXHIBITS 1, 3, 4, 11, 15, 16, 17, 18, 21 AND 25 TO THE SUPPORTING DECLARATION OF B. DYLAN PROCTOR**<br><br>[Proposed Order Filed Concurrently Herewith]<br><br>**Phase 2**<br>Discovery Cut-off: June 1, 2010<br>Pre-trial Conference: TBD<br>Trial Date: TBD |

07975/3171228.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

### Application to File Under Seal

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order file under seal (1) Mattel, Inc.'s Notice of Motion and Motion to Compel Production and/or *In Camera* Review of Documents Improperly Withheld on Omni 808's Privilege Log; (2) Appendices of Omni 808 Privilege Log Entries; and (3) Exhibits 1, 3, 4, 11, 15, 16, 17, 18, 21 and 25 to the supporting Declaration of B. Dylan Proctor.

Mattel's Motion, the Appendices of Privilege Log Entries and the supporting Proctor Declaration attach, quote from and discusses documents and information that Mattel or the MGA Parties have designated as "Confidential" or otherwise contain information subject to the Protective Order. As these materials have been designated by the parties as "Confidential," Mattel requests that the Court order that the these materials be filed under seal. In the alternative, Mattel requests that the Court declare these materials be outside the definition of "Confidential" as contained in the Protective Order and order them to be lodged as part of the public record.

DATED: October 23, 2009

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By_____B. Dylan Proctor /ZDK_____
B. Dylan Proctor
Attorneys for Mattel, Inc.

|   |   |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | I am employed in the County of Los Angeles, State of California. I am over |
| 3 | the age of eighteen years and not a party to the within action; my business address is |
| 4 | 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017. |
| 5 | On October 26, 2009, I served true copies of the following documents |
| 6 | described as: |
| 7-10 | APPLICATION TO FILE UNDER SEAL: (1) MATTEL, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION AND/OR IN CAMERA REVIEW OF DOCUMENTS IMPROPERLY WITHHELD ON OMNI 808'S PRIVILEGE LOG; (2) APPENDICES OF OMNI 808 PRIVILEGE LOG ENTRIES; AND (3) EXHIBITS 1,3,4,11,15,16,17,18,21 AND 25 TO THE SUPPORTING DECLARATION OF B. DYLAN PROCTOR |
| 11 | on the parties in this action as follows: |

| | |
|---|---|
| Orrick, Herrington & Sutcliffe LLP<br>Annette L. Hurst<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94104 | *Attorneys for the MGA Parties* |
| Orrick, Herrington & Sutcliffe LLP<br>William A. Molinski<br>777 S. Figueroa Street, STE 3200<br>Los Angeles, CA 90017 | *Attorneys for the MGA Parties* |
| Skadden, Arps, Slate, Meagher & Flom LLP<br>  Thomas J. Nolan, Esq.<br>  Jason Russell, Esq.<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90071 | **Attorneys for** *the MGA Parties* |
| Overland Borenstein Scheper & Kim LLP<br>  Mark E. Overland, Esq.<br>  Alexander H. Cote, Esq.<br>601 W. 5th Street, 12th Floor<br>Los Angeles, CA 90017 | **Attorneys for** *Carlos Gustavo Machado Gomez* |
| Bingham McCutchen LLP<br>Todd Gordinier, Esq.<br>Peter Villar, Esq.<br>600 Anton Boulevard, 18th Floor<br>Costa Mesa, CA 92626 | **Attorneys for** *Omni 808 Investors, LLC* |

[√ ]   **BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

   Executed on October 26, 2009, at Los Angeles, California.

_Andrea Hoeven_
Andrea Hoeven

07975/3128092.1

Case No. CV 04-9049 SGL (RNBx)
PROOF OF SERVICE