QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S OPPOSITION TO MGA DEFENDANTS' MOTION TO VACATE RECALL PROVISIONS OF INJUNCTION, OR, IN THE ALTERNATIVE TO CLARIFY AND/OR MODIFY SUCH RECALL PROVISIONS; MOTION TO CLARIFY AND/OR LIMIT MONITOR'S AUTHORITY AS AN ADJUDICATIVE OFFICER OF THE COURT; AND CERTAIN EXHIBITS TO THE DECLARATION OF SCOTT L. WATSON IN SUPPORT THEREOF<br><br>[[Proposed] Order Filed Concurrently Herewith]<br><br>**Phase 2**<br>Discovery Cut-off: June 1, 2010<br>Pre-trial Conference: TBD<br>Trial Date: TBD |

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2  entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully
3  requests that the Court order filed under seal Mattel, Inc.'s Opposition to MGA
4  Defendants' Motions to Vacate Recall Provisions of Injunction, or, in the
5  Alternative to Clarify and/or modify such recall provisions; Motion to Clarify and/or
6  Limit Monitor's Authority as an Adjudicative Officer of the Court ("Opposition"),
7  and Exhibits 9, 11, 13, 14, 15, 17, 18, 19, 21, 22, 24, 25, 27, 28, 29, 30, 32, 33, 34,
8  35, 36, 40, 41, 42, 43, 45, 75, and 82 to the Declaration of Scott L. Watson
9  ("Exhibits").

10  The Opposition and the Exhibits discuss and contain documents and
11  information that the Court, Mattel and the MGA Parties have designated as
12  "Confidential -- Attorney's Eyes Only" pursuant to the Protective Order.
13  Accordingly, Mattel requests that the Court order that the Opposition and the
14  Exhibits be filed under seal.

16  DATED: October 29, 2009        QUINN EMANUEL URQUHART OLIVER & HEDGES. LLP

18                                 By /s/ Scott L. Watson
19                                 Scott L. Watson
                                   Attorneys for Mattel. Inc.