1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
2    John B. Quinn (Bar No. 090378)
     johnquinn@quinnemanuel.com
3    Michael T. Zeller (Bar No. 196417)
     michaelzeller@quinnemanuel.com
4    Jon D. Corey (Bar No. 185066)
     joncorey@quinnemanuel.com
5  865 South Figueroa Street, 10th Floor
   Los Angeles, California 90017-2543
6  Telephone:  (213) 443-3000
   Facsimile:  (213) 443-3100

7  Attorneys for Mattel, Inc.

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT 30 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>                Plaintiff,<br><br>        vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>                Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>[PROPOSED] ORDER GRANTING APPLICATION TO SEAL MATTEL, INC.'S OPPOSITION TO MGA DEFENDANTS' MOTION TO VACATE RECALL PROVISIONS OF INJUNCTION, OR, IN THE ALTERNATIVE TO CLARIFY AND/OR MODIFY SUCH RECALL PROVISIONS; MOTION TO CLARIFY AND/OR LIMIT MONITOR'S AUTHORITY AS AN ADJUDICATIVE OFFICER OF THE COURT; AND CERTAIN EXHIBITS TO THE DECLARATION OF SCOTT L. WATSON IN SUPPORT THEREOF<br><br>**Phase 2**<br>Discovery Cut-off:  June 1, 2010<br>Pre-trial Conference:  TBD<br>Trial Date:  TBD |

00505.07975/3176777.1

[PROPOSED] ORDER

1

## [~~PROPOSED~~] ORDER

2

3        Based on the concurrently filed Application to File Under Seal, Mattel,

4 Inc.'s Opposition to MGA Defendants' Motions to Vacate Recall Provisions of

5 Injunction, or, in the Alternative to Clarify and/or modify such recall provisions;

6 Motion to Clarify and/or Limit Monitor's Authority as an Adjudicative Officer of

7 the Court ("Opposition"), and Exhibits 9, 11, 13, 14, 15, 17, 18, 19, 21, 22, 24, 25,

8 27, 28, 29, 30, 32, 33, 34, 35, 36, 40, 41, 42, 43, 45, 75, and 82 to the Declaration of

9 Scott L. Watson in support thereof ("Exhibits"),

10        IT IS HEREBY ORDERED:

11        The Opposition and the Exhibits are ORDERED filed under seal

12 pursuant to Local Rule 79-5.1.

13

14 DATED: *October 30,* . 2009     *David O. Carter*

15            Hon. David O. Carter
United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28