1  MELINDA HAAG (State Bar No. 132612)
   mhaag@orrick.com
2  ANNETTE L. HURST (State Bar No. 148738)
   ahurst@orrick.com
3  WARRINGTON S. PARKER III (State Bar No. 148003)
   wparker@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   405 Howard Street
5  San Francisco, CA 94105-2669
   Tel: (415) 773-5700/Fax: (415) 773-5759
6
   WILLIAM A. MOLINSKI (State Bar No. 145186)
7  wmolinski@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
8  777 South Figueroa Street, Suite 3200
   Los Angeles, CA 90017
9  Tel: (213) 629-2020/Fax: (213) 612-2499

10 THOMAS S. MCCONVILLE (State Bar No. 155905)
   tmcconville@orrick.com
11 ORRICK, HERRINGTON & SUTCLIFFE LLP
   4 Park Plaza, Suite 1600
12 Irvine, CA 92614-2258
   Tel: (949) 567-6700/Fax: (949) 567-6710

13 Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049-DOC (RNBx)<br><br>Consolidated with:<br>No. CV 04-9059<br>No. CV 05-2727<br><br>[DISCOVERY MATTER]<br>[To be heard by Discovery Master Robert C. O'Brien]<br><br>[PUBLIC VERSION] DECLARATION OF WILLIAM A. MOLINSKI IN SUPPORT OF MGA'S MOTIONS TO COMPEL MATTEL'S ATTENDANCE AT 30(B)6 DEPOSITION AND FOR SANCTIONS |

1
2
3
4
5
6
7

Date:   TBD
Time:   TBD
Place:  Arent Fox LLP
        555 West Fifth St., 48th Fl.
        Los Angeles, CA 90013

**Phase 2**

Disc. Cut-off     June 1, 2010
Pre-trial Conf.:  None Set
Trial Date:       None Set

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

OHS West:260753187.2

DECLARATION OF WILLIAM A. MOLINSKI ISO MOTION TO
COMPEL SECOND PHASE 2 DEPOSITION
CV 04-9049-DOC (RNBX)

## DECLARATION OF WILLIAM A. MOLINSKI

I, William A. Molinski, declare as follows:

1. I am a member of the Bar of the State of California and admitted to practice before this Court, and a partner with the law firm of Orrick, Herrington & Sutcliffe LLP, lead counsel for Phase 2 to MGA Entertainment, Inc. ("MGAE"), MGA Entertainment HK, Ltd. ("MGA HK"), MGAE De Mexico, S.R.L. De C.V. ("MGAE Mexico"), and Isaac Larian (collectively, the "MGA Parties"). I make this declaration in support of the MGA Parties' Motion To Compel Mattel's Attendance At 30(b)(6) And For Sanctions. I have personal knowledge of the facts set forth in this Declaration unless stated as to information and belief, in which case I am informed and believe it to be true. If called as a witness, I could and would testify competently to such facts under oath.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the MGA Parties' Second Phase 2 Notice of Deposition of Mattel served on September 28, 2009. Also attached is the cover letter I sent to Mattel's counsel, asking them to let me know if the date selected did not work for Mattel. I received no response to this letter.

3. On October 1, 2009, I sent an email to Mr. Zeller again asking that he confirm that a witness would be made available on the noticed date, or, alternatively that he provide alternate dates for the deposition. Attached hereto as **Exhibit 2** is my October 1, 2009 email to Mr. Zeller. I received no response to this email.

4. The first time Mattel informed me that they would not be making a witness available for deposition was on October 7, 2009 in an email sent by Mr. Zeller to Mr. Alexander Cote, counsel for the OMNI partners, with a copy to me. Attached hereto as **Exhibit 3** is a true and correct copy of the October 7, 2009 email.

5. Attached hereto as **Exhibit 4** is a true and correct copy of Mattel Inc.'s

- 1 -

DECLARATION OF WILLIAM A. MOLINSKI ISO MOTION TO COMPEL SECOND PHASE 2 DEPOSITION
CV 04-9049-DOC (RNBx)

