
**ORRICK**

ORRICK, HERRINGTON & SUTCLIFFE LLP
777 SOUTH FIGUEROA STREET
SUITE 3200
LOS ANGELES, CALIFORNIA 90017-5855

tel +1-213-629-2020
fax +1-213-612-2499

WWW.ORRICK.COM

**VIA PERSONAL DELIVERY**

September 28, 2009

William A. Molinski
(213) 612-2256
wmolinski@orrick.com

Michael T. Zeller, Esq.
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
865 S. Figueroa St. 10th Floor
Los Angeles, California 90017

Re: MGA v. Mattel, Inc.

Dear Mike:

Enclosed please find a Notice of Deposition of Mattel on nineteen specific topics related to Mattel's trade secrets claims. The deposition is scheduled for October 14, 2009, but we will, of course, consider any reasonable scheduling issues if that date is unavailable for the witness(es).

Pursuant to the agreement reached last week, please let me know at least three days before the noticed date the names of witnesses being made available and the categories on which they will testify.

Very truly yours,

William A. Molinski

WAM/mmn
Enclosure

OHS West:260735707.1

EXHIBIT 1   Page 5

1  MELINDA HAAG (State Bar No. 132612)
   mhaag@orrick.com
2  ANNETTE L. HURST (State Bar No. 148738)
   ahurst@orrick.com
3  WARRINGTON S. PARKER III (State Bar No. 148003)
   wparker@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
5  405 Howard Street
   San Francisco, CA  94105-2669
6  Telephone:  +1-415-773-5700
   Facsimile:   +1-415-773-5759
7
   WILLIAM A. MOLINSKI (State Bar No. 145186)
8  wmolinski@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
9  777 South Figueroa Street, Suite 3200
   Los Angeles, CA  90017
10 Telephone:  +1-213-629-2020
   Facsimile:   +1-213-612-2499
11
   Attorneys for MGA Parties
12

13                UNITED STATES DISTRICT COURT

14                CENTRAL DISTRICT OF CALIFORNIA

15                      EASTERN DIVISION

| | |
|---|---|
| 16  CARTER BRYANT, an individual, | Case No.  CV 04-9049-SGL (RNBx) |
| 17         Plaintiff, | Consolidated with: Case No. CV 04-9059 and Case No. CV 05-2727 |
| 18  v. | |
| 19  MATTEL, INC., a Delaware corporation, | **NOTICE OF DEPOSITION OF MATTEL, INC.** |
| 20         Defendant. | (Second Phase 2 Notice) |
| 21 | |
| 22  AND CONSOLIDATED ACTIONS | |

Case 2:04-cv-09049-DOC-RNB   Document 7090-2   Filed 10/30/09   Page 3 of 8   Page ID #:247644

1  **TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

2      **PLEASE TAKE NOTICE** that pursuant to Rule 30(b)(6) of the Federal
3  Rules of Civil Procedure, Counter-Defendants MGA Entertainment, Inc., MGAE
4  de Mexico S.R.L. de C.V., MGA HK Ltd., and Isaac Larian (collectively, "MGA
5  Parties"), by their attorneys, will take the deposition of Mattel, Inc. ("Mattel") upon
6  oral examination before an officer authorized by law to administer oaths, beginning
7  at 9:00 a.m. on October 14, 2009, at the offices of Orrick, Herrington & Sutcliffe
8  LLP, 777 South Figueroa Street, Suite 3200, Los Angeles, California, 90017-5855.

9      Mattel is hereby directed to designate one or more of its officers, directors,
10 managing agents, or other persons who agree to testify on its behalf as to the
11 matters identified in the list of Deposition Topics attached hereto as Schedule A,
12 and Mattel is further requested to notify counsel for the MGA Parties of the identity
13 of the designee or designees at least three (3) business days prior to the deposition.

14     This deposition will continue from day to day until completed. The
15 deposition will be stenographically recorded by a certified court reporter and may
16 be recorded by videographic and/or audio means pursuant to Rule 30(b)(2) of the
17 Federal Rules of Civil Procedure. You are invited to have counsel attend and cross-
18 examine as authorized by the Rules of Civil Procedure.

19 Dated: September 28, 2009    ORRICK, HERRINGTON & SUTCLIFFE LLP

21     By: _____
22                      William A. Molinski
                          Attorneys for MGA Parties

# SCHEDULE A – DEPOSITION TOPICS

For the purpose of the below topics, "MATTEL TRADE SECRETS" means that trade secrets that Mattel claims in its Third Amended Answer and Counterclaim were misappropriated by the MGA Parties (as defined in the Notice).

1. The existence and identity of information that Mattel contends constitute MATTEL TRADE SECRETS.

2. The identity of documents that Mattel contends contain information that constitutes MATTEL TRADE SECRETS.

3. The creation, preparation and/or compilation of the information that Mattel contends constitutes MATTEL TRADE SECRETS.

