www.orrick.com

-----Original Message-----
From: Molinski, William
Sent: Thursday, October 01, 2009 9:10 AM
To: 'Michael T Zeller'
Cc: Hurst, Annette; Dylan Proctor; Susan R. Estrich; 'peter.villar@bingham.com'
Subject: RE: After you told

Mike:

I re-served the 30(b)(6) notice earlier this week to avoid any ambiguity. I scheduled the date for October 14, but as I indicated in the letter, we are willing to consider an alternate date if that date does not work for the witness or witnesses that Mattel will make available on these topics. Please confirm that you will be making a witness available on that date. As we agreed, we will expect you to identify the names of the witness(es) at least three court days prior to that date.

Bill


Bill A. Molinski

ORRICK, HERRINGTON & SUTCLIFFE LLP

777 SOUTH FIGUEROA STREET
SUITE 3200
LOS ANGELES, CA 90017-5855

tel 213-612-2256
fax 213-612-2499
mobile 310-502-7580
wmolinski@orrick.com


www.orrick.com

1

EXHIBIT 2  Page 13