---

**From:** Michael T Zeller [mailto:michaelzeller@quinnemanuel.com]
**Sent:** Wednesday, October 07, 2009 5:53 PM
**To:** 'Alexander Cote'; Dylan Proctor
**Cc:** Molinski, William; 'Mark Overland'
**Subject:** RE: October 14 deposition; Mattel's settlement position

Alex, the Court asked us to provide the Court and the Settlement Officer with the settlement docs, which we have done. It wasn't our understanding that we'd be sending those docs to the defendants. As far as I am aware, it is up to the Court to decide what to share and when to share it. If you or MGA think otherwise, I'd be happy to discuss.

It is not our plan to produce a witness on the 14th. We are preparing objections and discussing the matter with the client and will follow up at that point.


Michael T. Zeller
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Direct: (213) 443-3180
Main Phone: (213) 443-3000
Main Fax: (213) 443-3100
E-mail: michaelzeller@quinnemanuel.com
Web: www.quinnemanuel.com

EXHIBIT 3  Page 14

October 14 deposition; Mattel's settlement position
Case 2:04-cv-09049-DOC-RNB   Document 7090-4   Filed 10/30/09   Page 2 of 2   Page ID #:247652
Page 2 of 2

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Alexander Cote [mailto:acote@scheperkim.com]
**Sent:** Wednesday, October 07, 2009 5:49 PM
**To:** Michael T Zeller; Dylan Proctor
**Cc:** Molinski, William; Mark Overland
**Subject:** October 14 deposition; Mattel's settlement position

Mike and Dylan,

Please let me know whether Mattel will be appearing for the October 14 deposition recently noticed by MGA. We plan to attend and need to know whether to keep that day available.

Also, I do not believe we were copied on Mattel's settlement position. My understanding, gleaned from the hearing on September 22, is that Mattel was to provide us with its settlement position within ten days, or roughly by October 2. Please send a copy to us, or advise whether my understanding is incorrect.

Thanks,

**Alexander H. Cote**
Scheper Kim & Overland LLP
601 W. Fifth Street, 12th Floor
Los Angeles, CA 90071-2025
T (213) 613-4660 ● F (213) 613-4656
acote@scheperkim.com ● Vcard: link
*Please note change to e-mail address and firm name*

EXHIBIT 3   Page 15