**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL: (213) 443-3000 FAX: (213) 443-3100

October 8, 2009

<u>VIA E-MAIL</u>

| | |
|---|---|
| Annette L. Hurst, Esq. | William Molinski, Esq. |
| Orrick, Herrington & Sutcliffe LLP | Orrick, Herrington & Sutcliffe LLP |
| The Orrick Building | 777 South Figueroa Street |
| 405 Howard Street | Suite 3200 |
| San Francisco, CA 94105 | Los Angeles, CA 90017 |

Re:   <u>Mattel v. MGA</u>

Dear Annette and Bill:

Please find enclosed Mattel's objections to MGA's Second Phase 2 Notice of Deposition of Mattel, Inc. As you can see from the objections, and as Mike Zeller notified you in earlier emails, Mattel does not currently intend to provide a witness to testify on the date unilaterally selected by MGA in the notice. Once we have met and conferred, and if we come to agreement on the topics and a time and place for the deposition, Mattel will identify its witness(es) within the 3 day time period, as agreed upon by the parties.

I look forward to hearing from you.

Kind regards,

/s/ Marshall M. Searcy

Marshall M. Searcy III
07975/3144909.1

**quinn emanuel urquhart oliver & hedges, llp**
NEW YORK | 51 Madison Avenue, 22nd Floor, New York, NY 10010 | TEL (212) 849-7000 FAX (212) 849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, CA 94111 | TEL (415) 875-6600 FAX (415) 875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, CA 94065 | TEL (650) 801-5000 FAX (650) 801-5100
CHICAGO | 250 South Wacker Drive, Suite 230, Chicago, IL 60606 | TEL (312) 463-2961 FAX (312) 463-2962
LONDON | 16 Old Bailey, London EC4M 7EG United Kingdom | TEL +44(0) 20 7653 2000 FAX +44(0) 20 7653 2100
TOKYO | Akasaka Twin Tower Main Bldg., 6th Fl., 17-22 Akasaka 2-Chome, Minato-ku, Tokyo 107-0052 Japan | TEL +81 3 5561-1711 FAX +81 3 5561-1712

EXHIBIT 5  Page 33