**From:** Michael T Zeller [mailto:michaelzeller@quinnemanuel.com]
**Sent:** Friday, October 09, 2009 4:14 PM
**To:** Molinski, William; Matt Korhonen; Hurst, Annette
**Cc:** 'tnolan@skadden.com'; 'jrussell@skadden.com'; 'moverland@obsklaw.com'; 'acote@obsklaw.com'; 'todd.gordinier@bingham.com'; Searcy, Marshall; Dylan Proctor
**Subject:** RE: Mattel adv. MGA

This is of course your position, and one that we disagree with for reasons already briefed and pending before the Discovery Master. Also, this does not appear to be a meet and confer request and, in any event, certainly does not comply with the requirements for a meet and confer request pursuant to paragraph 5 of the Discovery Master Stipulation. If you seeking to meet and confer, then please send us a request that satisfies the requirements of that Stipulation.


Michael T. Zeller
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Direct: (213) 443-3180
Main Phone: (213) 443-3000
Main Fax:  (213) 443-3100
E-mail:  michaelzeller@quinnemanuel.com
Web:  www.quinnemanuel.com

EXHIBIT 7  Page 37

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Molinski, William [mailto:wmolinski@orrick.com]
**Sent:** Friday, October 09, 2009 3:20 PM
**To:** Matt Korhonen; Hurst, Annette
**Cc:** tnolan@skadden.com; jrussell@skadden.com; moverland@obsklaw.com; acote@obsklaw.com; todd.gordinier@bingham.com; Marshall Searcy; Dylan Proctor; Michael T Zeller
**Subject:** RE: Mattel adv. MGA

Matt and Mike:

We received your objections to the Notice of Deposition of Mattel pursuant to Rule 30(b)(6) that was noticed for October 14. As spelled out in detail in our motion to compel the deposition of Mattel previously noticed, simply objecting to a notice and not making a witness available is not one of the options provided for under FRCP 37. We have not agreed to adjourn the deposition and will not do unless you provide us with a date certain for the deposition. As a result, it is incumbent on you to either seek a protective order prior to the noticed deposition date, or to make a witness available on that date. Please confirm that you will be making a witness available on that date who is prepared to discuss the identified topics, and let me know today, pursuant to our agreement, the name or names of the witnesses being made available. If you fail to do so, we will seek sanctions for Mattel's nonappearance.

With respect to your contention that we unilaterally picked that date, as you know, I wrote to you along with the notice that we would be willing to consider alternate dates if you would so notify me, and I reminded you of that offer in an email last week. You ignored both of those requests, and did not even have the courtesy of responding to my requests that you confirm whether you would be making a witness available. You lost the right to claim that we unilaterally picked that date when you failed to respond in a timely manner to my offer to discuss alternate dates.

Bill



**ORRICK**

**BILL A. MOLINSKI**

**ORRICK, HERRINGTON & SUTCLIFFE LLP**
777 SOUTH FIGUEROA STREET
SUITE 3200
LOS ANGELES, CA 90017-5855

*tel* 213-612-2256
*fax* 213-612-2499
*mobile* 310-502-7580
wmolinski@orrick.com

www.orrick.com

EXHIBIT 7   Page 38

**From:** Matt Korhonen [mailto:mattkorhonen@quinnemanuel.com]
**Sent:** Thursday, October 08, 2009 9:36 PM
**To:** Molinski, William; Hurst, Annette
**Cc:** tnolan@skadden.com; jrussell@skadden.com; moverland@obsklaw.com; acote@obsklaw.com; todd.gordinier@bingham.com; Searcy, Marshall; Dylan Proctor; Michael T Zeller
**Subject:** Mattel adv. MGA

Dear Annette and Bill,

Please see the attached correspondence and documents.

Kind regards,

**Matt Korhonen**
*Associate,*
**Quinn Emanuel Urquhart Oliver & Hedges LLP.**

865 S. Figueroa St 10th Floor
Los Angeles, Ca 90017
213-443-3303 Direct
213.443.3000 Main Office Number
213.443.3100 FAX
mattkorhonen@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

"EMF <orrick.com>" made the following annotations.
------------------------------------------------------------------------
========================================================

IRS Circular 230 disclosure:
To ensure compliance with requirements imposed by the IRS,
we inform you that any tax advice contained in this
communication, unless expressly stated otherwise, was not
intended or written to be used, and cannot be used, for
the purpose of (i) avoiding tax-related penalties under
the Internal Revenue Code or (ii) promoting, marketing or
recommending to another party any tax-related matter(s)
addressed herein.



========================================================

NOTICE TO RECIPIENT:  THIS E-MAIL IS  MEANT FOR ONLY THE
INTENDED RECIPIENT OF THE TRANSMISSION, AND MAY BE A
COMMUNICATION PRIVILEGED BY LAW.  IF YOU RECEIVED THIS E-
MAIL IN ERROR, ANY REVIEW, USE, DISSEMINATION,
DISTRIBUTION, OR COPYING OF THIS E-MAIL IS STRICTLY
PROHIBITED.  PLEASE NOTIFY US IMMEDIATELY OF THE ERROR BY

EXHIBIT 7  Page 39

```
RETURN E-MAIL AND PLEASE DELETE THIS MESSAGE FROM YOUR
SYSTEM. THANK YOU IN ADVANCE FOR YOUR COOPERATION.

For more information about Orrick, please visit
http://www.orrick.com/
==============================================================
======================================================================
```

EXHIBIT 7  Page 40