# EXHIBIT 8
# (filed under seal)

# EXHIBIT 9
# (filed under seal)

# EXHIBIT 10
# (filed under seal)