---

**From:** Marshall Searcy [mailto:marshallsearcy@quinnemanuel.com]
**Sent:** Tuesday, October 27, 2009 2:00 PM
**To:** Molinski, William; Matt Korhonen
**Cc:** Michael T Zeller; Dylan Proctor; Curran Walker
**Subject:** RE: Mattel adv. MGA

Bill, I have a scheduling conflict in the morning. Can we speak tomorrow afternoon, around 3?

---

**From:** Molinski, William [mailto:wmolinski@orrick.com]
**Sent:** Tuesday, October 27, 2009 1:35 PM
**To:** Matt Korhonen
**Cc:** Michael T Zeller; Marshall Searcy; Dylan Proctor; Curran Walker
**Subject:** RE: Mattel adv. MGA

Marshall, I'm not sure why we need a meet and confer to schedule a deposition though of course I will make myself available to talk to you. I would appreciate it if you would send me proposed dates in advance of our call so that I can consult my calendar with a view to actually scheduling the deposition when we speak. I am available any time tomorrow morning to talk.

EXHIBIT 12  Page 80



**ORRICK**

**BILL A. MOLINSKI**

**ORRICK, HERRINGTON & SUTCLIFFE LLP**
777 SOUTH FIGUEROA STREET
SUITE 3200
LOS ANGELES, CA 90017-5855

*tel* 213-612-2256
*fax* 213-612-2499
*mobile* 310-502-7580
wmolinski@orrick.com

www.orrick.com

---

**From:** Matt Korhonen [mailto:mattkorhonen@quinnemanuel.com]
**Sent:** Friday, October 23, 2009 5:57 PM
**To:** Molinski, William
**Cc:** Michael T Zeller; Searcy, Marshall; Dylan Proctor; Curran Walker
**Subject:** Mattel adv. MGA

Dear Bill,

Please see the attached correspondence.

Kind Regards,

Matt Korhonen

**Matt Korhonen**
*Associate,*
**Quinn Emanuel Urquhart Oliver & Hedges LLP.**

865 S. Figueroa St 10th Floor
Los Angeles, Ca 90017
213-443-3303 Direct
213.443.3000 Main Office Number
213.443.3100 FAX
mattkorhonen@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

```
"EMF <orrick.com>" made the following annotations.
------------------------------------------------------------
==============================================================

IRS Circular 230 disclosure:
To ensure compliance with requirements imposed by the IRS,
we inform you that any tax advice contained in this
communication, unless expressly stated otherwise, was not
```

EXHIBIT 12  Page 81

intended or written to be used, and cannot be used, for
the purpose of (i) avoiding tax-related penalties under
the Internal Revenue Code or (ii) promoting, marketing or
recommending to another party any tax-related matter(s)
addressed herein.

==============================================================

NOTICE TO RECIPIENT:  THIS E-MAIL IS  MEANT FOR ONLY THE
INTENDED RECIPIENT OF THE TRANSMISSION, AND MAY BE A
COMMUNICATION PRIVILEGED BY LAW.  IF YOU RECEIVED THIS E-
MAIL IN ERROR, ANY REVIEW, USE, DISSEMINATION,
DISTRIBUTION, OR COPYING OF THIS E-MAIL IS STRICTLY
PROHIBITED.  PLEASE NOTIFY US IMMEDIATELY OF THE ERROR BY
RETURN E-MAIL AND PLEASE DELETE THIS MESSAGE FROM YOUR
SYSTEM. THANK YOU IN ADVANCE FOR YOUR COOPERATION.

For more information about Orrick, please visit
http://www.orrick.com/
==========================================================
================================================================

EXHIBIT 12  Page 82