MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: 415-773-5700
Facsimile: 415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: 213-629-2020
Facsimile: 213-612-2499

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx).<br>Consolidated with: Case No. CV 04-9059 and Case No. CV 05-2727<br><br>**DISCOVERY MATTER**<br>[To Be Heard by Discovery Master Robert O'Brien]<br><br>**DECLARATION OF JASON S. ANGELL IN SUPPORT OF MGA PARTIES'** *EX PARTE* **APPLICATION FOR A PROTECTIVE ORDER POSTPONING THE DEPOSITION OF YOON JUNG KIM AKA SUSAN JUNG KIM**<br><br>Date: TBD<br>Time: TBD<br>Courtroom: TBD<br><br>**Phase 2**<br>Discovery Cutoff: June 1, 2010<br>Pretrial Conference: None Set<br>Trial Date: None Set |

1    I, Jason S. Angell, declare:

2    1.    I am a member of the bar of the State of California, admitted to practice before this Court, and an attorney with the law firm of Orrick, Herrington & Sutcliffe LLP, counsel for the MGA Parties. I make this declaration based on personal knowledge unless otherwise expressly stated, in which case, it is based on information and belief. If called and sworn as a witness, I could and would testify competently as follows.

2.    Attached hereto as **Exhibit 1** is a true and correct copy of excerpts of Mattel, Inc.'s First Supplemental Objections and Responses to Interrogatory Nos. 20-23 and 28 in MGA Entertainment, Inc.'s Second Set of Interrogatories, dated July 31, 2009. (**Filed Under Seal**)

3.    Attached hereto as **Exhibit 2** is a true and correct copy of the Notice of Deposition of Yoon Jung Kim aka Susan Jung Kim, dated August 5, 2009 and the subpoena issued to Ms. Kim.

4.    Attached hereto as **Exhibit 3** is a true and correct copy of the Declaration of Yoon Jung Kim aka Susan Jung Kim, dated June 30, 2009.

5.    Attached hereto as **Exhibit 4** is a true and correct copy of excerpts of MGA Entertainment, Inc.'s Third Set of Phase 2 Requests for Production of Documents and Things to Mattel Inc., dated August 28, 2009. (**Filed Under Seal**)

6.    Attached hereto as **Exhibit 5** is a true and correct copy of excerpts of Mattel Inc's Objections and Responses to Third Set of Phase 2 Requests for Production of Documents, dated September 30, 2009. (**Filed Under Seal**)

7.    Attached hereto as **Exhibit 6** is a true and correct copy of a letter from Diana M. Rutowski to Michael T. Zeller, Jon D. Corey, and Dylan B. Proctor, dated October 9, 2009. (**Filed Under Seal**)

8.    Attached hereto as **Exhibit 7** is a true and correct copy of a letter from Marshall M. Searcy to Diana M. Rutowski, dated October 19, 2009.

9.    Attached hereto as **Exhibit 8** is a true and correct copy of a letter from

- 1 -

1  Diana M. Rutowski to Marshall M. Searcy, dated October 26, 2009.

2  10. Attached hereto as **Exhibit 9** is a true and correct copy of an email from Marshall Searcy to Annette Hurst, dated October 29, 2009.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 30th day of October, 2009, in San Mateo, California.

/s/ Jason S. Angell
Jason S. Angell