1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
    John B. Quinn (Bar No. 090378)
2   johnquinn@quinnemanuel.com
    Michael T. Zeller (Bar No. 196417)
3   (michaelzeller@quinnemanuel.com)
    Jon D. Corey (Bar No. 185066)
4   (joncorey@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
6  Facsimile: (213) 443-3100

7  Attorneys for Mattel, Inc.

8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10                            EASTERN DIVISION

11 | CARTER BRYANT, an individual,   | CASE NO. CV 04-9049 SGL (RNBx)
12 |                                 | Consolidated with
   | Plaintiff,                      | Case Nos. CV 04-09059 & CV 05-2727
13 |
   | vs.                             | DECLARATION OF YOON JUNG
14 |                                 | KIM AKA SUSAN JUNG KIM
   | MATTEL, INC., a Delaware
15 | corporation,
   |
16 | Defendant.
17 |
   | AND CONSOLIDATED ACTIONS.
18

-1-
DECLARATION OF YOON JUNG KIM

EXHIBIT 62   M 0926823
PAGE 839

Exhibit 3 - Page 17

Jun 30 2009 3:46PM    HP LASERJET FAX           914-640-8467              P.3

## DECLARATION OF YOON JUNG KIM AKA SUSAN KIM

I, Yoon Jung Kim, declare as follows:

1. I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. From December 2003 to August 2008, I was employed by Mattel, Inc. ("Mattel"). When I first started, I joined Mattel as a Category Analyst for Target. Nick Contreras was my boss at the time. Mr. Contreras was employed by Mattel as a Senior Manager at that time. Once I started at Mattel I worked closely with Mr. Contreras, and, to a large extent, viewed him as my mentor. Over the years I was promoted on numerous occasions. I left Mattel last year to enroll in Harvard Business School. When I left, I was employed at Mattel as a Senior Marketing Manager.

3. In approximately late October 2004, I learned that Mr. Contreras had resigned from Mattel, and was leaving to join MGA Entertainment, Inc. ("MGA"). Shortly thereafter, Mr. Contreras invited me to join him for a lunch meeting. That lunch took place on or around the week of November 1, 2004, about one week after he had resigned from Mattel. We met at the P.F. Chang's at the border of Manhattan Beach and El Segundo, California, off of Rosecrans Boulevard.

4. During the lunch meeting, Mr. Contreras expressed an interest in having me join him at MGA, and suggested I could dictate the employment terms I desired. I understood that I would get a substantial raise if I were to join MGA.

5. At this same meeting where he offered me a job at MGA, Mr. Contreras also asked me for my assistance. He told me that he needed some files from Mattel, handed me a thumb drive and asked me to download the files. I do not recall all the files he asked me to download, but I recall they included Mattel's "Target_CBT" folder on the drive shared by the "Target Customer Business Team."

-1-

DECLARATION OF YOON JUNG KIM

EXHIBIT 62
PAGE 890

M 0926824

Exhibit 3 - Page 18

Jun 30 2009 3:47PM    HP LASERJET FAX        914-640-8467            p.4

1  They specifically included the "Target Point of Sale Report" and presentations from
2  the "Target Presentations" folder. In asking me to do this, he claimed to me that it
3  was legal to download these files, and that he just needed them for "formatting."
4       I declare under penalty of perjury under the laws of the United States of
5  America that the foregoing is true and correct.
6       Executed on June 30, 2009, at New York, New York.

                                    _____
                                    Yoon Jung Kim aka Susan Kim

-2-
DECLARATION OF YOON JUNG KIM

EXHIBIT 62
PAGE 841                  M 0926825

Exhibit 3 - Page 19