# Exhibit 4

## Confidential – Attorneys' Eyes Only
## FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

Name & Address:
Jason S. Angell (State Bar No. 221607)
ORRICK HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>PLAINTIFF(S)<br>v.<br>MATTEL, INC., a Delaware Corporation,<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>CV 04-9049 DOC (RNBx)<br><br>NOTICE OF MANUAL FILING |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**
MGA Parties' Ex Parte Application for a Protective Order Postponing the Deposition of Yoon Jung Kim aka Susan Jung Kim; Exhibits 1, 4, 5 and 6 to the Declaration of Jason S. Angell.

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☑ Other - MGA Parties' Ex Parte Application for a Protective Order Postponing the Deposition of Yoon Jung Kim aka Susan Jung Kim; Exhibits 1, 4, 5 and 6 to the Declaration of Jason S. Angell.

**Reason:**

☑ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☐ Manual Filing required (*reason*):

| | |
|---|---|
| October 30, 2009<br>Date | /s/ Jason S. Angell<br>Attorney Name<br>MGA Entertainment, Inc., MGA Entertainment (HK) Limited and Isaac Larian<br>Party Represented |

Note: File one Notice in each case, each time you manually file document(s).

G-92 (03/09)          NOTICE OF MANUAL FILING