**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL: (213) 443-3000 FAX: (213) 443-3100

WRITER'S DIRECT DIAL NO.
**(213) 443-3152**

WRITER'S INTERNET ADDRESS
**marshallsearcy@quinnemanuel.com**

October 19, 2009

BY EMAIL

Diana M. Rutowski, Esq.
Orrick Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025

Re:     Mattel, Inc. adv. MGA Entertainment

Dear Ms. Rutowski:

I write in response to your letter of October 9, 2009, requesting to meet and confer regarding Mattel, Inc's Objections and Responses to MGA's Third Set of Phase 2 Requests for Production of Documents (Nos. 112-199), dated September 30, 2009. In light of the number of issues you have raised, Mattel requests that this meet and confer take place on Wednesday at 2:30 p.m. Please let us know whether this works or if you propose some other time.

Regarding your request to record the meet and confer, Mattel is agreeable to MGA's hiring a court reporter, at MGA's expense, to document the meet and confer, but otherwise does not consent to unilateral recording by MGA.

Best regards,

/s/ Marshall M. Searcy

Marshall M. Searcy
MMS

quinn emanuel urquhart oliver & hedges, llp

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, NY 10010 | TEL (212) 849-7000 FAX (212) 849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, CA 94111 | TEL (415) 875-6600 FAX (415) 875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, CA 94065 | TEL (650) 801-5000 FAX (650) 801-5100
CHICAGO | 250 South Wacker Drive, Suite 230, Chicago, IL 60606 | TEL (312) 463-2961 FAX (312) 463-2962
LONDON | 16 Old Bailey, London EC4M 7EG United Kingdom | TEL +44(0) 20 7653 2000 FAX +44(0) 20 7653 2100
TOKYO | Akasaka Twin Tower Main Bldg., 6th Fl., 17-22 Akasaka 2-Chome, Minato-ku, Tokyo 107-0052 Japan | TEL +81 3 5561-1711 FAX +81 3 5561-1712

Exhibit 7 - Page 96