

**ORRICK**

ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 MARSH ROAD
MENLO PARK, CALIFORNIA 94025-1015

tel +1-650-614-7400
fax +1-650-614-7401

WWW.ORRICK.COM

October 26, 2009

Diana M. Rutowski
(650) 614-7685
drutowski@orrick.com

**VIA U.S. MAIL & E-MAIL (MARSHALLSEARCY@QUINNEMANUEL.COM)**

Marshall M. Searcy
Quinn Emanuel Urquhart Oliver & Hedges LLP
865 South Figueroa St., 10th Floor
Los Angeles, CA 90017

Re:   *Carter Bryant v. Mattel, Inc.*, and consolidated cases

Dear Mr. Searcy:

I write to follow up on our call on Thursday, October 22, 2009.

First, as we discussed, Mattel has noticed Ms. Susan Kim's deposition for November 11, 2009. Please let us know by close of business tomorrow whether Ms. Kim's deposition will still be going forward on that date and whether Mattel will produce documents responsive to requests relating to Ms. Kim at least a week in advance of the deposition. If Mattel will not produce Ms. Kim's documents at least a week before the date on which her deposition will proceed, MGA intends to move for a protective order.

Second, with respect to information that you indicated Mattel would provide either last Friday or today, we look forward to receiving such information today. This includes at least Mattel's list of allegedly duplicative requests, and the Bates number and production date for the document responsive to request 112.

Otherwise, we look forward to Mattel's complete production by November 11, 2009, and your prompt confirmation as to whether or not Mattel will produce in connection with the other requests that we discussed.

Very truly yours,

/s/ Diana Rutowski

Diana M. Rutowski

DMR/ek

Exhibit 8 - Page 97