**From:** Marshall Searcy [marshallsearcy@quinnemanuel.com]
**Sent:** Thursday, October 29, 2009 2:48 PM
**To:** Hurst, Annette
**Cc:** Rutowski, Diana; Michael T Zeller
**Subject:** RE: Susan Kim Deposition

Annette,

The Susan Kim deposition is still scheduled for November 11.  By now you should have received Susan Kim's personnel file.  We expect to produce any remaining Kim documents by the beginning of next week.

---

**From:** Hurst, Annette [mailto:ahurst@orrick.com]
**Sent:** Wednesday, October 28, 2009 4:39 PM
**To:** Marshall Searcy
**Cc:** Rutowski, Diana; Michael T Zeller
**Subject:** Susan Kim Deposition

Marshall:  Is the Susan Kim deposition on for November 11?  We're going to have to make an ex parte motion for protective order to move it until the docs are produced if not.  Please let us know.



**ANNETTE L. HURST**
*Partner*

**ORRICK, HERRINGTON & SUTCLIFFE LLP**
SAN FRANCISCO

*tel* (415) 773-4585
*fax* (415) 773-5759
ahurst@orrick.com

www.orrick.com


"EMF <orrick.com>" made the following annotations.
------------------------------------------------------------------------
============================================================

IRS Circular 230 disclosure:
To ensure compliance with requirements imposed by the IRS,
we inform you that any tax advice contained in this
communication, unless expressly stated otherwise, was not
intended or written to be used, and cannot be used, for
the purpose of (i) avoiding tax-related penalties under
the Internal Revenue Code or (ii) promoting, marketing or
recommending to another party any tax-related matter(s)
addressed herein.


============================================================

Exhibit 9 - Page 98

```
NOTICE TO RECIPIENT:  THIS E-MAIL IS  MEANT FOR ONLY THE
INTENDED RECIPIENT OF THE TRANSMISSION, AND MAY BE A
COMMUNICATION PRIVILEGED BY LAW.  IF YOU RECEIVED THIS E-
MAIL IN ERROR, ANY REVIEW, USE, DISSEMINATION,
DISTRIBUTION, OR COPYING OF THIS E-MAIL IS STRICTLY
PROHIBITED.  PLEASE NOTIFY US IMMEDIATELY OF THE ERROR BY
RETURN E-MAIL AND PLEASE DELETE THIS MESSAGE FROM YOUR
SYSTEM. THANK YOU IN ADVANCE FOR YOUR COOPERATION.

For more information about Orrick, please visit
http://www.orrick.com/
=============================================================
==========================================================================
```

Exhibit 9 - Page 99