**EXHIBIT 40**

1   QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
      John B. Quinn (Bar No. 090378)
2     (johnquinn@quinnemanuel.com)
      Michael T. Zeller (Bar No. 196417)
3     (michaelzeller@quinnemanuel.com)
      Jon D. Corey (Bar No. 185066)
4     (joncorey@quinnemanuel.com)
    865 South Figueroa Street, 10th Floor
5   Los Angeles, California  90017-2543
    Telephone:  (213) 443-3000
6   Facsimile:   (213) 443-3100

7   Attorneys for Mattel, Inc.

8              UNITED STATES DISTRICT COURT

9            CENTRAL DISTRICT OF CALIFORNIA

10                  EASTERN DIVISION

| 11 | CARTER BRYANT, an individual, | CASE NO. CV 04-09049 SGL (RNBx) |
|---|---|---|
| 12 | Plaintiff, | Consolidated with Case Nos. CV 04-9059 and CV 05-2727 |
| 13 | vs. | MATTEL, INC.'S REQUESTS FOR ADMISSION TO ISAAC LARIAN |
| 14 | MATTEL, INC., a Delaware corporation, | RELATED TO ASSERTION OF PRIVILEGE TO WITHHOLD NON- |
| 15 | | PRIVILEGED LARIAN EMAIL COMMUNICATIONS THAT ARE |
| 16 | Defendant. | THE SUBJECT OF THE COURT'S ORDER TO SHOW CAUSE DATED |
| 17 | AND CONSOLIDATED ACTIONS | AUGUST 31, 2009 |

18

19

20

21   PROPOUNDING PARTY:   Mattel, Inc.

22   RESPONDING PARTY:    Isaac Larian

23   SET NO.:             One (Phase 2)

24

25

26

27                                   EXHIBIT __40__

28                                   PAGE ____664____

07975/3097715.2

—————————————————————————————————————
    MATTEL'S  REQUESTS FOR ADMISSION TO LARIAN RE AUGUST 31. 2009 ORDER TO SHOW CAUSE

1  Pursuant to <u>Federal Rule of Civil Procedure</u> 36, plaintiff Mattel, Inc.

2  ("Mattel") hereby requests that Isaac Larian individually respond to the following

3  Requests for Admission (the "Requests"). Larian shall be obligated to supplement his

4  responses to the Requests at such times and to the extent required by the <u>Federal Rules</u>

5  <u>of Civil Procedure</u>.

6

7  **Definitions**

8  1.   "MGA" means MGA Entertainment, Inc. and any PERSON acting

9  directly or indirectly by, through, under or on behalf of MGA Entertainment, Inc.,

10  including but not limited to current or former directors, officers, employees, attorneys

11  and agents.

12  2.   "YOU," "YOUR," and "LARIAN" means Isaac Larian.

13  3.   "PERSON" or "PERSONS" means all natural persons, partnerships,

14  corporations, joint ventures and any kind of business, legal or public entity or

15  organization, as well as its, his or her agents, representatives, employees, officers and

16  directors and any one else acting on its, his or her behalf, pursuant to its, his or her

17  authority or subject to its, his or her control.

18  4.   "Any" as used in these Requests includes the word "all," and the

19  word "all" as used in these Requests includes the word "any."

20  5.   "MGA'S REVISED JANUARY 23, 2008 PRIVILEGE LOG"

21  means the privilege log produced by MGA on January 23, 2008 and which was

22  subsequently revised on February 5, 2008 and April 9, 2009.

23  6.   The singular form of a noun or pronoun includes within its

24  meaning the plural form of the noun or pronoun so used, and vice versa; the use of

25  the masculine form of a pronoun also includes within its meaning the feminine form

26  of the pronoun so used, and vice versa; the use of any tense of any verb includes

27  also within its meaning all other tenses of the verb so used, whenever such

28  construction results in a broader request for information; and "and" includes "or"

EXHIBIT _____

PAGE _____ 665

and vice versa, whenever such construction results in a broader disclosure of documents or information.

### Requests for Admission

REQUEST FOR ADMISSION NO. 1:

Admit that the document attached hereto as Exhibit 1 is a true and correct copy of an email exchange in which YOU were involved on or about October 23, 2002.

REQUEST FOR ADMISSION NO. 2:

Admit that YOU had been compelled by Court Order prior to May 27, 2008 to produce to Mattel in this litigation the document attached hereto as Exhibit 1.

REQUEST FOR ADMISSION NO. 3:

Admit that YOU knew, prior to May 27, 2008, that YOU had been compelled by Court Order to produce to Mattel in this litigation the document attached hereto as Exhibit 1.

REQUEST FOR ADMISSION NO. 4:

Admit that MGA knew the document attached hereto as Exhibit 1 was not produced to Mattel prior to the commencement of the Phase 1 trial in this matter.

REQUEST FOR ADMISSION NO. 5:

Admit that MGA knew, at the time of the commencement of the Phase 1 trial in this matter, that the document attached hereto as Exhibit 1 was relevant to issues to be tried by the jury in the Phase 1 trial.

EXHIBIT _40_
PAGE _666_

MATTEL'S REQUESTS FOR ADMISSION TO LARIAN RE AUGUST 31, 2009 ORDER TO SHOW CAUSE

1 REQUEST FOR ADMISSION NO. 6:

2          Admit that the document attached hereto as Exhibit 1 was withheld by

3 YOU from production in this litigation to Mattel on attorney-client privilege grounds

4 until August 21, 2009.

5

6 REQUEST FOR ADMISSION NO. 7:

7          Admit that the document attached hereto as Exhibit 1 was withheld by

8 YOU from production in this litigation to Mattel on work product grounds until August

9 21, 2009.

10

11 REQUEST FOR ADMISSION NO. 8:

12          Admit that the document attached hereto as Exhibit 1 is protected by

13 attorney-client privilege.

14

15 REQUEST FOR ADMISSION NO. 9:

16          Admit that the document attached hereto as Exhibit 1 is protected by the

17 work product doctrine.

18

19 REQUEST FOR ADMISSION NO. 10:

20          Admit that the document attached hereto as Exhibit 1 is not protected by

21 attorney-client privilege.

22

23 REQUEST FOR ADMISSION NO. 11:

24          Admit that the document attached hereto as Exhibit 1 is not protected by

25 the work product doctrine.

26

27          EXHIBIT   40

28          PAGE   667

07975/3097715.2 .

-4-

1    REQUEST FOR ADMISSION NO. 12:

2        Admit that the document attached hereto as Exhibit 1 never was protected

3    by attorney-client privilege.

4

5    REQUEST FOR ADMISSION NO. 13:

6        Admit that the document attached hereto as Exhibit 1 never was protected

7    by the work product doctrine.

8

9    REQUEST FOR ADMISSION NO. 14:

10       Admit that YOU knew the document attached hereto as Exhibit 1 never

11   was protected by attorney-client privilege.

12

13   REQUEST FOR ADMISSION NO. 15:

14       Admit that YOU knew the document attached hereto as Exhibit 1 never

15   was protected by the work product doctrine.

16

17   REQUEST FOR ADMISSION NO. 16:

18       Admit that there was no basis for withholding from production in this

19   litigation the document attached hereto as Exhibit 1 on grounds of attorney-client

20   privilege.

21

22   REQUEST FOR ADMISSION NO. 17:

23       Admit that there was no basis for withholding from production in this

24   litigation the document attached hereto as Exhibit 1 on grounds of the work product

25   doctrine.

