# EXHIBIT FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER