| Name & Address: <br> Warrington S. Parker III (State Bar No. 148003) <br> Orrick, Herrington & Sutcliffe LLP <br> 405 Howard Street <br> San Francisco, California 94105 <br> (415) 773-5700 <br> (415) 773-5759 (Facsimile) ||
|---|---|
| **UNITED STATES DISTRICT COURT** <br> **CENTRAL DISTRICT OF CALIFORNIA** ||
| CARTER BRYANT <br><br> PLAINTIFF(S) <br><br> v. <br><br> MATTEL, INC., a Delaware Corporation <br><br> DEFENDANT(S). | CASE NUMBER: <br> CV 04-9049-DOC (RNBx) <br><br> **NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**
Reply Brief in Support of Motion to Vacate Recall Provisions of Injunction, or, in the Alternative to Clarify and/or Modify Such Recall Provisions; Motion to Clarify and/or Limit Monitor's Authority as an Adjudicative Officer of the Court; Declaration of Michael J. Collins and Attached Exhibit A; Supplemental Declaration of Jason D. Russell; Declaration of Samir Khare; and Exhibits 2, 3 and 7 to the Declaration of Warrington S. Parker

**Document Description:**

- [ ] Administrative Record
- [ ] Exhibits
- [ ] Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]
- [x] Other See documents listed above.

**Reason:**

- [x] Under Seal
- [ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- [ ] Electronic versions are not available to filer
- [ ] Per Court order dated _____
- [ ] Manual Filing required (*reason*):

| November 2, 2009 | /s/ Warrington S. Parker, III |
|---|---|
| Date | Attorney Name <br> MGA Parties <br> Party Represented |

Note: File one Notice in each case, each time you manually file document(s).