MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Tel: (415) 773-5700/Fax: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA  90017
Tel. (213) 629-2020/Fax: (213) 612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No.  2:04-CV-09049-DOC-RNBx<br><br>Consolidated with Case No. CV 04-9059 and Case No. CV 05-2727<br><br>**DECLARATION OF WARRINGTON S. PARKER III IN SUPPORT OF MOTIONS TO VACATE RECALL PROVISIONS OF INJUNCTION, OR, IN THE ALTERNATIVE TO CLARIFY AND/OR MODIFY SUCH RECALL PROVISIONS; MOTION TO CLARIFY AND/OR LIMIT MONITOR'S AUTHORITY AS AN ADJUDICATIVE OFFICER OF THE COURT**<br><br>Date:         November 9, 2009<br>Time:        8:30 a.m.<br>Courtroom: 9D (Hon. David O. Carter) |

1  I, Warrington S. Parker III, declare as follows:

2  1. I am an attorney at the law firm of Orrick, Herrington & Sutcliffe LLP, counsel of record for the MGA Parties in the above-captioned action. I am a member in good standing of the State Bar of California and am admitted to practice before this Court. I have personal knowledge of the facts set forth in this declaration unless otherwise expressly stated, in which case it is on information and belief. If called as a witness, I could and would testify competently to such facts under oath.

2. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts of the Transcript of Proceedings dated May 27, 2008.

3. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts of the deposition of Anne Wang. **[Filed under Seal]**

4. Attached hereto as **Exhibit 3** is a true and correct copy of excerpts of the deposition of David Rosenbaum. **[Filed under Seal]**.

5. Attached hereto as **Exhibit 4** is a true and correct copy of excerpts of the Transcript of Proceedings dated May 22, 2008.

6. Attached hereto as **Exhibit 5** is a true and correct copy of the Ninth Circuit's December 2009 Calendar.

7. Attached hereto as **Exhibit 6** is a true and correct copy of the Court's June 20, 2008 Order.

8. Attached hereto as **Exhibit 7** is a true and correct copy of excerpts of the Transcript of Proceedings dated August 15, 2008. **[Filed under Seal].**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 2nd day of November, at San Francisco, California.

*/s/ Warrington S. Parker III*
Warrington S. Parker III

- 1 -

Parker Decl. ISO Motion to Vacate or Clarify Recall Order
CV 04-9049-DOC (RNBx)