# Exhibit 1

```
 1                    UNITED STATES DISTRICT COURT

 2                   CENTRAL DISTRICT OF CALIFORNIA

 3                                 ---

 4         HONORABLE STEPHEN G. LARSON, JUDGE PRESIDING

 5                                 ---

 6   MATTEL, INC.,                  :  PAGES 200 - 339
                                    :
 7            PLAINTIFF,             :
                                    :
 8       VS.                        :  NO. ED CV04-09049-SGL
                                    :  [CONSOLIDATED WITH
 9   MGA ENTERTAINMENT, INC.,       :  CV04-9059 & CV05-2727]
     ET AL.,                        :
10                                  :
             DEFENDANTS.            :
11

12

13

14

15            REPORTER'S TRANSCRIPT OF PROCEEDINGS

16                    RIVERSIDE, CALIFORNIA

17                   TUESDAY, MAY 27, 2008

18                     JURY TRIAL - DAY 2

19                     AFTERNOON SESSION

20

21

22                              MARK SCHWEITZER, CSR, RPR, CRR
                                OFFICIAL COURT REPORTER
23       CERTIFIED             UNITED STATES DISTRICT COURT
                                181-H ROYBAL FEDERAL BUILDING
24         COPY                 255 EAST TEMPLE STREET
                                LOS ANGELES, CALIFORNIA 90012
25                              (213) 663-3494
```

Exhibit 1 - Page 2

1  this idea. There's a hole in the market. I see this market
2  opportunity. I've talked to Isaac about it, and I'd like to
3  do a fashion doll that can appeal to older kids."
4       And Veronica Marlow tells Paula, "Wow, I just saw
5  something that you may like. It's by a designer." They said
6  to you in opening statement that Paula Garcia knows Carter
7  Bryant. Ladies and gentlemen, in this courtroom, under oath,
8  Paula Garcia and Carter Bryant will testify that at no time
9  did they know each other at Mattel. At no time did they talk
10 to each other, and that the first time they met, the first
11 time they met was at the pitch meeting at MGA for Carter's
12 design.
13      Now, you were told that we reached out and stole a
14 Mattel designer because we couldn't design something, and we
15 wanted what they had.
16      In truth, the evidence is that Carter Bryant
17 himself, consistent with what he was doing in 1998, 1999, and
18 consistent with why he left Mattel in the first place, wanted
19 something bigger.
20      He was working on Barbie. It was a narrow brand.
21 It was driven by the marketing. Whatever was good for Barbie
22 was good for Mattel. They wouldn't be innovative. I will
23 have evidence that will say that despite what we're being
24 told here, that they were innovative, creative, design, that
25 the marketing president described it as being complacent,

Exhibit 1 - Page 3

1  that they were out bought and they were out executed.  That's
2  the condition within the design center.
3          Carter wanted a different idea.  He wanted a
4  chance.  Veronica Marlow -- he calls Veronica Marlow and says
5  listen, can you give me an idea of who I might contact to get
6  my idea out there.  And Veronica says I know a company by the
7  name of MGA.  I'm doing consulting work.  They want to do a
8  doll.  Carter says great.  Carter then goes home, and there's
9  no dispute about this.  As part of his portfolio, he adds to
10 his original master drawing concept evening wear.  This is a
11 picture that he has colored in, and he's added fashionwear.
12 He did this.  Mattel can own these dresses.  That's all they
13 get in this case.  That long gown, that was done at night in
14 the back of his house, presumably Mattel, if you find so, can
15 have the dress, but that is the original master drawing, and
16 it was traced from the master drawings, and Carter will
17 testify to it.
18          In any event, he brings these in a portfolio.  He
19 does a couple other things in anticipation of the pitch
20 meeting, unbeknownst to us, and we did not encourage this.
21 Carter did a dummy doll.  That's what it's called.  It's a
22 mockup.  Sometimes it's called a Frankenstein doll.  And what
23 he wanted to do is he had these concept drawings that had
24 been done in 1998.  Now he wanted to pitch the doll.  And
25 admittedly, we didn't know this at this time.  I know it now.

