# Exhibit 4

```
1                UNITED STATES DISTRICT COURT

2                CENTRAL DISTRICT OF CALIFORNIA

3                          ---

4        HONORABLE STEPHEN G. LARSON, JUDGE PRESIDING

5                          ---

6   MATTEL, INC.,              :   PAGES 1- 76
                                :
7           PLAINTIFF,          :
                                :
8        VS.                    :   NO. ED CV04-09049-SGL
                                :   [CONSOLIDATED WITH
9   MGA ENTERTAINMENT, INC.,    :   CV04-9059 & CV05-2727]
    ET AL.,                     :
10                              :
            DEFENDANTS.         :
11
```

**CERTIFIED COPY**

```
15           REPORTER'S TRANSCRIPT OF PROCEEDINGS

16                  RIVERSIDE, CALIFORNIA

17                THURSDAY, MAY 22, 2008

18                    MORNING SESSION


22                      MARK SCHWEITZER, CSR, RPR, CRR
                        OFFICIAL COURT REPORTER
23                      UNITED STATES DISTRICT COURT
                        181-H ROYBAL FEDERAL BUILDING
24                      255 EAST TEMPLE STREET
                        LOS ANGELES, CALIFORNIA 90012
25                      (213) 663-3494
```

Exhibit 4 - Page 29

```
 1  whether or not there is evidence in the first instance to
 2  even raise this possibility.  And that's what we would really
 3  urge the Court to do if the Court finds that right now you
 4  can't make that determination based on the record.
 5            You know, you were talking about how we are going
 6  to have to have some Daubert hearings.  But I would suspect
 7  on this one, your Honor, we may not be able to do it at 8:30
 8  in the morning.  We may need an hour or two to have the two
 9  experts appear before your Honor on all of this, to
10  demonstrate that in fact there's nothing here.
11            Despite all of the use of Evidence Eliminator and
12  motions and everything else, there is no evidence that Carter
13  Bryant destroyed any data relating to this case.  Carter
14  Bryant has denied it.  The machine itself and the experts are
15  consistent on this.  The configuration of the Evidence
16  Eliminator software package was never changed, you know, to
17  allow it to, oh, today I'm going to eliminate this
18  information.
19            On top of that, your Honor, we join in this motion
20  for a reason that at the time, never in our wildest
21  imagination that we believed that we were going to be sitting
22  here alone in this case; all right?
23            Now, as MGA, there is no evidence, there is no
24  nexus, no suggestion that if Carter Bryant did delete
25  information, that he did so on our instruction or we had any
```

Exhibit 4 - Page 30

```
 1
 2
 3
 4
 5
 6                    C E R T I F I C A T E
 7
 8
 9        I hereby certify that pursuant to Title 28,
10   Section 753 United States Code, the foregoing is a true and
11   correct transcript of the stenographically reported
12   proceedings in the above matter.
13        Certified on May 22, 2008.
14
15                    _____
16                    MARK SCHWEITZER, CSR, RPR, CRR
                      Official Court Reporter
17                    License No. 10514
18
19
20
21
22
23
24
25
```

Exhibit 4 - Page 31