# Exhibit 5

UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

<u>Location of Hearing for the December Calendar:</u>        <u>Corrected Notice:</u>

Richard H. Chambers US Court of Appeals Bldg.
125 South Grand Avenue
Pasadena, California 91105                                October 30, 2009

---

☞☞  Picture ID <u>required</u> to enter Courthouse  ☜☜
COUNSEL WILL PLEASE CHECK-IN WITH THE DEPUTY IN THE COURTROOM
All CJA Counsel call (415) 355-7993 for travel authorization

---

Monday, December 7, 2009    9:30 a.m.    Courtroom 1

| | | |
|---|---|---|
| ( ) * | 08-50527 | United States v. Kohler |
| ( ) ~ | 08-50031) | United States v. Corona |
| | 08-50032) | United States v. Corona |
| ( ) | 06-50607 | United States v. Evans |
| ( ) | 06-50456) | United States v. Kloehn |
| | 07-50274) | |

Monday, December 7, 2009    9:00 a.m.    Courtroom 2

| | | |
|---|---|---|
| ( ) * | 07-55825 | Clardy v. Castellaw |
| ( ) * | 07-55838 | Small v. Horel |
| ( ) * | 07-56794 | Torlucci v. Evans |
| ( ) ~ | 06-56093 | Maxwell v. Roe |
| ( ) ~ | 09-55699 | Pacific Sunwear v. Kira Plastinina |
| ( ) ~ | 09-55937 | E! Entertainment TV v. Entm't One GP |

Monday, December 7, 2009    9:00 a.m.    Courtroom 3

| | | |
|---|---|---|
| ( ) * | 04-71791 | Aivazova v. Holder |
| ( ) * | 05-75584 | Garcilazo-Cupa v. Holder |
| ( ) * | 07-55522 | Park v. Chertoff |
| ( ) * | 08-56655 | Jevne v. Lund |
| ( ) ~ | 07-56630 | Holcomb v. New Castle Financial |
| ( ) | 08-56320 | Association of Christian Schools v. Stearns |

* MAX ARGUMENT TIME 10 MINS/SIDE   ~ MAX ARGUMENT TIME 15 MINS/SIDE
OTHER CASES 20 MINUTES PER SIDE

[email: pas_ca09calendar@ca9.uscourts.gov    subject: PAS Hearing Notice]
PLEASE RETURN ENCLOSED ACKNOWLEDGMENT NOTICE to CLERK'S OFFICE

www.ca9.uscourts.gov

Exhibit 5 - Page 32

Tuesday, December 8, 2009   9:30 a.m.   Courtroom 1

| | | |
|---|---|---|
| ( ) * | 05-73068 | Chen v. Holder |
| ( ) * | 05-73200) | Bennani v. Holder |
| | 05-75097) | |
| ( ) * | 09-50324 | United States v. Vasallo-Martinez |
| ( ) ~ | 09-50059 | United States v. Ramos |
| ( ) ~ | 09-50151 | United States v. Hernandez-Rivera |
| ( ) ~ | 09-50020 | United States v. Ochoa-Ramirez |

Tuesday, December 8, 2009   9:00 a.m.   Courtroom 2

| | | |
|---|---|---|
| ( ) * | 07-74946 | Gonzalez-Leyton v. Holder |
| ( ) * | 08-50554 | United States v. Kelly-Palmer |
| ( ) * | 08-56056 | Schulte v. City of Los Angeles |
| ( ) ~ | 06-56703) | Lee v. TRW, Inc. |
| | 06-56704) | |
| ( ) | 06-50717) | United States v. Garrido |
| | 06-50718) | United States v. Robles |

Tuesday, December 8, 2009   9:00 a.m.   Courtroom 3

| | | |
|---|---|---|
| ( ) * | 07-74899) | Singh v. Holder |
| | 08-74195) | |
| ( ) * | 08-56258 | Puente v. County of Los Angeles |
| ( ) * | 08-56303 | Agadzhanyan v. Astrue |
| ( ) ~ | 08-55861 | Quiksilver, Inc. v. Kymsta Corp. |
| ( ) ~ | 08-56307 | Shaffy v. United Airlines, Inc. |
| ( ) ~ | 08-56314) | Allied Orthopedic v. Tyco Health Care |
| | 08-56315) | |

Wednesday, December 9, 2009   9:30 a.m.   Courtroom 1

| | | |
|---|---|---|
| ( ) * | 06-56352 | Cervantez v. Pliler |
| ( ) * | 08-56357 | Couch v. Telescope Inc. |
| ( ) * | 08-56360 | Herbert v. Endemol USA Inc. |
| ( ) ~ | 08-56423 | Khatib v. County of Orange |
| ( ) | 09-55673) | MGA Entertainment, Inc. v. Mattel, Inc. |
| | 09-55812) | |

* MAX ARGUMENT TIME 10 MINS/SIDE   ~ MAX ARGUMENT TIME 15 MINS/SIDE
OTHER CASES 20 MINUTES PER SIDE

[email: pas_ca09calendar@ca9.uscourts.gov   subject: PAS Hearing Notice]
PLEASE RETURN ENCLOSED ACKNOWLEDGMENT NOTICE to CLERK'S OFFICE
www.ca9.uscourts.gov

