MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148008)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Tel: 415-773-5700
Fax: 415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA  90017
Tel: 213-629-2020
Fax: 213-612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: 949-567-6700/Fax: 949-567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx)<br>Consolidated with:  CV 04-9059 and CV 05-2727<br><br>**DISCOVERY MATTER**<br>[To Be Heard By Discovery Master Robert C. O'Brien]<br><br>**NOTICE OF LODGING IN SUPPORT OF MGA PARTIES'** *EX PARTE* **APPLICATION FOR A PROTECTIVE ORDER POSTPONING THE DEPOSITION OF YOON JUNG KIM AKA SUSAN JUNG KIM** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE** that Counter-Defendants MGA Entertainment, Inc., MGA Entertainment HK Ltd., and Isaac Larian (collectively "MGA Parties") hereby lodge the following document with the Clerk of the Court in support of their *Ex Parte* Application for Protective Order Postponing the Deposition of Yoon Jung Kim aka Susan Jung Kim.

1. **[PROPOSED] ORDER GRANTING THE MGA PARTIES' *EX PARTE* APPLICATION FOR A PROTECTIVE ORDER POSTPONING THE DEPOSITION OF YOON JUNG KIM AKA SUSAN JUNG KIM**

Dated: November 2, 2009

JASON S. ANGELL
ORRICK, HERRINGTON & SUTCLIFFE LLP

By:    /s/ Jason S. Angell
       Jason S. Angell
  Attorneys for MGA Parties