MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: 415-773-5700
Facsimile: 415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: 213-629-2020
Facsimile: 213-612-2499

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx).<br>Consolidated with: Case No. CV 04-9059 and Case No. CV 05-2727<br><br>**DISCOVERY MATTER**<br>[To Be Heard by Discovery Master Robert O'Brien]<br><br>**[PROPOSED] ORDER GRANTING THE MGA PARTIES'** *EX PARTE* **APPLICATION FOR A PROTECTIVE ORDER POSTPONING THE DEPOSITION OF YOON JUNG KIM AKA SUSAN JUNG KIM**<br><br>Date: TBD<br>Time: TBD<br>Courtroom: TBD<br><br>**Phase 2**<br>Discovery Cutoff: June 1, 2010<br>Pretrial Conference: None Set<br>Trial Date: None Set |

1   The Discovery Master, having considered the MGA Parties' *Ex Parte* Application for Protective Order Postponing the Deposition of Yoon Jung Kim aka Susan Jung Kim, and having found good cause to do so, it is hereby ORDERED THAT:

  1. Said application is GRANTED in its entirety, and
  2. The deposition of Yoon Jung Kim aka Susan Jung Kim currently set for November 11, 2009 shall be deferred until a mutually agreeable time no less than twenty-one days after Mattel, Inc. produces all non-privileged documents and things responsive to MGA Entertainment Inc.'s Request Nos. 119-168 in MGA's Third Set of Phase 2 Requests for Production of Documents and Things to Mattel, Inc., unless the parties agree or the court orders otherwise.

**IT IS SO ORDERED.**

Dated: _____
Discovery Master Robert C. O'Brien