MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone:  415-773-5700
Facsimile:   415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA  90017
Telephone:  213-629-2020
Facsimile:   213-612-2499

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant. | Case No. CV 04-9049 DOC (RNBx)<br><br>Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>**[DISCOVERY MATTER]**<br>**To Be Heard By Discovery Master**<br>**Robert C. O'Brien**<br><br>**PROOF OF SERVICE VIA EMAIL** |
| AND CONSOLIDATED ACTIONS | **Phase 2**<br><br>Discovery Cut-off:  June 1, 2010<br>Pretrial Conference:  None Set<br>Trial Date:  None Set<br>Judge:  Hon. David O. Carter |

## PROOF OF SERVICE VIA EMAIL

I am more than eighteen years old and not a party to this action.  My business address is Orrick, Herrington & Sutcliffe LLP, 1000 Marsh Road, Menlo Park, CA 94025.

On October 30, 2009, I served the following document(s):

1.  *EX PARTE* APPLICATION FOR A PROTECTIVE ORDER POSTPONING THE DEPOSITION OF YOON JUNG KIM AKA SUSAN JUNG KIM [UNREDACTED]

2.  DECLARATION OF JASON S. ANGELL IN SUPPORT OF MGA'S MOTION FOR A PROTECTIVE ORDER POSTPONING THE DEPOSITION OF YOON JUNG KIM AKA SUSAN JUNG KIM;

3.  EXHIBITS 1, 4, 5 AND 6 TO THE DECLARATION OF JASON S. ANGELL IN SUPPORT OF MGA PARTIES' *EX PARTE* APPLICATION FOR A PROTECTIVE ORDER POSTPONING THE DEPOSITION OF YOON JUNG KIM AKA SUSAN JUNG KIM;

4.  [PROPOSED] ORDER GRANTING THE MGA PARTIES' *EX PARTE* APPLICATION FOR A PROTECTIVE ORDER POSTPONING THE DEPOSITION OF YOON JUNG KIM AKA SUSAN JUNG KIM; AND

5.  NOTICE OF LODGING IN SUPPORT OF MGA PARTIES' *EX PARTE* APPLICATION FOR A PROTECTIVE ORDER POSTPONING THE DEPOSITION OF YOON JUNG KIM AKA SUSAN JUNG KIM

by attaching them to an email addressed to the following:

**Robert C. O'Brien**
obrien.robert@arentfox.com

**Michael Zeller**
michaelzeller@quinnemanuel.com

**Peter Villar**
peter.villar@bingham

**Mark Overland**
moverland@scheperkim.com

**Todd Gordinier, Esq.**
todd.gordinier@bingham.com

**Drew Hansen**
Hansen.drew@arentfox.com

**Dylan Proctor**
dylanproctor@quinnemanuel.com

**Jason Russell**
jason.russell@skadden.com

**Alexander Cote**
acote@scheperkim.com

**Jon Corey, Esq.**
joncorey@quinnemanuel.com

PROOF OF SERVICE VIA EMAIL
CV 04-9049 DOC (RNBX)

1   I declare under penalty of perjury that the foregoing is true and correct.

2   Executed on October 30, 2009, at Menlo Park, California.

3

4                                               /s/ Marilyn Ortiz
                                              Marilyn Ortiz

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE VIA EMAIL
CV 04-9049 DOC (RNBX)