QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS<br><br>**[PUBLIC REDACTED]** | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>[To Be Heard By Discovery Master Robert O'Brien Pursuant To Order Of January 6, 2009]<br><br>DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL PRODUCTION AND/OR *IN CAMERA* REVIEW OF NON-PRIVILEGED COMMUNICATIONS OF UNSUPERVISED PARALEGALS IMPROPERLY WITHHELD ON MGA'S PRIVILEGE LOGS<br><br>Date: TBD<br>Time: TBD<br>Place: Arent Fox LLP<br><br>**Phase 2:**<br>Discovery Cut-off:  June 1, 2010<br>Pre-trial Conference: TBD<br>Trial Date: TBD |

## DECLARATION OF B. DYLAN PROCTOR

I, B. Dylan Proctor, declare as follows:

1. I am a member of the bar of the State of California and a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. Attached hereto as **Exhibit 1** is a true and correct copy of relevant excerpts from MGA's Supplemental Privilege Log, dated August 14, 2007 and revised on March 20, 2008 and April 17, 2009.

3. Attached hereto as **Exhibit 2** is a true and correct copy of relevant excerpts from MGA's Supplemental Privilege Log, dated September 5, 2007 and revised March 20, 2008 and May 5, 2009.

4. Attached hereto as **Exhibit 3** is a true and correct copy of relevant excerpts from MGA's Privilege Log for MGA's October 17, and October 19, 2007 Document Production, dated November 16, 2008.

5. Attached hereto as **Exhibit 4** is a true and correct copy of relevant excerpts from MGA's Privilege Log, dated January 23, 2008 and revised January 25, 2008 and April 9, 2009.

6. Attached hereto as **Exhibit 5** is a true and correct copy of relevant excerpts from Isaac Larian's Privilege Log, dated January 30, 2008 and revised April 9, 2009.

7. Attached hereto as **Exhibit 6** is a true and correct copy of Mattel's Motion to Compel *In Camera* Review and Production of Non-Attorney or Non-Legal Communications Listed on MGA's Privilege Logs, dated March 27, 2009.

8. Attached hereto as **Exhibit 7** is a true and correct copy of Mattel's Motion to Compel *In Camera* Review of Improperly Withheld Non-Legal Larian Communications, dated October 13, 2009.

9. Attached hereto as **Exhibit 8** is a true and correct copy of a February 8, 2009 letter from Jon Corey, my partner, to Amnan Khan, MGA's prior counsel.

10. Attached hereto as **Exhibit 9** is a true and correct copy of a July 17, 2009 letter I sent to Cynthia Lock, MGA's counsel.

11. Attached hereto as **Exhibit 10** is a true and correct copy of an August 24, 2009 letter I received from Cynthia Lock.

12. Attached hereto as **Exhibit 11** is a true and correct copy of a September 15, 2009 letter I sent to Cynthia Lock.

13. Attached hereto as **Exhibit 12** is a true and correct copy of a an October 21, 2009 letter I sent to Cynthia Lock.

14. Attached hereto as **Exhibit 13** is a true and correct copy of a September 15, 2009 letter I sent to Robert O'Brien, the Discovery Master.

15. Attached hereto as **Exhibit 14** is a true and correct copy of a September 28, 2009 letter from Annette Hurst, MGA's counsel, to Robert O'Brien.

16. Attached hereto as **Exhibit 15** is a true and correct copy of an October 9, 2009 letter I sent to Annette Hurst.

17. Attached hereto as **Exhibit 16** is a true and correct copy of an October 16, 2009 letter I received from Cynthia Lock.

18. Attached hereto as **Exhibit 17** is a true and correct copy of an October 19, 2009 letter I sent to Cynthia Lock.

19. Attached hereto as **Exhibit 18** is a true and correct copy of an October 20, 2009 letter I received from Cynthia Lock.

20. Attached hereto as **Exhibit 19** is a true and correct copy of relevant transcript excerpts from the deposition of Victoria O'Connor, taken on December 6, 2004.

21. Attached hereto as **Exhibit 20** is a true and correct copy of relevant transcript excerpts from the deposition of Mitchell Kamarck, taken on January 28, 2008.

22. Attached hereto as **Exhibit 21** is a true and correct copy of an email communication produced by MGA and bates-stamped MGA 3772955-957.

23. Attached hereto as **Exhibit 22** is a true and correct copy of an email communication produced by MGA and bates-stamped MGA 0830775-76.

24. Attached hereto as **Exhibit 23** is a true and correct copy of an email communication produced by MGA and bates-stamped MGA 0830505.

25. Attached hereto as **Exhibit 24** is a true and correct copy of an email communication produced by MGA and bates-stamped MGA 0830547-48.

26. Attached hereto as **Exhibit 25** is a true and correct copy of a printout of the National Association of Legal Assistants Code of Ethics and Professional Responsibility.

27. Attached hereto as **Exhibit 26** is a true and correct copy of an email communication produced by MGA and bates-stamped MGA 1117092.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 2, 2009, at Los Angeles, California.

B. Dylan Proctor