**EXHIBIT 1**

# CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

**EXHIBIT 2**

# CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

**EXHIBIT 3**

# CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

**EXHIBIT 4**

# CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

**EXHIBIT 5**

# CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

**EXHIBIT 6**

# CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

**EXHIBIT 7**

# CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER