**Appendix A of MGA Privilege Log Entries Has Been Filed Under Seal Pursuant To The Protective Order**