QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>      vs.<br><br>MGA ENTERTAINMENT, INC., a California Corporation, et al.<br><br>            Defendant. | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>**PROOF OF SERVICE**<br><br>**Phase 2**<br>Discovery Cut-off:       June 1, 2010<br>Pre-trial Conference:    TBD<br>Trial Date:                    TBD |

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On November 2, 2009, I served true copies of the following document(s) described as  on the parties in this action as follows:

1) Mattel, Inc.'s Notice of Motion and Motion to Compel Production and/or *In Camera* Review of Non-Privileged Communications of Unsupervised Paralegals Improperly Withheld on MGA's Privilege Logs;

2) Declaration of B. Dylan Proctor in Support of Mattel's Motion to Compel Production and/or *In Camera* Review of Non-Privileged Communications of Unsupervised Paralegals Improperly Withheld on MGA's Privilege Logs

on the parties in this action as follows:

| | |
|---|---|
| **Orrick, Herrington & Sutcliffe LLP**<br>Annette L. Hurst<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94104<br>ahurst@orrick.com | *Attorneys for the MGA Parties* |
| **Bingham McCutchen LLP**<br>Todd Gordinier, Esq.<br>Peter Villar, Esq.<br>600 Anton Boulevard, 18th Floor<br>Costa Mesa, CA 92626<br>todd.gordinier@bingham.com<br>peter.villar@bingham.com | *Attorneys for Omni 808 Investors, LLC* |
| **Orrick, Herrington & Sutcliffe LLP**<br>William A. Molinski<br>777 S. Figueroa Street, STE 3200<br>Los Angeles, CA 90017<br>wmolinski@orrick.com | *Attorneys for the MGA Parties* |
| **Skadden, Arps, Slate, Meagher & Flom LLP**<br>  Thomas J. Nolan, Esq.<br>  Jason Russell, Esq.<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA  90071<br>  tnolan@skadden.com<br>   jrussell@skadden.com | *Attorneys for the MGA Parties* |

| | |
|---|---|
| **Overland Borenstein Scheper & Kim LLP**<br>　Mark E. Overland, Esq.<br>　Alexander H. Cote, Esq.<br>601 W. 5th Street, 12th Floor<br>Los Angeles, CA 90017<br>　moverland@obsklaw.com<br>　acote@obsklaw.com | *Attorneys for Carlos Gustavo Machado Gomez* |

**[X]   BY ELECTRONIC MAIL TRANSMISSION:** By electronic mail transmission from zacharykrug@quinnemanuel.com on , by transmitting a PDF format copy of such document(s) to each such person at the e mail address listed below their address(es).  The document(s) was/were transmitted by electronic transmission and such transmission was reported as complete and without error.

　　I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

　　Executed on November 2, 2009, at Los Angeles, California.


　　　　　　　　　　　　　　　　　　/s/ Zachary Krug
　　　　　　　　　　　　　　　　　　Zachary Krug