| | |
|---|---|
| 1 | MELINDA HAAG (State Bar No. 132612) |
|   | mhaag@orrick.com |
| 2 | ANNETTE L. HURST (State Bar No. 148738) |
|   | ahurst@orrick.com |
| 3 | WARRINGTON S. PARKER III (State Bar No. 148003) |
|   | wparker@orrick.com |
| 4 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|   | The Orrick Building |
| 5 | 405 Howard Street |
|   | San Francisco, CA 94105 |
| 6 | Telephone: 415-773-5700 |
|   | Facsimile: 415-773-5759 |
| 7 | |
| 8 | WILLIAM A. MOLINSKI (State Bar No. 145186) |
|   | wmolinski@orrick.com |
| 9 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|   | 777 South Figueroa Street, Suite 3200 |
| 10 | Los Angeles, CA 90017 |
|    | Telephone: 213-629-2020 |
| 11 | Facsimile: 213-612-2499 |
| 12 | Attorneys for MGA Parties |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual | Case No. CV 04-9049 DOC (RNBx) |
| Plaintiff, | Consolidated with: |
|   | Case No. CV 04-9059 |
| v. | Case No. CV 05-2727 |
| MATTEL, INC., a Delaware corporation, | **[DISCOVERY MATTER]** |
|   | **To Be Heard By Discovery Master** |
|   | **Robert C. O'Brien** |
| Defendant. | **PROOF OF SERVICE VIA U.S. MAIL** |
| AND CONSOLIDATED ACTIONS | **Phase 2** |
|   | Discovery Cut-off: June 1, 2010 |
|   | Pretrial Conference: None Set |
|   | Trial Date: None Set |
|   | Judge: Hon. David O. Carter |

# PROOF OF SERVICE VIA U.S. MAIL

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, 1000 Marsh Road, Menlo Park, CA 94025.

On November 2, 2009, I served the following document(s):

1. NOTICE OF MANUAL FILING;
2. MGA PARTIES' APPLICATION TO FILE UNDER SEAL MGA PARTIES' *EX PARTE* APPLICATION FOR A PROTECTIVE ORDER POSTPONING THE DEPOSITION OF YOON JUNG KIM AKA SUSAN JUNG KIM; EXHIBITS 1, 4, 5 AND 6 TO THE DECLARATION OF JASON S. ANGELL;
3. [PROPOSED] ORDER GRANTING MGA PARTIES' APPLICATION TO FILE UNDER SEAL MGA PARTIES' *EX PARTE* APPLICATION FOR A PROTECTIVE ORDER POSTPONING THE DEPOSITION OF YOON JUNG KIM AKA SUSAN JUNG KIM; EXHIBITS 1, 4, 5 AND 6 TO THE DECLARATION OF JASON S. ANGELL;
4. MGA PARTIES' *EX PARTE* APPLICATION FOR A PROTECTIVE ORDER POSTPONING THE DEPOSITION OF YOON JUNG KIM AKA SUSAN JUNG KIM [REDACTED];
5. MGA PARTIES' *EX PARTE* APPLICATION FOR A PROTECTIVE ORDER POSTPONING THE DEPOSITION OF YOON JUNG KIM AKA SUSAN JUNG KIM [UNREDACTED];
6. [PROPOSED] ORDER GRANTING THE MGA PARTIES' *EX PARTE* APPLICATION FOR A PROTECTIVE ORDER POSTPONING THE DEPOSITION OF YOON JUNG KIM AKA SUSAN JUNG KIM;
7. DECLARATION OF JASON S. ANGELL IN SUPPORT OF MGA PARTIES' *EX PARTE* APPLICATION FOR A PROTECTIVE ORDER POSTPONING THE DEPOSITION OF YOON JUNG KIM AKA SUSAN JUNG KIM [REDACTED]; AND
8. EXHIBITS 1, 4, 5 AND 6 TO THE DECLARATION OF JASON S. ANGELL IN SUPPORT OF MGA PARTIES' *EX PARTE* APPLICATION FOR A PROTECTIVE ORDER POSTPONING THE DEPOSITION OF YOON JUNG KIM AKA SUSAN JUNG KIM [UNREDACTED]
9. NOTICE OF LODGING IN SUPPORT OF MGA PARTIES' *EX PARTE* APPLICATION FOR A PROTECTIVE ORDER POSTPONING THE DEPOSITION OF YOON JUNG KIM AKA SUSAN JUNG KIM

on the interested parties in this action by placing true and correct copies thereof in sealed envelope(s) addressed as follows:

| | |
|---|---|
| Jason Russell, Esq.<br>**Skadden Arps Slate Meagher & Flom LLP**<br>300 South Grand Avenue<br>Suite 3400<br>Los Angeles, CA 90071 | Mark Overland, Esq.<br>Alexander Cote, Esq.<br>**Scheper Kim & Overland LLP**<br>One Bunker Hill<br>601 West Fifth Street, 12th Floor<br>Los Angeles, California 90071 |

Peter N. Villar, Esq.
Todd E. Gordinier, Esq.
**Bingham McCutchen LLP**
600 Anton Blvd., 18th Floor
Costa Mesa, CA 92626

  I am employed in the county from which the mailing occurred. On the date indicated above, I placed the sealed envelope(s) for collection and mailing at this firm's office business address indicated above. I am readily familiar with this firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the firm's correspondence would be deposited with the United States Postal Service on this same date with postage thereon fully prepaid in the ordinary course of business.

  I declare under penalty of perjury that the foregoing is true and correct.

  Executed on November 2, 2009, at Menlo Park, California.

*/s/ Marilyn Ortiz*
Marilyn Ortiz