**LODGED**

2009 OCT 19  AM 11: 07
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT
SANTA ANA

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT 1 9 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                      DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,, <br><br> Plaintiff, <br><br> vs. <br><br> MGA ENTERTAINMENT, INC., a California corporation, et al. <br><br> Defendant. <br><br> AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx) <br><br> Consolidated with: <br> Case No. CV 04-09039 <br> Case No. CV 05-02727 <br><br> **PROOF OF SERVICE VIA ELECTRONIC MAIL TRANSMISSION** |

09822/3076619.1

1

## PROOF OF SERVICE

2      I am employed in the County of Los Angeles, State of California.  I am over

3  the age of eighteen years and not a party to the within action; my business address is

4  865 South Figueroa Street, 10th Floor, Los Angeles, California 90017.

5      On October 16, 2009, I served true copies of the following documents

6  described as:                              **SEE ATTACHED LIST**

7  on the parties in this action as follows:

| | |
|---|---|
| Orrick, Herrington & Sutcliffe LLP<br>William A. Molinski<br>777 S. Figueroa Street, STE 3200<br>Los Angeles, CA 90017<br>wmolinski@orrick.com | *Attorneys for the MGA Parties* |
| Orrick, Herrington & Sutcliffe LLP<br>Annette L. Hurst<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94104<br>ahurst@orrick.com | *Attorneys for the MGA Parties* |
| Skadden, Arps, Slate, Meagher &<br>Flom LLP<br>   Thomas J. Nolan, Esq.<br>   Jason Russell, Esq.<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA  90071<br>   tnolan@skadden.com<br>   jrussell@skadden.com | **Attorneys for *the MGA Parties***<br><br>Telephone:  213.687.5000<br>Facsimile:  213.687.5600 |
| Overland Borenstein Scheper & Kim<br>LLP<br>   Mark E. Overland, Esq.<br>   Alexander H. Cote, Esq.<br>601 W. 5th Street, 12th Floor<br>Los Angeles, CA 90017<br>   moverland@obsklaw.com<br>   acote@obsklaw.com | **Attorneys for *Carlos Gustavo Machado Gomez***<br><br>Telephone:  213.613.4655<br>Facsimile:  213.613.4656 |
| Bingham McCutchen LLP<br>Todd Gordinier, Esq.<br>Peter Villar, Esq.<br>600 Anton Boulevard, 18th Floor<br>Costa Mesa, CA 92626<br>todd.gordinier@bingham.com | **Attorneys for *Omni 808 Investors, LLC*** |

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

09822/3076619.1

1    **BY ELECTRONIC MAIL TRANSMISSION:**  By electronic mail transmission

2    from valerielozano@quinnemanuel.com on October 16, 2009, by transmitting a

3    PDF format copy of such document(s) to each such person at the e-mail address

4    listed below their address(es).  The document(s) was/were transmitted by electronic

5    transmission and such transmission was reported as complete and without error.

6            I declare that I am employed in the office of a member of the bar of this

7    court at whose direction the service was made.

8

9        Executed on October 16, 2009, at Los Angeles, California.

10

11                          /s/ Valerie Lozano

12                          _____

                            Valerie Lozano

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

09822/3076619.1

1

## DOCUMENT LIST

2

3    1)  MATTEL, INC.'S NOTICE OF MOTION AND MOTION TO ENFORCE, TO

4    COMPEL AND FOR SANCTIONS RE: THE MGA DEFENDANTS' AFFIRMATIVE DEFENSES;

5
     2)  DECLARATION OF JON COREY IN SUPPORT OF MATTEL, INC.'S
6    NOTICE OF MOTION AND MOTION TO ENFORCE, TO COMPEL AND FOR
7    SANCTIONS RE: THE MGA DEFENDANTS' AFFIRMATIVE DEFENSES

8    3)  MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL (1) MATTEL,
9    INC.'S MOTION TO ENFORCE, TO COMPEL AND FOR SANCTIONS RE:
     THE MGA DEFENDANTS' AFFIRMATIVE DEFENSES; AND (2) CERTAIN
10   EXHIBITS TO THE DECLARATION OF JON COREY IN SUPPORT THEREOF

11

12   4)  [PROPOSED] ORDER GRANTING MATTEL, INC.'S APPLICATION TO
13   FILE UNDER SEAL (1) MATTEL, INC.'S MOTION TO ENFORCE, TO
     COMPEL AND FOR SANCTIONS RE: THE MGA DEFENDANTS'
14   AFFIRMATIVE DEFENSES; AND (2) CERTAIN EXHIBITS TO THE
15   DECLARATION OF JON COREY IN SUPPORT THEREOF

16

17

18

19

20

21

22

23

24

25

26

27

28