| | |
|---|---|
| 1 | MELINDA HAAG (State Bar No. 132612) |
| | mhaag@orrick.com |
| 2 | ANNETTE L. HURST (State Bar No. 148738) |
| | ahurst@orrick.com |
| 3 | WARRINGTON S. PARKER III (State Bar No. 148003) |
| | wparker@orrick.com |
| 4 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | The Orrick Building |
| 5 | 405 Howard Street |
| 6 | San Francisco, CA 94105-2669 |
| | Tel: (415) 773-5700/Fax: (415) 773-5759 |
| 7 | |
| 8 | WILLIAM A. MOLINSKI (State Bar No. 145186) |
| | wmolinski@orrick.com |
| 9 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 777 South Figueroa Street, Suite 3200 |
| 10 | Los Angeles, CA 90017 |
| | Tel. (213) 629-2020/Fax: (213) 612-2499 |
| 11 | |
| 12 | THOMAS S. MCCONVILLE (State Bar No. 155905) |
| | tmcconville@orrick.com |
| 13 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 14 | 4 Park Plaza, Suite 1600 |
| | Irvine, CA 92614-2258 |
| 15 | Tel: (949) 567-6700/Fax: (949) 567-6710 |
| 16 | Attorneys for MGA Parties |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | Case No. CV 04-9049-DOC (RNBx) |
| Plaintiff, | Consolidated with: Case No. CV 04-9059 and Case No. CV 05-2727 |
| v. | |
| MATTEL, INC., a Delaware corporation, | **PROOF OF SERVICE BY ELECTRONIC MAIL, U.S. MAIL, AND HAND DELIVERY** |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | |

PROOF OF SERVICE

<u>**PROOF OF SERVICE BY EMAIL TO COUNSEL**</u>

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, The Orrick Building, 405 Howard Street, San Francisco, CA 94105. On November 2, 2009, I served the following document(s):

- **APPLICATION TO FILE UNDER SEAL;**

- **[PROPOSED] ORDER RE APPLICATION TO FILE UNDER SEAL;**

- **REPLY BRIEF IN SUPPORT OF MOTION TO VACATE RECALL PROVISIONS OF INJUNCTION, OR, IN THE ALTERNATIVE TO CLARIFY AND/OR MODIFY SUCH RECALL PROVISIONS; MOTION TO CLARIFY AND/OR LIMIT MONITOR'S AUTHORITY AS AN ADJUDICATIVE OFFICER OF THE COURT [CONFIDENTIAL ATTORNEYS' EYES ONLY];**

- **REPLY BRIEF IN SUPPORT OF MOTION TO VACATE RECALL PROVISIONS OF INJUNCTION, OR, IN THE ALTERNATIVE TO CLARIFY AND/OR MODIFY SUCH RECALL PROVISIONS; MOTION TO CLARIFY AND/OR LIMIT MONITOR'S AUTHORITY AS AN ADJUDICATIVE OFFICER OF THE COURT [PUBLIC REDACTED VERSION];**

- **DECLARATION OF MICHAEL J. COLLINS IN SUPPORT OF MOTIONS TO VACATE RECALL PROVISIONS OF INJUNCTION, OR, IN THE ALTERNATIVE TO CLARIFY AND/OR MODIFY SUCH RECALL PROVISIONS; MOTION TO CLARIFY AND/OR LIMIT MONITOR'S AUTHORITY AS AN ADJUDICATIVE OFFICER OF THE COURT AND EXHIBIT A TO THE DECLARATION;**

- **SUPPLEMENTAL DECLARATION OF JASON D. RUSSELL IN SUPPORT OF MOTIONS TO VACATE RECALL PROVISIONS OF INJUNCTION, OR, IN THE ALTERNATIVE TO CLARIFY AND/OR MODIFY SUCH RECALL PROVISIONS; MOTION**

TO CLARIFY AND/OR LIMIT MONITOR'S AUTHORITY AS AN ADJUDICATIVE OFFICER OF THE COURT;

- DECLARATION OF SAMIR KHARE IN SUPPORT OF MOTIONS TO VACATE RECALL PROVISIONS OF INJUNCTION, OR, IN THE ALTERNATIVE TO CLARIFY AND/OR MODIFY SUCH RECALL PROVISIONS; MOTION TO CLARIFY AND/OR LIMIT MONITOR'S AUTHORITY AS AN ADJUDICATIVE OFFICER OF THE COURT; AND

- DECLARATION OF WARRINGTON S. PARKER III IN SUPPORT OF MOTIONS TO VACATE RECALL PROVISIONS OF INJUNCTION, OR, IN THE ALTERNATIVE TO CLARIFY AND/OR MODIFY SUCH RECALL PROVISIONS; MOTION TO CLARIFY AND/OR LIMIT MONITOR'S AUTHORITY AS AN ADJUDICATIVE OFFICER OF THE COURT.

