1   MELINDA HAAG (State Bar No. 132612)
    mhaag@orrick.com
2   ANNETTE L. HURST (State Bar No. 148738)
    ahurst@orrick.com
3   WARRINGTON S. PARKER III (State Bar No. 148003)
    wparker@orrick.com
4   ORRICK, HERRINGTON & SUTCLIFFE LLP
    The Orrick Building
5   405 Howard Street
    San Francisco, CA 94105-2669
6   Tel: (415) 773-5700/Fax: (415) 773-5759

7   WILLIAM A. MOLINSKI (State Bar No. 145186)
    wmolinski@orrick.com
8   ORRICK, HERRINGTON & SUTCLIFFE LLP
    777 South Figueroa Street, Suite 3200
9   Los Angeles, CA 90017
    Tel. (213) 629-2020/Fax: (213) 612-2499

10  THOMAS S. MCCONVILLE (State Bar No.
    155905)
11  tmcconville@orrick.com
    ORRICK, HERRINGTON & SUTCLIFFE LLP
12  4 Park Plaza, Suite 1600
    Irvine, CA 92614-2258
13  Tel: (949) 567-6700/Fax: (949) 567-6710

14  Attorneys for MGA Parties

15              UNITED STATES DISTRICT COURT

16             CENTRAL DISTRICT OF CALIFORNIA

17                    SOUTHERN DIVISION

18  CARTER BRYANT, an individual,        | Case No. CV 04-9049-DOC (RNBx)

19          Plaintiff,                    | Consolidated with:
                                          | Case No. CV 04-9059
20          v.                            | Case No. CV 05-2727

21  MATTEL, INC., a Delaware              | **DISCOVERY MATTER**
    corporation,
22                                        | **[To Be Heard By Discovery Master
            Defendant.                    | Robert C. O'Brien]**
23
                                          | **[PROPOSED] ORDER GRANTING
24  AND CONSOLIDATED ACTIONS             | MGA'S CROSS-MOTION FOR
                                          | PROTECTIVE ORDER**
25

26

27

28

1       The Discovery Master, having considered all submissions of the

2   parties, the evidence presented, and having found good cause to do so, it is hereby

3   ORDERED that:

4       1.      Mattel's Motion for *In Camera* Review of Allegedly Non-Legal Larian

5   Communications is DENIED;

6       2.      Mattel's Motion for Production And/Or *In Camera* Review of

7   Allegedly Non-Privileged Communications of Paralegals is DENIED;

8       3.      MGA Parties' Cross-Motion for Protective Order is GRANTED as

9   follows:

10          a.  if Mattel has any further issues with MGA's privilege logs following

11              the parties' compliance with Discovery Master Order No. 73, Mattel is

12              ordered to serve a single, non-duplicative, list setting forth all privilege

13              log entries for which it requests re-review and the reasons therefore:

14

15          b.  Mattel is thereafter required to refrain from sending further such

16              requests without leave of the Discovery Master upon a showing of

17              good cause;

18          c.  the meet and confer period is extended to authorize MGA to

19              commence re-review of any such documents it agrees to re-review

20              only after the Discovery Master has completed the pending *in camera*

21              review so that MGA has the benefit of any guidance from the

22              Discovery Master regarding privilege judgments that are already under

23              review; and

24

25

26

27

28

1         d.  absent authorization from the Discovery Master for good cause, Mattel

2            is ordered to file only a single motion thereafter if there remain any

3            disputes after such meet and confer is completed.

4

5    **IT IS SO ORDERED.**

6

7

8

Dated: _____, 2009        _____

9                                    Discovery Master Robert C. O'Brien

10