1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
    John B. Quinn (Bar No. 090378)
2   johnquinn@quinnemanuel.com
    Michael T. Zeller (Bar No. 196417)
3   (michaelzeller@quinnemanuel.com)
    Jon D. Corey (Bar No. 185066)
4   (joncorey@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California  90017-2543
   Telephone:  (213) 443-3000
6  Facsimile:  (213) 443-3100

7  Attorneys for Mattel, Inc.

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                   SOUTHERN DIVISION

| 11 | MATTEL, INC., a Delaware corporation, | CASE NO. CV 04-9049 DOC (RNBx) |
|---|---|---|
| 12 | | Consolidated with |
| 13 | Plaintiff, | Case No.    CV 04-09059 |
| | | Case No.    CV 05-2727 |
| 14 | vs. | [DISCOVERY MATTER] |
| 15 | MGA ENTERTAINMENT, INC., a California corporation, et al. | **STIPULATION RE DEPOSITION OF YOON JUNG KIM AKA SUSAN JUNG KIM** |
| 16 | Defendant. | |
| 17 | AND CONSOLIDATED ACTIONS | **Phase 2:** |
| | | Disc. Cut-off:    June 1, 2010 |
| 18 | | Pre-trial Conf.:  TBD |
| | | Trial Date:       TBD |

1  WHEREAS, Mattel, Inc. ("Mattel") subpoenaed the deposition of Yoon Jung Kim aka Susan Jung Kim on August 5, 2009, and set the deposition for November 11, 2009;

4  WHEREAS, MGA Entertainment, Inc. ("MGA") has requested that the deposition be rescheduled, and filed an *ex parte* application for an order deferring the deposition;

7  WHEREAS, Mattel does not object to rescheduling the deposition as a professional courtesy;

9  WHEREAS, the parties reserve all their rights and do not intend, by this stipulation, to stipulate or agree to anything beyond the express terms hereof, including without limitation Mattel's specific reservation of its position that document disputes do not entitle MGA to delay deposition discovery sought by Mattel, and MGA's reservation of its contrary position that Ms. Kim's deposition should not go forward until Mattel produces information responsive to the requests identified in MGA's *ex parte* application reasonably in advance of Ms. Kim's deposition;

17  NOW, THEREFORE, MGA, MGA Entertainment (HK) Ltd., Isaac Larian, MGAE de Mexico, S.R.L. de C.V. and Mattel, by and through their respective counsel of record, and subject to the Court's approval, hereby stipulate and agree that the deposition of Ms. Kim scheduled for November 11, 2009, shall be, and hereby is, rescheduled for January 18, 2010.

///
///
///
///
///
///
///

1        IT IS SO STIPULATED.

2

3 DATED: November 4, 2009     QUINN EMANUEL URQUHART OLIVER & HEDGES. LLP

4

5

6                               By_____
                                     B. Dylan Proctor
7                                    Attorneys for Mattel, Inc.

8 DATED: November 4, 2009     ORRICK, HERRINGTON & SUTCLIFFE, LLP

9

10

11                               By Annette Hurst /BDP by permission
                                   Annette Hurst
12                                   Attorneys for the MGA Parties

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28