1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| MATTEL, INC., a Delaware corporation, | CASE NO. CV 04-9049 DOC (RNBx) Consolidated with Case No. CV 04-09059 Case No. CV 05-02727 |
|---|---|
| Plaintiff, | |
| vs. | [DISCOVERY MATTER] |
| MGA ENTERTAINMENT, INC., a California corporation, et. al., | [PROPOSED] ORDER ON STIPULATION RE DEPOSITION OF YOON JUNG KIM AKA SUSAN JUNG KIM |
| Defendants. | |
| AND CONSOLIDATED ACTIONS | |

# [PROPOSED] ORDER

Based on the concurrently filed Stipulation Re Deposition of Yoon Jung Kim aka Susan Jung Kim,

IT IS HEREBY ORDERED:

1. The deposition of Yoon Jung Kim aka Susan Jung Kim, which is currently scheduled for November 11, 2009, is hereby rescheduled for January 18, 2010.

DATED: _____, 2009 _____
Discovery Master Robert C. O'Brien