MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Tel: (415) 773-5700/Fax: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Tel. (213) 629-2020/Fax: (213) 612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. 2:04-CV-09049-DOC-RNBx<br><br>Consolidated with Case No. CV 04-9059 and Case No. CV 05-2727<br><br>**DISCOVERY MATTER**<br><br>[**To Be Heard By Discovery Master Robert C. O'Brien**]<br><br>DECLARATION OF JANICE L. FOTI IN SUPPORT OF:<br><br>MGA PARTIES' OPPOSITION TO:<br>(1) MATTEL, INC.'S MOTION TO COMPEL IN CAMERA REVIEW OF ALLEGEDLY NON-LEGAL LARIAN COMMUNICATIONS; AND<br>(2) MATTEL, INC.'S MOTION TO COMPEL PRODUCTION AND/OR IN CAMERA REVIEW OF ALLEGEDLY NON-PRIVILEGED COMMUNICATIONS OF PARALEGALS<br><br>MGA'S CROSS-MOTION FOR A PROTECTIVE ORDER. |

I, Janice L. Foti, declare as follows:

1.      I am Vice President of Human Resources for MGA Entertainment, Inc. I make this declaration in support of MGA Entertainment, Inc., MGA Entertainment HK, Ltd., MGAE De Mexico, S.R.L. De C.V., and Isaac Larian's (collectively, the "MGA Parties") Opposition to Mattel's Motion to Compel an *In Camera* Review of Allegedly Non-Legal Larian Communications and Mattel's Motion to Compel Production and/or In Camera Review of Allegedly Non-privileged Communications of Paralegals. I make this declaration of my own personal knowledge and, if called as a witness unless indicated as to information and believe, I could and would testify competently to the truth of the matters set forth herein.

2.      As Vice President of Human Resources for MGA, I am head of the human resources department and responsible for managing the department, personnel matters, and personnel files. I joined MGA on 10-27-2003.

3.      MGA's regular business practice is to create a personnel file for each employee it hires. As part of my regular duties and responsibilities with MGA, I routinely collect and use such information. I am responsible for ensuring that employee files are properly maintained and contain specific forms and checklists related to human resources issues, such as emergency contact information and the company's handbook. I ensure that the employee files contain company confidentiality and proprietary agreements. Such files also include the resume or CV and application provided by the candidate, employment offer letter, and resignation or termination documentation. As part of my job, I have access to information regarding the job responsibilities of employees, as well as dates of employment for employees. Based upon my review of MGA's personnel files and, in some instances, my personal knowledge of the circumstances of hiring and departure of particular employees, I set forth the following facts regarding the employment of various legal personnel by MGA.

4. Beth Cahill was hired by MGA on October 15, 2001, as Director of Legal. Ms. Cahill worked for MGA until April 11, 2003.

5. MGA hired its first in-house lawyer, Julie Mote, and named her General Counsel. Although Ms. Mote's official start date was on March 26, 2002, she actually began working for MGA on March 5, 2002. Ms. Mote was with MGA until October 4, 2002.

6. Mitchell Kamarck joined the company on September 23, 2002 and succeeded Ms. Mote as MGA's General Counsel. Mr. Kamarck left MGA on January 23, 2004.

7. On June 4, 2003, MGA hired Donna Cunningham to act as its consulting General Counsel. On July 28, 2003, MGA hired Ms. Cunningham with the title Chief Administrative Officer, General Counsel. Ms. Cunningham resigned her employment with MGA on August 26, 2003, but continued to consult with MGA as General Counsel until sometime in September 2003.

8. Daphne Gronich was MGA's General Counsel from December 15, 2003 until December 31, 2007. David Oakes was Senior Counsel at MGA from July 14, 2003 until December 8, 2008. Judy Kim was Temporary In-house Counsel from October 20, 2003 until January 12, 2007.

9. None of these MGA's in-house counsel held titles such as "Business Affairs" or "Licensing."

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was hereby executed this 3rd day of November 2009, at Van Nuys, California.

_____
Janice L. Foti