# Exhibit 1

## Lock, Cynthia

| | |
|---|---|
| **From:** | Dylan Proctor [dylanproctor@quinnemanuel.com] |
| **Sent:** | Wednesday, August 19, 2009 3:53 PM |
| **To:** | Lock, Cynthia; Zachary Krug |
| **Cc:** | Hurst, Annette; Kieckhefer, L. Kieran; Michael T Zeller |
| **Subject:** | RE: MGA v. Mattel - production of additional documents |

Cynthia,

As I explained in my last email, what we would be seeking to enforce is Order No. 33.

Below, we asked MGA to confirm "that it either has or has not produced to Mattel and/or the Discovery Master each and every document identified in Mattel's appendices at this conference," as well as "the number of documents that were unilaterally withheld by MGA from the *in camera* submission, the number that will now be produced to Mattel and the number of documents that MGA will be submitting to the Discovery Master, since MGA has never provided any of this information to Mattel."

Your response -- that "MGA will be producing documents that it determined should not be subject to *in camera* review by Discovery Master O'Brien" -- is just as ambiguous as MGA's prior assertions and provides no such confirmation. I hereby ask again that MGA provide the requested information.

In any case, Monday at 4 will be fine to discuss the status of MGA's compliance with Order No. 33.

Best regards--


B. Dylan Proctor
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Direct: (213) 443-3112
Main Phone: (213) 443-3000
Main Fax:  (213) 443-3100
E-mail:  dylanproctor@quinnemanuel.com
Web:  www.quinnemanuel.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above.  This message may be an attorney-client communication and/or work product and as such is privileged and confidential.  If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited.  If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Lock, Cynthia [mailto:clock@Orrick.com]
**Sent:** Wednesday, August 19, 2009 3:14 PM
**To:** Dylan Proctor; Zachary Krug
**Cc:** Hurst, Annette; Kieckhefer, L. Kieran; Michael T Zeller
**Subject:** RE: MGA v. Mattel - production of additional documents

Dylan,

Exhibit 1 - Page 8

With regard to your request yesterday for a meet and confer on Mattel's anticipated motion, we are available for the meet and confer on Monday at 4:00 p.m. or anytime on Tuesday.  In case there was any confusion in yesterday's email exchange, MGA will be producing documents that it determined should not be subject to *in camera* review by Discovery Master O'Brien.

Would you please let us know on what Mattel intends to move so that we may consider this prior to the meet and confer?

Thanks so much,

Cynthia



**CYNTHIA ALISON LOCK**
*Of Counsel*

**ORRICK, HERRINGTON & SUTCLIFFE LLP**
4 PARK PLAZA
SUITE 1600
IRVINE, CA 92614-2558

*tel* 949.852.7753
*fax* 949.567.6710
clock@orrick.com

www.orrick.com

---

**From:** Dylan Proctor [mailto:dylanproctor@quinnemanuel.com]
**Sent:** Tuesday, August 18, 2009 1:23 PM
**To:** Lock, Cynthia; Zachary Krug
**Cc:** Hurst, Annette; Kieckhefer, L. Kieran; Michael T Zeller
**Subject:** RE: MGA v. Mattel - production of additional documents

Cynthia,

Your assertion that "there is no Court order" compelling MGA to produce these documents is incorrect.  Order No. 33 required MGA to submit every document identified in Mattel's appendices for in camera review.  MGA then unilaterally narrowed the scope of that Order, without Mattel's agreement, when it conceded that some of these documents were not privileged and did not need to be reviewed by the Discovery Master at all because MGA would be producing them to Mattel.  We did not agree to this narrowing, nor did MGA produce those documents by the date it said it would.  Now, MGA is purporting to reassert its claims of privilege as to documents which were required to be produced to the Discovery Master for in camera review weeks ago.  As I stated, MGA is therefore out of compliance with the Discovery Master's Order No. 33.

In light of MGA's latest position that "[t]here is no Court order compelling MGA to produce the documents that were not submitted for in camera review," we request pursuant to paragraph 5 of the Discovery Master Stipulation that MGA please let us know when it is available to meet and confer in advance of a contemplated motion by Mattel.  We expect MGA to confirm that it either has or has not produced to Mattel and/or the Discovery Master each and every document identified in Mattel's appendices at this conference.  We also expect MGA to confirm by a date certain the number of documents that were unilaterally withheld by MGA from the in camera submission, the number that will now be produced to Mattel and the number of documents that MGA will be submitting to the

Exhibit 1 - Page 9

Discovery Master, since MGA has never provided any of this information to Mattel. If the matter cannot be resolved through the meet and confer process, Mattel will bring a motion to enforce, to compel and for sanctions.

I look forward to hearing from you.


