# Exhibit 2



# ORRICK

ORRICK, HERRINGTON & SUTCLIFFE LLP
4 PARK PLAZA
SUITE 1600
IRVINE, CALIFORNIA 92614-2558

tel +1-949-567-6700
fax 949-567 6710

WWW.ORRICK.COM

August 21, 2009

Cynthia A. Lock
(949) 852-7753
clock@orrick.com

**BY MESSENGER**

B. Dylan Proctor
Quinn Emanuel
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017

Re:   <u>MGA Entertainment, Inc. v. Mattel</u>

Dear Dylan:

Enclosed is MGA's production of documents not submitted for *in camera* review, Bates Range
MGA2 0069701 – MGA2 0070614.

## Mattel's Appendix A

Jan. 15 Log Entry Nos. 32, 33, 41 and 44.

Jan. 30 Log Entry Nos. 5, 40, 294, 295, 296, 297, 298, 299 and 300.

Oct. Log Entry Nos. 8, 1941, 2724, 2728, 2732 and 2802.

Rev. Aug. Log Entry No. 990.

Rev. Jan. 23 Log Entry Nos. 115, 209, 232, 233, 267, 381, 536, 548, 592, 593, 594, 595, 596, 609,
610, 611, 613, 672, 1172, 1173, 1178, 1179, 1277, 1301, 1399, 1418, 1424, 1474, 1635, 1706, 1721,
1731, 1732, 1775, 1779, 1783, 1899, 2025, 2039, 2042 and 2043.

Rev. Jan. 28 Log Entry Nos. 28, 36, 37, 38, 42, 43, 61, 97, 98, 99, 113 and 219.

## Mattel's Appendix B

Jan. 30 Log Entry Nos. 126, 218, 225 and 226.

Rev. Jan. 23 Log Entry No. 1476.

Rev. Jan. 28 Log Entry No. 214.

Exhibit 2 - Page 13


ORRICK

B. Dylan Proctor
August 21, 2009
Page 2

**Mattel's Appendix C**

Oct. Log Entry Nos. 3, 1046, 1047, 1466 and 1761.

**Mattel's Appendix D**

Rev. Jan. 23 Log Entry Nos. 1480 and 1648.

**Mattel's Appendix E**

Jan. 15 Log Entry No. 188.

Rev. Jan. 23 Log Entry Nos. 118, 670, 1087, 1096, 1099, 1103, 2031 and 2090.

Very truly yours,

Cynthia Lock

Cynthia A. Lock

cc: Annette L. Hurst
     Jason D. Russell

Exhibit 2 - Page 14