# Exhibit 3

September 10, 2009

Cynthia A. Lock
(949) 852-7753
clock@orrick.com

*BY U.S. MAIL AND EMAIL DYLANPROCTOR@QUINNEMANUEL.COM*

B. Dylan Proctor
Quinn Emanuel
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017

Re:     MGA Entertainment, Inc. v. Mattel

Dear Dylan:

For MGA's production of documents on August 21, 2009, please note the following information:

**Mattel's Appendix A**

Jan. 15 Log Entry No. 32:  MGA2 000070265

Jan. 15 Log Entry No. 33:  MGA2 000070293

Jan. 15 Log Entry No. 41:  MGA2 0070294-0070295

Jan. 15 Log Entry No. 44:  MGA2 0070296-0070297

Jan. 30 Log Entry No. 5:  MGA2 0070332

Jan. 30 Log Entry No. 40:  MGA2 0070333-0070341

Jan. 30 Log Entry No. 294:  MGA2 0070346-0070358

Jan. 30 Log Entry No. 295:  MGA2 0070359-0070391

Jan. 30 Log Entry No. 296:  MGA2 0070392-0070424

Jan. 30 Log Entry No. 297:  MGA2 0070425-0070441

Jan. 30 Log Entry No. 298:  MGA2 0070442-0070469

Jan. 30 Log Entry No. 299:  MGA2 0070470-0070485

Exhibit 3 - Page 15

B. Dylan Proctor
September 10, 2009
Page 2

Jan. 30 Log Entry No. 300:  MGA2 0070486-0070494

Oct. Log Entry No. 8:  MGA2 0070271-0070288

Oct. Log Entry No. 1941:  MGA2 0070603

Oct. Log Entry No. 2724:  MGA2 0070606-0070609

Oct. Log Entry No. 2728:  MGA2 0070610

Oct. Log Entry No. 2732:  MGA2 0070611-0070612

Oct. Log Entry No. 2802:  MGA2 0070613-0070614

Rev. Aug. Log Entry No. 990:  MGA2 0070495-0070499

Rev. Jan. 23 Log Entry No. 115:  MGA2 0070500

Rev. Jan. 23 Log Entry No. 209:  MGA2 0070502-0070503

Rev. Jan. 23 Log Entry No. 232:  MGA2 0070504-0070508

Rev. Jan. 23 Log Entry No. 233:  MGA2 0070509-0070513

Rev. Jan. 23 Log Entry No. 267:  MGA2 0070514-0070515

Rev. Jan. 23 Log Entry No. 381:  MGA2 0070266-0070270

Rev. Jan. 23 Log Entry No. 536:  MGA2 0070289-0070291

Rev. Jan. 23 Log Entry No. 592:  MGA2 0070026-0070027

Rev. Jan. 23 Log Entry No. 593:  MGA2 0070028-0070029

Rev. Jan. 23 Log Entry No. 594:  MGA2 0070030-0070031

Rev. Jan. 23 Log Entry No. 595:  MGA2 0070032-0070033

Rev. Jan. 23 Log Entry No. 596:  MGA2 0070034-0070035

Rev. Jan. 23 Log Entry No. 609:  MGA2 0070517

Exhibit 3 - Page 16

Case 2:04-cv-09049-DOC-RNB  Document 7131-4  Filed 11/04/09  Page 4 of 7  Page ID
 #:250366

