# Exhibit 4

TRANSCRIPT OF PROCEEDINGS                              08/27/09

1

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

CARTER BRYANT, an individual,

    Plaintiff,

  vs.                    No. CV 04-9049 SGL (RNBx)

                          Consolidated with

MATTEL, INC., a Delaware    Nos. CV 04-9405 and

corporation,               05-2727

    Defendants.

_____

AND CONSOLIDATED ACTIONS.

REPORTER'S TRANSCRIPT OF PROCEEDINGS

Los Angeles, California

Thursday, August 27, 2009

Reported by:

CHERYL R. KAMALSKI

CSR No. 7113

Job No. 118895

TRANSCRIPT OF PROCEEDINGS                          08/27/09

20

1  transactions at issue in the RICO claims, and because
2  Mr. Larian is the spearhead of a competitor, the
3  deposition should not be allowed to go for 21 hours, it
4  should be limited to an initial 4 on the subject matter of
5  the new transactions and these new documents, and then if
6  they can show they need more, there were things they
7  couldn't get to, and if they're specific about it, we'll
8  be reasonable, and if we're not, the Discovery Master will
9  overrule us and order further deposition.
10         MR. O'BRIEN:  Thank you.
11         By the way, I do want to commend MGA in this
12 situation, not for the late production, but for producing
13 documents absent -- I think some of those documents were
14 the documents -- were a subset of the documents that were
15 provided to us for an in camera review, so I do appreciate
16 the fact that you've been able to go through and get some
17 of those documents to Mattel, without commenting on when
18 they should have been produced or that sort of thing,
19 because it is helpful to --
20         MS. HURST:  Right.
21         MR. O'BRIEN:  -- relieve some of our burden in
22 going through those documents.
23         MS. HURST:  That was our intention.
24         MR. O'BRIEN:  But also, I'm sure, Mattel
25 appreciates it.  So thank you for getting that done.  And

```
 1   the more that can be done along those lines from both
 2   parties in the meet-and-confer process is certainly
 3   welcome.
 4           All right.  Mr. Zeller, do you want a brief
 5   response to -- and I know there's cross-motions here.  I'm
 6   going to let you have the last word, unless you say
 7   something that is so egregious that Ms. Hurst takes the
 8   floor.
 9           MR. ZELLER:  I will do my best to avoid that.
10           MR. O'BRIEN:  All right.
11           MR. ZELLER:  I guess I would start with this,
12   which is, MGA doesn't really address its own claims here.
13   I mean, we hear no offer to stipulate that Mr. Larian
14   isn't going to testify at length in support of their,
15   quote, billion-dollar claims.  There is no reason to think
16   that, and we have not had it disputed, that he is the
17   central witness.  All we hear is well, he's the CEO.  But,
18   frankly, there is a process, there is a standard that the
19   law has for a, quote, apex, end quote, deposition, as I'm
20   sure the Discovery Master is aware.  That requires very
21   specific showings to be made before one can invoke
22   "because I'm an executive that my deposition or my time at
23   deposition should be limited."  They are apex depositions.
24   An integral part of that showing, in order to achieve that
25   protection, is that they don't have personal knowledge of
```