# Exhibit 5

## Confidential – Attorneys' Eyes Only
## FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

Name & Address:
Sugithra Somasekar (State Bar No. 247924)
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, California 94025
Phone: (650) 614-7400
Facsimile: (650) 614-7401

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| CARTER BRYANT, an individual,<br><br>PLAINTIFF(S)<br>v.<br>MATTEL, INC., a Delaware Corporation,<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>CV 04-9049-DOC (RNBx)<br><br>NOTICE OF MANUAL FILING |
|---|---|

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**

MGA's Opposition to Mattel's Motion to Compel In Camera Review of Allegedly Non-Legal Larian Communications and Motion to Compel Production and/or In Camera Review of Allegedly Non-Privileged Communications of Paralegals; Cross Motion for Protective Order; & Exhibits 5, 8 & 14 to the Decl. of Lock

**Document Description:**

- ☐ Administrative Record
- ☐ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]
- ☑ Other  See documents listed above.

**Reason:**

- ☑ Under Seal
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☐ Per Court order dated _____
- ☐ Manual Filing required (*reason*):

| November 4, 2009 | /s/ Sugithra Somasekar |
|---|---|
| Date | Attorney Name |
| | MGA Parties |
| | Party Represented |

Note: File one Notice in each case, each time you manually file document(s).

G-92 (03/09)    NOTICE OF MANUAL FILING