# Exhibit 7



ORRICK, HERRINGTON & SUTCLIFFE LLP
THE ORRICK BUILDING
405 HOWARD STREET
SAN FRANCISCO, CALIFORNIA 94105-2669

tel +1-415-773-5700
fax +1-415-773-5759

WWW.ORRICK.COM

August 14, 2009

Cynthia A. Lock
(949) 852-7753
clock@orrick.com

**BY FEDERAL EXPRESS**

B. Dylan Proctor
Quinn Emanuel
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017

Re:  <u>MGA Entertainment, Inc. v. Mattel</u>

Dear Dylan:

Enclosed is MGA's production of documents referred to in your July 17, 2009 letter to me under the heading "Withdrawn Claims" (MGA 0068607-0068809, 0069700). Please note the following:

**Revised August Log**

1. Entry No. 521 (MGA 0068707): MGA is producing this document in unredacted form.

2. Entry Nos. 101 (MGA 0068654-0068661), 502 (MGA 0068681-68692), 562 (MGA 0068708-0068719), 563 (MGA 0069700), 625 (MGA 0068720), 635 (MGA 0068721), 636 (MGA 0068722-68723), 637 (MGA 0068724), 639 (MGA 0068725-0068727), 640 (MGA 0068728-0068729) and 642 (MGA 0068730-0068731): MGA is producing these documents in redacted form.

3. Entry No. 312 (MGA 0068676): MGA is producing the first page of this multi-page document. The produced page is a fax cover sheet for a facsimile from MGA's outside counsel Dr. Shlomo Cohen & Co. to MGA's in-house paralegal Bryan Armstrong. The remainder of the document is an attorney-client privileged communication related to trademark issues.

4. Entry No. 529: Upon further review and consideration, MGA will not produce this document. This multi-page document is an email dated April 24, 2001 from MGA's outside counsel Lucy Arant to Nana Ashong. This document communicates legal advice from Ms. Arant to Ms. Ashong. Additionally, this document is from Ms. Arant's files and includes Ms. Arant's handwritten notes regarding the advice communicated to Ms. Ashong.

**Revised September Log**

1. Entry No. 264 (MGA 0068622-0068623): MGA is producing this document in unredacted form.

Exhibit 7 - Page 65


**ORRICK**

B. Dylan Proctor
August 14, 2009
Page 2

2. Entry Nos. 124 (MGA 0068617), 140 (MGA 0068618-0068621), 597 (MGA 0068643-0068649), 608 (MGA 0068650-0068653), 933 (MGA 0068662-0068675), 2377 (MGA 0068678-0068680), 2803 (MGA 0068693-0068695), 2821 (MGA 0068699-0068700) and 2831 (MGA 0068701-0068702): MGA is producing these documents in redacted form.

3. Entry Nos. 1912 (MGA 0068677), 2816 (MGA 0068696), 2818 (MGA 0068697), 2819 (MGA 0068698), 2832 (MGA 0068703), 2836 (MGA 0068704) and 2839 (MGA 0068705-0068706): MGA is producing the fax cover sheets for each of these multi-page documents. Because each of these fax cover sheets is attached to multi-page letters from MGA's outside counsel to MGA and all letters communicate legal advice related to intellectual property issues, the letters are not being produced.

4. Entry No. 874.2: Upon further review and consideration, MGA will not produce this document. This photograph was attached to an email communication logged as Entry No. 874.1 and formed the basis for the request for legal advice communicated in Entry No. 874.1. Because disclosure of the photograph would disclose the subject matter of the legal advice communicated, MGA will not produce Entry No. 874.2.

5. Entry No. 932: Upon further review and consideration, MGA will not produce this document. This document is a letter from MGA's counsel in Santiago, Chile to Beth Cahill, Director of Legal Affairs at MGA. The substance of the letter is an attorney-client privileged communication rendering legal advice on trademark and copyright issues in Chile, as well as providing legal advice as to the strategy for such issues. Ms. Cahill's handwritten notes relate to and comment on the legal advice and recommended strategy communicated in the letter. Therefore, the letter and the handwritten notes on Entry No. 932 are privileged and will not be produced.

### Revised January 23 Log

1. Entry Nos. 783 (MGA 0068752), 1414 (MGA 0068609), 1421 (MGA 0068612) and 2123 (MGA 0068732-0068751): MGA is producing these documents in unredacted form.

MGA is also producing Entry No. 1413 (MGA 0068607-0068608), to which Entry No. 1414 was attached, and Entry No. 1420 (MGA 0068610-0068611), to which Entry No. 1421 was attached. On August 4, 2009, MGA notified the Discovery Master that it would produce Entry Nos. 1413 and 1420 and, therefore, did not produce these documents for *in camera* review.

2. Entry Nos. 1650 (MGA 0068613) and 1988 (MGA 0068614-0068616): MGA is producing these documents in redacted form.

3. Entry No. 1153: Upon further review and consideration, MGA will not produce this document. This photograph was attached to Entry No. 1152, which are emails between and among MGA's

Exhibit 7 - Page 66

<a>
</a>


ORRICK

B. Dylan Proctor
August 14, 2009
Page 3

counsel in England and Isaac Larian, MGA in-house counsel Mitchell Kamarck and various other MGA outside counsel, including Larry McFarland and Barry Gerber. The entire email chain is privileged and attorney-work product as it reveals requests for legal advice and communicates legal advice and recommendations for legal strategy related to trademark issues and potential litigation. The photograph formed, in part, the basis for the legal advice and strategy communicated and discussed by counsel to Mr. Larian and other outside counsel. Revealing the photograph would necessarily disclose attorney-client privileged information and work product. As such, Entry No. 1153 will not be produced.

4. Entry No. 2150: Upon further review and consideration, MGA will not produce this document. These notes are Isaac Larian's handwritten notes of information to be communicated to his attorneys for use in the Larian v. Larian litigation. As such, the notes are privileged communications and protected by the work product doctrine.

### Revised January 30 Log

1. Entry Nos. 126 (MGA 0068753), 152-158 (MGA 0068754-0068760), 211 (MGA 0068784), 228 (MGA 0068785), 290 (MGA 0068786), 291 (MGA 0068787) and 301 (MGA 0068788-0068809): MGA is producing these documents in unredacted form.

2. Entry Nos. 208 (MGA 0068761-0068783): MGA is producing this document in redacted form.

3. Entry No. 252: Upon further review and consideration, MGA will not produce this document. Entry No. 252 is the attachment to Entry No. 251, which is an attorney-client privileged communication from MGA's counsel in England to Bryan Armstrong, a paralegal in MGA's in-house legal department. Entry No. 251 provides legal advice and comments on Entry No. 252. Producing Entry No. 252 would necessarily reveal the substance of the attorney client privileged communication of Entry No. 251 and, therefore, MGA will not produce Entry No. 252.

As we previously agreed, by August 17, 2009, you will be served with documents that MGA notified Discovery Master O'Brien that it would be producing instead of submitting them for *in camera* review. You will also be served by August 24, 2009, with a written response to the remaining issues raised by your July 17, 2009, letter.

Exhibit 7 - Page 67


ORRICK

B. Dylan Proctor
August 14, 2009
Page 4

Very truly yours,

pp Cynthia A. Lock

cc: Annette L. Hurst
Jason D. Russell

Exhibit 7 - Page 68