# Exhibit 9



ORRICK, HERRINGTON & SUTCLIFFE LLP
4 PARK PLAZA
SUITE 1600
IRVINE, CALIFORNIA  92614-2558

*tel*  +1-949-567-6700
*fax*  949-567 6710

WWW.ORRICK.COM

September 17, 2009

Cynthia A. Lock
(949) 852-7753
clock@orrick.com

*BY MESSENGER*

B. Dylan Proctor
Quinn Emanuel
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017

Re:     <u>MGA Entertainment, Inc. v. Mattel</u>

Dear Dylan:

Enclosed are documents Bates numbered  MGA2 0299371-0300191 and MGA2 0433527.  These documents  being produced by MGA in connection with my letter to you dated August 24, 2009.

## I.  Revised August Log

Revised August Log Entry No. 129:   MGA2 0299377-0299382

Revised August Log Entry No. 132:  MGA2 0299383-0299385

Revised August Log Entry No. 172:  MGA2 0299386-0299388

Revised August Log Entry No. 241:  MGA2 0299389-0299397

Revised August Log Entry No. 259:  MGA2 0299398-0299402

Revised August Log Entry No. 343:  MGA2 0299403-0299463

Revised August Log Entry No. 393:  MGA2 0299464

Revised August Log Entry No. 394:  MGA2 0299465

Revised August Log Entry No. 429:  MGA2 0299466-0299472

Revised August Log Entry No. 431:  MGA2 0299473-0299475

Revised August Log Entry No. 447:  MGA2 0299476-0299477

Revised August Log Entry No. 554:  MGA2 0299478

Exhibit 9 - Page 102



ORRICK

B. Dylan Proctor
September 17, 2009
Page 2

Revised August Log Entry No. 558:  MGA2 0299479

Revised August Log Entry No. 560:  MGA2 0299480-0299481

Revised August Log Entry No. 564:  MGA2 0299482-0299485

Revised August Log Entry No. 565:  MGA2 0299486-0299488

Revised August Log Entry No. 567:  MGA2 0299489

Revised August Log Entry No. 573:  MGA2 0299490-0299493

Revised August Log Entry No. 574:  MGA2 0299494-0299499

Revised August Log Entry No. 578:  MGA2 0299500-0299505

Revised August Log Entry No. 583:  MGA2 0299506-0299508

Revised August Log Entry No. 586: MGA2 0299509-0299510

Revised August Log Entry No. 587:  MGA2 0299511

Revised August Log Entry No. 591:  MGA2 0299512

Revised August Log Entry No. 592:  MGA2 0299513

Revised August Log Entry No. 602:  MGA2 0299514-0299528

Revised August Log Entry No. 604:  MGA2 0299529

Revised August Log Entry No. 605:  MGA2 0299530-0299543

Revised August Log Entry No. 607:  MGA2 0299544-0299553

Revised August Log Entry No. 609:  MGA2 0299554-0299555

Revised August Log Entry No. 614:  MGA2 0299556-0299558

Revised August Log Entry No. 615:  MGA2 0299559

Revised August Log Entry No. 618:  MGA2 0299371-0299372

Exhibit 9 - Page 103



ORRICK

B. Dylan Proctor
September 17, 2009
Page 3

Revised August Log Entry No. 621:  MGA2 0299560-0299567

Revised August Log Entry No. 622:  MGA2 0299568-0299574

Revised August Log Entry No. 623:  MGA2 0299575-0299584

Revised August Log Entry No. 626:  MGA2 0299585-0299587

Revised August Log Entry No. 629:  MGA2 0299588-0299589

Revised August Log Entry No. 634:  MGA2 0299590-0299591

Revised August Log Entry No. 638:  MGA2 0299592

Revised August Log Entry No. 641:  MGA2 0299373-0299374

Revised August Log Entry No. 643:  MGA2 0299593

Revised August Log Entry No. 644:  MGA2 0299594

## II. Revised September Log

Revised September Log Entry No. 255:  MGA2 0299875-0299881

Revised September Log Entry No. 699:  MGA2 0299866-0299889

Revised September Log Entry No. 804:  MGA2 0299890

Revised September Log Entry No. 830:  MGA2 0299891-0299905

Revised September Log Entry No. 869:  MGA2 0299906-0299908

Revised September Log Entry No. 877:   MGA2 0299909-0299917

Revised September Log Entry No. 891:  MGA2 0299918-0299925

Revised September Log Entry No. 896:  MGA2 0299926-0299932

Revised September Log Entry No. 930:  MGA2 0299933-0299934

Revised September Log Entry No. 1000:  MGA2 0299595-0299598

Exhibit 9 - Page 104



ORRICK

B. Dylan Proctor
September 17, 2009
Page 4

Revised September Log Entry No. 1013:  MGA2 0299599-0299606

Revised September Log Entry No. 1036:  MGA2 0299607-0299612

Revised September Log Entry No. 1047:  MGA2 0299613-0299624

Revised September Log Entry No. 1058:  MGA2 0299625-0299629

Revised September Log Entry No. 1063:  MGA2 0299630-0299631

Revised September Log Entry No. 1081:  MGA2 0299632-0299634

Revised September Log Entry No. 1084:   MGA2 0299635-0299641

Revised September Log Entry No. 1107:  MGA2 0299642-0299645

Revised September Log Entry No. 1134:  MGA2 0299646-0299649

Revised September Log Entry No. 1268:  MGA2 0299650

Revised September Log Entry No. 1269:  MGA2 0299651-0299656

Revised September Log Entry No. 1271:   MGA2 0299657

Revised September Log Entry No. 1364:  MGA2 0299658-0299661

Revised September Log Entry No. 1399:  MGA2 0299662-0299665

