# Exhibit 10

# QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

**NEW YORK**
51 Madison Avenue, 22nd Floor
New York, NY 10010-1601
(212) 849-7000
Facsimile: (212) 849-7100

**LOS ANGELES**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
(213) 443-3000
Facsimile: (213) 443-3100

**SAN FRANCISCO**
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Facsimile: (415) 875-6700

**SILICON VALLEY**
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065-2139
(650) 801-5000
Facsimile: (650) 801-5100

**CHICAGO**
250 South Wacker Drive, Suite 230
Chicago, IL 60606-6301
(312) 463-2961
Facsimile: (312) 463-2962

**LONDON**
16 Old Bailey
London EC4M 7EG, United Kingdom
+44(0) 20 7653 2000
Facsimile: +44(0) 20 7653 2100

**TOKYO**
Akasaka Twin Tower Main Bldg., 6th Fl.
17-22 Akasaka 2-Chome
Minato-ku, Tokyo 107-0052, Japan
+81 3 5561-1711
Facsimile: +81 3 5561-1712

## LOS ANGELES OFFICE
## FACSIMILE TRANSMISSION

**DATE:** September 9, 2009    **NUMBER OF PAGES, INCLUDING COVER:** 5

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| Annette L. Hurst<br>Orrick Herrington & Sutcliffe LLP | | 415-773-4585<br>415-773-5759 |

**FROM:** Zach Krug

**RE:** Please see attached

**MESSAGE:**

| CLIENT # | 07975 | ROUTE/RETURN TO: | Shawna Allison | ☒ CONFIRM FAX<br>☒ INCLUDE CONF. REPORT |
|---|---|---|---|---|
| OPERATOR: | W|The | CONFIRMED? | ☐ NO ☐ YES: | |

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received the facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal Service. Thank you.

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE PHONE (213) 443-3000 AS SOON AS POSSIBLE.

Exhibit 10 - Page 110

**quinn emanuel** trial lawyers | los angeles
865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100

WRITER'S DIRECT DIAL NO.
(213) 443-3112

WRITER'S INTERNET ADDRESS
dylanproctor@quinnemanuel.com

September 9, 2009

<u>VIA ELECTRONIC MAIL AND FACSIMILE</u>

Annette L. Hurst, Esq.
Orrick Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Fax: (415) 773-4585

Re:   <u>Mattel, Inc. v. MGA Entertainment, Inc. et al.</u>

Dear Ms. Hurst:

I write pursuant to Section 5 of the Discovery Master Stipulation to request a meet and confer regarding MGA's and Isaac Larian's improper withholding of non-privileged documents on their privilege logs.

Recent documents produced by MGA reveal that Isaac Larian has repeatedly marked non-privileged communications as "attorney-client privileged" communications and routed non-legal communications through MGA's in-house attorneys in order to shield them. <u>See, e.g.</u>, MGA2 0070568-569. This is improper and amounts to an attempt to abuse the protections of the attorney-client privilege. <u>U.S. Postal Service v. Phelps Dodge Refining Corp.</u>, 852 F. Supp. 156, 163-164 (E.D.N.Y. 1994) ("A corporation cannot be permitted to insulate its files from discovery simply by sending a "cc" to in-house counsel.")

Because these recently produced documents raise substantial questions regarding the validity of MGA's withholding of Mr. Larian's communications with in-house counsel, Mattel requests that MGA review its privilege claims as to all such communications to determine whether they are

**quinn emanuel urquhart oliver & hedges, llp**

07209/3091048.1

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100

Exhibit 10 - Page 111

properly withheld communications whose predominate purpose is to request legal advice or are, in fact, merely business communications routed through in-house counsel.

