# Exhibit 11

September 16, 2009

Cynthia A. Lock
(949) 852-7753
clock@orrick.com

**BY U.S. MAIL AND EMAIL DYLANPROCTOR@QUINNEMANUEL.COM**

B. Dylan Proctor
Quinn Emanuel
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017

Re:     <u>MGA Entertainment, Inc. v. Mattel</u>

Dear Dylan:

This letter responds to your letter to Annette L. Hurst dated September 9, 2009.

MGA and Isaac Larian strongly dispute your groundless contention that Mr. Larian deliberately routed documents through MGA's in-house attorneys in order to shield them from disclosure. There simply is no evidence to support any contention Mr. Larian deliberately copied MGA's in-house attorneys on emails that were created years ago in an attempt to shield them from disclosure now.

For the last several months, MGA and Mr. Larian have engaged in a good faith attempt to address Mattel's concerns related to the privilege logs produced by them. At no point has MGA or Mr. Larian attempted to obstruct this process. The evidence demonstrates that MGA and Mr. Larian have gone out of their way to provide Mattel with complete responses to the issues raised by Mattel in every attempt to respond fully and completely to Mattel. Indeed, MGA has spent considerable resources and time ensuring that this process has been executed in a thorough and above-board manner.

With regard to your latest request to again re-review privilege logs, Mattel has requested that MGA again re-review numerous documents that have already been the subject of prior extensive review and correspondence. This was also a problem with your July 17 letter, where many of the documents identified had already been ordered to be submitted as part of the *in camera* inspection.

It is highly inappropriate for Mattel to keep sending lists of the same documents to MGA over and over again, in an apparent effort to cause MGA burdensome and unnecessary make-work. The Discovery Master has recently admonished Mattel repeatedly to figure out what it already has before seeking more. This is clearly one of those instances.

Exhibit 11 - Page 115

B. Dylan Proctor
September 16, 2009
Page 2

Accordingly, MGA will respond to your correspondence only after Mattel revises it to eliminate requests that have already been addressed. Once that task has been completed, MGA will evaluate Mattel's request and provide Mattel with a date certain as to when a substantive response is possible. At that time, MGA would also be happy to confer with Mattel if necessary.

MGA remains committed to working with Mattel on these matters. However, Mattel must also act in good faith and not duplicate requests for review when it has already received detailed responses to prior requests for review.


Very truly yours,

Cynthia A. Lock


cc: Annette L. Hurst (*by email*)
Jason D. Russell (*by email*)

US_WEST:260727279.1

Exhibit 11 - Page 116