# Exhibit 12

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL: (213) 443-3000 FAX: (213) 443-3100

October 9, 2009

<u>Via E-Mail</u>

Annette Hurst, Esq.
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105

Re:   <u>Mattel, Inc. v. MGA Entertainment, et al.</u>

Dear Annette:

Pursuant to Section 5 of the Discovery Master Stipulation, I write to request a meet and confer regarding MGA's assertions of privilege with regard to paralegal communications.

In recent correspondence with the Discovery Master, MGA has advanced the position that paralegal communications may be properly withheld regardless of whether the communication reflected an attorney's legal advice or was otherwise entered into pursuant to an attorney's supervision. For example, with regard to Ms. Cahill, you stated that because of her "many years of experience," MGA "reasonably considered her qualified to perform legal tasks," which were "not exclusively pursuant to the supervision of inside and outside counsel." September 28, 2009 Letter to from A. Hurst to R. O'Brien.

Similarly, this position has been reflected in MGA's attempts to justify its withholding of certain handwritten notes that do not otherwise appear to be privileged. For example, in MGA's August 24, 2009, the handwritten notes on Revised August Log Entry No. 623.1 are described as "handwritten notations by Beth Cahill providing legal analysis," while No. 483

quinn emanuel urquhart oliver & hedges, llp

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL (415) 875-6600 FAX (415) 875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065-2139 | TEL (650) 801-5000 FAX (650) 801-5100
CHICAGO | 250 South Wacker Drive, Suite 230, Chicago, Illinois 60606-6301 | TEL (312) 463-2961 FAX (312) 463-2962
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom | TEL +44(0) 20 7653 2000 FAX +44(0) 20 7653 2100
TOKYO | Akasaka Twin Tower Main Bldg., 6th Fl., 17-22 Akasaka 2-Chome, Minato-ku, Tokyo 107-0052, Japan | TEL +81 3 5561-1711 FAX +81 3 5561-1712

Exhibit 12 - Page 117

is described as "[Bryan] Armstrong's legal analysis."  August 24, 2009 Letter from C. Lock to B. Proctor.  Courts have held that a paralegal cannot independently dispense privileged legal advice.  HPD Laboratories, Inc. v. Clorox Co., 202 F.R.D. 410, 415 (D.N.J. 2001).

Accordingly, Mattel requests that MGA review its withholding of paralegal communications and produce any non-privileged ones.  Mattel has identified the following communications from MGA's privilege logs which, on their face, do not appear to involve MGA counsel.

- MGA's Supplemental Privilege Log – August 14, 2007, revised March 20, 2008 and April 17, 2009 ("Rev. Aug. Log"): 133, 135, 299, 306, 333.1, 386, 400.1, 420, 457, 483, 563.1r, 554, 556, 561.1, 561.2, 563r, 591, 594, 595, 596.1, 603.2, 604, 605.1, 606, 612, 616.2, 618.1r, 618.2, 619, 620, 623.1, 624, 625r, 626.1, 626.2, 626.3, 627, 628, 629, 632.2r, 633, 634, 637r, 638, 639r, 640r, 644, 692, 707, 712, 713, 719, 724, 726, 727, 728, 730, 732, 736, 739, 744, 767, 847, 848, 849, 850, 851, 858, 859, 869r, 884, 889r, 904, 922, 925, 936, 936r, 938, 939, 941, 944, 948, 949, 950, 951, 952, 958r, 977, 979, 989, 991, 992, 993, 994, 995, 996, 997, 998, 999, 1000, 1002, 1003, 1016r, 1020, 1023, 1024, 1032, 1033, 1035, 1050, 1052, 1060r, 1061, 1063, 1064, 1065, 1067, 1068, 1069, 1071, 1072, 1074, 1075, 1076, 1077, 1079, 1083r, 1084r, 1085, 1086, 1087, 1103, 1106, 1108, 1109, 1110r, 1126, 1127, 1128, 1129, 1130, 1132r;

- MGA's Supplemental Privilege Log – September 5, 2007, revised March 20, 2008 and May 5, 2009 ("Rev. Sept. Log"): 16, 85r, 86r, 89, 90, 91, 100, 108, 109, 111, 113, 116, 164.25, 168, 179, 181, 182, 187, 188, 190, 195, 743, 744, 849, 882, 888, 889, 892.2, 902, 903, 914.2, 930.1, 1166, 1258, 1266, 1267.1, 1267.2, 1421.1, 1426, 1455, 1521, 1552, 1553, 1554, 1555, 1556, 1716, 1717, 1846, 1921, 1927, 1935, 1936, 1940.1, 2078, 2369.13, 2370.1, 2370.2, 2409, 2410, 2411, 2412, 2413.1, 2414, 2416.1, 2416.3, 2437.2, 2437.3;

- MGA's Privilege Log for MGA's October 17 and October 19, 2007 Document Production, dated November 16, 2009 ("Oct. Log"):  32, 60, 61, 69,  95, 102, 114, 116, 118, 121, 132, 141, 144, 145, 148, 150, 153, 154, 158, 168, 226, 264, 265, 269, 432, 433, 497, 506, 829, 830, 833, 841, 851, 859, 860, 867, 869, 870, 873, 874, 875, 879, 880, 901, 912, 914, 915, 934, 935, 936, 937, 1032, 1035, 1039, 1052, 1074, 1075, 1076, 1077, 1113, 1143, 1147, 1149, 1163, 1168, 1173, 1177, 1382, 1408, 1409, 1423, 1424, 1427, 1442,1456, 1457, 1458, 1482, 1483, 1484, 1488, 1493, 1494, 1496, 1499, 1500, 1520, 1785, 1815, 1819, 1822, 1826, 1827, 1830, 1831, 1832, 1835, 1839, 1841, 1842, 1843, 1846, 1854, 1857, 1858, 1860, 1865, 1867, 1871,1879, 1881, 1883, 1886, 1887, 1890, 1894, 1969, 2257, 2262, 2266, 2268, 2270, 2281, 2285, 2298, 2318, 2341, 2346, 2676, 2685, 2686, 2691, 2692, 2693, 2695, 2715, 3249, 3377, 3380, 3381, 3383, 3391, 3392;

Exhibit 12 - Page 118

- MGA's Privilege Log – January 23, 2008, revised February 5, 2008 and April 9, 2009 ("Rev. Jan. 23 Log"): 15, 23, 43, 63, 72, 73, 75, 76, 80, 84, 112, 113, 116, 117, 119, 122, 123, 124, 229, 257, 259, 272, 307, 407, 475, 658, 659, 804, 1400, 1405, 1435, 1444, 1518, 1524, 1528, 1534, 1535;

- Isaac Larian's Privilege Log – January 30, 2008, revised April 9, 2009 ("Rev. Jan. 30 Log"): 41, 43, 44, 45, 85, 86, 87, 88, 90, 108, 121, 123, 126, 169, 170, 183, 184, 185, 187, 188, 192, 193, 194, 196, 197, 199, 236, 239, 240, 241, 242, 248, 249, 250, 253, 254, 255, 256.

In the event we are unable to resolve the issue, Mattel anticipates bringing a motion to compel *in camera* review and/or production to Mattel of the underlying documents.

I look forward to hearing from you within the next five days as required by the Discovery Master Stipulation.


Best regards,

/s/ B. Dylan Proctor

B. Dylan Proctor

3

Exhibit 12 - Page 119