# Exhibit 13

## Lock, Cynthia

| | |
|---|---|
| **From:** | Lock, Cynthia |
| **Sent:** | Friday, October 09, 2009 3:24 PM |
| **To:** | 'zacharykrug@quinnemanuel.com' |
| **Cc:** | 'dylanproctor@quinnemanuel.com'; Hurst, Annette |
| **Subject:** | Re: Mattel adv. MGA |

We will review & get back to you next week on the meet & confer request.

---

**From**: Zachary Krug <zacharykrug@quinnemanuel.com>
**To**: Lock, Cynthia
**Cc**: Dylan Proctor <dylanproctor@quinnemanuel.com>
**Sent**: Fri Oct 09 15:19:51 2009
**Subject**: FW: Mattel adv. MGA

Dear Cynthia.

For your convenience, I am forwarding the attached correspondence sent earlier today to Ms. Hurst.

Best,

Zachary.

Exhibit 13 - Page 120