# Exhibit 16

## Lock, Cynthia

| | |
|---|---|
| **From:** | Lock, Cynthia |
| **Sent:** | Tuesday, November 03, 2009 1:27 PM |
| **To:** | Dylan Proctor; Zachary Krug |
| **Cc:** | Hurst, Annette; Russell, Jason D |
| **Subject:** | MGA v. Mattel |

Dear Dylan and Zachary:

Last night at 5:46 p.m., we received Mattel's Motion to Compel Production and/or an *In Camera* Review of Allegedly Non-Privileged Communications of Unsupervised Paralegals ("November 2 Motion"). We demand that Mattel withdraw the November 2 Motion and renew our demand that Mattel withdraw its Motion to Compel an *In Camera* Review filed on October 13, 2009 ("October 13 Motion")

The November 2 Motion substantially overlaps with the issues in the October 13 Motion. Appendix A to the October 13 Motion included several entries listing Beth Cahill, thereby requiring MGA to address the very issues now raised in the November 2 Motion. Half of the entries on Appendix A to the November 2 Motion are duplicative of the entries on Appendix A to the October 13 Motion. This overlap makes it clear that there is no need for Mattel's most recent motion.

Moreover, both of Mattel's Motions are moot in light of Order No. 73. At the very least, Mattel's Motions are premature. Mattel's Motions are premised on the alleged insufficiency of MGA's privilege logs as establishing that the attorney-client privilege or work product doctrine applies. However, Order No. 73 provides that the parties have 45 days from the date of the order to review and, if necessary, revise their privilege logs to comply with the Federal Rules of Civil Procedure. Order No. 73 further provides that the parties should meet and confer after this 45 day period has passed if there are any remaining disputes as to the revised logs. Given that Mattel's Motions are premised on logs that the Discovery Master anticipates may be revised, and given that any revised logs provided by MGA may eliminate completely or decrease the number of entries in dispute, there is no reason to go forward at this time with Mattel's Motions.

We look forward to hearing from you.

Regards,

Cynthia



**ORRICK**

**CYNTHIA ALISON LOCK**
*Of Counsel*

**ORRICK, HERRINGTON & SUTCLIFFE LLP**
4 PARK PLAZA
SUITE 1600
IRVINE, CA 92614-2558

*tel* 949.852.7753
*fax* 949.567.6710
clock@orrick.com

www.orrick.com

Exhibit 16 - Page 144

Exhibit 16 - Page 145