MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148008)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Tel: 415-773-5700
Fax: 415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA  90017
Tel: 213-629-2020
Fax: 213-612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: 949-567-6700/Fax: 949-567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx)<br>Consolidated with:  CV 04-9059 and CV 05-2727<br><br>**DISCOVERY MATTER**<br>**[To Be Heard By Discovery Master Robert C. O'Brien]**<br><br>NOTICE OF *IN CAMERA* SUBMISSION OF DECLARATION OF AMY S. PARK IN OPPOSITION TO:<br>(1)  MATTEL, INC.'S MOTION TO COMPEL *IN CAMERA* REVIEW OF ALLEGEDLY NON-LEGAL LARIAN COMMUNICATIONS; AND<br>(2)  MATTEL, INC.'S MOTION TO COMPEL PRODUCTION AND/OR *IN CAMERA* REVIEW OF ALLEGEDLY NON-PRIVILEGED COMMUNICATIONS OF PARALEGALS;<br>MGA'S CROSS-MOTION FOR A PROTECTIVE ORDER |

|   |   |
|---|---|
| 1 | **TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE** that Plaintiffs and Counter-Defendants MGA Entertainment, Inc., MGA Entertainment HK Ltd., and Isaac Larian (collectively "MGA Parties") hereby submit the following document *in camera* in support of their opposition to Mattel Inc.'s Motion To Compel *In Camera* Review of Allegedly Non-Legal Communications and opposition to Mattel Inc.'s Motion to Compel Production and/or *In Camera* Review of Allegedly Non-privileged Communications of Paralegals and MGA's Cross-Motion For a Protective Order: |

DECLARATION OF AMY S. PARK IN OPPOSITION TO: (1) MATTEL, INC.'S MOTION TO COMPEL *IN CAMERA* REVIEW OF ALLEGEDLY NON-LEGAL LARIAN COMMUNICATIONS; AND (2) MATTEL, INC.'S MOTION TO COMPEL PRODUCTION AND/OR *IN CAMERA* REVIEW OF ALLEGEDLY NON-PRIVILEGED COMMUNICATIONS OF PARALEGALS

Dated:  November 4, 2009        ORRICK, HERRINGTON & SUTCLIFFE LLP

                                By:      \_\_/s/\_Annette L. Hurst_____
                                            Annette L. Hurst
                                         Attorneys for MGA Parties

OHS West:260754758.1