QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Robert C. O'Brien]**<br><br>[PUBLIC REDACTED] SUPPLEMENTAL DECLARATION OF JON COREY IN SUPPORT OF MATTEL, INC.'S REPLY IN SUPPORT OF MOTION TO ENFORCE, TO COMPEL AND FOR SANCTIONS RE: THE MGA DEFENDANTS' AFFIRMATIVE DEFENSES<br><br>Hearing Date: TBD<br>Time: TBD<br>Place: Arent Fox, LLP<br>555 West Fifth Street,<br>48th Floor<br>Los Angeles, CA<br><br>**Phase 2:**<br>Disc. Cut-off: June 1, 2010<br>Pre-trial Conf.: TBD<br>Trial Date: TBD |

# DECLARATION OF JON COREY

I, Jon D. Corey, declare as follows:

1. I am a member of the bars of the State of California, the State of New York and the District of Columbia, and a partner of Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Attached as Exhibit 1 is a true and correct copy of the Phase 2 Discovery Matter Order No. 46, dated August 14, 2009.

3. Attached as Exhibit 2 is a true and correct copy of Mattel, Inc.'s Notice Of Motion And Motion For Leave To Take Additional Depositions, dated August 11, 2009.

4. Attached as Exhibit 3 is a true and correct copy of the MGA Parties' Opposition To Mattel, Inc.'s Motion For Leave To Take Additional Depositions; Notice And Cross-Motion For Protective Order Altering Deposition Limits To Set An Overall Hours Limit, dated August 21, 2009.

5. Attached as Exhibit 4 is a true and correct copy of the Court's July 9, 2009 Omnibus Order.

6. Attached as Exhibit 5 is a true and correct copy of the Phase 2 Discovery Matter Order No. 71, dated October 15, 2009.

7. Attached as Exhibit 6 is a true and correct copy of Mattel, Inc.'s First Supplemental Objections And Responses To Interrogatory Nos. 20-23, And 28 In MGA Entertainment, Inc.'s Second Set Of Interrogatories, dated July 31, 2009.

8. Attached as Exhibit 7 is a true and correct copy of Mattel's Second Supplemental Responses To MGA's First Set Of Interrogatories To Mattel, Inc., dated May 23, 2008.

9. Attached as Exhibit 8 is a true and correct copy of documents produced by MGA, Bates numbered MGA 0105833 - 0105835.

10. Attached as Exhibit 9 is a true and correct copy of documents produced by MGA, Bates numbered MGA 0105929 - 0105935.

11. Attached as Exhibit 10 is a true and correct copy of documents produced by MGA, Bates numbered MGA 0105947 - 105951.

12. Attached as Exhibit 11 is a true and correct copy of documents produced by MGA, Bates numbered MGA 0110298 – 0110299.

13. Attached as Exhibit 12 is a true and correct copy of documents produced by MGA, Bates numbered MGA 0110307 - 0110313.

14. Attached as Exhibit 13 is a true and correct copy of a document produced by MGA, Bates numbered MGA 0110704.

15. Attached as Exhibit 14 is a true and correct copy of documents produced by MGA, Bates numbered MGA 0137251 - 0137255.

16. Attached as Exhibit 15 is a true and correct copy of documents produced by MGA, Bates numbered MGA 0139747 - 0139748.

17. Attached as Exhibit 16 is a true and correct copy of documents produced by MGA, Bates numbered MGA 0140349 – 0140366.

18. Attached as Exhibit 17 is a true and correct copy of an e-mail from William Molinski to Jon Corey, dated October 27, 2009.

19. Attached as Exhibit 18 is a true and correct copy of a letter from Jon Corey to William Molinski, dated November 2, 2009.

20. Attached as Exhibit 19 is a true and correct copy of the Court's September 22, 2009 Order.

21. Attached as Exhibit 20 is a true and correct copy of the Court's August 31, 2009 Order.

22. Attached as Exhibit 21 is a true and correct copy of a relevant excerpt of the transcript of the September 22, 2009 *In Chambers* hearing.

1

2   23. Attached as Exhibit 22 is a true and correct copy of the Phase 2

3 Discovery Matter Order No. 56, dated September 3, 2009.

4   I declare under penalty of perjury under the laws of the United States of

5 America that the foregoing is true and correct.

6   Executed on November 4, 2009, at Los Angeles, California.

7

8           /s/ Jon Corey
            Jon Corey

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

00505.07975/3188102.1

-3-

SUPPLEMENTAL DECLARATION OF JON COREY