MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: 415-773-5700
Facsimile: 415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: 213-629-2020
Facsimile: 213-612-2499

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| CARTER BRYANT, an individual, | Case No. CV 04-9049 DOC (RNBx). Consolidated with: Case No. CV 04-9059 and Case No. CV 05-2727 |
|---|---|
| Plaintiff, | |
| v. | **DISCOVERY MATTER** [To Be Heard by Discovery Master Robert O'Brien] |
| MATTEL, INC., a Delaware corporation, | |
| Defendant. | **PROOF OF SERVICE VIA HAND DELIVERY** |
| AND CONSOLIDATED ACTIONS | Date: TBD<br>Time: TBD<br>Courtroom: TBD<br><br>**Phase 2**<br>Discovery Cutoff: June 1, 2010<br>Pretrial Conference: None Set<br>Trial Date: None Set |

# PROOF OF SERVICE BY HAND DELIVERY

I am more than eighteen years old and not a party to this action. My business address is 800 West First Street, Suite 200-B, Los Angeles, CA 90012

On November 4, 2009, I served the following document(s):

1. NOTICE OF MANUAL FILING;

2. APPLICATION TO FILE UNDER SEAL;

3. [PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL;

4. MGA PARTIES' OPPOSITION TO: (1) MATTEL, INC.'S MOTION TO COMPEL *IN CAMERA* REVIEW OF ALLEGEDLY NON-LEGAL LARIAN COMMUNICATIONS; AND (2) MATTEL, INC.'S MOTION TO COMPEL PRODUCTION AND/OR *IN CAMERA* REVIEW OF ALLEGEDLY NON-PRIVILEGED COMMUNICATIONS OF PARALEGALS MGA'S CROSS MOTION FOR A PROTECTIVE ORDER **[CONFIDENTIAL – ATTORNEYS' EYES ONLY]**;

5. MGA PARTIES' OPPOSITION TO: (1) MATTEL, INC.'S MOTION TO COMPEL *IN CAMERA* REVIEW OF ALLEGEDLY NON-LEGAL LARIAN COMMUNICATIONS; AND (2) MATTEL, INC.'S MOTION TO COMPEL PRODUCTION AND/OR *IN CAMERA* REVIEW OF ALLEGEDLY NON-PRIVILEGED COMMUNICATIONS OF PARALEGALS MGA'S CROSS MOTION FOR A PROTECTIVE ORDER **[PUBLIC REDACTED VERSION]**;

6. DECLARATION OF ISAAC LARIAN IN SUPPORT OF: MGA PARTIES' OPPOSITION TO: (1) MATTEL, INC.'S MOTION TO COMPEL IN CAMERA REVIEW OF ALLEGEDLY NON-LEGAL LARIAN COMMUNICATIONS; AND (2) MATTEL, INC.'S MOTION TO COMPEL PRODUCTION AND/OR IN CAMERA REVIEW OF ALLEGEDLY NON-PRIVILEGED COMMUNICATIONS OF PARALEGALS MGA'S CROSS MOTION FOR A PROTECTIVE ORDER;

7. DECLARATION OF JANICE L. FOTI IN SUPPORT OF MGA PARTIES' OPPOSITION TO: (1) MATTEL, INC.'S MOTION TO COMPEL IN CAMERA REVIEW OF ALLEGEDLY NON-LEGAL LARIAN COMMUNICATIONS; AND (2) MATTEL, INC.'S MOTION TO COMPEL PRODUCTION AND/OR IN CAMERA REVIEW OF ALLEGEDLY NON-PRIVILEGED COMMUNICATIONS OF PARALEGALS; MGA'S CROSS-MOTION FOR A PROTECTIVE ORDER;

| | |
|---|---|
| 8. | DECLARATION OF CYNTHIA A. LOCK IN SUPPORT OF: MGA PARTIES' OPPOSITION TO: (1) MATTEL, INC.'S MOTION TO COMPEL IN CAMERA REVIEW OF ALLEGEDLY NON-LEGAL LARIAN COMMUNICATIONS; AND (2) MATTEL, INC.'S MOTION TO COMPEL PRODUCTION AND/OR IN CAMERA REVIEW OF ALLEGEDLY NON-PRIVILEGED COMMUNICATIONS OF PARALEGALS MGA'S CROSS MOTION FOR A PROTECTIVE ORDER; |
| 9. | EXHIBITS 5, 8 AND 14 TO THE DECLARATION OF DECLARATION OF CYNTHIA A. LOCK IN SUPPORT OF: MGA PARTIES' OPPOSITION TO: (1) MATTEL, INC.'S MOTION TO COMPEL IN CAMERA REVIEW OF ALLEGEDLY NON-LEGAL LARIAN COMMUNICATIONS; AND (2) MATTEL, INC.'S MOTION TO COMPEL PRODUCTION AND/OR IN CAMERA REVIEW OF ALLEGEDLY NON-PRIVILEGED COMMUNICATIONS OF PARALEGALS MGA'S CROSS MOTION FOR A PROTECTIVE ORDER |
| 10. | NOTICE OF *IN CAMERA* SUBMISSION OF DECLARATION OF AMY S. PARK IN OPPOSITION TO: (1) MATTEL, INC.'S MOTION TO COMPEL IN CAMERA REVIEW OF ALLEGEDLY NON-LEGAL LARIAN COMMUNICATIONS; AND (2) MATTEL, INC.'S MOTION TO COMPEL PRODUCTION AND/OR *IN CAMERA* REVIEW OF ALLEGEDLY NON-PRIVILEGED COMMUNICATIONS OF PARALEGALS; MGA'S CROSS-MOTION FOR A PROTECTIVE ORDER |
| 11. | [PROPOSED] ORDER RE PROTECTIVE ORDER REFRAINING MATTEL FROM SEEKING RE-REVIEW OF THE DOCUMENTS AND REQUIRING MATTEL TO SERVE A SINGLE NON-DUPLICATIVE LIST; **AND** |
| 12. | [PROPOSED] ORDER GRANTING MGA'S CROSS-MOTION FOR PROTECTIVE ORDER |

by hand-delivering true and correct copies of those documents to:

**Michael Zeller, Esq.**
**Dylan Proctor, Esq.**
**Jon Corey, Esq.**
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 4, 2009, at Los Angeles, California.

_____
Jeffrey Lopez
USA Network, Inc.