MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1-415-773-5700
Facsimile: +1-415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: +1-213-629-2020
Facsimile: +1-213-612-2499

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx).<br>Consolidated with: Case No. CV 04-9059 and Case No. CV 05-2727<br><br>**DISCOVERY MATTER**<br>[To Be Heard by Discovery Master Robert O'Brien]<br><br>**PROOF OF SERVICE VIA E-MAIL** |

PROOF OF SERVICE

**PROOF OF SERVICE BY E-MAIL TO COUNSEL**

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, 1000 Marsh Road, Menlo Park, CA 94025. On November 4, 2009, I served the following document(s):

1. NOTICE OF MANUAL FILING;
2. APPLICATION TO FILE UNDER SEAL;
3. [PROPOSED] ORDER RE APPLICATION TO FILE UNDER SEAL;
4. NOTICE OF *IN CAMERA* SUBMISSION OF DECLARATION OF AMY S. PARK IN OPPOSITION TO: (1) MATTEL, INC.'S MOTION TO COMPEL *IN CAMERA* REVIEW OF ALLEGEDLY NON-LEGAL LARIAN COMMUNICATIONS; AND (2) MATTEL, INC.'S MOTION TO COMPEL PRODUCTION AND/OR *IN CAMERA* REVIEW OF ALLEGEDLY NON-PRIVILEGED COMMUNICATIONS OF PARALEGALS; MGA'S CROSS-MOTION FOR A PROTECTIVE ORDER;
5. MGA PARTIES' OPPOSITION TO: (1) MATTEL, INC.'S MOTION TO COMPEL *IN CAMERA* REVIEW OF ALLEGEDLY NON-LEGAL LARIAN COMMUNICATIONS; AND (2) MATTEL, INC.'S MOTION TO COMPEL PRODUCTION AND/OR *IN CAMERA* REVIEW OF ALLEGEDLY NON-PRIVILEGED COMMUNICATIONS OF PARALEGALS; MGA'S CROSS-MOTION FOR A PROTECTIVE ORDER [**PUBLIC VERSION**];
6. [PROPOSED] ORDER GRANTING MGA'S CROSS-MOTION FOR PROTECTIVE ORDER;
7. DECLARATION OF ISAAC LARIAN IN SUPPORT OF: MGA PARTIES' OPPOSITION TO: (1) MATTEL, INC.'S MOTION TO COMPEL *IN CAMERA* REVIEW OF ALLEGEDLY NON-LEGAL LARIAN COMMUNICATIONS; AND (2) MATTEL, INC.'S MOTION TO COMPEL PRODUCTION AND/OR *IN CAMERA* REVIEW OF ALLEGEDLY NON-PRIVILEGED COMMUNICATIONS OF PARALEGALS; MGA'S CROSS-MOTION FOR A PROTECTIVE ORDER;
8. DECLARATION OF JANICE L. FOTI IN SUPPORT OF: MGA PARTIES' OPPOSITION TO: (1) MATTEL, INC.'S MOTION TO COMPEL *IN CAMERA* REVIEW OF ALLEGEDLY NON-LEGAL LARIAN COMMUNICATIONS; AND (2) MATTEL, INC.'S MOTION TO COMPEL PRODUCTION AND/OR *IN CAMERA* REVIEW OF ALLEGEDLY NON-PRIVILEGED COMMUNICATIONS OF PARALEGALS; MGA'S CROSS-MOTION FOR A PROTECTIVE ORDER;
9. DECLARATION OF CYNTHIA A. LOCK IN SUPPORT OF: MGA PARTIES' OPPOSITION TO: (1) MATTEL, INC.'S MOTION TO COMPEL *IN CAMERA* REVIEW OF ALLEGEDLY NON-LEGAL LARIAN COMMUNICATIONS; AND (2) MATTEL, INC.'S MOTION TO COMPEL PRODUCTION AND/OR *IN CAMERA* REVIEW OF ALLEGEDLY NON-PRIVILEGED COMMUNICATIONS OF

PARALEGALS; MGA'S CROSS-MOTION FOR A PROTECTIVE ORDER;

10. MGA PARTIES' OPPOSITION TO: (1) MATTEL, INC.'S MOTION TO COMPEL *IN CAMERA* REVIEW OF ALLEGEDLY NON-LEGAL LARIAN COMMUNICATIONS; AND (2) MATTEL, INC.'S MOTION TO COMPEL PRODUCTION AND/OR *IN CAMERA* REVIEW OF ALLEGEDLY NON-PRIVILEGED COMMUNICATIONS OF PARALEGALS; MGA'S CROSS-MOTION FOR A PROTECTIVE ORDER [CONFIDENTIAL ATTORNEYS' EYES ONLY FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER].

I served copies of said papers on November 4, 2009 by attaching them to an email addressed to:

**Michael Zeller**
michaelzeller@quinnemanuel.com

**Dylan Proctor**
dylanproctor@quinnemanuel.com

**Jon Corey**
joncorey@quinnemanuel.com

**Jason Russell**
jason.russell@skadden.com

**Todd Gordinier**
todd.gordinier@bingham.com

**Peter Villar**
peter.villar@bingham.com

**Mark Overland**
moverland@scheperkim.com

**Alexander Cote**
acote@scheperkim.com

**Robert C. O'Brien, Esq.**
obrien.robert@arentfox.com

**Drew Hansen**
hansen.drew@arentfox.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 5, 2009, at Menlo Park, California.

*Diane Escamilla*
Diane Escamilla