Byron Z. Moldo (SBN 109652)
  bmoldo@ecjlaw.com
David Seror (SBN 67488)
  dseror@ecjlaw.com
Peter A. Davidson (SBN 76194)
  pdavidson@ecjlaw.com
**ERVIN COHEN & JESSUP LLP**
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974
Telephone (310) 273-6333
Facsimile (310) 859-2325

Attorneys for Patrick A. Fraioli, Jr., Monitor

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT 27 2009

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION (SANTA ANA)

| | |
|---|---|
| CARTER BRYANT, an individual,,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS. | CASE NO. CV 04-09049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>and Case No. CV 05-02727<br><br>[Judge David O. Carter]<br><br>**APPLICATION TO FILE UNDER SEAL:**<br><br>**FIFTH INTERIM REPORT OF MONITOR** |

IDOCS:13593.1:957292.1

1  Pursuant to Local Rule 79-5.1, the Monitor hereby respectfully requests that
2  the Court order the following document be filed under seal:

3  **FIFTH INTERIM REPORT OF MONITOR**

4  Good cause exists for filing this document under seal because it contains
5  confidential information regarding MGA Entertainment, Inc. ("MGA"), as well as
6  possible trade secrets which if made public could damage both MGA and the Bratz
7  assets which the Receiver is charged with preserving and protecting. Further, the
8  Court has ordered, pursuant to its August 6, 2009 Order, that Monitor reports are to
9  be filed under seal and designated "Attorneys Eyes Only."

11  DATED: October 26, 2009        ERVIN COHEN & JESSUP LLP

14  BY: /s/ Peter A. Davidson
     PETER A. DAVIDSON
15   ATTORNEYS FOR PATRICK A. FRAIOLI, JR.,
     MONITOR