1 Byron Z. Moldo (SBN 109652)
   bmoldo@ecjlaw.com
2 David Seror (SBN 67488)
   dseror@ecjlaw.com
3 Peter A. Davidson (SBN 76194)
   pdavidson@ecjlaw.com
4 **ERVIN COHEN & JESSUP LLP**
  9401 Wilshire Boulevard, Ninth Floor
5 Beverly Hills, California 90212-2974
  Telephone (310) 273-6333
6 Facsimile (310) 859-2325

7 Attorneys for Patrick A. Fraioli, Jr., Monitor



## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION (SANTA ANA)

| | |
|---|---|
| CARTER BRYANT, an individual,, <br><br> Plaintiff, <br><br> v. <br><br> MATTEL, INC., a Delaware corporation,, <br><br> Defendant. <br><br> AND CONSOLIDATED ACTIONS. | CASE NO. CV 04-09049 DOC (RNBx) <br><br> Consolidated with <br> Case No. CV 04-09059 <br> and Case No. CV 05-02727 <br><br> [Judge David O. Carter] <br><br> **ORDER TO FILE UNDER SEAL** |

IDOCS:13593.1:957283.1

## ORDER

Based on the concurrently filed Application, and good cause appearing for the entry thereof,

1. IT IS HEREBY ORDERED that the Fifth Interim Report of Monitor shall be filed under seal pursuant to Local Rule 79-5.1.

DATED: November 4, 2009

_____
DAVID O. CARTER
UNITED STATES DISTRICT COURT JUDGE