Name & Address:
L. Kieran Kieckhefer (State Bar No. 251978)
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone: 650-614-7400
Facsimile: 650-614-7401

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>PLAINTIFF(S)<br>v.<br>MATTEL, INC., a Delaware Corporation,<br><br>DEFENDANT(S). | CASE NUMBER:<br>CV 04-9049-DOC (RNBx)<br><br>NOTICE OF MANUAL FILING |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**
Exhibit A, B, C, H and K to the Declaration of Warrington Parker III in Support of MGA Parties' Motion for Pre-Trial Conference and for Order Requiring Mattel to File a Rico Case Statement

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☑ Other  See document listed above.

**Reason:**

☑ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☑ Per Court order dated  Aug. 31, 2009 (Docket 6544)

☐ Manual Filing required (*reason*):

| | |
|---|---|
| November 6, 2009 | /s/ L. Kieran Kieckhefer |
| Date | Attorney Name |
| | MGA Parties |
| | Party Represented |

Note:   File one Notice in each case, each time you manually file document(s).

G-92 (03/09)                                                              NOTICE OF MANUAL FILING