1   MELINDA HAAG (State Bar No. 132612)
    mhaag@orrick.com
2   ANNETTE L. HURST (State Bar No. 148738)
    ahurst@orrick.com
3   WARRINGTON S. PARKER III (State Bar No. 148003)
    wparker@orrick.com
4   ORRICK, HERRINGTON & SUTCLIFFE LLP
    The Orrick Building
5   405 Howard Street
    San Francisco, CA  94105-2669
6   Telephone:  (415) 773-5700/Fax: (415) 773-5759

7   WILLIAM A. MOLINSKI (State Bar No. 145186)
    wmolinski@orrick.com
8   ORRICK, HERRINGTON & SUTCLIFFE LLP
    777 South Figueroa Street, Suite 3200
9   Los Angeles, CA  90017
    Telephone:  (213) 629-2020/Fax: (213) 612-2499
10

11  THOMAS S. MCCONVILLE (State Bar No. 155905)
    tmcconville@orrick.com
    ORRICK, HERRINGTON & SUTCLIFFE LLP
12  4 Park Plaza, Suite 1600
    Irvine, CA 92614-2258
13  Telephone: (949) 567-6700/Fax: (949) 567-6710

14  Attorneys for MGA Parties

15              UNITED STATES DISTRICT COURT

16             CENTRAL DISTRICT OF CALIFORNIA

17                  SOUTHERN DIVISION

18

19  CARTER BRYANT, an individual          Case No. CV 04-9049 DOC (RNBx)

                Plaintiff,                **DECLARATION OF ANNETTE L.**
20                                        **HURST IN SUPPORT OF MGA**
                                          **PARTIES' MOTION FOR PRE-**
21  v.                                    **TRIAL CONFERENCE AND FOR**
                                          **ORDER REQUIRING MATTEL TO**
22  MATTEL, INC., a Delaware              **FILE A RICO CASE STATEMENT**
    Corporation
23                                        Date: November 23, 2009
                Defendant.                Time: 8:30 a.m.
24                                        Courtroom: 9D (Hon. David O. Carter)

25  AND CONSOLIDATED ACTIONS.

26

27

28

I, Annette L. Hurst, declare as follows:

1.     I am a partner at the law firm of Orrick, Herrington & Sutcliffe LLP, counsel of record for the MGA Parties in the above-captioned action.  I am a member in good standing of the State Bar of California and am admitted to practice before this Court.  I have personal knowledge of the facts set forth in this declaration unless otherwise expressly stated, in which case it is on information and belief.  If called as a witness, I could and would testify competently to such facts under oath.

2.     Attached hereto as **Exhibit A** is a true and correct copy of my October 8, 2009, letter to John B. Quinn, counsel for Mattel, and Mark E. Overland, counsel for Carlos Gustavo Machado Gomez, requesting a meeting to discuss case management issues, including a RICO Case statement.

3.     Attached hereto as **Exhibit B** is a true and correct copy of an October 21, 2009 email from Michael T. Zeller, counsel for Mattel, responding to my October 8 letter.

4.     Attached hereto as **Exhibit C** is a true and correct copy of my October 21, 2009 email to Mr. Zeller, responding to his email from earlier that day.

5.     Attached hereto as **Exhibit D** is a true and correct copy of an October 27, 2009 letter from Mr. Zeller, responding to my October 21 email.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 2nd day of November, 2009, at San Francisco, California.

_/s Annette L. Hurst_
Annette L. Hurst

HURST DECL. ISO MOTION FOR PRE-TRIAL CONFERENCE
AND ORDER REQUIRING MATTEL RICO CASE STATEMENT
CV 04-9049 DOC (RNBx)