# Exhibit B

**From:** Michael T Zeller [mailto:michaelzeller@quinnemanuel.com]
**Sent:** Wednesday, October 21, 2009 8:49 AM
**To:** Hurst, Annette; John Quinn; 'moverland@scheperkim.com'
**Cc:** Molinski, William; 'acote@scheperkim.com'; Haag, Melinda; McConville, Thomas; Parker, Warrington; 'Jason.Russell@skadden.com'
**Subject:** Re: Phase 2 Proceedings

We, of course, did the 26(f) conference in this case previously, and bifurcation did not and could not change that. If MGA wishes to revisit its prior positions, please send us exactly what MGA is proposing as a discovery plan. We will then be happy to discuss it with our client and, if appropriate, discuss it further with you.