# Exhibit C

**From:** Hurst, Annette
**Sent:** Wednesday, October 21, 2009 2:48 PM
**To:** Michael T Zeller; John Quinn; 'moverland@scheperkim.com'
**Cc:** Molinski, William; 'acote@scheperkim.com'; Haag, Melinda; McConville, Thomas; Parker, Warrington; 'Jason.Russell@skadden.com'
**Subject:** RE: Phase 2 Proceedings

Mike:

As noted in my original letter, there's no trial date in the case. A schedule needs to be set, and there are a host of related issues about which to meet and confer, including all issues specified by Judge Carter's standing orders. A lot of time has passed since the original Rule 26(f) conference and the pleadings have been repeatedly amended. As also noted in my letter (which was copied to you), one thing we all need to try to get on the same page about is to be sure that we have the same view as to which claims remain to be tried in Phase 2, and if we can't, then we need to know there is a disagreement and take appropriate action to get it resolved. Additionally, as set forth in my letter, we wish to meet and confer about our request that Mattel file a RICO case statement.

We are 12 days into the 20 day period for the meet and confer and schedules are tight. Will you please provide dates when you are willing to meet in person with us to discuss these important issues of case management as we have requested? Thank you.

Annette

Exhibit C - Page 5