# Exhibit D

**quinn emanuel** trial lawyers | san francisco

50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700

October 27, 2009

**VIA ELECTRONIC MAIL AND U.S. MAIL**

Annette Hurst, Esq.
Orrick Herrington & Sutcliffe, LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105

Mark E. Overland, Esq.
Scheper Kim & Overland, LLP
601 W. 5th Street, 12th Floor
Los Angeles, CA 90017

Re:  Mattel, Inc. v. MGA Entertainment, et al.

Dear Counsel:

I write further to our ongoing correspondence regarding the MGA Parties' insistence that Mattel's counsel attend a Phase 2 scheduling meeting and that Mattel file and serve a RICO case statement.

As I explained in my e-mail of October 21, the parties participated in the Rule 26(f) conference in this case previously, and bifurcation of the case does not change that. Mattel has requested that the MGA Parties inform us whether they plan to revisit their prior positions, and if so, to provide Mattel with their proposed revisions so that we may consult with Mattel about those proposals. While you responded to some aspects of the email where I raised this request, your email did not address this or otherwise provide the information requested. Please advise when MGA will provide Mattel with its proposal.

Additionally, Mattel does not believe there is any basis for the MGA Parties' demand that Mattel file and serve a RICO Case Statement at this time. While some individual judges may require RICO Case Statements in specific RICO standing orders they have issued, most judges do not, and Judge Carter has not issued such an order in this matter. Moreover, the Ninth Circuit has held that using RICO standing orders to require detailed RICO case statements can run afoul of

**quinn emanuel urquhart oliver & hedges, llp**

LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100
NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100
TOKYO | Akasaka Twin Tower Main Building, 6th Floor, 17-22 Akasaka 2-Chome, Minato-ku, Tokyo 107-0052, Japan | TEL +81-3-5561-1711 FAX +81-3-5561-1712
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom | TEL +44-20-7653-2000 FAX +44-20-7653-2100

Rules 8(a) and 9(b). <u>Wagh v. Metris Direct, Inc.</u>, 363 F.3d 821, 828 (9th Cir. 2003), *overruled on other grounds by* <u>Odom v. Microsoft Corp.</u>, 486 F.3d 541, 551 (9th Cir. 2007)) ("The use of RICO Standing Orders to compel plaintiffs to produce detailed RICO Case Statements . . . can in certain circumstances require far more information from plaintiffs than is required under either Rule 8(a) or 9(b) of the Federal Rules."). A RICO Case Statement seems especially inappropriate here given that Mattel's RICO claims were filed years ago. MGA raised the prospect of a RICO Case Statement at that time and then chose not to pursue the issue; clearly, its goal in pursuing it now, years later, is simply to make work for Mattel, which is inappropriate. If you have authorities that you believe authorize or require a RICO Case Statement, please provide them.

I look forward to hearing from you.


Best regards,

*/s/ Michael T. Zeller*

Michael T. Zeller

07975/3165274.2