MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: (415) 773-5700/Fax: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: (213) 629-2020/Fax: (213) 612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Telephone: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS. | Case No. CV 04-9049 DOC (RNBx)<br><br>**DECLARATION OF WARRINGTON S. PARKER III IN SUPPORT OF MGA PARTIES' MOTION FOR PRE-TRIAL CONFERENCE AND FOR ORDER REQUIRING MATTEL TO FILE A RICO CASE STATEMENT**<br><br>Date: November 23, 2009<br>Time: 8:30 a.m.<br>Courtroom: 9D (Hon. David O. Carter) |

I, Warrington S. Parker III, declare as follows:

1. I am an attorney at the law firm of Orrick, Herrington & Sutcliffe LLP, counsel of record for the MGA Parties in the above-captioned action. I am a member in good standing of the State Bar of California and am admitted to practice before this Court. I have personal knowledge of the facts set forth in this declaration unless otherwise expressly stated, in which case it is on information and belief. If called as a witness, I could and would testify competently to such facts under oath.

2. Based upon my review of the discovery pleadings served in the case and the review of my colleagues for purposes of summarizing discovery pleadings served in the case, Mattel has propounded at least 119 interrogatories, 3212 requests for production, and 4754 requests for admission.

3. On information and belief, the parties have conducted 178 depositions in this matter to date. Of those 178, Mattel has conducted 111, including 70 during the period of time when there was no Phase 2 discovery stay in effect.

4. Based upon my review of transcripts produced by court reporters for depositions taken in this action, Mattel's questions of the following people in the following volumes of their testimony included testimony relevant to Mattel's Phase 2 Counterclaims as indicated. (This is not a complete summary of the entire contents of all issues discussed in the depositions.)

| DEPONENT | DEPOSITION DATE | PHASE 2 MATTERS |
|---|---|---|
| Nana Ashong | 01/28/08 | Misappropriation of trade secrets ("Misappropriation") |
| Schuyler Bacon | 09/27/07 | Misappropriation; RICO; conspiracy |
| Matt Bousquette | 05/17/08 | Misappropriation; RICO & Conspiracy |
| Ronald Brawer | 02/05/08 | Conversion, RICO; Conspiracy |
| Kerri Brode | 08/15/07 | RICO |
| Ana Cabrera | 05/08/08 | RICO; Conspiracy |

- 1 -

| | | |
|---|---|---|
| Jorge Castilla | 10/22/08 | Conversion; Misappropriation; RICO; Conspiracy |
| Nick Contreras | 01/28/08 | Conversion; RICO; Unfair Competition |
| Paula Garcia | 05/24/07 | RICO; Conspiracy; Unfair Competition |
| Paula Garcia | 05/25/07 | Conversion; RICO; Conspiracy; Unfair Competition |
| Kami Bryant-Gillmore | 05/08/08 | RICO; Conspiracy |
| Gustavo Gomez | 10/14/08 | Conversion; Misappropriation; RICO; Conspiracy; Unfair Competition |
| Daphne Gronich | 05/02/08 | Misappropriation; RICO; Conspiracy |
| Rachel Harris | 02/26/08 | RICO; Conspiracy |
| Samir Khare | 09/20/07 | Conversion; RICO; Conspiracy; Unfair Competition |
| Samir Khare | 01/23/08 | Conversion; RICO; Conspiracy; Unfair Competition |
| Samir Khare | 05/14/08 | RICO; Conspiracy |
| Mitchell Kamarck | 01/28/08 | RICO; Conspiracy |
| Fred Kawashima | 06/19/07 | Conversion; Unfair Competition |
| Susana Kuemmerle | 01/28/08 | Conversion; RICO; Conspiracy; Unfair Competition |
| Isaac Larian | 07/18/06 | RICO; Conspiracy; Unfair Competition |
| Farhad Larian | 05/06/08 | RICO; Conspiracy |
| David Laughton | 06/11/08 | RICO |
| Kenneth Lockhart | 06/14/07 | RICO |
| Peter Marlow | 05/02/08 | RICO; Conspiracy; Unfair Competition |
| Peter Marlow | 06/16/08 | RICO; Conspiracy; Unfair Competition |
| Veronica Marlow | 12/28/07 | RICO; Conspiracy; Unfair Competition |
| Beatriz Morales | 04/29/08 | Misappropriation; RICO; Conspiracy; Unfair Competition |
| David Rosenbaum | 01/25/08 | RICO |
| Joe Tiongco | 05/09/08 | RICO |
| Lisa Tonnu | 07/19/07 | RICO |
| Lisa Tonnu | 09/24/07 | RICO |
| Lisa Tonnu | 09/25/07 | RICO |
| Lisa Tonnu | 01/17/08 | RICO |
| Lisa Tonnu | 01/24/08 | RICO |
| Anne Wang | 01/28/08 | RICO |

