```
MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: 1-415-773-5700
Facsimile: 1-415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: 1-213-629-2020
Facsimile: 1-213-612-2499

Attorneys for MGA Parties
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | Case No. CV 04-9049-DOC (RNBx) |
| Plaintiff, | Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727 |
| v. | |
| MATTEL, INC., a Delaware corporation, | [PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL |
| Defendant. | |
| | Judge: Hon. David O. Carter |
| AND CONSOLIDATED ACTIONS | |

1  The Court, having considered MGA Parties' application for an order to file
2  under seal, and having found good cause to do so, HEREBY ORDERS that said
3  application is GRANTED in its entirety.
4  The Clerk shall maintain under Seal the following document(s):

**MGA'S REPLY IN SUPPORT OF MOTION TO COMPEL FURTHER RESPONSES TO MGA'S REQUESTS FOR PRODUCTION OF DOCUMENTS; EXHIBIT A TO THE DECLARATION OF MATTHEW DUBOIS; EXHIBITS B, C, D, E AND G TO THE SUPPLEMENTAL DECLARATION OF DIANA RUTOWSKI**

**It is so ORDERED.**

Dated: October 29, 2009            _____
                                    Hon. David O. Carter