```
 1  MELINDA HAAG (State Bar No. 132612)
    mhaag@orrick.com
 2  ANNETTE L. HURST (State Bar No. 148738)
    ahurst@orrick.com
 3  WARRINGTON S. PARKER III (State Bar No. 148003)
    wparker@orrick.com
 4  ORRICK, HERRINGTON & SUTCLIFFE LLP
    405 Howard Street
 5  San Francisco, CA 94105-2669
    Tel: (415) 773-5700/Fax: (415) 773-5759
 6
    WILLIAM A. MOLINSKI (State Bar No. 145186)
 7  wmolinski@orrick.com
    ORRICK, HERRINGTON & SUTCLIFFE LLP
 8  777 South Figueroa Street, Suite 3200
    Los Angeles, CA 90017
 9  Tel: (213) 629-2020/Fax: (213) 612-2499

10  THOMAS S. MCCONVILLE (State Bar No. 155905)
    tmcconville@orrick.com
11  ORRICK, HERRINGTON & SUTCLIFFE LLP
    4 Park Plaza, Suite 1600
12  Irvine, CA 92614-2258
    Tel: (949) 567-6700/Fax: (949) 567-6710
13
    Attorneys for MGA Parties
14
15              UNITED STATES DISTRICT COURT
16              CENTRAL DISTRICT OF CALIFORNIA
17                    SOUTHERN DIVISION
18  CARTER BRYANT, an individual,     Case No. CV 04-9049-DOC (RNBx)
19        Plaintiff,                  Consolidated with:
                                      No. CV 04-9059
20        v.                          No. CV 05-2727
21  MATTEL, INC., a Delaware          [DISCOVERY MATTER]
    corporation,                      [To be heard by Discovery Master
22                                    Robert C. O'Brien]
          Defendant.
23                                    APPLICATION FOR ORDER TO
                                      FILE UNDER SEAL MGA'S
24  AND CONSOLIDATED ACTIONS          MOTION TO COMPEL
                                      ATTENDANCE AT 30(b)(6)
25                                    DEPOSITION AND FOR
                                      SANCTIONS AND SELECT
26                                    EXHIBITS TO THE DECLARATION
                                      OF WILLIAM A. MOLINSKI IN
27                                    SUPPORT OF THEREOF
28                                    Date:  TBD
```

| | |
|---|---|
| 1 | |
| 2 | Time: TBD<br>Place: Arent Fox LLP<br>555 West Fifth St., 48th Fl.<br>Los Angeles, CA 90013 |
| 3 | |
| 4 | **Phase 2** |
| 5 | Disc. Cut-off   June 1, 2010<br>Pre-trial Conf.: None Set<br>Trial Date:     None Set |
| 6 | |

Pursuant to Civil Local Rule 79-5, Plaintiff and Counter-Defendant MGA Entertainment, Inc. and Counter-Defendants MGA Entertainment HK, Ltd., MGAE de Mexico S.R.L. de C.V., and Isaac Larian ("MGA Parties") hereby submit this application for an order to file under seal the following documents:

1. MGA's Motion to Compel Mattel's Attendance At 30(b)(6) Deposition and For Sanctions;

2. Exhibit 8 to the Declaration of William A. Molinski in Support of MGA's Motion to Compel Mattel's Attendance At 30(b)(6) Deposition and For Sanctions ("Molinski Declaration"), which was designated confidential or contains information that is confidential pursuant to the Protective Order in this case;

3. Exhibit 9 to the Molinski Declaration was designated confidential or contains information that is confidential pursuant to the Protective Order in this case;

4. Exhibit 10 to the Molinski Declaration was designated confidential or contains information that is confidential pursuant to the Protective Order in this case;

5. Exhibit 13 to the Molinski Declaration which was designated confidential or contains information that is confidential pursuant to the Protective Order in this case.

These documents are designated "CONFIDENTIAL" or "CONFIDENTIAL-ATTORNEYS' EYES ONLY" or contain reference to documents so denoted under the January 4, 2005 Stipulated Protective Order entered in this action because they contain or reference information concerning documents designated as such. Accordingly, the above-referenced documents should be filed under seal in order to maintain the confidentiality of the information contained therein and abide by the terms of the Court's order.

For the foregoing reasons, the MGA Parties respectfully request that the

1  Court enter the concurrently filed [Proposed] Order granting this request to file the
2  documents under seal.

4  Dated: October 30, 2009            ORRICK, HERRINGTON & SUTCLIFFE LLP

6                                     By: _____
7                                          William A. Molinski
                                            Attorneys for MGA Parties

CV 04-9049-DOC (RNBx)