```
 1  MELINDA HAAG (State Bar No. 132612)
    mhaag@orrick.com
 2  ANNETTE L. HURST (State Bar No. 148738)
    ahurst@orrick.com
 3  WARRINGTON S. PARKER III (State Bar No. 148003)
    wparker@orrick.com
 4  ORRICK, HERRINGTON & SUTCLIFFE LLP
    The Orrick Building
 5  405 Howard Street
    San Francisco, CA  94105-2669
 6  Tel: (415) 773-5700/Fax:(415) 773-5759

 7  WILLIAM A. MOLINSKI (State Bar No. 145186)
    wmolinski@orrick.com
 8  ORRICK, HERRINGTON & SUTCLIFFE LLP
    777 South Figueroa Street, Suite 3200
 9  Los Angeles, CA  90017
    Tel: (213) 629-2020/Fax: (213) 612-2499

10  THOMAS S. MCCONVILLE (State Bar No. 155905)
    tmcconville@orrick.com
11  ORRICK, HERRINGTON & SUTCLIFFE LLP
    4 Park Plaza, Suite 1600
12  Irvine, CA 92614-2258
    Tel: (949) 567-6700/Fax: (949) 567-6710
13
14  Attorneys for MGA Parties
```

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
OCT 30 2009
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049-DOC (RNBx)<br><br>Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>[PROPOSED] ORDER RE APPLICATION FOR ORDER TO FILE UNDER SEAL MGA'S MOTION TO COMPEL ATTENDANCE AT 30(b)(6) DEPOSITION AND FOR SANCTIONS AND SELECT EXHIBITS TO THE DECLARATION OF WILLIAM A. MOLINSKI IN SUPPORT OF THEREOF<br><br>Judge:   Hon. David O. Carter |

OHS West:260753642.1

[PROPOSED] ORDER RE APPLICATION TO FILE
UNDER SEAL
CV 04-9049 DOC (RNBx)

The Court, having considered the MGA Parties' application for an order to file under seal, and having found good cause to do so, it is HEREBY ORDERED that said application is GRANTED in its entirety.

The Clerk shall maintain under Seal the following documents:

1. **MGA'S MOTION TO COMPEL MATTEL'S ATTENDANCE AT 30(B)(6) DEPOSITION AND FOR SANCTIONS;**

2. **EXHIBIT 8 TO THE DECLARATION OF WILLIAM A. MOLINSKI IN SUPPORT OF MGA'S MOTION TO COMPEL MATTEL'S ATTENDANCE AT 30(B)(6) DEPOSITION AND FOR SANCTIONS ("MOLINSKI DECLARATION"), WHICH WAS DESIGNATED CONFIDENTIAL OR CONTAINS INFORMATION THAT IS CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER IN THIS CASE;**

3. **EXHIBIT 9 TO THE MOLINSKI DECLARATION WAS DESIGNATED CONFIDENTIAL OR CONTAINS INFORMATION THAT IS CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER IN THIS CASE;**

4. **EXHIBIT 10 TO THE MOLINSKI DECLARATION WAS DESIGNATED CONFIDENTIAL OR CONTAINS INFORMATION THAT IS CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER IN THIS CASE;**

5. **EXHIBIT 13 TO THE MOLINSKI DECLARATION WHICH WAS DESIGNATED CONFIDENTIAL OR CONTAINS INFORMATION THAT IS CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER IN THIS CASE.**

**IT IS SO ORDERED.**

Dated: October 30, 2009

_____
Hon. David O. Carter