PETER A. DAVIDSON, SBN 76194
ERVIN COHEN & JESSUP LLP
9401 Wilshire Blvd., 9th Floor
Beverly Hills, CA 90212-2974
T: 310/273-6333 / F: 310/859-2325
E: pdavidson@ecjlaw.com
Attorneys for Patrick J. Fraioli, Jr., Monitor

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>PLAINTIFF(S)<br>v.<br>MATTEL, INC., a Delaware corporation,<br><br>DEFENDANT(S). | CASE NUMBER:<br>CV 04-9049 DOC (RNBx)<br><br>NOTICE OF MANUAL FILING |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**

1. Application to File Under Seal: Report and Recommendations of Monitor Re: June 2009 Profit Accounting Issues;
2. Order to File Under Seal: Report and Recommendations of Monitor Re: June 2009 Profit Accounting Issues; and
3. Report and Recommendations of Monitor Re: June 2009 Profit Accounting Issues; and
4. (Proposed) Order.

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☐ Other

**Reason:**

☑ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☑ Per Court order dated  August 6, 2009

☑ Manual Filing required (*reason*): Pursuant to the Court's August 6, 2009 Order - Monitor Reports are to be filed under seal and designated "Attorneys Eyes Only".

November 6, 2009
Date

ERVIN COHEN & JESSUP LLP

By: /s/ PETER A. DAVIDSON
PETER A. DAVIDSON

Attorneys for Patrick A. Fraioli, Jr., Monitor

Note: File one Notice in each case, each time you manually file document(s).

G-92 (03/09)                                   NOTICE OF MANUAL FILING