1  MELINDA HAAG (State Bar No. 132612)
   mhaag@orrick.com
2  ANNETTE L. HURST (State Bar No. 148738)
   ahurst@orrick.com
3  WARRINGTON S. PARKER III (State Bar No. 148003)
   wparker@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
5  405 Howard Street
   San Francisco, CA 94105-2669
6  Telephone: (415) 773-5700/Fax: (415) 773-5759

7  WILLIAM A. MOLINSKI (State Bar No. 145186)
   wmolinski@orrick.com
8  ORRICK, HERRINGTON & SUTCLIFFE LLP
   777 South Figueroa Street, Suite 3200
9  Los Angeles, CA 90017
   Telephone: (213) 629-2020/Fax: (213) 612-2499
10
   THOMAS S. MCCONVILLE (State Bar No. 155905
11 tmcconville@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
12 4 Park Plaza, Suite 1600
   Irvine, CA 92614-2258
13 Telephone: (949) 567-6700/Fax: (949) 567-6710

14 Attorneys for MGA Parties

15                    UNITED STATES DISTRICT COURT
16                   CENTRAL DISTRICT OF CALIFORNIA
17                         SOUTHERN DIVISION
18

19 | CARTER BRYANT, an individual | Case No. CV 04-9049 DOC (RNBx) |
|---|---|
| Plaintiff, | **[CORRECTED] DECLARATION OF ANNETTE L. HURST IN SUPPORT OF MGA PARTIES' MOTION FOR PRE-TRIAL CONFERENCE AND FOR ORDER REQUIRING MATTEL TO FILE A RICO CASE STATEMENT** |
| v. | |
| MATTEL, INC., a Delaware Corporation | |
| Defendant. | Date: November 30, 2009 Time: 8:30 a.m. Courtroom: 9D (Hon. David O. Carter) |
| AND CONSOLIDATED ACTIONS. | |

1  I, Annette L. Hurst, declare as follows:

2  1. I am a partner at the law firm of Orrick, Herrington & Sutcliffe LLP, counsel of record for the MGA Parties in the above-captioned action. I am a member in good standing of the State Bar of California and am admitted to practice before this Court. I have personal knowledge of the facts set forth in this declaration unless otherwise expressly stated, in which case it is on information and belief. If called as a witness, I could and would testify competently to such facts under oath.

2. Attached hereto as **Exhibit A** is a true and correct copy of my October 8, 2009, letter to John B. Quinn, counsel for Mattel, and Mark E. Overland, counsel for Carlos Gustavo Machado Gomez, requesting a meeting to discuss case management issues, including a RICO Case statement.

3. Attached hereto as **Exhibit B** is a true and correct copy of an October 21, 2009 email from Michael T. Zeller, counsel for Mattel, responding to my October 8 letter.

4. Attached hereto as **Exhibit C** is a true and correct copy of my October 21, 2009 email to Mr. Zeller, responding to his email from earlier that day.

5. Attached hereto as **Exhibit D** is a true and correct copy of an October 27, 2009 letter from Mr. Zeller, responding to my October 21 email.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 2nd day of November, 2009, at San Francisco, California.

*/s Annette L. Hurst*
Annette L. Hurst