# Exhibit A

| | |
|---|---|
| **From:** | Hurst, Annette |
| **Sent:** | Friday, October 09, 2009 10:54 AM |
| **To:** | John Quinn; 'Mark Overland' |
| **Cc:** | michaelzeller@quinnemanuel.com; Molinski, William; Alexander Cote |
| **Subject:** | Phase 2 Proceedings |
| **Attachments:** | 10-9-09 Hurst Ltr to Quinn & Overland.pdf |

Gentlemen:

Please see the attached correspondence requesting a meeting of lead trial counsel regarding the Phase 2 Proceedings.

Sincerely,
Annette Hurst



**ORRICK**

**ANNETTE L. HURST**
*Partner*

**ORRICK, HERRINGTON & SUTCLIFFE LLP**
SAN FRANCISCO

*tel* (415) 773-4585
*fax* (415) 773-5759
ahurst@orrick.com

www.orrick.com

Exhibit A - Page 2



**ORRICK**

ORRICK, HERRINGTON & SUTCLIFFE LLP
THE ORRICK BUILDING
405 HOWARD STREET
SAN FRANCISCO, CALIFORNIA 94105-2669

tel +1-415-773-5700
fax +1-415-773-5759

WWW.ORRICK.COM

October 8, 2009

Annette L. Hurst
(415) 773-4585
ahurst@orrick.com

*VIA ELECTRONIC MAIL*
*VIA FACSIMILE*

John B. Quinn, Esq.
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543

Mark E. Overland, Esq.
SCHEPER KIM & OVERLAND LLP
601 W. 5th Street, 12th Floor
Los Angeles, CA 90017

Re:   Phase 2 Proceedings

Gentlemen:

In light of the recent reassignment of the case to Judge Carter, the MGA Parties hereby request that lead trial counsel for all parties meet in person to discuss the status and scheduling of the Phase 2 Proceedings for trial. We contemplate that the meeting will address the topics ordinarily covered in a Rule 26(f) conference as well as all matters customarily addressed as required by Judge Carter's standing orders. In particular, though without limitation, we also request that Mattel apprise us during the conference which of its claims it believes remain for trial in the Phase 2 Proceedings.

Additionally, the MGA Parties request, and will be prepared to discuss at the conference of counsel, that Mattel file and serve a Rico Case Statement similar to that required in *Barsekian v. First American Loanstar Trustee Servs.*, 2009 WL 56893 (C.D. Cal. 2009) (Snyder, J.) and contemplated by the Federal Judicial Center Manual for Complex Litigation, and as also reflected in the RICO standing order of Judge Howard Matz. The MGA Parties are prepared to make a motion under Rule 16 requiring such a statement. *See Northland Ins. Co. v. Shell Oil Co.*, 930 F. Supp. 1069, 1074 (D. N.J. 1996).

Please let me know your willingness to participate and availability for the requested conference of counsel.

Sincerely yours,

*Annette L. Hurst*

Annette L. Hurst

Exhibit A - Page 3