1   MELINDA HAAG (State Bar No. 132612)
    mhaag@orrick.com
2   ANNETTE L. HURST (State Bar No. 148738)
    ahurst@orrick.com
3   WARRINGTON S. PARKER III (State Bar No. 148003)
    wparker@orrick.com
4   ORRICK, HERRINGTON & SUTCLIFFE LLP
    The Orrick Building
5   405 Howard Street
    San Francisco, CA  94105-2669
6   Telephone:  (415) 773-5700/Fax: (415) 773-5759

7   WILLIAM A. MOLINSKI (State Bar No. 145186)
    wmolinski@orrick.com
8   ORRICK, HERRINGTON & SUTCLIFFE LLP
    777 South Figueroa Street, Suite 3200
9   Los Angeles, CA  90017
    Telephone:  (213) 629-2020/Fax: (213) 612-2499

10

11  THOMAS S. MCCONVILLE (State Bar No. 155905
    tmcconville@orrick.com
    ORRICK, HERRINGTON & SUTCLIFFE LLP
12  4 Park Plaza, Suite 1600
    Irvine, CA 92614-2258
13  Telephone: (949) 567-6700/Fax: (949) 567-6710

14  Attorneys for MGA Parties

15

16                      UNITED STATES DISTRICT COURT

17                     CENTRAL DISTRICT OF CALIFORNIA

18                            SOUTHERN DIVISION

19  CARTER BRYANT, an individual        Case No. CV 04-9049 DOC (RNBx)

20            Plaintiff,                **[CORRECTED] DECLARATION OF WARRINGTON S. PARKER III IN SUPPORT OF MGA PARTIES'**
21  v.                                  **MOTION FOR PRE-TRIAL CONFERENCE AND FOR ORDER**
22  MATTEL, INC., a Delaware            **REQUIRING MATTEL TO FILE A RICO CASE STATEMENT**
    Corporation
23                                      
            Defendant.                  Date: November 30, 2009
24                                      Time: 8:30 a.m.
                                        Courtroom: 9D (Hon. David O. Carter)
25  AND CONSOLIDATED ACTIONS.

26

27

28

1    I, Warrington S. Parker III, declare as follows:

2    1.    I am an attorney at the law firm of Orrick, Herrington & Sutcliffe LLP,

3    counsel of record for the MGA Parties in the above-captioned action.  I am a

4    member in good standing of the State Bar of California and am admitted to practice

5    before this Court.  I have personal knowledge of the facts set forth in this

6    declaration unless otherwise expressly stated, in which case it is on information and

7    belief.  If called as a witness, I could and would testify competently to such facts

8    under oath.

9    2.    Based upon my review of the discovery pleadings served in the case

10    and the review of my colleagues for purposes of summarizing discovery pleadings

11    served in the case, Mattel has propounded at least 119 interrogatories, 3212

12    requests for production, and 4754 requests for admission.

13    3.    On information and belief, the parties have conducted 178 depositions

14    in this matter to date.  Of those 178, Mattel has conducted 111, including 70 during

15    the period of time when there was no Phase 2 discovery stay in effect.

16    4.    Based upon my review of transcripts produced by court reporters for

17    depositions taken in this action, Mattel's questions of the following people in the

18    following volumes of their testimony included testimony relevant to Mattel's Phase

19    2 Counterclaims as indicated.  (This is not a complete summary of the entire

20    contents of all issues discussed in the depositions.)

| DEPONENT | DEPOSITION DATE | PHASE 2 MATTERS |
|---|---|---|
| Nana Ashong | 01/28/08 | Misappropriation of trade secrets ("Misappropriation") |
| Schuyler Bacon | 09/27/07 | Misappropriation; RICO; conspiracy |
| Matt Bousquette | 05/17/08 | Misappropriation; RICO & Conspiracy |
| Ronald Brawer | 02/05/08 | Conversion, RICO; Conspiracy |
| Kerri Brode | 08/15/07 | RICO |
| Ana Cabrera | 05/08/08 | RICO; Conspiracy |

