MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA  94105-2669
Tel: (415) 773-5700/Fax: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA  90017
Tel. (213) 629-2020/Fax: (213) 612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No.  CV 04-09049-DOC (RNBx)<br><br>**[CORRECTED] [PROPOSED] ORDER GRANTING MOTION FOR TRIAL SETTING CONFERENCE AND FOR ORDER REQUIRING MATTEL TO FILE A RICO CASE STATEMENT**<br><br>Date:  November 30, 2009<br>Time:  8:30 a.m.<br>Courtroom:  9D (Hon. David O. Carter) |

**[PROPOSED] ORDER**

The Court, having considered MGA's Motion for Trial Setting Conference and for Order Requiring Mattel to File a RICO Case Statement, and having found good cause appearing, it is HEREBY ORDERED that:

    1. A Rule 16 trial setting conference will take place on _____, 2009 at \_\_:\_\_\_\_\_.

    2. The parties will meet in person no less than 14 days prior to the conference to prepare a joint statement addressing the issues set forth in Rule 26(f), the Court's standing orders, and any other issues either party believes should be addressed in connection with a Rule 16 conference.

    3. Mattel will file and serve a RICO Case Statement no later than 10 days prior to the conference.

It is so ORDERED.

Dated: _____, 2009

Hon. David O. Carter
United States District Court Judge