MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105-2669
Tel: (415) 773-5700/Fax: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Tel: (213) 629-2020/Fax: (213) 612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049-DOC (RNBx)<br><br>Consolidated with:<br>No. CV 04-9059<br>No. CV 05-2727<br><br>[DISCOVERY MATTER]<br>[To be heard by Discovery Master Robert C. O'Brien]<br><br>**APPLICATION FOR ORDER TO FILE UNDER SEAL MGA'S OPPOSITION TO MATTEL, INC.'S MOTION TO ENFORCE, TO COMPEL AND FOR SANCTIONS RE: THE MGA DEFENDANTS' AFFIRMATIVE DEFENSES AND SELECT EXHIBITS TO THE DECLARATION OF WILLIAM A. MOLINSKI IN SUPPORT OF THEREOF** |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Date:    TBD
Time:    TBD
Place:   Arent Fox LLP
           555 West Fifth St., 48th Fl.
           Los Angeles, CA 90013

**Phase 2**

Disc. Cut-off    June 1, 2010
Pre-trial Conf.:  None Set
Trial Date:      None Set

Pursuant to Civil Local Rule 79-5, Plaintiff and Counter-Defendant MGA Entertainment, Inc. and Counter-Defendants MGA Entertainment HK, Ltd., MGAE de Mexico S.R.L. de C.V., and Isaac Larian ("MGA Parties") hereby submit this application for an order to file under seal the following documents:

1. MGA's Opposition to Mattel Inc.'s Motion to Enforce, To Compel, and For Sanctions Re: The MGA Defendants' Affirmative Defenses;

2. Exhibit C to the Declaration of William A. Molinski in Support of the MGA Parties' Opposition to Mattel Inc.'s Motion to Enforce, To Compel, and For Sanctions Re: The MGA Defendants' Affirmative Defenses ("Molinski Declaration"), which is MGA's Response to Mattel, Inc.'s Supplemental Affirmative Defense Interrogatory and was designated confidential pursuant to the Protective Order in this case;

3. Exhibit E to the Molinski Declaration, which is MGA's Supplemental Response to Mattel, Inc.'s Supplemental Affirmative Defense Interrogatory and was designated confidential pursuant to the Protective Order in this case;

4. Exhibit F to the Molinski Declaration, which is Mattel's Third Amended Answer and Counterclaim and was designated confidential pursuant to the Protective Order in this case;

5. Exhibit G to the Molinski Declaration, which is MGA's Answer and Affirmative Defenses to Mattel, Inc.'s Third Amended Answer and Counterclaims and was designated confidential pursuant to the Protective Order in this case;

6. Exhibit I to the Molinski Declaration, which is MGA's Supplemental Response To Mattel, Inc.'s Supplemental Affirmative Defense Interrogatory (the "August 31, 2009

| | | |
|---|---|---|
| 1 | | Supplemental Response") and was designated confidential |
| 2 | | pursuant to the Protective Order in this case; |
| 3 | 7. | Exhibit P to the Molinski Declaration, which is Mattel, Inc.'s |
| 4 | | Second Supplemental Objections and Responses To MGA |
| 5 | | Entertainment, Inc.'s Second Set of Interrogatory Nos. 20-23 |
| 6 | | and 28 and was designated confidential pursuant to the |
| 7 | | Protective Order in this case; |
| 8 | 8. | Exhibit Q to the Molinski Declaration, which is Mattel, Inc's |
| 9 | | Opposition To MGAE de Mexico's and MGA Entertainment |
| 10 | | (HK) Ltd.'s Motion To Compel Responses To Interrogatories |
| 11 | | and was designated confidential pursuant to the Protective Order |
| 12 | | in this case; |
| 13 | 9. | Exhibit R to the Molinski Declaration, which is the Discovery |
| 14 | | Master's Order No. 46, regarding: (1) Motion for Limited |
| 15 | | Reconsideration of Order No. 33; (2) Motion for Protective |
| 16 | | Order; and (3) Motion to Compel Responses to Phase 2 |
| 17 | | Interrogatories and was designated confidential pursuant to the |
| 18 | | Protective Order in this case; |
| 19 | 10. | Exhibit S to the Molinski Declaration, which is MGAE de |
| 20 | | Mexico's and MGA Entertainment HK, Ltd.'s Motion to |
| 21 | | Compel Responses to MGAE de Mexico's Interrogatory Nos. 1- |
| 22 | | 11 and MGA Entertainment HK's Interrogatory Nos. 1-25 and |
| 23 | | was designated confidential pursuant to the Protective Order in |
| 24 | | this case; and |
| 25 | /// | |
| 26 | /// | |
| 27 | /// | |
| 28 | /// | |

11. Exhibit T to the Molinski Declaration, which is MGA's Response To Mattel, Inc.'s Amended Supplemental Interrogatory Regarding Defendants' Affirmative Defenses and was designated confidential pursuant to the Protective Order in this case.

These documents are designated "CONFIDENTIAL" or "CONFIDENTIAL-ATTORNEYS' EYES ONLY" or contain reference to documents so denoted under the January 4, 2005 Stipulated Protective Order entered in this action because they contain or reference information concerning documents designated as such. Accordingly, the above-referenced documents should be filed under seal in order to maintain the confidentiality of the information contained therein and abide by the terms of the Court's order.

For the foregoing reasons, the MGA Parties respectfully request that the Court enter the concurrently filed [Proposed] Order granting this request to file the documents under seal.

Dated: October 27, 2009         ORRICK, HERRINGTON & SUTCLIFFE LLP

                                By: /s/ William A. Molinski
                                    William A. Molinski
                                    Attorneys for MGA Parties