MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Tel: (415) 773-5700/Fax:(415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Tel: (213) 629-2020/Fax: (213) 612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049-DOC (RNBx)<br><br>Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>[PROPOSED] ORDER RE APPLICATION TO FILE UNDER SEAL MGA'S OPPOSITION TO MATTEL, INC.'S MOTION TO ENFORCE, TO COMPEL AND FOR SANCTIONS RE: THE MGA DEFENDANTS' AFFIRMATIVE DEFENSES AND SELECT EXHIBITS TO THE DECLARATION OF WILLIAM A. MOLINSKI IN SUPPORT THEREOF<br><br>Judge: Hon. David O. Carter |

The Court, having considered the MGA Parties' application for an order to file under seal, and having found good cause to do so, it is HEREBY ORDERED that said application is GRANTED in its entirety.

The Clerk shall maintain under Seal the following documents:

1. **MGA'S OPPOSITION TO MATTEL INC.'S MOTION TO ENFORCE, TO COMPEL, AND FOR SANCTIONS RE: THE MGA DEFENDANTS' AFFIRMATIVE DEFENSES;**

2. **EXHIBIT C TO THE DECLARATION OF WILLIAM A. MOLINSKI IN SUPPORT OF THE MGA PARTIES' OPPOSITION TO MATTEL INC.'S MOTION TO ENFORCE, TO COMPEL, AND FOR SANCTIONS RE: THE MGA DEFENDANTS' AFFIRMATIVE DEFENSES ("MOLINSKI DECLARATION"), WHICH IS MGA'S RESPONSE TO MATTEL, INC.'S SUPPLEMENTAL AFFIRMATIVE DEFENSE INTERROGATORY AND WAS DESIGNATED CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER IN THIS CASE;**

3. **EXHIBIT E TO THE MOLINSKI DECLARATION, WHICH IS MGA'S SUPPLEMENTAL RESPONSE TO MATTEL, INC.'S SUPPLEMENTAL AFFIRMATIVE DEFENSE INTERROGATORY AND WAS DESIGNATED CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER IN THIS CASE;**

4. **EXHIBIT F TO THE MOLINSKI DECLARATION, WHICH IS MATTEL'S THIRD AMENDED ANSWER AND COUNTERCLAIM AND WAS DESIGNATED CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER IN THIS CASE;**

5. **EXHIBIT G TO THE MOLINSKI DECLARATION, WHICH IS MGA'S ANSWER AND AFFIRMATIVE DEFENSES TO MATTEL, INC.'S THIRD AMENDED ANSWER AND COUNTERCLAIMS AND WAS DESIGNATED CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER IN THIS CASE;**

6. EXHIBIT I TO THE MOLINSKI DECLARATION, WHICH IS MGA'S SUPPLEMENTAL RESPONSE TO MATTEL, INC.'S SUPPLEMENTAL AFFIRMATIVE DEFENSE INTERROGATORY (THE "AUGUST 31, 2009 SUPPLEMENTAL RESPONSE") AND WAS DESIGNATED CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER IN THIS CASE;

7. EXHIBIT P TO THE MOLINSKI DECLARATION, WHICH IS MATTEL, INC.'S SECOND SUPPLEMENTAL OBJECTIONS AND RESPONSES TO MGA ENTERTAINMENT, INC.'S SECOND SET OF INTERROGATORY NOS. 20-23 AND 28 AND WAS DESIGNATED CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER IN THIS CASE;

8. EXHIBIT Q TO THE MOLINSKI DECLARATION, WHICH IS MATTEL, INC'S OPPOSITION TO MGAE DE MEXICO'S AND MGA ENTERTAINMENT (HK) LTD.'S MOTION TO COMPEL RESPONSES TO INTERROGATORIES AND WAS DESIGNATED CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER IN THIS CASE;

9. EXHIBIT R TO THE MOLINSKI DECLARATION, WHICH IS THE DISCOVERY MASTER'S ORDER NO. 46, REGARDING: (1) MOTION FOR LIMITED RECONSIDERATION OF ORDER NO. 33; (2) MOTION FOR PROTECTIVE ORDER; AND (3) MOTION TO COMPEL RESPONSES TO PHASE 2 INTERROGATORIES AND WAS DESIGNATED CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER IN THIS CASE;

10. EXHIBIT S TO THE MOLINSKI DECLARATION, WHICH IS MGAE DE MEXICO'S AND MGA ENTERTAINMENT HK, LTD.'S MOTION TO COMPEL RESPONSES TO MGAE DE MEXICO'S INTERROGATORY NOS. 1-11 AND MGA ENTERTAINMENT HK'S INTERROGATORY NOS. 1-25 AND WAS DESIGNATED CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER IN THIS CASE; AND

OHS West:260751239.1

[PROPOSED] ORDER RE APPLICATION TO FILE UNDER SEAL
CV 04-9049 DOC (RNBx))

11. **EXHIBIT T TO THE MOLINSKI DECLARATION, WHICH IS MGA'S RESPONSE TO MATTEL, INC.'S AMENDED SUPPLEMENTAL INTERROGATORY REGARDING DEFENDANTS' AFFIRMATIVE DEFENSES AND WAS DESIGNATED CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER IN THIS CASE.**

**IT IS SO ORDERED.**

Dated: *October 27*, 2009

*David O. Carter*
Hon. David O. Carter