```
 1 | MELINDA HAAG (State Bar No. 132612)
   | mhaag@orrick.com
 2 | ANNETTE L. HURST (State Bar No. 148738)
   | ahurst@orrick.com
 3 | WARRINGTON S. PARKER III (State Bar No. 148003)
   | wparker@orrick.com
 4 | ORRICK, HERRINGTON & SUTCLIFFE LLP
   | The Orrick Building
 5 | 405 Howard Street
   | San Francisco, CA  94105-2669
 6 | Tel: (415) 773-5700/Fax:(415) 773-5759
 7 | WILLIAM A. MOLINSKI (State Bar No. 145186)
   | wmolinski@orrick.com
 8 | ORRICK, HERRINGTON & SUTCLIFFE LLP
   | 777 South Figueroa Street, Suite 3200
 9 | Los Angeles, CA  90017
   | Tel. (213) 629-2020/Fax: (213) 612-2499
10 |
11 | THOMAS S. MCCONVILLE (State Bar No. 155905)
   | tmcconville@orrick.com
12 | ORRICK, HERRINGTON & SUTCLIFFE LLP
   | 4 Park Plaza, Suite 1600
13 | Irvine, CA 92614-2258
   | Tel: (949) 567-6700/Fax: (949) 567-6710
14 | Attorneys for MGA Parties
```

**ORIGINAL**

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
NOV - 4 2009
CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

LODGED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>    Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No.  CV 04-9049-DOC (RNBx)<br><br>Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>[~~PROPOSED~~] ORDER RE APPLICATION TO FILE UNDER SEAL<br><br>Judge:   Hon. David O. Carter |

1  The Court, having considered MGA Parties' application for an order to file
2  under seal, and having found good cause to do so, it is HEREBY ORDERED that
3  said application is GRANTED in its entirety.
4  The Clerk shall maintain under Seal the following documents:

5  1. MGA PARTIES' OPPOSITION TO: (1) MATTEL, INC.'S MOTION TO COMPEL *IN CAMERA* REVIEW OF ALLEGEDLY NON-LEGAL LARIAN COMMUNICATIONS; (2) MATTEL, INC.'S MOTION TO COMPEL PRODUCTION AND/OR *IN CAMERA* REVIEW OF ALLEGEDLY NON-PRIVILEGED COMMUNICATIONS OF PARALEGALS; AND MGA'S CROSS-MOTION FOR A PROTECTIVE ORDER

2. EXHIBITS 5, 8 AND 14 TO THE DECLARATION OF CYNTHIA A. LOCK IN SUPPORT OF MGA PARTIES' OPPOSITION TO: (1) MATTEL, INC.'S MOTION TO COMPEL *IN CAMERA* REVIEW OF ALLEGEDLY NON-LEGAL LARIAN COMMUNICATIONS; (2) MATTEL, INC.'S MOTION TO COMPEL PRODUCTION AND/OR *IN CAMERA* REVIEW OF ALLEGEDLY NON-PRIVILEGED COMMUNICATIONS OF PARALEGALS; AND MGA'S CROSS-MOTION FOR A PROTECTIVE ORDER

**It IS SO ORDERED.**

Dated: NOVEMBER 4, 2009

_____
Hon. David O. Carter

- 1 -

[PROPOSED] ORDER RE APPLICATION TO FILE UNDER SEAL
CV 04-9049 DOC (RNBx)