```
Name & Address:
Quinn Emanuel Urquhart Oliver & Hedges LLP
John B. Quinn (SBN 090378)
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mattel, Inc., a Delaware corporation | CASE NUMBER: CV 04-9049 DOC (RNBx) |
| PLAINTIFF(S) v. | |
| MGA Entertainment, Inc., a California corporation, et al. | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
Opposition to MGA Entertainment, Inc.'s Motion to Confirm or Compel Compliance with the Discovery Master's 5/22/07 Order; Response to Separate Statement; Robert Dart Declaration in Support of Opposition; Application to File Under Seal; Proposed Order

**Document Description:**

- [ ] Administrative Record
- [X] Exhibits
- [ ] Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Rule 79-5.4. Documents to be excluded, (h)]
- [ ] Other

**Reason:**

- [X] Under Seal
- [ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- [ ] Electronic versions are not available to filer
- [X] Per Court order dated  January 4, 2005
- [ ] Manual Filing required (*reason*):

```
November 6, 2009                      James J. Webster
Date                                  Attorney Name

                                      Mattel, Inc.
                                      Party Represented
```

Note: File one Notice in each case, each time you manually file document(s).