1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
    John B. Quinn (Bar No. 090378)
2   (johnquinn@quinnemanuel.com)
    Michael T. Zeller (Bar No. 196417)
3   (michaelzeller@quinnemanuel.com)
    Jon D. Corey (Bar No. 185066)
4   (joncorey@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
6  Facsimile: (213) 443-3100

7  Attorneys for Mattel, Inc.

8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA
10             SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>[To Be Heard By Discovery Master Robert O'Brien]<br><br>**[PUBLIC REDACTED] MATTEL, INC.'S RESPONSE TO MGA ENTERTAINMENT INC.'S SEPARATE STATEMENT IN SUPPORT OF MGA's MOTION TO CONFIRM OR COMPEL COMPLIANCE WITH THE DISCOVERY MASTER'S MAY 22, 2007 ORDER COMPELLING PRODUCTION OF DOCUMENTS AND FOR SANCTIONS**<br><br>Hearing Date: TBD<br>Time: TBD<br>Place: Arent Fox LLP<br>555 West Fifth St.<br>48th Floor<br>Los Angeles, CA 90013<br><br>**Phase 2:**<br>Discovery Cut-off: June 10, 2010<br>Pre-trial Conference: TBD<br>Trial Date: TBD |

00505.07975/3192117.1

Mattel, Inc. respectfully submits this Separate Statement in support of its Opposition to MGA's Motion to Confirm or Compel Compliance with the Discovery Master's May 22, 2007 Order Compelling Production of Documents. This Separate Statement covers MGA's Request Nos. 32, 33, 37, 39, 47, 59-67 and 102 in Case No. CV 04-9049 SGL (RNBx) of the consolidated proceedings (the "Requests at Issue").

**REQUEST FOR PRODUCTION NO. 32 (As Modified by May 22 Order):**

All COMMUNICATIONS between YOU and YOUR sales personnel REFERRING OR RELATING TO any alteration, manipulation or change of displays or retail spacing of MGA's PRODUCTS from June 2001 to the present.

**MGA's FACTUAL AND LEGAL REASONS WHY FURTHER RESPONSE TO SHOULD BE COMPELLED:**

The prior discovery master held that this request seeks "documents relevant to MGA's allegation that 'Mattel merchandisers have been caught tampering with MGA's displays, replacing favorably located MGA merchandise with Mattel merchandise instead.'" Molinski Decl. Ex. C at 13:11-13 (quoting MGA Complaint at ¶ 79). This is an element of MGA's Unfair Competition claim, which will be decided in Phase 2.

**MATTEL'S RESPONSE:**

As Mattel advised MGA prior to its filing of this motion, Mattel produced the non-privileged documents ordered produced in the May 22, 2007 Order that it located after reasonable, good faith searches for such documents.[1] MGA is entitled

---

[REDACTED]

00505.07975/3192117.1

-1-   Case No. CV-04-9049 SGL (RNBx)
[PUBLIC REDACTED] MATTEL'S RESPONSE TO SEPARATE STATEMENT ISO MOTION TO CONFIRM OR COMPEL

to no further relief.[2]

**REQUEST FOR PRODUCTION NO. 33 (As Modified by May 22 Order):**

All COMMUNICATIONS between YOU and any merchandiser REFERRING OR RELATING TO any alteration, manipulation or change of displays or retail spacing of MGA's PRODUCTS from June 2001 to the present.

**MGA's FACTUAL AND LEGAL REASONS WHY FURTHER RESPONSE TO SHOULD BE COMPELLED:**

The prior discovery master held that this request seeks "documents relevant to MGA's allegation that 'Mattel merchandisers have been caught tampering with MGA's displays, replacing favorably located MGA merchandise with Mattel merchandise instead.'" Molinski Decl. Ex. C at 13:11-13 (quoting MGA Complaint at ¶ 79). This is an element of MGA's Unfair Competition claim, which will be decided in Phase 2.

