1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
    John B. Quinn (Bar No. 090378)
2   (johnquinn@quinnemanuel.com)
    Michael T. Zeller (Bar No. 196417)
3   (michaelzeller@quinnemanuel.com)
    Jon D. Corey (Bar No. 185066)
4   (joncorey@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
6  Facsimile: (213) 443-3100

7  Attorneys for Mattel, Inc.

8                UNITED STATES DISTRICT COURT

9                CENTRAL DISTRICT OF CALIFORNIA

10                    SOUTHERN DIVISION

| | |
|---|---|
| 11  MATTEL, INC., a Delaware corporation, | CASE NO. CV 04-9049 DOC (RNBx) |
| 12          Plaintiff, | Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-2727 |
| 13  vs. | |
| 14  MGA ENTERTAINMENT, INC., a California corporation, et al., | **DISCOVERY MATTER** |
| 15 | **[To Be Heard By Discovery Master Robert C. O'Brien]** |
| 16          Defendant. | NOTICE OF LODGING IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA ENTERTAINMENT, INC.'S MOTION TO CONFIRM OR COMPEL COMPLIANCE WITH THE DISCOVERY MASTER'S MAY 22, 2007 ORDER COMPELLING PRODUCTION OF DOCUMENTS AND FOR SANCTIONS |
| 17  AND CONSOLIDATED ACTIONS | |
| | Hearing Date: TBD<br>Time: TBD<br>Place: Arent Fox LLP<br>555 West Fifth St.<br>48th Floor<br>Los Angeles, CA 90013 |
| | **Phase 2**<br>Discovery Cut-off:   June 1, 2010<br>Pre-trial Conference:  TBD<br>Trial Date:   TBD |

00505.07975/3090746.1

NOTICE OF LODGING

1  TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF
2  RECORD, PLEASE TAKE NOTICE that plaintiff Mattel, Inc. hereby lodges the
3  following document with the Discovery Master in support of its Reply in Support of
4  Mattel, Inc.'s Motion to Amend Protective Order:
5        1. Declaration of James J. Webster in Support of Mattel, Inc.'s
6  Opposition to MGA Parties' Motion to Compel Further Responses to MGA's
7  Request for Production of Documents, dated October 19, 2009.

11  DATED: November 6, 2009    QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By: /s/ Robert J. Dart
Robert J. Dart
Attorneys for Mattel, Inc.

-1-

NOTICE OF LODGING