QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>  Plaintiff,<br><br>  vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>  Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with Case Nos. CV 04-09059 and CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Robert O'Brien]**<br><br>**[PUBLIC REDACTED]** DECLARATION OF ROBERT J. DART IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA ENTERTAINMENT, INC.'S MOTION TO CONFIRM OR COMPEL COMPLIANCE WITH THE DISCOVERY MASTER'S MAY 22, 2007 ORDER COMPELLING PRODUCTION OF DOCUMENTS AND FOR SANCTIONS<br><br>Hearing Date:   TBD<br>Time:   TBD<br>Place:   TBD<br><br>**Phase 2**<br>Discovery Cut-off:   June 1, 2010<br>Pre-trial Conference:   TBD<br>Trial Date:   TBD |

I, Robert J. Dart, declare as follows:

1. I am a member of the bar of the State of California and an associate at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. After receiving MGA's July 28, 2009 letter seeking to meet and confer on approximately 450 Requests for Production, Mattel undertook a review to confirm that it had complied with prior Orders by conducting a reasonable, diligent search and producing all responsive, non-privileged documents it had located.

3. On August 25, 2009, James J. Webster, Esq., received a letter from Diana M. Rutowski, Esq., listing Phase 1 Requests upon which MGA sought to meet and confer. That letter did not articulate the purported relevance of any of the Requests. A true and correct copy of the August 25, 2009 letter from Ms. Rutowski to Mr. Webster is attached hereto as Exhibit 1.

4. As to 42 of the 63 Requests listed in the August 25, 2009 letter, Mattel had already served discovery responses affirmatively stating it had conducted a reasonable, diligent search and produced all the responsive, non-privileged documents it had located. Attached hereto as Exhibit 2 is a true and correct copy of Mattel's Third Supplemental Responses to MGA's First Set of Requests for Production of Documents and Things, dated January 19, 2008.

5. On August 27, 2009, Mr. Webster responded to Ms. Rutowski's letter, informing her of this fact, and requesting that Ms. Rutowski provide a showing of relevance to Phase 2 issues for each of the Requests. A true and correct copy of the August 27, 2009 letter from Mr. Webster to Ms. Rutowski is attached hereto as Exhibit 3.

6. MGA did not respond to the August 27, 2009 letter. Nevertheless, Mattel undertook a review to confirm that it had produced all the non-

1  privileged documents it had located after a diligent, reasonable search which were
2  responsive to the Requests raised in that letter.
3      7.    Mattel determined that it had produced all the non-privileged
4  documents it had located after a diligent, reasonable search which were responsive
5  to the Requests raised in that letter. Specifically, Mattel produced documents
6  responsive to these Requests on August 12, 2004, January 4, 2007, February 23,
7  2007, March 30, 2007, June 15, 2007, August 6, 2007, October 15, 2007, October
8  29, 2007, January 2, 2008, January 14, 2008, and January 23, 2008.
9      8.    Attached hereto as Exhibit 4 is a true and correct copy of prior
10 Discovery Master Infante's Order dated May 16, 2007.
11     9.    Attached hereto as Exhibit 5 is a true and correct copy of prior
12 Discovery Master Infante's Order dated April 24, 2008.
13     10.    Attached hereto as Exhibit 6 is a true and correct copy of Mattel's
14 Opposition to MGA's Motion to Compel Further Responses to MGA's Requests for
15 Production of Documents, dated October 19, 2009.
16     11.    Attached hereto as Exhibit 7 is a true and correct copy of the
17 Order Granting in Part Mattel's Renewed Motion for Reconsideration, dated
18 February 20, 2008.
19     12.    Attached hereto as Exhibit 8 is a true and correct copy of
20 Discovery Matter Order No. 3, dated March 10, 2009.
21
22     I declare under penalty of perjury under the laws of the United States of
23 America that the foregoing is true and correct.
24     Executed this 6th day of November 2009, at Los Angeles, California.
25
26     _____
27     Robert J. Dart
28