QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
Michael T. Zeller (Bar No. 196417)
Jon D. Corey (Bar No. 185066)
Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| MATTEL, INC., a Delaware corporation | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CASE NO. CV 04-9049 DOC (RNBx) |
| v. | |
| MGA ENTERTAINMENT, INC., a California corporation, et. al. | NOTICE OF MANUAL FILING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
Mattel Inc.'s Notice of Motion and Motion Enforce Compliance with Discovery Order No. 52; Declaration of Marshall M. Searcy in Support thereof; Mattel Inc.'s Application to File Under Seal and [Proposed] Order thereon.

**Document Description:**

☐ Administrative Record
☑ Exhibits
☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)
☑ Other

**Reason:**

☑ Under Seal
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☑ Per Court order dated January 4, 2005
☐ Manual Filing required (*reason*):

| November 9, 2009 | /s/ John P. D'Amato, Esq. |
|---|---|
| Date | Attorney Name |
| | Mattel, Inc. |
| | Party Represented |

Note:   File one Notice in each case, each time you manually file document(s).

G-92 (02/07) **NOTICE OF MANUAL FILING**