1  MELINDA HAAG (State Bar No. 132612)
   mhaag@orrick.com
2  ANNETTE L. HURST (State Bar No. 148738)
   ahurst@orrick.com
3  WARRINGTON S. PARKER III (State Bar No. 148003)
   wparker@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
5  405 Howard Street
   San Francisco, CA  94105-2669
6  Tel: (415) 773-5700/Fax:  (415) 773-5759

7

8  WILLIAM A. MOLINSKI (State Bar No. 145186)
   wmolinski@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
9  777 South Figueroa Street, Suite 3200
   Los Angeles, CA  90017
10 Tel. (213) 629-2020/Fax: (213) 612-2499

11 THOMAS S. MCCONVILLE (State Bar No. 155905)
   tmcconville@orrick.com
12 ORRICK, HERRINGTON & SUTCLIFFE LLP
   4 Park Plaza, Suite 1600
13 Irvine, CA 92614-2258
   Tel: (949) 567-6700/Fax: (949) 567-6710
14

15 Attorneys for MGA Parties

16              UNITED STATES DISTRICT COURT

17             CENTRAL DISTRICT OF CALIFORNIA

18                    SOUTHERN DIVISION

19 CARTER BRYANT, an individual,        | Case No.  CV 04-9049-DOC (RNBx)

20           Plaintiff,                 | Consolidated with: Case No. CV 04-9059 and
                                        | Case No. CV 05-2727
21      v.
                                        | **PROOF OF SERVICE BY ELECTRONIC**
22 MATTEL, INC., a Delaware corporation,| **MAIL, AND U.S. MAIL**

23           Defendant.

24 ─────────────────────────────

25 AND CONSOLIDATED ACTIONS

26 ─────────────────────────────

27

28

OHS West:260757591.1                                            PROOF OF SERVICE

## PROOF OF SERVICE BY EMAIL TO COUNSEL

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, The Orrick Building, 405 Howard Street, San Francisco, CA 94105. On November 6, 2009, I served the following document(s):

- [CORRECTED] NOTICE OF MANUAL FILING;
- [CORRECTED] APPLICATION TO FILE UNDER SEAL;
- [CORRECTED] [PROPOSED] ORDER RE APPLICATION TO FILE UNDER SEAL;
- [CORRECTED] NOTICE OF MOTION AND MOTION FOR TRIAL SETTING CONFERENCE AND FOR ORDER REQUIRING MATTEL TO FILE A RICO CASE STATEMENT;
- [CORRECTED] DECLARATION OF ANNETTE L. HURST IN SUPPORT OF MGA PARTIES' MOTION FOR PRE-TRIAL CONFERENCE AND FOR ORDER REQUIRING MATTEL TO FILE A RICO CASE STATEMENT;
- [CORRECTED] DECLARATION OF WARRINGTON S. PARKER III IN SUPPORT OF MGA PARTIES' MOTION FOR PRE-TRIAL CONFERENCE AND FOR ORDER REQUIRING MATTEL TO FILE A RICO CASE STATEMENT; AND
- [CORRECTED] [PROPOSED] ORDER GRANTING MOTION FOR TRIAL SETTING CONFERENCE AND FOR ORDER REQUIRING MATTEL TO FILE A RICO CASE STATEMENT.

I served copies of said papers on November 6, 2009, by attaching them to an email addressed to:

| | |
|---|---|
| **Michael Zeller** michaelzeller@quinnemanuel.com | **Dylan Proctor** dylanproctor@quinnemanuel.com |
| **Jon Corey** joncorey@quinnemanuel.com | **Jason Russell** jason.russell@skadden.com |
| **Mark Overland** moverland@scheperkim.com | **Alexander Cote** acote@scheperkim.com |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 6, 2009, at San Francisco, California.

/s/ Anne Devlin
Anne Devlin

**PROOF OF SERVICE BY MAIL**

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, The Orrick Building, 405 Howard Street, San Francisco, CA 94105. On November 6, 2009, I served the following document(s):

- [CORRECTED] NOTICE OF MANUAL FILING;
- [CORRECTED] APPLICATION TO FILE UNDER SEAL;
- [CORRECTED] [PROPOSED] ORDER RE APPLICATION TO FILE UNDER SEAL;
- [CORRECTED] NOTICE OF MOTION AND MOTION FOR TRIAL SETTING CONFERENCE AND FOR ORDER REQUIRING MATTEL TO FILE A RICO CASE STATEMENT;
- [CORRECTED] DECLARATION OF ANNETTE L. HURST IN SUPPORT OF MGA PARTIES' MOTION FOR PRE-TRIAL CONFERENCE AND FOR ORDER REQUIRING MATTEL TO FILE A RICO CASE STATEMENT;
- [CORRECTED] DECLARATION OF WARRINGTON S. PARKER III IN SUPPORT OF MGA PARTIES' MOTION FOR PRE-TRIAL CONFERENCE AND FOR ORDER REQUIRING MATTEL TO FILE A RICO CASE STATEMENT [PUBLIC VERSION];
- EXHIBITS A, B, C, H AND K TO THE [CORRECTED] DECLARATION OF WARRINGTON S. PARKER III IN SUPPORT OF MGA PARTIES' MOTION FOR PRE-TRIAL CONFERENCE AND FOR ORDER REQUIRING MATTEL TO FILE A RICO CASE STATEMENT; [FILED UNDER SEAL]; AND
- [CORRECTED] [PROPOSED] ORDER GRANTING MOTION FOR TRIAL SETTING CONFERENCE AND FOR ORDER REQUIRING MATTEL TO FILE A RICO CASE STATEMENT;

on the interested parties in this action by placing true and correct copies thereof in sealed envelope(s) addressed as follows:

| | |
|---|---|
| **Jason Russell, Esq.**<br>Skadden Arps Slate Meagher & Flom LLP<br>300 South Grand Avenue<br>Suite 3400<br>Los Angeles, CA 90071 | **Mark Overland, Esq.**<br>**Alexander Cote, Esq.**<br>Scheper Kim & Overland LLP<br>One Bunker Hill<br>601 West Fifth Street, 12th Floor<br>Los Angeles, California 90071 |

I am employed in the county from which the mailing occurred. On the date indicated above, I placed the sealed envelope(s) for collection and mailing at this firm's office

business address indicated above. I am readily familiar with this firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the firm's correspondence would be deposited with the United States Postal Service on this same date with postage thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 6, 2009, at San Francisco, California.

                                    /s/ Anne Devlin
                                      Anne Devlin