MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Tel: (415) 773-5700/Fax: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA  90017
Tel. (213) 629-2020/Fax: (213) 612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No.  CV 04-9049-DOC (RNBx)<br><br>Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>**PROOF OF SERVICE VIA HAND DELIVERY**<br><br>Date:        TBD<br>Time:        TBD<br>Courtroom: TBD<br><br>**Phase 2**<br>Discovery Cutoff:    June 1, 2010<br>Pretrial Conference: None Set<br>Trial Date:  None Set |

## <u>PROOF OF SERVICE BY HAND DELIVERY</u>

I am more than eighteen years old and not a party to this action.  My business address is 800 West First Street, Suite 200-B, Los Angeles, CA  90012

On November 6, 2009, I served the following document(s):

1.   [CORRECTED] NOTICE OF MOTION AND MOTION FOR TRIAL SETTING CONFERENCE AND FOR ORDER REQUIRING MATTEL TO FILE A RICO CASE STATEMENT;

2.   [CORRECTED] DECLARATION OF ANNETTE L. HURST IN SUPPORT OF MGA PARTIES' MOTION FOR PRE-TRIAL CONFERENCE AND FOR ORDER REQUIRING MATTEL TO FILE A RICO CASE STATEMENT;

3.   [CORRECTED] DECLARATION OF WARRINGTON S. PARKER III IN SUPPORT OF MGA PARTIES' MOTION FOR PRE-TRIAL CONFERENCE AND FOR ORDER REQUIRING MATTEL TO FILE A RICO CASE STATEMENT; AND

4.   [CORRECTED] [PROPOSED] ORDER GRANTING MOTION FOR TRIAL SETTING CONFERENCE AND FOR ORDER REQUIRING MATTEL TO FILE A RICO CASE STATEMENT

5.   NOTICE OF MANUAL FILING;

6.   [CORRECTED] APPLICATION TO FILE UNDER SEAL;

7.   [CORRECTED] [PROPOSED] ORDER RE APPLICATION TO FILE UNDER SEAL;

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

- 1 -

1    **8.**    EXHIBITS A, B, C, H AND K TO THE [CORRECTED]
2           DECLARATION OF WARRINGTON S. PARKER III IN SUPPORT
           OF MGA PARTIES' MOTION FOR PRE-TRIAL CONFERENCE
3           AND FOR ORDER REQUIRING MATTEL TO FILE A RICO CASE
           STATEMENT

4    by hand-delivering true and correct copies of those documents to:

5         **Michael Zeller, Esq.**
         **Dylan Proctor, Esq.**
6         **Jon Corey, Esq.**
         Quinn Emanuel Urquhart Oliver & Hedges, LLP
7         865 South Figueroa Street, 10th Floor
         Los Angeles, CA 90017

8         I declare under penalty of perjury that the foregoing is true and correct.

9    Executed on November 6, 2009, at Los Angeles, California.

10

11                                    Edgar Ramirez
                                     USA Network, Inc.