```
 1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
      John B. Quinn (Bar No. 090378)
 2    johnquinn@quinnemanuel.com
      Michael T. Zeller (Bar No. 196417)
 3    (michaelzeller@quinnemanuel.com)
      Jon D. Corey (Bar No. 185066)
 4    (joncorey@quinnemanuel.com)
    865 South Figueroa Street, 10th Floor
 5  Los Angeles, California  90017-2543
    Telephone:  (213) 443-3000
 6  Facsimile:  (213) 443-3100

 7  Attorneys for Mattel, Inc.
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br>**[To Be Heard By Discovery Master Robert O'Brien]**<br><br>[PUBLIC REDACTED] DECLARATION OF MARSHALL M. SEARCY IN SUPPORT OF MATTEL, INC.'S MOTION TO ENFORCE COMPLIANCE WITH DISCOVERY ORDER NO. 52<br><br>[Notice of Motion, Motion and Memorandum of Points and Authorities Filed Concurrently Herewith]<br><br>Date: TBD<br>Time: TBD<br>Place: Arent Fox LLP<br>      555 West Fifth St.<br>      48th Floor<br>      Los Angeles, CA 90013<br><br>Discovery Cut-off: June 11, 2010<br>Pre-trial Conference: TBD<br>Trial Date: TBD |

# DECLARATION OF MARSHALL M. SEARCY III

I, Marshall M. Searcy, III, declare as follows:

1. I am a member of the bar of the State of California and a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Discovery Master's August 26, 2009 Order No. 52 Regarding (a) Mattel's Motion To Compel MGA Mexico to Produce Documents Responsive to First, Second and Third Sets of Phase 1 Requests for Production, (b) Mattel's Motion To Compel MGA Mexico to Produce Documents Responsive to First Set of Phase 2 Requests for Production, and (c) Motion for Issuance of Letters of Request for Vargas and Trueba. In Order No. 52, the Discovery Master ordered MGA Mexico to produce all documents within its possession, custody or control responsive to 318 categories of document requests served by Mattel during Phase I of this action as well as 26 categories of document requests from discovery served by Mattel in Phase II of this action.

3. MGA Mexico produced approximately 188,316 pages of documents on September 16, 2009. [REDACTED]

4. On September 18, 2009, I sent a meet and confer letter to MGA Mexico's counsel, William Molinsky raising this issue. A true and correct copy of that letter is attached hereto as Exhibit 4.

5. Mr. Molinsky responded by letter dated September 23, 2009 stating that "MGA uses an automated archive system that transfers the data to an independent data repository *that is not readily accessible in the ordinary course of business* and, which houses volumes of data not relevant to this litigation," and refused to produce the missing emails. A true and correct copy of that letter is attached hereto as Exhibit 5.

6. On September 24, 2009, Curran Walker and I were on a telephone call with Mr. Molinsky discussing other discovery matters in this case. During that conversation, I told Mr. Molinsky that Mattel was requesting that MGA Mexico meet and confer with Mattel to discuss this issue. Mr. Molinsky indicated that he was not prepared to discuss this issue during that conversation.

7. On September 25, 2009, I sent a letter to Mr. Molinsky again raising this issue and repeating my earlier request that MGA Mexico meet and confer with Mattel to discuss this issue. A true and correct copy of that letter is attached hereto as Exhibit 6.

8. MGA Mexico has not agreed to either supplement its production or to meet and confer on this issue, even though the time to respond as dictated by the Discovery Master Stipulation and Order passed.

9. Attached hereto as Exhibit 7 is a true and correct copy of excerpts of the Deposition Transcript of Kenneth Lockhart, dated June 14, 2007.

10. Mattel has already invested many attorney hours to reviewing the partial e-mails produced by MGA Mexico and preparing this motion. My best estimate is that total amount of attorneys fees incurred by Mattel in reviewing the partial e-mails produced by MGA Mexico and preparing this motion, as well as preparing an anticipated reply brief in support of this motion and attending the

hearing on it will be several times the amount of sanctions requested by Mattel in this Motion: $3,500.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 9th day of November 2009, at Los Angeles, California.

_____
Marshall M. Searcy III

-3-

DECLARATION OF MARSHALL M. SEARCY