**Exhibit 4**

**quinn emanuel** trial lawyers | los angeles
865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL: (213) 443-3000 FAX: (213) 443-3100

September 18, 2009

VIA E-MAIL

William Molinski, Esq.
Orrick, Herrington & Sutcliffe LLP
777 South Figueroa Street
Suite 3200
Los Angeles, CA 90017

Re: Mattel v. MGA

Dear Bill:

I write pursuant to Paragraph 5 of stipulation and order for appointment of a discovery master to request that MGA Mexico meet and confer regarding the supplemental responses it served pursuant to Order No. 52. The responses do not comply with the requirements the Discovery Master set out in Order No. 52 and are inadequate to allow Mattel to assess MGA Mexico's purported "relevance" limitation on its production of documents.

In Order No. 52, the Discovery Master stated that MGA Mexico's attempt to limit its production to "relevant, non-privileged documents" would typically be inappropriate and that the normal remedy would be to order MGA Mexico to produce all responsive documents. The Discovery Master's stated a concern that the limitation would "permit MGA Mexico to produce only what it wants to, and withhold anything it does not." Order No. 52 at 20. Accordingly, the Discovery Master required MGA Mexico to serve detailed supplemental responses to "enable Mattel to evaluate the sufficiency of MGA Mexico's production of documents and determine whether further production is warranted...." Id. In particular, the Discovery Master ordered that "[i]n each of the Supplemental Responses, MGA Mexico shall: (a) explain in detail how it has defined the scope of "relevant" documents being produced in response to the particular Request, (b) cite any facts or allegations of the parties supporting its definition of "relevance," (c) describe, in

quinn emanuel urquhart oliver & hedges, llp
NEW YORK | 51 Madison Avenue, 22nd Floor, New York, NY 10010 | TEL: (212) 849-7000 FAX (212) 849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, CA 94111 | TEL (415) 875-6600 FAX (415) 875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, CA 94065 | TEL (650) 801-5000 FAX (650) 801-5100
CHICAGO | 259 South Wacker Drive, Suite 2300, Chicago, IL 60606 | TEL (312) 463-2961 FAX (312) 463-2962
LONDON | 16 Old Bailey, London EC4M 7EG United Kingdom | TEL +44(0) 20 7653 2000 FAX +44(0) 20 7653 2100
TOKYO | Akasaka Twin Tower Main Bldg., 6th Fl., 17-22 Akasaka 2-Chome, Minato-ku, Tokyo 107-0052 Japan | TEL +81 3 5561-1711 FAX +81 3 5561-1712



EXHIBIT 4
PAGE 325

general terms, the types of documents being produced pursuant to its definition of "relevance," and (d) describe the types of documents excluded from production pursuant to its definition of "relevance." Id. at 20-21.

MGA Mexico's supplemental responses do not comply with any of these requirements. They merely state objections to Mattel's requests and an agreement to produce documents. None of them even attempt to explain how MGA Mexico has defined "relevance," much less "explain in detail" in the manner ordered. No facts or allegations supporting the missing definition are provided, and there are no descriptions of the types of documents produced and the types of documents withheld. MGA Mexico is accordingly in violation of Order No. 52.

Please let me know when within the next five days you are available to discuss MGA Mexico's violation of Order No. 52. If the matter cannot be resolved, Mattel will bring a motion to strike the objections, compel full and complete responses and production of documents and seek sanctions. I look forward to hearing from you.

Very truly yours,

/s/ Marshall M. Searcy III

Marshall M. Searcy III

07975/3108955.1

EXHIBIT 4

PAGE 326

**Exhibit 5**



# ORRICK

ORRICK, HERRINGTON & SUTCLIFFE LLP
777 SOUTH FIGUEROA STREET
SUITE 3200
LOS ANGELES, CALIFORNIA 90017-5855

tel +1-213-629-2020
fax +1-213-612-2499

www.orrick.com

**VIA EMAIL AND U.S. MAIL**

September 23, 2009

William A. Molinski
(213) 612-2256
wmolinski@orrick.com

Marshall M. Searcy III, Esq.
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
865 S. Figueroa St. 10th Floor
Los Angeles, California 90017

Re: MGA v. Mattel, Inc.

Dear Marshall:

I am in receipt of your letters dated September 18, 2009, concerning compliance with Order No. 52. Contrary to your assertions, our supplemental response is in compliance with the Discovery Master's directives. The response informs Mattel of what documents are being produced as relevant and what is not. Where appropriate, it also cites to facts showing why certain information is not relevant. Nonetheless, we are willing to meet and confer with you any time on Friday, September 25, 2009, between 10:00 a.m. – 2:00 p.m. Please let me know what time works for you.

Very truly yours,

William A. Molinski

WAM/mmn

OHS West:260732325.1

**EXHIBIT 5**

**PAGE 327**

# Exhibit 6

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL: (213) 443-3000 FAX: (213) 443-3100

September 25, 2009

<u>VIA E-MAIL</u>

William Molinski, Esq.
Orrick, Herrington & Sutcliffe LLP
777 South Figueroa Street
Suite 3200
Los Angeles, CA 90017

Re:   Mattel v. MGA

Dear Bill:

I write to confirm our meet and confer today regarding the supplemental responses Order No. 52 requires MGA Mexico to submit.

As I explained during our conference, the supplemental responses that MGA Mexico served on September 15 do not comply with Order No. 52. You agreed to supplement these responses within 10 days to comply with Order No. 52's requirement that the responses will "(a) explain in detail how [MGA Mexico] has defined the scope of "relevant" documents being produced in response to the particular Request; (b) cite any facts or allegations of the parties supporting its definition of "relevance"; (c) describe, in general terms, the types of documents being produced pursuant to its definition of "relevance"; and (d) describe the types of documents excluded from production pursuant to its definition of "relevance."

Following up on the letter I sent to you yesterday, I asked whether MGA Mexico would reconsider its position and produce complete versions of certain emails in its September 15 production. I also asked whether MGA Mexico would provide us with copies of those documents that it has identified as being previously produced, but which Mattel has never received. You indicated that you were not prepared to discuss either of these topics.

quinn emanuel urquhart oliver & hedges, llp

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, NY 10010 | TEL (212) 849-7000 FAX (212) 849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, CA 94111 | TEL (415) 875-6600 FAX (415) 875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, CA 94065 | TEL (650) 801-5000 FAX (650) 801-5100
CHICAGO | 250 South Wacker Drive, Suite 230, Chicago, IL 60606 | TEL (312) 463-2961 FAX (312) 463-2962
LONDON | 16 Old Bailey, London EC4M 7EG United Kingdom | TEL +44(0) 20 7653 2000 FAX +44(0) 20 7653 2100
TOKYO | Akasaka Twin Tower Main Bldg., 6th Fl., 17-22 Akasaka 2-Chome, Minato-ku, Tokyo 107-0052 Japan | TEL +81 3 5561-1711 FAX +81 3 5561-1712

EXHIBIT 6

PAGE 328

Please let me know when MGA Mexico will be prepared to address these issues within the time required from my meet and confer letter of yesterday. If MGA Mexico does not intend to meet and confer, please let me know. Otherwise, absent resolution of the matter, Mattel will have no alternative but to bring a motion to enforce.

I look forward to hearing from you.

Very truly yours,

/s/ Marshall M. Searcy

Marshall M. Searcy III

07975/3122850.1

EXHIBIT 6
PAGE 329

**Exhibit 7**

# THIS EXHIBIT IS FILED UNDER SEAL

# PURSUANT TO THE PROTECTIVE ORDER