ORIGINAL
LODGED

1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   John B. Quinn (Bar No. 090378)
2  (johnquinn@quinnemanuel.com)
   Michael T. Zeller (Bar No. 196417)
3  (michaelzeller@quinnemanuel.com)
   Jon D. Corey (Bar No. 185066)
4  (joncorey@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
6  Facsimile:  (213) 443-3100

7  Attorneys for Mattel, Inc.

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
NOV - 2 2009
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA
10                   SOUTHERN DIVISION

11 | MATTEL, INC., a Delaware corporation, | CASE NO. CV 04-9049 DOC (RNBx)
                                            Consolidated with
12 |                                       | Case No. CV 04-09059
                                            Case No. CV 05-02727
13 |           Plaintiff,                  |
                                            Hon. David O. Carter
14 |     vs.                               |
15 | MGA ENTERTAINMENT, INC., a            | APPLICATION TO FILE UNDER SEAL
    California corporation, et al.,         MATTEL, INC.'S MOTION FOR AN
16 |                                       | ORDER ENFORCING DISCOVERY
              Defendants.                   MASTER ORDER NO. 66 AND
17 |                                       | COMPELLING MGA AND LARIAN TO
                                            RESPOND TO REQUESTS FOR
18 | AND CONSOLIDATED ACTIONS              | ADMISSION; SEPARATE STATEMENT
                                            IN SUPPORT THEREOF; EXHIBITS TO
19 |                                       | THE DECLARATION OF SCOTT L.
                                            WATSON IN SUPPORT THEREOF

20                                         [[Proposed] Order Filed Concurrently
                                           Herewith]
21
                                           **Phase 2**
22                                         Discovery Cut-off: June 1, 2010
                                           Pre-trial Conference: TBD
23                                         Trial Date: TBD

00505.07975/3180206.1

MATTEL. INC.'S APPLICATION TO FILE UNDER SEAL

1    Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2 entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully
3 requests that the Court order filed under seal Mattel, Inc.'s Motion for an Order
4 Enforcing Discovery Master Order No. 66 and Compelling MGA and Larian to
5 Respond to Requests for Admission ("Motion"), the Separate Statement in Support
6 thereof ("Separate Statement"), and certain Exhibits to the Declaration of Scott L.
7 Watson in support thereof ("Watson Declaration").

8    The Motion, the Separate Statement, and the Watson Declaration
9 discuss and contain documents and information that the Court, the Discovery
10 Master, Mattel and the MGA Parties have designated as "Confidential -- Attorney's
11 Eyes Only" pursuant to the Protective Order. Accordingly, Mattel requests that the
12 Court order that the Motion and the Watson Declaration be filed under seal.

14 DATED: October 30, 2009        QUINN EMANUEL URQUHART OLIVER &
                                  HEDGES. LLP

16                                By: /s/ Scott L. Watson
17                                    Scott L. Watson
                                      Attorneys for Mattel. Inc.