QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| MATTEL, INC., a Delaware corporation, | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727 |
|---|---|
| Plaintiff, | |
| vs. | Hon. David O. Carter |
| MGA ENTERTAINMENT, INC., a California corporation, et al., | MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL DECLARATION OF TAMARA JIH IN SUPPORT OF MATTEL, INC.'S MOTION TO STRIKE THE MGA PARTIES' GENERAL OBJECTIONS RE JURISDICTION AND FOR RECONSIDERATION OF PORTIONS OF ORDER NO. 70 |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | |
| | [[Proposed] Order Filed Concurrently Herewith]<br><br>Date: TBA<br>Time: TBA<br>Place: TBA |

00505.07975/3179799.1

MATTEL. INC.'S APPLICATION TO FILE UNDER SEAL

1         Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal the Declaration of Tamara Jih in Support of Mattel, Inc.'s Motion to Strike the MGA Parties' General Objections Re Jurisdiction and for Reconsideration of Portions of Order No. 70 ("Declaration").

        The Declaration attaches as Exhibits materials that the MGA Parties and/or Mattel have designated "Confidential" or "Confidential -- Attorney's Eyes Only" pursuant to the Protective Order. Accordingly, Mattel requests that the Court order that the Declaration be filed under seal.

DATED: October 30, 2009     QUINN EMANUEL URQUHART OLIVER & HEDGES. LLP

By /s/ Michael Zeller /cmw
Michael T. Zeller
Attorneys for Mattel. Inc.