QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.



FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV - 2 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                            DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>              Plaintiff,<br><br>        vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.<br><br>              Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>[~~PROPOSED~~] ORDER GRANTING MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL DECLARATION OF TAMARA JIH IN SUPPORT OF MATTEL, INC.'S MOTION TO STRIKE THE MGA PARTIES' GENERAL OBJECTIONS RE JURISDICTION AND FOR RECONSIDERATION OF PORTIONS OF ORDER NO. 70 |

ORIGINAL

LODGED



CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

2009 NOV - 3 AM 10: 58

BY:

[PROPOSED] ORDER

1

## [PROPOSED] ORDER

2

3        Based on the concurrently filed Application to File Under Seal

4 Declaration of Tamara Jih in Support of Mattel, Inc.'s Motion to Strike the MGA

5 Parties' General Objections Re Jurisdiction and for Reconsideration of Portions of

6 Order No. 70 ("Declaration"),

7        IT IS HEREBY ORDERED:

8        The Declaration is ORDERED filed under seal pursuant to

9 Local Rule 79-5.1.

10

11

12 DATED: *November 2*        . 2009

13                                        Hon. David O. Carter
                                         United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

00505.07975/3179811.1

[PROPOSED] ORDER