```
 1  MELINDA HAAG (State Bar No. 132612)
    mhaag@orrick.com
 2  ANNETTE L. HURST (State Bar No. 148738)
    ahurst@orrick.com
 3  WARRINGTON S. PARKER III (State Bar No. 148003)
    wparker@orrick.com
 4  ORRICK, HERRINGTON & SUTCLIFFE LLP
    The Orrick Building
 5  405 Howard Street
    San Francisco, CA  94105-2669
 6  Telephone:  415-773-5700
    Facsimile:   415-773-5759
 7  WILLIAM A. MOLINSKI (State Bar No. 145186)
    wmolinski@orrick.com
 8  ORRICK, HERRINGTON & SUTCLIFFE LLP
    777 South Figueroa Street, Suite 3200
 9  Los Angeles, CA  90017
    Telephone:  213-629-2020
10  Facsimile:   213-612-2499

11  Attorneys for MGA Parties
```

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| CARTER BRYANT, an individual, | Case No. CV 04-9049 DOC (RNBx). |
|---|---|
| Plaintiff, | Consolidated with: Case No. CV 04-9059 and Case No. CV 05-2727 |
| v. | **DISCOVERY MATTER** |
| MATTEL, INC., a Delaware corporation, | [To Be Heard by Discovery Master Robert O'Brien] |
| Defendant. | [~~PROPOSED~~] ORDER GRANTING MGA PARTIES' APPLICATION TO FILE UNDER SEAL MGA PARTIES' *EX PARTE* APPLICATION FOR A PROTECTIVE ORDER POSTPONING THE DEPOSITION OF YOON JUNG KIM AKA SUSAN JUNG KIM; EXHIBITS 1, 4, 5 AND 6 TO THE DECLARATION OF JASON S. ANGELL |
| AND CONSOLIDATED ACTIONS | |
| | Date:        TBD |
| | Time:       TBD |
| | Courtroom: TBD |
| | **Phase 2** |
| | Discovery Cutoff: June 1, 2010 |
| | Pretrial Conference: None Set |
| | Trial Date: None Set |

ORIGINAL

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
NOV - 2 2009
CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

LODGED
2009 NOV -2 PM 3:11
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY:___

The Court, having considered MGA Parties' application for an order to file under seal, and having found good cause to do so, it is HEREBY ORDERED that said application is GRANTED in its entirety.

The Clerk shall maintain under Seal the following document(s):

**MGA PARTIES' *EX PARTE* APPLICATION FOR A PROTECTIVE ORDER POSTPONING THE DEPOSITION OF YOON JUNG KIM AKA SUSAN JUNG KIM**

**EXHIBITS 1, 4, 5 AND 6 TO THE DECLARATION OF JASON S. ANGELL IN SUPPORT OF MGA PARTIES' *EX PARTE* APPLICATION FOR A PROTECTIVE ORDER POSTPONING THE DEPOSITION OF YOON JUNG KIM AKA SUSAN JUNG KIM**

**It is so ORDERED.**

Dated: November 2, 2009

_____
~~Discovery Master Robert C. O'Brien~~
**DAVID O. CARTER**