QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
johnquinn@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
Jon D. Corey (Bar No. 185066)
joncorey@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>**APPLICATION TO FILE UNDER SEAL:**<br><br>**(1) MATTEL INC.'S NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION AND/OR *IN CAMERA* REVIEW OF NON-PRIVILEGED COMMUNICATIONS OF UNSUPERVISED PARALEGALS IMPROPERLY WITHHELD ON MGA'S PRIVILEGE LOGS;**<br><br>**(2) APPENDIX OF PRIVILEGE LOG ENTRIES; AND**<br><br>**(3) EXHIBITS 1, 2, 3, 4, 5, 6, 7, 19, 20, 21, 22, 23, 24 and 26 TO THE SUPPORTING DECLARATION OF B. DYLAN PROCTOR**<br><br>[Proposed Order Filed Concurrently Herewith]<br><br>**Phase 2**<br>Discovery Cut-off: June 1, 2010<br>Pre-trial Conference: TBD<br>Trial Date: TBD |

## Application to File Under Seal

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order file under seal (1) Mattel, Inc.'s Notice of Motion and Motion to Compel Production and/or *In Camera* Review of Non-Privileged Unsupervised Paralegal Communications Improperly Withheld on MGA's Privilege Logs; (2) Appendix of Privilege Log Entries; and (3) Exhibits 1, 2, 3, 4, 5, 6, 7, 19, 20, 21, 22, 23, 24 and 26 to the supporting Declaration of B. Dylan Proctor.

Mattel's Motion, the Appendix of Privilege Log Entries and the supporting Proctor Declaration attach, quote from and discusses documents and information that Mattel or the MGA Parties have designated as "Confidential" or "Confidential – Attorneys' Eyes Only" pursuant to the Protective Order. As these materials have been designated by the parties as "Confidential" and/or "Confidential – Attorneys' Eyes Only" Mattel requests that the Court order that the these materials be filed under seal. In the alternative, Mattel requests that the Court declare these materials be outside the definition of "Confidential" and/or "Confidential – Attorneys' Eyes Only" as contained in the Protective Order and order them to be lodged as part of the public record.

DATED: November 3, 2009

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By *B. Dylan Proctor /2DK*
B. Dylan Proctor
Attorneys for Mattel, Inc.