QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  michaelzeller@quinnemanuel.com
  Jon D. Corey (Bar No. 185066)
  joncorey@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.


FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
NOV - 2 2009
CENTRAL DISTRICT OF CALIFORNIA
BY: DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　　　vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>　　　　Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL:<br><br>(1) MATTEL INC.'S NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION AND/OR *IN CAMERA* REVIEW OF NON-PRIVILEGED COMMUNICATIONS OF UNSUPERVISED PARALEGALS IMPROPERLY WITHHELD ON MGA'S PRIVILEGE LOGS;<br><br>(2) APPENDIX OF PRIVILEGE LOG ENTRIES; AND<br><br>(3) EXHIBITS 1, 2, 3, 4, 5, 6, 7, 19, 20, 21, 22, 23, 24 and 26 TO THE SUPPORTING DECLARATION OF B. DYLAN PROCTOR<br><br>**Phase 2**<br>Discovery Cut-off: June 1, 2010<br>Pre-trial Conference: TBD<br>Trial Date: TBD |

00505.07975/3182748.1

[PROPOSED] ORDER

## [PROPOSED] ORDER

Based on the concurrently filed Application to File Under Seal (1) Mattel, Inc.'s Notice of Motion and Motion to Compel Production and/or *In Camera* Review of Non-Privileged Communications of Unsupervised Paralegals Improperly Withheld on MGA's Privilege Logs; (2) Appendix of Privilege Log Entries; and (3) Exhibits 1, 2, 3, 4, 5, 6, 7, 19, 20, 21, 22, 23, 24 and 26 to the supporting Declaration of B. Dylan Proctor, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that:

Mattel, Inc.'s Notice of Motion and Motion to Compel Production and/or *In Camera* Review of Non-Privileged Communications of Unsupervised Paralegals Improperly Withheld on MGA's Privilege Logs; Appendix of Privilege Log Entries; and Exhibits 1, 2, 3, 4, 5, 6, 7, 19, 20, 21, 22, 23, 24 and 26 to the supporting Declaration of B. Dylan Proctor are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: November 2, 2009

_____
Hon. David O. Carter
United States District Judge