Bingham McCutchen LLP
TODD E. GORDINIER (SBN 82200)
todd.gordinier@bingham.com
PETER N. VILLAR (SBN 204038)
peter.villar@bingham.com
CRAIG A. TAGGART (SBN 239168)
craig.taggart@bingham.com
600 Anton Boulevard
18th Floor
Costa Mesa, CA 92626-1924
Telephone: 714.830.0600
Facsimile: 714.830.0700

Attorneys for Non-party
OMNI 808 INVESTORS, LLC

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
NOV - 5 2009
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS. | CASE NO. CV 04-9049 DOC (RNBx)<br>c/w Case No. CV 04-09059 and<br>Case No. CV 05-2727<br><br>**DISCOVERY MATTER**<br>To be heard by Discovery Master Robert C. O'Brien<br><br>**APPLICATION TO FILE UNDER SEAL:**<br><br>1) Omni 808 Investors, LLC's **OPPOSITION TO MATTEL, INC.'S MOTION TO COMPEL PRODUCTION AND/OR *IN CAMERA* REVIEW OF DOCUMENTS** referenced **ON OMNI 808'S PRIVILEGE LOG** 2) **DECLARATIONS OF PETER N. VILLAR AND KEVIN P. TANNA, ESQ.**<br><br>Date: TBD<br>Time: TBD<br>Place: Arent Fox LLP<br><br>**Phase 2**:<br>Discovery Cut-off: June 1, 2010<br>Pre-trial Conference: TBD<br>Trial Date: TBD |

A/73189156.1

ORIGINAL   **BY FAX**

1 | Pursuant to Central District Local Rule 79-5.1, the Stipulated Protective
2 | Order entered by the Court in this action on January 4, 2005, and the Court's
3 | Orders dated April 27, 2009 and May 21, 2009, Omni 808 Investors, LLC hereby
4 | respectfully requests that the Court permit the following document to be filed
5 | under seal:

6 | 1. **OMNI 808 INVESTORS, LLC'S OPPOSITION TO MATTEL, INC.'S MOTION TO COMPEL PRODUCTION AND/OR *IN CAMERA* REVIEW OF DOCUMENTS REFERENCED ON OMNI 808'S PRIVILEGE LOG**

2. **DECLARATION OF PETER N. VILLAR IN SUPPORT OF OMNI 808 INVESTORS, LLC'S OPPOSITION TO MATTEL, INC.'S MOTION TO COMPEL PRODUCTION AND/OR *IN CAMERA* REVIEW OF DOCUMENTS REFERENCED ON OMNI 808'S PRIVILEGE LOG**

3. **DECLARATION OF KEVIN P. TANNA, ESQ. IN SUPPORT OF OMNI 808 Investors, LLC's OPPOSITION TO MATTEL, INC.'S MOTION TO COMPEL PRODUCTION AND/OR *IN CAMERA* REVIEW OF DOCUMENTS REFERENCED ON OMNI 808'S PRIVILEGE LOG**

DATED: November 4, 2009        Bingham McCutchen LLP

By: /s/ Todd E. Gordinier
    Todd E. Gordinier
    Attorneys for Non-party
    OMNI 808 INVESTORS, LLC

A/73189156.1                                    1

| | |
|---|---|
| 1 | **PROOF OF SERVICE BY E-MAIL TO COUNSEL** |
| 2 | I am over eighteen years of age, not a party in this action, and employed in |
| 3 | Orange County, California at 600 Anton Boulevard, 18th Floor, Costa Mesa, |
| 4 | California 92626-1924.. On **November 4, 2009**, I served the attached by |
| 5 | transmitting via email the document(s) listed below on this date before |
| 6 | 5:00 p.m. PST: |
| 7 | APPLICATION TO FILE UNDER SEAL: |
| 8 | |
| 9 | 1. OMNI 808 INVESTORS, LLC'S OPPOSITION TO MATTEL, INC.'S MOTION TO COMPEL PRODUCTION AND/OR *IN CAMERA* REVIEW OF DOCUMENTS REFERENCED ON OMNI 808'S PRIVILEGE LOG |
| 10 | |
| 11 | 2. DECLARATION OF PETER N. VILLAR IN SUPPORT OF OMNI 808 INVESTORS, LLC'S OPPOSITION TO MATTEL, INC.'S MOTION TO COMPEL PRODUCTION AND/OR *IN CAMERA* REVIEW OF DOCUMENTS REFERENCED ON OMNI 808'S PRIVILEGE LOG |
| 12 | |
| 13 | |
| 14 | 3. DECLARATION OF KEVIN TANNA, ESQ. IN SUPPORT OF OMNI 808 Investors, LLC's OPPOSITION TO MATTEL, INC.'S MOTION TO COMPEL PRODUCTION AND/OR *IN CAMERA* REVIEW OF DOCUMENTS REFERENCED ON OMNI 808'S PRIVILEGE LOG |
| 15 | |
| 16 | |
| 17 | to the person(s) at the email address(es) set forth below: |
| 18 | |
| 19 | Michael Zeller<br>michaelzeller@quinnemanuel.com |
| 20 | Dylan Proctor<br>dylanproctor@quinnemanuel.com |
| 21 | |
| 22 | Jon Corey<br>joncorey@quinnemanuel.com |
| 23 | Jason Russell<br>jason.russell@skadden.com |
| 24 | |
| 25 | Melinda Haag<br>mhaag@orrick.com |
| 26 | Annette L. Hurst<br>ahurst@orrick.com |
| 27 | |
| 28 | Warrington S. Parker III<br>wparker@orrick.com |

A/73189156.1

- 1 -

1
2  William A. Molinski
   wmolinski@orrick.com

3  Mark Overland
   moverland@scheperkim.com
4
5  Alexander Cote
   acote@scheperkim.com

6  Discovery Master Robert C. O'Brien
   obrien.robert@arentfox.com
7
8  Drew R. Hansen
   hansen.drew@arentfox.com

9
10     I declare that I am employed in the office of a member of the bar of this

11 court at whose direction the service was made and that this declaration was

12 executed on **November 4, 2009**, at Costa Mesa, California.

13
14                              _____
                                        Paul A. McConnell

15
16
17
18
19
20
21
22
23
24
25
26
27
28

A/73189156.1                        - 2 -