Bingham McCutchen LLP
TODD E. GORDINIER (SBN 82200)
todd.gordinier@bingham.com
PETER N. VILLAR (SBN 204038)
peter.villar@bingham.com
CRAIG A. TAGGART (SBN 239168)
craig.taggart@bingham.com
600 Anton Boulevard
18th Floor
Costa Mesa, CA 92626-1924
Telephone: 714.830.0600
Facsimile: 714.830.0700

Attorneys for Non-party
OMNI 808 INVESTORS, LLC



FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
NOV - 5 2009
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>        Plaintiff,<br><br>        v.<br><br>MATTEL, INC., a Delaware Corporation,<br><br>        Defendant.<br><br>AND CONSOLIDATED ACTIONS. | CASE NO. CV 04-9049 DOC (RNBx)<br>c/w Case No. CV 04-09059 and<br>Case No. CV 05-2727<br><br>**DISCOVERY MATTER**<br>**To be heard by Discovery Master Robert C. O'Brien**<br><br>[~~PROPOSED~~] ORDER TO FILE UNDER SEAL:<br><br>1) OMNI 808 INVESTORS, LLC'S OPPOSITION TO MATTEL, INC.'S MOTION TO COMPEL PRODUCTION AND/OR *IN CAMERA* REVIEW OF DOCUMENTS REFERENCED ON OMNI 808'S PRIVILEGE LOG<br><br>2) DECLARATIONS OF PETER N. VILLAR AND KEVIN P. TANNA, ESQ.<br><br>Date:    TBD<br>Time:   TBD<br>Place:  Arent Fox LLP<br><br>**Phase 2:**<br>Discovery Cut-off:    June 1, 2010<br>Pre-trial Conference:  TBD<br>Trial Date:                TBD |

A/73189113.1

ORIGINAL BY FAX

## ORDER

Based on the concurrently filed Application and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that the following document be filed under seal pursuant to Local Rule 79-5.1:

1. **OMNI 808 INVESTORS, LLC'S OPPOSITION TO MATTEL, INC.'S MOTION TO COMPEL PRODUCTION AND/OR *IN CAMERA* REVIEW OF DOCUMENTS REFERENCED ON OMNI 808'S PRIVILEGE LOG**

2. **DECLARATION OF PETER N. VILLAR IN SUPPORT OF OMNI 808 INVESTORS, LLC'S OPPOSITION TO MATTEL, INC.'S MOTION TO COMPEL PRODUCTION AND/OR *IN CAMERA* REVIEW OF DOCUMENTS REFERENCED ON OMNI 808'S PRIVILEGE LOG**

3. **DECLARATION OF KEVIN TANNA, ESQ. IN SUPPORT OF OMNI 808 Investors, LLC's OPPOSITION TO MATTEL, INC.'S MOTION TO COMPEL PRODUCTION AND/OR *IN CAMERA* REVIEW OF DOCUMENTS REFERENCED ON OMNI 808'S PRIVILEGE LOG**

DATED: November 5, 2009

_____
Hon. David O. Carter
United States District Judge

A/73189113.1

**PROOF OF SERVICE BY E-MAIL TO COUNSEL**

I am over eighteen years of age, not a party in this action, and employed in Orange County, California at 600 Anton Boulevard, 18th Floor, Costa Mesa, California 92626-1924.. On **November 4, 2009,** I served the attached by transmitting via email the document(s) listed below on this date before 5:00 p.m. PST:

[PROPOSED] ORDER TO FILE UNDER:

1. OMNI 808 INVESTORS, LLC'S OPPOSITION TO MATTEL, INC.'S MOTION TO COMPEL PRODUCTION AND/OR *IN CAMERA* REVIEW OF DOCUMENTS REFERENCED ON OMNI 808'S PRIVILEGE LOG

2. DECLARATION OF PETER N. VILLAR IN SUPPORT OF OMNI 808 INVESTORS, LLC'S OPPOSITION TO MATTEL, INC.'S MOTION TO COMPEL PRODUCTION AND/OR *IN CAMERA* REVIEW OF DOCUMENTS REFERENCED ON OMNI 808'S PRIVILEGE LOG

3. DECLARATION OF KEVIN TANNA, ESQ. IN SUPPORT OF OMNI 808 Investors, LLC's OPPOSITION TO MATTEL, INC.'S MOTION TO COMPEL PRODUCTION AND/OR *IN CAMERA* REVIEW OF DOCUMENTS REFERENCED ON OMNI 808'S PRIVILEGE LOG

to the person(s) at the email address(es) set forth below:

Michael Zeller
michaelzeller@quinnemanuel.com

Dylan Proctor
dylanproctor@quinnemanuel.com

Jon Corey
joncorey@quinnemanuel.com

Jason Russell
jason.russell@skadden.com

Melinda Haag
mhaag@orrick.com

Annette L. Hurst
ahurst@orrick.com

Warrington S. Parker III
wparker@orrick.com

1  William A. Molinski
   wmolinski@orrick.com

2

3  Mark Overland
   moverland@scheperkim.com

4  Alexander Cote
   acote@scheperkim.com

5

6  Discovery Master Robert C. O'Brien
   obrien.robert@arentfox.com

7  Drew R. Hansen
   hansen.drew@arentfox.com

8

9  I declare that I am employed in the office of a member of the bar of this

10 court at whose direction the service was made and that this declaration was

11 executed on **November 4, 2009**, at Costa Mesa, California.

*[signature]*

Paul A. McConnell

A/73189113.1

- 2 -