QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

MATTEL, INC., a Delaware corporation,

   Plaintiff,

   vs.

MGA ENTERTAINMENT, INC., a California corporation, et al.,

   Defendants.

AND CONSOLIDATED ACTIONS

CASE NO. CV 04-9049 DOC (RNBx)
Consolidated with
Case No. CV 04-09059
Case No. CV 05-02727

Hon. David O. Carter

APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S REPLY IN SUPPORT OF MOTION TO ENFORCE, TO COMPEL AND FOR SANCTIONS RE: THE MGA DEFENDANTS' AFFIRMATIVE DEFENSES, AND EXHIBITS TO THE SUPPLEMENTAL DECLARATION OF JON COREY IN SUPPORT THEREOF

[[Proposed] Order Filed Concurrently Herewith]

**Phase 2**
Discovery Cut-off: June 1, 2010
Pre-trial Conference: TBD
Trial Date: TBD

0505.07975/3187607.1

MATTEL. INC.'S APPLICATION TO FILE UNDER SEAL

1       Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2 entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully
3 requests that the Court order filed under seal Mattel, Inc.'s Reply In Support Of
4 Motion To Enforce, To Compel And For Sanctions Re: The MGA Defendants'
5 Affirmative Defenses ("Reply"), and Exhibits 1, 2, 3, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14,
6 15, 16, 20, 21, 22 to the Supplemental Declaration of Jon Corey in support thereof
7 ("Exhibits").

8       The Reply and the Exhibits contain information that Mattel, the MGA
9 Parties and the Court have designated as "Confidential -- Attorney's Eyes Only"
10 pursuant to the Protective Order. Accordingly, Mattel requests that the Court order
11 that the Reply and the Exhibits be filed under seal.

13 DATED: November 4, 2009     QUINN EMANUEL URQUHART OLIVER & HEDGES. LLP

By _____
Jon Corey
Attorneys for Mattel. Inc.