QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MGA ENTERTAINMENT, INC., et al.,<br><br>　　　　Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with Case Nos. CV 04-09059 and CV 05-02727<br><br>**[BEFORE THE MONITOR PER COURT ORDER]**<br><br>PROOF OF SERVICE<br><br>Hearing Date:　TBD<br>Time:　　　　　TBD<br>Place:　　　　　TBD<br><br>**Phase 2**<br>Discovery Cut-off: June 1, 2010<br>Pre-trial Conference: TBD<br>Trial Date: TBD |

## PROOF OF SERVICE

am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On October 30, 2009, I served true copies of the following document(s) described as  on the parties in this action as follows:

### SEE ATTACHED DOCUMENT LIST

on the parties in this action as follows:

| | |
|---|---|
| Skadden, Arps, Slate, Meagher & Flom LLP<br>  Thomas J. Nolan, Esq.<br>  Jason Russell, Esq.<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA  90071<br>  tnolan@skadden.com<br>  jrussell@skadden.com | **Attorneys for *the MGA Parties*** |
| Scheper, Kim & Overland, LLP<br>  Mark E. Overland, Esq.<br>  Alexander H. Cote, Esq.<br>601 West Fifth Street, 12th Floor<br>Los Angeles, CA 90071<br>  moverland@obsklaw.com<br>  acote@obsklaw.com | **Attorneys for *Carlos Gustavo Machado Gomez*** |
| Orrick, Herrington & Sutcliffe, LLP<br>  Melinda Haag, Esq.<br>  Annette L. Hurst, Esq.<br>  Warrington S. Parker III, Esq.<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105<br>  mhaag@orrick.com<br>  ahurst@orrick.com<br>  wparker@orrick.com | **Attorneys for *the MGA Parties*** |

| | |
|---|---|
| Orrick, Herrington & Sutcliffe, LLP<br>  William A. Molinski, Esq.<br>777 South Figueroa Street, Suite 3200<br>Los Angeles, CA 90017<br>  wmolinski@orrick.com | **Attorneys for *the MGA Parties*** |
| Bingham McCutchen LLP<br>  Todd E. Gordinier, Esq.<br>  Peter N. Villar, Esq.<br>600 Anton Boulevard, 18th Floor<br>Costa Mesa, CA 92626-1924<br>  todd.gordinier@bingham.com<br>  peter.villar@bingham.com | **Attorneys for *the Omni 808 Investors, LLC*** |
| Ervin Cohen & Jessup LLP<br>  Byron Z. Moldo, Esq.<br>9401 Wilshire Blvd., 9th Floor<br>Beverly Hills, CA 90212-2974<br>  bmoldo@ecjlaw.com | **Attorneys for Patrick Fraioli** |

**BY ELECTRONIC MAIL TRANSMISSION:** By electronic mail transmission from josephsarles@quinnemanuel.com on October 30, 2009, by transmitting a PDF format copy of such document(s) to each such person at the e-mail address listed below their addresses. The documents were transmitted by electronic transmission and such transmission was reported as complete and without error.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 30, 2009, at Los Angeles, California.

_____
Joseph Sarles

# LIST OF DOCUMENTS

(1) MATTEL, INC.'S NOTICE OF MOTION AND MOTION FOR AN ORDER ENFORCING DISCOVERY MASTER ORDER NO. 66 AND COMPELLING MGA AND LARIAN TO RESPOND TO REQUESTS FOR ADMISSION

(2) DECLARATION OF SCOTT L. WATSON IN SUPPORT OF MATTEL, INC.'S NOTICE OF MOTION AND MOTION FOR AN ORDER ENFORCING DISCOVERY MASTER ORDER NO. 66 AND COMPELLING MGA AND LARIAN TO RESPOND TO REQUESTS FOR ADMISSION

(3) SEPARATE STATEMENT IN SUPPORT OF MATTEL, INC.'S MOTION FOR AN ORDER ENFORCING DISCOVERY MASTER ORDER NO. 66 AND COMPELLING MGA AND LARIAN TO RESPOND TO REQUESTS FOR ADMISSION

(4) PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S MOTION FOR AN ORDER ENFORCING DISCOVERY MASTER ORDER NO. 66 AND COMPELLING MGA AND LARIAN TO RESPOND TO REQUESTS FOR ADMISSION; SEPARATE STATEMENT IN SUPPORT THEREOF; EXHIBITS TO THE DECLARATION OF SCOTT L. WATSON IN SUPPORT THEREOF

