QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>       Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation,<br><br>       Defendant. | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br>**[To Be Heard By Discovery Master Robert O'Brien]**<br><br>**PROOF OF SERVICE**<br><br>**Phase 2**<br>Discovery Cut-off: June 1, 2010<br>Pre-trial Conference: TBD<br>Trial Date: TBD |

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 1055 W. 7th Street, Suite 1550, Los Angeles, California 90017.

On October 30, 2009 I served true copies of the following document(s) described as  on the parties in this action as follows:

## SEE ATTACHED DOCUMENT LIST

on the parties in this action as follows:

| | |
|---|---|
| Skadden, Arps, Slate, Meagher & Flom LLP<br>   Thomas J. Nolan, Esq.<br>   Jason Russell, Esq.<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA  90071<br>   tnolan@skadden.com<br>   jrussell@skadden.com | **Attorneys for *the MGA Parties*** |
| Scheper, Kim & Overland, LLP<br>   Mark E. Overland, Esq.<br>   Alexander H. Cote, Esq.<br>601 West Fifth Street, 12th Floor<br>Los Angeles, CA 90071<br>   moverland@obsklaw.com<br>   acote@obsklaw.com | **Attorneys for *Carlos Gustavo Machado Gomez*** |
| Orrick, Herrington & Sutcliffe, LLP<br>   William A. Molinski, Esq.<br>777 South Figueroa Street, Suite 3200<br>Los Angeles, CA 90017<br>   wmolinski@orrick.com | **Attorneys for *the MGA Parties*** |

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

-2-

Case No. CV 04-9049 DOC (RNBx)
PROOF OF SERVICE

1 | I declare under penalty of perjury under the laws of the State of California
2 | that the foregoing is true and correct.

By /s/ Matthew Brancale
Matthew Brancale
Apex Attorney Service

-3-

Case No. CV 04-9049 DOC (RNBx)
PROOF OF SERVICE

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 1055 W. 7th Street, Suite 1550, Los Angeles, California 90017.

On October 30, 2009 I served true copies of the following document(s) described as  on the parties in this action as follows:

## SEE ATTACHED DOCUMENT LIST

on the parties in this action as follows:

| | |
|---|---|
| Bingham McCutchen LLP<br>  Todd E. Gordinier, Esq.<br>  Peter N. Villar, Esq.<br>600 Anton Boulevard, 18th Floor<br>Costa Mesa, CA 92626-1924<br>  todd.gordinier@bingham.com<br>  peter.villar@bingham.com | **Attorneys for *the Omni 808 Investors, LLC*** |

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

By /s/ Matthew Brancale
Matthew Brancale
Apex Attorney Service

-4-

Case No. CV 04-9049 DOC (RNBx)
PROOF OF SERVICE

## DOCUMENT LIST

1. Declaration of Tamara Jih in Support of its Motion to Strike the MGA Parties' General Objections re Jurisdiction and for Reconsideration of Portions of Order No. 70

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is APEX Attorney Services, 1055 W. 7th Street, Suite 1510, Los Angeles, California 90017.

On August 5, 2009, I served true copies of the following documents described as:

## SEE ATTACHED DOCUMENT LIST

on the parties in this action as follows:

Robert O'Brien
Arent Fox LLP
555 West 5th Street, 48th FL
Los Angeles, CA 90117

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

By /s/ Israel Guillermo
Israel Guillermo
Apex Attorney Service

## DOCUMENT LIST

1. Mattel, Inc.'s Notice of Motion and Motion to Strike the MGA Parties' General Objections Re Jurisdiction and for Reconsideration of Portions of Order No. 70; and Memorandum of Points and Authorities

2. Mattel, Inc.'s Separate Statement in Support of its Motion to Strike the MGA Parties' General Objections re Jurisdiction and for Reconsideration of Portions of Order No. 70

3. Declaration of Tamara Jih in Support of its Motion to Strike the MGA Parties' General Objections re Jurisdiction and for Reconsideration of Portions of Order No. 70