MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105-2669
Tel: (415) 773-5700/Fax: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Tel. (213) 629-2020/Fax: (213) 612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

CARTER BRYANT, an individual,

Plaintiff,

v.

MATTEL, INC., a Delaware corporation,

Defendant.

AND CONSOLIDATED ACTIONS

Case No. CV 04-09049-DOC (RNBx)

NOTICE OF LODGING **AMENDED** [PROPOSED] ORDER GRANTING MOTION FOR TRIAL SETTING CONFERENCE AND FOR ORDER REQUIRING MATTEL TO FILE A RICO CASE STATEMENT **IN THE FORM ATTACHED AS EXHIBIT A**

Date: November 30, 2009
Time: 8:30 a.m.
Courtroom: 9D (Hon. David O. Carter)

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE** that Counter-Defendants MGA Entertainment, Inc., MGA Entertainment HK Ltd., MGA de Mexico S.R.L. de C.V. and Isaac Larian (collectively "MGA") hereby lodge the following documents with the Clerk of the Court in support of their Motion for Trial Setting Conference and for Order Requiring Mattel to File a RICO Case Statement:

**AMENDED** [PROPOSED] ORDER GRANTING MOTION FOR TRIAL SETTING CONFERENCE AND FOR ORDER REQUIRING MATTEL TO FILE A RICO CASE STATEMENT **IN THE FORM ATTACHED AS EXHIBIT A**

Dated: November 12, 2009 ORRICK, HERRINGTON & SUTCLIFFE LLP

By: /s/ Annette L. Hurst
ANNETTE L. HURST
Attorneys for MGA Parties

- 1 -

NTC. OF LODGING **AMENDED** [PROPOSED] ORDER GRANTING MOTION FOR TRIAL SETTING CONF. AND FOR ORDER REQUIRING MATTEL TO FILE A RICO CASE STATEMENT **IN THE FORM ATTACHED AS EX. A**
CASE NO. CV 04-9049 DOC (RNBX)