MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Tel: (415) 773-5700/Fax: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Tel. (213) 629-2020/Fax: (213) 612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

CARTER BRYANT, an individual,

Plaintiff,

v.

MATTEL, INC., a Delaware corporation,

Defendant.

AND CONSOLIDATED ACTIONS

Case No. CV 04-9049-DOC (RNBx)

Consolidated with: Case No. CV 04-9059 and Case No. CV 05-2727

**PROOF OF SERVICE BY ELECTRONIC MAIL, U.S. MAIL AND HAND DELIVERY**

## PROOF OF SERVICE BY EMAIL TO COUNSEL

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, The Orrick Building, 405 Howard Street, San Francisco, CA 94105. On November 12, 2009, 2009, I served the following document(s):

- **NOTICE OF LODGING AMENDED [PROPOSED] ORDER GRANTING MOTION FOR TRIAL SETTING CONFERENCE AND FOR ORDER REQUIRING MATTEL TO FILE A RICO CASE STATEMENT IN THE FORM ATTACHED AS EXHIBIT A; AND**

- **AMENDED [PROPOSED] ORDER GRANTING MOTION FOR TRIAL SETTING CONFERENCE AND FOR ORDER REQUIRING MATTEL TO FILE A RICO CASE STATEMENT IN THE FORM ATTACHED AS EXHIBIT A.**

I served copies of said papers on November 12, 2009, by attaching them to an email addressed to:

**Michael Zeller**
michaelzeller@quinnemanuel.com

**Jon Corey**
joncorey@quinnemanuel.com

**Mark Overland**
moverland@scheperkim.com

**Dylan Proctor**
dylanproctor@quinnemanuel.com

**Jason Russell**
jason.russell@skadden.com

**Alexander Cote**
acote@scheperkim.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 12, 2009, at San Francisco, California.

/s/ Anne Devlin
Anne Devlin

**PROOF OF SERVICE BY MAIL**

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, The Orrick Building, 405 Howard Street, San Francisco, CA 94105. On November 12, 2009, I served the following document(s):

- **NOTICE OF LODGING AMENDED [PROPOSED] ORDER GRANTING MOTION FOR TRIAL SETTING CONFERENCE AND FOR ORDER REQUIRING MATTEL TO FILE A RICO CASE STATEMENT IN THE FORM ATTACHED AS EXHIBIT A; AND**
- **AMENDED [PROPOSED] ORDER GRANTING MOTION FOR TRIAL SETTING CONFERENCE AND FOR ORDER REQUIRING MATTEL TO FILE A RICO CASE STATEMENT IN THE FORM ATTACHED AS EXHIBIT A;**

on the interested parties in this action by placing true and correct copies thereof in sealed envelope(s) addressed as follows:

**Jason Russell, Esq.**
Skadden Arps Slate Meagher & Flom LLP
300 South Grand Avenue
Suite 3400
Los Angeles, CA 90071

**Mark Overland, Esq.**
**Alexander Cote, Esq.**
Scheper Kim & Overland LLP
One Bunker Hill
601 West Fifth Street, 12th Floor
Los Angeles, California 90071

I am employed in the county from which the mailing occurred. On the date indicated above, I placed the sealed envelope(s) for collection and mailing at this firm's office business address indicated above. I am readily familiar with this firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the firm's correspondence would be deposited with the United States Postal Service on this same date with postage thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 12, 2009, at San Francisco, California.

/s/ Anne Devlin
Anne Devlin

**PROOF OF SERVICE BY HAND DELIVERY**

I, Jeffrey Lopez, declare I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 800 West First Street, Suite 200-B, Los Angeles, CA 90012.

On November 12, 2009, I served all parties with the following documents:

NOTICE OF LODGING **AMENDED** [PROPOSED] ORDER GRANTING MOTION FOR TRIAL SETTING CONFERENCE AND FOR ORDER REQUIRING MATTEL TO FILE A RICO CASE STATEMENT **IN THE FORM ATTACHED AS EXHIBIT A**; AND

**AMENDED** [PROPOSED] ORDER GRANTING MOTION FOR TRIAL SETTING CONFERENCE AND FOR ORDER REQUIRING MATTEL TO FILE A RICO CASE STATEMENT **IN THE FORM ATTACHED AS EXHIBIT A**

by hand-delivering true and correct copies of those documents to:

**Michael Zeller, Esq.**
**Dylan Proctor, Esq.**
**Jon Corey, Esq.**
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017

Executed on November 12, 2009, at Los Angeles, California.

I declare under penalty of perjury that the foregoing is true and correct.

JEFFREY LOPEZ
USA Network, Inc.