QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al,<br><br>Defendants<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br>**[To Be Heard By Discovery Master Robert O'Brien]**<br><br>[PUBLIC REDACTED] DECLARATION OF MARSHALL M. SEARCY III IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA'S MOTION TO COMPEL MATTEL'S ATTENDANCE AT 30(B)(6) DEPOSITION AND FOR SANCTIONS<br><br>Date: TBD<br>Time: TBD<br>Place: Arent Fox LLP<br>555 West Fifth St.<br>48th Floor<br>Los Angeles, CA 90013<br><br>Discovery Cut-off: TBD<br>Pre-trial Conference: TBD<br>Trial Date: TBD |

00505.07975/3185205.1

DECLARATION OF MARSHALL M. SEARCY III

## **DECLARATION OF MARSHALL M. SEARCY III**

I, Marshall M. Searcy, III declare as follows:

1. I am a member of the bar of the State of California and a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. On September 5, 2007, MGA served its First Phase 1 Notice of Deposition of Mattel pursuant to Rule 30(b)(6), a true and correct copy of which is attached hereto as Exhibit 1. This deposition notice included topics related to Mattel's trade secret allegations, including:

- the identity, origin, source, meaning, and authenticity of all materials that constituted Mattel's trade secrets,

- MGA's and MGA Mexico's theft and use of Mattel's trade secrets in Mexico,

- MGA and Larian's alleged enticement and direction of Gustavo Machado, Pablo Vargas San Jose, Mariana Trueba Alamada to steal Mattel's trade secrets,

- the theft of trade secrets by Gustavo Machado, Pablo Vargas San Jose, Mariana Trueba Alamada,

- Mattel's involvement with Mexican authorities investigation of theft of trade secrets by Gustavo Machado, Pablo Vargas San Jose, Mariana Trueba Alamada,

- MGA's alleged hiring of Ron Brawer to facilitate its theft and use of Mattel's business methods and practices,

- MGA's alleged theft and actual use of, or direction of others to steal and use on MGA's behalf, Mattel's trade secrets in Canada,

- the theft of trade secrets by Janine Brisbois,

- Mattel's participation in the investigation of the theft of Mattel's trade secrets by Canadian government authorities;

- any other instances where Mattel contended that MGA misappropriated or attempted to misappropriate Mattel trade secrets for the benefit of MGA, or persuaded Mattel employees to join MGA to misappropriate Mattel trade secrets,

1     •     Mattel's policies, practices, and procedures for preserving trade secrets, proprietary and confidential information and documents.

3. On July 27, 2009, MGA served its First Phase 2 Notice of Deposition of Mattel pursuant to Rule 30(b)(6), a true and correct copy of which his attached hereto as Exhibit 2. ████████████████████████████████████████████████████████████████████████████████████████████████████

4. MGA moved to compel on its First Phase 2 Notice of Deposition of Mattel pursuant to Rule 30(b)(6). Mattel agreed to produce a witness knowledgeable on all topics a deposition is scheduled for November 16, 2009.

5. On September 28, 2009, MGA served its Second Phase 2 Notice of Deposition of Mattel pursuant to Rule 30(b)(6), a true and correct copy of which is attached hereto as Exhibit 4. This Second Notice sought a witness to testify on topics covering Mattel's trade secret allegations, including:

    •     Mattel's investigation of the facts and circumstances concerning the departure and alleged theft of trade secrets by Machado,

- Mattel's investigation of the facts and circumstances concerning the departure and alleged theft of trade secrets by Vargas,

- Mattel's investigation of the facts and circumstances concerning the departure and alleged theft of trade secrets by Trueba,

- Mattel's investigation of the facts and circumstances concerning the departure and alleged theft of trade secrets by Brawer,

- Mattel's investigation of the facts and circumstances concerning the departure and alleged theft of trade secrets by Brisbois,

- Mattel's efforts to maintain the secrecy of Mattel's trade secrets,

- the identity and existence of Mattel's trade secrets,

- the value of Mattel's trade secrets,

- Mattel's policies, procedures, and practices for stamping or otherwise designating materials to be confidential, proprietary, or trade secrets.

