1  MELINDA HAAG (State Bar No. 132612)
   mhaag@orrick.com
2  ANNETTE L. HURST (State Bar No. 148738)
   ahurst@orrick.com
3  WARRINGTON S. PARKER III (State Bar No. 148003)
   wparker@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
5  405 Howard Street
   San Francisco, CA  94105-2669
6  Telephone:  (415) 773-5700/Fax: (415) 773-5759

7  WILLIAM A. MOLINSKI (State Bar No. 145186)
   wmolinski@orrick.com
8  ORRICK, HERRINGTON & SUTCLIFFE LLP
   777 South Figueroa Street, Suite 3200
9  Los Angeles, CA  90017
   Telephone:  (213) 629-2020/Fax: (213) 612-2499
10
   THOMAS S. MCCONVILLE (State Bar No. 155905)
11 tmcconville@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
12 4 Park Plaza, Suite 1600
   Irvine, CA 92614-2258
13 Telephone: (949) 567-6700/Fax: (949) 567-6710

14 Attorneys for MGA Parties

15                  UNITED STATES DISTRICT COURT

16                  CENTRAL DISTRICT OF CALIFORNIA

17                      SOUTHERN DIVISION

18

19 CARTER BRYANT, an individual          Case No. CV 04-9049 DOC (RNBx)
                                         Consolidated with: Case Nos. CV 04-
20            Plaintiff,                 9059 and CV 05-2727

21 v.                                    DISCOVERY MATTER
                                         [To Be Heard By Discovery Master
22 MATTEL, INC., a Delaware              Robert O'Brien]
   Corporation                          [PUBLIC VERSION]
23                                       DECLARATION OF WILLIAM A.
            Defendant.                   MOLINSKI IN SUPPORT OF MGA
24 _____      PARTIES' SEPARATE
                                         STATEMENT ISO OPPOSITION
25 AND CONSOLIDATED ACTIONS.             TO MOTION TO STRIKE MGA
                                         PARTIES' GENERAL
26                                       OBJECTIONS RE JURISDICTION
                                         AND FOR RECONSIDERATION
27                                       OF ORDER NO. 70 AND CROSS
                                         MOTION TO STRIKE ALL
28                                       GENERAL MOTIONS ASSERTED
                                         BY MATTEL

1

Date: TBD
Time: TBD
Place: Arent Fox

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1       I, William A. Molinski, declare as follows:

2       1.    I am a partner at the law firm of Orrick, Herrington & Sutcliffe LLP,

3   counsel of record for the MGA Parties in the above-captioned action.  I am a

4   member in good standing of the State Bar of California and am admitted to practice

5   before this Court.  I have personal knowledge of the facts set forth in this

6   declaration unless otherwise expressly stated, in which case it is on information and

7   belief.  If called as a witness, I could and would testify competently to such facts

8   under oath.

9       2.    Attached hereto as **Exhibit A** (filed under seal) is a true and correct

10  copy of Mattel, Inc.'s Responses and Objections to MGA Entertainment, Inc.'s

11  First Set of (Phase 2) Requests for Production of Documents and Things, dated

12  April 27, 2009.

13      3.    Attached hereto as **Exhibit B** (filed under seal) is a true and correct

14  copy of Mattel, Inc.'s Objections to MGA Entertainment, Inc.'s Second Set of

15  Phase 2 Requests for Production of Documents and Other Tangible Things, dated

16  May 18, 2009.

17      4.    Attached hereto as **Exhibit C** (filed under seal) is a true and correct

18  copy of Mattel, Inc.'s Supplemental Responses to Request Nos. 88, 89, 99-104 and

19  111 of MGA Entertainment, Inc.'s Second Set of Phase 2 Requests for Production

20  of Documents and Other Tangible Things, dated July 9, 2009.

21      5.    Attached hereto as **Exhibit D** (filed under seal) is a true and correct

22  copy of Mattel, Inc.'s First Supplemental Responses and Objections to MGA

23  Entertainment, Inc.'s First Set of (Phase 2) Requests for Production of Documents

24  and Things, dated August 18, 2009.

25      6.    Attached hereto as **Exhibit E** (filed under seal) is a true and correct

26  copy of Mattel, Inc.'s Second Supplemental Responses and Objections to MGA

27  Entertainment, Inc.'s First Set of (Phase 2) Requests for Production of Documents

28  and Things, dated September 22, 2009.

MOLINSKI DECL. ISO MGA'S SEP. STATEMENT ISO OPP. TO
MOTION TO STRIKE MGA'S GENERAL OBJECTIONS
CV 04-9049 DOC (RNBx)

7.     Attached hereto as **Exhibit F** (filed under seal) is a true and correct copy of Mattel, Inc.'s Responses and Objections to MGAE De Mexico's Requests for Production of Documents and Things, dated September 25, 2009.

