MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building, 405 Howard Street
San Francisco, CA 94105
Tel. (415) 773-5700/ Fax: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Tel. (213) 629-2020/Fax: (213) 612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx)<br>Consolidated with: CV 04-9059 & CV 05-2727<br><br>**DISCOVERY MATTER**<br>[To Be Heard by Discovery Master Robert O'Brien]<br><br>**DECLARATION OF SUGITHRA SOMASEKAR IN SUPPORT OF MGA'S REPLY IN SUPPORT OF MOTION TO CONFIRM OR COMPEL COMPLIANCE WITH THE DISCOVERY MASTER'S MAY 22, 2007 ORDER COMPELLING PRODUCTION OF DOCUMENTS AND FOR SANCTIONS**<br><br>Date:     TBD<br>Time:     TBD<br>Courtroom: TBD<br>**Phase 2**<br><br>Discovery Cutoff:    June 1, 2010<br>Pretrial Conference: None Set<br>Trial Date:          None Set |

1  I, Sugithra Somasekar, declare:

2  1. I am a member of the bar of the State of California, admitted to practice before this Court, and an associate with the law firm of Orrick, Herrington & Sutcliffe LLP, counsel for the MGA Parties. I make this declaration based on personal knowledge unless otherwise expressly stated, in which case, it is based on information and belief. If called and sworn as a witness, I could and would testify competently as follows.

2. Attached hereto as **Exhibit A** is a true and correct copy of excerpts from the Deposition of Mathew C. Bousquette, dated May 17, 2008. (**Filed Under Seal**)

3. Attached hereto as **Exhibit B** is a true and correct copy of MGA's Response to Mattel, Inc.'s Amended Supplemental Interrogatory Regarding Defendants' Affirmative Defenses. (**Filed Under Seal**)

4. Attached hereto as **Exhibit C** is a true and correct copy of excerpts from the Deposition of Adrienne Fontanella, dated January 16, 2008. (**Filed Under Seal**)

5. Attached hereto as **Exhibit D** is a true and correct copy of excerpts from the Deposition of Mr. Ronald Brawer, dated February 5, 2008. (**Filed Under Seal**)

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 13th day of November, 2009, in San Francisco, California.

/s/ Sugithra Somasekar
Sugithra Somasekar

-1-

DECL. OF SUGITHRA SOMASEKAR ISO MGA'S REPLY
ISO MOTION TO CONFIRM OR COMPEL COMPLIANCE
CV-04-09049 DOC (RNBx)