# Exhibit D

## Confidential – Attorneys' Eyes Only
## FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

Name & Address:
Sugithra Somasekar (State Bar No. 247924)
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, California 94025
Phone: (650) 614-7400
Facsimile: (650) 614-7401

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>PLAINTIFF(S)<br>v.<br>MATTEL, INC., a Delaware Corporation.<br><br>DEFENDANT(S). | CASE NUMBER:<br>CV 04-9049-DOC (RNBx)<br><br>NOTICE OF MANUAL FILING |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**
MGA's Reply In Support of Motion to Confirm or Compel Compliance with the Discovery Master's May 22, 2007 Order Compelling Production of Documents and for Sanctions; Exhibits A, B, C, and D to the Declaration of Sugithra Somasekar; and Exhibit A to the Declaration of Matthew DuBois

**Document Description:**
- ☐ Administrative Record
- ☐ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]
- ☑ Other   See documents listed above.

**Reason:**
- ☑ Under Seal
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☐ Per Court order dated _____
- ☐ Manual Filing required (*reason*):

November 13, 2009
Date

/s/ Sugithra Somasekar
Attorney Name

MGA Parties
Party Represented

Note: File one Notice in each case, each time you manually file document(s).

G-92 (03/09)                    NOTICE OF MANUAL FILING