MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building, 405 Howard Street
San Francisco, CA 94105
Tel. (415) 773-5700/ Fax: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Tel. (213) 629-2020/Fax: (213) 612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx)<br>Consolidated with: CV 04-9059 &<br>CV 05-2727<br>**DISCOVERY MATTER**<br>[To Be Heard by Discovery Master Robert O'Brien]<br>**DECLARATION OF MATTHEW DUBOIS IN SUPPORT OF MGA'S REPLY IN SUPPORT OF MOTION TO CONFIRM OR COMPEL COMPLIANCE WITH THE DISCOVERY MASTER'S MAY 22, 2007 ORDER COMPELLING PRODUCTION OF DOCUMENTS AND FOR SANCTIONS**<br>Date:         TBD<br>Time:        TBD<br>Courtroom: TBD<br>**Phase 2**<br>Discovery Cutoff:    June 1, 2010<br>Pretrial Conference: None Set<br>Trial Date:                None Set |

1    I, Matthew DuBois, declare:

2    1.    I am a Regional Litigation Services Manager at Orrick, Herrington & Sutcliffe LLP and I manage litigation services for Orrick's Los Angeles, Menlo Park and Orange County offices. I make this declaration based on personal knowledge unless otherwise expressly stated, in which case, it is based on information and belief. If called and sworn as a witness, I could and would testify competently as follows.

3    2.    My job responsibilities include uploading, maintaining and managing in a database, the documents produced by Mattel in the case titled *Carter Bryant v. Mattel Inc.*, Case No. CV 04-9049 DOC (consolidated with CV 04-9059 & CV 05-2727).

4    3.    Attached hereto as **Exhibit A** is a true and correct copy of a Microsoft Excel spreadsheet listing the number of unique custodians and the number of documents per unique custodian that Mattel has produced to date. (**Filed Under Seal**)

5    4.    The list attached as Exhibit A was created using the following procedure:

   a.    On September 23, 2009, Mattel sent a CD containing the custodian information of the documents produced by Mattel in this case. The custodial information was produced in the form of a data file containing the beginning bates, ending bates and custodian information for each document. Attached hereto as **Exhibit B** is a true and correct copy of Mattel's September 23, 2009 letter enclosing the CD containing the custodian data file.

   b.    I loaded the custodian data received from Mattel into a Microsoft Access database ("Mattel Custodial Database").

   c.    For each document production received from Mattel since September 23, 2009, I extracted the beginning bates, ending bates and custodian information and updated the Mattel Custodial Database with this information.

1        d.     Attached hereto as **Exhibits C, D, E, F and G** are true and correct copies of Mattel's letters dated October 7, 2009, October 8, 2009, October 8, 2009 (replacing the production of October 7, 2009), October 16, 2009, and October 28, 2009 enclosing Mattel's productions since September 23, 2009. The Mattel Custodial Database has been updated with the custodial information from these productions.

      e.     On November 11, 2009, I executed a query on the Mattel Custodial Database to extract the number of unique custodians and the number of documents per unique custodian and exported the results of this query into an MS excel spreadsheet, a true and correct copy of which is attached as Exhibit A.

      I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

      Executed this 13th day of November, 2009, in Los Angeles, California.

*/s/ Matthew DuBois*
Matthew DuBois

OHS West:260750238.1