MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone: +1-415-773-5700
Facsimile: +1-415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: +1-213-629-2020
Facsimile: +1-213-612-2499

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx)<br><br>Consolidated with: Case No. CV 04-9059 and Case No. CV 05-2727<br><br>**DISCOVERY MATTER**<br>[To Be Heard by Discovery Master Robert O'Brien]<br><br>**CERTIFICATE OF SERVICE**<br><br>Date:       TBD<br>Time:       TBD<br>Courtroom:  TBD<br><br>**Phase 2**<br>Discovery Cutoff:    December 11, 2009<br>Pretrial Conference: March 1, 2010<br>Trial Date:          March 23, 2010 |

OHS West:260776327.1

CERTIFICATE OF SERVICE
CV 04-9049 DOC (RNBx)

## PROOF OF SERVICE

I, Maria Mercado-Navarro, declare:

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, 777 South Figueroa Street, Suite 3200, Los Angeles, California 90017-5855.

On November 13, 2009, I served the following document:

1. APPLICATION TO FILE UNDER SEAL;

2. [PROPOSED] ORDER RE APPLICATION TO FILE UNDER SEAL;

3. OPPOSITION TO MOTION TO STRIKE THE MGA PARTIES' GENERAL OBJECTIONS RE JURISDICTION AND FOR RECONSIDERATION OF PORTIONS OF ORDER NO. 70 AND CROSS-MOTION TO STRIKE ALL GENERAL OBJECTIONS ASSERTED BY MATTEL;

4. MGA ENTERTAINMENT, INC.'S SEPARATE STATEMENT IN SUPPORT OF OPPOSITION TO MOTION TO STRIKE MGA PARTIES' GENERAL OBJECTIONS RE JURISDICTION AND FOR RECONSIDERATION OF PORTIONS OF ORDER NO. 70 AND CROSS-MOTION TO STRIKE ALL GENERAL OBJECTIONS ASSERTED BY MATTEL;

5. [PUBLIC VERSION] DECLARATION OF WILLIAM A. MOLINSKI IN SUPPORT OF MGA PARTIES' SEPARATE STATEMENT ISO OPPOSITION TO MOTION TO STRIKE MGA PARTIES GENERAL OBJECTIONS RE JURISDICTION AND FOR RECONSIDERATION OF ORDER NO. 70 AND CROSS-MOTION TO STRIKE ALL GENERAL MOTIONS ASSERTED BY MATTEL;

6. [FILED UNDER SEAL] EXHIBITS A-O OF THE DECLARATION OF WILLIAM A. MOLINSKI IN SUPPORT OF MGA PARTIES' SEPARATE STATEMENT ISO OPPOSITION TO MOTION TO STRIKE MGA PARTIES GENERAL OBJECTIONS RE JURISDICTION AND FOR RECONSIDERATION OF ORDER NO. 70 AND CROSS-MOTION TO STRIKE ALL GENERAL MOTIONS ASSERTED BY MATTEL; and

7. CERTIFICATE OF SERVICE.

[x]   By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

OHS West:260776327.1 — - 1 - — CERTIFICATE OF SERVICE
CV 04-9049 DOC (RNBx)

| | | |
|---|---|---|
| 1 | ☐ | By depositing a true and correct copy of the document(s) listed above with Fed Ex in Los Angeles, California, enclosed in a sealed envelope. |
| 2 | | |
| 3 | ☒ | (by Electronic Mail), I caused such documents to be transmitted by electronic mal to the offices of the addressee. |
| 4 | | |

**SEE ATTACHED SERVICE LIST**

I am employed in the county from which the mailing occurred. On the date indicated above, I placed the sealed envelope(s) for collection and mailing at this firm's office business address indicated above. I am readily familiar with this firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the firm's correspondence would be deposited with the United States Postal Service on this same date with postage thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 13, 2009, at Los Angeles, California.

