Name & Address:
Warrington S. Parker III (State Bar No. 148003)
Orrick, Herrington & Sutcliffe LLP
405 Howard Street
San Francisco, California 94105
(415) 773-5700
(415) 773-5759 (Facsimile)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| CARTER BRYANT | CASE NUMBER: |
| --- | --- |
| PLAINTIFF(S) | CV 04-9049-DOC (RNBx) |
| v. | |
| MATTEL, INC., a Delaware Corporation | NOTICE OF MANUAL FILING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**

Isaac Larian and MGA Entertainment's Opposition To Mattel, Inc's Motion For Order Enforcing Discovery Master Order No. 66 and Compelling MGA and Larian To Respond To Requests For Admission; Isaac Larian and MGA Entertainment's Response To Separate Statement In Support Of Mattel, Inc's Motion For Order Enforcing Discovery Master Order No. 66 and Compelling MGA and Larian To Respond To Requests For Admission; and Exhibit 3 to the Declaration of Warrington S. Parker III In Support Of The MGA Parties' Opposition To Mattel, Inc.'s Motion For Order Enforcing Discovery Master Order No. 66 and Compelling MGA and Larian To Respond To Requests For Admission

**Document Description:**

- [ ] Administrative Record
- [ ] Exhibits
- [ ] Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]
- [x] Other See documents listed above.

**Reason:**

- [x] Under Seal
- [ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- [ ] Electronic versions are not available to filer
- [ ] Per Court order dated _____
- [ ] Manual Filing required (*reason*): _____

| November 16, 2009 | /s/ Warrington S. Parker, III |
| --- | --- |
| Date | Attorney Name |
| | MGA Parties |
| | Party Represented |

G-92 (03/09)   NOTICE OF MANUAL FILING   American LegalNet, Inc. www.FormsWorkflow.com