MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building, 405 Howard Street
San Francisco, CA 94105
Tel: (415) 773-5700/Fax:(415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Tel. (213) 629-2020/Fax: (213) 612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. 2:04-CV-09049-DOC-RNBx<br><br>Consolidated with Case No. CV 04-9059 and Case No. CV 05-2727<br><br>**DISCOVERY MATTER**<br><br>**DECLARATION OF WARRINGTON S. PARKER III IN SUPPORT OF THE MGA PARTIES' OPPOSITION TO MATTEL, INC'S MOTION FOR ORDER ENFORCING DISCOVERY MASTER ORDER NO. 66 AND COMPELLING MGA AND LARIAN TO RESPOND TO REQUESTS FOR ADMISSION** |

I, Warrington S. Parker III, declare as follows:

1.  I am a member of the Bar of the State of California and admitted to practice before this Court, and of counsel with the law firm of Orrick, Herrington & Sutcliffe LLP, counsel for Phase 2 to MGA Entertainment, Inc. ("MGAE"), MGA Entertainment HK, Ltd. ("MGA HK"), MGAE De Mexico, S.R.L. De C.V. ("MGAE Mexico"), and Isaac Larian (collectively, the "MGA Parties"). I make this declaration in support of the Opposition to Mattel's Motion for Order Enforcing Discovery Master Order No. 66 and Compelling MGA and Larian to Respond to Requests for Admission. I have personal knowledge of the facts set forth in this declaration. If called as a witness, I could and would testify competently to such facts under oath.

2.  Attached as Exhibit 1 is a true and correct copy of Trial Exhibit 11907. As reflected in Exhibit 2, which is a true and correct copy of a portion of the transcript of the June 5, 2008 trial proceedings, Mattel used Trial Exhibit 11907 during the course of trial.

3.  Attached as Exhibit 3 is a true and correct copy of the document that Mattel has attached as Exhibit 1 to the Requests for Admission served on Mr. Larian and MGA, which is the subject of Mattel's motion to compel and this opposition and which current counsel produced on August 21, 2009. The first two emails that appear on Exhibit 3 were withheld as privileged by prior litigation counsel. As reflected in Trial Exhibit 11907, the remainder of the email was not.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this Declaration was hereby executed on November 16, 2009, at San Francisco, California.

_____
Warrington S. Parker III

- 2 -

PARKER DECL. ISO MGA PARTIES' OPPOSITION TO
MATTEL, INC'S MOT. FOR ORDER ENFORCING DISCOVERY
ORDER NO. 66 AND COMPELLING RFA'S
CV 04-9049 DOC (RNBx)

# EXHIBIT 1

**Anderson, Diane**

| | |
|---|---|
| From: | Isaac Larian |
| Sent: | Wednesday, October 23, 2002 1:35 AM |
| To: | Victoria O'Connor; Sandrine de Raspide |
| Subject: | FW: FW: Interview for the French magazine CAPITAL |

FYI

-----Original Message-----
From: Isaac Larian
Sent: Wednesday, October 23, 2002 1:25 AM
To: 'Nathalie RIESEN'
Subject: RE: FW: Interview for the French magazine CAPITAL

Natalie,

Please see below

-----Original Message-----
From: Nathalie RIESEN [mailto:nathalie.villard@wanadoo.fr]
Sent: Wednesday, October 23, 2002 12:42 AM
To: ilarian@mgae.com
Subject: Re: FW: Interview for the French magazine CAPITAL

Thank you Isaac.
I have a few more questions about the story of the Bratz you would be kind to answer by email:
. Date of birth of the Bratz, time of development, first launch in the US

BORN SEPTEMBER 2000; 9 MONTH TO DEVELOP ( LIKE A BABY!); LAUNCHED IN THE USA IN JULY 2001 AND IN SPAIN JUNE 2001 ( BEFORE USA).ISAAC
. Total yearly Sales of the Bratz (in dollars) since their launch.
2001: $65 MILLION

2002: $350 MILLION ( INCLUDING LICENSED GOODS)

2003: PROJECTED $1 BILLION ( INCLUDING LICENSED GOODS)

. Increase of their market share of the doll market

BRATZ CURRENTLY HAVE 33% OF FASHION DOLL MARKET SHARE IN THE USA AND GROWING.

