MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building, 405 Howard Street
San Francisco, CA 94105
Tel: (415) 773-5700/Fax: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Tel. (213) 629-2020/Fax: (213) 612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. 2:04-CV-09049-DOC-RNBx<br>Consolidated with Case No. CV 04-9059 and Case No. CV 05-2727<br>**DISCOVERY MATTER**<br>**DECLARATION OF ISAAC LARIAN IN SUPPORT OF THE MGA PARTIES' OPPOSITION TO MATTEL, INC.'S MOTION FOR ORDER ENFORCING DISCOVERY MASTER ORDER NO. 66 AND COMPELLING MGA AND LARIAN TO RESPOND TO REQUESTS FOR ADMISSION** |

I, Isaac Larian, declare as follows:

1. I am the Chief Executive Officer for MGA Entertainment, Inc. I make this declaration in support of MGA Entertainment, Inc., MGA Entertainment HK, Ltd., MGAE De Mexico, S.R.L. De C.V., and Isaac Larian's (collectively, the "MGA") Opposition to Mattel's Motion for Order Enforcing Discovery Master Order No. 66 and Compelling MGA and Larian to Respond to Requests for Admission. I make this declaration of my own personal knowledge and, if called as a witness unless indicated as to information and believe, I could and would testify competently to the truth of the matters set forth herein.

2. All decisions whether any document or information MGA or I have provided to our attorneys is produced or is not produced have rested in the professional judgment of counsel. Neither I nor MGA have any personal knowledge regarding the production or non-production of documents once we have provided them to our attorneys. To the extent that I have any information in this regard, the exclusive source of the information is litigation counsel.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was hereby executed on November 16, 2009, at Van Nuys, California.

/s/ *Isaac Larian*
Isaac Larian

- 2 -

LARIAN DECL. ISO MGA PARTIES' OPPOSITION TO MATTEL, INC'S MOT. FOR ORDER ENFORCING DISCOVERY ORDER NO. 66 AND COMPELLING RFA'S
CV 04-9049 DOC (RNBx)

1       I, Isaac Larian, declare as follows:

2       1.    I am the Chief Executive Officer for MGA Entertainment, Inc.  I make this declaration in support of MGA Entertainment, Inc., MGA Entertainment HK, Ltd., MGAE De Mexico, S.R.L. De C.V., and Isaac Larian's (collectively, the "MGA") Opposition to Mattel's Motion for Order Enforcing Discovery Master Order No. 66 and Compelling MGA and Larian to Respond to Requests for Admission.  I make this declaration of my own personal knowledge and, if called as a witness unless indicated as to information and believe, I could and would testify competently to the truth of the matters set forth herein.

      2.    All decisions whether any document or information MGA or I have provided to our attorneys is produced or is not produced have rested in the professional judgment of counsel.  Neither I nor MGA have any personal knowledge regarding the production or non-production of documents once we have provided them to our attorneys.  To the extent that I have any information in this regard, the exclusive source of the information is litigation counsel.

      I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was hereby executed on November 16, 2009, at Van Nuys, California.

                                /s/ *Isaac Larian*
                                Isaac Larian

- 2 -

LARIAN DECL. ISO MGA PARTIES' OPPOSITION TO MATTEL, INC'S MOT. FOR ORDER ENFORCING DISCOVERY ORDER NO. 66 AND COMPELLING RFA'S
CV 04-9049 DOC (RNBX)