QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS<br><br>**[PUBLIC REDACTED]** | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>**DECLARATION OF ZACHARY D. KRUG IN SUPPORT OF MATTEL, INC.'S OBJECTIONS TO CERTAIN PORTIONS OF DISCOVERY MATTER ORDER NO. 73**<br><br>Date:   TBD<br>Time:   TBD<br>Place:   Arent Fox LLP<br><br>**Phase 2:**<br>Discovery Cut-off:          TBD<br>Pre-trial Conference:      TBD<br>Trial Date:                     TBD |

# DECLARATION ZACHARY D. KRUG

I, Zachary D. Krug, declare as follows:

1. I am a member of the bars of the State of California and New York, and an associate at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration in support of Mattel's Objections to Discovery Matter Order No. 73, of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. Attached hereto as **Exhibit 1** is a true and correct copy of relevant excerpts from the September 22, 2009 hearing transcript.

3. Attached hereto as **Exhibit 2** is a true and correct copy of relevant excerpts from MGA's Revised January 23, 2008 Privilege Log, revised January 25, 2008 and April 9, 2009.

4. Attached hereto as **Exhibit 3** is a true and correct copy of a letter from Annette Hurst, MGA's counsel, to Robert O'Brien, the Discovery Master, dated August 4, 2009.

5. Attached hereto as **Exhibit 4** is a true and correct copy of a letter from Annette Hurst to Robert O'Brien, dated September 11, 2009.

6. Attached hereto as **Exhibit 5** is a true and correct copy of an email exchange between B. Dylan Proctor, my colleague, and Annette Hurst and others, dated between August 26, 2009 and September 1, 2009.

7. Attached hereto as **Exhibit 6** is a true and correct copy of a letter from B. Dylan Proctor to Robert O'Brien, dated September 15, 2009.

8. Attached hereto as **Exhibit 7** is a true and correct copy of a letter from Annette Hurst to Robert O'Brien, dated September 28, 2009.

9. Attached hereto as **Exhibit 8** is a true and correct copy of a letter from B. Dylan Proctor sent to Robert O'Brien, dated September 30, 2009.

10. Attached hereto as **Exhibit 9** is a true and correct copy of relevant excerpts from the October 16, 2009 hearing transcript.

DECLARATION OF ZACHARY D. KRUG

1          11.     Attached hereto as **Exhibit 10** is a true and correct copy of an

2   email sent from Annette Hurst to Robert O'Brien, dated October 22, 2009.

3          12.     Attached hereto as **Exhibit 11** is a true and correct copy of Phase

4   2 Discovery Matter Order No. 73, dated October 30, 2009.

5

6          I declare under penalty of perjury under the laws of the United States of

7   America that the foregoing is true and correct.

8          Executed on November 16, 2009, at Los Angeles, California.

9

10                                          Zachary D. Krug

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

07975/3205310.2

-2-