**EXHIBIT 1**

# Filed Under Seal Pursuant to Protective Order

**EXHIBIT 2**

# Filed Under Seal Pursuant to Protective Order

**EXHIBIT 3**

# Filed Under Seal Pursuant to Protective Order