QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
johnquinn@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California Corporation, et al.<br><br>Defendant. | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>**PROOF OF SERVICE**<br><br>**Phase 2**<br>Discovery Cut-off:   June 11, 2010<br>Pre-trial Conference:  TBD<br>Trial Date: |

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Apex Attorney Services 1055 West Seventh Street, Suite 250, Los Angeles, CA 90017.

On November 16, 2009, I served true copies of the following document(s) described as on the parties in this action as follows:

(1) MATTEL, INC.'S OBJECTIONS TO CERTAIN PORTIONS OF DISCOVERY MATTER ORDER NO. 73

(2) DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL, INC.'S OBJECTIONS TO CERTAIN PORTIONS OF DISCOVERY MATTER ORDER NO. 73

(3) APPLICATION TO FILE UNDER SEAL: MATTEL, INC.'S OBJECTIONS TO CERTAIN PORTIONS OF DISCOVERY MATTER ORDER NO. 73 AND DECLARATION B. DYLAN PROCTOR.

(4) [PROPOSED] ORDER RE MATTEL'S APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S OBJECTIONS TO CERTAIN PORTIONS OF DISCOVERY MATTER ORDER NO. 73 AND DECLARATION B. DYLAN PROCTOR.

on the parties in this action as follows:

| | |
|---|---|
| **Bingham McCutchen LLP**<br>Todd Gordinier, Esq.<br>Peter Villar, Esq.<br>600 Anton Boulevard, 18th Floor<br>Costa Mesa, CA 92626<br>todd.gordinier@bingham.com | Attorneys for *Omni 808 Investors, LLC* |
| **Orrick, Herrington & Sutcliffe LLP**<br>William A. Molinski<br>777 S. Figueroa Street, STE 3200<br>Los Angeles, CA 90017<br>wmolinski@orrick.com | *Attorneys for the MGA Parties* |
| **Skadden, Arps, Slate, Meagher & Flom LLP**<br>Thomas J. Nolan, Esq.<br>Jason Russell, Esq.<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90071<br>tnolan@skadden.com<br>jrussell@skadden.com | *Attorneys for the MGA Parties* |
| **Overland Borenstein Scheper & Kim LLP**<br>Mark E. Overland, Esq.<br>Alexander H. Cote, Esq.<br>601 W. 5th Street, 12th Floor<br>Los Angeles, CA 90017<br>moverland@obsklaw.com<br>acote@obsklaw.com | *Attorneys for Carlos Gustavo Machado Gomez*<br><br>Telephone: 213.613.4655<br>Facsimile: 213.613.4656 |

[X] **BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 16, 2009, at Los Angeles, California.

*[signature]*
Apex Attorney Services

00505.07975/3205387.1

PROOF OF SERVICE

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On November 16, 2009, I served true copies of the following document(s) described as

(1) MATTEL, INC.'S OBJECTIONS TO CERTAIN PORTIONS OF DISCOVERY MATTER ORDER NO. 73

(2) DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL, INC.'S OBJECTIONS TO CERTAIN PORTIONS OF DISCOVERY MATTER ORDER NO. 73

(3) APPLICATION TO FILE UNDER SEAL: MATTEL, INC.'S OBJECTIONS TO CERTAIN PORTIONS OF DISCOVERY MATTER ORDER NO. 73 AND DECLARATION B. DYLAN PROCTOR.

(4) [PROPOSED] ORDER RE MATTEL'S APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S OBJECTIONS TO CERTAIN PORTIONS OF DISCOVERY MATTER ORDER NO. 73 AND DECLARATION B. DYLAN PROCTOR

.on the interested parties in this action as follows:

**Orrick, Herrington & Sutcliffe LLP**          *Attorneys for the MGA Parties*
Annette L. Hurst
The Orrick Building
405 Howard Street
San Francisco, CA 94104
ahurst@orrick.com

[X]   **BY MAIL:** I am "readily familiar" with the practices of Quinn Emanuel Urquhart Oliver & Hedges, LLP for collecting and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. I enclosed the foregoing in sealed envelope(s) addressed as shown above, and such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Los Angeles, California, on that same day following ordinary business practices.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 16, 2009, at Los Angeles, California.

Shawna Allison