MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building, 405 Howard Street
San Francisco, CA 94105
Tel. (415) 773-5700/ Fax: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Tel. (213) 629-2020/Fax: (213) 612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>　　　　　Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049-DOC (RNBx)<br>Consolidated with: Case No. CV 04-9059 and Case No. CV 05-2727<br>**DISCOVERY MATTER**<br>[To Be Heard by Discovery Master Robert O'Brien Pursuant to Order of Jan. 6, 2009]<br><br>**DECLARATION OF WILLIAM A. MOLINSKI IN SUPPORT OF MGA MEXICO'S OPPOSITION TO MATTEL'S MOTION TO ENFORCE COMPLIANCE WITH DISCOVERY ORDER NO. 52**<br><br>Date:　　　　TBD<br>Time:　　　　TBD<br>Courtroom: TBD<br>**Phase 2**<br>Discovery Cutoff:　June 10, 2010<br>Pretrial Conference: TBD<br>Trial Date:　　　TBD |

OHS West:260776708.2

Dec. of William A. Molinski ISO MGA Mexico's Opp.
to Motion to Enforce Compliance w/ Order No. 52.
CV 04-9049 DOC (RNBx)

I, William A. Molinski, declare:

1. I am a member of the bar of the State of California, admitted to practice before this Court, and a partner with the law firm of Orrick, Herrington & Sutcliffe LLP, counsel for the MGA Parties. I make this declaration based on personal knowledge unless otherwise expressly stated, in which case, it is based on information and belief. If called and sworn as a witness, I could and would testify competently as follows.

2. A true and correct copy of MGA Parties' Opposition to Motion to Compel MGA Mexico to Produce Documents and Things in response to Mattel's First, Second, and Third Sets of Requests for Production to MGA Mexico, filed on July 22, 2009, is attached hereto as **Exhibit A**.

3. A true and correct copy of Mattel's Motion to Compel MGA Mexico to Produce Documents and Things in response to Mattel's First, Second, and Third Sets of Requests for Production to MGA Mexico, filed on July 15, 2009, is attached hereto as **Exhibit B**.

4. Notably, when the Discovery Master ruled on the Motion to Compel, he expressed doubt as to whether any documents had been produced by MGA Mexico as part of the production by MGA. The reason for his doubt was that MGA had failed to identify any documents produced from Mexico. To rectify this problem, MGA conducted a detailed search of custodian files and provided Mattel a list, by bates number and custodian, of documents already produced by MGA Mexico. There were over 100,000 documents previously produced by MGM Mexico as part of the MGA production – – enough to fill 40 boxes. Attached hereto as **Exhibit D** is a copy of MGA's letter dated September 15, 2009, that identifies the previously produced MGA Mexico documents.

5. In response to Discovery Order No. 52, MGA Mexico conducted keyword searches covering each topic that Mattel requested discovery on. MGA Mexico then conducted narrow privilege filter searches to eliminate privileged

1  materials from those results.  This process returned approximately 200,000 pages of
2  non-privileged documents.  MGA Mexico did not have sufficient time to manually
3  review each of these documents within the 20 days given for production.  As a
4  result, MGA Mexico produced almost all of these documents.

5      6.   On September 23, 2009, I sent a letter to Marshall Searcy, counsel for
6  Mattel, responding to his three previous letters regarding various document
7  production issues.  In that letter I reminded Mr. Searcy that MGA uses an
8  automated archive system that is not readily accessible in the ordinary course of
9  business and which houses volumes of information not relevant to this litigation.  I
10 also informed him that MGA Mexico had therefore met its obligation to produce
11 documents as they are kept in the usual course of business, and noted that his letter
12 made no showing that MGA Mexico had failed to produce any relevant and
13 responsive documents in its possession, custody or control.  A true and correct copy
14 of that letter is attached hereto as **Exhibit C**.

15      7.   Mattel did not respond to my September 23, 2009 letter asking it to
16 identify any relevant email strings not previously produced.

17      8.   We conducted a search of the six emails Mr. Searcy attaches to his
18 declaration as Exhibit 2.  In minutes we were able to confirm that four of the six
19 were previously produced in complete form, with attachments and complete email
20 chains.  The other two appear to have no relevance to the case.  A copy of the
21 previously produced, complete email chains are attached hereto as **Exhibits E-H**.
22 In each of these exhibits, I have attached the truncated email attached to the Searcy
23 declaration followed by the complete email and email chain previously produced.

24 I declare under penalty of perjury under the laws of the United States of
25 America that the foregoing is true and correct.

26 Executed this 16th day of November, 2009, in Los Angeles, California.

27
28
                                   /s/ *William A. Molinski*
                                   William A. Molinski