# Exhibit C



**ORRICK**

ORRICK, HERRINGTON & SUTCLIFFE LLP
777 SOUTH FIGUEROA STREET
SUITE 3200
LOS ANGELES, CALIFORNIA  90017-5855

tel +1-213-629-2020
fax +1-213-612-2499

WWW.ORRICK.COM

William A. Molinski
(213) 612-2256
wmolinski@orrick.com

VIA EMAIL

September 23, 2009

Marshall M. Searcy III, Esq.
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
865 S. Figueroa St. 10th Floor
Los Angeles, California  90017

Re:   MGA v. Mattel, Inc.

Dear Marshall:

I am in receipt of your letters dated September 16, 2009, September 18, 2009, and September 21, 2009, each raising issues concerning MGA Mexico's recent document production. The following addresses each of those concerns in turn:

1. Contemporaneous with this communication, I am attaching two RAR files: (i) MGA2_Orrick_017.rar containing a replacement OPT file for range MGA2 0199070 – MGA2 0199072; and (ii) MGA2_Orrick_021.rar containing a replacement DAT file.

2. The "132 gaps" you identify are attributable to faulty automated processing of pages that were either entirely blank or reflected irrelevant, non-responsive information in the form of system files. Accordingly, we extracted these superfluous ranges prior to production.

3. With respect to archived e-mail messages, as you have long been aware, MGA uses an automated archive system that transfers the data to an independent data repository that is not readily accessible in the ordinary course of business and, which houses volumes of data not relevant to this litigation. MGA Mexico has, therefore, met its obligation to produce documents as they are kept in the usual course of business. To the extent your letters seek to impose obligations on MGA beyond the Federal Rules, we are not required to do so. Further, your letter makes no showing that any relevant and responsive documents in the possession, custody or control of MGA Mexico have not been produced.

OHS West:260732395.1

Exhibit C - Page 69


ORRICK

Marshall M. Searcy III, Esq.
September 23, 2009
Page 2

4. As to the range of documents that Mattel purports to have never received, we are in the process of gathering information regarding the dates that the identified ranges were produced. We will endeavor to provide you with specific dates by early next week.

Very truly yours,

William A. Molinski

WAM/mmn

OHS West:260732395.1

Exhibit C - Page 70