MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone: +1-415-773-5700
Facsimile: +1-415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: +1-213-629-2020
Facsimile: +1-213-612-2499

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx)<br><br>Consolidated with: Case No. CV 04-9059 and Case No. CV 05-2727<br><br>**DISCOVERY MATTER**<br>[To Be Heard by Discovery Master Robert O'Brien]<br><br>**CERTIFICATE OF SERVICE**<br><br>Date: TBD<br>Time: TBD<br>Courtroom: TBD<br><br>**Phase 2**<br>Discovery Cutoff: December 11, 2009<br>Pretrial Conference: March 1, 2010<br>Trial Date: March 23, 2010 |

OHS West:260777173.1

**PROOF OF SERVICE**

I, Maria Mercado-Navarro, declare:

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, 777 South Figueroa Street, Suite 3200, Los Angeles, California 90017-5855.

On November 16, 2009, I served the following document:

1. APPLICATION TO FILE UNDER SEAL;

2. [PROPOSED] ORDER RE APPLICATION TO FILE UNDER SEAL;

3. [PUBLIC VERSION] MGA MEXICO'S OPPOSITION TO MATTEL'S MOTION TO ENFORCE COMPLIANCE WITH DISCOVERY ORDER NO. 52;

4. [PUBLIC VERSION] DECLARATION OF WILLIAM A. MOLINSKI IN SUPPORT OF MGA MEXICO'S OPPOSITION TO MATTEL'S MOTION TO ENFORCE COMPLIANCE WITH DISCOVERY ORDER NO. 52;

5. [FILED UNDER SEAL] EXHIBITS E-H OF THE DECLARATION OF WILLIAM A. MOLINSKI IN SUPPORT OF MGA MEXICO'S OPPOSITION TO MATTEL'S MOTION TO ENFORCE COMPLIANCE WITH DISCOVERY ORDER NO. 52;

6. CERTIFICATE OF SERVICE.

[x] By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

[ ] By depositing a true and correct copy of the document(s) listed above with Fed Ex in Los Angeles, California, enclosed in a sealed envelope.

[x] (by Electronic Mail), I caused such documents to be transmitted by electronic mal to the offices of the addressee.

**SEE ATTACHED SERVICE LIST**

I am employed in the county from which the mailing occurred. On the date indicated above, I placed the sealed envelope(s) for collection and mailing at this firm's office business address indicated above. I am readily familiar with this firm's practice for the collection and processing of correspondence for mailing with

OHS West:260777173.1 - 1 - CERTIFICATE OF SERVICE
CV 04-9049 DOC (RNBx)

1 | the United States Postal Service. Under that practice, the firm's correspondence
2 | would be deposited with the United States Postal Service on this same date with
3 | postage thereon fully prepaid in the ordinary course of business.
4 |    I declare under penalty of perjury that the foregoing is true and correct.
5 | Executed on November 16, 2009, at Los Angeles, California.

*/s/ Maria Mercado-Navarro*
Maria Mercado-Navarro

## PHASE 2 DISCOVERY SERVICE LIST

Counsel for Carlos Gustavo Machado Gomez
Mark E. Overland, Esq.
moverland@scheperkim.com
Alexander H. Cote, Esq.
acote@scheperkim.com
SCHEPER KIM & OVERLAND LLP
601 W. 5th Street, 12th Floor
Los Angeles, CA 90017
Telephone: (213) 613-4655
Facsimile: (213) 613-4656

Additional Counsel:
Jason D. Russell, Esq.
jason.russell@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Ave., Suite 3400
Los Angeles, CA 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600

# DECLARATION OF SERVICE

I declare I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is USA Network, Inc., 800 West 1st Street, Suite 200-B, Los Angeles, California 90012.

On September 18, 2009, I served the following documents:

1. APPLICATION TO FILE UNDER SEAL;

2. [PROPOSED] ORDER RE APPLICATION TO FILE UNDER SEAL;

3. [PUBLIC VERSION] MGA MEXICO'S OPPOSITION TO MATTEL'S MOTION TO ENFORCE COMPLIANCE WITH DISCOVERY ORDER NO. 52;

4. [PUBLIC VERSION] DECLARATION OF WILLIAM A. MOLINSKI IN SUPPORT OF MGA MEXICO'S OPPOSITION TO MATTEL'S MOTION TO ENFORCE COMPLIANCE WITH DISCOVERY ORDER NO. 52;

5. [FILED UNDER SEAL] EXHIBITS E-H OF THE DECLARATION OF WILLIAM A. MOLINSKI IN SUPPORT OF MGA MEXICO'S OPPOSITION TO MATTEL'S MOTION TO ENFORCE COMPLIANCE WITH DISCOVERY ORDER NO. 52;

6. CERTIFICATE OF SERVICE.

[x] by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below:

Counsel for Mattel, Inc.
Michael T. Zeller, Esq.
michaelzeller@quinnemanuel.com
Brett D. Proctor
dylanproctor@quinnemanuel.com
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Robert C. O'Brien, Esq.
Discovery Master
Arent Fox LLP
555 West 5th Street, Suite 4800
Los Angeles, CA 90013

1  I declare under penalty of perjury that the foregoing is true and correct.
2  Executed on November 16, 2009, at Los Angeles, California.

*[Signature]*      *Ronald Tarsky*
USA Network, Inc.