| | |
|---|---|
| 1 | MELINDA HAAG (State Bar No. 132612) |
|   | mhaag@orrick.com |
| 2 | ANNETTE L. HURST (State Bar No. 148738) |
|   | ahurst@orrick.com |
| 3 | WARRINGTON S. PARKER III (State Bar No. 148003) |
|   | wparker@orrick.com |
| 4 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|   | The Orrick Building |
| 5 | 405 Howard Street |
|   | San Francisco, CA 94105-2669 |
| 6 | Tel: (415) 773-5700/Fax: (415) 773-5759 |
| 7 | WILLIAM A. MOLINSKI (State Bar No. 145186) |
|   | wmolinski@orrick.com |
| 8 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|   | 777 South Figueroa Street, Suite 3200 |
| 9 | Los Angeles, CA 90017 |
|   | Tel. (213) 629-2020/Fax: (213) 612-2499 |
| 10 | THOMAS S. MCCONVILLE (State Bar No. 155905) |
| 11 | tmcconville@orrick.com |
|    | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 12 | 4 Park Plaza, Suite 1600 |
|    | Irvine, CA 92614-2258 |
| 13 | Tel: (949) 567-6700/Fax: (949) 567-6710 |
| 14 | Attorneys for MGA Parties |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| CARTER BRYANT, an individual, | Case No. CV 04-9049-DOC (RNBx) |
|---|---|
| Plaintiff, | Consolidated with: |
|  | Case No. CV 04-9059 |
| v. | Case No. CV 05-2727 |
| MATTEL, INC., a Delaware corporation, | **PROOF OF SERVICE VIA HAND DELIVERY** |
| Defendant. | Date:      TBD |
|  | Time:      TBD |
|  | Courtroom: TBD |
| AND CONSOLIDATED ACTIONS | **Phase 2** |
|  | Discovery Cutoff: June 1, 2010 |
|  | Pretrial Conference: None Set |
|  | Trial Date: None Set |

## PROOF OF SERVICE BY HAND DELIVERY

I am more than eighteen years old and not a party to this action. My business address is 800 West First Street, Suite 200-B, Los Angeles, CA 90012

On November 13, 2009, I served the following document(s):

1. NOTICE OF MANUAL FILING;
2. APPLICATION TO FILE UNDER SEAL;
3. [PROPOSED] ORDER RE APPLICATION TO FILE UNDER SEAL;
4. MGA'S REPLY IN SUPPORT OF MOTION TO CONFIRM OR COMPEL COMPLIANCE WITH THE DISCOVERY MASTER'S MAY 22, 2007 ORDER COMPELLING PRODUCTION OF DOCUMENTS AND FOR SANCTIONS;
5. EXHIBITS A, B, C AND D TO THE DECLARATION OF SUGITHRA SOMASEKAR IN SUPPORT OF MGA'S REPLY IN SUPPORT OF MOTION TO CONFIRM OR COMPEL COMPLIANCE WITH THE DISCOVERY MASTER'S MAY 22, 2007 ORDER COMPELLING PRODUCTION OF DOCUMENTS AND FOR SANCTIONS; AND
6. EXHIBIT A TO THE DECLARATION OF MATTHEW DUBOIS IN SUPPORT OF MGA'S REPLY IN SUPPORT OF MOTION TO CONFIRM OR COMPEL COMPLIANCE WITH THE DISCOVERY MASTERS' MAY 22M, 2007 ORDER COMPELLING PRODUCTION OF DOCUMENTS AND FOR SANCTIONS;

by hand-delivering true and correct copies of those documents to:

Michael Zeller, Esq.
Dylan Proctor, Esq.
Jon Corey, Esq.
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017

Robert C. O'Brien, Esq.
Discovery Master
Arent Fox LLP
555 West 5th Street, Suite 4800
Los Angeles, CA 90013

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 13, 2009, at Los Angeles, California.

_Ruben Fraire_
Ruben Fraire
USA Network, Inc.