MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:  +1-415-773-5700
Facsimile:   +1-415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA  90017
Telephone:  +1-213-629-2020
Facsimile:   +1-213-612-2499

Attorneys for MGA Parties

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>            Plaintiff,<br><br>      v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>            Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No.  CV 04-9049 DOC (RNBx).<br>Consolidated with: Case No. CV 04-9059 and Case No. CV 05-2727<br><br>**DISCOVERY MATTER**<br>[To Be Heard by Discovery Master Robert O'Brien]<br><br>**PROOF OF SERVICE VIA E-MAIL** |

PROOF OF SERVICE

## PROOF OF SERVICE BY E-MAIL TO COUNSEL

I am more than eighteen years old and not a party to this action.  My business address is Orrick, Herrington & Sutcliffe LLP, 1000 Marsh Road, Menlo Park, CA 94025.  On November 13, 2009, I served the following document(s):

1.      NOTICE OF MANUAL FILING;
2.      APPLICATION TO FILE UNDER SEAL;
3.      [PROPOSED] ORDER RE APPLICATION TO FILE UNDER SEAL;
4.      MGA'S REPLY IN SUPPORT OF MOTION TO CONFIRM OR COMPEL COMPLIANCE WITH THE DISCOVERY MASTER'S MAY 22, 2007 ORDER COMPELLING PRODUCTION OF DOCUMENTS AND FOR SANCTIONS **[PUBLIC REDACTED VERSION]**;
5.      MGA'S REPLY IN SUPPORT OF MOTION TO CONFIRM OR COMPEL COMPLIANCE WITH THE DISCOVERY MASTER'S MAY 22, 2007 ORDER COMPELLING PRODUCTION OF DOCUMENTS AND FOR SANCTIONS **[CONFIDENTIAL ATTORNEYS' EYES ONLY FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER]**;
6.      DECLARATION OF SUGITHRA SOMASEKAR IN SUPPORT OF MGA'S REPLY IN SUPPORT OF MOTION TO CONFIRM OR COMPEL COMPLIANCE WITH THE DISCOVERY MASTER'S MAY 22, 2007 ORDER COMPELLING PRODUCTION OF DOCUMENTS AND FOR SANCTIONS;
7.      DECLARATION OF MATTHEW DUBOIS IN SUPPORT OF MGA'S REPLY IN SUPPORT OF MOTION TO CONFIRM OR COMPEL COMPLIANCE WITH THE DISCOVERY MASTER'S MAY 22, 2007 ORDER COMPELLING PRODUCTION OF DOCUMENTS AND FOR SANCTIONS.

I served copies of said papers on November 13, 2009 by attaching them to an email addressed to:

| | |
|---|---|
| **Robert C. O'Brien, Esq.** <br> obrien.robert@arentfox.com | **Drew Hansen** <br> hansen.drew@arentfox.com |
| **Michael Zeller** <br> michaelzeller@quinnemanuel.com | **Dylan Proctor** <br> dylanproctor@quinnemanuel.com |
| **Jon Corey** <br> joncorey@quinnemanuel.com | **Jason Russell** <br> jason.russell@skadden.com |
| **Todd Gordinier** <br> todd.gordinier@bingham.com | **Peter Villar** <br> peter.villar@bingham.com |

PROOF OF SERVICE

1  **Mark Overland**                    **Alexander Cote**
   moverland@scheperkim.com            acote@scheperkim.com
2

3      I declare under penalty of perjury that the foregoing is true and correct.

4      Executed on November 13, 2009, at Menlo Park, California.

5

6                                        *Diane Escamilla*

7                                        Diane Escamilla

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28