UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No. CV 04-9049 DOC (RNBx)                                Date: November 17, 2009

Title: CARTER BRYANT v. MATTEL, INC.

---

DOCKET ENTRY
[I hereby certify that this document was served by first class mail or Government messenger service, postage prepaid, to all counsel (or parties) at their respective most recent address of record in this action on this date.]
                                                                        Date:_____  Deputy Clerk: _____

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

   Kristee Hopkins                                              Not Present
   Courtroom Clerk                                            Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:      ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                                                NONE PRESENT

---

PROCEEDING (IN CHAMBERS): ORDER RE: FILING PROCEDURES

The Court orders as follows:

1. The parties in the above-captioned matter are hereby ordered to reference all filings, including but not limited to any and all prior orders of this Court as well as any and all prior submissions, by Docket Number. The parties SHALL NOT attach as an Exhibit to any pleading a prior order of this Court or a prior filing by any party to this suit.

2. The Court hereby VACATES the Stipulated Protective Order governing under seal filings entered by the Court in this action except as to filings by the Monitor or Discovery Master. The parties may not file any document under seal without prior-obtained leave of Court. More specifically, the parties may no longer file a document concurrent to the filing of an Application to File that document under seal.

MINUTES FORM 11 DOC                                          Initials of Deputy Clerk _kh_
CIVIL - GEN                                                              Page 1 of 2

       These restrictions shall supplement but not supplant any existing Local Rules, or other relevant rules, that govern the parties' submissions.  These restrictions shall apply to any submissions in the above-captioned matter.

       The Clerk shall serve this minute order on all parties to the action.