1 | MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
2 | ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
3 | WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
4 | ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
5 | 405 Howard Street
6 | San Francisco, CA 94105-2669
Tel: (415) 773-5700/Fax: (415) 773-5759
7 |
8 | WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
9 | ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
10 | Los Angeles, CA 90017
Tel. (213) 629-2020/Fax: (213) 612-2499
11 |
12 | THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
13 | 4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
14 | Tel: (949) 567-6700/Fax: (949) 567-6710
15 | Attorneys for MGA Parties
16 |
17 |                    UNITED STATES DISTRICT COURT
                    CENTRAL DISTRICT OF CALIFORNIA
18 |                          SOUTHERN DIVISION
19 |

| | |
|---|---|
| CARTER BRYANT, an individual, | Case No. CV 04-9049-DOC (RNBx) |
| Plaintiff, | Consolidated with: Case No. CV 04-9059 and Case No. CV 05-2727 |
| v. | |
| MATTEL, INC., a Delaware corporation, | **PROOF OF SERVICE BY ELECTRONIC MAIL AND HAND DELIVERY** |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | |

PROOF OF SERVICE

**PROOF OF SERVICE BY EMAIL TO COUNSEL**

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, The Orrick Building, 405 Howard Street, San Francisco, CA 94105. On November 16, 2009, I served the following document(s):

- Application to File under Seal;
- [Proposed] Order re Application to File Under Seal;
- Isaac Larian and MGA Entertainment's Opposition To Mattel, Inc's Motion For Order Enforcing Discovery Master Order No. 66 and Compelling MGA and Larian To Respond To Requests For Admission;
- Isaac Larian and MGA Entertainment's Response To Separate Statement In Support Of Mattel, Inc's Motion For Order Enforcing Discovery Master Order No. 66 and Compelling MGA and Larian To Respond To Requests For Admission;
- Declaration Of Isaac Larian In Support Of The MGA Parties' Opposition To Mattel, Inc.'s Motion For Order Enforcing Discovery Master Order No. 66 and Compelling MGA and Larian To Respond To Requests For Admission; and
- Declaration Of Warrington S. Parker III In Support Of The MGA Parties' Opposition To Mattel, Inc.'s Motion For Order Enforcing Discovery Master Order No. 66 and Compelling MGA and Larian To Respond To Requests For Admission.

I served copies of said papers on November 16, 2009, by attaching them to an email addressed to:

**Michael Zeller**
michaelzeller@quinnemanuel.com

**Dylan Proctor**
dylanproctor@quinnemanuel.com

**Jon Corey**
joncorey@quinnemanuel.com

**Robert O'Brien**
Obrien.robert@arentfox.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 16, 2009, at San Francisco, California.

                                                         /s/ Anne Devlin
                                                        Anne Devlin

## PROOF OF SERVICE BY HAND DELIVERY

I declare I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 800 West First Street, Suite 200-B, Los Angeles, CA 90012.

On November 16, 2009, I served all parties with the following documents:

- Notice of Manual Filing;
- Application to File under Seal;
- [Proposed] Order re Application to File Under Seal;
- Isaac Larian and MGA Entertainment's Opposition To Mattel, Inc's Motion For An Order Enforcing Discovery Master Order No. 66 and Compelling MGA and Larian To Respond To Requests For Admission;
- Isaac Larian and MGA Entertainment's Response To Separate Statement In Support Of Mattel, Inc's Motion For An Order Enforcing Discovery Master Order No. 66 and Compelling MGA and Larian To Respond To Requests For Admission; and
- Exhibit 3 to the Declaration of Warrington S. Parker III in Support of the MGA Parties' Opposition to Mattel, Inc's Motion for Order Enforcing Discovery Master Order No. 66 and Compelling MGA and Larian to Respond to Requests for Admission.

by hand-delivering true and correct copies of those documents to:

**Michael Zeller, Esq.**
**Dylan Proctor, Esq.**
**Jon Corey, Esq.**
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017

Executed on November 16, 2009, at Los Angeles, California.

I declare under penalty of perjury that the foregoing is true and correct.

Ruben Fraire
USA Network, Inc.

-3-

PROOF OF SERVICE