Byron Z. Moldo (SBN 109652)
bmoldo@ecjlaw.com
David Seror (SBN 67488)
dseror@ecjlaw.com
Peter A. Davidson (SBN 76194)
pdavidson@ecjlaw.com
**ERVIN COHEN & JESSUP LLP**
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974
Telephone (310) 273-6333
Facsimile (310) 859-2325

Attorneys for Patrick A. Fraioli, Jr., Monitor

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV - 6 2009

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION (SANTA ANA)

| | |
|---|---|
| CARTER BRYANT, an individual,, <br><br> Plaintiff, <br><br> v. <br><br> MATTEL, INC., a Delaware corporation,, <br><br> Defendant. <br><br> AND CONSOLIDATED ACTIONS. | CASE NO. CV 04-09049 DOC (RNBx) <br><br> Consolidated with <br> Case No. CV 04-09059 <br> and Case No. CV 05-02727 <br><br> [Judge David O. Carter] <br><br> **APPLICATION TO FILE UNDER SEAL:** <br><br> **REPORT AND RECOMMENDATIONS OF MONITOR RE: JUNE 2009 PROFIT ACCOUNTING ISSUES; ORDER** |

Pursuant to Local Rule 79-5.1, the Monitor hereby respectfully requests that the Court order the following document be filed under seal:

**REPORT AND RECOMMENDATIONS OF MONITOR RE: JUNE 2009 PROFIT ACCOUNTING ISSUES; ORDER**

Good cause exists for filing this document under seal because it contains confidential information regarding MGA Entertainment, Inc. ("MGA"), as well as possible trade secrets which if made public could damage both MGA and the Bratz assets which the Monitor is charged with preserving and protecting. Further, the Court has ordered, pursuant to its August 6, 2009 Order, that Monitor reports are to be filed under seal and designated "Attorneys Eyes Only."

DATED: November 6, 2009         ERVIN COHEN & JESSUP LLP

BY: /s/ PETER A. DAVIDSON
PETER A. DAVIDSON
ATTORNEYS FOR PATRICK A. FRAIOLI, JR.,
MONITOR