Byron Z. Moldo (SBN 109652)
 bmoldo@ecjlaw.com
David Seror (SBN 67488)
 dseror@ecjlaw.com
Peter A. Davidson (SBN 76194)
 pdavidson@ecjlaw.com
**ERVIN COHEN & JESSUP LLP**
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974
Telephone (310) 273-6333
Facsimile (310) 859-2325

Attorneys for Patrick A. Fraioli, Jr., Monitor

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
NOV - 6 2009
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION (SANTA ANA)

| | |
|---|---|
| CARTER BRYANT, an individual,, <br><br> Plaintiff, <br><br> v. <br><br> MATTEL, INC., a Delaware corporation,, <br><br> Defendant. <br><br> AND CONSOLIDATED ACTIONS. | CASE NO. CV 04-09049 DOC (RNBx) <br><br> Consolidated with <br> Case No. CV 04-09059 <br> and Case No. CV 05-02727 <br><br> [Judge David O. Carter] <br><br> **ORDER TO FILE UNDER SEAL** |

IDOCS:13593.1:962252.1

-1-

ORDER TO FILE UNDER SEAL

## ORDER

Based on the concurrently filed Application, and good cause appearing for the entry thereof,

1. IT IS HEREBY ORDERED that the **REPORT AND RECOMMENDATIONS OF MONITOR RE: JUNE 2009 PROFIT ACCOUNTING ISSUES; ORDER** shall be filed under seal pursuant to Local Rule 79-5.1.

DATED: NOVEMBER 2, 2009

_David O. Carter_
DAVID O. CARTER
UNITED STATES DISTRICT COURT JUDGE