MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Tel: (415) 773-5700/Fax: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Tel. (213) 629-2020/Fax: (213) 612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant. | Case No. CV 04-9049-DOC (RNBx)<br><br>Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>**[CORRECTED]** [~~PROPOSED~~]<br>**ORDER RE APPLICATION TO FILE UNDER SEAL** |
| AND CONSOLIDATED ACTIONS | Judge:   Hon. David O. Carter |

| | |
|---|---|
| 1 | The Court, having considered MGA Parties' application for an order to file |
| 2 | under seal, and having found good cause to do so, it is HEREBY ORDERED that |
| 3 | said application is GRANTED in its entirety. |
| 4 | The Clerk shall maintain under Seal the following documents: |
| 5 | |
| 6 | • EXHIBITS A, B, C, H AND K to the [CORRECTED] DECLARATION OF WARRINGTON S. PARKER III IN SUPPORT OF MGA PARTIES' MOTION FOR PRE-TRIAL CONFERENCE AND FOR ORDER REQUIRING MATTEL TO FILE A RICO CASE STATEMENT |

**It IS SO ORDERED.**

Dated: NOVEMBER 6th, 2009

_____
Hon. David O. Carter