1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     John B. Quinn (Bar No. 090378)
2    (johnquinn@quinnemanuel.com)
     Michael T. Zeller (Bar No. 196417)
3    (michaelzeller@quinnemanuel.com)
     Jon D. Corey (Bar No. 185066)
4    (joncorey@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
6  Facsimile: (213) 443-3100

7  Attorneys for Mattel, Inc.

8                    UNITED STATES DISTRICT COURT

9                 CENTRAL DISTRICT OF CALIFORNIA

10                     SOUTHERN DIVISION

11 MATTEL, INC., a Delaware          CASE NO. CV 04-9049 DOC (RNBx)
   corporation,                      Consolidated with
12                                   Case No. CV 04-09059
              Plaintiff,             Case No. CV 05-02727
13
        vs.                          Hon. David O. Carter
14
   MGA ENTERTAINMENT, INC., a        APPLICATION TO FILE UNDER SEAL
15 California corporation, et al.,    MATTEL, INC.'S OPPOSITION TO MGA
                                     ENTERTAINMENT, INC.'S MOTION TO
16            Defendants.            CONFIRM OR COMPEL COMPLIANCE
                                     WITH THE DISCOVERY MASTER'S
17 _____  MAY 22, 2007 ORDER COMPELLING
                                     PRODUCTION OF DOCUMENTS AND
18 AND CONSOLIDATED ACTIONS          FOR SANCTIONS, EXHIBITS TO THE
                                     DECLARATION OF ROBERT J. DART IN
19                                   SUPPORT THEREOF, AND MATTEL'S
                                     RESPONSE TO MGA
20                                   ENTERTAINMENT INC.'S SEPARATE
                                     STATEMENT IN SUPPORT OF MGA's
21                                   MOTION

22                                   [[Proposed] Order Filed Concurrently
                                     Herewith]
23
                                     **Phase 2**
24                                   Discovery Cut-off: June 1, 2010
                                     Pre-trial Conference: TBD
25                                   Trial Date: TBD

26

27

28

0505.07975/3190776.1

_____
                     MATTEL. INC.'S APPLICATION TO FILE UNDER SEAL

1    Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order

2    entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully

3    requests that the Court order filed under seal Mattel's Opposition to MGA

4    Entertainment, Inc.'s Motion to Confirm or Compel Compliance with the Discovery

5    Master's May 22, 2007 Order Compelling Production of Documents and for

6    Sanctions ("Opposition"), certain Exhibits to the Declaration of Robert J. Dart in

7    support thereof ("Dart Declaration"), and Mattel's Response to MGA's Separate

8    Statement in Support of its Motion to Confirm or Compel Compliance with the

9    Discovery Master's May 22, 2007 Order Compelling Production of Documents and

10   for Sanctions ("Response to the Separate Statement").

11    The Opposition, the Dart Declaration, and the Response to the Separate

12   Statement discuss and attach documents and information that the MGA Parties

13   and/or Mattel have designated "Confidential" or "Confidential -- Attorney's Eyes

14   Only" pursuant to the Protective Order. Accordingly, Mattel requests that the Court

15   order that the Opposition, the Dart Declaration, and the Response to the Separate

16   Statement be filed under seal.

17    In the alternative, Mattel requests that the Court declare that the

18   Opposition, the Dart Declaration, and the Response to the Separate Statement are

19   outside the definitions of "Confidential" and "Confidential -- Attorney's Eyes Only"

20   as contained in the Stipulated Protective Order and order it to be filed as part of the

21   public record.

22

23   DATED: November 6, 2009        QUINN EMANUEL URQUHART OLIVER &
                                     HEDGES. LLP
24

25                                   By
26                                      Robert J. Dart
                                        Attorneys for Mattel. Inc.
27

28

0505.07975/3190776.1

-2-

MATTEL. INC.'S APPLICATION TO FILE UNDER SEAL