QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S OPPOSITION TO MGA ENTERTAINMENT, INC.'S MOTION TO CONFIRM OR COMPEL COMPLIANCE WITH THE DISCOVERY MASTER'S MAY 22, 2007 ORDER COMPELLING PRODUCTION OF DOCUMENTS AND FOR SANCTIONS, EXHIBITS TO THE DECLARATION OF ROBERT J. DART IN SUPPORT THEREOF, AND MATTEL'S RESPONSE TO MGA ENTERTAINMENT INC.'S SEPARATE STATEMENT IN SUPPORT OF MGA's MOTION<br><br>**Phase 2**<br>Discovery Cut-off: June 1, 2010<br>Pre-trial Conference: TBD<br>Trial Date: TBD |

1 [PROPOSED] ORDER

3       Based on the concurrently filed Application to File Under Seal Mattel,
4 Inc.'s Reply in Support of Mattel, Inc.'s Motion to Amend Protective Order,
5       IT IS HEREBY ORDERED:
6       Mattel, Inc.'s Opposition to MGA Entertainment, Inc.'s Motion to
7 Confirm or Compel Compliance with the Discovery Master's May 22, 2007 Order
8 Compelling Production of Documents and for Sanctions ("Opposition"), certain
9 Exhibits to the Declaration of Robert J. Dart in support thereof ("Dart Declaration"),
10 and Mattel's Response to MGA's Separate Statement in Support of its Motion to
11 Confirm or Compel Compliance with the Discovery Master's May 22, 2007 Order
12 Compelling Production of Documents and for Sanctions ("Response to the Separate
13 Statement") are ORDERED filed under seal pursuant to Local Rule 79-5.1.

16 DATED: November 9th, 2009

                                                Hon. David O. Carter
                                                United States District Judge