1 QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   John B. Quinn (Bar No. 090378)
2   (johnquinn@quinnemanuel.com)
   Michael T. Zeller (Bar No. 196417)
3   (michaelzeller@quinnemanuel.com)
   Jon D. Corey (Bar No. 185066)
4   (joncorey@quinnemanuel.com)
  865 South Figueroa Street, 10th Floor
5 Los Angeles, California 90017-2543
  Telephone: (213) 443-3000
6 Facsimile: (213) 443-3100

7 Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| 11 MATTEL, INC., a Delaware corporation,<br>12<br>        Plaintiff,<br>13<br>     vs.<br>14<br>MGA ENTERTAINMENT, INC., a<br>15 Delaware corporation,<br>16        Defendant.<br>17<br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL (1) MATTEL, INC.'S NOTICE OF MOTION AND MOTION TO ENFORCE COMPLIANCE WITH DISCOVERY ORDER NO. 52; AND MEMORANDUM OF POINTS AND AUTHORITIES AND (2) DECLARATION OF MARSHALL M. SEARCY IN SUPPORT OF MATTEL, INC.'S MOTION TO ENFORCE COMPLIANCE WITH DISCOVERY ORDER NO. 52 AND EXHIBITS 2 AND 7 THERETO<br><br>[[Proposed] Order Filed Concurrently Herewith]<br><br>Date:    TBA<br>Time:   TBA<br>Place:   TBA |

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV - 9 2009

CENTRAL DISTRICT OF CALIFORNIA
BY         DEPUTY

7975/3194611.1

1    Pursuant to <u>Local Rule</u> 79-5.1 and the Stipulated Protective Order

2 entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully

3 requests that the Court order filed under seal (1) Mattel, Inc.'s Notice of Motion and

4 Motion to Enforce Compliance With Discovery Order No. 52;  and Memorandum of

5 Points and Authorities and (2) Declaration of Marshall M. Searcy in Support of

6 Mattel, Inc.'s Motion to Enforce Compliance With Discovery Order No. 52 and

7 Exhibits 2 and 7 Thereto.

8    The Motion and Exhibits reference materials that the MGA Parties

9 have designated "Confidential" or "Confidential -- Attorney's Eyes Only" pursuant

10 to the Protective Order.  Accordingly, Mattel requests that the Court order that the

11 Opposition, Declaration and Exhibits, and Response be filed under seal.

12

13 DATED:  November 9, 2009           QUINN EMANUEL URQUHART OLIVER & HEDGES. LLP

14

15                                                By_____

16                                                John P. D'Amato
                                                  Attorneys for Mattel. Inc.

17

18

19

20

21

22

23

24

25

26

27

28