QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>[PROPOSED] ORDER GRANTING MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL (1) MATTEL, INC.'S NOTICE OF MOTION AND MOTION TO ENFORCE COMPLIANCE WITH DISCOVERY ORDER NO. 52; AND MEMORANDUM OF POINTS AND AUTHORITIES AND (2) DECLARATION OF MARSHALL M. SEARCY IN SUPPORT OF MATTEL, INC.'S MOTION TO ENFORCE COMPLIANCE WITH DISCOVERY ORDER NO. 52 AND EXHIBITS 2 AND 7 THERETO |

# [PROPOSED] ORDER

Based on the concurrently filed Application to File Under Seal (1) Mattel, Inc.'s Notice of Motion and Motion to Enforce Compliance With Discovery Order No. 52; and Memorandum of Points and Authorities and (2) Declaration of Marshall M. Searcy in Support of Mattel, Inc.'s Motion to Enforce Compliance With Discovery Order No. 52 and Exhibits 2 and 7 Thereto,

IT IS HEREBY ORDERED:

The Motion, Memorandum of Points and Authorities, Declaration and Exhibits are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: NOVEMBER 9th, 2009

*David O. Carter*
Hon. David O. Carter
United States District Judge