QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc.

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV - 9 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727 |
| vs. | |
| MATTEL, INC., a Delaware corporation, | Hon. Stephen G. Larson |
| Defendant. | **PROOF OF SERVICE** |
| | **Phase 2**<br>Discovery Cut-off:  December 11, 2009<br>Pre-trial Conference:  March 1, 2010<br>Trial Date:  March 23, 2010 |

LODGED

ORIGINAL

7975/2985351.1

Case No. CV 04-9049 SGL (RNBx)
PROOF OF SERVICE

1

**PROOF OF SERVICE**

2          I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa

3     Street, 10th Floor, Los Angeles, California 90017-2543.

4     On November 9, 2009, I served true copies of the following document(s) described as

5     **1.**          Mattel, Inc's Notice Of Motion And Motion To Enforce Compliance  With Discovery Order No. 52; And Memorandum Of Points And Authorities;

6
      **2.**          Declaration Of Marshall M. Searcy In Support Of Mattel, Inc.'S Motion To Enforce
7     Compliance With Discovery Order No. 52;

8     **3.**          Mattel, Inc.'S Application To File Under Seal (1) Mattel, Inc.'S Notice Of Motion And Motion To Enforce Compliance With Discovery Order No. 52; And Memorandum Of Points And
9     Authorities And (2) Declaration Of Marshall M. Searcy In Support Of Mattel, Inc.'S Motion To Enforce Compliance With Discovery Order No. 52 And Exhibits 2 And 7 Thereto ; And

10
      **4.**          Proposed] Order Granting Mattel, Inc.'S Application To File Under Seal (1) Mattel, Inc.'S
11    Notice Of Motion And Motion To Enforce Compliance With Discovery Order No. 52; And Memorandum Of Points And Authorities And (2) Declaration Of Marshall M. Searcy In Support
12    Of Mattel, Inc.'S Motion To Enforce Compliance With Discovery Order No. 52 And Exhibits 2 And 7 Thereto

13
      on the parties in this action as follows:
14

15        Bingham McCutchen LLP                    Orrick, Herrington & Sutcliffe, LLP
            Todd E. Gordinier, Esq.                   Melinda Haag, Esq.
16          Peter N. Villar, Esq.                     Annette L. Hurst, Esq.
            600 Anton Boulevard, 18th Floor           Warrington S. Parker III, Esq.
17        Costa Mesa, CA 92626-1924                 The Orrick Building
            todd.gordinier@bingham.com              405 Howard Street
18          peter.villar@bingham.com                San Francisco, CA 94105
                                                      mhaag@orrick.com
19                                                    ahurst@orrick.com
                                                      wparker@orrick.com
20

21    **BY ELECTRONIC MAIL TRANSMISSION:**  By electronic mail transmission from curranwalker@quinnemanuel.com on November 9, 2009, by transmitting a PDF format copy of
22    such document(s) to each such person at the e-mail address listed below their address(es).  The document(s) was/were transmitted by electronic transmission and such transmission was reported
23    as complete and without error.

24          I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

25          Executed on November 9, 2009, at Los Angeles, California.

26

27                                                /s/ Curran Walker
                                                  CURRAN WALKER
28

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen years and not a party to the within action; my business address is Apex Attorney Services, 1055 West Seventh Street, Suite 250, Los Angeles, CA 90017.

On November 9, 2009, I served true copies of the following document(s) described as

**1.**      Mattel, Inc's Notice Of Motion And Motion To Enforce Compliance  With Discovery Order No. 52; And Memorandum Of Points And Authorities;

**2.**      Declaration Of Marshall M. Searcy In Support Of Mattel, Inc.'S Motion To Enforce Compliance With Discovery Order No. 52;

**3.**      Mattel, Inc.'S Application To File Under Seal (1) Mattel, Inc.'S Notice Of Motion And Motion To Enforce Compliance With Discovery Order No. 52; And Memorandum Of Points And Authorities And (2) Declaration Of Marshall M. Searcy In Support Of Mattel, Inc.'S Motion To Enforce Compliance With Discovery Order No. 52 And Exhibits 2 And 7 Thereto ; And

**4.**      Proposed] Order Granting Mattel, Inc.'S Application To File Under Seal (1) Mattel, Inc.'S Notice Of Motion And Motion To Enforce Compliance With Discovery Order No. 52; And Memorandum Of Points And Authorities And (2) Declaration Of Marshall M. Searcy In Support Of Mattel, Inc.'S Motion To Enforce Compliance With Discovery Order No. 52 And Exhibits 2 And 7 Thereto

on the parties in this action as follows:

Thomas J. Nolan, Esq.
Jason Russell, Esq.
**Skadden, Arps, Slate, Meagher & Flom LLP**
300 South Grand Avenue, Suite 3400
Los Angeles, CA  90071
Tel: (213) 687-5000
Fax: (213) 687-5600
**\*Attorneys for *the MGA Parties***

Mark E. Overland, Esq.
Alexander H. Cote, Esq.
Scheper, Kim & Overland, LLP
601 W. 5th Street, 12th Floor
Los Angeles, CA 90017
Tel: (213) 613-4655
Fax: (213) 613-4656
**\*Attorneys for *Carlos Gustavo Machado Gomez***

William A. Molinski, Esq.
Orrick, Herrington & Sutcliffe, LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
wmolinski@orrick.com
**\*Attorneys for the MGA Parties**

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 9, 2009, at Los Angeles, California.

_/s/ Dave Quintana_
DAVE QUINTANA

07975/2829282.1