1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
    John B. Quinn (Bar No. 090378)
2   (johnquinn@quinnemanuel.com)
    Michael T. Zeller (Bar No. 196417)
3   (michaelzeller@quinnemanuel.com)
    Jon D. Corey (Bar No. 185066)
4   (joncorey@quinnemanuel.com)
    865 South Figueroa Street, 10th Floor
5  Los Angeles, California 90017-2543
    Telephone: (213) 443-3000
6  Facsimile: (213) 443-3100

7  Attorneys for Mattel, Inc.

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10             SOUTHERN DIVISION

11 | MATTEL, INC., a Delaware | CASE NO. CV 04-9049 DOC (RNBx)
   | corporation,             | Consolidated with
12 |                          | Case No. CV 04-09059
   |         Plaintiff,       | Case No. CV 05-02727
13 |                          |
   |         vs.              | Hon. David O. Carter
14 |                          |
   | MGA ENTERTAINMENT, INC., a | MATTEL, INC.'S APPLICATION TO FILE
15 | California corporation, et al., | UNDER SEAL:
   |                          |
16 |         Defendant.       | (1) REPLY IN SUPPORT OF MATTEL,
   |                          | INC.'S MOTION TO COMPEL
17 | AND CONSOLIDATED ACTIONS | PRODUCTION AND/OR *IN CAMERA*
   |                          | REVIEW OF DOCUMENTS
18 |                          | IMPROPERLY WITHHELD ON OMNI
   |                          | 808'S PRIVILEGE LOG; AND
19 |                          |
   |                          | (2) EXHIBIT NO. 2 TO THE
20 |                          | SUPPLEMENTAL DECLARATION OF B.
   |                          | DYLAN PROCTOR IN SUPPORT
21 |                          | THEREOF
22 |                          | [[Proposed] Order Filed Concurrently
   |                          | Herewith]
23 |                          |
   |                          | Date:   TBA
24 |                          | Time:   TBA
   |                          | Place:  TBA
25

99999.77213/3195186.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1  Pursuant to <u>Local Rule</u> 79-5.1 and the Stipulated Protective Order
2  entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully
3  requests that the Court order filed under seal (1) Reply in Support of Mattel, Inc.'s
4  Motion to Compel Production and/or *In Camera* Review of Documents Improperly
5  Withheld on Omni 808's Privilege Log and (2) Exhibit No. 2 to the Supplemental
6  Declaration of B. Dylan Proctor in Support Thereof.
7  The Reply and Exhibit No. 2 to the Supplemental Declaration reference
8  materials that the MGA Parties and/or Mattel have designated "Confidential" or
9  "Confidential – Attorneys' Eyes Only" pursuant to the Protective Order.
10 Accordingly, Mattel requests that the Court order that the Reply and Exhibit No. 2
11 to the Supplemental Declaration be filed under seal. In the alternative, Mattel
12 requests that the Court declare these materials be outside the definition of
13 "Confidential" and/or "Confidential – Attorneys' Eyes Only" as contained in the
14 Protective Order and order them to be lodged as part of the public record.

DATED: November 12, 2009            QUINN EMANUEL URQUHART OLIVER &
                                    HEDGES. LLP


                                    By  *B. Dylan Proctor* /ZDK
                                       B. Dylan Proctor
                                       Attorneys for Mattel, Inc.