QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>[~~PROPOSED~~] ORDER GRANTING MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL<br>(1) REPLY IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL PRODUCTION AND/OR *IN CAMERA* REVIEW OF DOCUMENTS IMPROPERLY WITHHELD ON OMNI 808'S PRIVILEGE LOG AND<br>(2) EXHIBIT NO. 2 TO THE SUPPLEMENTAL DECLARATION OF B. DYLAN PROCTOR IN SUPPORT THEREOF |

| | |
|---|---|
| 1 | [PROPOSED] ORDER |
| 2 | |
| 3 | Based on the concurrently filed Application to File Under Seal (1) |
| 4 | Reply in Support of Mattel, Inc.'s Motion to Compel Production and/or *In Camera* |
| 5 | Review of Documents Improperly Withheld on Omni 808's Privilege Log and (2) |
| 6 | Exhibit No. 2 to the Supplemental Declaration of B. Dylan Proctor in Support |
| 7 | Thereof, |
| 8 | IT IS HEREBY ORDERED: |
| 9 | The Reply and Exhibit No. 2 to the Supplemental Declaration are |
| 10 | ORDERED filed under seal pursuant to Local Rule 79-5.1. |

DATED: November 12th, 2009

/s/ David O. Carter
Hon. David O. Carter
United States District Judge