1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   John B. Quinn (Bar No. 090378)
2  (johnquinn@quinnemanuel.com)
   Michael T. Zeller (Bar No. 196417)
3  (michaelzeller@quinnemanuel.com)
   Jon D. Corey (Bar No. 185066)
4  (joncorey@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California  90017-2543
   Telephone:  (213) 443-3000
6  Facsimile:  (213) 443-3100

7  Attorneys for Mattel, Inc.



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a Delaware corporation, et al,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL (1) MATTEL INC,'S OPPOSITION TO MGA'S MOTION TO COMPEL MATTEL'S ATTENDANCE AT 30(B)(6) DEPOSITION AND FOR SANCTIONS, AND (2) EXHIBITS 2, 7, AND 11 TO THE DECLARATION OF MARSHALL M. SEARCY IN SUPPORT THEREOF<br><br>[[Proposed] Order Filed Concurrently Herewith]<br><br>Date:     TBA<br>Time:     TBA<br>Place:    TBA |

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2  entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully
3  requests that the Court order filed under seal (1) Mattel Inc.'s Opposition To MGA's
4  Motion to Compel Mattel's Attendance at 30(b)(6) Deposition And For Sanctions
5  (the "Opposition") and (2) Exhibits 2, 7, and 11 to the Declaration of Marshall M.
6  Searcy III in support thereof (the "Exhibits").

7  The Opposition and Exhibits reference materials that the MGA Parties
8  and/or Mattel have designated "Confidential" or "Confidential -- Attorneys' Eyes
9  Only" pursuant to the Protective Order. Accordingly, Mattel requests that the Court
10 order that the Opposition and Exhibits be filed under seal.

12 DATED: November 12, 2009   QUINN EMANUEL URQUHART OLIVER &
                              HEDGES. LLP

14                            By_____
15                            B. Dylan Proctor
                              Attorneys for Mattel. Inc.