QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

## UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> vs. <br><br> MGA ENTERTAINMENT, INC., a Delaware corporation, et al, <br><br> Defendant. <br><br> AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx) <br> Consolidated with <br> Case No. CV 04-09059 <br> Case No. CV 05-02727 <br><br> Hon. David O. Carter <br><br> [~~PROPOSED~~] ORDER GRANTING MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL (1) MATTEL INC.'S OPPOSITION TO MGA'S MOTION TO COMPEL MATTEL'S ATTENDANCE AT 30(B)(6) DEPOSITION AND FOR SANCTIONS, AND (2) EXHIBITS 2, 7, AND 11 TO THE DECLARATION OF MARSHALL M. SEARCY III IN SUPPORT THEREOF |

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
NOV 12 2009
CENTRAL DISTRICT OF CALIFORNIA
BY        DEPUTY

0505.07975/3201319.1

[PROPOSED] ORDER

| | |
|---|---|
| 1 | [~~PROPOSED~~] ORDER |
| 2 | |
| 3 | Based on the concurrently filed Application to File Under Seal (1) |
| 4 | Mattel Inc.'s Opposition To MGA's Motion to Compel Mattel's Attendance at |
| 5 | 30(b)(6) Deposition And For Sanctions (the "Opposition") and (2) Exhibits 2, 7, and |
| 6 | 11 to the Declaration of Marshall M. Searcy III in support thereof (the "Exhibits"), |
| 7 | IT IS HEREBY ORDERED: |
| 8 | The Opposition and Exhibits are ORDERED filed under seal pursuant |
| 9 | to Local Rule 79-5.1. |

DATED: November 12th, 2009   _/s/ David O. Carter_
Hon. David O. Carter
United States District Judge