QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for Mattel, Inc.



FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
NOV 1 2 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHEN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et. al.,<br><br>　　　　　Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Robert O'Brien]**<br><br>**PROOF OF SERVICE** |

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On November 12, 2009, I served true copies of the following document(s) described as

## SEE ATTACHED DOCUMENT LIST

on the parties in this action as follows:

Thomas J. Nolan, Esq.
Jason D. Russell, Esq.
Skadden Arps Slate Meagher & Flom
300 S. Grand Avenue, Suite 3400
Los Angeles, CA 90071
thomas.nolan@skadden.com
jason.russell@skadden.com

Melinda Haag
Annette L. Hurst
Warrington S. Parker III
Orrick, Herrington & Sutcliffe, LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
mhaag@orrick.com
ahurst@orrick.com
wparker@orrick.com

William A. Molinski
Orrick, Herrington & Sutcliffe, LLP
777 South Figueroa Street
Suite 3200
Los Angeles, CA 90017
wmolinski@orrick.com

Mark E. Overland, Esq.
Alexand H. Cote, Esq.
Scheper, Kim & Overland LLP
601 West Fifth Street, 12th Floor
Los Angeles, CA 90071
moverland@scheperkim.com
acote@scheperkim.com

Todd E. Gordinier
Bingham McCutchen LLP
600 Anton Boulevard, 18th Floor
Costa Mesa, CA 92626
todd.gordinier@bingham.com

**BY ELECTRONIC MAIL TRANSMISSION:** By electronic mail transmission from curranwalker@quinnemanuel.com on November 12, 2009, by transmitting a PDF format copy of such document(s) to each such person at the e-mail address listed below their address(es). The document(s) was/were transmitted by electronic transmission and such transmission was reported as complete and without error.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 12, 2009, at Los Angeles, California.

*/s/ Curran Walker*
Curran Walker

0505.07975/3200827.1

Case No. CV 04-9049 SGL (RNBx)
PROOF OF SERVICE

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen years and not a party to the within action; my business address is Apex Attorney Services, 1055 West Seventh Street, Suite 250, Los Angeles, CA 90017..

On November 12, 2009, I served true copies of the following document(s) described as

### SEE ATTACHED DOCUMENT LIST

on the parties in this action as follows:

Thomas J. Nolan, Esq.
Jason D. Russell, Esq.
Skadden Arps Slate Meagher & Flom
300 S. Grand Avenue, Suite 3400
Los Angeles, CA 90071
thomas.nolan@skadden.com
jason.russell@skadden.com

William A. Molinski
Orrick, Herrington & Sutcliffe, LLP
777 South Figueroa Street
Suite 3200
Los Angeles, CA 90017
wmolinski@orrick.com

Mark E. Overland, Esq.
Alexand H. Cote, Esq.
Scheper, Kim & Overland LLP
601 West Fifth Street, 12th Floor
Los Angeles, CA 90071
moverland@scheperkim.com
acote@scheperkim.com

[√]   **PERSONAL**: By personally delivering the document listed above to the person(s) at the address(es) set forth above.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 12, 2009, at Los Angeles, California.

*Pedro Miranda* (signature)
Pedro Miranda

## DOCUMENT LIST

1. MATTEL, INC.'S MEMORANDUM IN OPPOSITION TO MGA'S MOTION TO COMPEL MATTEL'S ATTENDANCE AT 30(B)(6) DEPOSITION AND FOR SANCTIONS

2. DECLARATION OF MARSHALL M. SEARCY III IN SUPPORT OF MATTEL, INC.'S MEMORANDUM IN OPPOSITION TO MGA'S MOTION TO COMPEL MATTEL'S ATTENDANCE AT 30(B)(6) DEPOSITION AND FOR SANCTIONS

3. MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL MATTEL INC,'S MEMORANDUM IN OPPOSITION TO MGA'S MOTION TO COMPEL MATTEL'S ATTENDANCE AT 30(B)(6) DEPOSITION AND FOR SANCTIONS AND EXHIBITS 2, 7, AND 11 TO THE DECLARATION OF MARSHALL M. SEARCY IN SUPPORT THEREOF

4. [PROPOSED] ORDER GRANTING MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL MATTEL INC.'S MEMORANDUM IN OPPOSITION TO MGA'S MOTION TO COMPEL MATTEL'S ATTENDANCE AT 30(B)(6) DEPOSITION AND FOR SANCTIONS AND EXHIBITS 2, 7, AND 11 TO THE DECLARATION OF MARSHALL M. SEARCY IN SUPPORT THEREOF

5. PROOF OF SERVICE