1  MELINDA HAAG (State Bar No. 132612)
   mhaag@orrick.com
2  ANNETTE L. HURST (State Bar No. 148738)
   ahurst@orrick.com
3  WARRINGTON S. PARKER III (State Bar No. 148003)
   wparker@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
5  405 Howard Street
   San Francisco, CA 94105-2669
6  Tel: (415) 773-5700/Fax: (415) 773-5759

7  WILLIAM A. MOLINSKI (State Bar No. 145186)
   wmolinski@orrick.com
8  ORRICK, HERRINGTON & SUTCLIFFE LLP
   777 South Figueroa Street, Suite 3200
9  Los Angeles, CA 90017
   Tel. (213) 629-2020/Fax: (213) 612-2499

10 THOMAS S. MCCONVILLE (State Bar No. 155905)
   tmcconville@orrick.com
11 ORRICK, HERRINGTON & SUTCLIFFE LLP
   4 Park Plaza, Suite 1600
12 Irvine, CA 92614-2258
13 Tel: (949) 567-6700/Fax: (949) 567-6710

14 Attorneys for MGA Parties

**ORIGINAL**

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
NOV 14 2009
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx)<br><br>Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>[~~PROPOSED~~] ORDER RE APPLICATION TO FILE UNDER SEAL<br><br>Judge: Hon. David O. Carter |

Case 2:04-cv-09049-DOC-RNB   Document 7282   Filed 11/14/09   Page 2 of 2   Page ID #:253961

1  The Court, having considered MGA Parties' application for an order to file
2  under seal, and having found good cause to do so, it is HEREBY ORDERED that
3  said application is GRANTED in its entirety.

4  The Clerk shall maintain under Seal the following documents:

- EXHIBITS A, B, C, D, E, F, G, H, I, J, K, L, M, N AND O TO THE DECLARATION OF WILLIAM A. MOLINSKI IN SUPPORT OF MGA ENTERTAINMENT, INC.'S SEPARATE STATEMENT IN SUPPORT OF OPPOSITION TO MOTION TO STRIKE MGA PARTIES' GENERAL OBJECTION RE JURISDICTION AND FOR RECONSIDERATION OF ORDER NO. 70 AND CROSS-MOTION TO STRIKE ALL GENERAL OBJECTIONS ASSERTED BY MATTEL, INC.

**It IS SO ORDERED.**

Dated: NOVEMBER 14, 2009

/s/ David O. Carter
Hon. David O. Carter

- 1 -

[PROPOSED] ORDER RE APPLICATION
TO FILE UNDER SEAL
CV 04-9049 DOC (RNBx)