1   MELINDA HAAG (State Bar No. 132612)
    mhaag@orrick.com
2   ANNETTE L. HURST (State Bar No. 148738)
    ahurst@orrick.com
3   WARRINGTON S. PARKER III (State Bar No. 148003)
    wparker@orrick.com
4   ORRICK, HERRINGTON & SUTCLIFFE LLP
    The Orrick Building
5   405 Howard Street
    San Francisco, CA  94105-2669
6   Tel: (415) 773-5700/Fax: (415) 773-5759

7   WILLIAM A. MOLINSKI (State Bar No. 145186)
    wmolinski@orrick.com
8   ORRICK, HERRINGTON & SUTCLIFFE LLP
    777 South Figueroa Street, Suite 3200
9   Los Angeles, CA  90017
    Tel: (213) 629-2020/Fax: (213) 612-2499

10  THOMAS S. MCCONVILLE (State Bar No. 155905)
    tmcconville@orrick.com
11  ORRICK, HERRINGTON & SUTCLIFFE LLP
    4 Park Plaza, Suite 1600
12  Irvine, CA 92614-2258
    Tel: (949) 567-6700/Fax: (949) 567-6710
13
14  Attorneys for MGA Parties
15
16              UNITED STATES DISTRICT COURT
17              CENTRAL DISTRICT OF CALIFORNIA

                    SOUTHERN DIVISION

18  CARTER BRYANT, an individual,        Case No.  CV 04-9049-DOC (RNBx)

19          Plaintiff,                   Consolidated with:
                                         Case No. CV 04-9059
20       v.                              Case No. CV 05-2727

21  MATTEL, INC., a Delaware             [To Be Heard By Discovery Master
    corporation,                         Robert C. O'Brien]
22
            Defendant.                   [PROPOSED] ORDER RE
23                                       APPLICATION TO FILE UNDER
                                         SEAL
24
    AND CONSOLIDATED ACTIONS
25                                       Judge:      Hon. David O. Carter
26
27
28

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV 14 2009

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

2009 NOV 13  PM 3: 21
CENTRAL DIST. OF COURT
SANTA ANA

LODGED

                                         [PROPOSED] ORDER RE APPLICATION TO FILE
                                         UNDER SEAL
                                         CV 04-9049 DOC (RNBx)

1       The Court, having considered MGA Parties' application for an order to file

2 under seal, and having found good cause to do so, it is HEREBY ORDERED that

3 said application is GRANTED in its entirety.

4       The Clerk shall maintain under Seal the following documents:

5     **1. MGA'S REPLY IN SUPPORT OF MOTION TO CONFIRM OR**
       **COMPEL COMPLIANCE WITH THE DISCOVERY MASTER'S**

6        **MAY 22, 2007 ORDER COMPELLING PRODUCTION OF**
       **DOCUMENTS AND FOR SANCTIONS**

7     **2. EXHIBITS A, B, C, AND D TO THE DECLARATION OF SUGITHRA**

8        **SOMASEKAR IN SUPPORT OF MGA'S REPLY IN SUPPORT OF**
       **MOTION TO CONFIRM OR COMPEL COMPLIANCE WITH THE**

9        **DISCOVERY MASTER'S MAY 22, 2007 ORDER COMPELLING**
       **PRODUCTION OF DOCUMENTS AND FOR SANCTIONS**

10     **3. EXHIBIT A TO THE DECLARATION OF MATTHEW DUBOIS IN**
       **SUPPORT OF MGA'S REPLY IN SUPPORT OF MOTION TO**

11        **CONFIRM OR COMPEL COMPLIANCE WITH THE DISCOVERY**
       **MASTER'S MAY 22, 2007 ORDER COMPELLING PRODUCTION**

12        **OF DOCUMENTS AND FOR SANCTIONS**

13

14     **It IS SO ORDERED.**

15 Dated: NOVEMBER 14, 2009        *David O. Carter*

16                             Hon. David O. Carter

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER RE APPLICATION TO FILE
UNDER SEAL
CV 04-9049 DOC (RNBx)