QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
NOV 14 2009
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS 1, 2 AND 3 TO MATTEL, INC.'S REQUEST TO RE-SET VACATED HEARING DATE FOR ISAAC LARIAN'S OBJECTIONS TO DISCOVERY MASTER ORDER NO. 46 REGARDING RESPONSES TO PHASE 2 INTERROGATORIES<br><br>[[Proposed] Order Filed Concurrently Herewith]<br><br>Date:  TBA<br>Time:  TBA<br>Place: TBA |

MATTEL. INC.'S APPLICATION TO FILE UNDER SEAL

1       Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2 entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully
3 requests that the Court order filed under seal Exhibits 1, 2 and 3 to Mattel, Inc.'s
4 Request to Re-Set Vacated Hearing Date for Isaac Larian's Objections to Discovery
5 Master Order No. 46 Regarding Responses to Phase 2 Interrogatories (the
6 "Exhibits").

7       The Exhibits reference materials that the MGA Parties and/or Mattel
8 have designated "Confidential" or "Confidential -- Attorney's Eyes Only" pursuant
9 to the Protective Order. Accordingly, Mattel requests that the Court order that the
10 Exhibits be filed under seal.

12 DATED: November 13, 2009     QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By: _____
B. Dylan Proctor
Attorneys for Mattel, Inc.