```
 1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
      John B. Quinn (Bar No. 090378)
 2    (johnquinn@quinnemanuel.com)
      Michael T. Zeller (Bar No. 196417)
 3    (michaelzeller@quinnemanuel.com)
      Jon D. Corey (Bar No. 185066)
 4    (joncorey@quinnemanuel.com)
    865 South Figueroa Street, 10th Floor
 5  Los Angeles, California 90017-2543
    Telephone: (213) 443-3000
 6  Facsimile: (213) 443-3100

 7  Attorneys for Mattel, Inc.
```

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
NOV 14 2009
CENTRAL DISTRICT OF CALIFORNIA
BY       DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>[PROPOSED] ORDER GRANTING MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS 1, 2 AND 3 TO MATTEL, INC.'S REQUEST TO RE-SET VACATED HEARING DATE FOR ISAAC LARIAN'S OBJECTIONS TO DISCOVERY MASTER ORDER NO. 46 REGARDING RESPONSES TO PHASE 2 INTERROGATORIES |

[PROPOSED] ORDER

Based on the concurrently filed Application to File Under Seal Exhibits 1, 2 and 3 to Mattel, Inc.'s Request to Re-Set Vacated Hearing Date for Isaac Larian's Objections to Discovery Master Order No. 46 Regarding Responses to Phase 2 Interrogatories (the "Exhibits"),

IT IS HEREBY ORDERED:

The Opposition and Exhibits are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: November 14th, 2009

*David O. Carter*
Hon. David O. Carter
United States District Judge