MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105-2669
Tel: (415) 773-5700/Fax:(415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Tel: (213) 629-2020/Fax: (213) 612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049-DOC (RNBx)<br><br>Consolidated with: No. CV 04-9059 and No. CV 05-2727<br><br>**REPLY TO MGA'S MOTION TO COMPEL MATTEL'S ATTENDANCE AT 30(B)6 DEPOSITION AND FOR SANCTIONS**<br><br>[Declaration of William A. Molinski filed concurrently herewith]<br><br>**Phase 2**<br><br>Pre-trial Conf.: None Set<br>Trial Date: None Set |

While the instant motion has been pending, MGA and Mattel have continued to meet and confer in attempt to resolve the issues raised herein. As a result of those discussions, MGA and Mattel have agreed that the parties may issue more than a single Notice of Deposition pursuant to Federal Rule 30(b)(6), without leave of court. MGA and Mattel have further agreed that this does not preclude either party from invoking any right to seek relief concerning the additional notices or the topics identified therein, including without limitation serving objections to the notice and/or moving for a protective order. A true and correct copy of the email exchange concerning this agreement is attached hereto as **Exhibit A.**

Despite this agreement, Mattel has yet to provide dates certain when MGA's Second Phase 2 30(b)(6) deposition can move forward. Moreover, MGA identified this deposition as one of four that Judge Carter ordered to have completed before the end of the year during his conference with MGA and Mattel's counsel on November 14, 2009. As such, Mattel must still be compelled to produce a witness or witnesses by the end of the year.

Dated: November 19, 2009          ORRICK, HERRINGTON & SUTCLIFFE LLP

                                  /s/ William A. Molinski
                                  ─────────────────────────
                                  WILLIAM A. MOLINSKI
                                  Attorneys for
                                  MGA ENTERTAINMENT, INC., MGA
                                  ENTERTAINMENT HK, LTD., MGA de
                                  MEXICO, S.R.L. de C.V.
                                  and ISAAC LARIAN

# EXHIBIT A

| | |
|---|---|
| **From:** | Dylan Proctor [dylanproctor@quinnemanuel.com] |
| **Sent:** | Wednesday, November 18, 2009 3:55 PM |
| **To:** | Chaudoir, Christopher |
| **Cc:** | Molinski, William; Michael T Zeller |
| **Subject:** | RE: Motion to Compel Second Phase 2 30(b)(6) deposition |

Chris, I agree that the motion does not need to go forward. Mattel intends to produce a witness in response to the Notice based on our stipulation that the one deposition rule does not apply to 30(b)(6) depositions. It is not correct, however, that I committed to provide dates in December. As I said we are looking into this issue, and I am not in a position to (and did not) commit to particular dates.

Best regards, dylan


**From:** Chaudoir, Christopher [mailto:cchaudoir@orrick.com]
**Sent:** Wednesday, November 18, 2009 2:04 PM
**To:** Dylan Proctor
**Cc:** Molinski, William
**Subject:** Motion to Compel Second Phase 2 30(b)(6) deposition

Dylan,

To confirm our telephone conversation yesterday and my voice mail earlier this morning, you advised that Mattel would provide dates for the deposition to move forward before the end of December if we came to an agreement on the practice of noticing more than one 30(b)(6) deposition without leave of court. We further discussed that such an agreement would not prevent either party from invoking any right to seek court relief concerning the additional notices or the topics identified therein, including without limitation serving objections to the notice and/or moving for a protective order. We are prepared to agree to the above and would appreciate your providing us with available dates for MGA's Second Phase 2 30(b)(6) Deposition to move forward. In the interim, we would also appreciate your agreement to extend the time to file a reply to the motion to compel, as, assuming we can solidify a date, it is now unlikely that motion practice will be necessary.

Please confirm you agreement to the above and let me know the proposed date for the second deposition.

