O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

Case No.  CV 04-9049 DOC (RNBx)                          Date: November 20, 2009

Title: CARTER BRYANT v. MATTEL, INC.

---

DOCKET ENTRY
       [I hereby certify that this document was served by first class mail or Government messenger service, postage prepaid, to all counsel (or parties) at their respective most recent address of record in this action on this date.]
                                                        Date:_____   Deputy Clerk: _____

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Kristee Hopkins | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                                  NONE PRESENT

---

PROCEEDING (IN CHAMBERS): ORDER DENYING MOTION FOR TRIAL SETTING CONFERENCE AND FOR AN ORDER REQUIRING MATTEL TO FILE A RICO CASE STATEMENT

      Before the Court is Counter-Defendants MGA Entertainment, Inc., MGA Entertainment HK Ltd., MGA de Mexico S.R.L. de C.V. and Isaac Larian (collectively "MGA") Motion for Trial Setting Conference and for Order Requiring Mattel to File a RICO Case Statement (the "Motion"). The Court finds the matter appropriate for decision without oral argument. Fed R. Civ. P. 78; Local R. 7-15. After considering the moving and opposing papers, and for the reasons stated below, the Court hereby DENIES the Motion.

      On October 9, 2009, counsel for MGA contacted counsel for Mattel to request a "meet[ing] in person to discuss the status and scheduling of the Phase 2 proceedings for trial." *See* Ex. A to Declaration of Annette L. Hurst in Support of MGA Parties' Mot. For Pre-Trial Conference and for Order Requiring Mattel to File a RICO Case Statement. MGA also requested that Mattel supply MGA and the Court with a RICO case statement. *Id.* On October 21, 2009, counsel for Mattel

declined MGA's request on the grounds that the parties had already conducted a Rule 26(f) Conference prior to Phase 1. *Id.*, Ex. B. On October 21, MGA responded that the prior Rule 26(f) Conference was insufficient, as "the pleadings have been repeatedly amended." *Id.*, Ex. C. On October 27, 2009, Mattel issued a letter to MGA reiterating that the parties' Rule 26(f) Conference obviated the need for a pre-trial conference. *Id.*, Ex. D. Mattel also informed MGA that "[w]hile some individual judges may require RICO Case Statements in specific RICO standing orders they have issued, most judges do not, and Judge Carter has not issued such an order in this matter." *Id.* On November 6, 2009, MGA filed the present Motion.

Much has changed since MGA filed the Motion. Counsel have improved their communication with each other after the Court first met the parties on November 9, 2009. Most notably, the parties have maintained a demanding deposition schedule and have agreed to a rough time-line that covers a dispositive motion filing cut-off, as well as a tentative trial date. Moreover, Mattel has agreed to clarify, for a final time, its RICO allegations in a Fourth Amended Answer and Counterclaims ("FAAC"). Mattel intends to seek leave to file its FAAC in this Court after obtaining further discovery. The Court agrees that Mattel needs time to develop its RICO allegations and a RICO case statement will not meaningfully clarify Mattel's allegations at the present time. However, the Court will not accommodate undue delay by MGA in producing materials and witnesses relevant to the FAAC and/or undue delay by Mattel in the eventual filing of the FAAC.

For the foregoing reasons, the Court hereby DENIES the Motion.

The Clerk shall serve this minute order on all parties to the action.