**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

Case No.  CV 04-9049 DOC (RNBx)                                    Date: November 23, 2009

Title: CARTER BRYANT, an individual v. MATTEL, INC., a Delaware corporation

DOCKET ENTRY
         [I hereby certify that this document was served by first class mail or Government messenger service, postage prepaid, to all counsel (or parties) at their respective most recent address of record in this action on this date.]
                                                    Date:_____   Deputy Clerk: _____

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

       Kristee Hopkins                                    Not Present
        Courtroom Clerk                                 Court Reporter

   ATTORNEYS PRESENT FOR PLAINTIFFS: ATTORNEYS PRESENT FOR DEFENDANTS:

         NONE PRESENT                                 NONE PRESENT

PROCEEDING (IN CHAMBERS): ORDER RE MOTIONS PENDING BEFORE SPECIAL
                                          DISCOVERY MASTER

         Pursuant to the parties' representations at the November 19, 2009 hearing as to the status of motions pending before Special Discovery Master Robert C. O'Brien, the Court hereby ORDERS as follows:

         (1)     MGA's Motion to Compel Mattel's Attendance at 30(B)(6) Deposition and For
                 Sanctions (Docket # 7146) is VACATED as MOOT in light of the parties'
                 representation that the Motion has been resolved.

         (2)     Mattel, Inc.'s Motion for an Order Enforcing Discovery Master Order No. 66 and
                 Compelling MGA and Larian to Respond to Requests for Admission (Docket
                 # 7207) has been WITHDRAWN without prejudice by Mattel.  The parties have
                 agreed to conduct supplemental discovery as to the issues contained in the Motion.

         (3)     MGA Entertainment, Inc.'s Motion to Confirm or Compel Compliance with the

MINUTES FORM 11 DOC                                      Initials of Deputy Clerk _kh_
CIVIL - GEN                                              Page 1 of 2

Discovery Master's May 22, 2007 Order Compelling Production of Documents and for Sanctions (Docket # 7056) has been WITHDRAWN by MGA.

The parties also agreed to inform the Court by Tuesday November 24, 2009 of the status of two motions pending before Special Discovery Master O'Brien:

(1)     Mattel, Inc.'s Motion to Enforce, to Compel and for Sanctions *re:* the MGA Defendants' Affirmative Defenses (Docket # 7048).

(2)     Mattel's Motion to Strike the MGA Parties' General Objections re Jurisdiction and for Reconsideration of Portions of Order No. 70 (Docket # 7075).

This Order shall not affect the resolution of any other motions presently pending before Special Discovery Master O'Brien or the Court.

The Clerk shall serve this minute order on all parties to the action.