# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

Case No.  CV 04-9049 DOC (RNBx)                                            Date: November 24, 2009

Title: CARTER BRYANT, an individual v. MATTEL, INC., a Delaware corporation,

---

DOCKET ENTRY
[I hereby certify that this document was served by first class mail or Government messenger service, postage prepaid, to all counsel (or parties) at their respective most recent address of record in this action on this date.]
                                                               Date:_____   Deputy Clerk: _____

---

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

   Kristee Hopkins                                    Not Present
   Courtroom Clerk                                    Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS: ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                                          NONE PRESENT

---

PROCEEDING (IN CHAMBERS):        ORDER RE PENDING MOTIONS

      The Court reminds all parties that they are to be present with all lead counsel at 6:00 p.m. on Monday November 30, 2009.  The parties are hereby ORDERED to arrive at the November 30, 2009 hearing equipped with the following:

(1) A joint submission that lists: (1) all motions by any party pending in the above-captioned matter; and (2) all docket numbers associated with the motions pending in the above-captioned matter. At a November 19, 2009 hearing, the parties and the Court encountered considerable difficulty in identifying the docket numbers that correspond with several motions presently pending before Special Discovery Master Robert O'Brien.  The Court has since determined that a party's submission of a motion under seal may result in the assignment of more than one docket number to the same motion.  Determining all pending motions, as well as any and all docket numbers, assigned to those motions will promote efficiency and benefit the parties and the Court in their case management.

(2) A joint submission that identifies all individuals to be deposed prior to January 1, 2010, as well as the respective deposition dates and locations. This list shall specify the date on which Isaac Larian is to be deposed.

The Clerk shall serve this minute order on all parties to the action.