QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>     vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.<br><br>            Defendants.<br><br>AND CONSOLIDATED ACTIONS<br><br>            Cross-Defendant. | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>Honorable David O. Carter<br><br>**REPORT BY MATTEL, INC. IN RESPONSE TO MINUTE ORDER DATED NOVEMBER 23, 2009**<br><br>Hearing Date:     N/A<br><br>Phase 2:<br>Disc. Cut-off:     TBA<br>Pre-trial Con.:    TBA<br>Trial Date:        TBA |

1   Pursuant to the hearing held on November 19, 2009 and the Minute Order
2   dated November 23, 2009, Mattel, Inc. respectfully reports to the Court the
3   following:
4   1.   With respect to Mattel, Inc.'s Motion to Enforce, to Compel and for
5   Sanctions re: the MGA Defendants' Affirmative Defenses (Docket No. 7048), MGA
6   has agreed to provide further supplemental responses which will address the
7   concerns raised in Mattel's motion, namely, regarding the identification of
8   witnesses, the identification of documents and identification of facts supporting
9   various affirmative defenses.  MGA has agreed to provide the further supplemental
10  responses by Monday, November 30, 2009.  To give MGA the opportunity to
11  provide further supplemental responses and to give Mattel the opportunity to review
12  them, the parties have agreed, subject to the Court's approval, that the hearing on the
13  Motion be continued from December 3, 2009 before the Discovery Master to
14  December 10, 2009 before the Discovery Master.
15  2.   With respect to Mattel's Motion to Strike the MGA Parties' General
16  Objections and for Reconsideration of Portions of Order No. 70 (Docket No. 7075),
17  the parties are still discussing a potential resolution and will promptly notify the
18  Court if and when a resolution is reached.

DATED:  November 24, 2009         QUINN EMANUEL URQUHART OLIVER &
                                  HEDGES, LLP


                                  By /s/ Michael T. Zeller
                                     Michael T. Zeller
                                     Attorneys for Mattel, Inc.

00505.07975/3193046.2

-2-

REPORT