## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 04-9049 DOC (RNBx) | | Date | November 19, 2009 |
|---|---|---|---|---|

Title    CARTER BRYANT -V- MATTEL INC.

| Present: The Honorable | David O. Carter, U.S. District Judge | |
|---|---|---|
| Kristee Hopkins | Denise Paddock | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| John Quinn | Annette Hurst |
| Michael Zeller | Melinda Haag |
| Dylan Proctor | Thomas McConville |
| Susan Estrich | Diana Rutowski |

Proceedings:    STATUS CONFERENCE

    The matter is called. Counsel state their appearances. Court conducts conference. Parties provide status of all pending motions. Discussion regarding tentative case manage schedule. Court advises counsel of tentative dates as follows, subject to further discussion and scheduling. Motion Cutoff: March 22, 2010; Final Pretrial Conference: April 12, 2010; Trial: April 20, 2010. Court will set definite schedule at a later date.

                                            :    12

Initials of Preparer    kh