1  Byron Z. Moldo (SBN 109652)
      bmoldo@ecjlaw.com
2  David Seror (SBN 67488)
      dseror@ecjlaw.com
3  Peter A. Davidson (SBN 76194)
      pdavidson@ecjlaw.com
4  **ERVIN COHEN & JESSUP LLP**
   9401 Wilshire Boulevard, Ninth Floor
5  Beverly Hills, California 90212-2974
   Telephone (310) 273-6333
6  Facsimile (310) 859-2325

7  Attorneys for Patrick A. Fraioli, Jr., Monitor

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV 25 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION (SANTA ANA)

| | |
|---|---|
| CARTER BRYANT, an individual,,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS. | CASE NO. CV 04-09049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>and Case No. CV 05-02727<br><br>[Judge David O. Carter]<br><br>**ORDER TO FILE UNDER SEAL** |

IDOCS:13593.1:979460.1

-1-
ORDER TO FILE UNDER SEAL

## ORDER

Based on the concurrently filed Application, and good cause appearing for the entry thereof,

1. IT IS HEREBY ORDERED that the **SIXTH INTERIM REPORT OF MONITOR** shall be filed under seal pursuant to Local Rule 79-5.1.

DATED: November 25, 2009

*David O. Carter*
DAVID O. CARTER
UNITED STATES DISTRICT COURT JUDGE

IDOCS:13593.1:979460.1

-2-