UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| Carter Bryant | CASE NUMBER |
| --- | --- |
| PLAINTIFF(S), | CV 04-09049-DOC(RNBx) |
| v. | |
| Mattel Inc. | NOTICE OF CLERICAL ERROR |
| DEFENDANT(S), | |

TO:  U. S. District Judge(s)
     U. S. Magistrate Judge(s)
     Counsel of Record

You are hereby notified that due to a clerical error ☐ documents associated with the filing of the new action ☑ the following scanned document ☐ docket entry   have/has been corrected as indicated below.

Title of Scanned Document: Minutes of Status Conference

Filed Date: 11/19/2009            Document Number: 7306

☐ Incorrect case number _____ was assigned to this ☐ action ☐ document.

☐ Case number has been corrected. The correct case number is _____

☐ Incorrect judge's initials were indicated on this ☐ action ☐ document. The correct judge's initials are _____

☐ Incorrect magistrate judge's initials were indicated on this ☐ action ☐ document. The correct magistrate judge's initials are _____.

☐ Case has been reassigned from ☐ Judge ☐ Magistrate Judge _____ to ☐ Judge ☐ Magistrate Judge _____. The initials of the new judge(s) are _____

☐ Case was assigned to ☐ Western ☐ Southern ☐ Eastern division. Pursuant to General Order ☐ 349, ☐ 07-09, ☐ 98-3, ☐ 02-06, the case has been reassigned to the ☐ Western ☐ Southern ☐ Eastern division. The former case number _____ has been reassigned to new case number _____

☐ Subsequent documents must be filed at the ☐ Western ☐ Southern ☐ Eastern division. Failure to file at the proper location will result in your documents being returned to you.

☐ Case title is corrected from _____ to _____

☐ Document has been re-numbered as document number _____

☐ Incorrect ☐ Filed Date ☐ Date of Document ☐ ENTERED Date ☐ DATE ENTERED ON CM/ICMS was stamped on document. The correct date is _____

☐ Document is missing page number(s): _____

☐ To ensure proper routing of documents, all documents filed with the court must reflect the following case number and judge's initials: _____

☑ Other: Due to technical error, the NEF Notice of Electronic Filing (NEF) was not processed during initial docketing sequence. Attached to this Notice of Clerical Error, is the image of the document along with the NEF

CLERK, U.S. DISTRICT COURT

Date 12/2/2009                    By: D. Beard
                                      Deputy Clerk

cc: Intake Supervisor / Deputy In Charge

G-11 (04/09)                    NOTICE OF CLERICAL ERROR

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No.   CV 04-9049 DOC (RNBx)                              Date    November 19, 2009

Title    CARTER BRYANT -V- MATTEL INC.

Present: The Honorable    David O. Carter, U.S. District Judge

| Kristee Hopkins | Denise Paddock | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| John Quinn | Annette Hurst |
| Michael Zeller | Melinda Haag |
| Dylan Proctor | Thomas McConville |
| Susan Estrich | Diana Rutowski |

Proceedings:    STATUS CONFERENCE

The matter is called. Counsel state their appearances. Court conducts conference. Parties provide status of all pending motions. Discussion regarding tentative case manage schedule. Court advises counsel of tentative dates as follows, subject to further discussion and scheduling. Motion Cutoff: March 22, 2010; Final Pretrial Conference: April 12, 2010; Trial: April 20, 2010. Court will set definite schedule at a later date.

                                                                    :    12

                                              Initials of Preparer    kh