MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building, 405 Howard Street
San Francisco, CA 94105
Tel: (415) 773-5700/Fax: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Tel. (213) 629-2020/Fax: (213) 612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. 2:04-CV-09049-DOC-RNBx<br>Consolidated with Case No. CV 04-9059 and Case No. CV 05-2727<br>**DISCOVERY MATTER**<br>**SUPPLEMENTAL DECLARATION OF WARRINGTON S. PARKER III IN SUPPORT OF THE MGA PARTIES' OPPOSITION TO MATTEL, INC'S MOTION TO ENFORCE, TO COMPEL SANCTIONS RE: THE MGA DEFENDANTS' AFFIRMATIVE DEFENSES** |

I, Warrington S. Parker III, declare as follows:

1. I am a member of the Bar of the State of California and admitted to practice before this Court. I am of counsel with the law firm of Orrick, Herrington & Sutcliffe LLP, counsel for Phase 2 to MGA Entertainment, Inc. ("MGAE"), MGA Entertainment HK, Ltd. ("MGA HK"), MGAE De Mexico, S.R.L. De C.V. ("MGAE Mexico"), and Isaac Larian (collectively, the "MGA Parties"). I make this declaration in support of the Opposition to Mattel's Motion to Enforce, to Compel and for Sanctions Re: the MGA Defendants' Affirmative Defenses. I have personal knowledge of the facts set forth in this declaration. If called as a witness, I could and would testify competently to such facts under oath.

2. After the filing of Mattel's Motion to Enforce, to Compel and for Sanctions Re: the MGA Defendants' Affirmative Defenses, the parties continued to meet and confer regarding Mattel's concerns about the sufficiency of the MGA Parties' response. As a result of those conversations, on November 30, 2009, as agreed to by Mattel and the MGA Parties, the MGA Parties served on Mattel a supplemental response to Mattel's interrogatory regarding affirmative defenses.

3. In that supplemental response, as Mattel requested, the MGA Parties provided bate stamp numbers identifying the documents referenced in the interrogatory response. The MGA Parties have now identified documents by bate stamp number except for a small category of documents that are described in sufficient detail to provide Mattel notice of the document referenced.

4. Mattel also asked that the MGA Parties supplement their response as to certain affirmative defenses. The MGA Parties have done that as to each of the affirmative defenses that Mattel identified.

5. Mattel asked that the MGA Parties represent that they have identified all witnesses of which they are presently aware that are identified in connection with each of the affirmative defense responses. The MGA Parties have done that as well.

1    6.     On December 1, 2009, I spoke to Michael Zeller and left a voicemail
2  message with Jon Corey.  I asked them to identify any remaining issues that Mattel
3  might have with the MGA Parties' supplemental interrogatory response.  Michael
4  Zeller informed me that he would contact me today about any concerns Mattel
5  might have.  Jon Corey reported the same by email.  As of the filing of this
6  declaration, I have not been contacted by either Mr. Zeller or Mr. Corey.

7    7.     A copy of the supplemental interrogatory response has not been
8  attached to this declaration because it is marked "Attorneys' Eyes Only" under the
9  Protective Order.  I will bring copies of the supplemental response to the hearing set
10 before Robert O'Brien on December 3, 2009.

11    I declare under penalty of perjury under the laws of the United States that the
12 foregoing is true and correct and that this Declaration was hereby executed on
13 December 2, 2009, at San Francisco, California.

                                                            /s/ *Warrington S. Parker III*
                                                            Warrington S. Parker III