MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone:  415-773-5700
Facsimile:   415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA  90017
Telephone:  213-629-2020
Facsimile:   213-612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx)<br><br>Consolidated with Case No. CV 04-9059 and Case No. CV 05-2727<br><br>**[DISCOVERY MATTER]**<br><br>**JOINT STATEMENT PURSUANT TO ORDER NO. 80**<br><br>**Phase 2** |

Pursuant to Order Number 80 Regarding Information to be Submitted by the Parties in Connection with MGA Entertainment, Inc.'s Motion to Compel Further Responses to Requests for Production of Documents (Currently Set for Hearing on December 10, 2009), the Parties submit the following Joint Statement:

1.    MGA contends that the total number of Requests in dispute is 918. Mattel contends that the total number of Requests in dispute is 801.  While MGA's Notice of Motion lists 918 Requests for Production, only 801 of those are included in the Separate Statements.  MGA contends that Mattel agreed in its Responses to the remaining 117 Requests to produce responsive documents and therefore no Separate Statement was required for those documents.  This position is consistent with Discovery Master Order No. 52 (DE 6437), which did not require Mattel to provide a separate statement for those Requests that MGA had agreed to produce documents.  The 117 Requests remain in dispute because Mattel has not agreed to provide a date certain by which it will comply and/or provide confirmation that it has complied.  Mattel disputes that it has any obligation to produce documents responsive to the Requests identified by MGA in the motion, but for which MGA failed to provide any separate statement.  For example, in many instances, Mattel asserted objections to the production of documents, and those objections have not been ruled upon.  Moreover, for many of the Requests, Mattel only agreed to produce additional non-privileged responsive documents to the extent such documents had not already been produced.

2.    MGA contends that the Requests in dispute (identified individually by number), are set forth as follows:

**Requests Served by MGA in Case No. CV 04-9049:**

- Set One Nos. 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 34, 35, 36, 40, 41, 42, 44, 45, 46, 68, 69, 70, 71, 72, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 83,

84, 85, 86, 87, 88, 89, 90, 91, 92, 93, 94, 95, 96, 97, 98, 100, 105, 106, 107, 108, 109, 110, 11, 112, 113, 114, and 115.

- Set Two Nos. 113, 114, 115, 116, 117, 123, 124, 125, 126, 127, 128, 129, 130, 131, 132, 133, 168, 170, 171, 172, 173, 176, 177, and 180.

- Set Three Nos. 182, 183, 184, 185, 186, 187, 188, 189, 190, 191, 192, 193, 194, 195, 196, 197, 198, 199, 200, 201, 202, 203, 204, 205, 206, 207, 208, 209, 210, 211, 212, 213, 214, 215, 216, 217, 218, 219, 220, 221, 222, 223, 224, 225, 226, 227, 228, 229, 230, 231, 232, 233, 234, 235, 236, 237, 238, 239, 240, 241, 242, 243, 244, 245, 246, 247, 248, 249, 250, 251, 252, 253, 254, 255, 256, 257, 258, 259, 260, 261, 262, 263, 264, 265, 266, 267, 268, 269, 270, 271, 272, 273, 274, 275, 276, 277, 278, 279, 280, 281, 282, 283, 284, 285, 286, 287, 288, 289, 290, 291, 292, 293, 294, 295, 296, 297, 298, 299, 300, 301, 302, 303, 304, 305, 306, 307, 308, 309, 310, 311, 312, 313, 314, 315, 316, 317, 318, 319, 320, 321, 322, 323, 324, 325, 326, 327, 328, 329, 330, 331, 332, 333, 334, 335, 336, 337, 338, 339, 340, 341, 342, 343, 344, 345, 346, 347, 348, 349, 350, 351, 352, 353, 354, 355, 356, 357, 358, 359, 360, 361, 362, 363, 364, 365, 366, 367, 368, 369, 370, 371, 372, 373, 374, 375, 376, 377, 378, 379, 380, 381, 382, and 383.

- Set Four Nos. 384, 385, 386, 387, 388, 389, 390, 391, 392, 393, 394, 395, 396, 397, 398, 399, 400, 401, 402, 403, 404, 405, 406, 407, 408, 409, 410, 411, 412, 413, 414, 415, 416, 417, 418, 419, 420, 421, 422, 423, 424, 425, 426, 427, 428, 429, 430, 431, 432, 433, 434, 435, 437, 438, 439, 440, 441, 442, 443, 444, 445, 446, 447, 448, 449, 450, 451, 452, 453, 454, 455, 456, 457, 458, 459, 460, 461, 462, 463, 464, 465, 466, 467, 468, and 469.

