**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

Case No.   SACV 04-09049 DOC (RNBx)                               Date: December 3, 2009

Title:   CARTER BRYANT v. MATTEL, INC.


PRESENT:            THE HONORABLE DAVID O. CARTER, JUDGE

   Lori Anderson                                            Not Present   
Courtroom Clerk                                              Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:   ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                                                 NONE PRESENT

PROCEEDING (IN CHAMBERS): AMENDED ORDER RE PRODUCTION OF DOCUMENTS FOR *IN CAMERA* REVIEW

      MGA Entertainment, Inc. and Isaac Larian (the "MGA Parties") shall produce to the Court for its *in camera* review, in unredacted form, by December 3, 2009 96 emails that MGA had marked as privileged and that MGA had been ordered to produce for the Court's *in camera* review on December 10, 2009. The Court considers the accelerated deadline prudent in light of the anticipated deposition of Isaac Larian on December 10, 2009 and Mattel, Inc. ("Mattel")'s interest in the review of the 94 emails prior to Mr. Larian's deposition. The Court shall review the emails for privilege issues identified by the parties in their briefs to be filed under seal. This Order encompasses the following emails:

      (1)   **MGA's August 14, 2007 Revised Privilege Log**: Entry Nos. 7, 8, 9, 10, 11, 661, and 662

      (2)   **MGA's August 14, 2007 Supplemental Privilege Log**: Entry Nos. 655, 656, 657, 660, and 734

      (3)   **MGA's August 14, 2007 Revised Supplemental Privilege Log**: Entry Nos. 655, 656, 657 and 734

 (4) **MGA's November 16, 2007 Privilege Log**: Entry Nos. 2337 and 2338

 (5) **MGA's November 16, 2007 Supplemental Revised Privilege Log**: Entry Nos. 8C, 9A, 9B, 10A, 10B, and 11

 (6) **MGA's January 23, 2008 Privilege Log**: Entry Nos. 54, 55, 69, 109, 374, 375, 402, 471, 548, 549, 637, 1325, 1326, 1434, 1546, 1573, 1641, 1818, 1819 and 1820

 (7) **MGA's January 23, 2008 Revised Privilege Log**: Entry Nos. 54, 55, 69, 106, 109, 374, 375, 403, 472, 549, 550, 639, 853, 855, 1327, 1328, 1575, 1643, 1820, 1821, and 1822

 (8) **MGA's January 28, 2008 Privilege Log**: Entry Nos. 134, 135, and 137

 (9) **MGA's January 28, 2008 Revised Privilege Log**: Entry Nos. 151, 152 and 154

 (10) **From Larian's January 15, 2008 Privilege Log:** Entry Nos. 69, 70, 72, 73, 79, 89, 90, 91, 92, 95, 97, 100, 101, 113, 71, 74, 93, 94, 110, 114, 115, 116, 117, and 123.

 (11) **From Larian's January 30, 2008 Privilege Log**: Entry No. 63

The Clerk shall serve this minute order on all parties to the action.