QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc.

ORRICK, HERRINGTON & SUTCLIFFE LLP
  Annette L. Hurst (Bar No. 148738)
  (ahurst@orrick.com)
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone:  415-773-5700
Facsimile:  415-773-5759

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>      vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.<br>            Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No.    CV 04-09059<br>Case No.    CV 05-2727<br><br>Honorable David O. Carter<br><br>STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR PRIVILEGE MOTION<br><br>**Phase 2:**<br>Disc. Cut-off:    TBD<br>Pre-trial Conf.:  TBD<br>Trial Date:       TBD |

00505.07975/3227758.1

Case No. CV 04-9049 DOC (RNBx)
STIPULATION

Mattel, Inc. ("Mattel") and MGA Entertainment, Inc. and Isaac Larian (collectively, the "MGA Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows, subject to approval by the Court:

1. Mattel shall serve (by email) its motion and supporting papers to compel the production of communications made in furtherance of crimes and frauds and as to which the MGA Parties have waived privilege by 3 p.m. on December 4, 2009.

2. The MGA Parties shall serve (by email) their opposition thereto and any supporting papers by 3 p.m. on December 7, 2009.

3. Mattel shall serve its reply (by email) by 3 p.m. on December 8, 2009.

IT IS SO STIPULATED.

DATED: December 3, 2009        QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Michael T. Zeller
   Michael T. Zeller
   Attorneys for Mattel, Inc.

DATED: December 3, 2009        ORRICK, HERRINGTON & SUTCLIFFE, LLP

By /s/ Thomas McConville
   'Thomas McConville
   Attorneys for the MGA Parties.