# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   CV04-9049-DOC(RNBx)                                            Date   November 14, 2009

Title   CARTER BRYANT v. MATTEL, INC.

---

Present: The Honorable   David O. Carter, U.S. District Judge

| Lori Anderson | Deborah Parker | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Michael Zeller | Annette Hurst |
| Dylan Proctor | Thomas McConville |
| Susan Estrich | Warrington S. Parker, III |

Proceedings:   STATUS CONFERENCE


   The Court conducts an informal meeting with counsel regarding various matters.

   The Court goes on the record. The parties have unanimously chosen to retain the services of Judge James Smith, retired. Therefore, the Court hereby appoints Judge James Smith, (Rtd), as Special Master in this case.

   The Court goes off the record. The parties continue their informal meeting.

   The Court reviews and summarizes the various matters discussed . The informal meeting is adjourned.


                                                                                       5   :   18

                                                              Initials of Prepare   lma