QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

ORRICK, HERRINGTON & SUTCLIFFE LLP
  Annette L. Hurst (Bar No. 148738)
  (ahurst@orrick.com)
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone: 415-773-5700
Facsimile: 415-773-5759

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>                    Plaintiff,<br><br>          vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.<br>                    Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No.    CV 04-09059<br>Case No.    CV 05-2727<br><br>Honorable David O. Carter<br><br>**STIPULATION AND [PROPOSED] ORDER ON RESOLUTION OF MATTERS PENDING AS DOCKET ENTRY NOS. 6365, 6311, 6847, 7075, 7087, 7146, 7224, 7259, 7267 AND 7181**<br><br>**Phase 2:**<br>Disc. Cut-off:       TBD<br>Pre-trial Conf.:     TBD<br>Trial Date:          TBD |

1  Mattel, Inc. ("Mattel") and MGA Entertainment, Inc. ("MGA") and Isaac
2  Larian (collectively, the "MGA Parties"), by and through their respective counsel of
3  record, hereby stipulate and agree as follows, subject to approval by the Court:
4     1.  Mattel's Objection to Discovery Master Order No. 60 (**Docket Nos.**
5  **6847 (sealed) and 7259 (public)**) has been resolved by agreement and on that basis
6  is hereby **WITHDRAWN**.
7     2.  With respect to Mattel's Motion for Leave to File Fourth Amended
8  Counterclaims (**Docket Nos. 6365 (sealed) and 6311 (public)**), Mattel intends to
9  refile it request to amend its operative pleadings in accordance with Judge Carter's
10 guidelines after further discovery, and on that basis the motion is **WITHDRAWN**
11 without prejudice.
12    3.  With respect to Mattel's Motion to Compel Compliance with Order No.
13 52 (archived e-mails issue) (**Docket Nos. 7267 (sealed) and 7181 (public)**), the
14 parties agree that the matter should be decided in the first instance by Special Master
15 James Smith and will be raised in accordance with the briefing currently underway
16 before the Special Master.  On the foregoing basis, Mattel's Motion to Compel
17 Compliance with Order No. 52 (archived e-mails issue) (**Docket Nos. 7267 (sealed)**
18 **and 7181 (public)**) is hereby **WITHDRAWN** without prejudice.
19    4.  MGA's Motion to Compel 30(b)(6) Deposition (**Docket Nos. 7146**
20 **(sealed) and 7087 (public)**) is hereby **VACATED** as moot.
21    5.  With respect to Mattel's Motion to Strike the MGA Parties' General
22 Objections and for Reconsideration of Portions of Order No. 70 (**Docket No. 7075**)
23 and MGA's Cross-Motion to Strike All General Motions Asserted by Mattel, Inc.
24 (**Docket No. 7224**), the parties represented to one another that (a) neither the scope
25 of their respective searches for documents nor their productions were limited by any
26 objection, in words or substance, to producing information relating to the activities
27 or conduct of other entities or non-parties and/or information relating to the
28 activities or conduct in foreign countries, (b) no documents have been withheld by

1 | them based on such objections and (c) they shall not assert such objections as
2 | general objections in the future.  On the foregoing basis, the parties agree that
3 | Mattel's Motion to Strike the MGA Parties' General Objections and for
4 | Reconsideration of Portions of Order No. 70 (**Docket No. 7075**) and MGA's Cross-
5 | Motion to Strike All General Motions Asserted by Mattel, Inc. (**Docket No. 7224**)
6 | are hereby **WITHDRAWN**.

            IT IS SO STIPULATED.

DATED:  December 4, 2009         QUINN EMANUEL URQUHART OLIVER &
                                 HEDGES, LLP


                                 By /s/ Michael T. Zeller
                                    Michael T. Zeller
                                    Attorneys for Mattel, Inc.

DATED:  December 4, 2009         ORRICK, HERRINGTON & SUTCLIFFE,
                                 LLP


                                 By /s/ Thomas McConville
                                    'Thomas McConville
                                    Attorneys for the MGA Parties.