UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et. al.,<br><br>　　　　　Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>**[PROPOSED] ORDER ON STIPULATION ON RESOLUTION OF MATTERS PENDING AS DOCKET ENTRY NOS. 6365, 6311, 6847, 7075, 7087, 7146, 7224, 7259, 7267 AND 7181** |

# [PROPOSED] ORDER

Based on the concurrently filed Stipulation on Resolution of Matters Pending as Docket Entry Nos. 6365, 6311, 6847, 7075, 7087, 7146, 7224, 7259, 7267, and 7181,

IT IS HEREBY ORDERED:

1. Mattel's Objection to Discovery Master Order No. 60 (**Docket Nos. 6847 (sealed) and 7259 (public)**) has been resolved by agreement and on that basis is **WITHDRAWN**.

2. Mattel's Motion for Leave to File Fourth Amended Counterclaims (**Docket Nos. 6365 (sealed) and 6311 (public)**) is **WITHDRAWN** without prejudice.

3. Mattel's Motion to Compel Compliance with Order No. 52 (archived e-mails issue) (**Docket Nos. 7267 (sealed) and 7181 (public)**) is **WITHDRAWN** without prejudice.

4. MGA's Motion to Compel 30(b)(6) Deposition (**Docket Nos. 7146 (sealed) and 7087 (public)**) is **VACATED** as moot.

5. Mattel's Motion to Strike the MGA Parties' General Objections and for Reconsideration of Portions of Order No. 70 (**Docket No. 7075**) and MGA's Cross-Motion to Strike All General Motions Asserted by Mattel, Inc. (**Docket No. 7224**) are **WITHDRAWN**.

DATED:               , 2009  _____
Hon. David O. Carter
United States District Judge