MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA  94105-2669
Tel: (415) 773-5700/Fax: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA  90017
Tel. (213) 629-2020/Fax: (213) 612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>       Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation<br><br>       Defendant.<br><br>AND CONSOLIDATED ACTIONS. | Case No. CV 04-9049 DOC<br><br>Consolidated with:<br>CV 04-9059<br>CV 05-2727<br><br>**DECLARATION OF WARRINGTON S. PARKER III IN SUPPORT OF MGA PARTIES' OPPOSITION TO MATTEL, INC.'S MOTION FOR AN ORDER COMPELLING PRODUCTION OF COMMUNICATIONS MADE IN FURTHERANCE OF CRIMES AND FRAUDS AND AS TO WHICH MGA HAS WAIVED ATTORNEY-CLIENT PRIVILEGE** |

1   I, Warrington S. Parker, declare as follows:

2       1.      I am an attorney at the law firm of Orrick, Herrington & Sutcliffe LLP,

3   counsel of record for the MGA Parties in the above-captioned action.  I am a

4   member in good standing of the State Bar of California and am admitted to practice

5   before this Court.  I have personal knowledge of the facts set forth in this

6   declaration unless otherwise expressly stated, in which case it is on information and

7   belief.  If called as a witness, I could and would testify competently to such facts

8   under oath.

9       2.      Attached hereto as **Exhibit A** is a true and correct copy of an excerpt

10  of the transcript of the May 27, 2008 proceedings before this Court.

11      3.      Attached hereto as **Exhibit B** is a true and correct copy of an excerpt

12  of the transcript of the June 6, 2009 proceedings before this Court.

13      4.      Attached hereto as **Exhibit C** is a true and correct copy of the

14  transcript of the June 17, 2008 proceedings before this Court.

15      5.      Attached hereto as **Exhibit D** is a true and correct copy of the

16  transcript of the June 18, 2008 proceedings before this Court.

17      6.      Attached hereto as **Exhibit E** is a true and correct copy of the

18  transcript of the June 20, 2008 proceedings before this Court

19  I declare under penalty of perjury under the laws of the United States of

20  America that the foregoing is true and correct.

21  Executed this 7th day of December, 2009, at San Francisco, California.

22

23  */s/ Warrington S. Parker III*
    Warrington S. Parker III

24

25

26

27

28

PARKER DECL. ISO MGA OPP TO MTC RE ATTORNEY-
CLIENT PRIVILEGE
CV 04-9049 DOC (RNBx))