Exhibit A

1              UNITED STATES DISTRICT COURT

2              CENTRAL DISTRICT OF CALIFORNIA

3                         ---

4      **HONORABLE STEPHEN G. LARSON, JUDGE PRESIDING**

5                         ---

6    MATTEL, INC.,                  :   PAGES 200 - 339
                                    :
7              PLAINTIFF,           :
                                    :
8         VS.                       :   NO. ED CV04-09049-SGL
                                    :   [CONSOLIDATED WITH
9    MGA ENTERTAINMENT, INC.,       :   CV04-9059 & CV05-2727]
     ET AL.,                        :
10                                  :
               DEFENDANTS.          :
11   _____:

12

13

14

15          REPORTER'S TRANSCRIPT OF PROCEEDINGS

16              RIVERSIDE, CALIFORNIA

17             TUESDAY, MAY 27, 2008

18              JURY TRIAL - DAY 2

19              AFTERNOON SESSION

20

21

22                          MARK SCHWEITZER, CSR, RPR, CRR
                            OFFICIAL COURT REPORTER
23                          UNITED STATES DISTRICT COURT
                            181-H ROYBAL FEDERAL BUILDING
24                          255 EAST TEMPLE STREET
                            LOS ANGELES, CALIFORNIA 90012
25                          (213) 663-3494

**CERTIFIED COPY**

1    and I see their dressed up photographs, and I've seen them at

2    the house.  And a lot of times those photographs don't line

3    up.

4            But that wasn't Carter Bryant's inspiration.

5    Actually, this is the testimony that you will hear in this

6    trial.

7            Question by Mr. Quinn and answer by Carter Bryant:

8            "QUESTION:  Can you tell me, as best you can

9        recall, when it was you created the Bratz?

10           "ANSWER:  Yes.  Let's see.  I was driving by a

11       high school.  I believe it was on my way home from

12       work -- and there were -- the kids were getting out

13       of school, and I was just kind of struck by the way

14       they looked.  They were wearing kind of, you know,

15       oversized clothes, big, baggy jeans.  They had on

16       backpacks and -- I don't know.  There was just

17       something very interesting and exciting about their

18       energy andjust got me to kind of thinking, you

19       know, wouldn't it be cool if there were some

20       characters that kind of accurately represented

21       today's teenager.

22           "And so when I went home, I started doing a

23       little bit of sketching and sketched some

24       characters fairly quickly.  I had also kind of been

25       looking at magazines and things like that.  There

1        were some advertising things that were going on at

2        the same time that kind of all melded together and

3        kind of gave me the idea.  There was a Paris Blues

4        ad.

5            "There was -- 17 magazine had a Steve Madden

6        ad.  There was an ad from a Dixie Chicks' album,

7        and it said, "Chicks with Attitude" on it, and it

8        all just came together, and it all just really kind

9        of struck me when I drove by that high school.

10           "QUESTION:  Can you place this in a month in

11       1998?

12           "ANSWER:  It was in late August.

13           "QUESTION:  And do you recall the high school?

14           "ANSWER:  I believe it was Kickapoo High."

15       Mr. Bryant didn't testify that these were hip-hop

16  kids, multi-ethnic with attitudes.

17           What he actually testified to was that he saw the

18  teenagers' energy and their baggy clothes, and then he looked

19  at magazines, and you weren't shown the magazine that

20  Mr. Quinn asked Mr. Bryant about.

21           Can we have Seventeen magazine up.  This, ladies

22  and gentlemen, is Seventeen magazine.  It's dated August

23  1998.  It's received July 2nd, 1998.  I got this from the

24  Glendale library.  It's in publication.  They have a

25  subscription.  This is the magazine that Carter Bryant said

```
 1   was his inspiration for Bratz.  And if we could just turn to

 2   some of the pages in here.  If we could turn to Mr. Bryant

 3   testifying.

 4          You'll see in a minute, when I show you the Bratz

 5   and drawings, you'll see the eyes, the big head.  Notice the

 6   big feet, the slim waste, the fashions, the midriff.

 7          Now, nothing about this trial should be an

 8   acknowledgment by Mr. Quinn, the father of five girls, or me,

 9   the father of two girls, that we necessarily all agree with

10   this style of dress for teenagers.  But the truth of the

11   matter is there was a marketing opportunity out there at that

12   time that was not being served by the consumers of Barbie.

13          Let's move on to some of the other ads that Carter

14   Bryant will explain was some of his inspiration.

15          Carter Bryant had never designed a doll in his

16   life.  He, in essence, was a fashion designer.  I'm going to

17   go through it painstakingly to show you the type of art that

18   Mr. Bryant went through.

19          Let's go through some more ads here.  Multi-ethnic,

20   friends, getting along.

21          Here's the Steve Madden ad.  No doubt, ladies and

22   gentlemen, that this appeared in the August 1998 edition of

23   Seventeen magazine.  Not one part of our case, ladies and

24   gentlemen, is that that character was going to Kickapoo High

25   School.  That's not -- that wasn't the inspiration.
```

1           All right.  In so many ways, even though he's not a

2    party to this action, this case is all about Carter Bryant,

3    and it's all about when he did the drawings, not when the

4    doll was manufactured.

5           These are the Bratz dolls, a sampling of them.

6    These are not what's at issue in this case from a design

7    point of view.

8           They want Bratz.  This case is about the idea for

9    Bratz and when it came up.

10          Let me introduce you to the concept of the Bratz as

11   Carter Bryant described them in 1998.  This is trial

12   Exhibit 5-CB at page 43.

13          It's the handwritten note that Carter Bryant will

14   tell you he made in 1998 in August, where he's describing

15   them, meet the Bratz.  Group of cool girls from your school.

16   Four best friends with totally transformable looks.  Simply

17   pop off their hair and shoes and trade for a new look.  Jade

18   doll comes with two pop-off wigs and two bears.  Meet Zoe.

19   And then he says meet Hallidae, meet Jade.  This is the

20   concept of Bratz.

21          This is Carter Bryant's idea.  This was born in

22   August of 1998, while Carter Bryant was not an employee of

23   Mattel.  This case is not about anyone walking away from

24   Carter Bryant's employment agreement and confidentiality

25   agreement at Mattel.  That's not the issue.

1           The issue is whether or not Carter Bryant's idea

2    and concept for the Bratz for multi-ethnic, hip-hop, urban

3    fashion-focused young characters was conceived in August or

4    September and October of 1998 before he returns to Mattel.

5           Let's go to the time line position for just a

6    moment.  The dates and the periods of time are moving dates,

7    and they can be confusing.  Trust me, this is your first

8    experience to it.

