## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 04-9049 DOC (RNBx) | Date | December 7, 2009 |

Title   CARTER BRYANT -V- MATTEL INC.

Present: The Honorable   David O. Carter, U.S. District Judge

| S. Mikhail for Kristee Hopkins | Pat Cuneo | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Michael Zeller | Annette Hurst |

Proceedings:   RENEWED MOTION BY MATTEL OBJECTING TO PORTIONS OF DISCOVERY MASTER ORDER NO 60 REGARDING RFPS 75, 85, 95, 105, AND 115 OF MATTEL'S FIRST SET OF REQUESTS RE; UNFAIR COMPETITION

    The cause is called.  Counsel state their appearances.  The Court and counsel confer regarding tentative ruling.  The matter is taken under submission.

                                                                                                      : 05

Initials of Preparer   sdm