Name & Address:
Warrington S. Parker III (State Bar No. 148003)
Orrick, Herrington & Sutcliffe LLP
405 Howard Street
San Francisco, California 94105
(415) 773-5700
(415) 773-5759 (Facsimile)

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| CARTER BRYANT | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CV 04-9049-DOC (RNBx) |
| v. | |
| MATTEL, INC., a Delaware Corporation | NOTICE OF MANUAL FILING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**

DECLARATION OF WARRINGTON S. PARKER, III, IN SUPPORT OF MGA PARTIES' OPPOSITION TO MATTEL, INC.'S MOTION FOR AN ORDER COMPELLING PRODUCTION OF COMMUNICATIONS MADE IN FURTHERANCE OF CRIMES AND FRAUDS AND AS TO WHICH MGA HAS WAIVED ATTORNEY-CLIENT PRIVILEGE

**Document Description:**

- ☐ Administrative Record
- ☐ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]
- ☒ Other See documents listed above.

**Reason:**

- ☒ Under Seal
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☒ Per Court order dated December 3, 2009
- ☐ Manual Filing required (*reason*):

December 7, 2009
Date

/s/ Warrington S. Parker, III
Attorney Name
MGA Parties
Party Represented

Note: File one Notice in each case, each time you manually file document(s).

G-92 (03/09)        NOTICE OF MANUAL FILING        American LegalNet, Inc.
                                                    www.FormsWorkflow.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

Case No.   SACV 04-09049 DOC (RNBx)                              Date: December 3, 2009

Title:   CARTER BRYANT v. MATTEL, INC.


PRESENT:           THE HONORABLE DAVID O. CARTER, JUDGE

      Lori Anderson                              Not Present
     Courtroom Clerk                         Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS: ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                                                NONE PRESENT

---

PROCEEDING (IN CHAMBERS): AMENDED ORDER RE PRODUCTION OF DOCUMENTS FOR *IN CAMERA* REVIEW

      MGA Entertainment, Inc. and Isaac Larian (the "MGA Parties") shall produce to the Court for its *in camera* review, in unredacted form, by December 3, 2009 96 emails that MGA had marked as privileged and that MGA had been ordered to produce for the Court's *in camera* review on December 10, 2009. The Court considers the accelerated deadline prudent in light of the anticipated deposition of Isaac Larian on December 10, 2009 and Mattel, Inc. ("Mattel")'s interest in the review of the 94 emails prior to Mr. Larian's deposition. The Court shall review the emails for privilege issues identified by the parties in their briefs to be filed under seal. This Order encompasses the following emails:

    (1)    **MGA's August 14, 2007 Revised Privilege Log**: Entry Nos. 7, 8, 9, 10, 11, 661, and 662

    (2)    **MGA's August 14, 2007 Supplemental Privilege Log**: Entry Nos. 655, 656, 657, 660, and 734

    (3)    **MGA's August 14, 2007 Revised Supplemental Privilege Log**: Entry Nos. 655, 656, 657 and 734

---

Case 2:04-cv-09049-DOC-RNB   Document 7327   Filed 12/07/09   Page 3 of 3   Page ID
 #:254945
Case 2:04-cv-09049-DOC-RNB   Document 7319   Filed 12/03/2009   Page 2 of 2

(4) **MGA's November 16, 2007 Privilege Log**: Entry Nos. 2337 and 2338

(5) **MGA's November 16, 2007 Supplemental Revised Privilege Log**: Entry Nos. 8C, 9A, 9B, 10A, 10B, and 11

(6) **MGA's January 23, 2008 Privilege Log**: Entry Nos. 54, 55, 69, 109, 374, 375, 402, 471, 548, 549, 637, 1325, 1326, 1434, 1546, 1573, 1641, 1818, 1819 and 1820

(7) **MGA's January 23, 2008 Revised Privilege Log**: Entry Nos. 54, 55, 69, 106, 109, 374, 375, 403, 472, 549, 550, 639, 853, 855, 1327, 1328, 1575, 1643, 1820, 1821, and 1822

(8) **MGA's January 28, 2008 Privilege Log**: Entry Nos. 134, 135, and 137

(9) **MGA's January 28, 2008 Revised Privilege Log**: Entry Nos. 151, 152 and 154

(10) **From Larian's January 15, 2008 Privilege Log:** Entry Nos. 69, 70, 72, 73, 79, 89, 90, 91, 92, 95, 97, 100, 101, 113, 71, 74, 93, 94, 110, 114, 115, 116, 117, and 123.

(11) **From Larian's January 30, 2008 Privilege Log**: Entry No. 63

The Clerk shall serve this minute order on all parties to the action.