**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

Case No.   CV 04-9049 DOC (RNBx)                                        Date: December 7, 2009

Title:     CARTER BRYANT v. MATTEL, INC.

PRESENT:            THE HONORABLE DAVID O. CARTER, JUDGE

    Lori Anderson                                            Not Present    
Courtroom Clerk                                                        Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                                         NONE PRESENT

PROCEEDING (IN CHAMBERS): ORDER RE SCHEDULING

       The parties are hereby ORDERED to produce, either by joint stipulation or by separate filings, the following documents for the Court's review:

(1)   Draft Jury Questionnaires by December 16, 2009;

(2)   A preliminary deposition schedule listing the dates and times of all remaining depositions, by December 11, 2009;

(3)   A final deposition schedule listing the dates and times of all remaining depositions by December 16, 2009.

       The Court further ORDERS the principals at MGA Entertainment, Inc. (Mr. Isaac Larian) and Mattel, Inc. (Mr. Robert Ekert) to be present at all Saturday hearings and after-hours hearings beginning January 9, 2010.

       The Clerk shall serve this minute order on all parties to the action.