**QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP**
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California Corporation, et al.<br><br>Defendant. | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>**PROOF OF SERVICE**<br><br>**Phase 2**<br>Discovery Cut-off:   June 1, 2010<br>Pre-trial Conference:   TBD<br>Trial Date:   TBD |

FILED 2009 DEC -8 PM 4:03

ORIGINAL

0505.07975/3233391.1

-1-

Case No. CV 04-9049 DOC (RNBx)
PROOF OF SERVICE

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On December 8, 2009, I served true copies of the following document(s) described as on the parties in this action as follows:

1) **MATTEL, INC.'S REPLY IN SUPPORT OF MOTION FOR ORDER COMPELLING PRODUCTION OF COMMUNICATIONS MADE IN FURTHERANCE OF CRIMES AND FRAUDS AND AS TO WHICH MGA HAS WAIVED ATTORNEY-CLIENT PRIVILEGE**

2) **DECLARATION OF ZACHARY D. KRUG IN SUPPORT OF MATTEL, INC.'S MOTION FOR ORDER COMPELLING PRODUCTION OF COMMUNICATIONS MADE IN FURTHERANCE OF CRIMES AND FRAUDS AND AS TO WHICH MGA HAS WAIVED ATTORNEY-CLIENT PRIVILEGE**

on the parties in this action as follows:

| | |
|---|---|
| **Orrick, Herrington & Sutcliffe LLP**<br>Annette L. Hurst<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94104<br>ahurst@orrick.com<br>wparker@orrick.com | *Attorneys for the MGA Parties* |
| **Bingham McCutchen LLP**<br>Todd Gordinier, Esq.<br>Peter Villar, Esq.<br>600 Anton Boulevard, 18th Floor<br>Costa Mesa, CA 92626<br>todd.gordinier@bingham.com<br>peter.villar@bingham.com | *Attorneys for Omni 808 Investors, LLC* |
| **Orrick, Herrington & Sutcliffe LLP**<br>William A. Molinski<br>777 S. Figueroa Street, STE 3200<br>Los Angeles, CA 90017<br>wmolinski@orrick.com | *Attorneys for the MGA Parties* |

| | |
|---|---|
| **Skadden, Arps, Slate, Meagher & Flom LLP**<br>Thomas J. Nolan, Esq.<br>Jason Russell, Esq.<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90071<br>tnolan@skadden.com<br>jrussell@skadden.com | *Attorneys for the MGA Parties* |
| **Scheper, Kim & Overland, LLP**<br>Mark E. Overland, Esq.<br>Alexander H. Cote, Esq.<br>601 W. 5th Street, 12th Floor<br>Los Angeles, CA 90017<br>moverland@obsklaw.com<br>acote@obsklaw.com | *Attorneys for Carlos Gustavo Machado Gomez* |

[X]   **BY ELECTRONIC MAIL TRANSMISSION:** By electronic mail transmission from zacharykrug@quinnemanuel.com on , by transmitting a PDF format copy of such document(s) to each such person at the e mail address listed below their address(es). The document(s) was/were transmitted by electronic transmission and such transmission was reported as complete and without error.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 8, 2009, at Los Angeles, California.

*/s/ Tiffany Garcia*
Tiffany Garcia