1  MELINDA HAAG (State Bar No. 132612)
   mhaag@orrick.com
2  ANNETTE L. HURST (State Bar No. 148738)
   ahurst@orrick.com
3  WARRINGTON S. PARKER III (State Bar No. 148003)
   wparker@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
5  405 Howard Street
   San Francisco, CA 94105
6  Telephone:  415-773-5700
   Facsimile:   415-773-5759
7
   WILLIAM A. MOLINSKI (State Bar No. 145186)
8  wmolinski@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
9  777 South Figueroa Street, Suite 3200
   Los Angeles, CA  90017
10 Telephone:  213-629-2020
   Facsimile:   213-612-2499
11 THOMAS S. MCCONVILLE (State Bar No. 155905)
   tmcconville@orrick.com
12 ORRICK, HERRINGTON & SUTCLIFFE LLP
   4 Park Plaza, Suite 1600
13 Irvine, CA 92614-2258
   Telephone:  949-567-6700
14 Facsimile:   949-567-6710

15 Attorneys for MGA Parties

16              UNITED STATES DISTRICT COURT

17              CENTRAL DISTRICT OF CALIFORNIA

18                    SOUTHERN DIVISION

19

20 | CARTER BRYANT, an individual | Case No. CV 04-9049 DOC (RNBx) |

21 | Plaintiff, | Consolidated with:
   Case No. CV 04-9059
   Case No. CV 05-2727 |

22 | v. |

23 | MATTEL, INC., a Delaware corporation, | **PROOF OF SERVICE VIA U.S. MAIL, EMAIL AND HAND DELIVERY** |

24 | Defendant. |

25 | | Judge: Hon. David O. Carter |

26 | AND CONSOLIDATED ACTIONS |

27

28

## PROOF OF SERVICE VIA U.S. MAIL

I am more than eighteen years old and not a party to this action.  My business address is Orrick, Herrington & Sutcliffe LLP, 4 Park Plaza, Suite 1600, Irvine, CA 92614.  On December 7, 2009, I served the following document(s):

1.     MGA Parties' Response To The Sixth Interim Report Of Monitor;

2.     Application to File Under Seal; and

3.     [Proposed] Order re Application to File Under Seal

on the interested parties in this action by placing true and correct copies thereof in sealed envelope(s) addressed as follows:

Jason Russell, Esq.
**Skadden Arps Slate Meagher & Flom LLP**
300 South Grand Avenue
Suite 3400
Los Angeles, CA 90071

Mark Overland, Esq.
Alexander Cote, Esq.
**Scheper Kim & Overland LLP**
One Bunker Hill
601 West Fifth Street, 12th Floor
Los Angeles, California 90071

Peter N. Villar, Esq.
Todd E. Gordinier, Esq.
**Bingham McCutchen LLP**
600 Anton Blvd., 18th Floor
Costa Mesa, CA 92626

I am employed in the county from which the mailing occurred.  On the date indicated above, I placed the sealed envelope(s) for collection and mailing at this firm's office business address indicated above.  I am readily familiar with this firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service.  Under that practice, the firm's correspondence would be deposited with the United States Postal Service on this same date with postage thereon fully prepaid in the ordinary course of business.

PROOF OF SERVICE VIA U.S. MAIL
CV 04-9049 DOC (RNBX)

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 7, 2009, at Irvine, California.

/s/ Valerie Cloyd
Valerie Cloyd

PROOF OF SERVICE VIA U.S. MAIL
CV 04-9049 DOC (RNBX)

## PROOF OF SERVICE VIA EMAIL

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, 4 Park Plaza, Suite 1600, Irvine, CA 92614.

On December 7, 2009, I served the following document(s):

1.    MGA Parties' Response To The Sixth Interim Report Of Monitor;

2.    Application to File Under Seal; and

3.    [Proposed] Order re Application to File Under Seal

by attaching it to an email addressed to the following:

**Robert C. O'Brien**
obrien.robert@arentfox.com

**Drew Hansen**
Hansen.drew@arentfox.com

**Michael Zeller**
michaelzeller@quinnemanuel.com

**Dylan Proctor**
dylanproctor@quinnemanuel.com

**Peter Villar**
peter.villar@bingham.com

**Jason Russell**
jason.russell@skadden.com

**Mark Overland**
moverland@scheperkim.com

**Alexander Cote**
acote@scheperkim.com

**Todd Gordinier, Esq.**
todd.gordinier@bingham.com

**Jon Corey, Esq.**
joncorey@quinnemanuel.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 7, 2009, at Irvine, California.

/s/ Valerie Cloyd
Valerie Cloyd

PROOF OF SERVICE VIA EMAIL
CV 04-9049 DOC (RNBX)

1

## PROOF OF SERVICE BY HAND DELIVERY

2      I, _Manuel Romero_, declare I am a resident of the State of California

3  and over the age of eighteen years, and not a party to the within action; my business

4  address is _1511 W. Beverly Blvd, Los Angeles CA 90026_.

5      On December 7, 2009, I served the following document(s):

6      1.    MGA Parties' Response To The Sixth Interim Report Of Monitor;

7      2.    Application to File Under Seal; and

8      3.    [Proposed] Order re Application to File Under Seal

9  by hand-delivering true and correct copies of those documents to:

10                        **Michael Zeller, Esq.**
                          **Dylan Proctor, Esq.**
11                        **Jon Corey, Esq.**
12                Quinn Emanuel Urquhart Oliver & Hedges, LLP
13                  865 South Figueroa Street, 10th Floor
14                        Los Angeles, CA 90017

15      I declare under penalty of perjury that the foregoing is true and correct.

16  Executed on December 7, 2009, at _Los Angeles_, California.

17

18                                    _Manuel Romero_

19

20

21

22

23

24

25

26

27

28