1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et. al.,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>[~~PROPOSED~~] ORDER ON STIPULATION REGARDING BRIEFING SCHEDULE FOR PRIVILEGE MOTION |

00505.07975/3227751.1

[PROPOSED] ORDER

[~~PROPOSED~~] ORDER

Based on the concurrently filed Stipulation on Briefing Schedule For Privilege Motion,

IT IS HEREBY ORDERED:

1. Mattel shall serve (by email) its motion and supporting papers to compel the production of communications made in furtherance of crimes and frauds and as to which the MGA Parties have waived privilege by 3 p.m. on December 4, 2009.

2. The MGA Parties shall serve (by email) their opposition thereto and any supporting papers by 3 p.m. on December 7, 2009.

3. Mattel shall serve its reply (by email) by 3 p.m. on December 8, 2009.

DATED:  December 7, 2009

_____
Hon. David O. Carter
United States District Judge