1  MELINDA HAAG (State Bar No. 132612)
   mhaag@orrick.com
2  ANNETTE L. HURST (State Bar No. 148738)
   ahurst@orrick.com
3  WARRINGTON S. PARKER III (State Bar No. 148003)
   wparker@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
5  405 Howard Street
   San Francisco, CA 94105
6  Tel.: (415) 773-5700/Fax: (415) 773-5759

7  WILLIAM A. MOLINSKI (State Bar No. 145186)
   wmolinski@orrick.com
8  ORRICK, HERRINGTON & SUTCLIFFE LLP
   777 South Figueroa Street, Suite 3200
9  Los Angeles, CA 90017
   Tel.: (213) 629-2020/Fax: (213) 612-2499

10
   THOMAS S. MCCONVILLE (State Bar No. 155905)
11 tmcconville@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
12 4 Park Plaza, Suite 1600
   Irvine, CA 92614-2258
13 Tel: (949)567-6700/Fax: (949) 567-6710

14 Attorneys for MGA Parties

15              UNITED STATES DISTRICT COURT

16             CENTRAL DISTRICT OF CALIFORNIA

17                    SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant. | Case No. CV 04-9049 DOC (RNBx)<br><br>Consolidated with: Case No. CV 04-9059 and Case No. CV 05-2727<br><br>**[DISCOVERY MATTER]**<br>**To Be Heard By Discovery Master Robert C. O'Brien**<br><br>**PROOF OF SERVICE VIA EMAIL** |
| AND CONSOLIDATED ACTIONS | |

# PROOF OF SERVICE VIA EMAIL

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, 1000 Marsh Road, Menlo Park, CA 94025.

On November 30, 2009, I served the following document(s):

1. MGA PARTIES' REPLY IN SUPPORT OF CROSS-MOTION FOR A PROTECTIVE ORDER;

2. MGA PARTIES' RESPONSE TO MATTEL, INC.'S OBJECTIONS TO THE DECLARATIONS OF ISAAC LARIAN AND AMY PARK.

by attaching them to an email addressed to the following:

| | |
|---|---|
| **Robert C. O'Brien**<br>obrien.robert@arentfox.com | **Drew Hansen**<br>Hansen.drew@arentfox.com |
| **Michael Zeller**<br>michaelzeller@quinnemanuel.com | **Dylan Proctor**<br>dylanproctor@quinnemanuel.com |
| **Peter Villar**<br>peter.villar@bingham | **Jason Russell**<br>jason.russell@skadden.com |
| **Mark Overland**<br>moverland@scheperkim.com | **Alexander Cote**<br>acote@scheperkim.com |
| **Todd Gordinier, Esq.**<br>todd.gordinier@bingham.com | **Jon Corey, Esq.**<br>joncorey@quinnemanuel.com |

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 30, 2009, at Menlo Park, California.

*Diane Escamilla*
Diane Escamilla