| | |
|---|---|
| 1 | MELINDA HAAG (State Bar No. 132612) |
|   | mhaag@orrick.com |
| 2 | ANNETTE L. HURST (State Bar No. 148738) |
|   | ahurst@orrick.com |
| 3 | WARRINGTON S. PARKER III (State Bar No. 148003) |
|   | wparker@orrick.com |
| 4 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|   | The Orrick Building, 405 Howard Street |
| 5 | San Francisco, CA 94105-2669 |
|   | Tel.: (415) 773-5700/Fax: (415) 773-5759 |
| 6 | |
|   | WILLIAM A. MOLINSKI (State Bar No. 145186) |
| 7 | wmolinski@orrick.com |
|   | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 8 | 777 South Figueroa Street, Suite 3200 |
|   | Los Angeles, CA 90017 |
| 9 | Tel.: (213) 629-2020/Fax: (213) 612-2499 |
| 10 | THOMAS S. MCCONVILLE (State Bar No. 155905) |
|   | tmcconville@orrick.com |
| 11 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|   | 4 Park Plaza, Suite 1600 |
| 12 | Irvine, CA 92614-2258 |
|   | Tel: (949)567-6700/Fax: (949) 567-6710 |
| 13 | |
|   | Attorneys for MGA Parties |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | Case No. CV 04-9049 DOC (RNBx). |
|   | Consolidated with: Case No. CV 04-9059 |
| Plaintiff, | and Case No. CV 05-2727 |
| v. | **DISCOVERY MATTER** |
|   | [To Be Heard by Discovery Master |
| MATTEL, INC., a Delaware corporation, | Robert O'Brien] |
| Defendant. | **PROOF OF SERVICE VIA MAIL** |
| AND CONSOLIDATED ACTIONS | |

PROOF OF SERVICE

**PROOF OF SERVICE BY MAIL**

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, 1000 Marsh Road, Menlo Park, CA 94025. On November 30, 2009, I served the following document(s):

1. MGA PARTIES' REPLY IN SUPPORT OF CROSS-MOTION FOR A PROTECTIVE ORDER;
2. MGA PARTIES' RESPONSE TO MATTEL, INC.'S OBJECTIONS TO THE DECLARATIONS OF ISAAC LARIAN AND AMY PARK.

on the interested parties in this action by placing true and correct copies thereof in sealed envelope(s) addressed as follows:

**Jason Russell, Esq.**
Skadden Arps Slate Meagher & Flom LLP
300 South Grand Avenue
Suite 3400
Los Angeles, CA 90071

**Mark Overland, Esq.**
**Alexander Cote, Esq.**
Scheper Kim & Overland LLP
One Bunker Hill
601 West Fifth Street, 12th Floor
Los Angeles, California 90071

I am employed in the county from which the mailing occurred. On the date indicated above, I placed the sealed envelope(s) for collection and mailing at this firm's office business address indicated above. I am readily familiar with this firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the firm's correspondence would be deposited with the United States Postal Service on this same date with postage thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 30, 2009, at San Mateo, California.

*Diane Escamilla*
Diane Escamilla