**FILED**

**NOT FOR PUBLICATION**

DEC 09 2009

**UNITED STATES COURT OF APPEALS**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**FOR THE NINTH CIRCUIT**

---

**MATTEL, INC.**, a Delaware corporation,

               Defendant-counter-claimant - Appellee,

    v.

**MGA ENTERTAINMENT, INC.; MGA ENTERTAINMENT (HK) LIMITED**, a Hong Kong Special Administrative Region business entity; **ISAAC LARIAN**, an individual,

               Counter-defendants - Appellants,

**CARTER BRYANT**, an individual,

               Plaintiff-counter-defendant,

**CARLOS GUSTAVO MACHADO GOMEZ**, an individual; **MGAE DE MEXICO, S.R.L. DE C.V.**, a Mexico business entity,

               Counter-defendants,

**ANNE WANG**,

               Third-party-defendant,

No. 09-55673

D.C. No. 2:04-cv-09049-SGL-RNB

**ORDER**



RECEIVED
CLERK, U.S DISTRICT COURT

DEC - 9 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

**OMNI 808 INVESTORS LLC,**

          Movant.

---

**CARTER BRYANT, an individual,**

                    Plaintiff-counter-defendant - Appellee, and

**MGA ENTERTAINMENT, INC.; MGA ENTERTAINMENT (HK) LIMITED, a Hong Kong Special Administrative Region business entity; ISAAC LARIAN, an individual,**

                    Counter-defendants - Appellees,

     v.

**MATTEL, INC., a Delaware corporation,**

                    Defendant-counter-claimant - Appellant,

**CARLOS GUSTAVO MACHADO GOMEZ, an individual; MGAE DE MEXICO, S.R.L. DE C.V., a Mexico business entity,**

                    Counter-defendants.

No. 09-55812

D.C. No. 2:04-cv-09049-SGL-RNB

Before:      **KOZINSKI**, Chief Judge, **TROTT** and **WARDLAW**, Circuit Judges.

The equitable relief granted by the district court is stayed pending further order of this court.

The parties are ordered to attempt to settle the dispute through expedited participation in this court's mediation program.  The parties shall call Claudia Bernard, Chief Circuit Mediator, at (415) 355-7908, to set up a conference, in person or by telephone, to explore settlement.