1  MELINDA HAAG (State Bar No. 132612)
   mhaag@orrick.com
2  ANNETTE L. HURST (State Bar No. 148738)
   ahurst@orrick.com
3  WARRINGTON S. PARKER III (State Bar No. 148003)
   wparker@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
5  405 Howard Street
   San Francisco, CA 94105-2669
6  Tel: (415) 773-5700/Fax: (415) 773-5759

7  WILLIAM A. MOLINSKI (State Bar No. 145186)
   wmolinski@orrick.com
8  ORRICK, HERRINGTON & SUTCLIFFE LLP
   777 South Figueroa Street, Suite 3200
9  Los Angeles, CA 90017
   Tel. (213) 629-2020/Fax: (213) 612-2499

10 THOMAS S. MCCONVILLE (State Bar No. 155905)
   tmcconville@orrick.com
11 ORRICK, HERRINGTON & SUTCLIFFE LLP
   4 Park Plaza, Suite 1600
12 Irvine, CA 92614-2258
   Tel: (949) 567-6700/Fax: (949) 567-6710

13
14 Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | Case No. CV 04-9049 DOC (RNBx) |
| Plaintiff, | Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727 |
| v. | |
| MATTEL, INC., a Delaware corporation, | **APPLICATION TO FILE UNDER SEAL** |
| Defendant. | Judge: Hon. David O. Carter |
| AND CONSOLIDATED ACTIONS | |

1      Pursuant to Civil Local Rule 79-5.1, the MGA Parties hereby submit this
2 application for an order to file under seal the following documents:

- **MGA PARTIES' RESPONSE TO THE SIXTH INTERIM REPORT OF MONITOR.**

6      This document is filed in response to the Monitor's under seal filing, and is also designated "CONFIDENTIAL" or "CONFIDENTIAL-ATTORNEYS' EYES ONLY" pursuant to the January 4, 2005 Stipulated Protective Order entered in this action. Accordingly, the above-referenced document should be filed under seal in order to maintain the confidentiality of the information in the Monitor's Report, and this Response.

12      For the foregoing reasons, the MGA Parties respectfully request that the Court enter the concurrently filed [Proposed] Order granting this request to file the document under seal.

Dated: December 7, 2009      ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____
THOMAS S. MCCONVILLE
Attorneys for MGA Parties

OHS West:260789764.1

- 1 -

APPLICATION TO FILE UNDER SEAL
CV 04-9049 DOC (RNBx)