LODGED

1  MELINDA HAAG (State Bar No. 132612)
   mhaag@orrick.com
2  ANNETTE L. HURST (State Bar No. 148738)
   ahurst@orrick.com
3  WARRINGTON S. PARKER III (State Bar No. 148003)
   wparker@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
5  405 Howard Street
   San Francisco, CA 94105-2669
6  Tel: (415) 773-5700/Fax:(415) 773-5759
7  WILLIAM A. MOLINSKI (State Bar No. 145186)
   wmolinski@orrick.com
8  ORRICK, HERRINGTON & SUTCLIFFE LLP
   777 South Figueroa Street, Suite 3200
9  Los Angeles, CA 90017
   Tel. (213) 629-2020/Fax: (213) 612-2499
10
   THOMAS S. MCCONVILLE (State Bar No. 155905)
11 tmcconville@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
12 4 Park Plaza, Suite 1600
   Irvine, CA 92614-2258
13 Tel: (949) 567-6700/Fax: (949) 567-6710

14 Attorneys for MGA Parties

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
DEC - 9 2009
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

BY FAX

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx)<br><br>Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>[~~PROPOSED~~] ORDER RE APPLICATION TO FILE UNDER SEAL<br><br>Judge:     Hon. David O. Carter |

ORIGINAL

1  |  The Court, having considered MGA Parties' application for an order to file
2  |  under seal, and having found good cause to do so, it is HEREBY ORDERED that
3  |  said application is GRANTED in its entirety.
4  |  The Clerk shall maintain under Seal the following document(s):

**MGA PARTIES' RESPONSE TO THE SIXTH INTERIM REPORT OF MONITOR**

**It is so ORDERED.**

Dated: December 9, 2009

*/s/ David O. Carter*
_____
Hon. David O. Carter
United States District Court Judge