MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1-415-773-5700
Facsimile: +1-415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: +1-213-629-2020
Facsimile: +1-213-612-2499

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>　　　　Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049-DOC (RNBx)<br><br>Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>**APPLICATION TO FILE UNDER SEAL**<br><br>Judge:　　Hon. David O. Carter |

1  Pursuant to Civil Local Rule 79-5.1, MGA Parties hereby submit this
2  application for an order to file under seal the following document:

3
4  **MGA PARTIES' OPPOSITION TO MATTEL, INC.'S MOTION FOR AN ORDER COMPELLING PRODUCTION OF COMMUNICATIONS MADE IN FURTHERANCE OF CRIMES AND FRAUDS AND AS TO WHICH MGA HAS WAIVED ATTORNEY-CLIENT PRIVILEGE**
5

6  The MGA Parties believe that the foregoing document should be filed under
7  seal in order to maintain the confidentiality of the information contained therein and
8  abide by the terms of the Court's order attached hereto as Exhibit 1.
9  For the foregoing reasons, the MGA Parties respectfully request that the
10 Court enter the concurrently filed [Proposed] Order granting this request to file the
11 documents under seal.
12
13 Dated:    December 7, 2009         ORRICK, HERRINGTON & SUTCLIFFE LLP
14
15                                    By: _____ For
16                                        William A. Molinski
                                          Attorneys for MGA Parties

# Exhibit 1

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

Case No.   SACV 04-09049 DOC (RNBx)                                   Date: December 3, 2009

Title:   CARTER BRYANT v. MATTEL, INC.

PRESENT:            THE HONORABLE DAVID O. CARTER, JUDGE

          Lori Anderson                              Not Present
         Courtroom Clerk                             Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:       ATTORNEYS PRESENT FOR DEFENDANTS:

         NONE PRESENT                               NONE PRESENT

PROCEEDING (IN CHAMBERS): AMENDED ORDER RE PRODUCTION OF DOCUMENTS FOR *IN CAMERA* REVIEW

MGA Entertainment, Inc. and Isaac Larian (the "MGA Parties") shall produce to the Court for its *in camera* review, in unredacted form, by December 3, 2009 96 emails that MGA had marked as privileged and that MGA had been ordered to produce for the Court's *in camera* review on December 10, 2009. The Court considers the accelerated deadline prudent in light of the anticipated deposition of Isaac Larian on December 10, 2009 and Mattel, Inc. ("Mattel")'s interest in the review of the 94 emails prior to Mr. Larian's deposition. The Court shall review the emails for privilege issues identified by the parties in their briefs to be filed under seal. This Order encompasses the following emails:

(1) **MGA's August 14, 2007 Revised Privilege Log**: Entry Nos. 7, 8, 9, 10, 11, 661, and 662

(2) **MGA's August 14, 2007 Supplemental Privilege Log**: Entry Nos. 655, 656, 657, 660, and 734

(3) **MGA's August 14, 2007 Revised Supplemental Privilege Log**: Entry Nos. 655, 656, 657 and 734

(4) **MGA's November 16, 2007 Privilege Log**: Entry Nos. 2337 and 2338

(5) **MGA's November 16, 2007 Supplemental Revised Privilege Log**: Entry Nos. 8C, 9A, 9B, 10A, 10B, and 11

(6) **MGA's January 23, 2008 Privilege Log**: Entry Nos. 54, 55, 69, 109, 374, 375, 402, 471, 548, 549, 637, 1325, 1326, 1434, 1546, 1573, 1641, 1818, 1819 and 1820

(7) **MGA's January 23, 2008 Revised Privilege Log**: Entry Nos. 54, 55, 69, 106, 109, 374, 375, 403, 472, 549, 550, 639, 853, 855, 1327, 1328, 1575, 1643, 1820, 1821, and 1822

(8) **MGA's January 28, 2008 Privilege Log**: Entry Nos. 134, 135, and 137

(9) **MGA's January 28, 2008 Revised Privilege Log**: Entry Nos. 151, 152 and 154

(10) **From Larian's January 15, 2008 Privilege Log**: Entry Nos. 69, 70, 72, 73, 79, 89, 90, 91, 92, 95, 97, 100, 101, 113, 71, 74, 93, 94, 110, 114, 115, 116, 117, and 123.

(11) **From Larian's January 30, 2008 Privilege Log**: Entry No. 63

The Clerk shall serve this minute order on all parties to the action.