MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Tel: (415) 773-5700/Fax: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Tel: (213) 629-2020/Fax: (213) 612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049-DOC (RNBx)<br><br>Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>[PROPOSED] ORDER GRANTING MGA PARTIES' APPLICATION TO FILE UNDER SEAL DECLARATION OF WARRINGTON S. PARKER III IN SUPPORT OF MGA PARTIES' OPPOSITION TO MATTEL, INC.'S MOTION FOR AN ORDER COMPELLING PRODUCTION OF COMMUNICATIONS MADE IN FURTHERANCE OF CRIMES AND FRAUDS AND AS TO WHICH MGA HAS WAIVED ATTORNEY-CLIENT PRIVILEGE<br><br>Judge:  Hon. David O. Carter |

1     The Court, having considered the MGA Parties' application for an order to
2 file under seal, and having found good cause to do so, it is HEREBY ORDERED
3 that said application is GRANTED in its entirety.
4     The Clerk shall maintain under Seal the following document:

**MGA PARTIES' OPPOSITION TO MATTEL, INC.'S MOTION FOR AN ORDER COMPELLING PRODUCTION OF COMMUNICATIONS MADE IN FURTHERANCE OF CRIMES AND FRAUDS AND AS TO WHICH MGA HAS WAIVED ATTORNEY-CLIENT PRIVILEGE**

**IT IS SO ORDERED.**

*/s/ David O. Carter*

Dated: December 9, 2009

_____
Hon. David O. Carter