```
 1  MELINDA HAAG (State Bar No. 132612)
    mhaag@orrick.com
 2  ANNETTE L. HURST (State Bar No. 148738)
    ahurst@orrick.com
 3  WARRINGTON S. PARKER III (State Bar No. 148003)
    wparker@orrick.com
 4  ORRICK, HERRINGTON & SUTCLIFFE LLP
    The Orrick Building
 5  405 Howard Street
    San Francisco, CA 94105-2669
 6  Tel: (415) 773-5700/Fax:(415) 773-5759

 7  Attorneys for MGA Parties

 8
    John B. Quinn (State Bar No. 090378)
 9  johnquinn@quinnemanuel.com
    Michael T. Zeller (State Bar No. 196417)
10  michaelzeller@quinnemanuel.com
    QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
11  865 South Figueroa Street, 10th Floor
    Los Angeles, CA 90017-2543
12  Tel. (213) 629-2020/Fax: (213) 612-2499

13  Attorneys for Mattel, Inc.
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049-DOC (RNBx)<br><br>Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>Honorable David O. Carter<br><br>**JOINT REPORT CONCERNING PRELIMINARY DEPOSITION SCHEDULE** |
|---|---|

1  MGA Entertainment, Inc. and Isaac Larian (collectively, the "MGA
2  Parties") and Mattel, Inc. ("Mattel"), by and through their respective counsel of
3  record, hereby provide the Court with a joint report reflecting a preliminary
4  deposition schedule for witnesses previously identified by the parties. The
5  preliminary schedule is attached as Exhibit A.
6  The parties are continuing to work on scheduling additional witnesses.
7  Each party reserves the right to identify different witnesses within the limitations
8  described by the Court.

Dated: December 11, 2009                    ORRICK, HERRINGTON & SUTCLIFFE LLP

/s/ Thomas S. McConville
Thomas S. McConville
Attorneys for MGA Parties

Dated: December 11, 2009                    QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

/s/ Michael T. Zeller
Michael T. Zeller
Attorneys for Mattel, Inc.

Carter Bryant v. Mattel and Consolidated Actions
Case No. CV 04-9049-DOC (RNBx)

## DEPOSITION SCHEDULE

December 2009

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
|  |  | 1 | 2 | 3<br>Mattel witness Gabriel Zalzman | 4 | 5 |
| 6 | 7<br>MGAE de Mexico 30b6/ Susana Kummerle | 8<br>MGAE de Mexico 30b6/ Susana Kummerle | 9<br>MGA witness J Brisbois | 10<br>MGA witness I Larian | 11<br>MGA witness I Larian | 12<br>MGA witness I Larian |
| 13 | 14<br>Mattel 30(b)(6) Trade Secrets | 15<br>Mattel 30(b)(6) Trade Secrets | 16<br>Mattel 30(b)(6) Trade Secrets<br><br>Mattel witness Bob Eckert | 17<br>Mattel witness Bob Eckert | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 |  |  |

OHS West:260793397.1

Exhibit  A
Page  2

Carter Bryant v. Mattel and Consolidated Actions
Case No. CV 04-9049-DOC (RNBx)

January 2010

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
|  |  |  |  |  | 1 | 2 |
| 3 | 4 | 5<br>Mattel witness Jill Thomas | 6 | 7 | 8<br>MGA 30(b)(6) Canada | 9 |
| 10 | 11<br>Omni witness Joe Moinian | 12<br>Mattel witness Francisco Tiburcio | 13 | 14 | 15<br>Mattel witness Chuck Scothon | 16 |
| 17 | 18<br>MGA witness Yoon Jung Kim aka Susan Jung Kim<br><br>Mattel witness Steve Totzke | 19<br>Omni witness Arsalan Gozini | 20<br>MGA witness Edmund Lee<br><br>MGA witness Mariana Trueba | 21<br>Mattel witness Neil Fiedman<br><br>MGA witness Patrick Ma | 22<br>Omni witness Pete Carson | 23 |
| 24 | 25 | 26<br>MGA witness Ron Brawer | 27<br>Mattel witness Richard Anda | 28<br>MGA witness Paula Garcia | 29 | 30 |
| 31 |  |  |  |  |  |  |

OHS West:260793397.1

Exhibit __A__

Page __3__

Carter Bryant v. Mattel and Consolidated Actions
Case No. CV 04-9049-DOC (RNBx)

February 2010

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
|  | 1<br>MGA Witness Martin Hitch | 2<br>MGA witness Mesirow Financial | 3 | 4 | 5<br>Mattel witness Milt Zablow | 6 |
| 7 | 8 | 9 | 10<br>Mattel witness Tom Debrowski | 11 | 12<br>Mattel witness Michael Moore | 13 |
| 14 | 15<br>Mattel witness Robert Normile | 16<br>MGA witness Angela Larian | 17<br>Mattel witness Bill Ganey | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 |  |  |  |  |  |  |

OHS West:260793397.1

Exhibit __A__

Page __4__