UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No. CV 04-9049 DOC (RNBx)                                   Date: December 14, 2009

Title: CARTER BRYANT v. MATTEL, INC.

---

DOCKET ENTRY
   [I hereby certify that this document was served by first class mail or Government messenger service, postage prepaid, to all counsel (or parties) at their respective most recent address of record in this action on this date.]
                                                                 Date:_____  Deputy Clerk: _____

---

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

   Kristee Hopkins                                                    Not Present
   Courtroom Clerk                                                    Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:   ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                                                      NONE PRESENT

---

PROCEEDING (IN CHAMBERS): ORDER STAYING IN PART DOCKET #5565 AND AMENDMENTS THERETO

   On December 9, 2009, the Court of Appeals for the Ninth Circuit issued an Order staying "equitable relief granted by the district court" including, in relevant part, the Court's December 3, 2008 Order granting Motion for Permanent Injunction (Docket # 4443). *See MGA Entm't, Inc. v. Mattel, Inc.*, No. 09-55673 (9th Cir. Dec. 9, 2009).

   In light of the Court of Appeals' Order, this Court acknowledges that the "MGA Monitor," who was appointed pursuant to this Court's Order Re Expiration of Temporary Receivership and Order Appointing MGA Monitor (Docket #5565), and whose role was clarified by the Court's Order Granting in Part and Denying in Part Motion to Clarify And/Or Limit Monitor's Authority as an Adjudicative Officer of the Court (Docket # 7243) is not needed at the present time. Accordingly, this Court STAYS paragraph B of its Order Re Expiration of Temporary Receivership and Order Appointing MGA Monitor (*see* Docket #5565 at 9-13) pending further order of the Court of Appeals. The Monitor is instructed to cease any activity with respect to the instant lawsuit pending further order of this Court.

   The Clerk shall serve this minute order on all parties to the action.

MINUTES FORM 11 DOC                                               Initials of Deputy Clerk _kh_
CIVIL - GEN                                                       Page 1 of 1