# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No. CV 04-9049 DOC (RNBx)          Date: December 14, 2009

Title: CARTER BRYANT v. MATTEL, INC.

---

DOCKET ENTRY
    [I hereby certify that this document was served by first class mail or Government messenger service, postage prepaid, to all counsel (or parties) at their respective most recent address of record in this action on this date.]
        Date:_____ Deputy Clerk: _____

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

  Kristee Hopkins                       Not Present
Courtroom Clerk                     Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS: ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                         NONE PRESENT

---

PROCEEDING (IN CHAMBERS): ORDER RE MATTEL, INC.'S MOTION FOR AN ORDER COMPELLING PRODUCTION OF COMMUNICATIONS MADE IN FURTHERANCE OF CRIMES AND FRAUDS AND AS TO WHICH MGA HAS WAIVED ATTORNEY-CLIENT PRIVILEGE

      On December 7, 2009, Mattel, Inc. ("Mattel") filed a Motion for an Order Compelling Production of Communications Made in Furtherance of Crimes and Frauds and as to which MGA has waived Attorney-Client Privilege (the "Motion"). *See* Docket # 7334. Mattel filed its Motion in light of the Court's December 3, 2009 Amended Order re Production of Documents for *In Camera* Review. *See* Docket # 7319. The parties have complied with an aggressive and demanding briefing schedule regarding 96 emails that MGA Entertainment, Inc. and Isaac Larian (collectively "MGA") marked as privilege. *See* Docket # 7320 (Stipulation for Order Regarding Briefing Schedule).

      The Court has completed its review of the 96 emails at issue and has reviewed and evaluated the parties' briefing on the Motion. The Court recognizes the parties' need for an immediate ruling on the Motion in light of rapidly approaching Court-imposed Phase 2 deadlines. At the same

time, the Court is aware that Mattel's conditional Cross-Appeal pending before the Court of Appeals for the Ninth Circuit raises many of the same issues. A ruling by this Court therefore threatens to interfere with the Court of Appeals' jurisdiction.

Accordingly, the Court will hold Mattel's Motion in abeyance pending further order of the Court of Appeals. The Phase 2 schedule, including the deposition schedule, remains in place and the parties are instructed to await future instruction from the Court with respect to Mattel's Motion.

The Clerk shall serve this minute order on all parties to the action.