Juror #_____     FULL NAME (PRINT) _____

# Juror Questionnaire

## United States District Court, Central District of California

Before the case can start, a jury must be selected. The judge and the people involved in the case need to know something about you in order to select jurors who can be fair and impartial to both sides.  The questions are designed to help the court and the lawyers learn something about your background and your views on issues that may be related to this case.  If there is any reason why you might not be able to give both sides a fair trial in this case, it is important that you say so.

If there is anything you do not want to talk about in open court, please answer the question in full and then write "PRIVATE" next to the question.  Please, do not write on the back of any page because the questionnaires will be copied.   <u>Please print all of your answers</u> and write as legibly as possible.

Please remember that you are answering these questions under penalty of perjury.  Your answers must be true and complete.


1. Gender:  ❑ Male   ❑ Female     Age: _____

2. Place of birth (city, state, or if applicable, city and country) _____

   Is English your first language?   ❑ Yes     ❑ No    If no, what is? _____

3. Neighborhood where you live: _____   How long? _____

4. Marital Status:

   ❑ Single, never married   ❑ Currently married for _____ yrs   ❑ Divorced for ___ yrs

   ❑ Living with domestic partner for ____ yrs   ❑ Widowed for ____ yrs   ❑ Separated

5. What is the highest level of education that you have completed? (Check one.)

   ❑ Some high school        ❑ Some college / AA degree (Major: _____)

   ❑ High school graduate    ❑ 4-year college graduate (Major: _____)

   ❑ Technical/Vocational    ❑ Postgraduate study (Major/degree: _____)

   ❑ Other (please list any certificates or degrees you have obtained):
   _____

6. Your current employment status (check all that apply):

   ❑ Employed full-time    ❑ Homemaker    ❑ Self-employed    ❑ Retired for _____ year(s)

   ❑ Employed part-time    ❑ Disabled    ❑ Student    ❑ Unemployed, looking for work

7. What is your occupation? _____

   What organization or company do you work for? _____

   What do you do at work? _____

   Do you have management responsibilities?  ❑ Yes  ❑ No

   Are you involved in the hiring and firing of other employees?   ❑ Yes      ❑ No

8. Please list your prior jobs and employers. If you are a student, list the school you attend.

|   | **JOB TITLE** | **EMPLOYER (SCHOOL)** | **WHEN** |
|---|---|---|---|
| 1 |   |   |   |
| 2 |   |   |   |
| 3 |   |   |   |
| 4 |   |   |   |
| 5 |   |   |   |

9. If you are married or partnered, is your spouse/partner employed?  ❑ Yes   ❑ No

    a. If YES, what do they do and where are they employed?
    _____

    b. If NO, what work outside the home have they ever done?
    _____

10. If you have children or step-children, please list (including children who do not live with you):

| Sex | Age | Education | Occupation/Employer |
|---|---|---|---|
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |

11. What clubs, organizations or charities do you belong to, or volunteer with:
    _____

12. What are your hobbies or favorite pastimes? _____

13. How often do you take a position of leadership?
    ❑ Frequently   ❑ Occasionally   ❑ Seldom   ❑ Never

14. Have you, or has a family member, ever owned or run a business? (Check all that apply.)
    ❑ Yes, I have   ❑ Yes, a family member has   ❑ No
    **If yes,** describe the business: _____
    How large was the business? _____  Was/Is it successful?  ❑ Yes   ❑ No
    Was an employee ever disloyal?  ❑ Yes   ❑ No
    **If yes,** explain: _____
    Did an employee ever steal something?  ❑ Yes   ❑ No
    **If yes,** explain: _____

15. Have you, a family member, or someone close to you ever had training in or experience with any of the following? (Check all that apply.)

