1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   John B. Quinn (Bar No. 090378)
2  (johnquinn@quinnemanuel.com)
   Michael T. Zeller (Bar No. 196417)
3  (michaelzeller@quinnemanuel.com)
   Jon D. Corey (Bar No. 185066)
4  (joncorey@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
6  Facsimile: (213) 443-3100

7  Attorneys for Mattel, Inc.

8

9                  UNITED STATES DISTRICT COURT

10                 CENTRAL DISTRICT OF CALIFORNIA

11                        SOUTHERN DIVISION

12 | MATTEL, INC., a Delaware corporation, | CASE NO. CV 04-9049 DOC (RNBx) |
|---|---|
| Plaintiff, | Consolidated with Case Nos. CV 04-09059 and CV 05-02727 |
| vs. | Hon. David O. Carter |
| MGA ENTERTAINMENT, INC., a California corporation, et al., | MATTEL, INC.'S PROPOSED JUROR QUESTIONNAIRE |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | **Phase 2**<br>Discovery: TBD<br>Pre-trial Conference: TBD<br>Trial Date: TBD |

Pursuant to the Court's December 7, 2009 Order, Mattel, Inc. hereby respectfully submits its proposed Juror Questionnaire, attached as Exhibit A.

                                Respectfully submitted,

DATED: December 16, 2009    QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Michael T. Zeller
    Michael T. Zeller
    Attorneys for Mattel, Inc.

# EXHIBIT A

NAME _____ (please print)

## JURY QUESTIONNAIRE DIRECTIONS

The integrity of our legal system depends on the fairness and impartiality of jurors. This questionnaire has been prepared to assist the court and the parties in determining whether you may have had personal experiences or knowledge about the issues to be decided by the jury. There are no right or wrong answers to any question. Please fill out completely in ink. Since we need to make copies, do not write on the back of any page. If you need more room, continue at the bottom or side of the page, or on the last page (noting question number).

Please answer the questions honestly and completely. This questionnaire is part of the public record of a public trial. In the event that some of the questions call for sensitive personal information, which you wish not to disclose here, please indicate that in your response. You will be provided an opportunity to speak with the judge and/or the attorneys outside the presence of other jurors. Please leave the completed form with the Jury Assembly Room clerk before you leave.

**PLEASE DO NOT TAKE THIS FORM WITH YOU.**

# PLEASE PRINT ALL ANSWERS

Full Name: _____
            (First)            (Middle)            (Last)

1. What is your age? _____ years old

2. Where were you born (city or country, if outside the U.S.)?
   _____

   If you were born outside of the U.S., how long have you been in the United States?
   _____

   In what city do you live?_____

3. What is your current martial status?
   □ Single and Never Married
   □ Currently Married and have been for _____ years
   □ Married in the past for _____ years
   □ Single but living with a Non-Marital Partner for _____ years
   □ Widowed but Married in the past for _____ years

4. What is the highest level of education you completed?
   □ Some high school            □ College graduate
   □ High School graduate        □ Some graduate study
   □ Technical or trade school   □ Masters or doctorate graduate
   □ Some college                □ Other: _____

5. Do you have any children?     □ Yes      □ No

   IF YES, please indicate age, education and occupation of your children.
   _____
   _____
   _____
   _____

6. What is your current employment status? (check all that apply)
   - ☐ Working full-time
   - ☐ Working part-time
   - ☐ Self-Employed
   - ☐ Student
   - ☐ Homemaker
   - ☐ Disabled
   - ☐ Retired          (Since _____)
   - ☐ Unemployed, looking for work (Since _____)
   - ☐ Unemployed, not looking for work (Since _____)

7. What is the name of your current employer, how long have you been employed and what are your specific duties and responsibilities on the job (if not currently employed, who was your most recent employer, how long did you work for them and what was your title and what did you do)?

   Employer name:_____

   Length of employment:_____

   Job title:_____

   Job duties:_____

8. If employed less than 10 years with your current employer, please state all other full-time employment you have had over the last ten years (and for how long you were employed): _____

9. Have you ever been required to sign an employment agreement (or felt pressured into) as a condition of being hired?
   ☐ Yes          ☐ No

   IF YES, what are/were your feelings about this?
   ☐ Positive
   ☐ Negative
   ☐ Neutral

   Please explain:_____

10. Have you ever been involved with any of the following situations in regard to your own employment? (ANSWER EACH QUESTION)

    | | | |
    |---|---|---|
    | a) Any serious dispute with an employer? | ☐ Yes | ☐ No |
    | b) Any formal claim against an employer? | ☐ Yes | ☐ No |
    | c) Any formal claim made against you by an employer? | ☐ Yes | ☐ No |
    | d) Any retaliation against you because of a complaint you submitted to a supervisor? | ☐ Yes | ☐ No |
    | e) Any forced transfer by an employer? | ☐ Yes | ☐ No |

3

7975/3236785.2

    f) Any legal action between you and an employer? ☐ Yes ☐ No

    g) Any knowledge of wrongdoing by another employee? ☐ Yes ☐ No

    IF YOU ANSWERED YES to any of the above, please explain what happened:
_____
_____

11. Has any immediate family member or close friend ever been involved with any of the following situations in regard to their employment? (ANSWER EACH QUESTION)

    a) Any serious dispute with an employer? ☐ Yes ☐ No

    b) Any formal claim against an employer? ☐ Yes ☐ No

    c) Any formal claim made against you by an employer? ☐ Yes ☐ No

    d) Any retaliation against you because of a complaint you submitted to a supervisor? ☐ Yes ☐ No

    e) Any forced transfer by an employer? ☐ Yes ☐ No

    f) Any legal action between you and an employer? ☐ Yes ☐ No

    g) Any knowledge of wrongdoing by another employee? ☐ Yes ☐ No

    IF YOU ANSWERED YES to any of the above, please explain what happened:
_____
_____

