MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Tel: (415) 773-5700/Fax: (415) 773-5759

Attorneys for MGA Parties

John B. Quinn (State Bar No. 090378)
johnquinn@quinnemanuel.com
Michael T. Zeller (State Bar No. 196417)
michaelzeller@quinnemanuel.com
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA  90017-2543
Tel. (213) 629-2020/Fax: (213) 612-2499

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | Case No.  CV 04-9049-DOC (RNBx) |
| Plaintiff, | Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727 |
| v. | |
| MATTEL, INC., a Delaware corporation, | Honorable David O. Carter |
| Defendant. | **JOINT REPORT CONCERNING DEPOSITION SCHEDULE** |
| AND CONSOLIDATED ACTIONS | |

1   MGA Entertainment, Inc. and Isaac Larian (collectively, the "MGA
2   Parties") and Mattel, Inc. ("Mattel"), by and through their respective counsel of
3   record, hereby provide the Court with a joint report reflecting a deposition schedule
4   for witnesses previously identified by the parties.  The schedule is attached as
5   Exhibit A.
6   There are a few additional witnesses from the original list of 25 which
7   each party continues to attempt to schedule, and diligent efforts are continuing.
8   Each party reserves the right to identify different witnesses within the
9   limitations described by the Court.

Dated: December 16, 2009            ORRICK, HERRINGTON & SUTCLIFFE LLP

 /s/  Thomas S. McConville
Thomas S. McConville
Attorneys for MGA Parties

Dated: December 16, 2009            QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

 /s/  Michael T. Zeller
Michael T. Zeller
Attorneys for Mattel, Inc.