QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  michaelzeller@quinnemanuel.com
  Jon D. Corey (Bar No. 185066)
  joncorey@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>**APPLICATION TO FILE UNDER SEAL:**<br><br>**MATTEL, INC.'S OBJECTIONS TO CERTAIN PORTIONS OF DISCOVERY MATTER ORDER NO. 87 AND APPENDIX OF MGA PRIVILEGE LOG ENTRIES**<br><br>[Proposed Order Filed Concurrently Herewith]<br><br>**Phase 2**<br>Discovery Cut-off: TBD<br>Pre-trial Conference: TBD<br>Trial Date: TBD |

## Application to File Under Seal

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal its Objections to Certain Portions of Discovery Matter Order No. 87 and an Appendix of MGA Privilege Log Entries.

Mattel's Objections and Appendix discuss and quote material that the MGA Parties have designated as "Confidential" or "Confidential—Attorneys' Eyes Only." Subject to the Court's approval, the MGA Parties, through lead counsel, have agreed to the filing of these materials under seal. Therefore, Mattel requests that the Court order that the these materials be filed under seal.

In the alternative, Mattel requests that the Court order the materials filed as part of the public record.

DATED: December 10, 2009    QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ B. Dylan Proctor
B. Dylan Proctor
Attorneys for Mattel, Inc.