1 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
2 | johnquinn@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
3 | michaelzeller@quinnemanuel.com
Jon D. Corey (Bar No. 185066)
4 | joncorey@quinnemanuel.com
865 South Figueroa Street, 10th Floor
5 | Los Angeles, California 90017-2543
Telephone: (213) 443-3000
6 | Facsimile: (213) 443-3100

7 | Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727 |
| Plaintiff, | |
| vs. | Hon. David O. Carter |
| MGA ENTERTAINMENT, INC., a California corporation, et al., | [PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL: |
| Defendants. | MATTEL INC.'S OBJECTIONS TO CERTAIN PORTIONS OF DISCOVERY MATTER ORDER NO. 87 AND APPENDIX OF MGA PRIVILEGE LOG ENTRIES |
| AND CONSOLIDATED ACTIONS | |
| | **Phase 2**<br>Discovery Cut-off: TBD<br>Pre-trial Conference: TBD<br>Trial Date: TBD |

ORIGINAL

00505.07975/3238635.1

[PROPOSED] ORDER

## [PROPOSED] ORDER

Based on the concurrently filed Application to File Under Seal Mattel, Inc.'s Objections to Certain Portions of Discovery Matter Order No. 87 and Appendix of MGA Privilege Log Entries, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that:

Mattel, Inc.'s Objections to Certain Portions of Discovery Matter Order No. 87 and Appendix of MGA Privilege Log Entries are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: December 14, 2009

_David O. Carter_
Hon. David O. Carter
United States District Judge