# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No.   CV 04-9049 DOC(RNBx)                                        Date: December 17, 2009

Title: CARTER BRYANT V. MATTEL, INC.

---

DOCKET ENTRY
 [I hereby certify that this document was served by first class mail or Government messenger service, postage prepaid, to all counsel (or parties) at their respective most recent address of record in this action on this date.]
                                                     Date:_____  Deputy Clerk: _____

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Kristee Hopkins | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS: ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                                                           NONE PRESENT

---

PROCEEDING (IN CHAMBERS): ORDER RE:HEARING BEFORE ELECTRONIC DISCOVERY SPECIAL MASTER

The parties are instructed that the previously scheduled hearing before Electronic Discovery Special Master James L. Smith will be held at 600 West Santa Ana Blvd., Suite 910, Santa Ana, CA 92701 on Friday December 18, 2009 at 1:00 p.m.

The Clerk shall serve this minute order on all parties to the action.