**SCHEPER KIM & OVERLAND LLP**
DAVID C. SCHEPER (State Bar No. 120174)
dscheper@scheperkim.com
MARK E. OVERLAND (State Bar No. 38375)
moverland@scheperkim.com
ALEXANDER H. COTE (State Bar No. 211558)
acote@scheperkim.com
601 West Fifth Street, 12th Floor
Los Angeles, CA 90071-2025
Telephone: (213) 613-4655
Facsimile:  (213) 613-4656

**Attorneys for**
**Carlos Gustavo Machado Gomez**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MATTEL, INC.,<br><br>　　　　Defendant.<br><br>AND CONSOLIDATED CASES | CASE NO. 04-9049 DOC (RNBx)<br><br>Consolidated with CV 04-9059 and CV 05-2727<br><br>**CARLOS GUSTAVO MACHADO GOMEZ'S NOTICE OF JOINDER IN MGA PARTIES' PROPOSED DRAFT JUROR QUESTIONNAIRE**<br><br>**Phase 2**<br><br>Judge: Hon. David O. Carter |

1. Carlos Gustavo Machado Gomez hereby joins in the MGA Parties' Proposed Draft Juror Questionnaire, submitted pursuant to the Court's Order of December 7, 2009, on the ground that the proposed questionnaire is equally applicable to Mr. Machado.

DATED: December 17, 2009          Respectfully submitted,

SCHEPER KIM & OVERLAND LLP
DAVID C. SCHEPER
MARK E. OVERLAND
ALEXANDER H. COTE


By:   /s/
      Alexander H. Cote
      Attorneys for
      Carlos Gustavo Machado Gomez

Joinder in 12-16-09 Juror Questionnaire.doc          1