1    Hon. James L. Smith (Ret.)
     JAMS
2    500 N. State College Blvd.
     Suite 600
3    Orange, CA  92868
     Telephone: (714) 939-1300
4    Fax: (714) 939-8710

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC 1 7 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

5

6

7              UNITED STATES DISTRICT COURT

8     CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

9

10

11   CARTER BRYANT,                    )  Case No. CV 04-9049 DOC (RNBx)
                                       )
12              Plaintiff(s),          )  Consolidated with Case Nos. CV 04-09059 and
                                       )  CV 05-02727
13        vs.                          )
                                       )  **REPORT AND RECOMMENDATION OF**
14   MATTEL, INC.,                     )
                                       )  **ELECTRONIC DISCOVERY SPECIAL**
15              Defendant(s).          )
                                       )  **MASTER**
16   _____   )
                                       )  AND ORDER
17                                     )
                                       )
18                                     )
                                       )
19                                     )
                                       )
20                                     )
                                       )
21

22
     The undersigned having been appointed Special Master to hear and submit reports and
23
     recommendations to the Court regarding electronic discovery issues hereby submits the
24
     following Report and Recommendation.
25

26

27

28

                                        1

# REPORT

All parties have entered into a Court-approved stipulations regarding the retention of an electronic discovery forensic consultant (Consultant) to serve as a neutral expert pursuant to Federal Rules of Evidence § 706 (FRE 706). Having been assigned this task by the Court the Special Master has selected International Litigation Services (ILS) to serve in that capacity. The individual principal/employees of ILS who will provide services pursuant to this appointment are Joseph Thorpe (Thorpe) and Gene R. Cioni (Cioni).

The scope of the services to be rendered will include consultation and support for the Court and the Special Master regarding electronic discovery issues presented by the parties. In addition, after being authorized by the Court to do so, the Consultant may be called upon to conduct a forensic examination of certain hard drives and other electronic media. The scope of any such forensic examination shall be determined by the Court on recommendation by the Special Master. ILS, Thorpe and Cioni will be provided with a copy of this Report and Recommendation and the Order contained herein if approved by the Court. The Consultant will be required to file with the Court a written consent to act in the capacity indicated.

Any written reports or findings submitted by the Consultant to the Special Master shall be filed with Court and served on the parties. The Consultant will be required to appear for deposition by any party at such time and place as shall be approved by the Court.

As compensation for services rendered Thorpe and Cioni will receive $350.00/hour. ILS employees providing assistance to Thorpe and/or Cioni in the nature of forensic services shall be compensated at a lesser rate approved by the Special Master.

To facilitate payment of the Consultant's fees the Court has ordered that two funds be established in the amounts of $10,000.00 (Consultant Funds) to be held by Mattel, Inc. and MGA Entertainment, Inc. respectively. Each party shall deposit $10,000.00 to the respective Consultant Fund on or before December 17, 2010. Additional deposits in each Consultant Fund shall be made at such times and in such amounts as may be ordered by the Court.

The Special Master shall receive and review Consultant's statements for services rendered and submit to the Court a report and recommendation regarding payment from the Consultant Fund

**December 17, 2009, REPORT AND RECOMMENDATION OF SPECIAL MASTER (E-Discovery)**

1   for such services.  The Court may, at its discretion, assign to the Special Master the authority to

2   authorize such payments directly and notify counsel for the parties of any such payments.  The

3   fees paid to the Consultant shall be charged in a like manner as other costs in this action.

4

5                         RECOMMENDATION

6       The Report of Special Master contained herein is accepted and approved.

7       1. Conditioned upon filing with the Court a written consent to serve, International

8   Litigation Services, Joseph Thorpe and Gene R Cioni are appointed pursuant to FRE 706 to

9   serve as Court-appointed expert witnesses regarding electronic discovery issues.  Any services

10   provided in this capacity shall be with prior authorization of the Special Master.

11       2. Thorpe and Cioni shall be compensated for their authorized services at the rate of

12   $350.00/hour.  Statements indicating the work performed, the time expended, and the charges

13   incurred shall be submitted to the Special Master for processing and payment as provided below.

14       3. Mattel, Inc. and MGA Entertainment, Inc. shall each deposit forthwith $10,000.00 into

15   a Consultant Fund to be held in trust by Mattel, Inc. and MGA Entertainment, Inc. respectively.

16   Disbursements from the two Consultant Funds shall be made at such times and in such amounts

17   as shall be ordered by the Court.  The Court reserves discretion to delegate to the Special Master

18   the right to authorize such payments.

19

20   Date:  December 17, 2009

21                          James L. Smith
                              Discovery Referee

22   **IT IS SO ORDERED**.

23   Date: December 17, 2009

24                                Hon. David O. Carter

25                                Federal District Court Judge

26

27

28

**December 17, 2009, REPORT AND RECOMMENDATION OF
SPECIAL MASTER (E-Discovery)**