# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No. CV 04-9049 DOC (RNBx)                                   Date: December 18, 2009

Title: CARTER BRYANT v. MATTEL, INC.

---

**DOCKET ENTRY**
[I hereby certify that this document was served by first class mail or Government messenger service, postage prepaid, to all counsel (or parties) at their respective most recent address of record in this action on this date.]
                                                        Date:_____   Deputy Clerk:_____

---

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Kristee Hopkins | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS: ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                                           NONE PRESENT

---

PROCEEDING (IN CHAMBERS): ORDER RE SCHEDULING

The Court hereby ORDERS as follows:

(1) The parties are excused from the previously scheduled hearing on December 18, 2009 before this Court. This Court further instructs counsel and the parties to have a Happy Holiday. Enjoy your holiday season and get plenty of rest.

(2) The parties and their lead counsel are ordered to attend a Status Conference before the Court on January 4, 2010 at 8:00 a.m. with a completed Deposition Schedule.

(3) The Special Discovery Master is instructed not to attend the previously scheduled hearing before the Electronic Discovery Special Master on December 18, 2009 at 1:00 p.m.

The Clerk shall serve this minute order on all parties to the action.

Initials