| | |
|---|---|
| 1 | Robert C. O'Brien (SBN 154372) |
| 2 | ARENT FOX LLP<br>555 West Fifth Street, 48th Floor |
| 3 | Los Angeles, CA  90013-1065<br>Telephone:  213.629.7400 |
| 4 | Facsimile:   213.629.7401<br>obrien.robert@arentfox.com |
| 5 | Discovery Master |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>        Defendant. | Case No.  CV 04-09049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-2727<br><br>**PHASE 2 DISCOVERY MATTER**<br><br>**ORDER NO. 74, REGARDING:**<br><br>**HEARING DATE FOR DISCOVERY MATTERS** |
| CONSOLIDATED WITH<br>MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | |

1    The following discovery motions are set for hearing on November 16, 2009

2 at 10:00 a.m. at the offices of Arent Fox LLP:

3    1.    Motion to Compel Mattel, Inc.'s Further Responses to Second Set of

4 Phase 1 Interrogatories, Interrogatory Nos. 20 through 23 and 28 filed by MGA

5 Entertainment, Inc. on or about September 18, 2009.

6    2.    Motion to Compel Mattel, Inc.'s Responses to MGA de Mexico S.R.L.

7 de C.V.'s First Set of Phase 2 Interrogatories, Interrogatory Nos. 1 through 11 and

8 MGA Entertainment HK, Ltd.'s First Set of Phase 2 Interrogatories, Interrogatory

9 Nos. 1 through 25 filed by MGA de Mexico S.R.L. de C.V. and MGA

10 Entertainment HK, Ltd. on or about September 18, 2009.

11    3.    Motion for Clarification and/or Partial Reconsideration of Order No.

12 51 Regarding the Production of Attorney Fee Information filed on or about

13 September 18, 2009 by non-party Bingham McCutchen LLP.

15 Dated: November 3, 2009

17                    By:    /s/ Robert C. O'Brien
18                         ROBERT C. O'BRIEN
                           Discovery Master