Robert C. O'Brien (SBN 154372)
ARENT FOX LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065
Telephone: 213.629.7400
Facsimile: 213.629.7401
obrien.robert@arentfox.com

Discovery Master

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant. | Case No. CV 04-09049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-2727<br><br>**PHASE 2 DISCOVERY MATTER ORDER NO. 75, REGARDING:**<br><br>**THE DEPOSITION OF YOON JUNG KIM AKA SUSAN JUNG KIM** |
| CONSOLIDATED WITH MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | |

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

LA/205986.1

ORDER NO. 75
[Case No. CV 04-09049 DOC (RNBx)]

1    Based on the concurrently filed Stipulation Re Deposition of Yoon Jung Kim
2    aka Susan Jung Kim, it is hereby **ORDERED** that the deposition of Yoon Jung
3    Kim aka Susan Jung Kim, which is currently scheduled for November 11, 2009, is
4    hereby rescheduled for January 18, 2010.

6    Dated:  November 5, 2009

8                                              By:      /s/ Robert C. O'Brien
9                                                       ROBERT C. O'BRIEN
                                                        Discovery Master

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

LA/205986.1

- 2 -

ORDER NO. 75
[Case No. CV 04-09049 DOC (RNBx)]