1 Robert C. O'Brien (SBN 154372)
ARENT FOX LLP
2 555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065
3 Telephone: 213.629.7400
Facsimile: 213.629.7401
4 obrien.robert@arentfox.com

5 Discovery Master

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| CARTER BRYANT, an individual, | Case No. CV 04-09049 DOC (RNBx) |
|---|---|
| Plaintiff, | |
| v. | Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-2727 |
| MATTEL, INC., a Delaware corporation, | **PHASE 2 DISCOVERY MATTER** |
| Defendant. | **ORDER NO. 78, REGARDING:** |
| | **BRIEFING SCHEDULE ON PENDING MOTIONS** |
| CONSOLIDATED WITH MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | |

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

ORDER NO. 78
[Case No. CV 04-09049 DOC (RNBx)]

The Discovery Master hereby sets the following hearing schedule for the discovery motions referenced below, which will be held at Arent Fox LLP, 555 West Fifth Street, Suite 4800, Los Angeles, California 90013 on the following dates:

**December 3, 2009 at 10:00 a.m.[1]**

| | | |
|---|---|---|
| 1. | Mattel, Inc.'s Motion to Enforce, to Compel and for Sanctions *re:* the MGA Defendants' Affirmative Defenses | Docket No. 6942 |
| 2. | Mattel, Inc.'s Motion to Compel *In Camera* Review of Improperly Withheld Non-Legal Larian Communications | Docket No. 6922 |
| 3. | Mattel, Inc.'s Motion to Compel Production and/or *In Camera* Review of Non-Privileged Communications of Unsupervised Paralegals Improperly Withheld on MGA's Privilege Log | Docket No. 7105 |
| 4. | MGA's Cross-Motion for a Protective Order | Docket No. 7120 |
| 5. | Mattel, Inc.'s Motion to Compel Production and/or *In Camera* Review of Documents Improperly Withheld on Omni 808's Privilege Log | Docket No. 7022 |

**December 10, 2009 at 10:00 a.m.**

| | | |
|---|---|---|
| 1. | MGA Entertainments, Inc.'s Motion to Compel Further Responses to MGA's Requests for Production of Documents | Docket No. 6816 |
| 2. | MGA's Motion to Compel Mattel's Attendance at 30(b)(6) Deposition and for Sanctions | Docket No. 7087 |
| 3. | Mattel's Motion to Strike the MGA Parties' General Objections re Jurisdiction and for Reconsideration of Portions of Order No. 70 | Docket No. 7075 |

---

[1] It is the Discovery Master's understanding that MGA has withdrawn MGA Entertainment, Inc.'s Motion to Confirm or Compel Compliance with the Discovery Master's May 22, 2007 Order Compelling Production of Documents and for Sanctions (Docket No. 7056), which would otherwise be set for hearing on December 3, 2009. If the foregoing is not the case, MGA is requested to notify the Discovery Master promptly.

| | | | |
|---|---|---|---|
| 4. | Mattel, Inc.'s Motion for An Order Enforcing Discovery Master Order No. 66 and Compelling MGA and Larian to Respond to Requests for Admission | | Docket No. 7094 |
| 5. | Mattel, Inc.'s Motion to Enforce Compliance With Discovery Order No. 52 | | Docket No. 7181 |

Dated: November 14, 2009

By: /s/ Robert C. O'Brien
ROBERT C. O'BRIEN
Discovery Master