Robert C. O'Brien (SBN 154372)
ARENT FOX LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA  90013-1065
Telephone:  213.629.7400
Facsimile:   213.629.7401
obrien.robert@arentfox.com

Discovery Master

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>        Defendant.<br><br>CONSOLIDATED WITH MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | Case No.  CV 04-09049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-2727<br><br>**PHASE 2 DISCOVERY MATTER**<br><br>**ORDER NO. 80, REGARDING:**<br><br>**INFORMATION TO BE SUBMITTED BY THE PARTIES IN CONNECTION WITH MGA ENTERTAINMENT, INC.'S MOTION TO COMPEL FURTHER RESPONSES TO REQUESTS FOR PRODUCTION OF DOCUMENTS (CURRENTLY SET FOR HEARING ON DECEMBER 10, 2009)** |

1  Having completed a preliminary analysis of the motion of MGA Entertainment, Inc. ("MGA") to compel further responses to approximately 920 requests for production (the "Motion") currently set for hearing on December 10, 2009, I note that each party has provided conflicting information regarding the scope of the dispute, such that clarification is necessary to enable me to promptly and efficiently adjudicate the Motion.

Among other things, MGA lists 918 requests for production ("Requests") in its Notice of Motion, but then refers to "approximately" 948 Requests in its Reply. (Reply, p. 1). For its part, Mattel claims that 921 requests are at issue (Opposition, p. 1). Further, Mattel claims that it has agreed to comply with 485 of the Requests, but then identifies only 421 such Requests by number (Opposition, pp. 11 – 12).

Rather than wait until the hearing to ask the parties to address these issues, I hereby **ORDER** that the parties provide me with a Joint Statement by December 2, 2009 containing the following information:

1. The total number of Requests in dispute (or, if the parties are unable to agree, the total number of Requests each party contends to be in dispute);

2. A list of the Requests in dispute (identified individually by number);

3. The total number of Requests which Mattel claims to be duplicative;

4. A list (identified individually by number) of the Requests which Mattel claims to be duplicative, together with the corresponding prior request which is supposedly the same (e.g., "Set ___, Request No. ___ is duplicative of Set ___, Request No. ___");

5. The total number of Requests with which Mattel has agreed to comply, in whole or in part;

6. A list (identified individually by number) of the Requests with which Mattel has agreed to comply, in whole or in part;

7. The total number of Requests as to which Mattel has asserted only objections, without any statement of compliance; and

1      8.    A list (identified individually by number) of the Requests as to which Mattel has asserted only objections, without any statement of compliance.

    The Joint Statement shall be signed by counsel for both parties, who are hereby **ORDERED** to meet and confer in person to prepare the same. Nothing in this Order shall be construed as inviting or permitting any further or supplemental briefing, or the filing of any paper other than the Joint Statement, regarding the Motion.

Dated:    November 23, 2009

By:    /s/ Robert C. O'Brien
ROBERT C. O'BRIEN
Discovery Master

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

- 2 -

ORDER NO. 80
[Case No. CV 04-09049 DOC (RNBx)]