1   Robert C. O'Brien (SBN 154372)
    ARENT FOX LLP
2   555 West Fifth Street, 48th Floor
    Los Angeles, CA  90013-1065
3   Telephone:  213.629.7400
    Facsimile:   213.629.7401
4   obrien.robert@arentfox.com

5   Discovery Master

6

7

8                   UNITED STATES DISTRICT COURT

9                 CENTRAL DISTRICT OF CALIFORNIA

10                      SOUTHERN DIVISION

11

12   CARTER BRYANT, an individual,          Case No.  CV 04-09049 DOC (RNBx)

13              Plaintiff,

                                            Consolidated with
14        v.                                Case No. CV 04-09059
                                            Case No. CV 05-2727
15   MATTEL, INC., a Delaware
     corporation,                           **PHASE 2 DISCOVERY MATTER**
16
                Defendant.                  **ORDER NO. 82, REGARDING:**
17
                                               **HEARING DATE FOR CROSS-**
18                                             **MOTION**

19

20

21   CONSOLIDATED WITH
     MATTEL, INC. v. BRYANT and
22   MGA ENTERTAINMENT, INC. v.
     MATTEL, INC.

23

24

25

26

27

28

ARENT FOX LLP                                          ORDER NO. 82
ATTORNEYS AT LAW                          [Case No. CV 04-09049 DOC (RNBx)]
LOS ANGELES

1    The following discovery matter is set for hearing on December 10, 2009 at

2    10:00 a.m. at the offices of Arent Fox LLP:  The Cross-Motion To Strike All

3    General Objections Asserted By Mattel, Inc. filed by MGA Entertainment, Inc. on

4    or about November 13, 2009 [Docket No. 7224].

5

6    Dated:          November 23, 2009

7

8                                             By:     /s/ Robert C. O'Brien
                                                      ROBERT C. O'BRIEN
9                                                     Discovery Master

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28