Robert C. O'Brien (SBN 154372)
ARENT FOX LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065
Telephone: 213.629.7400
Facsimile: 213.629.7401
obrien.robert@arentfox.com

Discovery Master

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>CONSOLIDATED WITH MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | Case No. CV 04-09049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-2727<br><br>**PHASE 2 DISCOVERY MATTER**<br><br>**ORDER NO. 86, REGARDING:**<br>**(1) WITHDRAWN MOTIONS;**<br>**(2) THE TRANSFER OF ONE DISCOVERY MATTER;**<br>**(3) HEARING SCHEDULE FOR DECEMBER 10, 2009; and**<br>**(4) THE SCHEDULE FOR REVIEWING THE PARTIES' REVISED PRIVILEGE LOGS** |

## I. MOTIONS WITHDRAWN BY THE PARTIES

### A. Motions Withdrawn At The December 3, 2009 Hearing

Pursuant to the parties' representation at today's hearing, the following motions were withdrawn without prejudice:

1. Docket No. 7048: Mattel, Inc.'s Motion to Enforce, to Compel and for Sanctions re: the MGA Defendants' Affirmative Defenses.

2. Docket No. 6922: Mattel, Inc.'s Motion to Compel *In Camera* Review of Improperly Withheld Non-Legal Larian Communications.

3. Docket No. 7105: Mattel, Inc.'s Motion to Compel Production and/or *In Camera* Review of Non-Privileged Communications of Unsupervised Paralegals Improperly Withheld on MGA's Privilege Log.

4. Docket No. 7127: MGA's Cross-Motion for a Protective Order.

### B. Motions Withdrawn Prior To December 3, 2009

The parties also previously represented that the following motions have been withdrawn or resolved by agreement:

1. Docket No. 7075: Mattel's Motion to Strike the MGA Parties' General Objections re Jurisdiction and for Reconsideration of Portions of Order No. 70.

2. Docket No. 7224: MGA Entertainment, Inc.'s Cross-Motion To Strike All General Objections Asserted By Mattel, Inc.

## II. THE TRANSFER OF ONE DISCOVERY MATTER

Mattel's Motion to Enforce Compliance with Discovery Order No. 52 (i.e., Docket No. 7181) has been transferred to The Honorable James Smith. The parties will receive notice from Judge Smith regarding the date and time for the hearing. All files and pleadings related to the motion will be sent by the Discovery Master to Judge Smith within the next twenty-four hours.

## III. THE HEARING SCHEDULE FOR DECEMBER 10, 2009

In light of the foregoing, the only matter that remains to be heard on

December 10, 2009 is MGA Entertainment, Inc.'s Motion to Compel Further Responses to MGA's Request for Production of Documents (i.e., Docket No. 6816).

## IV. SCHEDULE FOR REVIEWING THE REVISED PRIVILEGE LOGS TO BE SUBMITTED BY MATTEL AND THE MGA PARTIES

The following schedule is ordered concerning the parties' respective privilege logs and motions relating thereto:

1. The parties shall exchange all privileged logs mandated by Order No. 73 on or before December 21, 2009.

2. The parties shall meet and confer regarding any disputed issues concerning the revised privilege on or before January 7, 2010.

3. Each party that takes issue with one or more of its adversary's privilege log entries shall provide the Discovery Master with a highlighted spreadsheet that identifies the entries it wishes to have reviewed by 5:00 p.m. on January 10, 2010.

4. A hearing regarding any disputed issues concerning the parties' privilege logs will take place at the office of Arent Fox LLP on January 11, 2010 at 10:00 a.m. Either party may request that the location of the hearing be moved to Orange County by notifying the Discovery Master no later than January 7, 2010.

5. The parties shall have each privileged document that is disputed available to be produced to the Discovery Master at the conclusion of the hearing on January 11, 2010.

Dated: December 3, 2009

By: /s/ Robert C. O'Brien
ROBERT C. O'BRIEN
Discovery Master