1

Robert C. O'Brien (SBN 154372)
ARENT FOX LLP

2

555 West Fifth Street, 48th Floor
Los Angeles, CA  90013-1065

3

Telephone:   213.629.7400
Facsimile:    213.629.7401

4

obrien.robert@arentfox.com

5

Discovery Master

6

7

8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10

SOUTHERN DIVISION

11

12

CARTER BRYANT, an individual,

Case No.  CV 04-09049 DOC (RNBx)

13

Plaintiff,

Consolidated with
Case No. CV 04-09059

14

v.

Case No. CV 05-2727

15

MATTEL, INC., a Delaware corporation,

**PHASE 2 DISCOVERY MATTER AMENDMENT TO ORDER NO. 87, REGARDING *IN CAMERA* REVIEW PURSUANT TO ORDER NO. 33**

16

17

Defendant.

18

CONSOLIDATED WITH
MATTEL, INC. v. BRYANT and
MGA ENTERTAINMENT, INC. v.
MATTEL, INC.

19

20

21

22

23

24

25

26

27

28

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

AMENDMENT TO ORDER NO. 87
[Case No. CV 04-09049 DOC (RNBx)]

1     On December 8, 2009, counsel for the MGA Parties sought through two

2 separate e-mails clarification regarding two items contained in the Discovery

3 Master's Order No. 87.  In response to those requests for clarification, the following

4 amendments are hereby ORDERED as to the Discovery Master's Order No. 87:

5     On page 10, line 27 of Order No. 87, the text "Produce redacted as proposed

6 by the MGA Parties" is hereby amended to read "Produce 6, 7, and 8."

7     On page 14, line 11 of Order No. 87, the text "1 Jan. 30, 2008 Log" and its

8 accompanying footnote (footnote no. 1) are hereby deleted from Order No. 87.

9

10 Dated:  December 7, 2009

11

12     By:    /s/ Robert C. O'Brien
     ROBERT C. O'BRIEN
13     Discovery Master