MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building, 405 Howard Street
San Francisco, CA 94105
Tel. (415) 773-5700/ Fax: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Tel. (213) 629-2020/Fax: (213) 612-2499

THOMAS S. McCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049-DOC (RNBx)<br>Consolidated with: Case No. CV 04-9059 and Case No. CV 05-2727<br><br>Hon. David O. Carter<br><br>**DECLARATION OF L. KIERAN KIECKHEFER IN SUPPORT OF MGA'S OPPOSITION TO MATTEL, INC.'S OBJECTIONS TO DISCOVERY MATTER ORDER NO. 87**<br><br>Date:　　　　January 4, 2009<br>Time:　　　　8:30 a.m.<br>Courtroom: 9D<br><br>**Phase 2**<br>Discovery Cutoff:　June 1, 2010<br>Pretrial Conference: None Set<br>Trial Date:　　　　None Set |

OHS West:260798929.2

DEC. OF L. KIERAN KIECKHEFER ISO MGA'S OPP. TO
MATTEL'S OBJECTIONS TO DISCOVERY ORDER NO. 87
CV 04-09049 DOC (RNBx)

I, L. Kieran Kieckhefer, declare as follows:

1. I am an attorney at the law firm of Orrick, Herrington & Sutcliffe LLP, counsel of record for the MGA Parties in the above-captioned action. I am a member in good standing of the State Bar of California and am admitted to practice before this Court. I have personal knowledge of the facts set forth herein and if called as a witness, I could and would testify competently to such facts under oath.

2. I personally prepared the MGA document binders delivered to Discovery Master O'Brien for his *in camera* review of the documents at issue in Discovery Matter Order No. 87. I was assisted in this preparation by Cynthia Lock, another attorney at Orrick.

3. In assembling the binders, we mistakenly submitted entry number 577 from MGA's January 23, 2008 Privilege Log twice; once correctly labeled as entry number "577," and once incorrectly labeled as entry number "557."

4. We did not submit the actual entry number "557," the "Larian-O'Connor" email, for Discovery Master O'Brien's *in camera* review. MGA has previously produced the "Larian-O'Connor" email to Mattel.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 21st day of December, 2009, at Los Angeles, California.

       *s/ L. Kieran Kieckhefer*
       L. Kieran Kieckhefer