1  MELINDA HAAG (State Bar No. 132612)
   mhaag@orrick.com
2  ANNETTE L. HURST (State Bar No. 148738)
   ahurst@orrick.com
3  WARRINGTON S. PARKER III (State Bar No. 148003)
   wparker@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building, 405 Howard Street
5  San Francisco, CA 94105
   Tel. (415) 773-5700/ Fax: (415) 773-5759
6
   WILLIAM A. MOLINSKI (State Bar No. 145186)
7  wmolinski@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
8  777 South Figueroa Street, Suite 3200
   Los Angeles, CA  90017
9  Tel. (213) 629-2020/Fax: (213) 612-2499
10  THOMAS S. McCONVILLE (State Bar No. 155905)
    tmcconville@orrick.com
11  ORRICK, HERRINGTON & SUTCLIFFE LLP
    4 Park Plaza, Suite 1600
12  Irvine, CA 92614-2258
    Tel: (949) 567-6700/Fax: (949) 567-6710
13
    Attorneys for MGA Parties
14
15              UNITED STATES DISTRICT COURT
              CENTRAL DISTRICT OF CALIFORNIA
16                  SOUTHERN DIVISION

17  CARTER BRYANT, an individual,        Case No.  CV 04-9049-DOC (RNBx)
                                         Consolidated with: Case No. CV 04-9059
                Plaintiff,               and Case No. CV 05-2727
18
19         v.                            Hon. David O. Carter

20  MATTEL, INC., a Delaware             **[PROPOSED] ORDER OVERRULING
    corporation,                         MATTEL, INC.'S OBJECTIONS TO
21                                        DISCOVERY MATTER ORDER NO. 87**
                Defendant.
                                         Date:      January 4, 2009
22  ─────────────────────────────        Time:      8:30 a.m.
                                         Courtroom:  9D
23  AND CONSOLIDATED ACTIONS
24
25
26
27
28

# [PROPOSED] ORDER

The Court, having considered Mattel's Objections to Discovery Matter Order No. 87, it is HEREBY ORDERED that Mattel's Objections are OVERRULED.

It is so ORDERED.

Dated: _____, 2009

_____
Hon. David O. Carter
United States District Court Judge

- 1 -