James W. Spertus, Esq., State Bar No. 159825
Amanda R. Touchton, State Bar No. 220430
**LAW OFFICES OF JAMES W. SPERTUS**
1990 S. Bundy Drive, Suite 705
Los Angeles, California 90025
(310) 826-4700-Telephone
(310) 826-4711-Facsimile
jim@spertuslaw.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS. | CASE NO.  CV 04-09049 SGL (RNBx)<br><br>Consolidated with<br>CV 04-9059 and CV 05-2727<br><br>**NOTICE TO REMOVE ATTORNEY FROM SERVICE LIST** |

1  Please remove the Law Offices of James W. Spertus, James W. Spertus and
2  Leah C. Gershon from the service list for the above-entitled action.  We no longer
3  represent Carlos Gustavo Machado Gomez in this matter.

Dated:  December 22, 2009        **LAW OFFICES OF JAMES W. SPERTUS**


                                  By: /S/
                                      James W. Spertus, Esq.