# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No.   CV09-9049-DOC(RNBx) | Date   December 30, 2009 |
| Title   CARTER BRYANT v. MATTEL, INC. | |

Present: The Honorable    David O. Carter, U.S. District Judge

| Kristee Hopkins | NONE | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| NONE | NONE |

Proceedings:   (In Chambers)   ORDER CONTINUING STATUS CONFERENCE

    Court orders the Status Conference, presently set January 4, 2010, **CONTINUED** to **January 5, 2010, at 9:30 a.m.**

    The Clerk shall serve a copy of this minute order on counsel for all parties in this action.

                                                                           :   0

                                                  Initials of Preparer    kh