MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building, 405 Howard Street
San Francisco, CA 94105
Tel: (415) 773-5700/Fax: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Tel. (213) 629-2020/Fax: (213) 612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx)<br><br>Consolidated with:<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**[PROPOSED] ORDER GRANTING MGA PARTIES'** *EX PARTE* **APPLICATION FOR RELIEF AMENDING THE DECEMBER 7, 2009 MINUTE ORDER THEREBY EXCUSING THE IN PERSON ATTENDANCE OF PRINCIPALS IN COURT FROM JANUARY 9, 2010 THROUGH JANUARY 15, 2010** |

The Court, having considered MGA's *Ex Parte* Application for Relief to Excuse the Attendance of Isaac Larian on January 9, 2010 and the Declaration of Isaac Larian in support thereof, and having found good cause appearing, it is HEREBY ORDERED that the December 7, 2009 Minute Order is amended to change the required commencement date for attendance of the principals at MGA Entertainment, Inc. (Mr. Isaac Larian) and Mattel, Inc. (Mr. Robert Eckert) from January 9, 2010 to January 16, 2010.

It is so ORDERED.

Dated: _____, 20\_\_

Hon. David O. Carter
United States District Court Judge