1  MELINDA HAAG (State Bar No. 132612)
   mhaag@orrick.com
2  ANNETTE L. HURST (State Bar No. 148738)
   ahurst@orrick.com
3  WARRINGTON S. PARKER III (State Bar No. 148003)
   wparker@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building, 405 Howard Street
5  San Francisco, CA 94105
   Tel: (415) 773-5700/Fax: (415) 773-5759
6
   WILLIAM A. MOLINSKI (State Bar No. 145186)
7  wmolinski@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
8  777 South Figueroa Street, Suite 3200
   Los Angeles, CA  90017
9  Tel. (213) 629-2020/Fax: (213) 612-2499

10 THOMAS S. MCCONVILLE (State Bar No. 155905)
   tmcconville@orrick.com
11 ORRICK, HERRINGTON & SUTCLIFFE LLP
   4 Park Plaza, Suite 1600
12 Irvine, CA 92614-2258
   Tel: (949) 567-6700/Fax: (949) 567-6710

13 Attorneys for MGA Parties

14              UNITED STATES DISTRICT COURT

15              CENTRAL DISTRICT OF CALIFORNIA

16                  SOUTHERN DIVISION

17

18 | CARTER BRYANT, an individual | Case No. CV 04-9049 DOC (RNBx) |
19 | Plaintiff, | Consolidated with: Case No. CV 04-09059 |
20 | v. | Case No. CV 05-02727 |
21 | MATTEL, INC., a Delaware corporation, | **DECLARATION OF ISAAC LARIAN IN SUPPORT OF MGA PARTIES' *EX PARTE* APPLICATION FOR RELIEF** |
22 | Defendant. | **AMENDING THE DECEMBER 7, 2009 MINUTE ORDER THEREBY** |
23 |  | **EXCUSING THE IN PERSON** |
24 | AND CONSOLIDATED ACTIONS | **ATTENDANCE OF PRINCIPALS IN COURT FROM JANUARY 9, 2010** |
25 |  | **THROUGH JANUARY 15, 2010** |
26
27
28

I, Isaac Larian, declare as follows:

1.     I am the President and Chief Executive Officer of MGA Entertainment, Inc.  I make this declaration in support of the MGA Parties' *Ex Parte* Application.  Everything stated herein is true and correct of my own personal knowledge.

2.     I am currently scheduled to be out of the country to attend the customary meetings coinciding with the 2010 Hong Kong Toy and Games Fair ("HKTF"), from Sunday, January 3, 2010 through Friday, January 15, 2010.  I will be acting as MGA's chief sales representative and its head of design and costing during these critical first two weeks of January in Hong Kong.  As set out in greater detail below, it will be a tremendous hardship to MGA and a threat to its business existence if I am not able to attend the meetings surrounding HKTF during these first two weeks of January 2010.

3.     MGA's current product lines include the Little Tikes line of preschool products, as well as dolls Bratz, Moxie, B.F.C. Ink, Rescue Pets, and 4Ever products.  MGA's ability to manufacture, market and sell these products profitably during 2010 depends upon MGA's successful participation in the meetings surrounding the Hong Kong Toy Fair during the first two weeks of January.

4.     The HKTF is Asia's largest toy fair organized by the Hong Kong Trade Development Council and the second largest toy fair of its kind in the world. Every year in January, the toy industry comes together for its most critical series of business meetings of the calendar year in the week before and after the HKTF. Retailers, distributors and manufacturers from all over the world schedule their entire year's business activity based upon the meetings and business commitments made during the period surrounding HKTF.  The upcoming fair is scheduled for January 11 through 14, 2010.

