MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building, 405 Howard Street
San Francisco, CA 94105
Tel: (415) 773-5700/Fax: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Tel. (213) 629-2020/Fax: (213) 612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx)<br><br>Consolidated with:<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**DECLARATION OF ANNETTE L. HURST IN SUPPORT OF MGA PARTIES'** ***EX PARTE*** **APPLICATION FOR RELIEF AMENDING THE DECEMBER 7, 2009 MINUTE ORDER THEREBY EXCUSING THE IN PERSON ATTENDANCE OF PRINCIPALS IN COURT FROM JANUARY 9, 2010 THROUGH JANUARY 15, 2010** |

1  I, Annette L. Hurst, declare as follows:

2  1.  I am a partner with Orrick, Herrington & Sutcliffe LLP, counsel for MGA Entertainment, Inc. ("MGAE"), MGA Entertainment HK, Ltd. ("MGA HK"), MGAE De Mexico, S.R.L. De C.V. ("MGAE Mexico"), and Isaac Larian (collectively the "MGA Parties").  I make this declaration in support of MGA Parties' *Ex Parte* Application.

3  2.  Per the Order of the Ninth Circuit issued on December 9 in the pending appeal in this action, MGA and Mattel attended a mediation session with Judge Tevrizian on Sunday, December 20, 2009.  The case did not settle.  Claudia Bernard, the head of the Ninth Circuit Mediation Program, asked the parties prior to the session to make a report afterward.

4  3.  After the session on December 20, the parties jointly agreed to make the following written report to Ms. Bernard, which I sent to her by e-mail copied to Mr. Zeller:  "The parties have agreed to state the following:  The parties attended a mediation session with Judge Tevrizian on Sunday, December 20th.  The case did not settle and no further sessions are scheduled at this time.  There does not appear to be any likelihood of settlement before the Court issues its opinion."

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 31st day of December, 2009, at San Francisco, California.

By: _____*/s/ Annette L. Hurst*_____
  ANNETTE L. HURST

- 2 -

DEC. OF ANNETTE HURST ISO MGA PARTIES' *EX PARTE* APPL. FOR RELIEF AMENDING THE DEC. 7, 2009 MINUTE ORDER; CV-04-9049 DOC (RNBX)