# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | |
|---|---|---|
| Case No.  CV09-9049-DOC(RNBx) | | Date  December 17, 2009 |
| Title  CARTER BRYANT v. MATTEL, INC. | | |

| Present: The Honorable | David O. Carter, U.S. District Judge | |
|---|---|---|
| Kristee Hopkins | Deborah Parker | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |

Proceedings:   STATUS CONFERENCE

    Status Conference held as reflected in the notes of the Official Court Reporter and incorporated herein for reference.

    :   15

Initials of Preparer   kh