FILED

NOT FOR PUBLICATION

JAN 06 2010

UNITED STATES COURT OF APPEALS

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>        Defendant-counter-claimant - Appellee,<br><br>  v.<br><br>MGA ENTERTAINMENT, INC.; MGA ENTERTAINMENT (HK) LIMITED, a Hong Kong Special Administrative Region business entity; ISAAC LARIAN, an individual,<br><br>        Counter-defendants - Appellants,<br><br>CARTER BRYANT, an individual,<br><br>        Plaintiff-counter-defendant,<br><br>CARLOS GUSTAVO MACHADO GOMEZ, an individual; MGAE DE MEXICO, S.R.L. DE C.V., a Mexico business entity,<br><br>        Counter-defendants,<br><br>ANNE WANG,<br><br>        Third-party-defendant, | No. 09-55673<br><br>D.C. No. 2:04-cv-09049-SGL-RNB<br><br>ORDER<br><br>RECEIVED<br>CLERK, U.S. DISTRICT COURT<br><br>JAN - 6 2010<br><br>CENTRAL DISTRICT OF CALIFORNIA<br>BY        DEPUTY |

page 2

| | |
|---|---|
| **OMNI 808 INVESTORS LLC,**<br><br>  Movant. | |
| **CARTER BRYANT**, an individual,<br><br>  Plaintiff-counter-defendant - Appellee, and<br><br>**MGA ENTERTAINMENT, INC.; MGA ENTERTAINMENT (HK) LIMITED,** a Hong Kong Special Administrative Region business entity; **ISAAC LARIAN**, an individual,<br><br>  Counter-defendants - Appellees<br><br>  v.<br><br>**MATTEL, INC.**, a Delaware corporation,<br><br>  Defendant-counter-claimant - Appellant,<br><br>**CARLOS GUSTAVO MACHADO GOMEZ**, an individual; **MGAE DE MEXICO, S.R.L. DE C.V.**, a Mexico business entity,<br><br>  Counter-defendants. | No. 09-55812<br><br>D.C. No. 2:04-cv-09049-SGL-RNB |

Before: **KOZINSKI**, Chief Judge, **TROTT** and **WARDLAW**, Circuit Judges.

MGA is ordered to file a response to Mattel's motion for reconsideration of stay order within seven days of the filing of this order.