**OVERLAND BORENSTEIN SCHEPER & KIM LLP**
MARK E. OVERLAND (State Bar No. 38375)
moverland@obsklaw.com
DAVID C. SCHEPER (State Bar No. 120174)
dscheper@obsklaw.com
ALEXANDER H. COTE (State Bar No. 211558)
acote@obsklaw.com
300 South Grand Avenue, Suite 2750
Los Angeles, CA  90071-3144
Telephone: (213) 613-4655
Facsimile:  (213) 613-4656

**Attorneys for
Carlos Gustavo Machado Gomez**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with CV 04-9059 and CV 05-2727 |
| v. | |
| MATTEL, INC, | **NOTICE OF LODGING OF [PROPOSED] ORDER DIRECTING TESTIMONY OF CARLOS GUSTAVO MACHADO GOMEZ** |
| Defendant. | |
| AND CONSOLIDATED CASES | Judge:  Hon. David O. Carter |

1 | Carlos Gustavo Machado Gomez hereby lodges the following document:
2 | [Proposed] Order Directing Testimony of Carlos Gustavo Machado Gomez.

DATED: January 13, 2010

Respectfully submitted,

SCHEPER KIM & OVERLAND LLP
MARK E. OVERLAND
DAVID C. SCHEPER
ALEXANDER H. COTE


By: _____/s/_____
Alexander H. Cote
Attorneys for Carlos Gustavo Machado Gomez

1