## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | |
|---|---|---|
| Case No.   CV04-9049-DOC(RNBx) | | Date   January 5, 2010 |
| Title   CARTER BRYANT v. MATTEL, INC. | | |

| Present: The Honorable | David O. Carter, U.S. District Judge | |
|---|---|---|
| Lori Anderson | Jane Sutton | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| John Quin<br>Michael Zeller | | Annette Hurst<br>Thomas McConville |

Proceedings:   STATUS CONFERENCE

The matter is called and counsel appear.  Court and counsel discuss deposition status.

The Courts sets a further Status Conference for January 9, 2010, at 8:00 a.m. and continues this matter to Tuesday, January 6, 2010, at 8:00am

:   44

Initials of Preparer   lma