## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   CV04-9049-DOC(RNBx)        Date    January 11, 2010

Title    CARTER BRYANT v. MATTEL, INC.

| Present: The Honorable | David O. Carter, U.S. District Judge | |
|---|---|---|
| Stephanie Mikhail | Deborah Parker | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| John Quin<br>Michael Zeller | | Annette Hurst<br>Thomas McConville |

Proceedings:   STATUS CONFERENCE

The matter is called and counsel appear. Court and counsel confer.

The Courts sets a further Status Conference for January 12, 2010, at 7:30 a.m.

:10

Initials of Preparer     ~~sdm~~