**SCHEPER KIM & OVERLAND LLP**
DAVID C. SCHEPER (State Bar No. 120174)
dscheper@scheperkim.com
MARK E. OVERLAND (State Bar No. 38375)
moverland@scheperkim.com
ALEXANDER H. COTE (State Bar No. 211558)
acote@scheperkim.com
601 West Fifth Street, 12th Floor
Los Angeles, CA  90071-2025
Telephone: (213) 613-4655
Facsimile:  (213) 613-4656

Attorneys for
**Carlos Gustavo Machado Gomez**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MATTEL, INC.,<br><br>　　　　Defendant.<br><br>AND CONSOLIDATED CASES | CASE NO. 04-9049 DOC (RNBx)<br><br>Consolidated with CV 04-9059 and CV 05-2727<br><br>**[~~PROPOSED~~] ORDER DIRECTING TESTIMONY OF CARLOS GUSTAVO MACHADO GOMEZ**<br><br>Judge:  Hon. David O. Carter |

GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED, that CARLOS GUSTAVO MACHADO GOMEZ provide testimony and other information requested by the parties to this action, notwithstanding his claim of possible self-incrimination under the Fifth Amendment to the United States Constitution.

IT IS FURTHER ORDERED, consistent with the provisions of 18 U.S.C. §6002, that no testimony or other information provided by CARLOS GUSTAVO MACHADO GOMEZ compelled under this Order, or any information directly or indirectly derived from such testimony, shall be used against him in any criminal

1 proceeding, except for a prosecution for perjury or giving a false statement relating
2 to this compelled testimony, or otherwise failing to comply with this Order.
3     IT IS FURTHER ORDERED that any party to this action shall not use or
4 disclose any testimony by CARLOS GUSTAVO MACHADO GOMEZ compelled
5 under this Order, or any information directly or indirectly derived from such
6 testimony, in any manner, other than in this action, including, but not limited to any
7 proceedings in Mexico.

DATED: January 14, 2010     */s/ David O. Carter*

HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT COURT