**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

Case No. SACV 04-9049 DOC (RNBx)                                         Date: January 15, 2010

Title: MATTEL, INC. v. MGA ENTERTAINMENT, INC.

---

DOCKET ENTRY
    [I hereby certify that this document was served by first class mail or Government messenger service, postage prepaid, to all counsel (or parties) at their respective most recent address of record in this action on this date.]
                                                              Date:_____  Deputy Clerk: _____

PRESENT:

                        THE HONORABLE DAVID O. CARTER, JUDGE

| Nancy Boehme for Kristee Hopkins | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| NONE PRESENT | NONE PRESENT |

---

PROCEEDING (IN CHAMBERS): ORDER VACATING ORDER DIRECTING TESTIMONY OF CARLOS GUSTAVO MACHADO GOMEZ

      The January 14, 2010 Order Directing Testimony of Carlos Gustavo Machado Gomez (Dkt. 7401) is hereby VACATED. The Court will consider the Proposed Order submitted by counsel for Mr. Machado after receiving Mattel, Inc. ("Mattel")'s Opposition papers, which Mattel shall file on or before January 16, 2010.

      The Clerk shall serve this minute order on all parties to the action.