Thomas H. Bienert, Jr. (State Bar No. 135311)
tbienert@bmkattorneys.com
Luis A. Feldstein (State Bar No. 184824)
lfeldstein@bmkattorneys.com
BIENERT, MILLER & KATZMAN, PLC
115 Avenida Miramar
San Clemente, California 92672
Phone: 949 369-3700 ♦ Fax: 949 369-3701

Attorneys for Mariana Trueba

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, | CASE NO. 04-9049 DOC (RNBx) |
| Plaintiff, | Consolidated with CV 04-9059 and CV 05-2727 |
| v. | **NOTICE OF LODGING OF [PROPOSED] ORDER DIRECTING TESTIMONY OF MARIANA TRUEBA** |
| MATTEL, INC., | |
| Defendant. | |
| AND CONSOLIDATED CASES | Judge:  Hon. David O. Carter |

Mariana Trueba hereby lodges the following document:

[Proposed] Order Directing Testimony of Mariana Trueba.


DATED:       January 18, 2010          BIENERT, MILLER & KATZMAN, PLC


                                        *S/Thomas H. Bienert, Jr.*
                                        Thomas H. Bienert, Jr.

                                        Attorneys for Mariana Trueba