1  Thomas H. Bienert, Jr. (State Bar No. 135311)
   tbienert@bmkattorneys.com
2  Luis A. Feldstein (State Bar No. 184824)
   lfeldstein@bmkattorneys.com
3  BIENERT, MILLER & KATZMAN, PLC
   115 Avenida Miramar
4  San Clemente, California 92672
   Phone: 949 369-3700 ♦ Fax: 949 369-3701
5
   Attorneys for Mariana Trueba
6

7

8               UNITED STATES DISTRICT COURT

9      CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

10

11 | CARTER BRYANT,                    | CASE NO. 04-9049 DOC (RNBx)
12 |              Plaintiff,           | Consolidated with CV 04-9059 and CV 05-2727
13 |        v.                         | **[PROPOSED] ORDER DIRECTING TESTIMONY OF MARIANA TRUEBA**
14 | MATTEL, INC.,                     |
15 |              Defendant.           |
16 |                                   | Judge:  Hon. David O. Carter
17 | AND CONSOLIDATED CASES            |
18

19       GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that

20 MARIANA TRUEBA provide testimony and other information requested by the

21 parties to this action, notwithstanding her right to claim possible self-incrimination

22 under the Fifth Amendment to the United States Constitution.

23       IT IS FURTHER ORDERED, consistent with the provisions of 18 U.S.C.

24 § 6002, that no testimony or other information provided by MARIANA TRUEBA

25 compelled under this Order, or any information directly or indirectly derived from

26 such testimony, shall be used against her in any criminal proceeding, except for a

27 prosecution for perjury or giving a false statement relating to this compelled

28 testimony, or otherwise failing to comply with this Order.

-1-

1    IT IS FURTHER ORDERED that any party to this action shall not use or

2  disclose any testimony by MARIANA TRUEBA compelled under this Order or any

3  information directly or indirectly derived from such testimony, in any manner, other

4  than in this action, including but not limited to any proceedings in Mexico.

5

6  DATED:

7                                     HONORABLE DAVID O. CARTER
                                       UNITED STATES DISTRICT COURT

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28