MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone: 415-773-5700
Facsimile: 415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: 213-629-2020
Facsimile: 213-612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx)<br>Consolidated with Case No. CV 04-9059 and Case No. CV 05-2727<br><br>**[DISCOVERY MATTER]**<br>**To Be Heard By Discovery Master Hon. Robert C. O'Brien**<br><br>**NOTICE OF MOTION AND MOTION FOR LIMITED RECONSIDERATION OF ORDER NO. 89 AS PROVIDED IN FOOTNOTE 7**<br><br>**Phase 2**<br>Discovery Cut-off: June 1, 2010<br>Pretrial Conference:<br>Trial Date:<br>Judge: Hon. David O. Carter |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that at a hearing before the Discovery Master Robert O'Brien, occurring at a date and time to be set by the Discovery Master, MGA Parties ("MGA") will, and hereby does, move for limited reconsideration of Order No. 89 as provided in footnote 7 thereof and pursuant to Local Rule 7-18 with respect to 9049 Request Nos. 17, 46, 92, 386, 387, 541, 542, 544, 547, 561, 562, 586, 605, 606, 607, 608, 609, and 610, and 9059 Requests 87, 96, 97, 189, 338, 339, 340, 341, and 342.  MGA hereby submits that these 27 requests should be included in a revised Appendix B to Order No. 89 because Mattel has represented it has complied or will comply, subject to certain conditions, in response to each of these requests.  As permitted by footnote 7, MGA herein provides citations to evidence of Mattel's statement of compliance in the record.

This Motion is based on this Notice, the accompanying Memorandum of Points and Authorities, all other pleadings and papers on file in this action, any matters of which the Discovery Master may take judicial notice, and such further evidence and argument as may be presented at or before the hearing on this matter.

Dated:  January 19, 2010            Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

By:    */s/ Diana M. Rutowski*
            Diana M. Rutowski
Attorneys for MGA ENTERTAINMENT, INC., MGA ENTERTAINMENT HK, LTD., MGA de MEXICO, S.R.L. de C.V., and ISAAC LARIAN

## MEMORANDUM OF POINTS AND AUTHORITIES

## INTRODUCTION

MGA seeks limited reconsideration of Order No. 89 as provided in footnote 7 thereof, which permits MGA to seek reconsideration with respect to 27 requests by providing evidence of Mattel's statement of compliance with those requests. MGA herein provides cites to the record that evidence Mattel's statement of compliance.

The Discovery Master did not adjudicate the 27 requests at issue because he found that the record before him was unclear as to whether or not Mattel ever agreed to comply. To resolve the issue as to whether or not Mattel ever agreed to comply, footnote 7 permits MGA to provide evidence of Mattel's statement of compliance through a motion for reconsideration. MGA respectfully submits that the record is clear as to Mattel's previous statement of compliance with respect to each of the 27 requests and requests that MGA's Motion to Compel be granted as to these requests by including them in a revised Appendix B to Order No. 89.

## ARGUMENT

Footnote 6 of Order No. 89 sets forth 27 requests that the Discovery Master found he was unable to adjudicate because he could not determine whether or not Mattel had previously agreed to comply. Order No. 89, Dkt. # 7396 at 6. These requests are 9049 Request Nos. 17, 46, 92, 386, 387, 541, 542, 544, 547, 561, 562, 586, 605, 606, 607, 608, 609, and 610, and 9059 Request Nos. 87, 96, 97, 189, 338, 339, 340, 341, and 342. *Id.* In footnote 7, the Discovery Master provided that "[i]n the event MGA believes that Mattel conditionally agreed to comply with the additional 27 Requests, MGA may seek reconsideration of this Order regarding those requests by providing evidence of Mattel's statement of compliance." *Id.* at 7, fn. 7. MGA seeks reconsideration pursuant to footnote 7, and as permitted by Local Rule 7-18, by providing cites to the record that clearly demonstrate Mattel's prior statement of compliance.

The below table provides the citations. All but one can be found in Mattel's responses to MGA's discovery requests, which were included as exhibits to the Declaration of Diana M. Rutowski In Support Of MGA Parties' Motion to Compel Further Responses to MGA's Requests for Production of Documents (Dkt. # 6818).[1] The remaining request (9059 RFP No. 189) was initially part of a prior motion to compel, but the motion with respect to that request was withdrawn when Mattel represented that it had or would comply. Mattel's representation was cited by the prior Discovery Master in the order on that motion.[2]

**Table of Citations Evidencing Mattel's Statement of Compliance**

| Requests | Cite in Rutowski Decl., Dkt. # 6818 |
|---|---|
| 9049 RFP No. 17 | Ex. 19, Dkt. # 6818-20 at 376-377 (22-23)[3] |
| 9049 RFP No. 46 | Ex. 19, Dkt. # 6818-20 at 402-403 (48-49) |
| 9049 RFP No. 92 | Ex. 19, Dkt. # 6818-20 at 440-441 (86-87) |
| 9049 RFP No. 386 | Ex. 28, Dkt. # 6818-29 at 1012-1013 (8-9) |
| 9049 RFP No. 387 | Ex. 28, Dkt. # 6818-29 at 1013-1014 (9-10) |
| 9049 RFP No. 541 | Ex. 33, Dkt. # 6818-34 at 1243-1244 (6-7) |
| 9049 RFP No. 542 | Ex. 33, Dkt. # 6818-34 at 1244-1245 (7-8) |

---

[1] A list of the exhibits corresponding to each of MGA's sets of requests for production and Mattel's responses can be found in MGA's motion to compel. Dkt. # 6816 at 2-3.

