| | |
|---|---|
| 1 | MELINDA HAAG (State Bar No. 132612) |
|   | mhaag@orrick.com |
| 2 | ANNETTE L. HURST (State Bar No. 148738) |
|   | ahurst@orrick.com |
| 3 | WARRINGTON S. PARKER III (State Bar No. 148003) |
|   | wparker@orrick.com |
| 4 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|   | The Orrick Building |
| 5 | 405 Howard Street |
|   | San Francisco, CA 94105 |
| 6 | Telephone:  415-773-5700 |
|   | Facsimile:   415-773-5759 |
| 7 | |
| 8 | WILLIAM A. MOLINSKI (State Bar No. 145186) |
|   | wmolinski@orrick.com |
|   | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 9 | 777 South Figueroa Street, Suite 3200 |
|   | Los Angeles, CA 90017 |
| 10 | Telephone:  213-629-2020 |
|   | Facsimile:   213-612-2499 |
| 11 | |
| 12 | THOMAS S. MCCONVILLE (State Bar No. 155905) |
|   | tmcconville@orrick.com |
|   | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 13 | 4 Park Plaza, Suite 1600 |
|   | Irvine, CA 92614-2258 |
| 14 | Tel: (949) 567-6700/Fax: (949) 567-6710 |
| 15 | Attorneys for MGA Parties |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx)<br>Consolidated with Case No. CV 04-9059 and Case No. CV 05-2727<br><br>**[DISCOVERY MATTER]**<br>**To Be Heard By Discovery Master Hon. Robert C. O'Brien**<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR LIMITED RECONSIDERATION OF ORDER NO. 89 AS PROVIDED IN FOOTNOTE 7**<br><br>**Phase 2**<br>Discovery Cut-off: June 1, 2010<br>Pretrial Conference:<br>Trial Date:<br>Judge: Hon. David O. Carter |

1  The Discovery Master Robert O'Brien, having considered MGA's Motion for
2  Limited Reconsideration of Order No. 89 as Provided in Footnote 7, and having
3  found good cause to do so, it is HEREBY ORDERED that said motion is
4  GRANTED in its entirety.
5  Reconsideration of Order No. 89 is GRANTED as to the 27 requests
6  enumerated in footnote 6. Appendix B to Order No. 89 is hereby revised to include
7  the 27 requests, namely 9049 Request Nos. 17, 46, 92, 386, 387, 541, 542, 544,
8  547, 561, 562, 586, 605, 606, 607, 608, 609, and 610, and 9059 Requests 87, 96,
9  97, 189, 338, 339, 340, 341, and 342, because the record shows that Mattel has
10 represented it has complied or will comply, subject to certain conditions, in
11 response to each of these requests. The Disposition of Order No. 89 shall apply to
12 Appendix B, as revised.
13 **It is so ORDERED.**

Dated: _____, 2010

Robert C. O'Brien