Name & Address:
Warrington S. Parker III (State Bar No. 148003)
Orrick, Herrington & Sutcliffe LLP
405 Howard Street
San Francisco, California 94105
(415) 773-5700
(415) 773-5759 (Facsimile)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT<br><br>PLAINTIFF(S)<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation<br><br>DEFENDANT(S). | CASE NUMBER:<br>CV 04-9049-DOC (RNBx)<br><br>NOTICE OF MANUAL FILING |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:** Isaac Larian and MGA Entertainment's Opposition to Mattel, Inc.'s Motion for an Order Enforcing Discovery Master Order No. 66 and Compelling MGA and Larian to Respond to Requests for Admission; Declaration of Warrington S. Parker III in Support of the MGA Parties' Opposition to Mattel, Inc.'s Motion for Order Enforcing Discovery Master Order No. 66 and Compelling MGA and Larian to Respond to Requests for Admission; Isaac Larian's Response to Separate Statement in Support of Mattel, Inc.'s Motion for an Order Enforcing Discovery Master Order No. 66 and Compelling MGA and Larian to Respond to Requests for Admission; MGA Entertainment's Response to Separate Statement in Support of Mattel, Inc.'s Motion for an Order Enforcing Discovery Master Order No. 66 and Compelling MGA and Larian to Respond to Requests for Admission

**Document Description:**

- ☐ Administrative Record
- ☐ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]
- ☒ Other See documents listed above.

**Reason:**

- ☒ Under Seal
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☒ Per Court order dated  Verbal order from Judge Carter that issues related to privilege can be filed under seal
- ☐ Manual Filing required (*reason*):

| | |
|---|---|
| January 19, 2010 | /s/ Warrington S. Parker, III |
| Date | Attorney Name |
| | MGA Parties |
| | Party Represented |

Note:  File one Notice in each case, each time you manually file document(s).

G-92 (03/09)                          NOTICE OF MANUAL FILING

American LegalNet, Inc.
www.FormsWorkflow.com