QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S REPLY IN SUPPORT OF MOTION TO ENFORCE DISCOVERY MASTER ORDER NO. 66 AND COMPEL MGA ENTERTAINMENT, INC. AND LARIAN TO RESPOND TO REQUESTS FOR ADMISSION AND CORRECTED SEPARATE STATEMENT IN SUPPORT THEREOF<br><br>[[Proposed] Order Filed Concurrently Herewith]<br><br>Date: TBA<br>Time: TBA<br>Place: TBA |

Pursuant to <u>Local Rule</u> 79-5.1 and the Stipulated Protective Order entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal Mattel's Reply in Support of Motion to Enforce Discovery Master Order No. 66 and Compel MGA Entertainment, Inc. and Larian to Respond to Requests for Admission ("Reply") and the Corrected Separate Statement in support thereof.

The Reply and the Corrected Separate Statement discuss and quote materials that the Court, the MGA Parties and/or Mattel have designated "Confidential" or "Confidential -- Attorney's Eyes Only" pursuant to the Protective Order. Accordingly, Mattel requests that the Court order that the Reply and Corrected Separate Statement be filed under seal.

DATED: January 20, 2010

QUINN EMANUEL URQUHART OLIVER & HEDGES. LLP

By _____
B. Dylan Proctor
Attorneys for Mattel. Inc.

-1-

MATTEL. INC.'S APPLICATION TO FILE UNDER SEAL