QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

MATTEL, INC., a Delaware corporation,

  Plaintiff,

  vs.

MGA ENTERTAINMENT, INC., a Delaware corporation, et al,

  Defendant.

AND CONSOLIDATED ACTIONS

CASE NO. CV 04-9049 DOC (RNBx)
Consolidated with
Case No. CV 04-09059
Case No. CV 05-02727

Hon. David O. Carter

[~~PROPOSED~~] ORDER GRANTING APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S REPLY IN SUPPORT OF MOTION TO ENFORCE DISCOVERY MASTER ORDER NO. 66 AND COMPEL MGA ENTERTAINMENT, INC. AND LARIAN TO RESPOND TO REQUESTS FOR ADMISSION AND CORRECTED SEPARATE STATEMENT IN SUPPORT THEREOF

00505.07975/3288780.1

[PROPOSED] ORDER

## [PROPOSED] ORDER

Based on the concurrently filed Application to File Under Seal Mattel, Inc.'s Reply in Support of Motion to Enforce Discovery Master Order No. 66 and Compel MGA Entertainment, Inc. and Larian to Respond to Requests for Admission ("Reply") and the Corrected Separate Statement in support thereof,

IT IS HEREBY ORDERED:

The Reply and Corrected Separate Statement are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: January 20, 2010       _____
                              Hon. David O. Carter
                              United States District Judge

0505.07975/3288780.1

-2-

[PROPOSED] ORDER