MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:  +1-415-773-5700
Facsimile:  +1-415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA  90017
Telephone:  +1-213-629-2020
Facsimile:  +1-213-612-2499

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>    Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No.  CV 04-9049-DOC (RNBx)<br><br>Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>**APPLICATION TO FILE UNDER SEAL ISAAC LARIAN AND MGA ENTERTAINMENT'S OPPOSITION TO MATTEL, INC.'S MOTION FOR AN ORDER ENFORCING DISCOVERY MASTER ORDER NO. 66 AND COMPELLING MGA AND LARIAN TO RESPOND TO REQUESTS FOR ADMISSION**<br><br>Judge:        Hon. David O. Carter |

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN 19 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

LODGED

1    Pursuant to Civil Local Rule 79-5.1, the Stipulated Protective Order entered

2 by the Court in this action (Dkt. No. 54), and Judge Carter's verbal order that the

3 parties may file documents under seal if the documents pertain to privilege issues,

4 MGA Parties hereby submit this application for an order to file under seal the

5 following documents:

6

7 **ISAAC LARIAN AND MGA ENTERTAINMENT'S OPPOSITION TO MATTEL, INC.'S MOTION FOR AN ORDER ENFORCING DISCOVERY MASTER ORDER NO. 66 AND COMPELLING MGA AND LARIAN TO RESPOND TO REQUESTS FOR ADMISSION**

8

9

10 **DECLARATION OF WARRINGTON S. PARKER III IN SUPPORT OF THE MGA PARTIES' OPPOSITION TO MATTEL, INC.'S MOTION FOR ORDER ENFORCING DISCOVERY MASTER ORDER NO. 66 AND COMPELLING MGA AND LARIAN TO RESPOND TO REQUESTS FOR ADMISSION**

11

12

13

14 **ISAAC LARIAN'S RESPONSE TO SEPARATE STATEMENT IN SUPPORT OF MATTEL, INC.'S MOTION FOR AN ORDER ENFORCING DISCOVERY MASTER ORDER NO. 66 AND COMPELLING MGA AND LARIAN TO RESPOND TO REQUESTS FOR ADMISSION**

15

16

17

18 **MGA ENTERTAINMENT'S RESPONSE TO SEPARATE STATEMENT IN SUPPORT OF MATTEL, INC.'S MOTION FOR AN ORDER ENFORCING DISCOVERY MASTER ORDER NO. 66 AND COMPELLING MGA AND LARIAN TO RESPOND TO REQUESTS FOR ADMISSION**

19

20

21

22    For the foregoing reasons, the MGA Parties respectfully request that the

23 Court enter the concurrently filed [Proposed] Order granting this request to file the

24 documents under seal.

25

26

27

28

APPLICATION TO FILE UNDER SEAL
CV 04-9049 DOC (RNBx)

1

2

Dated:      January 19, 2010

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____
          Warrington S. Parker III
          Attorneys for MGA Parties

APPLICATION TO FILE UNDER SEAL
CV 04-9049 DOC (RNBx)