MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Tel: (415) 773-5700/Fax: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Tel: (213) 629-2020/Fax: (213) 612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049-DOC (RNBx)<br><br>Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>[~~PROPOSED~~] ORDER GRANTING ISAAC LARIAN AND MGA ENTERTAINMENT, INC.'S APPLICATION TO FILE UNDER SEAL<br><br>Judge:    Hon. David O. Carter |

1  The Court, having considered the MGA Parties' application for an order to
2  file under seal, and having found good cause to do so, it is HEREBY ORDERED
3  that said application is GRANTED in its entirety.
4  The Clerk shall maintain under Seal the following documents:

**ISAAC LARIAN AND MGA ENTERTAINMENT'S OPPOSITION TO MATTEL, INC.'S MOTION FOR AN ORDER ENFORCING DISCOVERY MASTER ORDER NO. 66 AND COMPELLING MGA AND LARIAN TO RESPOND TO REQUESTS FOR ADMISSION**

**DECLARATION OF WARRINGTON S. PARKER III IN SUPPORT OF THE MGA PARTIES' OPPOSITION TO MATTEL, INC.'S MOTION FOR ORDER ENFORCING DISCOVERY MASTER ORDER NO. 66 AND COMPELLING MGA AND LARIAN TO RESPOND TO REQUESTS FOR ADMISSION**

**ISAAC LARIAN'S RESPONSE TO SEPARATE STATEMENT IN SUPPORT OF MATTEL, INC.'S MOTION FOR AN ORDER ENFORCING DISCOVERY MASTER ORDER NO. 66 AND COMPELLING MGA AND LARIAN TO RESPOND TO REQUESTS FOR ADMISSION**

**MGA ENTERTAINMENT'S RESPONSE TO SEPARATE STATEMENT IN SUPPORT OF MATTEL, INC.'S MOTION FOR AN ORDER ENFORCING DISCOVERY MASTER ORDER NO. 66 AND COMPELLING MGA AND LARIAN TO RESPOND TO REQUESTS FOR ADMISSION**

**It is so ORDERED.**

Dated: January 19, 2010

_____
Hon. David O. Carter