# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | |
|---|---|---|
| Case No. CV09-9049-DOC(RNBx) | | Date January 19, 2010 |
| Title CARTER BRYANT v. MATTEL, INC. | | |

Present: The Honorable   David O. Carter, U.S. District Judge

| Kristee Hopkins | Debbie Gale; Jane Sutton | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| John Quinn<br>Michael Zeller | Thomas McConville<br><br>Thomas Bienert<br>Mark Overland |

Proceedings:   STATUS CONFERENCE

    Matter called. Court conducts hearing. Argument by counsel re: witness immunity.

    Court denies Machalo proposed order.

                                                                                                     : 21

Initials of Preparer   kh