**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**HONORABLE DAVID O. CARTER, JUDGE PRESIDING**

- - - - - - -

```
CARTER BRYANT,                      )
                                    )
        Plaintiff,                  )
                                    )
    vs.                             ) No. CV 04-9049 DOC
                                    )     Volume I
MATTEL, INC.,                       )
                                    )
        Defendant.                  )
_____)
```

REPORTER'S TRANSCRIPT OF PROCEEDINGS

Status Conference

Santa Ana, California

Thursday, January 7, 2010

Debbie Gale, CSR 9472, RPR
Federal Official Court Reporter
United States District Court
411 West 4th Street, Room 1-053
Santa Ana, California 92701
(714) 558-8141

04cv9049 Mattel 2010-01-07 V1

Case 2:04-cv-09049-DOC-RNB   Document 7430   Filed 01/25/10   Page 2 of 9   Page ID #:257330
CV 04-9049 DOC - 1/7/2010 - Volume I

2

```
 1   APPEARANCES OF COUNSEL:

 2

     FOR INTERVENER DEFENDANT MGA ENTERTAINMENT, INC.:
 3
              ORRICK, HERRINGTON & SUTCLIFFE, LLP
 4         BY:  THOMAS S. McCONVILLE
                   Attorney at Law
 5         4 Park Plaza
           Suite 1600
 6         Irvine, California 92614
           (949) 567-6700
 7
           - AND -
 8
           ORRICK, HERRINGTON & SUTCLIFFE, LLP
 9         BY:  ANNETTE L. HURST
                   Attorney at Law
10         405 Howard Street
           San Francisco, California 94105
11         (415)773-5700

12

13
     FOR DEFENDANT MATTEL, INC.:
14
           QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
15         BY:  MICHAEL T. ZELLER
                   BRENT DYLAN PROCTOR
16                 SCOTT WATSON
                   MICHAEL MOORE
17                 Attorneys at Law
           865 South Figueroa Street
18         10th Floor
           Los Angeles, California 90017
19         (213) 443-3000

20

21   FOR OMNI 808 INVESTORS, LLC:

22         BINGHAM McCUTCHEN LLP
           BY:  TODD E. GORDINIER
23                 Attorney at Law
           600 Anton Boulevard
24         18th Floor
           Costa Mesa, California 92626
25         (949)830-0622
```

| | **I N D E X** | |
|---|---|---|
| | **PROCEEDINGS** | **PAGE** |
| | Discovery Order No. 81 (signed) | 4 |
| | Discussion re: Witness Nazarian | 4 |
| | Discussion re: Witness Moinian | 5 |
| | Discussion re: Witness Samhoui | 7 |

Case 2:04-cv-09049-DOC-RNB   Document 7430   Filed 01/25/10   Page 4 of 9   Page ID #:257332
CV 04-9049 DOC - 1/7/2010 - Volume I

4

| | | |
|---|---|---|
| | 1 | **SANTA ANA, CALIFORNIA, THURSDAY, JANUARY 7, 2010** |
| | 2 | **Volume I** |
| | 3 | (9:11 a.m.) |
| 09:11 | 4 | THE COURT: Okay. We're on the record in the |
| 09:11 | 5 | MGA/Mattel matter. And, first of all, Counsel, the Order |
| 09:11 | 6 | No. 81 is being signed at this time by the Court. |
| 09:12 | 7 | THE COURT: Counsel, if you would make your |
| 09:12 | 8 | appearances while I'm signing this order, please. |
| 09:12 | 9 | MR. ZELLER: Good morning, Your Honor. Mike |
| 09:12 | 10 | Zeller for Mattel. |
| 09:12 | 11 | MR. GORDINIER: Good morning, Your Honor. Todd |
| 09:12 | 12 | Gordinier for nonparty Omni 808. It's G-O-R-D-I-N-I-E-R. |
| 09:12 | 13 | THE COURT: Who's here for MGA? |
| 09:12 | 14 | MR. GORDINIER: Mr. McConville, who is just |
| 09:12 | 15 | outside. Let me go see if I can get him. |
| 09:12 | 16 | THE COURT: All right. |
| 09:12 | 17 | *(Pause in the proceedings at 9:12 a.m.)* |
| 09:12 | 18 | *(Proceedings resumed at 9:15 a.m.)* |
| 09:15 | 19 | MR. GORDINIER: Mission successful, Your Honor. |
| 09:15 | 20 | MR. McCONVILLE: Sorry, Your Honor. |
| 09:15 | 21 | THE COURT: Okay. All right. Counsel, the |
| 09:15 | 22 | Court's signed a request concerning the discovery matter on |
| 09:15 | 23 | Order No. 81 that we discussed last evening. |
| 09:15 | 24 | I want to go over the two witnesses for the |
| 09:15 | 25 | deposition. One is a local person whose name, once again, |

