Robert C. O'Brien (SBN 154372)
ARENT FOX LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA  90013-1065
Tel:  213.629.7400/Fax:  213.629.7401
Email:  hansen.drew@arentfox.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| CARTER BRYANT<br><br>PLAINTIFF(S)<br>v.<br><br>MATTEL, INC., a Delaware corporation,<br>DEFENDANT(S). | CASE NUMBER:<br>CV 04-09049 DOC (RNBx)<br><br>**NOTICE OF MANUAL FILING** |
|---|---|

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
(1) Phase 2 Discovery Matter Order No. 90, Regarding Motion of Mattel, Inc. to Enforce Discovery Master Order No. 66 and Compel MGA Entertainment, Inc. and Isaac Larian to Respond to Requests for Admissions; (2) Discovery Master's Application to File Document Under Seal; and (3) [Proposed] Order Granting Application to File Document Under Seal

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)

☒ Other

**Reason:**

☒ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☐ Manual Filing required (*reason*):

| January 27, 2010 | /s/ Robert C. O'Brien |
|---|---|
| Date | Attorney Name |
| | Discovery Master |
| | Party Represented |

Note:  File one Notice in each case, each time you manually file document(s).

G-92 (02/08)           **NOTICE OF MANUAL FILING**           American LegalNet, Inc.
                                                            www.Forms*Workflow*.com