UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | |
|---|---|---|
| Case No.   CV04-9049-DOC(RNBx) | | Date   January 6, 2010 |
| Title   CARTER BRYANT v. MATTEL, INC. | | |

Present: The Honorable   David O. Carter, U.S. District Judge

| Lori Anderson | Jane Sutton | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| John Quinn | Annette Hurst |
| Michael Zeller | Melinda Haag |
| Dylan Proctor | Thomas McConville |
| Susan Estrich | Diana Rutowski |

Proceedings:   STATUS CONFERENCE

Cause is called and counsel state their appearances.

The Court and counsel confer on and off the record regarding status of depositions.

Matter is continued to January 7, 2010, at 9:00 a.m.

                                                                              :   21

Initials of Preparer   lma