```
 1 | MELINDA HAAG (State Bar No. 132612)
   | mhaag@orrick.com
 2 | ANNETTE L. HURST (State Bar No. 148738)
   | ahurst@orrick.com
 3 | WARRINGTON S. PARKER III (State Bar No. 148003)
   | wparker@orrick.com
 4 | ORRICK, HERRINGTON & SUTCLIFFE LLP
   | The Orrick Building
 5 | 405 Howard Street
   | San Francisco, CA 94105-2669
 6 | Tel: (415) 773-5700/Fax: (415) 773-5759
 7 | WILLIAM A. MOLINSKI (State Bar No. 145186)
   | wmolinski@orrick.com
 8 | ORRICK, HERRINGTON & SUTCLIFFE LLP
   | 777 South Figueroa Street, Suite 3200
 9 | Los Angeles, CA 90017
   | Tel: (213) 629-2020/Fax: (213) 612-2499
10 |
   | THOMAS S. MCCONVILLE (State Bar No. 155905)
11 | tmcconville@orrick.com
   | ORRICK, HERRINGTON & SUTCLIFFE LLP
12 | 4 Park Plaza, Suite 1600
   | Irvine, CA 92614-2258
13 | Tel: (949) 567-6700/Fax: (949) 567-6710
14 | Attorneys for MGA Parties
```

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JAN 22 2010
CENTRAL DISTRICT OF CALIFORNIA
BY: ___ DEPUTY

LODGED 2010 JAN 22 PM 2:56 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. SANTA ANA

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049-DOC (RNBx)<br><br>Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>[~~PROPOSED~~] ORDER GRANTING ISAAC LARIAN AND MGA ENTERTAINMENT, INC.'S APPLICATION TO FILE UNDER SEAL<br><br>Judge:   Hon. David O. Carter |

1   The Court, having considered the MGA Parties' application for an order to
2   file under seal, and having found good cause to do so, it is HEREBY ORDERED
3   that said application is GRANTED in its entirety.
4   The Clerk shall maintain under Seal the following documents:

**RESPONSE OF MGA PARTIES TO MATTEL, INC'S OPPOSITION TO DISCOVERY OF ONGOING VARGAS SETTLEMENT NEGOTIATIONS**

**DECLARATION OF WARRINGTON S. PARKER III IN SUPPORT OF RESPONSE OF MGA PARTIES TO MATTEL, INC'S OPPOSITION TO DISCOVERY OF ONGOING VARGAS SETTLEMENT NEGOTIATIONS**

**It is so ORDERED.**

Dated: January 22, 2010

_/s/ David O. Carter_
Hon. David O. Carter