## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | |
|---|---|---|
| Case No. CV04-9049-DOC(RNBx) | | Date January 9, 2010 |
| Title CARTER BRYANT v. MATTEL, INC. | | |

| Present: The Honorable | David O. Carter, U.S. District Judge | |
|---|---|---|
| Lori Anderson | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| John Quinn<br>Michael Zeller<br>Dylan Proctor<br>Susan Estrich | | Annette Hurst<br>Melinda Haag<br>Thomas McConville<br>Diana Rutowski |

Proceedings: STATUS CONFERENCE

    Cause is called and counsel state their appearances.

    The Court and counsel confer on and off the record regarding status of depositions.

    The Court orders that all future filings are not to be designated as 'under seal' unless the Court specifically pre-approves the filing.

    Counsel are to prepare Stipulation and [proposed] Order containing all matters that have been discussed and agreed to in today's hearing. Counsel is to return with these documents on January 10, 2010, at 9:00 a.m.

    Matter is continued for further Status Conference at a date and time to be determined.

                                                                                      7 : 20

                                                  Initials of Preparer  lma