## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No.   CV04-9049-DOC(RNBx) | Date   January 7, 2010 |
| Title   CARTER BRYANT v. MATTEL, INC. | |

| Present: The Honorable | David O. Carter, U.S. District Judge | |
|---|---|---|
| Lori Anderson | Jane Sutton | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| John Quinn<br>Michael Zeller<br>Dylan Proctor<br>Susan Estrich | | Annette Hurst<br>Melinda Haag<br>Thomas McConville<br>Diana Rutowski |

Proceedings:   STATUS CONFERENCE

Cause is called and counsel state their appearances.

The Court and counsel confer on and off the record regarding status of depositions.

Matter is continued to January 9, 2010, at 9:00 a.m.

|     | 1 | : | 02 |
|---|---|---|---|
| Initials of Preparer | lma | | |