MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Tel: (415) 773-5700/Fax: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Tel. (213) 629-2020/Fax: (213) 612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049-DOC (RNBx)<br><br>Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>**STIPULATION OF THE PARTIES CONCERNING ATTENDANCE AT PROCEEDINGS**<br><br>Judge:   Hon. David O. Carter |

# STIPULATION

The Parties hereby stipulate and agree that Isaac Larian and Robert Eckert be excused from court proceedings from Wednesday, February 3, 2010 through Sunday, February 7, 2010 and from Saturday, February 13, 2010 through Wednesday, February 17, 2010. This stipulation and agreement is based upon Mr. Larian's need to attend to MGA's business at upcoming toy fairs scheduled for the listed dates.

Dated: January 28, 2009

ORRICK, HERRINGTON & SUTCLIFFE LLP

/s/ Thomas S. McConville
Thomas S. McConville
Attorneys for MGA Parties

Dated: January 28, 2009

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

/s/ John B. Quinn
John B. Quinn
Attorneys for Mattel, Inc.