| Name & Address: |
|---|
| Warrington S. Parker III (State Bar No. 148003)<br>Orrick, Herrington & Sutcliffe LLP<br>405 Howard Street<br>San Francisco, California 94105<br>(415) 773-5700<br>(415) 773-5759 (Facsimile) |

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| CARTER BRYANT | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CV 04-9049-DOC (RNBx) |
| V. | |
| MATTEL, INC., a Delaware Corporation | NOTICE OF MANUAL FILING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:** Notice Of Lodging Of Documents Filed Before Judge Smith In Connection With The MGA Parties Objections To Report And Recommendation Of Electronic Discovery Special Master (01/21/10); Declaration Of Frank Rorie Filed In Support Of The MGA Parties Objections To Report And Recommendation Of Electronic Discovery Special Master (01/21/10); The MGA Parties Objections To Report And Recommendation Of Electronic Discovery Special Master (01/21/10).

**Document Description:**

☐ Administrative Record
☐ Exhibits
☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]
☒ Other See documents listed above.

**Reason:**

☒ Under Seal
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☒ Per Court order dated  Stipulated Protective Order dated January 4, 2005
☐ Manual Filing required (*reason*):

January 28, 2010
Date

/s/ Warrington S. Parker, III
Attorney Name
MGA Parties
Party Represented