| | |
|---|---|
| 1 | MELINDA HAAG (State Bar No. 132612) |
|   | mhaag@orrick.com |
| 2 | ANNETTE L. HURST (State Bar No. 148738) |
|   | ahurst@orrick.com |
| 3 | WARRINGTON S. PARKER III (State Bar No. 148003) |
|   | wparker@orrick.com |
| 4 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|   | The Orrick Building |
| 5 | 405 Howard Street |
|   | San Francisco, CA 94105-2669 |
| 6 | Tel: (415) 773-5700/Fax: (415) 773-5759 |
| 7 | WILLIAM A. MOLINSKI (State Bar No. 145186) |
|   | wmolinski@orrick.com |
| 8 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|   | 777 South Figueroa Street, Suite 3200 |
| 9 | Los Angeles, CA 90017 |
|   | Tel. (213) 629-2020/Fax: (213) 612-2499 |
| 10 | |
|   | THOMAS S. MCCONVILLE (State Bar No. 155905) |
| 11 | tmcconville@orrick.com |
|   | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 12 | 4 Park Plaza, Suite 1600 |
|   | Irvine, CA 92614-2258 |
| 13 | Tel: (949) 567-6700/Fax: (949) 567-6710 |
| 14 | Attorneys for MGA Parties |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | Case No. CV 04-9049-DOC (RNBx) |
| Plaintiff, | Consolidated with: |
|   | Case No. CV 04-9059 |
| v. | Case No. CV 05-2727 |
| MATTEL, INC., a Delaware corporation, | **STIPULATION AND [PROPOSED] ORDER RE DEADLINE TO FILE OBJECTIONS TO REPORT AND RECOMMENDATION OF ELECTRONIC DISCOVERY SPECIAL MASTER (01/21/10)** |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | Judge:   Hon. David O. Carter |

## STIPULATION

WHEREAS, counsel for MGA and Mattel received notice of the Report And Recommendation Of Electronic Discovery Special Master (01/21/10) (the "Report") on January 26, 2009, it having been served by mail; and

WHEREAS, MGA has requested an extension of time to object to the Report given the number and complexity of issues presented, and Mattel is amenable to the requested extension as a professional courtesy;

NOW THEREFORE, MGA and Mattel hereby stipulate through their respective counsel and subject to the Court's approval as follows:

The deadline to file objections (if any) to the Report And Recommendation Of Electronic Discovery Special Master (01/21/10) shall be Tuesday, February 2, 2009.

Dated: January 28, 2009

ORRICK, HERRINGTON & SUTCLIFFE LLP

_____
Warrington Parker
Attorneys for MGA Parties

Dated: January 28, 2009

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

B. Dylan Proctor cf permission by WP
_____
B. Dylan Proctor
Attorneys for Mattel, Inc.

**IT IS SO ORDERED.**

Dated: January __, 2010

_____
Hon. David O. Carter
Federal District Court Judge