1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   John B. Quinn (Bar No. 090378)
2  (johnquinn@quinnemanuel.com)
   Michael T. Zeller (Bar No. 196417)
3  (michaelzeller@quinnemanuel.com)
   Jon D. Corey (Bar No. 185066)
4  (joncorey@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
6  Facsimile: (213) 443-3100

7  Attorneys for Mattel, Inc.

8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA
               SOUTHERN DIVISION

11 MATTEL, INC., a Delaware          CASE NO. CV 04-9049 DOC (RNBx)
   corporation,                      Consolidated with
12                                   Case No. CV 04-09059
                Plaintiff,           Case No. CV 05-02727
13
      vs.                            Hon. David O. Carter
14
   MGA ENTERTAINMENT, INC., a        [PROPOSED] ORDER GRANTING
15 Delaware corporation, et al,      APPLICATION TO FILE UNDER SEAL
                                     MATTEL, INC.'S MOTION TO ENFORCE
16              Defendant.           DISCOVERY MASTER ORDER NO. 66
                                     AND COMPEL MGA ENTERTAINMENT,
17 AND CONSOLIDATED ACTIONS          INC. AND LARIAN TO RESPOND TO
                                     REQUESTS FOR ADMISSION;
18                                   SEPARATE STATEMENT IN SUPPORT
                                     THEREOF; DECLARATION OF B.
19                                   DYLAN PROCTOR IN SUPPORT
                                     THEREOF

0505.07975/3281220.1

[PROPOSED] ORDER

## [PROPOSED] ORDER

Based on the concurrently filed Application to File Under Seal Mattel, Inc.'s Motion to Enforce Discovery Master Order No. 66 and Compel MGA Entertainment, Inc. and Larian to Respond to Requests for Admission ("Motion"), the Separate Statement in support thereof, and the Declaration of B. Dylan Proctor in support thereof ("Proctor Declaration"),

IT IS HEREBY ORDERED:

The Motion, Separate Statement, and Proctor Declaration are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: January 14, 2010

*/s/ David O. Carter*
Hon. David O. Carter
United States District Judge