QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

ORRICK, HERRINGTON & SUTCLIFFE LLP
  Annette L. Hurst (Bar No. 148738)
  (ahurst@orrick.com)
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone: 415-773-5700
Facsimile: 415-773-5759

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>                    Plaintiff,<br><br>          vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.<br>                    Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No.    CV 04-09059<br>Case No.    CV 05-2727<br><br>Honorable David O. Carter<br><br>STIPULATION AND [PROPOSED] ORDER ON COMPLIANCE WITH THE COURT'S JANUARY 26, 2010 ORDER REGARDING DISCOVERY MATTERS<br><br>**Phase 2:**<br>Disc. Cut-off:        TBD<br>Pre-trial Conf.:      TBD<br>Trial Date:           TBD |

1    Mattel, Inc. ("Mattel") and MGA Entertainment, Inc. and Isaac Larian
2 (collectively, the "MGA Parties"), by and through their respective counsel of record,
3 hereby stipulate and agree as follows, subject to approval by the Court:
4    The parties are working diligently to comply with the Court's January 26,
5 2010 Order Regarding Discovery Matters (Dkt. No. 7434).  To the extent that Order
6 requires the parties to produce documents on or before February 2, 2010, the
7 production deadline shall be extended by one week, and the parties shall comply
8 with those provisions of the Order on or before February 9, 2010.

10    IT IS SO STIPULATED.

12 DATED:  January 28, 2010         QUINN EMANUEL URQUHART OLIVER &
                                   HEDGES. LLP

14                                 By /s/ Michael T. Zeller
15                                    Michael T. Zeller
                                      Attorneys for Mattel. Inc.

17 DATED:  January 28, 2010         ORRICK, HERRINGTON & SUTCLIFFE,
                                   LLP

19                                 By /s/ Thomas McConville
20                                    'Thomas McConville
                                      Attorneys for the MGA Parties.