1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| MATTEL, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et. al.,<br><br>    Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>[PROPOSED] ORDER ON STIPULATION FOR COMPLIANCE WITH THE COURT'S JANUARY 26, 2010 ORDER REGARDING DISCOVERY MATTERS |
|---|---|

00505.07975/3302968.1

[PROPOSED] ORDER

[PROPOSED] ORDER

Based on the concurrently filed Stipulation on Compliance with the Court's January 26, 2010 Order Regarding Discovery Matters,

IT IS HEREBY ORDERED:

The parties shall comply with the February 2, 2010 production deadlines in the Court's January 26, 2010 Order Regarding Discovery Matters (Dkt No. 7434) on or before February 9, 2010.

DATED:                     . 2010  _____
                                    Hon. David O. Carter
                                    United States District Judge