1  MELINDA HAAG (State Bar No. 132612)
   mhaag@orrick.com
2  ANNETTE L. HURST (State Bar No. 148738)
   ahurst@orrick.com
3  WARRINGTON S. PARKER III (State Bar No. 148003)
   wparker@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building, 405 Howard Street
5  San Francisco, CA 94105
   Tel. (415) 773-5700/ Fax: (415) 773-5759
6
   WILLIAM A. MOLINSKI (State Bar No. 145186)
7  wmolinski@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
8  777 South Figueroa Street, Suite 3200
   Los Angeles, CA  90017
9  Tel. (213) 629-2020/Fax: (213) 612-2499

10 THOMAS S. McCONVILLE (State Bar No. 155905)
   tmcconville@orrick.com
11 ORRICK, HERRINGTON & SUTCLIFFE LLP
   4 Park Plaza, Suite 1600
12 Irvine, CA 92614-2258
   Tel: (949) 567-6700/Fax: (949) 567-6710
13
   Attorneys for MGA Parties
14

15           UNITED STATES DISTRICT COURT
           CENTRAL DISTRICT OF CALIFORNIA
16               SOUTHERN DIVISION

17 CARTER BRYANT, an individual,        Case No.  CV 04-9049-DOC (RNBx)

18        Plaintiff,                    Consolidated with:
                                        Case No. CV 04-9059
19     v.                               Case No. CV 05-2727

20 MATTEL, INC., a Delaware             Hon. David O. Carter
   corporation,
21                                      **[PROPOSED] ORDER GRANTING**
        Defendant.                      **MGA'S EX PARTE APPLICATION**
22                                      **FOR PERMISSION TO FILE**
   AND CONSOLIDATED ACTIONS            **DOCUMENTS UNDER SEAL**
23

24

25

26

27

28

## ORDER

Based on the Application filed with the Court, and good cause appearing for the entry thereof, **IT IS HEREBY ORDERED** that:

1.　　The *Ex Parte* Application, brought by MGA Entertainment, Inc., MGA Entertainment (HK) Limited, and Isaac Larian (collectively, the "MGA Parties") for permission to file documents under seal is granted; and

2.　　The MGA Parties are hereby allowed to file the following documents under seal:

(a)　MGA's Objections To Electronic Discovery Special Master Report and Recommendation (1/21/10);

(b)　Notice of Lodging In Support;

(c)　Declaration of Frank D. Rorie In Support.

Dated: _____, 2010　　_____

Hon. David O. Carter
United States District Court Judge

[PROPOSED] ORDER GRANTING APPLICATION FOR
PERMISSION TO FILE DOCUMENTS UNDER SEAL