```
 1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
      John B. Quinn (Bar No. 090378)
 2    johnquinn@quinnemanuel.com
      Michael T. Zeller (Bar No. 196417)
 3    (michaelzeller@quinnemanuel.com)
      Jon D. Corey (Bar No. 185066)
 4    (joncorey@quinnemanuel.com)
    865 South Figueroa Street, 10th Floor
 5  Los Angeles, California  90017-2543
    Telephone:   (213) 443-3000
 6  Facsimile:   (213) 443-3100
 7  Attorneys for Mattel, Inc.
```

                    UNITED STATES DISTRICT COURT

                   CENTRAL DISTRICT OF CALIFORNIA

                          SOUTHERN DIVISION

| MATTEL, INC., a Delaware corporation, | CASE NO. CV 04-9049 DOC (RNBx) |
|---|---|
| Plaintiff, | Consolidated with<br>Case No.    CV 04-09059<br>Case No.    CV 05-2727 |
| vs. | Hon. David O. Carter |
| MGA ENTERTAINMENT, INC., a California corporation, et al.<br>Defendants. | **STIPULATION RE DEPOSITION OF FRANCISCO TIBURCIO** |
| AND CONSOLIDATED ACTIONS | **Phase 2:**<br>Disc. Cut-off:      TBD<br>Pre-trial Conf.:   TBD<br>Trial Date:         TBD |

07975/3303872.1

Case No. CV 04-9049 SGL (RNBx)
STIPULATION RE DEPOSITION

1  WHEREAS, on January 13, 2010, after Mr. Tiburcio had appeared for
2 two days of deposition, the Court ordered Francisco Tiburcio to appear to continue
3 his deposition on February 1, 2010;

4  WHEREAS, it would be a hardship for Mr. Tiburcio to appear on
5 February 1, 2010 because of pre-existing professional obligations;

6  WHEREAS, the MGA Parties and Carlos Gustavo Machado Gomez do
7 not object to continuing the date to resume the deposition of Mr. Tiburcio from
8 February 1, 2010 as a professional courtesy;

9  NOW, THEREFORE, MGA Entertainment, Inc., MGA Entertainment
10 (HK) Ltd., Isaac Larian, MGAE de Mexico, S.R.L. de C.V., Carlos Gustavo
11 Machado Gomez and Mattel, Inc., by and through their respective counsel of record,
12 and subject to the Court's approval, hereby stipulate and agree

13  (1) that the deposition of Mr. Tiburcio scheduled for February 1,
14 2010, shall be, and hereby is, rescheduled for March 2, 2010; and

15 / / /
16 / / /
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

(2) that the Court's order directing Mr. Tiburcio to appear for deposition on February 1, 2010, shall be so modified.

IT IS SO STIPULATED.

DATED: January 29, 2010          QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Jon D. Corey
Jon D. Corey
Attorneys for Mattel, Inc.

DATED: January 29, 2010          ORRICK, HERRINGTON & SUTCLIFFE, LLP

By /s/ Thomas McConville
Thomas McConville
Attorneys for the MGA Parties

DATED: January 29, 2010          SCHEPER KIM & OVERLAND LLP

By /s/ Mark E. Overland
Mark E. Overland
Attorneys for Carlos Gustavo Machado Gomez