QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et. al.,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No.   CV 04-09059<br>Case No.   CV 05-2727<br><br>Hon. David O. Carter<br><br>**[PROPOSED] ORDER GRANTING STIPULATION RE DEPOSITION OF FRANCISCO TIBURCIO**<br><br>**Phase 2:**<br>Disc. Cut-off:       TBD<br>Pre-trial Conf.:     TBD<br>Trial Date:          TBD |

07975/3303207.2

[PROPOSED] ORDER

<u>[PROPOSED] ORDER</u>

Based on the concurrently filed Stipulation re Deposition of Francisco Tiburcio, and good cause appearing therefor,

IT IS HEREBY ORDERED:

(1) The deposition of Mr. Tiburcio scheduled for February 1, 2010, shall be, and hereby is, rescheduled for March 2, 2010; and

(2) the Court's order directing Mr. Tiburcio to appear for deposition on February 1, 2010 is modified to require his appearance for deposition on March 2, 2010.

DATED:                    , 2010  _____
Hon. David O. Carter
United States District Judge