MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone: 415-773-5700
Facsimile: 415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: 213-629-2020
Facsimile: 213-612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710
Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx)<br><br>Consolidated with: Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>**[DISCOVERY MATTER]**<br>**To Be Heard By Honorable**<br>**James L. Smith (Ret.)**<br><br>**PROOF OF SERVICE**<br><br>**Phase 2** |

## PROOF OF SERVICE BY HAND DELIVERY

I declare I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is USA Network, Inc., 800 West 1st Street, Suite 200-B, Los Angeles, California 90012.

On January 29, 2010, I served the following document(s):

1. **NOTICE OF MANUAL FILING**

2. **APPLICATION TO FILE UNDER SEAL OBJECTIONS OF ISAAC LARIAN AND MGA ENTERTAINMENT TO DISCOVERY ORDER NO. 90 COMPELLING MGA AND LARIAN TO RESPOND TO REQUESTS FOR ADMISSION**

3. **[PROPOSED] ORDER GRANTING THE MGA PARTIES' APPLICATION TO FILE UNDER SEAL**

4. **OBJECTIONS OF ISAAC LRIAN AND MGA ENTERTAINMENT TO DISCOVERY ORDER NO. 90 COMPELLING MGA AND LARIAN TO RESPOND TO REQUESTS FOR ADMISSION**

5. **[PROOF OF SERVICE VIA HAND DELIVERY AND U.S. MAIL**

[X] by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below:

Counsel for Mattel. Inc.
Michael T. Zeller, Esq.
michaelzeller@quinnemanuel.com
Brett D. Proctor
dylanproctor@quinnemanuel.com
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 29, 2010, at Los Angeles, California.

Emanuel Lomeli

USA Network, Inc.

## PROOF OF SERVICE

I, Magdalena St. Germain, declare:

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, 777 South Figueroa Street, Suite 3200, Los Angeles, California 90017.

On January 29, 2010, I served the following document(s):

1. **NOTICE OF MANUAL FILING**

2. **APPLICATION TO FILE UNDER SEAL OBJECTIONS OF ISAAC LARIAN AND MGA ENTERTAINMENT TO DISCOVERY ORDER NO. 90 COMPELLING MGA AND LARIAN TO RESPOND TO REQUESTS FOR ADMISSION**

3. **[PROPOSED] ORDER GRANTING THE MGA PARTIES' APPLICATION TO FILE UNDER SEAL**

4. **OBJECTIONS OF ISAAC LARIAN AND MGA ENTERTAINMENT TO DISCOVERY ORDER NO. 90 COMPELLING MGA AND LARIAN TO RESPOND TO REQUESTS FOR ADMISSION**

5. **[PROOF OF SERVICE VIA HAND DELIVERY AND U.S. MAIL**

[X] By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

[ ] (by Electronic Mail), I caused such documents to be transmitted by electronic mail to the offices of the addressee.

<u>Counsel for Carlos Gustavo Machado Gomez</u>
Mark E. Overland, Esq.
moverland@scheperkim.com
Alexander H. Cote, Esq.
acote@scheperkim.com
SCHEPER KIM & OVERLAND LLP
601 W. 5th Street, 12th Floor
Los Angeles, CA  90017
Telephone: (213) 613-4655
Facsimile:   (213) 613-4656

|    |    |
|----|----|
| 1  |    |
| 2  | Additional Counsel: |
| 3  | Jason D. Russell, Esq. |
| 4  | jason.russell@skadden.com |
|    | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| 5  | 300 South Grand Ave., Suite 3400 |
| 6  | Los Angeles, CA 90071-3144 |
|    | Telephone:  (213) 687-5000 |
| 7  | Facsimile:   (213) 687-5600 |

 I am employed in the county from which the mailing occurred. On the date indicated above, I placed the sealed envelope(s) for collection and mailing at this firm's office business address indicated above. I am readily familiar with this firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the firm's correspondence would be deposited with the United States Postal Service on this same date with postage thereon fully prepaid in the ordinary course of business.

 I declare under penalty of perjury that the foregoing is true and correct.

 Executed on January 29, 2010, at Los Angeles, California.


_____
Magdalena St. Germain