**AMENDED**
*as to Court Reporters only*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   CV04-9049-DOC(RNBx)                         Date   January 7, 2010

Title   CARTER BRYANT v. MATTEL, INC.

| Present: The Honorable | David O. Carter, U.S. District Judge | |
|---|---|---|
| Lori Anderson | Debbie Gale(AM)/ Deborah Parker(PM) | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| John Quinn | Annette Hurst |
| Michael Zeller | Melinda Haag |
| Dylan Proctor | Thomas McConville |
| Susan Estrich | Diana Rutowski |

Proceedings:   STATUS CONFERENCE

Cause is called and counsel state their appearances.

The Court and counsel confer on and off the record regarding status of depositions.

Matter is continued to January 9, 2010, at 9:00 a.m.

                                                                           1   :   02
                                                                  Initials of Preparer   lma