**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**HONORABLE DAVID O. CARTER, JUDGE PRESIDING**

- - - - - - -

| | |
|---|---|
| CARTER BRYANT, | ) |
| Plaintiff, | ) |
| vs. | ) No. SACV 04-9049-DOC |
| MATTEL, INC., | ) |
| Defendant. | ) |

REPORTER'S TRANSCRIPT OF PROCEEDINGS

Status Conference

Santa Ana, California

Tuesday, January 12, 2010

Jane C.S. Rule, CSR 9316
Federal Official Court Reporter
United States District Court
411 West 4th Street, Room 1-053
Santa Ana, California 92701
(714) 558-7755

10-01-12 Mattel

```
 1   APPEARANCES OF COUNSEL:

 2


 3   FOR INTERVENOR DEFENDANT MGA ENTERTAINMENT, INC.:

 4           ORRICK, HERRINGTON & SUTCLIFFE, LLP
             BY:  THOMAS S. MC CONVILLE
 5                Attorney at Law
             4 Park Plaza Suite 1600
 6           Irvine, California 92614
             (949) 567-6700
 7
             - AND -
 8
             ORRICK, HERRINGTON & SUTCLIFFE, LLP
 9           BY:  ANNETTE L. HURST
                  Attorney at Law
10           405 Howard Street
             San Francisco, California 94105
11           (415) 773-5700

12
     FOR DEFENDANT MATTEL, INC.:
13
             QUINN, EMANUEL, URQUHART, OLIVER & HEDGES
14           By:  JOHN B. QUINN
                  MICHAEL T. ZELLER
15                Attorneys at Law
             865 South Figueroa Street
16           10th Floor
             Los Angeles, California 90017-2543
17           (213) 443-3000

18


19   FOR COUNTER-DEFENDANT CARLOS GUSTAVO MACHADO GOMEZ:

20           SCHEPER, KIM & OVERLAND, LLP
             By:  MARK E. OVERLAND
21                ALEXANDER H. COTE
                  Attorneys at Law
22           One Bunker Hill
             601 West Fifth Street
23           12th Floor
             Los Angeles, California 90071
24           (213) 613-4680

25
```

|    |              |
|----|--------------|
| 1  |  **I N D E X**  |
| 2  |              |
| 3  |              |
| 4  | STATUS CONFERENCE |
| 5  |              |
| 6  |              |
| 7  |              |
| 8  |              |
| 9  |              |
| 10 |              |
| 11 |              |
| 12 |              |
| 13 |              |
| 14 |              |
| 15 |              |
| 16 |              |
| 17 |              |
| 18 |              |
| 19 |              |
| 20 |              |
| 21 |              |
| 22 |              |
| 23 |              |
| 24 |              |
| 25 |              |

|    |                                                                     |
|----|---------------------------------------------------------------------|
| 1  | **SANTA ANA, CALIFORNIA, TUESDAY, JANUARY 12, 2010**                |
| 2  | **(8:18 a.m.)**                                                     |
| 3  | THE COURT:  Then we are on the record in the                        |
| 4  | matter of Mattel v. MGA.  And counsel and the Court had an          |
| 5  | evening discussion last night, and we had decided that              |
| 6  | Mattel would present their request for discovery, although          |
| 7  | there were certain informal stipulations.  The wording has          |
| 8  | become a difficult issue between both counsel in terms of           |
| 9  | the narrowing and the breadth, and the Court is quite               |
| 10 | understanding of that and is, of course, quite complimentary        |
| 11 | of lead counsel in this matter.                                     |
| 12 | My understanding is that the document you are                       |
| 13 | formally submitting to the Court now has the objections by          |
| 14 | MGA interlineated?                                                  |
| 15 | MR. MC CONVILLE:  Yes, your Honor.  The document                    |
| 16 | that we have prepared to submit is a document -- we received        |
| 17 | a draft proposed joint discovery order from Mattel on               |
| 18 | Sunday.  We interlineated our changes to that document, and         |
| 19 | that -- and so this document reflects what we received from         |
| 20 | Mattel as of Sunday night, and our changes to that document         |
| 21 | as of Sunday night, so I don't know --                              |
| 22 | THE COURT:  Can you give that to Lori.                              |
| 23 | And Lori, you date stamp it today's date.                           |
| 24 | THE CLERK:  Okay.                                                   |
| 25 | MR. MC CONVILLE:  I'll hand a copy to Lori and a                    |

```
 1  copy to counsel for Mattel.
 2          THE COURT:  Okay.
 3          MR. ZELLER:  And then what we have, your Honor, is
 4  a proposed order in the form of the language that we're
 5  proposing.
 6          THE COURT:  Okay.  And if you'd hand that to Lori,
 7  and we'll date stamp it.
 8          And then I'll need about, oh, four copies.
 9          Well, counsel, thank you very much.  We'll see you
10  sometime later today, as soon as we get a chance to work on
11  it.
12          MR. MC CONVILLE:  Thank you, your Honor.
13          THE COURT:  Thank you very much.
14          (Recess.)
15                          -oOo-
16
17
18
19
20
21
22
23
24
25
```

```
 1                             -oOo-

 2                          **CERTIFICATE**

 3

 4         I hereby certify that pursuant to Section 753,

 5   Title 28, United States Code, the foregoing is a true and

 6   correct transcript of the stenographically reported

 7   proceedings held in the above-entitled matter and that the

 8   transcript page format is in conformance with the

 9   regulations of the Judicial Conference of the United States.

10

11   Date:   January 27, 2010

12

13

14                          _____
                            JANE C.S. RULE, U.S. COURT REPORTER
15                          CSR NO. 9316

16

17

18

19

20

21

22

23

24

25
```