Case 2:04-cv-09049-DOC-RNB   Document 7464   Filed 02/01/10   Page 1 of 9   Page ID #:257562
SACV 04-9049-DOC - 01/19/2010 - Vol. II

1

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**HONORABLE DAVID O. CARTER, JUDGE PRESIDING**

- - - - - - -

```
CARTER BRYANT,                      )
                                    )
         Plaintiff,                 )
                                    )
     vs.                            ) No. SACV 04-9049-DOC
                                    )    Volume II
MATTEL, INC.,                       )
                                    )
         Defendant.                 )
_____)
```

REPORTER'S TRANSCRIPT OF PROCEEDINGS

Status Conference

Santa Ana, California

Tuesday, January 19, 2010

Jane C.S. Rule, CSR 9316
Federal Official Court Reporter
United States District Court
411 West 4th Street, Room 1-053
Santa Ana, California 92701
(714) 558-7755

10-01-19 MattelV2

```
 1   APPEARANCES OF COUNSEL:

 2

 3   FOR INTERVENOR DEFENDANT MGA ENTERTAINMENT, INC.:

 4            ORRICK, HERRINGTON & SUTCLIFFE, LLP
              BY:  THOMAS S. MC CONVILLE
 5                 Attorney at Law
              4 Park Plaza Suite 1600
 6            Irvine, California 92614
              (949) 567-6700
 7
              - AND -
 8
              ORRICK, HERRINGTON & SUTCLIFFE, LLP
 9            BY:  ANNETTE L. HURST
                   Attorney at Law
10            405 Howard Street
              San Francisco, California 94105
11            (415) 773-5700

12
     FOR DEFENDANT MATTEL, INC.:
13
              QUINN, EMANUEL, URQUHART, OLIVER & HEDGES
14            By:  JOHN B. QUINN
                   MICHAEL T. ZELLER
15                 Attorneys at Law
              865 South Figueroa Street
16            10th Floor
              Los Angeles, California 90017-2543
17            (213) 443-3000

18

19   FOR COUNTER-DEFENDANT CARLOS GUSTAVO MACHADO GOMEZ:

20            SCHEPER, KIM & OVERLAND, LLP
              By:  MARK E. OVERLAND
21                 ALEXANDER H. COTE
                   Attorneys at Law
22            One Bunker Hill
              601 West Fifth Street
23            12th Floor
              Los Angeles, California 90071
24            (213) 613-4680

25
```

```
 1   APPEARANCES OF COUNSEL (Continued):

 2


 3   FOR MATERIAL WITNESS MARIANA TRUEBA:

 4
             BIENERT, MILLER, WEITZEL & KATZMAN
 5      By:  THOMAS H. BIENERT, JR.
               Attorney at Law
 6           115 Avenida Miramar
             San Clemente, California 92672
 7           (949) 369-3700

 8

 9   ALSO PRESENT:

10           JILL THOMAS, Asst. General Counsel, Mattel, Inc.

11           ISAAC LARIAN, CEO, MGA Entertainment

12           JEANNE PISONI, General Counsel, MGA Entertainment

13           PATRICK FRAIOLI, Attorney, Court-Appointed Monitor

14

15

16

17

18

19

20

21

22

23

24

25
```

Case 2:04-cv-09049-DOC-RNB   Document 7464   Filed 02/01/10   Page 4 of 9   Page ID #:257565
SACV 04-9049-DOC - 01/19/2010 - Vol. II

4

1
2
3
4              STATUS CONFERENCE
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**I N D E X**

Case 2:04-cv-09049-DOC-RNB   Document 7464   Filed 02/01/10   Page 5 of 9   Page ID #:257566
SACV 04-9049-DOC - 01/19/2010 - Vol. II

5

```
 1           SANTA ANA, CALIFORNIA, TUESDAY, JANUARY 19, 2010
 2                             VOLUME II
 3                            (12:15 p.m.)
 4           THE COURT:  Okay.  Counsel, one question for
 5   Mr. Overland.
 6           What did the United States Attorneys' Office
 7   represent to you?  In other words, we have the letter, and
 8   in conjunction with that, do you fear -- or have a fear of
 9   prosecution in any U.S. jurisdiction that is founded in fact
10   at this time?
11           MR. OVERLAND:  I am not sure what the Court means
12   "founded in fact," whether there is a --
13           THE COURT:  Strike that.  I'm going to now strike
14   "founded in fact."
15           Do you have any fear of prosecution in any U.S.
16   jurisdiction?
17           MR. OVERLAND:  Yes.
18           THE COURT:  Which one?
19           MR. OVERLAND:  California and Arizona.
20           THE COURT:  Which district?
21           MR. OVERLAND:  State.
22           THE COURT:  State.  Based upon what
23   representation?
24           MR. OVERLAND:  Based on the fact that discovery
25   has shown that some of the information that was allegedly
```

