1  Robert C. O'Brien (SBN 154372)
   ARENT FOX LLP
2  555 West Fifth Street, 48th Floor
   Los Angeles, CA  90013-1065
3  Telephone:   213.629.7400
   Facsimile:    213.629.7401
4  obrien.robert@arentfox.com

5  Discovery Master

6

7

8                     UNITED STATES DISTRICT COURT

9                     CENTRAL DISTRICT OF CALIFORNIA

10                          SOUTHERN DIVISION

11

12  CARTER BRYANT, an individual,        Case No.  CV 04-09049 DOC (RNBx)

13                 Plaintiff,            Consolidated with
                                         Case No. CV 04-09059
14           v.                          Case No. CV 05-2727

15  MATTEL, INC., a Delaware             **PHASE 2 DISCOVERY MATTER**
    corporation,
16                                       **ORDER NO. 91, REGARDING:**
                   Defendant.
17                                          **MOTION OF MGA
                                            ENTERTAINMENT, INC. FOR
18                                          LIMITED RECONSIDERATION
                                            OF ORDER NO. 89 AS PROVIDED
19                                          IN FOOTNOTE 7**

20  CONSOLIDATED WITH
    MATTEL, INC. v. BRYANT and
21  MGA ENTERTAINMENT, INC. v.
    MATTEL, INC.
22

23

24

25

26

27

28

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES
                                              ORDER NO. 91
                                    [Case No. CV 04-09049 DOC (RNBx)]

LA/232985.2

This Order sets forth the Discovery Master's ruling on the motion of MGA Entertainment, Inc. ("MGA") for limited reconsideration of Order No. 89 (the "Motion for Reconsideration").

The Discovery Master, having considered the papers filed in support of and in opposition to the Motion for Reconsideration, and having concluded that oral argument is unnecessary, rules as set forth below.

## I.   FACTUAL BACKGROUND

### A.   Order No. 89

In Order No. 89, the Discovery Master ruled on MGA's motion to compel further responses and production of documents requested in 918 requests for production (the "Requests") propounded on Mattel, Inc. ("Mattel") by MGA (the "Motion to Compel").[1]   Order No. 89 classified 891 of the 918 Requests into two categories (1) Requests as to which Mattel objected, without any statement of compliance; and (2) Requests as to which Mattel has represented it has complied, or will comply, subject to certain conditions.

Because 27 of the 918 Requests at issue in the Motion to Compel were not included in the Separate Statement, the Discovery Master was unable to adjudicate the parties' dispute as to those 27 Requests.[2]   However, in footnote 7 of Order No. 89, the Discovery Master invited MGA to seek limited reconsideration of Order No. 89 by providing evidence, or citations to previously filed papers, indicating that Mattel conditionally agreed to comply with the 27 Requests.

### B.   MGA's Motion For Reconsideration And Mattel's Opposition

On January 19, 2010, MGA filed its Motion for Reconsideration with regard to the 27 Requests.  MGA provided citations to (1) previously filed papers and (2) Orders of the previous Discovery Master.  MGA contends that the evidence

---

[1]  As Order No. 89 fully states the relevant background related to the Motion to Compel, I do not restate it here.

[2]  9049 Requests 17, 46, 92, 386, 387, 541, 542, 544, 547, 561, 562, 586, 605, 606, 607, 608, 609, and 610. 9059 Requests 87, 96, 97, 189, 338, 339, 340, 341, and 342.

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

LA/232985.2

- 1 -

ORDER NO. 91
[Case No. CV 04-09049 DOC (RNBx)]

demonstrates that Mattel has represented it has complied, or will comply, subject to certain conditions, with the 27 Requests at issue.  (*See generally* Motion).

In its Opposition, Mattel makes three main arguments.  First, Mattel contends that it raised valid objections to 7 Requests[3] and "stood on its objections." (Opposition, p. 2).  Second, Mattel concedes that it agreed to comply in part with 13 Requests,[4] but responses to those Requests should not be compelled without limitation.  (*Id.*, p. 5).  Third, Mattel contends that it has fully complied with 7 Requests.[5]  (*Id.*, p. 10).

In its Reply, MGA argues that Mattel, in its Opposition, represents that it has agreed to comply, subject to certain conditions, with at least 20 of the 27 Requests at issue.  MGA also argues that the evidence refutes Mattel's assertion that it "stood on its objections" with regard to the remaining 7 Requests.  (*See generally* Reply).

## C.   <u>Methodology Used By The Discovery Master</u>

As I did in Order No. 89 (*see* Order No. 89, Section I.F), I have endeavored to place each of the 27 Requests at issue into one of two categories: (1) Requests as to which Mattel objected, without any statement of compliance; and (2) Requests as to which Mattel has represented it has complied, or will comply, subject to certain conditions.

