Name & Address:
Warrington S. Parker III (State Bar No. 148003)
Orrick, Herrington & Sutcliffe LLP
405 Howard Street
San Francisco, California 94105
(415) 773-5700
(415) 773-5759 (Facsimile)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT <br><br> PLAINTIFF(S) <br><br> v. <br><br> MATTEL, INC., a Delaware Corporation <br><br> DEFENDANT(S). | CASE NUMBER: <br> CV 04-9049-DOC (RNBx) <br><br> **NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:** NOTICE OF LODGING OF DOCUMENTS FILED BEFORE JUDGE SMITH IN CONNECTION WITH MGA'S OBJECTIONS TO REPORT AND RECOMMENDATION OF ELECTRONIC DISCOVERY SPECIAL MASTER (1/21/10);DECLARATION OF FRANK RORIE FILED IN SUPPORT OF MGA'S OBJECTIONS TO REPORT AND RECOMMENDATION OF ELECTRONIC DISCOVERY SPECIAL MASTER (1/21/10).

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☒ Other See documents listed above.

**Reason:**

☒ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☒ Per Court order dated   MGA's Ex Parte Application For Permission To File Documents Under Seal (Dkt. No. 7453)l

☐ Manual Filing required (*reason*):

| | |
|---|---|
| February 2, 2010 <br> Date | /s/ Warrington S. Parker, III <br> Attorney Name <br> MGA Parties <br> Party Represented |

Note:   File one Notice in each case, each time you manually file document(s).

G-92 (03/09)        **NOTICE OF MANUAL FILING**        American LegalNet, Inc. <br> www.FormsWorkflow.com