MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building, 405 Howard Street
San Francisco, CA 94105
Tel: (415) 773-5700/Fax: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Tel. (213) 629-2020/Fax: (213) 612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049-DOC (RNBx)<br><br>Consolidated with: Case No. CV 04-9059 and Case No. CV 05-2727<br><br>Hon. David O. Carter<br><br>**DECLARATION OF CYNTHIA LOCK IN SUPPORT OF MGA ENTERTAINMENT, INC.'S OBJECTIONS TO ELECTRONIC DISCOVERY SPECIAL MASTER'S REPORT AND RECOMMENDATION (1/21/2010)** |

1    I, Cynthia Lock, declare:

2    1.    I am an attorney at the law firm of Orrick, Herrington & Sutcliffe LLP ("Orrick"), counsel of record for MGA Parties in the above-captioned action. I am a member in good standing of the State Bar of California and am admitted to practice before this court. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

8    2.    Since July 2009, when present counsel began to represent MGA, MGA attorneys have spent well over one thousand hours in this case reviewing documents for privilege and addressing privilege log issues at a very high cost to MGA.  The current privilege log references over 10,000 documents, in 13,500 lines, and includes reference to each attachment and each email in the email strings in the documents on the privilege log.  More than 4,000 of these documents are currently under review by Discovery Master O'Brien.

15   I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed at Los Angeles, California on February 2, 2010.

*/s/ Cynthia Lock*
Cynthia Lock