MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone: 415-773-5700
Facsimile: 415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: 213-629-2020
Facsimile: 213-612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx)<br><br>Consolidated with: Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>Hon. David O. Carter<br><br>**PROOF OF SERVICE VIA HAND DELIVERY AND U.S. MAIL**<br><br>Hearing Date: March 8, 2010<br>Hearing Time: 8:30 a.m.<br>Location:  Courtroom of the Hon. David O. Carter |

# PROOF OF SERVICE BY HAND DELIVERY

I declare I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is USA Network, Inc., 800 West 1st Street, Suite 200-B, Los Angeles, California 90012.

On February 2, 2010, I served the following document(s):

1. **NOTICE OF MANUAL FILING;**

2. **MGA'S OBJECTION TO RECOMMENDATION NO. 5 OF JANUARY 21, 2010 ELECTRONIC DISCOVERY SPECIAL MASTER'S REPORT AND RECOMMENDATION;**

3. **DECLARATION OF CYNTHIA LOCK IN SUPPORT OF MGA ENTERTAINMENT, INC.'S OBJECTIONS TO ELECTRONIC DISCOVERY SPECIAL MASTER'S REPORT AND RECOMMENDATION (1/21/2010);**

4. **NOTICE OF LODGING OF DOCUMENTS FILED BEFORE JUDGE SMITH IN CONNECTION WITH THE MGA PARTIES OBJECTIONS TO REPORT AND RECOMMENDATION OF ELECTRONIC DISCOVERY SPECIAL MASTER (01/21/10) [ATTORNEYS' EYES ONLY – FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER];**

5. **DECLARATION OF FRANK D. RORIE IN SUPPORT OF MGA ENTERTAINMENT, INC.'S OBJECTIONS TO ELECTRONIC DISCOVERY SPECIAL MASTER'S REPORT AND RECOMMENDATION (01/21/10) [CONFIDENTIAL – ATTORNEYS' EYES ONLY – FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER];**

6. **APPLICATION TO FILE UNDER SEAL DOCUMENTS RELATED TO MGA'S OBJECTIONS TO REPORT AND RECOMMENDATION OF ELECTRONIC DISCOVERY SPECIAL MASTER (01/21/10);**

7. **[PROPOSED] ORDER GRANTING ISAAC LARIAN AND MGA ENTERTAINMENT, INC.'S APPLICATION TO FILE UNDER SEAL;**

8. **PROOF OF SERVICE VIA HAND DELIVERY AND U.S. MAIL**

[X]  by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below:

| | |
|---|---|
| 1 | |
| 2 | Counsel for Mattel. Inc.<br>Michael T. Zeller, Esq.<br>michaelzeller@quinnemanuel.com |
| 3 | Brett D. Proctor<br>dylanproctor@quinnemanuel.com |
| 4 | QUINN EMANUEL URQUHART OLIVER &<br>HEDGES, LLP |
| 5 | 865 South Figueroa Street, 10th Floor<br>Los Angeles, CA 90017-2543 |
| 6 | Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100 |
| 7 | |
| 8 | I declare under penalty of perjury that the foregoing is true and correct. |
| 9 | Executed on February 2, 2010, at Los Angeles, California. |
| 10 | |
| 11 | _Isaac Trenco_          _/s/ Isaac Trenco_<br>                              USA Network, Inc. |

- 2 -

**PROOF OF SERVICE**

I, Maria Mercado-Navarro, declare:

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, 777 South Figueroa Street, Suite 3200, Los Angeles, California 90017.

On February 2, 2010, I served the following document(s):

1. NOTICE OF MANUAL FILING;

2. MGA'S OBJECTION TO RECOMMENDATION NO. 5 OF JANUARY 21, 2010 ELECTRONIC DISCOVERY SPECIAL MASTER'S REPORT AND RECOMMENDATION;

3. DECLARATION OF CYNTHIA LOCK IN SUPPORT OF MGA ENTERTAINMENT, INC.'S OBJECTIONS TO ELECTRONIC DISCOVERY SPECIAL MASTER'S REPORT AND RECOMMENDATION (1/21/2010);

4. NOTICE OF LODGING OF DOCUMENTS FILED BEFORE JUDGE SMITH IN CONNECTION WITH THE MGA PARTIES OBJECTIONS TO REPORT AND RECOMMENDATION OF ELECTRONIC DISCOVERY SPECIAL MASTER (01/21/10) [ATTORNEYS' EYES ONLY – FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER];

5. DECLARATION OF FRANK D. RORIE IN SUPPORT OF MGA ENTERTAINMENT, INC.'S OBJECTIONS TO ELECTRONIC DISCOVERY SPECIAL MASTER'S REPORT AND RECOMMENDATION (01/21/10) [CONFIDENTIAL – ATTORNEYS' EYES ONLY – FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER];

6. APPLICATION TO FILE UNDER SEAL DOCUMENTS RELATED TO MGA'S OBJECTIONS TO REPORT AND RECOMMENDATION OF ELECTRONIC DISCOVERY SPECIAL MASTER (01/21/10);

7. [PROPOSED] ORDER GRANTING ISAAC LARIAN AND MGA ENTERTAINMENT, INC.'S APPLICATION TO FILE UNDER SEAL;

8. PROOF OF SERVICE VIA HAND DELIVERY AND U.S. MAIL

[x] By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

[ ] (by Electronic Mail), I caused such documents to be transmitted by electronic mail to the offices of the addressee.

- 3 -

PROOF OF SERVICE
CV 04-9049 DOC (RNBX)

<u>Counsel for Carlos Gustavo Machado Gomez</u>

Mark E. Overland, Esq.
moverland@scheperkim.com
Alexander H. Cote, Esq.
acote@scheperkim.com
SCHEPER KIM & OVERLAND LLP
601 W. 5th Street, 12th Floor
Los Angeles, CA 90017
Telephone: (213) 613-4655
Facsimile: (213) 613-4656

<u>Additional Counsel:</u>

Jason D. Russell, Esq.
jason.russell@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Ave., Suite 3400
Los Angeles, CA 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600

I am employed in the county from which the mailing occurred. On the date indicated above, I placed the sealed envelope(s) for collection and mailing at this firm's office business address indicated above. I am readily familiar with this firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the firm's correspondence would be deposited with the United States Postal Service on this same date with postage thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 2, 2010, at Los Angeles, California.

_Maria Mercado-Navarro_
Maria Mercado-Navarro