Quinn Emanuel Urquhart Oliver & Hedges, LLP
John B. Quinn (Bar No. 090378)
Michael T. Zeller (Bar No. 196417)
865 S Figueroa Street, 10th Floor, Los Angeles, CA 90017
Telephone: 213-443-3000
Facsimile: 213-443-3100
Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>PLAINTIFF(S)<br>v.<br>MGA ENTERTAINEMENT, INC., a California corporation, et al.,<br>DEFENDANT(S). | CASE NUMBER:<br>CV 04-09049 DOC (RNBx)<br><br>NOTICE OF MANUAL FILING |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**
Opposition of Mattel, Inc. to the MGA Parties' Objections to Discovery Master Order No. 90; Stipulation and Application to File Under Seal; Proposed Order

**Document Description:**
- ☐ Administrative Record
- ☐ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]
- ☑ Other  Opposition of Mattel, Inc. to the MGA Parties' Objections to Discovery Master Order No. 90; Stipulation and Application to File Under Seal; Proposed Order

**Reason:**
- ☑ Under Seal
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☐ Per Court order dated _____
- ☑ Manual Filing required (*reason*):
   Application to File Under Seal and Proposed Order not subject to e-filing

February 3, 2010
Date

Michael T. Zeller
Attorney Name

Mattel, Inc.
Party Represented

Note:  File one Notice in each case, each time you manually file document(s).

G-92 (03/09)                              NOTICE OF MANUAL FILING