QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

ORRICK, HERRINGTON & SUTCLIFFE LLP
   Annette L. Hurst (Bar No. 148738)
   (ahurst@orrick.com)
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone:  415-773-5700
Facsimile:   415-773-5759

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>             Plaintiff,<br><br>       vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.<br>                   Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No.    CV 04-09059<br>Case No.    CV 05-2727<br><br>Honorable David O. Carter<br><br>STIPULATION AND [PROPOSED] ORDER ON EXTENSION OF TIME TO OBJECT TO DISCOVERY MATTER ORDER NO. 89/91<br><br>**Phase 2:**<br>Disc. Cut-off:       TBD<br>Pre-trial Conf.:    TBD<br>Trial Date:          TBD |

1   WHEREAS, the Discovery Master issued Order No. 91, which modifies
2 Order No. 89 (the "Orders") on February 2, 2010,
3   WHEREAS, the Orders require Mattel to, among other things, produce
4 documents responsive to more than 900 Requests for Production,
5   WHEREAS, Mattel's Objections to the Orders are presently due on February
6 5, 2010,
7   WHEREAS, Mattel requires additional time to prepare and present its
8 Objections due to the broad scope of the Orders, and MGA is amenable to an
9 extension as a professional courtesy,
10   NOW THEREFORE, Mattel, Inc. ("Mattel") and MGA Entertainment, Inc.,
11 Isaac Larian, MGAE de Mexico, and MGA Entertainment (HK) Ltd. (collectively,
12 the "MGA Parties"), by and through their respective counsel of record and subject to
13 the Court's approval, hereby stipulate and agree that any Objections to Order Nos.
14 89 and 91 shall be filed on or before Monday, February 8, 2010.

   IT IS SO STIPULATED.

DATED:  February 5, 2010          QUINN EMANUEL URQUHART OLIVER & HEDGES. LLP


                                  By /s/ Michael T. Zeller
                                     Michael T. Zeller
                                     Attorneys for Mattel, Inc.

DATED:  February 5, 2010          ORRICK, HERRINGTON & SUTCLIFFE, LLP


                                  By /s/ Annette Hurst
                                     Annette Hurst
                                     Attorneys for the MGA Parties.