UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et. al.,<br><br>Defendants. | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>[PROPOSED] ORDER ON STIPULATION FOR EXTENSION OF TIME TO OBJECT TO DISCOVERY MATTER ORDER NO. 89/91 |
| AND CONSOLIDATED ACTIONS | |

00505.07975/3313538.1

[PROPOSED] ORDER

<u>[PROPOSED] ORDER</u>

Based on the concurrently filed Stipulation for Extension of Time to Object to Discovery Matter Order No. 89/91,

IT IS HEREBY ORDERED:

The parties shall file any Objections to Discovery Matter Order No. 89/91 on or before close of business February 8, 2010.

DATED:                        . 2010  _____
                                       Hon. David O. Carter
                                       United States District Judge