MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Tel: (415) 773-5700/Fax: (415) 773-5759

Attorneys for MGA Parties

John B. Quinn (State Bar No. 090378)
johnquinn@quinnemanuel.com
Michael T. Zeller (State Bar No. 196417)
michaelzeller@quinnemanuel.com
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Tel. (213) 629-2020/Fax: (213) 612-2499

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049-DOC (RNBx)<br><br>Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>Honorable David O. Carter<br><br>**JOINT REPORT CONCERNING DEPOSITION SCHEDULE** |

1  MGA Entertainment, Inc. and Isaac Larian (collectively, the "MGA Parties") and Mattel, Inc. ("Mattel"), by and through their respective counsel of record, hereby provide the Court with a joint report reflecting a deposition schedule for witnesses previously identified by the parties. The schedule is attached as Exhibit A.

As reflected in the attached calendar, at least 51 deposition days are expected to have been completed in January and February 2010. However, some depositions will not be completed before the end of February 2010, including as a result of scheduling conflicts. The parties will continue taking depositions into March 2010 until they are completed.

Each party reserves the right to identify different witnesses within the limitations described by the Court. A few witnesses changed from the original list of 25 provided to the court.

Dated: February 5, 2010          ORRICK, HERRINGTON & SUTCLIFFE LLP

                                 /s/ Thomas S. McConville
                                 Thomas S. McConville
                                 Attorneys for MGA Parties

Dated: February 5, 2010          QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

                                 /s/ Michael T. Zeller
                                 Michael T. Zeller
                                 Attorneys for Mattel, Inc.

- 1 -

JOINT REPORT CONCERNING DEPOSITION SCHEDULE
CV 04-9049 DOC (RNBx)