Carter Bryant v. Mattel and Consolidated Actions
Case No. CV 04-9049-DOC (RNBx)

## DEPOSITION SCHEDULE

December 2009

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
|  |  | 1 | 2 | 3<br>Mattel witness Gabriel Zalzman | 4 | 5 |
| 6 | 7<br>MGAE de Mexico 30b6/ Susana Kummerle | 8<br>MGAE de Mexico 30b6/ Susana Kummerle | 9<br>MGAE de Mexico 30b6/ Susana Kummerle<br><br>MGA witness J Brisbois | 10<br>MGA witness J Brisbois<br><br>MGA witness I Larian | 11<br>MGA witness I Larian | 12<br>MGAE de Mexico 30b6/ Louis Small |
| 13 | 14<br>Mattel 30(b)(6) Trade Secrets | 15<br>Mattel 30(b)(6) Trade Secrets | 16<br>Mattel 30(b)(6) Trade Secrets<br><br>Mattel witness Bob Eckert | 17<br>Mattel 30(b)(6) Trade Secrets<br><br>Mattel witness Bob Eckert | 18<br>Mattel witness Bob Eckert | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 |  |  |

Carter Bryant v. Mattel and Consolidated Actions
Case No. CV 04-9049-DOC (RNBx)

January 2010

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
|  |  |  |  |  | 1 | 2 |
| 3 | 4 | 5<br>MGA witness Nicole Coleman | 6<br>MGA witness John Woolard | 7 | 8<br>MGA witness Nicole Coleman<br><br>MGA witness John Woolard | 9 |
| 10 | 11 | 12<br>Mattel witness Francisco Tiburcio | 13<br>Omni witness David Nazarian<br><br>Mattel witness Francisco Tiburcio | 14 | 15<br>MGA MX 30(b)(6)/ Louis Smalls | 16 |
| 17 | 18<br>Mattel-requested witness Yoon Jung Kim aka Susan Jung Kim<br><br>Mattel witness Steve Totzke<br><br>MGA witness I. Larian | 19<br>MGA affiliated Gustavo Machado<br><br>Mattel witness Steve Totzke<br><br>MGA witness I. Larian | 20<br>MGA witness Mariana Trueba<br><br>MGA witness I. Larian | 21<br>Mattel witness Neil Fiedman | 22<br>Mattel witness Neil Fiedman | 23 |
| 24 | 25 | 26<br>MGA witness Ron Brawer | 27<br>Mattel witness Richard Anda | 28<br>Mattel witness Richard Anda<br><br>Mattel witness Margo Eldridge | 29<br>Mattel witness Doug Wadleigh | 30 |
| 31 |  |  |  |  |  |  |

Carter Bryant v. Mattel and Consolidated Actions
Case No. CV 04-9049-DOC (RNBx)

February 2010

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3<br>Mattel witness Erika Ashbrook<br><br>MGA Canada 30(b)(6)/ Diane Gordon | 4<br>MGA witness Patrick Ma<br><br>MGA Canada 30(b)(6)/ Diane Gordon | 5<br>MGA witness Patrick Ma<br><br>MGA Canada 30(b)(6)/ Diane Gordon | 6 |
| 7<br>MGA witness Patrick Ma | 8 | 9<br>Mattel witness Jerry Cleary | 10<br>Mattel witness Tom Debrowski<br><br>Mattel witness Roberto Isaias | 11<br>Mattel witness Tom Debrowski<br><br>Mattel witness Roberto Isaias | 12<br>Mattel witness Michael Moore | 13<br>Mattel witness Michael Moore |
| 14 | 15<br>Mattel witness Robert Normile | 16<br>Mattel witness Robert Normile | 17<br>Mattel witness Ricardo Ibarra<br><br>MGA witness Brian Wing | 18<br>Mattel witness Ricardo Ibarra<br><br>MGA witness Brian Wing | 19<br>Mattel witness Tina Patel<br><br>MGA witness Brian Wing | 20 |
| 21 | 22<br>Mattel witness Bob Eckert | 23<br>Mattel witness Bob Eckert<br><br>MGA witness Ron Brawer | 24<br>MGA witness Ron Brawer | 25<br>MGA witness Edmund Lee<br><br>MGA witness Didier Pietri<br><br>Mattel witness Gene Murtha | 26<br>MGA witness Edmund Lee<br><br>MGA witness Didier Pietri<br><br>Mattel witness Tim Kilpin | 27<br>Mattel witness Tim Kilpin |
| 28 | | | | | | |

Carter Bryant v. Mattel and Consolidated Actions
Case No. CV 04-9049-DOC (RNBx)

March 2010

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
|  | 1 | 2<br>Mattel witness Francisco Tiburcio | 3<br>Mattel witness Francisco Tiburcio | 4<br>Mattel witness Francisco Tiburcio | 5 | 6 |
| 7 | 8 | 9<br>MGA witness Paula Garcia | 10<br>MGA witness Paula Garcia | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 |  |  |  |
|  |  |  |  |  |  |  |