MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building, 405 Howard Street
San Francisco, CA 94105
Tel. (415) 773-5700/ Fax: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Tel. (213) 629-2020/Fax: (213) 612-2499

THOMAS S. McCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | Case No. CV 04-9049-DOC (RNBx) |
| Plaintiff, | Consolidated with: |
| v. | Case No. CV 04-9059<br>Case No. CV 05-2727 |
| MATTEL, INC., a Delaware corporation, | Hon. David O. Carter |
| Defendant. | **[PROPOSED] ORDER GRANTING EX PARTE APPLICATION FOR STAY OF RESPONSE TO REQUESTS FOR ADMISSION THAT IMPLICATE ATTORNEY-CLIENT PRIVILEGE AND WORK PRODUCT DOCTRINE PENDING RESOLUTION OF THE MGA PARTIES' OBJECTIONS TO DISCOVERY MASTER ORDER NO. 90** |
| AND CONSOLIDATED ACTIONS | |

## <u>ORDER</u>

Based on the Application filed with the Court, and good cause appearing for the entry thereof, **IT IS HEREBY ORDERED** that:

Any response to the Requests for Admission referenced in Discovery Master Order No. 90 is stayed pending resolution of MGA's and Mr. Larian's Objections to Discovery Master Order No. 90.

Dated: _____, 2010 _____
Hon. David O. Carter
United States District Court Judge