# EXHIBIT A
## Documents Identified During Deposition of Robert Eckert

| Title | Brief Description | Citation |
|---|---|---|
| **Monthly Financial Package** | Profit and loss statements; Income statements; Balance sheets. | 12/16/09 Eckert Depo Tr. 209:23-210:1 |
| **Quarterly Financial Package** | Profit and loss statements; Income statements; Balance sheets; Performance by brand; Sales information by brand (includes roll-up numbers by geography); Sales information by customer; Sales information by geography (includes roll-up numbers by geography); Cash flow statements; Accounts receivable information; Inventory information; Gross margin analyses; Overhead expenses; Selling; General and administrative expense analyses. | 12/16/09 Eckert Depo Tr. 210:1-13; 223:10-21; 227:11-228:4 |
| **Quarterly Forecasts** | Financial schedules; Presentation deck (by major business unit and/or operations); Forecast for remainder of current year; Balance sheet information; Accounts receivable information; Inventory information; Profit and loss forecasts; Income statements; Forecasts by major brand; Forecasts by major geography; Assessment of performance on a year-to-date basis (e.g., budget and actual). | 12/16/09 Eckert Depo Tr. 210:14-22; 220:20-25; 221:5-16; 223:22-224:9; 228:10-12 |
| **NPD Reports** | Monthly reports on U.S. market share created by National Panel Diary | 12/16/09 Eckert Depo Tr. 210:23-211:3; 236:15-237:18 |

# EXHIBIT A
## Documents Identified During Deposition of Robert Eckert

| Title | Brief Description | Citation |
|---|---|---|
| **Board Package** | Financial forecast for balance of year; Income statements; Balance sheets; Cash flow information; Annual projections; Updates to plans or prior forecasts; Strategic plans (3- to 5-year view of business strategies) Financial forecasts in strategic plans; Written memoranda (by **Kevin Farr**); Audit reports; Presentations; Succession plans (**ELQOR**, or Executive Level Quality of Organization); Replacements and recommendations for members of the Management Committee. | 12/16/09 Eckert Depo Tr. 212:11-213:15; 220:12-15; 221:24-25 |
| **Board Meeting Agenda** | Board Meeting Agenda | 12/16/09 Eckert Depo Tr. 212:18 |
| **Board Minutes** | Board Meeting Minutes | 12/16/09 Eckert Depo Tr. 222:17-18; 12/18/09 Eckert Depo Tr. 735:7-43:11. |
| **Audit Reports** | Quarterly financial results of Mattel generated by independent auditors | 12/16/09 Eckert Depo Tr. 215:2-6 |
| **Documents Re: Sarbanes-Oxley Certification** | Documents created internally by Mattel on a quarterly basis relating to the release of information for SOX certification. | 12/16/09 Eckert Depo Tr. 215:7-9 |
| **Board Memoranda** | Documents created by Mr. Eckert as needed to report what he considered significant information to the Board. Examples given: Reporting revenues related from shipping products from Mattel to retailers; Point of sales information; Market share; Profit and loss statements; Profit and loss trends for quarter; Income statements; and Financial status of the business during quarter | 12/16/09 Eckert Depo Tr. 223:3-6; 12/18/09 Eckert Depo Tr. 747:2-750:19; 753:9-757:8. |
| **POS Reports** | Weekly Point of Sales Reports containing sales information originating from retailers. | 12/16/09 Eckert Depo Tr. 237:19-24 |
| **Electronic Daily Sales/Revenue Information** | Daily report providing sales and revenue from the prior day. | 12/16/09 Eckert Depo Tr. 237:25-238:7. |

# EXHIBIT A
## Documents Identified During Deposition of Robert Eckert

| Title | Brief Description | Citation |
|---|---|---|
| **Electronic Media Report** | Electronic Media Report containing press clippings, transmitted on a daily basis. | 12/16/09 Eckert Depo Tr. 238:8-18 |
| **Annual Budget Presentation** | Presentation made to Board of Directors of annual budget for approval; Projected performance in upcoming year; Brand-by-brand, country-by-country expectations of sales, expenditures, and costs | 12/16/09 Eckert Depo Tr. 242:20-243:10 |
| **Business plan documents** | Brand and product plans associated with a brand; Marketing and product plans associated with a brand; Financial forecasts rolling up from individual brand; Financial forecasts rolling up from individual country level across brands; Financial forecasts rolling into a subtotal of a division or business unit; Presentations associated with same. | 12/16/09 Eckert Depo Tr. 313:18-314:17 |
| **Valuations of MGA or its brands** | Valuations of MGA or Bratz brand | 12/16/09 Eckert Depo Tr. 322:7-326:17; 330:13-23; 12/17/09 Eckert Depo Tr. 441:5-442:443:4 |
| **Mattel 10-K Reports (filed with SEC)** | 10-K Reports | 12/16/09 Eckert Depo Tr. 326:24-327:21 |
| **Mattel Annual Report to Shareholders (not filed with SEC)** | Annual Report to Shareholders | 12/16/09 Eckert Depo Tr. 327:15-21 |
| **Transcriptions of Mattel Quarterly Earnings Calls** | Transcriptions of Mattel Quarterly Earnings Calls | 12/16/09 Eckert Depo Tr. 327:22-329:5. |
| **Market Research** | Market research, including surveys, qualitative reports, quantified attribute tracking data | 12/16/09 Eckert Depo Tr. 406:15-407:21 |
| **Communications to Salespersons re: Injunctive Order** | Communication to salespersons regarding injunctive orders. | 12/18/09 Eckert Depo Tr. 691:24-694:19. |
| **IP Licenses** | License agreements to intellectual property which Mr. Eckert approved or was involved in the negotiation of, including without limitation Disney Princess license.. | 12/18/09 Eckert Depo Tr. 711:10-713:2 |
| **Mattel Latin America's Sales of MGA Products** | agreement between Mattel and MGA to sell MGA's product | 12/18/09 Eckert Depo Tr. 728:13-730:1 |