**quinn emanuel** trial lawyers | los angeles
865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL (213) 443-3000 FAX (213) 443-3100

February 8, 2010

<u>VIA E-MAIL</u>

Annette L. Hurst, Esq.
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105

Re:   <u>Mattel v. MGA</u>

Dear Annette:

I write in response to your February 1 email concerning documents supposedly identified in Bob Eckert's recent deposition. The Court's January 26, 2010 Order requires that Mattel produce the non-privileged documents "identified" by Mr. Eckert in his deposition. The Order does not require Mattel to produce entire categories of documents simply because Mr. Eckert stated that such categories exist. Such a production would not only be incredibly burdensome to Mattel, but would also include huge amounts of information that are wholly irrelevant to this action.

As required by the Court's January 26, 2010 Order, Mattel will produce the specific documents identified by Mr. Eckert in his deposition. In the chart attached to your email, entitled "Exhibit A," you list the documents that MGA claims Mr. Eckert "identified" in his deposition. Many of the items on this list, however, are broad categories of documents that Mr. Eckert referenced generally, not particular documents identified by him. For instance, Exhibit A requests every intellectual property license agreement Mr. Eckert has approved while at Mattel based merely on his testimony that Mattel has entered such agreements, which clearly is improper and is not what has been ordered.

**quinn emanuel urquhart oliver & hedges, llp**
NEW YORK | 51 Madison Avenue, 22nd Floor, New York, NY 10010 | TEL (212) 849-7000 FAX (212) 849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, CA 94111 | TEL (415) 875-6600 FAX (415) 875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, CA 94065 | TEL (650) 801-5000 FAX (650) 801-5100
CHICAGO | 250 South Wacker Drive, Suite 230, Chicago, IL 60606 | TEL (312) 463-2961 FAX (312) 463-2962
LONDON | 16 Old Bailey, London EC4M 7EG United Kingdom | TEL +44(0) 20 7653 2000 FAX +44(0) 20 7653 2100
TOKYO | Akasaka Twin Tower Main Bldg., 6th Fl., 17-22 Akasaka 2-Chome, Minato-ku, Tokyo 107-0052 Japan | TEL +81 3 5561-1711 FAX +81 3 5561-1712

Exhibit B, Page 9

We are happy to discuss this issue. Please contact me if you wish to do so.

Very truly yours,

/s/ Marshall M. Searcy

Marshall M. Searcy III

07975/3169937.1

00505.07975/3314435.2

2