1 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  |   John B. Quinn (Bar No. 090378)
2 |   (johnquinn@quinnemanuel.com)
  |   Michael T. Zeller (Bar No. 196417)
3 |   (michaelzeller@quinnemanuel.com)
  |   Jon D. Corey (Bar No. 185066)
4 |   (joncorey@quinnemanuel.com)
  | 865 South Figueroa Street, 10th Floor
5 | Los Angeles, California  90017-2543
  | Telephone:  (213) 443-3000
6 | Facsimile:   (213) 443-3100

7 | Attorneys for Mattel, Inc.

8 | UNITED STATES DISTRICT COURT

9 | CENTRAL DISTRICT OF CALIFORNIA

10 | SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, | CASE NO. CV 04-9049 DOC (RNBx) Consolidated with Case No. CV 04-09039 Case No. CV 05-02727 |
| Plaintiff, | Hon. David O. Carter |
| vs. | [PROPOSED] ORDER RE: MATTEL, INC.'S REPORT ON CERTAIN DISCOVERY DISPUTES |
| MGA ENTERTAINMENT, INC., a California corporation, et al., | Hearing Date:       TBD Time:                    TBD Place:                   TBD |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | **Phase 2** Discovery Cutoff:      TBD Pre-trial Conference:   TBD Trial:                       TBD |

00505.07975/3321379.1

[PROPOSED] ORDER

The Court, having reviewed Mattel, Inc.'s list of certain discovery disputes for which it requests the Court's assistance, HEREBY ORDERS briefing, oral argument, or both, as indicated below.  Where briefing is ordered, the parties shall stipulate to a schedule for the Court's approval or, barring agreement, will be set by the Court.

1. **MGA 30(b)(6) Witnesses.**

☐ Hearing is ORDERED

☐ Briefing is ORDERED

2. **MGA Mexico 30(b)(6) Issues.**

☐ Hearing is ORDERED

☐ Briefing is ORDERED

3. **Larian Deposition**.

☐ Hearing is ORDERED

☐ Briefing is ORDERED

4. **Moinian Deposition.**

☐ Hearing is ORDERED

☐ Briefing is ORDERED

5.      **Machado and Trueba Fifth Amendment Invocations**.

☐ Hearing is ORDERED

☐ Briefing is ORDERED

6.      **Phase 2 Interrogatories**.

☐ Hearing is ORDERED

☐ Briefing is ORDERED

7.      **Documents Showing The Source Of The $49 Million In Funding.**

☐ Hearing is ORDERED

☐ Briefing is ORDERED

8.      **Documents Collected By Forensic Auditor.**

☐ Hearing is ORDERED

☐ Briefing is ORDERED

9.      **Core MGA Financial Documents.**

☐ Hearing is ORDERED

☐ Briefing is ORDERED

**10.** **Indemnification and Fee Agreements.**

☐ Hearing is ORDERED

☐ Briefing is ORDERED

**11.** **Legal Fees for the Omni Parties.**

☐ Hearing is ORDERED

☐ Briefing is ORDERED

**12.** **Other Document Deficiencies**.

☐ Hearing is ORDERED

☐ Briefing is ORDERED

**13.** **Requests for Admission on Trade Secrets.**

☐ Hearing is ORDERED

☐ Briefing is ORDERED

1

**14.** __Electronic Discovery Compliance.__

2

☐ Hearing is ORDERED

3

4

☐ Briefing is ORDERED

5

6

7

8
DATED:                        , 2010 _____

9
Hon. David O. Carter
United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28