MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105-2669
Tel: (415) 773-5700/Fax: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Tel. (213) 629-2020/Fax: (213) 612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx)<br>Consolidated with:<br>Case Nos. CV 04-9059 & CV 05-2727<br><br>**[PROPOSED] ORDER RE: MGA'S LIST OF CERTAIN OUTSTANDING ISSUES** |

The Court having reviewed the MGA Parties' list of certain outstanding issues for which it requests the Court's assistance, HEREBY ORDERS briefing, oral argument, or both as indicated below. Where briefing is ordered, the parties shall stipulate to a schedule for the Court's approval or, barring agreement, will be set by the Court.

1. **Proposed pre-trial schedule.**
   ☐ Hearing is ORDERED for _____
   ☐ Briefing is ORDERED

2. **Eckert documents**
   ☐ Hearing is ORDERED for _____
   ☐ Briefing is ORDERED

3. **Deposition scheduling—Michael Moore**
   ☐ Hearing is ORDERED for _____
   ☐ Briefing is ORDERED

4. **Deposition scheduling—Matthew Bousquette**
   ☐ Hearing is ORDERED for _____
   ☐ Briefing is ORDERED

5. **Vargas/Mattel settlement**
   ☐ Hearing is ORDERED for _____
   ☐ Briefing is ORDERED

6. **Mattel's Phase II Document Production**
   ☐ Hearing is ORDERED for _____
   ☐ Briefing is ORDERED

| | | |
|---|---|---|
|1|**7.**|**Deposition length—Patrick Ma**|
|2|☐|Hearing is ORDERED for _____|
|3|☐|Briefing is ORDERED|
|4| | |
|5|**8.**|**Mattel's notices for an MGA Entertainment's 30(b)(6)**|
|6|☐|Hearing is ORDERED for _____|
|7|☐|Briefing is ORDERED|
|8| | |
|9|**9.**|**Angela Larian's Deposition**|
|10|☐|Hearing is ORDERED for _____|
|11|☐|Briefing is ORDERED|

Dated: _____
  Hon. David O. Carter
  United States District Judge