1  Hon. James L. Smith (Ret.)
   JAMS
2  500 N. State College Blvd.
   Suite 600
3  Orange, CA 92868
   Telephone: (714) 939-1300
4  Fax: (714) 939-8710

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB 10 2010

CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| PERFORMANCE CREDIT CORPORATION, f/k/a "ENCORE CREDIT CORP.", a California corporation; and ECC CAPITAL CORPORATION, a Maryland corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>EMC MORTGAGE CORPORATION, a Delaware corporation; BEAR STEARNS RESIDENTIAL MORTGAGE CORPORATION, a Delaware corporation,<br><br>Defendants. | Case No. CV 04-9049 DOC (RNBx)<br><br>Consolidated with Case Nos. CV 04-09059 and CV 05-02727<br><br>REPORT AND RECOMMENDATION OF ELECTRONIC DISCOVERY SPECIAL MASTER RE COMPENSATION FOR COURT-APPOINTED E-DISCOVERY CONSULTANT<br><br>(February 9, 2010)<br><br>AND ORDER |

1  The undersigned having been appointed Special Master to hear and submit reports and
2  recommendations to the Court regarding electronic discovery issues hereby submits the
3  following Report and Recommendation.

### REPORT

Pursuant to stipulation of all parties the Court ordered (Order) the Special Master to retain an electronic discovery forensic consultant to serve as a neutral expert pursuant to Federal Rules of Evidence § 706. The Special Master selected International Litigation Services (ILS) to serve in this capacity. The Order also provided that the Special Master shall receive and review Consultant's statements for services rendered and submit to the Court a report and recommendation regarding payment of the Consultant.

Attached hereto as "Exhibit A" is the Statement of ILS for services rendered during the months of December, 2009, and January, 2010 (Statement), in the total amount of $11,124.18. The Special Master has reviewed the Statement and finds the charges contained therein accurately reflect work done at the request of the Special Master, and the amount of said charges are reasonable. The Special Master will recommend the Court order payment of this amount by Mattel and MGA, each party to pay one-half of the total.

### RECOMMENDATION

The Report of Special Master contained herein is accepted and approved.

Mattel and MGA shall, within 10 days of this order, each pay to International Litigation Services (ILS) the sum of $5,562.09, a total of $11,124.18, in compensation for services rendered by ILS in its capacity as Court-appointed electronic discovery forensic consultant.

Date: February 19, 2010

James L. Smith
Discovery Referee

**IT IS SO ORDERED.**

Date: ~~December~~ ~~2009~~
February 10, 2010

Hon. David O. Carter
Federal District Court Judge

**Exhibit A**

International Litigation Services, Inc.
65 Enterprise
Aliso Viejo, CA 92656

(213)687-7400



# Invoice

| DATE | INVOICE # |
|---|---|
| 01/29/2010 | 2536 |
| TERMS | DUE DATE |
| Net 15 | 02/13/2010 |

**BILL TO**
JAMS
Attn: Judge James Smith

| Contact Name | Reference |
|---|---|
| Judge James Smith | Mattel vs. MGA Entertainment |

| Date | Activity | Quantity | Rate | Amount |
|---|---|---|---|---|
| 12/22/2009 | Review memo from Judge Smith regarding background on matter and outstanding ESI discovery items; planning conference with Judge Smith; draft suggested work plan and initial questions / orders for the parties. - Diane E Barry | 3:50 | 350.00 | 1,341.67 |
| 12/22/2009 | Review memo and Research Technical items for inclusion in the report to Judge Smith - Gene Cioni | 2:00 | 350.00 | 700.00 |
| 12/22/2009 | Review memo, Conference call with Judge Smith and team - Joseph A. Thorpe | 1:00 | 350.00 | 350.00 |
| 12/23/2009 | Receive and review team comments regarding report draft; discuss and analyze same with team; draft selected items into report; publish same to Judge Smith. - Diane E Barry | 2:45 | 350.00 | 962.50 |
| 12/23/2009 | Review, analyze, discuss with team, research items to be included in work plan - Tim | 3:30 | 350.00 | 1,225.00 |
| 12/23/2009 | Review of final work plan proposed by team for Judge Smith - Joseph A. Thorpe | 1:00 | 350.00 | 350.00 |
| 12/27/2009 | Receive, review and analyze Report of the Electronic Discovery Special Master. - Diane E Barry | 0:20 | 350.00 | 116.67 |
| 01/14/2010 | Review of Mattel and MGA responses and supporting documentation. Confer with Gene Cioni and Joe Thorpe regarding same. - Diane E Barry | 2:15 | 350.00 | 787.50 |
| 01/14/2010 | Review MGA statements. Begin review of ArchiveOne docs - Bruce | 1:00 | 350.00 | 350.00 |
| 01/15/2010 | Review of documents and responses received from Mattel and MGA; begin drafting suggestions for Judge Smith; phone calls with ILS resources regarding forensic and ArchiveOne questions. - Diane E Barry | 3:12 | 350.00 | 1,120.00 |
| 01/15/2010 | Review and support explaination, e-mail archives data deletion - Gene Cioni | 1:30 | 350.00 | 525.00 |
| 01/15/2010 | Call with ArchiveOne and online demo of product - Bruce | 1:00 | 350.00 | 350.00 |
| 01/15/2010 | Obtain user manuals from ArchiveOne, review user manuals, documentation, knowledgebase, online support Prepare notes - Bruce | 3:00 | 350.00 | 1,050.00 |
| | Continue to the next page. | | | |

All past due accounts will be subject to a service charge of 1.5% per month. (18% Annually)

| Date | Activity | Quantity | Rate | Amount |
|---|---|---|---|---|
| 01/18/2010 | Receive and review information regarding forensics and ArchiveOne and comments on draft suggestions; review, revise and extend suggestions to Judge Smith. Circulate same for team comment and incorporate suggestions. Publish final report to Judge Smith. - Diane E Barry | 4:00 | 350.00 | 1,400.00 |
| 01/18/2010 | Telephone calls with Judge Smith; telephone call to Orrick to ask for pleadings; review of documents. - Diane E Barry | 0:05 | 350.00 | 29.17 |
| 01/18/2010 | Review draft materials - Tim | 1:00 | 350.00 | 350.00 |
| 01/20/2010 | Receive, review and analyze draft report of the Special Master; emails regarding same to ILS team. - Diane E Barry | 0:20 | 350.00 | 116.67 |
| | | | TOTAL | $11,124.18 |

Thank you for your Business.

All past due accounts will be subject to a service charge of 1.5% per month. (18% Annually)