# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No. CV 04-9049 DOC (RNBx)            Date: February 11, 2010

Title: MATTEL, INC. v. MGA ENTERTAINMENT, INC.

---

DOCKET ENTRY
    [I hereby certify that this document was served by first class mail or Government messenger service, postage prepaid, to all counsel (or parties) at their respective most recent address of record in this action on this date.]
    Date:_____ Deputy Clerk: _____

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Kristee Hopkins | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS: ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                                NONE PRESENT

---

PROCEEDING (IN CHAMBERS): ORDER GRANTING EX PARTE APPLICATION FOR STAY OF RESPONSE TO REQUESTS FOR ADMISSION PENDING RESOLUTION OF THE MGA PARTIES' OBJECTIONS TO DISCOVERY MASTER ORDER NO. 90

       On January 27, 2010, the Discovery Master issued Discovery Matter Order No. 90, which ordered MGA Entertainment, Inc. and Isaac Larian (collectively the "MGA Parties") to respond to certain Requests for Admission on or before February 16, 2010. The Requests for Admission concern the MGA Parties' production of certain emails not produced during Phase 1 that were previously marked as privileged.

       Having found good cause, the Court hereby ORDERS that any response to the Requests for Admission referenced in Discovery Matter Order No. 90 is stayed pending resolution of the MGA Parties' objections to Discovery Matter Order No. 90.

       The Clerk shall serve this minute order on all parties to the action.