| | |
|---|---|
| 1 | MELINDA HAAG (State Bar No. 132612) |
| | mhaag@orrick.com |
| 2 | ANNETTE L. HURST (State Bar No. 148738) |
| | ahurst@orrick.com |
| 3 | WARRINGTON S. PARKER III (State Bar No. 148003) |
| | wparker@orrick.com |
| 4 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 405 Howard Street |
| 5 | San Francisco, CA 94105-2669 |
| | Tel: (415) 773-5700/Fax: (415) 773-5759 |
| 6 | |
| | WILLIAM A. MOLINSKI (State Bar No. 145186) |
| 7 | wmolinski@orrick.com |
| | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 8 | 777 South Figueroa Street, Suite 3200 |
| | Los Angeles, CA 90017 |
| 9 | Tel. (213) 629-2020/Fax: (213) 612-2499 |
| 10 | THOMAS S. MCCONVILLE (State Bar No. 155905) |
| | tmcconville@orrick.com |
| 11 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 4 Park Plaza, Suite 1600 |
| 12 | Irvine, CA 92614-2258 |
| | Tel: (949) 567-6700/Fax: (949) 567-6710 |
| 13 | Attorneys for MGA Parties |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx)<br>Consolidated with:<br>Case Nos. CV 04-9059 & CV 05-2727<br><br>**NOTICE OF ERRATA RE OBJECTIONS OF ISAAC LARIAN AND MGA ENTERTAINMENT TO DISCOVERY ORDER NO. 90 COMPELLING MGA AND LARIAN TO RESPOND TO REQUESTS FOR ADMISSION**<br><br>Hearing Date: March 1, 2010<br>Hearing Time: 8:30 a.m.<br>Location: Courtroom of Hon. David O. Carter |

1     The MGA Parties hereby file this notice of errata regarding the Objections of Isaac Larian and MGA Entertainment To Discovery Order No. 90 Compelling MGA and Larian To Respond To Requests for Admission.

    The Objections reference Exhibits attached to a previously filed Declaration of Warrington S. Parker III. That declaration appears on this Court's docket as docket entry 7422. At various points in the Objections, the declaration is cited as appearing at docket entry 6544, which is incorrect.

Respectfully submitted,

Dated: February 12, 2010    ORRICK, HERRINGTON & SUTCLIFFE LLP

By:   */s/* Warrington S. Parker III
    Warrington S. Parker III
    Attorneys for MGA Parties