# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No. CV 04-9049 DOC (RNBx)                                              Date: February 12, 2010

Title: MATTEL, INC. V. MGA ENTERTAINMENT, INC.

---

DOCKET ENTRY
  [I hereby certify that this document was served by first class mail or Government messenger service, postage prepaid, to all counsel (or parties) at their respective most recent address of record in this action on this date.]
                                                    Date:_____ Deputy Clerk: _____

---

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

  Nancy Boehme for
   Kristee Hopkins                                          Not Present
   Courtroom Clerk                                         Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:      ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                                               NONE PRESENT

---

PROCEEDING (IN CHAMBERS): Order Regarding Discovery Issues

Before the Court are approximately twenty seven (27) discovery issues and/or disputes between Plaintiff Mattel, Inc. ("Mattel") and Defendants MGA Entertainment, Inc. and Isaac Larian (the "MGA Parties"). The disputes were presented for the Court's consideration in concurrent briefings filed by the parties on or before 11:00 a.m. on February 10, 2010. The Court recognizes that the quick resolution of these disputes is a necessary predicate to the parties completing discovery in a timely manner and proceeding to prepare for trial. The Court's forthcoming orders include deadlines that will not be continued by the Court. The Court has afforded the parties ample time to reach agreement on these issues, and the parties have failed to do so.

In addition, all briefing papers ordered by the Court shall be limited to two pages and 10 pages of exhibits and declarations, given the limited scope of the issues before the Court. Each party may, in the alternative, submit a single brief not to exceed twenty-five pages, which attaches no more than 50 pages of exhibits and declarations, that addresses *all* (not a select few) of the issues below. None of the briefing may be submitted under seal absent approval by the Court at least twenty four

hours prior to the filing deadline. The Court will not consider reply briefs.

    The Court hereby ORDERS as follows:

1. The MGA Parties' proposed pre-trial schedule is DENIED.

2. The parties shall submit briefing on February 16 (moving papers) and February 17 (opposition papers) regarding the MGA Parties' request that Mattel produce documents referenced by Mr. Eckert in his deposition. The Court is initially concerned as to why these documents were not already produced prior to the deposition.

3. The MGA Parties' request that the deposition of Mr. Michael Moore, in-house counsel for Mattel, take place on February 12 and February 13, or in the alternative, February 17 and February 18, is GRANTED.

4. The parties shall submit briefing on February 16 (moving papers) and February 17 (opposition papers) with respect to the MGA Parties' request that Mr. Matthew Bousquette appear for deposition in Santa Ana, California on or before February 25, 2010.

5. The Court HOLDS IN ABEYANCE the MGA Parties' request that Mattel produce information related to settlement discussions between Mattel and Mr. Pablo Vargas in Mexico.

6. The parties shall submit briefing on February 16 (moving papers) and February 17 (opposition papers) with respect to the MGA Parties' request that Mattel produce documents related to Phase 2 discovery requests. The MGA Parties shall identify with precision the document requests with which Mattel has failed to comply.

7. The parties shall submit briefing on February 16 (moving papers) and February 17 (opposition papers) with respect to the MGA Parties' request that Mr. Ma be excused from providing further deposition testimony.

8. The parties shall submit briefing on February 16 (moving papers) and February 17 (opposition papers) with respect to the parties' dispute about the MGA Parties' production of 30(b)(6) witnesses. Mattel shall file the moving papers and the MGA Parties shall file the opposition papers.

9. The MGA Parties' request that Mattel not be allowed to take Ms. Angela Larian's deposition is DENIED. The MGA Parties previously agreed to submit Ms. Larian

for deposition and should have raised their present objections regarding necessity and relevance to the Court at an earlier time. The Court nonetheless recognizes the potential for Mattel's misbehavior and therefore ORDERS the Discovery Master to be present at the deposition of Ms. Larian.

10. <u>MGA Mexico 30(b)(6) Issues</u>: The parties shall submit briefing on February 16 (moving papers) and February 17 (opposition papers) with respect to Mattel's two requests for the production of a 30(b)(6) deponent knowledgeable about the presence of Mattel trade secrets in MGA de Mexico's offices. The Court is initially skeptical as to why Mr. Louis Small has not re-appeared for deposition after preparing to answer questions related to these topics.

11. The parties shall submit briefing on February 16 (moving papers) and February 17 (opposition papers) with respect to Mattel's request that Mr. Larian be required to re-appear for deposition. Mattel is instructed to supply the Court with a full deposition transcript and identify, with absolute specificity, the precise questions which Mr. Larian has not responded to, and which Mattel is entitled to ask pursuant to Fed. R. Civ. P. 26.

12. The parties shall submit briefing on February 16 (moving papers) and February 17 (opposition papers) with respect to Mattel's request that the Court order Mr. Moinian's counsel to identify certain deposition dates. Since Mr. Moinian is not a party to this lawsuit, nor in the control of any party to this lawsuit, the Court is unclear on the basis for Mattel's request.

13. The parties shall submit briefing on February 16 (moving papers) and February 17 (opposition papers) with respect to Mattel's request that the Court compel Mr. Gustavo Machado and Ms. Mariana Trueba to testify without resort to Fifth Amendment protections. The Court instructs the parties to focus on the jurisdictional concerns, if any, that constrain Mattel's request.

14. The Court HOLDS IN ABEYANCE Mattel's request that Mr. Larian be compelled to submit responses to certain Phase 2 interrogatories.

15. The MGA Parties and the Omni Parties shall, on or before February 16, 2010, submit for the Court's *in camera* review all documents responsive to the "list" purportedly delivered by Mattel's counsel to Omni 808's counsel that is referenced in Paragraph 7 of Mattel's Listing of Certain Discovery Disputes.

16. The parties shall submit briefing on February 16 (moving papers) and February 17 (opposition papers) with respect to Mattel's request that the MGA Parties produce

       documents collected by Mr. Ronald Durkin.  The Court is initially inclined to review the documents *in camera* if the MGA Parties are unwilling to produce the documents absent Court order.

17. The parties shall submit briefing on February 16 (moving papers) and February 17 (opposition papers) with respect to the issues in Paragraph 9 of Mattel's Listing of Certain Discovery Disputes is vague.  The paragraph does not identify which documents are at issue and which order compelled the production of the documents.  Nor does the paragraph identify the relevance, if any, of the documents.

18. The parties shall submit briefing on February 16 (moving papers) and February 17 (opposition papers) with respect to the issues raised in Paragraph 10 of Mattel's Listing of Certain Discovery Disputes.

19. "<u>Other Document Deficiencies</u>": The parties shall submit briefing on February 16 (moving papers) and February 17 (opposition papers) with respect to the consolidated issues raised in the paragraph entitled "Other Document Deficiencies."

20. The parties shall submit briefing on February 16 (moving papers) and February 17 (opposition papers) with respect to the issues raised in paragraph 13 of Mattel's Listing of Certain Discovery Disputes.  The moving papers shall identify, with specificity, the Requests for Admission at issue.

21. The Court HOLDS IN ABEYANCE Mattel's request that the Court enter Electronic Discovery Special Master Judge Smith's January 21, 2010 Report and Recommendation.

The Clerk shall serve this minute order on all parties to the action.