1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     John B. Quinn (Bar No. 090378)
2    (johnquinn@quinnemanuel.com)
     Michael T. Zeller (Bar No. 196417)
3    (michaelzeller@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
4  Los Angeles, California  90017-2543
   Telephone:   (213) 443-3000
5  Facsimile:    (213) 443-3100

6  Attorneys for Mattel, Inc.

7  ORRICK, HERRINGTON & SUTCLIFFE LLP
      Annette L. Hurst (Bar No. 148738)
8     (ahurst@orrick.com)
   The Orrick Building
9  405 Howard Street
   San Francisco, CA 94105
10 Telephone:  415-773-5700
   Facsimile:   415-773-5759
11
   Attorneys for MGA Parties
12
                    UNITED STATES DISTRICT COURT
13
                   CENTRAL DISTRICT OF CALIFORNIA
14
                          SOUTHERN DIVISION
15

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.<br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No.    CV 04-09059<br>Case No.    CV 05-2727<br><br>Honorable David O. Carter<br><br>STIPULATION RE FILING UNDER SEAL MATTEL, INC.'S OPPOSITION AND DECLARATION IN OPPOSITION TO MGA'S OBJECTION TO RECOMMENDATION NO. 5 OF JANUARY 21, 2010 ELECTRONIC DISCOVERY SPECIAL MASTER'S REPORT AND RECOMMENDATION<br><br>**Phase 2:**<br>Disc. Cut-off:     TBD<br>Pre-trial Conf.:   TBD<br>Trial Date:          TBD |

1  WHEREAS, Mattel's Opposition to MGA's Objection to Recommendation No. 5 of January 21, 2010 Electronic Discovery Special Master's Report and Recommendation will contain information that MGA has designated confidential and/or attorneys' eyes only under the protective order, and/or information the Court has ordered maintained under seal, as will the Declaration of B. Dylan Proctor that will accompany that opposition; and

7  WHEREAS, the parties understand that the Court has ordered that no briefs may be filed under seal absent a prior request for permission to file the briefs in that manner;

10  NOW THEREFORE, Mattel, Inc. ("Mattel") and MGA Entertainment, Inc., MGA Entertainment (HK) Ltd., MGAE de Mexico, and Isaac Larian (collectively, the "MGA Parties"), by and through their respective counsel of record, hereby stipulate and agree, subject to approval by the Court, that Mattel may file its Opposition to MGA's Objection to Recommendation No. 5 of January 21, 2010 Electronic Discovery Special Master's Report and Recommendation and the accompanying Declaration of B. Dylan Proctor under seal.

1

2        IT IS SO STIPULATED.

3

4  DATED: February 12, 2010        QUINN EMANUEL URQUHART OLIVER & HEDGES. LLP

5

6

7                                   By /s/ Michael T. Zeller
                                       Michael T. Zeller
8                                      Attorneys for Mattel, Inc.

9  DATED: February 12, 2010        ORRICK, HERRINGTON & SUTCLIFFE, LLP
10

11

12                                  By /s/ Warrington Parker
                                       Warrington Parker
13                                     Attorneys for the MGA Parties.