# EXHIBIT 1

Westlaw.

APN: 4355-019-043

Page 1

REAL PROPERTY TRANSACTION RECORD

```
                    Filings Collected Through:02-05-2010
                    County Last Updated:02-10-2010
                    Frequency of Update:WEEKLY
                    Current Date:02/13/2010
                    Source: COUNTY RE-
                    CORDER
                            , LOS ANGELES, CALIFORNIA

                    OWNER INFORMATION

                    Owner(s):BOUSQUETTEMATTHEW C
                    Owner Relationship:SINGLE MAN
                    Additional Owner #1:BOUSQUETTEMATTHEW C
                    Owner Relationship:SINGLE MAN
                    Property Address:9649 LAWLEN WAY
                    BEVERLY HILLS CA 90210-2224
                    Mailing Address:9649 LAWLEN WAY
                    BEVERLY HILLS CA 90210-2224

                    PROPERTY INFORMATION

                    County:LOS ANGELES
                    Assessor's Parcel Number:4355-019-043
                    Property Type:SINGLE FAMILY RESIDENCE - TOWNHOUSE
                    Land Use:SINGLE FAMILY RESIDENCE
                    Building Square Feet:6196

                    TRANSACTION INFORMATION

                    Transaction Date:11/18/2003
                    Seller Name:VANOFF ENTS LTD
                    Consideration:NOT OF PUBLIC RECORD
                    Deed Type:MULTI CNTY-ST OR OPEN-END MORTGAGE
                    Type of Transaction:RESALE
                    Mortgage Amount:$1,000,000.00
                    Mortgage Type:CONVENTIONAL
                    Mortgage Term:30 YEARS
                    Mortgage Deed Type:DEED OF TRUST
                    Mortgage Date:11/25/2003
                    Mortgage Due Date:12/01/2033
                    Interest Rate:ADJUSTABLE
                    Lender Name: CITY NAT'L BK
                    Lender Address: EL SEGUNDO, CA 90245
                    Recording Date:12/12/2003
```

© 2010 Thomson Reuters. No Claim to Orig. US Gov. Works.

Exhibit 1, Page 2

APN: 4355-019-043

Page 2

```
Document Number:3755221
Title Company:EQUITY TITLE CO.
Construction Type:RESALE
Purchase Payment:MORTGAGE
2nd Mortgage Amount:$2,000,000.00
2nd Mortgage Type:CONVENTIONAL
2nd Mortgage Deed Type:DEED OF TRUST
```

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387) to order copies of documents related to this or other matters. Additional charges apply.

END OF DOCUMENT

© 2010 Thomson Reuters. No Claim to Orig. US Gov. Works.

Exhibit 1, Page 3