EXHIBIT 2

**Keefer, Tom**

| | |
|---|---|
| **From:** | Keefer, Tom |
| **Sent:** | Friday, January 16, 2004 9:05 AM |
| **To:** | Keefer, Tom |
| **Subject:** | Fw: 04 information |

*Confidential*
*Kilpin* ✓
*Arons*
*Bossum*

Sent from my BlackBerry Wireless Handheld

-----Original Message-----

| | |
|---|---|
| **From:** | Massingberd, Geoff <MASSINGG@Mattel.com> |
| **To:** | Keefer, Tom <KEEFERTO@Mattel.com> |
| **Sent:** | Fri Jan 16 07:38:26 2004 |
| **Subject:** | FW: 04 information |

-----Original Message-----

| | |
|---|---|
| **From:** | Totzke, Steve |
| **Sent:** | Thursday, January 15, 2004 2:19 PM |
| **To:** | Alderman, Andrew; Massingberd, Geoff |
| **Subject:** | 04 information |

Guys,

Below some info. from HK show on our friends... I leave to your discretion who/how you share.

Steve

basic dolls; a new wave will be shipping now (as of Jan 1st) the new basic boy doll asst. will be available in April 04. Pricing will remain the same at $10.25 list.  their spring TV doll will be the "girls nite out" theme. TV will start early March and run until mid April the thematic "sun-kissed summer" dolls are also available now at 10.25 for fall 2004, they will be TV'ing a new Winter Wonderland series at the $40 retail price point they have created a line of "Bratz Catz" similar to pose-me pets other themed dolls at the $40 retail for fall 04 will be;

nighty nite
flashback funk (all 70's styles)
Tokyo A go-go (carzy Japanese styles)

You should also know that they are expanding the brand into anything that you can think of, either in-house or by licensing it out;
pillows
trading cards
scooters
chairs
alarm clocks and other funky lifestyle items
skateboards
stationery
the list goes on and on...

M 0933415