| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP<br>  John B. Quinn (Bar No. 090378)<br>  (johnquinn@quinnemanuel.com)<br>  Michael T. Zeller (Bar No. 196417)<br>  (michaelzeller@quinnemanuel.com)<br>  Jon D. Corey (Bar No. 185066)<br>  (joncorey@quinnemanuel.com)<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California  90017-2543<br>Telephone:  (213) 443-3000<br>Facsimile:   (213) 443-3100 |
| 7 | Attorneys for Mattel, Inc. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>             Plaintiff,<br><br>     vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>             Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>Hon. David O. Carter<br><br>**MATTEL, INC.'S NOTICE OF LODGING OF TRANSCRIPT OF DEPOSITION OF ISAAC LARIAN PURSUANT TO ORDER OF FEBRUARY 12, 2010**<br><br>Date:   TBD<br>Time:   TBD<br>Place:  Courtroom 9D<br><br>**Phase 2**<br>Discovery Cut-off:   TBD<br>Pre-trial Conference:   TBD<br>Trial Date:   TBD |

00505.07975/3327680.1

NOTICE OF LODGING

1  TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF
2  RECORD, PLEASE TAKE NOTICE that, pursuant to the Court's Order dated
3  February 12, 2010, plaintiff Mattel, Inc. hereby lodges the full deposition transcript
4  of Isaac Larian, including:

5      1.      Deposition Transcript of Isaac Larian, Volume 1, dated July 18, 2006.

7      2.      Deposition Transcript of Isaac Larian, Volume 2, dated March 26, 2008.

9      3.      Deposition Transcript of Isaac Larian, Volume 3, dated December 10, 2009.

11     4.      Deposition Transcript of Isaac Larian, Volume 4, dated December 11, 2009.

13     5.      Deposition Transcript of Isaac Larian, Volume 5, dated January 18, 2010.

15     6.      Deposition Transcript of Isaac Larian, Volume 6, dated January 19, 2010.

17     7.      Deposition Transcript of Isaac Larian, Volume 7, dated January 20, 2010.

22 DATED: February 16, 2010      QUINN EMANUEL URQUHART OLIVER & HEDGES. LLP

By /s/ Scott L. Watson
  Scott L. Watson
  Attorneys for Mattel. Inc.

00505.07975/3327680.1

-1-

NOTICE OF LODGING