| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP |
| | John B. Quinn (Bar No. 090378) |
| 2 | (johnquinn@quinnemanuel.com) |
| | Michael T. Zeller (Bar No. 196417) |
| 3 | (michaelzeller@quinnemanuel.com) |
| | Jon D. Corey (Bar No. 185066) |
| 4 | (joncorey@quinnemanuel.com) |
| | 865 South Figueroa Street, 10th Floor |
| 5 | Los Angeles, California  90017-2543 |
| | Telephone:   (213) 443-3000 |
| 6 | Facsimile:    (213) 443-3100 |

Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>Hon. David O. Carter<br><br>**MATTEL, INC.'S NOTICE OF LODGING OF EXCERPTS OF VIDEO OF DEPOSITION OF ISAAC LARIAN IN SUPPORT OF SUBMISSION PURSUANT TO ORDER OF FEBRUARY 12, 2010, REGARDING CERTAIN DISCOVERY DISPUTES**<br><br>Date:   TBD<br>Time:   TBD<br>Place:  Courtroom 9D<br><br>**Phase 2**<br>Discovery Cut-off:   TBD<br>Pre-trial Conference:   TBD<br>Trial Date:   TBD |

00505.07975/3328323.1

NOTICE OF LODGING

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE that plaintiff Mattel, Inc. hereby lodges with the Court a DVD containing excerpts from the Video of the Deposition of Isaac Larian in support of its Submission Pursuant to Order of February 12, 2010, Regarding Certain Discovery Disputes. The video contains excerpts found in the Larian Depo. Tr. at lines 650:1-14; 656:3-13; 736:1-5; 818:16-819:4; 826:15-827:3; 930:10-25; 1268:25-1270:12; 1497:13-1510:9; 1786:19-1787:1; 1800:14-24.

DATED: February 16, 2010         QUINN EMANUEL URQUHART OLIVER & HEDGES. LLP

By /s/ Scott L. Watson
   Scott L. Watson
   Attorneys for Mattel, Inc.