QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>                    Plaintiff,<br><br>          vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>                    Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>Hon. David O. Carter<br><br>**MATTEL, INC.'S NOTICE OF LODGING PURSUANT TO THE COURT'S JANUARY 26, 2010 ORDER**<br><br>Date:    TBD<br>Time:    TBD<br>Place:   Courtroom 9D<br><br>**Phase 2**<br>Discovery Cut-off:   TBD<br>Pre-trial Conference:   TBD<br>Trial Date:   TBD |

00505.07975/3328428.1

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE that, pursuant to the Court's Order Regarding Discovery Matters, dated January 26, 2010, plaintiff Mattel, Inc. hereby lodges the following:

1. Documents in Mattel's possession, custody and control sufficient to demonstrate and describe the function and method and manner of operation of any forecasting or inventory system or process used, considered, contemplated, and/or discussed by Mattel at any time during the six month time period before and the six month time period after Jorge Castilla began working for MGA.

2. Previously produced portions of the following Mattel investigative files:

   (a) 02-115;
   (b) 03-664 (including the "Confidential Case Package" referenced at M 0074403);
   (c) 02-1680;
   (d) 03-034;
   (e) 04-0287;
   (f) 04-423;
   (g) 05-0579;
   (h) 06-0147;
   (i) Dan Cooney investigative file; and
   (j) Dan King investigative file.

3. The following Mattel investigative files in their complete form:

   (a) 02-115;
   (b) 02-299;
   (c) 03-664 (including the "Confidential Case Package" referenced at M 0074403);

-1-

1        (d)    02-1680;

2        (e)    03-034;

3        (f)    04-0287;

4        (g)    04-423;

5        (h)    05-0579;

6        (i)    06-0147;

7        (j)    Dan Cooney investigative file; and

8        (k)    Dan King investigative file.

9    4.    Email generated or received by members of Mattel's Security

10        Department in the course of the investigations listed in No. 2

11        above that have been withheld on the basis of attorney-client

12        privilege and/or work product doctrine.

13    5.    Work product video footage of Ron Brawer taken subsequent to

14        his departure from Mattel.

15    6.    A work product and privileged analysis of a computer used by

16        Brawer.

17    7.    Documents referring or relating to "NHB" dated up through the

18        initiation of this suit, April 27, 2004, along with a privilege log

19        setting forth Mattel's assertions of attorney-client privilege

20        and/or attorney work product concerning such documents and a

21        listing of relevant individuals.

22    All privileged and work product materials have been submitted for *in*

23 *camera* review only.

24

25 DATED:  February 17, 2010     QUINN EMANUEL URQUHART OLIVER & HEDGES. LLP

26

27         By /s/ Diane C. Hutnyan
          Diane C. Hutnyan

28         Attorneys for Mattel. Inc.

-2-