UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et. al.,<br><br>　　　　Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>ORDER RE STIPULATION RE FILING UNDER SEAL OF MATTEL, INC.'S OPPOSITION AND DECLARATION IN OPPOSITION TO MGA'S OBJECTION TO RECOMMENDATION NO. 5 OF JANUARY 21, 2010 ELECTRONIC DISCOVERY SPECIAL MASTER'S REPORT AND RECOMMENDATION |

00505.07975/3324391.1

[PROPOSED] ORDER

[PROPOSED] ORDER

Based on the concurrently filed Stipulation Re Filing Under Seal, and for good cause shown, IT IS HEREBY ORDERED that:

Mattel, Inc.'s Opposition to MGA's Objection to Recommendation No. 5 of January 21, 2010 Electronic Discovery Special Master's Report and Recommendation and the accompanying Declaration of B. Dylan Proctor in Support Thereof shall be filed under seal.

DATED:  February 16    , 2010

*/s/ David O. Carter*

_____
Hon. David O. Carter
United States District Judge