**OVERLAND BORENSTEIN SCHEPER & KIM LLP**
MARK E. OVERLAND (State Bar No. 38375)
moverland@obsklaw.com
ALEXANDER H. COTE (State Bar No. 211558)
acote@obsklaw.com
300 South Grand Avenue, Suite 2750
Los Angeles, CA 90071-3144
Telephone: (213) 613-4655
Facsimile: (213) 613-4656

**Attorneys for**
**Carlos Gustavo Machado Gomez**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC,<br><br>Defendant.<br><br>AND CONSOLIDATED CASES | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with CV 04-9059 and CV 05-2727<br><br>**RESPONSE OF CARLOS GUSTAVO MACHADO GOMEZ TO MATTEL, INC.'S SUBMISSION PURSUANT TO ORDER OF FEBRUARY 12, 2010, REGARDING CERTAIN DISCOVERY DISPUTES**<br><br>Judge: Hon. David O. Carter<br><br>Date: TBD<br>Time: TBD<br>Place: Courtroom 9D<br><br>Phase 2<br>Discovery Cut-off: TBD<br>Pre-trial Conference: TBD<br>Trial Date: TBD |

With respect to Issue No. 13: the Court should compel Machado and Trueba to testify without invoking the Fifth Amendment privilege against self-incrimination, Mr. Machado responds that he will comply with an Order of this Court that he provide deposition testimony notwithstanding his claim of privilege

---

MACHADO RESPONSE TO DISCOVERY DISPUTE PER ORDER OF FEBRUARY 12, 2010

under the Fifth Amendment.

DATED: February 17, 2010    SCHEPER KIM & OVERLAND LLP
MARK E. OVERLAND
ALEXANDER H. COTE

By:      /s/
    Mark E. Overland
    Attorneys for CARLOS GUSTAVO MACHADO GOMEZ