# Exhibit "A"

## OMNI 808 INVESTORS LLC
Summary of Uses of Funds
August 29, 2008 through September 3, 2008

| | |
|---|---:|
| Assets at beginning of period, August 29, 2008 | $0 |
| Liabilities at beginning of period | $0 |
| Cash at beginning of period, August 29, 2008 | $0 |

Source of funds

Equity

Member Name:

| | |
|---|---:|
| Neil Kadisha | $10,000,000 |
| Gold Leaf Investments, LP | $10,000,000 |
| Moinian Development Group, LLC | $10,000,000 |
| Vision Capital, LLC | $10,000,000 |
| David & Angella Nazarian Family Trust | $5,000,000 |
| Elahe Pezeshkifar, Trustee of the Arsalan Gozini Charitable Lead Annuity Trust, Under trust agreement dated October 14, | $5,000,000 |

Debt

Lender Name:

| | |
|---|---:|
| IGWT 826 Investments, LLC | $60,000,000 |
| Less: Use of funds | $109,723,845 (+/-) |
| Cash at end of period, September 3, 2008 | $276,155 |

Ex. A, Pg. 6

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

OMNI0001692

## OMNI 808 INVESTORS LLC
Summary of Uses of Funds
August 29, 2008 through September 3, 2008

| | |
|---|---:|
| Assets at beginning of period, August 29, 2008 | $0 |
| Liabilities at beginning of period | $0 |
| Cash at beginning of period, August 29, 2008 | $0 |

Source of funds

Equity

Member Name:

| | |
|---|---:|
| Neil Kadisha | $10,000,000 |
| Gold Leaf Investments, LP | $10,000,000 |
| Moinian Development Group, LLC | $10,000,000 |
| Vision Capital, LLC | $10,000,000 |
| David & Angella Nazarian Family Trust | $5,000,000 |
| Elahe Pezeshkifar, Trustee of the Arsalan Gozini Charitable Lead Annuity Trust, Under trust agreement dated October 14, | $5,000,000 |

Debt

Lender Name:

| | |
|---|---:|
| IGWT 826 Investments, LLC | $60,000,000 |
| Less: Use of funds | $109,723,845 (+/-) |
| Cash at end of period, September 3, 2008 | $276,155 |

Ex. A, Pg. 7

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER         OMNI0005449

## OMNI 808 INVESTORS LLC
Summary of Uses of Funds
August 29, 2008 through September 3, 2008

| | |
|---|---|
| Assets at beginning of period, August 29, 2008 | $0 |
| Liabilities at beginning of period | $0 |
| Cash at beginning of period, August 29, 2008 | $0 |

Source of funds

Equity

Member Name:

| | |
|---|---|
| Neil Kadisha | $10,000,000 |
| Gold Leaf Investments, LP | $10,000,000 |
| Moinian Development Group, LLC | $10,000,000 |
| Vision Capital, LLC | $10,000,000 |
| David & Angella Nazarian Family Trust | $5,000,000 |
| Elahe Pezeshkifar, Trustee of the Arsalan Gozini Charitable Lead Annuity Trust, Under trust agreement dated October 14, | $5,000,000 |

Debt

Lender Name:

| | |
|---|---|
| IGWT 826 Investments, LLC | $60,000,000 |
| Less: Use of funds | $109,723,845 (+/-) |
| Cash at end of period, September 3, 2008 | $276,155 |

Ex. A, Pg. 8

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

OMNI0005451