Exhibit "B"

# NEIL KADISHA
• 9420 WILSHIRE BOULEVARD • SUITE 400 • BEVERLY HILLS • CA 90212-3103



August 19, 2008

Ms. Shohreh Akhavan  
Bank Leumi  
8383 Wilshire Blvd., Suite 400  
Beverly Hills, CA. 90211

**TRANSMITTED VIA FAX**  
**323.966.4251**

Re: A/C #: 8004-69-8306

Dear Shohreh:

Please accept this letter as your authorization to wire-transfer the sum of FIVE MILLION and no/100 DOLLARS NET of any fees ($5,000,000.00 NET) from my Account # 8004698306 into the following account:

| | |
|---|---|
| ABA #: | 053000219 |
| Bank: | Wachovia Bank, N.A. |
| | Charlotte, NC |
| A/C #: | 1459160011158 |
| A/C Name: | Special Situations Group |
| Ref: | MGA |
| Attn: | Tom Palmgren |

If you have any questions, please do not hesitate to contact us at 310-300-4100.

Best regards,

*Neil Kadisha*  
Neil Kadisha

**\*\*PLEASE CONFIRM WIRE TRANSFER – 310-300-4102\*\***

TELEPHONE: (310) 300-4102   FACSIMILE: (310) 300-4131

Ex. B, Pg. 9

CONFIDENTIAL  
ATTORNEYS' EYES ONLY

OMNI0010390




**U.S. bank.**
*Five Star Service Guaranteed*
WIRE TRANSFER DEPARTMENT
PO BOX 64830
ST PAUL, MN 55164-0830

5115R / 2/3

August 29 , 2008

Par: 080829032562

OMNI 808 INVESTORS LLC
9420 WILSHIRE BLVD STE 400
BEVERLY HILLS CA 90212-3151

We confirm that we are crediting your account number 0001534596313O2 with the sum of USD        5,000,000.00 , with value  08/29/2008 in respect of the following transaction.       PAR : 080829032562

IMAD:20080829B1Q8152C009234

Originator:
----------------
5XG-360715-2
NEIL KADISHA
9420 WILSHIRE BLVD STE 400
BEVERLY HILLS CA 90212-3151

Sender :
---------
021000018
BK NYC             NY
BK NYC

Beneficiary :
-------------
1534 5963 1302
OMNI 808 INVESTORS LLC

Originator FI
-------------
PERSHING LLC
JERSEY CITY,NJ

BBI :
-----------------------
/BNF/5XG360715

This information is confidential. If it was received in error or you have any inquiries regarding this wire transfer, please contact US Bank Wire Transfer Customer Service at (888) 799-4737.

Ex. B, Pg. 10

CONFIDENTIAL
ATTORNEYS' EYES ONLY

OMNI0010391




WIRE TRANSFER DEPARTMENT
PO BOX 64830
ST PAUL, MN 55164-0830

4092R / 2/3

September 3 , 2008

Par: 080903023068

```
OMNI 808 INVESTORS LLC
9420 WILSHIRE BLVD STE 400
BEVERLY HILLS CA 90212-3151
```

We confirm that we are crediting your account number 000153459631302 with the sum of USD          10,000,000.00 , with value  09/03/2008 in respect of the following transaction.    PAR : 080903023068

IMAD:20080903L1LF994C001802


Originator:
-----------------
048001894198603
VISION CAPITAL LLC
1525 S BROADWAY
LOS ANGELES, CA 90015

Sender :
---------
121137522
COMERICA SAN JOSE CA
COMERICA SAN JOSE

Beneficiary :
--------------------
153459631302
OMNI 808 INVESTORS LLC


This information is confidential. If it was received in error or you have any inquiries regarding this wire transfer, please contact US Bank Wire Transfer Customer Service at (888) 799-4737.

