**SCHEPER KIM & OVERLAND LLP**
MARK E. OVERLAND (State Bar No. 38375)
moverland@scheperkim.com
ALEXANDER H. COTE (State Bar No. 211558)
acote@scheperkim.com
601 W. Fifth Street, 12th Fl.
Los Angeles, CA 90071
Telephone: (213) 613-4655
Facsimile: (213) 613-4656

**Attorneys for Counter-Defendant
Carlos Gustavo Machado Gomez**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC,<br><br>Defendant.<br><br>AND CONSOLIDATED CASES | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with CV 04-9059 and CV 05-2727<br><br>NOTICE OF ERRATA<br><br>Judge: Hon. David O. Carter<br><br>Date: TBD<br>Time: TBD<br>Place: Courtroom 9D<br><br>Phase 2<br>Discovery Cut-off: TBD<br>Pre-trial Conference: TBD<br>Trial Date: TBD |

Counter-Defendant Carlos Gustavo Machado Gomez hereby submits a Notice of Errata for the Response of Carlos Gustavo Machado Gomez to Mattel, Inc.'s Submission Pursuant to Order of February 12, 2010, Regarding Certain Discovery Disputes. The correct name and address of the law firm representing Carlos Gustavo Machado Gomez is **Scheper Kim & Overland LLP, 601 W. Fifth Street, 12th Floor, Los Angeles, CA 90071**. The correct e-mail address for Mark E. Overland is moverland@scheperkim.com and the correct e-mail address for Alexander H. Cote is acote@scheperkim.com.

1
2
3
4
5

      Attached as Exhibit 1 is the corrected Response of Carlos Gustavo Machado Gomez to Mattel, Inc.'s Submission Pursuant to Order of February 12, 2010 with the correct firm name of Scheper Kim & Overland LLP, address and e-mail addresses.

6 DATED: February 17, 2010      SCHEPER KIM & OVERLAND LLP
7       MARK E. OVERLAND
      ALEXANDER H. COTE
8
9
10       By:      /s/
11       Mark E. Overland
      Attorneys for CARLOS GUSTAVO
12       MACHADO GOMEZ
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2
NOTICE OF ERRATA

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MACHADO RESPONSE TO DISCOVERY DISPUTE PER ORDER OF FEBRUARY 12, 2010