| | |
|---|---|
| 1 | MELINDA HAAG (State Bar No. 132612) |
| | mhaag@orrick.com |
| 2 | ANNETTE L. HURST (State Bar No. 148738) |
| | ahurst@orrick.com |
| 3 | WARRINGTON S. PARKER III (State Bar No. 148003) |
| | wparker@orrick.com |
| 4 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | The Orrick Building, 405 Howard Street |
| 5 | San Francisco, CA 94105 |
| | Tel. (415) 773-5700/ Fax: (415) 773-5759 |
| 6 | |
| 7 | WILLIAM A. MOLINSKI (State Bar No. 145186) |
| | wmolinski@orrick.com |
| 8 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 777 South Figueroa Street, Suite 3200 |
| 9 | Los Angeles, CA  90017 |
| | Tel. (213) 629-2020/Fax: (213) 612-2499 |
| 10 | THOMAS S. McCONVILLE (State Bar No. 155905) |
| | tmcconville@orrick.com |
| 11 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 4 Park Plaza, Suite 1600 |
| 12 | Irvine, CA 92614-2258 |
| | Tel: (949) 567-6700/Fax: (949) 567-6710 |
| 13 | Attorneys for MGA Parties |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | Case No.  CV 04-9049-DOC (RNBx) |
| Plaintiff, | Consolidated with: |
| | Case No. CV 04-9059 |
| v. | Case No. CV 05-2727 |
| MATTEL, INC., a Delaware corporation, | Hon. David O. Carter |
| Defendant. | **MGA'S NOTICE OF LODGING PURSUANT TO THE COURT'S JANUARY 26, 2010 ORDER** |
| AND CONSOLIDATED ACTIONS | |

1     PLEASE TAKE NOTICE that, the MGA Parties have lodged *in camera* documents responsive to the Court's January 26, 2010 Order Regarding Discovery Matters concerning Issue 10: Forecasting and Inventory; Issue 16: Hard Drive Analysis; and Issue 17: Agreements with Pablo Vargas.

Dated: February 17, 2010     ORRICK, HERRINGTON & SUTCLIFFE LLP

By:   /s/ Thomas S. McConville
       Thomas S. McConville
       Attorneys for MGA Parties