MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building, 405 Howard Street
San Francisco, CA 94105
Tel. (415) 773-5700/ Fax: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Tel. (213) 629-2020/Fax: (213) 612-2499

THOMAS S. McCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710
Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | Case No. CV 04-9049-DOC (RNBx) |
| Plaintiff, | Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727 |
| v. | |
| MATTEL, INC., a Delaware corporation, | Hon. David O. Carter |
| Defendant. | **MGA'S NOTICE OF LODGING PURSUANT TO THE COURT'S FEBRUARY 12, 2010 ORDER** |
| AND CONSOLIDATED ACTIONS | |

1  PLEASE TAKE NOTICE that, the MGA Parties have lodged *in camera*
2  documents responsive to Paragraph 15 of the Court's February 12, 2010 Order,
3  regarding documents sought by Mattel in connection with Omni 808, and
4  referenced in Paragraph 7 of Mattel's Listing of Certain Discovery Disputes.

Dated: February 17, 2010           ORRICK, HERRINGTON & SUTCLIFFE LLP


                                   By:  ___/s/ Thomas S. McConville___
                                            Thomas S. McConville
                                            Attorneys for MGA Parties