# EXHIBIT 1

**quinn emanuel** trial lawyers | los angeles
865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100

September 17, 2009

<u>VIA E-MAIL</u>

Annette L. Hurst, Esq.
Orrick, Herrington & Sutcliffe LLP
The Orrick Building,
405 Howard Street
San Francisco, CA 94104

Re: <u>Mattel v. MGA Entertainment, Inc., et al.</u>

Dear Annette:

I am writing pursuant to paragraph 5 of the Discovery Master Stipulation to request a meet and confer in advance of a contemplated motion to compel MGA Entertainment, Inc. ("MGA") to supplement its production of documents responsive to certain requests for financial-related information pursuant to <u>Fed. R. Civ. P.</u> 26(e)(1)(A).

On August 13, 2007, the Discovery Master ordered MGA to produce, among other things, documents responsive to Request Nos. 29-30 and 157-159 of Mattel's First Set of Requests for Documents and Things Re Claims for Unfair Competition to MGA Entertainment, Inc., including without limitation quarterly and annual profit and loss statements (both audited and unaudited) for the years 2000 to the present, quarterly and annual financial statements (both audited and unaudited) for the years 2000 to the present and annual reports for the years 2000 through the present. In addition, on December 28, 2007, the Discovery Master ordered MGA to produce additional categories of financial information responsive to Request Nos. 2-46 of Mattel, Inc.'s Second Set of Requests for Documents and Things to MGA Entertainment, Inc.

**quinn emanuel urquhart oliver & hedges, llp**
NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100

Exhibit 1 Page 19

Under Rule 26(e)(1)(A), MGA is required to seasonably supplement its prior production of documents responsive to these requests. The Discovery Master has confirmed MGA's obligation under Rule 26 to supplement its prior productions, including in his order dated May 18, 2009 granting Mattel's Motion to Compel Production of Hard Drives from Computers Used by Isaac Larian after February 27, 2008. Further, as you and Mike Zeller discussed in response to an earlier inquiry, MGA does not dispute that it has such an obligation.

MGA nevertheless has not satisfied its obligation to supplement its production of documents responsive the requests identified above. For many of the requests, the most recent information produced by MGA is dated as of June 2008. For other requests, the most recently produced information dates back even further. By way of example, the most recent financial statements produced by MGA are from 2006.

MGA's failure to supplement its prior production of documents responsive these requests is interfering with Mattel's ability to, among other things, prepare Phase 2 expert reports regarding damages. For your convenience, I have attached as Appendix 1 a list identifying certain reports and documents previously produced by MGA in response to the Discovery Master's orders, the most recent version of the report or document produced by MGA, the Bates numbers of each such report or document and whether the document was produced in electronic format. This list is by no means intended to limit the scope of MGA's obligation to supplement its production of the documents previously ordered by the Discovery Master. Rather, it is intended merely to help expedite the process. At the very least, there is no reason why MGA should not be able to immediately provide update versions of these reports and documents (in electronic format where previously produced in that format) covering the time period from the last date indicated to the present or similar reports and documents containing the same categories of information.

Please let me know when you are available to meet and confer within the time required.

Very truly yours,

Scott B. Kidman
07209/3106522.1

## Appendix 1

| Electronic (Excel) Copy | Document Title | Most Recent Version |
|---|---|---|
| N | 1. Audited Financial Statements | 2006 (MGA 0868707-22) |
| Y | 2. Bratz Sales by Profit Center | 2001-2006 (MGA0868723-865) |
| Y | 3. Consolidated Statements of Operations | June 2008 (MGA 3896500.xls) |
| Y | 4. Monthly Statements of Operations | June 2008 (MGA 3896501.xls) |
| Y | 5. Sales by Customer | June 2008 (MGA 3896241.xls) |
| Y | 6. Sales Returns by SKU | June 2008 (MGA 3896243.xls) |
| Y | 7. Sales by SKU | June 2008 (MGA 3896238.xls) |
| Y | 8. Ad Media Expense | June 2008 (MGA 3896251.xls) |
| Y | 9. Ad Production Expense | July 2007 (MGA 3720119.xls) |
| Y | 10. Tooling and Depreciation (Mold) | June 2008 (MGA 3896253.xls) |
| Y | 11. Lovins Royalty Reports | Q1 2008 (MGA 3896247.xls) |
| Y | 12. Parinchy Royalty Report | Q1 2008 (MGA 3896250.xls) |
| Y | 13. Bryant Royalty Report | Q1 2008 (MGA 3896245.xls) |
| Y | 14. Product Lists | MGA 3896255.xls |
| Y | 15. MGA Asset Allocations | 7/18/08 (MGA 3896256.xls) |
| Y | 16. Price Lists | 2008 (MGA 1392502.xls) |
| Y | 17. HK Standard Cost | 1/23/07 (MGA 3735015.xls) |
| Y | 18. DVD, TV, Music Revenue | 2006 (MGA 3743395.xls) |
| Y | 19. DVD, TV Revenue, Production Cost | Oct 2007 (MGA 3743417.xls) |
| Y | 20. License Payment Log | July 2008 (MGA 3896502.xls) |
| N | 21. Bratz US v. Worldwide Sales | 2005 (MGA 0218615-6) |
| N | 22. MGA Worldwide Segment P&L | October 2006 (MGA 1610366-71) |
| N | 23. MGA Forecasts, Plans | 2010 (MGA0218606-69, MGA0215417-8) |
| N | 24. MGA Distributions List | 2007 (MGA 3865982-6029) |
| Y | 25. Trial Balances | 2004 (MGA 0061444-890) |
| Y | 26. Cost, Product, Inventory Lists | 2006 (MGA 3723089.xls) |
| N | 27. Balance Sheets | 2006 (MGA 0868710) |
| N | 28. Unaudited Financial Statements | 12/31/08 (MGA2 0065455-6) |

07209/3107213.1

Exhibit 1 Page 20