# EXHIBIT 2

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100

WRITER'S DIRECT DIAL NO.
(213) 443-3203

WRITER'S INTERNET ADDRESS
scottwatson@quinnemanuel.com

January 12, 2010

<u>VIA E-MAIL</u>

Warrington S. Parker III
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105

Re:  <u>Mattel, Inc. v. MGA Entertainment, Inc. et al., CV 04-9049 DOC</u>

Dear Warrington:

I write regarding MGA's responses to Mattel's Fourth Set of Requests for Production (Phase 2). MGA apparently refuses to produce any documents in response to these plainly relevant requests. Among other things, the requests seek information and documents concerning MGA's expenditures on and support of the Bratz, Little Tykes, and Moxie Girlz brands, and related communications with retailers. These categories of information are relevant to MGA's unfair competition claims and Mattel's defenses thereto, as well as to Mattel's allegations that MGA has intentionally harmed the Bratz brand in violation of the Court's constructive trust and other orders.

As Judge Carter has made clear, "the Court will not accommodate undue delay by MGA in producing materials and witnesses relevant to the [contemplated] FAAC." If MGA does not promptly agree to supplement its responses to these Requests and produce documents, Mattel will raise the issue with the Court.

**quinn emanuel urquhart oliver & hedges, llp**

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100
TOKYO | Akasaka Twin Tower Main Building, 6th Floor, 17-22 Akasaka 2-Chome, Minato-ku, Tokyo 107-0052, Japan | TEL +81-3-5561-1711 FAX +81-3-5561-1712
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom | TEL +44-20-7653-2000 FAX +44-20-7653-2100


Exhibit 2 Page 24

I look forwarding to hearing from you.

Best regards,

Scott L. Watson