# EXHIBIT 3

EXHIBIT A

| EXHIBIT | DESCRIPTION | DFI Range | Production Bates Range |
|---|---|---|---|
| Durkin Report Exhibit 8 | Wachovia Credit Facility to MGAEI | DFI 8 001-005 | MGA_3896751 - MGA_3896966 |
| Durkin Report Exhibit 12 | Master Assignment and Exchange Agreement | DFI 12 001-062 | MGA2_0540548 - MGA2_0540612 |
| Durkin Report Exhibit 13 | Organizational Charts | DFI 13 001-007 | MGA2_0540613 - MGA2_0540619 |
| Durkin Report Exhibit 20 | Gozini Promissory Note | DFI 20 001-004 | MGA2_0540620 - MGA2_0540623 |
| Durkin Report Exhibit 21 | 4/21/09 Email from Jeanine Pisoni | DFI 21 001-002 | MGA2_0540624 - MGA2_0540625 |
| Durkin Report Exhibit 22 | Emails between Mr. Larian and Mr. Moinian, and Mr. Larian and Angela Larian and Shirin Makabi | DFI 22 001-003 | MGA2_0540626 - MGA2_0540628 |
| Durkin Report Exhibit 23 | 11/24/08 Emails between Mr. Larian and Mr. Moinian | DFI 23 001-002 | MGA2_0540629 - MGA2_0540630 |
| Durkin Report Exhibit 24 | 11/28/08 Email from Mr. Larian to Angela Larian, Shirin Makabi, and Brian Wing | DFI 24 001 | MGA2_0540631 |
| Durkin Report Exhibit 25 | 12/2/08 Email from Mr. Larian to Shirin Makabi, Angela Larian, and Brian Wing | DFI 25 001 | MGA2_0540632 |
| Durkin Report Exhibit 26 | 12/2/08 Email from Mr. Larian to Leon Farahnik | DFI 26 001 | MGA2_0540057 |
| Durkin Report Exhibit 27 | Emails from Mr. Larian to Mr. Wing and from Mr. Larian to Mr. Costantini | DFI 27 001-004 | MGA2_0540633 - MGA2_0540636 |
| Durkin Report Exhibit 28 | 4/3/09 Email from Steve Schultz to Ron Durkin | DFI 28 001-038 | MGA2_0540637 - MGA2_0540674 |
| Durkin Report Exhibit 30 | 1/21/09 Emails from Mr. Larian to Jeff Hurst, Ricardo Abundis, et al, and from Mr. Schneider to Barbara Leitner and Becky Harris | DFI 30 001-003 | MGA2_0540675 - MGA2_0540677 |
| Durkin Report Exhibit 32 | Email from Mary Venzo to Mr. Larian | DFI 32 001-005 | MGA2_0540678 - MGA2_0540682 |
| Durkin Report Exhibit 33 | Secured Delayed Draw Demand Note | DFI 33 001-010 | MGA2_0540683 - MGA2_0540692 |
| Durkin Report Exhibit 35 | 12/31/08 Balance Sheet equity section | DFI 35 001-036 | MGA2_0540693 - MGA2_0540727 |
| Durkin Report Exhibit 36 | Detail of distributions made to owners | DFI 36 001-004 | MGA2_0540728 - MGA2_0540732 |
| Durkin Report Exhibit 37 | Detail of $50 million distributions | DFI 37 001-002 | MGA2_0540733 - MGA2_0540734 |
| Durkin Report Exhibit 38 | Supporting schedules | DFI 38 001-005 | MGA2_0540735 - MGA2_0540739 |
| Durkin Report Exhibit 42 | Omni 808 Credit Agreement Interest Statement | DFI 42 001 | MGA2_0540740 |
| Durkin Report Exhibit 43 | Redlands Lease | DFI 43 001-058 | MGA2_0540741 - MGA2_0540798 |
| Durkin Report Exhibit 44 | MGA North Licensee Agreement | DFI 44 001-047 | MGA2_0540799 - MGA2_0540845 |
| Durkin Report Exhibit 45 | Supporting information | DFI 45 001-028 | MGA2_0540846 - MGA2_0540873 |
| Durkin Report Exhibit 46 | MGA lender ppt detailing history of MGAEI | DFI 46 001-002 | MGA2_0732672 - MGA2_0732701 |
| Durkin Report Exhibit 47 | IGWT and Toybox Bank Statements | DFI 47 001-011 | MGA2_0540874 - MGA2_0540883 |
| Durkin Report Exhibit 48 | Deloitte management letter | DFI 48 001-013 | MGA2_0540884 - MGA2_0540896 |
| Durkin Report Exhibit 49 | MGAEI Accounting Policies and Procedures Documents | DFI 49 001-045 | MGA2_0540897 - MGA2_0540941 |
| Durkin Report Exhibit 50 | Examples of Larian personal expenses | DFI 50 001-003 | MGA2_0540942 - MGA2_0540944 |
| Durkin Report Exhibit 51 | Audit Reports | DFI 51 001-003 | MGA2_0540544 - MGA2_0540545; MGA2_0701157 - MGA2_0701195 |

EXHIBIT A

| EXHIBIT | DESCRIPTION | DFI Range | Production Bates Range |
|---|---|---|---|
| Durkin Report Exhibit 52 | Wachovia's Study, April 22, 2008 and January 4, 2008 | DFI 52 001-024 | WACHOVIA_0001836 - WACHOVIA_0001846; WACHOVIA_0001849 - WACHOVIA_0001862 |
| Durkin Report Exhibit 55 | 8/10/08 Emails from Mr. Larian to Tom Allison and Sheon Karol | DFI 55 001-002 | MGA2_0540945 - MGA2_0540946 |
| Durkin Report Exhibit 58 | 10/21/08 Email from Lisa Tonnu to Shirin Makabi | DFI 58 001-003 | MGA2_0540947 - MGA2_0540949 |
| Durkin Report Exhibit 59 | 10/21/08 from Lisa Tonnu to Khong Wee "Mike" Phua | DFI 59 001 | MGA2_0540950 |
| Durkin Report Exhibit 63 | 12/2/98 email, "Notice of Directors Meeting of ABC Int'l Traders Inc." | DFI 63 001-002 | MGA2_0540951 |
| Durkin Report Exhibit 66 | Email from Mr. Larian to Jeanine Pisoni | DFI 66 001-003 | MGA2_0540952 - MGA2_0540955 |
| Durkin Report Exhibit 67 | Email from Steve Schultz | DFI 67 001-002 | MGA2_0540956 - MGA2_0540957 |
| Durkin Report Exhibit 68 | Emails regarding IGWT inventory and sales | DFI 68 001-005 | MGA2_0540958 - MGA2_0540962 |
| Durkin Report Exhibit 72 | Series of emails regarding creation of financial statements | DFI 72 001-064 | MGA2_0540963 - MGA2_0541026 |
| Durkin Report Exhibit 75 | Email from Mondana regarding movement of the $20 million | DFI 75 001-002 | MGA2_0540546 - MGA2_0540547 |