# EXHIBIT 4



# ORRICK

ORRICK, HERRINGTON & SUTCLIFFE LLP
777 SOUTH FIGUEROA STREET
SUITE 3200
LOS ANGELES, CALIFORNIA 90017-5855

tel +1-213-629-2020
fax +1-213-612-2499
WWW.ORRICK.COM

*VIA FEDERAL EXPRESS*

September 15, 2009

William A. Molinski
(213) 612-2256
wmolinski@orrick.com

Marshall M. Searcy III, Esq.
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
865 S. Figueroa St. 10th Floor
Los Angeles, California 90017

Re:  MGA v. Mattel, Inc.

Dear Marshall:

Pursuant to Discovery Master's Order No. 52, you will be receiving, under separate cover from our litigation support vendor, an external hard drive containing documents being produced by MGA de Mexico, S.R.L. de C.V. ("MGA Mexico") (MGA2 0070615 - MGA2 0258102). Because of the expedited nature of the ordered production, and while we have made every reasonable effort to remove privileged materials, it is possible that there may be additional privileged materials in that production. Any such production is inadvertent and is in no way intended to be a waiver or relinquishment of the attorney-client privilege or attorney work product privilege. *See* Protective Order ¶ 13. Should you locate any such materials, we ask that you notify us immediately and return such materials to us.

Further, as we indicated in our opposition to the two motions to compel MGA Mexico, MGA has already produced from MGA Mexico a vast number of documents responsive to the requests addressed in Order No. 52. I am attaching hereto, as Exhibit A, a list that identifies by Bates number and custodian the documents produced from MGA Mexico. As Order No. 52 contemplates, MGA Mexico identifies those documents previously produced in response to Order No. 52. As you will see, there are over a hundred thousand documents we have identified to date that were produced by MGA Mexico, which would fill more than 40 boxes of documents.

Also enclosed are additional documents responsive to the requests addressed in Order No. 52 that are Bates numbered MGA2 0258103 - MGA2 0258936.

OHS West:260728210.1

Exhibit 4 Page 25



ORRICK

Marshall M. Searcy III, Esq.
September 15, 2009
Page 2

Finally, also enclosed are MGA's Supplemental Responses to certain requests contained within Mattel's First Set of Requests for Productions (Phase II), as ordered by the Discovery Master.

Very truly yours,

William A. Molinski

WAM/mmn
Enclosures

cc: Jason D. Russell, Esq.

OHS West:260728210.1

Exhibit 4 Page 26



# ORRICK

Marshall M. Searcy III, Esq.
September 15, 2009
Page 3

## Exhibit A

<u>Laura Ochoa</u> – MGA 3512627-3512648; MGA 4463852-4466135; MGA2 0059199-0059230.

<u>Lourdes Aguilar</u> – MGA 0155499-0156244; MGA 0239777-0246244; MGA 0246282 – MGA 0246283; MGA 0246290 – MGA 0253027; MGA 0253288 – MGA 0253403; MGA 0464241 – MGA 0495776; MGA 0495795 – MGA 0495832; MGA 0495881 – MGA 0499477; MGA 0500243 – MGA 0504164; MGA 0504375 – MGA 0508771; MGA 0510531 – MGA 0517691; MGA 1042211 – MGA 1042254; MGA 1042266 – MGA 1042272; MGA 1042279 – MGA 1042286; MGA 1042293 – MGA 1042294; MGA 1120707 – MGA 1120806; MGA 1121081 – MGA 1121140; MGA 1121248 – MGA 1121257; MGA 1121260 – MGA 1123078; MGA 1125597 – MGA 1125598; MGA 1128139 – MGA 1534326; MGA 1534351 – MGA 1534363; MGA 1534385 – MGA 1534912; MGA 1535264 – MGA 1535265; MGA 1822713 – MGA 1823159; MGA 1823162 – MGA 1823206; MGA 1823254 – MGA 1823768; MGA 1823778 – MGA 1823799; MGA 1824441 – MGA 1824448; MGA 1825135 – MGA 1825800; MGA 2160744 – MGA 2160754; MGA 2160789 – MGA 2161331; MGA 2161374 – MGA 2161375; MGA 2898733 – MGA 2899009; MGA 3495551 – MGA 3496191; MGA 3775030 – MGA 4010436; MGA 4048294 – MGA 4048296; MGA 4050681 – MGA 4050746; MGA 4050766 – MGA 4050881; MGA 4051045 – MGA 4051110; MGA 4458312 – MGA 4461585; MGA 4461600 – MGA 4461736; MGA 4461740 – MGA 4462803; MGA 4462833 – MGA 4463054; MGA 4463064 – MGA 4463246; MGA 469693 – MGA 4473050; MGA 4473063 – MGA 4473275; MGA 4473512 – MGA 4474328.

