# EXHIBIT 5

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL: (213) 443-3000 FAX: (213) 443-3100

September 21, 2009

VIA E-MAIL

William Molinski, Esq.
Orrick, Herrington & Sutcliffe LLP
777 South Figueroa Street
Suite 3200
Los Angeles, CA 90017

Re:  Mattel v. MGA

Dear Bill:

I write in response to your letter of September 16, 2009.

That letter states that "MGA has already produced from MGA Mexico a vast number of documents responsive to the requests addressed in Order No. 52," and attaches a list that purports to identify Bates ranges containing MGA Mexico documents that have previously been produced to Mattel. The ranges cited, however, contain over 470,000 pages of documents that Mattel has never received. For example, Mattel has no record of ever having received documents in the range MGA 4453295 - MGA 4477677, which encompasses many of the ranges cited in Exhibit A to your September 16 letter. In particular, Exhibit A cites the following Bates ranges that were never produced to Mattel:

MGA 4453516-MGA 4453543
MGA 4453544-MGA 454298 [sic]
MGA 4454299-MGA 4458187
MGA 4458214-MGA 4458230
MGA 4458231-MGA 4458311
MGA 4461586-MGA 4461599

quinn emanuel urquhart oliver & hedges, llp

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, NY 10010 | TEL (212) 849-7000 FAX (212) 849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, CA 94111 | TEL (415) 875-6600 FAX (415) 875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, CA 94065 | TEL (650) 801-5000 FAX (650) 801-5100
CHICAGO | 500 West Madison Street, Suite 2450, Chicago, IL 60661 | TEL (312) 463-2961 FAX (312) 463-2967
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom | TEL +44(0) 20 7653 2000 FAX +44(0) 20 7653 2100
TOKYO | Akasaka Twin Tower Main Bldg., 6th Fl., 17-22 Akasaka 2-Chome, Minato-ku, Tokyo 107-0052, Japan | TEL +81 3 5561 1711 FAX +81 3 5561 1712


Exhibit 5 Page 29

```
MGA 4461737-MGA 4461739
MGA 4462804-MGA 4462832
MGA 4462833-MGA 4463054
MGA 4463055-MGA 4463063
MGA 4463064-MGA 4463246
MGA 4463247-MGA 4463259
MGA 4463852-MGA 4466135
MGA 4468076-MGA 4468081
MGA 4468082-MGA 4468376
MGA 4468377-MGA 4469064
MGA 4468569-MGA 4468784
MGA 4469602-MGA 4469615
MGA 4469616-MGA 4469692
MGA 4473051-MGA 4473062
MGA 4473063-MGA 4473275
MGA 4473276-MGA 4473511
MGA 4473512-MGA 4474328
MGA 4474329-MGA 4474340
MGA 4474341-MGA 4474353
MGA 469693-MGA 4473050 [sic]
```

Exhibit A also lists ranges MGA 3774894 - MGA 40100015 [sic], MGA 0508772 - MGA 1042265 and MGA 3775030 - MGA 4010436 as having been previously produced to Mattel. These ranges, however, encompass the following ranges which were never produced to Mattel:

```
MGA 3777561 - MGA 3787284
MGA 3787467 - MGA 3787468
MGA 3787516 - MGA 3801818
MGA 3801823 - MGA 3814791
MGA 3815507 - MGA 3815799
MGA 3817239 - MGA 3819587
MGA 3857506 - MGA 3862000
MGA 3862529 - MGA 3865981
MGA 3881089 - MGA 3881129
MGA 3896995 - MGA 4007279
MGA 4007281 - MGA 4010436
MGA 0616178 - MGA 0799999
MGA 0831543 - MGA 0831589
MGA 0887426 - MGA 0999999
```


Exhibit 5 Page 30

Please let me know if and when Mattel can expect to receive the documents identified in the above Bates ranges. I look forward to hearing from you.

Very truly yours,

/s/ Marshall M. Searcy

Marshall M. Searcy III

07975/3113087.1

07975/3113087.1                                3

