# EXHIBIT 6



# ORRICK

ORRICK, HERRINGTON & SUTCLIFFE LLP
777 SOUTH FIGUEROA STREET
SUITE 3200
LOS ANGELES, CALIFORNIA 90017-5855

tel +1-213-629-2020
fax +1-213-612-2499

WWW.ORRICK.COM

**VIA EMAIL AND U.S. MAIL**

October 1, 2009

William A. Molinski
(213) 612-2256
wmolinski@orrick.com

Marshall M. Searcy III, Esq.
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017

Re:   <u>MGA v. Mattel, Inc.</u>

Dear Marshall:

Further to my letter to you dated September 23, 2009, which addresses Mattel's concerns regarding MGA Mexico's document production of September 15, I wanted to provide you with the following information we have been able to collect. As you will appreciate upon review, and contrary to your assertion that MGA Mexico's "ranges cited . . . contain over 470,000 pages of documents that Mattel has never received," Mattel has possessed the vast amount of this information for just short of two years.

MGA 3777561 – MGA 3787284 - produced 1/15/08
MGA 3793592 – MGA 3806166 - produced 1/18/08
MGA 3806167 – MGA 3810586 - produced 1/18/08
MGA 3810587 – MGA 3811900 - produced 1/18/08
MGA 3811901 – MGA 3814736 - produced 1/18/08
MGA 3814737 – MGA 3814791 - produced 1/18/08
MGA 3815507 – MGA 3815799 - produced 1/25/08
MGA 3817239 – MGA 3819587 - produced 1/25/08
MGA 3881090 – MGA 3881128 - produced 5/22/08[1]
MGA 4000001 – MGA 4005358 - produced 1/11/08
MGA 4005359 – MGA 4008513 - produced 1/15/08
MGA 4008514 – MGA 4012564 - produced 1/18/08
MGA 0831543 – MGA 0831930 - produced 6/25/07

Attached are copies of the transmittal letters for those productions.

There are, however, a handful of Bates ranges in your letter of September 21 that may include documents that MGA Mexico has either not produced or were incorrectly referenced because they are numbers that are not assigned to documents.

---

[1] Copied by Quinn Emmanuel vendor, Guidance Software.

OHSWest:260737845.1



Exhibit 6 Page 32



ORRICK

Marshall M. Searcy III, Esq.
October 1, 2009
Page 2

Importantly, the mere fact that the ranges identified above are "missing" does not necessarily mean that there are any documents associated with that entire range or even to any documents at all. For example, although you flag MGA 0887426 – MGA 0999999 as never having been produced, document bearing MGA 0887425 may very well have been the last document produced in that range. We will confirm our belief with prior counsel and will update you as soon as we can.

Very truly yours,

William A. Molinski

WAM/mmn
Attachments

OHS West:260737815.1

Exhibit 6 Page 33