QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. David O. Carter<br><br>DECLARATION OF MARSHALL M. SEARCY III IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO THE MGA PARTIES' MOTIONS RELATING TO ISSUE NOS. 2, 4, 6 AND 7 OF THIS COURT'S ORDER OF FEBRUARY 12, 2010<br><br>Hearing Date: TBD<br>Time: TBD<br>Place: Courtroom 9D<br><br>**Phase 2:**<br>Discovery Cut-off: TBD<br>Pre-trial Conference: TBD<br>Trial Date: TBD |

## DECLARATION OF MARSHALL M. SEARCY III

I, Marshall M. Searcy III, declare as follows:

1. I am a member of the bar of the State of California and a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for plaintiff and counter-defendant, Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently hereto.

2. Mattel has made available to MGA for inspection hard drives assigned by Mattel to Carlos Gustavo Machado Gomez, Pablo Vargas San Jose, Mariana Trueba Almada, Janine Brisbois and Jorge Castilla. After Mattel made the these hard drives available to MGA for inspection, MGA's consultants visited the offices of Mattel's consultant several times in December 2009 to inspect the hard drives. Attached hereto as **Exhibit 1** is a true and correct copy of an email chain between Mattel's consultant and MGA's consultant confirming that MGA's consultant exported certain non-user generated data from the above-mentioned drives.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 17, 2010, at Los Angeles, California.

/s/ Marshall M. Searcy III
Marshall M. Searcy III

# EXHIBIT 1

**From:** Thomas Plunkett <TPlunkett@StrozFriedberg.com>
**Date:** December 28, 2009 5:35:31 PM PST
**To:** "'chris@42llc.net'" <chris@42llc.net>
**Cc:** "'nick@42llc.net'" <nick@42llc.net>, Samuel Rubin <SRubin@StrozFriedberg.com>, Steve Kim <SKim@StrozFriedberg.com>
**Subject: Re: Request for verification of non-user generated content**

Ok, thanks Chris, No worries. I'll see you out there on Wednesday.

Tom

---

**From:** Chris Pavan <chris@42llc.net>
**To:** Thomas Plunkett
**Cc:** Nick Ringold <nick@42llc.net>; Samuel Rubin; Steve Kim
**Sent:** Mon Dec 28 17:09:14 2009
**Subject:** Re: Request for verification of non-user generated content

Tom,

As we discussed on Monday we would be getting the data back to you on Wednesday. As I stated, we would start the clock on Tuesday (Dec 22) and that we observed the 24th and 25th as holidays making Wednesday (Dec 30) the 5th day. We still plan to make that deadline.

If you have any questions, feel free to call me on my cell phone.

# Chris Pavan

Digital Forensic Consultant | Founder
42 LLC | 2596 Mission St | Suite 203 | San Marino | CA 91108
office 626.698.1189 | cell 626.808.6646 | fax 626.698.0127
Chris@42llc.net

On Dec 23, 2009, at 1:46 PM, Thomas Plunkett wrote:

Chris and Nick,

1

I will be out at your office in San Marino on Tuesday morning. I would greatly appreciate it if I could get the thumbdrive back from you that morning instead of later in the afternoon If at all possible.

Hope you enjoy your Holiday Party today and have a Merry Christmas.

Tom

---

**From:** Thomas Plunkett
**Sent:** Monday, December 21, 2009 2:25 PM
**To:** 'chris@42llc.net'; 'nick@42llc.net'
**Cc:** Samuel Rubin; Steve Kim
**Subject:** Request for verification of non-user generated content

Chris -

Pursuant to paragraph 5(d) of the August 18, 2009 Protocol between Mattel and MGA, we have exported to an external thumbdrive for your inspection the following items of non-user generated content, organized by data source, that we intend to disclose to outside counsel for MGA upon your verification that they are in fact non-user generated content:

Castilla Data

1) 30809405
    a. Deleted Files Listing in xls format, showing filename, file extension, MAC date/times, logical size, hash value, folder path, and EnCase signature.
    b. Active Files Listing in xls format, showing filename, file extension, MAC date/times, logical size, hash value, folder path, and EnCase signature.

