1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     John B. Quinn (Bar No. 090378)
2    (johnquinn@quinnemanuel.com)
     Michael T. Zeller (Bar No. 196417)
3    (michaelzeller@quinnemanuel.com)
     Jon D. Corey (Bar No. 185066)
4    (joncorey@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California  90017-2543
   Telephone:  (213) 443-3000
6  Facsimile:   (213) 443-3100

7  Attorneys for Mattel, Inc.

8                UNITED STATES DISTRICT COURT

9                CENTRAL DISTRICT OF CALIFORNIA

10                      SOUTHERN DIVISION

11 | MATTEL, INC., a Delaware corporation, | CASE NO. CV 04-9049 DOC (RNBx)
12 |                                       | Consolidated with
   | Plaintiff,                            | Case No. CV 04-09059
13 |                                       | Case No. CV 05-02727
   | vs.                                   | **DISCOVERY MATTER**
14 |                                       |
   | MGA ENTERTAINMENT, INC., a            | Hon. David O. Carter
15 | California corporation, et al.,       |
   |                                       | **MATTEL, INC.'S NOTICE OF LODGING OF EXCERPTS OF VIDEO OF DEPOSITION OF PATRICK MA IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO THE MGA PARTIES' MOTIONS RELATING TO ISSUE NOS. 2, 4, 6, AND 7 OF THIS COURT'S ORDER OF FEBRUARY 12, 2010**
16 | Defendant.                            |
17 |                                       |
   | AND CONSOLIDATED ACTIONS              |
18 |                                       |
19 |                                       |
20 |                                       | Date:   TBD
   |                                       | Time:   TBD
21 |                                       | Place:  Courtroom 9D
22 |                                       | **Phase 2**
   |                                       | Discovery Cut-off:  TBD
23 |                                       | Pre-trial Conference:  TBD
   |                                       | Trial Date:  TBD

00505.07975/3329096.1

NOTICE OF LODGING

1    TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF
2 RECORD, PLEASE TAKE NOTICE that plaintiff Mattel, Inc. hereby lodges with
3 the Court a DVD containing excerpts from the Video of the Deposition of Patrick
4 Ma in support of its Opposition to the MGA Parties' Motions Relating to Issue Nos.
5 2, 4, 6, and 7 of this Court's Order of February 12, 2010. The video contains
6 excerpts found in the Ma Deposition Transcript at lines 224:16-225:16; 233:18-
7 235:11; 237:8-25; 238:24-240:2; 242:18-243:24; 243:25-244:7; 517:16-522:10.

9 DATED: February 17, 2010        QUINN EMANUEL URQUHART OLIVER &
                                  HEDGES. LLP

                                  By /s/ Scott L. Watson
                                     Scott L. Watson
                                     Attorneys for Mattel. Inc.

00505.07975/3329096.1

-1-

NOTICE OF LODGING