1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     John B. Quinn (Bar No. 90378)
2    (johnquinn@quinnemanuel.com)
     Michael T. Zeller (Bar No. 196417)
3    (michaelzeller@quinnemanuel.com)
     Jon D. Corey (Bar No. 185066)
4    (joncorey@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
6  Facsimile:  (213) 443-3100

7  Attorneys for Mattel, Inc.

8
                   UNITED STATES DISTRICT COURT
9
                CENTRAL DISTRICT OF CALIFORNIA
10
                      SOUTHERN DIVISION
11

12 | MATTEL, INC., a Delaware          | CASE NO. CV 04-9049 DOC (RNBx)
   | corporation,                       |
   |                                    | Consolidated with
13 |              Plaintiff,            | Case No. CV 04-09059
   |                                    | Case No. CV 05-02727
14 |    vs.                             |
   |                                    | Hon. David O. Carter
15 |                                    |
   | MGA ENTERTAINMENT, INC., a         | **DECLARATION OF JONATHAN
16 | California corporation, et al.,    | LAND IN SUPPORT OF MATTEL,
   |                                    | INC.'S EX PARTE APPLICATION
17 |              Defendant.            | TO STAY DISCOVERY MASTER
   |                                    | ORDER NOS. 89 AND 91 PENDING
18 |                                    | RESOLUTION OF MATTEL'S
   |                                    | OBJECTIONS**
19 | AND CONSOLIDATED ACTIONS           |

20

21

22                                        Hearing Date:  TBD
                                          Time:          TBD
23                                        Place:         TBD

24                                        **Phase 2**
                                          Disc. Cut-off:    TBD
25                                        Pre-trial Conf.:  TBD
                                          Trial Date:       TBD

26

27

28

00505.07975/3330301.1

# DECLARATION OF JONATHAN LAND

I, Jonathan Land, hereby declare as follows:

1.      I am a member of the bar of the State of California and associated with Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I am also the Director of Litigation Technology Advisory Services for Quinn Emanuel Urquhart Oliver & Hedges LLP and in that role oversee the firm's processing of electronically-stored information ("ESI"). I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2.      It is my understanding that Mattel has been ordered to search each computer server located in the United States, Canada, or Mexico and also to search the hard drives of at least 200 individuals. I am aware that these searches are to identify documents responsive to over 800 separate requests for production that have been served on Mattel. I am further aware that Mattel has been ordered to perform these searches and produce all resulting documents responsive to the requests no later than February 22, 2010.

3.      Based on my years of experience managing the collection, processing, and review of ESI, including large-scale projects involving many terabytes of data, I can state unequivocally that it is impossible for Mattel to complete the searches and document productions described above by February 22, 2010. For the last several months, I and many other Quinn Emanuel attorneys have been working on document productions in this case, including in response to Discovery Master Order No. 89. However, to complete the searches, collection, processing, review for responsiveness and privilege, and production of documents ordered by Discovery Master Order No. 89  by February 22, 2010, is simply not possible even given unlimited resources. Searches of thousands of servers scattered through the country, containing hundreds of terabytes of data, simply cannot be performed in a matter of weeks with the technology available today. Further, processing the data, conducting

1  the reviews and preparing the productions could not be completed in such a short

2  period of time.  Given the limitations of hardware and software available in the

3  market today, searches, processing, review and production of this much data for

4  information responsive to hundreds of different discovery requests will take several

5  months to complete.  Indeed, even putting aside the vast search scope that I

6  understand has been ordered, Mattel simply cannot feasibly search for documents

7  responsive to more than 800 requests for production, process, review and produce

8  those documents in the allotted timeframe.

9           I declare under penalty of perjury under the laws of the United States of

10  America that the foregoing is true and correct.

11           Executed this 18th day of February, 2010, at Los Angeles, California.

12

13                                   _____

14                                   Jonathan Land

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECL. OF JONATHAN LAND ISO APP. TO STAY ORDER 89 PENDING RULING ON OBJECTIONS