UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No. CV 04-9049 DOC (RNBx)                                        Date: February 18, 2010

Title: MATTEL, INC. v. MGA ENTERTAINMENT, INC.

---

DOCKET ENTRY
  [I hereby certify that this document was served by first class mail or Government messenger service, postage prepaid, to all counsel (or parties) at their respective most recent address of record in this action on this date.]
                                                    Date:_____   Deputy Clerk: _____

---

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

  Kristee Hopkins                                   Not Present
  Courtroom Clerk                                   Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

  NONE PRESENT                                      NONE PRESENT

---

PROCEEDING (IN CHAMBERS): ORDER COMPELLING RE-SUBMISSION OF DOCUMENTS REFERENCED IN DOCKET 6674 FOR *IN CAMERA* REVIEW

  The Court ORDERS MGA Entertainment, Inc. and Isaac Larian (collectively the "MGA Parties") to re-submit for the Court's *in camera* review on or before **February 19, 2010 at 5:00 p.m. PST** the documents referenced in Skadden Arps' Notice of *In Camera* Submission in Response to the Court's Order to Show Cause Regarding Document No. MGA2 0070266-0070270 (**Dkt. 6674**).  These documents include:

  (1)   Report of Skadden, Arps, Slate, Meagher & Flom LLP In Response To The Court's Order To Show Cause Regarding Document No. MGA2 0070266-0070270;

  (2)   Declaration of Thomas J. Nolan In Response To The Court's Order To Show Cause Regarding Document No. MGA2 0070266-0070270;

  (3)   Declaration of Jose R. Allen In Response To The Court's Order To Show Cause

      Regarding Document No. MGA2 0070266-0070270;

(4)    Declaration of Kenneth A. Plevan In Response To The Court's Order To Show Cause Regarding Document No. MGA2 0070266-0070270.

The Clerk shall serve this minute order on all parties to the action.