QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>                Plaintiff,<br><br>     vs.<br><br>MGA ENTERTAINMENT, INC., a Delaware corporation, et al,<br><br>                Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>**[PROPOSED] ORDER GRANTING MATTEL, INC.'S EX PARTE APPLICATION TO STAY ENFORCEMENT OF DISCOVERY MASTER ORDER NOS. 89 AND 91 PENDING RESOLUTION OF MATTEL'S OBJECTIONS, AND/OR FOR AN EXTENSION** |

00505.07975/3332303.1

[PROPOSED] ORDER

[~~PROPOSED~~] ORDER

Based on the Application filed with the Court, and good cause appearing for the entry thereof,

IT IS HEREBY ORDERED:

Mattel's responses to Discovery Master Order Nos. 89 and 91 are stayed pending resolution of Mattel's Objections to Discovery Master Order Nos. 89 and 91.

DATED:  February 18, 2010

*/s/ David O. Carter*
Hon. David O. Carter
United States District Judge