MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Tel: (415) 773-5700/Fax:(415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Tel. (213) 629-2020/Fax: (213) 612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049-DOC (RNBx)<br><br>Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>**STIPULATION CONCERNING THE BOUSQUETTE DEPOSITION**<br><br>Judge: Hon. David O. Carter |

1  WHEREAS, the MGA Parties seek to take the deposition of Matthew Bousquette;

2  WHEREAS, Mr. Bousquette has submitted a declaration (Dkt. 7515) describing the personal and professional hardship that would accompany any deposition in Santa Ana, California;

3  WHEREAS, the MGA Parties, Mattel and Mr. Bousquette (through counsel) have reached an agreement concerning the timing and location of his deposition, subject to the Court's approval;

NOW, THEREFORE, the Parties and Mr. Bousquette hereby stipulate and agree as follows:

1. The MGA Parties shall take the deposition of Mr. Bousquette from Thursday, March 11, 2010 through Friday, March 12, 2010 in Chicago, Illinois at a location near O'Hare Airport.

2. The deposition proceeding shall take place between the hours of 10 a.m. and 5 p.m. each day.

3. The Discovery Master assigned to this case will be present at the deposition, and has the authority to rule on discovery matters raised in the deposition.

4. Taking of the deposition does not does not waive the Parties' ability to seek Mr. Bousquette's presence at trial, if needed; nor does Mr. Bousquette concede that he is subject to a subpoena that would require his presence at trial. The Parties and Mr. Bousquette reserve their

//
//
//
//
//

rights as to this issue.

IT IS SO STIPULATED.

Dated: February 19, 2010

ORRICK, HERRINGTON & SUTCLIFFE LLP

/s/ Thomas S. McConville
Thomas S. McConville
Attorneys for MGA Parties

Dated: February 19, 2010

CALDWELL LESLIE & PROCTOR, PC

/s/ Christopher G. Caldwell
Christopher G. Caldwell
Attorneys for Matthew Bousquette

Dated: February 19, 2010

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

/s/ Michael T. Zeller
Michael T. Zeller
Attorneys for Mattel, Inc.