MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Tel: (415) 773-5700/Fax: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Tel. (213) 629-2020/Fax: (213) 612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | Case No. CV 04-9049-DOC (RNBx) |
| Plaintiff, | Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727 |
| v. | |
| MATTEL, INC., a Delaware corporation, | **[PROPOSED] ORDER CONCERNING THE BOUSQUETTE DEPOSITION** |
| Defendant. | |
| | Judge:   Hon. David O. Carter |
| AND CONSOLIDATED ACTIONS | |

1 | Based on the Stipulation of the Parties Concerning The Bousquette
2 | Deposition,
3 |     IT IS HEREBY ORDERED:
4 | 1. The MGA Parties shall take the deposition of Mr. Bousquette from Thursday, March 11, 2010 through Friday, March 12, 2010 in Chicago, Illinois at a location near O'Hare Airport.
7 | 2. The deposition proceeding shall take place between the hours of 10 a.m. and 5 p.m. each day.
9 | 3. The Discovery Master assigned to this case will be present at the deposition, and has the authority to rule on discovery matters raised in the deposition.
12 | 4. Taking of the deposition does not does not waive the Parties' ability to seek Mr. Bousquette's presence at trial, if needed; nor does Mr. Bousquette concede that he is subject to a subpoena that would require his presence at trial. The Parties and Mr. Bousquette reserve their rights as to this issue.

**IT IS SO ORDERED.**

Dated: _____, 2010     _____
                                                            Hon. David O. Carter

OHS West:260845592.1