```
 1  MELINDA HAAG (State Bar No. 132612)
    mhaag@orrick.com
 2  ANNETTE L. HURST (State Bar No. 148738)
    ahurst@orrick.com
 3  WARRINGTON S. PARKER III (State Bar No. 148003)
    wparker@orrick.com
 4  ORRICK, HERRINGTON & SUTCLIFFE LLP
    405 Howard Street
 5  San Francisco, CA  94105-2669
    Tel: (415) 773-5700/Fax: (415) 773-5759
 6  WILLIAM A. MOLINSKI (State Bar No. 145186)
    wmolinski@orrick.com
 7  ORRICK, HERRINGTON & SUTCLIFFE LLP
    777 South Figueroa Street, Suite 3200
 8  Los Angeles, CA  90017
    Tel. (213) 629-2020/Fax: (213) 612-2499
 9
10  THOMAS S. MCCONVILLE (State Bar No. 155905)
    tmcconville@orrick.com
11  ORRICK, HERRINGTON & SUTCLIFFE LLP
    4 Park Plaza, Suite 1600
12  Irvine, CA 92614-2258
    Tel: (949) 567-6700/Fax: (949) 567-6710
13  Attorneys for MGA Parties
```

**BY FAX**

LODGED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049-DOC (RNBx)<br><br>Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>**APPLICATION TO FILE UNDER SEAL REPLY OF ISAAC LARIAN AND MGA ENTERTAINMENT IN SUPPORT OF THEIR OBJECTIONS TO DISCOVERY ORDER NO. 90 COMPELLING MGA AND LARIAN TO RESPOND TO REQUESTS FOR ADMISSION**<br><br>Judge:  Hon. David O. Carter |

Pursuant to Civil Local Rule 79-5.1, the Stipulated Protective Order (Dkt. No. 54) entered by the Court in this action the MGA Parties hereby respectfully request that the Court order filed under seal the documents identified below. The basis for this request is that the document referenced below discusses matters placed under seal by Judge Larson because those matters implicate the attorney-client privilege and work product doctrine.

**REPLY OF ISAAC LARIAN AND MGA ENTERTAINMENT IN SUPPORT OF THEIR OBJECTIONS TO DISCOVERY ORDER NO. 90 COMPELLING MGA AND LARIAN TO RESPOND TO REQUESTS FOR ADMISSION**

For the foregoing reasons, the MGA Parties respectfully request that the Court enter the concurrently filed [Proposed] Order granting this request to file the documents under seal.

Dated: February 12, 2010          ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____
Warrington S. Parker III
Attorneys for MGA Parties