```
 1  MELINDA HAAG (State Bar No. 132612)
    mhaag@orrick.com
 2  ANNETTE L. HURST (State Bar No. 148738)
    ahurst@orrick.com
 3  WARRINGTON S. PARKER III (State Bar No. 148003)
    wparker@orrick.com
 4  ORRICK, HERRINGTON & SUTCLIFFE LLP
    The Orrick Building
 5  405 Howard Street
    San Francisco, CA 94105-2669
 6  Tel: (415) 773-5700/Fax: (415) 773-5759

 7  WILLIAM A. MOLINSKI (State Bar No. 145186)
    wmolinski@orrick.com
 8  ORRICK, HERRINGTON & SUTCLIFFE LLP
    777 South Figueroa Street, Suite 3200
 9  Los Angeles, CA 90017
    Tel: (213) 629-2020/Fax: (213) 612-2499

10  THOMAS S. MCCONVILLE (State Bar No. 155905)
    tmcconville@orrick.com
11  ORRICK, HERRINGTON & SUTCLIFFE LLP
    4 Park Plaza, Suite 1600
12  Irvine, CA 92614-2258
    Tel: (949) 567-6700/Fax: (949) 567-6710
13
14  Attorneys for MGA Parties
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049-DOC (RNBx)<br><br>Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>[~~PROPOSED~~] ORDER GRANTING ISAAC LARIAN AND MGA ENTERTAINMENT, INC.'S APPLICATION TO FILE UNDER SEAL<br><br>Judge:     Hon. David O. Carter |



1  The Court, having considered the MGA Parties' application for an order to
2  file under seal, and having found good cause to do so, it is HEREBY ORDERED
3  that said application is GRANTED in its entirety.
4  The Clerk shall maintain under Seal the following documents:

**REPLY OF ISAAC LARIAN AND MGA ENTERTAINMENT IN SUPPORT OF THEIR OBJECTIONS TO DISCOVERY ORDER NO. 90 COMPELLING MGA AND LARIAN TO RESPOND TO REQUESTS FOR ADMISSION**

**It is so ORDERED.**

Dated: February 12, 2010

_____
Hon. David O. Carter

[PROPOSED] ORDER RE APPLICATION TO FILE UNDER SEAL
CV 04-9049 DOC (RNBx)

- 1 -