Bingham McCutchen LLP
TODD E. GORDINIER (SBN 82200)
todd.gordinier@bingham.com
PETER N. VILLAR (SBN 204038)
peter.villar@bingham.com
600 Anton Boulevard
18th Floor
Costa Mesa, CA 92626-1924
Telephone: 714.830.0600
Facsimile: 714.830.0700

Attorneys for Non-Party
OMNI 808 INVESTORS, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS. | Case No. CV 04-09049 DOC (RNBx)<br>c/w Case Nos. CV 04-09059 & CV 05-2727<br><br>**DISCOVERY MATTER**<br><br>**NOTICE OF OMNI 808 INVESTORS, LLC'S INTENTION TO FILE OPPOSITION TO MATTEL'S OBJECTIONS TO DISCOVERY MASTER ORDER NO. 92 AND ITS NOTICE OF MOTION TO SET THIS FOR HEARING ON MARCH 15, 2010**<br><br>Date:  TBD<br>Time:  TBD<br>Ctrm:  9D<br><br>**Phase 2**:<br>Discovery Cut-off:  TBD<br>Pre-trial Conference:  TBD<br>Trial Date:  TBD |

A/73300985.2

**TO THE ABOVE-ENTITLED COURT AND ALL PARTIES HEREIN:**

**PLEASE TAKE NOTICE** that on Friday February 19, 2010, Omni received Mattel's Objections to Discovery Master Order No. 92 and its Notice of Motion to set this for hearing on March 15, 2010. Omni does oppose this motion. Among its procedural deficiencies, Mattel's objections/motion fails to provide Omni with the requisite 28 days notice. Nevertheless, unless otherwise directed, Omni intends to file an opposition to Mattel's Objections on March 1, 2010, to provide the Court with fourteen days to review the Opposition in anticipation of the March 15 noticed hearing on the assumption that the hearing will go forward as noticed even though the required notice was not given.

DATED: February 22, 2010          Bingham McCutchen LLP


By:   /s/ Todd E. Gordinier
      Todd E. Gordinier
      Attorneys for Non-Party
      Omni 808 Investors, LLC

A/73300985.2                      - 1 -

**PROOF OF SERVICE BY FEDERAL EXPRESS TO COUNSEL**

I am over eighteen years of age, not a party in this action, and employed in Orange County, California at 600 Anton Boulevard, 18th Floor, Costa Mesa, California 92626-1924. On **February 22, 2009**, I served the attached document(s) listed below on this date before 5:00 p.m. PST:

**NOTICE OF OMNI 808 INVESTORS, LLC'S INTENTION TO FILE OPPOSITION TO MATTEL'S OBJECTIONS TO DISCOVERY MASTER ORDER NO. 92 AND ITS NOTICE OF MOTION TO SET THIS FOR HEARING ON MARCH 15, 2010**

To the person(s) at the email address(es) set forth below:

John B. Quinn
johnquinn@quinnemanuel.com

Michael T. Zeller, Esq.
michaelzeller@quinnemanuel.com

Jon D. Corey, Esq.
joncorey@quinnemanuel.com

Jason Russell
jason.russell@skadden.com

Melinda Haag
mhaag@orrick.com

Annette L. Hurst
ahurst@orrick.com

Warrington S. Parker III
wparker@orrick.com

William A Molinski
wmolinski@orrick.com

Thomas S. McConville
tmcconville@orrick.com

Mark Overland
moverland@scheperkim.com

Alexander Cote
acote@scheperkim.com

A/73300985.2

- 1 -

1  ☒  (BY MAIL) by causing a true and correct copy of the above to be placed in the United States Mail at Costa Mesa, California in sealed envelope(s) with postage prepaid, addressed as set forth below. I am readily familiar with this law firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence is deposited with the United States Postal Service the same day it is left for collection and processing in the ordinary course of business.

John B. Quinn
Michael T. Zeller, Esq.
Jon D. Corey, Esq.
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543

Jason D. Russel, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071-3144

Mark E. Overland, Esq.
Alexander H. Cote, Esq.
Overland Borenstein Scheper & Kim LLP
601 W. 5th Street, 12th Floor
Los Angeles, CA 90017

Melinda Haag
Annette L. Hurst
Warrington S. Parker
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105

William A. Molinski
Orrick, Herrington & Sutcliffe LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017

Thomas S. McConville
(tmcconville@orrick.com)
Orrick, Herrington & Sutcliffe LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614

A/73300985.2

- 2 -

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made and that this declaration was executed on **February 22, 2010**.

Paul A. McConnell