Robert C. O'Brien (SBN 154372)
ARENT FOX LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA  90013-1065
Telephone:  213.629.7400
Facsimile:   213.629.7401
obrien.robert@arentfox.com

Discovery Master

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>　　　　　Defendant. | Case No.  CV 04-09049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-2727<br><br>**PHASE 2 DISCOVERY MATTER**<br><br>**ORDER NO. 93, REGARDING:**<br><br>*IN CAMERA* **REVIEW PURSUANT TO ORDER NO. 86** |
| CONSOLIDATED WITH MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | |

1  The Discovery Master, having reviewed: (1) Mattel's February 2, 2010 letter requesting that I strike a portion of MGA's January 20, 2010 letter brief (the "MGA Brief") or, alternately, permit Mattel to submit a brief opposing certain points in the MGA Brief; (2) MGA's February 4, 2010 response; and (3) Mattel's February 12, 2010 letter in further support of its request, rules as set forth below.

As a threshold matter, the Discovery Master notes that Ninth Circuit case law, as well as basic principles of due process and fairness, require that a party be given an opportunity to submit evidence and argument in support of its privilege designations prior to being compelled to produce documents asserted to be privileged.

Here, Mattel has never had occasion to litigate or present evidence regarding the specific challenges made by MGA, because MGA has never filed a motion seeking *in camera* review of Mattel documents asserted to be privileged.[1]  By contrast, MGA has had multiple opportunities to present argument and evidence in support of its privilege designations.  The Discovery Master believes it is therefore appropriate to afford Mattel a similar opportunity.  Accordingly, the Discovery Master rules as follows:

1. Mattel's request to strike a portion of the MGA Brief is **DENIED**.

2. No later than March 1, 2010, Mattel may submit a letter brief, not to exceed five pages, responding to Section II of the MGA Brief.

3. In recognition of the fact that Mattel has never previously had occasion

---

[1] In its February 4, 2010 letter, MGA argues that Mattel's request to submit evidence and argument in response to the MGA Brief constitutes an improper attempt to circumvent my January 14, 2010 ruling affording the parties a limited and narrowly circumscribed opportunity to make further submissions regarding their respective privilege log challenges.  MGA also argues that Mattel should have made its request to submit evidence and argument at the January 14, 2010 hearing or immediately thereafter.  However, Mattel could not have done so because the MGA Brief was not filed until January 20, 2010 and it was not until that point that Mattel determined that the arguments made by MGA warranted explanation and evidence to permit the Discovery Master to effectively evaluate the points MGA had raised.  Nothing in my January 14, 2010 ruling was intended to constitute a rigid bar to a party requesting leave to provide information which might aid me in adjudicating issues that the parties might subsequently raise in their submissions.

1  to submit any declarations supporting its designations, Mattel may submit one or
2  more declarations which collectively shall not exceed 15 pages (excluding the
3  caption page) to "explain certain facts supporting Mattel's assertions of privilege
4  and work product" as referenced on p. 2 of Mattel's February 2, 2010 response to
5  the MGA Brief.

6      4.   No later than February 25, 2010, Mattel may provide the Discovery
7  Master with a copy of materials Mattel provided to MGA comprising the "corrected
8  and/or more detailed information" concerning Mattel's privilege logs, as referenced
9  on p. 3 of Mattel's February 2, 2010 response to the MGA Brief.

Dated:  February 22, 2010

                    By:     /s/ Robert C. O'Brien
                         ROBERT C. O'BRIEN
                          Discovery Master