Bingham McCutchen LLP
TODD E. GORDINIER (SBN 82200)
todd.gordinier@bingham.com
PETER N. VILLAR (SBN 204038)
peter.villar@bingham.com
600 Anton Boulevard
18th Floor
Costa Mesa, CA  92626-1924
Telephone:  714.830.0600
Facsimile:  714.830.0700

Attorneys for Non-Party
OMNI 808 INVESTORS, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation,<br><br>Defendant.<br><br><br>AND CONSOLIDATED ACTIONS. | Case No. CV 04-09049 DOC (RNBx)<br>c/w Case Nos. CV 04-09059 & CV 05-2727<br><br>**DISCOVERY MATTER**<br><br>**NOTICE OF ERRATA RE:  NOTICE OF OMNI 808 INVESTORS, LLC'S INTENTION TO FILE OPPOSITION TO MATTEL'S OBJECTIONS TO DISCOVERY MASTER ORDER NO. 92 AND ITS NOTICE OF MOTION TO SET THIS FOR HEARING ON MARCH 15, 2010**<br><br>Date:        TBD<br>Time:        TBD<br>Ctrm:        9D<br><br>**Phase 2**:<br>Discovery Cut-off:        TBD<br>Pre-trial Conference:     TBD<br>Trial Date:               TBD |

A/73301847.1

1    Non-Party Omni 808 Investors, Inc. hereby file this Notice of Errata

2    regarding the above-captioned action.

3    On February 22, 2010 the Non-Party Omni 808 Investors, Inc. filed a Notice

4    of Omni 808 Investors, LLC's Intention to File Opposition to Mattel's Objections

5    to Discovery Master Order No. 92 and its Notice of Motion to Set this for Hearing

6    on March 15, 2010 (Document Number 7543).  Document No. 7543 is a duplicate

7    of Document No. 7541.  Due to a clerical error Document No. 7543 was

8    inadvertently filed.

9

10   DATED:  February 22, 2010        Bingham McCutchen LLP

11

12

13                                    By:    /s/  Todd E. Gordinier

14                                           Todd E. Gordinier
                                             Attorneys for Non-Party
                                             Omni 808 Investors, LLC

15

16

17

18

19

20

21

22

23

24

25

26

27

28

A/73301847.1                        - 1 -

1    **PROOF OF SERVICE BY FEDERAL EXPRESS TO COUNSEL**

2         I am over eighteen years of age, not a party in this action, and employed in

3    Orange County, California at 600 Anton Boulevard, 18th Floor, Costa Mesa,

4    California 92626-1924.  On **February 22, 2009**, I served the attached document(s)

5    listed below on this date before 5:00 p.m. PST:

6

7         **NOTICE OF ERRATA RE:  NOTICE OF OMNI 808 INVESTORS, LLC'S INTENTION TO FILE OPPOSITION TO MATTEL'S**

8    **OBJECTIONS TO DISCOVERY MASTER ORDER NO. 92 AND ITS NOTICE OF MOTION TO SET THIS FOR HEARING ON MARCH**

9    **15, 2010 (DOCUMENT NO.  7543)**

10   To the person(s) at the email address(es) set forth below:

11   John B. Quinn
     johnquinn@quinnemanuel.com

12   Michael T. Zeller, Esq.
13   michaelzeller@quinnemanuel.com

14   Jon D. Corey, Esq.
     joncorey@quinnemanuel.com

15   Jason Russell
16   jason.russell@skadden.com

17   Melinda Haag
     mhaag@orrick.com

18   Annette L. Hurst
19   ahurst@orrick.com

20   Warrington S. Parker III
     wparker@orrick.com

21   William A Molinski
22   wmolinski@orrick.com

23   Thomas S. McConville
     tmcconville@orrick.com

24   Mark Overland
25   moverland@scheperkim.com

26   Alexander Cote
     acote@scheperkim.com

27

28   A/73301847.1                              - 1 -

1  ☒  (BY MAIL) by causing a true and correct copy of the above to be placed in
      the United States Mail at Costa Mesa, California in sealed envelope(s) with
2     postage prepaid, addressed as set forth below.  I am readily familiar with this
      law firm's practice for collection and processing of correspondence for
3     mailing with the United States Postal Service.  Correspondence is deposited
      with the United States Postal Service the same day it is left for collection and
4     processing in the ordinary course of business.

5     John B. Quinn
      Michael T. Zeller, Esq.
6     Jon D. Corey, Esq.
      Quinn Emanuel Urquhart Oliver & Hedges, LLP
7     865 South Figueroa Street, 10th Floor
      Los Angeles, CA  90017-2543
8
      Jason D. Russell, Esq.
9     Skadden, Arps, Slate, Meagher & Flom LLP
      300 South Grand Avenue, Suite 3400
10    Los Angeles, CA  90071-3144

11    Mark E. Overland, Esq.
      Alexander H. Cote, Esq.
12    Overland Borenstein Scheper & Kim LLP
      601 W. 5th Street, 12th Floor
13    Los Angeles, CA  90017

14    Melinda Haag
      Annette L. Hurst
15    Warrington S. Parker
      Orrick, Herrington & Sutcliffe LLP
16    The Orrick Building
      405 Howard Street
17    San Francisco, CA  94105

18    William A. Molinski
      Orrick, Herrington & Sutcliffe LLP
19    777 South Figueroa Street, Suite 3200
      Los Angeles, CA  90017
20
      Thomas S. McConville
21    (tmcconville@orrick.com)
      Orrick, Herrington & Sutcliffe LLP
22    4 Park Plaza, Suite 1600
      Irvine, CA  92614
23

24

25

26

27

28

A/73301847.1                              - 2 -

1       I declare that I am employed in the office of a member of the bar of this

2  court at whose direction the service was made and that this declaration was

3  executed on **February 22, 2010**.

4

5                                            

6                                           Paul A. McConnell

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28