MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building, 405 Howard Street
San Francisco, CA 94105
Tel. (415) 773-5700/ Fax: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Tel. (213) 629-2020/Fax: (213) 612-2499

THOMAS S. McCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049-DOC (RNBx)<br><br>Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>Hon. David O. Carter<br><br>**2-PAGE BRIEF RE TIMING OF RESOLUTION OF PRIVILEGE ISSUES ASSOCIATED WITH WING DEPOSITION** |

The MGA Parties respectfully submit the following 2-page brief pursuant to the Court's February 19 Order re the Wing Deposition briefing schedule.

1. During our Friday evening meet and confer, Mattel offered an extension until March 1 for briefing of the privilege issues. We appreciate the offer, but could not agree because it would not give us an opportunity to cross-examine the witness at all before filing MGA's brief.

2. Unfortunately, counsel for the witness again insisted at today's deposition that he was not available until the end of March or until April. MGA really needs to cross-examine the witness before filing its appeal and related motion regarding testimony already given.

3. In light of the circumstance and the witness's lack of availability, MGA requested repeatedly during Friday's session of the deposition that it be given time to cross-examine on Friday.

4. Special Discovery Master Hansen did not want to disrupt Mattel's examination of the witness and Mattel did not complete its examination (assuming it even has) until 8:30 p.m. Friday evening, which was the third lengthy day of the deposition after a two-day "good faith estimate" by Mattel. MGA has not yet had any opportunity to cross-examine.

5. Given the circumstances, at the end of Friday's session, MGA elected to serve the witness with a subpoena to return on March 6 for cross-examination. This Saturday, March 6 subpoena date was an effort to accommodate the witness's statement that he had a new job and the existing deposition schedule so that Mr. Zeller could also be present. At the time the subpoena was served, Mr. Margolis objected. Mr. Margolis would not give MGA a date.

6. Mattel's counsel informed us in the Friday night meet and confer session that they had spoken with Mr. Margolis and that Mr. Wing would attend on March 6 as subpoenaed. We have not been able to independently verify this with

1  Mr. Margolis.  During the Friday night meet and confer, Mattel would not agree
2  that MGA would in fact get to go first at the next session when Mr. Wing returns.

3        7.    After Mattel informed us that Mr. Wing would appear on March 6, in a
4  genuine effort to reach agreement and to meet Mattel's concerns that the matter be
5  resolved sooner rather than later, we proposed that Mattel confirm that MGA would
6  be entitled to go first on Saturday March 6, and that MGA's brief be due on March
7  8, less than 72 hours after completion of MGA's Saturday cross-examination.
8  MGA offered that Mattel could have as much time as it wanted for an opposition.
9  Mattel said no.

10       8.    In light of the foregoing and the remainder of the schedule in the case
11 which includes double or triple tracked depositions for many of the days between
12 now and the Saturday, March 6 MGA cross-examination of Mr. Wing, MGA
13 respectfully requests the following:  (a) that Mr. Wing be ordered to appear on
14 March 6, (b) that the Court order that MGA gets to go first on March 6, and (c) that
15 MGA's brief be due on March 10, 3 court days after its first opportunity to cross-
16 examine the witness.  MGA is satisfied with any date Mattel proposes or the Court
17 chooses that Mattel's opposition brief be due.

18       9.    MGA also requests that no party be permitted to use or disclose the
19 contents of the Wing deposition transcript except for purposes related to the
20 briefing regarding Wing privilege issues until such issues are resolved by the Court.

21 Dated: February 20, 2010       ANNETTE L. HURST
                                                       Orrick, Herrington & Sutcliffe LLP

                                                       By:    /s/ *Annette L. Hurst*
                                                                           ANNETTE L. HURST
                                                                  Attorneys for MGA Parties