QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>             Plaintiff,<br><br>     vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>             Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. David O. Carter<br><br>**DECLARATION OF MICHAEL T. ZELLER IN SUPPORT OF MATTEL, INC.'S OBJECTIONS TO DISCOVERY MASTER'S PRIVILEGE RULINGS CONCERNING KEYWORDS AT DEPOSITION OF MICHAEL MOORE**<br><br>Hearing Date:  TBD<br>Time:          TBD<br>Place:         Courtroom 9D<br><br>**Phase 2:**<br>Discovery Cut-off:      TBD<br>Pre-trial Conference:   TBD<br>Trial Date:             TBD |

00505.07209/3336733.1

DECLARATION OF MICHAEL T. ZELLER

**DECLARATION OF MICHAEL T. ZELLER**

I, Michael T. Zeller, declare as follows:

1. I am a member of the bars of the States of California, New York and Illinois and a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for plaintiff and counter-defendant, Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently hereto.

2. During the February 17, 2010 deposition of Mattel in-house counsel Michael Moore, I asked Annette Hurst, counsel for MGA, if MGA would stipulate that search terms and keywords used by the parties for the purposes of collecting and preserving documents in this case are not privileged information. Ms. Hurst did not agree to that stipulation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 22, 2010, at Los Angeles, California.

/s/ Michael T. Zeller
Michael T. Zeller