FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB I 7 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>                    Plaintiff,<br><br>        vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et. al.,<br><br>                    Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>[~~PROPOSED~~] ORDER RE STIPULATION RE FILING UNDER SEAL OF MATTEL, INC.'S OPPOSITION AND DECLARATION IN OPPOSITION TO MGA'S OBJECTION TO RECOMMENDATION NO. 5 OF JANUARY 21, 2010 ELECTRONIC DISCOVERY SPECIAL MASTER'S REPORT AND RECOMMENDATION |

00505.07975/3324391.1

[PROPOSED] ORDER

1

[~~PROPOSED~~] ORDER

2

3        Based on the concurrently filed Stipulation Re Filing Under Seal, and

4 for good cause shown, IT IS HEREBY ORDERED that:

5        Mattel, Inc.'s Opposition to MGA's Objection to Recommendation No.

6 5 of January 21, 2010 Electronic Discovery Special Master's Report and

7 Recommendation and the accompanying Declaration of B. Dylan Proctor in Support

8 Thereof shall be filed under seal.

9

10

11 DATED: February 17 , 2010 _____

12                                        Hon. David O. Carter
                                         United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER