1  MELINDA HAAG (State Bar No. 132612)
   mhaag@orrick.com
2  ANNETTE L. HURST (State Bar No. 148738)
   ahurst@orrick.com
3  WARRINGTON S. PARKER III (State Bar No. 148003)
   wparker@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building, 405 Howard Street
5  San Francisco, CA 94105
   Tel. (415) 773-5700/ Fax: (415) 773-5759
6
   WILLIAM A. MOLINSKI (State Bar No. 145186)
7  wmolinski@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
8  777 South Figueroa Street, Suite 3200
   Los Angeles, CA 90017
9  Tel. (213) 629-2020/Fax: (213) 612-2499

10 THOMAS S. McCONVILLE (State Bar No. 155905)
   tmcconville@orrick.com
11 ORRICK, HERRINGTON & SUTCLIFFE LLP
   4 Park Plaza, Suite 1600
12 Irvine, CA 92614-2258
   Tel: (949) 567-6700/Fax: (949) 567-6710
13 Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | Case No. CV 04-9049-DOC (RNBx) |
| Plaintiff, | Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727 |
| v. | |
| MATTEL, INC., a Delaware corporation, | Hon. David O. Carter |
| Defendant. | **MGA'S REQUEST FOR EXECUTION BY THE COURT OF LETTERS OF REQUEST RE: YU AND BIRD AND BIRD** |
| AND CONSOLIDATED ACTIONS | |

1  The MGA parties submitted to the Discovery Master its final request for Letters of Request for Judicial Assistance by the United States District Court for the Central District of California regarding Danny Yu and Bird and Bird on November 13, 2009.  At that time, Mattel had had a fair and complete opportunity to review and comment on the proposed Letters of Request.

The Court, on or about January 7, 2010, indicated that it is prepared to sign the Letters of Request submitted by the MGA Parties regarding Danny Yu and Bird and Bird.  The Court requested that certain language be modified on the signature block to make certain that the executed Letters of Request would be effective, and directed the parties to meet with the Clerk of the Court.

After meeting with the Clerk of the Court, the parties inserted language on the signature block to comply with the Court's requirements.  At that time, Mattel suggested additional changes to the language in the Letters of Request. The MGA Parties did not agree.

Now, the MGA Parties request that the Court execute either (1) the Letters of Request for Danny Yu and Bird and Bird as submitted by the MGA Parties (and at Exhibits 1A and 1B); or (2) the Letters of Request for Danny Yu and Bird and Bird as modified by Mattel (and at Exhibits 2A and 2B).  For the Court's consideration, the MGA Parties have submitted a version of the Letters of Request which show the changes proposed by Mattel and changes to the signature block proposed by the Clerk of the Court.  That is at Exhibits 3A and 3B.

Dated: February 23, 2010            ORRICK, HERRINGTON & SUTCLIFFE LLP

                                    By:  ___/s/ Thomas S. McConville___
                                             Thomas S. McConville
                                           Attorneys for MGA Parties