**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

Case No. SACV 04-9049 DOC (RNBx)          Date: February 23, 2010

Title: MATTEL, INC. v. MGA ENTERTAINMENT, INC.

---

DOCKET ENTRY
    [I hereby certify that this document was served by first class mail or Government messenger service, postage prepaid, to all counsel (or parties) at their respective most recent address of record in this action on this date.]
        Date:_____ Deputy Clerk: _____

PRESENT:

**THE HONORABLE DAVID O. CARTER, JUDGE**

| Nancy Boehme for Kristee Hopkins | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS: ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                                NONE PRESENT

---

PROCEEDING (IN CHAMBERS): ORDER TO SHOW CAUSE RE OBJECTIONS TO DISCOVERY MASTER'S PRIVILEGE RULINGS DURING DEPOSITION OF MICHAEL MOORE

        Before the Court are Mattel, Inc. ("Mattel")'s: (1) Objections to Discovery Master's Privilege Rulings Concerning Keywords at Deposition of Michael Moore (Docket # 7547); and (2) Objections to the Discovery Master's Privilege Rulings on Questions Regarding Mattel's Copyright Registrations During the Deposition of Michael Moore (Docket # 7548).

        Both sets of objections were filed on February 22, 2010, more than 72 hours after the Discovery Master's February 17, 2010 rulings. The parties have long observed the Court's direction that, absent Court approval, objections to the Discovery Master's rulings must be submitted within 72 hours of the ruling at issue. Indeed, Mattel relied upon this rule in its recent opposition to MGA Entertainment, Inc. and Isaac Larian's *ex parte* Application regarding the deposition of Brian Wing. Mattel appears to proceed under the mistaken assumption that the Court's 72 hour rule counts only business days. To the extent that the parties have reached an agreement otherwise, they are should

have, and should now, submit a stipulation to that effect so that all parties will be subject to identical constraints going forward. Accordingly, Mattel is ORDERED TO SHOW CAUSE, by a brief not to exceed five (5) pages filed on or before March 1, 2010, why Docket ## 7547 and 7548 should not be stricken as untimely.

The Clerk shall serve this minute order on all parties to the action.