**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

Case No. SACV 04-9049 DOC (RNBx)                                    Date: February 23, 2010

Title: MATTEL, INC. V. MGA ENTERTAINMENT, INC.

---

DOCKET ENTRY
    [I hereby certify that this document was served by first class mail or Government messenger service, postage prepaid, to all counsel (or parties) at their respective most recent address of record in this action on this date.]
                                            Date:_____   Deputy Clerk: _____

---

PRESENT:            THE HONORABLE DAVID O. CARTER, JUDGE

        Nancy Boehme for
        Kristee Hopkins                                                  Not Present
         Courtroom Clerk                                                 Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:   ATTORNEYS PRESENT FOR DEFENDANTS:

    NONE PRESENT                                                    NONE PRESENT

---

PROCEEDING (IN CHAMBERS): Order re Mattel, Inc.'s Objections to Portions of Discovery Matter Amended Order No. 92

      Before the Court is Mattel, Inc. ("Mattel")'s Objections to Portions of Discovery Matter Amended Order No. 92. Omni 808 Investors, LLC ("Omni") has noticed the Court of its intention to file an opposition Mattel's objections. Based on an initial review of Mattel's briefing on this issue, the Court finds that an *in camera* review of the twelve electronic mail threads at issue should precede a ruling on the merits of Mattel's objections.

      Accordingly, the Court ORDERS Omni to produce for the Court's *in camera* review documents listed on Omni's privilege log as Document Nos. 1, 2, 3, 4, 5, 6, 7, 8, 9, 15, 26, and 27 (the "subject documents"). The subject documents are also identified as "Documents Properly Withheld" by Discovery Matter Order No. 92. (*See* Dkt. 7499 at 5:19.) Omni shall produce the documents for the Court's *in camera* review on or before March 1, 2010.

      The Clerk shall serve this minute order on all parties to the action.

MINUTES FORM 11 DOC                                           Initials of Deputy Clerk   nkb
CIVIL - GEN                                                                    Page 1 of 1