MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105-2669
Tel: (415) 773-5700/Fax: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Tel. (213) 629-2020/Fax: (213) 612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx)<br>Consolidated with:<br>Case Nos. CV 04-9059 & CV 05-2727<br><br>Honorable David O. Carter<br><br>**JOINT SUBMISSION REGARDING MATTEL-VARGAS SETTLEMENT DISCUSSIONS PURSUANT TO THE COURT'S FEBRUARY 16, 2010 ORDER**<br><br>Courtroom 9D |

Pursuant to the Court's February 16, 2010 Order concerning the Ongoing Vargas Settlement Negotiations, the MGA Parties and Mattel met and conferred concerning the manner in which questioning related to Mattel's discussions with Mr. Vargas would proceed at the continued deposition of Francisco Tiburcio, currently scheduled for March 2, 2010.  The parties reached agreement that the following questions could be posed to Mr. Tiburcio, along with follow-up questions relating to the same underlying questions.  Mattel reserves its rights to interpose evidentiary objections, including, without limitation, instructions based on the attorney-client privilege and/or work product doctrine where appropriate.

1. Has Mr. Vargas ever made any inculpatory or exculpatory statements regarding his own conduct to you, anyone else at your firm, and/or Jesus Zamora Pierce?

2. Has Mr. Vargas ever made any inculpatory or exculpatory statements regarding Gustavo Machado's conduct to you, anyone else at your firm, and/or Jesus Zamora Pierce?

3. Has Mr. Vargas ever made any inculpatory or exculpatory statements regarding Mariana Trueba's conduct to you, anyone else at your firm, and/or Jesus Zamora Pierce?

4. Has Mr. Vargas ever made any inculpatory or exculpatory statements regarding Isaac Larian's conduct to you, anyone else at your firm, and/or Jesus Zamora Pierce?

5. Has Mr. Vargas ever made any inculpatory or exculpatory statements regarding any other employee of MGA de Mexico's conduct to you, anyone else at your firm, and/or Jesus Zamora Pierce?

6. Have you, or anyone acting on your behalf, ever discuss reemployment of Mr. Vargas by Mattel Servicios, S.A. de C.V.?  Mattel de Mexico, S.A. de C.V.?  Mattel, Inc.?

7. Has Mattel (or any of its subsidiaries or related entities) offered Mr.

| | | |
|---|---|---|
| 1 | | Vargas any consideration under this proposed settlement other than a |
| 2 | | release of the criminal claims in Mexico? |
| 3 | 8. | Has Mattel (or any of its subsidiaries or related entities) proposed that |
| 4 | | Mr. Vargas agree to testify in the current case before J. Carter in the |
| 5 | | United States? |
| 6 | 9. | Has Mattel (or any of its subsidiaries or related entities) proposed that |
| 7 | | Mr. Vargas not make himself available to testify in the current case |
| 8 | | before J. Carter in the United States? |
| 9 | 10. | Over the course of the pending United States proceedings, how many |
| 10 | | times have you discussed settlement of the criminal claims in Mexico |
| 11 | | with Mr. Vargas or his representatives? |
| 12 | 11. | Have you disclosed to anyone the content of the discussions you are |
| 13 | | having with Mr. Vargas concerning settlement? If so, who? |
| 14 | 12. | Do you have any knowledge concerning why Mr. Vargas would not |
| 15 | | want to speak to you about a potential settlement of the criminal |
| 16 | | proceedings? |
| 17 | 13. | Do you know if Mr. Vargas has spoken with anyone other than |
| 18 | | yourself about a potential settlement of the criminal proceedings in |
| 19 | | Mexico? |
| 20 | 14. | Have you ever communicated with the Mexican trial judge(s) handling |
| 21 | | the criminal action *without* any defendants, defense counsel, or |
| 22 | | Mexican authorities present to discuss potential settlement by Mr. |
| 23 | | Vargas? How many times? |
| 24 | 15. | Have you ever communicated with a Mexican appellate judge(s) |
| 25 | | handling the criminal action *without* any defendants, defense counsel, |
| 26 | | or Mexican authorities present to discuss potential settlement by Mr. |
| 27 | | Vargas? How many times? |
| 28 | 16. | As of today, have you reached agreement with Mr. Vargas? What is |

the present status of these negotiations?

17. Did you suspend, or otherwise stall, settlement discussion with Mr. Vargas in light of the Court's February 16, 2010 Order?

18. What effect, if any, did the Court's February 16, 2010 Order have on your settlement discussions with Mr. Vargas?

19. In connection with settlement discussions with Mr. Vargas, was Mr. Vargas always represented by counsel? By who?

20. Are there any other commitments, not previously discussed, made by Mr. Vargas in connection with the settlement discussions?

21. Are there any other commitments, not previously discussed, made by Mattel (or any of its subsidiaries or related entities) in connection with the settlement discussions?

22. Do you have the sole discretion to settle with Mr. Vargas on behalf of Mattel? If not, who gives you that authority?

Dated: February 23, 2010

ORRICK, HERRINGTON & SUTCLIFFE LLP

/s/ Thomas S. McConville
THOMAS S. McCONVILLE
Attorneys for the MGA Parties

Dated: February 23, 2010

QUINN EMANUEL URQUHART OLIVER & HEDGES LLP

/s/ Michael T. Zeller
MICHAEL T. ZELLER
Attorneys for Mattel, Inc.

OHS West:260847978.1

JOINT SUBMISSION RE MATTEL-VARGAS
SETTLEMENT DISCUSSIONS
CV 04-9049 DOC (RNBX)