MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105-2669
Tel: (415) 773-5700/Fax: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Tel. (213) 629-2020/Fax: (213) 612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049-DOC (RNBx)<br><br>Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>Hon. David O. Carter<br><br>**DECLARATION OF DIANA M. RUTOWSKI IN SUPPORT OF MGA'S OPPOSITION TO MATTEL'S OBJECTIONS TO PORTIONS OF DISCOVERY ORDER NOS. 89 AND 91** |

1  I, Diana M. Rutowski, declare as follows:

2  1.  I am a member of the Bar of the State of California and admitted to practice before this Court, and an attorney with the law firm of Orrick, Herrington & Sutcliffe LLP, counsel for Phase 2 to MGA Entertainment, Inc. ("MGAE"), MGA Entertainment HK, Ltd. ("MGA HK"), MGAE De Mexico, S.R.L. De C.V. ("MGAE Mexico"), and Isaac Larian (collectively, the "MGA Parties").  I make this declaration in support of MGA's Opposition to Mattel's Objections to Portions of Discovery Master Order Nos. 89 and 91.  I have personal knowledge of the facts set forth in this declaration.  If called as a witness, I could and would testify competently to such facts under oath.

3  2.  Attached as Exhibit 1 is a true and correct copy of email from Susan R. Estrich, counsel for Mattel, to Annette Hurst and Warrington Parker, counsel for MGA, received on February 18, 2010.

4  3.  I am informed and believe that Mattel has made sixteen (16) document productions since January 18, 2010.  The size of the productions range from two (2) documents to two hundred and fifty-seven (257) documents.

5  4.  On February 2, 2010, Mattel made a document production.  I am informed and believe that on this production consisted of forty-six (46) documents from the custody of Erika Ashbrook.

6  5.  MGA was scheduled to depose and deposed Erika Ashbrook on February 3, 2010. At least twelve (12) documents produced on February 2, 2010 were used as Exhibits at Ms. Ashbrook's deposition.

7  6.  I am informed and believe that on January 18, 2010, Mattel produced fifty-one (51) documents.  Thirty-one (31) documents were from the custody of Steve Totsky and twenty (20) documents were from the custody of Neil Friedman.

8  7.  MGA was scheduled to depose and deposed Steve Totzke on January 18 and January 19, 2010.  At least one document produced on January 18, 2010 was used as an Exhibit at Mr. Totzke's deposition.

- 1 -

DECLARATION OF DIANA M. RUTOWSKI ISO MGA'S
OPP. TO MATTEL'S OBJS TO DISCOVERY ORDER NOS. 89/91
CV 04-9049 DOC (RNBx)

8. MGA was scheduled to depose and deposed Neil Friedman on January 21 and January 22, 2010. At least eighteen documents (18) produced on January 18, 2010 were used as Exhibits at Mr. Friedman's deposition.

9. Mattel did not produce any documents on February 21, 2010.

10. On February 22, 2010, Mattel produced approximately one hundred eighty five (185) documents. I am informed and believe that on sixty (60) documents were from the custody of Timothy Kilpin and ten (10) documents were from the custody of Russell Arons.

11. Timothy Kilpin is scheduled to be deposed on February 26 and February 27, 2010.

12. Russell Arons deposition date is being discussed by the parties for early March, 2010.

13. On February 23, 2010, Mattel made a production consisting of five (5) documents related to Mattel licenses.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was hereby executed on February 23, 2010, at San Francisco, California.

                */s/ Diana M. Rutowski*
                Diana M. Rutowski

# EXHIBIT 1

**From:** Susan R. Estrich [mailto:susanestrich@quinnemanuel.com]
**Sent:** Thursday, February 18, 2010 1:05 PM
**To:** Parker, Warrington; Hurst, Annette
**Cc:** Joseph Sarles; Michael T Zeller; Searcy, Marshall
**Subject:** appeal of 89/91

Hi Annette and Warrington:

We will be filing today, as per Court's order, our appeal on DM orders 89/91. We will also be filing – depending on when decs are ready, etc., today or tomorrow – an ex parte application for a stay of DM's order as to the limited number of RFP's we are challenging (around 75 of the 915) and as to the scope of the search (all North American servers, etc.). We are proceeding as fast as it can be done to produce documents responsive to the remaining 850-odd requests, we will have major productions forthcoming on those, so the stay is not intended to slow down the process but only to assure that we do have an opportunity for meaningful review as to the disputed issues, similar to your recent stay application. Because Dylan has gone back to Florida to attend to his brother, I'm overseeing this – so if you have any questions, want to tell us you don't oppose, etc. please let me know (I'm in the office today and tomorrow), or joseph sarles, copied above.
Many thanks.

Best, Susan

**Susan R. Estrich**
*Partner,*
Quinn Emanuel Urquhart Oliver & Hedges LLP.

865 S. Figueroa St 10th Floor
Los Angeles, Ca 90017
213-443-3193 Direct
213.443.3000 Main Office Number
213.443.3100 FAX
susanestrich@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

Exhibit 1 Page 3

2/23/2010