# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No. SACV 04-9049 DOC (RNBx)

Date: February 23, 2010

Title: MATTEL, INC. v. MGA ENTERTAINMENT, INC.

---

DOCKET ENTRY

[I hereby certify that this document was served by first class mail or Government messenger service, postage prepaid, to all counsel (or parties) at their respective most recent address of record in this action on this date.]

Date:__________ Deputy Clerk: ______________________

---

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

Nancy Boehme for Kristee Hopkins
Courtroom Clerk

Not Present
Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS: NONE PRESENT

ATTORNEYS PRESENT FOR DEFENDANTS: NONE PRESENT

---

PROCEEDING (IN CHAMBERS): Order Regarding Response to Request for Judicial Assistance (Docket # 6903)

On September 30, 2009, Judge Larson issued a Request for Judicial Assistance (Letter of Request) by the United States District Court for the Central District of California to the Superior Court of Justice for the Federal District, Mexico, seeking: (1) the examination, under oath, of Pablo Vargas San Jose; and (2) the examination, under oath, of Mariana Trueba Almada (hereinafter the "RJA") (Docket # 6903).

The Superior Court of Justice for the Federal District has graciously responded to the Court's RJA by supplying the Court with two documents, both of which are attached to this minute order.

The Clerk shall serve this minute order on all parties to the action.

Dependencia: Oficialía Mayor
Dirección General de Asuntos Jurídicos
Dirección de Asistencia Jurídica Internacional

SECRETARIA DE RELACIONES EXTERIORES

*"2009. Año de la Reforma Liberal"*

Número: **ASJ-** 041888

Expediente: : 541-1-897/07

**Asunto**: **SE DEVUELVE CARTA ROGATORIA**

| INFORMACIÓN RESERVADA. | |
|---|---|
| Fecha de Clasificación: | México, D.F., 4 de diciembre de 2009 |
| Unidad Responsable: | Dirección General de Asuntos Jurídicos |
| Periodo de Reserva: | 6 años |
| Fundamento Legal. | Artículos 13, fracción V, y 14, fracción IV de la Ley Federal de Transparencia y Acceso a la Información Pública Gubernamental. |
| Partes Clasificadas | Todo |

México, D.F., 4 de diciembre de 2008

**HON. STEPHEN G. LARSON**
**JUEZ DE DISTRITO DE LOS ESTADOS UNIDOS**
**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS**
**PARA EL DISTRITO CENTRAL DE CALIFORNIA**
**Oficina 260, 3470 Twelfth Street Riverside, California, 92501, E.U.A.**
**Tel.-(951)328-4462**
**P R E S E N T E**

Hago referencia a la carta rogatoria que se sirvió librar directamente al Tribunal Superior de Justicia del Distrito Federal, deducida del Asunto No. CV 04-9049 SGL (RNBx), consolidado con los asuntos No. CV04-09059 y No. CV 05-02727, promovido por **CARTER BRYANT** en contra de **MATTEL, INC, sociedad constituida de conformidad con las leyes del Estado de Delaware.**

Sobre el particular, y con fundamento en los artículos 28 fracción XI de la Ley Orgánica de la Administración Pública Federal, 14 fracción VI, 33 fracción IX del Reglamento Interior de la Secretaría de Relaciones Exteriores, en relación con el artículo SEXTO, inciso e), fracción I del "Acuerdo por que se delegan facultades en los Servidores Públicos de la Secretaría de Relaciones Exteriores que se indican", ambos en vigor, anexo al presente devuelvo a usted la rogatoria de referencia por lo siguiente:

1.- Es necesario que libre carta rogatoria por separado, en virtud de que el desahogo de las pruebas son a cargo de dos personas con domicilios distintos;

2.- No se señaló el código postal completo del domicilio correspondiente a Pablo Vargas San José.

3.- No remitieron los interrogatorios correspondientes a cargo de los señores Mariana Trueba Almada y Pablo Vargas San José, debidamente calificados por ésa Corte exhortante;

4.- Es necesario que se proporcionen los nombres completos de las personas autorizadas en la ciudad de México, que deban intervenir en el desahogo de la prueba requerida;

Cabe señalar que la legislación mexicana no contempla el rendir testimonio bajo juramento.

Lo anterior se informa y remite a usted, para los efectos legales a que haya lugar.

**A T E N T A M E N T E,**
**LA DIRECTORA DE ASISTENCIA JURÍDICA INTERNACIONAL,**

**LIC. BERTHA SÁNCHEZ MIRANDA.**

Al contestar este oficio, cítense los datos contenidos en el ángulo superior derecho.

