MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105-2669
Tel: (415) 773-5700/Fax: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Tel. (213) 629-2020/Fax: (213) 612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049-DOC (RNBx)<br><br>Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>Hon. David O. Carter<br><br>**THE MGA PARTIES' RESPONSE TO MATTEL'S OBJECTIONS TO MGA'S REQUEST FOR EXECUTION OF LETTERS OF REQUEST RE: YU AND BIRD & BIRD** |

The MGA Parties respond to Mattel, Inc.'s Objections to MGA's Request for Execution of Letters of Request Re: Yu and Bird and Bird. The Discovery Master recommended execution of MGA's proposed letters of request on November 23, 2009 in Order No. 81. Dkt. # 7373. Mattel's untimely objections, three months later, should be stricken. This is just one of numerous meritless objection briefs filed by Mattel in the last week in an effort to hamper MGA's discovery efforts. Nevertheless, MGA responds to the two points raised by Mattel.

First, Mattel argues that the proposed letters of request contain statements that it contends "inappropriately suggest this Court or the Discovery Master has made factual findings that neither of them has made." Mattel never made this argument during the months of meet and confer, briefing, oral argument before the Discovery Master, or exchange of revised letters of request leading up to the issuance of Order No. 81 on November 23, 2009. Dkt. # 7373; *see* Exhibits 1A and 1B, Dkt. # 7550-1 and 7550-2. In fact, Mattel has made the very type of assertions that it now finds objectionable in its own letters of request.[1] Mattel's change of position with respect to MGA's letters of request is merely a delay tactic.

Nevertheless, MGA submitted letters of request that include Mattel's proposed revisions as Exhibits 2A and 2B to its submission. Dkt. # 7550-3 and 7550-4. MGA does not agree that Mattel's proposed changes are proper; however, most important to MGA is the prompt issuance of the letters of request, and MGA respectfully requests that the Court issue the letters accordingly. *See* Dkt. # 7550.

Second, Mattel represents to the Court that it has produced copies of the fax sought by the letter of request to Bird and Bird. MGA understands Mattel's representation to mean that a copy of the complete facsimile transmission, as

---

[1] For example, in a letter of request for judicial assistance submitted by Mattel, Mattel made the unqualified and contested factual assertions that "[o]n April 16, 2004, Ms. Trueba also copied Mattel trade secrets, confidential and proprietary information to a portable USB storage device connected to her Mattel computer" (Dkt. # 5994-6 at 8) and "the Mexican authorities found and seized from the offices of MGAE de Mexico both electronic and paper copies of hundreds of documents containing Mattel trade secrets" (*id.*).

requested in Schedule A to the letter of request, was produced at M 0935683 - M 0935729.  Mattel further represents that originals are available for inspection at any time.  With these representations, MGA is willing to withdraw its letter of request to Bird and Bird.

                              Respectfully submitted,

Dated: February 24, 2010        ORRICK, HERRINGTON & SUTCLIFFE LLP

By:   */s/ Diana M. Rutowski*
        Diana S. Rutowski

Attorneys for MGA Parties