1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     John B. Quinn (Bar No. 090378)
2    (johnquinn@quinnemanuel.com)
     Michael T. Zeller (Bar No. 196417)
3    (michaelzeller@quinnemanuel.com)
     Jon D. Corey (Bar No. 185066)
4    (joncorey@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California  90017-2543
   Telephone:  (213) 443-3000
6  Facsimile:   (213) 443-3100

7  Attorneys for Mattel, Inc.

8                  UNITED STATES DISTRICT COURT

9                 CENTRAL DISTRICT OF CALIFORNIA

10                        SOUTHERN DIVISION

11 | MATTEL, INC., a Delaware corporation, | CASE NO. CV 04-9049 DOC (RNBx)
   |                                         | Consolidated with
12 |          Plaintiff,                    | Case No. CV 04-09059
   |                                         | Case No. CV 05-02727
13 |     vs.                                |
14 |                                         | Hon. David O. Carter
   | MGA ENTERTAINMENT, INC., a              |
15 | California corporation, et al.,         | **MATTEL, INC.'S NOTICE OF LODGING OF WING DEPOSITION *IN CAMERA* PURSUANT TO THE COURT'S FEBRUARY 24, 2010 ORDER**
16 |          Defendant.                    |
17 | AND CONSOLIDATED ACTIONS                |
18 |                                         |
19 |                                         | **Phase 2**
   |                                         | Discovery Cut-off:  TBD
20 |                                         | Pre-trial Conference:  TBD
   |                                         | Trial Date:  TBD

00505.07975/3341655.1

NOTICE OF LODGING

1  TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF
2  RECORD, PLEASE TAKE NOTICE that, pursuant to the Court's Order, dated
3  February 24, 2010, plaintiff Mattel, Inc. hereby lodges *in camera* the following:
4      1.    Deposition Transcript of Brian Wing, Vol. I, dated February 17, 2010.
6      2.    Deposition Transcript of Brian Wing, Vol. II, dated February 18, 2010.
8      3.    Deposition Transcript of Brian Wing, Vol. III, dated February 19, 2010. This portion of the transcript contains the excerpts cited in Mattel's Ex Parte Application regarding deletion of a relevant email and related communications, which have been marked therein at pages 615:6-617:13, 633:19-634:2, and 885:9-888:20.

DATED: February 25, 2010    QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Michael T. Zeller
   Michael T. Zeller
   Attorneys for Mattel, Inc.

00505.07975/3341655.1

-1-

NOTICE OF LODGING