Name & Address:
Mark P. Wine (State Bar No. 189897)
Orrick, Herrington & Sutcliffe LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614
(949) 567-6700 (Telephone)
(949) 567-6710 (Facsimile)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| CARTER BRYANT | CASE NUMBER: |
| --- | --- |
| PLAINTIFF(S) | CV 04-9049-DOC (RNBx) |
| v. | |
| MATTEL, INC., a Delaware Corporation | NOTICE OF MANUAL FILING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:** Appl. to File Under Seal; MGA Parties' Motion to Overrule Certain Discovery Master's Rulings at the Deposition of Brian Wing; Decl. of Mark P. Wine ISO MGA Parties' Motion to Overrule Certain Discovery Master Rulings at the Deposition of Brian Wing; Exhs. 1-8 of Mark P. Wine's Decl.; and [Proposed] Order Granting MGA Parties' Motion to Overrule Certain Discovery Master's Rulings at the Depo. of Brian Wing

**Document Description:**

☐ Administrative Record
☐ Exhibits
☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]
☒ Other See documents listed above.

**Reason:**

☒ Under Seal
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☒ Per Court order dated  Stipulated Protective Order (Docket No. 54) from Judge Carter that issues related to privilege can be filed under seal
☐ Manual Filing required (*reason*): Application to seal and [proposed] order must be manually filed per L.R. 79-5 and General Order No. 08-02.

| February 25, 2010 | /s/ Mark S. Wine |
| --- | --- |
| Date | Attorney Name |
| | MGA Parties |
| | Party Represented |

Note: File one Notice in each case, each time you manually file document(s).

G-92 (03/09)         NOTICE OF MANUAL FILING         American LegalNet, Inc. www.FormsWorkflow.com