1  MELINDA HAAG (State Bar No. 132612)
   mhaag@orrick.com
2  ANNETTE L. HURST (State Bar No. 148738)
   ahurst@orrick.com
3  WARRINGTON S. PARKER III (State Bar No. 148003)
   wparker@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   405 Howard Street
5  San Francisco, CA  94105-2669
   Tel: (415) 773-5700/Fax:(415) 773-5759
6
   WILLIAM A. MOLINSKI (State Bar No. 145186)
7  wmolinski@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
8  777 South Figueroa Street, Suite 3200
   Los Angeles, CA  90017
9  Tel. (213) 629-2020/Fax: (213) 612-2499

10 THOMAS S. MCCONVILLE (State Bar No. 155905)
   tmcconville@orrick.com
11 ORRICK, HERRINGTON & SUTCLIFFE LLP
   4 Park Plaza, Suite 1600
12 Irvine, CA 92614-2258
   Tel: (949) 567-6700/Fax: (949) 567-6710

13 Attorneys for MGA Parties

14                UNITED STATES DISTRICT COURT
15                CENTRAL DISTRICT OF CALIFORNIA
16                    SOUTHERN DIVISION

| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No.  CV 04-9049 DOC (RNBx)<br>Consolidated with:<br>Case Nos. CV 04-9059 & CV 05-2727<br><br>**DECLARATION OF JOE L. TIONGCO IN SUPPORT OF MGA'S OPPOSITION TO MATTEL, INC'S *EX PARTE* APPLICATION TO MAKE USE OF BRIAN WING'S TESTIMONY REGARDING ELECTRONIC SPOLIATION** |
|---|---|

OHS West:260849388.1

DECLARATION OF TIONGCO
CV 04-9049 DOC (RNBX)

## DECLARATION OF JOE L. TIONGCO

I, Joe L. Tiongco, declare as follows:

1. I am presently employed by MGA Entertainment, Inc. ("MGA") as the Director of Network Services. I have been employed by MGA for over ten years. Except where stated upon information and belief, I have personal knowledge of the facts stated herein and could competently testify thereto if called as a witness.

2. As the Director of Network Services, both now and during October-November 2008, I have responsibility over MGA's computer systems and have administrative privileges over each of MGA's email servers.

3. I understand that Mr. Brian Wing has provided deposition testimony where he asserts that he instructed me to delete email correspondence related to Mattel in October or November 2008. I understand that he also testified that I sent him an email confirming the deletion of this email.

4. I have no recollection of ever being asked by Mr. Wing delete an email.

5. If, for some reason, I had received a request from Mr. Wing to delete email correspondence, I would have refused to fulfill the request.

6. I also understand that Brian Wing has provided testimony that I confirmed the deletion of the email by sending him an email. I understand that Brian Wing has provided testimony that he might have called and asked me to delete the email which confirmed the deletion of the email.

7. I reviewed all of my archived email correspondence for any exchange I had with Mr. Wing during the October-November 2008 timeframe. There are no emails where Mr. Wing requested that I delete email correspondence from the servers, or any email correspondence from me to Brian Wing confirming any such deletion. Moreover, I do not recall receiving any instruction from Mr. Wing asking

1  me to delete any email that confirmed that I deleted an email. And I would not
2  have followed any such instruction.
3      I declare under penalty of perjury under the laws of the United States that the
4  foregoing is true and correct, and that this declaration was executed this 25th day of
5  February, 2010, in Van Nuys, California.

*[signature]*
Joe L. Tiongco