| | |
|---|---|
| 1 | MELINDA HAAG (State Bar No. 132612) |
|  | mhaag@orrick.com |
| 2 | ANNETTE L. HURST (State Bar No. 148738) |
|  | ahurst@orrick.com |
| 3 | WARRINGTON S. PARKER III (State Bar No. 148003) |
|  | wparker@orrick.com |
| 4 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|  | The Orrick Building |
| 5 | 405 Howard Street |
|  | San Francisco, CA 94105 |
| 6 | Telephone: 415-773-5700 |
|  | Facsimile: 415-773-5759 |
| 7 | |
|  | WILLIAM A. MOLINSKI (State Bar No. 145186) |
| 8 | wmolinski@orrick.com |
|  | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 9 | 777 South Figueroa Street, Suite 3200 |
|  | Los Angeles, CA 90017 |
| 10 | Telephone: 213-629-2020 |
|  | Facsimile: 213-612-2499 |
| 11 | |
|  | THOMAS S. MCCONVILLE (State Bar No. 155905) |
| 12 | tmcconville@orrick.com |
|  | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 13 | 4 Park Plaza, Suite 1600 |
|  | Irvine, CA 92614-2258 |
| 14 | Tel: (949) 567-6700/Fax: (949) 567-6710 |
|  | Attorneys for MGA Parties |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual | Case No. CV 04-9049 DOC (RNBx) |
| Plaintiff, | Consolidated with: Case No. CV 04-9059 |
| v. | Case No. CV 05-2727 |
| MATTEL, INC., a Delaware corporation, | Hon. David O. Carter |
|  | **PROOF OF SERVICE VIA HAND DELIVERY AND U.S. MAIL** |
| Defendant. | Hearing Date: TBD |
|  | Hearing Time: 8:30 a.m. |
| AND CONSOLIDATED ACTIONS | Location: 9D |
|  | Phase 2 |
|  | Discovery Cutoff: June 1, 2010 |
|  | Pretrial Conference: None Set |
|  | Trial Date: None Set |

PROOF OF SERVICE
CV 04-9049 DOC (RNBX)

## PROOF OF SERVICE BY HAND DELIVERY

I declare I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is USA Network, Inc., 800 West 1st Street, Suite 200-B, Los Angeles, California 90012.

On February 25, 2010, I served the following document(s):

1. **APPLICATION TO FILE UNDER SEAL;**

2. **MGA PARTIES' MOTION TO OVERRULE CERTAIN DISCOVERY MASTER RULINGS AT THE DEPOSITION OF BRIAN WING;**

3. **DECLARATION OF MARK P. WINE IN SUPPORT OF MGA PARTIES' MOTION TO OVERRULE CERTAIN DISCOVERY MASTER'S RULINGS AT THE DEPOSITION OF BRIAN WING;**

4. **[PROPOSED] ORDER GRANTING MGA PARTIES' MOTION TO OVERRULE CERTAIN DISCOVERY MASTER'S RULINGS AT THE DEPOSITION OF BRIAN WING; and**

5. **PROOF OF SERVICE VIA HAND DELIVERY AND U.S. MAIL**

[x] by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below:

Counsel for Mattel. Inc.
Michael T. Zeller, Esq.
michaelzeller@quinnemanuel.com
Brett D. Proctor
dylanproctor@quinnemanuel.com
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Counsel Brian Wing
Mike Margolis, Esq.
Margolis & Tisman LLP
444 Flower Street
Suite 2300
Los Angeles, California 90071
Margolis@winlaw.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 25, 2010, at Los Angeles, California.

_Edgar Ramirez_

_[signature]_
USA Network, Inc.

- 1 -

PROOF OF SERVICE
CV 04-9049 DOC (RNBX)

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | I, Maria Mercado-Navarro, declare: |
| 3 | I am more than eighteen years old and not a party to this action. My business |
| 4 | address is Orrick, Herrington & Sutcliffe LLP, 777 South Figueroa Street, Suite |
| 5 | 3200, Los Angeles, California 90017. |
| 6 | On February 25, 2010, I served the following document(s): |
| 7 | 1. **APPLICATION TO FILE UNDER SEAL;** |
| 8-9 | 2. **MGA PARTIES' MOTION TO OVERRULE CERTAIN DISCOVERY MASTER RULINGS AT THE DEPOSITION OF BRIAN WING;** |
| 10-11 | 3. **DECLARATION OF MARK P. WINE IN SUPPORT OF MGA PARTIES' MOTION TO OVERRULE CERTAIN DISCOVERY MASTER'S RULINGS AT THE DEPOSITION OF BRIAN WING;** |
| 12-13 | 4. **[PROPOSED] ORDER GRANTING MGA PARTIES' MOTION TO OVERRULE CERTAIN DISCOVERY MASTER'S RULINGS AT THE DEPOSITION OF BRIAN WING;** |
| 14 | 5. **PROOF OF SERVICE VIA HAND DELIVERY AND U.S. MAIL** |
| 15-16 | ☒ By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. |
| 17-18 | ☐ (by Electronic Mail), I caused such documents to be transmitted by electronic mail to the offices of the addressee. |

Counsel for Carlos Gustavo Machado Gomez

Mark E. Overland, Esq.
moverland@scheperkim.com
Alexander H. Cote, Esq.
acote@scheperkim.com
SCHEPER KIM & OVERLAND LLP
601 W. 5th Street, 12th Floor
Los Angeles, CA 90017
Telephone: (213) 613-4655
Facsimile:  (213) 613-4656

Additional Counsel:

Jason D. Russell, Esq.
jason.russell@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Ave., Suite 3400
Los Angeles, CA 90071-3144
Telephone:  (213) 687-5000
Facsimile:   (213) 687-5600

I am employed in the county from which the mailing occurred. On the date indicated above, I placed the sealed envelope(s) for collection and mailing at this firm's office business address indicated above. I am readily familiar with this firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the firm's correspondence would be deposited with the United States Postal Service on this same date with postage thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 25, 2010, at Los Angeles, California.

_____
Maria Mercado-Navarro