OHS West:260753187.2

1  Objections to MGA Parties' Notice of Deposition of Mattel, Inc. that was received
2  on October 8, 2009.
3     6.   Attached hereto as **Exhibit 5** is a true and correct copy of an October
4  8, 2009 letter from Marshall M. Searcy to Annette L. Hurst, Esq. and William
5  Molinski, Esq. that accompanied the Mattel Objections announcing that no witness
6  would be made available.
7     7.   On October 9, 2009, I responded to Mr. Matt Korhonen and Mr. Zeller
8  by noting that Mattel's service of objections was not justification for failing to
9  identify and produce a witnesses or witnesses for deposition as further detailed in a
10 pending motion to compel a separate 30(b)(6) deposition.  I further indicated that it
11 was incumbent on Mattel to seek a protective order or produce a witness on the date
12 noticed.  I further demanded that the name or names of witnesses being made
13 available be identified.  With respect to the date selected for the deposition, I
14 reminded Mattel's counsel that they had an opportunity to advise me that the dates
15 were not acceptable, but that they had ignored my reminders.  Attached hereto as
16 **Exhibit 6** is a true and correct copy my October 9, 2009 email.
17    8.   Mr. Zeller responded on October 9, 2009 disagreeing with my position
18 and explaining that the motion to compel the previous Mattel 30(b)(6) deposition
19 was pending before the Discovery Master.  Attached hereto as **Exhibit 7** is a true
20 and correct copy of Mr. Zeller's October 9, 2009 email.
21    9.   At no time prior to the noticed date for the deposition did Mattel move
22 for a protective order.  Neither did Mattel inform me that the noticed date was
23 unavailable or propose an alternate date.
24    10.  Attached hereto as **Exhibit 8** is a true and correct copy of relevant
25 experts of the September 25, 2009 Reporter's Transcript of Proceedings (filed
26 under seal).
27    11.  Attached hereto as **Exhibit 9** is a true and correct copy of Order No.
28 71, Regarding: The Motion of MGA Entertainment, Inc. (1) To Compel the

Objections to MGA Parties' Notice of Deposition of Mattel, Inc. that was received on October 8, 2009.

6. Attached hereto as **Exhibit 5** is a true and correct copy of an October 8, 2009 letter from Marshall M. Searcy to Annette L. Hurst, Esq. and William Molinski, Esq. that accompanied the Mattel Objections announcing that no witness would be made available.

7. On October 9, 2009, I responded to Mr. Matt Korhonen and Mr. Zeller by noting that Mattel's service of objections was not justification for failing to identify and produce a witnesses or witnesses for deposition as further detailed in a pending motion to compel a separate 30(b)(6) deposition. I further indicated that it was incumbent on Mattel to seek a protective order or produce a witness on the date noticed. I further demanded that the name or names of witnesses being made available be identified. With respect to the date selected for the deposition, I reminded Mattel's counsel that they had an opportunity to advise me that the dates were not acceptable, but that they had ignored my reminders. Attached hereto as **Exhibit 6** is a true and correct copy my October 9, 2009 email.

8. Mr. Zeller responded on October 9, 2009 disagreeing with my position and explaining that the motion to compel the previous Mattel 30(b)(6) deposition was pending before the Discovery Master. Attached hereto as **Exhibit 7** is a true and correct copy of Mr. Zeller's October 9, 2009 email.

9. At no time prior to the noticed date for the deposition did Mattel move for a protective order. Neither did Mattel inform me that the noticed date was unavailable or propose an alternate date.

10. Attached hereto as **Exhibit 8** is a true and correct copy of relevant experts of the September 25, 2009 Reporter's Transcript of Proceedings (filed under seal).

11. Attached hereto as **Exhibit 9** is a true and correct copy of Order No. 71, Regarding: The Motion of MGA Entertainment, Inc. (1) To Compel the

1  Motion to Compel Second Phase 2 Deposition: myself, and Mr. Christopher
2  Chaudoir.  To date, I have billed at least 3 hours at my current billing rate of $715
3  to prepare the motion.  Accordingly, the total cost, to date, to MGA for my work on
4  this issue is $2,145.

5      18.   I am informed and believed that Mr. Chaudoir has billed at least 6
6  hours at his current billing rate of $600 on the motion, for a total cost, to date, to
7  MGA of $3,600 for Mr. Chaudoir's work.

8      19.   The total cost to MGA for the attorneys' time for preparation of this
9  motion is anticipated to be $5,745.  These amounts do not include paralegal time,
10 administrative costs or the amounts incurred in preparation of the reply to the
11 opposition or for oral argument on MGA's motions.  MGA will provide a more
12 detailed accounting in advance of or at the hearing on the motion.

13 Executed this 30th day of October 2009, at Los Angeles, California.  I
14 declare under penalty of perjury under the laws of the United States of America that
15 the foregoing is true and correct.

                                               William A. Molinski