4. The independent economic value that MATTEL TRADE SECRETS derive from not being generally known to the public or other persons who can obtain economic value from the disclosure or use of the MATTEL TRADE SECRETS.

5. Mattel's efforts to maintain the secrecy of the MATTEL TRADE SECRETS.

6. The facts supporting any claim by Mattel that the MGA Parties acquired MATTEL TRADE SECRETS through improper means.

7. The facts supporting any claim by Mattel that the MGA Parties knew or had reason to know that a person or persons acquired MATTEL TRADE SECRETS through improper means.

8. The facts supporting any claim by Mattel that the MGA Parties disclosed or used MATTEL TRADE SECRETS without Mattel's express or implied consent.

9. The facts supporting any claim by Mattel that the MGA Parties knew or had reason to know that at the time of the MGA Parties' use or disclosure of MATTEL TRADE SECRETS that a person or persons acquired MATTEL TRADE SECRETS under circumstances giving rise to a duty to maintain its secrecy or limit its use.

10. Mattel's policies, procedures and practices for stamping or otherwise designating materials as confidential, proprietary or trade secret.

11. Mattel's policies, procedures and practices for educating, notifying or otherwise informing its employees as to what information Mattel considers to be its trade secrets, or its confidential or proprietary information.

12. Mattel's investigation of the facts and circumstances concerning the departure and alleged theft of trade secrets by Machado, Vargas, Trueba, Castilla, Brawer, Brisbois, Contreras, and Cooney and any other individuals who previously worked for Mattel before working for the MGA Parties.

13. Any harm Mattel claims resulted from the alleged misappropriation of trade secrets by the MGA Parties.

14. The nature of the relationship between Mattel and its subsidiaries in Mexico and Canada concerning the use and/or licensing of trade secret information owned by each other.

15. The distinction between trade secret information owned by Mattel versus trade secret information owned by Mattel's subsidiaries in Mexico and Canada.

16. Agreements or arrangements between Mattel and its subsidiaries in Mexico and Canada concerning the use, licensing, payment, ownership and sharing of trade secret information.

17. Payments made by Mattel's subsidiaries in Mexico and Canada for use of any trade secret information owned by Mattel.

18. Payments made by Mattel's subsidiaries in Mexico and Canada for use of Mattel's trade secrets.

19. How Mattel accounts and/or records in its financial records, books, balance sheets or other corporate financial records of the use by Mattel and its subsidiaries in Mexico and Canada of each others' trade secret information.

## DECLARATION OF SERVICE

I Jeffrey Lopez, declare I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is USA Network, Inc., 350 S. Figueroa Street, Suite 196, Los Angeles, California 90071.

On September 28, 2009, I served the following documents:

**NOTICE OF DEPOSITION OF MATTEL, INC.**

[x] by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below:

<u>Counsel for Mattel. Inc.</u>
Michael T. Zeller, Esq.
michaelzeller@quinnemanuel.com
Brett D. Proctor
dylanproctor@quinnemanuel.com
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 28, 2009, at Los Angeles, California.

_____      _____
Jeffrey Lopez                                                        USA Network, Inc.

OHS West:260690921.1

- 1 -

EXHIBIT 1   Page 10

## PROOF OF SERVICE

I, Maria Mercado-Navarro, declare:

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, 777 South Figueroa Street, Suite 3200, Los Angeles, California 90017-5855.

**NOTICE OF DEPOSITION OF MATTEL, INC.**

On September 28, 2009, I served the following document:

☒ By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐ By depositing a true and correct copy of the document(s) listed above with Fed Ex in Los Angeles, California, enclosed in a sealed envelope.

☐ (by Electronic Mail), I caused such documents to be transmitted by electronic mal to the offices of the addressee.

SEE ATTACHED SERVICE LIST

I am employed in the county from which the mailing occurred. On the date indicated above, I placed the sealed envelope(s) for collection and mailing at this firm's office business address indicated above. I am readily familiar with this firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the firm's correspondence would be deposited with the United States Postal Service on this same date with postage thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 28, 2009, at Los Angeles, California.

*Maria Mercado-Navarro*
Maria Mercado-Navarro

OHS West:260690921.1

- 1 -

EXHIBIT 1   Page 11

## PHASE 2 DISCOVERY SERVICE LIST

<u>Counsel for Carlos Gustavo Machado Gomez</u>
Mark E. Overland, Esq.
moverland@scheperkim.com
Alexander H. Cote, Esq.
acote@scheperkim.com
SCHEPER KIM & OVERLAND LLP
601 W. 5th Street, 12th Floor
Los Angeles, CA 90017
Telephone: (213) 613-4655
Facsimile:  (213) 613-4656

<u>Additional Counsel:</u>
Jason D. Russell, Esq.
jason.russell@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Ave., Suite 3400
Los Angeles, CA 90071-3144
Telephone: (213) 687-5000
Facsimile:  (213) 687-5600