26

27

28

EXHIBIT ___40___

PAGE ___668___

07975/3097715.2

-5-

MATTEL'S  REQUESTS FOR ADMISSION TO LARIAN RE AUGUST 31. 2009 ORDER TO SHOW CAUSE

1  REQUEST FOR ADMISSION NO. 18:

2       Admit that the portion of the document attached hereto as Exhibit 1

3  containing the email exchange between YOU and Victoria O'Connor reflects legal

4  advice.

5

6  REQUEST FOR ADMISSION NO. 19:

7       Admit that the portion of the document attached hereto as Exhibit 1

8  containing the email exchange between YOU and Victoria O'Connor did not reflect

9  legal advice.

10

11  REQUEST FOR ADMISSION NO. 20:

12      Admit that YOU believed, prior to May 27, 2008, that the portion of the

13  document attached hereto as Exhibit 1 containing the email exchange between YOU

14  and Victoria O'Connor reflects legal advice.

15

16  REQUEST FOR ADMISSION NO. 21:

17      Admit that YOU believed, prior to May 27, 2008, that the portion of the

18  document attached hereto as Exhibit 1 containing the email exchange between YOU

19  and Victoria O'Connor did not reflect legal advice.

20

21  REQUEST FOR ADMISSION NO. 22:

22      Admit that YOU have never believed that the portion of the document

23  attached hereto as Exhibit 1 containing the email exchange between YOU and Victoria

24  O'Connor reflects legal advice.

25

26

27

28

EXHIBIT  40
PAGE  669

07975/3097715.2

-6-

MATTEL'S REQUESTS FOR ADMISSION TO LARIAN RE AUGUST 31. 2009 ORDER TO SHOW CAUSE

1 | REQUEST FOR ADMISSION NO. 23:

2 |       Admit that YOU knew that the portion of the document attached hereto as

3 | Exhibit 1 containing the email exchange between YOU and Victoria O'Connor did not

4 | reflect legal advice.

5 |

6 | REQUEST FOR ADMISSION NO. 24:

7 |       Admit that YOU stated, prior to August 21, 2009, that the portion of the

8 | document attached hereto as Exhibit 1 containing the email exchange between YOU

9 | and Victoria O'Connor reflects legal advice.

10 |

11 | REQUEST FOR ADMISSION NO. 25:

12 |       Admit that YOU stated, prior to August 21, 2009, that the portion of the

13 | document attached hereto as Exhibit 1 containing the email exchange between YOU

14 | and Victoria O'Connor did not reflect legal advice.

15 |

16 | REQUEST FOR ADMISSION NO. 26:

17 |       Admit that the document attached hereto as Exhibit 1 was not listed on any

18 | MGA privilege log prior to MGA'S REVISED JANUARY 23, 2008 PRIVILEGE

19 | LOG.

20 |

21 | REQUEST FOR ADMISSION NO. 27:

22 |       Admit that the document attached hereto as Exhibit 1 was listed on a MGA

23 | privilege log prior to MGA'S REVISED JANUARY 23, 2008 PRIVILEGE LOG.

24 |

25 | REQUEST FOR ADMISSION NO. 28:

26 |       Admit that the document attached hereto as Exhibit 1 was listed on

27 | MGA'S REVISED JANUARY 23, 2008 PRIVILEGE LOG because MGA knew prior

28 |

EXHIBIT ___40___

PAGE ___670___

-7-

1 | to that time that MGA had been compelled by Court Order to produce the document
2 | attached hereto as Exhibit 1.

3

4 | REQUEST FOR ADMISSION NO. 29:

5 |      Admit that the document attached hereto as Exhibit 1 was listed as Entry
6 | No. 381 on MGA'S REVISED JANUARY 23, 2008 PRIVILEGE LOG.

7

8 | REQUEST FOR ADMISSION NO. 30:

9 |      Admit that the document corresponding to Entry No. 557 on MGA's
10 | MGA'S REVISED JANUARY 23, 2008 PRIVILEGE LOG is a duplicate of the
11 | document attached hereto as Exhibit 1.

12

13 | REQUEST FOR ADMISSION NO. 31:

14 |      Admit that the document corresponding to Entry No. 557 on MGA'S
15 | REVISED JANUARY 23, 2008 PRIVILEGE LOG is not a duplicate of the document
16 | attached hereto as Exhibit 1.

17

18 | REQUEST FOR ADMISSION NO. 32:

19 |      Admit that the document corresponding to Entry No. 557 on MGA'S
20 | REVISED JANUARY 23, 2008 PRIVILEGE LOG is a further communication related
21 | to the subject or subjects of the document attached hereto as Exhibit 1.

22

23 | REQUEST FOR ADMISSION NO. 33:

24 |      Admit that the document corresponding to Entry No. 557 on MGA'S
25 | REVISED JANUARY 23, 2008 PRIVILEGE LOG is not a further communication
26 | related to the subject or subjects of the document attached hereto as Exhibit 1.

27

28

EXHIBIT _40_
PAGE _671_

07975/3097715.2 .

MATTEL'S REQUESTS FOR ADMISSION TO LARIAN RE AUGUST 31. 2009 ORDER TO SHOW CAUSE

1 | REQUEST FOR ADMISSION NO. 34:

2         Admit that the document corresponding to Entry No. 557 on MGA'S

3 | REVISED JANUARY 23, 2008 PRIVILEGE LOG has been withheld by YOU from

4 | production in this litigation to Mattel on attorney-client privilege grounds.

5

6 | REQUEST FOR ADMISSION NO. 35:

7         Admit that the document corresponding to Entry No. 557 on MGA'S

8 | REVISED JANUARY 23, 2008 PRIVILEGE LOG has been withheld by YOU from

9 | production in this litigation to Mattel on work product grounds.

10

11 | REQUEST FOR ADMISSION NO. 36:

12         Admit that the document corresponding to Entry No. 557 on MGA'S

13 | REVISED JANUARY 23, 2008 PRIVILEGE LOG is protected by attorney-client

14 | privilege.

15

16 | REQUEST FOR ADMISSION NO. 37:

17         Admit that the document corresponding to Entry No. 557 on MGA'S

18 | REVISED JANUARY 23, 2008 PRIVILEGE LOG is protected by the work product

19 | doctrine.

20

21 | REQUEST FOR ADMISSION NO. 38:

22         Admit that the document corresponding to Entry No. 557 on MGA'S

23 | REVISED JANUARY 23, 2008 PRIVILEGE LOG is not protected by attorney-client

24 | privilege.

25

26

27

28

EXHIBIT _40_

PAGE __672__

07975/3097715.2

-9-

1  REQUEST FOR ADMISSION NO. 39:

2       Admit that the document corresponding to Entry No. 557 on MGA'S

3  REVISED JANUARY 23, 2008 PRIVILEGE LOG is not protected by the work

4  product doctrine.

5

6  REQUEST FOR ADMISSION NO. 40:

7       Admit that the document corresponding to Entry No. 557 on MGA'S

8  REVISED JANUARY 23, 2008 PRIVILEGE LOG never was protected by attorney-

9  client privilege.

10

11  REQUEST FOR ADMISSION NO. 41:

12       Admit that the document corresponding to Entry No. 557 on MGA'S

13  REVISED JANUARY 23, 2008 PRIVILEGE LOG never was protected by the work

14  product doctrine.

15

16  REQUEST FOR ADMISSION NO. 42:

17       Admit that MGA has produced all other versions of the exchange reflected

18  in the document attached hereto as Exhibit 1.

19

20  REQUEST FOR ADMISSION NO. 43:

21       Admit that MGA has not produced to Mattel all other versions of the

22  exchange reflected in the document attached hereto as Exhibit 1.