Exhibit 1 - Page 4

1          He goes into a trash barrel at Mattel, and he pulls
2   out a blank head.  Not this one.  But it was just blank.  And
3   he puts it onto a body that's right, parts that he either got
4   from his house, but they are the same type of things that are
5   offered at sale for retail.
6          I think he used Ken's feet, Ken and Barbie.  To use
7   proportions.  I think he showed a Barbie torso, and he put
8   some legs on.  That dummy doll together with his portfolio,
9   he goes to what he thought was going to be an interview job.
10  That's what he was doing.  He wanted to be a free-lancer.  He
11  wanted to sell his idea that was not owned by Mattel.  He
12  goes to the meeting September 1st, meeting at MGA.  At that
13  meeting, Paula, Isaac, and Isaac's 12-year-old daughter
14  Jasmine.  Carter shows the drawings, the characters.
15         They look at these drawings.  Paula likes it
16  immediately.  It's the concept.  It's the idea that she was
17  thinking of that could be more appealing to that unserved
18  market area, market opportunity.
19         Isaac was a little bit more doubtful about it.
20  First of all, he didn't know if it could be made into a doll.
21  I think his testimony was actually, no offense, Isaac, but
22  you thought maybe the drawings were a little bit weird.
23         But Jasmine, who was out of school that day and was
24  at MGA because Isaac would bring his kids in, was sitting in
25  the outer office.  She had just had lunch with her dad.  He

Exhibit 1 - Page 5

1  came out, and he showed it to Jasmine.  Jasmine actually is
2  the first focus group of Bratz.  Jasmine liked it.  She said,
3  "I think it's cool."  Meeting ends, but more importantly,
4  during that meeting Isaac asked Carter Bryant this question.
5  Is this concept, is this something that's being done at
6  Mattel?  And Carter Bryant tells Isaac at that time, "No.
7  This is my own idea.  I did it outside the employment of
8  Mattel."
9          Isaac said, "Let me think about it.  I'll get back
10 to you."  And the testimony will be from Mr. Larian that he
11 did think about it.  He thought about it for about six days,
12 seven days.  He weighed the fact that this was going to take
13 millions of dollars of commitment.  It was going to take
14 resources.
15         Doll lines fail.  A lot of new toys are introduced,
16 and they are flops.  But Isaac took the risk and said, "I'm
17 going to do this.  I'm going to commit the resources of MGA,
18 and we're going to get this job done."
19         He calls Carter up, and he offers Carter a job,
20 full-time employment at MGA, and Carter says, "No.  I don't
21 want to work for another company.  I'll be a consultant.  I
22 want to be able to do free-lancing.  I do not want to go to
23 work for MGA."
24         They work out an arrangement whereby Carter signs
25 an agreement.  Carter had some negotiations back and forth.

Exhibit 1 - Page 6

1  Isaac says to Victoria O'Connor get this done. And she sends
2  it out to David Rosenbaum, who will testify. He's MGA's
3  lawyer.
4       Veronica Marlow, who is now serving as the
5  representative of Carter Bryant, Veronica Marlow is now just
6  a consultant. She couldn't be working for Mattel because
7  Mattel had a policy that, after you quit, you could not be a
8  consultant for six months with them. So she was working for
9  MGA, no dispute, no issue there.
10      She refers Carter Bryant to a well-respected IP,
11 intellectual property copyright boutique in Los Angeles by
12 the name of Pretty Schroeder. Carter will testify that he
13 met with Pretty. He was introduced to a woman named Anna
14 Wang, who will also be a witness.
15      Two lawyers, one representing Carter Bryant, one
16 representing MGA. They enter into a consulting agreement,
17 and you will hear that the representations that were made
18 during that due diligence discussion was that Carter Bryant
19 said, "I did this in 1998, not while employed at Mattel.
20 These are my ideas. They are not Mattel's ideas."
21      One issue is that Anna Wang says to him did you
22 sign any agreements at Mattel. He sends to her his
23 employment agreement that he signed at Mattel. But
24 interestingly, he does not have a copy of his confidentiality
25 agreement that he signed from January of 1999. Why? Because