Exhibit 5 - Page 33

Wednesday, December 9, 2009   9:00 a.m.   Courtroom 2

| | | |
|---|---|---|
| ( ) * | 05-72524 | Poulis v. Holder |
| ( ) * | 05-72692 | Sulaiman v. Holder |
| ( ) * | 05-73483) 05-76270) | Baban v. Holder |
| ( ) * | 05-74111 | Shaba v. Holder |
| ( ) ~ | 08-55625) 08-55790) 08-56191) | Larin Corp. v. Mueller |
| ( ) | 08-56415) 08-56436) | Jewish War Veterans v. City of San Diego |

Wednesday, December 9, 2009   9:00 a.m.   Courtroom 3

| | | |
|---|---|---|
| ( ) * | 05-72595 | Gonzalez v. Holder |
| ( ) * | 07-70640 | Esquivel-Garcia v. Holder |
| ( ) * | 08-56332 | Madani v. Shell Oil Co. |
| ( ) * | 09-50197 | United States v. Felix-Olivas |
| ( ) ~ | 09-50180 | United States v. Dierking |
| ( ) | 08-55838 | FTC v. MacGregor |

Thursday, December 10, 2009   9:30 a.m.   Courtroom 1

| | | |
|---|---|---|
| ( ) * | 08-50182 | United States v. Collins |
| ( ) * | 09-50259 | United States v. Hernandez-Ortega |
| ( ) * | 09-50333 | United States v. Magana-Colin |
| ( ) * | 09-56073 | Fine v. Sheriff of Los Angeles County |
| ( ) ~ | 09-55791) 09-55792) | Jamison v. City of Los Angeles |
| ( ) | 08-56454) 08-56523) 09-55494) | World Wide Rush v. City of Los Angeles |

Thursday, December 10, 2009   9:00 a.m.   Courtroom 2

| | | |
|---|---|---|
| ( ) * | 05-70513 | Mishustina v. Holder |
| ( ) * | 05-72970 | Kanhukamwe v. Holder |
| ( ) * | 08-55534 | Maxwell v. Roe |
| ( ) ~ | 05-56795) 08-55096) | United States v. Withers |
| ( ) ~ | 08-50423 | United States v. Isaacs |
| ( ) ~ | 08-56378 | Kennedy v. Natural Balance Pet Foods, Inc. |

**\* MAX ARGUMENT TIME 10 MINS/SIDE   ~ MAX ARGUMENT TIME 15 MINS/SIDE
OTHER CASES 20 MINUTES PER SIDE
[email: pas_ca09calendar@ca9.uscourts.gov   subject: PAS Hearing Notice]
PLEASE RETURN ENCLOSED ACKNOWLEDGMENT NOTICE to CLERK'S OFFICE**

Exhibit 5 - Page 34

Thursday, December 10, 2009   9:00 a.m.   Courtroom 3

| | | |
|---|---|---|
| ( ) * | 08-50538 | United States v. Juarez-Mendez |
| ( ) * | 08-56374 | Antoniewicz v. Astrue |
| ( ) * | 09-50171 | United States v. Geiger |
| ( ) ~ | 08-50534 | United States v. Deshotels |
| ( ) ~ | 08-55249 | Emery v. Clark |
| ( )~ | 08-50547) | United States v. Pereda-Rebollo |
| | 08-50552) | United States v. Preciado |

Friday, December 11, 2009   9:30 a.m.   Courtroom 1

| | | |
|---|---|---|
| ( ) * | 04-73040 | Chong v. Holder |
| ( ) * | 07-74624 | Alvarez-Enriquez v. Holder |
| ( ) * | 05-72685 | Dabo v. Holder |
| ( ) * | 08-50088) | United States v. Hall |
| | 08-50226) | |
| ( ) * | 09-50403 | United States v. Casillas |
| ( ) * | 07-56455 | Rawls v. Hunter |
| ( ) ~ | 08-55277) | Mitchell v. MetLife |
| | 08-55686) | |

Friday, December 11, 2009   9:00 a.m.   Courtroom 3

| | | |
|---|---|---|
| ( ) * | 04-50266 | United States v. Carey |
| ( ) * | 07-50571 | United States v. Stolte |
| ( ) * | 07-50227 | United States v. Shirazi |
| ( ) ~ | 07-50094 | United States v. Johansen |
| | 07-50095) | United States v. Standby Parts |
| ( ) ~ | 07-50576 | United States v. Rodriguez |
| ( ) ~ | 08-50062 | United States v. Mausali |

* MAXIMUM ARGUMENT TIME 10 MINUTES PER SIDE
~ MAXIMUM ARGUMENT TIME 15 MINUTES PER SIDE
OTHER CASES 20 MINUTES PER SIDE

PLEASE RETURN ENCLOSED ACKNOWLEDGMENT NOTICE to CLERK'S OFFICE

Wireless Internet Connectivity is now available in the
Richard H Chambers US Court of Appeals Building

[email: pas_ca09calendar@ca9.uscourts.gov   subject: PAS Hearing Notice]
www.ca9.uscourts.gov

Exhibit 5 - Page 35