I served copies of said papers on November 2, 2009, by attaching them to an email addressed to:

**Michael Zeller**
michaelzeller@quinnemanuel.com

**Dylan Proctor**
dylanproctor@quinnemanuel.com

**Jon Corey**
joncorey@quinnemanuel.com

**Jason Russell**
jason.russell@skadden.com

**Todd Gordinier**
todd.gordinier@bingham.com

**Peter Villar**
peter.villar@bingham.com

**Mark Overland**
moverland@scheperkim.com

**Alexander Cote**
acote@scheperkim.com

**Patrick A. Fraioli, Jr.**
pfraioli@ecjlaw.com

**B Moldo**
bmoldo@ecjlaw.com

**David Seror**
dseror@ecjlaw.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 2, 2009, at San Francisco, California.

_____
Anne C. Devlin

PROOF OF SERVICE

## PROOF OF SERVICE BY MAIL

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, The Orrick Building, 405 Howard Street, San Francisco, CA 94105. On November 2, 2009, I served the following document(s):

- **APPLICATION TO FILE UNDER SEAL;**

- **[PROPOSED] ORDER RE APPLICATION TO FILE UNDER SEAL;**

- **REPLY BRIEF IN SUPPORT OF MOTION TO VACATE RECALL PROVISIONS OF INJUNCTION, OR, IN THE ALTERNATIVE TO CLARIFY AND/OR MODIFY SUCH RECALL PROVISIONS; MOTION TO CLARIFY AND/OR LIMIT MONITOR'S AUTHORITY AS AN ADJUDICATIVE OFFICER OF THE COURT[CONFIDENTIAL ATTORNEYS' EYES ONLY];**

- **REPLY BRIEF IN SUPPORT OF MOTION TO VACATE RECALL PROVISIONS OF INJUNCTION, OR, IN THE ALTERNATIVE TO CLARIFY AND/OR MODIFY SUCH RECALL PROVISIONS; MOTION TO CLARIFY AND/OR LIMIT MONITOR'S AUTHORITY AS AN ADJUDICATIVE OFFICER OF THE COURT [PUBLIC REDACTED VERSION];**

- **DECLARATION OF MICHAEL J. COLLINS IN SUPPORT OF MOTIONS TO VACATE RECALL PROVISIONS OF INJUNCTION, OR, IN THE ALTERNATIVE TO CLARIFY AND/OR MODIFY SUCH RECALL PROVISIONS; MOTION TO CLARIFY AND/OR LIMIT MONITOR'S AUTHORITY AS AN ADJUDICATIVE OFFICER OF THE COURT AND EXHIBIT A TO THE DECLARATION;**

- **SUPPLEMENTAL DECLARATION OF JASON D. RUSSELL IN SUPPORT OF MOTIONS TO VACATE RECALL PROVISIONS OF INJUNCTION, OR, IN THE ALTERNATIVE TO CLARIFY AND/OR MODIFY SUCH RECALL PROVISIONS; MOTION**

PROOF OF SERVICE

TO CLARIFY AND/OR LIMIT MONITOR'S AUTHORITY AS AN ADJUDICATIVE OFFICER OF THE COURT;

- **DECLARATION OF SAMIR KHARE IN SUPPORT OF MOTIONS TO VACATE RECALL PROVISIONS OF INJUNCTION, OR, IN THE ALTERNATIVE TO CLARIFY AND/OR MODIFY SUCH RECALL PROVISIONS; MOTION TO CLARIFY AND/OR LIMIT MONITOR'S AUTHORITY AS AN ADJUDICATIVE OFFICER OF THE COURT; AND**

- **DECLARATION OF WARRINGTON S. PARKER III IN SUPPORT OF MOTIONS TO VACATE RECALL PROVISIONS OF INJUNCTION, OR, IN THE ALTERNATIVE TO CLARIFY AND/OR MODIFY SUCH RECALL PROVISIONS; MOTION TO CLARIFY AND/OR LIMIT MONITOR'S AUTHORITY AS AN ADJUDICATIVE OFFICER OF THE COURT;**

on the interested parties in this action by placing true and correct copies thereof in sealed envelope(s) addressed as follows:

**Jason Russell, Esq.**
Skadden Arps Slate Meagher & Flom LLP
300 South Grand Avenue
Suite 3400
Los Angeles, CA 90071

**Todd Gordinier, Esq.**
**Peter Villar, Esq.**
Bingham McCutchen LLP
600 Anton Boulevard, 18th Floor
Costa Mesa, CA 92626

**Mark Overland, Esq.**
**Alexander Cote, Esq.**
Scheper Kim & Overland LLP
One Bunker Hill
601 West Fifth Street, 12th Floor
Los Angeles, California 90071

I am employed in the county from which the mailing occurred. On the date indicated above, I placed the sealed envelope(s) for collection and mailing at this firm's office business address indicated above. I am readily familiar with this firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the firm's correspondence

PROOF OF SERVICE

would be deposited with the United States Postal Service on this same date with postage thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 2, 2009, at San Francisco, California.