B. Dylan Proctor
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Direct: (213) 443-3112
Main Phone: (213) 443-3000
Main Fax:  (213) 443-3100
E-mail:  dylanproctor@quinnemanuel.com
Web:  www.quinnemanuel.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above.  This message may be an attorney-client communication and/or work product and as such is privileged and confidential.  If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited.  If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Lock, Cynthia [mailto:clock@Orrick.com]
**Sent:** Tuesday, August 18, 2009 12:26 PM
**To:** Dylan Proctor; Zachary Krug
**Cc:** Hurst, Annette; Kieckhefer, L. Kieran
**Subject:** Re: MGA v. Mattel - production of additional documents

Dylan,

Your assertions are incorrect. MGA timely provided documents to Discovery Master O'Brien which you are aware since you received 2 copies of the transmittal letter. The 2 or 3 documents that MGA has now determined should be redacted will be submitted to Discovery Master O'Brien in the next day or two.

There is no Court order compelling MGA to produce the documents that were not submitted for in camera review. MGA voluntarily agreed to produce those documents before receiving a ruling on the in camera review, even though it is entirely inefficient to do so given the number of documents that MGA submitted to Discovery Master O'Brien for redaction and which will also be produced after MGA receives a ruling on the propriety of the redactions.

We are working diligently to produce documents that need to be produced. We will not rush this process given that any inadvertent production of a document will surely be seized up by Mattel as a waiver of the entire attorney-client privilege.

Cynthia

---

**From**: Dylan Proctor <dylanproctor@quinnemanuel.com>
**To**: Lock, Cynthia; Zachary Krug <zacharykrug@quinnemanuel.com>
**Cc**: Hurst, Annette; Kieckhefer, L. Kieran
**Sent**: Tue Aug 18 12:07:21 2009
**Subject**: RE: MGA v. Mattel - production of additional documents

Exhibit 1 - Page 10

Cynthia, MGA remains out of compliance with the Order.  Contrary to the assertion of your letter of yesterday, Mattel never agreed that MGA could delay its compliance by producing documents to Mattel by yesterday which had been ordered submitted in camera weeks earlier, and in any case, as is now apparent, the documents were not provided yesterday as promised.  You say below that the documents which Mattel has long been seeking will be provided by the end of the week.  When do you plan to submit the documents which MGA does not now plan to produce in their entirety to Mattel in camera for the Discovery Master's review?  As you know, these were ordered produced in camera weeks ago.


B. Dylan Proctor
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Direct: (213) 443-3112
Main Phone: (213) 443-3000
Main Fax:  (213) 443-3100
E-mail:  dylanproctor@quinnemanuel.com
Web:  www.quinnemanuel.com


The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above.  This message may be an attorney-client communication and/or work product and as such is privileged and confidential.  If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited.  If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Lock, Cynthia [mailto:clock@Orrick.com]
**Sent:** Tuesday, August 18, 2009 11:44 AM
**To:** Dylan Proctor; Zachary Krug
**Cc:** Hurst, Annette; Kieckhefer, L. Kieran
**Subject:** MGA v. Mattel - production of additional documents

Dylan & Zachary,

With regard to MGA's production of documents that MGA determined should not be submitted for *in camera* review, we will be producing those documents by the end of the week.  Our review has unfortunately taken longer than we anticipated because, upon further review, we have determined that certain of the documents should be redacted.  We will be submitting those documents and MGA's proposed redactions to the Discovery Master for his review.

Cynthia



**CYNTHIA ALISON LOCK**
*Of Counsel*

**ORRICK, HERRINGTON & SUTCLIFFE LLP**
4 PARK PLAZA
SUITE 1600
IRVINE, CA 92614-2558

*tel* 949.852.7753
*fax* 949.567.6710

Exhibit 1 - Page 11

clock@orrick.com

www.orrick.com




"EMF <orrick.com>" made the following annotations.
-------------------------------------------------------------------------
============================================================

IRS Circular 230 disclosure:
To ensure compliance with requirements imposed by the IRS,
we inform you that any tax advice contained in this
communication, unless expressly stated otherwise, was not
intended or written to be used, and cannot be used, for
the purpose of (i) avoiding tax-related penalties under
the Internal Revenue Code or (ii) promoting, marketing or
recommending to another party any tax-related matter(s)
addressed herein.



============================================================

NOTICE TO RECIPIENT:  THIS E-MAIL IS  MEANT FOR ONLY THE
INTENDED RECIPIENT OF THE TRANSMISSION, AND MAY BE A
COMMUNICATION PRIVILEGED BY LAW.  IF YOU RECEIVED THIS E-
MAIL IN ERROR, ANY REVIEW, USE, DISSEMINATION,
DISTRIBUTION, OR COPYING OF THIS E-MAIL IS STRICTLY
PROHIBITED.  PLEASE NOTIFY US IMMEDIATELY OF THE ERROR BY
RETURN E-MAIL AND PLEASE DELETE THIS MESSAGE FROM YOUR
SYSTEM. THANK YOU IN ADVANCE FOR YOUR COOPERATION.

For more information about Orrick, please visit
http://www.orrick.com/
============================================================
==============================================================================

Exhibit 1 - Page 12