B. Dylan Proctor
September 10, 2009
Page 3

Rev. Jan. 23 Log Entry No. 610:  MGA2 000070518-0070519

Rev. Jan. 23 Log Entry No. 611:  MGA2 0070520-0070528

Rev. Jan. 23 Log Entry No. 613:  MGA2 0070529

Rev. Jan. 23 Log Entry No. 672:  MGA2 0070532-0070534

Rev. Jan. 23 Log Entry No. 1172:  MGA2 0069701-0069704

Rev. Jan. 23 Log Entry No. 1173:  MGA2 0069705-0069708

Rev. Jan. 23 Log Entry No. 1178:  MGA2 0069709-0069712

Rev. Jan. 23 Log Entry No. 1179:  MGA2 0069713-0069716

Rev. Jan. 23 Log Entry No. 1277:  MGA2 0070543

Rev. Jan. 23 Log Entry No. 1301:  MGA2 0070544-0070545

Rev. Jan. 23 Log Entry No. 1399:  MGA2 0070546

Rev. Jan. 23 Log Entry No. 1418:  MGA2 0070547-0070550

Rev. Jan. 23 Log Entry No. 1424:  MGA2 0070551-0070553

Rev. Jan. 23 Log Entry No. 1474:  MGA2 0070554-0070555

Rev. Jan. 23 Log Entry No. 1635:  MGA2 0070564-0070567

Rev. Jan. 23 Log Entry No. 1706:  MGA2 0069717-0070025

Rev. Jan. 23 Log Entry No. 1721:  MGA2 0070570

Rev. Jan. 23 Log Entry No. 1731:  MGA2 0070571

Rev. Jan. 23 Log Entry No. 1732:  MGA2 0070572-0070573

Rev. Jan. 23 Log Entry No. 1775:  MGA2 0070574-0070576

Rev. Jan. 23 Log Entry No. 1779:  MGA2 0070036-0070262

Exhibit 3 - Page 17

B. Dylan Proctor
September 10, 2009
Page 4

Rev. Jan. 23 Log Entry No. 1783:  MGA2 0070577-0070578

Rev. Jan. 23 Log Entry No. 1899:  MGA2 0070579-0070580

Rev. Jan. 23 Log Entry No. 2025:  MGA2 0070581-0070582

Rev. Jan. 23 Log Entry No. 2039:  MGA2 0070587-0070588

Rev. Jan. 23 Log Entry No. 2042:  MGA2 0070589-0070591

Rev. Jan. 23 Log Entry No. 2043:  MGA2 0070263-0070264

Rev. Jan. 28 Log Entry No. 28:  MGA2 0070298-0070299

Rev. Jan. 28 Log Entry No. 36:  MGA2 0070300-0070301

Rev. Jan. 28 Log Entry No. 37:  MGA2 0070302-0070307

Rev. Jan. 28 Log Entry No. 38:  MGA2 0070308-0070314

Rev. Jan. 28 Log Entry No. 42:  MGA2 0070315-0070316

Rev. Jan. 28 Log Entry No. 43:  MGA2 0070317-0070322

Rev. Jan. 28 Log Entry No. 61:  MGA2 0070324

Rev. Jan. 28 Log Entry No. 97:  MGA2 0070325

Rev. Jan. 28 Log Entry No. 98:  MGA2 0070326

Rev. Jan. 28 Log Entry No. 99:  MGA2 0070327

Rev. Jan. 28 Log Entry No. 113:  MGA2 0070323

Rev. Jan. 28 Log Entry No. 219:  MGA2 0070328-0070331

**Mattel's Appendix B**

Rev. Jan. 23 Log Entry No. 1476:  MGA2 0070556-0070559

Rev. Jan. 28 Log Entry No. 214:  MGA2 0070292

Exhibit 3 - Page 18

B. Dylan Proctor
September 10, 2009
Page 5

Jan. 30 Log Entry No. 126:  MGA2 0070342

Jan. 30 Log Entry No. 218:  MGA2 0070343

Jan. 30 Log Entry No. 225:  MGA2 0070344

Jan. 30 Log Entry No. 226:  MGA2 0070345

**Mattel's Appendix C**

Oct. Log Entry No. 3:  MGA2 0070597

Oct. Log Entry No. 1046:  MGA2 0070598

Oct. Log Entry No. 1047:  MGA2 0070599

Oct. Log Entry No. 1466:  MGA2 0070604-0070605

Oct. Log Entry No. 1761:  MGA2 0070600-0070602

**Mattel's Appendix D**

Rev. Jan. 23 Log Entry No. 1480:  MGA2 0070560-0070563

Rev. Jan. 23 Log Entry No. 1648:  MGA2 0070568-0070569

**Mattel's Appendix E**

Jan. 15 Log Entry No. 188:  MGA 1484911 (produced on October 1, 2007); MGA 3804043 and MGA 3804046 (produced on January 18, 2008)

Rev. Jan. 23 Log Entry No. 118:  MGA2 0070501

Rev. Jan. 23 Log Entry No. 670:  MGA2 0070530-0070531

Rev. Jan. 23 Log Entry No. 1087:  MGA2 0070535-0070537

Rev. Jan. 23 Log Entry No. 1096:  MGA2 0070538

Rev. Jan. 23 Log Entry No. 1099:  MGA2 0070539

Exhibit 3 - Page 19

B. Dylan Proctor
September 10, 2009
Page 6

Rev. Jan. 23 Log Entry No. 1103:  MGA2 0070540-0070542

Rev. Jan. 23 Log Entry No. 2031:  MGA2 0070583-0070586

Rev. Jan. 23 Log Entry No. 2090:  MGA2 0070592-0070596


Very truly yours,

Cynthia A. Lock


cc:     Annette L. Hurst (*by email*)
        Jason D. Russell (*by email*)