Revised September Log Entry No. 1421:  MGA2 0299666-0299669

Revised September Log Entry No. 1446:  MGA2 0299670-0299674

Revised September Log Entry No. 1577:  MGA2 0299675-0299678

Revised September Log Entry No. 1633:  MGA2 0299679-0299684

Revised September Log Entry No. 1635:  MGA2 0299685

Revised September Log Entry No. 1636:  MGA2 0299686

Revised September Log Entry No. 1659:  MGA2 0299687-0299724

Exhibit 9 - Page 105



ORRICK

B. Dylan Proctor
September 17, 2009
Page 5

Revised September Log Entry No. 1666:  MGA2 0299725-0299727

Revised September Log Entry No. 1661:  MGA2 0299728

Revised September Log Entry No. 1672:  MGA2 0299729-0299731

Revised September Log Entry No. 1683:  MGA2 0299732-0299737

Revised September Log Entry No. 1691:  MGA2 0299738-0299740

Revised September Log Entry No. 1798:  MGA2 0299741-0299743

Revised September Log Entry No. 1801:  MGA2 0299744-0299746

Revised September Log Entry No. 1812:  MGA2 0299747-0299749

Revised September Log Entry No. 1815:  MGA2 0299750-0299752

Revised September Log Entry No. 1821:  MGA2 0299753-0299757

Revised September Log Entry No. 1822:  MGA2 0299758-0299761

Revised September Log Entry No. 1829:  MGA2 0299762-0299771

Revised September Log Entry No. 1839:  MGA2 0299772-0299784

Revised September Log Entry No. 1844:  MGA2 0299785-0299786

Revised September Log Entry No. 1981:  MGA2 0299787-0299798

Revised September Log Entry No. 2023:  MGA2 0299799-0299800

Revised September Log Entry No. 2071:  MGA2 0299801-0299805

Revised September Log Entry No. 2076:  MGA2 0299806-0299810

Revised September Log Entry No. 2150:  MGA2 0299811-0299813

Revised September Log Entry No. 2174:  MGA2 0299814

Revised September Log Entry No. 2182:  MGA2 0299815-0299821

Exhibit 9 - Page 106



ORRICK

B. Dylan Proctor
September 17, 2009
Page 6

Revised September Log Entry No. 2195:  MGA2 0299822-0299823

Revised September Log Entry No. 2196:  MGA2 0299824-0299826

Revised September Log Entry No. 2199:  MGA2 0299827

Revised September Log Entry No. 2200:  MGA2 0299828

Revised September Log Entry No. 2201:  MGA2 0299829

Revised September Log Entry No. 2202:  MGA2 0299830

Revised September Log Entry No. 2326:  MGA2 0299831-0299832

Revised September Log Entry No. 2327:  MGA2 0299833

Revised September Log Entry No. 2347:  MGA2 0299834-0299836

Revised September Log Entry No. 2369:  MGA2 0299837-0299849

Revised September Log Entry No. 2407:  MGA2 0299850-0299852

Revised September Log Entry No. 2408:  MGA2 0299853-0299855

Revised September Log Entry No. 2413:  MGA2 0299856-0299859

Revised September Log Entry No. 2414:  MGA2 0299860

Revised September Log Entry No. 2423:  MGA2 0299861-0299864

Revised September Log Entry No. 2437:  MGA2 0299865-0299867

Revised September Log Entry No. 2449:  MGA2 0299868-0299869

Revised September Log Entry No. 2462:  MGA2 0299870-0299873

Revised September Log Entry No. 2464:  MGA2 0299874

Revised September Log Entry No. 2607:  MGA2 0299882-0299884

Revised September Log Entry No. 2677:  MGA2 0299885

Exhibit 9 - Page 107



**ORRICK**

B. Dylan Proctor
September 17, 2009
Page 7

Revised September Log Entry No. 2839:  MGA2 0068705-0068706 (produced on August 14, 2009)

### III.  Revised January 23 Log

Revised January 23 Log Entry Nos. 335-369:  MGA2 0299937-0300029

Revised January 23 Log Entry No. 965: MGA2 0300030-0300035

Revised January 23 Log Entry No. 1023:  MGA2 0300036-0300042

Revised January 23 Log Entry Nos. 1066-1073:    MGA2 0300043-0300077

Revised January 23 Log Entry No. 1074:  MGA2 0433527

Revised January 23 Log Entry No. 1075-1078:  MGA2 0300078-0300115

Revised January 23 Log Entry Nos. 1874-1875:  MGA2 0300116-0300117

Revised January 23 Log Entry No. 1881-1882:  MGA2 0300118-0300119

Revised January 23 Log Entry No. 1884-1885:  MGA2 0300120-0300121

Revised January 23 Log Entry No. 2029:  MGA2 0300122-0300123

Revised January 23 Log Entry No. 2126:  MGA2 0300124-0300129

Revised January 23 Log Entry No. 2128:  MGA2 0300130-0300136

Revised January 23 Log Entry No. 2129:  MGA2 0300137-0300184

Revised January 23 Log Entry No. 2130:  MGA2 0300185-0300191

### IV.  Revised January 28 Log

Revised January 28 Log Entry No. 167:  MGA2 0299375

Revised January 28 Log Entry No. 215:  MGA2 0299376

### V.  Revised January 30 Log

Revised January 30 Log Entry No. 269:  MGA2 0299935

Exhibit 9 - Page 108



ORRICK

B. Dylan Proctor
September 17, 2009
Page 8

Revised January 30 Log Entry No. 282:  MGA2 0299936

Very truly yours,

*Cynthia Lock (on behalf)*

Cynthia A. Lock

cc:     Annette L. Hurst
        Jason D. Russell (*by messenger w/ enclosures*)