The in-house communications that Mattel has identified, at this time, include the following:

- MGA's Supplemental Privilege Log – August 14, 2007, revised March 20, 2008 and April 17, 2009 ("Rev. Aug. Log") Entry Nos. 299, 420, 554, 556, 569.2, 582, 588, 589, 590, 591, 592, 598.8, 599.9, 599.10, 599.11, 599.12, 599.13, 599.14, 599.16, 603.2, 604, 618r, 636r, 673, 674, 687, 694, 695, 699r, 707, 708, 710, 711r, 713, 714r, 722, 724, 726, 727, 728, 730, 731, 732, 739, 744, 748, 759, 761, 768, 769, 770, 771, 772, 778, 780, 783, 784, 785, 786, 787, 788, 789, 793, 794, 798, 801, 805r, 814, 823, 825, 827, 828, 829, 831, 833, 834, 838, 839, 840, 842, 843, 845, 847, 848, 849, 850, 851, 858, 859, 860, 868, 869r, 876, 879, 884, 886, 887, 889r, 891, 892, 893, 895, 897, 899, 901, 903, 904, 905, 906, 908, 910, 917, 919, 920, 922, 925, 929, 930, 936, 936r, 938, 939, 941, 942, 944, 948, 949, 950, 952, 958r, 979, 963, 994, 996, 998, 1003, 1020, 1024, 1032, 1033, 1035, 1050, 1052, 1065, 1069, 1078, 1085, 1119, 1120, 1131;

- MGA's Supplemental Privilege Log – September 5, 2007, revised March 20, 2008 and May 5, 2009 ("Rev. Sept. Log") Entry Nos. 16, 110, 111, 116, 164.25, 167, 260, 745, 882, 884, 887, 889, 916, 925.2, 1397, 1426, 1690, 1917, 1918, 1920, 1927, 1930, 1966, 2073, 2074, 2194, 2276, 2286, 2409, 2410, 2411, 2412, 2413.1, 2414, 2416.1, 2416.3, 2449, 2463, 2802.1;

- MGA's Privilege Log for MGA's October 17 and October 19, 2007 Document Production, dated November 16, 2008 ("Oct. Log") Entry Nos. 1, 2, 4, 5, 6, 11, 14, 16, 17, 19, 21, 32, 33, 38, 47, 48, 49, 59, 60, 61, 62, 64, 65, 69, 73, 76, 81, 83, 90, 95, 99, 102, 114, 116, 117, 121, 127, 128, 130, 131, 132, 144, 145, 150, 152, 153, 154, 157, 158, 168, 170, 171, 172, 180, 194, 195, 196, 203, 206, 207, 208, 209, 211, 212, 213, 214, 215, 216, 218, 222, 224, 225, 226, 228, 235, 236, 238, 258, 259, 260, 264, 265, 266, 269, 271, 284, 287, 364, 367, 368, 371, 372, 375, 379, 380, 397, 399, 408, 409, 410, 411, 432, 433, 451, 454, 456, 463, 474, 475, 477, 479, 480, 481, 482, 494, 495, 496, 497, 502, 506, 509, 510, 525, 528, 532, 533, 601, 682, 683, 686, 690, 691, 709, 758, 761, 763, 770, 781, 782, 783, 784, 785, 786, 787, 788, 800, 801, 802, 804, 807, 808, 809, 810, 811, 817, 829, 833, 836, 842, 851, 854, 859, 860, 867, 869, 870, 871, 872, 873, 874, 875, 876, 877, 878, 879, 880, 886, 895, 901, 912, 913, 914, 915, 920, 925, 934, 935, 936, 937, 946, 950, 953, 954, 955, 956, 957, 958, 959, 960, 961, 963, 968, 971, 972, 973, 974, 975, 977, 978, 981, 984, 986, 987, 988, 992, 993, 996, 997, 998, 1000, 1001, 1002, 1003, 1004, 1005, 1008, 1009, 1013, 1014, 1016, 1017, 1020, 1021, 1022, 1023, 1025, 1027, 1031, 1032, 1033, 1034, 1035, 1037, 1039, 1043, 1044, 1045, 1048, 1049, 1050, 1051, 1052, 1054, 1057, 1058, 1061, 1062, 1063, 1065, 1067, 1074, 1075, 1076, 1077, 1085, 1089, 1105, 1107, 1108, 1109, 1113, 1117, 1119, 1120, 1132, 1135, 1136, 1137, 1139, 1143, 1147, 1149, 1152, 1153, 1154, 1155, 1156, 1157, 1161, 1162, 1163, 1164, 1666, 1167, 1168, 1169, 1172, 1174, 1175,