5. Attached hereto as **Exhibit A** (filed under seal) is a true and correct copy of Discovery Matter Order No. 56, dated September 3, 2009, granting in part and denying in part MGA's Custodial Data Motion and Mattel's Custodial Data Cross-Motion, denying the parties competing request for sanctions in connection with the Custodial Data Motions, and granting in part and denying in part Mattel's Larian Deposition Motion and MGA's Motion to Compel Responses to Phase 2 Interrogatories and Document Requests.

6. Attached hereto as **Exhibit B** (filed under seal) is a true and correct copy of Discovery Matter Order No. 59, dated September 8, 2009, denying Mattel's Motion to Compel Responses to Phase 2 Requests For Production.

7. Attached hereto as **Exhibit C** (filed under seal) is a true and correct copy of Discovery Matter Order No. 71, dated October 15, 2009, granting in part and denying in part MGA's Motion to Compel the Attendance of Mattel, Inc. at 30(b)(6) Deposition; For Protective Order Requiring Advance Designation of 30(b)(6) Witnesses; To De-Designate Document Under Protective Order Related to Subject Matter of Requested 30(b)(6) Testimony; and for Sanctions.

8. Attached hereto as **Exhibit D** is a true and correct copy of the Hon. Judge Snyder's decision in *Barsekian v. First Am. Loanstar Trustee Servs.*, 2009 WL 56893 (C.D. Cal. 2009), which includes Judge Snyder's RICO Case Statement as Exhibit A to the decision.

9. Attached hereto as **Exhibit E** is a true and correct copy of the Standing Order re RICO Case Statement of the Hon. Judge Matz, United States District Court Judge for the Central District of California.

10. Attached hereto as **Exhibit F** is a true and correct copy of Mattel's Responses to MGA De Mexico's Interrogatory Nos. 1-11, containing only objections.

11. Attached hereto as **Exhibit G** is a true and correct copy of Mattel's Responses to MGA Entertainment (HK) Limited's Interrogatory Nos. 1-25,

1 containing only objections.

2     12.    Attached hereto as **Exhibit H** is a true and correct copy of Mattel's Corrected Supplemental Objections and Responses to MGA Entertainment, Inc.'s First Set of Phase 2 Interrogatories.

    13.    Attached hereto as **Exhibit I** is a true and correct copy of Mattel's First Set of Interrogatories (Phase 2).

    14.    Attached hereto as **Exhibit J** is a true and correct copy of the U.S. Court of Appeals for the Ninth Circuit's Notice of Cases Set for Hearing regarding the hearing date for *MGA Entertainment, Inc. v. Mattel, Inc.*

    15.    Attached hereto as **Exhibit K** is a true and correct copy of Mattel's First Supplemental Objections and Responses to Interrogatory Nos. 20-23 and 28.

    16.    Attached hereto as **Exhibit L** is a true and correct copy of an excerpt from the May 23, 2008 Pre-Trial Conference trial transcript.

    17.    Attached hereto as **Exhibit M** is a true and correct copy of an excerpt from the August 31, 2009 Transcript of Proceedings.

    18.    Attached hereto as **Exhibit N** is a true and correct copy of the transcript of Mattel's October 16, 2009 Q3 Earnings Call.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this sixth day of November, 2009, at San Francisco, California.

                    */s Warrington S. Parker III*
                    Warrington S. Parker III

- 4 -
PARKER DECL. ISO MOTION FOR PRE-TRIAL CONFERENCE
AND ORDER REQUIRING MATTEL RICO CASE STATEMENT
CV 04-9049 DOC (RNBx)