- 1 -

| | | |
|---|---|---|
| Jorge Castilla | 10/22/08 | Conversion; Misappropriation; RICO; Conspiracy |
| Nick Contreras | 01/28/08 | Conversion; RICO; Unfair Competition |
| Paula Garcia | 05/24/07 | RICO; Conspiracy; Unfair Competition |
| Paula Garcia | 05/25/07 | Conversion; RICO; Conspiracy; Unfair Competition |
| Kami Bryant-Gillmore | 05/08/08 | RICO; Conspiracy |
| Gustavo Gomez | 10/14/08 | Conversion; Misappropriation; RICO; Conspiracy; Unfair Competition |
| Daphne Gronich | 05/02/08 | Misappropriation; RICO; Conspiracy |
| Rachel Harris | 02/26/08 | RICO; Conspiracy |
| Samir Khare | 09/20/07 | Conversion; RICO; Conspiracy; Unfair Competition |
| Samir Khare | 01/23/08 | Conversion; RICO; Conspiracy; Unfair Competition |
| Samir Khare | 05/14/08 | RICO; Conspiracy |
| Mitchell Kamarck | 01/28/08 | RICO; Conspiracy |
| Fred Kawashima | 06/19/07 | Conversion; Unfair Competition |
| Susana Kuemmerle | 01/28/08 | Conversion; RICO; Conspiracy; Unfair Competition |
| Isaac Larian | 07/18/06 | RICO; Conspiracy; Unfair Competition |
| Farhad Larian | 05/06/08 | RICO; Conspiracy |
| David Laughton | 06/11/08 | RICO |
| Kenneth Lockhart | 06/14/07 | RICO |
| Peter Marlow | 05/02/08 | RICO; Conspiracy; Unfair Competition |
| Peter Marlow | 06/16/08 | RICO; Conspiracy; Unfair Competition |
| Veronica Marlow | 12/28/07 | RICO; Conspiracy; Unfair Competition |
| Beatriz Morales | 04/29/08 | Misappropriation; RICO; Conspiracy; Unfair Competition |
| David Rosenbaum | 01/25/08 | RICO |
| Joe Tiongco | 05/09/08 | RICO |
| Lisa Tonnu | 07/19/07 | RICO |
| Lisa Tonnu | 09/24/07 | RICO |
| Lisa Tonnu | 09/25/07 | RICO |
| Lisa Tonnu | 01/17/08 | RICO |
| Lisa Tonnu | 01/24/08 | RICO |
| Anne Wang | 01/28/08 | RICO |

[CORRECTED] PARKER DECL. ISO MOTION FOR PRE-TRIAL
CONFERENCE AND RICO CASE STATEMENT
CV 04-9049 DOC (RNBx)

1   5.   Attached hereto as **Exhibit A** (filed under seal) is a true and correct

2   copy of Discovery Matter Order No. 56, dated September 3, 2009, granting in part

3   and denying in part MGA's Custodial Data Motion and Mattel's Custodial Data

4   Cross-Motion, denying the parties competing request for sanctions in connection

5   with the Custodial Data Motions, and granting in part and denying in part Mattel's

6   Larian Deposition Motion and MGA's Motion to Compel Responses to Phase 2

7   Interrogatories and Document Requests.

8   6.   Attached hereto as **Exhibit B** (filed under seal) is a true and correct

9   copy of Discovery Matter Order No. 59, dated September 8, 2009, denying Mattel's

10   Motion to Compel Responses to Phase 2 Requests For Production.

11   7.   Attached hereto as **Exhibit C** (filed under seal) is a true and correct

12   copy of Discovery Matter Order No. 71, dated October 15, 2009, granting in part

13   and denying in part MGA's Motion to Compel the Attendance of Mattel, Inc. at

14   30(b)(6) Deposition; For Protective Order Requiring Advance Designation of

15   30(b)(6) Witnesses; To De-Designate Document Under Protective Order Related to

16   Subject Matter of Requested 30(b)(6) Testimony; and for Sanctions.

17   8.   Attached hereto as **Exhibit D** is a true and correct copy of the Hon.

18   Judge Snyder's decision in *Barsekian v. First Am. Loanstar Trustee Servs.*, 2009

19   WL 56893 (C.D. Cal. 2009), which includes Judge Snyder's RICO Case Statement

20   as Exhibit A to the decision.

21   9.   Attached hereto as **Exhibit E** is a true and correct copy of the Standing

22   Order re RICO Case Statement of the Hon. Judge Matz, United States District

23   Court Judge for the Central District of California.

24   10.   Attached hereto as **Exhibit F** is a true and correct copy of Mattel's

25   Responses to MGA De Mexico's Interrogatory Nos. 1-11, containing only

26   objections.

27   11.   Attached hereto as **Exhibit G** is a true and correct copy of Mattel's

28   Responses to MGA Entertainment (HK) Limited's Interrogatory Nos. 1-25,

1    containing only objections.

2         12.    Attached hereto as **Exhibit H** (filed under seal) is a true and correct

3    copy of Mattel's Corrected Supplemental Objections and Responses to MGA

4    Entertainment, Inc.'s First Set of Phase 2 Interrogatories.

5         13.    Attached hereto as **Exhibit I** is a true and correct copy of Mattel's

6    First Set of Interrogatories (Phase 2).

7         14.    Attached hereto as **Exhibit J** is a true and correct copy of the U.S.

8    Court of Appeals for the Ninth Circuit's Notice of Cases Set for Hearing regarding

9    the hearing date for *MGA Entertainment, Inc. v. Mattel, Inc.*

10        15.    Attached hereto as **Exhibit K** (filed under seal) is a true and correct

11   copy of Mattel's First Supplemental Objections and Responses to Interrogatory

12   Nos. 20-23 and 28.

13        16.    Attached hereto as **Exhibit L** is a true and correct copy of an excerpt

14   from the May 23, 2008 Pre-Trial Conference trial transcript.

15        17.    Attached hereto as **Exhibit M** is a true and correct copy of an excerpt

16   from the August 31, 2009 Transcript of Proceedings.

17        18.    Attached hereto as **Exhibit N** is a true and correct copy of the

18   transcript of Mattel's October 16, 2009 Q3 Earnings Call.

19        I declare under penalty of perjury under the laws of the United States of

20   America that the foregoing is true and correct.

21        Executed this sixth day of November, 2009, at San Francisco, California.

22

23                                    */s Warrington S. Parker III*
                                        Warrington S. Parker III

24

25

26

27

28

- 4 -