**MATTEL'S RESPONSE:**

As Mattel advised MGA prior to its filing of this motion, Mattel produced the non-privileged documents ordered produced in the May 22, 2007 Order that it located after reasonable, good faith searches for such documents.[3] MGA is entitled to no further relief.[4]

**REQUEST FOR PRODUCTION NO. 37 (As Modified by May 22 Order):**

All COMMUNICATIONS between YOU and the Children's Advertising Review Unit REFERRING OR RELATING TO MGA's advertisements, commercials, amendments to MGA commercials, or MGA's website, including but not limited to restrictions placed or suggested to be placed on any of the foregoing.

---

[2] See May 16, 2007 Order, Exhibit 4 to the Declaration of Robert J. Dart ("Dart Decl.") filed concurrently hereto; April 24, 2008 Order, Dart Decl., Exh. 5.

**MGA's FACTUAL AND LEGAL REASONS WHY FURTHER RESPONSE TO SHOULD BE COMPELLED:**

The prior discovery master held that this request seeks "information relevant to MGA's allegation that Mattel influenced CARU to place restrictions on MGA's advertisements." Molinski Decl. Ex. C at 14:19-20 (paraphrasing MGA Complaint at ¶ 89). This is an element of MGA's Unfair Competition claim, which will be decided in Phase 2.

**MATTEL'S RESPONSE:**

As Mattel advised MGA prior to its filing of this motion, Mattel produced the non-privileged documents ordered produced in the May 22, 2007 Order that it located after reasonable, good faith searches for such documents.[5] MGA is entitled to no further relief.[6]

**REQUEST FOR PRODUCTION NO. 39 (As Modified by May 22 Order):**

All DOCUMENTS supporting YOUR assertion of "MGA's violations of the Children's Advertising Review Unit standards" as set forth in paragraph 80 of YOUR ANSWER.

**MGA's FACTUAL AND LEGAL REASONS WHY FURTHER RESPONSE TO SHOULD BE COMPELLED:**

The prior discovery master held that this request seeks "information relevant to MGA's allegation that Mattel influenced CARU to place restrictions on MGA's advertisements." Molinski Decl. Ex. C at 14:19-20 (paraphrasing MGA Complaint at ¶ 89). This is an element of MGA's Unfair Competition claim, which will be decided in Phase 2.

---

[4] See May 16, 2007 Order, Dart Decl., Exh. 4; April 24, 2008 Order, Dart Decl., Exh. 5.

[6] See May 16, 2007 Order, Dart Decl., Exh. 4; April 24, 2008 Order, Dart Decl., Exh. 5.

00505.07975/3192117.1

-3-   Case No. CV-04-9049 SGL (RNBx)
[PUBLIC REDACTED] MATTEL'S RESPONSE TO SEPARATE STATEMENT ISO MOTION TO CONFIRM OR COMPEL

1 **MATTEL'S RESPONSE:**

2      As Mattel advised MGA prior to its filing of this motion, Mattel produced the
3 non-privileged documents ordered produced in the May 22, 2007 Order that it
4 located after reasonable, good faith searches for such documents.[7]  MGA is entitled
5 to no further relief.[8]

6 **REQUEST FOR PRODUCTION NO. 47 (As Modified by May 22 Order):**

7      All COMMUNICATIONS between MATTEL and any buyers,
8 merchandisers, general merchandise managers or retailers world wide REFERRING
9 OR RELATING TO whether MGA was giving another United States retailer below-
10 market pricing, or whether MGA was discontinuing one of its lines as alleged in
11 paragraph 79 of the COMPLAINT worldwide.

12 **MGA's FACTUAL AND LEGAL REASONS WHY FURTHER RESPONSE**
13 **TO SHOULD BE COMPELLED:**

14      The prior discovery master held that this request seeks "documents relevant to
15 MGA's allegation that Mattel made a false representation to a major United States
16 retailer that MGA was giving another retailer below-market pricing, and falsely told
17 a United Kingdom retailer that MGA was discontinuing a product line." Molinski
18 Decl. at 16:1-4 (paraphrasing MGA Complaint at ¶ 79). This is an element of
19 MGA's Unfair Competition claim, which will be decided in Phase 2.