(5) APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S MOTION FOR AN ORDER ENFORCING DISCOVERY MASTER ORDER NO. 66 AND COMPELLING MGA AND LARIAN TO RESPOND TO REQUESTS FOR ADMISSION; SEPARATE STATEMENT IN SUPPORT THEREOF; EXHIBITS TO THE DECLARATION OF SCOTT L. WATSON IN SUPPORT THEREOF

(6) PROOF OF SERVICE

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On November 2, 2009October 30, 2009, I served true copies of the following document(s) described as  on the parties in this action as follows:

### SEE ATTACHED DOCUMENT LIST

on the parties in this action as follows:

| | |
|---|---|
| Skadden, Arps, Slate, Meagher & Flom LLP<br>   Thomas J. Nolan, Esq.<br>   Jason Russell, Esq.<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA  90071<br>   tnolan@skadden.com<br>   jrussell@skadden.com | **Attorneys for *the MGA Parties*** |
| Scheper, Kim & Overland, LLP<br>   Mark E. Overland, Esq.<br>   Alexander H. Cote, Esq.<br>601 West Fifth Street, 12th Floor<br>Los Angeles, CA 90071<br>   moverland@obsklaw.com<br>   acote@obsklaw.com | **Attorneys for *Carlos Gustavo Machado Gomez*** |
| Orrick, Herrington & Sutcliffe, LLP<br>   Melinda Haag, Esq.<br>   Annette L. Hurst, Esq.<br>   Warrington S. Parker III, Esq.<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105<br>   mhaag@orrick.com<br>   ahurst@orrick.com<br>   wparker@orrick.com | **Attorneys for *the MGA Parties*** |

| | |
|---|---|
| Orrick, Herrington & Sutcliffe, LLP<br>   William A. Molinski, Esq.<br>777 South Figueroa Street, Suite 3200<br>Los Angeles, CA 90017<br>   wmolinski@orrick.com | **Attorneys for *the MGA Parties*** |
| Bingham McCutchen LLP<br>   Todd E. Gordinier, Esq.<br>   Peter N. Villar, Esq.<br>600 Anton Boulevard, 18th Floor<br>Costa Mesa, CA 92626-1924<br>   todd.gordinier@bingham.com<br>   peter.villar@bingham.com | **Attorneys for *the Omni 808 Investors, LLC*** |
| Ervin Cohen & Jessup LLP<br>   Byron Z. Moldo, Esq.<br>9401 Wilshire Blvd., 9th Floor<br>Beverly Hills, CA 90212-2974<br>   bmoldo@ecjlaw.com | **Attorneys for Patrick Fraioli** |

     **BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

     I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

     Executed on November 2, 2009, at Los Angeles, California.

                                            */s/ Dina Comaduran*
                                            Dina Comaduran

# LIST OF DOCUMENTS

(1) MATTEL, INC.'S NOTICE OF MOTION AND MOTION FOR AN ORDER ENFORCING DISCOVERY MASTER ORDER NO. 66 AND COMPELLING MGA AND LARIAN TO RESPOND TO REQUESTS FOR ADMISSION

(2) DECLARATION OF SCOTT L. WATSON IN SUPPORT OF MATTEL, INC.'S NOTICE OF MOTION AND MOTION FOR AN ORDER ENFORCING DISCOVERY MASTER ORDER NO. 66 AND COMPELLING MGA AND LARIAN TO RESPOND TO REQUESTS FOR ADMISSION

(3) SEPARATE STATEMENT IN SUPPORT OF MATTEL, INC.'S MOTION FOR AN ORDER ENFORCING DISCOVERY MASTER ORDER NO. 66 AND COMPELLING MGA AND LARIAN TO RESPOND TO REQUESTS FOR ADMISSION

(4) PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S MOTION FOR AN ORDER ENFORCING DISCOVERY MASTER ORDER NO. 66 AND COMPELLING MGA AND LARIAN TO RESPOND TO REQUESTS FOR ADMISSION; SEPARATE STATEMENT IN SUPPORT THEREOF; EXHIBITS TO THE DECLARATION OF SCOTT L. WATSON IN SUPPORT THEREOF

(5) APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S MOTION FOR AN ORDER ENFORCING DISCOVERY MASTER ORDER NO. 66 AND COMPELLING MGA AND LARIAN TO RESPOND TO REQUESTS FOR ADMISSION; SEPARATE STATEMENT IN SUPPORT THEREOF; EXHIBITS TO THE DECLARATION OF SCOTT L. WATSON IN SUPPORT THEREOF

(6) PROOF OF SERVICE