6. On October 8, 2009, Mattel served objections to the Second Notice. A true and correct copy of a true and correct copy of Mattel, Inc.'s Objections to MGA Parties' Notice of Deposition of Mattel, Inc. is attached hereto as Exhibit 5. Mattel also advised MGA, before the noticed date of the deposition, that Mattel would not be producing a witness on the noticed date.

7. MGA sent a letter demanding that Mattel produce a witness on October 21, 2009. A true and correct copy of the letter is attached hereto as Exhibit 12. On October 28, 2009, at Mattel's request, the parties met and conferred. At the conference, Mattel informed MGA that Mattel would advise MGA on dates and availability of witnesses if MGA first addressed the issue of the one deposition rule for corporate parties. Mattel informed MGA that its Second Notice was improper without leave of Court.

8. During the October 28, 2009 conference, Mattel inquired whether MGA agreed that the one deposition rule applies, and whether it wished to enter into a stipulation waiving the rule for the present case. During the conference, MGA refused to disclose its position.

9. On October 30, 2009, Mattel wrote a letter to MGA once again

1  advising MGA that a notice to depose Mattel served without leave is a nullity. A true
2  and correct copy of the letter is attached hereto as Exhibit 6. Again, Mattel inquired as
3  to whether MGA believed that serial notices to corporate parties were appropriate in
4  this litigation and whether MGA would stipulate to a waiver of the one deposition rule
5  for corporations. MGA never responded.

6         10.     On October 15, 2009, Phase 2 Discovery Matter Order No. 71
7  ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
8  ▉▉▉▉▉▉▉▉▉▉▉▉. A true and correct copy of Order No. 71 is attached hereto as
9  Exhibit 11.

10         11.     Attached hereto as Exhibit 3 is a true and correct copy of an email,
11  dated November 5, 2009, from Annette Hurst to me confirming that Mattel has agreed
12  to produce a witness on November 16, 2009 on all topics in MGA's First Phase 2
13  Notice of Deposition to Mattel.

14         12.     Attached hereto as Exhibit 7 is a true and correct copy of MGA's
15  Motion to Compel Mattel's Attendance at 30(b)(6) Deposition And For Sanctions, dated
16  October 30, 2009.

17         13.     Attached hereto as Exhibit 8 is a true and correct copy of the Court's
18  January 7, 2008 Order.

19         14.     Attached hereto as Exhibit 9 is a true and correct copy of [Public
20  Redacted] MGA Entertainment Inc.'s Opposition to Mattel, Inc.'s Motion to Compel
21  MGA to Produce Witnesses Pursuant to Mattel's Third Notice of Deposition Under
22  Rule 30(b)(6) and For Sanctions, dated July 31, 2007.

23         15.     Attached hereto as Exhibit 10 is a true and correct copy of Order
24  Granting In Part And Denying In Part Mattel's Motion to Compel MGA To Produce
25  Witnesses Pursuant To Third Notice Of Deposition Under Rule 30(b)(6), dated
26  September 25, 2007.

27         16.     Attached hereto as Exhibit 13 is a true and correct copy of Order
28  Granting in Part and Denying in Part Mattel's Motion to Compel MGA to Produce

1 | Witnesses Pursuant to Third Notice of Deposition Under Rule 30(b)(6); Denying
2 | Request for Sanctions, dated September 25, 2007.
3 |       17.    Attached hereto as Exhibit 14 is a true and correct copy of a letter
4 | from me to William Molinski and Annette Hurst, dated October 8, 2009.

6 |       I declare under penalty of perjury under the laws of the United States of
7 | America that the foregoing is true and correct.
8 |       Executed this 12th day of November, 2009, at Los Angeles, California.

_____
Marshall M. Searcy III

00505.07975/3185205.1

-4-

DECLARATION OF MARSHALL M. SEARCY III