8.     Attached hereto as **Exhibit G** (filed under seal) is a true and correct copy of Mattel, Inc.'s Objections and Responses to Third Set of Phase 2 Requests for Production of Documents, dated September 30, 2009.

9.     Attached hereto as **Exhibit H** (filed under seal) is a true and correct copy of Mattel, Inc.'s Responses to MGA Entertainment, Inc.'s First Set of Phase 2 Requests for Admission, dated May 18, 2009.

10.    Attached hereto as **Exhibit I** (filed under seal) is a true and correct copy of Mattel, Inc.'s Supplemental Responses to MGA Entertainment, Inc.'s First Set of Phase 2 Requests for Admission, dated July 9, 2009.

11.    Attached hereto as **Exhibit J** (filed under seal) is a true and correct copy of Mattel, Inc.'s Responses to MGA Entertainment, Inc.'s First Set of Phase 2 Interrogatories, dated May 18, 2009.

12.    Attached hereto as **Exhibit K** (filed under seal) is a true and correct copy of Mattel, Inc.'s Responses to MGAE De Mexico's Interrogatory Nos. 1-11, dated August 28, 2009.

13.    Attached hereto as **Exhibit L** (filed under seal) is a true and correct copy of Mattel, Inc.'s Responses to MGA Entertainment (HK) Limited's Interrogatory Nos. 1-25, dated August 28, 2009.

14.    Attached hereto as **Exhibit M** (filed under seal) is a true and correct copy of Mattel, Inc.'s Supplemental Objections and Responses to MGA Entertainment, Inc.'s First Set of Phase 2 Interrogatories, dated October 7, 2009.

15.    Attached hereto as **Exhibit N** (filed under seal) is a true and correct copy of Mattel, Inc.'s Corrected Supplemental Objections and Responses MGA Entertainment, Inc.'s First Set of Phase 2 Interrogatories, dated October 9, 2009.

16.    Attached hereto as **Exhibit O** (filed under seal) is a true and correct

1   copy of Mattel, Inc.'s Responses to MGA's First Set of Requests for the Production

2   of Documents and Things, dated March 2, 2005.

3         I declare under penalty of perjury under the laws of the United States of

4   America that the foregoing is true and correct.

5         Executed this thirteenth day of November, 2009, at San Francisco,

6   California.

7

8         _____/s William A. Molinski_____
                  William A. Molinski

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT
# A

# EXHIBIT A

## Confidential—Attorney's Eyes Only
## Filed Under Seal Pursuant to Protective Order

# EXHIBIT

# B

# EXHIBIT B

## Confidential—Attorney's Eyes Only
## Filed Under Seal Pursuant to Protective Order

EXHIBIT

C

# EXHIBIT C

**Confidential—Attorney's Eyes Only**
**Filed Under Seal Pursuant to Protective Order**

# EXHIBIT

# D

# EXHIBIT D

## Confidential—Attorney's Eyes Only
## Filed Under Seal Pursuant to Protective Order

# EXHIBIT

# E

# EXHIBIT E

## Confidential—Attorney's Eyes Only
## Filed Under Seal Pursuant to Protective Order

# EXHIBIT

# F

# EXHIBIT F

## Confidential—Attorney's Eyes Only
## Filed Under Seal Pursuant to Protective Order

EXHIBIT

G

# EXHIBIT G

## Confidential—Attorney's Eyes Only
## Filed Under Seal Pursuant to Protective Order

EXHIBIT

H

# EXHIBIT H

## Confidential — Attorney's Eyes Only
## Filed Under Seal Pursuant to Protective Order

# EXHIBIT

# I

# EXHIBIT I

## Confidential — Attorney's Eyes Only
## Filed Under Seal Pursuant to Protective Order

# EXHIBIT

# J

# EXHIBIT J

## Confidential — Attorney's Eyes Only
## Filed Under Seal Pursuant to Protective Order

EXHIBIT

K

# EXHIBIT K

## Confidential — Attorney's Eyes Only
## Filed Under Seal Pursuant to Protective Order

# EXHIBIT
# L

# EXHIBIT L

## Confidential — Attorney's Eyes Only
## Filed Under Seal Pursuant to Protective Order

# EXHIBIT

# M

# EXHIBIT M

**Confidential — Attorney's Eyes Only**
**Filed Under Seal Pursuant to Protective Order**

# EXHIBIT

# N

# EXHIBIT N

**Confidential — Attorney's Eyes Only**
**Filed Under Seal Pursuant to Protective Order**

# EXHIBIT

# O

# EXHIBIT O

**Confidential — Attorney's Eyes Only**
**Filed Under Seal Pursuant to Protective Order**