*Maria Mercado-Navarro*
Maria Mercado-Navarro

| | |
|---|---|
| 1 | **PHASE 2 DISCOVERY SERVICE LIST** |
| 2 | <u>Counsel for Carlos Gustavo Machado Gomez</u> |
| 3 | Mark E. Overland, Esq. |
| | moverland@scheperkim.com |
| 4 | Alexander H. Cote, Esq. |
| 5 | acote@scheperkim.com |
| | SCHEPER KIM & OVERLAND LLP |
| 6 | 601 W. 5th Street, 12th Floor |
| 7 | Los Angeles, CA 90017 |
| | Telephone: (213) 613-4655 |
| 8 | Facsimile: (213) 613-4656 |
| 9 | |
| 10 | <u>Additional</u> Counsel<u>:</u> |
| | Jason D. Russell, Esq. |
| 11 | jason.russell@skadden.com |
| 12 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| | 300 South Grand Ave., Suite 3400 |
| 13 | Los Angeles, CA 90071-3144 |
| 14 | Telephone: (213) 687-5000 |
| | Facsimile: (213) 687-5600 |

## DECLARATION OF SERVICE

I declare I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is USA Network, Inc., 800 West 1st Street, Suite 200-B, Los Angeles, California 90012.

On September 18, 2009, I served the following documents:

1. APPLICATION TO FILE UNDER SEAL;

2. [PROPOSED] ORDER RE APPLICATION TO FILE UNDER SEAL;

3. OPPOSITION TO MOTION TO STRIKE THE MGA PARTIES' GENERAL OBJECTIONS RE JURISDICTION AND FOR RECONSIDERATION OF PORTIONS OF ORDER NO. 70 AND CROSS-MOTION TO STRIKE ALL GENERAL OBJECTIONS ASSERTED BY MATTEL;

4. MGA ENTERTAINMENT, INC.'S SEPARATE STATEMENT IN SUPPORT OF OPPOSITION TO MOTION TO STRIKE MGA PARTIES' GENERAL OBJECTIONS RE JURISDICTION AND FOR RECONSIDERATION OF PORTIONS OF ORDER NO. 70 AND CROSS-MOTION TO STRIKE ALL GENERAL OBJECTIONS ASSERTED BY MATTEL;

5. [PUBLIC VERSION] DECLARATION OF WILLIAM A. MOLINSKI IN SUPPORT OF MGA PARTIES' SEPARATE STATEMENT ISO OPPOSITION TO MOTION TO STRIKE MGA PARTIES GENERAL OBJECTIONS RE JURISDICTION AND FOR RECONSIDERATION OF ORDER NO. 70 AND CROSS-MOTION TO STRIKE ALL GENERAL MOTIONS ASSERTED BY MATTEL;

6. [FILED UNDER SEAL] EXHIBITS A-O OF THE DECLARATION OF WILLIAM A. MOLINSKI IN SUPPORT OF MGA PARTIES' SEPARATE STATEMENT ISO OPPOSITION TO MOTION TO STRIKE MGA PARTIES GENERAL OBJECTIONS RE JURISDICTION AND FOR RECONSIDERATION OF ORDER NO. 70 AND CROSS-MOTION TO STRIKE ALL GENERAL MOTIONS ASSERTED BY MATTEL; and

7. CERTIFICATE OF SERVICE.

[X] by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below:

```
Counsel for Mattel. Inc.
Michael T. Zeller, Esq.
michaelzeller@quinnemanuel.com
Brett D. Proctor
dylanproctor@quinnemanuel.com
QUINN EMANUEL URQUHART OLIVER &
HEDGES, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Robert C. O'Brien, Esq.
Discovery Master
Arent Fox LLP
555 West 5th Street, Suite 4800
Los Angeles, CA 90013
```

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 13, 2009, at Los Angeles, California.

Ronald Tarsky

*[Signature: Ronald Tarsky]*
USA Network, Inc.