. Further development of the Bratz expected in 2003

THE BRATS LINE IS EXPANDING GREATLY FOR 2003. MGA , FOR THE FIRST TIME IS LAUNCHING A VERY INNOVATIVE AND FASHIONABLE LINE OF ELECTRONICS CALLED " BRATZ ELECTRIC FUNK" FOR 2003 AND THIS LINE IS EXPECTED TO GENERATE WHOLESALE SALES IN EXCESS OF $100 MILLION. WE ARE LITERALLY SIGNING 2-3 NEW LICENSEE'S A DAY FOR A VARIETY OF PRODUCTS ( I WILL E MAIL YOU THE LIST). we HAVE ALSO EXPANDED THE TOY LINE GREATLY FOR 2003 AND WILL HAVE OVER 100 NEW ITEMS INTRODUCED IN 2003, BY MGA ALONE. ISAAC

. Sales, Profits and margin of MGAE in 2002 / 2001 /2000

2000 SALES $90 MILLION

2001 SALES  $110 MILLION

2002 SALES $350 MILLION ( ESTIMATE)

. Brief description of MGAE headquarters in LA, its location...

1

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 1 - Page 3

MGA 3819572
EX 11907-0001

MGAE IS PRESENTLY HEAD QUARTERED IN NORTH OF LA in 43,000 SQUARE FEET OFFICES. WE HAVE OUTGROWN THE FACILITIES AND ARE LOOKING TO MOVE TO A BIGGER FACILITY SOON. ISAAC
. Brief description of your management team

OUR MANAGEMENT TEAM CONSIST OF A GREAT GROUP PASSIONATE AND GROWTH AND EXCELLENCE ORIENTED INDIVIDUALS WHO CARE FOR THE BUSINESS. OUR MISSION STATEMENT IS TO BE NO 1 OR 2 IN ANYTHING WE DO OR DON'T DO IT. INNOVATIVE CONSUMER ENTERTAINMENT PRODUCTS IS THE HEART OF MAGE'S BUSINESS.MGA HAS WON NUMEROUS PRODUCT EXCELLENCE AWARDS EVERY YEAR INCLUDING THE MOST PRESTIGIOUS TOY OF THE YEAR AWARD AND FAMILY FUN TOY OF THE YEAR AWARD ( 3 YEARS IN THE ROW IN DIFFERENT CATEGORIES). ISAAC
. Your age, family situation and hobbies.

I AM 48 YEARS OLD ( BUT 13 AT HEART!) MARRIED FOR THE PAST 18 YEARS TO ANGELA AND HAVE 3 CHILDREN ( JASON:16, YASMINE: 14, CAMERON:8). A KID AT HEART, MY HOBBIES ARE CREATING TOYS, PLAYING VOLLEYBALL, MOUNTAIN BIKE RIDING , CAMPING AND BACKPACKING. TWO OF THE DOLLS ( YASMINE AND CAMERON) ARE NAMED AFTER MY KIDS.

Thank you very much for all this. This story will come out in Capital (leading French business magazine) at the end of
November.

PLEASE VISIT WWW.MGAE.COM FOR MORE INFORMATION ABOUT MGA. PLEASE SEND ME TWO COPIES OF THE MAGAZINE WHEN IT COMES OUT.

THANK YOU FOR YOUR INTEREST IN MGA. BY THE WAY, ARE YOUR THREE DAUGHTERS BRATZ FANS? ISAAC

Best regards,
Nathalie

nathalie.villard@wanadoo.fr
Journaliste
CAPITAL
Tel 00 +33 (4) 66 03 24 03 / (1) 56 99 49 33
 Fax 00 +33 (4) 66 03 24 02