Chris



ORRICK

**CHRISTOPHER J. CHAUDOIR**
Senior Associate

ORRICK, HERRINGTON & SUTCLIFFE LLP
777 SOUTH FIGUEROA STREET
SUITE 3200
LOS ANGELES, CA 90017-5855

tel 213-612-2299
fax 213-612-2499
cchaudoir@orrick.com

EXHIBIT A    Page 2

www.orrick.com

============================================================

IRS Circular 230 disclosure:
To ensure compliance with requirements imposed by the IRS,
we inform you that any tax advice contained in this
communication, unless expressly stated otherwise, was not
intended or written to be used, and cannot be used, for
the purpose of (i) avoiding tax-related penalties under
the Internal Revenue Code or (ii) promoting, marketing or
recommending to another party any tax-related matter(s)
addressed herein.

============================================================

NOTICE TO RECIPIENT:  THIS E-MAIL IS  MEANT FOR ONLY THE
INTENDED RECIPIENT OF THE TRANSMISSION, AND MAY BE A
COMMUNICATION PRIVILEGED BY LAW.  IF YOU RECEIVED THIS E-
MAIL IN ERROR, ANY REVIEW, USE, DISSEMINATION,
DISTRIBUTION, OR COPYING OF THIS E-MAIL IS STRICTLY
PROHIBITED.  PLEASE NOTIFY US IMMEDIATELY OF THE ERROR BY
RETURN E-MAIL AND PLEASE DELETE THIS MESSAGE FROM YOUR
SYSTEM. THANK YOU IN ADVANCE FOR YOUR COOPERATION.

For more information about Orrick, please visit
http://www.orrick.com/
============================================================

# PROOF OF SERVICE

I, Lupe Flores, declare:

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, 777 S. Figueroa Street, Suite 3200, Los Angeles, California 9001. On November 19, 2009, I served the following document:

**REPLY TO MGA'S MOTION TO COMPEL MATTEL'S ATTENDANCE AT 30(B)(6) DEPOSITION AND FOR SANCTIONS**

[x]  By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

[ ]  (by Electronic Mail), I caused such documents to be transmitted by electronic mal to the offices of the addressee.

SEE ATTACHED SERVICE LIST

I am employed in the county from which the mailing occurred. On the date indicated above, I placed the sealed envelope(s) for collection and mailing at this firm's office business address indicated above. I am readily familiar with this firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the firm's correspondence would be deposited with the United States Postal Service on this same date with postage thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 19, 2009, at Los Angeles, California.

_____
Lupe Flores

OHS West:260690921.1

- 1 -

**PHASE 2 DISCOVERY SERVICE LIST**

Counsel for Mattel. Inc.
Michael T. Zeller, Esq.
michaelzeller@quinnemanuel.com
Brett D. Proctor
dylanproctor@quinnemanuel.com
QUINN EMANUÉL URQUHART OLIVER & HEDGES, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Counsel for Carlos Gustavo Machado Gomez
Mark E. Overland, Esq.
moverland@scheperkim.com
Alexander H. Cote, Esq.
acote@scheperkim.com
SCHEPER KIM & OVERLAND LLP
601 W. 5th Street, 12th Floor
Los Angeles, CA 90017
Telephone: (213) 613-4655
Facsimile: (213) 613-4656

Additional Counsel:
Jason D. Russell, Esq.
jason.russell@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Ave., Suite 3400
Los Angeles, CA 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600

## DECLARATION OF SERVICE

I declare I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is USA Network, Inc., 800 W. First Street, Suite 200-B, Los Angeles, California 90012.

On November 19, 2009, I served the following documents:

**REPLY TO MGA'S MOTION TO COMPEL MATTEL'S ATTENDANCE AT 30(B)(6) DEPOSITION AND FOR SANCTIONS**

[X] by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below:

| | |
|---|---|
| Counsel for Mattel. Inc.<br>Michael T. Zeller, Esq.<br>michaelzeller@quinnemanuel.com<br>Brett D. Proctor<br>dylanproctor@quinnemanuel.com<br>QUINN EMANUÉL URQUHART OLIVER & HEDGES, LLP<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, CA 90017-2543<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100 | Robert C. O'Brien, Esq.<br>Discovery Master<br>Arent Fox LLP<br>555 West 5th Street, Suite 4800<br>Los Angeles, CA 90013<br>Telephone: (213) 629-7400<br>Facsimile: (213) 629-7401<br><br>obrien.robert@arentfox.com |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 19, 2009, at Los Angeles, California.

_Ruben Fraire_

_[signature]_
USA Network, Inc

OHS West:260690921.1

- 1 -