- Set Five Nos. 471, 472, 473, 474, 475, 476, 477, 478, 479, 480, 481, 482, 483, 485, 492, 493, 494, 495, 496, 497, 498, 499, 500, 501, 502, 503, 504, 505, 506, 507, 508, 509, 510, 511, 512, 513, 514, 515, 516, 517, 518, 519, 520, 521, 522, 523, 524, and 525.

- Set Five Nos. 540, 541, 542, 543, 544, 545, 546, 547, 548, 549, 550, 551, 552, 553, 554, 555, 556, 557, 558, 559, 560, 561, 562, 563, 564, 565, 566, 567, and 569.

- Set Seven Nos. 572, 573, 574, 575, 576, 577, 578, 579, 580, 581, 582, 583, 584, 585, 586, 587, 588, 589, 590, 594, 595, 596, 597, 598, 599, 600, 603, 605, 606, 607, 608, 609, 610, 611, 612, 613, 614, 615, 616, 617, 618, 619, 620, 621, 622, 623, 624, 625, 626, 627, 628, 629, 630, 631, 632, 633, 634, 635, 636, 637, 638, 639, 640, 641, 642, 643, 644, 646, 648, 649, 650, 651, 652, 653, 654, 655, 656, 657, 674, 675, 676, 677, 678, 679, 680, 681, 682, 683, 684, 685, 686, 687, 688, 689, 690, 693, 694, 695, 697, 698, 699, 700, 701, 702, 703, 704, 705, 706, 707, 708, 709, 710, 711, 712, 713, 714, 715, 716, 717, 718, 719, 720, 721, 722, 23, 724, 725, 726, 727, 728, 729, 730, 731, 732, 733, 734, 735, 741, 743, 744, 745, 746, 748, 749, 750, 751, 752, 753, 754, 755, 756, 757, and 758.

- [Second] Set Seven Nos. 572(2), 573(2), and 574(2).

- Set Eight Nos. 770, 771, 772, 773, 774, 775, 776, 777, 778, 779, 780, 781, 782, 783, 784, 785, 786, 787, 788, 789, 790, 791, 792, 793 and 794.

**Requests served by MGA in Case No. CV 04-9059:**

- Set One Nos. 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 47, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60,

1  61, 62, 63, 64, 65, 66, 67, 68, 69, 70, 71, 72, 73, 74, 75, 76, 77, 78, 79,

2  80, 81, 82, 83, 84, 85, 86, 87, 88, 89, 90, 91, 92, 93, 94, 95, 96, 97, 98,

3  100, 101, 102, 103, 104, 105, 106, 107, 108, 109, 110, 111, 112, 113,

4  114, 115, 116, 117, 118, 119, 120, 121, 122, 123, 124, 125, 126, 127,

5  128, 129, 130, 131, 132, 133, 134, 135, 136, 137, 138, 139, 140, 141,

6  142, 143, 144, 145, 146, 147, 148, 149, 150, 151, 152, 153, 154, 155,

7  156, 157, 158, 159, 160, 161, 162, 163, 164, 165, 166, 167, 170, 171,

8  175, 176, 177, 178, 179, 184, 185, 189, 191, 192, 193, 194, 195, 196,

9  197, 198, 199, 200, 201, 202, 203, 204, 205, 206, 207, 208, 209, 210,

10  211, 212, 213, 214, 215, 216, 217, 218, 219, 220, 221, 222, 223, 252,

11  253, 255, 256, 257, 272, 273, 274, 275, 276, 277, 278, 279, 280, 283,

12  286, 287, 288, 289, 290, 291, 292, 293, 294, 295, 298, 301, 308, 210,

13  212, 314, 316, 318, 319, 321, 322, 333, 334, 335, 336, 337, 338, 339,

14  340, 341, 342, 343, 344, 345, 346, 347, 348, 349, 351, 352, 353, 354,

15  355, 356, 357, 358, 359, 360, and 361.