9           We've lived with this.  We know the evidence, but I

10   think sometimes looking at it graphically to decide what

11   we're talking about, fundamentally the structure of my

12   opening statement is going to be that I will be dealing with

13   primarily three very important time periods.

14          Carter Bryant was employed by Mattel between

15   November 1995 and January of 1998.  He leaves in 1998, and

16   I'll explain the circumstances behind that for a moment in a

17   little bit.

18          He goes back to Missouri to live with his parents.

19   He is still employed at Mattel when he goes back to Missouri

20   up through April 15th.  You see up in the upper left-hand

21   corner, I've noted that Carter Bryant began his free-lance

22   work in Missouri, and he was part time for Mattel.  I'm going

23   to explain that to you in just a little bit.  I'll show you

24   those documents.

25          April 15th, 1998, he resigns from Mattel.  He sends

1    He drives from Missouri to Los Angeles.  He arrives

2  November 1st, 1999 -- I'm sorry, January 1, 1999, in the

3  afternoon.  He pulls up to Richard Irmen's house.  Richard

4  Irmen was Carter Bryant's partner before he left Mattel.  He

5  is his partner today.  He will testify in this case.

6    At that meeting Richard, catching up with Carter,

7  said, "What have you been doing?  Show me some of the

8  things."  And Carter shows the portfolio and shows Richard

9  Irmen on January 1st of the year 1999, before he starts to

10  work at Mattel, the concept of Bratz.  He shows him the

11  drawings.  Richard Irmen will testify that he did see them on

12  January 1st, 1999.  Carter goes to work at Mattel January

13  4th, 1999.  Let's have the confidentiality agreement up for a

14  moment.  This is shown in a graphic.  It's not that I can't

15  do graphics.  It's just that I want to show the documents.

16  Let's go to the inventions agreement.

17    Ladies and gentlemen, this is the employee

18  confidential information agreement that Mattel will contend

19  gives them the right to Bratz.  The ownership of invention.

20  It says:  "I agree to communicate to the company as properly

21  and fully as practicable all inventions as defined below

22  conceived or reduced to practice by me or by others at any

23  time during my employment by the company."

24    And inventions includes discoveries, improvements,

25  processes, developments, designs.  It also includes ideas.

1    But as I said before, ladies and gentlemen, by

2    signing this contract, Carter Bryant did not give to Mattel

3    anything more than the commitment to work on Mattel projects

4    eight hours a day, or whatever time they wanted, but he

5    didn't give them his ideas, and he didn't give them his soul

6    before he got to Mattel.  That is what this case is about.

7    The scientific evidence that Mr. Quinn spent so

8    much time on will not support the conclusion that those

9    drawings that I just showed you, that Carter's parents saw,

10   that Jean Galvano saw, that Richard Irmen saw in 1998,

11   nothing can transform through this agreement and move them

12   over to 1999.

13   Can I show the graphic of the pictures.

14   The real issue in this case, ladies and gentlemen,

15   these are the drawings that Carter did in 1998 while not

16   employed at Mattel.  He will testify he did these all.

17   Can I highlight for them the Bratz.

18   The highlighted version are the ones that you will

19   see.  They are the concept.  They are the idea.  They are the

20   expression, and they are the reduction to drawing of the

21   Bratz idea.  This issue in this case for you will be whether

22   or not Mattel can move these drawings from 1998 over the line

23   to that point while he was employed by Mattel, the scientific

24   evidence will not allow it.  The evidence will be to the

25   contrary.  The scientific evidence in this case will be that

1    they were done in 1998.

2           Now, you'll say wait a minute.  Mr. Quinn in his

3    opening statement told me that he will have an expert who

4    will testify that the color drawings were actually copied --

5    I'm sorry, that the stick drawings that I showed you were

6    copied from the color drawings.  The testimony, however,

7    ladies and gentlemen, will be that that doesn't make any

8    sense.  The experts will talk about the fact that the color

9    drawing was traced.

10          Now, Mr. Quinn made reference to the fact that

11   there was -- their expert can tell because the lines were oh,

12   so slow being drawn, and that's why they believe that the

13   color drawing was done first.

14          I think our experts and the evidence will raise the

15   following question.  How many color books do you buy that are

16   fully colored first?  The evidence will establish that it was

17   the Bratz concept drawings that were the focus of the

18   drawings and that Carter Bryant, at Mattel, simply traced, at

19   night, in his studio in back of his house the master drawings

20   and added the color to it.

21          All right.  To Carter Bryant, January 4, 1999, he's

22   an employee of Mattel.  But although he's an employee of

23   Mattel, that agreement does not give him -- I'm sorry -- does

24   not give Mattel his ideas if you find that they were done in

25   1998.

1  that they were out bought and they were out executed.  That's

2  the condition within the design center.

3          Carter wanted a different idea.  He wanted a

4  chance.  Veronica Marlow -- he calls Veronica Marlow and says

5  listen, can you give me an idea of who I might contact to get

6  my idea out there.  And Veronica says I know a company by the

7  name of MGA.  I'm doing consulting work.  They want to do a

8  doll.  Carter says great.  Carter then goes home, and there's

9  no dispute about this.  As part of his portfolio, he adds to

10 his original master drawing concept evening wear.  This is a

11 picture that he has colored in, and he's added fashionwear.

12 He did this.  Mattel can own these dresses.  That's all they

13 get in this case.  That long gown, that was done at night in

14 the back of his house, presumably Mattel, if you find so, can

15 have the dress, but that is the original master drawing, and

16 it was traced from the master drawings, and Carter will

17 testify to it.

18          In any event, he brings these in a portfolio.  He

19 does a couple other things in anticipation of the pitch

20 meeting, unbeknownst to us, and we did not encourage this.

21 Carter did a dummy doll.  That's what it's called.  It's a

22 mockup.  Sometimes it's called a Frankenstein doll.  And what

23 he wanted to do is he had these concept drawings that had

24 been done in 1998.  Now he wanted to pitch the doll.  And

25 admittedly, we didn't know this at this time.  I know it now.

1 | tomorrow morning at 8:30.

2

3 | (Proceedings concluded at 5:05 P.M.)

4

5

6

7

8

9

10

11

12 | **C E R T I F I C A T E**

13

14

15 | I hereby certify that pursuant to Title 28,

16 | Section 753 United States Code, the foregoing is a true and

17 | correct transcript of the stenographically reported

18 | proceedings in the above matter.