    Advertising                  ❑ Yes, self   ❑ Yes, family   ❑ Yes someone close
    Art or design                ❑ Yes, self   ❑ Yes, family   ❑ Yes someone close
    Child development            ❑ Yes, self   ❑ Yes, family   ❑ Yes someone close
    Contracts                    ❑ Yes, self   ❑ Yes, family   ❑ Yes someone close

2

| | | | |
|---|---|---|---|
| Fashion | ❏ Yes, self | ❏ Yes, family | ❏ Yes someone close |
| Human resources | ❏ Yes, self | ❏ Yes, family | ❏ Yes someone close |
| Intellectual property (patents, copyrights, trade dress) | ❏ Yes, self | ❏ Yes, family | ❏ Yes someone close |
| Law, any legal field or courts | ❏ Yes, self | ❏ Yes, family | ❏ Yes someone close |
| Market research/marketing | ❏ Yes, self | ❏ Yes, family | ❏ Yes someone close |
| Product design/development | ❏ Yes, self | ❏ Yes, family | ❏ Yes someone close |
| Retail management | ❏ Yes, self | ❏ Yes, family | ❏ Yes someone close |
| Toys or dolls | ❏ Yes, self | ❏ Yes, family | ❏ Yes someone close |
| Trade secrets | ❏ Yes, self | ❏ Yes, family | ❏ Yes someone close |

If yes to any of the above, please explain:
_____
_____
_____

16. Have you ever had any prior jury service?   ❏ Yes, criminal   ❏ Yes, civil   ❏ No   **If yes:**

   (a) How many times have you served on a jury? _____
   (b) What kinds of cases did you hear as a juror? _____
   (c) How many times have you been the foreperson? _____.
   (d) Did the jury reach a verdict in all cases?   ❏ Yes   ❏ No   **If no**, why not? _____
   (e) Was there anything about your prior jury experience that would prevent you from being fair and impartial in this case?   ❏ Yes   ❏ No   **If yes,** please explain:
   _____

17. Have you or anyone close to you ever sued anyone?   ❏ Yes   ❏ No
   **If yes**, who sued and what did the lawsuit involve? _____

18. Have you or anyone close to you ever been sued by anyone?   ❏ Yes   ❏ No
   **If yes**, who was sued and what did the lawsuit involve? _____

19. Have you ever lost money or business because of the actions of another person or company?   ❏ Yes   ❏ No   **If yes**, explain: _____
   _____

20. Have you ever worked in a highly competitive industry?   ❏ Yes   ❏ No
   **If yes**, explain: _____

21. Have you ever worked in a business where companies compete for the same clients or customers?   ❏ Yes   ❏ No
   **If yes**, explain: _____

22. Do you have any beliefs for or against companies making similar products and competing for the same customers?   ❏ Yes   ❏ No
   **If yes,** explain: _____
   _____

23. Have you ever signed an employment agreement?   ❏ Yes   ❏ No

24. Have you or someone close to you ever signed a non-solicitation or non-compete agreement?
    ❏ Yes   ❏ No   **If yes**, explain: _____
    _____

25. Have you or someone close to you ever signed a confidentiality or non-disclosure agreement?
    ❏ Yes   ❏ No   **If yes**, explain: _____
    _____

26. Have you or someone close to you ever signed an agreement involving conflict of interest?
    ❏ Yes   ❏ No   **If yes**, explain: _____
    _____

27. Have you ever worked for a company that had products, technology, or other information that was considered to be confidential or proprietary?
    ❏ Yes   ❏ No   **If yes**, explain: _____
    _____

28. Do you have any beliefs for or against companies recruiting or hiring employees from a company that is a competitor in the same industry?
    ❏ Yes   ❏ No   **If yes**, explain: _____
    _____

29. Do you have any beliefs for or against employees leaving one company for another company that is a competitor in the same industry?
    ❏ Yes   ❏ No   **If yes**, explain: _____
    _____

30. Do you have any beliefs for or against employees using methods or practices at a new job that they used at their previous employment?
    ❏ Yes   ❏ No   **If yes**, explain: _____
    _____

31. Do you have any beliefs for or against employees using information or ideas at a new job that are similar to what they used at a previous job?
    ❏ Yes   ❏ No   **If yes**, explain: _____
    _____

32. Do you generally believe that employees are loyal to employers?   ❏ Yes   ❏ No

33. Are you aware of any illegal behavior by an employee where you've worked?   ❏ Yes   ❏ No
    **If yes**, explain: _____
    _____

34. Do you believe it is wrong for an employee to take <u>anything</u> besides personal belongings with him/her when leaving a place of employment?   ❏ Yes   ❏ No
    **If yes,** explain: _____
    _____

35. Are you aware of anyone taking something from a place where you've worked that was considered inappropriate or confidential?   ❏ Yes   ❏ No