12. Have you, a family member, or close friend ever been terminated or laid off from employment?
    ☐ Yes, self      ☐ Yes, family/friend      ☐ Yes, both      ☐ No

    IF YES, did you/they feel the termination was unfair?
    ☐ Yes      ☐ No

    IF YES, please explain:_____
_____

13. Have you, a family member, or close friend ever been treated unfairly by an employer or supervisor?
    ☐ Yes, self      ☐ Yes, family/friend      ☐ Yes, both      ☐ No

    IF YES, please explain:_____

14. Have you or your spouse ever owned a business?
    ☐ Yes   ☐ No

    IF YES, please explain the nature of your business and whether or not it was successful.
    _____
    _____

15. Have you or anyone close to you ever sued, or been sued, in any type of lawsuit?
    ☐ Yes, self   ☐ Yes, family/friend   ☐ Yes, both   ☐ No

    IF YOU INDICATED "YES", please explain:_____
    _____
    _____

16. Have you ever previously served on a jury?
    ☐ Yes   ☐ No

    IF YES, what type(s) of case did you hear?   ☐ Civil   ☐ Criminal
    IF YES, did you serve as a foreperson?       ☐ Yes    ☐ No
    IF YES, did the jury reach a verdict?        ☐ Yes    ☐ No

17. Have you, a close friend or family member ever applied for a copyright or patent?
    ☐ Yes, self   ☐ Yes, family/friend   ☐ Yes, both   ☐ No

    IF YOU INDICATED "YES", please explain:_____
    _____
    _____
    _____

18. Have you, a close friend or a family member ever been employed for a company that had protected proprietary information or "trade secrets?"
    ☐ Yes   ☐ No

    IF YOU INDICATED "YES", please explain:_____
    _____
    _____

19. Have you, a close friend or a family member had any experience with protected, proprietary information or "trade secrets?"
    ☐ Yes        ☐ No

    IF YOU INDICATED "YES", please explain: _____

    _____

    _____

20. Are you familiar with a company called Mattel?
    ☐ Yes  ☐ No

    IF YES, describe the nature and extent of your familiarity? _____

    _____

    IF YES, what is your opinion of Mattel?
    ☐ Positive
    ☐ Negative
    ☐ Neutral

    Please explain why you have that opinion: _____

    _____

21. Have you, or anyone you know, ever worked for Mattel?
    ☐ Yes        ☐ No

    IF YOU INDICATED "YES", please explain: _____

    _____

    _____

    _____

22. Are you familiar with Mattel products?
    ☐ Yes        ☐ No

    IF YES, which ones? _____

    IF YES, what is your opinion of them?
    ☐ Positive
    ☐ Negative
    ☐ Neutral

    Do you buy Mattel products?
    ☐ Yes        ☐ No

6

7975/3236785.2

    IF YES, which ones?_____

    IF YES, are/were you satisfied with your purchase?
    ☐ Satisfied      ☐ Unsatisfied

23. Have you, a close friend or family member ever bought or collected Barbie dolls?
    ☐ Yes      ☐ No

    IF YES, please describe your level of interest in Barbie:
    ☐ Extreme    ☐ Occasional
    ☐ Average    ☐ Disinterest, but my children love her
    ☐ No interest

24. Are you familiar with a company called MGA Entertainment?
    ☐ Yes ☐ No

    IF YES, describe the nature and extent of your familiarity?_____
    _____

    IF YES, what is your opinion of MGA Entertainment?
    ☐ Positive
    ☐ Negative
    ☐ Neutral

    Please explain why you have that opinion:_____
    _____

25. Have you, or anyone you know, ever worked for MGA Entertainment?
    ☐ Yes      ☐ No

    IF YOU INDICATED "YES", please explain:_____
    _____
    _____

26. Have you, a close friend or family member ever bought or collected Bratz dolls?
    ☐ Yes      ☐ No

    IF YES, please describe your level of interest in Bratz:
    ☐ Extreme    ☐ Occasional
    ☐ Average    ☐ Disinterest, but my children love them
    ☐ No interest

7

27. Are you aware of any publicity surrounding any lawsuit or dispute between Mattel and MGA?

   ☐ Yes        ☐ No

   IF YES, please describe the nature and extent of your awareness: _____
   _____
   _____

28. Do you know any other person called for jury duty this week?
    ☐ Yes        ☐ No

    IF YES: Please describe who you know and the nature of the relationship.
    _____

29. Attached is a list of law firms representing the parties in this case, attorneys in this case, and persons who are potential witnesses in this case. If you know, or think you know, any of the persons listed please check the space next to their name.

### *[Insert List Here]*

30. This trial is anticipated to take approximately __ weeks. Would this cause you any financial hardship, problems or concerns?
    ☐ Yes        ☐ No

    IF YES, please indicate reason(s). _____
    _____
    _____

31. Is there anything else you think the Court and parties in this dispute should know about you that would affect your ability to be a fair and impartial juror?
    ☐ Yes        ☐ No

    IF YES, please describe: _____
    _____
    _____

7975/3236785.2

PLEASE SIGN YOUR NAME:_____

*Thank you for your participation.*

> Before returning this questionnaire to the Court, please check to see that you have answered all the questions.