5.     Coincident with the HKTF, companies such as MGA offer a private showing of their products, which is attended by all major retailers and distributors

- 2 -

DEC. OF ISAAC LARIAN MGA PARTIES' *EX PARTE*
APPL. FOR RELIEF AMENDING THE DEC. 7, 2009
MINUTE ORD; CV-04-9049 DOC (RNBx)

1   from around the world.  MGA and other manufacturers such as Mattel and Hasbro

2   run private showrooms in order to demonstrate their newly designed (and not yet

3   public) products.  Retailers and distributors will make their purchase decisions for

4   the Fall 2010 based upon these private showings and related negotiations.  The

5   private show by MGA during HKTF is scheduled to last from January 4 through

6   January 21, 2010.

7        6.       Participation in the private show and other meetings coinciding with

8   HKTF is of crucial importance to companies in the toy industry.  As noted, retailers

9   and distributors make their final product selection decisions for the fall of 2010—

10  the all important fourth quarter holiday selling season during which the vast

11  majority of toy sales are made in each calendar year.  In addition, MGA and other

12  toy manufacturers meet with toy factories from China to finalize fall 2010 product

13  design and product costings.  Every toy manufacturer, including Mattel and Hasbro,

14  sends representatives to Hong Kong during HKTF for this purpose.

15       7.       The Hong Kong International Licensing Show also is being held

16  concurrently with the HKTF in 2010.  Thus, this is also an important time for MGA

17  to maintain and build upon existing licensing arrangements and to explore new

18  licensing opportunities in the industry.

19       8.       During the weeks before and after the HKTF, beginning on January 4,

20  2010, vendors, customers, and potential customers of MGA worldwide including

21  major retailers in the United States as well as numerous retailers from all over the

22  world have scheduled dozens (if not hundreds) of meetings with MGA.  Each

23  retailer has several different buyers who view MGA's products depending upon

24  each buyer's area of expertise.  Thus, MGA representatives will meet three or four

25  times in person with different representatives of different retailers who are

26  responsible for purchasing different types of products.  These customers generally

27  dictate time slots to the MGA representatives, and MGA must accommodate its

28  customers in order to sell its products.  These meetings are constantly in flux

- 3 -

1    depending on the customers' schedules, and often more than two dozen meetings

2    are scheduled in a single day.  MGA must ensure that it sends enough senior

3    representatives to the HKTF in order to attend all of these meetings in order to sell

4    its products.

5          9.      I will be serving in two critical roles for MGA in connection with the

6    meetings surrounding HKTF.  I will be acting both as MGA's senior sales

7    representative, and as its head of design and costing.  Both of these roles require my

8    continuous presence in Hong Kong throughout the first two weeks of January,

9    attending literally dozens of meetings and working more than 14 hours per day.

10         10.     I had hoped that I would be able return to California in the middle of

11   HKTF in order to meet the Court's requirement of my attendance on January 9, but

12   circumstances have made it impossible for me to do so while maintaining MGA's

13   business.  In particular, this is because MGA's most recent Senior Vice President of

14   Sales, Larry Falcon, resigned in October 2009.  Since that time MGA has sought

15   diligently to replace Mr. Falcon, including throughout the last several weeks since

16   the Court first indicated that it would require my presence in Court on January 9.

17   In addition, MGA has lost numerous other senior executives and has laid off

18   hundreds of employees in the past year.  As a result, there are few executives left at

19   MGA to attend the meetings scheduled by customers during the HKTF, and I am

20   the only executive that is able to act as MGA's chief sales representative.  I had

21   hoped that we would be able to hire a replacement for Mr. Falcon well prior to

22   HKTF, thus making my continuous presence throughout the two week period

23   unnecessary and enabling me to be present on January 9.  Unfortunately, however,

24   MGA has not been able to do so.

25         11.     Moreover, in the meantime, all of our manufacturers have scheduled

26   the critical product design and costing meetings for the period of January 7 through

27   11.  These daily product design and product costing meetings are critical to MGA's

28   ability to manufacture its products in 2010.  MGA manufactures most of its

- 4 -

DEC. OF ISAAC LARIAN MGA PARTIES' *EX PARTE*
APPL. FOR RELIEF AMENDING THE DEC. 7, 2009
MINUTE ORD; CV-04-9049 DOC (RNBx)

1   products using contract manufacturers in China.  Each year, MGA strikes the key

2   business terms of these manufacturing contracts during HKTF.