[2] MGA filed a motion to compel on January 17, 2008, which included for consideration 9059 RFP No. 189 and other requests. Dkt. # 1552, 1671 at 5. While this prior motion was pending, the parties filed a Joint Report to Discovery Master Regarding Pending Discovery Motions in which the parties made the following statement regarding this request and the other document requests at issue in the January 17 motion: "During meet and confer, Mattel represented that it has not withheld any documents based on its relevance objection. Based on Mattel's representation, MGA withdraws its motion as to the document requests." Dkt. # 2859 at 8-9. Accordingly, in its order, the prior Discovery Master cited this Joint Report and noted that Mattel represented that it has not withheld any documents based on its relevance objection. Dkt. # 3057 at 2.

[3] The first page number(s) reference the continuous numbering at the bottom right of each page; the second page number(s) in parentheses reference the page numbering generated by the ECF system at the top right of each page.

| | |
|---|---|
| 9049 RFP No. 544 | Ex. 33, Dkt. # 6818-34 at 1246-1247 (9-10) |
| 9049 RFP No. 547 | Ex. 33, Dkt. # 6818-34 at 1250-1251 (13-14) |
| 9049 RFP No. 561 | Ex. 33, Dkt. # 6818-34 at 1264-1265 (27-28) |
| 9049 RFP No. 562 | Ex. 33, Dkt. # 6818-34 at 1265-1266 (28-29) |
| 9049 RFP No. 586 | Ex. 35, Dkt. # 6818-36 at 1349-1350 (17-18) |
| 9049 RFP No. 605 | Ex. 35, Dkt. # 6818-36 at 1364 (32) |
| 9049 RFP No. 606 | Ex. 35, Dkt. # 6818-36 at 1364-1365 (32-33) |
| 9049 RFP No. 607 | Ex. 35, Dkt. # 6818-36 at 1365-1366 (33-34) |
| 9049 RFP No. 608 | Ex. 35, Dkt. # 6818-36 at 1366 (34) |
| 9049 RFP No. 609 | Ex. 35, Dkt. # 6818-36 at 1367 (35) |
| 9049 RFP No. 610 | Ex. 35, Dkt. # 6818-36 at 1367-1368 (35-36) |
| 9059 RFP No. 87 | Ex. 45, Dkt. # 6818-46 at 2139-2140 (11-12) |
| 9059 RFP No. 96 | Ex. 45, Dkt. # 6818-46 at 2143 (15) |
| 9059 RFP No. 97 | Ex. 45, Dkt. # 6818-46 at 2143-2144 (15-16) |
| 9059 RFP No. 189 | Dkt. # 2859 at 8-9; Dkt. # 3057 at 2 (*see* fn. 2 above) |
| 9059 RFP No. 338 | Ex. 48, Dkt. # 6818-49 at 2296-2297 (12-13) |
| 9059 RFP No. 339 | Ex. 48, Dkt. # 6818-49 at 2297-2298 (13-14) |
| 9059 RFP No. 340 | Ex. 48, Dkt. # 6818-49 at 2298-2299 (14-15) |
| 9059 RFP No. 341 | Ex. 48, Dkt. # 6818-49 at 2299-2300 (15-16) |
| 9059 RFP No. 342 | Ex. 48, Dkt. # 6818-49 at 2301 (17) |

The above citations point to evidence of Mattel's statement of compliance with respect to each of the 27 requests identified in footnote 6. These 27 requests properly belong in the second category of requests identified by the Discovery Master in Order No. 89, which are included in Appendix B thereto, *i.e.*, "requests as to which Mattel has represented it has complied, or will comply, subject to certain conditions." Dkt. # 7396 at 4, 32-33. Accordingly, limited reconsideration is warranted pursuant to footnote 7 and Local Rule 7-18, and MGA's motion to

compel should be granted as to the 27 requests by revising Appendix B of Order No. 89 to include the 27 additional requests enumerated in footnote 6.

## CONCLUSION

In light of the evidence provided above, MGA respectfully requests that the Discovery Master grant its motion for limited reconsideration of Order No. 89 with respect to the 27 requests as provided in footnote 7 and revise Appendix B of Order No. 89 to include the 27 requests enumerated in footnote 6.

Dated: January 19, 2010      Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP


By:   */s/ Diana M. Rutowski*
        Diana M. Rutowski
Attorneys for MGA ENTERTAINMENT, INC., MGA ENTERTAINMENT HK, LTD., MGA de MEXICO, S.R.L. de C.V., and ISAAC LARIAN