Case 2:04-cv-09049-DOC-RNB   Document 7430   Filed 01/25/10   Page 5 of 9   Page ID #:257333
CV 04-9049 DOC - 1/7/2010 - Volume I

5

```
09:15   1    is?
09:15   2              MR. McCONVILLE:  Nazarian.
09:15   3              MR. GORDINIER:  David Nazarian, N-A-Z-A-R-I-A-N.
09:15   4              THE COURT:  And he is set for depo on?
09:15   5              MR. GORDINIER:  Wednesday the 13th.
09:15   6              THE COURT:  That will be conducted here, right
09:15   7    across the street.
09:15   8              MR. GORDINIER:  Okay.  When you say "here," I'll
09:16   9    coordinate with them to let me know the exact location.
09:16  10              THE COURT:  Tell him where.
09:16  11              MR. McCONVILLE:  600 West Santa Ana.
09:16  12              Is that the right address?
09:16  13              MR. ZELLER:  Yes.  It's our office.
09:16  14              THE COURT:  And every deposition is at
09:16  15    8:00 o'clock in the morning.
09:16  16              MR. GORDINIER:  Okay.
09:16  17              THE COURT:  Okay.  That's excellent.  Thank you.
09:16  18              Now, the second one is more troublesome.  This is
09:16  19    a person in New York.
09:16  20              MR. GORDINIER:  Correct, Your Honor.
09:16  21              THE COURT:  I understand I don't have jurisdiction
09:16  22    over that person, but that's going to cause a special master
09:16  23    to go back, and it's going to become very costly.
09:16  24              Am I hearing this person's unwillingness to come
09:16  25    to Orange County for the deposition?  If I am, that's fine,
```

Case 2:04-cv-09049-DOC-RNB   Document 7430   Filed 01/25/10   Page 6 of 9   Page ID #:257334
CV 04-9049 DOC - 1/7/2010 - Volume I

6

```
09:16   1    because that means that special master is on the plane.
09:16   2                MR. GORDINIER:  Your Honor, I've only had one
09:16   3    conversation with Mr. Moinian, which was after these
09:16   4    gentlemen and you asked me to try to facilitate his
09:16   5    deposition.  And he offered me deposition in his office, and
09:16   6    I gave a number of dates to --
09:16   7                THE COURT:  I have all that.  Let me go back to my
09:16   8    question.  You've done an excellent job.  I'm not concerned
09:17   9    about that.
09:17  10                MR. GORDINIER:  The short answer, Your Honor, is I
09:17  11    didn't ask him.
09:17  12                THE COURT:  Would you be kind enough to go place a
09:17  13    call to him and see if he is willing to come here.  The
09:17  14    reason for that is, I think, in the long run, it's going to
09:17  15    be less inconvenient.  What happens is, when the depositions
09:17  16    take place, if there's an objection or a concern, you're
09:17  17    able to come right across the street and get a resolution.
09:17  18    If the deposition's conducted back there, that means that if
09:17  19    it's not satisfactory, back we go again, back we go again,
09:17  20    back we go again.  That's inconvenient for him.
09:17  21                Number two, that means I need to send a special
09:17  22    master back.  And I've been trying to decrease that.  It's
09:17  23    been extremely costly for both parties.  And I don't think
09:17  24    it's resolved some of the issues as quickly without, quite
09:17  25    frankly, some of the nonsense that's been going on, as I'd
```