Case 2:04-cv-09049-DOC-RNB   Document 7464   Filed 02/01/10   Page 6 of 9   Page ID #:257567
SACV 04-9049-DOC - 01/19/2010 - Vol. II

6

```
 1  taken by Mr. Machado was stored in computers, Mattel
 2  computers in El Segundo and in Phoenix, and both --
 3           THE COURT:  What state prosecutor has represented
 4  to you or --
 5           MR. OVERLAND:  None.
 6           THE COURT:  Is there any information about an
 7  indictment, you being targeted, any grand jury summons,
 8  anything?
 9           MR. OVERLAND:  No.
10           THE COURT:  So, in other words -- well, okay.
11  This is the ruling of the Court, then:
12           Mr. Overland, who is counsel for Machado, has
13  indicated that his client intends to invoke the Fifth
14  Amendment during today's deposition testimony.  In the civil
15  context, the privilege against self-incrimination may only
16  be invoked when the person invoking the privilege reasonably
17  believes that his disclosures could be used in a criminal
18  prosecution or that the disclosures could lead to evidence
19  that could be used in a criminal prosecution.
20           The Court cites Doe v. Rudy Lanzer v. Glanzer at
21  232 F.3d 1258, 1263 (9th Cir. 2000).
22           This Court considers the Fifth Amendment privilege
23  unavailable to Mr. Machado in light of the disclosure by the
24  U.S. Attorneys Office for the Central District of
25  California, that it does not contemplate bringing a criminal
```

Case 2:04-cv-09049-DOC-RNB   Document 7464   Filed 02/01/10   Page 7 of 9   Page ID #:257568
SACV 04-9049-DOC - 01/19/2010 - Vol. II

7

1  action against Mr. Machado.
2           Based on the Ballas (phonetic) case, the Court
3  considers the privilege unavailable with respect to four
4  jurisdictions.  Therefore, the Court denies Mr. Machado's
5  proposed order.  But the Court further warns the parties
6  that the deposition of Mr. Machado should not be used as an
7  evidence-gathering mechanism for the criminal prosecution of
8  Mr. Machado in Mexico.  If any such prosecution is pending
9  and/or directed or participated in by Mattel, this is
10 especially so in light of the supreme court's statement in
11 Ballas that, quote, "Cooperative conduct between the United
12 States and foreign nations could not develop to a point at
13 which a claim could be made for recognizing fear of foreign
14 prosecution under the self-incrimination clause as
15 traditionally understood," end of quote.
16          This situation is not identical in that the United
17 States prosectors are not working with Mexican authorities.
18 However, this may be a distinction without a difference,
19 because the supreme court was concerned with the mere
20 funneling of information obtained in a case in a United
21 States court for the benefit of a foreign prosecution.
22 Certainly, a fear of self-incrimination would exist in such
23 a circumstance.  At this time, however, the Court is not
24 clear on the extent of Mattel's cooperation with Mexican
25 authorities, and so Mr. Machado's immunity is speculative.

1  This Court has ample tools in the back end if it determines
2  that Mattel later misuses the testimony of Mr. Machado,
3  therefore the proposed order is denied.
4           Counsel, goodbye.
5           MR. BIENERT:  Your Honor, may I inquire based on
6  my client?
7           THE COURT:  Are you seeking direction from the
8  Court?  Do what you will.
9           MR. BIENERT:  I'm assuming it would be the same
10 ruling as --
11          THE COURT:  Do what you will.  I'll resolve that
12 at the time.
13          MR. BIENERT:  Fair enough, your Honor.
14          THE COURT:  Okay.  I'm giving all of the parties
15 the first opportunity.
16          MR. BIENERT:  Thank you, your Honor.
17          THE COURT:  Then I'll deal with it when it's
18 before me.
19          All right.  Thank you very much, counsel.
20          *(Recess.)*
21                          -oOo-
22
23
24
25

1      -oOo-

2      **CERTIFICATE**

3

4      I hereby certify that pursuant to Section 753,

5      Title 28, United States Code, the foregoing is a true and

6      correct transcript of the stenographically reported

7      proceedings held in the above-entitled matter and that the

8      transcript page format is in conformance with the

9      regulations of the Judicial Conference of the United States.

10

11     Date:   January 21, 2010

12

13

14                             _____
                               JANE C.S. RULE, U.S. COURT REPORTER
15                             CSR NO. 9316

16

17

18

19

20

21

22

23

24

25