After reviewing the documents cited by MGA, I conclude that 26 of the 27 Requests belong in the second category.  Those 26 Requests are:

- 9049 Requests 17, 46, 92, 386, 387, 541, 542, 544, 547, 561, 562, 586, 605, 606, 607, 608, 609, and 610.
- 9059 Requests 87, 96, 97, 338, 339, 340, 341, and 342.

---

[3]  9049 Requests 605, 606, 607, 608, 609, 610.
9059 Request 189.

[4]  9049 Requests 92, 541, 542, 544, 547, and 586.
9059 Requests 87, 96, 338, 339, 340, 341, 342.

[5]  9049 Requests 17, 46, 386, 387, 561, and 562.
9059 Request 97.

Arent Fox LLP
Attorneys At Law
Los Angeles

LA/232985.2

- 2 -

ORDER NO. 91
[Case No. CV 04-09049 DOC (RNBx)]

1    The only remaining Request is 9059 Request 189. In support of its

2  contention that Mattel conditionally agreed to comply with 9059 Request 189,

3  MGA cites a Joint Report that the parties filed in relation to a January 17, 2008,

4  motion to compel and the prior Discovery Master's order adjudicating that motion

5  to compel. After reviewing those documents, I was unable to determine whether

6  Mattel conditionally agreed to comply with 9059 Request 189 or simply objected to

7  the Request.[6] However, in its Opposition, Mattel states: "While Mattel did agree to

8  partial compliance with this Request [189], the Joint Report clearly shows that this

9  compliance was not without objections or limitations." (Opposition, p. 4). Because

10  Mattel states that it agreed to partially comply with the Request, 9059 Request 189

11  properly belongs in the second category.

12    In sum, the documents that MGA cites and Mattel's Opposition collectively

13  demonstrate that Mattel has represented that it has complied, or will comply,

14  subject to certain conditions, with all 27 Requests at issue in MGA's Motion for

15  Reconsideration.

16  **II.    DISCUSSION**

17    Because Mattel has represented that it has complied, or will comply, subject

18  to certain conditions, with all 27 Requests at issue, those Requests properly belong

19  in Appendix B of Order No. 89. In Order No. 89, the Discovery Master granted the

20  Motion to Compel, in part, as to the Requests set forth in Appendix B. Although

21  Mattel restates its arguments from the Motion to Compel, asserting that it should

22  not be compelled to respond to the 27 Requests, its position is unpersuasive. The

23  factual record shows that the 27 Requests should be treated as if they were

24  originally included in Appendix B of Order No. 89.

---

[6] The prior Discovery Master's Order states: "[D]uring the meet and confer, Mattel represented that it has not withheld any documents based on its relevance objection. Therefore, MGA withdraws its Motion as to the document requests." (April 11, 2008, Order, p. 2). This statement is not necessarily a statement that Mattel conditionally agreed to comply with 9059 Request 189. It is simply a statement that Mattel was not relying on its relevance objection and MGA consequently withdrew its motion to compel the document requests at issue. Given the limited nature of this statement, it is possible that Mattel would continue to rely on other objections.

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

LA/232985.2

- 3 -

ORDER NO. 91
[Case No. CV 04-09049 DOC (RNBx)]

III.   **CONCLUSION**

In sum, I conclude that Mattel has represented that it has complied, or will comply, subject to certain conditions, with all 27 Requests at issue in MGA's Motion for Reconsideration.  Those 27 Requests should be treated as if they were originally included in Appendix B of Order No. 89.

IV.   **DISPOSITION**

The Motion for Reconsideration is **GRANTED**.  Mattel shall respond to the 27 Requests listed in footnote 2 as if those 27 Requests were originally included in Appendix B of Order No. 89.

Mattel shall comply with the 27 Requests subject to the following limitations:

- Mattel shall use the search techniques adopted by the Discovery Master in Section II.B.1 of Order No. 89, namely Mattel shall search its servers located in the United States, Mexico and Canada, the computers and files for those individuals listed in the parties' initial disclosures, and the computers and files for those individuals identified by Mattel in responses to interrogatories or at deposition as having knowledge of Phase 2 issues.
- The Orders of the prior Discovery Master referenced in Order No. 89 apply to the 27 Requests only as stated in Section II.B of Order No. 89.

Mattel shall serve supplemental responses and produce any responsive, non-privileged documents described herein within 30 days of the date of this Order.

Dated:  February 2, 2010

By:    /s/ Robert C. O'Brien
ROBERT C. O'BRIEN
Discovery Master

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

LA/232985.2

ORDER NO. 91
[Case No. CV 04-09049 DOC (RNBx)]