Ex. B, Pg. 11

CONFIDENTIAL
ATTORNEYS' EYES ONLY

OMNI0010392

 

WIRE TRANSFER DEPARTMENT
PO BOX 64830
ST PAUL, MN 55164-0830

4092R / 1/3

September 3 , 2008

Par: 080903019940

OMNI 808 INVESTORS LLC
9420 WILSHIRE BLVD STE 400
BEVERLY HILLS CA 90212-3151

We confirm that we are crediting your account number 000153459631302 with the sum of USD 10,000,000.00 , with value 09/03/2008 in respect of the following transaction. PAR : 080903019940

IMAD:20080903B1QGC01C004620

Originator:
--------------------
3134368913
JOSEPH MOINIAN530 FIFTH AVENUESUITE
1800NEW YORK NY 10036-5101

Sender :
----------
021000021
JPMCHASE         NY
JPMCHASE NYC

Beneficiary :
--------------------
153459631302
OMNI 808 INVESTORS LLC 633 W5TH STR
EET 29TH FLOOR LOS ANGELES, CA 9007
1

Originator FI
---------------
CITIGROUP GLOBAL MARKETS INC.
NEW YORK,NY

Payment Details
----------------
SWF OF 08/09/03

This information is confidential. If it was received in error or you have any inquiries regarding this wire transfer, please contact US Bank Wire Transfer Customer Service at (888) 799-4737.

Ex. B, Pg. 12

CONFIDENTIAL
ATTORNEYS' EYES ONLY

OMNI0010393

 

WIRE TRANSFER DEPARTMENT
PO BOX 64830
ST PAUL, MN 55164-0830

5115R / 3/3

August 29 , 2008

Par: 080829038763

OMNI 808 INVESTORS LLC
9420 WILSHIRE BLVD STE 400
BEVERLY HILLS CA 90212-3151

We confirm that we are crediting your account number 000153459631302 with
the sum of USD          5,000,000.00 , with value  08/29/2008 in respect
of the following transaction.     PAR.: 080829038763

IMAD:20080829L1B78H1C000692

Originator:
------------------
99700039847
ARSALAN GOZINI CHARITABLE LEAD
TRUST
ELAHE PEZESHKIFAR TTEE
PO BOX 49993
Sender :
---------
321081669
FIRST REPUBLIC SF CA
FIRST REPUBLIC SAN FRAN

Beneficiary :
--------------------
153459631302
OMNI 808 INVESTORS LLC

This information is confidential.  If it was received in error or you
have any inquiries regarding this wire transfer, please contact
US Bank Wire Transfer Customer Service at (888) 799-4737.

Ex. B, Pg. 13

CONFIDENTIAL
ATTORNEYS' EYES ONLY

OMNI0010394

 

WIRE TRANSFER DEPARTMENT
PO BOX 64830
ST PAUL, MN 55164-0830

5115R / 1/3

August 29 , 2008

Par: 080829031202

OMNI 808 INVESTORS LLC
9420 WILSHIRE BLVD STE 400
BEVERLY HILLS CA 90212-3151

We confirm that we are crediting your account number 000153459631302 with
the sum of USD           5,000,000.00 , with value   08/29/2008 in respect
of the following transaction.      PAR : 080829031202

IMAD:20080829B1QGC05C006078

Originator:
DAVID + ANGELLA NAZARIAN TTEESDAVID
+ ANGELLA NAZARIAN
FAMILY TRUST DTD 05/18/94
C/O YDS INVESTMENT CO

Sender :
021000021
JPMCHASE              NY
JPMCHASE NYC

Beneficiary :
153459631302
OMNI 808 INVESTORS, INC

Originator FI
LEHMAN INVESTMENT INC.
NETWORK MANAGEMENT
1301 AVENUE OF THE AMERICAS, 6TH FL
NEW YORK NY 10019-

Payment Details
SWF OF 08/08/29

Beneficiary Info :
DAVID+ANGELLA NAZARIAN FAMILY
TRU STLEHMAN REF.M8V89T0

This information is confidential. If it was received in error or you
have any inquiries regarding this wire transfer, please contact
US Bank Wire Transfer Customer Service at (888) 799-4737.

Ex. B, Pg. 14

CONFIDENTIAL
ATTORNEYS' EYES ONLY

OMNI0010395



P.O. Box 1800
Saint Paul, Minnesota 55101-0800
03036 IMG        5499PBXR Y ST01

**Business Statement**
Account Number:
1 534 5439 2009
Statement Period:
Aug. 1, 2008
through
Aug. 31, 2008

Page 1 of 1

GOLD LEAF INVESTMENTS LP
9420 WILSHIRE BLVD STE 400
BEVERLY HILLS   CA 90212-3151

                    To Contact U.S. Bank

24-Hour Business
Solutions:                   1-800-673-3555

Telecommunications Device
for the Deaf:                1-800-685-5065

Internet:                       usbank.com

## PREMIUM BUSINESS CHECKING                                       Member FDIC
Account Number 1-534-5439-2009
U.S. Bank National Association
**Account Summary**

|                              | # Items |      |                |
|------------------------------|---------|------|----------------|
| Beginning Balance on Aug. 1  |         | $    | 3,861.89       |
| Other Deposits               | 1       |      | 10,000,000.00  |
| Other Withdrawals            | 1       |      | 10,000,000.00- |
| Ending Balance on Aug. 31, 2008 |      | $    | 3,861.89       |