<u>Mariana Trueba</u> – MGA 0208848 – MGA 0209207; MGA 0253274 – MGA 0253287; MGA 0438332 – MGA 0438600; MGA 0504356 – MGA 0504374; MGA 1026031 – MGA 1027163; MGA 1118654 - MGA 1118842; MGA 1120685 – MGA 1120700; MGA 1120821 – MGA 1121080; MGA 1121258 – MGA 1121259; MGA 1127467 – MGA 1128138; MGA 1132991 – MGA 1133571; MGA 1192900 – MGA 1193416; MGA 1193754 – MGA 1193778; MGA 1472399 – MGA 1472505; MGA 1515156 – MGA 1516512; MGA 1533615 – MGA 1533639; MGA 1535362 – MGA 1535365; MGA 1776920 – MGA 1777151; MGA 1777388 – MGA 1777396; MGA 1822675 – MGA 1822712; MGA 1823769 – MGA 1823777; MGA 2151054 – MGA 215085; MGA 2896590 – MGA 289663; MGA 2901544 – MGA 2901557; MGA 3480772 – MGA 3481410; MGA 3774888 – MGA 3774893; MGA 4009986 – MGA 400991; MGA 4453544 – MGA 454298; MGA 4458214 – MGA 4458230; MGA 4461586 – MGA 4461599; MGA 4461737 – MGA 4461739; MGA 4468082 – MGA 4468376; MGA 4469602 – MGA 4469615; MGA 4473051 - MGA 4473062; MGA 4474341 – MGA 4474353; MGA2 0018584 – MGA2 0018591.

<u>Pablo Vargas</u> – MGA 0437324 – MGA 0438331; MGA 0464236 – MGA 0464240; MGA 1026021 – MGA 1026030; MGA 1042207 – MGA 1042210; MGA 1117848 – MGA 1118653; MGA 1120701 – MGA 1120706; MGA 1192760 – MGA 1192899; MGA 1515105 – MGA 1515155; MGA

OHS West:260728210.1



Exhibit 4 Page 27



**ORRICK**

Marshall M. Searcy III, Esq.
September 15, 2009
Page 4

1517601 – MGA 1517975; MGA 1533640 – MGA 1533680; MGA 1776914 – MGA 1776919; MGA 2160628 – MGA 2160743; MGA 2896397 – MGA 2896589; MGA 4009983 – MGA 4009985; MGA 4453516 – MGA 4453543; MGA 4458231 – MGA 4458311; MGA 4468076 – MGA 4468081; MGA 4468569 – MGA 4468784; MGA 4469616 – MGA 4469692.

Gustavo Machado – MGA 0209208 – MGA 0209509; MGA 0438601 – MGA 0441237; MGA 1027164 – MGA 1027623; MGA 1042273 – MGA 1042278; MGA 1042289 – MGA 1042292; MGA 1042314 – MGA 1042319; MGA 1118843 – MGA 1118956; MGA 1121141 – MGA 1121247; MGA 1123576 – MGA 1123597; MGA 1127450 – MGA 1127466; MGA 1132886 – MGA 1132990; MGA 116551 – MGA 1165512; MGA 1193417 – MGA 1193753; MGA 1193799 – Mga 1193945; MGA 1516513 – MGA 1517600; MGA 1517976 – MGA 1518516; MGA 1535388 – MGA 1535395; Mga 1777152 – MGA 1777387; MGA 1777397 – MGA 1777459; MGA 1825083 – MGA 1825088; MGA 2151086 – MGA 2153487; MGA 2896664 – MGA 2896665; MGA 3481411 – MGA 3482053; MGA 3496227 – MGA 3496698; MGA 3774894 – MGA 40100015; MGA 4050628 – MGA 4050632; MGA 4454299 – MGA 4458187; MGA 4468377 – MGA 4469064; MGA 4474329 – MGA 4474340; MGA2 0018592 – MGA2 0018595.

Susana Kuemmerle – MGA 0246245 – MGA 0246281; MGA 0246284 – MGA 0246289; MGA 0252925 – MGA 0252996; MGA 0253028 – MGA 0253273; MGA 0253404 – MGA 0253439; MGA 0495777 – MGA 0253439; MGA 0495777 – MGA 0495794; MGA 0495833 – MGA 0495880; MGA 0499478 – MGA 0500242; MGA 0504165 – MGA 0504355; MGA 0508772 – MGA 1042265; MGA 1042287 – MGA 1042288; MGA 1042295 – MGA 1042313; MGA 1120807 – MGA 1120820; MGA 1123079 – MGA 1123575; MGA 1123598 – MGA 1125596; MGA 1125599 – MGA 1127449; MGA 1132881 – MGA 1132885; MGA 1165527 – MGA 1534350; MGA 1534364 – MGA 1534384; MGA 1534462 – MGA 1534472; MGA 1534913 – MGA 1826276; MGA 2160755 – MGA 2160788; MGA 2161332 – MGA 2161903; MGA 2899010 – MGA 2901567; MGA 3496192 – MGA 3496226; MGA 4010346 – MGA 1040347; MGA 4050747 – MGA 4050765; MGA 4050882 – MGA 4051044; MGA 4377065 – MGA 4377067; MGA 4462804 – MGA 4462832; MGA 4463055 – MGA 4463063; MGA 4463247 – MGA 4463259; MGA 4473276 – MGA 4473511.

OHS West:260728210.1



Exhibit 4 Page 28