2) 30809406
    a. System Registry Report in txt format.
    b. Program Files Listing in xls format, showing program name, MAC date/times, and full path.
    c. Deleted Files Listing in xls format, showing filename, file extension, MAC date/times, logical size, hash value, folder path, and EnCase signature.
    d. Link Files Listing in xls format, showing filename, MAC date/times, full path, and symbolic link.
    e. Active Files Listing in xls format, showing filename, file extension, MAC date/times, logical size, hash value, folder path, and EnCase signature.
    f. Active Sync Files Listing in xls format, showing filename, file extension, MAC date/times, logical size, hash value, folder path, and EnCase signature.
    g. Active Sync repl.dat files
    h. Restore Point rp.logs
    i. Restore Point change.logs
    j. Software Registry Report in txt format.
    k. Active Sync Logs

3) 30809407
    a. System Registry Report in txt format.
    b. Program Files Listing in xls format, showing program name, MAC date/times, and full path.
    c. Deleted Files Listing in xls format, showing filename, file extension, MAC date/times, logical size, hash value, folder path, and EnCase signature.
    d. Link Files Listing in xls format, showing filename, MAC date/times, full path, and symbolic link.
    e. Active Files Listing in xls format, showing filename, file extension, MAC date/times, logical size, hash value, folder path, and EnCase signature.
    f. Active Sync Files Listing in xls format, showing filename, file extension, MAC date/times, logical size, hash value, folder path, and EnCase signature.

  g. Restore Point rp.logs
  h. Restore Point change.logs
  i. Software Registry Report in txt format.
  j. Active Sync Logs

4) 30809408
  a. Deleted Files Listing in xls format, showing filename, file extension, MAC date/times, logical size, hash value, folder path, and EnCase signature.
  b. Active Files Listing in xls format, showing filename, file extension, MAC date/times, logical size, hash value, folder path, and EnCase signature.

Brisbois Data

1) MattelBrisbois-102605
  a. System Registry Report in txt format.
  b. Deleted Files Listing in xls format, showing filename, file extension, MAC date/times, logical size, hash value, folder path, and EnCase signature.
  c. Active Files Listing in xls format, showing filename, file extension, MAC date/times, logical size, hash value, folder path, and EnCase signature.
  d. Link Files Listing in xls format, showing filename, MAC date/times, full path, and symbolic link.
  e. Software Registry Report in txt format.
  f. Program Files Listing in xls format, showing program name, MAC date/times, and full path.

Trueba-Vargas-Machado Data

1) Mattel-050704-002
  a. System Registry Report in txt format.
  b. Deleted Files Listing in xls format, showing filename, file extension, MAC date/times, logical size, hash value, folder path, and EnCase signature.
  c. Active Files Listing in xls format, showing filename, file extension, MAC date/times, logical size, hash value, folder path, and EnCase signature.
  d. Link Files Listing in xls format, showing filename, MAC date/times, full path, and symbolic link.
  e. Software Registry Report in txt format.
  f. Program Files Listing in xls format, showing program name, MAC date/times, and full path.

2) Mattel-050704-003
  a. System Registry Report in txt format.
  b. Deleted Files Listing in xls format, showing filename, file extension, MAC date/times, logical size, hash value, folder path, and EnCase signature.
  c. Active Files Listing in xls format, showing filename, file extension, MAC date/times, logical size, hash value, folder path, and EnCase signature.
  d. Link Files Listing in xls format, showing filename, MAC date/times, full path, and symbolic link.
  e. Software Registry Report in txt format.
  f. Program Files Listing in xls format, showing program name, MAC date/times, and full path.

3) Mattel-050704-004
  a. System Registry Report in txt format.
  b. Deleted Files Listing in xls format, showing filename, file extension, MAC date/times, logical size, hash value, folder path, and EnCase signature.
  c. Active Files Listing in xls format, showing filename, file extension, MAC date/times, logical size, hash value, folder path, and EnCase signature.
  d. Link Files Listing in xls format, showing filename, MAC date/times, full path, and symbolic link.

  e. Software Registry Report in txt format.
  f. Program Files Listing in xls format, showing program name, MAC date/times, and full path.

Please note that our examination of the Mattel drives is not complete and remains ongoing, so there may be additional items of non-user generated content information, as well as user generated content information, that we may need to export at a later time as part of the continuing examination. As provided by the Protocol, please let us know within 5 days in writing whether you agree that the items above are in fact non-user generated content information that may be disclosed to outside counsel for MGA under paragraph 5(d) of the Protocol.

Regards,

**Thomas Plunkett**
Digital Forensic Examiner
Tel: 310.623.3283
Mobile: 310.467.4905
Fax: 310.623.3277

1925 Century Park East, Suite 1350, Los Angeles, CA 90067
tplunkett@strozfriedberg.com   www.strozfriedberg.com

# STROZ FRIEDBERG

This message is for the named person's use only. It may contain confidential, proprietary or legally privileged information. No right to confidential or privileged treatment of this message is waived or lost by any error in transmission. If you have received this message in error, please immediately notify the sender by e-mail or by telephone, delete the message and all copies from your system and destroy any hard copies. You must not, directly or indirectly, use, disclose, distribute, print or copy any part of this message if you are not the intended recipient.

4