TRIBUNAL SUPERIOR DE JUSTICIA DEL DISTRITO FED.
Escrito con 41 hojas
2009 NOV 13 A 11: 14
juegos de
y 3 copias
OFICIALIA DE PARTES PRESIDENCIA

**CARTA ROGATORIA DERIVADA DEL JUICIO SEGUIDO POR:**

**CARTER BRYANT**
**VS.**
**MATTEL INC.**
**EXPEDIENTE CV 04-9049 SGL (RNBx) y sus ACUMULADOS CV 04-09059 Y CV 05-02727**
**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS, DISTRITO CENTRAL DE CALIFORNIA, DIVISIÓN ESTE.**

**C. PRESIDENTE DEL TRIBUNAL SUPERIOR DE JUSTICIA DEL DISTRITO FEDERAL**

**RICARDO LUIS HERNÁNDEZ GARFIAS**, Licenciado en Derecho, titular de la cédula profesional número 616941, en mi carácter de autorizado para intervenir en el trámite de la CARTA ROGATORIA que al rubro se identifica, personalidad que se desprende de su propio texto, señalando como domicilio para oír notificaciones el ubicado en Avenida Paseo de los Tamarindos número 400 "A", Noveno Piso, Colonia Bosques de las Lomas, Delegación Cuajimalpa, Código Postal 05120 en México, Distrito Federal y autorizando para oírlas en mi nombre y recoger todo tipo de documentos y valores a los señores Licenciados HÉCTOR GERÓNIMO CALATAYUD IZQUIERDO (cédula profesional número 213563), VÍCTOR MANUEL RIVERO MONTIEL (cédula profesional número 953358), BALFRÉ MARCELO MORALES MARTÍNEZ (cédula profesional número 2421649), HÉCTOR LEONEL RIVERA MUÑOZ (cédula profesional número 2938248), ENRIQUE VALDESPINO PASTRANA (cédula profesional número 3265971), MAURICIO ARTURO PEÑA PALACIOS (cédula profesional número 3802228), LUIS JUVENCIO JARAMILLO ALAVEZ (cédula profesional número 4418253), MARIANA PATIÑO SÁENZ (cédula profesional número 4704292), ARTURO AGUIRRE ARIAS (cédula profesional número 4843808), JOSÉ MASSAS FARELL (cédula profesional número 5196475), MIGUEL HORACIO MANZANO VIESCA (cédula profesional número 5475048), así como a los señores LUIS ANTONIO MAÑÓN JARDÓN, DIEGO ANTONIO VALDOVINOS AGUIRRE, DIEGO ALEJANDRO CASTAÑEDA BAÑOS, EDMUNDO

GARCIA MARTÍNEZ y ANDREA LÓPEZ GONZÁLEZ, indistintamente, comparezco y expongo:

Por medio del presente escrito y con fundamento en los artículos 1074 del Código de Comercio; 547, 549, 550, 551, 554, 555, 556, 558 y demás relativos del Código Federal de Procedimientos Civiles, en relación con los artículos 2 inciso b), 4, 8, 10 y demás relativos de la CONVENCIÓN INTERAMERICANA SOBRE EXHORTOS O CARTAS ROGATORIAS, publicada en el Diario Oficial de la Federación de fecha 25 de abril de 1978 y con los artículos 2, 9, 10, 13 y demás relativos de la CONVENCIÓN SOBRE LA OBTENCIÓN DE PRUEBAS EN EL EXTRANJERO EN MATERIA CIVIL O COMERCIAL, publicada en el Diario Oficial de la Federación de fecha 12 de febrero de 1990, vengo a exhibir ante Su Señoría la **CARTA ROGATORIA** derivada del juicio seguido por **CARTER BRYANT** en contra de **MATTEL, INC**. y acciones acumuladas, que se tramita ante el **TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS, DISTRITO CENTRAL DE CALIFORNIA, DIVISIÓN ESTE, BAJO EL EXPEDIENTE CV 04-9049 SGL (RNBx) Y SUS ACUMULADOS CV 04-09059 Y CV 05-02727.**

Por virtud de la CARTA ROGATORIA a que se ha hecho referencia, el Honorable Juez del Tribunal de Distrito de los Estados Unidos, Distrito Central de California, División Este (Autoridad Requirente) solicita a la Autoridad Judicial Mexicana el desahogo de la **PRUEBA TESTIMONIAL** a cargo de los señores **PABLO VARGAS SAN JOSÉ y MARIANA TRUEBA ALVARADO**, quienes tienen sus domicilios en Avenida Loma de Guadalupe número 135, Colonia Lomas de Guadalupe, Delegación Álvaro Obregón, Código Postal 01720 en México, Distrito Federal y Avenida Paseo del Pedregal número 1110, Casa 10, Colonia Jardines del Pedregal, Delegación Álvaro Obregón, Código Postal 01900 en México, Distrito Federal, respectivamente.