23

24  REQUEST FOR ADMISSION NO. 44:

25       Admit that there are additional communications to or from Isaac Larian

26  that are part of the email chain attached hereto as Exhibit 1.

27

28

EXHIBIT __40__
PAGE __673__

1   REQUEST FOR ADMISSION NO. 45:

2           Admit that there are no additional communications to or from Isaac Larian

3   that are part of the email chain attached hereto as Exhibit 1.

4

5   DATED:  September 11, 2009      QUINN EMANUEL URQUHART OLIVER &
                                    HEDGES. LLP
6

7                                   By  _Michael T. Z_____
8                                       Michael T. Zeller
                                        Attorneys for Mattel. Inc.
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27                                  EXHIBIT  40
28                                  PAGE     674

# EXHIBIT 1

EXHIBIT 40

PAGE 675

Anderson, Diane

**From:**       Isaac Larian
**Sent:**       Wednesday, October 23, 2002 8:39 AM
**To:**         Victoria O'Connor
**Subject:**    RE: FW: Interview for the French magazine CAPITAL

good point. Thanks.

-----Original Message-----
From: Victoria O'Connor
Sent: Wednesday, October 23, 2002 8:38 AM
To: Isaac Larian
Subject: RE: FW: Interview for the French magazine CAPITAL

don't you think we should say Bratz was born in October when a certain person was no
longer with their company?

-----Original Message-----
From: Isaac Larian
Sent: Wednesday, October 23, 2002 1:35 AM
To: Victoria O'Connor; Sandrine de Raspide
Subject: FW: FW: Interview for the French magazine CAPITAL

FYI

-----Original Message-----
From: Isaac Larian
Sent: Wednesday, October 23, 2002 1:25 AM
To: 'Nathalie RIESEN'
Subject: RE: FW: Interview for the French magazine CAPITAL

Natalie,

Please see below

-----Original Message-----
From: Nathalie RIESEN [mailto:nathalie.villard@wanadoo.fr]
Sent: Wednesday, October 23, 2002 12:42 AM
To: ilarian@mgae.com
Subject: Re: FW: Interview for the French magazine CAPITAL

Thank you Isaac.
I have a few more questions about the story of the Bratz you would be kind to answer by
email:
. Date of birth of the Bratz, time of development, first launch in the US

BORN SEPTEMBER 2000; 9 MONTH TO DEVELOP ( LIKE A BABY!); LAUNCHED IN THE USA IN JULY 2001
AND IN SPAIN JUNE 2001 ( BEFORE USA).ISAAC
. Total yearly Sales of the Bratz (in dollars) since their launch.
2001: $65 MILLION

2002: $350 MILLION ( INCLUDING LICENSED GOODS)

2003: PROJECTED $1 BILLION ( INCLUDING LICENSED GOODS)

. Increase of their market share of the doll market

BRATZ CURRENTLY HAVE 33% OF FASHION DOLL MARKET SHARE IN THE USA AND GROWING.

1

CONFIDENTIAL - ATTORNEYS' EYES ONLY

MGA2 0070266

EXHIBIT 40
PAGE 676

*I*

. Further development of the Bratz expected in 2003

THE BRATZ LINE IS EXPANDING GREATLY FOR 2003. MGA , FOR THE FIRST TIME IS LAUNCHING A VERY INNOVATIVE AND FASHIONABLE LINE OF ELECTRONICS CALLED " BRATZ ELECTRIC FUNK" FOR 2003 AND THIS LINE IS EXPECTED TO GENERATE WHOLESALE SALES IN EXCESS OF $100 MILLION. WE ARE LITERALLY SIGNING 2-3 NEW LICENSEE'S A DAY FOR A VARIETY OF PRODUCTS ( I WILL E MAIL YOU THE LIST). we HAVE ALSO EXPANDED THE TOY LINE GREATLY FOR 2003 AND WILL HAVE OVER 100 NEW ITEMS INTRODUCED IN 2003, BY MGA ALONE. ISAAC

. Sales, Profits and margin of MGAE in 2002 / 2001 /2000

2000 SALES $90 MILLION

2001 SALES $110 MILLION

2002 SALES $350 MILLION ( ESTIMATE)

. Brief description of MGAE headquarters in LA, its location...

MGAE IS PRESENTLY HEAD QUARTERED IN NORTH OF LA IN 43,000 SQUARE FEET OFFICES. WE HAVE OUTGROWN THE FACILITIES AND ARE LOOKING TO MOVE TO A BIGGER FACILITY SOON. ISAAC
. Brief description of your management team

OUR MANAGEMENT TEAM CONSIST OF A GREAT GROUP PASSIONATE AND GROWTH AND EXCELLENCE ORIENTED INDIVIDUALS WHO CARE FOR THE BUSINESS. OUR MISSION STATEMENT IS TO BE NO 1 OR 2 IN ANYTHING WE DO OR DON'T DO IT. INNOVATIVE CONSUMER ENTERTAINMENT PRODUCTS IS THE HEART OF MAGE'S BUSINESS.MGA HAS WON NUMEROUS PRODUCT EXCELLENCE AWARDS EVERY YEAR INCLUDING THE MOST PRESTIGIOUS TOY OF THE YEAR AWARD AND FAMILY FUN TOY OF THE YEAR AWARD ( 3 YEARS IN THE ROW IN DIFFERENT CATEGORIES). ISAAC
. Your age, family situation and hobbies.

I AM 48 YEARS OLD ( BUT 13 AT HEART!) MARRIED FOR THE PAST 18 YEARS TO ANGELA AND HAVE 3 CHILDREN ( JASON:16, YASMINE: 14, CAMERON:8). A KID AT HEART, MY HOBBIES ARE CREATING TOYS, PLAYING VOLLEYBALL, MOUNTAIN BIKE RIDING , CAMPING AND BACKPACKING. TWO OF THE DOLLS ( YASMINE AND CAMERON) ARE NAMED AFTER MY KIDS.

Thank you very much for all this. This story will come out in Capital (leading French business magazine) at the end of November.

PLEASE VISIT WWW.MGAE.COM FOR MORE INFORMATION ABOUT MGA. PLEASE SEND ME TWO COPIES OF THE MAGAZINE WHEN IT COMES OUT.

THANK YOU FOR YOUR INTEREST IN MGA. BY THE WAY, ARE YOUR THREE DAUGHTERS BRATZ FANS? ISAAC

Best regards,
Nathalie

nathalie.villard@wanadoo.fr
Journaliste
CAPITAL
Tel 00 +33 (4) 66 03 24 03 / (1) 56 99 49 33
 Fax 00 +33 (4) 66 03 24 02

 inMesssage du 23/10/2002 02:49
>De : Isaac Larian <ilarian@mgae.com>
>A : Dave Malacrida <DMalacrida@mgae.com>
>Copie á : 'nsthalie.villard@wanadoo.fr' <nathalie.villard@wanadoo.fr>
>Objet : EW: Interview for the French magazine CAPITAL
>
> Natalie, It was a pleasure talking to you.
>
> Dave, Please send Natalie our recent news clipinings by e mail ASAP.
                                2