Exhibit 1 - Page 7

1  Mattel does not give the employees a copy of that agreement.
2          You'll hear testimony that they believe that that
3  document is proprietary.  Carter Bryant tells I think David
4  Rosenbaum or Anna Wang, I don't want to go to HR and ask them
5  for a copy of that agreement.  It's going to raise suspicion.
6          We, ladies and gentlemen, did not encourage him to
7  say that.  That was Carter's decision.  He did not want to
8  call himself out to the HR department.  I guess anybody using
9  common sense, if someone from the HR department is told an
10 employee wants to take a look at an agreement, they might
11 think he's going to be leaving.
12         In any event, Carter goes, is represented by
13 counsel, David Rosenbaum is representing us.  We enter into
14 an agreement with Carter Bryant.  There's negotiations back
15 and forth.  Carter is ably represented.  We're ably
16 represented.  Carter wants royalties on everything for Bratz.
17 Isaac says no, you're not going to get royalties on
18 everything.  I'll give you royalties on what you contribute
19 to the Bratz fashions.
20         Let's show the agreement between Carter Bryant and
21 MGA.  This, ladies and gentlemen, is a contract.  It's dated
22 September 18th, date as of September 18, 2000.  It's Carter
23 Bryant.  It's dated as of September 18, 2000, but it's not
24 signed on that day.  That will be the day that David
25 Rosenbaum first gets the assignment.  He will tell you that.

Exhibit 1 - Page 8

1            The actual date of this document is October 4.  We
2   know that from the fax line that indicates it was faxed over,
3   the signature line and both parties signed it on October 4th.
4   But I want to spend a few moments on this contract.
5            This is our contract with Carter Bryant.  And if
6   you could turn to the reps and warranties section.  I think
7   it's paragraph 5.  Warranties and indemnity.  Bryant
8   represents and warrants and agrees to that.
9            So in this document, Carter Bryant tells G.B.A.
10  that he has the right and is free to execute this agreement
11  to grant the rights granted by him to MGA hereunder and to
12  perform each and every term and provision thereof.
13           B, he affirmatively states neither the execution
14  and delivery of this agreement nor the performance by Bryant
15  of any of his obligations hereunder will constitute a
16  violation, breach, or default under any agreement,
17  arrangement, or understanding, or any other restriction of
18  any kind, to which Bryant is a party or by which Bryant is
19  bound.
20           And the third one here is the Bryant work product
21  shall be free of all liens -- now we're talking about the
22  drawings, the concept of Bratz.  Carter Bryant warrants to
23  MGA that Bryant work product shall be free of all liens,
24  encumbrances, and there will be no claims, demands, or
25  actions pending or threatened with respect thereto, and that

Exhibit 1 - Page 9

```
 1   Bryant work product is original and no part thereof infringes
 2   or shall infringe upon any common law or statutory rights or
 3   intellectual property rights of any third party including
 4   without limitation, contractual rights, patents, copyrights,
 5   marks, work rights, trade secrets, rights of privacy, and
 6   other intellectual property rights.
 7           And then let's go to the indemnification paragraph.
 8   This is drawn by lawyers, not by Isaac Larian and not by
 9   Carter Bryant.  These are separate lawyers, competent
10   lawyers.  And they will both testify.  And in this contract,
11   Carter Bryant goes out, and he says -- he shall indemnify and
12   hold MGA harmless from and against any and all claims,
13   losses, costs, judgments, settlements, damages, and expenses,
14   including reasonable counsel fees arising from any breach by
15   him of any of the warranties, representations, and agreements
16   made by him hereunder.
17           We wanted that representation.  We wanted that
18   statement from Carter Bryant.  He gave it to us in the
19   contract.  This contract was signed October 4th.  We told him
20   to resign immediately at Mattel.  Carter Bryant gave his
21   notice to Mattel on October 4th.  He gave them two weeks'
22   notice.  Because that's what he understood was the right
23   thing to do.
24           He will testify that he did not want to leave
25   Mattel's projects hanging that he was working on.  There will
```