_____
Anne Devlin

**PROOF OF SERVICE BY HAND DELIVERY**

I, Edgar Ramirez, declare I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 800 West First Street, Suite 200B, Los Angeles, CA 90012.

On November 2, 2009, I served all parties with the following documents:

- APPLICATION TO FILE UNDER SEAL;

- [PROPOSED] ORDER RE APPLICATION TO FILE UNDER SEAL;

- REPLY BRIEF IN SUPPORT OF MOTION TO VACATE RECALL PROVISIONS OF INJUNCTION, OR, IN THE ALTERNATIVE TO CLARIFY AND/OR MODIFY SUCH RECALL PROVISIONS; MOTION TO CLARIFY AND/OR LIMIT MONITOR'S AUTHORITY AS AN ADJUDICATIVE OFFICER OF THE COURT **[CONFIDENTIAL ATTORNEYS' EYES ONLY]**;

- REPLY BRIEF IN SUPPORT OF MOTION TO VACATE RECALL PROVISIONS OF INJUNCTION, OR, IN THE ALTERNATIVE TO CLARIFY AND/OR MODIFY SUCH RECALL PROVISIONS; MOTION TO CLARIFY AND/OR LIMIT MONITOR'S AUTHORITY AS AN ADJUDICATIVE OFFICER OF THE COURT **[PUBLIC REDACTED VERSION]**;

- DECLARATION OF MICHAEL J. COLLINS IN SUPPORT OF MOTIONS TO VACATE RECALL PROVISIONS OF INJUNCTION, OR, IN THE ALTERNATIVE TO CLARIFY AND/OR MODIFY SUCH RECALL PROVISIONS; MOTION TO CLARIFY AND/OR LIMIT MONITOR'S AUTHORITY AS AN ADJUDICATIVE OFFICER OF THE COURT;

- SUPPLEMENTAL DECLARATION OF JASON D. RUSSELL IN SUPPORT OF MOTIONS TO VACATE RECALL PROVISIONS OF INJUNCTION, OR, IN THE ALTERNATIVE TO CLARIFY AND/OR MODIFY SUCH RECALL PROVISIONS; MOTION TO CLARIFY AND/OR LIMIT MONITOR'S AUTHORITY AS AN ADJUDICATIVE OFFICER OF THE COURT;

PROOF OF SERVICE

- DECLARATION OF SAMIR KHARE IN SUPPORT OF MOTIONS TO VACATE RECALL PROVISIONS OF INJUNCTION, OR, IN THE ALTERNATIVE TO CLARIFY AND/OR MODIFY SUCH RECALL PROVISIONS; MOTION TO CLARIFY AND/OR LIMIT MONITOR'S AUTHORITY AS AN ADJUDICATIVE OFFICER OF THE COURT;

- DECLARATION OF WARRINGTON S. PARKER III IN SUPPORT OF MOTIONS TO VACATE RECALL PROVISIONS OF INJUNCTION, OR, IN THE ALTERNATIVE TO CLARIFY AND/OR MODIFY SUCH RECALL PROVISIONS; MOTION TO CLARIFY AND/OR LIMIT MONITOR'S AUTHORITY AS AN ADJUDICATIVE OFFICER OF THE COURT; AND

- EXHIBIT 2, 3 AND 7 TO THE DECLARATION OF WARRINGTON S. PARKER III IN SUPPORT OF MOTIONS TO VACATE RECALL PROVISIONS OF INJUNCTION, OR, IN THE ALTERNATIVE TO CLARIFY AND/OR MODIFY SUCH RECALL PROVISIONS; MOTION TO CLARIFY AND/OR LIMIT MONITOR'S AUTHORITY AS AN ADJUDICATIVE OFFICER OF THE COURT.

by hand-delivering true and correct copies of those documents to:

**Michael Zeller, Esq.**
**Dylan Proctor, Esq.**
**Jon Corey, Esq.**
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017

and

**Patrick A. Fraioli, Jr.**
Ervin Cohen & Jessup LLP
9401 Wilshire Boulevard,
Ninth Floor,
Beverly Hills, CA 90212-2974

Executed on November 2, 2009, at Los Angeles, California.

I declare under penalty of perjury that the foregoing is true and correct.

Edgar Ramirez
USA Network, Inc.