> 1177, 1182, 1192, 1201, 1202, 1204, 1205, 1207, 1209, 1218, 1240, 1243, 1252, 1253, 1299, 1304, 1305, 1307, 1311, 1312, 1314, 1317, 1318, 1320, 1329, 1333, 1334, 1335, 1336, 1338, 1339, 1345, 1346, 1348, 1357, 1366, 1367, 1368, 1382, 1403, 1405, 1408, 1409, 1410, 1411, 1427, 1457, 1458, 1472, 1473, 1474, 1480, 1481, 1482, 1483, 1484, 1488, 1489, 1490, 1492, 1493, 1494, 1495, 1500, 1501, 1505, 1509, 1511, 1512, 1514, 1516, 1528, 1532, 1548, 1550, 1551, 1552, 1557, 1560, 1561, 1562, 1564, 1567, 1568, 1569, 1570, 1572, 1576, 1577, 1576, 1578, 1592, 1594, 1605, 1630, 1639, 1640, 1645, 1650, 1651, 1653, 1657, 1658, 1660, 1663, 1664, 1666, 1669, 1678, 1680, 1681, 1682, 1683, 1684, 1686, 1687, 1693, 1694, 1696, 1703, 1707, 1716, 1717, 1718, 1719, 1753, 1755, 1756, 1757, 1758, 1759, 1762, 1763, 1764, 1765, 1766, 1768, 1769, 1771, 1779, 1780, 1787, 1788, 1789, 1790, 1792, 1803, 1804, 1806, 1807, 1810, 1811, 1815, 1819, 1820, 1822, 1826, 1827, 1828, 1829, 1830, 1831, 1832, 1833, 1834, 1835, 1836, 1837, 1838, 1839, 1840, 1841, 1842, 1843, 1846, 1854, 1857, 1858, 1863, 1867, 1868, 1869, 1870, 1880, 1881, 1883, 1885, 1886, 1890, 1891, 1893, 1894, 1911, 1915, 1920, 1921, 1922, 1926, 1927, 1928, 1929, 1937, 1938, 1944, 1945, 1946, 1948, 1949, 1950, 1951, 1952, 1953, 1954, 1969, 1971, 2003, 2017, 2027, 2042, 2053, 2057, 2064, 2068, 2069, 2070, 2071, 2078, 2079, 2094, 2103, 2106, 2111, 2113, 2120, 2124, 2129, 2130, 2131, 2132, 2138, 2139, 2170, 2215, 2231, 2242, 2246, 2252, 2253, 2256, 2277, 2278, 2293, 2294, 2295, 2296, 2308, 2313, 2314, 2315, 2316, 2317, 2318, 2323, 2325, 2330, 2339, 2340, 2341, 2342, 2343, 2345, 2346, 2359, 2366, 2368, 2384, 2407, 2472, 2477, 2532, 2552, 2580, 2676, 2678, 2680, 2684, 2697, 2710, 2712, 2713, 2714, 2715, 2720, 2723, 2279, 2756, 2758, 2759, 2763, 2772, 2773, 2774, 2777, 2782, 2785, 2791, 2792, 2803, 2811, 2813, 2822, 2868, 2870, 2875, 2894, 2901, 2903, 2917, 2932, 2942, 2943, 2948, 3003, 3024, 3105, 3214, 3245, 3248, 3251, 3257, 3263, 3269, 3270, 3271, 3272, 3273, 3274, 3275, 3276, 3279, 3280, 3285, 3286, 3295, 3369, 3327, 3379, 3380, 3382, 3383, 3384, 3389;

- Isaac Larian's Privilege Log, dated January 15, 2008 ("Jan. 15 Log") Entry Nos. 36, 175, 176, 177, 178, 179, 180, 185, 186, 187, 189, 190, 191, 192, 193, 194, 195, 196, 198, 199, 207, 208;

- MGA's Supplemental Privilege Log for MGA's October 2007 Document Production, dated January 22, 2008 ("Supp. Oct. Log") Entry Nos. 1, 5, 6, 37, 52, 54, 89, 90, 98, 99, 128, 129, 130, 131, 134, 135;