20 **MATTEL'S RESPONSE:**

21      The May 22, 2007 Order limited this Request to "only Mattel's
22 communications with any buyers, merchandisers, general merchandise managers or
23 retailers <u>about</u> MGA providing below-market pricing or MGA discontinuing a
24 product line." See May 22, 2007 Order at p. 15, Molinski Decl., Exh. C (emphasis

---

[8] See May 16, 2007 Order, Dart Decl., Exh. 4; April 24, 2008 Order, Dart Decl., Exh. 5.

1 | added).

2 | As Mattel advised MGA prior to its filing of this motion, Mattel produced the
3 | non-privileged documents ordered produced in the May 22, 2007 Order that it
4 | located after reasonable, good faith searches for such documents.[9] MGA is entitled
5 | to no further relief.[10]

6 | **REQUEST FOR PRODUCTION NO. 59:**

7 | All DOCUMENTS REFERRING OR RELATING TO any interference with
8 | or inhibition of the licensing or potential licensing of MGA's products (including but
9 | not limited to "BRATZ") world wide or REFERRING OR RELATING TO any
10 | limitations or restrictions on a licensee's ability to purchase, promote, advertise,
11 | develop, design or sell "BRATZ" or other MGA products world wide.

12 | **MGA's FACTUAL AND LEGAL REASONS WHY FURTHER RESPONSE**
13 | **TO SHOULD BE COMPELLED:**

14 | The prior discovery master held that this request seeks "information relevant
15 | to MGA's allegations, including among others, that Mattel 'warned a number of
16 | companies, including the biggest publishing entity in the United Kingdom, not to
17 | license MGA products, or risk retribution,' and that Mattel 'terminated one of its
18 | licensees, apparently in retribution for licensing Bratz.'" Molinski Decl. at 20:17-
19 | 20, (citing MGA's Complaint at ¶ 76). This is an element of MGA's Unfair
20 | Competition claim, which will be decided in Phase 2.

21 | **MATTEL'S RESPONSE:**

22 | As Mattel advised MGA prior to its filing of this motion, Mattel produced the
23 | non-privileged documents ordered produced in the May 22, 2007 Order that it

24 |
25 | _____

26 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
27 | [10] See May 16, 2007 Order, Dart Decl., Exh. 4; April 24, 2008 Order, Dart Decl., Exh. 5.
28 |

00505.07975/3192117.1

-5-

Case No. CV-04-9049 SGL (RNBx)
[PUBLIC REDACTED] MATTEL'S RESPONSE TO SEPARATE STATEMENT ISO MOTION TO CONFIRM OR COMPEL

located after reasonable, good faith searches for such documents.[11]  MGA is entitled to no further relief.[12]

**REQUEST FOR PRODUCTION NO. 60:**

All DOCUMENTS REFERRING OR RELATING TO any third party's licensing or potential licensing of MGA PRODUCTS world wide, or REFERRING OR RELATING TO any licensee's ability.

**MGA's FACTUAL AND LEGAL REASONS WHY FURTHER RESPONSE TO SHOULD BE COMPELLED:**

The prior discovery master held that this request seeks "information relevant to MGA's allegations, including among others, that Mattel 'warned a number of companies, including the biggest publishing entity in the United Kingdom, not to license MGA products, or risk retribution,' and that Mattel 'terminated one of its licensees, apparently in retribution for licensing Bratz.'" Molinski Decl. at 20:17-20, (citing MGA's Complaint at ¶ 76). This is an element of MGA's Unfair Competition claim, which will be decided in Phase 2.

**MATTEL'S RESPONSE:**

As Mattel advised MGA prior to its filing of this motion, Mattel produced the non-privileged documents ordered produced in the May 22, 2007 Order that it located after reasonable, good faith searches for such documents.[13]  MGA is entitled to no further relief.[14]

**REQUEST FOR PRODUCTION NO. 61 (As Modified by May 22 Order):**

---

[12]  See May 16, 2007 Order, Dart Decl., Exh. 4; April 24, 2008 Order, Dart Decl., Exh. 5.

[14]  See May 16, 2007 Order, Dart Decl., Exh. 4; April 24, 2008 Order, Dart Decl., Exh. 5.