  inMesssage du 23/10/2002 02:49
>De : Isaac Larian <ilarian@mgae.com>
>A : Dave Malacrida <DMalacrida@mgae.com>
>Copie à : 'nathalie.villard@wanadoo.fr' <nathalie.villard@wanadoo.fr>
>Objet : FW: Interview for the French magazine CAPITAL
>
> Natalie, It was a pleasure talking to you.
>
> Dave, Please send Natalie our recent news clipinings by e mail ASAP.
>
> Thanks,
>
> Isaac
>
>
>
> -----Original Message-----
> From: Nathalie RIESEN [mailto:nathalie.villard@wanadoo.fr]
> Sent: Tuesday, October 22, 2002 4:49 AM
> To: ilarian@mgae.com
> Subject: RE: Interview for the French magazine CAPITAL
>
>
> >I'll call you today at 10:00 am (your time).
> Nathalie
>
> Messsage du 22/10/2002 03:21
> >De : Isaac Larian <ilarian@mgae.com>

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 1 - Page 4

MGA 3819573
EX 11907-0002

```
> >A : 'Nathalie RIESEN' <nathalie.villard@wanadoo.fr>
> >Copie à : Rene Turin <RTurin@mgae.com>
> >Objet : RE: Interview for the French magazine CAPITAL
> >
> > Dear Natalie,
> >
> > Lets do October 22 at 10 am.
> >
> > Thanks,
> >
> > Isaac Larian
> > Isaac Larian
> > CEO
> > M G A  Entertainment
> > 16730 Schoenborn Street
> > North Hills, California 91343
> > Tel: 818-894-3150
> > Fax:818-894-1267
> > e-mail: Ilarian@MGAE.COM
> > Please Visit
> > www.MGAE.com
> > And the beautiful BRATZ at
> > www.Bratzpack.com
> > Hey! Its MGA!
> >
> >
> >
> > -----Original Message-----
> > From: Nathalie RIESEN [mailto:nathalie.villard@wanadoo.fr]
> > Sent: Monday, October 21, 2002 8:47 AM
> > To: ilarian@mgae.com
> > Subject: Re: Interview for the French magazine CAPITAL
> >
> >
> > >Dear Isaac,
> > Thanks for your prompt answer.
> > When can I call you for a 15 mn interview, between 8:00 and 10:00 am (your
> > time), either on Oct 22, 28, 29, 30 or 31?
> > Interview: the ingredients of the success of the Bratz.
> > . Birth of the concept? Is there a "Mr or Mrs Bratz"?
> > . How many people involved in the Bratz business today at MGAE?
> > . How different are they from the Barbie world and among the doll market
> in
> > general?
> > . Sales and market share in the US and oversea
> > Thanks.
> > Best regards,
> > Nathalie
> >
> >  nathalie.villard@wanadoo.fr
> > > Journaliste
> > > CAPITAL
> > > Tel 00 +33 (4) 66 03 24 03 / (1) 56 99 49 33
> > > Fax 00 +33 (4) 66 03 24 02
> >
> > Messsage du 06/03/1904 16:20
> > >De : Nathalie Villard <nathalie.villard@wanadoo.fr>
> > >A :  <nathalie.villard@wanadoo.fr>
> > >Copie à :
> > >Objet : FW: Interview pour le magazine franç ais       CAPITAL
> > >
> > >
> > > ----------
> > > De : Isaac Larian <ilarian@mgàe.com>
> > > Date : Fri, 18 Oct 2002 19:55:30 -0700
> > > A : Sandrine de Raspide <SDeRaspide@mgae.com>, 'Nathalie Villard'
> > > <nathalie.villard@wanadoo.fr>
```