16  Mattel, however, contends that only the following Requests are in dispute:

17  **Requests Served by MGA in Case No. CV 04-9049:**

18  Nos. 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 18, 19, 20, 21, 22, 23,

19  24, 25, 26, 27, 28, 29, 30, 31, 34, 35, 36, 40, 41, 44, 45, 69, 70, 71, 72, 73, 74, 75,

20  76, 77, 78, 79, 80, 81, 82, 83, 84, 85, 86, 87, 88, 90, 91, 93, 94, 95, 96, 97, 98, 100,

21  106, 107, 108, 109, 110, 111, 112, 113, 125, 127, 130, 168, 170, 171, 176, 177,

22  180, , 182, 183, 184, 185, 186, 187, 188, 189, 190, 191, 192, 193, 194, 195, 196,

23  197, 198, 199, 200, 201, 202, 203, 204, 205, 206, 207, 208, 209, 210, 211, 212,

24  213, 214, 215, 216, 217, 218, 219, 220, 221, 222, 223, 224, 225, 226, 227, 228,

25  229, 230, 231, 232, 233, 234, 235, 236, 237, 238, 239, 240, 241, 242, 243, 244,

26  245, 246, 247, 248, 249, 250, 251, 252, 253, 254, 255, 256, 257, 258, 259, 260,

27  261, 262, 263, 264, 265, 266, 267, 268, 269, 270, 271, 272, 273, 274, 275, 276,

28

277, 278, 279, 280, 281, 282, 283, 284, 285, 286, 287, 288, 289, 290, 291, 292, 293, 294, 295, 296, 297, 298, 299, 300, 301, 302, 303, 304, 305, 306, 307, 308, 309, 310, 311, 312, 313, 314, 315, 316, 317, 318, 319, 320, 321, 322, 323, 324, 325, 326, 327, 328, 329, 330, 331, 332, 333, 334, 335, 336, 337, 338, 339, 340, 341, 342, 343, 344, 345, 346, 347, 348, 349, 350, 351, 352, 353, 354, 355, 356, 357, 358, 359, 360, 361, 362, 363, 364, 365, 366, 367, 368, 369, 370, 371, 372, 373, 374, 375, 376, 377, 378, 379, 380, 381, 382, 384, 388, 389, 390, 391, 392, 393, 394, 396, 397, 399, 400, 401, 402, 403, 404, 405, 406, 407, 408, 409, 410, 411, 412, 413, 414, 415, 416, 417, 418, 419, 420, 421, 422, 423, 424, 425, 426, 427, 428, 429, 430, 431, 432, 433, 434, 435, 437, 438, 439, 440, 441, 442, 443, 444, 445, 446, 447, 448, 449, 450, 451, 452, 453, 454, 455, 456, 457, 458, 459, 460, 461, 462, 463, 464, 465, 466, 467, 468, 469, 471, 472, 473, 474, 476, 477, 478, 479, 480, 482, 492, 493, 494, 495, 496, 497, 498, 499, 500, 501, 503, 504, 505, 506, 507, 508, 509, 510, 511, 512, 513, 514, 515, 516, 517, 518, 519, 520, 521, 522, 523, 524, 525, 540, 543, 545, 546, 548, 549, 550, 551, 552, 553, 554, 555, 556, 557, 558, 559, 560, 563, 564, 565, 566, 567, 569, 572, 573, 574, 575, 576, 577, 578, 579, 580, 581, 582, 583, 584, 585, 587, 588, 589, 590, 594, 595, 596, 597, 598, 599, 600, 603, 611, 612, 613, 614, 615, 616, 617, 618, 619, 620, 621, 622, 623, 624, 625, 626, 627, 628, 629, 630, 631, 632, 633, 634, 635, 636, 637, 638, 639, 640, 641, 642, 643, 644, 646, 648, 649, 650, 651, 652, 656, 674, 675, 677, 678, 679, 680, 681, 682, 683, 684, 685, 686, 687, 688, 689, 690, 693, 694, 695, 697, 698, 699, 704, 705, 706, 707, 708, 709, 710, 711, 712, 713, 714, 715, 720, 721, 722, 723, 724, 725, 729, 730, 731, 734, 735, 741, 743, 744, 745, 746, 748, 749, 750, 751, 752, 753, 754, 755, 756, 758, 572(2), 573(2), 574(2), 770, 771, 772, 773, 774, 775, 776, 777, 778, 779, 780, 781, 782, 783, 784, 786, 787, 788, 789, 790, 791, 792, 793, 794.