19 | Certified on May 27, 2008.

20

21

22 | **MARK SCHWEITZER, CSR, RPR, CRR**
   | Official Court Reporter
23 | License No. 10514

24

25

# Exhibit B

1    UNITED STATES DISTRICT COURT

2    CENTRAL DISTRICT OF CALIFORNIA

3    EASTERN DIVISION

4    - - -

5    HONORABLE STEPHEN G. LARSON, JUDGE PRESIDING

6    - - -

**CERTIFIED COPY**

7    MATTEL, INC.,                          )
                                            )
8                         PLAINTIFF,        )
                                            )
9             VS.                           )    NO. CV 04-09049
                                            )
10   MGA ENTERTAINMENT, INC., ET. AL.,      )
                                            )
11                        DEFENDANTS.       )    TRIAL DAY 9
     _____ )    MORNING SESSION
12   AND CONSOLIDATED ACTIONS,              )    PAGES 1669-1756
     _____ )

13

14

15   REPORTER'S TRANSCRIPT OF JURY TRIAL PROCEEDINGS

16   RIVERSIDE, CALIFORNIA

17   FRIDAY, JUNE 6, 2008

18   9:27 A.M.

19

20

21

22

23                THERESA A. LANZA, RPR, CSR
              FEDERAL OFFICIAL COURT REPORTER
24               3470 12TH STREET, RM. 134
              RIVERSIDE, CALIFORNIA  92501
25                   951-274-0844
                 WWW.THERESALANZA.COM

1   A     YES, I DO.

2   Q     AND YOU SAID, AGAIN, IT'S POSSIBLE YOU DON'T REMEMBER

3   BECAUSE THAT WAS SO LONG AGO.

4   A     I DID.

5   Q     SO WE'RE TALKING ABOUT EVENTS THAT HAPPENED SEVEN, EIGHT     09:35

6   YEARS AGO; AND IT'S SOMETIMES DIFFICULT TO REMEMBER THOSE

7   THINGS; CORRECT?

8   A     THAT'S CORRECT.

9   Q     SO LET'S FOCUS, THEN, ON THIS SEPTEMBER 2000 MEETING.

10        YOU DO REMEMBER THAT MR. BRYANT WAS THERE.     09:35

11  A     YES.

12  Q     YOU DO REMEMBER THAT HE SHOWED YOU THESE DRAWINGS AND

13  CALLED THEM "BRATZ."

14  A     YES.

15  Q     AND IF YOU GO BACK AND THINK ABOUT IT, YOU REALLY DON'T     09:35

16  RECALL ONE WAY OR ANOTHER -- IT'S POSSIBLE HE DID; IT'S

17  POSSIBLE HE DIDN'T -- WHETHER HE SAID THAT HE WORKED ON THESE

18  DRAWINGS AT NIGHTS AND ON WEEKENDS?

19  A     I'M SORRY.  CAN YOU REPEAT THAT.

20  Q     YOU DON'T REALLY RECALL WHETHER IN THIS MEETING, WHEN     09:36

21  MR. BRYANT PRESENTED THESE DRAWINGS TO YOU, WHETHER HE SAID

22  THAT HE WORKED ON THESE DRAWINGS AT NIGHTS OR ON THE WEEKENDS?

23  A     HE TOLD ME HE DID THEM IN 1998, WHEN HE WAS IN MISSOURI,

24  ON NIGHTS AND WEEKENDS.

25  Q     SO SITTING BACK EIGHT YEARS AGO, YOU HAVE A SPECIFIC     09:36

FRIDAY, JUNE 6, 2008                    TRIAL DAY 9, MORNING SESSION

Exhibit B - Page 14

```
 1   OR EVEN MR. BRYANT'S LAWYER, AND SAY, 'I WANT YOU TO TELL ME,

 2   TO PROVE TO ME, THAT THESE DON'T BELONG TO MATTEL'?

 3   A    I PERSONALLY DID NOT DO THAT.  I DELEGATED THAT -- WE HAD

 4   EMPLOYEES.  I DELEGATED THAT TO AN EMPLOYEE WHOSE JOB WAS TO DO

 5   THIS.  AND SHE DID.                                             10:17

 6   Q    SO YOU'RE SAYING THAT MS. O'CONNOR WAS GIVEN PROOF OF A

 7   STORY THAT THESE DRAWINGS WERE NOT DONE WHILE MR. BRYANT WAS AT

 8   MATTEL?

 9   A    MS. O'CONNOR WENT TO DAVID ROSENBAUM, WHO WENT TO

10   ANNE WANG, WHO WAS CARTER BRYANT'S LAWYER; AND ACCORDING TO AN   10:17

11   E-MAIL THAT I HAVE SEEN, HIS LAWYER CAME BACK AND SAID THAT SHE

12   HAS PROOF, SHE KNOWS IT WAS DONE IN 1998 WHEN CARTER SAID THAT,

13   THE INITIAL DRAWINGS.

14   Q    SO, OF COURSE, SINCE THIS IS A CRITICAL QUESTION AS TO

15   WHETHER OR NOT THESE DRAWINGS BELONGED TO MATTEL, YOUR RESPONSE   10:17

16   WAS, 'WHAT PROOF ARE YOU TALKING ABOUT BESIDES MR. BRYANT'S

17   WORD?'  THAT WAS YOUR RESPONSE; CORRECT?

18   A    I DID NOT ASK THAT SPECIFIC QUESTION THAT YOU JUST ASKED.

19   I DID NOT.

20   Q    INSTEAD, YOU WENT FORWARD TO CREATE DOLLS BASED ON THESE    10:18

21   DRAWINGS THAT A MATTEL EMPLOYEE PRESENTED TO YOU IN SEPTEMBER

22   OF 2000.

23   A    FIRST WHAT WE DID IS, WE ENTERED INTO A CONTRACT WITH

24   CARTER BRYANT ON OCTOBER 4, 2000, AND THEN WE PROCEEDED TO

25   START DEVELOPMENT OF THE BRATZ DOLLS, WHAT BECAME BRATZ DOLLS    10:18
```

```
 1            I DON'T KNOW IF I RECEIVED IT FROM MY ATTORNEY OR IF
 2     I RECEIVED IT FROM VICTORIA O'CONNOR.  I DON'T RECALL WHO I
 3     RECEIVED IT FROM.
 4     Q    IN ANY EVENT, MGA HAD AN ATTORNEY INVOLVED IN DRAFTING
 5     THIS DOCUMENT.
 6     A    YES, WE DID.
 7     Q    AND THAT WAS MR. ROSENBAUM.
 8     A    DAVID ROSENBAUM, YES.
 9     Q    YOU UNDERSTOOD THERE WERE SOME NEGOTIATIONS THAT TOOK
10     PLACE THAT LED TO THIS DOCUMENT.
11     A    YES.  THERE WERE NEGOTIATIONS BETWEEN DAVID ROSENBAUM AND
12     CARTER BRYANT'S LAWYER, ANNE WANG.
13     Q    AND IT'S CORRECT THAT WHEN YOU RECEIVED THIS CONTRACT, YOU
14     LOOKED THROUGH IT TO MAKE SURE IT REFLECTED THE TERMS OF THE
15     CONTRACT THAT YOU WANTED TO AGREE TO.
16     A    I DON'T REMEMBER IF I READ THE WHOLE CONTRACT OR NOT.  I
17     KNOW THERE WAS LENGTHY NEGOTIATIONS GOING BACK AND FORTH, AND I
18     REMEMBER ONE E-MAIL ON OCTOBER 3RD -- OCTOBER 4TH, IN THE
19     MORNING, THAT THEY HAD FINALLY REACHED AN AGREEMENT BETWEEN
20     DAVID ROSENBAUM AND ANNE WANG, AND THEY GAVE ME A SIGNATURE
21     PAGE TO SIGN, WHICH I DID.
22     Q    SO I GUESS MY QUESTION IS, BEFORE SIGNING THIS, DID YOU
23     CHECK IT TO MAKE SURE THAT, FOR EXAMPLE, THE AMOUNT YOU
24     INTENDED TO PAY MR. BRYANT WAS IN HERE AND THAT HE WAS GRANTING
25     CERTAIN RIGHTS TO YOU?
```