    **If yes,** please explain: _____

    _____

36. Do you think it is common for employees to misuse or take company resources or information?

    ❏ Yes   ❏ No

37. Do you believe it is wrong for an employee to use a company resource (e.g., computer, fax machine, email account, form, or document) for something that is personal and not work-related?   ❏ Yes   ❏ No

    **If yes,** please explain: _____

38. Have you, or has someone close to you, ever had a serious dispute with an employer, supervisor or co-worker?

    ❏ Yes   ❏ No

    **If yes**, please explain: _____

    _____

39. Have you or a loved one ever:  (Check all that apply.)

    | | | | |
    |---|---|---|---|
    | a. | Invented anything | ❏ Yes, self | ❏ Yes, someone else |
    | b. | Filed a registration for, or obtained, a copyright, patent or trademark | ❏ Yes, self | ❏ Yes, someone else |
    | c. | Had an idea that someone else profited from | ❏ Yes, self | ❏ Yes, someone else |
    | d. | Accused someone of taking or copying an idea that belonged to someone else | ❏ Yes, self | ❏ Yes, someone else |
    | e. | Drafted or negotiated an employment agreement | ❏ Yes, self | ❏ Yes, someone else |
    | f. | Had confidential information stolen or disclosed to another party | ❏ Yes, self | ❏ Yes, someone else |
    | g. | Been involved in a business or contract dispute | ❏ Yes, self | ❏ Yes, someone else |
    | h. | Accused someone of breaching a fiduciary duty | ❏ Yes, self | ❏ Yes, someone else |

    **If yes to any,** please explain:

    _____

    _____

    _____

40. Are you familiar with the following terms and how they work in business:

    | | | | | |
    |---|---|---|---|---|
    | a. | Trade secrets | ❏ Yes, very | ❏ Yes, somewhat | ❏ No |
    | b. | Trade dress | ❏ Yes, very | ❏ Yes, somewhat | ❏ No |
    | c. | Fiduciary duty | ❏ Yes, very | ❏ Yes, somewhat | ❏ No |
    | d. | Confidentiality or nondisclosure agreements | ❏ Yes, very | ❏ Yes, somewhat | ❏ No |
    | e. | Copyrights | ❏ Yes, very | ❏ Yes, somewhat | ❏ No |

41. Please indicate your level of agreement with the following statements:

    a. "Copying another company's product is a legitimate thing to do in today's competitive marketplace."

    ❏ Agree Strongly   ❏ Agree Somewhat   ❏ Disagree Somewhat   ❏ Disagree Strongly

    b. "Competition among businesses is a good thing in today's economy."

    ❏ Agree Strongly   ❏ Agree Somewhat   ❏ Disagree Somewhat   ❏ Disagree Strongly

    c. "If someone has been investigated for a crime or accused of illegal behavior by law enforcement, then it is probably true."

    ❏ Agree Strongly   ❏ Agree Somewhat   ❏ Disagree Somewhat   ❏ Disagree Strongly

    d. "If a company is accused of corrupt accounting or unethical business practices, then it is probably true."

    ❏ Agree Strongly   ❏ Agree Somewhat   ❏ Disagree Somewhat   ❏ Disagree Strongly

42. Are you a collector?   ❏ Yes   ❏ No

    If yes, what do you collect? _____

    _____

43. Have you ever collected dolls or toys?   ❏ Yes   ❏ No

    If yes, which ones? _____

    _____

44. Have you or a loved one ever purchased or received any of the following:

    | | | | | |
    |---|---|---|---|---|
    | a. | Mattel product | ❏ Yes, purchased | ❏ Yes, received | ❏ No |
    | b. | Barbie doll | ❏ Yes, purchased | ❏ Yes, received | ❏ No |
    | c. | Bratz doll | ❏ Yes, purchased | ❏ Yes, received | ❏ No |
    | d. | My Scene doll | ❏ Yes, purchased | ❏ Yes, received | ❏ No |
    | e. | Bratz pet | ❏ Yes, purchased | ❏ Yes, received | ❏ No |
    | f. | My Scene Pet | ❏ Yes, purchased | ❏ Yes, received | ❏ No |
    | g. | Diva Starz | ❏ Yes, purchased | ❏ Yes, received | ❏ No |
    | h. | 4-Ever Best Friends | ❏ Yes, purchased | ❏ Yes, received | ❏ No |
    | i. | Mommy's Little Patient | ❏ Yes, purchased | ❏ Yes, received | ❏ No |
    | j. | Alien Racers | ❏ Yes, purchased | ❏ Yes, received | ❏ No |
    | k. | Wee 3 Friends | ❏ Yes, purchased | ❏ Yes, received | ❏ No |
    | l. | Acceleracers | ❏ Yes, purchased | ❏ Yes, received | ❏ No |
    | m. | Little Mommy | ❏ Yes, purchased | ❏ Yes, received | ❏ No |