3        12.   It is customary and culturally expected that negotiations with these

4   Chinese vendors take place in person, and I have attended these negotiations in

5   person in Hong Kong every year for at least the last decade.  This type of business

6   cannot be done over the telephone.  For years I have served as MGA's principal

7   representative for negotiating the costing associated with MGA's product designs,

8   including serving as the person with ultimate authority to approve any necessary

9   changes to those designs in order to meet costing goals that enable the company to

10  price its products attractively and to operate profitably.  No one else at MGA has

11  ever conducted these final negotiations, and there is no one at MGA to whom these

12  negotiations can be delegated.  I have developed and cultivated personal

13  relationships with vendors through these in-person meetings over many years, and

14  no other person has the experience and familiarity with the issues and vendors to be

15  as effective a negotiator on behalf of MGA.

16       13.   The period coincident with HKTF is the critical time to strike these

17  manufacturing deals because tooling begins immediately afterward and can take

18  several months to complete.  Most of China shuts down for business for several

19  weeks during the Chinese New Year in February.  The tooling must be completed

20  and manufacturing commence in April in order to meet sales goals throughout the

21  remainder of the year.  MGA cannot delay striking these deals with its

22  manufacturers, because if it does so, it will lose access to favorable pricing

23  agreements and to production capacity, thus potentially making it impossible to

24  manufacture its products at a cost that enables any profit.  Additionally, if MGA

25  cannot secure costing commitments during January, then it also cannot quote firm

26  prices to retailers for sale of these same products during the private showings in

27  January and immediately afterward.  I am directly responsible for the success of all

28  of these critical negotiations.

DEC. OF ISAAC LARIAN MGA PARTIES' *EX PARTE*
APPL. FOR RELIEF AMENDING THE DEC. 7, 2009
MINUTE ORD; CV-04-9049 DOC (RNBx)

14.    I am scheduled to fly to Hong Kong on January 3, 2010 (PST).  I have full days of meetings scheduled each day starting January 5, 2010, and through the weekend of January 9 and 10 leading up to and throughout the period of HKTF on January 11-14.  For example, on Friday and Saturday, January 8 and 9, 2010, I currently have a dozen private showings scheduled with toy retailers all over the world, including Smyths Toys, the biggest chain of toy stores in Ireland; Zellers, the second largest chain of toy stores in Canada; Walgreens; and Toys R Us Japan. In addition to those meetings with retailers, as noted above, I am meeting with our vendors and manufacturers throughout the period of January 7 through 11.  Because the flights each way between Los Angeles and Hong Kong are between fourteen and sixteen hours, not including time spent traveling to and from the airports and clearing customs, there is simply no way I can both attend these meetings and be present in Court on January 9.  I can be on the telephone with the Court during the scheduled appearance on January 9 (which will occur at night in Hong Kong), and MGA's General Counsel will have full authority and will attend in person to address any issues with the Court on behalf of MGA.

15.    Our private showings will continue until January 21, for a week after HKTF ends on January 14.  Nonetheless, I am scheduled to return by plane to Los Angeles on Friday, January 15, 2010.  I will be available to attend in person on Saturdays and after-hours hearings beginning on January 16, 2010.  I cancelled or refused a number of meetings scheduled for the week between January 14 and 21, and did my best within the constraints set out above to schedule the key retailer meetings so that I could return and be present in Court on the morning of January 16.  Additionally, I have cleared my calendar for a several day period beginning on January 18 so that I am available to resume my deposition at that time.

DEC. OF ISAAC LARIAN MGA PARTIES' *EX PARTE*
APPL. FOR RELIEF AMENDING THE DEC. 7, 2009
MINUTE ORD; CV-04-9049 DOC (RNBx)

1    16.   It would be a tremendous hardship to MGA if I am not able to attend

2  these critical business meetings scheduled in Hong Kong for the first two weeks of

3  January.

4    I declare under penalty of perjury under the laws of the United States that the

5  foregoing is true and correct. Executed this 31st day of December, 2009, at Van

6  Nuys, California.

7  By: _____

8         ISAAC LARIAN

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 7 -                    DEC. OF ISAAC LARIAN MGA PARTIES' EX PARTE
                         APPL. FOR RELIEF AMENDING THE DEC. 7, 2009
                         MINUTE ORD; CV-04-9049 DOC (RNBx)