Case 2:04-cv-09049-DOC-RNB   Document 7430   Filed 01/25/10   Page 7 of 9   Page ID
#:257335
CV 04-9049 DOC - 1/7/2010 - Volume I

7

| | | |
|---|---|---|
| 09:17 | 1 | like to see 'em resolved.  Now that's not a slight at the |
| 09:17 | 2 | special master.  It just means that the judicial entity |
| 09:18 | 3 | seems to be a little bit more persuasive. |
| 09:18 | 4 | So I'd appreciate it if you would go get on the |
| 09:18 | 5 | phone for a moment before we have a further discussion and |
| 09:18 | 6 | see what Moinian's position is and what date he can be here. |
| 09:18 | 7 | It doesn't have to be the 11th.  But it was set for the 11th |
| 09:18 | 8 | back there.  I just need to get the special master moving if |
| 09:18 | 9 | that's the case, and the parties moving back there.  But I'm |
| 09:18 | 10 | trying to double track the depositions. |
| 09:18 | 11 | Now, let me explain what's happening out of your |
| 09:18 | 12 | presence. |
| 09:18 | 13 | I think you gave one of the best presentations -- |
| 09:18 | 14 | and I'll put that on the record -- on behalf a client I've |
| 09:18 | 15 | ever seen in our informal discussion. |
| 09:18 | 16 | MR. GORDINIER:  I appreciate that, Your Honor. |
| 09:18 | 17 | THE COURT:  What you didn't answer was this -- the |
| 09:18 | 18 | key question -- after that wonderful demonstration:  Who's |
| 09:18 | 19 | the contact person at Lexington?  Don't say anything yet. |
| 09:18 | 20 | And where do I find Mr. Samhoui?  Now, don't say anything |
| 09:18 | 21 | yet, 'cause I know you have a response to all those |
| 09:19 | 22 | questions, and I know it's going to be an excellent |
| 09:19 | 23 | response. |
| 09:19 | 24 | I'm starting to form the impression that |
| 09:19 | 25 | Mr. Samhoui doesn't not exist.  Now, I haven't reached that |

|  |  |  |
|---|---|---|
| 09:19 | 1 | ultimate conclusion; but if so, I'm going to issue an |
| 09:19 | 2 | adverse inference that's going to be very harmful to MGA.  I |
| 09:19 | 3 | want to give every opportunity without going through what I |
| 09:19 | 4 | call the dog-cat-and-pony show that's occurring in terms of |
| 09:19 | 5 | finding people.  If he doesn't exist, fine.  Okay.  If he |
| 09:19 | 6 | does, fine.  But I'm not going to chase Lexington and the |
| 09:19 | 7 | entities. |
| 09:19 | 8 | And that was the key question and presentation |
| 09:19 | 9 | that I never asked so you never had to respond to.  Okay?  I |
| 09:19 | 10 | don't want an answer right now.  I want your client to think |
| 09:19 | 11 | about it.  I want Lexington to think about it, because I'm |
| 09:19 | 12 | going to find it, eventually. |
| 09:19 | 13 | Let me say something else.  Can I go off the |
| 09:19 | 14 | record for just a moment? |
| 09:19 | 15 | MR. GORDINIER:  Sure. |
| 09:19 | 16 | THE COURT:  Can I go off the record? |
| 09:19 | 17 | MR. ZELLER:  Sure. |
| 09:19 | 18 | THE COURT:  Can I? |
| 09:19 | 19 | MR. McCONVILLE:  Yes, sir. |
| 09:19 | 20 | THE COURT:  Have a seat. |
| 09:19 | 21 | *(Proceedings recessed at 9:19 a.m.)* |
| 09:19 | 22 | *(Informal discussion not reported.)* |
| 09:34 | 23 | *(Further proceedings later reported by* |
| 09:34 | 24 | *Deborah Parker in Volume II.)* |
|  | 25 | -oOo- |

-oOo-

CERTIFICATE

I hereby certify that pursuant to Section 753, Title 28, United States Code, the foregoing is a true and correct transcript of the stenographically reported proceedings held in the above-entitled matter and that the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.

Date:  January 12, 2010

```
                              _____
                              DEBBIE GALE, U.S. COURT REPORTER
                              CSR NO. 9472, RPR
```