**Other Deposits**

| Date    | Description of Transaction |                            | Ref Number |    | Amount        |
|---------|----------------------------|----------------------------|------------|----|---------------|
| Aug. 29 | Telephone Transfer         | From Account 153492688004  |            | $  | 10,000,000.00 |
|         |                            | Total Other Deposits       |            | $  | 10,000,000.00 |

**Other Withdrawals**

| Date    | Description of Transaction |                            | Ref Number |    | Amount         |
|---------|----------------------------|----------------------------|------------|----|----------------|
| Aug. 29 | Telephone Transfer         | To Account 153459631302    |            | $  | 10,000,000.00- |
|         |                            | Total Other Withdrawals    |            | $  | 10,000,000.00- |

**Balance Summary**

| Date    | Ending Balance |
|---------|----------------|
| Aug. 29 | 3,861.89       |

Balances only appear for days reflecting change.

Ex. B, Pg. 15

CONFIDENTIAL
ATTORNEYS' EYES ONLY

OMNI0010396

 **Branch Wire Transfer - Payment Order Request**

You agree that this wire transfer is governed by the Bank's Domestic and International Wire Transfer Terms/Agreement.

### GENERAL INFORMATION

| Date | Type of Request: | | | Repetitive ID Number |
|---|---|---|---|---|
| 09/03/2008 | ☐ Walk-In | ☐ Fax | ☒ Telephone | |

### TYPE OF REQUEST

| ☐ Domestic or International U.S. Dollar | Amount (U.S. Dollars) $10,000,000.00 | | Fee |
|---|---|---|---|
| Or | | | |
| ☐ Foreign Currency | Foreign Currency Amount | Currency Type | Fee |
| Selling Rate | X | FX Trader | |
| U.S. Equivalent | = | Value Date | |

### CUSTOMER/ORIGINATOR INFORMATION

| Debit Account Number | |
|---|---|
| Customer/Originator Name | |
| Address (Street, City, State, Zip, Country) | |

### BENEFICIARY BANK INFORMATION

| Beneficiary Bank Information | Routing & Transit No. or Swift Code 122235821 | Account No. (If applicable) |
|---|---|---|
| Beneficiary Bank Name | US Bank | |
| Beneficiary Bank Address (Street, City, State, Zip, Country) | 633 W. 5th St., 29th Fl., Los Angeles, Ca. 90071 | |

### BENEFICIARY INFORMATION

| Beneficiary Account No. | 153459631302 |
|---|---|
| Beneficiary Name | OMNI 808 Investors LLC |
| Beneficiary Address (Street, City, State, Zip, Country) | |

### INTERMEDIARY BANK (IF Applicable)

| Intermediary Bank Information | Routing & Transit No. or Swift Code |
|---|---|
| Intermediary Bank Name | |
| Intermediary Bank Address (Street, City, State, Zip, Country) | |

### SPECIAL INSTRUCTIONS

| Customer Authorization (Signature) X /s/ Leon Neman | Customer Authorization (Signature) | Phone Number |
|---|---|---|

### Branch/Department Use Only

| Customer Callback Performed By (If applicable): Patty Nishimura | Callback To: Leon Neman | Time: |
|---|---|---|
| Identification Number/Method: Agreement | Date of Teller Automation Debit Hold: | Debit Hold on Teller Automation Placed By: |
| Prepared By (Signature) X | Branch/Loan Officer Approval (Signature) X | Sequence Number |
| Call placed to Wire Department By/Time: | Wire Department Contact: | Wire Dept. Callback Performed By/Time: |

**Non-Customer Information** (Only authorized if transaction is offset by an "On-Us" Check):

| Obtain the following additional information, and send a copy of the completed request to compliance, MC 2413. | 1. Driver's License, Alien Identification No., or Passport No. (include state or country of issuance): | 2. Social Security or Tax ID No.. (If applicable): |
|---|---|---|

Ex. B, Pg. 16

CONFIDENTIAL
ATTORNEYS' EYES ONLY

VISION000151