Asimismo, por virtud de la CARTA ROGATORIA a que se ha hecho referencia, el Honorable Juez del Tribunal de Distrito de los Estados Unidos, Distrito Central de California, División Este (Autoridad Requirente) solicita a la Autoridad Judicial Mexicana, por conducto del C. Juez de lo Civil del Distrito Federal en turno, a quien corresponda conocer del trámite de la CARTA ROGATORIA antes mencionada:



1.- Citar a los testigos identificados, señores PABLO VARGAS SAN JOSÉ y MARIANA TRUEBA ALVARADO, en los domicilios antes señalados, para que el día y hora que al efecto se señale, comparezcan a rendir su testimonio, apercibidos de aplicar en su contra las medidas de apremio más efectivas que conforme a derecho procedan, para el caso de que dejaran de comparecer sin causa justificada.

2.- Notificar a los abogados de las partes, que se identifican en el Anexo "A" de la CARTA ROGATORIA, la fecha y hora en que tendrá verificativo el desahogo de la prueba testimonial a que se refiere la citada CARTA ROGATORIA.

3.- Requerir a los testigos para que se conduzcan con verdad, bajo el siguiente juramento: "*Yo (nombre del declarante) juro que el testimonio que estoy por rendir, es la verdad, solo la verdad y nada más que la verdad y así Dios me ayude* " y en caso de impedimento para tomar el citado juramento, requerir a los testigos para que declaren bajo protesta de decir verdad y debidamente advertidos de las penas en que incurren los falsos declarantes.

4.- Permitir que los testigos sean interrogados directa y oralmente por los abogados de la parte oferente, MATTEL INC. y repreguntados por los abogados de las demás partes.

5.- Considerando que los abogados de la oferente y los abogados de las demás partes involucradas, desconocen el idioma Español, permitir que los interrogatorios de preguntas y de repreguntas se hagan a los testigos en idioma Inglés; en la inteligencia de que la oferente de la prueba, MATTEL, INC., designará a su costa, perito interprete-traductor debidamente autorizado por el Tribunal Superior de Justicia del Distrito Federal para actuar en el desahogo de la prueba testimonial de que se trata.

6.- Permitir la intervención de un estenógrafo para la transcripción literal de la diligencia de desahogo de la testimonial mencionada; en la inteligencia de que el estenógrafo y el equipo necesario para ello, serán proporcionados por la oferente de la prueba, MATTEL INC. y a su costa.

7.- Permitir que la diligencia de desahogo de la testimonial



a que este escrito se refiere sea filmada en su totalidad; en la inteligencia de que, los equipos y el personal necesario para realizar la filmación, serán proporcionados por el oferente de la prueba, MATTEL, INC. y a su costa.

Para los efectos anteriores, como Anexos 1 y 2 del presente escrito, acompaño la Carta Rogatoria de fecha 28 de octubre de 2009, debidamente Apostillada y dos copias de la misma, junto con su traducción al Español, realizada por perito traductor debidamente autorizado.

Por lo expuesto;

**A USTED C. PRESIDENTE DEL TRIBUNAL SUPERIOR DE JUSTICIA DEL DISTRITO FEDERAL**, pido:

**PRIMERO.-** Tener por exhibida la CARTA ROGATORIA y anexos que se acompañan al presente escrito, que le remite, por mi conducto, el Honorable Juez de Distrito de los Estados Unidos, Distrito Central de California, División Este como Autoridad Requirente.

**SEGUNDO.-** Por estar ajustada a Derecho, turnar la CARTA ROGATORIA y sus anexos al C. Juez de lo Civil en turno, para que se sirva proceder a su diligenciación, en los términos solicitados.

**TERCERO.-** En su oportunidad y previos los trámites legales, entregar al suscrito y/o a cualquiera de las personas que se autorizan en el presente escrito, la CARTA ROGATORIA debidamente diligenciada, a efecto de devolverla al Tribunal de Origen.

México, Distrito Federal, a 13 de noviembre de 2009.