CONFIDENTIAL - ATTORNEYS' EYES ONLY                    MGA2 0070267

EXHIBIT _40_

PAGE _677_

```
>
> Thanks,
>
> Isaac
>
>
>
> -----Original Message-----
> From: Nathalie RIESEN [mailto:nathalie.villard@wanadoo.fr]
> Sent: Tuesday, October 22, 2002 4:49 AM
> To: ilarian@mgae.com
> Subject: RE: Interview for the French magazine CAPITAL
>
>
> >I'll call you today at 10:00 am (your time).
> Nathalie
>
> Messsage du 22/10/2002 03:21
> >De : Isaac Larian <ilarian@mgae.com>
> >A : 'Nathalie RIESEN' <nathalie.villard@wanadoo.fr>
> >Copie à : Rene Turin <RTurin@mgae.com>
> >Objet : RE: Interview for the French magazine CAPITAL
> >
> > Dear Natalie,
> >
> > Lets do October 22 at 10 am.
> >
> > Thanks,
> >
> > Isaac Larian
> > Isaac Larian
> > CEO
> > M G A  Entertainment
> > 16730 Schoenborn Street
> > North Hills, California 91343
> > Tel: 818-894-3150
> > Fax:818-894-1267
> > e-mail: Ilarian@MGAE.COM
> > Please Visit
> > www.MGAE.com
> > And the beautiful BRATZ at
> > www.Bratzpack.com
> > Hey! Its MGA!
> >
> >
> >
> > -----Original Message-----
> > From: Nathalie RIESEN [mailto:nathalie.villard@wanadoo.fr]
> > Sent: Monday, October 21, 2002 8:47 AM
> > To: ilarian@mgae.com
> > Subject: Re: Interview for the French magazine CAPITAL
> >
> >
> > >Dear Isaac,
> > Thanks for your prompt answer.
> > When can I call you for a 15 mn interview, between 8:00 and 10:00 am (your
> > time), either on Oct 22, 28, 29, 30 or 31?
> > Interview: the ingredients of the success of the Bratz.
> > . Birth of the concept? Is there a "Mr or Mrs Bratz"?
> > . How many people involved in the Bratz business today at MGAE?
> > . How different are they from the Barbie world and among the doll market
> in
> > general?
> > . Sales and market share in the US and oversea
> > Thanks.
> > Best regards,
> > Nathalie
```

3

CONFIDENTIAL - ATTORNEYS' EYES ONLY

MGA2 0070268

EXHIBIT 40
PAGE 678

```
> >
> >  nathalie.villard@wanadoo.fr
> > > Journaliste
> > > CAPITAL
> > > Tel 00 +33 (4) 66 03 24 03 / (1) 56 99 49 33
> > > Fax 00 +33 (4) 66 03 24 02
> >
> > Message du 06/03/1904 16:20
> > >De : Nathalie Villard <nathalie.villard@wanadoo.fr>
> > >A :  <nathalie.villard@wanadoo.fr>
> > >Copie à :
> > >Objet : FW: Interview pour le magazine français        CAPITAL
> >
> >
> > > ------------
> > > De : Isaac Larian <ilarian@mgae.com>
> > > Date : Fri, 18 Oct 2002 19:55:30 -0700
> > > À : Sandrine de Raspide <SDeRaspide@mgae.com>, 'Nathalie Villard'
> > > <nathalie.villard@wanadoo.fr>
> > > Cc : Dave Malacrida <DMalacrida@mgae.com>
> > > Objet : RE: Interview pour le magazine français CAPITAL
> >
> > > Dear Nathalia,
> >
> > > I will be happy to do an interview.
> >
> > > I am now in HK and back in the USA next Tuesday.
> >
> > > I would like to ask for the list of questions in advance please.
> >
> > > Best Regards,
> >
> > > Isaac Larian
> > > Isaac Larian
> > > CEO
> > > M G A  Entertainment
> > > 16730 Schoenborn Street
> > > North Hills, California 91343
> > > Tel: 818-894-3150
> > > Fax:818-894-1267
> > > e-mail: Ilarian@MGAE.COM
> > > Please Visit
> > > www.MGAE.com
> > > And the beautiful BRATZ at
> > > www.Bratzpack.com
> > > Hey! Its MGA!
> >
> >
> > > -----Original Message-----
> > > From: Sandrine de Raspide
> > > Sent: Friday, October 18, 2002 5:53 PM
> > > To: 'Nathalie Villard'
> > > Cc: Isaac Larian; Dave Malacrida
> > > Subject: RE: Interview pour le magazine français CAPITAL
> >
> >
> > > Dear Nathalie,
> >
> > > Thanks for your interest in Bratz.  Per our company policy, all
> interviews
> > > need to be conducted through Isaac Larian, our CEO.  Isaac is copied on
> > this
> > > e-mail and will let you know if he can make himself available for a
> phone
> > > interview before the 31st of October.
> > > Isaac, Capital is a business magazine (500,000 prints/month) that will
```
                                    4

CONFIDENTIAL - ATTORNEYS' EYES ONLY                              MGA2 0070269

EXHIBIT
PAGE        679

```
> do
> > a
> > > special report on the toy industry worldwide.
> > > Kind regards,
> > > Sandrine
> >
> > > -----Original Message-----
> > > From: Nathalie Villard [mailto:nathalie.villard@wanadoo.fr]
> > > Sent: Friday, October 18, 2002 5:44 AM
> > > To: sderaspide@mgae.com
> > > Subject: Interview pour le magazine français CAPITAL
> > > Importance: High
> > >
> > >
> > > Bonjour,
> > > Dans son numéro de Décembre, Capital (leader de la presse économique,
> 500
> > > 000 ex/mois) prépare un Dossier international de 18 pages sur le
> business
> > > mondial du jouet.
> > > Entre autres articles, je prépare une histoire sur le succès du
> phénomène
> > > Bratz, la naissance du concept, ses déclinaisons, son univers de
> > concurrence
> > > avec Mattel, ses licences...
> > > Pourrions-nous convenir rapidement d'un rdv téléphonique avant le 31
> > > Octobre. Beaucoup de personnes ici en France m'ont dit que vous pourriez
> > > m'être très utile.
> > > D'avance merci.
> > > Cordialement,
> > > Nathalie Villard
> > >
> > > nathalie.villard@wanadoo.fr
> > > Journaliste
> > > CAPITAL
> > > Tel 00 +33 (4) 66 03 24 03 / (1) 56 99 49 33
> > > Fax 00 +33 (4) 66 03 24 02
> > >
> > >
> >
> >
```

5

CONFIDENTIAL - ATTORNEYS' EYES ONLY

MGA2 0070270

EXHIBIT _40_
PAGE _680_

**EXHIBIT 41**

1 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
    John B. Quinn (Bar No. 090378)
2 |   (johnquinn@quinnemanuel.com)
    Michael T. Zeller (Bar No. 196417)
3 |   (michaelzeller@quinnemanuel.com)
    Jon D. Corey (Bar No. 185066)
4 |   (joncorey@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5 | Los Angeles, California  90017-2543
   Telephone:   (213) 443-3000
6 | Facsimile:   (213) 443-3100

7 | Attorneys for Mattel, Inc.

8 | UNITED STATES DISTRICT COURT

9 | CENTRAL DISTRICT OF CALIFORNIA

10 | EASTERN DIVISION

| | |
|---|---|
| 11   CARTER BRYANT, an individual, | CASE NO. CV 04-09049 SGL (RNBx) |
| 12           Plaintiff, | Consolidated with Case Nos. CV 04-9059 and CV 05-2727 |
| 13       vs. | |
| 14   MATTEL, INC., a Delaware corporation, | MATTEL, INC.'S REQUESTS FOR ADMISSION TO MGA RELATED TO MGA'S ASSERTION OF PRIVILEGE TO WITHHOLD NON-PRIVILEGED LARIAN EMAIL COMMUNICATIONS THAT ARE THE SUBJECT OF THE COURT'S ORDER TO SHOW CAUSE DATED AUGUST 31, 2009 |
| 15 | |
| 16           Defendant. | |
| 17   AND CONSOLIDATED ACTIONS | |

18

19

20

21 | PROPOUNDING PARTY:     Mattel, Inc.