Exhibit 1 - Page 10

1   not be one shred of evidence, not one person will come into
2   this courtroom and say that Bryant during that two-week
3   period of time took anything from Mattel, took any
4   confidential information from Mattel or proprietary
5   information from Mattel.  He did his job and finished his
6   work.
7            Now, they will make the contention that well, they
8   didn't know where Carter Bryant was going to work.  They
9   didn't know he was going to work for a competitor.
10           Remember that his contract at Mattel says nothing
11  about you can't go to work for a competitor.  Carter Bryant
12  could walk out that day and go to work at another competitor.
13  Just like MGA.  The restriction was that he couldn't take
14  proprietary information.  The evidence in this case will be
15  that he took no proprietary information from Mattel.
16           The trash sculpt for the dummy doll, the dummy doll
17  was tossed aside because Carter Bryant, Isaac Larian, and
18  everybody else will tell you that it was ugly.  They didn't
19  know what that was, and they all focused on the drawings.
20  The dummy doll is not here.  But what's interesting is what
21  is not here is you heard a lot about what Carter Bryant was
22  doing in September of 1999 while he was at Mattel.
23           Mr. Quinn said that in September the phone records,
24  because Mattel keeps phone records on all of the extensions,
25  so this grand conspiracy where we're concealing everything,

Exhibit 1 - Page 11

1  you'll see Carter Bryant's September records.  Carter Bryant
2  was making phone calls from his extension at Mattel to MGA.
3  He makes 18 phone calls in September to MGA.  If he was
4  trying to hide what he was doing, if this was so secretive,
5  why is he making the phone calls in September?
6           So in October, after he signs the agreement, a
7  really interesting question is okay, what he is doing between
8  October 4th and October 19th, the day he leaves.  Those would
9  be interesting telephone records to see.  Of all the months
10 that are missing, Carter Bryant's telephone records from
11 October at Mattel can't be found.
12          October 19 -- let me back up.  September 1st, after
13 the pitch meeting, and after the phone call is made, and
14 after the contract negotiations go on, another person enters
15 the stage, and her name is Margaret Leahy, and she's going to
16 be a very important witness.
17          Margaret Leahy is a free-lance sculptor.  Carter
18 Bryant's drawings are provided to Margaret Leahy as the
19 sculptor to build the Bratz doll.  Her testimony will be that
20 Carter Bryant gave his concept drawings to Margaret Leahy at
21 her house and said here's my idea.  Do your magic.
22          And Margaret Leahy will testify that she worked on
23 the sculpt which will eventually over a course of months turn
24 into Bratz, but we're going to focus only on the work through
25 October 19th because that's the last day that Carter was

Exhibit 1 - Page 12

1  working at Mattel.
2          During this period of time, Carter will testify
3  that he did relatively little with respect to the actual
4  sculpt itself.  Margaret Leahy will say that she attended a
5  meeting with Carter, that Paula was there.  The first sculpt
6  that Margaret Leahy did was shown to Paula Garcia, and Paula
7  had an interesting reaction to it.  And this explains a
8  little bit about why Paula actually was so intrigued by
9  Carter's drawings.
10         See, Paula will explain to you that not only did
11 she not feel she fit in at Mattel, she'll also tell you that
12 growing up, she didn't aspire to be Barbie.  She wasn't
13 blessed with some of the attributes that a Barbie doll has.
14 She was, frankly, more regular and more normal.  She didn't
15 aspire to the body proportions.  What she was into was
16 creating a doll that girls could play with that could grab
17 onto their fashions, not to their bodies or body styles.
18         So when she first saw the sculpt that she saw, I
19 think it was sometime in September, she looked at it, and she
20 cut it back, and she said no, it's way too sexualized, the
21 concept is too old.  I want to take out -- and Paula will
22 testify to this.  I wanted to take out the va-va-voom in it.
23 She narrows the waist a little bit, narrows the hips, cuts a
24 little bit out of the thigh, doesn't make it as voluptuous.
25         Paula is driving this.  Paula wants a doll that