- MGA's Privilege Log – January 23, 2008, revised February 5, 2008 and April 9, 2009 ("Rev. Jan. 23 Log") Entry Nos. 1, 11, 15, 16, 18, 19, 21, 22, 23, 26, 27, 33, 34, 35, 38, 43, 44, 56, 60, 72, 73, 75, 76, 78, 80, 84, 90, 94, 98, 113, 116, 117, 119, 120, 121, 122, 123, 124, 125, 128, 130, 142, 166, 167, 172, 173, 174, 175, 176, 177, 178, 179, 193, 194, 195, 199, 200, 201, 202, 203, 204, 207, 208, 211, 212, 213, 214, 217, 218, 220, 221, 222, 223, 224, 225, 226, 228, 229, 230, 231, 236, 237, 240, 241, 242, 243, 246, 247, 249, 251, 254, 257, 259, 264, 268, 272, 273, 278, 280, 285, 292, 307, 313, 328, 329, 378, 380, 383, 385, 388, 397, 399, 401, 406, 407, 408, 411, 413, 415, 416, 418, 419, 423, 425, 429, 430, 431, 432,

Exhibit 10 - Page 113

433, 434, 435, 436, 437, 438, 439, 443, 445, 447, 448, 449, 453, 458, 460, 461, 462, 463, 464, 465, 469, 475, 477, 480, 481, 482, 484, 486, 487, 489, 490, 495, 496, 497, 501, 502, 503, 504, 505, 506, 507, 508, 509, 510, 511, 516, 521, 522, 523, 524, 528, 532, 533, 534, 535, 541, 554, 556, 558, 562, 570, 572, 574, 754, 755, 756, 757, 758, 777, 785, 841, 842, 1090, 1091, 1098, 1105, 1108, 1160, 1161, 1162, 1163, 1164, 1165, 1167, 1169, 1171, 1176, 177, 1181, 1182, 1183, 1184, 1186, 1189, 1190, 1191, 1192, 1193, 1195, 1197, 1206, 1207, 1210, 1212, 1222, 1223, 1234, 1250, 1251, 1268, 1271, 1284, 1298, 1304, 1305, 1307, 1308, 1310, 1312, 1325, 1339, 1343, 1350, 1354, 1355, 1359, 1373, 1386, 1396, 1398, 1400, 1405, 1408, 1416, 1417, 1419, 1422, 1423, 1425, 1427, 1428, 1435, 1445, 1446, 1447, 1448, 1449, 1451, 1453, 1458, 1459, 1469, 1470, 1472, 1477, 1478, 1481, 1484, 1485, 1492, 1496, 1499, 1501, 1502, 1503, 1507, 1517, 1518, 1520, 1524, 1526, 1528, 1534, 1535, 1544, 1545, 1547, 1559, 1560, 1564, 1566, 1577, 1579, 1589, 1590, 1600, 1601, 1602, 1605, 1607, 1608, 1609, 1611, 1613, 1614, 1619, 1634, 1636, 1637, 1642, 1645, 1651, 1652, 1653, 1656, 1665, 1695, 1696, 1698, 1738, 1740, 1741, 1743, 1744, 1745, 1746, 1747, 1748, 1749, 1750, 1752, 1754, 1755, 1789, 1793, 1795, 1796, 1796, 1800, 1802, 1804, 1805, 1807, 1813, 1825, 1826, 1827, 1828, 1830, 1832, 1833, 1834, 1835, 1836, 1846, 1850, 1872, 1878, 1883, 1887, 1888, 1902, 1918, 1967, 1972, 1976, 1985, 1987, 1989, 1990, 1991, 1992, 1993, 1994, 1995, 1999, 2000, 2001, 2002, 2003, 2006, 2013, 2016, 2017, 2018, 2019, 2021, 2022, 2023, 2024, 2025, 2027, 2028, 2032, 2033, 2035, 2037, 2038, 2040, 2055, 2056, 2057, 2062, 2069, 2072, 2076, 2083, 2103, 2104, 2109, 2110, 2115, 2116, 2118;

- MGA's Privilege Log – January 28, 2008, revised February 8, 2008 ("Rev. Jan. 28 Log") Entry Nos. 210, 213, 374, 375, 376, 390, 391, 393, 413, 439, 440;

- Isaac Larian's Privilege Log – January 30, 2008, revised April 9, 2009 ("Rev. Jan. 30 Log") Entry Nos. 41, 45, 108.

Absent a resolution of this matter, Mattel intends to seek *in camera* review by the Discovery Master and/or production of the foregoing.

I look forward to hearing from you.

Very truly yours,

*B. Dylan Proctor/ZDK*

B. Dylan Proctor