1     All COMMUNICATIONS between YOU and any retailer, sales person or merchandiser world wide REFERRING OR RELATING TO the allocation of shelf space, altering of retail displays, or placement of "BRATZ" in retail stores, including but not limited to COMMUNICATIONS concerning the placement of "BRATZ" relative to "MY SCENE" products world wide from June, 2001 to the present.

**MGA's FACTUAL AND LEGAL REASONS WHY FURTHER RESPONSE TO SHOULD BE COMPELLED:**

The prior discovery master held that this request seeks "documents relevant to MGA's allegation that 'Mattel merchandisers have been caught tampering with MGA's displays, replacing favorably located MGA merchandise with Mattel merchandise instead.'" Molinski Decl. Ex. C at 13:11-13 (quoting MGA Complaint at ¶ 79). This is an element of MGA's Unfair Competition claim, which will be decided in Phase 2.

**MATTEL'S RESPONSE:**

As Mattel advised MGA prior to its filing of this motion, Mattel produced the non-privileged documents ordered produced in the May 22, 2007 Order that it located after reasonable, good faith searches for such documents.[15]  MGA is entitled to no further relief.[16]

**REQUEST FOR PRODUCTION NO. 62:**

All DOCUMENTS, including but not limited to COMMUNICATIONS, REFERRING OR RELATING TO any interference with or inhibition of the sales or potential sales of MGA's products (including but not limited to "BRATZ") or REFERRING OR RELATING TO any limitations or restrictions on any retailer's

---

[16]   See May 16, 2007 Order, Dart Decl., Exh. 4; April 24, 2008 Order, Dart Decl., Exh. 5.

ability to purchase, promote, advertise, develop, design or sell "BRATZ" or other MGA products world wide.

### MGA's FACTUAL AND LEGAL REASONS WHY FURTHER RESPONSE TO SHOULD BE COMPELLED:

The prior discovery master held that this request seeks "information relevant to MGA's allegations, including among others, that Mattel 'warned a number of companies, including the biggest publishing entity in the United Kingdom, not to license MGA products, or risk retribution,' and that Mattel 'terminated one of its licensees, apparently in retribution for licensing Bratz.'" Molinski Decl. at 20:17-20, (citing MGA's Complaint at ¶ 76). This is an element of MGA's Unfair Competition claim, which will be decided in Phase 2.

### MATTEL'S RESPONSE:

As Mattel advised MGA prior to its filing of this motion, Mattel produced the non-privileged documents ordered produced in the May 22, 2007 Order that it located after reasonable, good faith searches for such documents.[17]  MGA is entitled to no further relief.[18]

### REQUEST FOR PRODUCTION NO. 63:

All DOCUMENTS, including but not limited to COMMUNICATIONS, REFERRING OR RELATING TO any contracts, licenses or agreements between MATTEL and any third party world wide that place any limitations, prohibitions or restriction on that third party's ability to license, manufacture, promote, distribute or sell any MGA products or to supply materials or services to MGA world wide.

---

[18] See May 16, 2007 Order, Dart Decl., Exh. 4; April 24, 2008 Order, Dart Decl., Exh. 5.

00505.07975/3192117.1

-8-    Case No. CV-04-9049 SGL (RNBx)
[PUBLIC REDACTED] MATTEL'S RESPONSE TO SEPARATE STATEMENT ISO MOTION TO CONFIRM OR COMPEL

**MGA's FACTUAL AND LEGAL REASONS WHY FURTHER RESPONSE TO SHOULD BE COMPELLED:**

The prior discovery master held that this request seeks "information relevant to MGA's allegations, including among others, that Mattel 'warned a number of companies, including the biggest publishing entity in the United Kingdom, not to license MGA products, or risk retribution,' and that Mattel 'terminated one of its licensees, apparently in retribution for licensing Bratz.'" Molinski Decl. at 20:17-20, (citing MGA's Complaint at ¶ 76). This is an element of MGA's Unfair Competition claim, which will be decided in Phase 2.

**MATTEL'S RESPONSE:**

As Mattel advised MGA prior to its filing of this motion, Mattel produced the non-privileged documents ordered produced in the May 22, 2007 Order that it located after reasonable, good faith searches for such documents.[19] MGA is entitled to no further relief.[20]

**REQUEST FOR PRODUCTION NO. 64:**

All DOCUMENTS, including but not limited to COMMUNICATIONS, REFERRING OR RELATING TO any third party's agreement or decision not to license, manufacture, promote, distribute or sell any MGA products, or supply materials or services to MGA world wide.