3

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 1 - Page 5

MGA 3819574
EX 11907-0003

```
> > > Cc : Dave Malacrida <DMalacrida@mgae.com>
> > > Objet : RE: Interview pour le magazine franç ais CAPITAL
> > >
> > > Dear Nathalie,
> > >
> > > I will be happy to do an interview.
> > >
> > > I am now in HK and back in the USA next Tuesday.
> > >
> > > I would like to ask for the list of questions in advance please.
> > >
> > > Best Regards,
> > >
> > > Isaac Larian
> > > Isaac Larian
> > > CEO
> > > M G A  Entertainment
> > > 16730 Schoenborn Street
> > > North Hills, California 91343
> > > Tel: 818-894-3150
> > > Fax:818-894-1267
> > > e-mail: Ilarian@MGAE.COM
> > > Please Visit
> > > www.MGAE.com
> > > And the beautiful BRATZ at
> > > www.Bratzpack.com
> > > Hey! Its MGA!
> > >
> > >
> > >
> > > -----Original Message-----
> > > From: Sandrine de Raspide
> > > Sent: Friday, October 18, 2002 5:53 PM
> > > To: 'Nathalie Villard'
> > > Cc: Isaac Larian; Dave Malacrida
> > > Subject: RE: Interview pour le magazine franç ais CAPITAL
> > >
> > >
> > > Dear Nathalie,
> > >
> > > Thanks for your interest in Bratz.  Per our company policy, all
> interviews
> > > need to be conducted through Isaac Larian, our CEO.  Isaac is copied on
> > this
> > > e-mail and will let you know if he can make himself available for a
> phone
> > > interview before the 31st of October.
> > > Isaac, Capital is a business magazine (500,000 prints/month) that will
> do
> > a
> > > special report on the toy industry worldwide.
> > > Kind regards,
> > > Sandrine
> > >
> > > -----Original Message-----
> > > From: Nathalie Villard [mailto:nathalie.villard@wanadoo.fr]
> > > Sent: Friday, October 18, 2002 5:44 AM
> > > To: sderaspide@mgae.com
> > > Subject: Interview pour le magazine franç ais CAPITAL
> > > Importance: High
> > >
> > >
> · > > Bonjour,
> > > Dans son numéro de Décembre, Capital (leader de la presse économique,
> 500
> > > 000 ex/mois) prépare un Dossier international de 18 pages sur le
> business
```

4

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 1 - Page 6

MGA 3819575
EX 11907-0004

```
> > > mondial du jouet.
> > > Entre autres articles, je prépare une histoire sur le succès du
> phénomène
> > > Bratz, la naissance du concept, ses déclinaisons, son univers de
> > concurrence
> > > avec Mattel, ses licences...
> > > Pourrions-nous convenir rapidement d'un rdv téléphonique avant le 31
> > > Octobre. Beaucoup de personnes ici en France m'ont dit que vous pourriez
> > > m'être très utile.
> > > D'avance merci.
> > > Cordialement,
> > > Nathalie Villard
> > >
> > > nathalie.villard@wanadoo.fr
> > > Journaliste
> > > CAPITAL
> > > Tel 00 +33 (4) 66 03 24 03 / (1) 56 99 49 33
> > > Fax 00 +33 (4) 66 03 24 02
> > >
> > >
> >
>
```

5

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 1 - Page 7

MGA 3819576
EX 11907-0005

# EXHIBIT 2

1550

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

---

**HONORABLE STEPHEN G. LARSON, JUDGE PRESIDING**

---

| | |
|---|---|
| MATTEL, INC., | : PAGES 1550 - 1668 |
| PLAINTIFF, | : |
| VS. | : NO. ED CV04-09049-SGL |
| MGA ENTERTAINMENT, INC., ET AL., | : [CONSOLIDATED WITH CV04-9059 & CV05-2727] |
| DEFENDANTS. | : |

REPORTER'S TRANSCRIPT OF PROCEEDINGS

RIVERSIDE, CALIFORNIA

THURSDAY, JUNE 5, 2008

JURY TRIAL - DAY 8

AFTERNOON SESSION

MARK SCHWEITZER, CSR, RPR, CRR
OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
181-H ROYBAL FEDERAL BUILDING
255 EAST TEMPLE STREET
LOS ANGELES, CALIFORNIA 90012
(213) 663-3494