00693.20164/3225291.1

## Requests served by MGA in Case No. CV 04-9059:

Nos. 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 47, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68, 69, 70, 71, 72, 73, 74, 75, 76, 77, 78, 79, 80, 81, 88, 91, 92, 93, 94, 95, 98, 100, 101, 102, 103, 104, 105, 106, 107, 108, 109, 110, 111, 112, 113, 114, 115, 116, 117, 118, 119, 120, 121, 122, 123, 124, 125, 126, 127, 128, 129, 130, 131, 132, 133, 134, 135, 136, 137, 138, 139, 140, 141, 142, 143, 144, 145, 146, 147, 148, 149, 150, 151, 152, 153, 154, 155, 156, 157, 158, 159, 160, 161, 162, 163, 164, 165, 166, 167, 170, 171, 175, 176, 177, 178, 179, 184, 185, 191, 192, 193, 194, 195, 196, 198, 199, 200, 201, 202, 203, 204, 205, 206, 207, 208, 209, 210, 211, 212, 213, 214, 215, 216, 217, 218, 219, 220, 221, 222, 223, 252, 253, 255, 256, 257, 272, 273, 274, 275, 276, 277, 278, 279, 333, 334, 335, 336, 337, 343, 344, 345, 346, 347.

3.       Mattel claims that 81 Requests are duplicative.

4.       Specifically, Mattel claims that the following Requests are duplicative: 9049 Set 2, Request No. 125 is duplicative of 9059 Set 1, Request Nos. 180, 181, 182, 183, 186, 187, 258, and 260.