10:23
10:23
10:23
10:23
10:24

```
 1                         CERTIFICATE

 2

 3   I HEREBY CERTIFY THAT PURSUANT TO SECTION 753, TITLE 28, UNITED
     STATES CODE, THE FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF
 4   THE STENOGRAPHICALLY RECORDED PROCEEDINGS HELD IN THE
     ABOVE-ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE FORMAT IS IN
 5   CONFORMANCE WITH THE REGULATIONS OF THE JUDICIAL CONFERENCE OF
     THE UNITED STATES.

 6

 7

 8   THERESA A. LANZA, RPR, CSR            6-8-08
     OFFICIAL COURT REPORTER                  DATE

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

FRIDAY, JUNE 6, 2008                  TRIAL DAY 9, MORNING SESSION

Exhibit C

1              UNITED STATES DISTRICT COURT

2              CENTRAL DISTRICT OF CALIFORNIA

3                        ---

4     **HONORABLE STEPHEN G. LARSON, JUDGE PRESIDING**

5                        ---

6  MATTEL, INC.,                  :  PAGES 2818 - 2935
                                  :
7           PLAINTIFF,            :
                                  :
8      VS.                        :  NO. ED CV04-09049-SGL
                                  :  [CONSOLIDATED WITH
9  MGA ENTERTAINMENT, INC.,       :  CV04-9059 & CV05-2727]
   ET AL.,                        :
10                                :
                                  :
           DEFENDANTS.            :
11 _____:

12

13

14

15         REPORTER'S TRANSCRIPT OF PROCEEDINGS

16              RIVERSIDE, CALIFORNIA

17            TUESDAY, JUNE 17, 2008

18             JURY TRIAL - DAY 14

19              AFTERNOON SESSION

20

21

22                      MARK SCHWEITZER, CSR, RPR, CRR
                        OFFICIAL COURT REPORTER
23                      UNITED STATES DISTRICT COURT
                        181-H ROYBAL FEDERAL BUILDING
24                      255 EAST TEMPLE STREET
                        LOS ANGELES, CALIFORNIA 90012
25                      (213) 663-3494

CERTIFIED COPY

Exhibit C - Page 18

1    Q.    And using the studio at home?

2    A.    Yes.

3          THE COURT:  Counsel, before you move on, are you

4    moving these two Exhibits, 18544 and 18545, into evidence?

5          MR. NOLAN:  I am.

6          THE COURT:  Any objection?

7          MR. PRICE:  No, your Honor.

8          THE COURT:  Very well.  Both of them are received.

9          **(Exhibits 18544 and 18545 received.)**

10         THE COURT:  Counsel, perhaps this is a good time

11   for us to take a break.

12         (Recess taken.)

13         THE COURT:  You may proceed, Counsel.

14         MR. NOLAN:  Thank you.

15   Q.    Mr. Bryant, what I'd like to do is have you turn to

16   Trial Exhibit 00762.  Do you have that in front of you,

17   Mr. Bryant?

18   A.    Yes.  762?

19   Q.    Yes.

20   A.    Okay.  All right.

21   Q.    Do you recognize that?

22   A.    Yes.

23   Q.    And what is it?

24   A.    That's a pose sketch.

25   Q.    For what project?

Exhibit C - Page 19

1   **A.**   It's one of the Bratz.

2   **Q.**   And when did you do this?

3   **A.**   This is from '98.

4        MR. NOLAN:  Your Honor, we'd offer -- it's already

5   in evidence.  May we publish?

6        THE COURT:  You may.

7   **Q.**   BY MR. NOLAN:  Can you explain to the jury what this is?

8   **A.**   This is sort of like what I was just doing a few minutes

9   ago.  It's sort of a gestural drawing, trying to get the pose

10  kind of how I want it to be.

11  **Q.**   I never use one of these things, but I'm just doing it

12  for the first time here.

13       I see that the pencil lines around here do not seem

14  as precise as the one that you did on the light box.

15  **A.**   That's right.

16  **Q.**   And can you explain why that is?

17  **A.**   This would have been just kind of like what I was doing

18  over here on the easel, where I was trying to -- feeling my

19  way through the pose.  And the drawing that I did there on

20  the light box, I had, you know, had gone back over it in ink

21  pen to define the lines.

22  **Q.**   One thing I should have established before we took the

23  break is the master drawing that you created this afternoon

24  of a Bratz character, is that an identical copy of your

25  original Bratz concept drawing?

Exhibit C - Page 20

1   A.   No.

2   Q.   And why is that?

3   A.   Well, I'd have to have that master drawing to make it an

4   identical copy.

5   Q.   And if you wanted -- if I wanted to show to the jury how

6   you would make an identical copy of the original Bratz

7   drawing, could you explain the process that we would have

8   gone through today?

9   A.   Yes.

10  Q.   And could you walk us through?

11  A.   Sure.   I would have taken the master drawing, again,

12  placed it on the light box.   And then I would have taken a

13  piece of heavier illustration board, again, just traced the

14  master drawing, and then I think I had the faces on a

15  different piece of paper.   So then I would have edited in the

16  face using the same technique.

17  Q.   So if I asked you -- if I had asked you to recreate the

18  original concept of Bratz today, June 2008, it's your

19  testimony that you could replicate the original concept by

20  referring back to your 1998 drawings?

21  A.   Yes.

22  Q.   Let's go to Trial Exhibit 00710.   And you would have

23  been able to do that through the process you just explained

24  to us; correct?

25  A.   Yes.

Exhibit C - Page 21

1   Q.   So now could I ask you to look at Trial Exhibit 00710.

2   And do you recognize that?

3   A.   Hold on a second.  Yes.

4   Q.   And what is 710?

5   A.   These are kind of more of the same types of drawings

6   that we were just looking at, sort of gestural, trying to

7   figure out what the pose is going to be.

8   Q.   Did you do these in 1998?

9   A.   Yes.

10  Q.   So if you wanted to replicate these drawings, would you

11  use the same transfer process you just explained to us?

12  A.   Well, these types of drawings would be a little bit hard

13  to replicate just because they are not finished off with, you

14  know, an ink pen that would, you know, give me a definite

15  line.

16  Q.   Let's look at Trial Exhibit 15176.  This is also in

17  evidence.  And explain to us what is Exhibit 15176?

18  A.   That's the master pose drawing.

19  Q.   Do you have that in front of you?

20  A.   I can't seem to find it, but I can see it, yes.

21  Q.   And when did you do this master drawing pose?

22  A.   That would have been in 1998.

23  Q.   Can we put back up 0710 that we just had up.  This is

24  the one you just talked about a few minutes ago?

25  A.   Yes.

Exhibit C - Page 22

1   Q.   And you said that you wouldn't consider this to be a

2   master drawing, referring to 710.

3   A.   Right.

4   Q.   And the one on your right in your mind would be the

5   master drawing?

6   A.   Yes.

7   Q.   How would you describe the difference between these two

8   exhibits for the jury?

9   A.   Well, the drawing on the right has been inked in with a

10  definitive line so that I could follow it, you know,

11  precisely.

12  Q.   And did you do this master drawing pose 15176 in August

13  of 1998?

14          MR. PRICE:   Objection.   These are leading

15  questions.

16          THE COURT:   Sustained.

17  Q.   BY MR. NOLAN:   When did you do the master drawing 15176?

18  A.   That was in 1998.

19  Q.   Can you look at Exhibit 15177.   You recognize this

20  document that's in evidence?

21  A.   Yes.

22  Q.   What is this?

23  A.   That's another master pose drawing.

24  Q.   How do you know it's a master pose drawing?

25  A.   I can just tell because the line is very definitive, and

Exhibit C - Page 23

1    there don't appear to be a lot of small sketchy lines.

2    Q.   When did you do the master drawing depicted in