45. Do you have any negative feelings toward people from Persia/Iran?   ❏ Yes   ❏ No

46. Have you had a negative experience with anyone from Persia/Iran?   ❏ Yes   ❏ No

47. Do you have any negative feelings toward someone who speaks with a foreign accent?

    ❏ Yes   ❏ No

48. Do you have any negative feelings toward homosexuals?   ❏ Yes   ❏ No

49. Have you had a negative experience with anyone who is gay?  ❑ Yes  ❑ No
50. Do you have any negative feelings toward people of the Jewish faith?  ❑ Yes  ❑ No
51. Have you had a negative experience with anyone who is Jewish?  ❑ Yes  ❑ No

52. If one or more of the parties, attorneys, or witnesses come from a particular national, racial or religious group, or have a lifestyle different than your own, would this affect, in any way, your judgment or the weight and credibility you would give to their presentations or testimony? .

    ❑ Yes   ❑ No

    **If yes,** explain: _____
    _____

53. Had you heard anything about this lawsuit before coming to court today?   ❑ Yes   ❑ No

    **If yes,** what have you heard and what is the source of the information? _____
    _____

54. Have you formed any opinion about this case?   ❑ Yes   ❑ No

    **If yes,** what opinion have you formed? _____
    _____

55. Is there anything about this case that would make it difficult for you to be a fair and impartial juror?

    ❑ Yes   ❑ No   ❑ Not sure

    **If yes or not sure,** please explain: _____
    _____

56. Do you or a family member own individual stock in Mattel, Inc. or MGA Entertainment, Inc?

    ❑ Yes   ❑ No

    **If yes,** explain who owns the stock and in which company: _____
    _____

57. Would you follow the judge's instructions to base your decisions only on the evidence presented in court and the law the judge gives you, even if you disagree with the law?

    ❑ Yes     ❑ No     ❑ Don't know

    **If no or don't know,** please explain: _____
    _____

58. Describe any ethical, religious, political, or other beliefs that may prevent you from serving as a juror:
    _____
    _____

59. Describe any problems (vision, hearing, medical, language or other problems) that may affect your jury service:
    _____
    _____

60. Is there anything not covered by this questionnaire that could affect your ability to be a completely fair and impartial juror?   If yes, please explain:
    _____
    _____
    _____

61. Do you know anything about the people or entities listed on the next page (beyond recognizing the name)?   ❏ Yes   ❏ No

    **If yes**, please check the appropriate box <u>and</u> explain in the space immediately below if there is anything that might make it difficult for you to fairly decide this lawsuit.

    _____
    _____
    _____
    _____
    _____
    _____
    _____

*I swear that all the foregoing is true and correct.*


_____     _____
SIGNATURE                           DATE

Please indicate whether you know anything about the entities listed below.  Read each name carefully and answer "Yes" or "No" for each.