22 | RESPONDING PARTY:     MGA Entertainment, Inc.

23 | SET NO.:              One (Phase 2)

24

25

26

27

28

                                          EXHIBIT _41_

                                          PAGE    681

00505.07975/3097732.3

MATTEL'S REQUESTS FOR ADMISSION TO MGA RE AUGUST 31, 2009 ORDER TO SHOW CAUSE

1          Pursuant to <u>Federal Rule of Civil Procedure</u> 36, plaintiff Mattel, Inc.

2   ("Mattel") hereby requests that MGA individually respond to the following Requests

3   for Admission (the "Requests"). MGA shall be obligated to supplement its responses to

4   the Requests at such times and to the extent required by the <u>Federal Rules of Civil</u>

5   <u>Procedure</u>.

6

7                         **<u>Definitions</u>**

8         1.    "YOU," "YOUR," and "MGA" means MGA Entertainment, Inc.

9   and any PERSON acting directly or indirectly by, through, under or on behalf of MGA

10  Entertainment, Inc., including but not limited to current or former directors, officers,

11  employees, attorneys and agents.

12        2.    "Any" as used in these Requests includes the word "all," and the

13  word "all" as used in these Requests includes the word "any."

14        3.    "PERSON" or "PERSONS" means all natural persons, partnerships,

15  corporations, joint ventures and any kind of business, legal or public entity or

16  organization, as well as its, his or her agents, representatives, employees, officers and

17  directors and any one else acting on its, his or her behalf, pursuant to its, his or her

18  authority or subject to its, his or her control.

19        4.    "MGA'S REVISED JANUARY 23, 2008 PRIVILEGE LOG"

20  means the privilege log produced by MGA on January 23, 2008 and which was

21  subsequently revised on February 5, 2008 and April 9, 2009.

22        5.    The singular form of a noun or pronoun includes within its meaning

23  the plural form of the noun or pronoun so used, and vice versa; the use of the masculine

24  form of a pronoun also includes within its meaning the feminine form of the pronoun so

25  used, and vice versa; the use of any tense of any verb includes also within its meaning

26  all other tenses of the verb so used, whenever such construction results in a broader

27  request for information; and "and" includes "or" and vice versa, whenever such

28  construction results in a broader disclosure of documents or information.

-2-

MATTEL'S REQUESTS FOR ADMISSION TO MGA RE AUGUST 11, 2009 ORDER TO SHOW CAUSE

EXHIBIT _____ 97

PAGE _____ 682

**Requests for Admission**

**REQUEST FOR ADMISSION NO. 1:**

Admit that MGA did not produce to Mattel the document attached hereto as Exhibit 1 prior to May 27, 2008.

**REQUEST FOR ADMISSION NO. 2:**

Admit that MGA had been compelled by Court Order prior to May 27, 2008 to produce to Mattel in this litigation the document attached hereto as Exhibit 1.

**REQUEST FOR ADMISSION NO. 3:**

Admit that MGA knew, prior to May 27, 2008, that MGA had been compelled by Court Order to produce to Mattel in this litigation the document attached hereto as Exhibit 1.

**REQUEST FOR ADMISSION NO. 4:**

Admit that MGA knew the document attached hereto as Exhibit 1 was not produced to Mattel prior to the commencement of the Phase 1 trial in this matter.

**REQUEST FOR ADMISSION NO. 5:**

Admit that MGA knew, at the time of the commencement of the Phase 1 trial in this matter, that the document attached hereto as Exhibit 1 was relevant to issues to be tried by the jury in the Phase 1 trial.

**REQUEST FOR ADMISSION NO. 6:**

Admit that the document attached hereto as Exhibit 1 was withheld by MGA from production in this litigation to Mattel on attorney-client privilege grounds until August 21, 2009.

EXHIBIT _____ 41
PAGE _____ 683

MATTEL'S REQUESTS FOR ADMISSION TO MGA RE AUGUST 31, 2009 ORDER TO SHOW CAUSE

1 | REQUEST FOR ADMISSION NO. 7:

2 |      Admit that the document attached hereto as Exhibit 1 was withheld by

3 | MGA from production in this litigation to Mattel on work product grounds until August

4 | 21, 2009.

5 |

6 | REQUEST FOR ADMISSION NO. 8:

7 |      Admit that the document attached hereto as Exhibit 1 is protected by

8 | attorney-client privilege.

9 |

10 | REQUEST FOR ADMISSION NO. 9:

11 |      Admit that the document attached hereto as Exhibit 1 is protected by the

12 | work product doctrine.

13 |

14 | REQUEST FOR ADMISSION NO. 10:

15 |      Admit that the document attached hereto as Exhibit 1 is not protected by

16 | attorney-client privilege.

17 |

18 | REQUEST FOR ADMISSION NO. 11:

19 |      Admit that the document attached hereto as Exhibit 1 is not protected by

20 | work product doctrine.

21 |

22 | REQUEST FOR ADMISSION NO. 12:

23 |      Admit that the document attached hereto as Exhibit 1 never was protected

24 | by attorney-client privilege.

25 |

26 | REQUEST FOR ADMISSION NO. 13:

27 |      Admit that the document attached hereto as Exhibit 1 never was protected

28 | by work product doctrine.

EXHIBIT ___41___

PAGE ___684___

REQUEST FOR ADMISSION NO. 14:

Admit that MGA knew the document attached hereto as Exhibit 1 never was protected by attorney-client privilege.

REQUEST FOR ADMISSION NO. 15:

Admit that MGA knew the document attached hereto as Exhibit 1 never was protected by the work product doctrine.

REQUEST FOR ADMISSION NO. 16:

Admit that there was no basis for withholding from production in this litigation the document attached hereto as Exhibit 1 on grounds of attorney-client privilege.

REQUEST FOR ADMISSION NO. 17:

Admit that there was no basis for withholding from production in this litigation the document attached hereto as Exhibit 1 on grounds of the work product doctrine.

REQUEST FOR ADMISSION NO. 18:

Admit that the portion of the document attached hereto as Exhibit 1 containing the email exchange between Isaac Larian and Victoria O'Connor reflects legal advice.

REQUEST FOR ADMISSION NO. 19:

Admit that the portion of the document attached hereto as Exhibit 1 containing the email exchange between Isaac Larian and Victoria O'Connor does not reflect legal advice.

EXHIBIT 41
PAGE 685

MATTEL'S REQUESTS FOR ADMISSION TO MGA RE AUGUST 31. 2009 ORDER TO SHOW CAUSE

REQUEST FOR ADMISSION NO. 20:

      Admit that MGA knew that the portion of the document attached hereto as Exhibit 1 containing the email exchange between Isaac Larian and Victoria O'Connor did not reflect legal advice.

REQUEST FOR ADMISSION NO. 21:

      Admit that MGA stated, prior to August 21, 2009, that the portion of the document attached hereto as Exhibit 1 containing the email exchange between Isaac Larian and Victoria O'Connor reflects legal advice.

REQUEST FOR ADMISSION NO. 22:

      Admit that MGA stated, prior to August 21, 2009, that the portion of the document attached hereto as Exhibit 1 containing the email exchange between Isaac Larian and Victoria O'Connor did not reflect legal advice.

REQUEST FOR ADMISSION NO. 23:

      Admit that the document attached hereto as Exhibit 1 was listed as Entry No. 381 on MGA'S REVISED JANUARY 23, 2008 PRIVILEGE LOG.