Exhibit 1 - Page 13

```
 1  girls are going to be attracted to --
 2          MR. QUINN:  This is not relevant.
 3          THE COURT:  Sustained.  Move along, Counsel.
 4          MR. NOLAN:  Paula will testify that there were a
 5  couple of meetings with Margaret Leahy, and Margaret Leahy
 6  will tell you the work she was doing from September 1st
 7  through October 19th.  And interestingly, Carter Bryant gives
 8  Margaret Leahy the concept drawings that he had done, and he
 9  gives her one other thing.  He gives her a copy of the Steve
10  Madden ad.  This one is the current ad that's running in
11  around 2000.
12          It is a doll that has horns on it, and Margaret
13  Leahy will testify during this period of time that she's
14  getting inspiration from the concept drawings for Bratz, but
15  also from Steve Madden, and she's putting in her own --
16          MR. QUINN:  Your Honor, I object.  This is not
17  relevant.
18          THE COURT:  Sustained again.
19          Counsel, let's move along.
20          MR. NOLAN:  Carter Bryant, during this period of
21  time, makes a phone call.  You heard about that in opening
22  statement.  He does call a hair supplier called Universal.
23  It's located in the Far East.  It is a well-known, well-known
24  supplier of doll hair.  Mr. Quinn said that he'll show you
25  evidence that he ordered large amounts of it.  He simply
```

Exhibit 1 - Page 14

```
 1   asked for samples of the kind of doll hair because that's the
 2   doll hair that he was thinking about for his Bratz dolls. He
 3   gets the number from Mattel. I don't dispute that. We don't
 4   know this. But nevertheless, I just want to point this out.
 5              Universal Hair Supply is well known in the
 6   industry. Anybody, including MGA, knew about Universal. And
 7   that's the source of Saran hair. They are the largest
 8   producer of Saran hair. It's the hair used on the Bratz
 9   doll. Carter Bryant made that phone call while he was still
10   employed at Mattel. We don't deny that. It will be left up
11   to you as to whether or not that violated a duty. But we
12   didn't ask him to do it; we didn't know about it. We knew
13   about it as a result of this litigation.
14              That's basically the story through the contract
15   signing of the arrangement between Mattel -- I'm sorry.
16   Between MGA and Carter Bryant.
17              Your Honor, I didn't know if this was a good time
18   for a break, or did you want me to keep going because I was
19   going to switch to a different topic.
20              THE COURT: You may proceed, Counsel.
21              MR. NOLAN: Mr. Quinn spent a lot of time about the
22   coverup and the concealment as evidence that we stole this
23   idea from Mattel. And I want to spend some time talking you
24   through this so-called concealment evidence because I think
25   it's important. It's relevant.
```

Exhibit 1 - Page 15

1  tomorrow morning at 8:30.

2

3           (Proceedings concluded at 5:05 P.M.)

4

5

6

7

8

9

10

11

12                    C E R T I F I C A T E

13

14

15      I hereby certify that pursuant to Title 28,

16  Section 753 United States Code, the foregoing is a true and

17  correct transcript of the stenographically reported

18  proceedings in the above matter.

19      Certified on May 27, 2008.

20

21                    _____

22                    **MARK SCHWEITZER, CSR, RPR, CRR**
                      Official Court Reporter
23                    License No. 10514

24

25

Exhibit 1 - Page 16