**MGA's FACTUAL AND LEGAL REASONS WHY FURTHER RESPONSE TO SHOULD BE COMPELLED:**

The prior discovery master held that this request seeks "information relevant to MGA's allegation that Mattel interfered with its business dealings. In particular, MGA has alleged that Mattel 'warned a number of companies, including the biggest

---

[20] See May 16, 2007 Order, Dart Decl., Exh. 4; April 24, 2008 Order, Dart Decl., Exh. 5.

00505.07975/3192117.1

-9-     Case No. CV-04-9049 SGL (RNBx)
[PUBLIC REDACTED] MATTEL'S RESPONSE TO SEPARATE STATEMENT ISO MOTION TO CONFIRM OR COMPEL

publishing entity in the United Kingdom, not to license MGA products, or risk retribution,' and that Mattel 'terminated one of its licensees, apparently in retribution for licensing Bratz.' MGA's requests are reasonably calculated to lead to information relevant to this allegation." Molinski Decl. at 21:23-22:2 (citing MGA's Complaint at ¶ 76). This is an element of MGA's Unfair Competition claim, which will be decided in Phase 2.

**MATTEL'S RESPONSE:**

As Mattel advised MGA prior to its filing of this motion, Mattel produced the non-privileged documents ordered produced in the May 22, 2007 Order that it located after reasonable, good faith searches for such documents.[21] MGA is entitled to no further relief.[22]

**REQUEST FOR PRODUCTION NO. 65:**

All DOCUMENTS, including but not limited to COMMUNICATIONS, REFERRING OR RELATING TO any third party's agreement or decision to limit, restrict, curtail or reduce its license, manufacture, promotion, distribution or sales of any MGA products, or its supply of materials or services to MGA world wide.

**MGA's FACTUAL AND LEGAL REASONS WHY FURTHER RESPONSE TO SHOULD BE COMPELLED:**

The prior discovery master held that this request seeks "information relevant to MGA's allegation that Mattel interfered with its business dealings. In particular, MGA has alleged that Mattel 'warned a number of companies, including the biggest publishing entity in the United Kingdom, not to license MGA products, or risk retribution,' and that Mattel 'terminated one of its licensees, apparently in retribution for licensing Bratz.' MGA's requests are reasonably calculated to lead to information

---

[22] See May 16, 2007 Order, Dart Decl., Exh. 4; April 24, 2008 Order, Dart Decl., Exh. 5.

relevant to this allegation." Molinski Decl. at 21:23-22:2 (citing MGA's Complaint at ¶ 76). This is an element of MGA's Unfair Competition claim, which will be decided in Phase 2.

**MATTEL'S RESPONSE:**

As Mattel advised MGA prior to its filing of this motion, Mattel produced the non-privileged documents ordered produced in the May 22, 2007 Order that it located after reasonable, good faith searches for such documents.[23] MGA is entitled to no further relief.[24]

**REQUEST FOR PRODUCTION NO. 66:**

All DOCUMENTS, including but not limited to COMMUNICATIONS, REFERRING OR RELATING TO any interference with or inhibition of the supply of goods or services, or the potential supply of goods or services, to MGA or REFERRING OR RELATING TO any limitations or restrictions on any supplier's ability to do business with MGA world wide.

**MGA's FACTUAL AND LEGAL REASONS WHY FURTHER RESPONSE TO SHOULD BE COMPELLED:**

The prior discovery master held that this request seeks "information relevant to MGA's allegation that Mattel interfered with its business dealings. In particular, MGA has alleged that Mattel 'warned a number of companies, including the biggest publishing entity in the United Kingdom, not to license MGA products, or risk retribution,' and that Mattel 'terminated one of its licensees, apparently in retribution for licensing Bratz.' MGA's requests are reasonably calculated to lead to information relevant to this allegation." Molinski Decl. at 21:23-22:2 (citing MGA's Complaint

---

[24] See May 16, 2007 Order, Dart Decl., Exh. 4; April 24, 2008 Order, Dart Decl., Exh. 5.

at ¶ 76). This is an element of MGA's Unfair Competition claim, which will be decided in Phase 2.