CERTIFIED COPY

Exhibit 2 - Page 8

1647

1  ambiguous as to drawings for the doll.
2           THE COURT: Rephrase, Counsel.
3  Q.  BY MR. PRICE: In September 2000, was there any work at
4  all done on these drawings or on doll designs or anything
5  pertaining to Bratz after this meeting?
6           MR. NOLAN: Compound, your Honor.
7           THE COURT: Overruled.
8           THE WITNESS: I don't know if there was or not.
9  It's possible that there was.
10 Q.  BY MR. PRICE: It's your belief, however, that it's in
11 this month of September 2000 that, to use your words, Bratz
12 was born?
13 A.  In September of 2000 Bratz was born? What do you mean
14 by Bratz? Bratz drawings or Bratz dolls? Bratz dolls did
15 not come to the market until 2001.
16 Q.  Well, if you look at Exhibit 11907.
17 A.  Exhibit?
18 Q.  11907.
19 A.  Yes, go ahead.
20 Q.  You recognize that as an e-mail that includes you and
21 Victoria O'Connor and Sandrine de Raspide?
22 A.  Your pronunciation is better than mine.
23 Q.  You recognize it as one of your e-mails?
24 A.  That's correct.
25          MR. PRICE: Your Honor, move Exhibit 11907 into

Exhibit 2 - Page 9

1648

1  evidence.
2           MR. NOLAN:  No objection, your Honor.
3           THE COURT:  It's admitted.
4           **(Exhibit 11907 received.)**
5  Q.  BY MR. PRICE:  This is one of those e-mails where
6  someone else has written you an e-mail and you're going
7  through and typing your comments or responses?
8  A.  That's correct.
9  Q.  So, for example, where it has this e-mail from Nathalie
10 Riesen to -- it says to ILarian at MGAE dot com.  Is that
11 you?
12 A.  That was my e-mail address at the time.
13 Q.  And you see it says:  "I have some questions about the
14 story of the Bratz.  I'd ask if you would" --
15 A.  I see that.
16 Q.  And one of the questions was date of birth of the Bratz,
17 time of development, first launch in the United States.
18         Do you see that?
19 A.  Yes.
20 Q.  And you've got -- what is typed here is your response;
21 correct?
22 A.  I'm sorry?  The one in capital is mine.
23 Q.  And your response is:  "Born September 2000.  Nine
24 months to develop, like a baby.  Launched in the USA in July
25 2001 and Spain June 2001, before USA."

Exhibit 2 - Page 10

1         Do you see that?

2  A.   I do.

3  Q.   And I take it that for this birth in September of 2000,
4  you're not taking credit for the paternity of that; right?

5  A.   I'm sorry?

6  Q.   That is, where it says born in September 2000, you are
7  not the one who bore it?

8  A.   I personally?

9  Q.   Yes.

10 A.   No, I have not given birth to anybody yet.

11 Q.   Notify me if you do. We can make a lot of money.

12        So you're talking about born in September 2000, the
13 person who you're referring to who gave birth to Bratz in
14 September of 2000 was Carter Bryant?

15 A.   MGA Entertainment gave birth to Bratz dolls and Bratz
16 brand. Carter Bryant came up with the drawings that became
17 the inspiration for Bratz.

18 Q.   My understanding is you weren't aware of anything being
19 done in September 2000 regarding Bratz except Mr. Carter
20 Bryant presented to you Exhibit 302. Isn't that right?

21 A.   No. My testimony was that there could have been some
22 work done on the Bratz to see if it could be done, could be
23 made to a doll or not in September or October. I just don't
24 know the detail of that.

25 Q.   Well, you certainly would agree that the date that --

Exhibit 2 - Page 11

1650

1  using your word here, Bratz, the date that Bratz was created
2  was in September of 2000.
3  A.  No.  You should refer back to the date of the e-mail.
4  That's October 31st, 2002.  And Bratz dolls were in the
5  market already for about a year when I wrote that e-mail.
6  Q.  Well, if you'd look at Exhibit 551.
7  A.  I'm sorry?
8  Q.  Look at Exhibit 551.
9  A.  Should I put this away?
10 Q.  Yes, we're going to 551 now, a different document.
11         And that's already in evidence, your Honor.
12         THE COURT:  Very well.
13 Q.  BY MR. PRICE:  Mr. Larian, you're aware of this e-mail
14 between Nana Ashong and Victoria O'Connor, Paula
15 Treantafelles, now known as Paula Garcia, and Martin Hitch?
16 A.  I'm not.
17 Q.  You've never seen this before this trial?
18 A.  Only through this trial I have.
19 Q.  Who is Nana Ashong?
20 A.  She was product manager, to the best of my recollection,
21 at MGA at one time.
22 Q.  And I think you said Martin Hitch, was he in charge of
23 sales?
24 A.  He was in charge of international sales.
25 Q.  And how about Jackie Bielke?