9049 Set 2, Request No. 127 is duplicative of 9059 Set 1, Request Nos. 180, 181, 182, 183, 186, 187, 258, and 260.

9049 Set 2, Request No. 130 is duplicative of 9059 Set 1, Request Nos. 180, 181, 182, 183, 186, 187, 258, and 260.

9049 Set 7, Request No. 597 is duplicative of 9049 Set 5, Request No. 472.

9049 Set 7, Request No. 600 is duplicative of 9059 Set 1, Request No. 2.

9059 Set 1, Request No. 1 is duplicative of 9059 Set 1, Request Nos. 35, 48, 91, 98, 165, and 201.

9059 Set 1, Request No. 2 is duplicative of 9059 Set 1, Request Nos. 36, 61, 72, 92, 100, 166, and 202.

9059 Set 1, Request No. 3 is duplicative of 9059 Set 1, Request Nos. 4, 37, 44, 62, 73, 93, 101, 108, and 203.

9059 Set 1, Request No. 4 is duplicative of 9059 Set 1, Request No. 3.

9059 Set 1, Request No. 5 is duplicative of 9059 Set 1, Request Nos. 6, 38, 74, 102, and 204.

9059 Set 1, Request No. 6 is duplicative of 9059 Set 1, Request No. 5.

9059 Set 1, Request No. 7 is duplicative of 9059 Set 1, Request Nos. 8, 39, 75, 94, 103, and 205.

9059 Set 1, Request No. 8 is duplicative of 9059 Set 1, Request No. 7.

9059 Set 1, Request No. 9 is duplicative of 9059 Set 1, Request Nos. 10, 76, 104, and 206.

9059 Set 1, Request No. 10 is duplicative of 9059 Set 1, Request No. 9.

9059 Set 1, Request No. 11 is duplicative of 9059 Set 1, Request Nos. 12, 77, and 105.

9059 Set 1, Request No. 12 is duplicative of 9059 Set 1, Request No. 11.

9059 Set 1, Request No. 13 is duplicative of 9059 Set 1, Request Nos. 12, 77 and 105.

9059 Set 1, Request No. 14 is duplicative of 9059 Set 1, Request No. 13.

9059 Set 1, Request No. 15 is duplicative of 9059 Set 1, Request Nos. 16, 79, 107, and 209.

9059 Set 1, Request No. 16 is duplicative of 9059 Set 1, Request No. 15.

9059 Set 1, Request No. 35 is duplicative of 9059 Set 1, Request No. 1.

9059 Set 1, Request No. 36 is duplicative of 9059 Set 1, Request No. 2.

9059 Set 1, Request No. 37 is duplicative of 9059 Set 1, Request No. 3.

9059 Set 1, Request No. 38 is duplicative of 9059 Set 1, Request No. 5.

9059 Set 1, Request No. 39 is duplicative of 9059 Set 1, Request No. 7.

9059 Set 1, Request No. 47 is duplicative of 9059 Set 1, Request No. 3.

9059 Set 1, Request No. 48 is duplicative of 9059 Set 1, Request No. 1.

9059 Set 1, Request No. 61 is duplicative of 9059 Set 1, Request No. 2.

9059 Set 1, Request No. 62 is duplicative of 9059 Set 1, Request No. 3.

9059 Set 1, Request No. 72 is duplicative of 9059 Set 1, Request No. 2.

9059 Set 1, Request No. 73 is duplicative of 9059 Set 1, Request No. 3.

9059 Set 1, Request No. 74 is duplicative of 9059 Set 1, Request No. 5.

9059 Set 1, Request No. 75 is duplicative of 9059 Set 1, Request No. 7.

9059 Set 1, Request No. 76 is duplicative of 9059 Set 1, Request No. 9.

9059 Set 1, Request No. 77 is duplicative of 9059 Set 1, Request No. 11.

9059 Set 1, Request No. 78 is duplicative of 9059 Set 1, Request No. 13.

9059 Set 1, Request No. 79 is duplicative of 9059 Set 1, Request No. 15.

9059 Set 1, Request No. 81 is duplicative of Carter Bryant's Set 1, Request No. 25.

9059 Set 1, Request No. 91 is duplicative of 9059 Set 1, Request No. 1.

9059 Set 1, Request No. 92 is duplicative of 9059 Set 1, Request No. 2.

9059 Set 1, Request No. 93 is duplicative of 9059 Set 1, Request No. 3.

9059 Set 1, Request No. 94 is duplicative of 9059 Set 1, Request No. 7.

9059 Set 1, Request No. 95 is duplicative of 9059 Set 1, Request No. 15.

9059 Set 1, Request No. 98 is duplicative of 9059 Set 1, Request No. 1.

9059 Set 1, Request No. 100 is duplicative of 9059 Set 1, Request No. 2.

9059 Set 1, Request No. 101 is duplicative of 9059 Set 1, Request No. 3.

9059 Set 1, Request No. 102 is duplicative of 9059 Set 1, Request No. 5.

9059 Set 1, Request No. 103 is duplicative of 9059 Set 1, Request No. 7.

9059 Set 1, Request No. 104 is duplicative of 9059 Set 1, Request No. 9.

9059 Set 1, Request No. 105 is duplicative of 9059 Set 1, Request No. 11.

9059 Set 1, Request No. 106 is duplicative of 9059 Set 1, Request No. 13.

1  9059 Set 1, Request No. 107 is duplicative of 9059 Set 1, Request No. 15.

2  9059 Set 1, Request No. 108 is duplicative of 9059 Set 1, Request No. 3.

3  9059 Set 1, Request No. 177 is duplicative of 9049 Set 1, Request Nos. 38 and 43.

4  9059 Set 1, Request No. 165 is duplicative of 9059 Set 1, Request No. 1.

5  9059 Set 1, Request No. 166 is duplicative of 9059 Set 1, Request No. 2.

6  9059 Set 1, Request No. 184 is duplicative of 9059 Set 1, Request No. 185.

7  9059 Set 1, Request No. 191 is duplicative of 9059 Set 1, Request No. 192.

8  9059 Set 1, Request No. 200 is duplicative of 9059 Set 1, Request Nos. 180, 181,

9  182, 183, 186, 187, 258, and 260.

10  9059 Set 1, Request No. 201 is duplicative of 9059 Set 1, Request No. 1.

11  9059 Set 1, Request No. 202 is duplicative of 9059 Set 1, Request No. 2.

12  9059 Set 1, Request No. 203 is duplicative of 9059 Set 1, Request No. 3.

13  9059 Set 1, Request No. 204 is duplicative of 9059 Set 1, Request No. 5.

14  9059 Set 1, Request No. 205 is duplicative of 9059 Set 1, Request No. 7.

15  9059 Set 1, Request No. 206 is duplicative of 9059 Set 1, Request No. 9.

16  9059 Set 1, Request No. 209 is duplicative of 9059 Set 1, Request No. 15.

17  9059 Set 1, Request No. 212 is duplicative of 9059 Set 1, Request No. 196.

18  9059 Set 1, Request No. 213 is duplicative of 9059 Set 1, Request Nos. 1, 196, 200,

19  212.