3    Exhibit 15177?

4    A.   That was also done in 1998.

5    Q.   Do you recall a month?

6    A.   I believe it was August.

7    Q.   Where were you living?

8    A.   Kimberling City, Missouri.

9    Q.   Were you living with your parents?

10   A.   Yes.

11   Q.   Can we look at Exhibit No. 761.  Do you recognize 761?

12   A.   Yes.

13   Q.   And what is 761?

14   A.   These appear to be -- these appear to be closer to

15   master drawings of some of the poses.

16   Q.   When you say some of the poses, what do you mean?

17   A.   Well, these were some of the poses that I had created

18   for a shot of the four girls together.

19   Q.   When you say the four girls together, is there a term

20   that you use to describe that picture of the four girls?

21   A.   Just like a group shot.

22   Q.   You did this when?

23   A.   1998.

24   Q.   I was referring to Trial Exhibit 761.  Now let's look at

25   621 for a moment.

Exhibit C - Page 24

1          Do you recognize 621?

2    **A.**    Yes.

3    **Q.**    And what is 621?

4    **A.**    This appears to be, again, a master drawing of a pose,

5    not so much the head, but of the body.

6    **Q.**    Now, how do you know that that's a master drawing of the

7    body?

8    **A.**    Um, well, again, the line's very definitive.  There

9    aren't a lot of sketchy marks on it.  It's very defined.

10   **Q.**    Now, when did you do the drawing, the master drawing?

11   **A.**    That was done in 1998.

12   **Q.**    There is a stamp on the left-hand corner.

13          Do you see that?

14   **A.**    Yes.

15   **Q.**    And does that appear to be a notary stamp do you?

16   **A.**    Yes.

17   **Q.**    It has a date August 26, 1999, on it?

18   **A.**    Yes.

19   **Q.**    Isn't that the date that you did the master drawing?

20   **A.**    No.

21   **Q.**    How do you know?

22   **A.**    Well, I just remember doing them in -- when I was living

23   at home in Kimberling City in 1998.

24   **Q.**    Let's turn to Trial Exhibit 01152-008.  What is depicted

25   on the screen here?

Exhibit C - Page 25

1   **A.**   This looks like sort of a gestural drawing of a pose for

2   a male figure.

3   **Q.**   Is this part of the Bratz family?

4   **A.**   I think that's what it was intended for, yes.

5   **Q.**   And whose intention was that?

6   **A.**   Mine.

7   **Q.**   When did you do this drawing?

8   **A.**   Same time, 1998.

9   **Q.**   Is this a master drawing?

10   **A.**   No.

11   **Q.**   Can you look at 758 for me, 00758.  And can you describe

12   for us -- first of all, who drew this?

13   **A.**   I drew that.

14   **Q.**   When did you draw Exhibit 758?

15   **A.**   Again, around the same time, 1998.

16   **Q.**   While you were living at home with your parents in

17   Missouri?

18   **A.**   Yes.

19   **Q.**   Now, describe this for me.  What does this depict?

20   **A.**   This depicts the four girls together in sort of a group

21   shot I was talking about.

22           MR. NOLAN:  And if I might, your Honor, just

23   approach with the exhibit.

24           THE COURT:  You may.  This is the original?

25           MR. NOLAN:  Yes, your Honor.

Exhibit C - Page 26

1  Q.   Mr. Bryant, I've placed in front of you the original of

2  Exhibit 00758.

3           Do you see that?

4  A.   Yes.

5  Q.   And do you mind just holding up to the jury the

6  original?  Now, describe that paper for us that's on the

7  original.

8  A.   This is a tracing paper.

9  Q.   And is that tracing paper -- did you use that tracing

10  paper for the master drawing?

11  A.   Which master drawing?

12  Q.   For the particular exhibit that's on the screen right

13  now.  Is that the original of it?

14  A.   Yes.

15  Q.   Okay.  And all the other exhibits that I've been showing

16  you of this body shows, do they have similar originals that

17  are actually on tracing paper?

18  A.   Yes.

19  Q.   And all of the tracing paper drawings, when were those

20  done?  In what year?

21  A.   Those were done in 1998.

22  Q.   I'd like to show you Exhibit 01752-001.

23           And you recognize this document?

24  A.   Yes.

25  Q.   And what is this drawing?

Exhibit C - Page 27

1 **A.** I'm sorry?

2 **Q.** What is this drawing?

3 **A.** I'm not sure.  I think that might have been a copy of

4 one of the master drawings.

5 **Q.** Is this a pose of a Bratz character?

6 **A.** Yes.

7 **Q.** And then the last one of the poses, can you look at

8 00035-003.  Do you have that in front of you, Mr. Bryant?

9 **A.** What was the number again?

10 **Q.** It's 00035-003.

11 **A.** I'm not finding it, but I recognize it.

12 **Q.** And you recognize it's on the screen?

13 **A.** Yes.

14 **Q.** And what is this drawing?

15 **A.** That is a -- again, that just looks like another master

16 pose drawing.

17 **Q.** When did you do this master drawing?

18 **A.** That was in 1998.

19 **Q.** Okay.  Again, back while you were living in Missouri?

20 **A.** Right.

21 **Q.** So I've shown you -- let's see, one, two, three, four --

22 about eight different poses.  Why different poses?

23 **A.** In general?

24 **Q.** Yes.  Well, for the Bratz characters that you created in

25 August.

Exhibit C - Page 28

1   A.   Um, I don't know.  I guess maybe just to make them more

2   interesting and, you know, show that they were each a little

3   bit different.

4   Q.   Can we put up the last one, 35-003.  And then what I

5   want to do is go to the group shot.  I apologize.  752-001.

6   And you can take that exhibit down.  I just called up the

7   wrong one.

8        Can you put up 1752-001.  I apologize.  I was

9   trying to get to the group shot.  758.

10        We've identified this before.  This is a group shot

11   of the four characters?

12   A.   Yes.

13   Q.   Do you know which characters these are depicting?

14   A.   Yes.

15   Q.   And do you have the original in front of you?

16   A.   Yes.

17   Q.   Could you hold up the original of this exhibit?

18   A.   Yes.

19   Q.   And you did the original in 1998?

20   A.   Yes.

21   Q.   Okay.  What are the characters that are depicted here?

22   A.   Well, their original names were Lupe, Zoe, Hallidae, and

23   Jade.

24   Q.   Now, through this master drawing of the four characters,

25   could you explain to us in your own words the concept or

Exhibit C - Page 29

| | |
|---|---|
| 1 | attitude that you were depicting in these drawings? |
| 2 | **A.**   You mean the feeling I was trying to get across with it? |
| 3 | **Q.**   Yes, that's a better way to ask it.  Sorry. |
| 4 | **A.**   You know, I guess I was just trying to show that they |
| 5 | were, you know, close knit and they were, you know, powerful |
| 6 | and, you know, they were independent.  Nobody was going to |
| 7 | tell them what to do. |
| 8 | **Q.**   Could you use this master drawing to replicate the four |
| 9 | characters? |
| 10 | **A.**   I'm not sure that I could use this one exactly just |
| 11 | because this looks more like an outline.  The details aren't |
| 12 | filled in. |
| 13 | **Q.**   Because some of these do not have heads.  Do you have |
| 14 | Trial Exhibit 62-015 in front of you? |
| 15 | Your Honor, may I approach with the original? |
| 16 | THE COURT:  You may. |
| 17 | **Q.**   BY MR. NOLAN:  I want to turn now to a different part of |
| 18 | the anatomy, the heads.  The drawing that you did for the |
| 19 | jury today had a head on the master drawing; correct? |
| 20 | **A.**   Yes. |
| 21 | **Q.**   Do you always draw a head on a master drawing? |
| 22 | **A.**   No. |
| 23 | **Q.**   And first of all, explain to me that concept.  Why not? |
| 24 | **A.**   This was just something that we learned to do in |
| 25 | college.  We learned that it would be a little bit easier to |

Exhibit C - Page 30