| NAME OF PARTY, LAWYER, LAW FIRM OR POTENTIAL WITNESS | |
|---|---|
| AGINSKY, VALERY | ❏ Yes   ❏ No |
| ALEX, JOHN | ❏ Yes   ❏ No |
| ALLISON, TOM | ❏ Yes   ❏ No |
| ALMADA, MARIANA TRUEBA | ❏ Yes   ❏ No |
| AMBROSINI, PAULA | ❏ Yes   ❏ No |
| ANTHONY, WILLIAM | ❏ Yes   ❏ No |
| ARANT, LUCY | ❏ Yes   ❏ No |
| ARMSTRONG, BRYAN | ❏ Yes   ❏ No |
| ARTAVIA, ARNOLDO | ❏ Yes   ❏ No |
| ASHBROOK, ERICKA | ❏ Yes   ❏ No |
| ASHONG, NANA | ❏ Yes   ❏ No |
| BACON, SCHUYLER | ❏ Yes   ❏ No |
| BARAD, JILL | ❏ Yes   ❏ No |
| BERGSTEIN, MARY | ❏ Yes   ❏ No |
| BINGHAM MCCUTCHEN, LLP | ❏ Yes   ❏ No |
| BOUSQUETTE, MATT | ❏ Yes   ❏ No |
| BRAWER, RONALD | ❏ Yes   ❏ No |
| BRISBOIS, JANINE | ❏ Yes   ❏ No |
| BRODE, KERRI | ❏ Yes   ❏ No |
| BROOKS, CHARNAYNE | ❏ Yes   ❏ No |
| BRYANT, CARTER | ❏ Yes   ❏ No |
| BRYANT, JANET | ❏ Yes   ❏ No |
| CABRERA, ANA | ❏ Yes   ❏ No |
| CARSON, PETER | ❏ Yes   ❏ No |
| CASTILLA, JORGE | ❏ Yes   ❏ No |
| CENDALI, DALE | ❏ Yes   ❏ No |
| CHIU, SARAH | ❏ Yes   ❏ No |
| CHOI, FRANCIS | ❏ Yes   ❏ No |
| CHRISTENSEN, MILLER, FINK, JACOBS, GLASER, WEIL & SHAPIRO, LLP | ❏ Yes   ❏ No |
| CLEARY, JERRY | ❏ Yes   ❏ No |
| CLOONAN, ELISE | ❏ Yes   ❏ No |
| COLEMAN, NICOLE | ❏ Yes   ❏ No |
| COLLINS, DANIEL | ❏ Yes   ❏ No |

| NAME OF PARTY, LAWYER, LAW FIRM OR POTENTIAL WITNESS | |
|---|---|
| CONTRERAS, NICK | ❏ Yes  ❏ No |
| COONEY, DAN | ❏ Yes  ❏ No |
| COREY, JON | ❏ Yes  ❏ No |
| CROOM, KUMI | ❏ Yes  ❏ No |
| CUNNINGHAM, LLOYD | ❏ Yes  ❏ No |
| DEANDA, RICHARD | ❏ Yes  ❏ No |
| DECORSO, ANTHONY | ❏ Yes  ❏ No |
| DJIGUERIAN, LEON | ❏ Yes  ❏ No |
| DOMBROWSKI, TOM | ❏ Yes  ❏ No |
| DOMINGO, LUI | ❏ Yes  ❏ No |
| DRISKILL, ANN | ❏ Yes  ❏ No |
| DUFFY, JAN | ❏ Yes  ❏ No |
| ECKERT, ROBERT | ❏ Yes  ❏ No |
| ELDRIDGE, MARGOT | ❏ Yes  ❏ No |
| ELIAS, JAIME | ❏ Yes  ❏ No |
| FARR, KEVIN | ❏ Yes  ❏ No |
| FEINGBERG, WENDY | ❏ Yes  ❏ No |
| FLYNN, WILLIAM | ❏ Yes  ❏ No |
| FONTANELLA, ADRIENNE | ❏ Yes  ❏ No |
| FREED, LISSA | ❏ Yes  ❏ No |
| FRIEDMAN, NEIL | ❏ Yes  ❏ No |
| FUNCK, GARY | ❏ Yes  ❏ No |
| GALVANO, JEANNE | ❏ Yes  ❏ No |
| GANEY, BILL | ❏ Yes  ❏ No |
| GARCIA (TREANTAFELLES), PAULA | ❏ Yes  ❏ No |
| GILBERT, BROOKE | ❏ Yes  ❏ No |
| GILLMOUR-BRYANT, KAMI | ❏ Yes  ❏ No |
| GLASER, PATRICIA | ❏ Yes  ❏ No |
| GOHATA, KIM | ❏ Yes  ❏ No |
| GOMEZ, ANGEL | ❏ Yes  ❏ No |
| GOMEZ, CARLOS GUSTAVO MACHADO | ❏ Yes  ❏ No |
| GOMEZ, JEAN | ❏ Yes  ❏ No |
| GORDINIER, TODD | ❏ Yes  ❏ No |
| GOZINI, ARSALAN | ❏ Yes  ❏ No |
| GRONICH, DAPHNE | ❏ Yes  ❏ No |
| GRUCA, THOMAS | ❏ Yes  ❏ No |
| HAAG, MELINDA | ❏ Yes  ❏ No |