REQUEST FOR ADMISSION NO. 24:

      Admit that the document attached hereto as Exhibit 1 was not listed on any MGA privilege log prior to MGA'S REVISED JANUARY 23, 2008 PRIVILEGE LOG.

REQUEST FOR ADMISSION NO. 25:

      Admit that the document attached hereto as Exhibit 1 was listed on a MGA privilege log prior to MGA'S REVISED JANUARY 23, 2008 PRIVILEGE LOG.

EXHIBIT ___47___
PAGE ___686___

1   REQUEST FOR ADMISSION NO. 26:

2        Admit that the document attached hereto as Exhibit 1 was listed on

3   MGA'S REVISED JANUARY 23, 2008 PRIVILEGE LOG because MGA knew prior

4   to that time that MGA had been compelled by Court Order to produce the document

5   attached hereto as Exhibit 1.

6

7   REQUEST FOR ADMISSION NO. 27:

8        Admit that the document corresponding to Entry No. 557 on MGA's

9   MGA'S REVISED JANUARY 23, 2008 PRIVILEGE LOG is a duplicate of the

10  document attached hereto as Exhibit 1.

11

12  REQUEST FOR ADMISSION NO. 28:

13       Admit that the document corresponding to Entry No. 557 on MGA'S

14  REVISED JANUARY 23, 2008 PRIVILEGE LOG is not a duplicate of the document

15  attached hereto as Exhibit 1.

16

17  REQUEST FOR ADMISSION NO. 29:

18       Admit that the document corresponding to Entry No. 557 on MGA'S

19  REVISED JANUARY 23, 2008 PRIVILEGE LOG is a further communication related

20  to the subject or subjects of the document attached hereto as Exhibit 1.

21

22  REQUEST FOR ADMISSION NO. 30:

23       Admit that the document corresponding to Entry No. 557 on MGA'S

24  REVISED JANUARY 23, 2008 PRIVILEGE LOG is not a further communication

25  related to the subject or subjects of the document attached hereto as Exhibit 1.

26

27

28

EXHIBIT 41
PAGE 687

REQUEST FOR ADMISSION NO. 31:

  Admit that the document corresponding to Entry No. 557 on MGA'S REVISED JANUARY 23, 2008 PRIVILEGE LOG has been withheld by MGA from production in this litigation to Mattel on attorney-client privilege grounds.

REQUEST FOR ADMISSION NO. 32:

  Admit that the document corresponding to Entry No. 557 on MGA'S REVISED JANUARY 23, 2008 PRIVILEGE LOG has been withheld by MGA from production in this litigation to Mattel on work product grounds.

REQUEST FOR ADMISSION NO. 33:

  Admit that the document corresponding to Entry No. 557 on MGA'S REVISED JANUARY 23, 2008 PRIVILEGE LOG is protected by attorney-client privilege.

REQUEST FOR ADMISSION NO. 34:

  Admit that the document corresponding to Entry No. 557 on MGA'S REVISED JANUARY 23, 2008 PRIVILEGE LOG is protected by the work product doctrine.

REQUEST FOR ADMISSION NO. 35:

  Admit that the document corresponding to Entry No. 557 on MGA'S REVISED JANUARY 23, 2008 PRIVILEGE LOG is not protected by attorney-client privilege.

EXHIBIT __41__

PAGE __688__

REQUEST FOR ADMISSION NO. 36:

Admit that the document corresponding to Entry No. 557 on MGA'S REVISED JANUARY 23, 2008 PRIVILEGE LOG is not protected by the work product doctrine.

REQUEST FOR ADMISSION NO. 37:

Admit that the document corresponding to Entry No. 557 on MGA'S REVISED JANUARY 23, 2008 PRIVILEGE LOG never was protected by attorney-client privilege.

REQUEST FOR ADMISSION NO. 38:

Admit that the document corresponding to Entry No. 557 on MGA'S REVISED JANUARY 23, 2008 PRIVILEGE LOG never was protected by the work product doctrine.

REQUEST FOR ADMISSION NO. 39:

Admit that MGA has produced all other versions of the exchange reflected in the document attached hereto as Exhibit 1.

REQUEST FOR ADMISSION NO. 40:

Admit that MGA has not produced to Mattel all other versions of the exchange reflected in the document attached hereto as Exhibit 1.

REQUEST FOR ADMISSION NO. 41:

Admit that there are additional communications to or from Isaac Larian that are part of the email chain attached hereto as Exhibit 1.

EXHIBIT ___4/___
PAGE ___689___

MATTEL'S REQUESTS FOR ADMISSION TO MGA RE AUGUST 31, 2009 ORDER TO SHOW CAUSE

REQUEST FOR ADMISSION NO. 42:

Admit that there are no additional communications to or from Isaac Larian that are part of the email chain attached hereto as Exhibit 1.

DATED:  September 11, 2009          QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By _____
Michael T. Zeller
Attorneys for Mattel, Inc.

EXHIBIT __4/__
PAGE ____690

MATTEL'S REQUESTS FOR ADMISSION TO MGA RE AUGUST 31, 2009 ORDER TO SHOW CAUSE

# EXHIBIT 1

EXHIBIT __41__
PAGE __691__

**Anderson, Diane**

From:        Isaac Larian
Sent:        Wednesday, October 23, 2002 8:39 AM
To:          Victoria O'Connor
Subject:     RE: FW: Interview for the French magazine CAPITAL

good point. Thanks.

-----Original Message-----
From: Victoria O'Connor
Sent: Wednesday, October 23, 2002 8:38 AM
To: Isaac Larian
Subject: RE: FW: Interview for the French magazine CAPITAL

don't you think we should say Bratz was born in October when a certain person was no
longer with their company?

-----Original Message-----
From: Isaac Larian
Sent: Wednesday, October 23, 2002 1:35 AM
To: Victoria O'Connor; Sandrine de Raspide
Subject: FW: FW: Interview for the French magazine CAPITAL


FYI

-----Original Message-----
From: Isaac Larian
Sent: Wednesday, October 23, 2002 1:25 AM
To: 'Nathalie RIESEN'
Subject: RE: FW: Interview for the French magazine CAPITAL


Natalie,

Please see below

-----Original Message-----
From: Nathalie RIESEN [mailto:nathalie.villard@wanadoo.fr]
Sent: Wednesday, October 23, 2002 12:42 AM
To: ilarian@mgae.com
Subject: Re: FW: Interview for the French magazine CAPITAL


Thank you Isaac.
I have a few more questions about the story of the Bratz you would be kind to answer by
email:
. Date of birth of the Bratz, time of development, first launch in the US

BORN SEPTEMBER 2000; 9 MONTH TO DEVELOP ( LIKE A BABY!); LAUNCHED IN THE USA IN JULY 2001
AND IN SPAIN JUNE 2001 ( BEFORE USA).ISAAC
. Total yearly Sales of the Bratz (in dollars) since their launch.
2001: $65 MILLION

2002: $350 MILLION ( INCLUDING LICENSED GOODS)

2003: PROJECTED $1 BILLION ( INCLUDING LICENSED GOODS)

. Increase of their market share of the doll market

BRATZ CURRENTLY HAVE 33% OF FASHION DOLL MARKET SHARE IN THE USA AND GROWING.