**MATTEL'S RESPONSE:**

As Mattel advised MGA prior to its filing of this motion, Mattel produced the non-privileged documents ordered produced in the May 22, 2007 Order that it located after reasonable, good faith searches for such documents.[25] MGA is entitled to no further relief.[26]

**REQUEST FOR PRODUCTION NO. 67:**

All DOCUMENTS, including but not limited to COMMUNICATIONS, REFERRING OR RELATING TO any interference with or inhibition of the distribution or potential distribution of MGA's products (including but not limited to "BRATZ") or REFERRING OR RELATING TO any limitations or restrictions on any distributor's ability to purchase, promote, advertise, develop, design, or sell "BRATZ" or other MGA products world wide.

**MGA's FACTUAL AND LEGAL REASONS WHY FURTHER RESPONSE TO SHOULD BE COMPELLED:**

The prior discovery master held that this request seeks "information relevant to MGA's allegation that Mattel interfered with its business dealings. In particular, MGA has alleged that Mattel 'warned a number of companies, including the biggest publishing entity in the United Kingdom, not to license MGA products, or risk retribution,' and that Mattel 'terminated one of its licensees, apparently in retribution for licensing Bratz.' MGA's requests are reasonably calculated to lead to information relevant to this allegation." Molinski Decl. at 21:23-22:2 (citing MGA's Complaint

---

[26] See May 16, 2007 Order, Dart Decl., Exh. 4; April 24, 2008 Order, Dart Decl., Exh. 5.

00505.07975/3192117.1

-12-    Case No. CV-04-9049 SGL (RNBx)
[PUBLIC REDACTED] MATTEL'S RESPONSE TO SEPARATE STATEMENT ISO MOTION TO CONFIRM OR COMPEL

at ¶ 76). This is an element of MGA's Unfair Competition claim, which will be decided in Phase 2.

**MATTEL'S RESPONSE:**

As Mattel advised MGA prior to its filing of this motion, Mattel produced the non-privileged documents ordered produced in the May 22, 2007 Order that it located after reasonable, good faith searches for such documents.[27] MGA is entitled to no further relief.[28]

**REQUEST FOR PRODUCTION NO. 102:**

All COMMUNICATIONS, and all DOCUMENTS REFERRING OR RELATING TO any COMMUNICATIONS, between YOU on the one hand and any employee, officer, director, agent, representative, or counsel for Nickelodeon REFERRING OR RELATING TO MGA, "BRATZ," or Larian.

**MGA's FACTUAL AND LEGAL REASONS WHY FURTHER RESPONSE TO SHOULD BE COMPELLED:**

The prior discovery master held that this request is "relevant in light of MGA's allegation that Mattel was 'instrumental in attempting to keep MGA from participating as a sponsor in the 'Kids' Choice Awards.'" Molinski Decl. at 22:15-17 (citing MGA's Complaint at ¶ 97). This is an element of MGA's Unfair Competition claim, which will be decided in Phase 2.

**MATTEL'S RESPONSE:**

As Mattel advised MGA prior to its filing of this motion, Mattel produced the non-privileged documents ordered produced in the May 22, 2007 Order that it located after reasonable, good faith searches for such documents.[29] MGA is entitled

---

[28] See May 16, 2007 Order, Dart Decl., Exh. 4; April 24, 2008 Order, Dart Decl., Exh. 5.

-13- Case No. CV-04-9049 SGL (RNBx)
[PUBLIC REDACTED] MATTEL'S RESPONSE TO SEPARATE STATEMENT ISO MOTION TO CONFIRM OR COMPEL

1  to no further relief.[30]

2

3  DATED: November 6, 2009           QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

4

5                                    By /s/ James J. Webster

6                                      James J. Webster
                                       Attorneys for Mattel, Inc.
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26  ─────────────────────────

27  [30] See May 16, 2007 Order, Dart Decl., Exh. 4; April 24, 2008 Order, Dart Decl., Exh. 5.

28