Exhibit 2 - Page 12

| | |
|---|---|
| 1 | A. I have no recollection of her. |
| 2 | Q. Do you know why Ms. Ashong, in September of 2001, was |
| 3 | sending an e-mail saying that the date of creation for Bratz |
| 4 | was September 18, 2000? |
| 5 | A. I have no idea. |
| 6 | Q. Do you recall that you sent an e-mail saying for legal |
| 7 | purposes, let's say it's October of 2000? |
| 8 | A. I don't recall that. I might have. I don't recall. |
| 9 | Q. All right. If you'd look at Exhibit 12842. |
| 10 | A. I'm sorry. Can you repeat the number? |
| 11 | Q. 12842. Do you recognize this as an e-mail that you |
| 12 | wrote sometime around June 27, 2002? |
| 13 | A. It's an e-mail that I wrote. I don't remember the date. |
| 14 | MR. PRICE: Move Exhibit 12842 into evidence. |
| 15 | MR. NOLAN: No objection, your Honor. |
| 16 | THE COURT: It's admitted, and you may publish. |
| 17 | **(Exhibit 12842 received.)** |
| 18 | Q. BY MR. PRICE: There's an e-mail from Caymohr, |
| 19 | C-A-Y-M-O-H-R, at AOL dot com. |
| 20 | Do you have any idea who that is? |
| 21 | A. I have no idea. |
| 22 | Q. The "To," that's your e-mail address; correct? |
| 23 | A. It is. |
| 24 | Q. Do you know whose e-mail addresses are in the CC? |
| 25 | A. Ricardo Cruz, I think, is one of them, and the other one |

Exhibit 2 - Page 13

# EXHIBIT 3

# CONFIDENTIAL
# ATTORNEYS EYES ONLY
# FILED UNDER SEAL PURSUANT
# TO PROTECTIVE ORDER

| Name & Address: | |
|---|---|
| Warrington S. Parker III (State Bar No. 148003)<br>Orrick, Herrington & Sutcliffe LLP<br>405 Howard Street<br>San Francisco, California 94105<br>(415) 773-5700<br>(415) 773-5759 (Facsimile) | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| CARTER BRYANT | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CV 04-9049-DOC (RNBx) |
| v. | |
| MATTEL, INC., a Delaware Corporation | NOTICE OF MANUAL FILING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**

Isaac Larian and MGA Entertainment's Opposition To Mattel, Inc's Motion For Order Enforcing Discovery Master Order No. 66 and Compelling MGA and Larian To Respond To Requests For Admission; Isaac Larian and MGA Entertainment's Response To Separate Statement In Support Of Mattel, Inc's Motion For Order Enforcing Discovery Master Order No. 66 and Compelling MGA and Larian To Respond To Requests For Admission; and Exhibit 3 to the Declaration of Warrington S. Parker III In Support Of The MGA Parties' Opposition To Mattel, Inc.'s Motion For Order Enforcing Discovery Master Order No. 66 and Compelling MGA and Larian To Respond To Requests For Admission

**Document Description:**

- [ ] Administrative Record
- [ ] Exhibits
- [ ] Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]
- [x] Other See documents listed above.

**Reason:**

- [x] Under Seal
- [ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- [ ] Electronic versions are not available to filer
- [ ] Per Court order dated _____
- [ ] Manual Filing required (*reason*):

| November 16, 2009 | /s/ Warrington S. Parker, III |
|---|---|
| Date | Attorney Name |
| | MGA Parties |
| | Party Represented |

G-92 (03/09)        NOTICE OF MANUAL FILING        American LegalNet, Inc.<br>www.FormsWorkflow.com