20  9059 Set 1, Request No. 214 is duplicative of 9059 Set 1, Request Nos. 1, 196, 200,

21  212.

22  9059 Set 1, Request No. 215 is duplicative of 9059 Set 1, Request Nos. 1, 196, 200,

23  212.

24  9059 Set 1, Request No. 216 is duplicative of 9059 Set 1, Request Nos. 1, 196, 200,

25  212.

26  9059 Set 1, Request No. 217 is duplicative of 9059 Set 1, Request Nos. 196, 212.

27  9059 Set 1, Request No. 218 is duplicative of 9059 Set 1, Request No. 212.

28

1   9059 Set 1, Request No. 219 is duplicative of 9059 Set 1, Request No. 196.

2   9059 Set 1, Request No. 220 is duplicative of 9059 Set 1, Request Nos. 1, 200.

3   9059 Set 1, Request No. 221 is duplicative of 9059 Set 1, Request No. 1.

4   9059 Set 1, Request No. 222 is duplicative of 9059 Set 1, Request Nos. 1, 200.

5   9059 Set 1, Request No. 223 is duplicative of 9059 Set 1, Request No. 1.

6   9059 Set 1, Request No. 256 is duplicative of 9059 Set 1, Request No. 255.

7   9059 Set 1, Request No. 257 is duplicative of 9059 Set 1, Request Nos. 1, 2.

8       5.      MGA contends that Mattel has agreed to comply, in whole or in part,

9   with 485 Requests.  Mattel contends that it has agreed in written responses to

10  comply, in whole or in part, with 345 Requests and that it has also produced

11  documents responsive to a substantial number of additional Requests, although

12  Mattel had never agreed to comply with such Requests in whole or part.

13      6.      A list (identified individually by number) of the Requests with which

14  Mattel has agreed to comply, in whole or in part, are as follows:

15          **Requests Served by MGA in Case No. CV 04-9049:**

16      Nos. 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 18, 19, 20, 21, 22, 23,

17  24, 25, 26, 27, 28, 29, 30, 31, 36, 40, 41, 44, 45, 69, 70, 71, 72, 73, 74, 75, 76, 79,

18  80, 81, 82, 83, 84, 85, 86, 87, 88, 90, 91, 93, 94, 106, 107, 108, 109, 110, 111, 112,

19  168, 171, 176, 177, 182, 183, 184, 185, 186, 187, 188, 189, 190, 191, 192, 193,

20  194, 195, 196, 197, 198, 199, 200, 201, 202, 203, 204, 205, 206, 207, 208, 209,

21  210, 211, 212, 213, 214, 215, 216, 217, 218, 219, 220, 221, 222, 223, 224, 225,

22  226, 227, 228, 229, 230, 231, 232, 233, 234, 235, 236, 237, 238, 239, 240, 241,

23  242, 243, 244, 245, 246, 247, 248, 249, 250, 251, 252, 253, 254, 255, 256, 257,

24  258, 259, 260, 261, 262, 263, 264, 265, 266, 267, 268, 269, 270, 271, 273, 274,

25  275, 276, 277, 278, 279, 280, 281, 282, 283, 284, 285, 286, 287, 288, 289, 290,

26  291, 292, 293, 294, 295, 296, 297, 298, 299, 300, 301, 302, 303, 304, 305, 306,

27  307, 308, 309, 310, 311, 312, 313, 314, 315, 316, 317, 318, 319, 320, 321, 322,

28

1  323, 324, 325, 326, 327, 328, 329, 330, 331, 332, 333, 334, 335, 336, 337, 338,

2  339, 340, 341, 342, 343, 344, 345, 346, 347, 348, 349, 350, 351, 352, 353, 354,

3  355, 356, 357, 358, 359, 360, 361, 362, 363, 364, 365, 366, 367, 368, 369, 370,

4  371, 372, 373, 374, 375, 376, 377, 378, 379, 380, 381, 382, 384, 388, 389, 390,

5  391, 392, 393, 394, 396, 397, 399, 400, 401, 402, 403, 404, 405, 406, 407, 408,

6  409, 410, 411, 412, 413, 414, 415, 416, 417, 418, 419, 420, 421, 422, 431, 432,

7  452, 453, 454, 456, 457, 460, 461, 462, 463, 466, 516, 517, 518, 525, 550, 554,

8  564, 583, 642, 643, 699, 758.