```
 1   get your figures, you know, on one page and your heads on

 2   another so that you could interchange them.  You could use,

 3   you know, the head from over here on a body from over here

 4   and vice versa.  So you weren't stuck with a particular head.

 5   Q.   I want to -- do you have the original 62.015?

 6   A.   Yes.

 7            MR. NOLAN:  Your Honor, this is in evidence.  Can

 8   we put it on the screen?

 9            THE COURT:  Yes.

10            MR. NOLAN:  Thank you.

11   Q.   Now, for the jury's sake, looking at the screen,

12   Mr. Bryant, what's depicted on this exhibit?

13   A.   These are the faces of the four Bratz characters.

14   Q.   And when did you do this drawing?

15   A.   This was done in 1998.

16   Q.   When in 1998?

17   A.   August.

18   Q.   At about the same time of the other drawings we've been

19   talking about?

20   A.   Yes.

21   Q.   Is this a master drawing?

22   A.   Yes, I would consider it a master drawing.

23   Q.   I see here in the left-hand corner this has a notary

24   stamp.  You see where this says August 26, 1999?

25   A.   Right.
```

Exhibit C - Page 31

1  **Q.**   Does that in any way refresh your recollection that you

2  did these master drawings of the heads for the characters in

3  August of 1998?

4  **A.**   No.  It does not.

5  **Q.**   Now, you have the names Jade, Lupe, I think I

6  mispronounced it in my opening statement as Lupee.   Lupe.

7  **A.**   Close enough.

8  **Q.**   Zoe, and then Hallidae.

9        Do you see that?

10  **A.**   Yes.

11  **Q.**   Why four heads?

12  **A.**   You mean on all on one sheet of paper?

13  **Q.**   Yes.

14  **A.**   Just so that it would be convenient to refer back to at

15  a later time.  I wouldn't have to go search for each

16  individual drawing of the head.

17  **Q.**   Well, I'm pointing now to the drawing of Jade's face;

18  correct?

19  **A.**   Yes.

20  **Q.**   Am I better to say Jade's face or sculpt or head?

21  **A.**   I guess I'd call them heads.

22  **Q.**   Is Jade's head different on this than Zoe's head?

23  **A.**   Do you mean her overall head design, or do you mean the

24  face itself?

25  **Q.**   The face itself.  The attitude or the expression.

Exhibit C - Page 32

1   A.   Yes, it's different.

2   Q.   And why did you want them to be different?

3   A.   Well, I wanted each one to be distinctive.

4   Q.   Is that true also for Lupe?

5   A.   Yes.

6   Q.   That is, her expression in your mind was different from

7   Jade and Zoe?

8   A.   Yes.

9   Q.   Is the same true of Hallidae?

10  A.   Yes.

11  Q.   And can you explain to me why you did these heads --

12  first of all, does this represent the master drawing of the

13  heads?

14  A.   Yes.

15  Q.   And you have the original that you are holding up?

16  A.   Yes.

17  Q.   Do you mind holding that original up to the jury?

18  A.   Okay.

19  Q.   And I notice that it's on tracing paper?

20  A.   Yes.

21  Q.   Is it possible for you to transfer those heads to one of

22  the poses that we just saw a few minutes ago?

23  A.   Yes.

24  Q.   Can you explain to the jury the process you would use to

25  transfer the head from that exhibit to, say, the pose

Exhibit C - Page 33

1    exhibit?

2    **A.**    Well, I would just take the drawing of the pose, and

3    again, I'd probably place it on my light box, and then I

4    would pick whichever head I wanted to use, and I would lay it

5    on top, and I would be able to clearly see the body.  And

6    then I would take a piece of heavier illustration paper and

7    reproduce the entire thing.

8    **Q.**    And again, you did the master drawing original when?

9    **A.**    August '98.

10   **Q.**    Now, do you have Exhibit 62-001 close by?  And I may

11   have put it in the folder next to you.

12   **A.**    Yes.

13   **Q.**    Do you see that?

14   **A.**    Yes.

15   **Q.**    All right.  And this is also in evidence.  Can you

16   explain for us what 62-001 is and what relationship, if any,

17   it has to the original master drawing that we've identified

18   as 62-015?

19   **A.**    It just looks like a -- it looks like a copy, but it

20   looks like the size might have been reduced a little bit.

21   **Q.**    Now, how do you reduce the size from the original master

22   drawing?

23   **A.**    I would just take this master drawing and put it on a

24   copy machine and reduce it by, you know, 5 or 10 percent.

25   **Q.**    And when did you reduce the size that's depicted now in

Exhibit C - Page 34

```
 1   62-001?

 2   A.    That was in -- it was in '98.

 3   Q.    Okay.  Do you have in front of you Trial Exhibit 11788?

 4   I'm sorry.  11788.  It may not be one of the folders.  It may

 5   be in the notebook, Mr. Bryant.

 6   A.    Okay.  What was the number again?

 7   Q.    Yes, it's 11788.  Maybe I can approach with the

 8   original.

 9   A.    I'm not finding it.

10   Q.    Now, we've talked about poses, and we've talked about

11   heads and faces.  Did you also draw samples of hairstyles?