| NAME OF PARTY, LAWYER, LAW FIRM OR POTENTIAL WITNESS | | |
|---|---|---|
| HALPERN, SARAH | ❏ Yes | ❏ No |
| HAN, ESTHER | ❏ Yes | ❏ No |
| HARRIS, RACHEL | ❏ Yes | ❏ No |
| HARRIS, REBECCA | ❏ Yes | ❏ No |
| HITCH, MARTIN | ❏ Yes | ❏ No |
| HOFFMAN-BRIGGS, HOI | ❏ Yes | ❏ No |
| HOLDEN, CRAIG | ❏ Yes | ❏ No |
| HOLLANDER, KENNETH | ❏ Yes | ❏ No |
| HOOKS, BRIAN | ❏ Yes | ❏ No |
| HUDNUT, ROBERT | ❏ Yes | ❏ No |
| HURST, ANNETTE | ❏ Yes | ❏ No |
| HYLAND, AMY | ❏ Yes | ❏ No |
| IGWT 826 INVESTMENTS | ❏ Yes | ❏ No |
| IGWT GROUP | ❏ Yes | ❏ No |
| IRMEN, RICHARD | ❏ Yes | ❏ No |
| JENSEN, JULIA | ❏ Yes | ❏ No |
| JOACHIMSTHALER, ERICH | ❏ Yes | ❏ No |
| KADISHA, NEIL | ❏ Yes | ❏ No |
| KAMARCK, MITCHELL | ❏ Yes | ❏ No |
| KAWASHIMA, FRED | ❏ Yes | ❏ No |
| KAYE, ALAN | ❏ Yes | ❏ No |
| KEISER, FRANK | ❏ Yes | ❏ No |
| KERNER, DOUGLAS | ❏ Yes | ❏ No |
| KHARE, SAMIR | ❏ Yes | ❏ No |
| KIDDER, DOUGLAS | ❏ Yes | ❏ No |
| KILPIN, TIMOTHY | ❏ Yes | ❏ No |
| KIM, SUSAN | ❏ Yes | ❏ No |
| KIVETZ, RAN | ❏ Yes | ❏ No |
| KOCH, ANDREAS | ❏ Yes | ❏ No |
| KUEMMERLE, SUSANA | ❏ Yes | ❏ No |
| KULLMAN, ROBERT | ❏ Yes | ❏ No |
| KYAW, SHELIA | ❏ Yes | ❏ No |
| LARIAN, ANGELA | ❏ Yes | ❏ No |
| LARIAN, FARHAD | ❏ Yes | ❏ No |
| LARIAN, ISAAC | ❏ Yes | ❏ No |
| LAUGHTON, DAVID | ❏ Yes | ❏ No |
| LEAHY, MARGARET | ❏ Yes | ❏ No |