1

CONFIDENTIAL - ATTORNEYS' EYES ONLY

MGA2 0070266

EXHIBIT   41
PAGE      692

. Further development of the Bratz expected in 2003

THE BRATS LINE IS EXPANDING GREATLY FOR 2003. MGA , FOR THE FIRST TIME IS LAUNCHING A VERY
INNOVATIVE AND FASHIONABLE LINE OF ELECTRONICS CALLED " BRATZ ELECTRIC FUNK" FOR 2003 AND
THIS LINE IS EXPECTED TO GENERATE WHOLESALE SALES IN EXCESS OF $100 MILLION. WE ARE
LITERALLY SIGNING 2-3 NEW LICENSEE'S A DAY FOR A VARIETY OF PRODUCTS ( I WILL E MAIL YOU
THE LIST). we HAVE ALSO EXPANDED THE TOY LINE GREATLY FOR 2003 AND WILL HAVE OVER 100 NEW
ITEMS INTRODUCED IN 2003. BY MGA ALONE. ISAAC

. Sales, Profits and margin of MGAE in 2002 / 2001 /2000

2000 SALES $90 MILLION

2001 SALES $110 MILLION

2002 SALES $350 MILLION ( ESTIMATE)

. Brief description of MGAE headquarters in LA, its location...

MGAE IS PRESENTLY HEAD QUARTERED IN NORTH OF LA in 43,000 SQUARE FEET OFFICES. WE HAVE
OUTGROWN THE FACILITIES AND ARE LOOKING TO MOVE TO A BIGGER FACILITY SOON. ISAAC
. Brief description of your management team

OUR MANAGEMENT TEAM CONSIST OF A GREAT GROUP PASSIONATE AND GROWTH AND EXCELLENCE ORIENTED
INDIVIDUALS WHO CARE FOR THE BUSINESS. OUR MISSION STATEMENT IS TO BE NO 1 OR 2 IN
ANYTHING WE DO OR DON'T DO IT. INNOVATIVE CONSUMER ENTERTAINMENT PRODUCTS IS THE HEART OF
MAGE'S BUSINESS.MGA HAS WON NUMEROUS PRODUCT EXCELLENCE AWARDS EVERY YEAR INCLUDING THE
MOST PRESTIGIOUS TOY OF THE YEAR AWARD AND FAMILY FUN TOY OF THE YEAR AWARD ( 3 YEARS IN
THE ROW IN DIFFERENT CATEGORIES). ISAAC
. Your age, family situation and hobbies.

I AM 48 YEARS OLD ( BUT 13 AT HEART!) MARRIED FOR THE PAST 18 YEARS TO ANGELA AND HAVE 3
CHILDREN ( JASON:16, YASMINE: 14, CAMERON:8). A KID AT HEART, MY HOBBIES ARE CREATING
TOYS, PLAYING VOLLEYBALL, MOUNTAIN BIKE RIDING , CAMPING AND BACKPACKING. TWO OF THE DOLLS
( YASMINE AND CAMERON) ARE NAMED AFTER MY KIDS.

Thank you very much for all this. This story will come out in Capital (leading French
business magazine) at the end of
Novamber.

PLEASE VISIT WWW.MGAE.COM FOR MORE INFORMATION ABOUT MGA. PLEASE SEND ME TWO COPIES OF THE
MAGAZINE WHEN IT COMES OUT.

THANK YOU FOR YOUR INTEREST IN MGA. BY THE WAY, ARE YOUR THREE DAUGHTERS BRATZ FANS? ISAAC

Best regards,
Nathalie

nathalie.villard@wanadoo.fr
Journaliste
CAPITAL
Tel 00 +33 (4) 66 03 24 03 / (1) 56 99 49 33
 Fax 00 +33 (4) 66 03 24 02

 inMessage du 23/10/2002 02:49
>De : Isaac Larian <ilarian@mgae.com>
>A : Dave Malacrida <DMalacrida@mgae.com>
>Copia à : 'nathalie.villard@wanadoo.fr' <nathalie.villard@wanadoo.fr>
>Objet : FW: Interview for the French magazine CAPITAL
>
> Natalie, It was a pleasure talking to you.
>
> Dave, Please send Natalie our recent news clipinings by e mail ASAP.

CONFIDENTIAL - ATTORNEYS' EYES ONLY                    MGA2 0070267

EXHIBIT 41
PAGE 693

```
>
> Thanks,
>
> Isaac
>
>
> -----Original Message-----
> From: Nathalie RIESEN [mailto:nathalie.villard@wanadoo.fr]
> Sent: Tuesday, October 22, 2002 4:49 AM
> To: ilarian@mgae.com
> Subject: RE: Interview for the French magazine CAPITAL
>
>
> >I'll call you today at 10:00 am (your time).
> Nathalie
>
> Messsage du 22/10/2002 03:21
> >De : Isaac Larian <ilarian@mgae.com>
> >A : 'Nathalie RIESEN' <nathalie.villard@wanadoo.fr>
> >Copie à : Rene Turin <RTurin@mgae.com>
> >Objet : RE: Interview for the French magazine CAPITAL
> >
> > Dear Natalie,
> >
> > Lets do October 22 at 10 am.
> >
> > Thanks,
> >
> > Isaac Larian
> > Isaac Larian
> > CEO
> > M G A  Entertainment
> > 16730 Schoenborn Street
> > North Hills, California, 91343
> > Tel: 818-894-3150
> > Fax:818-894-1267
> > e-mail: Ilarian@MGAE.COM
> > Please Visit
> > www.MGAE.com
> > And the beautiful BRATZ at
> > www.Bratzpack.com
> > Hey! Its MGA!
> >
> >
> >
> > -----Original Message-----
> > From: Nathalie RIESEN [mailto:nathalie.villard@wanadoo.fr]
> > Sent: Monday, October 21, 2002 8:47 AM
> > To: ilarian@mgae.com
> > Subject: Re: Interview for the French magazine CAPITAL
> >
> >
> > >Dear Isaac,
> > > Thanks for your prompt answer.
> > > When can I call you for a 15 mn interview, between 8:00 and 10:00 am (your
> > > time), either on Oct 22, 28, 29, 30 or 31?
> > > Interview: the ingredients of the success of the Bratz.
> > > . Birth of the concept? Is there a "Mr or Mrs Bratz"?
> > > . How many people involved in the Bratz business today at MGAE?
> > > . How different are they from the Barbie world and among the doll market
> in
> > > general?
> > > . Sales and market share in the US and oversea
> > > Thanks.
> > > Best regards,
> > > Nathalie
```

                                                    3

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**                    **MGA2 0070268**

EXHIBIT   41
PAGE   694

```
> >
> > nathalie.villard@wanadoo.fr
> > Journaliste
> > CAPITAL
> > Tel 00 +33 (4) 66 03 24 03 / (1) 56 99 49 33
> > Fax 00 +33 (4) 66 03 24 02
> >
> > Messsage du 06/03/1904 16:20
> > >De : Nathalie Villard <nathalie.villard@wanadoo.fr>
> > >A :  <nathalie.villard@wanadoo.fr>
> > >Copie à :
> > >Objet : FW: Interview pour le magazine franç ais        CAPITAL
> > >
> > > -----------
> > > De : Isaac Larian <ilarian@mgae.com>
> > > Date : Fri, 18 Oct 2002 19:55:30 -0700
> > > À : Sandrine de Raspide <SDeRaspide@mgae.com>, 'Nathalie Villard'
> > > <nathalie.villard@wanadoo.fr>
> > > Cc : Dave Malacrida <DMalacrida@mgae.com>
> > > Objet : RE: Interview pour le magazine franç ais CAPITAL
> > >
> > > Dear Nathalie,
> > >
> > > I will be happy to do an interview.
> > >
> > > I am now in HK and back in the USA next Tuesday.
> > >
> > > I would like to ask for the list of questions in advance please.
> > >
> > > Best Regards,
> > >
> > > Isaac Larian
> > > Isaac Larian
> > > CEO
> > > M G A  Entertainment
> > > 16730 Schoenborn Street
> > > North Hills, California 91343
> > > Tel: 818-894-3150
> > > Fax:818-894-1267
> > > e-mail: Ilarian@MGAE.COM
> > > Please Visit
> > > www.MGAE.com
> > > And the beautiful BRATZ at
> > > www.Bratzpack.com
> > > Hey! Its MGA!
> > >
> > >
> > >
> > > -----Original Message-----
> > > From: Sandrine de Raspide
> > > Sent: Friday, October 18, 2002 5:53 PM
> > > To: 'Nathalie Villard'
> > > Cc: Isaac Larian; Dave Malacrida
> > > Subject: RE: Interview pour le magazine franç ais CAPITAL
> > >
> > >
> > > Dear Nathalie,
> > >
> > > Thanks for your interest in Bratz.  Per our company policy, all
> interviews
> > > need to be conducted through Isaac Larian, our CEO.  Isaac is copied on
> > this
> > > e-mail and will let you know if he can make himself available for a
> phone
> > > interview before the 31st of October.
> > > Isaac, Capital is a business magazine (500,000 prints/month) that will
```