9  **Requests Served by MGA in Case No. CV 04-9059:**

10  Nos. 88, 132, 134, 136, 252, 253, 277, 278, 279, 333, 334, 335, 336, 337,

11  343, 344, 345, 346, 347.

12  7.  Mattel has asserted only objections, without any statement of

13  compliance, in response to 456 Requests.

14  8.  A list (identified individually by number) of the Requests as to which

15  Mattel has asserted only objections, without any statement of compliance, is as

16  follows:

17  **Requests Served by MGA in Case No. CV 04-9049:**

18  9049 Request Nos. 34, 35, 77, 78, 95, 96, 97, 98, 100, 113, 125, 127, 130,

19  170, 180, 272, 423, 424, 425, 426, 427, 428, 429, 430, 433, 434, 435, 437, 438,

20  439, 440, 441, 442, 443, 444, 445, 446, 447, 448, 449, 450, 451, 455, 458, 459,

21  464, 465, 467, 468, 469, 471, 472, 473, 474, 476, 477, 478, 479, 480, 482, 492,

22  493, 494, 495, 496, 497, 498, 499, 500, 501, 503, 504, 505, 506, 507, 508, 509,

23  510, 511, 512, 513, 514, 515, 519, 520, 521, 522, 523, 524, 540, 543, 545, 546,

24  548, 549, 551, 552, 553, 555, 556, 557, 558, 559, 560, 563, 565, 566, 567, 569,

25  572, 573, 574, 575, 576, 577, 578, 579, 580, 581, 582, 584, 585, 587, 588, 589,

26  590, 594, 595, 596, 597, 598, 599, 600, 603, 611, 612, 613, 614, 615, 616, 617,

27  618, 619, 620, 621, 622, 623, 624, 625, 626, 627, 628, 629, 630, 631, 632, 633,

28

634, 635, 636, 637, 638, 639, 640, 641, 644, 646, 648, 649, 650, 651, 652, 656, 674, 675, 677, 678, 679, 680, 681, 682, 683, 684, 685, 686, 687, 688, 689, 690, 693, 694, 695, 697, 698, 704, 705, 706, 707, 708, 709, 710, 711, 712, 713, 714, 715, 720, 721, 722, 723, 724, 725, 729, 730, 731, 734, 735, 741, 743, 744, 745, 746, 748, 749, 750, 751, 752, 753, 754, 755, 756, 572(2), 573(2), 574(2), 770, 771, 772, 773, 774, 775, 776, 777, 778, 779, 780, 781, 782, 783, 784, 786, 787, 788, 789, 790, 791, 792, 793, 794.

### **Requests Served by MGA in Case No. CV 04-9049:**

Nos. 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 47, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68, 69, 70, 71, 72, 73, 74, 75, 76, 77, 78, 79, 80, 81, 91, 92, 93, 94, 95, 98, 100, 101, 102, 103, 104, 105, 106, 107, 108, 109, 110, 111, 112, 113, 114, 115, 116, 117, 118, 119, 120, 121, 122, 123, 124, 125, 126, 127, 128, 129, 130, 131, 133, 135, 137, 138, 139, 140, 141, 142, 143, 144, 145, 146, 147, 148, 149, 150, 151, 152, 153, 154, 155, 156, 157, 158, 159, 160, 161, 162, 163, 164, 165, 166, 167, 170, 171, 175, 176, 177, 178, 179, 184, 185, 191, 192, 193, 194, 195, 196, 198, 199, 200, 201, 202, 203, 204, 205, 206, 207, 208, 209, 210, 211, 212, 213, 214, 215, 216, 217, 218, 219, 220, 221, 222, 223, 255, 256, 257, 272, 273, 274, 275, 276.

1     Dated:  December 2, 2009        ORRICK, HERRINGTON & SUTCLIFFE LLP

2

3                              By:      /s/ Cynthia A. Lock

                                        CYNTHIA A. LOCK

4                         Attorneys for MGA ENTERTAINMENT, INC.,
MGA ENTERTAINMENT HK, LTD., MGA de

5                         MEXICO, S.R.L. de C.V., and ISAAC LARIAN

6

7                              QUINN EMANUEL URQUHART OLIVER & HEDGES LLP

8

9                              By:      /s/ Scott B. Kidman

10                                      SCOTT B. KIDMAN

                        Attorneys for MATTEL, INC.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28