12   A.    Yes.

13   Q.    And were those sample hairstyles intended for Bratz?

14   A.    Yes.

15   Q.    Do you have in front of you Exhibit No. 11788?

16   A.    Which one was that?

17   Q.    11788.

18   A.    Okay, yes.

19   Q.    Do you have that?

20   A.    Yes.

21         MR. NOLAN:  This is in evidence, your Honor.

22   Q.    Now, what in the world is 11788?

23   A.    This looks like a drawing for one of the boy characters

24   and a bunch of different hairstyle ideas for that boy

25   character.
```

Exhibit C - Page 35

1

2

3

4

5

6

7          **C E R T I F I C A T E**

8

9

10         I hereby certify that pursuant to Title 28,

11    Section 753 United States Code, the foregoing is a true and

12    correct transcript of the stenographically reported

13    proceedings in the above matter.

14         Certified on June 17, 2008.

15

16

17    **MARK SCHWEITZER, CSR, RPR, CRR**
      Official Court Reporter
18    License No. 10514

19

20

21

22

23

24

25

Exhibit C - Page 36

Exhibit D

1              UNITED STATES DISTRICT COURT

2           CENTRAL DISTRICT OF CALIFORNIA

3                EASTERN DIVISION

4                  - - -

5    HONORABLE STEPHEN G. LARSON, JUDGE PRESIDING

6                 - - -

**CERTIFIED COPY**

7  MATTEL, INC.,              )

                            )

8            PLAINTIFF,  )

                            )

9       VS.          )  NO. CV 04-09049

                            )

10  MGA ENTERTAINMENT, INC., ET. AL.,  )

                            )

11          DEFENDANTS.  )  TRIAL DAY 15

   _____)  MORNING SESSION

12  AND CONSOLIDATED ACTIONS,  )  PAGES 2936-3032

   _____)

13

14

15     REPORTER'S TRANSCRIPT OF JURY TRIAL PROCEEDINGS

16            RIVERSIDE, CALIFORNIA

17        WEDNESDAY, JUNE 18, 2008

18              9:07 A.M.

19

20

21

22

23        THERESA A. LANZA, RPR, CSR

        FEDERAL OFFICIAL COURT REPORTER

24        3470 12TH STREET, RM. 134

        RIVERSIDE, CALIFORNIA 92501

25         951-274-0844

        WWW.THERESALANZA.COM

2945

1          **THE COURT:**  SUSTAINED.

2    **BY MR. NOLAN:**

3    Q    DID YOU DRIVE BY THE KICKAPOO HIGH SCHOOL IN LATE AUGUST

4    OF 1998?

5    A    YES.                                                        09:15

6    Q    JUST SO THAT WE'RE CLEAR ABOUT THE GRAPHIC THAT MATTEL WAS

7    USING, AND JUST TO REORIENT EVERYBODY, YOU WERE WORKING AT

8    OLD NAVY, WHICH IS LOCATED IN THE BATTLEFIELD MALL; CORRECT?

9    A    YES.

10   Q    AND THAT'S IN SPRINGFIELD, MISSOURI.                       09:15

11   A    RIGHT.

12   Q    THAT'S APPROXIMATELY AN HOUR, GIVE OR TAKE A FEW MINUTES,

13   DEPENDING ON TRAFFIC, FROM YOUR PARENTS' HOME.

14   A    YES.

15   Q    I DON'T THINK I'VE ASKED YOU THIS, BUT WHAT WAS YOUR       09:16

16   POSITION AT OLD NAVY?  WERE YOU DESIGNING FOR THEM?

17   A    OH, NO.  I WAS JUST A SALESPERSON.

18   Q    AND YOU WORKED DURING THE DAY FOR OLD NAVY.

19   A    I THINK I HAD VARIOUS SHIFTS DURING THE DAY, SOME WERE AT

20   NIGHT.                                                          09:16

21   Q    BUT YOUR SKETCHES THAT YOU DID FOR BRATZ WERE DONE IN THE

22   EVENING, AFTER YOU CAME BACK FROM OLD NAVY; IS THAT CORRECT?

23   A    I THINK SO, YES.

24   Q    SO THIS GRAPHIC -- AND THE RED LINE INDICATES A ROUTE

25   COMING OUT OF THE BATTLEFIELD PARKING LOT AND COMING DOWN THIS  09:16

WEDNESDAY, JUNE 18, 2008              TRIAL DAY 15, MORNING SESSION

1       **THE COURT:**  IT WAS JUST FILED ON JUNE 17TH.  I JUST

2   WANTED TO GIVE YOU NOTICE OF IT.  WE'LL TAKE THIS UP AT 1:15.

3       **MR. NOLAN:**  THANK YOU.

4       **THE COURT:**  COURT IS IN RECESS.

5       (WHEREUPON, MORNING SESSION IS CONCLUDED. )        12:01

6

7

8

9

10

11

12

13

14                         CERTIFICATE

15

16  I HEREBY CERTIFY THAT PURSUANT TO SECTION 753, TITLE 28, UNITED
    STATES CODE, THE FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF
17  THE STENOGRAPHICALLY RECORDED PROCEEDINGS HELD IN THE ABOVE-
    ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE FORMAT IS IN
18  CONFORMANCE WITH THE REGULATIONS OF THE JUDICIAL CONFERENCE OF
    THE UNITED STATES.

19

20  _____        6-20-08