| NAME OF PARTY, LAWYER, LAW FIRM OR POTENTIAL WITNESS | | |
|---|---|---|
| LEARNING COMPANY | ❏ Yes | ❏ No |
| LEE, EDMOND | ❏ Yes | ❏ No |
| LEUNG, KEN | ❏ Yes | ❏ No |
| LEXINGTON FINANCIAL LTD. | ❏ Yes | ❏ No |
| LIND, ROBERT | ❏ Yes | ❏ No |
| LINKER, STEVEN | ❏ Yes | ❏ No |
| LOCKHART, KENNETH | ❏ Yes | ❏ No |
| LOETZ, LEE | ❏ Yes | ❏ No |
| LYTER, ALBERT | ❏ Yes | ❏ No |
| MA, PATRICK | ❏ Yes | ❏ No |
| MAKABI, JAHANGIR ELI | ❏ Yes | ❏ No |
| MAKABI, SHIRIN LARIAN | ❏ Yes | ❏ No |
| MALACRIDA, DAVID | ❏ Yes | ❏ No |
| MARINE, JULIA | ❏ Yes | ❏ No |
| MARLOW, PETER | ❏ Yes | ❏ No |
| MARLOW, VERONICA | ❏ Yes | ❏ No |
| MARTINEZ, LILIANA | ❏ Yes | ❏ No |
| MASHIAN, FRED | ❏ Yes | ❏ No |
| MATTEL, INC. | ❏ Yes | ❏ No |
| MAURUS, JENNIFER | ❏ Yes | ❏ No |
| MAURUS, LILY | ❏ Yes | ❏ No |
| MCCOMB, HEATHER | ❏ Yes | ❏ No |
| MCCONVILLE, THOMAS | ❏ Yes | ❏ No |
| MCRAE, GINGER | ❏ Yes | ❏ No |
| MENELL, PETER | ❏ Yes | ❏ No |
| MENZ, MARK | ❏ Yes | ❏ No |
| MESIROW FINANCIAL | ❏ Yes | ❏ No |
| MEYER, KARL | ❏ Yes | ❏ No |
| MEYER, PAUL | ❏ Yes | ❏ No |
| MGA ENTERTAINMENT, INC. | ❏ Yes | ❏ No |
| MGA ENTERTAINMENT HK LTD. | ❏ Yes | ❏ No |
| MIDDLETON, DEBORA | ❏ Yes | ❏ No |
| MIRZOEFF, NICHOLAS | ❏ Yes | ❏ No |
| MOINIAN, JOSEPH | ❏ Yes | ❏ No |
| MOLINSKI, WILLIAM | ❏ Yes | ❏ No |
| MOORE, MICHAEL | ❏ Yes | ❏ No |
| MORALES, BEATRIZ | ❏ Yes | ❏ No |

| NAME OF PARTY, LAWYER, LAW FIRM OR POTENTIAL WITNESS | |
|---|---|
| MUNGER, TOLLES & OLSON, LLP | ❏ Yes   ❏ No |
| MYERS, AMY | ❏ Yes   ❏ No |
| NAZARIAN, DAVID | ❏ Yes   ❏ No |
| NEMAN, LEON | ❏ Yes   ❏ No |
| NEWMAN, LEON | ❏ Yes   ❏ No |
| NEWCOMB, TERESA | ❏ Yes   ❏ No |
| NG, JOYCE | ❏ Yes   ❏ No |
| NOLAN, THOMAS | ❏ Yes   ❏ No |
| NORDQUIST, JILL | ❏ Yes   ❏ No |
| NORVILLE, ROBERT | ❏ Yes   ❏ No |
| O'CONNOR, VICTORIA | ❏ Yes   ❏ No |
| ODOM, SARAH | ❏ Yes   ❏ No |
| OLSON, RONALD | ❏ Yes   ❏ No |
| OMAN, RALPH | ❏ Yes   ❏ No |
| O'MELVENY & MYERS, LLP | ❏ Yes   ❏ No |
| OMNI 808 INVESTORS, LLC | ❏ Yes   ❏ No |
| OMNINET | ❏ Yes   ❏ No |
| O'NEAL, DENISE | ❏ Yes   ❏ No |
| ONGCHANGCO, KISLAP | ❏ Yes   ❏ No |
| ORRICK, HERRINGTON & SUTCLIFFE, LLP | ❏ Yes   ❏ No |
| OWENS, LAURA | ❏ Yes   ❏ No |
| PALMER, RODNEY | ❏ Yes   ❏ No |
| PARK, CASSIDY | ❏ Yes   ❏ No |
| PARKER, WARRINGTON | ❏ Yes   ❏ No |
| PASKO, RENE | ❏ Yes   ❏ No |
| PATEL, TINA | ❏ Yes   ❏ No |
| PAVAN, CHRISTOPHER | ❏ Yes   ❏ No |
| PEMBLETON, NINETTE | ❏ Yes   ❏ No |
| PISONI, JEANINE | ❏ Yes   ❏ No |
| PLEASANT COMPANY | ❏ Yes   ❏ No |
| PRATTE, JONI | ❏ Yes   ❏ No |
| PRINCE, JACQUELINE | ❏ Yes   ❏ No |
| PROCTOR, BRETT | ❏ Yes   ❏ No |
| PROCTOR, DYLAN | ❏ Yes   ❏ No |
| QUINN, JOHN | ❏ Yes   ❏ No |
| QUINN, EMANUAL, URQUHART, OLIVER & HEDGES, LLP | ❏ Yes   ❏ No |
| RAMIREZ, JESSE | ❏ Yes   ❏ No |