4

CONFIDENTIAL - ATTORNEYS' EYES ONLY                              MGA2 0070269

EXHIBIT  41
PAGE  695

```
> do
> > a
> > > special report on the toy industry worldwide.
> > > Kind regards,
> > > Sandrine
> > >
> > > -----Original Message-----
> > > From: Nathalie Villard [mailto:nathalie.villard@wanadoo.fr]
> > > Sent: Friday, October 18, 2002 5:44 AM
> > > To: sderaspide@mgae.com
> > > Subject: Interview pour le magazine franç ais CAPITAL
> > > Importance: High
> > >
> > >
> > > Bonjour,
> > > Dans son numéro de Décembre, Capital (leader de la presse économique,
> 500
> > > 000 ex/mois) prépare un Dossier international de 18 pages sur le
> business
> > > mondial du jouet.
> > > Entre autres articles, je prépare une histoire sur le succès du
> phénomène
> > > Bratz, la naissance du concept, ses déclinaisons, son univers de
> > concurrence
> > > avec Mattel, ses licences...
> > > Pourrions-nous convenir rapidement d'un rdv téléphonique avant le 31
> > > Octobre. Beaucoup de personnes ici en France m'ont dit que vous pourriez
> > > m'être très utile.
> > > D'avance merci.
> > > Cordialement,
> > > Nathalie Villard
> > >
> > > nathalie.villard@wanadoo.fr
> > > Journaliste
> > > CAPITAL
> > > Tel 00 +33 (4) 66 03 24 03 / (1) 56 99 49 33
> > > Fax 00 +33 (4) 66 03 24 02
> > >
> > >
> >
>
```

5

CONFIDENTIAL - ATTORNEYS' EYES ONLY

MGA2 0070270

EXHIBIT  41
PAGE  696

**EXHIBIT 42**

Case 2:04-cv-09049-DOC-RNB    Document 6851    Filed 09/22/2009    Page 1 of 2

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA 92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.    CV 04-09049 SGL(RNBx)                          Date: September 22, 2009
Title:      MATTEL, INC. V. MGA ENTERTAINMENT, INC., et al.
=========================================================================
PRESENT:   HONORABLE STEPHEN G. LARSON, U.S. DISTRICT JUDGE

        Cindy Sasse                              None Present
        Courtroom Deputy                         Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:       ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                            None Present


**PROCEEDINGS:  ORDER AFTER HEARING**

        Pursuant to the Court's September 3, 2009, Order, the Court heard the testimony of Richard De Anda regarding an email communication between him (as Mattel's head of security) and Canadian law enforcement officials, which references a package sent to those officials.  Although the Court finds, based on the evidence currently before the Court, in the context of this case, that it was inadvisable for Mr. De Anda to send to Canadian law enforcement officials a package containing approximately six miniature toy cars, the Court does not find anything improper regarding his actions as they were not subjectively intended as an attempt to influence, nor were they even marginally likely to influence, an ongoing investigation.  Rather, the Court finds that the toys were token gifts given, in keeping with social conventions, in response to his receipt of certain token gifts, namely a coffee mug, a tie tack, and a pen, by the Canadian law enforcement officials.

        The Court conducted sealed proceedings regarding the August 31, 2009, Order to Show Cause ("OSC").  On the basis of counsel's representations of the subjective thought processes by which the document at issue came to appear on the privilege log of the MGA parties, the Court finds that the OSC is **SATISFIED** as it relates to counsel herein and **DISCHARGES** the OSC. Consideration of any evidentiary or other case-related sanctions or implications regarding prior findings by the Court and/or jury in this matter must await adjudication of the issue of whether the crime/fraud exception applies to various other documents placed on MGA's privilege logs, as well as completion of the Discovery Master's *in camera* review of numerous other documents listed on

MINUTES FORM 90                                     Initials of Deputy Clerk __cls_____
CIVIL -- GEN                          1             Time: 02/59

EXHIBIT __Y2__
PAGE __697__

MGA's privilege logs and resolution of certain discovery motions related thereto.

In light of the anticipated transfer of these consolidated cases to the docket of the Honorable David O. Carter, the Court **VACATES** the pending pretrial conference date and trial date for Phase 2.

The Court **EXTENDS** the discovery cutoff date to June 1, 2010.

As the judicial officer most familiar with this case, Judge Larson has consented to assist the parties' and the Settlement Officers' attempt at a global resolution to these consolidated cases. Accordingly, counsel for Mattel is directed to provide its proffered settlement proposals to the Court (*in camera* to chambers) and to the MGA parties within ten days of the entry of this Order.

The hearing dates as to Mattel's Motion for Leave to File Fourth Amended Answer and Counterclaims (docket #6311) and Motion of the MGA parties re Discovery Master Order No. 46 (docket #6476) are **VACATED** pending re-setting by the newly assigned judicial officer.

Mattel's Ex Parte Application re service of responses to the August 31, 2009, OSC (docket #6708) is **DENIED AS MOOT.**

The Ex Parte Application of the MGA parties to compel Mr. DeAnda's deposition in advance of the September 21, 2009, hearing date (docket #6767) is **DENIED AS MOOT**.

Two Proposed Stipulations and Orders by the parties (#6687 (to continue October 1, 2009, hearing date) and #6706 (re extension of expert discovery dates)) are also **DENIED AS MOOT.**

The oral request of the MGA parties for a stay pending settlement discussions is **DENIED.** In general, stays of ***discovery*** in these consolidated cases have, in the past, proven to be counter-productive. As for the more specific request to stay the ***recall order***, the Court notes that counsel for the MGA parties is mistaken in her contention that "the whole point of that recall order was so that it would clear the market for Mattel to come in with its vision of Bratz."[1] Instead, as set forth in the Court's December 3, 2008, Omnibus Order, the Court imposed the recall order in light of the scope of infringement found by the Court (which was broad) and in light of the fact that the Bratz dolls compete directly with existing Mattel products. Id. at 14. Thus, the rationale underlying the recall Order remains firmly intact. For that reason, the request is **DENIED.**

**IT IS SO ORDERED.**

---

[1] Mattel also denies the MGA parties' factual assumption that it will not be able to market its own dolls under the name "Bratz." Resolution of the factual issue is unnecessary at this time, and the Court does not consider it.

Initials of Deputy Clerk __cls_____
Time: 02/59

EXHIBIT ___42___
PAGE ___698___