    THERESA A. LANZA, CSR, RPR                DATE
21  FEDERAL OFFICIAL COURT REPORTER

22

23

24

25

WEDNESDAY, JUNE 18, 2008              TRIAL DAY 15, MORNING SESSION

Exhibit D - Page 39

Exhibit E

1              UNITED STATES DISTRICT COURT

2             CENTRAL DISTRICT OF CALIFORNIA

3                          - - -

4    **HONORABLE STEPHEN G. LARSON, JUDGE PRESIDING**

5                          - - -

6    MATTEL, INC.,                 :   PAGES 3191 - 3319
                                    :
7              PLAINTIFF,           :
                                    :
8       VS.                        :   NO. ED CV04-09049-SGL
                                    :   [CONSOLIDATED WITH
9    MGA ENTERTAINMENT, INC.,       :   CV04-9059 & CV05-2727]
     ET AL.,                        :
10                                  :
               DEFENDANTS.          :
11   _____:

12

13

14

15          REPORTER'S TRANSCRIPT OF PROCEEDINGS

16               RIVERSIDE, CALIFORNIA

17             FRIDAY, JUNE 20, 2008

18             JURY TRIAL - DAY 16

19                MORNING SESSION

20

21

22                              MARK SCHWEITZER, CSR, RPR, CRR
                                OFFICIAL COURT REPORTER
23   CERTIFIED                  UNITED STATES DISTRICT COURT
                                181-H ROYBAL FEDERAL BUILDING
24   COPY                       255 EAST TEMPLE STREET
                                LOS ANGELES, CALIFORNIA 90012
25                              (213) 663-3494

1    A.    No, I don't.

2    Q.    Do you have any recollection as to whether or not it had

3    any relationship to the amount of royalty arrangement you

4    earned with MGA?

5    A.    It's possible, but I don't know.

6    Q.    Mr. Bryant, did you have the personal financial

7    wherewithal to pay all of the litigation defense costs you

8    incurred in four years of litigation in this case?

9            MR. PRICE:   Object.   Relevance.

10           THE COURT:   Overruled.   It's been opened up.

11           THE WITNESS:   No, I do not.

12   Q.    BY MR. NOLAN:   Five days of testimony.   When did you

13   create the concept for Bratz?

14           MR. PRICE:   Objection.   Asked and answered.   And

15   asked and answered.

16           THE COURT:   Sum it up, Counsel.   Overruled.

17           MR. NOLAN:   I am.

18           THE WITNESS:   1998.

19   Q.    BY MR. NOLAN:   Were you working for Mattel when you

20   created the concept of Bratz?

21   A.    No.

22   Q.    Were you working for Mattel when you did the master

23   drawings for the Bratz concept?

24   A.    No.

25           MR. NOLAN:   Thank you very much.

1        THE COURT:  Anything further, Mr. Price?

2        MR. PRICE:  Just a couple.

3        THE COURT:  I'd like to wrap this testimony up

4   before the break.  So I'll give you five minutes.

5                **FURTHER REDIRECT EXAMINATION**

6   BY MR. PRICE:

7   Q.   What's an empire waist?

8   A.   Well, it's a cut of a -- let's see, how would I best

9   describe it.  It's a cut where the waistline starts right

10  under the chest.

11  Q.   And you were talking about an Angel project with Ashton

12  Drake.

13       Do you recall that?

14  A.   Yes.

15  Q.   And look at Exhibit 1155-C-13.  Are those notes in that

16  black notebook that say large angel?  Do you see that with

17  Ken hair, empire waist look?  Do you see that?

18  A.   Yes.

19  Q.   And in your deposition, you testified that that referred

20  to a large size Barbie Angel project that you did in 1999;

21  right?

22  A.   I believe so, yes.

23  Q.   And now your counsel showed you Exhibit 15364, which was

24  a project for Ashton Drake in '98; right?

25  A.   Yes.

1

2

3

4

5

6

7                          C E R T I F I C A T E

8

9

10          I hereby certify that pursuant to Title 28,

11   Section 753 United States Code, the foregoing is a true and

12   correct transcript of the stenographically reported

13   proceedings in the above matter.

14          Certified on June 20, 2008.

15

16   _____

17   **MARK SCHWEITZER, CSR, RPR, CRR**
     Official Court Reporter
18   License No. 10514

19

20

21

22

23

24

25