| NAME OF PARTY, LAWYER, LAW FIRM OR POTENTIAL WITNESS | |
|---|---|
| RANTANEN, WALTER | ❏ Yes   ❏ No |
| RHEE, ANNA | ❏ Yes   ❏ No |
| ROSENBAUM, DAVID | ❏ Yes   ❏ No |
| ROSENKRANZ, E. JOSHUA | ❏ Yes   ❏ No |
| ROSS, IVY | ❏ Yes   ❏ No |
| RUBIN, SAMUEL | ❏ Yes   ❏ No |
| RUSSELL, ERIN | ❏ Yes   ❏ No |
| RUSSELL, JASON | ❏ Yes   ❏ No |
| SALAZAR, MARIA | ❏ Yes   ❏ No |
| SALEMNIA, SHIRIN | ❏ Yes   ❏ No |
| SAN JOSE, PABLO VARGAS | ❏ Yes   ❏ No |
| SCHNEIDER, BRAD | ❏ Yes   ❏ No |
| SCOTHON, CHUCK | ❏ Yes   ❏ No |
| SCOTT, CAROL | ❏ Yes   ❏ No |
| SEARCY, MARSHALL | ❏ Yes   ❏ No |
| SIMONEAU, ROBERT | ❏ Yes   ❏ No |
| SIMPSON, LISA | ❏ Yes   ❏ No |
| SIMPSON-TAYLOR, KATHLEEN | ❏ Yes   ❏ No |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | ❏ Yes   ❏ No |
| STEIN, BRUCE | ❏ Yes   ❏ No |
| SUMAN, AMIR | ❏ Yes   ❏ No |
| TAFOYA, MAUREEN | ❏ Yes   ❏ No |
| THOMAS, JILL | ❏ Yes   ❏ No |
| TIBURICO, FRANCISCO | ❏ Yes   ❏ No |
| TIONGCO, JOE | ❏ Yes   ❏ No |
| TKACIK, MAUREEN | ❏ Yes   ❏ No |
| TOMIYAMA, TINA | ❏ Yes   ❏ No |
| TONNER, ROBERT | ❏ Yes   ❏ No |
| TONNU, LISA | ❏ Yes   ❏ No |
| TORRES, DIANA | ❏ Yes   ❏ No |
| TOTSKY, STEVE | ❏ Yes   ❏ No |
| TROPE, ELLIE | ❏ Yes   ❏ No |
| TYCO INDUSTRIES, INC. | ❏ Yes   ❏ No |
| VAN PATTEN, DENISE | ❏ Yes   ❏ No |
| VARU (PATEL), TINA | ❏ Yes   ❏ No |
| VILPPU, GLENN | ❏ Yes   ❏ No |
| VIOHL, EVELYN | ❏ Yes   ❏ No |

| NAME OF PARTY, LAWYER, LAW FIRM OR POTENTIAL WITNESS | |
|---|---|
| VISION CAPITAL, LLC | ❑ Yes  ❑ No |
| WADLEIGH, DOUG | ❑ Yes  ❑ No |
| WAGNER, MICHAEL | ❑ Yes  ❑ No |
| WANG, ANNE | ❑ Yes  ❑ No |
| WEISS, JEFFREY | ❑ Yes  ❑ No |
| WING, BRIAN | ❑ Yes  ❑ No |
| WOODMAN, SPENCER | ❑ Yes  ❑ No |
| WOODS, MEL | ❑ Yes  ❑ No |
| WOOLARD, JOHN | ❑ Yes  ❑ No |
| YEUNG, EDMOND | ❑ Yes  ❑ No |
| YONEMOTO, SANDY | ❑ Yes  ❑ No |
| YU, DANNY | ❑ Yes  ❑ No |
| ZABLOW, MILTON | ❑ Yes  ❑ No |
| ZALZMAN, GABRIEL | ❑ Yes  ❑ No |
| ZELLER, MICHAEL | ❑ Yes  ❑ No |

*I swear that all the foregoing is true and correct.*

_____        _____

    SIGNATURE                                                   DATE